IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:17-CV-652-RJC-DSC

SNYDER'S-LANCE, INC. and
PRINCETON VANGUARD, LLC,

        Plaintiffs,

v.

FRITO-LAY NORTH AMERICA, INC.,

        Defendant.

ORDER

Upon consideration of the Parties' Joint Motion to Admit the Record of the Trademark Trial and Appeal Board (document #16), it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Accordingly, pursuant to 15 U.S.C. 1701(b)(3) and TTAB Manual of Procedure § 904.02, the Trademark Trial and Appeal Board is **ORDERED** to release the records in Opposition No. 91195552 (including Opposition No. 91190246 consolidated therein) and Cancellation No. 92053001 to this Court.

    **SO ORDERED**.

Signed: August 7, 2018

David S. Cayer
United States Magistrate Judge