IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:17-CV-652-RJC-DSC

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>　　　　　Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit [for David H. Bernstein, James J. Pastore, Jr., Jared I. Kagan and Michael Compton McGregor]" (documents # 21-24) filed August 20, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 20, 2018

David S. Cayer
United States Magistrate Judge