# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No.: 3:17-CV-00652

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FRITO-LAY NORTH AMERICA, INC., <br><br> Defendant. | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Frito-Lay North America, Inc. ("Defendant" or "Frito-Lay"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves the Court for judgment in favor of Defendant on all claims by Plaintiffs on the grounds that there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law. In support of this Motion, Defendant has contemporaneously filed its Memorandum of Law in Support of Defendant's Motion for Summary Judgment with supporting documents.

This the 30th day of August, 2018.

                                            /s/ Alice C. Richey
                                            Alice C. Richey
                                            N.C. State Bar No.: 13677

                                            ALEXANDER RICKS PLLC
                                            4601 Park Road, Suite 580
                                            Charlotte, North Carolina 28209
                                            Telephone:    (980) 335-0720
                                            Facsimile:     (704) 365-3676
                                            alice@alexanderricks.com

William G. Barber (admitted *pro hac vice)*
David E. Armendariz (admitted *pro hac vice*)
PIRKEY BARBER PLLC
600 Congress Ave.; Suite 2120
Austin, Texas 78701
Telephone: (512) 482-5223
Facsimile: (512) 322-5201
bbarber@pirkeybarber.com
darmendariz@pirkeybarber.com

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ANSWER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David H. Bernstein
James J. Pastore, Jr.
Jared I. Kagan
Michael Compton McGregor
DEBEVOICE & PLIMPTON LLP
dhbernstein@debevoise.com
jjpastore@debevoise.com
jikagan@debevoise.com
mcmcgregor@debevoise.com

Alexander Miller Pearce
Jonathan Drew Sasser
ELLIS & WINTERS, LLP
alex.pearce@elliswinters.com
jon.sasser@elliswinter.com

This 30th day of August, 2018.

                              ALEXANDER RICKS PLLC

                              /s/ Alice C. Richey
                              Alice C. Richey
                              N.C. State Bar No.: 13677

                              4601 Park Road, Suite 580
                              Charlotte, North Carolina 28209
                              Telephone:    (980) 335-0720
                              Facsimile:    (704) 365-3676
                              alice@alexanderricks.com

                              Attorneys for Defendant