# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Civil Action No.:  3:17-CV-00652

SNYDER'S-LANCE, INC. and PRINCETON
VANGUARD, LLC,

        Plaintiffs,

      v.

FRITO-LAY NORTH AMERICA, INC.,

        Defendant.

**INDEX OF EXHIBITS**

**DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

| Exhibit No. | Description |
|:---:|:---|
| 1 | November 15, 2004 Office Action re Trademark Application Serial No. 78/405,596 |
| 2 | May 11, 2005 Response to Office Action re Trademark Application Serial No 78/405,596 |
| 3 | Trademark Application Serial No. 76/700,802 (December 11, 2009) |
| 4 | U.S. Trademark Trial and Appeal Board Order granting consolidation of Cancellation Proceeding Number 92053001 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* with consolidated Opposition Numbers 91190246 and 91195552 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* (Filed December 10, 2010) [**30 TTABVUE**] (Opposition No. 91190246) |
| 5 | U.S. Trademark Trial and Appeal Board Order noting Applicant Princeton Vanguard's abandonment of U.S. Trademark Application Serial No. 77/192,054 (subject of Opposition No. 91190246) and assigning Opposition No. 91195552 as the parent case (Filed May 19, 2011) [**11 TTABVUE**] (Opposition No. 91195552) |
| 6 | Parties' Stipulated Trial Procedure and Deadlines filed October 9, 2012 [**48 TTABVUE**] (Opposition No. 91195552) |
| 7 | U.S. Trademark Trial and Appeal Board Order filed October 10, 2012 granting Parties' Stipulated Trial Procedure and Deadlines [**50 TTABVUE**] (Opposition No. 91195552) |
| 8 | Excerpts from the Declaration of Paul Madrid in Support of Opposer Frito-Lay North America, Inc.'s Response to Applicant's Motion for Summary Judgment filed June 14, 2012 in Opposition No. 91195552 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* [**40 TTABVUE**] (Opposition No. 91195552) |

| | |
|---|---|
| **9** | Specimen to Trademark Application Serial No. 78/405,596 (July 25, 2011) |
| **10** | Excerpts from Opposer Frito-Lay North America, Inc.'s Response to Applicant's Motion for Summary Judgment and supporting documents filed June 14, 2012 in Opposition No. 91195552 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* [**46 TTABVUE**] (Opposition No. 91195552) |
| **11** | Excerpts from Opposer Frito-Lay North America, Inc.'s Response to Applicant's Motion for Summary Judgment and supporting documents filed June 14, 2012 in Opposition No. 91195552 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* [**49 TTABVUE**] (Opposition No. 91195552) |
| **12** | Excerpts from Opposer Frito-Lay North America, Inc.'s Response to Applicant's Motion for Summary Judgment and supporting documents filed June 14, 2012 in Opposition No. 91195552 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* [**47 TTABVUE**] (Opposition No. 91195552) |
| **13** | Excerpts from Opposer Frito-Lay's Motion for Summary Judgment and supporting documents filed September 10, 2010 in U.S. Trademark Trial and Appeal Board Opposition Proceeding Number 91190246 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* [**19 TTABVUE**] (Opposition No. 91190246) |
| **14** | Excerpts from Applicant Princeton Vanguard's Motion for Summary Judgment and supporting documents filed May 21, 2012 in Opposition No. 91195552 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* [**36 TTABVUE**] (Opposition No. 91195552) |
| **15** | Excerpts from Applicant Princeton Vanguard, LLC's Motion for Summary Judgment and supporting documents filed in Opposition No. 91195552 *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC* May 21, 2012 [**37 TTABVUE**] (Opposition No. 91195552) |

Case 3:17-cv-00652-KDB-DSC   Document 28-3   Filed 08/30/18   Page 2 of 2