# EXHIBIT 2

Docket No.: 564-017TM  TRADEMARK LAW OFFICE 111
Serial Number: 78/405596
Mark: PRETZEL CRISPS



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

    The Snack Factory, Inc.

Serial No.: 78/405,596                      Law Office 111

Filed: April 16, 2004                     Attorney: Tracy Whittaker-Brown

Mark: PRETZEL CRISPS

## RESPONSE

**BOX RESPONSES – FEE**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, Virginia 22313-1451

Sir:

    This is in Response to the Official Action dated November 15, 2004, regarding the above-identified application.

## AMENDMENT

Applicant amends its identification of goods in its entirety as follows:

    Pretzel crackers in Class 30

## AMENDMENT TO ALLEGE USE

    Applicant requests registration of the above-identified trademark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15



05-11-2005
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #66

U.S.C. § 1051 et. seq. as amended). One specimen per class showing the mark as used in commerce is submitted with this Allegation of Use.

Applicant is using the mark in commerce on packaging for pretzel crackers.

The first use date anywhere of the mark on the goods is at least as early as October 2004 and the first use date in U.S. regulated commerce of the mark on the goods is at least as early as October 2004. The mark is being used by applying it to the goods, on labels and/or packaging for the product, and by other methods consistent with practices in the industry.

A credit card authorization form filled out for payment of the $100 fee associated with this amendment to allege use for one class is attached herewith. In the event there is any deficiency in this fee the Commission is hereby authorized to charge the firm's Deposit Account No. 07-1337 for any such deficiency.

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this Allegation of Use on behalf of the Applicant; he believes the Applicant to be the owner of the trademark sought to be registered; the trademark is now in use in commerce; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

## Disclaimer

Applicant disclaims the term "PRETZEL" apart from the mark as a whole.

REMARKS

The Examining Trademark Attorney has initially refused registration on the grounds that the applied for mark is merely descriptive under Section 2(e). Applicant has amended its identification of goods from "pretzels" to "pretzel crackers" to more accurately identify the goods at issue which are not merely pretzels, but rather pretzels which are pressed into crackers with the cracker maintaining a unique pretzel look of three holes but without a pretzel's thickness.

Applicant submits that the term PRETZEL CRISPS is suggestive when viewed in light of the unique goods pretzel crackers. The unique crackers at issue are not potato chips, or crumbly dessert crisps like an "apple crisp." Applicant submits that a consumer would not immediately comprehend that a product branded as PRETZEL CRISPS is a unique spreadable pretzel cracker without some thought process. This is indicative of a suggestive mark. Hence, Applicant submits the mark is registrable on the Principle Register in view of the disclaimer of the term "pretzel."

## Amendment to the Supplemental Register in the Alternative

Applicant submits that the coined term PRETZEL CRISPS is unique and distinctive for a unique new product, pretzel crackers, which are the first of its kind. Nevertheless, the question of whether or not the term PRETZEL CRISPS is distinctive, descriptive, or merely descriptive is a mixed question of law and fact. In view of the relatively new introduction of this unique product Applicant can understand reasonable minds may differ over the legal issues. Without conceding Applicant's position maintaining the applied-for mark is distinctive, in the event the Examining Attorney remains steadfast that the mark as applied is descriptive, Applicant submits that the

mark is nevertheless capable of distinctiveness and in the alternative therefore hereby amends its application to the Supplemental Register. Passage to Supplemental Registration is respectfully requested in view of the amendment to allege use filed concurrently herein.

Applicant has addressed all the issues raised in the first Office Action. The Examining Trademark Attorney has searched the office records and not found a confusingly similar registered or pending mark which would bar registration. In view of the amendments herein, Applicant submits that this application is now in condition for publication. Prompt passage to publication is solicited if Principal registration is deemed applicable. Alternatively, passage for registration on the Supplemental Register is alternatively requested.

Any questions may be addressed to the undersigned.

Respectfully submitted,

LOWE HAUPTMAN BERNER, LLP

Jeffrey H. Greger
Attorney for Applicant

1700 Diagonal Road, Suite 310
Alexandria, Virginia 22314
Tel: (703) 684-1111
Fax: (703) 518-5499
Date: May 11, 2005



78/405,596










12-ct

80-CT Shipper Display



8 oz sample

**World's First Spreadable Pretzel Cracker**

**Ultra Thin, All Natural, Trans Fat Free**

**Perfect for Salsas, Cheeses, Dips and Chili**

**Resealable, stand up pouch, 6 oz. - 12/case**

**Ideal for Entertaining and Snacking**

**(U) Pareve, GMO Free, No Cholesterol**

**Available in three flavor varieties:
Original, Garlic and Everything**

SAMPLING: We will provide one free 8 oz. sampling bag in each 12-ct case, 4-8 oz. bags in each 80-ct shipper

Snack Factory, Inc., P.O. Box 3562, Princeton, NJ 08543; 888-683-5400, (FAX) 609-683-9595, www.pretzelcrisps.com
sell2/9/05