# EXHIBIT 4

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451

MBA/cv                           Mailed:  December 10, 2010

                                 Opposition No.   91190246
                                 Opposition No.   91195552
                                 Cancellation No. 92053001

                                 Frito-Lay North America, Inc.

                                         v.

                                 Princeton Vanguard, LLC

**Michael B. Adlin, Interlocutory Attorney:**

Opposer's consented motion (filed November 5, 2010) to consolidate Cancellation No. 92053001 with previously-consolidated Opposition Nos. 91190246 and 91195552 is hereby **GRANTED**. Trademark Rule 2.127(a). These cases involve the same parties and common questions of law and fact. It would therefore be appropriate to consolidate these proceedings pursuant to Fed. R. Civ. P. 42(a). Accordingly, the above-noted opposition and cancellation proceedings are hereby consolidated and may be presented on the same record and briefs.

The Board file will be maintained in Opposition No. 91190246 as the "parent" case.

The November 3, 2010 stipulated motion to extend the time for applicant to respond to opposer's motion for

Opposition Nos. 91190246 and 91195552 and Cancellation No. 92053001

summary judgment in the opposition proceedings is granted. Proceedings herein remain suspended pending determination of opposer's motion for summary judgment.

\*\*\*