# EXHIBIT 5

```
                              UNITED STATES PATENT AND TRADEMARK OFFICE
                              Trademark Trial and Appeal Board
                              P.O. Box 1451
                              Alexandria, VA  22313-1451
```

MBA/ra

                                    Mailed:  May 19, 2011

                                    Opposition No.   91190246
                                    Opposition No.   91195552
                                    Cancellation No. 92053001

                                    Frito-Lay North
                                    America, Inc.

                                          v.

                                  Princeton Vanguard, LLC

    On May 11, 2011, the parties filed applicant's abandonment of its application Serial No. 77192054 (involved in Opposition No. 91190246), with opposer's written consent, and opposer's withdrawal of Opposition No. 91190246 without prejudice, with applicant's written consent.  The filing also requests that the remaining proceedings, Opposition No. 91195552 and Cancellation No. 92053001, continue forward on the dates set in the Board's order of February 9, 2011.

    In view thereof, application Serial No. 77192054 stands abandoned, and Opposition No. 91190246 is dismissed without prejudice.  <u>See</u> Trademark Rules 2.106(c) and 2.135.  **<u>Opposition No. 91195552 is now the parent case</u>**, and dates herein remain as set in the Board's order of February 9, 2011.

Opposition Nos. 91190246 and 91195552 and Cancellation No. 92053001

The remaining portions of the parties' stipulation are also approved.

*By the Trademark Trial and Appeal Board*