# EXHIBIT 6

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding | 91195552 |
| Party | Plaintiff<br>Frito-Lay North America, Inc. |
| Correspondence Address | WILLIAM G BARBER<br>PIRKEY BARBER LLP<br>600 CONGRESS AVENUE, SUITE 2120<br>AUSTIN, TX 78701<br>UNITED STATES<br>shightower@pirkeybarber.com, bbarber@pirkeybarber.com, eolson@pirkeybarber.com, tmcentral@pirkeybarber.com |
| Submission | Other Motions/Papers |
| Filer's Name | William G. Barber |
| Filer's e-mail | bbarber@pirkeybarber.com, shightower@pirkeybarber.com, pmadrid@pirkeybarber.com, drausa@pirkeybarber.com, tmcentral@pirkeybarber.com |
| Signature | /WGB/ |
| Date | 10/09/2012 |
| Attachments | Stipulated Trial Procedure and Deadlines.pdf ( 2 pages )(393678 bytes ) |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| FRITO-LAY NORTH AMERICA, INC., | § |
| | § Opposition No. 91195552 |
| Opposer/Petitioner, | § Cancellation No. 92053001 |
| | § |
| v. | § |
| | § |
| PRINCETON VANGUARD, LLC, | § |
| | § |
| Applicant/Registrant. | § |

## STIPULATED TRIAL PROCEDURE AND DEADLINES

The undersigned counsel for Opposer/Petitioner Frito-Lay North America, Inc. ("Opposer") and Applicant/Registrant Princeton Vanguard, L.L.C. ("Applicant") hereby stipulate and agree as follows:

1. The evidence at trial of this case shall consist of the evidence previously submitted by the parties to the Trademark Trial and Appeal Board in support of their respective motions for summary judgment, supplemented as specified in the paragraph immediately following. All objections to admissibility of the previously submitted evidence are waived.

2. No later than November 2, 2012, the parties may serve and file one additional declaration from each of the four experts disclosed in this case.

3. The trial briefing deadlines are as follows:

   - Opposer's Main Brief: Friday, January 25, 2013
   - Applicant's Main Brief: Monday, February 25, 2013
   - Opposer's Reply Brief: Tuesday, March 12, 2013

4. The parties request that the Board approve this joint stipulation.

STIPULATED TO BY:

| PRINCETON VANGUARD LLC | FRITO-LAY NORTH AMERICA, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ David H. Bernstein/* | */s/ William G. Barber/* |
| David H. Bernstein | William G. Barber |
| Jeremy Klatell | Paul Madrid |
| Ryan Scott Mellon | PIRKEY BARBER PLLC |
| DEBEVOISE & PLIMPTON LLP | 600 Congress Avenue, Suite 2120 |
| 919 Third Avenue | Austin, Texas 78701 |
| New York, New York 10022 | (512) 322-5200 (phone) |
| (212) 909-6000 (phone) | (512) 322-5201 (fax) |
| (212) 909-6836 (fax) | bbarber@pirkeybarber.com |
| dhbernstein@debevoise.com | pmadrid@pirkeybarber.com |
| jnklatel@debevoise.com | |
| rsmellon@debevoise.com | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATED TRIAL PROCEDURE AND DEADLINES has been served via email pursuant to mutual agreement of the parties on counsel for Applicant at the addresses below, on October 9, 2012:

    David H. Bernstein: dhbernstein@debevoise.com, rsmellon@debevoise.com,
        jnklatell@debevoise.com
    Debevoise & Plimpton LLP

*/s/ William G. Barber/*