# EXHIBIT 7

MBA                             Mailed:  October 10, 2012

                                Opposition No.   91195552
                                Cancellation No. 92053001

                                Frito-Lay North America,
                                Inc.

                                     v.

                                Princeton Vanguard, LLC

**Michael B. Adlin, Administrative Trademark Judge:**

　　The parties' stipulation filed on October 9, 2012 is approved.  The "trial" of this case shall be conducted as indicated in, and briefing dates are hereby reset in accordance with, the parties' stipulation.

                         ***