# EXHIBIT 8



## ChefsBest

CATEGORY

# Pretzel Crisps



2010 CHEFSBEST AWARD FOR BEST TASTE WINNER

## Pepperidge Farm





### What Makes a Great Pretzel Crisp?

Next time you find yourself weary of crackers and chips, grab a bag of pretzel crisps. These bite-size snacks are typically low in fat -- often they're even fat-free -- and sure to satisfy your salty craving, all while helping you break out of your snack rut.

The best pretzel crisps will be dark gold and have a light sheen, with granules of salt visible on at least one side of each crisp. There should be a minimal amount of broken pieces in a fresh bag.

Great pretzel crisps will deliver a pronounced level of toasted wheat and grain in both aroma and flavor. The crisps' overall aroma and flavor intensities should be equally high as they share notes of nuttiness, grain, and wheat.

Moderate saltiness will most define the basic taste profile of top-quality pretzel crisps, with low levels of sourness and bitterness playing lesser roles.

As you'd expect, crispiness is crucial to a great pretzel crisp. These snacks are at their best when thin and flaky, and their moderate crunch should bring you back for bite after bite, whether you're enjoying them on their own or with a dip.

We know what makes a great pretzel crisp, but what makes a bad one?

Our panelists found certain brands of pretzel crisps too brittle, with a disappointing tendency to shatter completely when bitten. Other inferior crisps were too dense and overly adhesive on the palate, and also suffered from lackluster flavor intensity.

### Why is Pepperidge Farm the best pretzel crisp?

As this tasting proceeded, our panel of expert chefs was taken with the pure "snackability" of Pepperidge Farm's pretzel crisps, due in no small part to the snacks' airy lightness and appropriate saltiness. They also maintained their crispiness when enjoyed with spinach dip.

This judging was for pretzel crisps, not including snack pretzels, soft pretzels, or crackers.

### Other Leading Brands

Snack Factory

OPP 005049
CONFIDENTIAL

Enjoy instead of potato    Sprinkle crumbs on a    Dip in melted chocolate





OPP 005050
CONFIDENTIAL



OPP 005051
CONFIDENTIAL

Coffee
Premium Ground House Blend
Coffee
Premium Root Beer
Purple Grape Juice
Refrigerated Apple Cider
Refrigerated Carrot Juice
Root Beer
Soluble Coffee Drink Mixes
Unflavored Instant Tea Mix
Unflavored Sparkling Mineral Water
White Grape Juice

Breakfast
Apple Cinnamon Os Cereal
Bran Cereal
Chocolate Cereal
Frosted Os Breakfast Cereal
Fruit-Flavored Kids Cereal
Honey Nut Os Breakfast Cereal
Hot Wheat Cereal
Instant Organic Oatmeal
Multigrain Os Cereal
Packaged Granola
Packaged Granola with Raisins

Candy
Chewy Caramels
Chocolate-Covered Raisins
Solid Milk Chocolate Bars

Canned Goods
Artichoke Hearts
Baked Beans
Black Beans and Pinto Beans
Beef Stew
Canned Chicken
Canned Chicken Broth
Canned Clam Chowder
Canned Corn
Canned Crab
Canned Diced Tomato
Canned Gravy
Canned Green Beans
Canned Green Chiles
Canned Ham
Canned Italian Wedding Soup
Canned Mandarin Oranges
Canned New England Clam
Chowder
Canned Pears
Canned Peas
Pork and Beans
Canned Sardines
Canned Shrimp
Canned Spiced Lunchmeat
Canned Tamales
Chili with Beans
Chili without Beans
Corned Beef Hash
Cranberry Sauce
Creamed Corn
Deviled Ham
Garbanzo Beans
Hominy
Kidney Beans
Light Chunk Tuna in Water
Mixed Fruit and Tropical Mixed
Fruit
Organic Chili
Refried Beans
Sliced Black Olives
Solid White Albacore Tuna
Tomato Paste
Tomato Sauce
Vegetarian Baked Beans
Vegetarian Refried Beans

Cheese
Brie Cheese
Cheese
Cottage Cheese
Crumbled Feta Cheese
Fresh Mozzarella Cheese
Garlic and Herb Flavored Cheese
Spread
Light String Mozzarella Cheese
Reduced Fat Mozzarella String
Cheese
Reduced Fat Natural Swiss
Cheese
Refrigerated Parmesan Cheese
Shredded Cheddar and Monterey

Frozen Strawberries
Frozen Spinach
Hash Browns
Meatballs
Meatloaf Entrées
Mixed Vegetables with Cheese
Sauce
Pancakes
Pocket Sandwiches

Pot Roast Entrées
Roast Turkey Entrées
Salisbury Steak Entrées
Shrimp Scampi
Single Serve Deep Dish Pizza
Texas Toast Garlic Bread
Vegetarian Burritos
Vegetarian Chicken Patties
Vegetarian Patties
Waffles

Grains, Pasta & Sauces
Alfredo Pasta Mix Side Dish
Alfredo Sauce
Butter and Herb Pasta Mix Side
Dish
Cashew Chicken Asian Meal Kits
Cheese and Broccoli Pasta Mix
Side Dish
Chicken and Broccoli Pasta Mix
Side Dish
Chicken Fettuccini Pasta Mix Side
Dish
Chicken Flavored Rice
Chicken Flavored Rice Mix
Egg Noodles
Garlic Chicken Asian Meal Kits
Garlic Pasta Mix Side Dish
Kung Pao Asian Meal Kits
Lasagna Noodles
Macaroni and Cheese
Multigrain Pasta
Organic Tomato Pasta Sauce
Parmesan Pasta Mix Side Dish
Pizza Sauce
Quick Rice
Rice Pilaf Mix
Shaped Pasta
Spaghetti Sauce Mix
Spaghetti and Linguine
Sweet and Sour Asian Meal Kits

Household
Aluminum Foil
Baking Cups
Dinner Napkins
Food Storage Containers
Luncheon Napkins
Paper Towels
Plastic Wrap
Steam Cook Bags

Meat & Seafood
Cheese Hot Dogs
Cooked Bratwurst
Cooked Cheese-Wurst Sausages
Deli-Sliced Ham
Deli-Sliced Roast Beef
Deli-Sliced Turkey
Everyday-Favorite Hot Dogs
Hot Links
Maple Link Breakfast Sausage
Poultry Dinner Sausage
Poultry Hot Dogs
Precooked Bacon
Precooked Turkey Patty and Link
Breakfast Sausage
Premium Hot Dogs
Refrigerated Barbecue Pulled or
Shredded Beef Entrée
Refrigerated Barbecue Pulled or
Shredded Chicken or Pork Entrée
Refrigerated Beef Tip Entrée
Refrigerated Chicken Strips
Refrigerated Ham Entrées
Refrigerated Meatloaf Entrée
Refrigerated Pork Roast Entrée
Refrigerated Smoked Salmon
Regular-Cut Bacon
Salami
Sliced Bologna Lunch Meat
Sliced Pepperoni

Dressing
Soy and Canola Vegetable Oil
Soy Sauce
Steak Sauce
Strawberry Fruit Spread
Stuffing Mix
Sweet Pickles
Sweetened Condensed Milk
Taco Sauce
Taco Seasoning Dry Mix
Teriyaki Marinade
Worcestershire Sauce
Yellow Mustard

Produce
Dates
Dried Cranberries
Fresh Packaged Baby Carrots
Fruit Cups
Packaged Caesar Salad
Packaged Garlic Cheese Caesar
Salad
Packaged Iceberg Salad
Packaged Italian Salad
Packaged Organic Salad
Packaged Romaine Salad
Raisins
Refrigerated Cole Slaw
Refrigerated Macaroni and Cheese
Side Dish
Refrigerated Macaroni Salad
Refrigerated Mashed Potatoes
Refrigerated Potato Salad
Refrigerated Sauerkraut
Refrigerated Scalloped Potato Side
Dish
Refrigerated Tofu
Tomatoes on the Vine

Snacks
100 Calorie Pack Chocolate Chip
Cookie Crisps
Baked Potato Chips
Baked Tortilla Chips
Barbecue Potato Chips
Barbecue Potato Crisps
Beef Jerky
Better-for-You Microwave Popcorn
Butter Crackers
Candy-Coated Chocolate Chip
Cookies
Cheese Crackers
Cheese Crisps
Cheese Potato Crisps
Chocolate Chip Cookies
Chocolate Chunk Chocolate Chip
Cookies
Cinnamon Graham Crackers
Cracker Snack with Dip
Fig Cookies
Fruit and Gelatin Cups
Ginger Snap Cookies
Glazed Popcorn
Hard Pretzels
Honey Graham Crackers
Hot Salsa
Hummus
Kettle Chips
Meat Sticks
Medium Salsa
Microwave Popcorn
Mild Salsa
Mini Chocolate Chip Cookies
Multigrain Crackers
Multigrain Sunflower Chips
Original Potato Chips
Plain Potato Crisps
Plain Tortilla Chips
Pretzel Crisps
Ridged Potato Chips
Roasted and Salted Cashews
Roasted Garlic Hummus
Round Wheat Crackers
Salsa Con Queso
Salt and Vinegar Potato Crisps
Saltine Crackers
Shortbread Cookies
Snack Nuts
Snack Sandwich Cake
Soft Bake Chocolate Chip Cookies
Sour Cream and Cheddar Potato
Chips

OPP 005052
CONFIDENTIAL

Shredded Cheddar and Monterey
Jack Cheese
Shredded Cheddar Cheese
Shredded Mexican Blend Cheese
Shredded Mozzarella Cheese
Sliced Monterey Jack
Sliced Mozzarella
Sliced Processed American
Cheese
Sliced Provolone
Sliced Swiss

Dairy
Domestic Butter
Fat Free Vanilla Yogurt
Goat Milk
Hard-Boiled Eggs
Heavy Whipping Cream
Low Fat Yogurt
Organic Butter
Probiotic Yogurt
Refrigerated Rice Pudding
Refrigerated Soy Milk
Refrigerated Tapioca Pudding
Regular Vegetable Oil Spread
Sour Cream
Stick Margarine
Strawberry and Peach Indulgent
Yogurt
Whipped Aerosol Topping

Stick Pepperoni
Summer Sausage
Turkey Bacon
Vegetarian Hot Dogs

Sour Cream and Onion Potato
Chips
Sour Cream and Onion Potato
Crisps
Thin Wheat Crackers
Vanilla Wafers
Water Crackers

Specialty Diet
Adult Gummy Vitamins
Childrens Gummy Vitamins
Clear-Mixing Soluble Fiber
Supplements
Diabetic Bars
Diabetic Shakes
Dietetic Caramel-Pecan Chocolate
Dietetic Chocolate Mint Patties
Dietetic Coconut Chocolates
Egg Substitutes
Meal Replacement Shakes
Natural Childrens Chewable
Vitamins
Shelf-Stable Tofu

FAQ | CONTACT US | SITEMAP | TASTING TERMINOLOGY | TERMS & CONDITIONS | @ LOGIN BOLIU

OPP 005053
CONFIDENTIAL

beta

ChefsBest

Member sign-in

User Name
Password

Forgot Your Password?

Join Now

GO

ABOUT CHEFSBEST | AWARD WINNERS | FRESH FOODS | RECIPES | LIVING

Search pretzel crisps

Home/Search Result

## Search Results

Your search for "pretzel crisps" found 2 results in the following categories:

WINNERS (2)  RECIPES (0)  FEATURES (0)  FRESH (0)  OTHER (0)

Winners

Results 1-2 of 2

Sort by: A-Z

Pretzel Crisps

Hard Pretzels

Recipes

*No Recipes match the search criteria.*

Features

*No Features match the search criteria.*

Fresh

*No Fresh pages match the search criteria.*

Other

*No other pages match the search criteria.*

FAQ | CONTACT US | SITE MAP | TASTING TERMINOLOGY | TERMS & CONDITIONS | PRIVACY POLICY

Case 3:17-cv-00652-KDB-DSC   Document 28-11   Filed 08/30/18   Page 7 of 58

OPP 006673





BURT · BLEE · DIXON · SUTTON & BLOOM, LLP

A Full Service Law Firm
With A Calling To Serve

November 30, 2011

VIA EMAIL, dhbernstein@debevoise.com
and VIA US MAIL
David H. Bernstein, Esq.
919 Third Avenue
New York, NY 10022

Re: Snack Factory, Inc./Pretzels, Inc.

Dear Mr. Bernstein:

Our firm represents Pretzels, Inc. and has been provided with a copy of your letter dated November 28, 2011, concerning Snack Factory, Inc.'s trademark, PRETZEL CRISPS®.

As noted in your letter, Pretzels' use of the generic term "pretzels crisps" was merely a reference to a particular market segment described in industry publications. The wording was included innocently and without any knowledge of any potential infringement of a similar proprietary mark. Notwithstanding the industry's use of the generic term "pretzel crisps", Pretzels, Inc. has revised its promotional materials for TRUSSETTS® that referred to the "pretzel crisps" market. Pretzels, Inc. has also taken reasonable steps to avoid references to the term "pretzel crisps" in future materials.

Hopefully, this response adequately addresses the concerns conveyed in your letter. If not, please let me know. Thanks.

Best regards,

BURT, BLEE, DIXON, SUTTON & BLOOM, LLP

Robert E. Doelling, Jr.

RED/ryo

Robert E. Doelling, Jr.
PARTNER

telephone: 260-426-1300
facsimile: 260-422-7932
email:rdoelling@burtblee.com

200 East Main Street, Suite 1000
Fort Wayne, IN 46802

Mailing Address:
P.O. Box 10810
Fort Wayne, IN 46854-0810

Auburn Office:

1320 S. Grandstaff Drive
Auburn, IN 46706
Tel: 260-925-3787



# Trussetts™

### FRESHLY BAKED CRISPY PRETZEL

A unique offering from Harvest Road combining the profile
of a cracker with the great taste of a baked pretzel.

- Strong criss cross shape makes Trussetts™ incredibly dip friendly
- Versatile to eat alone, dip or stack with all kinds of sweet savory foods
- Flat strong shape creates a foundation for all appetizer recipes
- All natural

- Baked with whole wheat to create healthy snacks and appetizers
- Everyone will love their flat, thin and crispy taste
- Original recipes provided on each package and on the website

## CRISPY PRETZEL FACTS:

- The crispy pretzel market is $50 million and growing.
- In a 52 wk period from 2009-10, the crisp category grew 159% in pounds
- The salty snack food category grew 7% in 2009-10
- The overall pretzel category grew 20% in 2009-10
- The Salty Snack food category is predicted to maintain a 4% annual growth through 2014

Trade Secret / Commercially Sensitive

SF-TTAB-00149488

10

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

David H. Bernstein
Partner
Tel 212 909 6696
Fax 212 521 7696
dhbernstein@debevoise.com

November 28, 2011

**BY FEDERAL EXPRESS AND EMAIL**

William Mann
President/Co-Owner
Pretzels Inc.
123 W. Harvest Road
Bluffton, IN 46714-9007
harvestroad@pretzels-inc.com

Infringement of PRETZEL CRISPS® Trademark

Dear Mr. Mann:

We represent The Snack Factory, Inc. ("Snack Factory"), owner of the well-known, federally-registered trademark PRETZEL CRISPS®. We write to object to Pretzels Inc.'s use of the term "pretzel crisps" during PLMA's 2011 Private Label Trade Show. Examples of that inappropriate use are attached to this letter as Exhibit A.

Since its introduction in 2004, the PRETZEL CRISPS® brand of crackers have become one of the most successful snack foods on the market. Snack Factory's founder, Warren Wilson, developed the idea for a flat pretzel cracker and coined the term PRETZEL CRISPS® to serve as the brand name for this new, innovative product. Today, PRETZEL CRISPS® brand pretzel crackers come in many varieties and are available in a wide range of retail outlets across the United States. All PRETZEL CRISPS® packages prominently feature the distinctive PRETZEL CRISPS® trademark, as shown at the top of the next page. The PRETZEL CRISPS® trademark is one of the most significant ways in which consumers identify the brand on shelves, and it is thus among Snack Factory's most valuable property rights.

Trade Secret / Commercially Sensitive

SF-TTAB-00149481

11



Members of Snack Factory who attended PLMA's 2011 Private Label Trade Show in Chicago (held November 13-15, 2011) were surprised to learn that Pretzels Inc. was using the term "pretzel crisps" generically in relation to its TRUSSETTS pretzel cracker product. For example, the information sheet on TRUSSETTS referenced the "pretzel crisps market" and listed "pretzel crisp facts." The Official Program Guide for the show stated that, among other categories of products, Pretzels Inc. manufactures "Pretzel Crisps," which easily could confuse buyers into believing that your company is the source of Snack Factory's PRETZEL CRISPS® products. These uses of our client's registered trademark are inappropriate.

We realize that you may not have been aware that PRETZEL CRISPS® is the brand name for our client's product, or that our client owns a federal trademark registration for this mark. Because it is our client's trademark, no other company should use the PRETZEL CRISPS® name to refer to its brand of pretzel crackers, or to pretzel crackers generally. Rather, the generally-accepted generic term for this category of snack foods is either "pretzel crackers" or "pretzel chips."

Just as Pretzels Inc. no doubt wants others to respect its trademarks, so do we hope that Pretzels Inc. will respect the trademarks of others. Accordingly, please confirm in writing by December 2, 2011 that Pretzels Inc. will discontinue all use of the PRETZEL CRISPS® trademark in relation to its products.

Very truly yours,

David H. Bernstein

Attachments

# EXHIBIT A

Trade Secret / Commercially Sensitive

SF-TTAB-00149483



Trade Secret / Commercially Sensitive



| COMPANY | BOOTH |
|---|---|

**D ABSORBENT PRODUCTS, INC.** — 8305/8306

N. Hastiog Way, Eau Claire, WI 54703
(715) 839-2371 Fax: (715) 839-2296
ail: paplcustomerservice@gopresto.com
osite: www.prestoabsorbent.com

ult Incontinence Products Including: Disposable
iefs, Disposable Underwear, Disposable Underpads,
et Wipes and Bladder Control Pads; Baby Products
icluding: Baby Diapers, Baby Training Pants and
aby Wet Wipes

SUSAN ZUKOWSKI, *Mktg. Mgr.*, JOHN HOPKINS, *Vice Pres. Sales/Mktg.*, RICARDO BORRERO, *President*, TOM LUDWIKOSKI, *Asst. Dir. Sales/Natl. Sales Mgr.*, SPENCE AHNEMAN, *Natl. Acct. Sales Mgr.*, DON HOESCHEN, *Vice Pres. Sales*

**PRETZELS INC.** — 2119/2120

123 Harvest Rd., Bluffton, IN 46714
Tel: (260) 824-4838 Fax: (260) 824-4838
E-mail: dem209@aol.com
Website: www.pretzels-inc.com

Snack Foods, Pretzels, Extruded Cheese, Corn, Puffs, Cruuchy Cheese, Pretzel Crisps

DON MILLER, *Reg'l Sales*, TONY MARTIN, *Reg'l Sales*, SCOTT GREEN, *Dir. Sales*, WILLIAM MANN, *President/Co-Owner*

**PRIME DISTRIBUTION SERVICES** — 7515

1750 All Points Pkwy., Plainfield, IN 46168
Tel: (317) 837-0088
E-mail: ksalwin@pdsindy.com
Website: www.pdsindy.com

Warehousing, Distribution & Logistics

DOUG MCFARLAND, *Sales Dir.*, JOEY DAVIDSON, *Sales Dir.*

**PRIVATE BRANDS CONSORTIUM PBC INC.** — 2243/2244

3000 Blvd. Rene-Levesque, Ste. 330
Montreal, Quebec H3E 1T9, Canada
Tel: (514) 768-4122 Fax: (514) 766-6509
E-mail: fleduc@privatebrandsconsortium.com

Organic/Non-Organic Baby Cereals, Baby/Toddler Entrees and Fruit Pouch, Rice Rusks, Rice Cookies, Biscotti, Baby Snacks, Pediatric Nutritional Drinks, Liquid Nutritional Supplements (Regular, Plus Calories, High Protein and Diabetic), Nutritional Powders and Bars, Stevia (Packets and Bag), No Calorie Sweetener, Aseptic Rice Beverage and Broths, Protein Shakes

FRANCOIS LEDUC, *President*, GILLES MESSIER, *Vice Pres. Opns*, BILL BRAUN, *Reg'l Sales Mgr.*

248

Trade Secret / Commercially Sensitive

15



# HARVEST ROAD

# Trussetts™

FRESHLY BAKED CRISPY PRETZEL

A unique offering from Harvest Road combining the profile
of a cracker with the great taste of a baked pretzel.

- Strong criss cross shape makes Trussetts™ incredibly dip friendly
- Versatile to eat alone, dip or stack with all kinds of sweet savory foods
- Flat strong shape creates a foundation for all appetizer recipes
- All natural

- Baked with whole wheat to create healthy snacks and appetizers
- Everyone will love their flat, thin and crispy taste
- Original recipes provided on each package and on the website



**PRETZEL CRISP FACTS:**
- The pretzel crisp market is $50 million and growing
- In a 52 wk period from 2009-10, the crisp category grew 153% in pounds
- The salty snack food category grew 7% in 2009-10
- The overall pretzel category grew 20% in 2009-10
- The Salty Snack food category is predicted to maintain a 4% annual growth through 2014

---

Trade Secret / Commercially Sensitive

SF-TTAB-00149486

From:           Daniel Espinosa [Daniel.Espinosa@Tampico.com]
Sent:           Monday, May 12, 2008 1:26 PM
To:             'info@pretzelcrisps.com'
Subject:        excellent product

I just was munching on some pretzel crisps, thinking about how awesome they are. I want to let you know that you have a great, healthy product, a perfect alternative to high fat potato chips. Before I found this product, I was trying to find a good, low fat, snack food. I tried pita crisps, and soy crisps, but this is probably the most flavorful one with a great "kick". I have the buffalo wings flavor. Also, the packaging is great because it really keeps the product fresh after long periods of not eating any. I don't eat this product every day, and I've probably had this big bag I bought at Costco for at least a couple months, but it still is as crispy and good as the first day I opened the bag. I will continue to buy this product because there is nothing like it in the market (as far as I've seen). Anyway, keep up the good work and I wish you and your company success.

Thanks,

**Daniel Espinosa**
International Business Analyst

## Tampico Beverages
3106 North Campbell Ave.
Chicago, IL 60618 U.S.A.

tel: +1 773 296 0190
fax: +1 773 687 0172
e-mail: daniel.espinosa@tampico.com
www.tampico.com

i

| From: | Beatty JoAnn [Joann.Beatty@state.or.us] |
| Sent: | Thursday, January 17, 2008 2:27 PM |
| To: | info@pretzelcrisps.com |
| Attachments: | image001.jpg |

I just wanted to let you know that you guys have the best pretzel crisps ever. The other day I bought another brand at a different store. They were so salty I could not even give them away to anyone and ended up throwing them out. Your chocolate covered pretzel crisps in dark chocolate are to die for. Love all the flavors but have not tried the buffalo wings ...keep up the good work they are great.
Thanks
JO

*JoAnn Beatty*

Office Specialist II
Rogue Valley Youth Correctional Facility
541 471 2862 ext 238



Confidential

SE TTAR 00040028

Subj:      **FW: Just to let you know...**
Date:      12/15/2008 2:01:51 PM Eastern Standard Time
From:      info@pretzelcrisps.com
To:        snakfact@aol.com

WW and Sara:

FYI - Please see email below.

Darla

**From:** Mariesa New [mailto:amy@paccpas.com]
**Sent:** Monday, December 15, 2008 1:55 PM
**To:** info@pretzelcrisps.com
**Subject:** Just to let you know...

Last week I purchased the Pepperidge Farm version of the Pretzel Crisps. They package theirs in a big bulky box that allows a lot of shifting during distribution which means that by the time I got them in my house there MAY have been maybe 10 that were still either whole pieces or mostly whole and the rest was not much more than crumbs. Doesn't make for a very nice snack platter at a party. However, when I bought your brand at Wal-Mart today, I opened the bag & it was exactly the opposite. Very few broken chips not to mention the much more convenient bag they were in. Also, I loved that I had a variety of flavors to choose from. I went with the "Everything" and am loving them as I am snacking on them at this very moment. Just wanted to say Kudos on a job well done!

Mariesa New
West Monroe, Louisiana.

19



**Darla Misler**

| | |
|---|---|
| **From:** | Darla Misler |
| **Sent:** | Monday, April 05, 2010 9:58 AM |
| **To:** | 'Yvette Lloyd' |
| **Subject:** | RE: pretzel crisps |

Good Morning Yvette:

Thank you for your email regarding where to purchase our Snack Factory Pretzel Crisps. We are pleased to hear you are enjoying them.

*You can find our great product in the Brunswick, ME area at:*

| Hannaford Supermarket – Deli Dept. | State Wide |
|---|---|
| Sam's Club – **23 oz. Original flavor only...** | State Wide |
| Shaw's Supermarket – Deli Dept. | State Wide |
| Walmart Super Centers – Deli Dept. or Snack Aisle | State Wide |

If you don't see a particular flavor you can always ask the deli manager to order them for you as they can very easily get it thru their current distributor. If you can't locate them at all, you may purchase our products online by the case at www.snackaisle.com. You can also contact them by calling 1-866-EAT-SNAX (1-866-328-7629).

If you could please forward us your mailing address, we would be happy to send you some of our cents off coupons as a token of our appreciation.

Thank you for your enthusiasm and support for our product. If you have any questions please feel free to contact me.

Regards,

Darla Misler
Consumer Relations
Snack Factory, LLC
P.O. Box 3562
Princeton, NJ 08543
1-888-683-5400
609-683-9595 (fax)
darla@pretzelcrisps.com

*Pretzel Crisps*

**From:** Yvette Lloyd [mailto:ylloyd@bowdoin.edu]
**Sent:** Monday, April 05, 2010 8:18 AM

1

Confidential Case 3:17-cv-00652-KDB-DSC   Document 28-11   Filed 08/30/18   Page 21 of 58   SF-TAB-00015896



**To:** Darla Misier
**Subject:** pretzel crisps

Use to be able to find pretzel crisps in almost every store but here in Brunswick, Maine, they are very hard to find. Any suggestions as to where I could find them. Also, could only find plain and I see you have other flavors. I'd appreciate any suggestions or help. Thanks – they are the best! I've been buying Pepperidge Farm as I can't find yours anywhere.
Yvette Lloyd

2

21

Confidential                                                                                    SE TTAB 00011397

The Fresh Loaf

Soft Pretzels
Philly Soft Pretzel Factory
Ads by Google

Home | Lessons | Handbook | Videos | Book Reviews | FAQs | Baker Blogs | The Bread Feed | Store | Tools | Links



Search

Log in



I was never even made to taste the the Parvel line of Trader Joe's original and Chips a Roni Original...

I've tried making them by using a pretzel where it ends, out over ... the crisp and rolled ... evan," crunchie crunch. I've also tried a brush cracker (a la Rosmari) and then put it in the toaster oven, worked great to bring by the result were less than crisp factory.

The planning or dough bit more on ... Typically very careful and these cut into the ... in the center to ... it?
Try before I get you far along. I'm trying to find a pretzel crisp of line before a ... made the dough ... that a ...

Filed under:



kitchendairy

To make your "crisp" crispy, once you've baked your pretzels, you'll have to slice them and bake them another time. They might need to be flipped mid-way through but you can be the judge.

oh, just like bagel chips! I never thought of that..

I'll have to give that a try, though I feel like the pain crackers that I'm thinking of would be too thin to have been hand cut after a first bake. But I guess I'll see soon enough. Thanks for the suggestion!

You could also like these ... because a hero pretzel ... maybe that should?

Either Alton Brown's hard pretzel recipe and these were close that ... to me can ... but more, but I think I'm rolling on one creation, probably need to turn out the dough through a ... of bulk ... to roll then thin enough.

...from post earlier today, is what made me think of the crisp, really. I had a ... a bit of crisp ... post before you that was impromptu to break my starter ... of hibernation and get ready to make Amarone Pretzels. They didn't do July tasty indeed.

They softened a bit once they'd cooled all day. Still crunchy outside though, it occurred to me that you could try getting them SUPER thin by running them through a pasta roller instead of only to thin as you can get with a rolling pin and so on. I was thinking about that earlier this evening? Such is the ... of ... fun, any puffing they do will be more like a pita so thicker than anything offering room for a chewy center.

OPP 005047
CONFIDENTIAL




Case 3:17-cv-00652-KDB-DSC   Document 28-11   Filed 08/30/18   Page 23 of 58    22

OPP 005048
CONFIDENTIAL

23



# Nutrition Facts

Serving Size: 10 Crisps (28 grams)
Servings Per Container: 6

**Amount Per Serving**

| Calories 100 | Calories from Fat 0 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 350mg | **15%** |
| **Total Carbohydrate** 21g | **7%** |
| Dietary Fiber less than 1g | **3%** |
| Sugars 2g | |
| **Protein** 3g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 0% | • | Iron 0% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**INGREDIENTS:**
Wheat Flour, Sugar,
Barley Malt, Salt.

Ⓤ
PAREVE

*the snack factory*™

P.O. BOX 3562
PRINCETON, NJ
08543
(609) 683-5400
www.pretzelcrisps.com

49508-00600



# Nutrition Facts

Serving Size: 9 Crisps (29 grams)
Servings Per Container: About 6

**Amount Per Serving**

| Calories 100 | Calories from Fat 5 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 0.5g | **1%** |
| Saturated Fat 0g | **0%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 290mg | **12%** |
| **Total Carbohydrate** 21g | **7%** |
| Dietary Fiber less than 1g | **3%** |
| Sugars 2g | |
| **Protein** 3g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 0% | • | Iron 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**INGREDIENTS:**
Wheat Flour, Seasoning (salt, sesame
seeds, poppy seeds, dehydrated garlic,
dehydrated onion, caraway seeds),
Sugar, Barley Malt.

Ⓤ
PAREVE

*the snack factory*™

P.O. BOX 3562
PRINCETON, NJ
08543
(609) 683-5400
www.pretzelcrisps.com

49508-00620



# Nutrition Facts

Serving Size: 11 Crisps (29 grams)
Servings Per Container: About 6

**Amount Per Serving**

| Calories 100 | Calories from Fat 0 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 320mg | **13%** |
| **Total Carbohydrate** 21g | **7%** |
| Dietary Fiber less than 1g | **3%** |
| Sugars 2g | |
| **Protein** 3g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 0% | • | Iron 0% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**INGREDIENTS:**
Wheat Flour, Seasoning (salt,
dehydrated garlic), Sugar,
Barley Malt.

Ⓤ
PAREVE

*the snack factory*™

P.O. BOX 3562
PRINCETON, NJ
08543
(609) 683-5400
www.pretzelcrisps.com

49508-00610

Confidential

SF-TTAB 00065055



Trade Secret / Commercially Sensitive

# Nutrition Facts

Serving Size about 18 Crisps (28g)
Servings Per Container 2

---

**Amount Per Serving**

---

**Calories** 110 Calories from Fat 15

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | **2%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 520mg | **22%** |
| **Total Carbohydrate** 21g | **7%** |
| Dietary Fiber 1g | **4%** |
| Sugars 2g | |
| **Protein** 3g | |

---

Vitamin A 0%  •  Vitamin C 0%

Calcium 0%  •  Iron 0%

---

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

---

INGREDIENTS: WHEAT FLOUR, SEASONING (RICE FLOUR, SALT, MONOSODIUM GLUTAMATE, ONION POWDER, BUTTERMILK POWDER, NATURAL AND ARTIFICIAL FLAVORS, SOUR CREAM FLAVOR [CULTURED SOUR CREAM, NONFAT MILK POWDER, WHEY, WHEY PROTEIN CONCENTRATE, NATURAL FLAVORS, SALT, YEAST EXTRACT], MALTODEXTRIN, GARLIC POWDER, SUNFLOWER OIL, CITRIC ACID, YELLOW 6 LAKE, SPICE, LACTIC ACID, DISODIUM INOSINATE AND DISODIUM GUANYLATE, CHEDDAR CHEESE [CULTURED, PASTEURIZED MILK, SALT, ENZYMES], YELLOW 5 LAKE, DISODIUM PHOSPHATE, TURMERIC EXTRACT [COLOR], SPICE EXTRACTIVES, AUTHORIZED YEAST EXTRACT, SODIUM PHOSPHATE, XANTHAN GUM, SOY LECITHIN, AND LESS THAN 2% TRICALCIUM PHOSPHATE [ANTI-CAKING] AGENT), SOYBEAN OIL, SUGAR, SALT, MALT SYRUP.

CONTAINS: MILK, SOY, WHEAT.
Made in a factory that processes milk and soy.

# Nutrition Facts

Serving Size about 23 Crisps (28g)
Servings Per Container 2

**Amount Per Serving**

**Calories** 110   Calories from Fat 0

% Daily Value*

| | |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 330mg | **14%** |
| **Total Carbohydrate** 23g | **8%** |
| Dietary Fiber 1g | **4%** |
| Sugars 2g | |
| **Protein** 3g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% | |
| Calcium 0% | • | Iron 0% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INGREDIENTS: WHEAT FLOUR, SUGAR, SALT, MALT SYRUP.
CONTAINS: WHEAT.
Made in a factory that processes milk and soy.

| From: | Linda Wertz [linda.s.wertz@gmail.com] |
|---|---|
| Sent: | Sunday, August 22, 2010 10:10 PM |
| To: | Info |
| Subject: | question |

Do you have any plans for ever making whole wheat crisps? It would be great for getting some nutrition into kids for a low fat snack.
Linda Wertz

Confidential

SF-PTAB-00110508

| From: | jean storch [jnstorch@yahoo.com] |
| Sent: | Monday, September 29, 2008 2:12 PM |
| To: | info@pretzelcrisps.com |

i would like to know what size packages the crisps come in are there three sizes or just two?

*jean*

Confidential

SE TTAB 00053046

| From: | GMAIL [ghstepanow@gmail.com] |
|---|---|
| Sent: | Sunday, April 25, 2010 8:23 PM |
| To: | Darla Misier |
| Subject: | REQUEST COUPONS |

I've sampled your crisps and bought a bag at the local Costco. However, Costco no longer carry your product. Will you please send a product coupon? Thanks-

Genevieve Stepanow
17191 Libertad Drive
San Diego CA 92127

Confidential

SF-PTAB-0011302

| | |
|---|---|
| **From:** | Felix Jacomino [felix@jacomino.com] |
| **Sent:** | Thursday, May 13, 2010 9:07 PM |
| **To:** | Darla Misier |
| **Subject:** | More broken crisps... |

Once again,
I get more broken crisps in a bag than whole ones?
It doesn't seem like that is a priority.
Why not pack a bag inside a box?

What should I have paid for a bag of broken crisps?

Felix

i

Confidential                                                                              SF-9TAB-00119157

**From:** TOMChcg3@aol.com
**Sent:** Wednesday, May 05, 2010 8:35 AM
**To:** Darla Misier
**Subject:** Bagging

I must admit I really enjoyed your product (especially with a soft cheddar cheese) and would have purchased more. However, I was very disappointed the further I got down in the bag. I estimate 1/2 of the pretzels where broken and about 1/4 of them were in tiny pieces not worth eating. Either your bagging procedure or the store had problems in maintaining the shape of the crisps.

Tom

1

Confidential

| From: | MICHAEL ROTHSTEIN [mrormr@verizon.net] |
| --- | --- |
| Sent: | Wednesday, August 24, 2005 3:38 PM |
| To: | info@pretzelcrisps.com |
| Subject: | broken crisps |
| Attachments: | _AVG certification_.txt |

Hello,
just wanted to let you know that we love your product, but after buying 3 bags and all three bags each time have only had all broken crisps we were a little disapointed. My son loves the buy them at Chef central after his cooking class.
Just wanted to let you know, so that maybe you could come up with a better packaging, so that they would not all break.
Thanks
marla Rothstein

1

Confidential   SF-PTAB-00033500

**From:** wfmcontr@optonline.net

**Sent:** Thursday, July 02, 2009 11:44 AM

**To:** info@pretzelcrisps.com

Hello,

My name is Michele Murphy and I am a committee member for Boy Scout Troop 79 of
Pequannock, NJ. Our scouts are hosting a spaghetti dinner fund raiser in October 2009. I was
wondering if your company would be willing to donate a couple of bags of your product to them
for them to make a basket of the assorted crisps to raffle off at the event. All the funds the scouts
raise at this event will purchase new equipment for the troop.

Please feel free to contact me with any questions you may have. I can supply you with any
information you may need. I can be reached at 973-628-8745

I thank you in advance for your time.

Michele Murphy

| From: | Donna Fye [djfye@yahoo.com] |
| Sent: | Saturday, April 24, 2010 7:32 PM |
| To: | Darla Misier |
| Subject: | buffalo pretzel |

I found the buffalo wing flavored crisps at Costco and Sams Club about 2 months ago, but can not locate them now. Do you still make them? Where can I find then in the Kansas City, Kansas area?

1

Confidential

**From:** Vanessa Mortensen [vamortensen@hotmail.com]
**Sent:** Wednesday, March 22, 2006 2:00 PM
**To:** info@pretzelcrisps.com
**Subject:** msg
**Attachments:** _AVG certification_.txt

Hello,

Our Tampa, FL area grocery stores have recently added your products and we were initially thrilled with the Pretzel Crisps, Everything flavor. By that I mean that the first bag had plenty of "everything" on them and the last several bags had virtually nothing on the crisps. What happened? Literally, each crisp was lucky to have 3 sesame seeds and one salt crystal on it. The first bag was the only one to look like the picture on the bag.

We shop at Publix, Kash n Karry and Albertson's. Let us know when you improve this item back to the way they were. Thank you very much.

Sincerely,
Vanessa Mortensen
813-960-1696

Confidential

**Pretzel Crisp**

| | |
|---|---|
| **From:** | MamaGaona@aol.com |
| **Sent:** | Tuesday, August 26, 2008 2:04 PM |
| **To:** | info@pretzelcrisps.com |
| **Subject:** | Re: coupons |

Darla,
Thank you so much!!!!!!!!!! Yippee these crisps are my diet secret. Can't be much of a secret as my Pathmark is always running out of the plain as soon as they come in.☺

In a message dated 8/26/2008 2:02:28 P.M. Eastern Daylight Time, info@pretzelcrisps.com writes:

> Dear Ms. Gaona:
>
> Thank you for your request.   I will be sending out your coupons next week.
>
>
> Sincerely,
> Snack Factory, Inc.
>
> Darla Misier
> Consumer Relations
>
>> —--Original Message-—--
>> **From:** MamaGaona@aol.com [mailto:MamaGaona@aol.com]
>> **Sent:** Tuesday, August 26, 2008 1:53 PM
>> **To:** info@pretzelcrisps.com
>> **Subject:** coupons
>>
>> arlene gaona
>> 95 heritage dr
>> howell,nj 07731
>>
>>
>> It's only a deal if it's where *you* want to go. Find your travel deal **here**.

It's only a deal if it's where *you* want to go. Find your travel deal **here**.

9/2/2008

Confidential                                                                                 SF TTAB 00013211

| From: | Trudy Bohr [bohr4@mac.com] |
|---|---|
| Sent: | Tuesday, March 17, 2009 3:39 PM |
| To: | info@pretzelcrisps.com |
| Subject: | classic dijon flat crisps |

I saved one side of a box of "Napa Valley Mustard Co. Brand Classic Dijon Flat Crisps" assuming it had all the information I needed to find this product again, but Napa Valley Mustard Brand Co only shows prepared mustards on their website, and your website does not show this flavor or packaging. I received the box of crisps in a Christmas basket - is this indeed your product?
Trudy

1

Confidential

**Pretzel Crisp**

| | |
|---|---|
| **From:** | Darren Eckhoff [darreneckhoff@hotmail.com] |
| **Sent:** | Tuesday, September 02, 2008 11:31 PM |
| **To:** | info@pretzelcrisps.com |
| **Subject:** | I need Dark Chocolate |

Hello,
my name is Darren and I love your Dark Chocolate covered crisps.
I can not find the chocolate anymore and I neeeed them.
Please help !

Darren Eckhoff
11 Altino
Newport Coast, CA 92657

Be the filmmaker you always wanted to be—learn how to burn a DVD with Windows®.
http://clk.atdmt.com/MRT/go/108588797/direct/01/=
No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.169 / Virus Database: 270.6.15/1649 - Release Date: 9/3/2008 7:15 AM

1

Confidential

SE TTAB 00013308

| | |
|---|---|
| **From:** | Diane Hull [snuffles33@yahoo.com] |
| **Sent:** | Monday, November 10, 2008 12:58 PM |
| **To:** | info@pretzelcrisps.com |

I love you crisps. The original variety. The only place I can find them on a regular basis charges quite a bit. ($3.99) Which I think is excessive, but what can I do.

Any way, the last 3 packages had a problem with re-closing. When I opened the zipper, it came right off the bag. Now I have to eat them up faster than I want too. (I eat only a few at a time due to diet etc) If it were one or two I'd say coincidence, but 3??

You really need to correct this problem.

Thank you for you attention

Diane Hull
PO Box 489
Port Ewen, NY 12466

Confidential
SE-TTAB 00053208

| From: | DeRaimo [lderaimo@charter.net] |
|-------|-------------------------------|
| Sent: | Monday, August 09, 2010 8:22 PM |
| To: | Info |
| Subject: | Crisps |

Awesome product..... Buffalo Wing is the favorite right now. I have turned others on to product, we have weekly card/game nights Friday and Saturday and they have been a big hit. Need to find the 3 cheese ones and try those, just saw those on the web site.
Do you guys offer any coupons?

Thanks
Lynn DeRaimo
270 Abner Drive
McDonough GA 30252

1

Confidential                                                                                      SF-TTAB-00114122

| | |
|---|---|
| **From:** | Kristine [kmittler@msn.com] |
| **Sent:** | Friday, August 06, 2010 8:41 PM |
| **To:** | Darla Misier |
| **Subject:** | Garlic crisps |

I do not the way the orig garlic crisps are now garlic Parmesan! When I order online and it shows the orig garlic is that what I'm gonna get or do u no longer carry them? I'm very interested in getting some ! They my favorite and I am sad to c It go! Thank u!
Sent from my iPhone

Confidential

SF-TTAB-00114367

## Pretzel Crisp

| | |
|---|---|
| **From:** | Kathy Ryan [k7ryan@cox.net] |
| **Sent:** | Saturday, June 30, 2007 8:06 PM |
| **To:** | info@pretzelcrisps.com |

**Subject:** Local retailer

Hello. Yesterday I was in the Philadelphia airport waiting for my flight to Phoenix. I bought a package of your garlic crisps and just loved them. I would like to know if there is a retailer in my area so I can go right out and buy many more packages! They're so unique and will be wonderful to serve at parties. I have to admit that I also want them for me as a very tasty snack.

I live in Tempe, Arizona, but stores in Chandler, Gilbert, and Mesa would also be close enough to travel to purchase the crisps. My zipcode is 85283.

Thank you.

Sincerely,

Kathy Ryan

7/2/2007

43

| | |
|---|---|
| **From:** | Jill Stephens [jillstephen1527@comcast.net] |
| **Sent:** | Tuesday, August 24, 2010 6:57 PM |
| **To:** | Info |
| **Subject:** | Cinnamon |

I am looking in my area for the cinnamon crisps and not having any luck.
We found them at the Philly airport and fell in love with them.
We have tried 13760 and 32162 zip code stores. When can we expect them all over?
Jill Stephens

1

Confidential
SF-OTAB-00114517

| From: | Mary Burg... [mb4335@hotmail.com] |
|---|---|
| Sent: | Friday, May 09, 2008 6:52 PM |
| To: | info@pretzelcrisps.com |

Hi Darla, I received your coupons today! Thank you so much!!! I'm looking forward to trying the chocolate covered crisps, yet I can't imagine anything better than the buffalo wing flavor! I have told so many people about these that I wonder.... should I consider investing in your stock!? LOL!! Thanks again Darla!

Your faithful "Buffalo Fan"
Mary Burgess


*Mary* 

---

With Windows Live for mobile, your contacts travel with you. Connect on the go.

1

From: Mary Jane Nielsen [mjn@necosecurity.com]
Sent: Sunday, July 29, 2007 1:28 PM
To:     info@pretzelcrisps.com

I love your product!  I just purchased it yesterday and know I will buy it again!

Here's a dip recipe you may want to try with the original crisps. It is from a club here in Lincoln which closed years ago.

Esquire Club Dip

2  8 oz  packages cream cheese (softened...but not softened in microwave)

1 T Prepared horseradish

1 T Garlic powder

1/2 c beer

1 drop red food coloring (optional)

Combine all ingredients.  Blend well & Chill.

46



## Pretzel Crisp

| | |
|---|---|
| **From:** | Alison Janki [ajanki@insight.rr.com] |
| **Sent:** | Sunday, June 10, 2007 5:00 PM |
| **To:** | info@pretzelcrisps.com |
| **Subject:** | buffalo crisps |

Hi Warren~

My Costco is no longer carrying the Buffalo flavor and I am addicted to them!! How can I place an order through the Snack Factory company??? Please let me know!!

Thanks~

Alison Janki

ajanki@insight.rr.com

614-865-9265

6/11/2007

Case 3:17-cv-00652-KDB-DSC   Document 28-11   Filed 08/30/18   Page 48 of 58

47

Confidential

SF-TTAB 00013210

| From: | Russ Jones [russ@pgwexperience.com] |
|---|---|
| Sent: | Monday, December 28, 2009 7:35 PM |
| To: | Perry Abbenante |
| Cc: | Tom O'Rourke |
| Subject: | RE: Homework Assigment |

Hi Perry –

I am in tomorrow and Wednesday, then back in on Monday. Whatever works best for you is good by me.

Here are some of the preliminary names we came up with. We are working on more and will submit an additional list on Monday. Any additional insight into what the name is trying to accomplish would be helpful. We are assuming it should have a more health conscious ring to it so that is the direction we tried going in.

Best Snack Co.
Choice Snacker
Conscious Confectionery
Dash of Delight
Elemental Eats
Elemental Edibles
Enlightened Eats
Enlightened Indulgence
Essential Eats
Essential Edibles
Favorite Snack Co.
Feast Free Co.
Fresh & Skinny
Good Treats & Eats
Goody Bag Inc.
Great American Treats & Eats Co
Happy Snack More Inc.
Happy Snacks
House of Healthy Goodness
Intelligent Indulgence
Just Right Delights
Morsel Makers
Mrs. Wilson's Goody Bag
Mrs. Wilson's Naturals
Mrs. Wilson's Originals
Mrs. Wilson's Wholesome Delights
Mrs. Wilsons Organic Originals
Mrs. Wilson's Pantry
Mrs. Wilson's Secret Recipe
Mrs. Wilsons Tasty Tidbits
Nibble Nosh
Organic Originals
Oven Fresh Selects
Real Snacks Inc.
Select Snacks
Sensible Snack Shack
Sensible Snacks
Simple Snacking Inc.

1

Trade Secret / Commercially Sensitive

48

Skinny Snacking
Skinny Snacks
Skinny Treats
Smart Snacks
Smarty Feast Co.
Smarty Snacks
Snack Goodness
Snack Haven Inc.
Snack Smart Co.
Snacktacular Delights
Snackvantage Sensations
Tasty Treats Co.
The Gourmet Snack Co
The Skinny Snacker Co.
The Snack Right Co.
The Snack Wise Co.
Vital Vittles
Wholesome Delights
Wilson's Munchies Mill
Wilson's Organic Originals
Wilson's Selects
Wilson's Taste
Wilson's Treats & Eats Co
Wilson's Wholesome Delights
Wilson's Wonderful Organics
Wilsons Tasty Tidbits

---

**From:** Perry Abbenante [mailto:Perry@pretzelcrisps.com]
**Sent:** Monday, December 28, 2009 3:21 PM
**To:** Russ Jones
**Cc:** Tom O'Rourke
**Subject:** RE: Homework Assigment

Russ – Thanks for the note. Can we connect in the next day or so to discuss a retainer? Any names you may or may not have would be a bonus!

Thanks...............Perry

---

**From:** Russ Jones [mailto:russ@pqwexperience.com]
**Sent:** Monday, December 21, 2009 2:10 PM
**To:** Perry Abbenante
**Subject:** RE: Homework Assigment

Hi Perry –

Thanks for sending this. We will get you something to look at before the New Year. I will follow up directly with you if we have questions. If we don't speak before Wednesday then I will follow up next week. Our offices are open through Wednesday then closed Thursday & Friday and back in on Monday.

Have a happy holiday if I don't speak with you before then.

Thanks again,

2

Trade Secret / Commercially Sensitive

Russ

**From:** Perry Abbenante [mailto:Perry@pretzelcrisps.com]
**Sent:** Saturday, December 19, 2009 7:03 PM
**To:** Russ Jones
**Subject:** Homework Assigment

Russ – Per our conversation, I was hoping you and the PGW braintrust could mull over some creative names we might be able to use as an umbrella brand for Pretzel Crisps. Currently, we do have a copyright on the name Pretzel Crisps, but because it's a two pretty generic words, there could be a challenge to it. Currently, we have Snack Factory as the umbrella brand and it works, but we found after focus group testing that it really didn't have any equity.
We thought we had a winner in Sarah's Original, but were warned that Sara Lee would come after us, so we dropped that idea. Others that we've thought of...and rejected...are listed below.

Princeton Snack Co.
Natural Provision Co.
Nosh & Company
The Good Snacker
Good Snacking Co.
Snackworks
Eastern Natural
The Snack Mill
Enlightened Edibles
Snacktastic Naturals
Snacktastic
The Snacker's Guild
Brainy Bakers
The Skillman Snack Compnay
Tamarack Snacks
Wilson's Delights
Wilson's Gourmet
Warren & Sara's
Wilson's Snack Factory
Wilson's Edibles
Wilson's Originals
Wilson's Naturals
Wilson's Best

This isn't a 'pass or fail' assignment, but rather an attempt to see if some new blood can conjure up something cool. This one has been difficult. Your assistance is much appreciated. Take some time to mull it over and drop me a line before the new year and let me know if you came up with anything.................Thanks..............Perry

**PERRY ABBENANTE**
Vice President of Marketing
*Snack Factory Inc.*
P.O. Box 3562
Princeton, NJ 08543
609-683-5400

Trade Secret Commercially Sensitive

| From: | Maureen Phelan <maureen@technology business solutions.com> |
|---|---|
| Sent: | Tuesday, March 23, 2010 12:13 PM |
| To: | Tom O'Rourke <tom@pretzelcrisps.com>; Perry Abbenante <perry@pretzelcrisps.com> |
| Subject: | FW: New Pretzel Crisps Line- starbucks |
| Attach: | Press Kit.pdf; Pretzel Crisps Sell Sheet.pdf |

I am workin it! I have been told a few different names now and the other email that Roberta sent bounced back so I don't think Julie is employed there any longer but Sharon gave me this name.
Sharon, by the way, handles their gift baskets so I asked her if our cinnamon toast might me a good option in a gift basket as it would taste good with coffee/tea.
I added the crunch in there for you, Tom.
I sent an email to the contact @ coffee bean & tea company as well...they are expanding to NYC with a big push. The stores in southern CA have a great vibe to them so hopefully they can replicate that to nyc.

**From:** Maureen Phelan
**Sent:** Tuesday, March 23, 2010 12:07 PM
**To:** 'LHarris@starbucks.com'
**Cc:** 'Sharon Meehan'
**Subject:** New Pretzel Crisps Line

Hi Lori,

Sharon Meehan gave me your contact information as we used to work together at Tazo Tea. I have seen your new line of healthy snack foods in the stores & think Pretzel Crisps would be a great addition. We are the original pretzel crisp company about to introduce a new package which is much more appealing to your demographic than our current deli line. We are based in Princeton, NJ and our founders also created NY Style Bagel chips approx 20 yrs ago. Our product is a thin pretzel cracker so it's great alone, dipped, or with your favorite topping. We are the best part of the pretzel...the crunch, not as doughy as other pretzels can be. We are excited that Whole Foods Markets nationally authorized our four new items and will launch in stores this May.
Can we set up some time to discuss and taste the new items?

Thank You,
Maureen


Maureen Phelan
VP of Sales, Natural Channel
Snack Factory Inc.
P.O. Box 3562
Princeton, NJ 08543
917-612-5494 cell
www.pretzelcrisps.com



Confidential                                    SF-TTAB-00019308



2008 S

## A Winning Ticket

As the categories reinvent themselves, the snack industry's positive message is rockin' the vote across America.

By Gloria Mayo

It's not polite to talk about people behind their backs, but well, the way this year's election is gearing up to pan out, who's to say that it's not following election etiquette? While most say politicians and their cronies can't resist Negative campaigning is the most successful way to win an election.

Or is it?

While today's candidates are slinging mud and bickering like children, the snack food industry is rockin' the vote come to coast with a very upbeat message.

Keeping to the competition platform flavors, bright colors, environmentally friendly packages and an influx of versatility, snacks are showing the food industry how to lead the race to consumers' hearts and stomachs.

When it comes to snacks, the keyword is free. No, they're not free as in costs no money. They're free as in fat-free, gluten-free, trans free, artificial free, even allergen free. Snack manufacturers are rubbing their products of all of the bad characteristics that turn voters away from selecting their goods off the shelf.

Potato chips are stepping up the competition with zesty flavors like Sea Salt, Southwest Chili and Cheese, Country Onion or Sweet Barbeque and standing atop new foundations, such as ridges and crisps.

"Every year, we comment on the increased demands from consumers," says Haley Thomas, marketing manager for Tiffin, Ohio-based Ballreich's. "And every year, it continues to intensify."

Some snacks are even teaming up together to bring an even stronger candidate to the stage. For instance, pretzels have joined chips to become crisps. Chips have joined crackers to bring sticks. Products are literally stashing their tongues together in hopes of bringing more to the

# Look What's  at Peap·d

We think these unique new items are great! Here's why:



WHOLE MILK | 2% REDUCED FAT MILK | FAT FREE MILK

### Grass Point FARMS



**CERTIFIED PASTURE**

Grass Point Farms brings the simple concept of pasture raising dairy cows from the past to the dairy farms of today's Wisconsin landscape. We follow the milk from our farms through our bottling plants, making sure that the products are made solely from the milk of pasture raised, grass fed cows. The result? Dairy products that are healthier and more flavorful than any you have ever tasted!

---

### How Sweet It Is Holiday Treats

How Sweet It Is, an artisanal chocolatier located in Glenview, uses the freshest ingredients to make handcrafted treats with keen attention to every detail. Keep an eye out for our white, milk, or dark chocolate coated Oreo®Dunkers; Halloween is available now and holiday items will be arriving in November!



### The Snack Factory Pretzel & Ciabatta Crisps

New from Snack Factory - peanut butter pretzel crisps - dipped in indulgently creamy gourmet flavored peanut butter coating then drizzled with dark chocolate flavor for a just-right sweet and salty crunch!

All natural ciabatta bread crisps are made with real ciabatta bread, extra virgin olive oil and savory herbs & spices, twice baked for a flavorful crunch. Perfect with bruschetta, soft cheeses, soups & salads or dips & spreads!



### Champignon Imported Cheese Minis

Try Champignon's new mini cheese wheels available in Cambozola Classic Blue and Champignon Brie with Mushrooms. Just enough but not too much, they're made with triple cream, prepacked by the manufacturer and airfreighted for freshness.



---



Peap·d

## GET $2 OFF! any New Item

To get your discount enter the code **SAVETWO** in the promotional code box at check out.
Limit one per household. Not valid with any other offer. Offer expires 11/3/08.

Confidential                                                         SF-TTAB-00052960



# FANCY FOOD
## & CULINARY PRODUCTS

**FANCY FOOD**
**& CULINARY PRODUCTS**
THE GOURMET PRODUCTS MAGAZINE FOR RETAILERS

## 20,000

### MEDIA KIT 2011

**Editorial Calendar**
**Advertising Rates**
**Ad Specifications**

# 2011

Trade Secret / Commercially Sensitive

## 2011 Editorial Calendar

### January
- Breakfast Baking Mixes
- Culinary Cooking Sauces
- Jams & Jellies
- Spreads: Tapenades & Antipasto
- Spring into Dip Mixes!

Holiday:
Easter Confections

Housewares:
Water Bottles

**Advertising Deadline: 11/30/10**
**Materials Due Deadline: 12/07/10**

### February/March
‡ **Gourmet Gift Guide Issue**

- Classic Condiments
- Grilling 101: BBQ Sauces & Marinades
- The Green Kitchen
- Summer Drink Mixers

Holiday:
Prepare for the Picnic Season

**Advertising Deadline: 01/10/11**
**Materials Due Deadline: 01/17/11**

### April
- Cookies & Cakes
- Dessert & Ice Cream Toppings
- Grilling 102: Seasonings & Rubs
- Whole Bean Coffee

Holiday:
Red, White & Blue!

Housewares:
Tea Accessories

**Advertising Deadline: 02/28/11**
**Materials Due Deadline: 03/07/11**

### May
- Candy Land
- Salad Dressings
- Sea Salt & Peppercorns
- Oh, Nuts!

Holiday:
Fall Feasting Favorites

Housewares:
Cheese Accessories

**Advertising Deadline: 03/31/11**
**Materials Due Deadline: 04/07/11**

### June
- Crackers & Crisps
- Creative Condiments
- Dip Mixes & Cheeseballs

Holiday:
Oktoberfest

Housewares:
Kitchen Linens & Aprons

**Advertising Deadline: 04/29/11**
**Materials Due Deadline: 05/06/11**

### July
- All Star Snacks
- Chocolates
- Cooking Oils
- Dessert Baking Mixes
- Gluten Free Product Guide
- Simmering Sauces

Holiday:
Halloween

Housewares:
Barware/Wine Accessories

**Advertising Deadline: 05/27/11**
**Materials Due Deadline: 06/06/11**

# 2011 Editorial Calendar

## August

**Gourmet Gift Guide Issue**

- Soup Time
- Rice & Risotto's
- Warm Dips & Spreads

Holiday:
Thanksgiving

Housewares:
Bakeware

Editorial Deadline: 07/01/11
Materials Due Deadline: 07/07/11

## September

- Easy Appetizers
- Bake and Serve Hors d' Oeuvres
- Grab and Go Gifts
- Hot Cocoa & Mocha Mixes
- Trim The Table
- Sweets and Treats
- Wrapping up the Holiday

Editorial Deadline: 08/01/11
Materials Due Deadline: 08/08/11

## October/November

**Gourmet Gift Guide Issue**

- That's Italian: Pasta Sauces!
- Superbowl Snacks

Holiday:
Valentine's Day

Housewares:
Spring Tabletop

Editorial Deadline: 09/27/11
Materials Due Deadline: 10/04/11

## EXCLUSIVE OPPORTUNITY 

The Gourmet Gift Guide is a special section of gourmet gifts that reaches over 40,000* gift and gourmet retailers.

Ads run in Fancy Food magazine and are then reprinted in our sister publication, Giftware News magazine giving you the power of two magazines combined!

Just add 15% to your Fancy Food rate, and you will receive 20,000* plus extra buyers in the gift industry.

Ad repeats in the April issue of Giftware News
Ad repeats in the September issue of Giftware News
Ad repeats in the December issue of Giftware News.

## Fancy Food Contacts

**Advertising:**
800/229-1967, ext. 26
or jfallon@talcott.com

**Editorial:**
312 849-2220, ext. 38
or fancyfood@talcott.com

**Production:**
800/229-1967, ext. 36
or bmowrey@talcott.com

**Fancy Food & Culinary Products Magazine**
20 W. Kinzie
Suite 1200
Chicago IL. 60654

## GROST RATES

| 4 COLOR RATES | 1X | 3X | 6X | 9X | 12X |
|---|---|---|---|---|---|
| Tabloid Page | $5,900 | $5,525 | $5,050 | $4,850 | $4,495 |
| 2/3 Page (Tab) | 3,950 | 3,675 | 3,495 | 3,350 | 3,100 |
| Standard Page | 5,250 | 4,985 | 4,550 | 4,425 | 4,075 |
| 2/3 Page | 4,250 | 3,925 | 3,775 | 3,650 | 3,500 |
| 1/2 Island | 3,575 | 3,250 | 3,175 | 3,050 | 2,825 |
| 1/2 Page (Std) | 3,350 | 3,150 | 2,875 | 2,750 | 2,600 |
| 1/3 Page | 2,525 | 2,275 | 2,150 | 2,025 | 1,895 |
| 1/4 Page | 1,975 | 1,800 | 1,650 | 1,600 | 1,450 |
| 1/6 Page | 1,550 | 1,425 | 1,250 | 1,200 | 1,135 |

### SPECIAL-VALUE ADVERTISING

- **MINI:** (3" X 3"): **$495 NET**
- **CUBE:** (4" X 4"): **$795 NET**
- **1/4 PAGE TABLOID:** (4.5" X 6"): **$1,195 NET**

### BILLING POLICY

Agency commission is 15% of gross billing allowed to recognized advertising agencies on space, color and position, provided account is paid net 45 days. Publisher reserves right to hold advertiser and/or its advertising agency jointly and severally liable for such monies as are due and payable to the publisher.

### PRODUCTION DATA

Cancellations are not accepted after closing date. Binding Method: Saddle-stitch. Printing: Web Offset. Film Charges: Prepress cost of $200 for copy dot scan and match print. Standard page layout: Keep live matter .375" from all trim sides. All material stored for one year only.

### CLOSING DATES

| | SPACE | MATERIALS |
|---|---|---|
| January | 11/30/10 | 12/07/10 |
| February/March | 01/10/11 | 01/17/11 |
| April | 02/28/11 | 03/07/11 |
| May | 03/31/11 | 04/07/11 |
| June | 04/29/11 | 05/06/11 |
| July | 05/27/11 | 06/06/11 |
| August | 07/01/11 | 07/07/11 |
| September | 08/01/11 | 08/08/11 |
| October/November | 09/27/11 | 10/04/11 |

- Please supply your ad completed with no changes necessary.
- Please make sure your ad is the proper size.
- We accept ads in the following formats: PDF.
- PDF 1/4 Transparency Not Recommended. If PDF comes in with the above Talcott will not be responsible for any errors to the ad.
- Please make sure the effective resolution is 300 DPI or better.
- Please include or embed all fonts and images.
- Please make sure your ad is in CMYK.

### MECHANICAL REQUIREMENTS

| TABLOID SIZE | WIDTH | DEPTH |
|---|---|---|
| Bleed Size | 10.375" | 13.9375" |
| Trim Size (Full page) | 10.125 | 13.6875 |
| Non-bleed | 9.25 | 12.75 |
| 1/2 Page Horizontal | 9.25 | 6.375 |
| 1/2 Page Vertical | 4.5 | 13 |

| STANDARD SIZE | WIDTH | DEPTH |
|---|---|---|
| Standard Page Bleed | 7.75" | 11" |
| Trim Size | 7.5 | 10.75 |
| Std. Page (non-bleed) | 7 | 10 |
| 2/3 Page | 4.625 | 10 |
| 1/2 Page Horizontal | 7 | 4.625 |
| 1/2 Page Vertical | 3.125 | 10 |
| 1/2 Page Island | 4.625 | 7.375 |
| 1/3 Page Square | 4.625 | 4.875 |
| 1/3 Page Vertical | 2.25 | 10 |
| 1/4 Page | 3.375 | 4.875 |
| 1/4 Page Horizontal | 4.625 | 2.375 |
| 1/4 Page Vertical | 2.25 | 4.875 |
| Mini | 3 | 3 |
| Cube | 4 | 4 |
| 1/4 Page Tabloid | 4.5 | 6 |

**B&W Rate, 2-Color Rate, Matched (Pantone) Rate and Insert Pricing available on request.**



www.fancyfoodmagazine.com • 800-229-1857

Trade Secret / Commercially Sensitive