# EXHIBIT 9

Case 3:17-cv-00652-KDB-DSC   Document 28-12   Filed 08/30/18   Page 1 of 5





TRADEMARK DECLARATION REG. NO. 2,980,303

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark : PRETZEL CRISPS
Date of Registration : July 26, 2005
Registration No. : 2,980,303
Goods and Services : IC 030, US 046, PRETZEL CRACKERS.
Last Listed Owner : Princeton Vanguard, LLC, a Delaware Limited Liability Company
Owner Mailing Address : 2711 Centerville Road, Suite 400
Wilmington, DE 19808

## DECLARATION OF CONTINUED USE UNDER SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. §1058 and DECLARATION UNDER 37 C.F.R. §2.20

The owner is using the mark in commerce or in connection with the goods/ services identified above, as evidenced by the attached specimen showing the mark as used in commerce. The undersigned is properly authorized to execute this declaration on behalf of the owner.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both under 18 U.S.C §1001, and that such willful false statements may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the owner; he/she believes the last listed owner to be the owner of the above identified registration; the trademark is in use in commerce; and all statements made of his/her own knowledge are true, and all statements made on information and belief are believed to be true.

7/25/11
Date

Signature

609-653-5400
Telephone Number

PERRY ABBENANTE   VP MARKETING
Name and Position (Print)

TRADEMARK DECLARATION REG. NO. 2,980,303

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark : PRETZEL CRISPS
Date of Registration : July 26, 2005
Registration No. : 2,980,303
Goods and Services : IC 030, US 046, PRETZEL CRACKERS.
Last Listed Owner : Princeton Vanguard, LLC, a Delaware Limited Liability Company
Owner Mailing Address : 2711 Centerville Road, Suite 400
Wilmington, DE 19808

## DECLARATION OF CONTINUED USE UNDER SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. §1058 and DECLARATION UNDER 37 C.F.R. §2.20

The owner is using the mark in commerce or in connection with the goods/ services identified above, as evidenced by the attached specimen showing the mark as used in commerce. The undersigned is properly authorized to execute this declaration on behalf of the owner.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both under 18 U.S.C §1001, and that such willful false statements may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the owner; he/she believes the last listed owner to be the owner of the above identified registration; the trademark is in use in commerce; and all statements made of his/her own knowledge are true, and all statements made on information and belief are believed to be true.

7/25/11
Date

Signature

609-653-5400
Telephone Number

PERRY ABBENANTE    VP MARKETING
Name and Position (Print)