# EXHIBIT 10

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | | |
|---|---|---|
| FRITO-LAY NORTH AMERICA, INC., | § | |
| | § | Opposition No. 91199552 |
| Opposer, | § | Cancellation No. 92053001 |
| | § | CERTIFICATE OF EXPRESS MAILING |
| v. | § | NUMBER  E I  477073892 US |
| | § | DATE OF DEPOSIT  June 14, 2012 |
| | § | I hereby certify that this paper or fee is being deposited with the United States |
| PRINCETON VANGUARD, L.L.C., | § | Postal Service "EXPRESS MAIL POST OFFICE TO ADDRESSEE" service under |
| | § | 37 C.F.R. 1.10 on the date indicated above and is addressed to: Trademark Trial |
| | § | and Appeal Board, U.S. Patent and Trademark Office, P.O. Box 1451, Alexandria, |
| Applicant. | § | VA 22313-1451. |
| | | Diana Rausa |

# DECLARATION OF PAUL MADRID IN SUPPORT OF
## OPPOSER'S RESPONSE TO APPLICANT'S MOTION FOR SUMMARY JUDGMENT

I, Paul Madrid, declare as follows:

1.      I am an attorney with the law firm Pirkey Barber PLLC, which represents Opposer/Petitioner Frito-Lay North America, Inc. in the above-captioned proceeding. Each of the below-referenced documents is a true and correct copy of the original; some have been highlighted for ease of reference.

2.      Attached as **Exhibit 1** are true and correct copies of search results for "pretzel" and "crisps" from the Trademark Acceptable Identification of Goods & Services Manual.

3.      Attached as **Exhibit 2** are true and correct copies of Opposer's First Set of Requests for Production of Documents and Things ("Opposer's Requests") and Applicant's First Set of Requests for Production of Documents and Things ("Applicant's Requests").

4.      Attached as **Exhibit 3** are a true and correct copy of a specimen that Applicant submitted with its renewal of Reg. No. 2,980,303 on July 25, 2011 and true and correct copies of images

that Applicant produced in response to Opposer's Requests (filed under seal).

1

22.     Attached as **Exhibit 21** are true and correct TESS printouts relating to Applications Serial No. 78/963,000, CIABATTA CRISPS on the Principal Register for "Italian bread toast, namely ciabatta toasted crackers" in Class 30 and Serial No. 77/457,018, CIABATTA CRISPS on the Supplemental Register for "Crackers made from toasted bread" in Class 30.

23.     Attached as **Exhibit 22** are true and correct TESS printouts relating to Trademark Application Serial No. 85/122,141 for POP-TARTS MINI CRISPS for "crackers" in Class 30.

24.     Attached as **Exhibit 23** are true and correct TESS printouts relating to Trademark Application Serial No. 77/940,114 for GOURMET PIZZA CRUST CRISPS for "wheat based snack foods" in Class 30.

25.     Attached as **Exhibit 24** is a true and correct printout showing the results of a TESS search for live applications and registrations in Classes 29 and 30 with the word "crisps" in the identification of goods in those classes.

26.     Attached as **Exhibit 25** is a true and correct printout showing the results of a TESS search for applications and registrations in Classes 29 and 30 disclaiming "crisps."

27.     Attached as **Exhibit 26** are true and correct TESS printouts relating to the following trademark applications requiring a disclaimer of the word "CRISPS" for goods including crackers or similar items:

| Mark | Reg. / Serial No. | Goods |
|---|---|---|
| BELLA CRISP | 76/502,397 | Protein cracker or crisp |
| CALIFORNIA CRISPS | 2,228,609 | Crackers |
| CHEEZ-IT CRISPS | 3,277,216 | Crackers |
| CULINARY CRISPS | 3,764,761 | Bakery products, crackers, flatbreads and biscuits |

| Mark | Reg. / Serial No. | Goods |
|---|---|---|
| Entina (logo) Natural & Organic Crisps | 85/047,218 | Organic food package combinations consisting primarily of bread, crackers and/or cookies; organic wheat-based snack foods (et al.) |
| GARDEN CRISP | 77/818,241 | Crackers |
| KAMEDA CRISPS | 3,815,188 | Confectionery, namely, Rice crackers, Pellet-shaped rice crackers, Rice-based snack foods, Cereal-based snack foods |
| MEADOW WHEAT CRISP | 0,969,726 | Crackers |
| PRO CRISPS | 85/366,056 | Cookies and crackers (et al.) |
| RAINCOAST CRISPS | 78/528,241 | Food products, namely, crackers |
| RAINCOAST CRISPS | 3,972,819 | Crackers |
| Rice Crisps (logo) | 2,642,172 | Rice crackers, rice, porridge, cereal-based snack food, rice-based beverages, pastries, biscuits, vinegar, candies, tea ("Rice Crisps" disclaimed) |
| SKINNY CRISPS | 3,543,290 | Crackers (et al.) |
| STACY'S PITA CRISPS | 85/134,912 | Flour-based chips; Pita chips; Wheat-based snack foods. |

28. Attached as **Exhibit 27** are true and correct TESS printouts regarding the following trademark applications in which the Patent and Trademark Office refused registration on the Principal Register of "___ CRISPS" (and phonetically identical "___ KRISPS") marks, determining them to be generic or merely descriptive for snack foods in Classes 29 and 30:

| Mark | Reg. / Serial No. | Goods |
|---|---|---|
| VEGGIE CRISPS | 76/145,027 | Potato chips, and snack foods made primarily from potato flour with other vegetable ingredients |
| THE ORIGINAL PROTEIN CRISP | 76/500,740 | Protein crisp or cracker |
| KRUNCHY KRISPS | 78/366,106 | Low Carbohydrate/Sugar Free Cracker made from flatbread |

| Mark | Reg. / Serial No. | Goods |
|---|---|---|
| JERKY CRISPS | 78/441,780 | Meats; fresh and processed meat, including, dried meat, meat and meat-based snacks, dried and smoked beef, turkey and pork jerky, kippered beef, meat sticks, meat chips, fresh and cooked sausage, smoked sausage sticks and links, rope sausage, dried sausages, pepperoni, salami, pastrami, corned beef, roast beef, cooked ham, cured pork shoulder, dry cured pork butt, textured meat and soy protein sausage, cooked lamb loaf and Canadian bacon; meat-based snack foods |
| FRUIT CRISPS | 78/491,342 | Fruit-based snack food, namely, baked bread chips containing dried fruit |
| RAISIN CRISPS | 78/491,353 | Fruit-based snack food, namely, baked bread chips containing raisins |
| CALAMARI KRISPS | 78/494,796 | Shelf stable non refrigerated ready to eat Calamari snack |
| NUT CRISPS | 78/496,162 | Crackers |
| NUT CRISPS | 78/496,170 | Salted nut snacks |
| CRISPS (stylized) | 78/520,976 | Meats; fresh and processed meat, including, dried meat, meat and meat-based snacks, dried and smoked beef, turkey and pork jerky, kippered beef, meat sticks, meat chips, fresh and cooked sausage, smoked sausage sticks and links, rope sausage, dried sausages, pepperoni, salami, pastrami, corned beef, roast beef, cooked ham, cured pork shoulder, dry cured pork butt, textured meat and soy protein sausage, cooked lamb loaf and Canadian bacon |
| VEGETABLE CRISPS | 78/603,601 | Vegetable based snacks |
| OLIVE OIL CRISPS | 78/681,330 | Grain based chips |
| CRISPS (stylized) | 78/798,885 | Dehydrated fruit snacks |
| FRUIT CRISPS | 78/819,413 | Dried fruits |
| CRACKER CRISPS | 78/835,621 | Crackers |

| Mark | Reg. / Serial No. | Goods |
|---|---|---|
| POPCORN CRISPS | 78/973,892 | Snack chips made with popcorn and other ingredients that are formed into a chip similar in shape to other snack chips such as potato chips or corn chips; These snack chips may be seasoned with salt, cheese, spices and other flavorings; In some regions these chips may also be called "crisps", and would be sold as "popcorn crisps" |
| RICE CRISPS | 85/010,417 | Rice-based snack foods, namely, tortilla chips |
| BISCOTTI CRISPS | 85/069,910 | Grain-based snack foods. |
| BAKED LENTILCRISPS | 85/137,969 | Vegetable-based snack foods |
| LEAN CRISPS | 85/366,053 | Cookies and crackers (et al.) |
| PARMESAN CRISPS | 85/548,127 | Cookies and crackers (et al.) |
| SAN FRANCISCO SOURDOUGH CRISPS | 4,094,814 (supplemental) | Bakery products. |

29.     Attached as **Exhibit 28** are true and correct copies of pages from THE AMERICAN HERITAGE COLLEGE DICTIONARY (4th ed. 2002), COLLINS ENGLISH DICTIONARY (3d ed. 1995), and MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (11th ed. 2004) in print versions and online versions.

30.     Attached as **Exhibit 29** are true and correct copies of documents produced by Applicant in response to Opposer's Requests (filed under seal)

31.     Attached as **Exhibit 30** are true and correct copies of Internet printouts and documents produced by Applicant in response to Opposer's Requests (filed under seal)

32.    Attached as **Exhibit 31** is a true and correct copy of a Corsearch report listing marks disclaiming "crisps" for snack foods produced by Opposer in response to Applicant's Requests.

33.    Attached as **Exhibit 32** is a true and correct printout of the following article: Stephanie Strom, *Trademarks Take On New Importance in Internet Era*, N.Y. TIMES, Feb. 20, 2012, http://www.nytimes.com/2012/02/21/business/battle-over-pretzel-crisps-shows-value-of-a-brand.html?pagewanted=print.

34.    Attached as **Exhibit 33** is a true and correct printout of the CD attached as Exhibit 32 to the Declaration of Pam Forbus.

35.    Attached as **Exhibit 34** are true and correct copies of documents produced by Applicant in response to Opposer's Requests (filed under seal)

36.    Attached as **Exhibit 35** are true and correct TESS printouts relating to Trademark Application Serial No. 78/798,824 for FRUIT CRISPS for "crackers" in Class 30.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Austin, Texas this 14th day of June, 2012.

_____
Paul Madrid

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DECLARATION OF PAUL MADRID IN SUPPORT OF OPPOSER'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT was served with attached exhibits via Express Mail on counsel for Applicant at the addresses below on June 14, 2012:

David H. Bernstein
Ryan Scott Mellon
Jeremy N. Klatell
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

  

SLASHFOOD has a new home!

# HUFFPOST



SLASHFOOD

## Best Pretzels: Over 100 Bags Tested







**Best Pretzels**



Category: Pretzel Crisps

Start Name: best-pretzels, bestpretzels, pretzels

 



Sites We Love

HUFFPOST FOOD          FOX NEWS.com          SAVEUR          ☀yumsugar          kitchendaily

Also on AOL >>>



SLASHFOOD

kitchendaily
Kitchen Daily Food Group

http://www.slashfood.com/2011/02/04/best-pretzels

4:07:06 PM 6/12/2012

  







## Best Pretzels: Over 100 Bags Tested

by Slashfood Editor, Posted Feb 10, 2011 12:00 PM



In one of Slashfood's biggest tests ever to date, we dove into the world of bags-based pretzels — over 100 bags in all. This didn't take all that much time, but it was about as long as you'd like a chewy things venture. We decided to take on the taste test with 12 categories, thick, pretzel-stick, horse's, cheese, multigrain, flavored, classic, no-thins on et, gluten-free, whatever nutty, individually and the classic.

In short, while easy to conclude, the pretzels are a very personal thing. Everyone has a favorite vanilla, sweet and savory — and people invariably defend it, whatever we saw. So it reveals to the journey best, its invited announcer that all level, AOL cococh in AOL cool buy the classic flavors.

After our tests, find out how we voted and narrowed our search per our votes and the best pretzel, out to the winner we think.

So, what to call the category, the pretzel that is And does.

The flavor category, was the hardest to compare. Whether a cinnamon-sugar, roasted cheese, buffalo ranch or more flavored pretzels, a personal preference. But at the end of the day, they had to nail the crunch, which, and snack the amazing. Where can we find them pretzels.

### Best Pretzels



Category: Pretzel Chips

Sort by Pretzel Chips to Barrios and Everything Chips

et. Pretzel Bald-Base Chips

Table Name: Table Text
Tags: best pretzels, bestpretzels, pretzels

  

---



**Samsung Galaxy S III**

now only **$9.99**

**GET IT NOW**





 Katie Couric's New Man

 Apple WWDC 2012 liveblog

 PHOTO: Jennifer Aniston Pulls An MC Hammer

 WWDC 2012 Keynote: The TUAW Metaliveblog

 Hassle Police Record Filed For His Beard

 The Items You Should Never Put In The Dishwasher

 Apple next-generation MacBook Pro (with Retina display) hands-on at WWDC 2012

### Follow Us



### Most Popular Stories

 Kids That Sunbryan a to Dallas "Glasses Free"
Read More

 This Lawsuit, Says He Is Wrong On the Egg Road
Read More

 Why Invisible Your Fridge-Alarm
Read More

### Slashfood Videos







Sites We Love



Also on AOL >>>

SLASH-DOD

kitchendaily
Kitchen Daily Food Group

http://www.slashfood.com/2011/02/04/best-pretzels

Sign In | Subscribe    Customer Service    My Account    Bookstore    Donate    Our Web Sites    Site Features

News    Forums    Videos

# ConsumerReports

Search

Cars ▾    Appliances ▾    Electronics ▾    Home & Garden ▾    Babies & Kids ▾    Money    Shopping ▾    Health ▾

## Consumer Reports magazine: July 2009

CR  CONTENT AVAILABLE
ONLY TO SUBSCRIBERS

**In this report**

Overview ▸

July 2009 Ratings

**Also in This Issue**



This article was featured in the July 2009 issue of Consumer Reports magazine.

### Tastiest snack crisps

Last reviewed: July 2009

This article is the archived version of a report that appeared in July 2009 Consumer Reports magazine.

Our sensory panel tried 14 snack crisps and toasted chips and found seven that taste very good. The specifics:

**Cracker crisps**
Ritz's are large, tender, flaky, toasted crisps with a buttery flavor. Nabisco's Wheat Thins are toasted, buttery, multigrain chips. Lay's are small, flavorful, tender, crispy squares dusted with powdered cheese.

**Pretzel crisps**
New York Style's are large crunchy triangles, very toasted, with a big pretzel flavor. Pepperidge Farm's are large, crunchy, flattened pretzels that are a little buttery and sweet.

**Rice crisps**
Lundberg's and Rice Works' offer flavorful, toasted, brown-rice tortilla-style chips with a little sweetness and a sesame-like flavor.

Those that didn't make our cut include Triscuit Thin Crisps Parmesan Garlic and Bachman Pita Pretzel Squares. We also tasted pita chips, but even the best—Stacy's Simply Naked Baked and Athenos Baked Original—were dry and just OK overall.

Although crisps and toasted chips sound as though they should be more healthful than regular crackers, that isn't always so. The difference in fat, calories, and sodium between Wheat Thins multigrain crackers and the Wheat Thins chips we tested, for example, is negligible.

Nutrition ratings (available to subscribers) are based on calories per gram of food, total fat, saturated fat, trans fat, sodium, sugars, iron, calcium, and dietary fiber. Cost is based on the average price we paid.

**For complete Ratings and recommendations on appliances, cars & trucks, electronic gear, and much more, subscribe today and have access to all of ConsumerReports.org.**

Print    Email    Share



Not a member?
Subscribe now

Member sign-in

Username:

Password:

☐ Remember me

**Sign-in**

Forgot username?
Forgot password?

## SUBSCRIBE ONLINE

Join today & get
24/7 online access to
▸ Expert Ratings
▸ Buying advice
▸ Much, much more


CLICK HERE TO
SUBSCRIBE

**13 Issues**
+ 2 Free Gifts



SUBSCRIBE NOW

E-mail **Newsletters**

Join one of our e-mail
newsletters—it's FREE!

* What's New at
  ConsumerReports.org
* Cars Newsletter
* Safety Alert
* Health Alert
         Sign-up Now

**TESTLABS**
- How We Test
- Our History
- Lab Tour

**ConsumerReports.org:** A-Z index | Site Map | Overview | Your Privacy Rights | User Agreement
Canada Extra | en Español | **Subscribe**

**Who We Are:** About Us | Our Mission | No Commercial Use | Career Opportunities
Bookstore | E-mail Newsletters | RSS | Press Room | Donate | Customer Service-Contact Us

**Consumer Reports Network:** ConsumerReports.org | The Consumerist
Cars Best Deals Plus | Car Pricing Service | ConsumersUnion.org

**FREE Email newsletters**
Sign up now or click here to manage your email newsletters.

Consumers Union                                        permission

Advertisement | your ad here

# SFGate

home of the

## San Francisco Chronicle

Subscribe to the weekend Chronicle

Q | O SFGate O Web Search by YAHOO! O Businesses | Advanced

Sign In | Register

Home | News | Sports | Business | Entertainment | Food | Living | Travel | Columns | Shopping | Jobs | Real Estate | Cars | Index | ▼ | WEEKLY AD

Restaurants | Recipes | Barbecue | Wine | Top 100 Restaurants | Top 100 Wines | Bargain Bites | Reservations | Inside Scoop SF

## Taster's Choice
Archive

## Pretzel cracker contest finishes with a twist

Amanda Gold, Chronicle Staff Writer
Wednesday, January 21, 2009

PRINT | E-MAIL    SHARE | COMMENTS (0)    FONT | SIZE

**TASTER'S CHOICE**

- June Taylor jams into Hall of Fame 06.10.12
- Trader Joe's dip is cool as a cucumber 05.27.12
- Tandoori naan favorites into Hall of fame 05.20.12

More Taster's Choice »

The Super Bowl may be a week and a half away, but it's never too early to start prepping. And manufacturers of several different brands of pretzel chips - an ever-growing snack category that has taken the market by storm - are likely hoping that when it comes to football party choices, you'll forgo potato chips and Doritos for these thin, cracker-like crisps.

🗨 Tweet
0
Share

The pretzel chips are versatile, nonfat and lower in calories. They're delicious right out of the bag or with spreads - in short, an ideal vehicle for more healthful party snacking.

The Snack Factory - formerly associated with New York-style bagel chips - claims to be the first to have introduced these spreadable pretzel crackers to the public in 2005. In the years since, the popularity has grown enough so that other manufacturers have created similar products. Our panel tested six brands in total, and the comments were largely positive.

It was, in fact, a commercial, mass-produced brand that earned a spot in the Taster's Choice Hall of Fame, a designation reserved for those products scoring 80 or higher out of 100 in a blind tasting.

With a whopping 92 points, **Pepperidge Farm** ($4.25/6 ounces at Draeger's) came in first place. Described as having "a good pretzel flavor," these chips were "crunchy and crisp" with a "shiny" appearance and an "excellent flavor balance" with "just enough salt." All five tasters would enthusiastically buy this brand.

In second place was **Trader Joe's** ($2.19/8 ounces), which panelists labeled "thin and crisp" with "a nice crunch" and "good pretzel flavor." Some noted the "salty" exterior and the "buttery finish," and others commented on the "small pretzel shape." Four tasters would buy this brand and one might.

The third-place award went to the originators - widely available brand **The Snack Factory** ($2.50/6 ounces at Andronico's). These pretzel crisps were "nicely browned" and "bubbly" with a "great crunch" and only "mildly salty" flavor. Tasters felt that they had a "lighter texture than the others." Two would buy this brand and three might.

**Mollie Stone's** ($6.99/16 ounces) took the fourth-place slot, described as "thin, crisp" and "slightly puffy," with a "toasty flavor." One panelist felt that the crisps were "burnt on the bottom," and others noticed that they were "cracker-like" and "a bit hard." Two would buy this brand, two might and one would not.

Rounding out the top five was specialty brand **Robert Rothschild Farm** ($4.49/8

Galleries

1-3 of 21

Custom log home in wooded Canyon hills

All-new 2013 Ford Escape saves fuel...

Spacious Fairfax Craftsman offers...

advertisement | your ad here

MOST READ    MOST E-MAILED    MOST COMMENTED

1. Short-term rentals disrupting SF housing market
2. Police seek photos in post-Bay to Breakers slaying
3. Fla. woman doused in gas, set on fire at 7-Eleven
4. Sheriff: Man writing book on kindness shot in Mont
5. The Greatest Screen Love Stories Since 1968
6. S.F. Central Subway tunnel construction to begin
7. Edwin Ramos gets 3 life terms without parole

Today's Deal

$29 for Teeth Whitening Kit – As Seen on "The Doctors TV Show" ($299 Value)



6d:08h:46m

$29

buy now!

sfgatedailydeals.com

FROM OUR HOMEPAGE



**Photos sought of attack**
Police ask public for help after victim of Bay to Breakers assault in Golden Gate Park dies.
Comments & Replies (363)

16

ounces at Andronico's). "Less salty than some of the others," said one taster. Another noted that they were "crispy" and "quite sweet." The pretzels were also called "a bit puffy and airy." Two might buy this brand and three would not.

**Pretzel Crisps**

**Pepperidge Farm 92**

**Trader Joe's 78**

**The Snack Factory 73**

**Mollie Stone's 60**

**Robert Rothschild Farm 52**

**365 Organic 15**

*Panelists were Linda Anusasananan, food writer and consultant, San Mateo; John Carroll, cookbook author, San Francisco; Shelley Handler, consultant, San Francisco; Roland Passot, chef-owner, La Folie and five Left Banks; and Molly Watson, food writer, San Francisco. All products are tasted blind; a perfect score would be 100. Prices listed are the lowest found, but products may be available at other stores.*

*E-mail Amanda Gold at agold@sfchronicle.com. To look up past Taster's Choice columns, search online at sfgate.com/food/tasters/archive.*

*This article appeared on page F - 2 of the San Francisco Chronicle*

| PRINT | E-MAIL    SHARE                          Tweet         0

**San Francisco Chronicle**

Subscribe to the San Francisco Chronicle and receive access to the Chronicle for iPad App and a gift:

O Sunday + a $15 gift card
O Fri-Sun + a $15 gift card
O Mon-Sun + a $25 gift card

**Comments**

**Add Your Comment**

**New to the site?**
To use commenting, you need to sign up.

**Already a member?**
Please log in.          (Forgot Password?)
Username
Password
☐ Remember Me



| From homeless to Harvard | From the archives: U.S. Open in S.F. | Illusion tops big in wedding gowns | Photos: Escape from Alcatraz race | Cheers! Meet the Bar Stars of 2012 |

Ads by Yahoo!

**Unlimited Full Movies**
Great Quality Movies Sites



**Love, sex at the movies**
Here are some of the most stirring romances to hit the big screen since 1968. What'd we miss?
Comments & Replies (0)



**Versace mansion – $125M**
The stylish Miami palace with 10 bedrooms and 11 bathrooms is up for sale by its current owner.
Comments & Replies (0)



**Top Cars**    SUBARU



**Ford**
2007 Focus    $7,991

More From This Dealer »

**REAL ESTATE**



**What you can rent in Emeryville for $2,450**
This 141-unit loft development, converted from a historic warehouse by Rick Holliday in 1999, is centered on an open courtyard with fountains.

• Upland Road bungalow lists for $1.55 million
• World class private islands for sale
• Rents up – will more renters become buyers?

Search Real Estate »

**CARS**



**NPR's 'Car Talk' duo calling it quits**
The chatty mechanics Tom and Ray Magliozzi on NPR's "Car Talk" are pulling in to the garage.

• Car Talk: How to cook food on your engine
• Cars avoid crashes by talking to each other
• Hybrids: Financial friends or foes?

Search Cars »

**KAANGO** CLASSIFIEDS



AKC Yellow Lab Pups

Sheltie Puppies

Case 3:17-cv-00652-KDB-DSC   Document 28-13   Filed 08/30/18   Page 18 of 79

17

**Home Theater Furnishings**
Sight, Sound, Seating. Gallery Furniture has it all!
(www.GalleryFurniture.com)

**Who Sang That Song?**
Identify Your Music. Easy Drag and Drop Interface. Download Today!
(www.TuneUpMedia.com)





ZUIKO 1000MM F/11
TELEPHOTO LENS FOR
OLYMPUS...



Snow white T-cup maltese
puppy for adoption

Browse ads | Place an ad »

Home | News | Sports | Business | Entertainment | Food | Living | Travel | Shopping | Find Bay Area Jobs | Real Estate | Cars | Site Index          [return to top]

**Company Info:** Contact Us | Hearst Corp. | Privacy Policy/Your Privacy Rights | Terms and Conditions | Work for Us | Chronicle in Education | Events & Promotions
| Submissions

**Advertising Services:** Advertise with us | Place a Classified | About Our Ads | Public Notices | Local Businesses: Business Directory

**Reader Services:** Home Delivery | Subscribers | iPad | E-Edition | Mobile | RSS Feeds | Newsletters | Feedback | FAQ | Corrections | Get Us

**Local Services:** Air Conditioning Contractors | Car Dealerships | Cleaning Services | Family Doctors | Furniture Stores | Injury Attorneys | Local Restaurants | New Car
Dealers | Real Estate Agents | Real Estate Attorneys



© 2012 Hearst Communications Inc.
**HEARST** *newspapers*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | | |
|---|---|---|
| FRITO-LAY NORTH AMERICA, INC., | § § | Opposition No. 91190246 |
| Opposer, | § § | |
| v. | § § | |
| PRINCETON VANGUARD, L.L.C, | § § | |
| Applicant. | § | |

## OPPOSER'S FIRST SET OF REQUESTS FOR ADMISSION TO APPLICANT

Opposer Frito-Lay North America, Inc. ("Opposer"), by and through its attorneys, serves the following requests for admission under FED. R. CIV. P. 36 and Rules 2.116 and 2.120 of the Trademark Rules of Practice, to be answered separately and fully in writing under oath by Applicant Princeton Vanguard, L.L.C. ("Applicant"). The definitions and instructions forming part of Opposer's First Set of Interrogatories to Applicant, served concurrently herewith, are hereby incorporated by reference.

### REQUESTS FOR ADMISSION

#### REQUEST NO. 1

Admit that "pretzel" is a generic term for a food product.

#### REQUEST NO. 2

Admit that "pretzels" is listed in the U.S. Patent and Trademark Office's Trademark ID Manual in Class 30 and has been since 1991.

#### REQUEST NO. 3

Admit that "crisps" is a generic term used for snack food products.

1

**REQUEST NO. 4**

Admit that "crisp" is a generic term used for snack food products.

**REQUEST NO. 5**

Admit that "nut-based snack foods, namely, nut crisps" and "potato crisps" are listed in

the U.S. Patent and Trademark Office's Trademark ID Manual in Class 29.

**REQUEST NO. 6**

Admit that some snack food products are crisp.

**REQUEST NO. 7**

Admit that some pretzels are crisp.

**REQUEST NO. 8**

Admit that some crackers are crisp.

**REQUEST NO. 9**

Admit that a definition of "crisp" is firm but easily crumbled or brittle.

**REQUEST NO. 10**

Admit that crackers are firm but easily crumbled or brittle.

**REQUEST NO. 11**

Admit that Applicant's PRETZEL CRISPS products are firm but easily crumbled or brittle.

**REQUEST NO. 12**

Admit that "pretzel" describes the product that is the subject of Application Serial

No. 77/192,054 (hereinafter the "Application").

**REQUEST NO. 13**

Admit that the product that is the subject of the Application is either a pretzel, or pretzel-

like, snack food product.

2

**REQUEST NO. 14**

      Admit that "pretzel" can be used as a generic term for the product that is the subject of the Application.

**REQUEST NO. 15**

      Admit that the product that is the subject of the Application is a cracker.

**REQUEST NO. 16**

      Admit that "crisps" can be used as a generic term for crackers.

**REQUEST NO. 17**

      Admit that "crisps" is commonly used as a term for crackers.

**REQUEST NO. 18**

      Admit that "crisps" is commonly used as a term for baked snack food items.

**REQUEST NO. 19**

      Admit that "crisps" is used in snack food product names.

**REQUEST NO. 20**

      Admit that "crisps" describes the product that is the subject of the Application.

**REQUEST NO. 21**

      Admit that "crisp" describes the product that is the subject of the Application.

**REQUEST NO. 22**

      Admit that the product that is the subject of the Application is, or is manufactured to be, crisp or crispy.

**REQUEST NO. 23**

      Admit that Applicant describes its PRETZEL CRISPS products as "crispy."

3

21

## REQUEST NO. 24

Admit that "crisps" can be used as a term for the product that is the subject of the Application.

## REQUEST NO. 25

Admit that Applicant's packages for its PRETZEL CRISPS products provide nutrition facts for a serving size of a stated number of "crisps."

## REQUEST NO. 26

Admit that the packages for Pepperidge Farm Baked Naturals Pretzel Thins provide nutrition facts for a serving size of a stated number of "crisps."

## REQUEST NO. 27

Admit that "crisps" is used as or as part of the common or usual name in the FDA required statement of identity for some snack food products.

## REQUEST NO. 28

Admit that the highlighted portion of each page included in Exhibit A refers to Applicant's PRETZEL CRISPS products as "crisps."

## REQUEST NO. 29

Admit that the evidence Applicant submitted to the U.S. Patent and Trademark Office in support of acquired distinctiveness of the Application was based in part on an Internet survey on Applicant's website.

## REQUEST NO. 30

Admit that Applicant's secondary meaning evidence is based in part on its packaging design, as shown in Reg. No. 3,579,225, and the stylization of the term "PRETZEL CRISPS" as shown in the Application.

4

**REQUEST NO. 31**

Admit that Applicant does not know whether its secondary meaning evidence is based in part on its packaging design, as shown in Reg. No. 3,579,225, and the stylization of the term "PRETZEL CRISPS" as shown in the Application.

**REQUEST NO. 32**

Admit that Applicant's applications Serial Nos. 78/963,000 and 77/457,018 for the mark CIABATTA CRISPS were refused registration by the U.S. Patent and Trademark Office in part or in whole on the basis of genericness.

**REQUEST NO. 33**

Admit that Applicant attempted unsuccessfully to overcome the genericness refusal of CIABATTA CRISPS in applications Serial Nos. 78/963,000 and 77/457,018.

**REQUEST NO. 34**

Admit that "ciabatta" and "pretzel" are both generic terms.

**REQUEST NO. 35**

Admit that "pretzel crisps" describes the product that is the subject of the Application.

**REQUEST NO. 36**

Admit that "pretzel crisps" can be used as a term for the product that is the subject of the Application.

**REQUEST NO. 37**

Admit that "pretzel crisps" describes a type of snack food product offered for sale by Applicant and others.

5

23

## REQUEST NO. 38

Admit that "pretzel crisps" can be used as a term for a type of snack food product offered for sale by third parties.

## REQUEST NO. 39

Admit that the highlighted portions of Exhibit B show use of the terms "pretzel" and "pretzels" in association with snack food products by Opposer.

## REQUEST NO. 40

Admit that the highlighted portions of Exhibit C show use of the terms "crisp" and "crisps" in association with snack food products by Opposer.

## REQUEST NO. 41

Admit that cracker products are currently offered for sale by third parties in association with the term "crisps."

## REQUEST NO. 42

Admit that Exhibit D shows third-party use of the term "crisps" in association with crackers.

## REQUEST NO. 43

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit D.

## REQUEST NO. 44

Admit that Exhibit E shows third-party use of the term "crisps" in association with crackers.

## REQUEST NO. 45

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit E.

24

**REQUEST NO. 46**

Admit that Exhibit F shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 47**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit F.

**REQUEST NO. 48**

Admit that Exhibit G shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 49**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit G.

**REQUEST NO. 50**

Admit that Exhibit H shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 51**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit H.

**REQUEST NO. 52**

Admit that Exhibit I shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 53**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit I.

**REQUEST NO. 54**

Admit that Exhibit J shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 55**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit J.

**REQUEST NO. 56**

Admit that Exhibit K shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 57**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit K.

**REQUEST NO. 58**

Admit that Exhibit L shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 59**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit L.

**REQUEST NO. 60**

Admit that Exhibit M shows third-party use of the term "crisps" in association with crackers.

**REQUEST NO. 61**

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit M.

**REQUEST NO. 62**

Admit that the terms "crackers" and "crisps" are used interchangeably in the snack food industry in order to refer to the type or genus of products.

26

**REQUEST NO. 63**

Admit that the term "crisps" is used in the snack industry in connection with potato snack products, especially those made from dehydrated potatoes.

DATED: April 1, 2010

Respectfully submitted,

By: *Susan J. Hightower*

William G. Barber
Susan J. Hightower
PIRKEY BARBER LLP
600 Congress Avenue, Suite 2120
Austin, TX 78701
Telephone: (512) 322-5200

ATTORNEYS FOR OPPOSER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of OPPOSER'S FIRST SET OF REQUESTS FOR ADMISSION TO APPLICANT has been served via e-mail on counsel for Applicant at the addresses below on April 1, 2010:

David H. Bernstein: dhbernstein@debevoise.com
Julie S. Suh: jssuh@debevoise.com
Debevoise & Plimpton LLP

*Susan J. Hightower*

9

EXHIBIT A

28



Work It...
..Mama!

June 5, 2008
http://workit-mama.blogspot.com/2008/06/product-review.html

Product Review



The Snack Factory's Pretzel Crisps

These tasty little niblets are my new favorite snack. They are described as thin crunchy pretzel crackers - and they are exactly that Pretzel Crackers. They are flattened pretzels which also makes them great for spreading. They are kinda challenging to find but they are worth the grocery search. In most grocery stores I have found in the deli section, but they could be anywhere. Just ask about them and see if they are available. These are so yummy dipped in a healthy dip like salsa - if you are a dipper. For 11 crisps they have 110 calories and 0 grams fat. So don't eat the entire 660 calorie bag, but they are a great single serving snack.

# NewProducts

June 2008
http://www.newproductsonline.com/Archives_Davinci?article=1588

Pretzel Crisps

Snack Factory Inc., Princeton, N.J., recently introduced Pretzel Crisps spreadable pretzel crackers. The new "deli style" crackers are a complement to hummus, cheeses, spreads and dips. The crisps are made with all natural ingredients, are fat free, trans fat free and contain 110 calories per serving (approximately 10 crisps). Varieties include Original, Garlic and Everything. SRP: $2.99

# Baking&Snack

February 2008
Circulation: 11,796

**124** NEW ON THE SHELF

■ The Snack Factory Pretzel



31



January 08, 2008
Visitors per month: 547, 135
http://www.thestar.com/printArticle/291792

**A good snack at one serving**
*Doug Cook*

Product: The Snack Factory Inc. Original Pretzel Crisps - Price: $2.99 per 170g bag (Dominion)

Manufacturer: The Snack Factory pretzelcrisps.com Princeton, N.J.

The position: The perfect snack right from the bag and shaped just right to be dippable and take spreads.

Top 4 ingredients: Wheat flour, sugar, salt, malt syrup.

Nutritional breakdown: 110 calories per 28 g (11 crisps): 23 g carb (1g fibre, 2 g sugar); 0 g fat (0 g saturated, 0 g trans); 3 g protein, 230 mg sodium.

Analysis: This snack food was first brought to my attention by some co-workers at the hospital who couldn't seem to get enough of them. Curious, I tried some. They tasted great, and with noticeable "crunch."

These crisps are a variation on the classic twisted pretzel, same basic ingredients, only flattened. This new shape allows them to make the transition from a regular snack food to one ideal for dipping. Taste and utility aside, how did they measure up nutritionally?

Compared to regular salted pretzels, Pretzel Crisps have, on average, the same number of calories and carbs and a little less sodium (28 g of twisted salted pretzels have 106 or so calories and about 380 mg sodium).

Compared to the next most common snack food in this category, plain potato chips, the pretzel crisps do have fewer calories: about 40, and no fat. A 28-gram (one-ounce) serving of plain chips typically gives about 10 g of fat but surprisingly less sodium.

So, what's a snacker to do? If you can keep it to just 11 crisps, or one serving, they make a low-calorie snack that provides just enough crunch and salt to satisfy a craving. Are they "better" than a serving of plain chips? For me, it's splitting hairs.



# thestar.com

January 08, 2008
Visitors per month: 547, 135
http://www.thestar.com/printArticle/291792

# A good snack at one serving

*Doug Cook*

Product: The Snack Factory Inc. Original Pretzel Crisps

Price: $2.99 per 170g bag (Dominion)

Manufacturer: The Snack Factory pretzelcrisps.com Princeton, N.J.

The position: The perfect snack right from the bag and shaped just right to be dippable and take spreads.

Top 4 ingredients: Wheat flour, sugar, salt, malt syrup.

Nutritional breakdown: 110 calories per 28 g (11 crisps): 23 g carb (1g fibre, 2 g sugar); 0 g fat (0 g saturated, 0 g trans); 3 g protein, 230 mg sodium.

Analysis: This snack food was first brought to my attention by some co-workers at the hospital who couldn't seem to get enough of them. Curious, I tried some. They tasted great, and with noticeable "crunch."

These crisps are a variation on the classic twisted pretzel, same basic ingredients, only flattened. This new shape allows them to make the transition from a regular snack food to one ideal for dipping. Taste and utility aside, how did they measure up nutritionally?

Compared to regular salted pretzels, Pretzel Crisps have, on average, the same number of calories and carbs and a little less sodium (28 g of twisted salted pretzels have 106 or so calories and about 380 mg sodium).

Compared to the next most common snack food in this category, plain potato chips, the pretzel crisps do have fewer calories: about 40, and no fat. A 28-gram (one-ounce) serving of plain chips typically gives about 10 g of fat but surprisingly less sodium.

So, what's a snacker to do? If you can keep it to just 11 crisps, or one serving, they make a low-calorie snack that provides just enough crunch and salt to satisfy a craving. Are they "better" than a serving of plain chips? For me, it's splitting hairs.

The key to including these kinds of extras in your diet comes down to portions – can you keep them in check? Like chips, flavoured variations of the same product means more sodium and calories making portion control paramount.

Alternative: Eat regular twisted pretzels with less crunch.

Take it or leave it: This is a reasonable crunchy snack but try to keep it to one serving.



# Baking&Snack

February 2008
Circulation: 11,796

## 124 NEW ON THE SHELF

The Snack Factory, Princeton, NJ, added a new Buffalo Wing variety to its Pretzel Crisps lineup of baked and cholesterol-free snacks. The



1-oz. serving of the snack contains 1 g of fat and 4 g of protein. Like the other varieties in the Pretzel Crisps line, the Buffalo Wing flavor is free of saturated and trans fats. The crisps are available in deli-style and resale packages. www.pretzelcrisps.com



FEBRUARY 2008

# Baking&Snack

The knowledge authority for development, production, packaging ... grain-based food

## 15th Annual CAPITAL SPENDING SURVEY

**124** NEW ON THE SHELF

■ The Snack Factory, Princeton, NJ, adds a new Buffalo Wing variety to its Pretzel Crisps lineup of baked and cholesterol-free snacks. The



100-Cal serving of 10 crisps contains 1.5 g of fat and 3 g of protein. Like the other varieties in the Pretzel Crisp line, the Buffalo Wing flavor is free of saturated and trans fats. The crisps are available in 2.5-, 5- and 6-oz packages. www.pretzelcrisps.com

■ Roman Meal, Tacoma, WA, introduces all-natural hot cereal made with whole grains. Available in Northwest Trails, Vermont Maple, Dark Chocolate Razz and Cranberry Passion varieties, the hot cereals are made with real fruit, seeds and organic barley, oats, rye and whole flax. The heart-healthy product, which contains natural

grain by the Whole Grains Council.

The company also adds a Dark Chocolate Peanut Variety to its 100% Whole Grain & Fruit Soft & Chewy snack bars. The all-natural bars, made without artificial flavors, colors, refined sugars or high-fructose corn syrup, are an excellent source of whole grains (16 g) and an excellent source of fiber (5 g).www.elementscereal.com

■ Think Products, Ventura, CA, introduces think5 nutrition bars, which combine five cups of fruit and vegetables into one bar. The gluten-free bars feature broccoli, spinach, apples and cranberries. Available in Red Berries and Chocolate Covered Red Berries varieties, the bars contain 240 and 290 Cal, respectively. High in fiber and a good source of omega-3 fatty acids, the bars also provide essential nutrients, vita-



mins and minerals through the inclusion of acerola berries, sweet potatoes, brown

The bowls are available in Oatmeal, Cream of Rice, Steel-Cut Oats and Multi Grain made with seven organic whole grains. The hot cereals are lightly sweetened with



organic agave nectar. A 9-oz package retails for $2.29.

The company also offers non-dairy Cheeze Rice-Crust pizza. The 6-oz, single-serve pizza is topped with soy-based mozzarella and ricotta cheeses, Amy's authentic Italian pizza sauce, made with organic sun-ripened tomatoes and a blend of herbs.The gluten-free pizza retails for $3.99. www.amys.com

■ Bridor, Boucherville, QB, introduces the award-winning 2008 Flavor of the Year bread products. The ready-to-bake lunch Viennese pastry is made with pure butter. Designed



ASSOCIATED PUBLICATION

# DIABETES IN THE BEDROOM

Diabetes Forecast

The Leading Magazine of the American Diabetes Association for More Than 30 Years



## supermarket finds: product of the month
### The Snack Factory Pretzel Crisps

Everyone loves the occasional treat to go alongside their sandwiches. Instead of fat-laden cookies and chips, why not crunch your way through a handful of Snack Factory Pretzel Crisps? The Snack Factory bills this as the world's "only spreadable pretzel cracker," which means it can be topped with low-fat dips and spreads. These delightful pretzel-shaped crackers come in original, "everything," and garlic flavors. Free of all fats and with a very reasonable amount of carbohydrate per serving, they make lunch fun! Available on your grocer's shelf, they retail for $2.99. www.pretzelcrisps.com. The Snack Factory, P.O. Box 3652, Princeton, NJ 08543, (609) 683-5400.

—R.W.



| Nutrition Facts |
| --- |
| Garlic |
| Serving Size 11 crisps |
| Servings per Container about 6 |
| **Amount per Serving** |
| Calories 100   Calories From Fat 0 |
| Total Fat 0 grams |
| Saturated Fat 0 grams |
| Cholesterol 0 milligrams |
| Sodium 320 milligrams |
| Total Carbohydrate 21 grams |
| Dietary Fiber <1 gram |
| Sugars 2 grams |
| Protein 3 grams |

All products featured in this section are chosen solely on the bases of nutrition, ease of preparation, taste, and uniqueness. Neither *Diabetes Forecast* nor the author have _____ paid by the manufacturers for inclusion in this _____

Bone Health Boosters

Sizzling Summer Grill Recipes

4 Stroke Stoppers You Need To Know

EXHIBIT B



  
## Search Results

Didn't find what you were looking for? Search again.

[pretzel] [Search]

Results 1 - 10 for pretzel (0.37 seconds)

### ROLD GOLD® Classic Style Pretzel Sticks
ROLD GOLD® Classic Style Pretzel Sticks are a unique combination of great taste, great crunch and good fun™ rolled into one great chip.
www.fritolay.com-our-snacks/rold-gold-classic-sticks.html

### ROLD GOLD® Pretzel Waves Parmesan Garlic Flavored Pretzel Snacks
ROLD GOLD® Pretzel Waves Parmesan Garlic Flavored Pretzel Snacks are a unique combination of great taste, great crunch and good fun™ rolled into one great ...
fritolay.com/our-snacks/rold-gold-waves-parmesan-garlic.html

### ROLD GOLD®
We start with quality ingredients and bake our pretzels with old-world care to deliver the robust, hearty flavor you expect from ROLD GOLD® Pretzels
www.fritolay.com-our-snacks/rold-gold.html

### Products Certified Kosher – Orthodox Union
ROLD GOLD® Classic Style Pretzel Thins ROLD GOLD® Classic Style Rods ... ROLD GOLD® Pretzel Waves Rosemary Garlic Parmesan Pretzel Snacks ...
www.fritolay.com/products-certified-kosher-orthodox-union.html

### Products Not Containing Soy
Feb 18 2010 ... ROLD GOLD® Honey Wheat Braided Twists Pretzels ROLD GOLD® Pretzel Waves Buffalo Wings Flavored Pretzel Snacks ...
www.fritolay.com/products-not-containing-soy.html

### Products Not Containing Lactose or Milk
ROLD GOLD® Football Shaped Pretzels ROLD GOLD® Honey Mustard Tiny Twists ... ROLD GOLD® Pretzel Waves Buffalo Wings Flavored Pretzel Snacks ...
www.fritolay.com/products-not-containing-lactose-or-milk.html

### Products Not Containing MSG
Feb 18 2010 ... ROLD GOLD® Honey Wheat Braided Twist Pretzels ROLD GOLD® Pretzel Waves Buffalo Wings Flavored Pretzel Snacks ROLD GOLD® Sourdough Pretzel ...
www.fritolay.com/products-not-containing-msg.html

### Frito-Lay Works with American Heart Association to Launch Rold ...
Feb 9 2004 ... PLANO, Texas - Frito-Lay announced today a collaboration with the American Heart Association to launch Rold Gold Heartzels Pretzels ...
www.fritolay.com/about-us/press-release-20040209.html

### Products Certified Kosher – Orthodox Union | Frito-Lay
ROLD GOLD® Classic Style Tiny Twists Pretzels ROLD GOLD® Hard Sourdough Pretzels ... ROLD GOLD® Pretzel Waves Rosemary Garlic Parmesan Pretzel Snacks ...
www.fritolay.com/your-products-certified-kosher-orthodox-union.html

### Seasoned Products Made Without Porcine Enzymes | Frito-Lay
Feb 24 2010 ... ROLD GOLD® Honey Mustard Tiny Twist Pretzels ... ROLD GOLD® Pretzel Waves Buffalo Wings Flavored Pretzel Snacks ...
www.fritolay.com/seasoned-products-made-without-porcine-enzymes.html

1 2 3 Next

2010 FRITO-LAY NORTH AMERICA, INC.

38




  

## Search Results

Didn't find what you were looking for? Search again

| pretzel | Search |

Results 11 - 18 for pretzel (0.34 seconds)

**Products Not Containing Soy | Frito-Lay**
ROLD GOLD® Baked Cheddar Mini Sticks Pretzels ROLD GOLD® Butter Flavored
Checkers ... ROLD GOLD® Pretzel Waves Buffalo Wings Flavored Pretzel Snacks ...
www.fritolay.com/your-health/products-not-containing-soy.html

**Full List of Brands | Frito-Lay**
ROLD GOLD® Cheddar Cheese Tiny Twists Pretzels ROLD GOLD® Classic Style Pretzel
Sticks ... ROLD GOLD® Pretzel Waves Cheddar Blend Flavored Pretzel Snacks ...
www.fritolay.com/our-snacks/full-list-of-brands.html

**Products Not Containing Onion**
Feb 10 2010 ... ROLD GOLD® Classic Style Tiny Twists Pretzels ... ROLD GOLD® Football
Shaped Pretzels ROLD GOLD® Sourdough Pretzel Nuggets ...
www.fritolay.com/products-not-containing-onion.html

**Products with Nuts and/or Produced with Nuts**
ROLD GOLD® Pretzel Waves Buffalo Wings Flavored Pretzel Snacks ROLD GOLD® Whole
Grain Classic Style Tiny Twist Pretzels SABRITAS® Nuts (all varieties) ...
www.fritolay.com/products-with-nuts-and-or-produced-with-nuts.html

**ROLD GOLD® Honey Mustard Tiny Twist Pretzels**
ROLD GOLD® Honey Mustard Tiny Twist Pretzels are a unique combination of great taste
great crunch and good fun™ rolled into one great chip
www.fritolay.com/our-snacks/rold-gold-honey-mustard-twists.html

**ROLD GOLD® Fat Free Tiny Twists Pretzels**
ROLD GOLD® Fat Free Tiny Twists Pretzels are a unique combination of great taste great
crunch and good fun™ rolled into one great chip
www.fritolay.com/our-snacks/rold-gold-fat-free-twists.html

**ROLD GOLD® Honey Wheat Braided Twists**
ROLD GOLD® Honey Wheat Braided Twists are a unique combination of great taste great
crunch and good fun™ rolled into one great chip
fritolay.com/our-snacks/rold-gold-twists-honey-wheat.html

**Press Release Archive | Frito-Lay**
Frito-Lay Works with American Heart Association to Launch Rold Gold Pretzels with Heart-
Check Mark' Logo - February 9 2004 ...
fritolay.com/about-us/press.html

*In order to show you the most relevant results we have omitted some entries very similar to the 18 already
displayed.*
*If you like, you can* repeat the search with the omitted results included

Previous  1 2

© 2010 FRITO-LAY NORTH AMERICA, INC.

Case 3:17-cv-00652-KDB-DSC   Document 28-13   Filed 08/30/18   Page 40 of 79
39

EXHIBIT C

Case 3:17-cv-00652-KDB-DSC   Document 28-13   Filed 08/30/18   Page 41 of 7940




  

## Search Results

Coun't find what you were looking
for? Search again

| crisps | | Search |

Results 1 - 10 for crisps (0.38 seconds)

**BAKED! LAYS® Original Potato Crisps**
BAKED! LAYS® Original Potato Crisps are a unique combination of great taste, great crunch
and good fun™ rolled into one great chip
www.fritolay.com/our-snacks/baked-lays-original.html

**FLAT EARTH®**
Flat Earth™ veggie crisps are deliciously fun baked snacks made with the goodness of real
vegetables and other wholesome ingredients. These
www.fritolay.com/our-snacks/flat-earth.html

**MUNCHOS® Regular Potato Crisps**
MUNCHOS® Regular Potato Crisps are a unique combination of great taste, great crunch and
good fun™ rolled into one great chip. Click on WHERE TO BUY to find ...
www.fritolay.com/our-snacks/munchos-regular-potato.html

**FLAT EARTH® Farmland Cheddar Flavored Baked Veggie Crisps**
FLAT EARTH® Farmland Cheddar Flavored Baked Veggie Crisps are a unique combination of
great taste, great crunch and good fun™ rolled into one great chip
www.fritolay.com/our-snacks/flat-earth-cheddar-veggie.html

**LAYS® STAX® Mesquite Barbecue Flavored Potato Crisps**
LAYS® STAX® Mesquite Barbecue Flavored Potato Crisps are a unique combination of great
taste, great crunch and good fun™ rolled into one great chip.
www.fritolay.com/our-snacks-lays-stax-mesquite-bbq.html

**TrueNorth® Almond Cranberry Crisps**
TrueNorth® Almond Cranberry Crisps are a unique combination of great taste, great crunch
and good fun™ rolled into one great chip
www.fritolay.com/our-snacks/true-north-almond-cranberry-crisps.html

**New Oh Boy! Oberto Beef Jerky Crisps Revolutionize the Snack ...**
Aug 13 2009 ... Oberto Beef Jerky Crisps The innovative first-of-its-kind snack designed to
bridge the gap between beef jerky and traditional snack chips ...
fritolay.com/press-release-20090813.html

**Frito-Lay introduces New Lay's Stax Potato Crisps | Frito-Lay**
Aug 14 2003 ... PLANO Texas – Starting next week Frito-Lay begins rolling out Lay's Stax
potato crisps stacked in a portable, resealable, crush-resistant ...
www.fritolay.com/press-release-20030814.html

**BAKED! RUFFLES® Cheddar & Sour Cream Flavored Potato Crisps**
RUFFLES® Cheddar & Sour Cream Flavored Potato Crisps are a unique combination of great
taste, great crunch and good fun™ rolled into one great chip.
www.fritolay.com/our-snacks/baked-ruffles-cheddar-sour-cream.html

**FLAT EARTH® Tangy Tomato Ranch Flavored Baked Veggie Crisps**
FLAT EARTH® Tangy Tomato Ranch Flavored Baked Veggie Crisps are a unique combination
of great taste, great crunch and good fun™ rolled into one great chip
www.fritolay.com/our-snacks/flat-earth-tomato-ranch.html

1 2 3 4 5 6 7 8 9 10 Next

© 2010 FRITO-LAY NORTH AMERICA, INC.

41



  
## Search Results

Didn't find what you were looking for? Search again

| crisps | Search |

Results 11 - 20 for crisps (0.34 seconds)

**Frito-Lay Flat Earth Fruit Crisps and Veggie Crisps Make What ...**
Feb 16 2007 ... PLANO Texas – Flat Earth is making the impossible possible by combining
great taste and nutrition in a fruit crisp and vegetable crisp ...
fritolay com/cress-release-26070216 html

**Products Not Containing Gluten**
Feb 24 2010 ... LAY'S® Cheddar & Sour Cream Flavored Potato Crisps ... LAY'S®
Parmesan & Tuscan Herb Flavored Potato Crisps BAKED! LAY'S® Sour Cream & Onion ...
www fritolay com/products-not-containing-gluten html

**Products Not Containing MSG**
Feb 18 2010 ... LAY'S® Parmesan and Tuscan Herb Flavored Potato Crisps BAKED!
LAY'S® Sour Cream & Onion Flavored Potato Crisps ...
www fritolay com products-not-containing-msg html

**Frito-Lay Takes "Great Taste Snack Chip Know-How" to Create New...**
Mar 12 2008 ... Introducing New Lay's Cracker Crisps and Cheetos Cracker Trax ... Lay's
Cracker Crisps is a light and irresistible tasting oven-baked crisp ...
www fritolay com about-us press-release-20030312 html

**Products Not Containing Onion**
Feb 10 2010 ... LAY'S® STAX® Original Flavored Potato Crisps LAY'S® STAX® Salt &
Vinegar Flavored Potato Crisps ... MUNCHOS® Regular Potato Crisps ...
www fritolay com/products-not-containing-onion html

**TrueNorth® Pistachio Crisps**
TrueNorth® Pistachio Crisps are a unique combination of great taste great crunch and good
fun™ rolled into one great chip. Click on WHERE TO BUY to find ...
www fritolay com our-snacks true-north-crisps-pistachio html

**In Time For Back-To-School FLAT EARTH® Launches Fruit Crisp and ...**
Aug 16 2007 ... PLANO Texas – FLAT EARTH® the snack that brings great taste and
nutrition together in a baked fruit crisp and vegetable crisp ...
fritolay com/cress-release-20070816 html

**FL Canada Seasoned Snacks Without Porcine Enzymes**
Jan 20 2010 ... LAY'S® STAX® Salt & Vinegar Flavoured Potato Crisps LAY'S® STAX® Sour
Cream & Onion Flavoured Potato Crisp ...
www fritolay com/fl-canada-seasoned-snacks-without-porcine-enzymes html

**BAKED! LAY'S® Southwestern Ranch Flavored Potato Crisps**
BAKED! LAY'S® Southwestern Ranch Flavored Potato Crisps are a unique combination of
great taste great crunch and good fun™ rolled into one great chip.
www fritolay com baked-lays-southwestern-ranch html

**LAY'S® STAX® Original Flavored Potato Crisps**
LAY'S® STAX® Original Flavored Potato Crisps are a unique combination of great taste great
crunch and good fun™ rolled into one great chip.
www fritolay com lays-stax-original html

Previous   1 2 3 4 5 6 7 8 9 10 Next

©2010 FRITO-LAY NORTH AMERICA, INC.







## Search Results

Didn't find what you're looking
for? Search again

[crisps] [Search]

Results 21 - 30 for crisps (0.29 seconds)

### BAKED! LAYS® Sour Cream & Onion Flavored Potato Crisps
LAYS® Sour Cream & Onion Flavored Potato Crisps are a unique combination of great taste
great crunch and good fun™ rolled into one great chip
fritolay com/baked-lays-sour-cream-onion html

### BAKED! LAYS® Barbecue Flavored Potato Crisps
BAKED! LAYS® Barbecue Flavored Potato Crisps are a unique combination of great taste
great crunch and good fun™ rolled into one great chip
www.fritolay com baked-lays-barbecue html

### BAKED! LAYS® Cheddar & Sour Cream Flavored Potato Crisps
LAYS® Cheddar & Sour Cream Flavored Potato Crisps are a unique combination of great
taste great crunch and good fun™ rolled into one great chip
www.fritolay com baked-lays-cheddar-sour-cream html

### BAKED! LAYS® Parmesan & Tuscan Herb Flavored Potato Crisps
LAYS® Parmesan & Tuscan Herb Flavored Potato Crisps are a unique combination of great
taste great crunch and good fun™ rolled into one great chip
www fritolay com baked-lays-parmesan-tuscan-herb html

### BAKED!
BAKED! LAYS® Cheddar & Sour Cream Flavored Potato Crisps Baked Gluten Free 0g
Trans Fat ... BAKED! LAYS® Southwestern Ranch Flavored Potato Crisps ...
www fritolay com baked html

### Products Not Containing Lactose or Milk
LAYS® Original Potato Crisps BAKED! RUFFLES® Original Potato Crisps ... MUNCHOS®
Regular Potato Crisps NUT HARVEST® Natural Lightly Roasted Almonds ...
www fritolay com products-not-containing-lactose-or-milk html

### Products Not Containing Gluten and Casein
RUFFLES® Original Potato Crisps BAKED TOSTITOS® Scoops! Tortilla Chips ...
MUNCHOS® Regular Potato Crisps NUT HARVEST® Natural Honey Roasted Peanuts ...
www fritolay com products-not-containing-gluten-and-casein html

### Good Source of Vitamin C
FLAT EARTH® Farmland Cheddar Flavored Baked Veggie Crisps ... FLAT EARTH® Tangy
Tomato Ranch Flavored Baked Veggie Crisps LAY S® Barbecue Flavored Potato ...
www fritolay com good-source-of-vitamin-c html

### Products Certified Kosher – Orthodox Union
STACY S® Soy Thin Sticky Bun Crisps STACY S® Soy Thin Sweet BBQ Crisps ...
STACY S® Soy Thin Simply Cheese Crisps TOSTITOS® Flour Tortilla Chips ...
www fritolay com products-certified-kosher-orthodox-union html

### LAY'S®
BAKED! LAYS® Southwestern Ranch Flavored Potato Crisps Baked Gluten Free Porcine
Free ... LAY S® STAX® Mesquite Barbecue Flavored Potato Crisps ...
www fritolay com lays html

Previous  1 2 3 4 5 6 7 8 9 Next

© 2010 FRITO-LAY NORTH AMERICA, INC.

43




## Search Results

Didn't find what you were looking
for? Search again

| crisps | Search |

Results 31 - 40 for crisps (0.37 seconds)

**Snacking Now Made Easier with Frito-Lay's New Smart Snack Ribbon ...**
Aug 5 2003 ... Lay's potato crisps will be the first product to feature the new Smart ... Lay's
potato crisps and Baked! Tostitos tortilla chips were first ...
www.fritolay.com/about-us/press-release-20030805.html

**Frito-Lay Asks Women to "Inspire Us" with Real Life Stories ...**
Jul 1 2009 ... Lay's Southwestern Ranch potato crisps and Flat Earth Spicy Salsa baked
veggie crisps both use innovative technology to bake spices or dried ...
fritolay.com/about-us/press-release-20090701.html

**Baked Snacks**
FLAT EARTH® Farmland Cheddar Flavored Baked Veggie Crisps ... FLAT EARTH® Tangy
Tomato Ranch Flavored Baked Veggie Crisps FRITO-LAY® Crackers (all varieties ...
www.fritolay.com/baked-snacks.html

**Frito-Lay's TrueNorth® Brand Continues to Follow its Passion by ...**
Sep 8 2009 ... TrueNorth Nut and Fruit Crisps. These delicious 100% natural, light-textured
nut crisps are baked to an airy perfection with freshly roasted ...
fritolay.com/about-us/press-release-20090908.html

**Finding Your TrueNorth in the Snack Aisle | Frito-Lay**
By elevating the "simple nut" into three unique nut snacks -- nut clusters, nut crisps and nut
crunches -- each TrueNorth variety offers consumers a different ...
www.fritolay.com/about-us/press-release-20080419.html

**Frito-Lay Baked Snacks**
Oct 1 2009 ... FLAT EARTH® Farmland Cheddar Flavored Baked Veggie Crisps ... FLAT
EARTH® Tangy Tomato Ranch Flavored Baked Veggie Crisps ...
www.fritolay.com/your-health/calories-fried.html

**Quaker Rice Snacks are "Fad Free" | Frito-Lay**
Apr 1 2005 ... Quaker Soy Crisps made with 5.5 grams of soy protein are available in two
flavors nationally. For more information visit ...
www.fritolay.com/about-us/press-release-20050401.html

**Frito-Lay Launches Print Ad Campaign Declaring America's Favorite ...**
Lay's potato crisps and Baked! Tostitos tortilla chips were first introduced along with a ...
Tostitos tortilla chips, Ruffles Reduced Fat potato crisps ...
fritolay.com/press-release-20030923.html

**Consumers' Focus on Importance of Calories Leads to Improve Name ...**
Jun 4 2004 ... Additionally, Frito-Lay has begun distributing soy-based crisps under the ...
Ruffles Potato Crisps, Baked! Doritos Tortilla Chips, Baked! ...
www.fritola...com/about-us/press-release-20040604.html

**TrueNorth®**
TrueNorth® Almond Cranberry Crisps. MSG Free. Contains Peanuts. Porcine Free. Kosher.
OU. Onion Free. 0g Trans Fat ... TrueNorth® Pistachio Crisps ...
fritolay.com/our-snacks/true-north.html

Previous 1 2 3 4 5 6 7 8 9 Next

©2010 FRITO-LAY NORTH AMERICA, INC.

 

  

## Search Results

Didn't find what you were looking
for? Search again

| crisps | Search |

Results 41 - 50 for crisps (0.38 seconds)

**Products Not Containing Gluten and Casein | Frito-Lay**
LAY'S® Original Potato Crisps BAKED! RUFFLES® Original Potato Crisps ... MUNCHOS®
Regular Potato Crisps NUT HARVEST® Natural Honey Roasted Peanuts ...
www.fritolay.com/your-health/products-not-containing-gluten-and-casein.html

**Full List of Brands | Frito-Lay**
BAKED! LAY'S® Cheddar & Sour Cream Flavored Potato Crisps ... BAKED! LAY'S®
Southwestern Ranch Flavored Potato Crisps ...
www.fritolay.com/our-snacks/full-list-of-brands.html

**Good Source of Fiber**
STACY'S® Soy Thin Simply Cheese Crisps STACY'S® Soy Thin Sticky Bun Crisps
STACY'S® Soy Thin Sweet BBQ Crisps TrueNorth™ Almond Clusters ...
www.fritolay.com/good-source-of-fiber.html

**Frito-Lay's TrueNorth® Brand Introduces Two New Flavors Just for ...**
Dec 14  2009 ... TrueNorth first launched in 2008 with Pecan-Almond-Peanut Clusters
Almond Clusters  Pistachio Crisps and Almond Crisps  ...
www.fritolay.com/about-us/press-release-20091214.html

**For Special Dietary Needs | Frito-Lay**
LAY'S® Parmesan and Tuscan Herb Flavored Potato Crisps BAKED! ..... LAY'S® Sour
Cream & Onion Artificially Flavored Potato Crisps BAKED! ...
www.fritolay.com/your-health/for-special-dietary-needs.html

**Frito-Lay Names Winner of 'Inspire Us' Contest | Frito-Lay**
Sep 24  2009 ... Lay's Southwestern Ranch potato crisps uses innovative technology to bake
spices into each crisp  which delivers great flavor without ...
www.fritolay.com/press-release-20090924.html

**Press Release Archive | Frito-Lay**
Frito-Lay Takes  Great Taste Snack Chip Know-How  to Create New Cracker Experience -
March 12  2008  Introducing New Lay's Cracker Crisps and Cheetos ...
fritolay.com/about-us/press.html

**For Special Dietary Needs**
LAY'S® Southwestern Ranch Flavored Potato Crisps CHEETOS® Asteroids 100 Calorie Mini
Bites Cheese Flavored Snacks CHEETOS® Asteroids Mini Bites Cheese ...
www.fritolay.com/for-special-dietary-needs.html

**Frito-Lay Gives Women a World of Their Own | Frito-Lay**
Mar 4  2009 ... Lay's Southwestern Ranch and Flat Earth Spicy Salsa use innovative
technology to bake spices or dried vegetables into each crisp  ...
fritolay.com/press-release-20090304.html

**Our Latest Snacks | Frito-Lay**
Baked! Lay's® Southwestern Ranch flavor  Taste the difference in our tasty  feel good potato
crisps  now with baked in flavor  ...
www.fritolay.com/our-latest-snacks.html

Previous  1 2 3 4 5 6 7 8 Next

© 2010 FRITO-LAY NORTH AMERICA, INC.

45



  



## Search Results

Didn't find what you were looking for? Search again

[crisps]  [Search]

Results 51 - 60 for crisps (0.32 seconds)

**Straight Talk on Snacking | Frito-Lay**
LAY® potato crisps which have 3.5 grams of fat or less per serving. The good news about all our chips is that we make them with "good ...
www.fritolay.com/your-health-feature-answers.html

**Products Certified Kosher – Triangle K**
MUNCHOS® brand Regular Potato Crisps SANTITAS® brand Tortilla Chips SUNCHIPS® brand Original Flavored Multigrain Snacks TOSTITOS® brand Bite Size Tortilla ...
www.fritolay.com/products-certified-kosher-triangle-k.html

**RUFFLES®**
BAKED! RUFFLES® Cheddar & Sour Cream Flavored Potato Crisps  Baked  Gluten Free  0g Trans Fat  BAKED! RUFFLES® Original Potato Crisps ...
fritolay.com/our-snacks/ruffles.html

**Tostitos Is First Frito-Lay Package To Call Out "0 Grams Trans Fat ...**
Sep 9  2004 ... Frito-Lay already offers low-fat and better-for-you snacks including Baked Lay's Potato Crisps  Baked Doritos Tortilla Chips  Baked Tostitos ...
www.fritolay.com/about-us/press-release-20040909.html

**Frito-Lay Launches SmartFood Peanut Butter Apple Popcorn Clusters ...**
Aug 17  2009 ... Lay's Flat Earth baked veggie crisps and 100-calorie packages of Fritos and others of Frito-Lay's most popular brands  ...
www.fritolay.com/about-us/press-release-20090817.html

**Frito-Lay Launches New Low-Carb Doritos | Frito-Lay**
Jan 14  2004 ... These products include  Baked Lay's Crisps  Baked Doritos Chips  Baked Tostitos Chips  Ruffles Reduced Fat  Rold Gold Honey Wheat Pretzels ...
fritolay.com/about-us/press-release-20040114.html

**Frito-Lay's Most Popular Brands Already Labeling Trans Fat Prior ...**
Jul 9  2003 ... Lay's Crisps  Baked! Doritos Chips  Baked! Tostitos Chips  Reduced Fat Ruffles Chips  Rold Gold Honey Wheat Pretzels  WOW! ...
www.fritolay.com/about-us/press-release-20030709.html

**Frito-Lay Eliminates Trans Fats from America's Favorite Salty ...**
Sep 24  2002 ... Some of these products include  Baked Lay's Crisps  Baked Doritos Chips  Baked Tostitos Chips  Reduced Fat Ruffles Chips  Rold Gold Honey ...
fritolay.com/about-us/press-release-20020924.html

**Frito-Lay Launches Low Sodium Versions of its Top Selling Snack ...**
Apr 10  2008 ... Lay's potato crisps and Baked! Tostitos tortilla chips were first introduced  Frito-Lay led the industry with its response to trans fats  ...
www.fritolay.com/about-us/press-release-20080410.html

**PepsiCo Completes Acquisition of Stacy's Pita Chip Company | Frito-Lay**
Jan 12  2006 ... In addition to pita chips  Stacy's also offers three flavors of soy thin crisps (White Cheddar  Sweet BBQ and Buttery Caramel)  ...
www.fritolay.com/about-us/press-release-20060112.html

Previous  1 2 3 4 5 6 7 8 Next

© 2010 FRITO-LAY NORTH AMERICA, INC.



  



## Search Results

Didn't find what you were looking for? Search again

[crisps] [Search]

Results 61 - 67 for crisps (0.35 seconds)

**Frito-Lay Southern California Regional Operations Team Wins ...**
May 17, 2001 ... makes Lay's and Ruffles Potato Chips  Doritos Tortilla Chips  Tostitos Tortilla
Chips  Rold Gold Pretzels and Baked Lay's Potato Crisps  ...
www.fritolay.com/about-us/press-release-20010517b.html

**The Perfect Pair Introduced: New Baked! Tostitos Scoops! Tortilla ...**
Lay's Potato Crisps  Aquafina water  Quaker Chewy Granola Bars and Quaker Rice Snacks
Frito-Lay North America is the $13 billion convenient foods division ...
fritolay.com/press-release-20090303.html

**2005 | Frito-Lay**
August 13  2005  New Oh Boy! Oberto Beef Jerky Crisps Revolutionize the Snack Industry
June 22  2005  Frito-Lay Cuts the 'Green Ribbon' in Rochester ...
www.fritolay.com/press-release-2005.html

**MUNCHOS®**
MUNCHOS® Regular Potato Crisps  Gluten and Casein Free  Gluten Free  Lactose Free
MSG Free  Kosher Triangle K  Onion Free  0g Trans Fat ...
fritolay.com/our-snacks/munchos.html

**2003 | Frito-Lay**
August 14  2003  Frito-Lay Introduces New Lay's Stax Potato Crisps  August 5  2003
Snacking Now Made Easier with Frito-Lay's New Smart Snack Ribbon Label ...
www.fritolay.com/about-us/press-release-2003.html

**Frito-Lay**
Frito-Lay  a company that's all about good fun—doing good things when it comes to making
snacks and caring for the environment. Frito-Lay  a proud member of ...
www.fritolay.com

**THE HAPPINESS EXHIBIT | Lay's® Potato Chips**
Wherever smiles happen and happiness is celebrated  you'll find LAY'S®  potato chips  From
backyard BBQs and birthday parties to 4th of July  picnics ...
www.fritolay.com/lays/index.html

In order to show you the most relevant results  we have omitted some entries very similar to the 67 already
displayed.
If you like  you can repeat the search with the omitted results included.

Previous  1 2 3 4 5 6 7

© 2014 FRITO-LAY, NORTH AMERICA, INC.



EXHIBIT D



EXHIBIT E



http://ecx.images-amazon.com/images/I/51YM0M9XYDL.jpg

EXHIBIT F



53

3/30/2010

EXHIBIT G

54



EXHIBIT H



57

EXHIBIT I

Case 3:17-cv-00652-KDB-DSC   Document 28-13   Filed 08/30/18   Page 59 of 79 58



59

http://ecx.images-amazon.com/images/I/51MtRg5fNfL._SS500_.jpg

EXHIBIT J



lesley stowe's

raincoast crisps

170g  6.0oz                    made in Canada

EXHIBIT K

62



EXHIBIT L

64



EXHIBIT M

66



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

———————————————————————— x

FRITO-LAY NORTH AMERICA, INC. :
 :
   Opposer, :
 :
   v. :
 :
PRINCETON VANGUARD, L.L.C., :   Opposition No. 91190246
 :
   Applicant. :
 :
 :
———————————————————————— x

## APPLICANT'S RESPONSES AND OBJECTIONS TO OPPOSER'S FIRST SET OF REQUESTS FOR ADMISSION

   Applicant Princeton Vanguard, L.L.C. ("Princeton Vanguard" or "Applicant"),

pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Rule 2.120(h) of the

Trademark Rules of Practice (37 C.F.R. § 2.120(h)), by and through its attorneys

Debevoise & Plimpton LLP, hereby responds and objects to Opposer's First Set of

Requests for Admission to Applicant ("Requests") of Opposer Frito-Lay North America,

Inc. ("Frito-Lay" or "Opposer") dated April 1, 2010.

These responses are based on the information currently available to Applicant. Princeton Vanguard reserves the right to amend, supplement, or modify its responses and objections at any time in the event that it obtains additional or different information.

## GENERAL OBJECTIONS

All of the General Objections set forth herein apply to and are incorporated into each of the specific responses to the Requests set forth below and have the same force and effect as if fully set forth therein, whether or not expressly incorporated by reference in such specific responses. Without waiving any of these General Objections to the extent they apply to each of the Requests, Princeton Vanguard may specifically refer to certain General Objections in responding to certain Requests.

The failure of Princeton Vanguard to object to any specific Request on a particular ground shall not be construed as a waiver of its rights to object on any additional ground or grounds. Princeton Vanguard reserves the right to amend and/or supplement its objections and responses at any time consistent with further investigation and discovery.

Princeton Vanguard objects to each Request to the extent it seeks information protected from disclosure by the attorney-client privilege, the work product doctrine, the common interest privilege or any other applicable privileges, immunities, or protections from disclosure. Any inadvertent disclosure of information protected by the attorney-client privilege, the work product doctrine, the common interest privilege or any other applicable privilege, immunity, or protection from disclosure is not intended and should not be construed to constitute a waiver of such privilege, immunity, or protection.

2

23181078v4

69

## SPECIFIC OBJECTIONS AND RESPONSES

### REQUEST FOR ADMISSION NO. 1

Admit that "pretzel" is a generic term for a food product.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1

Subject to and without waiving the foregoing General Objections, Princeton

Vanguard admits that "pretzel" can be a generic term for a food product, namely a brittle

or chewy glazed, usually salted, slender bread often shaped like a loose knot.

### REQUEST FOR ADMISSION NO. 2

Admit that "pretzels" is listed in the U.S. Patent and Trademark Office's
Trademark ID Manual in Class 30 and has been since 1991.

### RESPONSE TO REQUEST FOR ADMISSION NO. 2

Subject to the foregoing General Objections, Princeton Vanguard admits this

request.

### REQUEST FOR ADMISSION NO. 3

Admit that "crisps" is a generic term used for snack food products.

### RESPONSE TO REQUEST FOR ADMISSION NO. 3

Subject to the foregoing General Objections, Princeton Vanguard denies that

"crisps" is a generic term for snack food products, but admits that "crisps" may be a

generic term for certain snack food products including potato chips and baked desserts of

fruit with crumb topping.

### REQUEST FOR ADMISSION NO. 4

Admit that "crisp" is a generic term used for snack food products.

3

70

## RESPONSE TO REQUEST FOR ADMISSION NO. 4

Subject to the foregoing General Objections, Princeton Vanguard denies that

"crisp" is a generic term for snack food products, but admits that "crisp" may be a

generic term for certain snack food products including a potato chip and a baked dessert

of fruit with crumb topping.

## REQUEST FOR ADMISSION NO. 5

Admit that "nut-based snack foods, namely, nut crisps" and "potato crisps" are
listed in the U.S. Patent Trademark Office's Trademark ID Manual in Class 29.

## RESPONSE TO REQUEST FOR ADMISSION NO. 5

Subject to the foregoing General Objections, Princeton Vanguard admits this

request.

## REQUEST FOR ADMISSION NO. 6

Admit that some snack food products are crisp.

## RESPONSE TO REQUEST FOR ADMISSION NO. 6

Subject to the foregoing General Objections, Princeton Vanguard admits this

request

## REQUEST FOR ADMISSION NO. 7

Admit that some pretzels are crisp.

## RESPONSE TO REQUEST FOR ADMISSION NO. 7

Subject to the foregoing General Objections, Princeton Vanguard denies that

some pretzels are crisp, but admits that some pretzels are brittle.

4

**REQUEST FOR ADMISSION NO. 8**

Admit that some crackers are crisp.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8**

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

**REQUEST FOR ADMISSION NO. 9**

Admit that a definition of "crisp" is firm but easily crumbled or brittle.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9**

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

**REQUEST FOR ADMISSION NO. 10**

Admit that crackers are firm but easily crumbled or brittle.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10**

Subject to the foregoing General Objections, Princeton Vanguard denies this request but admits that some crackers are firm but easily crumbled or brittle.

**REQUEST FOR ADMISSION NO. 11**

Admit that Applicant's PRETZEL CRISPS products are firm but easily crumbled or brittle.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11**

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that PRETZEL CRISPS products may be described as firm and/or brittle.

5

72

## REQUEST FOR ADMISSION NO. 12

Admit that "pretzel" describes the product that is the subject of Application Serial No. 77/192,054 (hereinafter the "Application").

## RESPONSE TO REQUEST FOR ADMISSION NO. 12

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that the product that is the subject of Application Serial No. 77/192,054 is a pretzel cracker and has a flavor similar to a pretzel.

## REQUEST FOR ADMISSION NO. 13

Admit that the product that is the subject of the Application is either a pretzel, or pretzel-like, snack food product.

## RESPONSE TO REQUEST FOR ADMISSION NO. 13

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that the product is a snack food product best described as a "pretzel cracker."

## REQUEST FOR ADMISSION NO. 14

Admit that "pretzel" can be used as a generic term for the product that is the subject of the Application.

## RESPONSE TO REQUEST FOR ADMISSION NO. 14

Subject to the foregoing General Objections, Princeton Vanguard denies this request.

## REQUEST FOR ADMISSION NO. 15

Admit that the product that is the subject of the Application is a cracker.

6

73

## RESPONSE TO REQUEST FOR ADMISSION NO. 15

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that the product that is the subject of the Application is a pretzel cracker.

## REQUEST FOR ADMISSION NO. 16

Admit that "crisps" can be used as a generic term for crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 16

Subject to the foregoing General Objections, Princeton Vanguard denies this request.

## REQUEST FOR ADMISSION NO. 17

Admit that "crisps" is a commonly used term for crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 17

Subject to the foregoing General Objections, Princeton Vanguard denies this request but admits that the term "crisps" may be used to describe certain crackers.

## REQUEST FOR ADMISSION NO. 18

Admit that "crisps" is commonly used as a term for baked snack food items.

## RESPONSE TO REQUEST FOR ADMISSION NO. 18

Subject to the foregoing General Objections, Princeton Vanguard denies this request but admits that the term "crisps" is used as descriptive term for some baked snack food items.

23181078v4

74

## REQUEST FOR ADMISSION NO. 19

Admit that "crisps" is used in snack food product names.

## RESPONSE TO REQUEST FOR ADMISSION NO. 19

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that the term "crisps" is used in some snack food product names.

## REQUEST FOR ADMISSION NO. 20

Admit that "crisps" describes the product that is the subject of the Application.

## RESPONSE TO REQUEST FOR ADMISSION NO. 20

Subject to the foregoing General Objections, Princeton Vanguard admits that the term "crisp" describes the product that is the subject of the Application.

## REQUEST FOR ADMISSION NO. 21

Admit that "crisp" describes the product that is the subject of the Application.

## RESPONSE TO REQUEST FOR ADMISSION NO. 21

Subject to the foregoing General objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 22

Admit that product that is the subject of the Application is, or is manufactured to be, crisp or crispy.

## RESPONSE TO REQUEST FOR ADMISSION NO. 22

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

8

## REQUEST FOR ADMISSION NO. 23

Admit that Applicant describes its PRETZEL CRISPS products as "crispy."

## RESPONSE TO REQUEST FOR ADMISSION NO. 23

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 24

Admit that "crisps" can be used as a term for the product that is the subject of the Application.

## RESPONSE TO REQUEST FOR ADMISSION NO. 24

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 25

Admit that Applicant's packages for its PRETZEL CRISPS products provide nutrition facts for a serving size of a stated number of "crisps."

## RESPONSE TO REQUEST FOR ADMISSION NO. 25

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 26

Admit that the packages for Pepperidge Farm Baked Naturals Pretzel Thins provide nutrition facts for a serving size of a stated number of "crisps."

## RESPONSE TO REQUEST FOR ADMISSION NO. 26

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

9

## REQUEST FOR ADMISSION NO. 27

Admit that "crisps" is used as or as part of the common or usual name in the FDA required statement of identity for some snack food products.

## RESPONSE TO REQUEST FOR ADMISSION NO. 27

Subject to the foregoing General Objections, Princeton Vanguard denies

knowledge sufficient to deny or admit this request.

## REQUEST FOR ADMISSION NO. 28

Admit that the highlighted portion of each page included in Exhibit A refers to Applicant's Pretzel Crisps as "crisps."

## RESPONSE TO REQUEST FOR ADMISSION NO. 28

Subject to the foregoing General Objections, Princeton Vanguard admits this

request.

## REQUEST FOR ADMISSION NO. 29

Admit that the evidence Applicant submitted to the U.S. Patent and Trademark Office in support of acquired distinctiveness of the Application was based in part on an Internet Survey on Applicant's website.

## RESPONSE TO REQUEST FOR ADMISSION NO. 29

Subject to the foregoing General Objections, Princeton Vanguard denies this

request, but admits that it included, among other things, evidence concerning an Internet

Survey that appeared on Applicant's website in support of its claim of acquired

distinctiveness.

## REQUEST FOR ADMISSION NO. 30

Admit that Applicant's secondary meaning evidence is based in part on its packaging design as shown in Reg. No. 3,579,225, and the stylization of the term "PRETZEL CRISPS" shown in the Application.

23181078v4

77

## RESPONSE TO REQUEST FOR ADMISSION NO. 30

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that Applicant has evidence of secondary meaning that relates to both the stylized and unstylized forms of the term "PRETZEL CRISPS" and the packaging design as shown in Reg. No. 3,579,225.

## REQUEST FOR ADMISSION NO. 31

Admit that Applicant does not know whether its secondary meaning evidence is based in part on its packaging design, as shown in Reg. No. 3,579,225, and the stylization of the term "PRETZEL CRISPS" as shown in the Application.

## RESPONSE TO REQUEST FOR ADMISSION NO. 31

Subject to the foregoing General Objections, Princeton Vanguard objects to this request on the grounds that it is vague, ambiguous, and unintelligible, and is not a request to admit "the truth of any matters within the scope of Rule 26(b)(1) relating to . . . facts, the application of law to fact, or the opinions about either, [or] the genuineness of any documents" under Federal Rule of Civil Procedure 36(a).

## REQUEST FOR ADMISSION NO. 32

Admit that Applicant's applications Serial Nos. 78/963,000 and 77/457,018 for the mark CIABATTA CRISPS were refused registration by the U.S. Patent and Trademark Office in part or in whole on the basis of genericness.

## RESPONSE TO REQUEST FOR ADMISSION NO. 32

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

11