## REQUEST FOR ADMISSION NO. 33

Admit that Applicant attempted unsuccessfully to overcome the genericness refusal of CIABATTA CRISPS in applications Serial Nos. 78/963,000 and 77/457,018.

## RESPONSE TO REQUEST FOR ADMISSION NO. 33

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that it was in the process of seeking to overcome the refusals to register the CIABATTA CRISPS mark when it decided to discontinue the product line and thus abandoned the pending applications for reasons unrelated to the genericism refusal.

## REQUEST FOR ADMISSION NO. 34

Admit that "ciabatta" and "pretzel" are both generic terms.

## RESPONSE TO REQUEST FOR ADMISSION NO. 34

Subject to the foregoing General Objections, Princeton Vanguard admits that "ciabatta" and "pretzel" may be generic terms for some products or goods.

## REQUEST FOR ADMISSION NO. 35

Admit that "pretzel crisps" describes the product that is the subject of the Application.

## RESPONSE TO REQUEST FOR ADMISSION NO. 35

Subject to the foregoing General Objections, Princeton Vanguard admits that "pretzel crisps" can be descriptive of the product that is the subject of the Application.

## REQUEST FOR ADMISSION NO. 36

Admit that "pretzel crisps" can be used as a term for the product that is the subject of the application.

12

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 1 of 80

79

## RESPONSE TO REQUEST FOR ADMISSION NO. 36

Princeton Vanguard objects that "can be used as a term" is vague and ambiguous and therefore deny this request. Subject to the foregoing Specific and General Objections, Princeton Vanguard admits that "pretzel crisps" can be descriptive of the product that is the subject of the Application.

## REQUEST FOR ADMISSION NO. 37

Admit that "pretzel crisps" describes a type of snack food product offered for sale by Applicant and others.

## RESPONSE TO REQUEST FOR ADMISSION NO. 37

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that "pretzel crisps" is used by Princeton Vanguard to describe the product but may not be used by others because the descriptive mark has acquired distinctiveness.

## REQUEST FOR ADMISSION NO. 38

Admit that "pretzel crisps" can be used as a term for a type of snack food product offered for sale by third parties.

## RESPONSE TO REQUEST FOR ADMISSION NO. 38

Subject to the foregoing General Objections, Princeton Vanguard denies this request.

## REQUEST FOR ADMISSION NO. 39

Admit that the highlighted portions of Exhibit B show use of the terms "pretzel" and "pretzels" in association with snack food products by Opposer.

23181078v4

## RESPONSE TO REQUEST FOR ADMISSION NO. 39

Subject to the foregoing General Objections, Princeton Vanguard admits that some of the highlighted portions of Exhibit B show use of the term "pretzel" and others show use of the term "pretzels" in association with snack food products by Opposer.

## REQUEST FOR ADMISSION NO. 40

Admit that the highlighted portions of Exhibit C show use of the terms "crisp" and "crisps" in association with snack food products by Opposer.

## RESPONSE TO REQUEST FOR ADMISSION NO. 40

Subject to the foregoing General Objections, Princeton Vanguard admits that some of the highlighted portions of Exhibit C show use of the term "crisp" and others show use of the term "crisps" in association with snack food products by Opposer.

## REQUEST FOR ADMISSION NO. 41

Admit that cracker products are currently offered for sale by third parties in association with the term "crisps."

## RESPONSE TO REQUEST FOR ADMISSION NO. 41

Subject to the foregoing General Objections, Princeton Vanguard admits that certain cracker products are currently offered for sale by third parties in association with the term "crisps."

## REQUEST FOR ADMISSION NO. 42

Admit that Exhibit D shows third-party use of the term "crisps" in association with crackers.

23181078v4

## RESPONSE TO REQUEST FOR ADMISSION NO. 42

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image at Exhibit D, and admits that the photograph reproduced in Exhibit D includes the term "crisps" on a package of what is identified as crackers.

## REQUEST FOR ADMISSION NO. 43

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit D.

## RESPONSE TO REQUEST FOR ADMISSION NO. 43

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 44

Admit that Exhibit E shows third-party use of the term "crisps" in association with crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 44

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image at Exhibit E, and admits that the photograph reproduced in Exhibit E includes use of the term "crisps" on a package of what is identified as crackers.

## REQUEST FOR ADMISSION NO. 45

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit E.

23181078v4

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 4 of 80 82

## RESPONSE TO REQUEST FOR ADMISSION NO. 45

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 46

Admit that Exhibit F shows third-party use of the term "crisps" in association with crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 46

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image at Exhibit F, and is unable to determine from the photograph whether Exhibit F purports to show third-party use of the term "crisps" in association with crackers.

## REQUEST FOR ADMISSION NO. 47

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit F.

## RESPONSE TO REQUEST FOR ADMISSION NO. 47

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image at Exhibit F, and is unable to determine whether Exhibit F shows third-party use of the term "crisps" in association with crackers. Princeton Vanguard admits that Applicant has taken no action to stop the use of the term "crisps" in association with the product shown in Exhibit F.

## REQUEST FOR ADMISSION NO. 48

Admit that Exhibit G shows third-party use of the term "crisps" in association with crackers.

16

## RESPONSE TO REQUEST FOR ADMISSION NO. 48

Subject to the foregoing General Objections, Princeton Vanguard avers that it has

no knowledge of the product shown in the image at Exhibit G, and admits that the

photograph reproduced in Exhibit G includes use of the term "crisps" on a package of

what is identified as crackers.

## REQUEST FOR ADMISSION NO. 49

Admit that Applicant has taken no action to stop the use of the term "crisps" in
association with crackers shown in Exhibit G.

## RESPONSE TO REQUEST FOR ADMISSION NO. 49

Subject to the foregoing General Objections, Princeton Vanguard admits this

request

## REQUEST FOR ADMISSION NO. 50

Admit that Exhibit H shows third-party use of the term "crisps" in association
with crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 50

Subject to the foregoing General Objections, Princeton Vanguard avers that it has

no knowledge of the product shown in the image at Exhibit H, and admits that the

photograph reproduced in Exhibit H includes use of the term "crisps" on a package of

what is identified as crackers.

## REQUEST FOR ADMISSION NO. 51

Admit that Applicant has taken no action to stop the use of the term "crisps" in
association with crackers shown in Exhibit H.

23181078v4

## RESPONSE TO REQUEST FOR ADMISSION NO. 51

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 52

Admit that Exhibit I shows third-party use of the term "crisps" in association with crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 52

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image at Exhibit I, and admits that the photograph reproduced in Exhibit I includes use of the term "crisps" on a package of what is identified as crackers.

## REQUEST FOR ADMISSION NO. 53

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit I.

## RESPONSE TO REQUEST FOR ADMISSION NO. 53

Subject to the foregoing General Objections, Princeton Vanguard admits this request.

## REQUEST FOR ADMISSION NO. 54

Admit that Exhibit J shows third-party use of the term "crisps" in association with crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 54

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image at Exhibit J, and admits that the

18

85

photograph reproduced in Exhibit J includes use of the term "crisps" on a package of

what is identified as crackers.

## REQUEST FOR ADMISSION NO. 55

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit J.

## RESPONSE TO REQUEST FOR ADMISSION NO. 55

Subject to the foregoing General Objections, Princeton Vanguard admits this

request.

## REQUEST FOR ADMISSION NO. 56

Admit that Exhibit K shows third-party use of the term "crisps" in association with crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 56

Subject to the foregoing General Objections, Princeton Vanguard avers that it has

no knowledge of the product shown in the image at Exhibit K, and is unable to determine

from the photograph whether Exhibit K purports to show third-party use of the term

"crisps" in association with crackers.

## REQUEST FOR ADMISSION NO. 57

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit K.

## RESPONSE TO REQUEST FOR ADMISSION NO. 57

Subject to the foregoing General Objections, Princeton Vanguard avers that it has

no knowledge of the product shown in the image at Exhibit K, and is unable to determine

whether Exhibit K shows third-party use of the term "crisps" in association with crackers.

23181078v4

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 8 of 80

86

Princeton Vanguard admits that Applicant has taken no action to stop the use of the term "crisps" in association with the product shown in Exhibit K.

## REQUEST FOR ADMISSION NO. 58

Admit that Exhibit L shows third-party use of the term "crisps" in association with crackers.

## RESPONSE TO REQUEST FOR ADMISSION NO. 58

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image reproduced at Exhibit L, and is unable to determine whether Exhibit L purports to show third-party use of the term "crisps" in association with crackers.

## REQUEST FOR ADMISSION NO. 59

Admit that Applicant has taken no action to stop the use of the term "crisps" in association with crackers shown in Exhibit L.

## RESPONSE TO REQUEST FOR ADMISSION NO. 59

Subject to the foregoing General Objections, Princeton Vanguard avers that it has no knowledge of the product shown in the image at Exhibit L, and is unable to determine whether Exhibit L shows third-party use of the term "crisps" in association with crackers. Princeton Vanguard admits that Applicant has taken no action to stop the use of the term "crisps" in association with the product shown in Exhibit L.

## REQUEST FOR ADMISSION NO. 60

Admit that Exhibit M shows third-party use of the term "crisps" in association with crackers.

20

### RESPONSE TO REQUEST FOR ADMISSION NO. 60

Subject to the foregoing General Objections, Princeton Vanguard avers that it has

no knowledge of the product shown in the image reproduced in Exhibit M, and is unable

to determine whether Exhibit M purports to show third-party use of the term "crisps" in

association with crackers.

### REQUEST FOR ADMISSION NO. 61

Admit that Applicant has taken no action to stop the use of the term "crisps" in
association with crackers shown in Exhibit M.

### RESPONSE TO REQUEST FOR ADMISSION NO. 61

Subject to the foregoing General Objections, Princeton Vanguard avers that it has

no knowledge of the product shown in the image at Exhibit M, and is unable to determine

whether Exhibit M shows third-party use of the term "crisps" in association with

crackers. Princeton Vanguard admits that Applicant has taken no action to stop the use of

the term "crisps" in association with the product shown in Exhibit M.

### REQUEST FOR ADMISSION NO. 62

Admit that the terms "crackers" and "crisps" are used interchangeably in the
snack food industry in order to refer to the type or genus of products.

### RESPONSE TO REQUEST FOR ADMISSION NO. 62

Subject to the foregoing General Objections, Princeton Vanguard denies this

request.

### REQUEST FOR ADMISSION NO. 63

Admit that the term "crisps" is used in the snack industry in connection with
potato snack products, especially those made from dehydrated potatoes.

23181078v4

## RESPONSE TO REQUEST FOR ADMISSION NO. 63

Subject to the foregoing General Objections, Princeton Vanguard denies this request, but admits that a definition of "crisp" is a potato chip, especially in Britain.

Dated: New York, New York
May 4, 2010

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:

David H. Bernstein
Julie S. Suh
919 Third Avenue
New York, New York 10022
(212) 909-6000
dhbernstein@debevoise.com
jssuh@debevoise.com
trademarks@debevoise.com

Attorneys for Applicant
Princeton Vanguard LLC

23181078v4

89

## CERTIFICATE OF SERVICE

This is to certify that, on May 4, 2010, pursuant to the parties' agreement to accept service of discovery requests by email, I caused a copy of the foregoing Responses to Opposer's Requests for Admission to be served by email upon:

Susan Hightower
Pirkey Barber, LLC

at the following email address:

shightower@pirkeybarber.com

Executed this 4th day of May, 2010
New York, New York.

_____
Julie S. Suh



Resealable for Freshness

# *Pretzel Crisps*

THIN, CRUNCHY PRETZEL CRACKERS

## 0g Trans Fat · 0g Saturated Fat
## 0mg Cholesterol · 110 Calories

Crunch'em. Crack'em. Dip'em. Stack'em.™ Perfectly salted Classic Pretzel Crisps® are a modern twist on an old favorite. They're the best part of the pretzel—all the flavor and crunch you love—but lighter, crispier, and more versatile than ever before.



## *Rethink your pretzel!*®

Whether you like them plain, dipped, or paired with your favorite toppings, we're sure you'll enjoy this wholesome snack as much as we do.

One bite and you'll Rethink Your Pretzel!®

Warren and Sara Wilson
Warren and Sara Wilson

Facebook.com/PretzelCrisps

## Nutrition Facts

Serving Size: 11 Crackers (28 grams)
Servings Per Container 6

**Amount Per Serving**

| Calories 110 | Calories from Fat 0 |
|---|---|

% Daily Value*

| | |
|---|---|
| **Total Fat** 0g | |
| Saturated Fat 0g | |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 330mg | **14%** |
| **Total Carbohydrate** 23g | **8%** |
| Dietary Fiber 1g | **4%** |
| Sugars 2g | |
| **Protein** 3g | |

| Vitamin A 0% | · | Vitamin C |
|---|---|---|
| Calcium 0% | · | Iron |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories: | 2,000 | |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | |
| Sat. Fat | Less than | | 20g | |
| Cholesterol | Less than | | 300mg | |
| Sodium | Less than | | 2,400mg | |
| Total Carbohydrate | | | 300g | |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 · Carbohydrate 4 · Protein 4

INGREDIENTS: WHEAT FLOUR, SUGAR, SALT, MALT SYRUP.
CONTAINS: WHEAT.
MADE IN A FACILITY THAT PROCESSES MILK AND SOY.

### SNACK FACTORY.

P.O. BOX 3568 PRINCETON, NJ 08543
(609) 683-5400 www.pretzelcrisps.com

49508 00500 1

MADE IN U.S.A.

92



*isps*®

ed Fat
alories

sm.
s are a
hey're the
flavor and
, and more

# Nutrition Facts

Serving Size: 11 Crackers (28 grams)
Servings Per Container 6

**Amount Per Serving**

| Calories 110 | Calories from Fat 0 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 330mg | **14%** |
| **Total Carbohydrate** 23g | **8%** |
| Dietary Fiber 1g | **4%** |
| Sugars 2g | |
| **Protein** 3g | |

| Vitamin A 0% | • | Vitamin C | 0% |
|---|---|---|---|
| Calcium 0% | • | Iron | 0% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat. Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9  •  Carbohydrate 4  •  Protein 4

FLOUR, SUGAR, SALT, MALT SYRUP.

FACILITY THAT PROCESSES MILK AND SOY.

## Pepperidge Farm® Crackers & Chips

Baked Naturals® Pretzel Thins Simply Pretzel

**Nutrition Facts***
Amount per Serving (serving size) = 11 crisps

| | |
|---|---|
| Calories 110 | Dietary Fiber 1g |
| Fat Calories 0 | Sugars 2g |
| Total Fat 0g | Protein 2g |
| Sat. Fat 0g | |
| Trans Fat 0g | **% Daily Values**** |
| Polyunsat. Fat 0g | Vitamin A 0% |
| Monounsat. Fat 0g | Vitamin C 0% |
| Cholesterol 0mg | Calcium 0% |
| Sodium 340mg | Iron 0% |
| Total Carb. 21g | |

* The nutrition information contained in this list of Nutrition Facts is based on our current data. However, because the data may change from time to time, this information may not always be identical to the nutritional label information of products on shelf.

** % Daily Values (DV) are based on a 2,000 calorie diet.



Home > Information Pages

Nutrition Panel - Cheddar & Asiago CheeseCrisps

Shop Online for:

CheeseSticks

WheatSticks

CheeseCrisps

SweetSticks

Assortments

Gift Tins

Free Shipping Over $50
Ground Shipping $6

See Shipping Info

Find Us
Follow Us
SHARE

# Nutrition Facts

Serving Size 10 Crisps (28g)
Servings Per Container - 4.5

**Amount Per Serving**

Calories 130          Calories from Fat 50

|  | % Daily Value* |
|---|---|
| **Total Fat** 5g | 8% |
| Saturated Fat 3.5g | 17% |
| Trans Fat 0g | |
| **Cholesterol** 15mg | 5% |
| **Sodium** 160mg | 7% |
| **Total Carbohydrate** 15g | 5% |
| Dietary Fiber <1g | 2% |
| Sugars 0g | |
| **Protein** 6g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 10% | • | Iron 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

INGREDIENTS: Enriched Flour (Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Cheddar & Asiago Cheeses (Milk, Salt, Cheese Cultures, Enzymes), Unsalted Butter, Sugar, Yeast, Salt, Cayenne Pepper, Mixed Tocopherols (Vitamin E).

**CheeseCrisps Information:**

In 1988, New York's Grand Hyatt Hotel asked John to create a new bar snack. At the end of a long day of making CheeseSticks it came to him - roll out the leftover dough, rich with cheese and spices, layer it with even more aged cheeses and a extra seasoning, cut it into squares and bake them twice. The result was an instant hit! The 4 5-ounce package contains about 40 crisps.



- 4.5 ounce package
- All-natural
- No trans fats
- Delicious blend of Cheddar and Asiago cheeses, unsalted butter, Cayenne pepper and spices

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 17 of 80

OPP 007687

Home > Information Pages

Nutrition Panel - Melting Romano CheeseCrisps

Shop Online for:

CheeseSticks
WheatSticks
CheeseCrisps
SweetSticks
Assortments
Gift Tins

Free Shipping Over $50
Ground Shipping $8

See Shipping info

Find Us

Follow Us

SHARE

# Nutrition Facts

Serving Size 10 Crisps (28g)
Servings Per Container - 4.5

**Amount Per Serving**

Calories 133    Calories from Fat 50

| | % Daily Value* |
|---|---|
| **Total Fat** 6g | 9% |
| Saturated Fat 4g | 20% |
| Trans Fat 0g | |
| **Cholesterol** 15mg | 5% |
| **Sodium** 200mg | 8% |
| **Total Carbohydrate** 14g | 4% |
| Dietary Fiber <1g | 2% |
| Sugars 0g | |
| **Protein** 6g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C | 0% |
| Calcium 10% | • | Iron | 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9    •    Carbohydrate 4    •    Protein 4

**INGREDIENTS:** Enriched Flour (Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Romano Cheese (Milk, Salt, Cheese Cultures, Enzymes), Unsalted Butter, Sugar, Crushed Garlic, Yeast, Black Pepper, Basil, Salt, Mixed Tocopherols (Vitamin E).

CheeseCrisps Information:

In 1988, New York's Grand Hyatt Hotel asked John to create a new bar snack. At the end of a long day of making CheeseSticks it came to him - roll out the leftover dough, rich with cheese and spices, layer it with even more aged cheeses and a extra seasoning, cut it into squares and bake them twice. The result was an instant hit! The 4.5-ounce package contains about 40 crisps.



- 4.5 ounce package
- All-natural
- No trans fats
- Delicious blend of Romano cheese, unsalted butter, crushed garlic, and spices

Home > Information Pages

Nutrition Panel -Sesame Gruyere CheeseCrisps

Shop Online for:

CheeseSticks

WheatSticks

CheeseCrisps

SweetSticks

Assortments

Gift Tins

Free Shipping Over $50
Ground Shipping $8

Sea Shipping Info

Find Us

Follow Us

SHARE

## Nutrition Facts

Serving Size 10 Crisps (28g)
Servings Per Container - 4.5

**Amount Per Serving**

| Calories 135 | Calories from Fat 50 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 6g | 9% |
| Saturated Fat 4g | 20% |
| Trans Fat 0g | |
| **Cholesterol** 15mg | 5% |
| **Sodium** 160mg | 7% |
| **Total Carbohydrate** 16g | 5% |
| Dietary Fiber <1g | 2% |
| Sugars 0g | |
| **Protein** 5g | |

| Vitamin A 0% | • | Vitamin C | 0% |
|---|---|---|---|
| Calcium 8% | • | Iron | 2% |

*Percent Daily Values are based on a 2,000
calorie diet. Your daily values may be higher
or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

**INGREDIENTS:** Enriched Flour (Wheat Flour,
Malted Barley Flour, Niacin, Reduced Iron,
Thiamine Mononitrate, Riboflavin, Folic Acid),
Swiss and Gruyere Cheeses (Milk, Salt,
Cheese Cultures, Enzymes), Unsalted Butter,
Grained Dijon Mustard, Sesame Seeds, Sugar,
Yeast, Salt, Mixed Tocopherols (Vitamin E).

### CheeseCrisps Information:

In 1988, New York's Grand Hyatt Hotel asked John to
create a new bar snack. At the end of a long day of
making CheeseSticks it came to him - roll out the
leftover dough, rich with cheese and spices, layer it with
even more aged cheeses and a extra seasoning, cut it
into squares and bake them twice. The result was an
instant hit! The 4.5-ounce package contains about 40
crisps.



- 4.5 ounce package
- All-natural
- No trans fats
- Delicious blend of
  Swiss and Gruyere
  cheese, unsalted
  butter, grained Dijon
  mustard, sesame
  seeds and spices

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 19 of 80

OPP 007689

Home > Information Pages

Nutrition Panel - Smoked Jalapeno CheeseCrisps

## Nutrition Facts
Serving Size 10 Crisps (28g)
Servings Per Container - 4.5

**Amount Per Serving**

| Calories 130 | Calories from Fat 50 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 6g | **9%** |
| Saturated Fat 3g | **15%** |
| Trans Fat 0g | |
| **Cholesterol** 15mg | **5%** |
| **Sodium** 190mg | **8%** |
| **Total Carbohydrate** 14g | **4%** |
| Dietary Fiber <1g | **2%** |
| Sugars 0g | |
| **Protein** 6g | |

| Vitamin A 0% • Vitamin C | 0% |
|---|---|
| Calcium 10% • Iron | 4% |

*Percent Daily Values are based on a 2,000
calorie diet. Your daily values may be higher
or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9    •    Carbohydrate 4    •    Protein 4

**INGREDIENTS:** Enriched Flour (Wheat Flour,
Malted Barley Flour, Niacin, Reduced Iron,
Thiamine Mononitrate, Riboflavin, Folic Acid),
Cheddar & Asiago Cheeses (Milk, Salt, Cheese
Cultures, Enzymes), Unsalted Butter, Diced
Smoked Jalapeno Peppers, Sugar, Yeast, Salt,
Mixed Tocopherols (Vitamin E).

**CheeseCrisps Information:**

In 1988, New York's Grand Hyatt Hotel asked John to
create a new bar snack. At the end of a long day of
making CheeseSticks it came to him - roll out the leftover
dough, rich with cheese and spices, layer it with even
more aged cheeses and a extra seasoning, cut it into
squares and bake them twice. The result was an instant
hit! The 4.5-ounce package contains about 40 crisps.



- 4.5 ounce package
- All-natural
- No trans fats
- Delicious blend of
  Cheddar and Asiago
  cheeses, unsalted
  butter, diced smoked
  jalapeño peppers
  and spices

Shop Online for:

CheeseSticks
WheatSticks
CheeseCrisps
SweetSticks
Assortments
Gift Tins

Free Shipping Over $50
Ground Shipping $8

See Shipping Info

Find Us

Follow Us

SHARE

Home > Information Pages

Nutrition Panel - White Onion CheeseCrisps

Shop Online for:

CheeseSticks
WheatSticks
CheeseCrisps
SweetSticks
Assortments
Gift Tins

Free Shipping Over $50
Ground Shipping $6

See Shipping Info

Find Us

Follow Us

SHARE

# Nutrition Facts

Serving Size 10 Crisps (28g)
Servings Per Container - 4.5

**Amount Per Serving**

Calories 130     Calories from Fat 50

| | % Daily Value* |
|---|---|
| **Total Fat** 6g | 9% |
| Saturated Fat 3g | 15% |
| Trans Fat 0g | |
| **Cholesterol** 15mg | 5% |
| **Sodium** 190mg | 8% |
| **Total Carbohydrate** 14g | 4% |
| Dietary Fiber <1g | 2% |
| Sugars 0g | |
| **Protein** 6g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C | 0% |
| Calcium 10% | • | Iron | 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

INGREDIENTS: Enriched Flour (Wheat Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Cheddar & Asiago Cheeses (Milk, Salt, Cheese Cultures, Enzymes), Unsalted Butter, Chopped White Onions, Sugar, Yeast, Salt, Mixed Tocopherols (Vitamin E).

**CheeseCrisps Information:**

In 1988, New York's Grand Hyatt Hotel asked John to create a new bar snack. At the end of a long day of making CheeseSticks it came to him - roll out the leftover dough, rich with cheese and spices, layer it with even more aged cheeses and a extra seasoning, cut it into squares and bake them twice. The result was an instant hit! The 4.5-ounce package contains about 40 crisps.



- 4.5 ounce package
- All-natural
- No trans fats
- Delicious blend of Cheddar and Asiago cheeses, unsalted butter, chopped white onions and spices

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 21 of 80

OPP 007691

# Multigrain Crisps
# Salted

## Nutrition Facts

Servings Size 11 Crisps (28g)
Servings Per Container about 3.5

**Amount Per Serving**

**Calories** 110     Calories from Fat 15

% Daily Value*

| | |
|---|---|
| **Total Fat** 2g | **3%** |
| Saturated Fat 0g | **0%** |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 180mg | **8%** |
| **Total Carbohydrate** 22g | **7%** |
| Dietary Fiber 2g | **8%** |
| Sugars 3g | |
| **Protein** 3g | **5%** |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% | |
| Calcium 4% | • | Iron 6% | |

*Percent Daily Values are based on a 2,000 calorie diet.

**INGREDIENTS:** MULTIGRAIN CRISPS (WHOLE GRAIN YELLOW CORN FLOUR, TOASTED GRAINS [SOFT RED WHEAT, RYE, TRITICALE, HULLED BARLEY, OATS], MODIFIED FOOD STARCH. CORN FLOUR. LOW

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 22 of 80
100

# CHEDDAR

## Nutrition Facts

Serving Size 1oz (28g) about 18 Crisps
Servings Per Container 16

**Amount Per Serving**

| Calories 120 | Calories from Fat 30 |
|---|---|

| | % Daily Value** |
|---|---|
| **Total Fat** 3.5g | 5% |
| Saturated Fat 0.5g | 3% |
| Trans Fat 0g | |
| **Cholesterol** <5mg | 0% |
| **Sodium** 290mg | 12% |
| **Total Carbohydrate** 19g | 6% |
| Dietary Fiber 2g | 6% |
| Sugars 2g | |
| **Protein** 2g | |

| Vitamin A 4% | • | Vitamin C 0% |
|---|---|---|
| Calcium 2% | • | Iron 2% |

**Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**Ingredients:** Whole grains (corn flour, rice flour, oat flour), canola oil, maltodextrin, cheddar cheese* (pasteurized milk, cheese cultures, salt, enzymes), salt, sugar, whey, buttermilk powder, natural flavors, whey protein concentrate, dextrose, butter (cream, salt), lactose, disodium phosphate, paprika extract (color), sour cream (cream, nonfat milk, cultures, citric acid, tocopherols, ascorbyl palmitate), citric acid, lactic acid, annatto extract (color) and baking soda.

* Adds a trivial amount of cholesterol

**Contains:** Milk ingredients, No Soy, No Wheat

**Allergy Information:** Manufactured in a facility that processes peanuts, tree nuts, milk, soy, wheat and eggs.

[ Print ]    [ Close Window ]

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 23 of 80   807693
101

## Our products

- COOKIES
- CRACKERS
  - Golden Butter Crackers
  - Entertaining Trio
  - Entertaining Quartet
  - Harvest Wheat Crackers
  - Cheese Crisps
  - Snack Sticks
  - Wheat Crisps
  - Pretzel Thins
- BREAKFAST
- FRESH BREADS & ROLLS
- FROZEN BREADS
- DESSERTS & PUFF PASTRY
- MEALS & ACCOMPANIMENTS
- GOLDFISH® CRACKERS

NONE

## Baked Naturals Pretzel Thins

The essence of a great pretzel—that crunchy, savory exterior—in a thin pretzel-shaped cracker baked to a golden crisp, with no preservatives. Available in a classic pretzel variety or Everything... & More, topped with a medley of savory seasonings.



flavor feature



bunch of flours
Basket wheat flour combine more nom up of corn and maybe the and more

nutrition information >

Simply Pretzel





Case 3:17-cv-00652-KDB-DSC   Document 26-14   Filed 08/30/18   Page 24 of 80

102

OPP 007671

103

OPP 006069
CONFIDENTIAL

104



OPP 006070
CONFIDENTIAL

http://ecx.images-amazon.com/images/I/51YM0M9XYDL.jpg



OPP 006071
CONFIDENTIAL



OPP 006072
CONFIDENTIAL

107



OPP 006073
CONFIDENTIAL



OPP 006074
CONFIDENTIAL

http://ecx.images-amazon.com/images/I/51MR2g8NU_Ss200_.jpg    3/30/2001



OPP 006075
CONFIDENTIAL



OPP 006076
CONFIDENTIAL



OPP 006077
CONFIDENTIAL



OPP 006078
CONFIDENTIAL

114



OPP 007692



Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 38 of 80

OPP 007694

117

Search

Ads by Google
Soy Snacks
Potato Crisp
Chocolate Kiss
Soy Protein
Soft Pretzel

Home > Snacks > Pretzels > Sensible Portions Soy Crisp Minis Pretzel Crunch & Milk Chocolate Drizzle.

**Home**

**Subscribe**

**Buy Snacks**

**Chipworld**
· Potato Chips
· Cheese Puffs
· Popcorn
· Pretzels
· Tortilla Chips
· Candy Bars
· Most Popular
· Snack Stats
· Latest Reviews
· All Reviews
· Companies
· Best Ever
· Worst Ever
· Keith's Top 10
· Specialty Top 10

· Melissa's Top 5
· Factory Tour
· Chips FAQ
· Pringles
· Inventors
· Random Snacks
· Double Dipping
· Chip Talk

**Snacking Video**

**News**

**Gallery**

**Yum**

**About Us**

# Sensible Portions Soy Crisp Minis Pretzel Crunch & Milk Chocolate Drizzle.

**Glennys Direct (Official)**
Upto 25% Off Glenny's Health Snacks
Save On The Glennys Snacks You Love
Glennys.com/Glenny+%27s+Snacks

Buy snacks at Amazon.com

**Taste:** These were sort of an enimga, because we're not sure what they had to do with pretzels. The picture on the bag showed pretzels next to the crisps, but there were no pretzels in the bag. The writing on the bag said that there were pretzel bits inside the crisps, but we didn't see any. Our tasters didn't like the taste of the crisps, as they didn't taste like pretzels, and had a bad soy taste and a bad aftertaste. The chocolate drizzle was OK if you ate just that, but eating it together with the crisp that it was stuck to yielded an unappetizing flavor.

Ads by Google

Shop: Buy snacks at Amazon.com

**Aroma:** Good mild chocolate smell.

Like

| Categories | Manufacturer |
|---|---|
| All snack categories | All snack manufacturers |
| · Chocolate (611 reviews) | World Gourmet Marketing LLC |
| · Pretzels (300 reviews) | |
| · Soy snacks (67 reviews) | Online store: Buy snacks at Amazon.com |
| · 100 calorie packs (43 reviews) | |

**Walkers Crisps $0.75**
Lots of flavors in stock, plus food from UK.
Ship anywhere in US

**Looking For A New Snack?**
Try Not Just Cereal™, cereals you love, smothered in milk chocolate!
Ads by Google

Sensible Portions Soy Crisp Minis Pretzel Crunch & Milk Chocolate Drizzle.



This snack was contributed to Taquitos.net by the manufacturer.

**f** Find us on
Facebook

twitter

**+** MY YAHOO!

## Latest snack reviews

Still hungry? Check out the 100 latest reviews

- Palo Popcorn White Cheddar
- Lay's Kettle Cooked Crinkle Cut Original
- Wege of Hanover Pretzels Sourdough Thins
- Walkers English Roast Beef & Yorkshire Pudding Flavour Potato Crisps
- Kar's Goin' Granola Brown Sugar Crunch
- 3 Musketeers Truffle Crisp Bars

- Better Made Salt & Vinegar Potato Chips
- Wolfgang Milk Chocolate Caramel Bar
- Goldfish World Treasures Cheddar
- Good Health Veggie Stix Hot
- Jaxn's Twice-Baked Potato Stix Sea Salt & Cracked Pepper
- Twix PB

### What We're Eating

Doubling Down on this KFC sandwich

Best Reese's Ever!

My new favorite kitchen appliance

Stuck snack rescued!

Attack of the Cones!

More ...

**Multigrain fiber crisp**
Try Quaker Multigrain Fiber Crisps
Good Source Of Fiber, Whole
Grains
www.QuakerOats.com

**Hard Candy**
All Your Favorite Hard Candies In
Bulk Quantities. Order Online Today
www.sweetservices.com

**Walkers Crisps $0.75**
Lots of flavors in stock, plus food
from UK. Ship anywhere in US
englishteastore.com/walkerscrisps

Ads by Google

The web just got less useful. Taquitos.net.

*the taquitos.network:*
travel.taquitos.net
chickenortuna.com
popcornreviews.com
pretzelreviews.com
illegaluturn.com
taquitos.net

*travel guides:*
Spring
Training
Las Vegas
Orlando
Boston
Hawaii
Los
Angeles

Questions? Read the FAQ
Email us: chiptasters@taquitos.net

copyright © 2010 taquitos.net

120



## Buy the Deerfield Farms Oven Crisps Baked Crisp Snacks Multigrain 4oz. on http://www.walgreens.com

🖨 Print This Page

★ ★ ★ ★ ★ (based on 1 ratings)
Read All Reviews

**Brand:** Deerfield Farms
**Located in:** Grocery, Snacks, Salty Snacks

0g Trans fat. Product of Canada.

More information for the Deerfield Farms Oven Crisps Baked Crisp Snacks Multigrain 4oz.



REVIEW SNAPSHOT®

Avg. Customer Rating: ★ ★ ★ ★ ★ (based on 1 review)

*[2 of 2 customers found this review **helpful**]*

★ ★ ★ ★ ★  **Great Tasting**

By Kahuna24 💲 VERIFIED BUYER  from **Jacksonville Florida** on 6/11/2009

| | |
|---|---|
| Pros: | Flavorful, Fresh |
| Best Uses: | Snack |
| Describe Yourself: | Foodie |
| Bottom Line: | Yes, I would recommend this to a friend |

Comments about *Deerfield Farms Deerfield Farms Oven Crisps Baked Crisp Snacks Multigrain 4oz.*

This is a great tasting product A nice size for easy snacking Fresh and crispy!

## Customer Reviews about the Deerfield Farms Oven Crisps Baked Crisp Snacks Multigrain 4oz. at Walgreens

Powered by PowerReviews
Copyright © 2008 (0) All Rights Reserved. Do not republish contents.

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 43 of 80
121
OPP 007712

* Disclaimer: Content on this site is for reference purposes only, based on reviews from users of the products. It is not intended to substitute for advice given by a physician, pharmacist, or other licensed healthcare professional. User statements regarding dietary supplements and over-the-counter medications have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Walgreens assumes no liability for inaccuracies or misstatements about products made by users of this website. Walgreens recommends that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer.

Case 3:17-cv-00652-KDB-DSC Document 28-14 Filed 08/30/18 Page 44 of 80

122

OPP 007713



http://www.walgreens.com/ikimagecache/04902241134_450x450_a.jpg

OPP 007714

124

🖶 Print page | ✉ E-mail page | 🗋 Download PDF | 📧 Add to briefcase
« Previous Release | Next Release »



## Goldfish Brand Crackers Swim Ahead of the Wave as the First Major Cracker Line to Contain Zero Transfat

Norwalk, CT, Feb. 17, 2004 - Goldfish crackers, one of America's most popular snacks, especially with kids, announced today it is transitioning its entire cracker product line to become free of transfatty acids (TFA). More than 90 percent of the Goldfish cracker line will be transitioned to zero transfat by May 2004, with the remainder of the line converting by late summer.

In reformulating the popular fish-shaped snacks, Goldfish is filling a void in the cracker aisle by providing consumers with the first line of zero-transfat crackers from a major brand. Goldfish is one of the leading icon brands of Pepperidge Farm, Incorporated. Almost half of all U.S. households with children under 18 purchase Goldfish products annually, with more than 85 billion Goldfish crackers consumed each year. In fact, over 3,000 Goldfish are produced by Pepperidge Farm bakeries every second.

"Many of our Goldfish consumers - especially parents - told us they preferred snacks without transfat, so we decided to convert our entire cracker line to zero-transfat recipes," said Jay Gould, newly appointed President of Pepperidge Farm. "The best part is, we achieved the change without any compromise to our traditional delicious Goldfish taste and texture. We are delighted to be the first - and only - major cracker brand to offer an entire line of great tasting crackers with zero transfat."

A leader in the cracker category for more than four decades, unique Goldfish crackers are a favorite with kids and adults alike. They are available at retail, and also served widely in away-from-home channels like restaurants and schools. Goldfish crackers are baked not fried, and made with real cheese. They are sold in all 50 states and 40 countries, and they currently offer more than two dozen varieties. Some of the newest Goldfish products include Goldfish Colors, Baby Goldfish, and new and improved Flavor Blasted Goldfish.

To lead off the transition to zero-transfat, Goldfish is adding a brand new offering to the line- Goldfish Crisps. Created to appeal especially to the tastes of young adults, Goldfish Crisps are munchable, medium-sized, flat Goldfish crackers with tasty cheese flavors and superior crunch. Goldfish Crisps will be available nationally in three varieties - Cheddar Jack, Four Cheese, and Cheesy Sour Cream & Onion - and will hit supermarket shelves in March. The 10-oz. boxes will be priced at $2.99. The launch will be supported by a $10 million marketing campaign, including new TV ads.

Then, over the next few months, all existing varieties of Goldfish snack crackers will be converted to zero-transfat recipes. The transition - which will involve reformulation of almost 165 individual products - will be largely complete by May 2004 and fully complete by September.

"There was no question we had to preserve the high quality taste and texture that consumers love about our Goldfish crackers," said Gould. "While consumers may prefer no transfat, they also continue to demand great taste in their snacks. It took some doing - but our new Goldfish products definitely deliver!"

### About Pepperidge Farm

Pepperidge Farm, Incorporated, based in Norwalk, Connecticut, is a leading provider of premium quality fresh bakery products, cookies and crackers, and frozen foods. Among the company's most popular products are Goldfish® snack crackers, Chocolate Chunk and Milano® cookies, Swirl breads, and more than 50 other varieties of fresh baked breads.

Pepperidge Farm was founded in Connecticut in 1937 by Margaret Rudkin, an entrepreneurial homemaker who began baking fresh, all-natural bread for her allergy-afflicted son. The company is now a nationwide business with 8 manufacturing facilities, more than 4,000 employees and $1 billion in sales. Pepperidge Farm was acquired by Campbell Soup Company in 1961.

Close window | Back to top

OPP 007715



OPP 007716



127

OPP 007717

128



Welcome! Login | Newsletter
My Account | Rapid Reorder | View Cart

Order by Phone:
866.KOSHER-9  Need Help?

I'm looking for

BAKERY  MEAT  SEAFOOD  DELI  DAIRY  PREPARED FOODS  **GROCERY**  FROZEN  FRUIT  VEGETABLES  GIFT BASKETS  BRANDS

Zip Code

Home » Kosher Grocery » Cookies, Crackers, Etc. » Crackers » Cracker Crisps - Original


McAfee SECURE
TESTED DAILY 29-JUNE
VAAD

## COOKIES, CRACKERS, ETC.

Breadsticks

Cookies

Cookies - Sugar-free

Crackers

Flat Breads

Matba Toast

Rice Cakes & Corn Thins

Wafers & Biscottis

Allergy Free Cookies

### Cracker Crisps - Original

| | | |
|---|---|---|
| | $2.49 | Mishpacha |
| Price | $2.49 | Item # | 075017026220 |
| Size | 8.0 oz. | Supervision | OU |
| Quantity | 1 | | |

**ADD TO CART**

based on 0 Comments
Post a Comment  Email a Friend


FIRST ORDER 15% OFF!

PROMO CODE:
Kosher1st

Details | Nutritional Facts

Forward | Fashion


Summer Delivery to the Hamptons
Details


art bites box

RECENTLY VIEWED


REFRESH YOURSELF

Cracker Crisps - Original


GIFTS TO GO
$5.49/TRAY


LET'S DO BRUNCH!


JUICY SWEET
$2.99 / lb

Where's My Order
Track Recent Orders
View Your Account
Account Login

Need Help?
Forgot Your Password?
Visit FAQs
Contact Us

Kosher Information
Kosher.com Blogs
Kosher Articles
Kosher Recipes

About Kosher.com
About Us
Privacy Policy
Terms & Conditions
Join Our Affiliate Program


NEWSLETTER SIGN UP
Email address
SUBMIT

Support Your Synagogue, School or Not-for-Profit with Our Fundraising Program



Case 3:17-cv-00652-KDB-DSC  Document 28-14  Filed 08/30/18  Page 51 of 80
129
OPP 007718



OPP 007719

My Account | Login | Register
Checkout | My Cart (Empty)

 KOSHER.COM

Order by Phone:
866.KOSHER9

I am looking for 

HOME  BLOGS  BRANDS  BAKERY  DAIRY  DELI  FISH  FROZEN  GROCERY  MEAT  GIFT BASKETS



**Butcher Shop Super Sale - Save 15%**
Save 15% on kosher meat and have the finest kosher groceries delivered to your door for less! - Order by Sunday, June 27th at 2PM to take advantage of our LOW Standard Shipping Rates in time for July 4th.

Shopping Cart

Your cart is empty.

NEWSLETTER SIGN UP

Zip Code

Please Enter Your Shipping Zip Code to See All Available Products.

Kosher Meat
Kosher Bakery
Kosher Dairy
Kosher Delicatessen
Kosher Fish & Seafood
Kosher Frozen Grocery
Kosher Gift Baskets, Gift Trays & Gift Collections
**Kosher Grocery**
　Applesauce & Fruit Cups
　Baby Care
　Baby Food
　Baking & Cooking
　Barley, Beans, Lentils, Peas, Rice & Grains
　Beverages
　Bread Products
　Breakfast
　Candy
　Canned & Jarred - Misc
　Canned & Jarred - Vegetables - Fruits
　Canned, Jarred & Solid Fish
　Chocolates
　Coffee, Hot Cocoas, Creameries & Teas
　Condiments
　Cookies, Crackers, Etc.
　　Breadsticks
　　Cookies
　　Cookies - Sugar-free
　▶ **Crackers**
　　Flat Breads
　　Melba Toast
　　Rice Cakes & Corn Thins
　　Wafers & Biscottis
　Desserts
　Dried Fruits, Nuts & Vegetables
　Household Products
　Instant Meals
　Jams, Jellies, Butters & Spreads
　Oils & Cooking Spray
　Pasta
　Pickled Products
　Pre-Packaged Cookies, Cakes and Pastries
　Salad Dressing, Toppings &

Home > Kosher Grocery > Cookies, Crackers , Etc. > Crackers

Cracker Crisps - Whole Wheat



Item #
075017026213

Supervision
ⓤ (Parave, Yoshon)

Brand
Mishpacha

Price
$3.09

Weight
8 oz

Qty

ADD TO CART 🛒

This product appears in:
• Crackers



BUTCHER SHOP SUPER SALE

More images


art bites box


JAMIE'S COOKING NOW!

LET'S DO BRUNCH!



GIFTS TO GO
$5.49/TRAY

Summer Delivery
to the Hamptons
Details

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 53 of 80

131

OPP 007720

# Kosher Cracker Crisps – Whole Wheat

- Snack Bites
- Snack Food
- Soup, Soup Mixes, Matza Ball Mixes & Soup Croutons
- Spices & Seasonings
- Sugar & Sweeteners
- Tomato Products & Pasta Sauce

## Kosher Travel Meals

CONNECT WITH US
Read our Blog

Connect with us:

Site Map | About Us | Terms & Conditions | Contact Us | FAQ | Recipes | Articles | Refer A-Friend

Phone: 866-587-4379 · Fax: 866-456-8877 · Kosher.com, PO Box 575, Cedarhurst, NY 11519

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 54 of 80

132

OPP 007721





NABISCO

**40% LESS FAT**

# HARVEST CRISPS

## 5-GRAIN

**S MILLION**

**CHILDREN'S MOVIE TICKETS**

**the Pagemaster™**

**Your Ticket Could Be Inside!**

*With Adult Purchase  See Back For Details

No Cholesterol

NET WT 8 OZ (227g)

**HARVEST CRISPS 5-Grain...**
• No Cholesterol

## Nutrition Facts

Serving Size 13 crackers (31g)
Servings Per Container About 7

| Amount Per Serving | |
|---|---|
| Calories 130 | Calories from Fat 30 |

| | % Daily Value* |
|---|---|
| **Total Fat** 3.5g | 6% |
| Saturated Fat 0.5g | 3% |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 1g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 300mg | 12% |
| **Total Carbohydrate** 23g | 8% |
| Dietary Fiber 1g | 5% |
| Sugars 4g | |
| **Protein** 3g | |

Vitamin A 8% • Vitamin C 0% • Calcium 2%
Iron 15% • Riboflavin 10% • Niacin 10%

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2400mg | 2400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

**Harvest Crisps 5-Grain Crackers have 3½ grams of fat compared with 6 grams in the leading snack cracker.**

INGREDIENTS: ENRICHED WHEAT FLOUR (CONTAINS NIACIN, REDUCED IRON, THIAMINE MONONITRATE (VITAMIN B₁), RIBOFLAVIN (VITAMIN B₂)), WHOLE WHEAT, BLEACHED WHEAT FLOUR, VEGETABLE SHORTENING (PARTIALLY HYDROGENATED SOYBEAN OIL), RICE, ROLLED OATS, BROWN SUGAR, DEGERMED YELLOW CORN MEAL, SUGAR, OAT BRAN, BARLEY FLAKES, SALT, HIGH FRUCTOSE CORN SYRUP, LEAVENING (BAKING SODA, YEAST, CALCIUM PHOSPHATE), WHOLE KERNEL CORN, MODIFIED CORNSTARCH, WHEY, MALTED BARLEY FLOUR, ONION POWDER, SOY LECITHIN (EMULSIFIER).



**NABISCO FOODS** | EAST HANOVER, NJ 07936 MADE IN U.S.A. REG PENNA DEPT AGR
LOCAL BAKERIES  COAST TO COAST
© NABISCO FOODS, INC • WHEN WRITING TO US, PLEASE ENCLOSE THE TOP FLAP WITH PRINTED CODE. OR CALL 1-800 NABISCO (622-4726) WEEKDAYS 9:00 AM-7:30 PM EST

CARTON MADE FROM 100% RECYCLED PAPERBOARD

TO CLOSE • INSERT TAB HERE



OPP 008372

674P

J-2031-A
M5684000
1243-II

HARVEST CRISPS
5-GRAIN
CRACKERS



NABISCO

YOUR CHILD'S MOVIE TICKET COULD BE INSIDE

KIDS GO FREE

ONLY FROM NABISCO

WITH ADULT PURCHASE
To The Hit Movie From Twentieth Century Fox

the Pagemaster



HARVEST CRISPS
5-GRAIN
CRACKERS

Guess how many different colors of paint were used to make "the Pagemaster"?
An estimated 500 colors

Did you know... that 160 people worked on the production of "the Pagemaster"?

Did you know... that 125,000 painted cells were used to make "the Pagemaster"?

The live action shoot of "the Pagemaster" took only 12 days, but the animation took almost 3 years!!!

Guess how much paint was used to color "the Pagemaster"?
About 1,500 gallons!

Did you know... that it took an estimated 803,750 man hours to complete "the Pagemaster" animation?

Guess how many pencils were used to draw the animation for the Pagemaster?
15,000 pencils!

625,000 separate drawings were used in "the Pagemaster"

You have a 1 in 8 chance to win a free children's movie ticket, good with purchase of adult ticket, to "the Pagemaster"!

LOOK

Inside the box (printed behind the rules below)

SEE

If you've WON!

### Food Guide Pyramid
A Guide to Daily Food Choices

• The Food Guide Pyramid shows how to build a healthful diet by eating a variety of foods each day

• Harvest Crisps Crackers are members of the "Bread, Cereal, Rice and Pasta Group." Nutrition experts recommend eating the most from this important group – 6-11 servings daily

• Grain foods supply carbohydrates – an excellent source of energy

This package is sold by weight, not by volume. Packed as full as practicable by modern automatic equipment, it contains full net weight indicated. If it does not appear full when opened, it is because contents have settled during shipping and handling.

OFFICIAL RULES THE PAGEMASTER MOVIE TICKET GAME
1. NO PURCHASE NECESSARY

OPP 008373

137



Tasty and nutritious. What's not to like?

Like : 706

# Tasty and nutritious, so happy together.

## Woohoo!

### Introducing Kashi® TLC® pita crisps.

When we made Kashi TLC pita crisps, we didn't hold back!

We bake everything we love into our new tasty little crackers. Real food ingredients — like seven whole grains, cracked wheat berries, veggies, and natural sea salt — go into each and every crisp.

And there's real nutrition in each serving —
10g of whole grains and 5g of tasty fiber*!

So you can snack healthier and happier. Yay!

Try them in Original 7 Grain with Sea Salt or Zesty Salsa.

* Contains 3g total fat per serving.

Save $1.00

Enjoy some tasty savings on Kashi® TLC® pita crisps.

Download Coupon

## Dip, dip, hooray!

Need some new dip ideas?
We have a few yummy suggestions.

- Cucumber and Fennel Dip
- Smoky Red Lentil "Hummus"
- Zesty Red Pepper Feta TLC™ Dip

## Log in for all the tasty updates.

Join the Kashi community to receive occasional coupons and the insider scoop on our latest food news.

Sign Me Up

OPP 008399

http://www.kashi.com/pitacrisps?utm_source=yhxxx&utm_medium=olm&utm_content=st... 11/1/2011

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 60 of 80

138

139



## (/fearless-flyer/)

+SHARE

## Raisin Rosemary Crisps

October 11, 2011 - Fearlessly Archived – Still a fun read, price & availability may have changed.



Ooh, these are interesting crackers! And by interesting, we mean stupendous, terrific and completely delicious. **Trader Joe's Raisin Rosemary Crisps** combine the most unlikely ingredients to create crackers of unequalled flavor, texture and plate presence. They're bite-size, loaf-shaped crackers packed with raisins, rosemary, flaxseeds and sunflower seeds. They're savory, sweet and incredibly crispy.

**Raisin Rosemary Crisps** are the perfect partner to our French Brie (/fearless-flyer/article.asp? article_id=2221 or our Mini Brie Bites, and an excellent cohort for goat cheese. Try prosciutto &

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 62 of 80
OPP-010956
CONFIDENTIAL 40

Whether you spread the appropriate whatever atop each **Crisp**, or present them on a cheese platter and let your guests choose their favorite combination. Then again, you could always just enjoy them one by one, straight from the box. We've been known to do just that.

We're selling each 5.3 ounce box of **Trader Joe's Raisin Rosemary Crisps** for **$3.99**, every day

› SHARE  ⬛ (#) ··  ≡ (#) ± ± (#)

☐ Add to shopping list

Palate Piqued? Perhaps you'd enjoy:

- Bartlett Pears (article.asp?article_id=104)
- Roquefort (article.asp?article_id=217)
- French Brie (article.asp?article_id=222)
- Just A Handful of Roasted Unsalted Almonds (article.asp?article_id=236)
- 12 Grain Mini Snack Crackers (article.asp?article_id=240)

Related Categories:

- crackers (search.asp?t=crackers)
- snack (search.asp?t=snack)
- appetizer (search.asp?t=appetizer)

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 63 of 80

OPP-010957
CONFIDENTIAL

142



Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 65 of 80

QPP-010954
CONFIDENTIAL 143



$29.99

add to bag

PayPal

stay in the loop

TRUSTe

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 66 of 80
CONFIDENTIAL

145



buy this product          close window

147



# Introducing Grace Island Baked Cheese Crisps

You insist on the purest and freshest ingredients when baking from scratch. So does Grace Island Specialty Foods. We combine artisan cheeses, sesame seeds, and the perfect mix of seasonings to make *Grace Island Baked Cheese Crisps*: homemade, crispy medallions that are 100% real food. Made by hand and available in four flavorful varieties, they are like nothing you have tasted before.



Each variety of *Grace Island Baked Cheese Crisps* starts with a specialty cheese crafted by award-winning master cheese makers. These world-class cheeses are exquisitely paired with creamy white sesame seed and a perfectly tailored blend of spices and herbs to complement each cheese's unique flavor. The result is a crunchy explosion of pure cheese ecstasy, a cracker that snaps with flavor and goodness.

*Grace Island Baked Cheese Crisps* are perfect as an accompaniment to your favorite wine, zesty enough to make a salad into a satisfying meal, elegant enough to dress up a table for dinner guests, and superb as a base for canapés and appetizers. Wonderful for a spur of the moment picnic or unexpected guests, *Grace Island Baked Cheese Crisps* are a versatile and delicious choice whether you are selecting a premium cracker to serve your guests or choosing healthy snacks for your carb-conscious, diabetic, or wheat-sensitive family members. Or, you might just be tempted to hide the box and enjoy them whenever you want to indulge in your own "guilty pleasure." Go ahead—we won't tell!

These crispy, golden medallions are completely grain-free including wheat-free, gluten-free, corn-free, and soy-free. There no artificial preservatives or colorings—just pure wholesome goodness. They are sugar-free and contain only 4 grams of carbohydrate, including 3 grams of fiber, per 1 ounce serving, and they're conveniently packaged in single-serve pouches so you can enjoy them no matter where you are. Absolutely no refrigeration required! Imagine being able to indulge your desire for a healthy and delicious snack just by reaching into your cupboard, purse, briefcase, or desk drawer.

Available in four delicious varieties: buttery, slightly sweet, and mildly piquant **Asiago**; sharp, nutty **Parmesan & Italian Herbs**; sharp and spicy **Romano & Black Pepper**; and sweet, smooth, and nutty aged **Baby Swiss**.

*Grace Island Baked Cheese Crisps.* Made for you by people who love food making food that people love.

« Back to Listings | Back to Top

© 2012 GRACE ISLAND SPECIALTY FOODS, INC.

150

HomeWine RatingsNew ArrivalsNews & EventsFind    |    AccountSupport HelpWishlistBasketLogin

Wine TypesWine RegionsLiquorBeerTop SellingSuggestionsGlassware & MoreMonthly ClubsGift BasketsPrivate SalesSale

Home > Food

**Vineyard Collection Focaccia Crisps Tuscan Style Crackers - 8oz.**

May 22, 2012- For those of you who haven't tried these new cracker chips, they are wonderful! The Italian flavored crackers go well with our cheese, meats & mustards.



Share with friends on

Tweet    0

reviews

Volume Discounts on the same item
10% on 12
Qty 1 $3.89
12 +  $3.50

Like    Sign Up to see what your friends like.

SKU #:          5000566
Compare at:      $4.62
Now Only:        $3.89

Quantity:        1

Add to Cart

*Simple & Fast, shop with Confidence & Secured Protection*

**Expect 1-3 days before shipping on this item**

Shipping Estimate: Once you add items to cart, a mini cart and estimator will appear in the right column

(Bottle size is 750 unless indicated in title above)

Visit our Wine Shop & Tasting Bar:
14702 Central Ave, Chino, Ca 91710

Your Cart
Empty

**Rewards**

NapaCabs
Rewards
More
Wine
for Less

VISA

Order over $125 and get this $12.95

Stainless Steel Corkscrew

**FREE**

CUSTOMER CERTIFIED
05/25/12 by bizrate

Last updated ratings and inventory on May 22, 2012

From Category    Also Bought    Reviews    Print Page

**Description**

For those of you who haven't tried these new cracker chips, they are wonderful! The Italian flavored crackers go well with our cheese, meats & mustards. Special Order Item -May require an additional 3 to 5 business days. Please contact us to check availability support@napacabs.com 800 410 6004

**More Items in Food**

   

**Fruit Abounds Gift Basket**

This harvest basket is loaded with crisp apples, juicy pears and tangy oranges, as well as cheese, crackers, nuts and salami. Also includes a decorative pear candle to adorn your table. Taste and style abound with this gift!

**Mille Lacs Brie Bistro Cheese Hoop - 3.75 Ounce**

This hoop contains Brie Bistro Cheese. Each hoop contains 3.75 ounces of spreadable cheese. Spread this delicious cheese on your favorite cracker. (Special Order Item - May require an additional 3 to 5 business days. P...

**East Shore Dipping Pretzels - 12 oz.**

East Shore Dipping Pretzels - 12 oz. Plump salted pretzel sticks Special Order Item -May require an additional 3 to 5 business days. Please contact us to check availability support@napacabs.com 800 410 6004

**Bloody Mary Natural Rimming Salt - 4 oz.**

Rokz Rimmerz combine the finest ingredients, pure cane sugars, sea salts, real fruit, spices, and natural flavorings. Together they create the perfect accent for your cocktail. Cocktails will never be the same! Special Order Item - May re...

details    Add to Cart    Add to Cart    Add to Cart

**Reviews of Vineyard Collection Focaccia Crisps Tuscan Style Crackers - 8oz.**

out of based on ratings. user reviews.

Be the first to submit a review on this product!

Review and Rate this Item

$3.89

**Start Earning Referral Points**
*"Get more Wines for Less"*
**by sharing the links below with friends, blog or website!**

Login to display and your Reward Points referral ID

With Reward Points, the smart wine shopper will appreciate the additional discounts from funds that would have been otherwise allocated to coupons, free shipping and other promotional advertising. Loyal repeat customers win.

**Do you know how your wine was stored before you bought it?**

Napacabs' warehouse is temperature and humidity controlled!

153



# 34° Crisps



**What makes them so clever?**



Like  16k

Case 3:17-cv-00652-KDB-DSC   Document 28-14   Filed 08/30/18   Page 76 of 80

154

155



THE SUCCULENT WIFE®

serendipitous lifestyle finds for B(L)OOMERS™ especially

HOME   ABOUT   ADVERTISE   SHOPPING   CONTACT   [List Search]

**finds & gifts**
Life more stylish: Ideas & resources for great gift giving and unique shopping

**life skills 101**
Life skills basics that every teen & young (and not so young) adult needs to know

**eating**
Life more delicious: Ideas & resources for cooking, entertaining, dining & raw foods

**growing**
Life more meaningful: Thoughts & resources to help find a deeper meaning.

**going green**
Life more ecological: Products & resources to become more green

Home » Secret Ingredient

## Crispy Delights

6 MARCH 2009     4 COMMENTS

By Audrey Van Petegem, Contributing Editor



I delighted in discovering these yummy Crisps when I went to a cocktail party a friend of mine was having. I was familiar with the very cocktail-friendly Margaret's Artisan Flatbread by the same company, but these Crisps were entirely new to me. Our hostess paired the Cranberry Pumpkin Seed Crisp with goats cheese and hot pepper jelly. I have a favorite expression for such oral delights: I use the MO acronym in public (Mouth Orgasm). And, MO these crisps cause. I have kept a box (or

two) in my pantry ever since. I love the sweet and nutty taste of all the Crisps combinations: Cranberry Pumpkin Seed, Date & Walnut, Caramel Apricot Almond and the Goji Berry & Pistachio. The Crips are wonderful on their own but I love having them with any type of cheese (although goat cheese particularly rocks), pâté, and for something more like dessert, cream cheese and sliced strawberries.

Margaret Jane Sarrasin is to thank for these wondrous crumbly sensations. She launched MJS line in 2003 when she became an empty nester. She started the company with her now famous flatbreads and expanded to the Crisps and the Sweet Flatbreads. All her product is made with all natural ingredients with ZERO cholesterol, preservatives, additives, trans fats and all that nasty stuff. The Crisp transforms a seemingly simple cheese & cracker into a glamorous and festive appetizer experience.



You can see some great recipes on Margaret's website here, simply to, as they they mention, "impress your guests".

## categories

**Amuse Me - Life more Smiley**
Clever Advertising
Contests & Giveaways
Ephemera
Humor
Made You Smile Video Clips & Websites

**Eating - Life More Delicious**
Dining Finds
Entertaining
Raw & Living Foods
Secret Ingredient
Wise Choices

**Featured**

**Finds & Gifts - Life More Stylish**
Art, Design & Writings
Clever Finds
Cute Idea
DIY
Favorite Things
For Her
For Him
For Home & Garden
For Teens
For the Little One(s)
Gift Guides
Techie
Useful Stuff
Vanities

**Going Green - Life More Ecological**
Green Products & finds
Green Resources
→ more categories...



giveaways
Enter here >>>



subscribe



You will want to try these if you entertain. They are available in certain grocery stores (check Gelson's and Whole Foods) and contact info@mjsfinefoods.com to find a retail location close to you.

Happy MO!

 👍 Like  2 likes. Sign Up to see what your friends like.

 For A Beautiful You. Naturally 

 visit our very fab SPONSORS

## 4 Comments »

**Randi** on 6 March 2009 at 1:55 pm

Thank you, can't wait to try it! Love the flatbread crackers and now something new.



**Suzanne** on 9 March 2009 at 6:17 pm

After reading about these fantastic products, I was very surprised to see them in two shops, without even searching for them. They just jumped at my face. And to my amazement, they are made in Canada. Even though they are quite expensive, I treated my guests to them on Sunday night. But the story doesn't end there. Knowing that my husband and I like all kinds of crackers, one of the guests brought me a gift bag full of different ones as a hostess gift. And one of the boxes was a copy of Margaret's Crisps called Raincoast Crisps by Lesley Stowe! A very similar product with a very similar box, also made in Canada! As I see it, Saltines are really out – only good for diners!

| Archives | | Blogroll |
| --- | --- | --- |
| Select Month | | Annie Eats |
| | | Apartment Therapy |
| | | Be Who You Are |
| | | Carrie Leber PR |
| | | Daily Cup of Yoga |

**Kathleen** on 22 January 2012 at 5:56 pm

Are these products still available in 2012? And, if so, where can I find them? I'm from Georgia- thanks.


Name Your Cottonelle Care Routine

Get a Name

Go to Facebook for more naming fun

 **Audrey** on 23 January 2012 at 2:29 pm

Hello Kathleen,

As far as I know these products are available. I suggest emailing MJ Nolardi and ask where you can buy locally. If there is a Whole Foods in your neighborhood I am sure they will carry them. Good luck and keep us posted!

Visit Cottonelle.com for more on Cottonelle toilet paper, flushable wipes, coupons, and more.

## Leave your response!

Add your comment below, or trackback from your own site. You can also subscribe to these comments via RSS.

Be nice. Keep it clean. Stay on topic. No spam.

Name (required)



157

Mail (will not be published) (required)

Website (optional)






You can use these tags:
`<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

This is a Gravatar-enabled weblog. To get your own globally-recognized-avatar, please register at Gravatar.

Submit Comment

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Check here to Subscribe to notifications for new posts

## Tags

accessory advertising art Audrey beauty causes children Christmas Contests & Giveaways Cooking design ECO entertaining Environment environmentally friendly fashion Father's Day food food & drink For Her For Him gadgets gift-worthy gift guide gift idea gift ideas Green health Holidays home home decor humor Jewelry kids makeup Mother's Day Recipe Shoes shopping Spirit teenagers Teens Travel Video websites



**Latest Video Post**

**Random Posts**








