Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.— 4th ed.
    p.cm.
    Based on the fourth ed. of the American Heritage dictionary.
    ISBN 0-618-09848-8 (thumb edge) —
    ISBN 0-618-19604-8 (deluxe binding)
    1. English language--Dictionaries. 2. Americanisms. I. Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423—dc21
                                        2001039826

Manufactured in the United States of America

Pref
  JO
Edit
Spec
The
Usag
  GE
Guid
Style
Abbr
Pron

Dicti

Indo-
  Ind
    C
  Gu
  Ind
  Ind
Pictu

Char

Tabl
Bool
Thre
Curr
Peric
Geol
Meas
Plan
Proo
Taxo

, manger < OE *cribb*.] —**crib′ber** n.
(krĭb′ĭj) n. A card game in which the score is
egs into holes arranged in rows on a

n. See **sudden infant death syndrome.**
**m** (krĭb′ə-fôrm′) adj. Perforated like a
ve; see **krei-** in App. + –FORM.]
kri-sē′tĭd, -sē′tĭd) n. Any of various small
Cricetidae, which includes muskrats and
Cricetidae, family name < Cricetus, hamster
*cricetus*, hamster, perh. < Czech *křeček*,
; ] —**cri•ce′tid** adj.
n. A painful cramp or muscle spasm, as in
tr.v. **cricked, crick•ing, cricks** To cause a cr
wrenching. [ME *crike*.]
n. Upper Northern & Western US Variant of
] Note at **run.**
is **Henry Compton** b. 1916. British biolo
D. Watson proposed a spiral model, the do
ecular structure of DNA. They shared a 1962

(k′lĭt) n. Any of various insects of the family
long antennae and legs adapted for leaping. [
iquet < *criquer*, to click, of imit. orig.]
(k′lĭt) n. 1. A game played with bats, a ball,
as of 11 players each. 2. Good sporting behav
: *It's not cricket to cheat.* ✦ intr.v. **-et•ed,**
the game of cricket. [Obsolete Fr. *criquet*,
r., stick for a bowling game, perh. < MDu.
] —**crick′et•er, crick′et•eer′** ( i-tîr′) n.
(k′lĭt) n. A small wooden footstool. [?]
′koid′) n. A ring-shaped cartilage of the lower
es with the thyroid cartilage and arytenoid c
*dēs* < Gk. *krikoeidēs*, ring-shaped : *krikos*,

(krē′ də-kœr′) n., pl. **cris de coeur** (krē′) An
v. as of entreaty or protest. [Fr. *cri de cœur*:
ur, heart.]
Past tense and past participle of **cry.**
] n. One that cries, esp. a. An official who
orders of a court of law. b. A town crier. c. A
Third person singular present tense of **cry.**

n. 1. An act committed or omitted in violation
ig or commanding it and for which the punishm
n conviction. 2. Unlawful activity. 3. A seriou
e in violation of morality. 4. An unjust, sense
t or condition: *It's a crime not to visit.* [ME <
See **krei-** in App.]
I-mē′a, krī-) A region and peninsula of S Ukra
Sea; annexed by Russia in 1783 and the site
(1853–56). —**Cri•me′an** adj.
rim′ə-nəl) adj. 1. Of, involving, or having the n
2. Relating to the administration of penal law. 3
ne. b. Characteristic of a criminal. 4. Shameful;
One that has committed or been legally convict
LE < OFr. *criminel* < LLat. *criminālis* < Lat.
nation. See **krei-**.] —**crim′i•nal•ly** adv.
t n. A court empowered to hear and decide ca
nses against criminal law.
t (krĭm′ə-nə-līst) n. A specialist in the collect
ion of the physical evidence of crime. —**cri**

ty (krĭm′ə-năl′ĭ-tē) n., pl. **-ties** 1. The state,
being criminal. 2. A criminal practice.
e (krĭm′ə-nə-līz′) tr.v. **-ized, -iz•ing, -iz•es**
nal penalty on or for; outlaw. 2. To treat as a cri
**nal•i•za′tion** ( -lĭ-zā′shən) n.
n. Law that deals with crimes and their

crim′ə-năt′) tr.v. **-nat•ed, -nat•ing, -nates**
, *criminārī, crimināt-,* to accuse < *crimen,* crim
< CRIME.] —**crim′i•na′tion** n. —**crim′i•na′tor**
ry (-nə-tôr′ē, -tōr′ē) adj. —**crim′i•na′tor** n.
mē′nē v. Variant of **cremini.**
**a•ic** (krĭm′ə-nə-jĕn′ĭk) also **crim•o•gen**
Producing or tending to produce crime.
**gy** (krĭm′ə-nŏl′ə-jē) n. The scientific study of
vior and corrections. [Ital. *criminologia* < Lat.
y accusation; see CRIME + Lat. *logia.* (see
**og′i•cal** ( nə-lŏj′ĭ kəl) adj. —**crim′i•no**
**rim′i•nol′o•gist** n.

tr.v. **crimped, crimp•ing, crimps** 1. To pre
all regular folds or ridges. 2. To bend or mo
shape. 3. To cause (hair) to form tight curls w
ive a hampering or obstructive effect on. ✦ n.
ping. 2. Something made by or as if by crimp
has been tightly curled or
d fibers. c. A crease or bend... [< MDu ...
n′per n.

< Lat. *crisāre, crissāre,* to move the buttocks during intercourse.]
—**cris′sal** ( -əl) adj.

**cris•ta** (krĭs′tə) n., pl. **-tae** (-tē) 1. Anatomy A crest or ridge. 2.
Biology One of the inward projections or folds of the inner mem-
brane of a mitochondrion. [Lat.]
**cris•tate** (krĭs′tāt′) also **cris•tat•ed** ( -tā′tĭd) adj. Having or
forming a crest or crista. [Lat. *cristātus < crista,* tuft.]
**cri•te•ri•on** (krī-tîr′ē-ən) n., pl. **-te•ri•a** ( -tîr′ē-ə) or **-te•ri•ons**
A standard, rule, or test on which a judgment or decision can be
based. [Gk. *kritērion < kritēs,* judge < *krinein,* to separate, judge.
See **krei-** in App.] —**cri•te′ri•al** ( -əl) adj.

USAGE NOTE Like the analogous etymological plurals *agenda*
and *data, criteria* is widely used as a singular form. Unlike them,
however, it is not yet acceptable in that use.

**crit•ic** (krĭt′ĭk) n. 1. One who forms and expresses judgments of
the merits, faults, value, or truth of a matter. 2. One who ana-
lyzes, classifies, interprets, or evaluates literary or other artistic
works. 3. One who tends to make harsh or carping judgments.
[Lat. *criticus* < Gk. *kritikos,* able to discern < *kritēs,* judge
< *krinein,* to separate, judge. See **krei-** in App.]
**crit•i•cal** (krĭt′ĭ-kəl) adj. 1. Inclined to judge severely and find
fault. 2. Characterized by careful, exact evaluation and judgment.
3. Of, relating to, or characteristic of critics or criticism. 4. Form-
ing or having the nature of a turning point. 5a. Of or relating to
a medical crisis. b. Being or relating to a grave physical condition.
6. Indispensable; essential. 7. Being in or verging on a state of cri-
sis or emergency. 8. Fraught with danger or risk. 9. Mathematics
Of or relating to a point at which a curve has a horizontal tangent
line, as at a maximum or minimum. 10. Chemistry & Physics Of
or relating to the value of a measurement, such as temperature,
at which an abrupt change in a quality, property, or state occurs.
11. Physics Capable of sustaining a nuclear chain reaction.
—**crit′i•cal•ly** adv. —**crit′i•cal•ness** n.

**critical angle** n. 1. The smallest angle of incidence at which a
light ray can be completely reflected from the boundary between
two media. 2. The angle of attack of an airfoil at which airflow
abruptly changes, altering the lift and drag of an aircraft.
**crit•i•cal•i•ty** (krĭt′ĭ-kăl′ĭ-tē) n., pl. **-ties** 1. The quality, state,
or degree of being of the highest importance. 2. Physics The point
at which a nuclear reaction is self-sustaining.
**critical mass** n. 1. The smallest mass of a fissionable material that
will sustain a nuclear chain reaction. 2. The amount of matter
needed to generate sufficient gravitational force to halt the cur-
rent expansion of the universe. 3. An amount or level required
for a specific result to occur.
**critical point** n. 1. Physics The temperature and pressure at which
the liquid and gaseous phases of a pure stable substance become
identical. 2. Mathematics A point at which a given function has
derivative of zero or a derivative that is undefined.
3. See **critical point** 1.
**crit•ic•as•ter** (krĭt′ĭ-kăs′tər) n. A petty or inferior critic. [CRITIC
+ Lat. *-aster,* pejorative suff.]
**crit•i•cism** (krĭt′ĭ-sĭz′əm) n. 1. The act of criticizing, esp. ad-
versely. 2. A critical comment or judgment. 3a. The practice of
analyzing, classifying, interpreting, or evaluating literary or other
artistic works. b. A critical article or essay; a critique. c. The inves-
tigation of the origin and history of literary documents; textual
criticism.
**crit•i•cize** (krĭt′ĭ-sīz′) v. **-cized, -ciz•ing, -ciz•es** —tr. 1. To find
fault with. See Usage Note at **critique.** 2. To judge the merits and
faults of; analyze and evaluate. —intr. To act as a critic. —**crit′i•**
**ciz′a•ble** adj. —**crit′i•ciz′er** n.

SYNONYMS *criticize, blame, reprehend, censure, condemn, de-*
*nounce* These verbs mean to express an unfavorable judgment.
*Criticize* can mean merely to evaluate without necessarily finding
fault; however, the word usually implies the expression of disap-
proval: *The review criticized the novel. Blame* emphasizes the find-
ing of fault and the fixing of responsibility: *"People are always*
*blaming their circumstances for what they are"* (George Bernard
Shaw). *Reprehend* implies sharp disapproval: *"reprehends stu-*
*dents who have protested apartheid"* (New York Times). *Censure*
refers to open and strong expression of criticism; often it implies
a formal reprimand: *"No man can justly censure or condemn an-*
*other, because indeed no man truly knows another"* (Thomas
Browne). *Condemn* denotes the pronouncement of harshly ad-
verse judgment: *"The wrongs which we seek to condemn and pun-*
*ish have been so calculated, so malignant and so devastating that*
*civilization cannot tolerate their being ignored"* (Robert H.
Jackson). *Denounce* implies public proclamation of condemna-
tion or repudiation: *The press denounced his policies.*

**cri•tique** (krĭ-tēk′) n. 1. A critical review or commentary, esp.
one dealing with works of art or literature. 2. A critical discussion
of a specified topic. 3. The art of criticism. ✦ tr.v. **-tiqued,**
**-tiqu•ing, -tiques** Usage Problem To review or discuss critically.
[Fr. < Gk. *kritikē (tekhnē),* (art of) criticism, fem. of *kritikos,* crit-
ical; see CRITIC.]

USAGE NOTE Critique has had a verb meaning "to re-
view or discuss critically" since the 18th century, but lately this

**A** person who tricks or coerces others into ser
r soldiers. ✦ tr.v. **crimped, crimp•ing, crimps**
tors or soldiers) by trickery or coercion. [?]
pe) adj. -i•er, -i•est Full of crimps; wavy.

*son)* n. A deep to vivid purplish red to vivid red.
**-soned, -son•ing, -sons** To make or become
ply red. [ME *cremesin,* ult. < Ar. *qirmizī* < *qirmiz.*
ue ERMINES.] —**crim′son** adj.

**tar•v.** crimped, cring•ing, cring•es 1. To shrink
, cower. 2. To behave in a servile way; fawn. ✦ n.
**ce** of cringing. [ME *crengen,* to bend haughtily.
**cringan,** to give way.]
**gəl)** n. A small ring or grommet of rope or metal
**the** edge of a sail. [LGer. *Kringel,* dim. of *kring,* ring

**kle) v. -kled, -kling, -kles** —intr. 1. To form
**ripples.** 2. To make a soft crackling sound; rustle.
**to crinkle** ✦ n. A wrinkle, ripple, or fold. [< ME
**of turnings.]** —**crin′kly** adj.
**(krĭng′kəl-rŏot′, -rōōt′)** n. A woodland plant
*laphylla)* of eastern North America having fleshy
**leaves.**
**noid′)** n. Any of various echinoderms of the class
**characterized by a cup-shaped body, feathery radiat**
**ated either a stalk or clawlike base.** [< NLat. *Crinoidea.*
**< Gk. *krinon,* lily + Gk. *-oeidēs,* -oid.]** —**cri′noid′** adj.
**(krĭn′ə-lĭn)** n. 1. A coarse stiff fabric of cotton or
**used esp. to line and stiffen hats and garments.** 2. A
**made of this fabric.** 3. A hoop skirt. [Fr. < Ital. *crino-*
**, horsehair** (< Lat. *crinis,* hair) + *lino,* flax (< Lat.
**crin′o•line, crin′o•lined** ( -lĭnd) adj.
**inəm)** n. Any of various bulbous plants of the genus
**having strap-shaped leaves and showy flower umbels.**
**on,** genus name < Gk. *krinon,* lily.]
**(krē-ō′lō, -yō)** n., pl. **-los** ( -lōz, -yōs) A Spanish Ameri-
**European, usu. Spanish descent.** ✦ adj. 1. Of or relating
**to or criollos.** 2. Indigenous to or characteristic of a
**American country.** [Sp. See CREOLE.]
**lpī)** interj. Used to express annoyance, anger, or dismay
**ion of CHRIST.]
**(krĭp′əl)** n. 1. A person or animal that is partially disa-
**unable to use a limb or limbs.** 2. A damaged or defective
**device.** ✦ tr.v. **-pled, -pling, -ples** 1. To cause to lose
**of a limb or limbs.** 2. To disable, damage, or impair the
**ing of.** [ME *crepel* < OE *crypel.*] —**crip′pler** n.
**(krī′sĭs)** n., pl. **-ses** (-sēz) 1a. A crucial or decisive point or
**a turning point.** b. An unstable condition, as in politi-
**involving an impending abrupt or decisive change.** 2.
**a sudden change in the course of a disease or fever.** 3. An emo-
**ssful event or a traumatic change in a person's life.** 4.
**a story or drama when a conflict reaches its highest**
**and must be resolved.** [ME < Lat., judgment < Gk. *krisis*
**to separate, judge.** See **krei-** in App.]
**p)** adj. **crisp•er, crisp•est** 1. Firm but easily broken or
**brittle.** 2. Pleasingly firm and fresh. 3a. Bracing; invig-
**b. Lively; sprightly.** 4. Conspicuously clean or new. 5.
**clarity, conciseness, and briskness.** 6. Having small
**, or ripples.** ✦ v. **crisped, crisp•ing, crisps** —tr. To
**keep crisp.** —intr. To become or remain crisp. ✦ n. 1.
**ing crisp or easily crumbled.** 2. A dessert of fruit baked
**t crumbly topping.** 3. Chiefly British A potato chip.
**OE < Lat. *crispus.*]** —**crisp′ly** adv. —**crisp′ness** n.
**(krĭs′pāt′)** also **cris•pat•ed** ( -pā′tĭd) adj. Curled or
**at the margins of certain leaves.** [Lat. *crispātus < crispus.*]
**to curl < *crispus,* curly.]
**tion** (krĭs-pā′shən) n. 1a. The act of crisping or curling.
**state of being crisped or curled.** 2. A slight involuntary
**muscular contraction, often producing a crawling sensation or**

**(krĭspt)** adj. Botany Crispate.
**(krĭs′pər)** n. One who crisps, esp. a compartment in a re-
**used to keep vegetables fresh.
**(krĭs′pĭn),** Saint 3rd cent. A.D. Roman shoemaker who
**brother Saint Crispinian sought to spread Christianity**
**martyred.
**(krĭs′pē)** adj. -i•er, -i•est Firm but easily broken or
**led; crisp.** 2. Having small curls, waves, or ripples.
**-ness** n.
**cross** (krĭs′krôs′, -krŏs′) v. **-crossed, -cross•ing, -cross-**
**1. To mark with crossing lines.** 2. To move back and
**through or over.** —intr. To move back and forth. ✦ n. 1.
**of pattern made of crossing lines.** 2. A state of being at
**cting or contrary purposes.** ✦ adj. Crossing one another or
**by crossings.** ✦ adv. In a manner indicating that crosses
**marked by crossings.** [Alteration of ME *Cristcrosse,* mark
**(krĭs′əm)** n., pl. **cris•sa** (krĭs′ə) The feathers or area
**the tail of a bird surrounding the closed opening [NLat.**

| a | pat | oi | boy |
| ā | pay | ou | out |
| âr | care | ŏŏ | took |
| ä | father | ōō | boot |
| ĕ | pet | ŭ | cut |
| ē | be | ûr | urge |
| ĭ | pit | th | thin |
| ī | pie | th | this |
| îr | pier | hw | which |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |

Stress marks:
′ (primary);
′ (secondary), as in
**lexicon** (lĕk′sĭ-kŏn′)

Case 3:17-cv-00652-KDB-DSC   Document 28-23   Filed 08/30/18   Page 2 of 40

# COLLINS ENGLISH DICTIONARY

Case 3:17-cv-00652-KDB-DSC   Document 26-3   Filed 08/30/18   Page 3 of 40

HarperCollins Publishers
PO Box, Glasgow G4 0NB

First Edition 1979
Second Edition 1986
Third Edition 1991
**Third Edition Updated 1994**
**Reprinted 1995 (twice)**

© HarperCollins Publishers 1979, 1986, 1991, 1994

9 8 7 6 5 4

| | |
|---|---|
| Standard Edition | ISBN 0 00 470678-1 |
| Thumb-indexed Edition | ISBN 0 00 470677-3 |
| Luxury Edition | ISBN 0 00 470676-5 |

This edition prepared in conjunction with Market House Books Ltd., Aylesbury, England
Typeset by Barbers Ltd., Wrotham, England
Printed in Great Britain by HarperCollins Manufacturing

British Library Cataloguing in Publication Data
Collins English dictionary. — 3rd ed.
1. English language. Dictionaries
423.20

All rights reserved. No part of this publication may be reproduced, stored in a retrieval
system or transmitted, in any form or by any means, electronic, mechanical, photo-
copying, recording or otherwise, without the prior permission of the publisher. This
book is sold subject to the conditions that it shall not, by way of trade or otherwise, be
lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in
any form of binding or cover other than that in which it is published and without a
similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been desig-
nated as such. However, neither the presence nor absence of such designation should
be regarded as affecting the legal status of any trademark.

Case 3:17-cv-00652-KDB-DSC   Document 28-23   Filed 06/30/18   Page 4 of 40

267

**crinkum-crankum** ('krɪŋkəm'kraŋkəm) *n.* a fanciful name for any object that is full of twists and turns. [C18: coinage based on CRANK¹]

**crinoid** ('kraɪnɔɪd, 'krɪn-) *n.* **1.** any primitive echinoderm of the class *Crinoidea*, having delicate feathery arms radiating from a central disc. The group includes the free-swimming feather stars, the sessile sea lilies, and many stemmed fossil forms. ~*adj.* **2.** of, relating to, or belonging to the Crinoidea. **3.** shaped like a lily. [C19: from Greek *krinoeidēs* lily-like] —**cri'noidal** *adj.*

**crinoline** ('krɪn'lɪn) *n.* **1.** a stiff fabric, originally of horsehair and linen used in lining garments. **2.** a petticoat stiffened with this, worn to distend skirts, esp. in the mid-19th century. **3.** a framework of steel hoops worn for the same purpose. [C19: from French, from Italian *crinolino*, from *crino* horsehair, from Latin *crinis* hair + *lino* flax, from Latin *linum*]

**crinum** ('kraɪnəm) *n.* any plant of the mostly tropical amaryllidaceous genus *Crinum*, having straplike leaves and clusters of lily-like flowers. Also called: **crinum lily**. [Latin: lily, from Greek *krinon*]

**criollo** (krɪ'əʊləʊ; *Spanish* 'krjoʎo) *n., pl.* **-los** (-ləʊz; *Spanish* -ʎos). **1.** a native or inhabitant of Latin America of European descent, esp. of Spanish descent. **2.** a any of various South American breeds of domestic animal. **b.** (*as modifier*): *a criollo pony.* **3.** a high-quality variety of cocoa. ~*adj.* **4.** of, relating to, or characteristic of a criollo or criollos. [Spanish: native; see CREOLE]

**crios** (krɪs) *n. Irish.* a multicoloured woven woollen belt traditionally worn by men in the Aran Islands. [Irish Gaelic]

**cripes** (kraɪps) *interj. Slang.* an expression of surprise. [C20: euphemistic for *Christ!*]

**Crippen** ('krɪp'n) *n.* **Hawley Harvey**, known as *Doctor Crippen*. 1862–1910, U.S. doctor living in England: executed for poisoning his wife; the first criminal to be apprehended by the use of radiotelegraphy.

**cripple** ('krɪp'l) *n.* **1.** a person who is lame. **2.** a person who is or seems disabled or deficient in some way: *a mental cripple.* **3.** U.S. *dialect.* a dense thicket, usually in marshy land. ~*vb.* **4.** (*tr.*) to make a cripple of, disable. [Old English *crypel*; related to *crēopan* to CREEP, Old Frisian *kreppel* a cripple, Middle Low German *krüpel*] —'**crippler** *n.*

**Cripple Creek** *n.* a village in central Colorado: gold-mining centre since 1891, once the richest in the world.

**crippling** ('krɪplɪŋ) *adj.* damaging or injurious. —'**cripplingly** *adv.*

**Cripps** (krɪps) *n. Sir* (**Richard**) **Stafford**. 1889–1952. British Labour statesman; Chancellor of the Exchequer (1947–50).

**Criseyde** (krɪ'seɪdə) *n.* a variant of CRESSIDA.

**crisis** ('kraɪsɪs) *n., pl.* **-ses** (-siːz). **1.** a crucial stage or turning point in the course of something, esp. in a sequence of events or a disease. **2.** an unstable period, esp. one of extreme trouble or danger in politics, economics, etc. **3.** *Pathol.* a sudden change, for better or worse, in the course of a disease. [C15: from Latin: decision, from Greek *krisis*, from *krinein* to decide]

**crisp** (krɪsp) *adj.* **1.** dry and brittle. **2.** fresh and firm: *crisp lettuce.* **3.** invigorating or bracing: *a crisp breeze.* **4.** clear; sharp: *crisp reasoning.* **5.** lively or stimulating: *crisp conversation.* **6.** clean and orderly; neat: *a crisp appearance.* **7.** concise and pithy; terse: *a crisp reply.* **8.** wrinkled or curly; *crisp hair.* ~*vb.* **9.** to make or become crisp. ~*n.* **10.** *Brit.* a very thin slice of potato fried and eaten cold as a snack. **11.** something that is crisp. [Old English, from Latin *crispus* curled, uneven, wrinkled] —'**crispness** *n.*

**crispate** ('krɪspeɪt, -pɪt), **crispated**, or **crisped** *adj.* having a curled or waved appearance. [C19: from Latin *crispāre* to curl]

**crispation** (krɪ'speɪʃən) *n.* **1.** the act of curling or state of being curled. **2.** any slight muscular spasm or contraction that gives a creeping sensation. **3.** a slight undulation, such as a ripple on the surface of water.

**crispbread** ('krɪsp,brɛd) *n.* a thin dry biscuit made of wheat or rye.

**crisper** ('krɪspə) *n.* a compartment in a refrigerator for storing salads, vegetables, etc., in order to keep them fresh.

**Crispi** (*Italian* 'krɪspi) *n.* **Francesco** (fran'tʃesko). 1819–1901, Italian statesman; premier (1887–91; 1893–96).

**Crispin** ('krɪspɪn) *n.* **Saint**, 3rd century A.D. legendary Roman Christian martyr, with his brother Crispinian (krɪ'spɪnɪən): they are the patron saints of shoemakers. Feast day: Oct. 25.

**crispy** ('krɪspɪ) *adj.* **crispier, crispiest. 1.** crisp. **2.** having waves or curls. —'**crispily** *adv.* —'**crispiness** *n.*

**crisscross** ('krɪs,krɒs) *vb.* **1.** to move or cause to move in a crosswise pattern. **2.** to mark with or consist of a pattern of crossing lines. ~*adj.* **3.** (esp. of a number of lines) crossing one another in different directions. ~*n.* **4.** a pattern made of crossing lines. **5.** a U.S. term for noughts and crosses. ~*adv.* **6.** in a crosswise manner or pattern.

**crissum** ('krɪsəm) *n., pl.* **-sa** (-sə). the area or feathers surrounding the cloaca of a bird. [C19: from New Latin, from Latin *crissāre* to move the haunches] —'**crissal** *adj.*

**crista** ('krɪstə) *n., pl.* **-tae** (-tiː). *Biology.* a structure resembling a ridge or crest, as on the inner membrane of a mitochondrion. [C20: from Latin: CREST]

**cristate** ('krɪsteɪt) or **cristated** *adj.* **1.** having a crest. **2.** forming a crest. [C17: from Latin *cristātus*, from *crista* CREST]

**cristobalite** (krɪs'təʊbə,laɪt) *n.* a white microcrystalline mineral consisting of silica and occurring in volcanic rocks. Formula: $SiO_2$. [C19: from German, named after Cerro San *Cristóbal*, Mexico, where it was discovered]

**crit.** *abbrev. for:* **1.** *Med.* critical. **2.** criticism.

**criterion** (kraɪ'tɪərɪən) *n., pl.* **-ria** (-rɪə) or **-rions. 1.** a standard by which something can be judged or decided. **2.** *Philosophy.* a defining characteristic of something. [C17: from Greek *kritērion* from *kritēs* judge, from *krinein* to decide]

▷ *Usage. Criteria*, the plural of *criterion*, is not acceptable as a

singular noun in careful written and spoken English; *this criterion is not valid* rather these *criteria are not valid*.

**critic** ('krɪtɪk) *n.* **1.** a person who judges something. **2.** a professional judge of art, music, literature, etc. **3.** a person who often finds fault and criticizes. [C16: from Latin *criticus*, from Greek *kritikos* capable of judging, from *kritēs* judge; see CRITERION]

**critical** ('krɪtɪk'l) *adj.* **1.** containing or making severe or negative judgments. **2.** containing careful or analytical evaluations: *a critical dissertation.* **3.** of or involving a crisis or criticism. **4.** of or forming a crisis; crucial; decisive: *a critical operation.* **5.** urgently needed: *critical medical supplies.* **6.** *Physics.* of, denoting, or concerned with a state in which the properties of a system undergo an abrupt change: *a critical temperature.* **7.** *Physics.* **a.** (of a nuclear power station or reactor) to reach a state in which a nuclear-fission chain reaction becomes self-sustaining. —'**critically** *adv.* —'**criticalness** *n.*

**critical angle** *n.* **1.** the smallest possible angle of incidence for which light rays are totally reflected at an interface between substances of different refractive index. **2.** another name for stalling angle.

**critical apparatus** *n.* the variant readings, footnotes, etc. found in a scholarly work or a critical edition of a text. Also called: **apparatus criticus.**

**critical constants** *pl. n.* the physical constants that express the properties of a substance in its critical state. See critical pressure, critical temperature.

**critical damping** *n. Physics.* the minimum amount of viscous damping that results in a displaced system returning to its original position without oscillation. Symbol: $C$.

**criticality** (,krɪtɪ'kælɪtɪ) *n.* **1.** the state of being critical. **2.** *Physics.* the condition in a nuclear reactor when the fissionable material can sustain a chain reaction by itself.

**critical mass** *n.* the minimum mass of fissionable material that can sustain a nuclear chain reaction.

**critical path analysis** *n.* a technique for planning complex projects by analysing alternative systems with reference to the critical path, which is the sequence of stages requiring the longest time. Compare programme evaluation and review technique.

**critical period** *n. Psychol.* a period in a lifetime during which a specific stage of development usually occurs. If it fails to do so, it cannot readily occur afterwards.

**critical point** *n.* **1.** *Physics.* **a.** the point on a phase diagram that represents the critical state of a substance. **b.** another name for critical state. **2.** *Maths.* the U.S. name for stationary point.

**critical pressure** *n.* the pressure of a gas or the saturated vapour pressure of a substance in its critical state.

**critical region** *n.* that part of a statistical distribution in which the probability of a given hypothesis is less than the chosen significance level, so that the hypothesis would be rejected.

**critical state** *n.* the state of a substance in which two of its phases have the same temperature, pressure, and volume. Also called: **critical point.**

**critical temperature** *n.* the temperature of a substance in its critical state. A gas can only be liquefied by pressure alone at temperatures below its critical temperature.

**critical volume** *n.* the volume occupied by one mole or unit mass of a substance in its critical state.

**criticism** ('krɪtɪ,sɪzəm) *n.* **1.** the act or an instance of making an unfavourable or severe judgment, comment, etc. **2.** the analysis or evaluation of a work of art, literature, etc. **3.** the occupation of a critic. **4.** a work that sets out to evaluate or analyse. **5.** Also called: **textual criticism.** the investigation of a particular text, with related material, in order to establish an authentic text.

**criticize** or **criticise** ('krɪtɪ,saɪz) *vb.* **1.** to judge (something) with disapproval; censure. **2.** to evaluate or analyse (something). —'**criti,cizable** or '**criti,cisable** *adj.* —'**criti,cizer** or '**criti,ciser** *n.* —'**criti,cizingly** or '**criti,cisingly** *adv.*

**critique** (krɪ'tiːk) *n.* **1.** a critical essay or commentary, esp. on artistic work. **2.** the act or art of criticizing. [C17: from French, from Greek *kritikē*, from *kritikos* able to discern]

**critter** ('krɪtə) *n. U.S.* and *Canadian.* a dialect word for creature.

**CRO** *abbrev. for:* **1.** cathode-ray oscilloscope. **2.** (*in Britain*) Community Relations Officer. **3.** Criminal Records Office.

**Croagh Patrick** (krɒx) *n.* a mountain in NW Ireland, in Mayo: a place of pilgrimage as Saint Patrick is said to have prayed and fasted there. Height: 765 m (2510 ft.).

**croak** (krəʊk) *vb.* **1.** (*intr.*) (of frogs, crows, etc.) to make a low, hoarse cry. **2.** to utter (something) in this manner: *he croaked out the news.* **3.** (*intr.*) to grumble or be pessimistic. **4.** *Slang.* **a.** (*intr.*) to die. **b.** (*tr.*) to kill. ~*n.* **5.** a low hoarse utterance or sound. [Old English *crācetan*; related to Old Norse *krāka* a crow; see CREAK] —'**croaky** *adj.* —'**croakily** *adv.* —'**croakiness** *n.*

**croaker** ('krəʊkə) *n.* **1.** an animal, bird, etc. that croaks. **2.** any of various mainly tropical marine sciaenid fishes, such as *Umbrina roncador* (yellowfin croaker), that utter croaking noises. **3.** a grumbling person.

**Croat** ('krəʊæt) *n.* **1. a.** a native or inhabitant of Croatia. **b.** a speaker of Croatian. ~*n., adj.* **2.** another word for Croatian.

**Croatia** (krəʊ'eɪʃə) *n.* a republic in SE Europe: settled by Croats in the 7th century; belonged successively to Hungary, Turkey, and Austria; formed part of Yugoslavia (1918–91); became independent in 1991 but was invaded by Serbia. Language: Croatian. Religion: Roman Catholic. Currency: dinar. Capital: Zagreb. Pop.: 4 665 000 (1986 est.). Area: 56 538 sq. km (21 825 sq. miles). Serbo-Croatian name: **Hrvatska.**

**Croatian** (krəʊ'eɪʃən) *adj.* **1.** of, relating to, or characteristic of Croatia, its people, or their language. ~*n.* **2.** the language that is spoken in Croatia, a variety of Serbo-Croatian. **3. a.** a native or inhabitant of Croatia. **b.** a speaker of Croatian.

Case 3:17-cv-00652-KDB-DSC    Document 28-23    Filed 08/30/18    Page 5 of 40



**FULL RECORD**

## BAKED CLASSICS POTATO CRISPS and Design

*Federal*

**Status:** Registered 8 & 15, February 18, 2010

**Affidavit(s):** 8 & 15, February 18, 2010

**Goods/Services:**
Int'l Class: 29 (U.S. Class: 46)
Potato snacks
First Use: June 18, 2004
In Commerce: June 18, 2004

**Most Recent Owner:**
Intrade Corp. (Belize Corp.)



Click to enlarge

*APPLICATION/REGISTRATION INFO.*

Serial No.: 76-233763
Registration No.: 2,893,708

Filed: April 2, 2001
Published: April 30, 2002
Allowed: July 23, 2002
Registered: October 12, 2004

*ADDITIONAL INFO.*

**Additional Info:**
Filed as intent to use - actual use claimed

**Disclaimer:** "BAKED" AND "POTATO CRISPS 95% FAT FREE"

**Design Code:** 240907

**Description:**
"The mark consists of design plus words, letters and/or numbers."
The stippling is for shading purposes only.

**Correspondent:**
Amanda V. Dwight
Dwight Law Group
2020 Main Street, Suite 600
Irvine CA 92614

*OWNER INFORMATION*

**1st New Owner After Registration:**
Intrade Corp. (Belize Corp.)
2 S. Biscayne Blvd. #1620
Banco Pastor
Miami, Florida 33131

**Registrant:**
Classic Foods Inc. (Delaware Corp.)
15251 Barranca Pkwy
Irvine, California 92618

**Owner At Publication:**
Classic Foods Inc. (Delaware Corp.)
P.O. Box 6376
Anaheim, California 92816

**Applicant:**

**OPP 008819**

Classic Foods International Corporation, Dba Classic Foods Inc. (Delaware Corp.)
P.O. Box 6376
Anaheim, California 92816

### ASSIGNMENT HISTORY

**Assignee:**
Intrade Corp. (Belize Corp.)
2 S. Biscayne Blvd. #1620
Banco Pastor
Miami, Florida 33131
**Assignor:**
Classic Foods International Corp. Dba Classic Foods
Inc. (Delaware Corp.)

**Recorded:** August 19, 2011
**Assigned:** July 12, 2011
**Reel/Frame:** 4608/0590
**Action:** Assigns the entire interest
and goodwill

© 2012 Corsearch

**OPP 008820**

## CALIFORNIA CRISPS

**Status:** Renewed Principal Register - Sec. 2(F), March 2, 2009

**Affidavit(s):** 8 & 15, June 17, 2004

**Goods/Services:**
Int'l Class: 30 (U.S. Class. 46)
Crackers
**First Use:** November 12, 1991
**In Commerce:** November 12, 1991

**Most Recent Owner:**
Adrienne's Gourmet Foods (California Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 75-442195
**Registration No.:** 2,228,609

**Filed:** February 27, 1998
**Published:** December 8, 1998
**Registered:** March 2, 1999
**Renewed:** March 2, 2009

### ADDITIONAL INFO.

**Disclaimer:** "CRISPS"

**Correspondent:**
Adrienne's Gourmet Foods
849 Ward Dr
Santa Barbara CA 93111

### OWNER INFORMATION

**Registrant/ Applicant:**
Adrienne's Gourmet Foods (California Corp.)
849 Ward Dr
Santa Barbara, California 93111

**Owner At Publication:**
Adrienne's Gourmet Foods (California Corp.)
849 Ward Dr
Santa Barbara, California 93111

© 2012 Corsearch

OPP 008821

## CARIBBEAN CRISP (Stylized)



*Federal*

**Status:** Registered, October 23, 2007

**Goods/Services:**
**Int'l Class:** 29 (U.S. Class: 46)
Flavored chips made from indigenous vegetables including plantain
**First Use:** November, 2004
**In Commerce:** November 24, 2006

Click to enlarge

**Most Recent Owner:**
Holiday Snacks Limited  (Trinidad and Tobago Limited Liability Company)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-573843
**Registration No.:** 3,318,970

**Filed:** February 4, 2004
**Published:** August 2, 2005
**Allowed:** October 25, 2005
**Registered:** October 23, 2007

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use - actual use claimed

**Disclaimer:** CRISP

**Correspondent:**
Frank P Presta
Nixon & Vanderhye
11Th Fl
901 N Glebe Rd; Arlington, VA 22203

### OWNER INFORMATION

**Registrant/ Applicant:**
Holiday Snacks Limited  (Trinidad and Tobago Limited Liability Company)
El Socorro Road
San Juan

**Owner At Publication:**
Holiday Snacks Limited  (Trinidad and Tobago Limited Liability Company)
El Socorro Road
San Juan

© 2012 Corsearch

OPP 008822

## CASINO CRISPS and Design

**Status:** Pending - Suspended, April 1, 2009

**Goods/Services:**
Int'l Class: 29 (U.S. Class. 46)
Potato chips

**Most Recent Owner:**
Sarah Atwater Mayer (United States Citizen)

*Federal*



Click to enlarge

*APPLICATION/REGISTRATION INFO.*

Serial No.: 77-326806                         Filed: November 12, 2007

*ADDITIONAL INFO:*

**Additional Info:**
Filed as intent to use

**Disclaimer:** CRISPS

**Design Code:** 210106, 250105, 260108, 260109, 260117, 260121

**Description:**
The mark consists of a pair of concentric circles, equally spaced between which are graphic representations of the sides of a six-sided die, and within the inner circle of which the words casino crisps appear.

**Correspondent:**
Kristen M. Walsh
Nixon Peabody LLP
1300 Clinton Square
Rochester NY 14604

**Law Office Assigned:** Law office 115
**Location Date:** October 11, 2011

*OWNER INFORMATION*

**Applicant:**
Sarah Atwater Mayer (United States Citizen)
114 River Road
Scarborough, New York 10510

© 2012 Corsearch

OPP 008823

## CCIOLI CRISPS

Federal

**Status:** Registered, August 7, 2007

**Goods/Services:**
Int'l Class: 30 (U.S. Class. 46)
Prepared pasta-based snack foods
**First Use:** April 4, 1996
In Commerce: April 4, 1996

**Most Recent Owner:**
Jaffer, Ali Karim A.  (United States Citizen)



Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 78-807731
**Registration No.:** 3,274,559

**Filed:** February 6, 2006
**Published:** May 22, 2007
**Registered:** August 7, 2007

### ADDITIONAL INFO.

Disclaimer: "CRISPS"

**Correspondent:**
James B. Muskal
Leydig, Voit & Mayer, LTD.
180 North Stetson
Two Prudential Plaza, Suite 4900;
Chicago, IL 60601

### OWNER INFORMATION

**Registrant/ Applicant:**
Jaffer, Ali Karim A.  (United States Citizen)
21785 West Cuba Road
Kildeer, Illinois 60047

**Owner At Publication:**
Jaffer, Ali Karim A.  (United States Citizen)
21785 West Cuba Road
Kildeer, Illinois 60047

© 2012 Corsearch

OPP 008824

## CHEEZ-IT CRISPS

**Status:** Registered, August 7, 2007

**Goods/Services:**
Int'l Class: 30 (U.S. Class: 46)
Crackers
First Use: January 30, 2006
In Commerce: January 30, 2006

**Most Recent Owner:**
Kellogg North America Company (Delaware Corp.)



*Federal*

CHEEZ-IT CRISPS

Click to enlarge

### APPLICATION/REGISTRATION INFO.

Serial No.: 78-698561
Registration No.: 3,277,216

Filed: August 23, 2005
Published: June 6, 2006
Allowed: August 29, 2006
Registered: August 7, 2007

### ADDITIONAL INFO:

**Additional Info:**
Filed as intent to use - actual use claimed

Disclaimer: "CRISPS"

Add'l U.S. Reg. No.(s).: 151,785, 2,274,207,
2,416,368 and others

Correspondent:
Geoffrey D. Aurini
Kellogg North America Company
One Kellogg Square, Po Box 3599
Battle Creek MI 49016-3599

### TTAB

| | | |
|---|---|---|
| Opposition: | 91195574 | Filed: July 6, 2010 |
| Plaintiff: | Kellogg North America Company | |
| SN/RN: | SN:71148066; 75503965; | |
| | 78510868; 78698561; | |
| | 78852259; 78853395 - | |
| | RN:151785, 2274207, 3118252, | |
| | 3277216; 3266447; 3413224 | |
| Mark(s): | CHEEZ-IT; CHEEZ-IT; CHEEZ- | |
| | IT FIESTA, CHEEZ-IT CRISPS; | |
| | CHEEZ-IT; CHEEZ-IT THE BIG | |
| | CHEESE | |
| Mark Text: | CHEEZ-IT; CHEEZ-IT, CHEEZ- | |
| | IT FIESTA; CHEEZ-IT CRISPS; | |
| | CHEEZ-IT; CHEEZ-IT THE BIG | |
| | CHEESE | |
| Defendant: | Wise Foods, Inc. | |
| SN/RN: | SN.76698684 - RN:3956273 | |
| Mark(s): | CHEEZ DUDES | |
| Mark Text: | CHEEZ DUDES | |
| Status: | Terminated, April 4, 2011 | |
| Decision: | Dismissed W/O Prejudice, April | |
| | 4, 2011 | |

### OWNER INFORMATION

**Registrant/ Applicant:**
Kellogg North America Company (Delaware Corp.)
One Kellogg Square

**OPP 008825**

Po Box 3599
Battle Creek, Michigan 49016

**Owner At Publication:**
Kellogg North America Company  (Delaware Corp.)
One Kellogg Square
Po Box 3599
Battle Creek, Michigan 49016

© 2012 Corsearch

OPP 008826

## CULINARY CRISPS

*Federal*

**Status:** Registered, March 23, 2010

**Goods/Services:**
Int'l Class: 30 (U.S. Class: 46)
Bakery products, crackers, flatbreads and biscuits
**First Use:** March, 2009
In Commerce: March, 2009

**Most Recent Owner:**
Kracker Enterprises LLC (Texas Limited Liability
Company)



CULINARY CRISPS

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 77-621251
**Registration No.:** 3,764,761

**Filed:** November 25, 2008
**Published:** April 14, 2009
**Allowed:** July 7, 2009
**Registered:** March 23, 2010

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use - actual use claimed

**Disclaimer:** "CRISPS"

**Correspondent:**
Christopher L. Graff
Pirkey Barber LLP
600 Congress Avenue, Suite 2120
Austin TX 78701

### OWNER INFORMATION

**Registrant/ Applicant:**
Kracker Enterprises LLC (Texas Limited Liability Company)
10490 Miller Road
Dallas, Texas 75238

**Owner At Publication:**
Kracker Enterprises LLC (Texas Limited Liability Company)
10490 Miller Road
Dallas, Texas 75238

© 2012 Corsearch

## DELI CRISP

*Federal*

**Status:** Registered, August 1, 2006

**Goods/Services:**
Int'l Class: 30 (U.S. Class: 46)
Crackers, saltine crackers, and oyster crackers
**First Use:** August 11, 2005
In Commerce: August 11, 2005

**Most Recent Owner:**
Save-A-Lot Food Stores, LTD. (Bermuda Company)

DELI CRISP

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 78-583860
**Registration No.:** 3,124,878

**Filed:** March 9, 2005
**Published:** January 17, 2006
**Allowed:** April 11, 2006
**Registered:** August 1, 2006

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use - actual use claimed

**Disclaimer:** "CRISP"

**Correspondent:**
Thomas A. Polcyn
Thompson Coburn LLP
1 Us Bank Plz
Saint Louis, MO 63101-1611

### OWNER INFORMATION

**Registrant/ Applicant:**
Save-A-Lot Food Stores, LTD. (Bermuda Company)
100 Corporate Office Drive
Earth City, Missouri 63045

**Owner At Publication:**
Save-A-Lot Food Stores, LTD. (Bermuda Company)
100 Corporate Office Drive
Earth City, Missouri 63045

© 2012 Corsearch

**OPP 008828**

## DREAM CRISPS

Federal

**Status:** Allowed - Intent to Use 3rd Extension of Time Granted, October 7, 2011

**Goods/Services:**
Int'l Class: 30 (U.S. Class. 46)
Wheat-based snack foods

**Most Recent Owner:**
Frito-Lay North America. Inc. (Delaware Corp.)



DREAM CRISPS

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 77-787364

**Filed:** July 22, 2009
**Published:** January 12, 2010
**Allowed:** April 6, 2010

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use

**Disclaimer:** "CRISPS"

**Correspondent:**
Jeanette S. Zimmer
Frito-Lay North America, Inc.
3A-421
7701 Legacy Dr, Plano TX 75024

**Law Office Assigned:** Law office 109
**Location Date:** March 14, 2011

### OWNER INFORMATION

**Owner At Publication:**
Frito-Lay North America. Inc. (Delaware Corp.)
7701 Legacy Drive
Plano, Texas 75024

**Applicant:**
Frito-Lay North America. Inc. (Delaware Corp.)
7701 Legacy Drive
Plano, Texas 75024

© 2012 Corsearch

OPP 008829

## ENTINA, NATURAL & ORGANIC CRISPS, WWW.ENTINAORGANIC.COM and Design



Click to enlarge

**Status:** Allowed - Intent to Use Statement of Use - Non-Final Refusal Mailed. September 22, 2011

**Goods/Services:**
**Int'l Class:** 30 (U.S. Class: 46)
Organic food package combinations consisting primarily of bread, crackers and/or cookies; organic grain-based food beverages; organic grain-based snack foods; organic wheat flour; organic wheat-based snack foods
**First Use:** January 1, 2011
**In Commerce:** January 1, 2011

**Most Recent Owner:**
Pelegrimas, Dovydas  (United States Citizen)

*APPLICATION/REGISTRATION INFO.*

**Serial No.:** 85-047218

**Filed:** May 25, 2010
**Published:** November 16, 2010
**Abandonment Date:** August 15, 2011
**Allowed:** January 11, 2011

*ADDITIONAL INFO.*

**Additional Info:**
Filed as intent to use

**Disclaimer:** "NATURAL & ORGANIC CRISPS"

**Design Code:** 010701, 011525, 050525, 240907, 260317, 260321

**Description:**
The mark consists of a green double lined oval around the wording "entina" in the color green placed next to a flower with red, purple, green, yellow, and blue petals and a green stem. The wording "natural & organic crisps" appears in the color white and is placed inside a green banner above a blue globe with green continents and yellow rays extending from the globe. The wording "entinaorganic.Com" appears in the color white in the bottom portion of the oval.

**Correspondent:**
Dovydas Pelegrimas
14 Avenue B
Port Washington, NY 11050-2417

**Law Office Assigned:** Law office 106
**Location Date:** September 22, 2011

*OWNER INFORMATION*

**Owner At Publication:**
Pelegrimas, Dovydas  (United States Citizen)
14 Avenue B
Port Washington, New York 11050

**Applicant:**
Pelegrimas, Dovydas  (United States Citizen)
14 Avenue B
Port Washington, New York 11050

© 2012 Corsearch

OPP 008830

OPP 008831

## FINN CRISP
*Federal*

**Status:** Renewed Principal Register - Sec. 2(F). February 19, 2003

**Affidavit(s):** 8 & 15

**Goods/Services:**
**Int'l Class:** 1, 5, 29, 30, 31, 32 (U.S. Class: 46)
Foods-namely, dried bread
**First Use:** 1950
**In Commerce:** 1950

**Most Recent Owner:**
Vaasan Oy  (Finland Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 72-097299
**Registration No.:** 745,548

**Filed:** May 17, 1960
**Published:** December 4, 1962
**Registered:** February 19, 1963
**Renewed:** February 19, 2003

### ADDITIONAL INFO.

**Disclaimer:** APPLICANT HEREBY DISCLAIMS THE WORD "CRISP" APART FROM THE MARK AS SHOWN.

**Correspondent:**
Amy L. Nelkin
Darby & Darby P.C.
P.O. Box 5257
New York, NY 10150-5257

### OWNER INFORMATION

**3rd New Owner After Registration:**
Vaasan Oy  (Finland Corp.)
Nuijalantie 13
02630 Espoo

**2nd New Owner After Registration:**
Vaasan & Vaasan Oy  (Finland Corp.)
Hopeatie 2
Fin-00440 Helsinki

**Registrant:**
Finnfoods Inc.  (New Jersey Corp.)
314 Canterbury Drive
Ramsay, New Jersey

### ASSIGNMENT HISTORY

**Assignee:**
Vaasan Oy  (Finland Corp.)
Nuijalantie 13
02630 Espoo
**Assignor:**
Vaasan & Vaasan Oy  (Finland Corp.)

**Recorded:** April 16, 2010
**Assigned:** August 31, 2009
**Reel/Frame:** 4187/0420
**Action:** Change of name

**Assignee:**
Vaasan & Vaasan Oy  (Finland Corp.)
Hopeatie 2
Fin-00440 Helsinki

**Recorded:** June 26, 2001
**Assigned:** April 28, 2001
**Reel/Frame:** 2322/0669
**Action:** Assigns the entire interest

**OPP 008832**

**Assignor:**
Danisco Finland Oy  (Finland Corp.)

**Assignee:**
Danisco Finland Oy  (Finland Corp.)
Keilaranta 9
Fin-02150 Espoo
**Assignor:**
Cultor Corporation  (Finland Corp.)

**Assignee:**
Cultor Corporation  (Finland Corp.)
Kyllikinportti 2
Fin-00240 Helsinki
**Assignor:**
Cultor LTD.  (Finland Jt. Stock Co.)

**Assignee:**
Cultor LTD.  (Finland Joint Stock Company)
Lansituulentie 7
Espo
**Assignor:**
Suomen Soken Oy  (Finland Corp.)

**Assignee:**
Suomen Soken Oy  (Finland Corp.)
Espoo
**Assignor:**
Suomen Rehu Oy  (Finland Corp.)
Helsinki

**Assignee:**
Suomen Rehu Oy
**Assignor:**
Vaasamills LTD.
Helsinki

**Assignee:**
Vaasamills LTD.
**Assignor:**
Vaasan Hoyrymylly Osakeyhtio

**Assignee:**
Vaasan Hoyrymylly Osakeyhtio  (Finland Company)
Helsinki 53
**Assignor:**
Finnfoods Inc.  (Finland Company)
Helsinki

and goodwill

**Recorded:** June 26, 2001
**Assigned:** November 15, 1999
**Reel/Frame:** 2322/0672
**Action:** Change of name

**Recorded:** June 26, 2001
**Assigned:** August 31, 1997
**Reel/Frame:** 2322/0675
**Action:** Change of name

**Recorded:** June 26, 2001
**Assigned:** April 4, 1989
**Reel/Frame:** 2322/0690
**Action:** Change of name

**Recorded:** May 5, 1988
**Assigned:** December 31, 1987
**Reel/Frame:** 0604/0802
**Action:** Assigns the entire interest and goodwill

**Recorded:** May 5, 1988
**Assigned:** September 23, 1987
**Reel/Frame:** 0604/0795
**Action:** Change of name

**Recorded:** February 3, 1983
**Assigned:** November 26, 1982
**Reel/Frame:** 0434/0094
**Action:** Change of name April 23, 1981

**Recorded:** June 11, 1969
**Assigned:** June 16, 1967
**Reel/Frame:** 0177/0324
**Action:** Assigns the entire interest and goodwill

© 2012 Corsearch

OPP 008833

## FIT CRISPS and Design



Click to enlarge

**Status:** Registered, October 25, 2011

**Goods/Services:**
Int'l Class: 29 (U.S. Class. 46)
Nut-based snack foods, namely, nut crisps; potato-based
snack foods; vegetable-based snack foods
First Use: August 15, 2010
In Commerce: January 5, 2011

Int'l Class: 30 (U.S. Class: 46)
Breakfast cereals; cereal-based snack foods, grain-based
snack foods; multigrain-based snack foods; ready-to-eat
cereals; rice-based snack foods
First Use: August 15, 2010
In Commerce: January 5, 2011

**Most Recent Owner:**
All American Appetite, LLC, Dba Fit Crisps  (California
Limited Liability Company)

### APPLICATION/REGISTRATION INFO.

Serial No.: 85-091222                    Filed: July 23, 2010
Registration No.: 4,046,462             Published: January 4, 2011
                                         Allowed: March 1, 2011
                                         Registered: October 25, 2011

### ADDITIONAL INFO.

**Additional Info:**                      **Correspondent:**
Filed as Intent to use - actual use claimed    Brian Lerner, Esq.
                                         121 S Hope St Apt 335
**Disclaimer:** "CRISPS"                  Los Angeles, CA 90012-5017

**Design Code:** 260121, 270301

**Description:**
The mark consists of the words "fit crisps" wherein
the "i" in "fit" is in stylized lower case format and
consists of a completely shaded circle appearing
as the dot in the letter "i," and wherein the same
"i" as well as the upper right portion of the "f," and
the upper left portion of the "t," are curved to
border the dot of the letter "i" in "fit".

### OWNER INFORMATION

**Registrant/ Applicant:**
All American Appetite, LLC, Dba Fit Crisps  (California Limited Liability Company)
2169 E. Ocean Blvd.
Newport Beach, California 92661

**Owner At Publication:**
All American Appetite, LLC, Dba Fit Crisps  (California Limited Liability Company)
2169 E. Ocean Blvd.
Newport Beach, California 92661

### ASSIGNMENT HISTORY

**Assignee:**                             Recorded: September 27, 2011

OPP 008834

Lerner, Brian G., Mr.  (United States Citizen)
121 S. Hope St., #335
Los Angeles, California 90012
**Assignor:**
All American Appetite LLC  (California Limited Liability
Company)

**Assigned:** September 25, 2011
**Reel/Frame:** 4631/0529
**Action:** Assigns the entire interest
and goodwill

© 2012 Corsearch

OPP 008835

## GOLDEN CRISP

Federal

**Status:** Registered Principal Register - Sec. 2(F) 8 & 15, July 10, 2010

**Affidavit(s):** 8 & 15, July 10, 2010

**Goods/Services:**
**Int'l Class:** 30 (U.S. Class: 46)
Mexican food products made from corn; namely, tortilla chips, taco shells, tostada shells, tostada squares and tostada bowls
First Use: January 24, 1999
In Commerce: January 24, 1999

**Most Recent Owner:**
Warnock Food Products, Inc. (California Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-465682
**Registration No.:** 2,857,364

Filed: November 12, 2002
Published: April 6, 2004
Registered: June 29, 2004

### ADDITIONAL INFO.

Disclaimer: "CRISP"

Add'l U.S. Reg. No.(s).: 1,727,941

Correspondent:
Joseph C. Andras
Myers, Dawes & Andras
19900 Macarthur Blvd., Suite 1150
Irvine CA 92612

### OWNER INFORMATION

**Registrant/ Applicant:**
Warnock Food Products, Inc. (California Corp.)
20237 Masa Street
Madera, California 93638

**Owner At Publication:**
Warnock Food Products, Inc. (California Corp.)
20237 Masa Street
Madera, California 93638

© 2012 Corsearch

OPP 008836

## ISLAND CRISPS and Design

**Status:** Registered, October 23, 2007

**Goods/Services:**
Int'l Class: 29 (U.S. Class 46)
Melinjo seed chips
First Use: May 10, 2005
In Commerce: May 10, 2005

**Most Recent Owner:**
Big Tree Farms International Co. LTD. (Hong Kong Special Administrative Region of the People's Republic of China, the Corp.)



Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 78-819084
**Registration No.:** 3,317,446

**Filed:** February 20, 2006
**Published:** August 7, 2007
**Registered:** October 23, 2007

### ADDITIONAL INFO.

**Disclaimer:** "CRISPS"

**Design Code:** 060103, 261121

**Correspondent:**
Michele P. Schwartz
Andrews Kurth LLP
1717 Main St Ste 3700
Dallas, TX 75201-7301

### OWNER INFORMATION

**Registrant/ Applicant:**
Big Tree Farms International Co. LTD. (Hong Kong Special Administrative Region of the People's Republic of China, the Corp.)
3rd Floor Jonsim Place
228 Queens Road
East Wanshai, 852-2861

**Owner At Publication:**
Big Tree Farms International Co. LTD. (Hong Kong Special Administrative Region of the People's Republic of China, the Corp.)
3rd Floor Jonsim Place
228 Queens Road
East Wanshai, 852-2861

© 2012 Corsearch

OPP 008837

## JUST CRISPS

**Status:** Registered 8 & 15, March 19, 2010

**Affidavit(s):** 8 & 15, March 19, 2010

**Goods/Services:**
Int'l Class: 30 (U.S. Class: 46)
Bread crisps
First Use: February 4, 1988
In Commerce: May 25, 1988

**Most Recent Owner:**
Just Off Melrose, Inc. (California Corp.)

*Federal*



Click to enlarge

### APPLICATION/REGISTRATION INFO.

Serial No.: 76-575666
Registration No.: 2,924,900

Filed: February 2, 2004
Published: November 16, 2004
Registered: February 8, 2005

### ADDITIONAL INFO.

Disclaimer: "CRISPS"

Add'l U.S. Reg. No.(s).: 2,303,662

Correspondent:
Erik J. Stanek
1626 Constitution Drive
Glenview IL 60026

### OWNER INFORMATION

**Registrant:**
Just Off Melrose, Inc. (California Corp.)
1196 Montalvo Way
Palm Springs, California 92262

**Owner At Publication:**
Just Off Melrose, Inc. (California Corp.)
1773 West Lincoln Ave., Building B
Anaheim, California 92801

**Applicant:**
Just Off Melrose, Inc. (California Corp.)
1773 West Lincoln Ave., Building B
Anaheim, California 92801

© 2012 Corsearch

OPP 008838

## KAMEDA CRISPS

**Status:** Registered Principal Register - Sec. 2(F), July 6, 2010

**Goods/Services:**
Int'l Class: 30 (U.S. Class: 46)
Confectionery, namely, rice crackers, pellet-shaped rice crackers, rice-based snack foods, cereal-based snack foods
**First Use:** October, 2008
**In Commerce:** October, 2008

**Most Recent Owner:**
Kameda Seika Co., LTD. (Japan Corp.)

*Federal*



Click to enlarge

### APPLICATION/REGISTRATION INFO.

Serial No.: 77-591972
Registration No.: 3,815,188

Filed: October 14, 2008
Published: September 15, 2009
Allowed: December 8, 2009
Registered: July 6, 2010

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use – actual use claimed

**Disclaimer:** "CRISPS"

**Add'l U.S. Reg. No.(s).:** 3,556,026, 3,649,483

**Correspondent:**
Bruce S. Londa
Norris Mclaughlin & Marcus Pa
875 3rd Ave Fl 18
New York, NY 10022-6225

### OWNER INFORMATION

**Registrant/ Applicant:**
Kameda Seika Co., LTD. (Japan Corp.)
Niigata-Shi
3-1-1 Kameda-Kogyodanchi, Konan-Ku,
Niigata

**Owner At Publication:**
Kameda Seika Co., LTD. (Japan Corp.)
Niigata-Shi
3-1-1 Kameda-Kogyodanchi, Konan-Ku,
Niigata

© 2012 Corsearch

OPP 008839

# MONKEY TOAST BITE-SIZE CRISPS and Design

**Status:** Allowed - Intent to Use Notice of Allowance Issued, December 6, 2011

**Goods/Services:**
Int'l Class: 30 (U.S. Class: 46)
Baked goods, namely, cereal based snack foods and cereal based snack foods also containing fruit

**Most Recent Owner:**
Ferris, Dale Elizabeth (Canada Citizen)



*Federal*

Click to enlarge

## APPLICATION/REGISTRATION INFO.

Serial No.: 85-293434

Filed: April 12, 2011
Published: October 11, 2011
Allowed: December 6, 2011

## ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use

**Disclaimer:** "TOAST" OR "BITE-SIZE CRISPS"

**Design Code:** 031101, 031116, 261713

**Description:**
The mark consists of the stylized words "monkey toast bite-size crisps" with "monkey" positioned above "toast" and with "toast" positioned above "bite-size crisps" and with a caricature of a monkey head positioned to the right of "toast".

**Correspondent:**
Ian D. Gates
Dascenzo Intellectual Property Law, P.C.
522 Sw 5th Ave Ste 925
Portland, OR 97204-2126

**Law Office Assigned:** Law office 106
**Location Date:** December 6, 2011

## OWNER INFORMATION

**Owner At Publication:**
Ferris, Dale Elizabeth (Canada Citizen)
6695 Nelson Avenue
West Vancouver, B.C., V7w2b2

**Applicant:**
Ferris, Dale Elizabeth (Canada Citizen)
6695 Nelson Avenue
West Vancouver, B.C., V7w2b2

© 2012 Corsearch

OPP 008840

# NATURE VALLEY FRUIT CRISPS

*Federal*

**Status:** Registered. October 9, 2007

**Goods/Services:**
**Int'l Class:** 29 (U.S. Class: 46)
Fruit crisps
**First Use:** July 24, 2006
**In Commerce:** July 24, 2006

**Most Recent Owner:**
General Mills. Inc. (Delaware Corp.)



NATURE VALLEY FRUIT CRISPS

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 78-822112
**Registration No.:** 3.309,527

**Filed:** February 23, 2006
**Published:** October 3, 2006
**Allowed:** April 3, 2007
**Registered:** October 9, 2007

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use - actual use claimed

**Disclaimer:** "FRUIT CRISPS"

**Add'l U.S. Reg. No.(s).:** 965,714. 1,050,871.
1,211,778 and others

**Correspondent:**
Joshua J Burke
General Mills, Inc.
1 General Mills Blvd
Minneapolis, MN 55426-1348

### OWNER INFORMATION

**Registrant/ Applicant:**
General Mills, Inc. (Delaware Corp.)
1 General Mills Boulevard
Minneapolis, Minnesota 55426

**Owner At Publication:**
General Mills, Inc. (Delaware Corp.)
1 General Mills Boulevard
Minneapolis, Minnesota 55426

© 2012 Corsearch

OPP 008841

## NET ZERO CARB CRISP

Federal

**Status:** Registered Supplemental Register, March 29, 2005

**Goods/Services:**
**Int'l Class:** 29 (U.S. Class: 46)
Dietary fiber material, namely soy protein isolate and
calcium carbonate for incorporation in food products for
human consumption
**First Use:** August 18, 2003
**In Commerce:** September 2, 2003

**Most Recent Owner:**
Nuvex Ingredients Inc. (Delaware Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-547106                    **Filed:** September 10, 2003
**Registration No.:** 2,937,087              **Registered:** March 29, 2005

### ADDITIONAL INFO

**Additional Info:**                         **Correspondent:**
Amended to supplemental register august 23,  Heidi A. Schiller
2004                                         Choate Hall & Stewart
                                             Exchange Place
**Disclaimer:** "CRISP"                      53 State Street, Boston, MA 02109

### OWNER INFORMATION

**Registrant/ Applicant:**
Nuvex Ingredients Inc. (Delaware Corp.)
1640 West First Street
P.O. Box 158
Blue Earth, Minnesota 56013

© 2012 Corsearch

OPP 008842

## OLDE CAPE COD POPPED CRISPS

**Status:** Allowed - Intent to Use 1st Extension of Time
Granted, September 20, 2011

**Goods/Services:**
**Int'l Class:** 29 (U.S. Class 46)
Potato-based snack foods; vegetable-based snack foods;
potato chips

**Int'l Class:** 30 (U.S. Class 46)
Corn-based snack foods; multi-grain based snack foods;
wheat-based snack foods; rice-based snack foods; rice
cakes; corn chips

**Most Recent Owner:**
Cains Foods, L.P., Djk Foods, Inc., a Delaware Corporation
(Delaware LTD. Partnership)

OLDE CAPE COD POPPED CRISPS

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 85-139811

**Filed:** September 28, 2010
**Published:** February 15, 2011
**Allowed:** April 12, 2011

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use

**Disclaimer:** "POPPED CRISPS"

**Add'l U.S. Reg. No.(s).:** 2,554,557, 3,166,503,
3,760,161 and others

**Correspondent:**
Michelle A. Massicotte
Nixon Peabody LLP
100 Summer St
Boston, MA 02110

**Law Office Assigned:** Law office 102
**Location Date:** April 12, 2011

### OWNER INFORMATION

**Owner At Publication:**
Cains Foods, L.P., Djk Foods, Inc., a Delaware Corporation (Delaware LTD. Partnership)
P.O. Box 347
114 East Main Street
Ayer, Massachusetts 01432

**Applicant:**
Cains Foods, L.P., Djk Foods, Inc., a Delaware Corporation (Delaware LTD. Partnership)
P.O. Box 347
114 East Main Street
Ayer, Massachusetts 01432

© 2012 Corsearch

OPP 008843

## POP-TARTS MINI CRISPS

**Status:** Registered, November 1, 2011

**Goods/Services:**
Int'l Class: 30 (U.S. Class 46)
Crackers
**First Use:** January 3, 2011
In Commerce: January 3, 2011

**Most Recent Owner:**
Kellogg North America Company (Delaware Corp.)

*Federal*

POP-TARTS MINI CRISPS

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 85-122141
**Registration No.:** 4,050,507

**Filed:** September 2, 2010
**Published:** April 5, 2011
**Allowed:** May 31, 2011
**Registered:** November 1, 2011

### ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use - actual use claimed

**Disclaimer:** "MINI CRISPS"

**Add'l U.S. Reg. No.(s).:** 791,514, 1,671,971 and others

**Correspondent:**
David a Herdman
Kellogg North America Company
Po Box 3599
Battle Creek, MI 49016-3599

### OWNER INFORMATION

**Registrant/ Applicant:**
Kellogg North America Company (Delaware Corp.)
One Kellogg Square, Po Box 3599
Battle Creek, Michigan 490163599

**Owner At Publication:**
Kellogg North America Company (Delaware Corp.)
One Kellogg Square, Po Box 3599
Battle Creek, Michigan 490163599

© 2012 Corsearch

OPP 008844

## RAINCOAST CRISPS

**Status:** Registered, June 7, 2011

**Goods/Services:**
Int'l Class: 30 (U.S. Class: 46)
(Based on use in commerce) crackers(based on 44(e))
crackers
First Use: 2006
In Commerce: 2006

**Most Recent Owner:**
Stowe, Lesley (Canada Citizen)

*Federal*

RAINCOAST CRISPS

Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 85-004377
**Registration No.:** 3,972,819

**Filed:** April 1, 2010
**Published:** March 22, 2011
**Registered:** June 7, 2011

### ADDITIONAL INFO.

**Additional Info:**
Originally filed based on section 44(e)

**Disclaimer:** "CRISPS"

**International Information**

**Foreign Designations:**

**Foreign:** Canada
**Registration Number:** Tma595748
**Registered:** November 25, 2003
**Expiration:** November 25, 2018

**Correspondent:**
David A. Lowe
Lowe Graham Jones
Suite 4800
701 Fifth Avenue: Seattle WA 98104

### OWNER INFORMATION

**Registrant/ Applicant:**
Stowe, Lesley (Canada Citizen)
100-13955 Bridgeport Road
Richmond, Bc, V6v1j6

**Owner At Publication:**
Stowe, Lesley (Canada Citizen)
100-13955 Bridgeport Road
Richmond, Bc, V6v1j6

© 2012 Corsearch

**OPP 008845**

## RICE CRISPS and Design



*Federal*

**Status:** Registered 8 & 15, November 24, 2007

**Affidavit(s):** 8 & 15, November 24, 2007

**Goods/Services:**
**Int'l Class:** 30 (U.S. Class: 46)
Rice crackers, rice, porridge, cereal-based snack food, rice-based beverages, pastries, biscuits, vinegar, candies, tea
**First Use:** June 21, 1990
**In Commerce:** July 1, 1999

**Most Recent Owner:**
I Lan Foods Ind. Co., LTD. (Taiwan Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-270170
**Registration No.:** 2,642,172

**Filed:** June 13, 2001
**Published:** August 6, 2002
**Registered:** October 29, 2002

### ADDITIONAL INFO.

**Disclaimer:** "RICE CRISPS"

**Design Code:** 051325, 261709

**Correspondent:**
Sujata Chaudhri
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

### OWNER INFORMATION

**Registrant/ Applicant:**
I Lan Foods Ind. Co., LTD. (Taiwan Corp.)
No. 19-13, Shin Cheng N. Road
Shin Cheng Li, Su-Aou, I Lan

**Owner At Publication:**
I Lan Foods Ind. Co., LTD. (Taiwan Corp.)
No. 19-13, Shin Cheng N. Road
Shin Cheng Li, Su-Aou, I Lan

© 2012 Corsearch

**OPP 008846**

## SKINNY CRISPS

**Status:** Registered, December 9, 2008

**Goods/Services:**
**Int'l Class:** 5 (U.S. Class, 6, 18, 44, 46, 51, 52)
Biscuits, bread, bread rolls, cakes, cereal products,
confectionery, crackers, noodles, fish sauce, relish, sauces,
cereal-based snack-foods and prepared dietary items that
are gluten-free to accommodate special medical and health
conditions
**First Use:** July 1, 2007
**In Commerce:** January 1, 2008

**Int'l Class:** 8 (U.S. Class, 23, 28, 44)
Nut crackers
**First Use:** June 1, 2007
**In Commerce:** January 1, 2008

**Int'l Class:** 30 (U.S. Class: 46)
Crackers
**First Use:** June 1, 2007
**In Commerce:** January 1, 2008

**Most Recent Owner:**
Skinny Crisps, Inc. (Colorado Corp.)



Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 77-456969
**Registration No.:** 3,543,290

**Filed:** April 24, 2008
**Published:** September 23, 2008
**Registered:** December 9, 2008

### ADDITIONAL INFO.

**Disclaimer:** "CRISPS"

**Correspondent:**
Skinny Crisps, Inc.
Skinny Crisps, Inc.
2669 Juniper Ave
Boulder, CO 80304-2409

### OWNER INFORMATION

**Registrant/ Applicant:**
Skinny Crisps, Inc. (Colorado Corp.)
2669 Juniper Ave
Boulder, Colorado 80304

**Owner At Publication:**
Skinny Crisps, Inc. (Colorado Corp.)
2669 Juniper Ave
Boulder, Colorado 80304

© 2012 Corsearch

OPP 008847

## SMART CRISPS

*Federal*

**Status:** Registered, April 4, 2006

**Goods/Services:**
Int'l Class: 29 (U.S. Class: 46)
Soy based snack food
**First Use:** June 11, 2003
In Commerce: June 11, 2003

**Most Recent Owner:**
Robert's American Gourmet Food, LLC  (Delaware Limited
Liability Company)



Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-578324
**Registration No.:** 3,075,136

**Filed:** February 27, 2004
**Published:** September 20, 2005
**Registered:** April 4, 2006

### ADDITIONAL INFO.

**Disclaimer:** "CRISPS"

**Add'l U.S. Reg. No.(s).:** 1,841,453

**Correspondent:**
Myron Amer
Myron Amer, P.C.
Suite 2B
350 National Blvd, Long Beach NY
11561-3327

### OWNER INFORMATION

**2nd New Owner After Registration:**
Robert's American Gourmet Food, LLC  (Delaware Limited Liability Company)
100 Roslyn Avenue
Robert's American Gourmet Food, Inc.
Sea Cliff, New York 11579

**1st New Owner After Registration:**
Ragf, Inc.  (New York Incorporated)
100 Roslyn Avenue
Sea Cliff, New York 11579

**Registrant/ Applicant:**
Robert's American Gourmet  (New York Corp.)
100 Roslyn Avenue
Sea Cliff, New York 11579

**Owner At Publication:**
Robert's American Gourmet  (New York Corp.)
100 Roslyn Avenue
Sea Cliff, New York 11579

### ASSIGNMENT HISTORY

**Assignee:**
Robert's American Gourmet Food, LLC  (Delaware
Limited Liabiility Company)
100 Roslyn Avenue
Robert's American Gourmet Food, Inc.
Sea Cliff, New York 11579
**Assignor:**

**Recorded:** May 14, 2008
**Assigned:** May 14, 2008
**Reel/Frame:** 3782/0424
**Action:** Assigns the entire interest
and goodwill

OPP 008848

Ragf. Inc. (New York Corp.)

**Assignee:**
Ragf, Inc. (New York Incorporated)
100 Roslyn Avenue
Sea Cliff, New York 11579
**Assignor:**
Robert's American Gourmet Food, Inc. (New York
Incorporated)

**Recorded:** May 15, 2008
**Assigned:** May 13, 2008
**Reel/Frame:** 3778/0780
**Action:** Change of name

© 2012 Corsearch

OPP 008849

## SNAPEA CRISPS (Stylized)

**Status:** Registered 8 & 15, April 16, 2008

**Affidavit(s):** 8 & 15, April 16, 2008

**Goods/Services:**
Int'l Class: 29 (U.S. Class: 46)
Vegetable based snack foods, bean chips, bean crisps
First Use: October 12, 1999
In Commerce: October 12, 1999

**Most Recent Owner:**
Calbee, Inc. (Japan Corp.)

*Federal*



Click to enlarge

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 76-058825
**Registration No.:** 2,561,218

Filed: May 30, 2000
Published: January 22, 2002
Registered: April 16, 2002

### ADDITIONAL INFO

Disclaimer: "CRISPS"

Correspondent:
Mark I. Peroff
Hiscock & Barclay, LLP
Seven Times Square
New York NY 10036

### OWNER INFORMATION

**3rd New Owner After Registration:**
Calbee, Inc. (Japan Corp.)
1-8-3, Marunouchi, Chiyoda-Ku
Tokyo

**2nd New Owner After Registration:**
Calbee Foods Co., LTD. (Japan Corp.)
1-8-3, Marunouchi, Chiyoda-Ku
Tokyo

**1st New Owner After Registration:**
Snacksalad Marketing & Technologies, Inc. (California Corp.)
21250 Hawthorne Boulevard, Suite 700
Torrance, California 90503

**Registrant/ Applicant:**
Calbee Foods Co., LTD. (Japan Corp.)
1-20-1, Akabane-Minami, Kita-Ku
Tokyo

**Owner At Publication:**
Calbee Foods Co., LTD. (Japan Corp.)
1-20-1, Akabane-Minami, Kita-Ku
Tokyo

### ASSIGNMENT HISTORY

**Assignee:**
Calbee, Inc. (Japan Corp.)
1-8-3, Marunouchi, Chiyoda-Ku
Tokyo

Recorded: May 3, 2011
Assigned: January 31, 2011
Reel/Frame: 4532/0837
Action: Change of name

OPP 008850

**Assignor:**
Calbee Foods Co., LTD. (Japan Corp.)

**Assignee:**                                              **Recorded:** February 22, 2006
Calbee Foods Co., LTD. (Japan Corp.)                       **Assigned:** January 1, 2005
1-20-1, Akabane-Minami, Kita-Ku                            **Reel/Frame:** 3252/0004
Tokyo                                                      **Action:** Assigns the entire interest
**Assignor:**                                              and goodwill
Snacksalad Marketing & Technologies, Inc. (California
Corp.)

**Assignee:**                                              **Recorded:** December 1, 2005
Snacksalad Marketing & Technologies, Inc. (California      **Assigned:** July 1, 2004
Corp.)                                                     **Reel/Frame:** 3203/0878
21250 Hawthorne Boulevard, Suite 700                       **Action:** Assigns the entire interest
Torrance, California 90503                                 and goodwill
**Assignor:**
Calbee Foods Co., LTD. (Japan Corp.)

© 2012 Corsearch

OPP 008851

## SONOMA CRISPS and Design

*Federal*

**Status:** Registered, December 8, 2009

**Goods/Services:**
Int'l Class: 29 (U.S. Class: 46)
Dehydrated fruit snacks
First Use: July 15, 2008
In Commerce: July 15, 2008



Click to enlarge

**Most Recent Owner:**
Snacksalad Marketing & Technologies Inc. (California Corp.)

### APPLICATION/REGISTRATION INFO.

**Serial No.:** 77-613201
**Registration No.:** 3,721,000

**Filed:** November 12, 2008
**Published:** September 22, 2009
**Registered:** December 8, 2009

### ADDITIONAL INFO.

**Disclaimer:** "SONOMA CRISPS"

**Add'l U.S. Reg. No.(s).:** 3,354,499

**Design Code:** 050310

**Description:**
The mark consists of the wording "sonoma crisps" with a stalk and leaf design intertwined with the wording.

**Correspondent:**
Eric H. Saiki
Radcliff & Saiki LLP
21515 Hawthorne Blvd., Suite 650
Torrance CA 90503

### OWNER INFORMATION

**Registrant/ Applicant:**
Snacksalad Marketing & Technologies Inc. (California Corp.)
21250 Hawthorne Blvd., Suite 700
Torrance, California 90503

**Owner At Publication:**
Snacksalad Marketing & Technologies Inc. (California Corp.)
21250 Hawthorne Blvd., Suite 700
Torrance, California 90503

© 2012 Corsearch

OPP 008852

# STACY'S CRACKER CRISPS

*Federal*

**Status:** Allowed - Intent to Use 1st Extension of Time
Granted, December 1, 2011

**Goods/Services:**
**Int'l Class:** 29 (U.S. Class. 46)
Nut-based snack foods; nut-based snack foods, namely,
nut crisps

**Int'l Class:** 30 (U.S. Class. 46)
Bagel chips; crackers; edible wafers; flour-based chips,
grain-based chips; pita chips; wheat-based snack foods

**Most Recent Owner:**
Stacy's Pita Chip Company, Inc. (Massachusetts Corp.)

STACY'S CRACKER CRISPS

Click to enlarge

## APPLICATION/REGISTRATION INFO.

**Serial No.:** 85-195302

**Filed:** December 10, 2010
**Published:** May 3, 2011
**Allowed:** June 28, 2011

## ADDITIONAL INFO.

**Additional Info:**
Filed as intent to use

**Disclaimer:** "CRACKER CRISPS"

**Add'l U.S. Reg. No.(s).:** 3,162,759; 3,162,779
and others

**Description:**
The name "stacy" identifies a living individual
whose consent is of record.

**Correspondent:**
Jeanette S. Zimmer
Frito-Lay North America, Inc.
7701 Legacy Dr
Plano, TX 75024-4099

**Law Office Assigned:** Law office 109
**Location Date:** June 28, 2011

## OWNER INFORMATION

**Owner At Publication:**
Stacy's Pita Chip Company, Inc. (Massachusetts Corp.)
663 North Street
Randolf, Massachusetts 02368

**Applicant:**
Stacy's Pita Chip Company, Inc. (Massachusetts Corp.)
663 North Street
Randolf, Massachusetts 02368

© 2012 Corsearch

OPP 008853