# EXHIBIT 14

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

-------------------------------------------------------------------x
:
FRITO-LAY NORTH AMERICA, INC.      :   Opposition No. 91195552 (parent)
       :   Cancellation No. 92053001

Opposer/Petitioner,       :

      :

v.       :

PRINCETON VANGUARD, L.L.C.,       :

Applicant/Respondent.       :

      :

-------------------------------------------------------------------x

CERTIFICATE OF EXPRESS MAILING

NUMBER *EI 47501690*

DATE of DEPOSIT: May 10, 2012

I hereby certify that this paper is being deposited with the United States Postal Service "EXPRESS MAIL POST OFFICE TO ADDRESSEE" service under 37 C.F.R. § 1.10 on the date indicated above and is addressed to: Trademark Trial and Appeal Board, U.S. Patent and Trademark Office, P.O. Box 1451, Alexandria, VA 22313-1451

*Jeremy N. Klatell*
Jeremy N. Klatell

## DECLARATION OF CHRISTOPHER LAUZAU IN SUPPPORT OF APPLICANT'S MOTION FOR SUMMARY JUDGMENT

I, Christopher Lauzau, declare as follows:

1.      I am a Senior Legal Research Analyst at Debevoise & Plimpton LLP. I submit this declaration in support of the motion of Princeton Vanguard, L.L.C. ("Applicant" or "Princeton Vanguard") for summary judgment. I understand Snack Factory, LLC ("Snack Factory") to be an affiliate of Princeton Vanguard. I am over the age of 18 and competent to testify. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I previously submitted a declaration in this case in relation to Applicant's Opposition to Opposer's Motion for Summary Judgment, dated November 16, 2010. This declaration updates the results of the searches I conducted at that time.

3. On April 20, 2012, I conducted a search in LexisNexis's Mega News database for the terms "pretzel crisp" or "pretzelcrisp" since October 2004. Attached as **Exhibit 1** is a true and correct copy of a printout showing the results of the LexisNexis Mega News search I conducted.

4. The results include articles from both print publications and Internet blogs. I personally reviewed each of the references identified as potentially relevant. Overall there were 331 articles included in the results. Because the database does not filter out punctuation or short words such as "the" or "of," there are some results that are not applicable to the search and were removed. I also removed those entries that appeared multiple times in the same publication. I did not remove duplicative articles that appeared in different publications, however. After eliminating irrelevant and duplicated entries, there were 260 references during the past seven and a half years.

5. Of the remaining relevant results, the vast majority refer to Princeton Vanguard's PRETZEL CRISPS product in a non-generic fashion. Of those, a total of 216 (83%) clearly referred to PRETZEL CRISPS as a brand name of snacks produced by Snack Factory or its licensees (including Kraft Foods, Inc. and Cindy's Kitchen). The use in an additional 8 results were unclear, but contextual clues suggest that the author was speaking about Snack Factory's PRETZEL CRISPS crackers. In contrast, only 36

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 3 of 100   2

results (14%) referred to that phrase in a way that may have been a generic reference. Of those 36, 6 were the same article repeated in different publications.

6.　　Examples of the PRETZEL CRISPS brand references that I found in the search include:

- Retail sales of Pretzel Crisps are growing quickly and last year exceeded $100 million, according to Princeton Vanguard. Meanwhile, sales of Rold Gold pretzel products have decreased slightly over the last couple of years. *Battle of the Brands*, THE NEW YORK TIMES, February 21, 2012.

- Some, like Princeton, N.J.-based Snack Factory, which makes the Pretzel Crisp snack line, have cast a wide net to capture the attention of hungry tailgaters throughout football season. At the center of Snack Factory's campaign were its new Bold & Spicy flavors. *Winner's Circle*, THE PROGRESSIVE GROCER, January 2012.

- For over 25 years, Susan G. Komen has been the global proponent of the breast cancer movement and has invested more than $1.9 billion towards research and life-saving community programs. This year, Pretzel Crisps®, the low calorie, flat-baked pretzel cracker, will be sporting the pink ribbon on its 14 ounce Pretzel Crisps packaging to help raise awareness and donations for Komen. From June 2011 through May 2012, Snack Factory will donate a minimum of $100,000 to the organization. *Pretzel Crisps(R) Stacks Up in the Fight Against Breast Cancer; Snack Factory's Pretzel Crisps(R) Partners With Susan G. Komen for the Cure(R) to Help Raise Awareness and Fund a Cure for Breast Cancer*, GLOBENEWSWIRE, September 20, 2011.

- That's because the Skillman, N.J.-based company extended its Pretzel Crisps line of thin, crunchy, deli-style pretzel crackers to welcome new varieties that test the limits of traditional pretzel manufacturing. *Twisted treats: to compete with the variety of new salty snacks moving into the market, pretzel manufacturers are delivering a fresh twist on an old classic*, SNACK FOOD & WHOLESALE BAKERY, August 1, 2010.

- We've discovered the whole flat issue is not always a bad thing. Pretzel Crisps come in a variety of flavors – from Cinnamon Toast to Tuscan Three Cheese (both from the modern Classics line) – and our taste testers found them equally nosh-able. Fauzia Arain, *Shelf Life*, CHICAGO TRIBUNE, June 16, 2010.

- Snack Factory announced that it will launch its new Modern Classics line of Pretzel Crisps at Whole Foods Market stores nationwide in May . . . Pretzel Crisps Modern Classics are a good fit for Whole Foods Market, according to Senior Global Grocery Coordinator Errol Schweizer. "Our east coast regions have had great success with Pretzel Crisps over the past few years. The product is a great snack option and we feel it's going to be a hit nationwide." *Snack Factory Announces Whole Foods Market Launch*, FOOD BUSINESS WEEK, May 13, 2010.

- So I've been wondering how long it would take for a big company to copy the Snack Factory's idea of turning pretzels into a dippable, spreadable, flat-surfaced cracker it calls Pretzel Crisps. A little while longer, it seems. *Keebler Flipsides can satisfy both pretzel and cracker lovers*, SOUTHTOWNSTAR EDITION (IL), April 17, 2008.

- Ok, "flattened pretzels" don't sounds so appealing. But Pretzel Crisps from Snack Factory delighted tasters with their tiny size and great flavor. *In the Snack Isle: Flat pretzels are full of flavor*, THE HOUSTON CHRONICLE, April 5, 2006.

- After tasting goat's milk ice cream and Dave's Insanity sauce, the Pretzel Crisp booth was a welcome stop. Pretzel Crisps are made by The Snack Factory and basically are flat pretzels that you eat like a cracker. *Salt, ginger provide spice to trendy food show*, SACRAMENTO BEE, METRO FINAL EDITION, January 25, 2006.

7.     Additionally, I conducted a search for "pretzel crisp" or "pretzelcrisp" for the period from October 2004 to May 15, 2009, the date the first opposition was filed in this case. Attached as **Exhibit 2** is a true and correct copy of a printout showing the results of the LexisNexis Mega News for that period. After eliminating irrelevant and duplicated entries, 79 separate articles mentioned PRETZEL CRISPS. Of those, 65 used PRETZEL CRISPS as a trademark (82%), 11 using the term in an arguably generic fashion (14%), and a remaining 3 articles with unclear use.

8.     I also conducted a search for the term "pretzel crisp" or "pretzelcrisp" for the period prior to the introduction of PRETZEL CRISPS in late 2004, dating back to 1994. For this ten-year period, there were only four hits for the term "pretzel crisps," one

4

of which referred to Snack Factory's product. Attached as **Exhibit 3** is a true and correct copy of the results of the LexisNexis Mega News search for the term "pretzel crisps" or "pretzelcrisp" for this period.

9. On May 7, 2012, I conducted a search on the "Google" search engine for the term "pretzel crisps" and I reviewed the top 100 results. Attached as **Exhibit 4** is a true and correct copy of the printout showing the first 100 results of the Google search for "pretzel crisps." Based on my review of the results, 98 (98%) used the term PRETZEL CRISPS as a trademark or referred directly to Snack Factory's product. Of the 100 results, one site (myfitnesspal.com) used it with lower case letters, but the entries in the webpage itself were to Snack Factory's product. The other entry was for Pepperidge Farm's Pretzel Thins product, but the term "pretzel crisps" does not appear on that page.

10. On October 1, 2010, in relation to my prior declaration in this case, I requested that the New York Public Library conduct a search in their encyclopedias for the term "pretzel crisps." The Library informed me that they searched the following encyclopedias:

- The New Encyclopedia Britannica, Vol. 26
- The Chambers Encyclopedia
- The Columbia Encyclopedia, 6th Ed.
- The Macmillan Encyclopedia
- The New Penguin Encyclopedia
- The World Book Encyclopedia

5

The term "pretzel crisps" did not appear as an entry in any of the encyclopedia sources reviewed by the New York Public Library.

11.     On September 29, 2010, in relation to my prior declaration in this case, I conducted a search of various dictionaries for any entries using the term "pretzel crisps." These dictionaries include:

- Webster's Third New International Dictionary, 2002
- Merriam-Webster's Collegiate Dictionary, 11th Ed.
- The American Heritage Dictionary, 2nd College Ed.[1]
- Oxford English Dictionary Online
- Dictionary.com

No dictionary that I reviewed included "pretzel crisps," as a generic term or otherwise. *See* **Exhibit 5**.

12.     On April 16 and 24, 2012, I conducted a search of the previously mentioned dictionaries for any entries using the term "crisps" used as a noun. Every dictionary that I searched indicated that "crisps" referred to something crisp or easily crumbled, potato chips, or a fruit dessert with a baked crunchy mixture. No entry included "cracker" as a synonym for "crisp" when used as a noun. *See* **Exhibit 6**.

13.     Attached as **Exhibit 7** is a true and correct copy of a printout showing the search results from Wikipedia for "Pretzel Crisps." The Wikipedia entry shows that the

---

[1]     I also reviewed the 3rd Edition of The American Heritage College Dictionary for this declaration; "pretzel crisps" is not included as a term.

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 7 of 100

6

term "Pretzel Crisps" is used exclusively in reference to Snack Factory's PRETZEL CRISPS product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York this 8th day of May, 2012.

Christopher Lauzau

## CERTIFICATE OR SERVICE

I hereby certify that a copy of the foregoing DECLARATION OF CHRISTOPHER LAUZAU IN SUPPPORT OF MOTION FOR SUMMARY JUDGMENT was served Express Mail, postage prepaid on counsel for Opposer at the address below, on May 10, 2012.

Susan Hightower, Esq.
William G. Barber, Esq.
Pirkey Barber LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701

Jeremy N. Klatell

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 9 of 100   8

'Like' Pretzel Crisps, Buy Pretzel Crisps; America's Favorite Pretzel Cracker Revamps its Online Product Offerings and Expands Internet Sales to Facebook GlobeNewswire March 15, 2012 Th

Factory?s **Pretzel Crisps**® has partnered with online retail marketplace Alice.com to expand the brands availability online.While **Pretzel Crisps** have been purchased through the brands website and various eStores for some time, the better-for-you snack brand sought to meet demand for online store access to its growing community of 176,000 plus Facebook ...

Members of the **Pretzel Crisps** Facebook community can now engage with the brand, share recipes and purchase **Pretzel Crisps** from the convenience of the brand?s Facebook page."Alice.com has enabled us to reach new users as well as current users from anywhere in the country," said Perry Abbenante, Vice President of Marketing for Snack Factory."For those consumers who prefer to shop online or can?t find their favorite flavors at their local store, they now have the ability to purchase and sample new **Pretzel Crisps** varieties from the comfort of their personal computer or smart phone."

Alice.com?s retail service provides consumers an efficient and cost-effective way to buy everyday household goods.As part of the company?s eCommerce platform, **Pretzel Crisps** will have the ease and flexibility to launch online promotions at the click of a button, providing greater value to consumers.

For more information or to purchase Snack Factory?s **Pretzel Crisps**, a recent 2011 500/5000 ranked fastest-growing private company in America, visit www.**pretzelcrisps**.com or friend us on Facebook at www.facebook.com/**pretzelcrisps**.

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded by snack food pioneers Sara and Warren Wilson.From their humble start selling funnel cakes at county ...

...create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992).Today, Snack Factory is reinventing the pretzel category with the world?s first spreadable pretzel cracker, **Pretzel Crisps**®. Rethink Your Pretzel!

About Alice.com

Alice.com provides eCommerce and interactive marketing services exclusively to the Consumer Packaged Goods (CPG) industry.The company?s eCommerce platform allows ...

Jessica Harris          **Pretzel Crisps**          609.613.0715          jharris@**pretzelcrisps**.com


11 of 331 DOCUMENTS

Copyright 2012 Washingtonpost.Newsweek Interactive Company, LLC.
All Rights Reserved
Slate Magazine

**March** 15, 2012 Thursday 10:23 PM GMT

**SECTION:** TECHNOLOGY; Technology

**LENGTH:** 1246 words

**HEADLINE:** Expensive, Useless, Exploitative;
Why we should celebrate the end of the Encyclopedia Britannica's print edition.

Expensive, Useless, Exploitative; Why we should celebrate the end of the Encyclopedia Britannica's print edition. Slate Magazine March 15, 2012 Thursday 10:23 PM GMT

**BYLINE:** Farhad Manjoo

**BODY:**

...it is clogged with acres of ugly ads. The entry for Abraham Lincoln, for example, offers me deals on a Discover Card, ultrasound tech training programs, auto insurance, Lenovo PCs, **"pretzel crisps,"** a weight loss product, a Google text ad for Lincoln cars, and Alamo auto rentals.

If you want to escape the ads, you have a few choices: Pay $70 a year ...

12 of 331 DOCUMENTS

Copyright 2012 The Palm Beach Newspapers, Inc.
All Rights Reserved
Palm Beach Post (Florida)

**March** 7, 2012 Wednesday
FINAL EDITION

**SECTION:** FOOD & ACCENT; Pg. 1D

**LENGTH:** 1194 words

**HEADLINE:** The BENTO SOLUTION;
Does THIS ADORABLE LITTLE LUNCHBOX HOLD THE KEY TO PORTION;
CONTROL AND DIET SUCCESS?;
{HEADLINE2};
ONE SERIOUS DIETER FOUND IT DOES THAT AND MORE.

**BYLINE:** By LIZ BALMASEDA Palm Beach Post Food EditorT

**BODY:**

...yielded mostly successful results. She kept three days at eight or fewer Weight Watchers points, and one day at 10. On her least successful day, she packed leftover pasta, meatballs and **pretzel crisps** for a whopping 17 points. "Way too much pasta. I could have cut the pasta in half and been satisfied," she jotted in her food diary."It's so easy to carry my lunch, which is a ...

...Fire Roasted Tomato Sauce with Cabernet Sauvignon

1 ounce Bertolli Portobello Mushroom Sauce with Merlot

3 ounces Pero Mini Sweet Peppers (red, orange, yellow), sliced

15 to 20 **pretzel crisps**

(17 points)THE BENTO BOX

Annette bought her bento box for $7.48 on Amazon.com. She bought a bento band to secure it on eBay for $3.50.

The BENTO SOLUTION; Does THIS ADORABLE LITTLE LUNCHBOX HOLD THE KEY TO PORTION;
CONTROL AND DIET SUCCESS?; {HEADLINE2}; ONE SERIOUS DIETER FOUND IT DOES THAT AND
MORE. Palm Beach Post (Florida) March

She ...

...halves were completely stuffed and, surprisingly, so was I after finishing this meal. A little vinaigrette goes a long
way." "Thursday night leftovers! I meant to bring hummus for my **pretzel crisps**, but forgot it at home. I didn't miss it
at all."

13 of 331 DOCUMENTS

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Weider Publications
Men's Fitness

**March** 1, 2012

**SECTION:** Pg. 28(1) Vol. 28 No. 2 ISSN: 0893-4460

**LENGTH:** 365 words

**HEADLINE:** Snack smarter: March madness just took a turn for the delicious;
FITFOOD

**BYLINE:** Ramsamooj, Sunil

**BODY:**

...Compared with Cheetos' more than a dozen ingredients, Kettle wins hands down with only three (potatoes, oil,
and salt) and all-natural options at that.

Round 2 BEST INGREDIENTS

TOSTITOS VS. **PRETZEL CRISPS**

**Pretzel Crisps** are made with wheat flour, but Tostitos are more wholesome overall, with 2g of multigrain fiber per
serving compared with **Pretzel Crisps**, which have only 1g.

Room 3 TITLE MATCH

Kettle vs. Tostitos

It was a tough. battle, since both chips are tasty. But in the end, Kettle has fewer calories per serving, is  ...

...bag, you're only getting 480 calories overall, versus Tostitos' more than 1,300 calories per bag.

WINNER KETTLE BAKED

Round I

NUTRITIONAL BREAKDOWN

TOP ALTERNATIVECHIPS

and business-class customers with amenities like luxury ...

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 The Gloss
Splendicity

February 17, 2012 Friday 6:35 PM EST

**LENGTH:** 545 words

**HEADLINE:** Facebook Makes Drug Addiction Look So Pretty

**BODY:**

My Facebook sponsored posts section seems dedicated to 1) telling me my peripheral acquaintances love **Pretzel Crisps** and 2) convincing me to be "an addict's cure!" But why would I want to do that when drug addiction looks so unbelievably glamorous and involves such terrific hair dye?

Because according to these ads this is what addicts look like:

Copyright 2012 Relaxnews
All Rights Reserved



AFP - RELAXNEWS (English International Version)

February 15, 2012 Wednesday

**SECTION:** GASTRONOMY

**LENGTH:** 258 words

**HEADLINE:** Hot and spicy snacks heat up snack food industry in the US

**BODY:**

...brand Tabasco has also lent its flavors to Cheez-It, savory crackers baked with their Green Pepper Sauce, and Zapp's Spicy Creole Tomato Potato Chips.

New products that offer consumers something new, like **pretzel crisps** and popchips are also proving popular in the

Page 25

Hot and spicy snacks heat up snack food industry in the US AFP - RELAXNEWS (English International Version) February 15, 2012 Wednesday

snack food world. Popchips, based out of San Francisco, are made by applying heat and pressure to potatoes for a low-calorie alternative to deep-fried ...

Copyright 2012 Orange County Register
All Rights Reserved
Orange County Register (California)

**February** 10, 2012 Friday

**SECTION:** BUSINESS; Pg. D

**LENGTH:** 478 words

**HEADLINE:** L.A. 'pop-up' eatery coming to Costa Mesa

**BYLINE:** Nancy Luna Register writer, The Orange County Register

**BODY:**

...orange marmalade, lamb belly bacon

Filet mignon, celeriac creamed spinach, black garlic, bone marrow, truffled "tater tots"

Chocolate, banana milkshake, chewy peanut butter ice cream, **pretzel crisp,** micro celery

Buzz button, suspended in rosey water

Wines and craft beer will be available at an additional cost.

For a reservation, call 909-576-9210 or email ...

Copyright 2012 Fairchild Fashion Group
All Rights Reserved



Women's Wear Daily(WWD)

**February** 9, 2012

**SECTION:** 1; Pg. 4 Vol. 203 No. 27 ISSN: 0149-5380

**LENGTH:** 1201 words

**HEADLINE:** Fashion Week's Latest Digital Moves

**BYLINE:** Rachel Strugatz

**DATELINE:** NEW YORK

**BODY:**

...buyers can track the whereabouts of #FashionWheels to catch a ride -- which will also be stocked with "Survival Kits" of Prometheus Springs water, Zoya Nail Polish, Vita Coco coconut water, **pretzel crisps** and Six Scents (Six perfumes created by six artists for charity).

And in it's third season, the Kmart Concierge will send its Concierge girls -- outfitted in #FashionWeekProblems T-...

**PUB-SUBJECT:**

...media platforms; co-executive; beauty section; program; communications agency; industry insiders; media platforms help; Miller calls; fashion circus; designer; video experience; brands; industry members; editor; **pretzel crisps**; runways looks; site; digital fashion; co-executive directors; coconut water; insider access; shoppable runways; digital mediums; luxury shopper; favorite images; creative director; interactive app; online ...

32 of 331 DOCUMENTS

Copyright 2012 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2012 Yakima Herald Republic
Yakima Herald-Republic (Washington)

February 9, 2012 Thursday

**SECTION:** Pg. A.12

**LENGTH:** 483 words

**HEADLINE:** The Indoorsman -- Taking stock on birthday No. 34

**BYLINE:** Pat Muir

**BODY:**

...back from Seattle a couple of weeks ago and spent, like, $50 on snack foods.

Thai lime cashews, chocolate-covered toffee rolled in chopped pistachios, organic lollipops, **pretzel crisps,** dark-chocolate peanut butter cups. The list goes on. And, as was bound to happen, I ate most of it as soon as I got home. There was also one morning, after a long night of carousing with ...

33 of 331 DOCUMENTS

Sally Beauty Holdings, Inc. ...

Copyright 2012 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**February** 3, 2012 Friday

**LENGTH:** 1214 words

**HEADLINE:** Robyn Moreno, lifestyle expert, gives ideas on throwing a perfectly posh Super Bowl party

**BODY:**

...speak.

Ms. MORENO: Yeah, so it's kind of--it's a little bit like kitschy and cool.

GUTHRIE: Yes, it's cute. And the helmets, too.

Ms. MORENO: And then they--yeah, and we have like our healthy snacks. We have **pretzel crisps** and this fun popcorn from Indiana, which is good. And then we have to have chips and salsa because salsa is a move that Victor Cruz, the running back for the Giants, always does.

GUTHRIE: That's right.

Ms. MORENO: But to be fair, we paired it with Food Should ...

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Eater LA
Eater LA

**February** 2, 2012 Thursday 2:26 AM EST

**LENGTH:** 279 words

**HEADLINE:** EaterWire : Fundamental LA Does Dinner, Abigaile Opens Mon, More

**BYLINE:** Kat Odell

**BODY:**

...orange marmalade, lamb belly bacon

filet mignon, celeriac creamed spinach, black garlic, bone marrow, truffled 'tater tots'

chocolate, banana milkshake, chewy peanut butter ice cream, **pretzel crisp,** micro celery

buzz button, suspended in rosey water

36 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Mondaq
Mondaq

February 2, 2012 Thursday 3:18 PM EST

**LENGTH:** 2393 words

**HEADLINE:** Frito-Lay N. Am., Inc. V. Princeton Vanguard, LLC, -Opp. No. 91195552, Canc. No. 92053001 (TTAB Nov. 16, 2011)

**BODY:**

...conduct this

specific type of e-discovery was not necessarily inadequate under

the circumstances of the case.

CASE SUMMARY

FACTS

Princeton Vanguard, LLC ("Applicant") owns a

Supplemental Register registration for the mark **PRETZEL CRISPS**, in

standard characters and with PRETZEL disclaimed, for "pretzel

crackers" and seeks a Principal Register registration for the

same mark for the same goods under Section 2(f). In its

petition to cancel and its notice of opposition, Frito-Lay North

America, Inc. ("Opposer") alleged that (1) Opposer and

others in the snack-food industry have a present and prospective

right to use the term "**pretzel crisps**" generically and/or

descriptively in their business; and (2) Applicant's mark is

All Rights Reserved
GlobalAdSource (English)

**January** 22, 2012 Sunday

**LENGTH:** 24 words

**HEADLINE:** STARTING LINEUP

**BODY:**

...

Product       **Pretzel Crisps**

...

42 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Slashfood
Slashfood

**January** 17, 2012 Tuesday 7:41 PM EST

**LENGTH:** 882 words

**HEADLINE:** Miranda Levenstein: Clean Start: Almond Butter Chocolate Chunk Cookies

**BYLINE:** Miranda Levenstein

**BODY:**

On the other hand, my in-between meal nibbling is really a problem, and not because of anything to do with weight but because I'm not even enjoying the nibbling. It's completely mindless. If there's an open bag of **pretzel crisps** on the counter I'll grab a few on my way to unloading the dishwasher or I'm unwrapping a dark Hershey's kiss while I'm talking on the phone or I'll help myself to ...

43 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Copyright & Trademark Law Blog
Trademark Law Community Blog

**January** 12, 2012 Thursday 6:24 PM EST

SUPERMARKET SAMPLER: Sweet holiday treats get the nod of approval The York Dispatch (Pennsylvania)
December 14, 2011 Wednesday

**BODY:**

Snack Factory Dark Chocolate & Peppermint **Pretzel Crisps.** $2.99 per 4-ounce bag.

Bonnie: Readers of my website BiteoftheBest.com already know how much my team loves these new pretzels. It's one of those products people ...

...pretzels are a great sweet-and-salty treat. But I've rarely found one outside of a candy store sporting the quality dark chocolate the Snack Factory uses in these new holiday **Pretzel Crisps.** The impact of that rich chocolate, the thinness of the pretzels and the peppermint adornment all go toward making this more sweet candy than salty snack.

Planters Holiday Nuts. Creme Brulee Almonds, Winter Spiced Nuts, and ...

55 of 331 DOCUMENTS

Copyright 2011 York Daily Record
York Daily Record (Pennsylvania)

Distributed by McClatchy-Tribune Business News

**December** 5, 2011 Monday

**SECTION:** STATE AND REGIONAL NEWS

**LENGTH:** 489 words

**HEADLINE:** Police: Woman steals tuna, soap, toiletries from two stores 'to help the homeless'

**BYLINE:** Ted Czech, York Daily Record, Pa.

**BODY:**

...Meow Mix cat food

--1 box of Fruity Pebbles cereal bars

--25 Dial soap bars

--25 Colgate toothpaste tubes

--1 pound cake

--1 bag of white chocolate **pretzel crisps**

--59.87 pounds of bananas

The affidavit of probable cause filed by state police says Dansicker tried to steal "socks, and health and beauty products" from the Walmart in Shrewsbury Township.

___ (c)2011 York ...

18

Reality TV Still Sets Its Plus-Size Female Stars Apart From Regular Programming, But At Least It's Nice To Them
Crushable October 15, 2011 Saturday 4:34 AM EST

GLAAD ...

## 75 of 331 DOCUMENTS

Copyright 2011 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**October** 13, 2011 Thursday
METRO EDITION

**SECTION:** TASTE; Pg. 2T

**LENGTH:** 336 words

**HEADLINE:** tidbits

**BYLINE:** AL SICHERMAN, STAR TRIBUNE (Mpls.-St. Paul)

**BODY:**

...down the Ritz

Nabisco now has a second Munchables item under its Ritz cracker brand. (Munchables are not small Ritz crackers; those are Ritz Bits, in many varieties.) The first Ritz Munchables were **Pretzel Crisps.** Now there's Ritz Munchables Buttery Thins. These look like little versions of regular Ritz crackers, a little larger than Ritz Bits, but thinner -- almost wafer-like -- and with a texture that leans ...

## 76 of 331 DOCUMENTS

Copyright 2011 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**October** 12, 2011 Wednesday

**LENGTH:** 1303 words

**HEADLINE:** Eat Smart Today; Hungry Girl Lisa Lillien discusses the best guilt-free foods at the supermarket

**BODY:**

...don't overdo it.

TEXT:

Eat Smart Today

Pop Chips 120 cal per serving

ROKER: All right. What about pretzel chips?

Ms. LILLIEN: These are actually flat pretzels. They're **Pretzel Crisps.** Look how cute they are.

ROKER: Oh, they're so cute.

Ms. LILLIEN: They're like little mini cracker--they're adorable.

ROKER: Mm-hmm.

Ms. LILLIEN: And the come in amazing flavors. What I like about these is they come in some nice and spicy flavors so you don't want to overdo it with pretzels.

TEXT:

Eat Smart Today

**Pretzel Crisps** 110 cal per serving

ROKER: Mm-hmm.

Ms. LILLIEN: Because, you know, you can shovel those.

ROKER: Sure.

Ms. LILLIEN: And you can overdo it. But they're low--very low in fat and ...

77 of 331 DOCUMENTS

Copyright 2011 MediaNews Group, Inc. and New England Newspaper Group Inc.
All Rights Reserved
The Berkshire Eagle (Pittsfield, Massachusetts)

**October** 5, 2011 Wednesday

**SECTION:** LIFESTYLE

**LENGTH:** 272 words

**HEADLINE:** Lunchbox: Becket Country Store and Cafe

**BYLINE:** By Jenn Smith, Berkshire Eagle Staff

**BODY:**

...for a bagel to $6.50 for a foot-long grinder

What I got: A grilled tuna melt, a 12-ounce coffee and a small bag of Ritz Munchables **pretzel crisps**

Wait time: Less than five minutes

Total cost: $7.94. Major credit cards accepted.

Final thought: This was a memorable tuna melt on deli sliced, flour-dusted artisan  ...

...top was a layer of the creamiest Swiss cheese I've ever had in a sandwich. The to-go box my sandwich came in was also filled with crinkle-cut potato chips. So I saved the bag of **pretzel crisps** (which only cost an astounding 35 cents) for later. The only thing that could have completed this lunch better is a dill pickle spear.

Information: Call (413) 623-5500 or visit www.hilltownsonline. ...

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**October** 1, 2011

**SECTION:** Pg. RC5(1) Vol. 176 No. 10 ISSN: 0745-1032

**LENGTH:** 158 words

**HEADLINE: Pretzel Crisps** Dark Chocolate & Peppermint;
New Products

**BODY:**

Snack Factory, Princeton, N.J.

(609) 683-5400

www.**pretzelcrisps**.com

[ILLUSTRATION OMITTED]

Snack Factory has added a Dark Chocolate & Peppermint **Pretzel Crisps** item to it's holiday line. The crisps are coated in rich premium dark chocolate and delicately sprinkled with peppermint candy pieces, adding a burst of calming coolness. With only 120 calories and 5 grams of fat per serving, Dark Chocolate & Peppermint is sure to become adelicious part of consumer holiday traditions. **Pretzel Crisps'** sweetand salty line of Holiday Indulgents, which also includes a White Chocolate & Peppermint variety, is slated to be in stores this fall.

Ingredients: Dark Chocolate (sugar, chocolate liquor [processed with alkali], cocoa butter, milk fat, soy lecithin [an emulsifier], vanilla), **Pretzel Crisps** (wheat flour, sugar, salt, barley malt syrup), Topping (sugar, corn syrup, beet juice [color], caramel color, natural peppermint oil). S.R.P.: (4-oz. bag) $2.99

21

**BODY:**

Snack Factory, Princeton, N.J.

(609) 683-5400

www.**pretzelcrisps**.com

[ILLUSTRATION OMITTED]

Snack Factory has added a Dark Chocolate & Peppermint **Pretzel Crisps** item to it's holiday line. The crisps are coated in rich premium dark chocolate and delicately sprinkled with peppermint candy pieces, adding a burst of calming coolness. With only 120 calories and 5 grams of fat per serving, Dark Chocolate & Peppermint is sure to become adelicious part of consumer holiday traditions. **Pretzel Crisps'** sweetand salty line of Holiday Indulgents, which also includes a White Chocolate & Peppermint variety, is slated to be in stores this fall.

Ingredients: Dark Chocolate (sugar, chocolate liquor [processed with alkali], cocoa butter, milk fat, soy lecithin [an emulsifier], vanilla), **Pretzel Crisps** (wheat flour, sugar, salt, barley malt syrup), Topping (sugar, corn syrup, beet juice [color], caramel color, natural peppermint oil). S.R.P.: (4-oz. bag) $2.99

81 of 331 DOCUMENTS

Copyright 2011 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**September** 29, 2011 Thursday
METRO EDITION

**SECTION:** TASTE; Pg. 2T

**LENGTH:** 371 words

**HEADLINE:** tidbits

**BYLINE:** AL SICHERMAN, STAR TRIBUNE (Mpls.-St. Paul)

**BODY:**

...down the Ritz

Nabisco now has a second Munchables item under its Ritz cracker brand. (Munchables are not small Ritz crackers; that's Ritz Bits, in many varieties.) The first Ritz Munchables were **Pretzel Crisps.** Now there's Ritz Munchables Buttery Thins. These look like little versions of regular Ritz crackers, a little larger than Ritz Bits, but thinner -- almost wafer-like -- and with a texture that leans ...

82 of 331 DOCUMENTS

All Rights Reserved
The Montgomery Advertiser (Alabama)

**August** 16, 2011 Tuesday

**SECTION:** LIFESTYLE

**LENGTH:** 981 words

**HEADLINE:** Reds, Whites and Blues Fest provides summer fun

**BYLINE:** By, Deborah Hayes Moore

**BODY:**

...support and to enjoy delicious hors d'oeuvres.

For the occasion, Kathy Holmes and her staff at Pepper Tree Steaks 'N Wines prepared cranberry and pecan chicken salad, chunky cheese dip served with **pretzel crisps,** and pork tenderloin enjoyed on Millie Ray's Rolls.

Arrivals also were presented with glasses bearing the Vintage Affair logo to use for the tasting of the evening's selected wines inside Pepper Tree Steaks 'N ...

89 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August** 2011

**LENGTH:** 7486 words

**HEADLINE:** Charmed Circle

**BODY:**

...

...

Snack Factory Bold &   Spicy **Pretzel Crisps**       SRP: $2.99        609-613-7417
www.snacksforlife.com          We Picked it  Because: Chipotle Cheddar joins the Bold and Spicy flavor lineup of Snack Factory's **Pretzel Crisps** this summer. The 110-calorie-per-serving **pretzel crisps** contain no trans fats, saturated fat or cholesterol, as well as offering a flavor robust enough for standalone snacking. Additionally, a new packaging design for the whole Bold and Spicy line, which also includes Jalapeno Jack and Buffalo Wing variet-ies, really makes the products stand out.

...

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August** 2011

**LENGTH:** 1364  words

**HEADLINE:** Big Dippers

**BYLINE:** Bridget Goldschmidt

**BODY:**

...us to reach new consumers."

One recent example of brand cooperation involved a sports tie-in. "This past winter, we executed a major national in-store promotion with [Snack Factory] **Pretzel Crisps** around the March Madness theme," recounts Goldner. "The program was very successful for both brands, and we are planning a similar program early this fall with a football theme. On a wider scale, Tribe  ...

Copyright 2011 CNBC, Inc.
All Rights Reserved
CNBC News Transcripts

**July** 31, 2011 Sunday

**LENGTH:** 1334  words

**HEADLINE:** Food & Wine's Dana Cowin and Sixpoint Brewery's Shane Welch discuss growth in craft beer sales

**BODY:**

...COWIN: Yes. Well, can you believe it? You can make marshmallows with beer. I don't know if you've done that, but it's a marshmallow that's made with beer covered with chocolate and then there's a beer **pretzel crisp** on top.

BARTIROMO: Beer popularity also extending to accessories, right, Shane? Like the glasses.

TEXT:

Edesia Stemmed Pilsner $39.95 for 4, dansk.com

Ms. COWIN: That's right. I  ...

**Pretzel Crisps'** Facebook page wasn't launched until last fall, but it's already pulled nearly 61,000 fans. The page offers access to recipes, product pairing suggestions, coupons and other offers, but ...

...large numbers of fan postings and new fans. We're not just constantly selling the products, which endears the brand to consumers."

Probed further about how Facebook traffic is being driven, Abbenante notes that **Pretzel Crisps** not only prominently promotes its Facebook page on its site (see site banner graphic), but uses targeted Facebook advertising to drive consumers to coupon and other offers on its page. For example, around the Super Bowl, the brand used geographically targeted ads with team-specific messaging in the Pittsburgh and Green Bay, Wis. markets promoting **Pretzel Crisps** as great Super Bowl game snacks (along with the Facebook-based coupon offer).

Then there's Twitter. Snack Factory's field team members are asked to spend part of each day identifying tweets that include key ...

117 of 331 DOCUMENTS

Copyright 2011 ProQuest Information and Learning
All Rights Reserved
Copyright 2011 Call and Post
Call & Post (All Ohio)

**May 25, 2011 – June 1, 2011**
All-Ohio edition

**SECTION:** Pg. S3 Vol. 95 No. 21

**LENGTH:** 270 words

**HEADLINE:** WHAT'S ON?

**BYLINE:** Haney, Felicia C.

FELICIA C. HANEY

Staff Reporter

**BODY:**

...like seafood. Everything from BBQ salmon, grilled prawns and shrimp shish kabobs are festive, easy to pre are and light on the waistline. Ditch the chips 'n dip and go for some all natural **pretzel crisps** and hummus. Add corn, asparagus and squash to the grill as well, and toss up some salads. Apples, walnuts and grapes are great for lettuce or chicken salad combinations. Leave the sugary sodas on the shelf.

The To-Do ...

118 of 331 DOCUMENTS

Copyright 2011 SOFTLINE INFORMATION, INC.
All Rights Reserved

Ethnic NewsWatch
Copyright 2011 Call and Post
Call & Post

**May 25, 2011 - June 1, 2011**
All-Ohio edition

**SECTION:** Pg. S3 Vol. 95 No. 21

**LENGTH:** 270 words

**HEADLINE:** WHAT'S ON?

**BYLINE:** Haney, Felicia C.

FELICIA C. HANEY

Staff Reporter

**BODY:**

...like seafood. Everything from BBQ salmon, grilled prawns and shrimp shish kabobs are festive, easy to pre are and light on the waistline. Ditch the chips 'n dip and go for some all natural **pretzel crisps** and hummus. Add corn, asparagus and squash to the grill as well, and toss up some salads. Apples, walnuts and grapes are great for lettuce or chicken salad combinations. Leave the sugary sodas on the shelf.

The To-Do ...

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Shop-O-Matic
Shop-O-Matic

**May 20, 2011 Friday 7:15 AM EST**

**LENGTH:** 917 words

**HEADLINE:** It's Freebie Friday! Check out our stupendous list of free stuff and coupons

**BYLINE:** Doreen Christensen

**BODY:**

...Soldiers" postcard
Free download of The Royal Wedding Official Programme and Order of Service
Free 18-song download from Spin magazine; expires May 31
Coupon: Buy one, get one free **Pretzel Crisps** ($3.99 value); expires May 31

Mission ...

132 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Really Natural
Really Natural

March 1, 2011 Tuesday 2:27 AM EST

LENGTH: 432 words

HEADLINE: Really Natural February 2011 Monthly Roundup

BYLINE: Jennifer Lance

BODY:

...Years for Human Health to be Affected by Climate Change
Entertainment
HOT: Living Through the Next Fifty Years on Earth
Food
Really Natural Cookbooks: Raw Food for Real People**Pretzel Crisp** All-Natural Spreadable Pretzel CrackerHoney Reduces Weight Gain Compared to Other SugarsTwo Degrees: Every Bar = Nutrition Pack for Hungry Child in MalawiWhere's the Beef? Taco ...

...Results Eye Mender Plus Reduces Wrinkles and PuffinessReally Natural Cookbooks: Raw Food for Real PeopleGreen Diamond Reusable Shopping Bags Feature AP-360 Anti-Bacterial Protection**Pretzel Crisp** All-Natural Spreadable Pretzel CrackerTwo Degrees: Every Bar = Nutrition Pack for Hungry Child in MalawiWater Matters: Why We Need to Act Now to Save our Most Critical Resource ...

133 of 331 DOCUMENTS

Copyright 2011 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

February 23, 2011 Wednesday

LENGTH: 1203 words

HEADLINE: Today's Consumer; Real Simple magazine's Sarah Humphreys compares dollar stores and grocery stores

BODY:

...Utz potato chip, right? So check to make sure that the chips are whole in the bag, they haven't been crushed in

Page 96

Today's Consumer; Real Simple magazine's Sarah Humphreys compares dollar stores and grocery stores NBC News
Transcripts February 23, 2011 Wednesday

transport. But again, you know, one--a dollar vs. $1.59. And then the **pretzel crisps** a dollar vs. 3.

GEIST: And those of us with kids, loading up on drinks and that can get really expensive.

Ms. HUMPHREYS: Super, super expensive. So this bottle of Arizona iced tea was about ...

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Really Natural
Really Natural

**February** 18, 2011 Friday 2:13 AM EST

**LENGTH:** 213 words

**HEADLINE: Pretzel Crisp** All-Natural Spreadable Pretzel Cracker

**BYLINE:** Jennifer Lance

**BODY:**

Feb. 18, 2011 (Blogpire Productions delivered by Newstex) --

**Pretzel Crisps** are a unique, all-natural, although NOT organic, snack. They taste just like a real pretzel, only they are thinner and flatter allowing for spreadable toppings. One of my personal favorites dips for pretzels is hummus, and **Pretzel Crisps** allow for you add additional toppings like a sprig of basil or some avocado.

Using a patented technology to compress the center of the pretzel, **Pretzel Crisps**, has turned one of America's oldest snacks into the world's first spreadable pretzel cracker, with no fat, cholesterol, artificial flavors or preservatives and only 110 calories per serving.

Created by the husband and wife team behind New York Style Bagel Chips and Pita chips, the vision for **Pretzel Crisps** was of a thin and crunchy pretzel that could be great for spreading, dipping and adding toppings.

We tried three varieties of **Pretzel Crisps**:

Snack Factory Original **Pretzel Crisps**Snack Factory **Pretzel Crisps** EverythingSnack Factory **Pretzel Crisps** Sesame These are good snacks; however, I would prefer organic ingredients.

Disclosure: I was sent free samples of these products to review. No prior assurances were given as to whether the review be positive or negative.

Newstex ID: PIRE-0010- ...

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 29 of 100
28

Copyright 2010 The Columbus Dispatch
All Rights Reserved

# The Columbus Dispatch

The Columbus Dispatch (Ohio)

**December** 15, 2010 Wednesday

**SECTION:** FEATURES - FOOD; SHELF HELP; Pg. 3D

**LENGTH:** 63 words

**HEADLINE:** Quick review of new products Snack Factory **Pretzel Crisps:** White Chocolate & Peppermint ($4.49 at Whole Foods)

**BYLINE:** Robin Davis, The Columbus Dispatch

**BODY:**

You might have seen **pretzel crisps** in a variety of flavors, but you probably haven't seen these.

The flat pretzels are dipped in a white-chocolate coating, then sprinkled with crushed peppermint candies. They are a delicious combination of sweet and salty. They ...

**GRAPHIC:**

Photo
Snack Factory **Pretzel Crisps:** White Chocolate & Peppermint

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 Accretive Capital LLC dba Benzinga.com
Benzinga.com

**December** 10, 2010

**LENGTH:** 372 words

**HEADLINE:** Whole Foods Market;
R Now Shipping Gift Boxes FREE to Military Addresses Overseas.

**BODY:**

Whole Foods Market; R Now Shipping Gift Boxes FREE to Military Addresses Overseas. Benzinga.com December 10, 2010

...

. . .

* The Gift of Grub ($60). Summer sausage, **pretzel crisps**, aged cheddar cheese straws, peppermint stick chocolate, classic shortbread and gourmet pecans.

. . .

142 of 331 DOCUMENTS

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**December** 10, 2010 Friday 1:20 PM EST

**LENGTH:** 310 words

**HEADLINE:** Whole Foods Market® Now Shipping Gift Boxes FREE to Military Addresses Overseas; No charge to overseas APO/FPO/DPOs to thank families serving the United States

**DATELINE:** AUSTIN, Texas, Dec. 10, 2010

**BODY:**

...send their loved-ones a taste of home with any of our gift boxes varying in theme from snacking to relaxation."

The five gift box themes include:

The Gift of Grub ($60). Summer sausage, **pretzel crisps,** aged cheddar cheese straws, peppermint stick chocolate, classic shortbread and gourmet pecans. You're Zenzational ($60). Soothing lavender lotion and shower gel, mineral bath salts, a sleep ...

143 of 331 DOCUMENTS

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**December** 6, 2010 Monday 10:45 AM EST

**LENGTH:** 665 words

**HEADLINE:** 'Tis the Season for 12 Days of Holiday Gift Boxes From Whole Foods Market®; Sign up Dec. 6-17 for e-newsletters plus a daily chance to win a new holiday gift box

30

'Tis the Season for 12 Days of Holiday Gift Boxes From Whole Foods Market®; Sign up Dec. 6-17 for e-newsletters plus a daily chance to win a new holiday gift box PR Newswire December 6, 2010 Mond

**DATELINE:** AUSTIN, Texas, Dec. 6, 2010

**BODY:**

...www.wholefoodsmarket.com/giftbox. Ranging from $40 to $60 each (plus shipping), the selections include:

The Gift of Grub ($60) - This is the gift of epic edibility. From all-natural summer sausage, **pretzel crisps** and aged cheddar cheese straws, to organic peppermint stick chocolate, classic shortbread and gourmet pecans, this choice is perfect for snackers of all ages.You're Zenzational ($60) - With its lotions and potions, this gift ...

144 of 331 DOCUMENTS

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 BNP Media
Candy Industry

**December** 1, 2010

**SECTION:** Pg. 114(7) Vol. 175 No. 12 ISSN: 0745-1032

**LENGTH:** 3692 words

**HEADLINE:** RC manufacturer guide.

**BODY:**

...Lite Foods Corp.

Sin City Suckers

Snack Alliance Inc.

The Snack Factory

P.O. Box 3562

Princeton, NJ O8543

(888) 683-5400

(609) 683-5400

info@**pretzelcrisps**.com

www.**pretzelcrisps**.com

Snackerz Inc.

Snak King

Page 103

RC manufacturer guide. Candy Industry December 1, 2010

Snyder's of Hanover Inc.

Sorbee Intl. LLC

9990 Global Rd.

Philadelphia, PA 19115

(215) 677-5200

(800) 654-3997

Fax: (215) ...

145 of 331 DOCUMENTS

Copyright 2010 Right Vision News
All Rights Reserved
Right Vision News

**October** 23, 2010 Saturday

**LENGTH:** 523 words

**HEADLINE:** Whole Foods Market offers new holiday gift boxes online

**DATELINE:** Karachi

**BODY:**

...break the holiday budget."

The Gift of Grub ($60) :

The problem with ties, collectible porcelain figurines and even fruitcakes, is that you can't eat them! Instead, send this gift of epic edibility. From all-natural summer sausage, **pretzel crisps** and aged cheddar cheese straws, to organic peppermint stick chocolate, classic shortbread and gourmet pecans, this choice is perfect for snackers of all ages.

You're Zenzational ($60) :

Send some soothing ...

146 of 331 DOCUMENTS

Copyright 2010 Penton Business Media, Inc.
All Rights Reserved
Penton Insight
Supermarket News

**October** 20, 2010

**LENGTH:** 236 words

**HEADLINE:** Whole Foods Sells Gift Boxes Online

**BYLINE:** By SN STAFF

**BODY:**

...theme of each gift box," said Jim Speirs,global vice president of purchasing for Whole Foods, in astatement.Selections include: The Gift of Grub ($60) - All-natural summersausage, **pretzel crisps,** aged cheddar cheese straws, organicpeppermint stick chocolate, classic shortbread, gourmet pecans andother snacks. You're Zenzational ($60) - Lavender lotion andshower gel, mineral bath salts, pillow ...

147 of 331 DOCUMENTS

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**October** 19, 2010 Tuesday 6:00 AM EST

**LENGTH:** 690 words

**HEADLINE:** Whole Foods Market® Offers New Holiday Gift Boxes Online;
Hand selected 'gifts you can feel good about'

**DATELINE:** AUSTIN, Texas, Oct. 19

**BODY:**

Gift of Grub ($60):

The problem with ties, collectible porcelain figurines and even fruitcakes, is that you can't eat them! Instead, send this gift of epic edibility. From all-natural summer sausage, **pretzel crisps** and aged cheddar cheese straws, to organic peppermint stick chocolate, classic shortbread and gourmet pecans, this choice is perfect for snackers of all ages.

You're Zenzational ($60):

Send some soothing ...

148 of 331 DOCUMENTS

Copyright 2010 NEWS GROUP NEWSPAPERS LTD
All Rights Reserved

**LENGTH:** 431 words

**HEADLINE: Pretzel Crisps** Add Boobs To Their Skinny Strategy [Badvertising]

**BODY:**

Oct. 10, 2010 (Gawker Media delivered by Newstex) --

And here we thought the thinspirational **pretzel crisp** ads couldn't get any worse. Boy, were we wrong.

The original ads, which featured the message "you can never be too thin," was so hated by bloggers for the pro-ana message that the company was eventually convinced to ...

..."""nothing tastes as good as skinny feels""has now become something of a catchphrase for pro-anorexia sites. After much outrage, and a few round of discussion with the marketing team, **Pretzel Crisp** finally decided to take both ads down and replace them all with "perfect for skinny dipping." It seemed like this was a perfectly good compromise"until now.

...but we wouldn't buy it. After being dissuaded from running ads that appeal to the little voice inside our heads telling us to dietdietdiet until we forget how fucking good food actually tastes, **Pretzel Crisps** switched their tactic. Now, they not only seek to guilt us into buying their crappy chips through reminding us of the "perfect" body type"they also want to play on the idea that all women are catty bitches who live to outdo each other.

At this point, it almost feels like they're baiting us. **Pretzel Crisp** couldn't possibly think that these ads will be deemed acceptable by the very same community that rejected their pro-ana ads, right? Maybe this is some kind of deplorable publicity stunt. However, it doesn't really matter. The new billboard has got to go and I know that I, for one, wont be purchasing any **Pretzel Crisps** until they do. Oh, and here is the contact info from the **Pretzel Crisp** website. In case you feel like letting customer service know what you think.

Earlier: **Pretzel Crisp** Replaces Pro-Ana Ads With... More Pro-Ana Ads
Pretzels Tastefully Marketed To Eating-Disordered Demographic
**Pretzel Crisps** Backs Off Pro-Ana Ads
Kate Moss: "Kate Moss "Nothing Tastes As Good As Skinny Feels" Backlash
Perez Pulls Pro-Ana Shirts

Newstex ID: GAWK-0016-49537704

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Convenience Store News for the Single Store Owner

**October** 2010

**LENGTH:** 2042 words

**HEADLINE:** Time is Ripe for Perishables

**BODY:**

...carrots/celery and dip; pepperoni and cheese cubes; plus pre-packaged products such as Disney Garden's apple/cheese cube/pretzel combinations; Oscar Mayer meat/cheese/cracker trays; Sabra hummus and **pretzel crisps;** hard boiled eggs and string cheese.

Wawa customers will find year-round favorites and seasonal varieties of fresh fruit, as well as veggies with ranch or peanut butter dip; apples with peanut butter or ...

156 of 331 DOCUMENTS

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Convenience Store News

**October** 2010

**LENGTH:** 346 words

**HEADLINE:** Top 10 Snack Trends Revealed

**BODY:**

Chip and dip 2.0. New varieties and flavors are giving consumers something different, such as hummus and falafel chips or **pretzel crisps.**    Small and sensational. Consumers are eating more substantial snacks packed with protein as meal replacements, and eating them more often.    The drink shift. This is all about the "halo of health" around drinks made with fruit or antioxidants, and the ...

157 of 331 DOCUMENTS

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

© 2010 Stagnito Media. All rights reserved.
CSNews for the Single Store Owner

**October** 1, 2010

**LENGTH:** 2027 words

**HEADLINE:** Time is Ripe for Perishables

**BODY:**

...carrots/celery and dip; pepperoni and cheese cubes; plus pre-packaged products such as Disney Garden's apple/cheese cube/pretzel combinations; Oscar Mayer meat/cheese/cracker trays; Sabra hummus and **pretzel crisps;** hard boiled eggs and string cheese.

Wawa customers will find year-round favorites and seasonal varieties of fresh fruit, as well as veggies with ranch or peanut butter dip; apples with peanut butter or ...

158 of 331 DOCUMENTS

Copyright 2010 Belleville News-Democrat
All Rights Reserved

# BELLEVILLE NEWS-DEMOCRAT

Found on Belleville ● com

Belleville News-Democrat (Illinois)

**September** 21, 2010 Tuesday

**SECTION:** C; Pg. 4

**LENGTH:** 181 words

**HEADLINE:** Tomato appetizer will get scooped up by guests

**BODY:**

Black Cherry Tomato Appetizer

40 **pretzel crisps** (reserve 24 whole crisps)

12 cherry tomatoes, halved

1 package of jalapeno cilantro dip mix or your favorite dip mix, made according to instructions

1/2 cup Cheddar cheese

1/2 cup Monterey jack cheese

6 slices bacon, cooked and diced

Start with a mini muffin pan with 24 openings. Place broken **pretzel crisps** on bottom of each muffin opening. This will prevent the tomato from sticking to the pan.

Next, put a halved piece of tomato seed-side down onto the crisp. Dob each tomato with prepared dip and ...

...both kinds of cheese. Place small amount of diced bacon on top. Bake appetizers in a 350-degree oven for 5 minutes.

After removing from the oven, place whole **pretzel crisps** next to the pan so guests can scoop out the whole appetizer from each muffin space.

-- Decatur Herald & Review

159 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Crushable
Crushable

**September** 16, 2010 Thursday 1:42 PM EST

**LENGTH:** 428 words

**HEADLINE:** Gallery And Fashion Show Report: First Plus Size Event

**BYLINE:** Liana Maeby

**BODY:**

...16, 2010 (b5media delivered by Newstex) --

I attended Fashion Weeks first-ever plus size runway show on Wednesday, for the label OneStopPlus. I mentioned the body image-related **Pretzel Crisps** incident yesterday, and unfortunately that wasnt the shows only weight-insensitive gaffe.

160 of 331 DOCUMENTS

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

(Copyright (c) 2010, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL.

The Wall Street Journal

**September** 16, 2010 Thursday

**SECTION:** Pg. A30

**LENGTH:** 683 words

**HEADLINE:** Heard & Scene: Off the Beaten Track, a Plus-Size Show

37

**BYLINE:** By Marshall Heyman

**BODY:**

...set aside her gift bag. (It featured some beauty products, a bag of pistachios, a shot of wheat grass, a no-calorie sparkling kiwi strawberry beverage and a bag of **pretzel crisps,** which in a very plus-size fashion, a reporter finished as he wrote this story.)

Ms. Blonsky turned away a glass of champagne to devote full attention to the show. It was called Belle Epoque to ...

161 of 331 DOCUMENTS

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2010 Dow Jones & Company, Inc. All Rights Reserved.

# THE WALL STREET JOURNAL.

The Wall Street Journal Online

**September** 16, 2010

**SECTION:** HEARD & SCENE; NY Heard & Scene

**LENGTH:** 674 words

**HEADLINE:** Off the Beaten Track, a Plus-Size Show

**BYLINE:** By Marshall Heyman

**BODY:**

...set aside her gift bag. (It featured some beauty products, a bag of pistachios, a shot of wheat grass, a no-calorie sparkling kiwi strawberry beverage and a bag of **pretzel crisps,** which in a very plus-size fashion, a reporter finished as he wrote this story.)

Ms. Blonsky turned away a glass of champagne to devote full attention to the show. It was called Belle Époque to ...

162 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs

Mashable is Hiring! And 50+ Marketing and Social Media Job Openings Mashable September 15, 2010 Wednesday 5:00 PM EST

Field Marketing Associate at **Pretzel Crisps** in San Francisco, CA.

Social Media Account Executive: Sports at Turner PR in Denver, CO.

Digital Strategist at Stone Ward in Chicago, IL.

Product Manager, ...

164 of 331 DOCUMENTS

Copyright 2010 The Tulsa World
Tulsa World (Oklahoma)

**September** 8, 2010 Wednesday
Final Edition

**SECTION:** Scene; Pg. D3

**LENGTH:** 1181 words

**HEADLINE:** An update for the old snack attack

**BYLINE:** KIM BROWN World Scene Writer

**BODY:**

...things cooking. To read more, visit tulsaworld.com/foodchannel : Chip and Dip 2.0: New varieties and new flavors give us something different. It is likely that you will have hummus and falafel chips or **pretzel crisps** at your next party instead of the traditional chip-and-dip duo. The dips are healthier, spicier and often served hot. Small and sensational: We are eating more substantial snacks packed with protein as meal replacements, and ...

165 of 331 DOCUMENTS

Copyright 2010 Euromonitor PLC
All Rights Reserved



Euromonitor International Sector Capsules

**September** 2010

**LENGTH:** 644 words

**HEADLINE:** Sweet and Savoury Snacks in Bolivia

166 of 331 DOCUMENTS

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2010 Business Information Group. All Rights Reserved.
Gifts & Tablewares

**September 1, 2010**

**SECTION:** Pg. 22

**LENGTH:** 1416 words

**HEADLINE:** Gourmet Gifts;
Sauces, dips, chocolates, syrups, vinegars and more for holiday gifting and getting.

**BYLINE:** Lori Smith

**BODY:**

...Natural Coconut Mango Crunch; All Natural Dark Chocolate Sponge Toffee; Blueberry Almond Bark; Organic Cocoa Crunch Bark; Barberry Almond Bark; Enrobed Organic Black Mission Figs; **Pretzel Crisps;** Milk Chocolate Frites; Milk Chocolate Chili Twists; and Wine Lovers Chocolates. Some 98 percent of the company's products are all-natural and preservative-free. Many are gluten-free.

· KIS Global Flavors  ...

167 of 331 DOCUMENTS

Copyright 2010 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

**September 1, 2010 Wednesday**

**SECTION:** NEWS

**LENGTH:** 624 words

**HEADLINE:** Picky Eater: Backpack Treats

**BYLINE:** By Jolene Thym For the Bay Area News Group

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Mashable
Mashable

**August** 29, 2010 Sunday 9:00 AM EST

**LENGTH:** 784 words

**HEADLINE:** 50+ Web Development, SEO, Social Media and Sales Job Opportunities

**BYLINE:** Tamar Weinberg

**BODY:**

...CA.

User Interface Engineer at PeopleMatter in North Charleston, SC.

Junior Web Designer/Marketer at Practice Fusion in San Francisco, CA.

Field Marketing Associate at **Pretzel Crisps** in San Francisco, CA.

Web Designer/Developer at ADS, Inc. in Virginia Beach, VA.

Communications/PR Intern at Blogtalkradio in New York, NY.

Editorial Intern ...

Copyright 2010 The Commercial Appeal, Inc.
The Commercial Appeal (Memphis, TN)

**August** 21, 2010 Saturday
Final Edition

**SECTION:** FEATURES; Pg. M1

**LENGTH:** 115 words

**HEADLINE:** Snack trends: Healthier, smaller and fruit-flavored

**BODY:**

...top snack trends report prepared in conjunction with CultureWaves, Mintel International and the International Food Futurists. Some trends:

Chip and dip 2.0. New varieties and new flavors - hummus and falafel chips or **pretzel crisps.** Dips are healthier, spicier and often served hot.

Small and sensational. We are eating more substantial snacks packed with protein as meal replacements - a slider at Steak 'n Shake or a Big Mac ...

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 That's Fit
That's Fit

**August** 18, 2010 Wednesday 11:00 AM EST

**LENGTH:** 655 words

**HEADLINE:** Food Ads: Effective or Offensive?

**BYLINE:** Hilary Walke

**BODY:**

...2010 (AOL Weblogs delivered by Newstex) --
img credit

AFP/Getty Images

end img creditRecently, a man took guerilla marketing to a new level. Offended by a **Pretzel Crisps** ad with the motto "you can never be too thin," he defaced it with information about eating disorder risks, including individual examples of sufferers.

...ads. Madison Avenue does its best to entice the consumer into craving a product, and the consumer does his best to prevent enticement. Should we really have to engage our strongest willpower 24/7 to avoid the barrage of food messages that advertisers toss our way?
**Pretzel Crisps** are relatively portion controlled. We asked our readers if they thought this was a harmless marketing scheme or if food companies needs to change their ways. They also told us how they are affected by food ads.
Jaymi L.
I ...

...myself during my anorexic periods, because the skeleton woman in the picture is not the fat woman in my memory (still.) I wouldn't wish it on anyone, and I won't buy these **pretzel crisps** until the marketing campaign is pulled.
Debbie P.
So alarming! I spent most of my young life wanting to see my ribs when the wind blew and I am so blessed now to be
...

The Educational Defacing Of Pro-Anorexic Pretzel Ad [Badvertising] Jezebel August 4, 2010 Wednesday 11:16 AM
EST

**BODY:**

Aug. 4, 2010 (Gawker Media delivered by Newstex) --

videoId: kIBMvfM3cQ4 /videoId: kIBMvfM3cQ4 Here's an act of civic protest we can get behind: emblazoning the
"you can never be too thin" message of a **Pretzel Crisps** ad with information about risks of anorexia, and the names and
faces of some of its casualties.

Newstex ID: GAWK-0016-47596871

Copyright 2010 Salon.com, Inc.
All Rights Reserved
Salon.com

**August** 4, 2010 Wednesday

**SECTION:** BROADSHEET

**LENGTH:** 153 words

**HEADLINE:** Feminist remix of "thin" pretzels ad

**BYLINE:** Tracy Clark-Flory

**BODY:**

When I came across Snack Factory's latest campaign for its "thin, crunchy" **Pretzel Crisps,** I merely rolled my eyes
and carried on with my day (my days being filled with eye-rolling encounters with advertising). A better, fiercer person
than I might instead have done as the ...

All it took was some scotch tape, a list of facts about anorexia and, best of all, this concise rejoinder to **Pretzel
Crisp's** dim-witted slogan: "Actually, you can." He also alerted NYC The Blog so that there was someone on-hand to
document the whole thing and then broadcast it to the world. And now we have this damn fine example of feminist
culture-jamming. ...

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Convenience Store News

**August** 2010

**LENGTH:** 1716 words

**HEADLINE:** Time Is Ripe For Perishables

**BYLINE:** Barbara Grondin Francella

**BODY:**

...baby carrots/celery/dip and pepperoni/cheese cubes, as well as prepackaged products such as Disney Garden's apple/cheese cube/pretzel combinations; Oscar Mayer meat/cheese/cracker trays; Sabra hummus and **pretzel crisps;** hard boiled eggs; and string cheese. Meanwhile, Wawa customers will find year-round favorites and seasonal varieties of fresh fruit; veggies with ranch or peanut butter dip; apples with peanut butter or ...

188 of 331 DOCUMENTS

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 BNP Media
Snack Food & Wholesale Bakery

**August** 1, 2010

**SECTION:** Pg. 41(3) Vol. 99 No. 8 ISSN: 1096-4835

**LENGTH:** 1496 words

**HEADLINE:** Twisted treats: to compete with the variety of new salty snacks moving into the market, pretzel manufacturers are delivering a fresh twist on an old classic.

**BYLINE:** Roth, Jen

**BODY:**

...

. . .

That's because the Skillman, N.J.-based company extended its **Pretzel Crisps** line of thin, crunchy, deli-style pretzel crackers to welcome new varieties that test the limits of traditional pretzel manufacturing.

. . .

Adding to its Indulgent **Pretzel Crisps** lineup are Milk Chocolate Crunch and Caramel Crunch varieties, with the crisps dunked in respective confectionary dippings.

"Because of the flat shape, **Pretzel Crisps** are perfect for pairingwith dips, spreads, meats, cheeses and perform in a way that traditional pretzels can't," says Perry Abbenante, senior vice president of marketing. "We believe that quick and easy entertaining solutions arebecoming more popular. People have less time to create meals or appetizers for entertaining."

. . .

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 45 of 100

189 of 331 DOCUMENTS

Copyright 2010 Madison Newspapers, Inc.
All Rights Reserved
Wisconsin State Journal (Madison, Wisconsin)

July 9, 2010 Friday
ALL EDITION

**SECTION:** TASTE; Side Dishes; Pg. C1

**LENGTH:** 404 words

**HEADLINE:** Day at the farm

**BYLINE:** State Journal staff, wire reports

**BODY:**

...Ridge Reserve cheese.

For more information, visit wholefoodsmarket.com and find the Madison store.

When pretzels fall flat

We've discovered the whole flat issue is not always a bad thing.

**Pretzel Crisps** come in a variety of flavors - from Cinnamon Toast to Tuscan Three Cheese (both from the Modern Classics line) - and our taste testers found them equally nosh-able.

A 5-ounce package sells for $4.50 at **pretzelcrisps.**elsstore.com

190 of 331 DOCUMENTS

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 BNP Media
Prepared Foods

July 1, 2010

**SECTION:** Pg. 10(1) Vol. 179 No. 7 ISSN: 0747-2536

**LENGTH:** 119 words

**HEADLINE:** Tastes like butter;
new product trends

**BYLINE:** Tillman, Ashley

Tastes like butter; new product trends Prepared Foods July 1, 2010

**BODY:**

Nabisco's Ritz brand has been particularly innovative in launchingproduct extensions that build from the iconic Ritz cracker format. Recently, the brand has introduced Nabisco Ritz Munchables Buttery Flavor **Pretzel Crisps**. Each crisp is comprised of a salty, crunchy pretzel on the outside and a bite-sized, buttery and rich cracker on the inside. This creates a unique flavor profile, combining the slightly sweet taste of a traditional Ritz cracker with a salty pretzel. The range also includes cheesy sour cream flavor and onion flavor. Nabisco Ritz Munchables Buttery Flavor **Pretzel Crisps** serve as an example of an innovative twist on a classic snack.

Ashley Tillman, Mintel Global New Products Database (GNPD)

191 of 331 DOCUMENTS

Copyright 2010 Chicago Tribune Company
All Rights Reserved
Chicago Tribune

**June** 16, 2010 Wednesday
Chicagoland Final Edition

**SECTION:** GOOD EATING ; ZONE N; Shelf Life ; Pg. 2

**LENGTH:** 165 words

**HEADLINE:** Shelf Life

**BYLINE:** By Fauzia Arain, TRIBUNE NEWSPAPERS

**BODY:**

When pretzels fall flat

We've discovered the whole flat issue is not always a bad thing. **Pretzel Crisps** come in a variety of flavors -- from Cinnamon Toast to Tuscan Three Cheese (both from the Modern Classics line) -- and our taste testers found them equally noshable. A 5-ounce package sells for ...

**GRAPHIC:**

...containing three 3-ounce bags is $31.50 at puredark.com.
\ Photo (color): When pretzels fall flat
We've discovered the whole flat issue is not always a bad thing. **Pretzel Crisps** come in a variety of flavors -- from Cinnamon Toast to Tuscan Three Cheese (both from the Modern Classics line) -- and our taste testers found them equally noshable. A 5-ounce package sells for ...

192 of 331 DOCUMENTS

Copyright 2010 McClatchy-Tribune Business News

McClatchy-Tribune Photo Service June 2, 2010 Wednesday

All Rights Reserved
McClatchy-Tribune Photo Service

**June** 2, 2010 Wednesday

**LENGTH:** 39 words

**BYLINE:** Bill Hogan, Chicago Tribune, MCT

**BODY:**

   **Pretzel Crisps** come in a variety of flavors, from Cinnamon Toast to Tuscan Three Cheese. (Bill Hogan/Chicago Tribune/MCT)

Copyright 2010 The Deseret News Publishing Co.
Deseret Morning News (Salt Lake City)

**May** 26, 2010 Wednesday

**LENGTH:** 1028 words

**HEADLINE:** Wonka chocolate bars truly scrumdiddlyumptious

**BYLINE:** Bonnie Tandy Leblang and Carolyn Wyman Universal Press Syndicate

**BODY:**

   ...it is (although it does have a sophisticated undercurrent of nuts). In short, these are excellent upscale chocolate bars with a kiddie name that will, sadly, probably never find their adult market. Ritz Munchables **Pretzels Crisps.** Buttery Flavor, and Cheesy Sour Cream and Onion. $3.79 per 12.25-ounce box. Bonnie: Pretzel on the outside and a Ritz cracker inside: That's Ritz Munchables. I'd snack on  ...

   ...silver-dollar-sized Munchables are also too small to top with a cheese slice or dunk into the dip they need. Give me a plain old 100-percent Ritz cracker or 100-percent pretzel Snack Factory **Pretzel Crisp** any day. Cream of Wheat Instant Hot Cereal. Healthy Grain Original, Healthy Grain Maple Brown Sugar, and SpongeBob SquarePants Variety Pack. $3.99 per 12.7-ounce box  ...

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Mouthful
Mouthful

**May** 26, 2010 Wednesday 7:00 AM EST

**LENGTH:** 764 words

**HEADLINE:** More kitchen panel reviews

**BYLINE:** amweigl

**BODY:**

...Bear-Naked Grain-ola Tropical Fruit Bar: YES, subject to price.

2. Stretch Island Fruit Co. strips and rolls (also taken on the hike): YES, subject to price.

3. Ritz **Pretzel Crisps**: MAYBE -- not as good as regular RITZ crackers, but OK with any kind of unhealthy dip.

4. McCormick herb & spice packs: NO. We'll use the great chicken recipe again, but the ...

...smoothies, "no seeds" (from the kids).

Cons: Contains added sugar, not strong enough fruit flavor, honey vanilla tasted 'spoiled' and 'sour' (again, from the kids).

 3. Ritz Munchables

The Ritz Munchables **Pretzel Crisps** literature accompanying today's sample says that there's a Ritz cracker hiding inside each pretzel in the box. Well, I'm not getting that. My daughter and I, big pretzel eaters, thought these ...

195 of 331 DOCUMENTS

Copyright 2010 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2010 Journal Register Co.
New Haven Register

**May** 26, 2010 Wednesday

**SECTION:** D; Pg. 2

**LENGTH:** 1002  words

**HEADLINE:** Wonka Exceptionals Chocolate Bars. Scrumdiddlyumptious, [Derived Headline]

**BYLINE:** Rick Sandella

**BODY:**

...it is (although it does have a sophisticated undercurrent of nuts).

 In short, these are excellent upscale chocolate bars with a kiddie name that will, sadly, probably never find their adult market.

Wonka Exceptionals Chocolate Bars. Scrumdiddlyumptious, [Derived Headline] New Haven Register May 26, 2010 Wednesday

Ritz Munchables **Pretzels Crisps.** Buttery Flavor, and Cheesy Sour Cream and Onion. $3.79 per 12.25-ounce box.

Bonnie: Pretzel on the outside and a Ritz cracker inside: That's Ritz Munchables. I'd snack on ...

...silver- dollar-sized Munchables are also too small to top with a cheese slice or dunk into the dip they need.

Give me a plain old 100-percent Ritz cracker or 100-percent pretzel Snack Factory **Pretzel Crisp** any day.

Cream of Wheat Instant Hot Cereal. Healthy Grain Original, Healthy Grain Maple Brown Sugar, and SpongeBob SquarePants Variety Pack. $3.99 per 12.7-ounce box ...

196 of 331 DOCUMENTS

Copyright 2010 York Newspapers, Inc.
All Rights Reserved
The York Dispatch (Pennsylvania)

**May** 26, 2010 Wednesday

**SECTION:** FOOD

**LENGTH:** 1007 words

**HEADLINE:** SUPERMARKET SAMPLER: Marketing misses the mark

**BODY:**

...silver-dollar-sized Munchables are also too small to top with a cheese slice or dunk into the dip they need.

Give me a plain old 100-percent Ritz cracker or 100-percent pretzel Snack Factory **Pretzel Crisp** any day.
---
Cream of Wheat Instant Hot Cereal. Healthy Grain Original, Healthy Grain Maple Brown Sugar, and SpongeBob SquarePants Variety Pack. $3.99 per 12.7-ounce box ...

197 of 331 DOCUMENTS

Copyright 2010 Tower Media, Inc.
All Rights Reserved
The Daily News of Los Angeles

**May** 19, 2010 Wednesday
VALLEY EDITION

**SECTION:** L.A. LIFE; Pg. L3

**LENGTH:** 282 words

**HEADLINE:** Cookbook

49

**BODY:**

Natalie Haughton

New munchies

Kraft has introduced Ritz Munchables **Pretzel Crisps**, a combination of a pretzel with a Ritz cracker. Available in either Cheesy Sour Cream & Onion or Buttery Flavor, the crisps are 20 percent smaller than classic Ritz crackers with a pretzel- ...

Copyright 2010 Datamonitor
All Rights Reserved



Datamonitor NewsWire

April 28, 2010 Wednesday 1:45 PM GMT

**SECTION:** FOOD

**LENGTH:** 62 words

**HEADLINE:** Snack Factory to launch new **pretzel crisps** at Whole Foods Market stores

**HIGHLIGHT:**

Snack Factory has reported that it will launch its new modern classics line of **pretzel crisps** at Whole Foods Market stores nationwide in May 2010.

**BODY:**

The new line will join the current Deli Style and chocolate-covered special edition products in the **pretzel crisps** lineup. Perry Abbenante, vice president of marketing at Snack Factory, said: "The growth in natural foods arena has been tremendous and it's a space where we've really not been represented. The new line targets that ...

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

April 27, 2010 Tuesday 6:00 AM EST

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 51 of 100

Snack Factory Pretzel Crisps's range of Thin Crunchy Pretzel Snacks in Classic, Tuscan Three Cheese, Cinnamon Toast, Supreme varieties available in USA Product Launch Tracker April 23, 2010 Frida

brand name. The "all natural" varieties - Classic, Tuscan Three Cheese (sprinkled with all natural romano, asiago and parmesan cheese flavors), Cinnamon Toast ( ...

201 of 331 DOCUMENTS

Copyright 2010 The Charlotte Observer
All Rights Reserved

# The Charlotte Observer

### Found on Charlotte • com
Charlotte Observer (North Carolina)

**April** 20, 2010 Tuesday

**LENGTH:** 873 words

**HEADLINE:** Best of The Grocery Inserts

**BYLINE:** TheDealDivas

**BODY:**

...transaction)

Kraft Macaroni and Cheese Homestyle Deluxe Dinners 2/$5

Oreo Fudge Mint Cremes Cookies or Nabisco 100 Calorie Petites 2/$5

Nabisco Ritz Munchables **Pretzel Crisps** $2.99

Oscar Mayer Selects Angus Beef Franks 2/$8 Buy any 3 Kashi Items, Get $3 off : (limit one per transaction, excludes ...

202 of 331 DOCUMENTS

Copyright 2010 Detroit Free Press
All Rights Reserved
Detroit Free Press (Michigan)

**April** 1, 2010 Thursday

**SECTION:** LIFE; Pg. D2

**LENGTH:** 80 words

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 52 of 100

Taste test: Ritz Munchables Pretzel Crisps; The scoop: New from Nabisco, these crisps are smaller than traditional Ritz crackers and have a pretzel outside and a Ritz cracker inside. Varieties are But

**HEADLINE:** Taste test: Ritz Munchables **Pretzel Crisps**;
The scoop: New from Nabisco, these crisps are smaller than traditional Ritz crackers and have a pretzel outside and a Ritz cracker inside. Varieties are Buttery flavor and Cheesy Sour Cream and Onion.

203 of 331 DOCUMENTS

Copyright 2010 The Florida Times-Union
Florida Times-Union (Jacksonville)

**March** 25, 2010 Thursday

**SECTION:** CONSUMER PANEL; Pg. E-7

**LENGTH:** 595 words

**HEADLINE:** Pasta and veggie dish is tasty, but ...;
Panelists say they doubt there are two servings of vegetables in pouch.

**BYLINE:** ANN J. KELLEY

**BODY:**

...FOR ON YOUR GROCERY SHELF

- Chocolate Cheerios Cereal: made with real cocoa.

- Tropicana Trop 50 Pineapple Mango Juice: 50% less sugar and calories than other juices.

- Ritz Munchables **Pretzel Crisps:** Buttery or Cheesy Sour Cream & Onion.

204 of 331 DOCUMENTS

Copyright 2010 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**March** 18, 2010 Thursday
METRO EDITION

**SECTION:** TASTE; Pg. 3T

**LENGTH:** 342 words

**HEADLINE:** tidbits

**BYLINE:** AL SICHERMAN, STAR TRIBUNE (Mpls.-St. Paul)

**BODY:**

...other side pretzely. In fact, he thought the item, eaten as a whole, was a slightly pretzelish Town House cracker.

Now, after an unusual two-year gap, we have Ritz Munchables **"pretzel crisps"** -- "pretzel outside, cracker inside." Mr. Tidbit still hasn't come up with that cracker-flensing tool, so once more he is forced to describe the item eaten as a whole: It is a pretzelish ...

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**March** 16, 2010

**SECTION:** FEATURES; CENTER STORE

**LENGTH:** 559 words

**HEADLINE:** SPORTS MARKETING: Kraft Scores 'Slam Dunk' Partnership With NCAA, CBS Sports

**BODY:**

...CBS Sports' NCAA corporate marketing program."

The inaugural sampling program during NCAA March Madness will feature Wheat Thins snacks and two of Kraft's latest snack items, Ritz Munchables **pretzel crisps** and Planters Flavor Grove almonds and cashews. Additionally, consumers can follow Mr. Peanut's Road to the 2010 NCAA Final Four in Indianapolis by becoming fans of Mr. Peanut on Facebook. ...

Copyright 2010 Business Wire, Inc.
Business Wire

**March** 11, 2010 Thursday 3:00 PM GMT

**LENGTH:** 884 words

**HEADLINE:** Kraft Foods Scores Multi-Season Partnership with the NCAA® and CBS Sports; Major Snack Brands Named Official "Cracker," "Nut" and "Cookie" of all 88 NCAA Championships

**DATELINE:** EAST HANOVER, N.J.

**BODY:**

53

Page 141
Kraft Foods Scores Multi-Season Partnership with the NCAA® and CBS Sports; Major Snack Brands Named Official
"Cracker," "Nut" and "Cookie" of all 88 NCAA Championships Bu

...Sports' NCAA corporate marketing program."

The initial sampling effort during NCAA March Madness® will feature Wheat Thins snacks and two of the company's newest snack products: Ritz Munchables **pretzel crisps** and Planters Flavor Grove almonds and cashews. In addition, people can follow Mr. Peanut's Road to the 2010 NCAA Final Four in Indianapolis by becoming fans of Mr. Peanut on ...

207 of 331 DOCUMENTS

Copyright 2010 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

March 10, 2010 Wednesday

**LENGTH:** 35 words

**HEADLINE:** MUNCHABLES **PRETZEL CRISPS**

208 of 331 DOCUMENTS

Copyright 2010 Datamonitor
All Rights Reserved
Product Launch Tracker

March 8, 2010 Monday

**LENGTH:** 64 words

**HEADLINE:** Nabisco Ritz Munchables's range of **Pretzel Crisps** in Buttery Flavor, Cheesy Sour Cream & Onion varieties available in USA

**BODY:**

New Nabisco Ritz Munchables **Pretzel Crisps** are "pretzel ouside plus cracker inside." The "naturally flavored" Buttery Flavor **Pretzel Crisps** are sold in the USA in a 12.25 oz. (347g) box by Kraft Foods Global, Inc. This product is also offered in a Cheesy Sour Cream & Onion flavor. The retail price is ...

209 of 331 DOCUMENTS

Copyright 2010 Datamonitor
All Rights Reserved
Product Launch Tracker

February 19, 2010 Friday

2100 Six Flags E. Rd.

Arlington, TX 76011

(817)226-8200

Fax: (817)460-4527

info@tntmarketing.com

...

211 of 331 DOCUMENTS

Copyright 2009 Datamonitor
All Rights Reserved
Product Launch Tracker

**November** 30, 2009 Monday

**LENGTH:** 138 words

**HEADLINE:** Cindy's Kitchen's range of All Natural Singles-to-go Snacks in All Natural Singlestogo Snacks Fresh Buttermilk Ranch Dip with Carrots, All Natural Singlestogo Snacks Fire Roasted Red Pepper & Goat Cheese Dip with Crackers, All Natural Singlestogo Snacks Dijon Wasabi Dip with **Pretzel Crisps** & 3 other varieties available in USA

**BODY:**

...Dip with Carrots (dip 1.5 oz./carrots 2 oz.), Fire Roasted Red Pepper & Goat Cheese Dip with Crackers (dip 1.5 oz./crackers 1 oz.) and Dijon Wasabi Dip with **Pretzel Crisps** (dip 1.5 oz./**pretzel crisps** 0.8 oz.). Also available are "dairy-free & soy base" Caramelized Onion Dip with Crackers (dip 1.5 oz./crackers 1 oz.) and Hot Pot Dipping Sauce with TofuStix (dip 1.5 oz./ ...

212 of 331 DOCUMENTS

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Snack Food & Wholesale Bakery

**November** 1, 2009

**SECTION:** Pg. 49(1) Vol. 98 No. 11 ISSN: 1096-4835

**LENGTH:** 119 words

**HEADLINE:** VMG Partners acquires snack factory;
Snack Food Today

**BODY:**

VMG Partners, a San Francisco-based investment firm, has purchasedthe Snack Factory, which sells snacks under the **Pretzel Crisps** brand.

[ILLUSTRATION OMITTED]

VMG Partners, which invests in small companies ranging from $10 to$100 million in annual sales, also owns Roberts American Gourmet, the Sea Cliff, N.Y.-based company that markets and sells snacks under the Pirate's Booty brand, according to its Web site.

The **Pretzel Crisps** brand was launched in 2004 by Warren and Sara Wilson and is based in Skillman, N.J. The line is sold to club store, retail grocery and mass merchandiser channels.

Houlihan Lokey, an international ...

213 of 331 DOCUMENTS

Copyright 2009 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**October** 26, 2009 Monday 7:00 AM EST

**LENGTH:** 662 words

**HEADLINE:** Warheads Sour Chewy Cubes Sweeten Seaworld's Halloween 'Spooktacular' Event

**DATELINE:** COLORADO SPRINGS, Colo., Oct. 26

**BODY:**

...extreme sour candy, will provide 700,000 free samples of Sour Chewy Cubes to more than 200,000 children and family members for the month-long event. Other suppliers of Spooktacular treats include **Pretzel Crisps,** Baskin Robbins candy, Chiquita minis, the National Peanut Board, Crayola and more. "This promotion marries one of the top national sour confections brands for kids in a marketing effort with one of their ...

214 of 331 DOCUMENTS

Copyright 2009 Journal and Courier (Lafayette, IN)
All Rights Reserved
Journal and Courier (Lafayette, Indiana)

**September** 6, 2009 Sunday

**SECTION:** LOCAL; Pg. 15C

**LENGTH:** 2661 words

**HEADLINE:** Tippecanoe County restaurant inspections

**BODY:**

...corrected.

Family Express

3350 U.S. 52 South

Date of inspection: Aug. 21

Critical violations (3):

There are containers of motor oil stored beside potato fries, and Heet antifreeze stored beside **pretzel crisps** in the back dry storage area. To be corrected today.

Measured chocolate milk at 46.3 degrees in the reach-in section of the walk-in/reach-in refrigeration case. To be corrected today.

...

215 of 331 DOCUMENTS

Copyright 2009 ProQuest Information and Learning
All Rights Reserved
Copyright 2009 Philadelphia Weekly
Philadelphia Weekly

**September 2, 2009 - September 8, 2009**

**SECTION:** FOOD & DRINK; Pg. 33

**LENGTH:** 989 words

**HEADLINE:** He Sells Sea Shells

**BYLINE:** Erace, Adam.

By Adam Erace aerace@philadelphiaweekly.com

**BODY:**

...a dozen Mystic oysters chased away the Delaware Bay blues. I hate to hate on my half-shelled homeboys, but the Mystics were magic, as sweet and salty as a chocolate-covered **pretzel, as crisp** and clear as a fork chiming a Champagne glass.

With oysters as good as these, any ostentation further than classic mignon- ette would be like covering a grass-fed filet mignon in Heinz 57. Or ...

216 of 331 DOCUMENTS

Package sizes growing larger at grocery stores Athens Banner-Herald August 9, 2009 Sunday

Copyright 2009 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2009. Morris Communications Co. LLC. All Rights Reserved. Distributed by NewsBank Inc.
Athens Banner-Herald

**August** 9, 2009 Sunday

**SECTION:** BUSINESS

**LENGTH:** 720 words

**HEADLINE:** Package sizes growing larger at grocery stores

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

Offering more for the same price is one ...

217 of 331 DOCUMENTS

Copyright 2009 The Tennessean
All Rights Reserved
The Tennessean (Nashville, Tennessee)

**July** 26, 2009 Sunday

**SECTION:** BUSINESS

**LENGTH:** 618 words

**HEADLINE:** Grocery bills' meteoric rise is slowing

**BYLINE:** BUSINESS01

**BODY:**

...by weight) for the same price, said Frito-Lay North America spokeswoman Aurora Gonzalez.

Last year, Frito-Lay had reduced serving sizes without coming down on price.

58

**Pretzel Crisps,** owned by New Jersey-based The Snack Factory Inc., did something similar in a promotion set to end next month, by adding 1.5 ounces more pretzels per bag ...

Copyright 2009 Associated Press
All Rights Reserved
The Associated Press

July 21, 2009 Tuesday

**SECTION:** BUSINESS NEWS

**LENGTH:** 825 words

**HEADLINE:** Meltdown 101: Package sizes at the grocery store

**BYLINE:** By EMILY FREDRIX, AP Food Industry Writer

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

The company raised prices but did not shrink ...

Copyright 2009 Associated Press
All Rights Reserved
Associated Press Financial Wire

July 21, 2009 Tuesday 9:10 PM GMT

**SECTION:** BUSINESS NEWS

**LENGTH:** 825 words

**HEADLINE:** Meltdown 101: Package sizes at the grocery store

**BYLINE:** By EMILY FREDRIX, AP Food Industry Writer

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

The company raised prices but did not shrink ...

220 of 331 DOCUMENTS

Copyright 2009 Associated Press
All Rights Reserved
Associated Press Online

July 21, 2009 Tuesday 9:11 PM GMT

**SECTION:** DOMESTIC NEWS

**LENGTH:** 825 words

**HEADLINE:** Meltdown 101: Package sizes at the grocery store

**BYLINE:** By EMILY FREDRIX, AP Food Industry Writer

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

The company raised prices but did not shrink ...

221 of 331 DOCUMENTS

Copyright 2009 Home News Tribune (East Brunswick, NJ)
All Rights Reserved
Home News Tribune (East Brunswick, New Jersey)

July 15, 2009 Wednesday

**SECTION:** LIFE

**LENGTH:** 1343 words

Page 149

Central Jersey specialty foods jockey for attention at worldwide Fancy Food Show Home News Tribune (East Brunswick, New Jersey) July 15, 2009 Wednesday

**HEADLINE:** Central Jersey specialty foods jockey for attention at worldwide Fancy Food Show

**BYLINE:** LOIS HEYMAN

**BODY:**

...well as a stir fry sauce, a barbecue marinade and a curry marinade produced with dates, honey and spices.

Oxygen products are available in Central Jersey stores and on Amazon.com.

**Pretzel crisps**

The Snack Factory, pioneer of the flat pretzel cracker, **Pretzel Crisps** (manufactured in the Skillman section of Montgomery Township), will launch a new seasonal flavor, Peppermint White Chocolate **Pretzel Crisps**, in October to coincide with the winter holidays, said founder and president Warren Wilson.

The new flavor joins the company's most recent innovation, chocolate and peanut butter-covered **Pretzel Crisps**, Wilson said, made with a unique peanut butter dip that doesn't melt in your hands.

Tandoor Chef

One of the more impressive booths at the show was made of hand-carved teak ...

222 of 331 DOCUMENTS

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Candy Industry

**July** 1, 2009

**SECTION:** Pg. RC20(2) Vol. 175 No. 7 ISSN: 0745-1032

**LENGTH:** 1101 words

**HEADLINE:** Sweets, snacks & sales tools: topical educational seminars, innovative merchandising and display solutions, and creative new exhibitors were among the highlights of the 2009 ALL CANDY EXPO; POST-ALL CANDY EXPO: REVIEW

**BODY:**

...even more visual look at point-of-purchase, including permanent floor displays, counter displays and shippers featuring brands ranging from M&M'S Chocolate Candies to Toblerone to Jelly Belly to Dove to **Pretzel Crisps** toToxic Waste. One display that stood out was for Hammond's Candies, which showcased oversized candy canes inside rows of metal buckets. Another display combined Nabisco Honey Maid Honey Grahams, ...

223 of 331 DOCUMENTS

Copyright 2009 Consumers Union of U.S., Inc.
All Rights Reserved

Legal • Independent • Nonprofit

# ConsumerReports.org

Consumer Reports

**July** 2009

**SECTION:** Pg. 10 Vol. 74 No. 7

**LENGTH:** 509  words

**HEADLINE:** UP FRONT: Tips, trends, everyday products. TASTIEST SNACK CRISPS.

**BODY:**

**Pretzel crisps**. New York Style's are large crunchy triangles, very toasted, with a big pretzel flavor. Pepperidge Farm's are large, crunchy, flattened pretzels that are a little buttery and sweet.

Rice crisps. Lundberg's and Rice  ...

224 of 331 DOCUMENTS

Copyright 2009 Lancaster Newspapers, Inc.
Lancaster New Era (Pennsylvania)

**June** 17, 2009 Wednesday

**SECTION:** A; Pg. 6

**LENGTH:** 618  words

**HEADLINE:** Down By The River;
Susquehanna Runs Through Food Lover's Paradise At First-Ever Fundraising Festival

**BYLINE:** Mary Beth Schweigert

**DATELINE:** Lancaster, PA

**BODY:**

...Bube's staff will come armed with a German Wit beer and English nut-brown ale, along with blue cheese and bacon meatballs, tapenade and French bread toasts, and beer cheese spread and **pretzel crisps.**

"I really thought long and hard about (what to bring)," Allen says. "I wanted something summery."

Down By The River; Susquehanna Runs Through Food Lover's Paradise At First-Ever Fundraising Festival Lancaster
New Era (Pennsylvania) June 17, 2009 Wednesday

The river runs tantalizingly close - less than a mile - to Prudhomme's Lost Cajun Kitchen, Columbia.

The restaurant's ...

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 Nielsen Business Media, Inc.
The Bookseller

May 15, 2009

**SECTION:** Pg. 46(1) No. 5382 ISSN: 0006-7539

**LENGTH:** 752 words

**HEADLINE:** Go ahead punk, make my day;
book launches, parties, and the book publishing industry

**BYLINE:** Bent, Horace

**BODY:**

...downturn has played havoc on the diet. The number of parties has been cut back, and when they do occur the hors d'oeurves are more hors don'ts. Why, one book trade magazine's recent bookvideo awards offered guests crisps and **pretzels. Crisps** and pretzels! I haven't seen it this bad since the Panic of 1873 or the recessionat the tail end of the Boer Wars. So all credit to those hip young things at Punk Publishing for, at ...

Copyright 2009 St. Louis Post-Dispatch, Inc.
All Rights Reserved
St. Louis Post-Dispatch (Missouri)

April 9, 2009 Thursday
THIRD EDITION

**SECTION:** HEALTH; Pg. B1

**LENGTH:** 651 words

**HEADLINE:** Sample-size me Grazing the tasting kiosks at local groceries can get you a full stomach - just beware of the fat and sodium.

**BYLINE:** BY MELANIE AVE Special to the Post-Dispatch

Sample-size me Grazing the tasting kiosks at local groceries can get you a full stomach - just beware of the fat and sodium. St. Louis Post-Dispatch (Missouri) April 9, 2009 Thursday

**DATELINE:** 0

**BODY:**

...90 calories; 4 grams fat; 255 mg sodium Dierbergs

KALDI'S JAVA CHIP FRAPPE (About 1 ounce) 88 calories; 4 grams fat; 23 mg sodium Schnucks

**PRETZEL CRISPS** WITH A SMEAR OF LAUGHING COWLIGHT SWISS CHEESE 29 calories; 0.5 grams fat; 95 mg sodium Sam's Club

---

Be smart with food samples Dietitian says to avoid the sugar and look for ...

**GRAPHIC:**

...PHOTO - GOURMET CANDY COOKIES  PHOTO - STOUFFER'S FROZEN QUESADILLA FLATBREAD PHOTO - NABISCO HONEY MAID DELIGHT BARS  PHOTO - DIERBERGS BACON PIZZA  PHOTO - KALDI'S JAVA CHIP FRAPPE  PHOTO - **PRETZEL CRISPS** WITH A SMEAR OF LAUGHING COWLIGHT SWISS CHEESE

227 of 331 DOCUMENTS

Copyright 2009 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2009 Dix Communications Group
Daily Record (Wooster, Ohio)

**March** 29, 2009 Sunday

**SECTION:** Vol. 109 No. 298

**LENGTH:** 525  words

**HEADLINE:** Book list turns up to be right where it was left

**BYLINE:** Jeanine Kendle

**BODY:**

...a good idea not to buy too many snack foods. Our pretzel and potato chip consumption has gone down considerably so that is a savings.

The Man of the House fell in love with something called **pretzel crisps.** It turned out they cost $3.16 for only 6 ounces. That's when we started rationing those and going back to the big old sourdough pretzels that were $2.89 for 14 ounces. It pays to  ...

**CORRECTION:**

Page 153

Pretzels escape economic crunch: one favorite salty snack is holdingits own, despite a wobbly financial world; Snack
Trends Confection & Snack Retailing March 1, 2009

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Confection & Snack Retailing

**March 1, 2009**

**SECTION:** Pg. 22(3) Vol. 2 No. 2 ISSN: 1941-854X

**LENGTH:** 726 words

**HEADLINE:** Pretzels escape economic crunch: one favorite salty snack is holdingits own, despite a wobbly financial
world;
Snack Trends

**BYLINE:** Ford, Anne

**BODY:**

...E.Thomas, senior vice president of sales and marketing.

Shaping Up

Meanwhile, the market-wide fascination with alternative pretzel shapes shows no signs of abating.

"There's been everything from a lattice shape to a **pretzel crisp,** which is kind of flattened to give somewhat the
experience of a potato chip," Thomas says.

As for more recent trends, he says, "There've been some reports that there's been somewhat of a softening in the last
three to six ...

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Confection & Snack Retailing

**March 1, 2009**

**SECTION:** Pg. 24(1) Vol. 2 No. 2 ISSN: 1941-854X

**LENGTH:** 339 words

**HEADLINE:** Crisp from the deli;
Snack Trends

**BYLINE:** Cassell, Deborah

**BODY:**

**Pretzel Crisps** are more than just another salty snack.

As Milt Weinstock, director of marketing for The Snack Factory, puts it: "We are the world's first 'pretzel cracker,' which allows us to participate in regular snacking occasions, as  ...

[ILLUSTRATION OMITTED]

"Our unique taste and crunchy texture allows us to stand apart," he asserts.

Another thing that sets **Pretzel Crisps** apart is where they're sold. Shoppers can find the product in club stores and c-stores nationwide, but they're also located in supermarket delis, which are "home to the more premium products on the market," Weinstock explains.

"Products in the deli tend to be more expensive, but their superior quality makes them worthwhile," he continues. "**Pretzel Crisps** deliver on the superior snack expectations of our consumers."

Baked and not fried, **Pretzel Crisps** are all-natural, and contain zero grams of fat and cholesterol, making them a more healthful choicefor consumers. They're sold in 2-, 5/6- and 24-oz. bags, as well as 100-calorie  ...

...comes in several savory varieties--Original, Garlic, Everything, Buffalo Wing, Honey Mustard & Onion and Chipotle Cheddar--as well as sweet-meets-savory options such as Chocolate Covered.

The most recent additions to the **Pretzel Crisps** family are Peanut Butter & Chocolate, which was introduced in supermarket delis on a regional basis, and Rosemary & Olive Oil, which is being sold in selectclub stores. Both will expand in distribution in 2009 due to their success at retail. Despite the economic downturn, **Pretzel Crisps** are growing by leaps and bounds. According to Weinstock, the brand's business grew 29% in dollars and 21% in units in 2009.

It's no wonder The Snack Factory plans to expand its lineup this year.

"We have eight new flavors we are excited about, but are fielding some consumer research to insure we launch only the best," Weinstock notes.

For more information, visit www.**pretzelcrisps**.com.

230 of 331 DOCUMENTS

Copyright 2009 Chicago Tribune
Chicago Tribune (Illinois)

Distributed by McClatchy-Tribune News Service

**February** 23, 2009 Monday

**SECTION:** TRAVEL

**LENGTH:** 340 words

**HEADLINE:** Reviews of new travel gear

**BYLINE:** By Josh Noel, Chicago Tribune

**BODY:**

...road trip. Could be a light meal but is closer to snack territory. Offerings include a Riviera picnic, consisting of couscous, hummus, pita chips (among other things); Jungle Munch, consisting of **pretzel crisps,** veggie cheese dip, apple sauce and trail mix; and Salami and Cheese, consisting of _ you guessed it. Kosher, vegetarian, gluten-free and halal versions available.

231 of 331 DOCUMENTS

Copyright 2009 Chicago Tribune Company
All Rights Reserved
Chicago Tribune

**February** 15, 2009 Sunday
Final Edition

**SECTION:** TRAVEL ; ZONE C; GEARBOX ; Pg. 2

**LENGTH:** 270 words

**HEADLINE:** GEARBOX

**BYLINE:** Josh Noel

**BODY:**

...road trip. Could be a light meal but is closer to snack territory. Offerings include a Riviera picnic, consisting of couscous, hummus, pita chips (among other things); Jungle Munch, consisting of **pretzel crisps,** veggie cheese dip, apple sauce and trail mix; and Salami and Cheese, consisting of -- you guessed it. Kosher, vegetarian, gluten-free and halal versions available.

232 of 331 DOCUMENTS

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**February** 1, 2009 Sunday

**LENGTH:** 41 words

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

February 1, 2009 Sunday

**LENGTH:** 41 words

**HEADLINE:** UNBEATABLE CRUNCH.

**BODY:**

...

Product          **Pretzel Crisps**

...

238 of 331 DOCUMENTS

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Snack Food & Wholesale Bakery

February 1, 2009

**SECTION:** Pg. 57(3) Vol. 98 No. 2 ISSN: 1096-4835

**LENGTH:** 1152 words

**HEADLINE:** Variety packs: today's vertical form/fill/seal machines must have the flexibility to handle a variety of products packaged in almost every shape and form;
Production Technology

**BODY:**

...other carriers of cheese and dips provide a formidable front to conventional snack producers.

Cracker manufacturers have created almost a second snack aisle in the grocery store with an array of baked **pretzel crisps,** pita chips, crunchy sticks and bold, new flavors of poppable snack crackers. Likewise, cookie producers are providing a sweet alternative to the snacking occasion while energy bar producers are competing for their ...

239 of 331 DOCUMENTS

Copyright 2009 San Francisco Chronicle

All Rights Reserved

# San Francisco Chronicle

The San Francisco Chronicle (California)

**January** 21, 2009 Wednesday
FINAL Edition

**SECTION:** Food; TASTER'S CHOICE; Pg. F2

**LENGTH:** 548 words

**HEADLINE:** Pretzel cracker contest finishes with a twist

**BYLINE:** Amanda Gold, Chronicle Staff Writer

**BODY:**

...small pretzel shape." Four tasters would buy this brand and one might.

The third-place award went to the originators - widely available brand **The Snack Factory** $2.50/6 ounces at Andronico's. These **pretzel crisps** were "nicely browned" and "bubbly" with a "great crunch" and only "mildly salty" flavor. Tasters felt that they had a "lighter texture than the others." Two would buy this brand and three might.

**Mollie Stone's** $6.99/ ...

...Andronico's. "Less salty than some of the others," said one taster. Another noted that they were "crispy" and "quite sweet." The pretzels were also called "a bit puffy and airy." Two might buy this brand and three would not.

**Pretzel Crisps**
**Pepperidge Farm 92**
**Trader Joe's 78**
**The Snack Factory 73**
**Mollie Stone's 60**
**Robert Rothschild Farm 52**
**365 Organic 15**
*Panelists were Linda Anusasananan, food writer and consultant, ...*

Copyright 2009 Times Newspapers Limited
All Rights Reserved



# THE TIMES

The Times (London)

January 17, 2009 Saturday
Edition 1

**SECTION:** NEWS; Pg. 47

**LENGTH:** 500 words

**HEADLINE:** ... and the French find they have to work for peanuts;
France

**BYLINE:** France Adam

**BODY:**

...mousseline with tarragon, roast beef brochette in wine sauce

Dark chocolat moelleux with tonka bean cream

Champagne, red and white wine Standard January reception menu offered this year

Peanuts

**Pretzels**

**Crisps.** Cocktail sausages

Sparkling wine and fruit juice

241 of 331 DOCUMENTS

Copyright 2008 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2008 Urbanite
Urbanite

**December** 16, 2008 Tuesday 10:44 AM EST

**LENGTH:** 104 words

**HEADLINE:** Pretzels for everyone!

**BYLINE:** Lucy Blatter

**BODY:**

...New York delivered by Newstex) -- For hungry and tired shoppers, help is on the way today. Dozens of Santas and elves will hit the streets to hand out over 45 thousand crunchy **Pretzel Crisps.** The free **pretzel crisps** will be available at Columbus Circle, Times Square, Rockefeller Center, Herald Square and the R.A.F Post Office at 34th Street, starting at 9 a.m. **Pretzel crisps** come in varieties ranging from Everything to Buffalo Wing to Chocolate Covered **Pretzel Crisps.** Judging from how quickly were going through our offices bags " they are a great holiday

Page 161

Pretzels for everyone! Urbanite December 16, 2008 Tuesday 10:44 AM EST

snack.  Newstex ID: YN-2711-30522468

Copyright 2008 VNU Business Media, Inc.
All Rights Reserved



brandweek.com

**December** 10, 2008

**SECTION:** NEWS AND FEATURES; INCENTIVE

**LENGTH:** 291  words

**HEADLINE:** Santa Delivers **Pretzel Crisps** to NYC Pedestrians

**BYLINE:** Elaine Wong

**BODY:**

**Pretzel Crisps** is all about giving this holiday season. The growing snack brand, a product of Snack Factory, Skillman, N.J., has hired two dozen Santas and their elves to hand out more than 45,000 crunchy snacks  ...

**Pretzel Crisps**, which first debuted three years ago, also is running new print ads playing up the pretzel's flat shape for holding sauces and dips. They appear in this month's O, The Oprah Magazine and People's  ...

...2009 issues of Real Simple, Good Housekeeping and Every Day with Rachael Ray.

"We realized even though we've been growing strongly, we needed to get the word out," Milt Weinstock, who heads up **Pretzel Crisps** marketing at the privately held Snack Factory. Last April, **Pretzel Crisps** treated consumers to free samples of the snack while they waited to file their taxes outside six U.S. post offices in Manhattan.

"We've spent some money on advertising, but certainly not as  ...

...things, especially as they have a relatively decent health halo," said Marcia Mogelonsky, senior research analyst at market research firm Mintel, Chicago.

The Snack Factory spent $500,000 advertising **Pretzel Crisps** in the U.S. in 2007 (excluding online), and $1.1 million through September of this year, per Nielsen Monitor-Plus.

Copyright 2008 Cable News Network

71

All Rights Reserved.

CNN

**December** 4, 2008 Thursday

**SECTION:** NEWS; Domestic

**LENGTH:** 6621 words

**HEADLINE:** More Casey Anthony Jail House Tapes Released

**BYLINE:** Nancy Grace, Mike Brooks

**BODY:**

...END VIDEO CLIP)

GRACE: You know, for somebody who's apparently grieving or says she's grieving over her kidnapped daughter, this woman is very focused on her own stomach. Snickers bars, strawberry bars, **pretzel crisps,** pork skins, let's see what else here. Beauty products, Chex Mix peanut butter, mouth wash, lemonade.

You know, she's doing a lot of ordering off her menu.

To Eleanor Dixon, felony ...

...talking about?

GRACE: Well, could you then explain to me, Dr. Bethany, the Chex Mix, the cheese crackers, the jalapeno dip, the bold and zesty -- I mean it goes on and on. Cheddar popcorn, tortilla strips, **pretzel crisps,** tuna, beef jerky, pork skins.

I mean, this woman is an eating machine. Isn't she supposed to be grieving?

MARSHALL: Well, she's a texting machine, too. She does a lot of things, but, I ...

244 of 331 DOCUMENTS

Copyright 2008 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2008 Monday

**LENGTH:** 35 words

**HEADLINE:** CELEBRATE CRUNCH.

**BODY:**

...

Product          **Pretzel Crisps**

...

Copyright 2008 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2008 Monday

**LENGTH:** 35 words

**HEADLINE:** CELEBRATE CRUNCH.

**BODY:**

...

Product          **Pretzel Crisps**

...

Copyright 2008 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2008 Monday

**LENGTH:** 35 words

**HEADLINE:** CELEBRATE CRUNCH.

**BODY:**

...

Product          **Pretzel Crisps**

...

One stop shop; FRESH TALK Grocery Headquarters December 1, 2008

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 MacFadden Communications Group LLC
Grocery Headquarters

**December** 1, 2008

**SECTION:** Pg. 46(1) Vol. 74 No. 12 ISSN: 1094-1088

**LENGTH:** 186 words

**HEADLINE:** One stop shop;
FRESH TALK

**BYLINE:** Turcsik, Richard

**BODY:**

...ranch dip, beef or turkey bites and cheddar or mozzarella cubes; and The Veggiecafessens--vegetable platters with savory classic hummus, spinach or artichoke dips, along with multi-grain items such as pita chips, sourdough breadsticks and **pretzel crisps.**

[ILLUSTRATION OMITTED]

Other offerings from Mann include season-specific/holiday marketing programs for holidays throughout the year and In 'n Out trays designed for a specific holiday or event, "We ...

248 of 331 DOCUMENTS

Copyright 2008 Newark Morning Ledger Co.
All Rights Reserved
The Star-Ledger (Newark, New Jersey)

**November** 27, 2008 Thursday
FINAL EDITION

**SECTION:** BUSINESS; Pg. 062

**LENGTH:** 586 words

**HEADLINE:** Snack maker thrives during crunch

**BYLINE:** JOSEPH R. PERONE, STAR-LEDGER STAFF

**BODY:**

...New Jersey-Pennsylvania area by Inc. magazine.

74

The Snack Factory grew its sales to $42.1 million last year, up from $228,000 in 2004, according to the company. The company makes **pretzel crisps** that are baked, have no trans fat or cholesterol and can be stacked with toppings such as peanut butter, cream cheese or shrimp.

The small company is tapping into consumer concerns about calories, cholesterol and fat in their food while they ...

...bit of your own - the deli in our case - and get it to the right people you'll have great response. We focused on a premium package, learned a formula and developed relationships that have really helped with making **Pretzel Crisps** such a success.

Q. How much did you borrow to start the business?

A. All I can tell you is that the investment has paid off, and was well worth it.

Q. What's the next step for you?

A. We've ...

249 of 331 DOCUMENTS

Copyright 2008 The Republican Company, Springfield, MA.
All Rights Reserved
The Times of Trenton (New Jersey)

**November** 27, 2008 Thursday
FINAL EDITION

**SECTION:** BUSINESS; Pg. C10

**LENGTH:** 575 words

**HEADLINE:** Snack maker thrives during crunch

**BYLINE:** JOSEPH R. PERONE

**BODY:**

...New Jersey-Pennsylvania area by Inc. magazine.

The Snack Factory grew its sales to $42.1 million last year, up from $228,000 in 2004, according to the company. The company makes **pretzel crisps** that are baked, have no trans fat or cholesterol and can be stacked with toppings such as peanut butter, cream cheese or shrimp. The small company is tapping into consumer concerns about calories, cholesterol and fat in their food while they ...

...bit of your own - the deli in our case - and get it to the right people you'll have great response. We focused on a premium package, learned a formula and developed relationships that have really helped with making **Pretzel Crisps** such a success.

Q. How much did you borrow to start the business?A. All I can tell you is that the investment has paid off, and was well worth it.

Tickets for New Stadiums: Prices, and Outrage, Escalate The New York Times August 26, 2008 Tuesday

**BYLINE:** By RICHARD SANDOMIR

**BODY:**

...at the new Yankee Stadium rather than pay $650 a game to watch Derek Jeter.

Zuppichini, a resident of Fort Lee, N.J., who is the vice president for sales for **Pretzel Crisps,** reluctantly signed a 10-year contract for the $135 seats, with built-in annual ticket price increases of 4 percent a year.

"You can't be any more die-hard then me," he ...

254 of 331 DOCUMENTS

Copyright 2008 Times Publishing Company
All Rights Reserved
St. Petersburg Times (Florida)

**August** 24, 2008 Sunday

**SECTION:** FLORIDIAN; Pg. 1E

**LENGTH:** 1460 words

**HEADLINE:** NOSH PIT

**BYLINE:** SEAN DALY, STEPHANIE HAYES, Times Staff Writers

**BODY:**

...coming out with free snacks!" Ah yes, we remember being so full of hope.

Free drink: Losing . . . strength . . .

Harry and David

Free food: Two tortilla chips with artichoke spinach dip, **pretzel crisp** with garlic-smoked mozzarella spread, two cups Moose Munch. As we reach for another cup of Moose Munch, an employee quietly snatches the tray. Crazed from lack of fluids, we retreat like ferrets and ...

255 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
IAC (SM) Newsletter Database (TM)
Copyright 2008 The Food Institute
The Food Institute Report

**August** 18, 2008

Page 169

Cross-merchandising boosts sales in deli departments. The Food Institute Report August 18, 2008

**SECTION:** Pg. 4 Vol. 81 No. 33 ISSN: 0745-4503

**LENGTH:** 628 words

**HEADLINE:** Cross-merchandising boosts sales in deli departments.

**BODY:**

...PITA CHIP COMPANY plans to do a cross-promotion with SABRA hummus. VALLEY LAHVOSH'S crackerbreads make a good match for cheeses, spreads and various other toppings. THE SNACK FACTORY'S thin **pretzel crisps,** which come in five flavors, often merchandises alongside hummus, specialty cheeses and/or or deli meats. 34 Degrees sells their flour flavors of Crispbreads along with companion items like cheeses, dips, spreads and ...

256 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Confection & Snack Retailing

**July** 1, 2008

**SECTION:** Pg. 10(1) Vol. 1 No. 4 ISSN: 1941-854X

**LENGTH:** 64 words

**HEADLINE:** The Snack Factory.

**BODY:**

...Signage throughout the sports and concert venue will showcase the product as a thin, crispy alternative to chips and crackers that's also trans fat- and cholesterol-free. For more information about Pretzel Crisps, visit www.**pretzelcrisps**.com.

257 of 331 DOCUMENTS

Copyright 2008 Times Newspapers Limited
All Rights Reserved



**THE TIMES**

The Times (London)

**May** 10, 2008, Saturday

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 78 of 100

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 Macfadden Communications Group LLC
Grocery Headquarters

**May** 1, 2008

**SECTION:** Pg. 76(1) Vol. 74 No. 5 ISSN: 1094-1088

**LENGTH:** 52 words

**HEADLINE:** Bakery Snack Factory's chocolate pretzels;
focus on fresh

**BYLINE:** Spector, Nicole

**BODY:**

The Snack Factory is introducing Chocolate Covered **Pretzel Crisps,** the latest flavor of its thin, crunchy, patented pretzel crackers. Made with 45% cacao, the products are available in a six-ounce stand-up, resealable package with a suggested retail price of $3.99 TO $4.99. www.**pretzelcrisps.**com

[ILLUSTRATION OMITTED]

262 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Snack Food & Wholesale Bakery

**May** 1, 2008

**SECTION:** Pg. 32(1) Vol. 97 No. 5 ISSN: 1096-4835

**LENGTH:** 130 words

**HEADLINE:** 2 Chocolate-covered **pretzel crisps;**
New Products

**BODY:**

[ILLUSTRATION OMITTED]

Company: The Snack Factory, Princeton, N.J.

Web site: www.**pretzelcrisps.**com

Introduced: May

Distribution: Nationwide

Suggested Retail: $3.49-$4.49 for 6-oz. bag

Product Snapshot: Chocolate and peanut butter lovers rejoice with all-natural, thin and crunchy **pretzel crisps** immersed in rich chocolate and creamy peanut butter. Plus, **pretzel crisps** have no trans fat, no cholesterol, are oven-baked and carry Kosher certification. Perfect with a spoonful of ice cream.

Ingredients: Sugar, chocolate liquor (processed with alkali), cocoa butter, wheat flour, ...

263 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Snack Food & Wholesale Bakery

**May** 1, 2008

**SECTION:** Pg. 64(1) Vol. 97 No. 5 ISSN: 1096-4835

**LENGTH:** 536 words

**HEADLINE:** Snacks call my name;
The Final Word

**BYLINE:** Mayer, Marina

**BODY:**

...

. . .

Everywhere I look, they're staring at me. In front of me are bags of potato chips and pretzels sitting in boxes aligning the floor. On the shelves behind me are **pretzel crisps,** energy bars, crackers in all   shapes and forms and tempting sweets lined up in categorical order.Popcorn and Cheetos form the Leaning Tower of Pisa on the once-emptychair on the side of my workspace. And to top it off, I am situated across the hall from the kitchen so aromas of ta-cos and leftover pizza   travel into my corridor.

. . .

264 of 331 DOCUMENTS

Copyright 2008 Independent Print Ltd
All Rights Reserved
Independent Extra

...next week, that no one ever does again. They plan on sending 30 people dressed as Uncle Sam to six Manhattan Post Offices on April 15th. The Sams will hand out samples of **Pretzel Crisps**, a new "unique pretzel cracker." Because it's "crunch time," you see. Then the Sams will dispense homespun wisdom about the necessity of military intervention against the filthy Spaniards and the nation's unstoppable drive westward. Then  ...

FOR IMMEDIATE DISTRIBUTION

FEELING TAXED?

Uncle Sam Hits the Streets with **Pretzel Crisps** to Help New Yorkers through Crunch Time

WHAT: According to the IRS, one in five of the nation's taxpayers wait until the final week to file their taxes by the April 15 deadline!

Indeed, getting through tax time is "crunch time" for many Americans. On April 15th, dozens of Uncle Sams will hit the streets of NYC to hand out tens of thousands of crunchy **Pretzel Crisps** -- providing consumers with a stress-relieving crunch to help them make it through the day.

WHO: More than two-dozen Uncle Sams, courtesy of The Snack Factory, makers of patented **Pretzel Crisps** - fat free, cholesterol free pretzel crackers.

WHEN: April 15, 2008, 7:30AM-1:30PM (For specific location times, visit http://www.**pretzelcrisps**.com/press.html)

NYC post offices:

James Farley Post Office - 421 Eighth Avenue

Church Street Post Office - 90 Church Street

Grand Central Post Office - 450  ...

...Post Office - 115 E 34th Street

Madison Square Post Office - 149 E 23rd Street

BACKGROUND: From the creators and former owners of New York Style Bagel Chip Co. comes **Pretzel Crisps**, a unique pretzel cracker. Family owned and operated by entrepreneurial husband and wife team, Warren and Sara Wilson, the Snack Factory is based in Princeton, NJ. For more information, visit www.**pretzelcrisps**.com.

Newstex ID: GAWK-0001-24438380

272 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 Macfadden Communications Group LLC
Grocery Headquarters

**April** 1, 2008

**SECTION:** Pg. 72(2) Vol. 74 No. 4 ISSN: 1094-1088

**LENGTH:** 1335 words

**HEADLINE:** Snack happy: the wellness trend, portion control and bold flavors are changing the game in the snack industry;

Snack happy: the wellness trend, portion control and bold flavors are changing the game in the snack industry; center store Grocery Headquarters April 1, 2008

center store

**BYLINE:** Levitt, Craig

**BODY:**

...Factory thinks they have just that. Based in Princeton, NJ, the Snack Factory is owned and operated by Warren and Sara Wilson,originators of the former New York Style Bagel Chip Co. The Wilson'slatest creation is **Pretzel Crisps**, which Warren Wilson describes as a hybrid between a pretzel and a cracker. "We have been able to take the middle out of pretzel making the **pretzel crisp** a thin crunchy cracker-like snack," he says. "It is very functional because you can dipit and it has enough solid surface area that you can put something like cheese on top of it."

As a ...

...a multi-million dollar consumer print campaign was launched last quarter of 2007 featuring advertising in magazines like Martha Stewart Living and Rachel Ray. He says most supermarkets have placed **pretzel crisps** in the deli section as opposed to the snack aisle, something he is happy with. "Being in the deli gives us a chance to sample the products with cheese accompaniments and dips," he adds. "It also gives us a chance to separate ourselves from other products in the category. We are a typical salty snack--still a pretzel--but a lot different than a regular pretzel." **Pretzel Crisps** are available in five flavors. In 2.5-, 5- and 6-ounce bags are the original, honey mustard & onion and buffalo wing, while garlic and everything flavors are available in only 6-ounce ...

273 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Confection & Snack Retailing

**March** 1, 2008

**SECTION:** Pg. 38(1) Vol. 1 No. 2 ISSN: 1941-854X

**LENGTH:** 68 words

**HEADLINE:** Snack Factory, Inc;
All Candy Expo: Sweets & Snacks to Spring up in Chicago

**BODY:**

[ILLUSTRATION OMITTED]

Snack Factory, Inc.

www.**pretzelcrisps**.com

ACR Booth #2321

Dark Chocolate Covered **Pretzel Crisps** bring together the decadenceof all-natural 45% cacao and the delicious salty crunch of a baked, fat-free pretzel. The snack meets consumer demand for indulgent, sweet meets salty snacks.

Look for new Peanut Butter Covered **Pretzel Crisps** from the Snack Factory brand at the All Candy Expo, too.

274 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Prepared Foods

**March 1, 2008**

**SECTION:** Pg. 49(7) Vol. 177 No. 3 ISSN: 0747-2536

**LENGTH:** 4587 words

**HEADLINE:** Snacks facts;
2008 New Products Annual: snacks

**BYLINE:** Roberts, William A., Jr.

**BODY:**

...

. . .

Snack Factory ventured into the 100-calorie pack territory with Snack Factory **Pretzel Crisps,** an all-natural product free from trans fat. Snyder's of Hanover followed suit with Veggie Crisps 100 Calorie Snack Packs under the Eatsmart All Natural Snacks brand.

. . .

275 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Snack Food & Wholesale Bakery

**March 1, 2008**

**SECTION:** Pg. 20(3) Vol. 97 No. 3 ISSN: 1096-4835

**LENGTH:** 2008 words

**HEADLINE:** Twist of fate: as the pretzel category turns, new innovations continue to provide the drama that keeps health-conscious consumers tuned into the latest developments on the shelf;

82

Twist of fate: as the pretzel category turns, new innovations continue to provide the drama that keeps health-conscious consumers tuned into the latest developments on the shelf; Market Trends; Snyder

Market Trends;
Snyder's of Hanover Inc.;
Glutino Food Group

**BYLINE:** Petrak, Lynn

**BODY:**

...

. . .

Chocoholics also can hone in on other indulgent pretzel varieties.Last summer, The Snack Factory rolled out new chocolate covered **pretzel crisps**, while Pretzel Flipz from Stamford, Conn.-based DeMet's Candy Co. now includes chocolate-and white fudge-covered pretzels, as well as new Sugar Free Chocolatey Covered Pretzels and Sugar Free White    Fudge Covered Pretzels.

. . .

Likewise, The Snack Factory tinkered with the traditional pretzel recipe for its **Pretzel Crisp** line.

. . .

276 of 331 DOCUMENTS

Copyright 2008 North Jersey Media Group Inc.,
All Rights Reserved
The Record (Bergen County, NJ)

February 2, 2008 Saturday
All Editions

**SECTION:** NEWS; Pg. A01

**LENGTH:** 562 words

**HEADLINE:** Time to stock up to chow down

**BYLINE:** By STEPHANIE AKIN, STAFF WRITER, North Jersey Media Group

**BODY:**

...sold out of Giants gear by Friday, spokeswoman Sharyn Frankel said.

Walker, of the Rochelle Park ShopRite, said he'd just finished a special order for buffalo-wing-flavored **pretzel crisps,** the type of request he expected to keep hearing until game time on Sunday.

Liquor store owners said they hadn't seen much of a rush yet - people always buy liquor last, they ...

83

Giving the gift of food N.J. farms and firms give plenty of choices The Times of Trenton (New Jersey) December 5, 2007 Wednesday

**BODY:**

...howellfarm.org) sells syrup made from maple trees on the farm, as does the Katzenbach family, which sells theirs under the label Sweet Sourland Syrup in Hopewell Township. (home.comcast.net/cbktznbch/)

Snacks - **Pretzel Crisps,** the most familiar product sold by Princeton-based The Snack Factory, are sold at Terhune as well as most area supermarkets. (www.**pretzelcrisps** .com)

Local jams, applesauce - Terhune carries some under their own brand. Across the river in Bucks County, Pa., Manoff Market Gardens in Solebury, Pa., (www.manoff marketgardens. ...

286 of 331 DOCUMENTS

Copyright 2007 Chicago Sun-Times, Inc.
All Rights Reserved
Chicago Sun Times

**October** 15, 2007 Monday
Correction Appended
Final Edition

**SECTION:** FINANCIAL; Pg. 51

**LENGTH:** 676 words

**HEADLINE:** Food that's good to go; Vending machines punch up change

**BYLINE:** Cheryl V. Jackson, The Chicago Sun-Times

**BODY:**

...based GoPicnic Inc. last week launched its new kid's pack, which meets California's nutritional guidelines for schoolchildren. The company sells snack packs that require refrigeration and include components such as mixed nuts, **pretzel crisps**, dried fruit, puffed corn snacks, swiss cheese and toffee candy. It provides the snacks on United and Alaskan airlines flights.

- Burger King ketchup-and-fries flavored potato snacks are new from the ...

**CORRECTION-DATE:** October 21, 2007 Sunday

**CORRECTION:**

Chicago-based GoPicnic Inc. sells boxed meals that require no refrigeration. The meals were incorrectly described in Monday's Sun-Times business story about the new vending machine items.

287 of 331 DOCUMENTS

Copyright 2007 Sun-Times Media, LLC

84

All Rights Reserved
Chicago Sun Times

**October** 15, 2007 Monday
Final Edition

**SECTION:** FINANCIAL; Pg. 51

**LENGTH:** 676  words

**HEADLINE:** Food that's good to go; Vending machines punch up change

**BYLINE:** Cheryl V. Jackson, The Chicago Sun-Times

**BODY:**

...based GoPicnic Inc. last week launched its new kid's pack, which meets California's nutritional guidelines for schoolchildren. The company sells snack packs that require refrigeration and include components such as mixed nuts, **pretzel crisps**, dried fruit, puffed corn snacks, swiss cheese and toffee candy. It provides the snacks on United and Alaskan airlines flights.

- Burger King ketchup-and-fries flavored potato snacks are new from the  ...

288 of 331 DOCUMENTS

Copyright 2007 Daily News, L.P.



Daily News (New York)

**September** 14, 2007 Friday
SPORTS FINAL EDITION

**SECTION:** FOOD; Pg. 58

**LENGTH:** 65 words

**HEADLINE:** SNACK ATTACK! Buffalo Wing-Flavored **Pretzel Crisps**

**BYLINE:** RACHEL WHARTON

289 of 331 DOCUMENTS

Copyright 2007 Gale Group, Inc.
All Rights Reserved
Business and Industry

Sophisticated snacks meet success: ranging from grab-and-go indulgent varieties to raw foods and whole grains, snacks are moving on up--in quality and price. Candy & Snack Business September 2007

Copyright 2007 Adams Business Media
Candy & Snack Business

**September** 2007

SECTION: Pg. 16 Vol. 9 No. 5

LENGTH: 2374 words

HEADLINE: Sophisticated snacks meet success: ranging from grab-and-go indulgent varieties to raw foods and whole grains, snacks are moving on up--in quality and price.

BODY:

...hunger, all while offering recommended daily doses of nutrients. Taking their cue from these findings, manufacturers are progressively incorporating such value-added ingredients as fiber, protein, minerals and healthy fats into everything from cereal bars to **pretzel crisps.**

ADDED VALUE IS WORTH ADDED COST

Christiana Champ, president of A Matter of Flax LLC, suggests consumers increasingly want their snacks to deliver nutrition, but without a high price.

"The saying ' ...

290 of 331 DOCUMENTS

Copyright 2007 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**September** 2007

LENGTH: 7704 words

BODY:

...for you.

Tea Sticks come 12 to a box. For more information contact Rajesh Sharma at (604) 836-8682 or business@petittea.com

The Snack Factory: Buffalo Wing **Pretzel Crisps**

When it comes to good old-fashioned snacking, Buffalo Wing Pretzel Chips can't be beat. They're a new take on two classics -- pretzels and zesty Buffalo wings -- and they're low ...

...six-ounce stand-up bags, they retail for $2.99 each.

For more information contact Warren Wilson, president of The Snack Factory, at (609) 683-5400 or info@

"We were quite surprised to see the sales results increase in healthier snacks." Progressive Grocer August 2007

Copyright 2007 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**August** 2007

**LENGTH:** 533  words

**HEADLINE:** "We were quite surprised to see the sales results increase in healthier snacks."

**BODY:**

...Bleu.

Suggested retail price: $1.99 to $2.99 per five-ounce bag

Available: June 2007 nationally

For more information: www.kettlefoods.com

The Snack Factory

The manufacturer of **Pretzel Crisps** has now made its all-natural, oven-baked, fat-free pretzel crackers available in 100-calorie packs in Original flavor. The option was created in response to strong consumer demand for convenient single-serve snacking, according to the company. All of the company's **pretzel crisps** carry kosher pareve certification from the Othodox Union.

Suggested retail price: $1 for two .92-ounce bags

Available: August 2007 nationally

For more information: www.**pretzelcrisps**.com

294 of 331 DOCUMENTS

Copyright 2007 Globe Newspaper Company
All Rights Reserved
The Boston Globe

**July** 25, 2007 Wednesday
FIRST EDITION

**SECTION:** FOOD; Pg. E2

**LENGTH:** 102 words

**HEADLINE:** These pretzels are flat-out different

**BYLINE:** LISA ZWIRN

87

**BODY:**

...cheese. From the same folks who created the bagel chip more than 20 years ago come addictive Snack Factory pretzels. They're flat, super crisp, baked pretzel-crackers, which are fat-free. **Pretzel Crisps** ($2.99 for 6 ounces) come in five flavors, including Everything, Buffalo Wing, and Honey Mustard & Onion. Some have enough taste that you can skip the dip. Available in the deli ...

295 of 331 DOCUMENTS

Copyright 2007 Little Rock Newspapers, Inc.
Arkansas Democrat-Gazette (Little Rock)

**June** 20, 2007 Wednesday

**SECTION:** FOOD

**LENGTH:** 343 words

**HEADLINE:** SUPERMARKET SLEUTH Green Giant bags another winner

**BYLINE:** ROSEMARY BOGGS

**BODY:**

...asparagus cuts retail for about $2.25 for a 9-ounce box.

CRISPY STICK TWISTS

A company named the Snack Factory markets an interesting product called **Pretzel Crisps**. Instead of the basic twist or stick versions, these are thin, almost like chips. The flavors are Original, Garlic, Everything, Honey Mustard & Onion, Chipotle Cheddar and the new Buffalo Wing. I tried the new flavor, and they weren't nearly as hot as I thought they would be. My son, Alex, is a Buffalo wing enthusiast, and while he thought the crisps were OK, he said he prefers his Buffalo flavor on chicken wings.

**Pretzel Crisps** are packaged in 6-ounce, resealable pouches that retail for about $3 per bag. In Arkansas, you should be able to find them at Kroger and possibly other large supermarkets, and some convenience and ...

296 of 331 DOCUMENTS

Copyright 2007 Fort Worth Star-Telegram
All Rights Reserved



**Found on DFW●com**
Fort Worth Star-Telegram (Texas)

EXPRESS LANE Fort Worth Star-Telegram (Texas) February 28, 2007 Wednesday

**February** 28, 2007 Wednesday

**SECTION:** E; Pg. 3

**LENGTH:** 1209 words

**HEADLINE:** EXPRESS LANE

**BODY:**

...a picnic; or to a potluck party as a delicious starter. Suggested retail price is $3.99 for 10 ounces; you can also get Sabra To Go, a smaller portion packaged with crackers or **pretzel crisps** ($1.99).

297 of 331 DOCUMENTS

Copyright 2007 Post-Standard
All Rights Reserved
All Rights Reserved.



The Post-Standard (Syracuse, New York)

**February** 6, 2007 Tuesday
FINAL EDITION

**SECTION:** CNY; Pg. E1

**LENGTH:** 795 words

**HEADLINE:** "RENOVATE YOUR PLATE." : CAN YOU LOSE 10 PERCENT OF YOUR BODY WEIGHT?

**BODY:**

...two 5-pound bags of flour - gone!"

She goes on to discuss the travails of eating out, the importance of roughage, or fiber, and how whole grains help you feel full.

Then she raves about The Snack Factory **pretzel crisps** (2 points for 10 crisps) and offers members a recipe for hot chocolate that's only 1 point.

Afterward, Riddel meets with Sammons and makes a pledge. If she follows Weight Watchers, "You ...

298 of 331 DOCUMENTS

89

From lime powder to aromatic sea salt: New 'irresistible' products arrive soon National Post (f/k/a The Financial Post) (Canada) November 4, 2006 Saturday

**HEADLINE:** From lime powder to aromatic sea salt: New 'irresistible' products arrive soon

**BYLINE:** Jacob Richler, National Post

**BODY:**

...dressings like Rancher's Choice (now creamier!) and the New! Asian Sesame (not here to stay), Christie's Ritz crackers (now whole-grain -- who knew that there was any grain at all?) and the Snack Factory's **Pretzel Crisps** (a sort of flat, roadkill-like pretzels) are now trans fat-free, which must be cheering news for junk-food addicts still waiting for medical news of the next secret chemical ...

304 of 331 DOCUMENTS

Copyright 2006 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

**September** 26, 2006 Tuesday 3:58 PM GMT

**LENGTH:** 861 words

**HEADLINE:** Omni Hotels Launches Sensation Bars Customized to the Local Market; Introduction of 'Reinvented' Mini-Bar Continues With Sensational New Local Items

**DATELINE:** IRVING, Texas Sept. 26

**BODY:**

...

. . .

*    **Pretzel Crisps,** for a new twist on an old favorite

. . .

305 of 331 DOCUMENTS

Copyright 2006 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2006 Macfadden Communications Group LLC
Grocery Headquarters

**September** 1, 2006

**SECTION:** Pg. 67(1) Vol. 72 No. 9 ISSN: 1094-1088

**LENGTH:** 109 words

**HEADLINE:** Hummus on the go;
fresh TALK

**BYLINE:** Turcsik, Richard

**BODY:**

Astoria, N.Y.-based Sabra, a manufacturer of Mediterranean dips and spreads, is introducing its To Go! With **Pretzel Crisps** line. Available Oct. 1 in Classic Hummus, Roasted Red Pepper Hummus, Supremely Spicy Hummus, Greek Olive Hummus, Roasted Garlic Hummus, Sauteed Eggplant and Tuna Salad varieties, each is packed in 4.1-ounce individual-serving containers, along with crackers or **pretzel crisps**.

[ILLUSTRATION OMITTED]

Sabra has also added Spinach Hummus to its roster. Free of trans fat and cholesterol, each package contains more than 15% spinach and can be used as a snack or an appetizer.

For more ...

306 of 331 DOCUMENTS

Copyright 2006 Guardian Unlimited (© Guardian Newspapers Limited)
All rights reserved



Guardian Unlimited

**August** 4, 2006

**LENGTH:** 628 words

**HEADLINE:** Triathlon ... all in the mind

**BODY:**

...I've finally reached the 'tapering' week, where the volume of training is reduced to a bare minimum and, according to my coach Bill Black, there is a need in the hot weather "to increase salt intake, via **pretzels, crisps** and the like". My kind of coaching. In all seriousness, though, following Bill's plan over the last months has started to reap its rewards: my stamina levels have soared, especially in the water; my ...

307 of 331 DOCUMENTS

Copyright 2006 Courier News (Bridgewater, NJ)

52nd Summer Fancy Food Show, July 9 to 11: Central Jersey booths a hit at Fancy Food Show in New York Courier News (Bridgewater, New Jersey) July 30, 2006 Sunday

All Rights Reserved
Courier News (Bridgewater, New Jersey)

**July** 30, 2006 Sunday
Courier Edition

**SECTION:** LIFESTYLE; Pg. 5FEATURES01

**LENGTH:** 1565 words

**HEADLINE:** 52nd Summer Fancy Food Show, July 9 to 11: Central Jersey booths a hit at Fancy Food Show in New York

**BYLINE:** MILLICENT K. BRODY and FRANK CURCIO Correspondents

**BODY:**

...frozen pot pies in the dust. Their goal is to provide busy moms with a product that doesn't sacrifice nutrition, quality and wholesomeness for efficiency and speed.

Also based in Princeton, The Snack Factory (www.**pretzel crisps.**com) introduced its newest invention: **Pretzel Crisps** -- wide, flat pretzels perfect for dips or toppings from salsa to hummus to cheese. Developed by Warren and Sara Wilson who also developed Pita Chips, Bagel Chips, funnel cake mix and frozen ...

308 of 331 DOCUMENTS

Copyright 2006 Daily News, L.P.



**DAILY ◉ NEWS**
NEW YORK'S HOMETOWN NEWSPAPER

Daily News (New York)

**July** 14, 2006 Friday
SPORTS FINAL EDITION

**SECTION:** FOOD; Pg. 57

**LENGTH:** 944 words

**HEADLINE:** A TRIP DOWN TASTY LANE. Fairway's fancy-food finder prowled the aisles at the Javits Center for delicious discoveries

**BYLINE:** BY RACHEL WHARTON

**BODY:**

...history of helping great food companies get off the ground, makes Jenkins the closest thing to a Fancy Food Show celebrity there is.

A TRIP DOWN TASTY LANE. Fairway's fancy-food finder prowled the aisles at the Javits Center for delicious discoveries Daily News (New York) July 14, 2006 Friday

When he walked by, salespeople rushed up with business cards and packets of **pretzel crisps** or the newest Spanish cured meats.

He was greeted with bear hugs for Fairway products now selling well and got double-cheek air kisses in the Italian aisles, where a Sicilian olive oil ...

309 of 331 DOCUMENTS

Copyright 2006 Star Tribune
Star Tribune (Minneapolis, MN)

Distributed by McClatchy-Tribune News Service

**July** 13, 2006 Thursday

**SECTION:** LIFESTYLE

**LENGTH:** 352 words

**HEADLINE:** Star Tribune, Minneapolis, Tidbits column

**BYLINE:** Al Sicherman, Star Tribune, Minneapolis

**BODY:**

Jul. 13--GOODBYE, MR. PHIPPS: When he ran into Snack Factory's new **Pretzel Crisps** ("the world's first spreadable pretzel cracker") a few months ago, Mr. Tidbit thought they seemed familiar, but he couldn't remember why. Then he forgot the whole thing until Kettle (brand) Bakes pretzel ...

That got Mr. Tidbit fired up again: If nothing else, Kettle (brand) Bakes pretzel chips (with 1 gram of fat per 1-ounce serving) are very like Snack Factory **Pretzel Crisps** (with no fat or 1/2 gram of fat, depending on variety). Having checked his peculiar files, he now recalls the 1993 introduction of Nabisco's Mr. Phipps pretzel chips and Frito-Lay's Rold Gold ...

310 of 331 DOCUMENTS

Copyright 2006 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**July** 13, 2006 Thursday
Metro Edition

**SECTION:** TASTE; Pg. 3T

**LENGTH:** 282 words

Peanut allergy? You can't fly with us Bristol Evening Post November 22, 2005 Tuesday

British Airways spokeswoman Roseanne Crossey said: "Our policy is that we do not have peanuts on board.

"We took them off a couple of years ago because of allergies, as it can get into the air. We do serve **pretzels and crisps.**"

Virgin Atlantic spokeswoman Charlotte Tidball said: "We do not have peanuts as a snack on board in economy class, only in upper class.

"It would then be down to a passenger travelling in ...

330 of 331 DOCUMENTS

Copyright 2005 American Broadcasting Companies, Inc.
ABC News Transcripts

**SHOW:** GOOD MORNING AMERICA (07:00 AM ET) - ABC

**July** 12, 2005 Tuesday

**LENGTH:** 1813 words

**HEADLINE:** FANCY FOOD SHOW NEW FOOD FINDS

**BODY:**

...Off Camera) Now, this is for you. I hope you like this. You're our cracker lady.

DIANE SAWYER

(Off Camera) Every year she (inaudible).

SARA MOULTON

(Off Camera) Or our crisp lady. These are pretzel snacks. **Pretzel crisps.** Sort of like a -bagel crisp. Do you want to try one?

DIANE SAWYER

(Off Camera) Yeah, I do.

SARA MOULTON

(Off Camera) And they have -three different flavors. You use them like crackers.

DIANE ...

331 of 331 DOCUMENTS

Copyright 2005 Gale Group, Inc.
All Rights Reserved
ASAP

**HEADLINE:** Fix-it foods

**BYLINE:** ALAN HAYES

**BODY:**

...toxins.

A single carrot supplies all your vitamin A needs for a single day.

Nibbling on a carrot stick is a much healthier snack than salted nuts, **pretzels or crisps.**

Carrot juice is rich in carotene and numerous other beneficial substances that help to regulate the digestive process, and to rectify constipation and diarrhoea.

Potato contains vitamins A, B1, B6, D, E and H and is ...

20 of 33 DOCUMENTS

Copyright 2001 Charleston Newspapers
Charleston Gazette (West Virginia)

**June** 06, 2001, Wednesday

**SECTION:** Life; Pg. P3D

**LENGTH:** 536 words

**HEADLINE:** Recipe Connection Putting on the party food

**BYLINE:** Judy Grigoraci

**BODY:**

...cup sour cream and 1 cup coarsely chopped onions in small baking dish. Sprinkle with paprika; bake at 350 degrees about 20 minutes. Serve at room temperature with **pretzel crisps** or crackers. Makes about 2 cups.

NUTRITION INFORMATION: (2 tablespoons) 130 calories; 130 calories from fat; 14 grams fat; 3.5 grams saturated fat; 15 milligrams cholesterol; 90 ...

21 of 33 DOCUMENTS

Copyright 2000 SOFTLINE INFORMATION, INC.
Ethnic NewsWatch
Tri-State Defender

**September** 20, 2000

**SECTION:** Vol. 49; No. 38; Pg. 9A

Copyright 2000 SOFTLINE INFORMATION, INC.
Ethnic NewsWatch
The Philadelphia Tribune

**January** 18, 2000

**SECTION:** Vol. 116; No. 19; Pg. 1B

**SLI-ACC-NO:** 0300PTMY 040 000149

**LENGTH:** 1404 words

**HEADLINE:** 1st DOWN - AND GREAT FOOD TO GO

**BODY:**

...room fans cheering with crispy potato nachos, a tasty
new twist on a popular ethnic dish. For afternoon munching, season a crunchy
mix of toasted popcorn, nuts, **pretzels and crisp** cereal squares with bold and
spicy steak sauce. Add the novelty of gourmet jelly beans in zippy adult
flavors like cinnamon spiced with red pepper, jalapeno and lemon to create a
sweet- ...

Copyright 1999 The Chronicle Publishing Co.
The San Francisco Chronicle

**DECEMBER** 19, 1999, SUNDAY, SUNDAY EDITION

**SECTION:** SUNDAY CHRONICLE; Pg. 10/Z1; HOT/NOT

**LENGTH:** 61 words

**HEADLINE:** HOT;
NOT;

Grocery List

**BODY:**

HOT

Deli Thai drumettes

Sonoma mango tea

Salmon fingers

Ginger biscuits

Self-serve gourmet salad bar

Honey-mustard **pretzel crisps**

NOT

Deli chicken nuggets

Lipton tea

Fish sticks

Vanilla wafers

Prepackaged salads

Potato chips

.

Submitted by L.S. Wissler, Albany

Send us your lists for Hot/ ...

25 of 33 DOCUMENTS

Copyright 1999 The Charlotte Observer
All Rights Reserved
Charlotte Observer (North Carolina)

**July** 11, 1999 Sunday THREE EDITION

**SECTION:** MECKLENBURG NEIGHBORS; Pg. 22M

**LENGTH:** 1079 words

**HEADLINE:** 107 BLYTHE SPIRITS CELEBRATE

**BYLINE:** PAT BORDEN GUBBINS, Staff Writer

**BODY:**

...gathered old Blythe family pictures to use on the sets. The movie spans the period from 1943 to the present.

As others arrived for the reunion, they carried their specialties inside for the traditional feast - strawberry salad with **pretzels; crisp,** thin "Tennessee" corn bread with Vidalia onion dip; plates of fried chicken, tiny ham biscuits, casseroles, several kinds of deviled eggs, salads and desserts.

Most important, Ott Blythe's son, ...

26 of 33 DOCUMENTS

COOLER GIFT IDEAS FOR COOKING DADS The Plain Dealer (Cleveland, Ohio) June 16, 1999 Wednesday,
FINAL / ALL

Copyright 1999 Plain Dealer Publishing Co.The Plain Dealer, June 16, 1999
The Plain Dealer (Cleveland, Ohio)

**June** 16, 1999 Wednesday, FINAL / ALL

**SECTION:** FOOD; Pg. 1F

**LENGTH:** 1024 words

**HEADLINE:** COOLER GIFT IDEAS FOR COOKING DADS

**BYLINE:** by JOE CREA; FOOD EDITOR

**BODY:**

...Treats

Maybe munchies are more his thing. In that case, let him take out some trash - in this case, Cleveland Tasty Trash (Ford's Clothier, Rocky River; $13.95). It's a blend of **pretzels and crisp** cereals with a scattering of pecan halves, all covered with a white chocolate bark coating and a sugary dusting. The 12-ounce package is sealed in a silvery-gray plastic trash ...

27 of 33 DOCUMENTS

Copyright 1998 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 1998 Rodale Press, Inc.
Men's Health

**April** 1, 1998

**SECTION:** Pg. p114(4) Vol. V13 No. N3 ISSN: 1054-4836

**LENGTH:** 2125 words

**HEADLINE:** 50 snacks that won't make you fat.;
includes recipes for five homemade snacks

**BYLINE:** Good, Brian

**BODY:**

...

. . .

Crunchy Chex cereal, **pretzels, crisp** bagel chips, and more; available     in four flavors. Traditional: 2/3 cup, 130 calories, 4 g total fat 28% calories from fat

Case 3:17-cv-00652-KDB-DSC   Document 28-25   Filed 08/30/18   Page 99 of 100
98

50 snacks that won't make you fat.; includes recipes for five homemade snacks Men's Health April 1, 1998

. . .

Regular twists, along with flat **pretzel crisps** and crunchy pretzel sticks -- our kind of seafood. 1/2 cup, 100 calories, 0 g total fat

. . .

28 of 33 DOCUMENTS

Copyright 1998 The Seattle Times Company
The Seattle Times

**January** 21, 1998, Wednesday Final Edition

**SECTION:** FOOD; Pg. F1; MARKET FINDS

**LENGTH:** 266 words

**HEADLINE:** MARKET FINDS

**BYLINE:** CECE SULLIVAN

**BODY:**

...munchies that are crunchy and totally addictive. We tried Snak-ens Snack Mix in Original and Reduced Fat flavors, and Chips & Twists in the Sour Cream-Onion flavor. All were packed with interesting mixes of **pretzels, crisps** and breadsticks. They're $ 2.69 for an 11-ounce bag.

-- Sun Chips Multigrain Snacks have 30 percent less fat than regular potato chips. The course grain texture, paired with flavors such as Harvest ...

29 of 33 DOCUMENTS

Copyright 1997 The Jerusalem Post
The Jerusalem Post

**January** 31, 1997, Friday

**SECTION:** FEATURES; Pg. 23

**LENGTH:** 1146 words

**HEADLINE:** Does the pasta pass muster?

**BYLINE:** Daniel Rogov

**BODY:**

...Pretzels from Germany