

# United States Patent and Trademark Office

*Office of the General Counsel*
*Office of the Solicitor*

September 25, 2018

The Honorable David S. Cayer                                                        **VIA UPS**
United States Magistrate Judge
Attn: Clerk of the Court
U.S. District Court for the Western District of North Carolina
Charles R. Jonas Federal Building
401 West Trade Street, Room 210
Charlotte, NC 28202

      Re:    *Snyder's-Lance, Inc., et al. v. Frito-Lay North America, Inc.*
             Civil Action No. 3:17-cv-652-RJC-DSC
             <u>Submission of Administrative Record for Opposition Nos. 91195552 and 91190246
and Cancellation No. 92053001</u>

Dear Judge Cayer:

      Pursuant to your order dated August 7, 2018 (Dkt. No. 17), the United States Patent and Trademark Office hereby submits the certified record of the proceedings before the Trademark Trial and Appeal Board ("TTAB") in Opposition Nos. 91195552 and 91190246 and Cancellation No. 92053001.

      The record is in three boxes and includes a certification page and a table of contents listing the documents comprising the record. Also enclosed is a CD containing an electronic copy of the certified records.

      Please note that some of the materials included in the record are designated as "confidential" and were submitted under a protective order approved by the TTAB. The confidential documents are designated as such in the table of contents and with sealed envelopes in the physical certified record. The enclosed CD of the record includes the confidential documents within the .pdf file and therefore the CD should also be treated as confidential.

      Counsel for the parties is copied on this letter and each is being provided a CD containing an electronic copy of the certified record. Please contact our office at (571) 272-9035 if you have any questions.

                                            Respectfully submitted,

                                            Krishawn Graham
                                            Paralegal Specialist

Enclosures (three boxes):    Certified Administrative Record
                                   CD

cc:  Jonathan D. Sasser, Alexander M. Pearce, and David H. Bernstein (Counsel for Snyder's-Lance, Inc., et al.)
Alice C. Richey, Abigail W. Henderson, and David E. Armendariz (Counsel for Frito-Lay North America, Inc.)