UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:17-CV-00652 |
| FRITO-LAY NORTH AMERICA, INC., | ) ) ) ) | |
| Defendant. | ) | |

# DECLARATION OF MARK FINOCCHIO

I, Mark Finocchio, declare as follows:

1. I am over the age of 18 and competent to testify. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. In November 2010, I submitted a declaration in connection with proceedings before Trademark Trial and Appeal Board ("TTAB"). This declaration updates the information I provided at that time.

3. I am a President of Pinnacle Food Sales ("Pinnacle"), a large-scale food broker serving Florida, Georgia, and the Carolinas. I have worked as a broker in deli snack foods for 17 years. Pinnacle is a broker for two principal supermarkets in those areas: Publix and Harris Teeter. Pinnacle also serves a large number of secondary retail outlets such as Winn-Dixie Stores. The company is principally a broker of deli and dairy products, with a focus on deli snack foods.

4. Pinnacle has sold Snyder's-Lance Pretzel Crisps since 2004, when the product was first introduced onto the market. In my prior declaration, I stated that Pinnacle had brokered the sale of approximately $12 million worth of Pretzel Crisps to its clients since 2005. Since 2012, Pinnacle has brokered the sale of an additional $14 million worth of Pretzel Crisps. In the past year alone, Pinnacle brokered the sale of more than $3 million worth of Pretzel Crisps.

5. As was the case in 2010, there is no question that the retailers I work with use PRETZEL CRISPS to refer exclusively to Snyder's-Lance's product. As also was the case in 2010, I am not aware of the term currently being used by any company to describe a snack food, and customers and retailers do not use the term "pretzel crisps" to describe a category of snack foods.

I declare under the penalty of perjury, that the foregoing is true and correct.

Executed on this 23rd day of October, 2018, in Coconut Creek, Florida.

Mark Finocchio
President
Pinnacle Food Sales

CERTIFICATE OF SERVICE

I do certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record or interested parties via the CM/ECF system.

This 29th day of October, 2018.

ELLIS & WINTERS LLP

/s/ Jonathan D. Sasser
Jonathan D. Sasser
N.C. State Bar No. 10028
Alexander M. Pearce
N.C. State Bar No. 37208
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
jon.sasser@elliswinters.com
alex.pearce@elliswinters.com

DEBEVOISE & PLIMPTON LLP
David H. Bernstein*
James J. Pastore*
Jared I. Kagan*
Michael C. McGregor*
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6696
dhbernstein@debevoise.com
jjpastore@debevoise.com
jikagan@debevoise.com
mcmcgregor@debevoise.com

*Counsel for Plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC*

*admitted *pro hac vice*