# EXHIBIT 1

## Part 1

Copyright 2012 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**April** 10, 2012 Tuesday

**LENGTH:** 25 words

**HEADLINE:** SKINNY DIPPING

**BODY:**

...

Product          **Pretzel Crisps**

...

Copyright 2012 Union Leader Corp.
All Rights Reserved
The Union Leader (Manchester, NH)

**April** 06, 2012 Friday

**SECTION:** 2B; Pg. 9

**LENGTH:** 564 words

**HEADLINE:** Earth Day 5K gets film treatment

**BYLINE:** Dana Wormald

**BODY:**

...folks who may not have raced. Exhibitors at the Earth Day Fair will include Earthtech, Seventh Generation, Organic Valley, Honest Tea, Rustic Crust, Pete and Gerry's Eggs, Hint, **Pretzel Crisps** and more.

Early race registration pricing is $20, then $25 up until April 19. Race day registration may also be available if space allows.

For more information or to register, visit ...

3 of 331 DOCUMENTS

Copyright 2012 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**April** 2012

**LENGTH:** 943 words

**HEADLINE:** Better Than Ever

**BYLINE:** Bridget Goldschmidt

**BODY:**

...versatile [displays] can be used in center stacks, end-of-aisle displays or under bread tables."

Last year, Princeton, N.J.-based Snack Factory unveiled Jalapeño Jack and Chipotle Cheddar **Pretzel Crisps**, which, like the earlier Buffalo Wing variety, boasted stronger, bolder, spicier flavors. All **Pretzel Crisps** varieties are low in fat, have only 110 calories per serving and are made without any trans fat, saturated fat or cholesterol.

A key part of the snack line's success is its unique placement. "Unlike other snack foods, **Pretzel Crisps** are found in the deli section," explains VP of marketing Perry Abbenante. "As a better-for-you snack perfect for dipping and pairing with other foods, the deli section is the ideal location to merchandise our product. By creating co-promotions and positioning our product near the hummus, cheese and deli meats counter, we are giving consumers another reason to try **Pretzel Crisps** with foods that pair nicely with our product."

This growth in deli has allowed the product to expand into secondary and tertiary displays throughout the store, including the snack, wine/beer, carbonated beverages, frozen desserts and cookie/cracker aisle.

Snacking in the perimeter
Snack Factory **Pretzel Crisps** are routinely carried in the deli section, alongside complementary products.

Dual Placement
For the allergy-friendly and gluten-free subsegments of better-for-you snacks, developing healthier snacks consumers will love ...

4 of 331 DOCUMENTS

Copyright 2012 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**April** 2012

**LENGTH:** 348 words

**HEADLINE:** Perry Abbenante

Perry Abbenante The Progressive Grocer April 2012

**BODY:**

From its humble beginnings selling funnel cakes at county fairs to its reinvention of the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps**®, Snack Factory has always focused on providing delicious, innovative snacks that customers crave. Most recently, the Princeton, N.J.-based company partnered with online retail marketplace Alice.com to expand its ...

...Spicy line includes Buffalo Wing and new Jalapeño Jack and Chipotle Cheddar. We also launched a new seasonal item in the Holiday Indulgents line in fall 2011: Dark Chocolate & Peppermint **Pretzel Crisps**. That is all about the salty-sweet trend and the dark chocolate trend that appeals to consumers' need for healthier snack options. When combined with the already low calorie, no fat Original **Pretzel Crisps**, the Dark Chocolate & Peppermint becomes a seasonal treat consumers can indulge in without guilt.

PG: What recent consumer research on snacking should grocers know about when merchandising snacks?

PA: In November 2011, Snack Factory released the **Pretzel Crisps'**® "Rethink Your Snack Survey," revealing the growing role of snack foods in America. The national survey showed how the snack category has broadened. From meal replacements to unique snacking options that satisfy ...

5 of 331 DOCUMENTS

Copyright 2012 Lawrence Ragan Communications, Inc.
All Rights Reserved
Ragan's Report

**April** 2012

SECTION: SOCIAL MEDIA; Pg. 20

LENGTH: 700 words

HEADLINE: Are most Facebook fans and 'likes' worthless?;
Another Web measurement standard turns out to be a hollow brass idol? Say it ain't so!

BYLINE: Matt Wilson.

Matt Wilson is a staff writer for Ragan.com, where this story first appeared.

**BODY:**

...Joe Ciarallo of Buddy Media says he doesn't think Facebook fans are all that passive.

"We've seen examples from our own clients where fans stick around after a deal or coupon is given," he says. "**Pretzel Crisps** has used Facebook to give its fans discounts multiple times in the last year and has seen its fan base grow and stay engaged."

In addition to doubling its "likes" early last year with buy-one-get-one-free coupons, **Pretzel Crisps** also grew its sales 131 percent in the weeks after, with a 95 percent redemption rate for the coupons, Ciarallo says. "Then, in September, **Pretzel Crisps** mobilized those fans with a sweepstakes to introduce two new flavors."

Are most Facebook fans and 'likes' worthless?; Another Web measurement standard turns out to be a hollow brass idol?
Say it ain't so! Ragan's Report April 2012

FanReach CEO Brian Carter wrote on AllFacebook that companies shouldn't shy away from "likes"--they mean
visibility--but says they should also seek  ...

Copyright 2012 San Francisco Chronicle
All Rights Reserved

# San Francisco Chronicle

The San Francisco Chronicle (California)

**April 1, 2012 Sunday**
FINAL Edition

**SECTION:** Food; TASTER'S CHOICE; Pg. G2

**LENGTH:** 491 words

**HEADLINE:** Peanut butter pretzels perfect for game time

**BYLINE:** Janny Hu

**BODY:**

...only brand that touted a whole wheat pretzel shell. Problem was, it was all shell. "Where's the peanut butter?" one
taster asked. "They need more filling," another added. It didn't help that the **pretzel was "crisp"** "crunchy" and "too
salty," "overwhelming" whatever peanut butter there was. While one taster would buy, the rest would not.

In last place was Snyder's $3.49 for 8 ounces at Draeger's, mostly because the pretzel  ...

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Feed Me
Feed Me

**March 22, 2012 Thursday 12:42 AM EST**

**LENGTH:** 232 words

**HEADLINE:** BLOG: Feed Me: A chip on my shoulder

**BYLINE:** Peter M. Gianotti

**BODY:**

...National Margarita Day, which unfortunately took place unacknowledged on Feb. 22, when traditionalists were toasting George Washington with a glass of Madeira.

Generally, chips take in tortilla chips and pita chips, **pretzels and crisps.** Maybe puffs fall under the heading, too. It has a free-form, equal-opportunity style.

So, find that bottle of silver or reposado tequila, whether Sauza, Patron, Centenario, Hornitos or Casa Noble. Get the ...

8 of 331 DOCUMENTS

Copyright 2012 Marketwire, Inc.
All Rights Reserved
Marketwire

**March** 20, 2012 Tuesday 5:00 AM GMT

**LENGTH:** 375 words

**HEADLINE:** Got an 'App' for That? Pretzel Crisps(R) Launches Facebook Appetizer Contest Searching for America's Tastiest Pairings

**DATELINE:** PRINCETON, NJ; Mar 20, 2012

**BODY:**

Since 2004, Snack Factory **Pretzel Crisps**(R) have captured the hearts and stomachs of Americans, inspiring them to create an infinite amount of delectable combinations and scrumptious recipes using the low fat, low calorie pretzel crackers. Today, the better-for-you snack brand is seeking America's top **Pretzel Crisps** pairings with the launch of, Got An App For That? **Pretzel Crisps**(R) Appetizer Contest.

With countless, mouthwatering ways to stack **Pretzel Crisps** into the perfect appetizer, the brand is seeking the best recipes from its growing community of 177,000 plus Facebook fans. From now through April 9th, participants can submit one recipe in each of the following six categories: sweet, spicy, meat, veggie, cheese and bacon. In order to enter a recipe, participants must photograph their creation and then submit it along with their recipe to the "Got An App" tab on the **Pretzel Crisps** Facebook page.

Once the submission period ends, an internal panel of judges will select ten finalists per category and award them one year's supply of **Pretzel Crisps** and the "Got An App For That?" appetizer recipe book featuring their entry. Then from April 12th through the 23rd, **Pretzel Crisps** Facebook fans will be able to vote online, once per day per category for their favorite pairing. The six final category winners will be determined 100% by fan votes and will be announced on April 26th, National Pretzel Day. In addition to plenty of **Pretzel Crisps** and the appetizer recipe book, the grand prize winners will receive $1,000!

For more information about the Got An App For That? **Pretzel Crisps**(R) Appetizer Contest, friend us on Facebook at www.facebook.com/**pretzelcrisps** or visit us at www.**pretzelcrisps**.com.

About Snack Factory  Based in Princeton, New Jersey, Snack Factory was founded by snack food pioneers Sara

Got an 'App' for That? Pretzel Crisps(R) Launches Facebook Appetizer Contest Searching for America's Tastiest Pairings Marketwire March 20, 2012 Tuesday 5:00 AM GMT

and Warren Wilson. From their humble start selling funnel cakes at ...

...on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps**(R). Rethink Your Pretzel! ...

...

. . .

` Pretzel Crisps`

. . .

`jharris@`**`pretzelcrisps`**`.com`

. . .

9 of 331 DOCUMENTS

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Accretive Capital LLC dba Benzinga.com
Benzinga.com

**March** 15, 2012

**LENGTH:** 448 words

**HEADLINE:** 'Like' **Pretzel Crisps**, Buy **Pretzel Crisps**.

**BODY:**

...

. . .

```
   Princeton, NJ, March 15, 2012 (GLOBE NEWSWIRE) -- In an effort to better
service its customers, Snack Factory's Pretzel Crisps[R] has partnered with on-
line retail marketplace Alice.com to expand the brands    availability online.
While Pretzel Crisps have been purchased through the brands website and various
eStores for some time, the better-for-you snack brand sought to meet demand for
online store access to its growing community of 176,000 plus
```

. . .

```
   ...
   Members of the Pretzel Crisps
```

. . .

```
community can now engage with the brand, share recipes and purchase Pretzel
Crisps from the convenience of the brand's
```

. . .

```
page. "Alice.com has enabled us to reach new users as well as current users
```

Page 7

'Like' Pretzel Crisps, Buy Pretzel Crisps. Benzinga.com March 15, 2012

from anywhere in the country,"said Perry Abbenante, Vice President of Marketing for Snack Factory."For those consumers who prefer to shop online or can't find their favorite flavors at their local store, they now have the ability to purchase and sample new **Pretzel Crisps** varieties from the comfort of their personal computer or smart phone."

Alice.com's retail service provides consumers an efficient and cost-effective way to buy everyday household goods. As part of the company's eCommerce platform, **Pretzel Crisps** will have the ease and flexibility to launch online promotions at the click of a button, providinggreater value to consumers.

For more information or to purchase Snack Factory's **Pretzel Crisps**, a recent 2011 Inc. Magazine 500/5000 ranked fastest-growing privatecompany in America, visit

www.**pretzelcrisps**.com

. . .

www.facebook.com/**pretzelcrisps**

. . .

Based in Princeton, New Jersey, Snack Factory was founded by snackfood pioneers Sara and Warren Wilson. From their humble start selling   funnel cakes at county fairs, the couple went on to create New YorkStyle Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with the world'sfirst spreadable pretzel cracker, **Pretzel Crisps**[R]. Rethink Your Pretzel!

. . .

**Pretzel Crisps**

. . .

jharris@**pretzelcrisps**.com

. . .

10 of 331 DOCUMENTS

Copyright 2012 GlobeNewswire, Inc.
All Rights Reserved
GlobeNewswire

**March** 15, 2012 Thursday 5:05 AM EST

**SECTION:** FOOD; PARTNERSHIPS; PRODUCT / SERVICES ANNOUNCEMENT

**LENGTH:** 437 words

**HEADLINE:** 'Like' **Pretzel Crisps,** Buy **Pretzel Crisps;**
America's Favorite Pretzel Cracker Revamps its Online Product Offerings and Expands Internet Sales to Facebook

**BODY:**

Princeton, NJ, March 15, 2012 (GLOBE NEWSWIRE) -- In an effort to better service its customers, Snack

'Like' Pretzel Crisps, Buy Pretzel Crisps; America's Favorite Pretzel Cracker Revamps its Online Product Offerings and Expands Internet Sales to Facebook GlobeNewswire March 15, 2012 Th

Factory?s **Pretzel Crisps**® has partnered with online retail marketplace Alice.com to expand the brands availability online.While **Pretzel Crisps** have been purchased through the brands website and various eStores for some time, the better-for-you snack brand sought to meet demand for online store access to its growing community of 176,000 plus Facebook ...

Members of the **Pretzel Crisps** Facebook community can now engage with the brand, share recipes and purchase **Pretzel Crisps** from the convenience of the brand?s Facebook page."Alice.com has enabled us to reach new users as well as current users from anywhere in the country," said Perry Abbenante, Vice President of Marketing for Snack Factory."For those consumers who prefer to shop online or can?t find their favorite flavors at their local store, they now have the ability to purchase and sample new **Pretzel Crisps** varieties from the comfort of their personal computer or smart phone."

Alice.com?s retail service provides consumers an efficient and cost-effective way to buy everyday household goods.As part of the company?s eCommerce platform, **Pretzel Crisps** will have the ease and flexibility to launch online promotions at the click of a button, providing greater value to consumers.

For more information or to purchase Snack Factory?s **Pretzel Crisps**, a recent 2011 500/5000 ranked fastest-growing private company in America, visit www.**pretzelcrisps**.com or friend us on Facebook at www.facebook.com/**pretzelcrisps**.

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded by snack food pioneers Sara and Warren Wilson.From their humble start selling funnel cakes at county ...

...create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992).Today, Snack Factory is reinventing the pretzel category with the world?s first spreadable pretzel cracker, **Pretzel Crisps**®. Rethink Your Pretzel!

About Alice.com

Alice.com provides eCommerce and interactive marketing services exclusively to the Consumer Packaged Goods (CPG) industry.The company?s eCommerce platform allows ...

Jessica Harris          **Pretzel Crisps**          609.613.0715          jharris@**pretzelcrisps**.com

## 11 of 331 DOCUMENTS

Copyright 2012 Washingtonpost.Newsweek Interactive Company, LLC.
All Rights Reserved
Slate Magazine

**March** 15, 2012 Thursday 10:23 PM GMT

**SECTION:** TECHNOLOGY; Technology

**LENGTH:** 1246 words

**HEADLINE:** Expensive, Useless, Exploitative;
Why we should celebrate the end of the Encyclopedia Britannica's print edition.

Expensive, Useless, Exploitative; Why we should celebrate the end of the Encyclopedia Britannica's print edition. Slate
Magazine March 15, 2012 Thursday 10:23 PM GMT

**BYLINE:** Farhad Manjoo

**BODY:**

...it is clogged with acres of ugly ads. The entry for Abraham Lincoln, for example, offers me deals on a Discover
Card, ultrasound tech training programs, auto insurance, Lenovo PCs, **"pretzel crisps,"** a weight loss product, a Google
text ad for Lincoln cars, and Alamo auto rentals.

If you want to escape the ads, you have a few choices: Pay $70 a year ...

12 of 331 DOCUMENTS

Copyright 2012 The Palm Beach Newspapers, Inc.
All Rights Reserved
Palm Beach Post (Florida)

**March** 7, 2012 Wednesday
FINAL EDITION

**SECTION:** FOOD & ACCENT; Pg. 1D

**LENGTH:** 1194 words

**HEADLINE:** The BENTO SOLUTION;
Does THIS ADORABLE LITTLE LUNCHBOX HOLD THE KEY TO PORTION;
CONTROL AND DIET SUCCESS?;
{HEADLINE2};
ONE SERIOUS DIETER FOUND IT DOES THAT AND MORE.

**BYLINE:** By LIZ BALMASEDA Palm Beach Post Food EditorT

**BODY:**

...yielded mostly successful results. She kept three days at eight or fewer Weight Watchers points, and one day at
10. On her least successful day, she packed leftover pasta, meatballs and **pretzel crisps** for a whopping 17 points. "Way
too much pasta. I could have cut the pasta in half and been satisfied," she jotted in her food diary."It's so easy to carry
my lunch, which is a ...

...Fire Roasted Tomato Sauce with Cabernet Sauvignon

1 ounce Bertolli Portobello Mushroom Sauce with Merlot

3 ounces Pero Mini Sweet Peppers (red, orange, yellow), sliced

15 to 20 **pretzel crisps**

(17 points)THE BENTO BOX

Annette bought her bento box for $7.48 on Amazon.com. She bought a bento band to secure it on eBay for $3.50.

The BENTO SOLUTION; Does THIS ADORABLE LITTLE LUNCHBOX HOLD THE KEY TO PORTION;
CONTROL AND DIET SUCCESS?; {HEADLINE2}; ONE SERIOUS DIETER FOUND IT DOES THAT AND
MORE. Palm Beach Post (Florida) March

She ...

...halves were completely stuffed and, surprisingly, so was I after finishing this meal. A little vinaigrette goes a long
way." "Thursday night leftovers! I meant to bring hummus for my **pretzel crisps**, but forgot it at home. I didn't miss it
at all."

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Weider Publications
Men's Fitness

**March** 1, 2012

**SECTION:** Pg. 28(1) Vol. 28 No. 2 ISSN: 0893-4460

**LENGTH:** 365 words

**HEADLINE:** Snack smarter: March madness just took a turn for the delicious;
FITFOOD

**BYLINE:** Ramsamooj, Sunil

**BODY:**

...Compared with Cheetos' more than a dozen ingredients, Kettle wins hands down with only three (potatoes, oil,
and salt) and all-natural options at that.

Round 2 BEST INGREDIENTS

TOSTITOS VS. **PRETZEL CRISPS**

**Pretzel Crisps** are made with wheat flour, but Tostitos are more wholesome overall, with 2g of multigrain fiber per
serving compared with **Pretzel Crisps**, which have only 1g.

Room 3 TITLE MATCH

Kettle vs. Tostitos

It was a tough. battle, since both chips are tasty. But in the end, Kettle has fewer calories per serving, is ...

...bag, you're only getting 480 calories overall, versus Tostitos' more than 1,300 calories per bag.

WINNER KETTLE BAKED

Round I

NUTRITIONAL BREAKDOWN

TOP ALTERNATIVECHIPS

POPCORNERS VS **PRETZEL CRISPS**

PopCorners is like the delicious lovechild of popcorn and nachos. But at 140 calories per serving, Prezel Crisps ekes out a win with significantly leaner 110-calorie servings.

TOP MULTIGRAIN ...

Copyright 2012 The Daily Gazette Co.
All Rights Reserved
The Daily Gazette

**February** 29, 2012 Wednesday
Schenectady/Albany; Final Edition

**SECTION:** B: LOCAL; Pg. B4

**LENGTH:** 953 words

**HEADLINE:** Chocolate spreads by Kraft are versatile, delicious treats

**BYLINE:** BONNIE TANDY LEBLANG AND CAROLYN WYMAN

**BODY:**

...latest: "Hey, the refrigerator's open -- I guess I'll just stick a spoon in and take a hit." Yes, they're that delicious and that diet-busting dangerous.

Snack Factory Chipotle Cheddar **Pretzel Crisps**

$2.99 per 7.2-ounce resealable pouch.

Bonnie: The first Snack Factory **Pretzel Crisp** I fell in love with was the Everything variety, sprinkled with sesame and poppy seeds, onion, garlic and salt. Each of those thin, crunchy pretzel-shaped crisps had only 10 calories, no saturated fat and ...

...Next to gain my affection was the Dark Chocolate & Peppermint, decadently delicious and to be eaten only as an occasional treat.

I also like the blend of the smoky chipotle flavor with the cheese and spices in Snack Factory **Pretzel Crisps'** newest bold and spicy flavor, Chipotle Cheddar. These crisps contain only 110 calories and no saturated fat in 11 thin crisps. But their 400 milligrams of sodium places them into the occasional-treat category with the Chocolate & Peppermint for me.

Carolyn: When is a pretzel more like a potato chip? When it's a **Pretzel Crisp**. While the plain original **Pretzel Crisp** variety seemed best suited as a differently flavored hors d'oeuvre cracker, subsequent flavored **Pretzel Crisps** (Buffalo Wing, Jalapeno Jack, Tuscan Three Cheese) aimed to be a stand-alone snack, like potato chips. I would add this new smoky Chipotle Cheddar to that list.

It's neither as boring as plain pretzels or original **Pretzel Crisps**, nor as addictively delicious as a cheese-flavored potato chip. A little bit boring on its own, it's ideal dipped into plain whipped cream cheese.

Oscar Mayer Lunchables Lunch Combinations With  ...

15 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Mondaq
Mondaq

**February** 29, 2012 Wednesday 3:10 PM EST

**LENGTH:** 1103 words

**HEADLINE: Pretzel Crisps:** The Importance Of Evaluating A Trademark's Strength

**BODY:**

The New York Times had an interesting article about the ongoing dispute between

Princeton Vanguard and Frito-Lay over Princeton Vanguard's

attempts to obtain a federal trademark registration for the mark

**PRETZEL CRISPS**. You know

**Pretzel Crisps** - the thin, crunchy pretzel crackers

that seem to go perfectly with any type of dip. Well, the company

that makes **Pretzel Crisps**, Princeton Vanguard, has filed several

trademark applications for the mark **PRETZEL CRISPS** for pretzel

crackers (and has disclaimed exclusivity with respect to the word

"PRETZEL"). It was even able to obtain one registration

for the mark on the Supplemental Register. Frito-Lay, which the

Times describes as "the 800-pound gorilla of the snack food

market owned by PepsiCo," has opposed registration of the

pending application for **PRETZEL CRISPS** and has petitioned to cancel

the registration of the **PRETZEL CRISPS** mark on the grounds that the

mark is merely descriptive of the goods and has not acquired the

necessary distinctiveness needed to obtain trademark registration.

Frito-Lay, which sells pretzels under the trademark ROLD GOLD and

owns the Stacy's Pita Chips brand, further argues that the

**PRETZEL CRISPS** mark is generic. (Notably, Frito-Lay has a pending

intent-to-use application for the mark STACY'S PITA CRISPS in

which it has disclaimed exclusivity as to the words "PITA

CRISPS" apart from the mark as a ...

...not able to

develop secondary meaning in the trademark, the mark is not

protectable and the owner will not be able to prevent others, even

competitors, from using the same or similar terms.

And that brings us back to **PRETZEL CRISPS**. The question of

whether the mark is descriptive or not is up to the Trademark Trial

and Appeal Board to decide. But Princeton Vanguard may have been

able to avoid the current dispute with Frito-Lay if it has

initially selected a strong ...



16 of 331 DOCUMENTS

Copyright 2012 Mondaq Ltd.
All Rights Reserved



Mondaq Business Briefing

**February** 29, 2012 Wednesday

**LENGTH:** 1104 words

**HEADLINE:** United States: **Pretzel Crisps:** The Importance Of Evaluating A Trademark's Strength

Page 14

United States: Pretzel Crisps: The Importance Of Evaluating A Trademark's Strength Mondaq Business Briefing
February 29, 2012 Wednesday

**BYLINE:** Geri Haight

**BODY:**

The New York Times had an interesting article about the ongoing dispute between Princeton Vanguard and Frito-Lay over Princeton Vanguard's attempts to obtain a federal trademark registration for the mark **PRETZEL CRISPS**. You know **Pretzel Crisps** - the thin, crunchy pretzel crackers that seem to go perfectly with any type of dip. Well, the company that makes **Pretzel Crisps**, Princeton Vanguard, has filed several trademark applications for the mark **PRETZEL CRISPS** for pretzel crackers (and has disclaimed exclusivity with respect to the word "PRETZEL"). It was even able to obtain one registration for the mark on the Supplemental Register. Frito-Lay, which the Times describes as "the 800-pound gorilla of the snack food market owned by PepsiCo," has opposed registration of the pending application for **PRETZEL CRISPS** and has petitioned to cancel the registration of the **PRETZEL CRISPS** mark on the grounds that the mark is merely descriptive of the goods and has not acquired the necessary distinctiveness needed to obtain trademark registration.

Frito-Lay, which sells pretzels under the trademark ROLD GOLD and owns the Stacy's Pita Chips brand, further argues that the **PRETZEL CRISPS** mark is generic. (Notably, Frito-Lay has a pending intent-to-use application for the mark STACY'S PITA CRISPS in which it has disclaimed exclusivity as to the words "PITA CRISPS" apart from the mark as a ...

...not able to develop secondary meaning in the trademark, the mark is not protectable and the owner will not be able to prevent others, even competitors, from using the same or similar terms.

And that brings us back to **PRETZEL CRISPS**. The question of whether the mark is descriptive or not is up to the Trademark Trial and Appeal Board to decide. But Princeton Vanguard may have been able to avoid the current dispute with Frito-Lay if it has initially selected a strong ...

17 of 331 DOCUMENTS

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Mondaq Ltd.
Mondaq Business Briefing

**February** 29, 2012

**LENGTH:** 1116 words

**HEADLINE: Pretzel Crisps:** The Importance Of Evaluating A Trademark's Strength;
Case overview

**BODY:**

The New York Times had an interesting article about the ongoing dispute between Princeton Vanguard and Frito-Lay over Princeton Vanguard's attempts to obtain a federal trademark registration for the mark **PRETZEL CRISPS**. You know **Pretzel Crisps** - the thin, crunchy pretzel crackers that seem to go perfectly with any type of dip. Well, the company that makes **Pretzel Crisps**, Princeton Vanguard, has filed several trademark applications for the mark **PRETZEL CRISPS** for pretzel crackers (and has disclaimed exclusivity with respect to the word "PRETZEL"). It was even able to obtain one registration for the mark on the Supplemental Register. Frito-Lay, which the Times

describes as "the 800-pound gorilla of the snack food market owned by PepsiCo," has opposed registration of the pending application for **PRETZEL CRISPS** and has petitioned to cancel the registration of the **PRETZEL CRISPS** mark onthe grounds that the mark is merely descriptive of the goods and hasnot acquired the necessary distinctiveness needed to obtain trademark registration.

Frito-Lay, which sells pretzels under the trademark ROLD GOLD and owns the Stacy's Pita Chips brand, further argues that the **PRETZEL CRISPS** mark is generic. (Notably, Frito-Lay has a pending intent-to-use application for the mark STACY'S PITA CRISPS in which it has disclaimed exclusivity as to the words "PITA CRISPS" apart fromthe mark as ...

...not able to develop secondary meaning in the trademark, the mark is not protectableand the owner will not be able to prevent others, even competitors, from using the same or similar terms.

And that brings us back to **PRETZEL CRISPS**. The question of whetherthe mark is descriptive or not is up to the Trademark Trial and Appeal Board to decide. But Princeton Vanguard may have been able to avoid the current dispute with Frito-Lay if it has initially selected a ...


18 of 331 DOCUMENTS

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Mondaq Ltd.
Mondaq Business Briefing

February 29, 2012


**LENGTH:** 1116 words

**HEADLINE: Pretzel Crisps:** The Importance Of Evaluating A Trademark's Strength;
Case overview

**BODY:**

The New York Times had an interesting article about the ongoing dispute between Princeton Vanguard and Frito-Lay over Princeton Vanguard's attempts to obtain a federal trademark registration for the mark **PRETZEL CRISPS**. You know **Pretzel Crisps** - the thin, crunchy pretzel crackers that seem to go perfectly with any type of dip. Well, the company that makes **Pretzel Crisps**, Princeton Vanguard, has filed several trademark applications for the mark **PRETZEL CRISPS** for pretzel crackers (and has disclaimed exclusivity with respect to the word "PRETZEL"). It was even able to obtain one registration for the mark on the Supplemental Register. Frito-Lay, which the Times describes as "the 800-pound gorilla of the snack food market owned by PepsiCo," has opposed registration of the pending application for **PRETZEL CRISPS** and has petitioned to cancel the registration of the **PRETZEL CRISPS** mark onthe grounds that the mark is merely descriptive of the goods and hasnot acquired the necessary distinctiveness needed to obtain trademark registration.

Frito-Lay, which sells pretzels under the trademark ROLD GOLD and owns the Stacy's Pita Chips brand, further argues that the **PRETZEL CRISPS** mark is generic. (Notably, Frito-Lay has a pending intent-to-use application for the mark STACY'S PITA CRISPS in which it has disclaimed exclusivity as to the words "PITA CRISPS" apart fromthe mark as ...

Page 16

Pretzel Crisps: The Importance Of Evaluating A Trademark's Strength; Case overview Mondaq Business Briefing
February 29, 2012

...not able to develop secondary meaning in the trademark, the mark is not protectableand the owner will not be able to prevent others, even competitors, from using the same or similar terms.

And that brings us back to **PRETZEL CRISPS**. The question of whetherthe mark is descriptive or not is up to the Trademark Trial and Appeal Board to decide. But Princeton Vanguard may have been able to avoid the current dispute with Frito-Lay if it has initially selected a ...

19 of 331 DOCUMENTS

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Mondaq Ltd.
Mondaq Business Briefing

**February** 29, 2012

**LENGTH:** 1116 words

**HEADLINE: Pretzel Crisps:** The Importance Of Evaluating A Trademark's Strength;
Case overview

**BODY:**

The New York Times had an interesting article about the ongoing dispute between Princeton Vanguard and Frito-Lay over Princeton Vanguard's attempts to obtain a federal trademark registration for the mark **PRETZEL CRISPS**. You know **Pretzel Crisps** - the thin, crunchy pretzel crackers that seem to go perfectly with any type of dip. Well, the company that makes **Pretzel Crisps**, Princeton Vanguard, has filed several trademark applications for the mark **PRETZEL CRISPS** for pretzel crackers (and has disclaimed exclusivity with respect to the word "PRETZEL"). It was even able to obtain one registration for the mark on the Supplemental Register. Frito-Lay, which the Times describes as "the 800-pound gorilla of the snack food market owned by PepsiCo," has opposed registration of the pending application for **PRETZEL CRISPS** and has petitioned to cancel the registration of the **PRETZEL CRISPS** mark onthe grounds that the mark is merely descriptive of the goods and hasnot acquired the necessary distinctiveness needed to obtain trademark registration.

Frito-Lay, which sells pretzels under the trademark ROLD GOLD and owns the Stacy's Pita Chips brand, further argues that the **PRETZEL CRISPS** mark is generic. (Notably, Frito-Lay has a pending intent-to-use application for the mark STACY'S PITA CRISPS in which it has disclaimed exclusivity as to the words "PITA CRISPS" apart fromthe mark as ...

...not able to develop secondary meaning in the trademark, the mark is not protectableand the owner will not be able to prevent others, even competitors, from using the same or similar terms.

And that brings us back to **PRETZEL CRISPS**. The question of whetherthe mark is descriptive or not is up to the Trademark Trial and Appeal Board to decide. But Princeton Vanguard may have been able to avoid the current dispute with Frito-Lay if it has initially selected a ...

20 of 331 DOCUMENTS

Copyright 2012 York Newspapers, Inc.
All Rights Reserved
The York Dispatch (Pennsylvania)

**February** 29, 2012 Wednesday

**SECTION:** FOOD

**LENGTH:** 914 words

**HEADLINE:** SUPERMARKET SAMPLER: Indulge with Philadelphia's new spreads

**BODY:**

...latest: "Hey, the refrigerator's open -- I guess I'll just stick a spoon in and take a hit." Yes, they're that delicious and that diet-busting dangerous.

Snack Factory Chipotle Cheddar **Pretzel Crisps**. $2.99 per 7.2-ounce re sealable pouch.

Bonnie: The first Snack Factory **Pretzel Crisp** I fell in love with was the Everything variety, sprinkled with sesame and poppy seeds, onion, garlic and salt. Each of those thin, crunchy pretzel-shaped crisps had only 10 calories, no saturated fat and ...

...Next to gain my affection was the Dark Chocolate & Peppermint, decadently delicious and to be eaten only as an occasional treat.

I also like the blend of the smoky chipotle flavor with the cheese and spices in Snack Factory **Pretzel Crisps'** newest bold and spicy flavor, Chipotle Cheddar. These crisps contain only 110 calories and no saturated fat in 11 thin crisps. But their 400 milligrams sodium places them into the occasional-treat category with the Chocolate & Peppermint for me.

Carolyn: When is a pretzel more like a potato chip? When it's a **Pretzel Crisp**. While the plain original **Pretzel Crisp** variety seemed best suited as a differently flavored hors d'oeuvre cracker,

subsequent flavored **Pretzel Crisps** (Buffalo Wing, Jalapeno Jack, Tuscan Three Cheese) aimed to be a stand-alone snack, like potato chips. I would add this new smoky Chipotle Cheddar to that list.

It's neither as boring as plain pretzels or original **Pretzel Crisps**, nor as addictively delicious as a cheese-flavored potato chip. A little bit boring on its own, it's ideal dipped into plain whipped cream cheese.

Oscar Mayer Lunchables Lunch Combinations With ...

21 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Branding Strategy Insider
Branding Strategy Inside

**February** 28, 2012 Tuesday 8:50 PM EST

**LENGTH:** 871 words

**HEADLINE:** Product Naming Guide For Start-Up Brands

**BYLINE:** Thomson Dawson

**BODY:**

...threats to their business.

Such was the case for a start-up snack food brand whose owners thought was a routine move to register the trademark of their hot new product - a flat pretzel snack called **"Pretzel Crisps"** - and it was contested by none other than Frito-Lay, the 800-pound gorilla of the snack food market owned by PepsiCo.

According to its filings with the Patent and Trademark Office, Frito-Lay contends that **Pretzel Crisps** cannot be registered as a trademark because it is a generic term. "Like 'milk chocolate bar,' the combination of **'pretzel' and 'crisp'** gains no meaning as a phrase over and above the generic meaning of its constituent terms," the company wrote in a 2010 motion. You can read the full story here.

With so much at stake ...

 22 of 331 DOCUMENTS

Copyright 2012 The Deseret News Publishing Co.
Deseret Morning News (Salt Lake City)

**February** 28, 2012 Tuesday

**LENGTH:** 946 words

**HEADLINE:** Indulgence spreads are really tempting

**BYLINE:** Bonnie Tandy Leblang & Carolyn Wyman Universal Press Syndicate

**BODY:**

...latest: "Hey, the refrigerator's open ? I guess I'll just stick a spoon in and take a hit." Yes, they're that delicious and that diet-busting dangerous. Snack Factory Chipotle Cheddar **Pretzel Crisps**. $2.99 per 7.2-ounce resealable pouch. Bonnie: The first Snack Factory **Pretzel Crisp** I fell in love with was the Everything variety, sprinkled with sesame and poppy seeds, onion, garlic and salt. Each of those thin, crunchy pretzel-shaped crisps had only 10 calories, no saturated fat and ...

...Next to gain my affection was the Dark Chocolate & Peppermint, decadently delicious and to be eaten only as an occasional treat. I also like the blend of the smoky chipotle flavor with the cheese and spices in Snack Factory **Pretzel Crisps'** newest bold and spicy flavor, Chipotle Cheddar. These crisps contain only 110 calories and no saturated fat in 11 thin crisps. But their 400 milligrams sodium places them into the occasional-treat category with the Chocolate & Peppermint for me. Carolyn: When is a pretzel more like a potato chip? When it's a **Pretzel Crisp**. While the plain original **Pretzel Crisp** variety seemed best suited as a differently flavored hors d'oeuvre cracker, subsequent flavored

**Pretzel Crisps** (Buffalo Wing, Jalapeno Jack, Tuscan Three Cheese) aimed to be a stand-alone snack, like potato chips. I would add this new smoky Chipotle Cheddar to that list. It's neither as boring as plain pretzels or original **Pretzel Crisps**, nor as addictively delicious as a cheese-flavored potato chip. A little bit boring on its own, it's ideal dipped into plain whipped cream cheese. Oscar Mayer Lunchables Lunch Combinations With ...

Copyright 2012 International Herald Tribune
All Rights Reserved
The International Herald Tribune

**February** 22, 2012 Wednesday

**SECTION:** FINANCE; Pg. 2

**LENGTH:** 1395 words

**HEADLINE:** In Google age, trademarks gain importance;
Company finds itself challenged by Frito-Lay over simple brand name

**BYLINE:** STEPHANIE STROM

**DATELINE:** PRINCETON, New Jersey

**BODY:**

...company's payroll.

But it still came as a bit of a shock when the Wilsons made what they thought was a routine move to register the trademark of their hot product - a flat pretzel snack called **Pretzel Crisps** - and it was contested by none other than Frito-Lay, the 800-pound gorilla of the snack food market owned by PepsiCo.

...wants to dominate the snack food category by crushing a little company like ours rather than by competing with us."

Frito-Lay, whose Rold Gold pretzel products and Stacy's Pita Chips compete with **Pretzel Crisps**, declined to discuss the case, citing the pending dispute with the Wilsons' company, Princeton Vanguard.

But in its filings with the U.S. Patent and Trademark Office, Frito-Lay contends that **Pretzel Crisps** cannot be registered as a trademark because it is a generic term. "Like 'milk chocolate bar,' the combination of **'pretzel' and 'crisp'** gains no meaning as a phrase over and above the generic meaning of its constituent terms," the company wrote in a 2010 motion.

The dispute is still pending with the trademark office's trial board.

Trademarks, which are ...

...law. "If they can't win in the marketplace, they try to soften them up with legal fees and distract them. Even if they lose the case, it's a Pyrrhic victory because the small company has wasted so many resources."

In Google age, trademarks gain importance; Company finds itself challenged by Frito-Lay over simple brand name The
International Herald Tribune February 22, 2012 Wednesday

For **Pretzel Crisps**, Princeton Vanguard already has spent $1 million on legal fees, hiring David H. Bernstein and
Joe DiSalvo, who won control of the Vitaminwater name for Glacéau, which is now owned by Coca-Cola.

Trademark lawyers say it is unclear how strong a claim the Wilsons have to the term **pretzel crisps**, even though
they have been using it since their snacks first went on sale in 2004.

F. Scott Kieff, a law professor at George Washington University in Washington, said the case could go either way.
Princeton Vanguard, he said, "will have to show that there is some secondary meaning to the term '**pretzel crisp**' out
there in the relevant population that goes beyond simply provoking thoughts of thin pretzels that are crispy and refer to
something specific."

In any case, Frito-Lay has a clear financial incentive to dent the ...

...Lay, according to Symphony/IRI, a market research firm in Chicago. (The firm's data does not include sales in
Walmart stores, warehouse clubs or liquor stores.)

Symphony/IRI views **Pretzel Crisps** as a cracker, but if counted as a pretzel, it would be among the top six players.

Retail sales of **Pretzel Crisps** are growing quickly and last year exceeded $100 million, according to Princeton
Vanguard. Meanwhile, sales of Rold Gold pretzel products have decreased slightly over the last couple of years.

Frito-Lay has ...

...speed slicers every 24 hours.

They called their bagel chips New York Style Bagel Chips and registered New York Style as a trademark in much
the same way they are trying to register **Pretzel Crisps**. In 1992, they sold the business to Nabisco.

The idea for **Pretzel Crisps** was born in 1994. As Mrs. Wilson worked a graveyard shift at a factory in Ohio
making puffed pretzels, she said it hit her: "What if you took the middle, the air, out?"

But ...

24 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 JD Supra
JD Supra

**February** 22, 2012 Wednesday 10:50 PM EST

**LENGTH:** 438 words

**HEADLINE: PRETZEL CRISPS:** The Importance of Evaluating A Trademark's Strength

**BODY:**

...Times had an interesting article about the ongoing dispute between Princeton Vanguard and Frito-Lay over
Princeton Vanguard&rsquo;s attempts to obtain a federal trademark registration for the mark **PRETZEL
CRISPS. ** You know **Pretzel Crisps** &ndash; the thin, crunchy pretzel crackers that seem to go

perfectly with any type of dip.  Well, the company that makes **Pretzel Crisps**, Princeton Vanguard, has filed several trademark applications for the mark **PRETZEL CRISPS** for pretzel crackers (and has disclaimed exclusivity with respect to the word &ldquo;PRETZEL&rdquo;).  It was even able to obtain one registration for the mark on the Supplemental Register.  Frito-Lay, which the Times describes as &ldquo;the 800-pound gorilla of the snack food market owned by PepsiCo,&rdquo; has opposed registration of the pending application for **PRETZEL CRISPS** and has petitioned to cancel the registration of the **PRETZEL CRISPS** mark on the grounds that the mark is merely descriptive of the goods and has not acquired the necessary distinctiveness needed to obtain trademark registration.  Frito-Lay, which sells pretzels under the trademark ROLD GOLD and owns the Stacy&rsquo;s Pita Chips brand, further argues that the **PRETZEL CRISPS** mark is generic.  (Notably, Frito-Lay has a pending intent-to-use application for the mark STACY&rsquo;S PITA CRISPS in which it has disclaimed exclusivity as to the words & ...

25 of 331 DOCUMENTS

Copyright 2012 Comtex News Network, Inc.
All Rights Reserved
Copyright 2012 JAGfn.com All Rights Reserved



JAGfn.com

This content is provided to LexisNexis by Comtex News Network, Inc.

**February** 21, 2012 Tuesday 7:38 AM EST

**LENGTH:** 354 words

**HEADLINE:** The New York Times

**BODY:**

...record two hours of video, which could provide evidence in controversies over police officers' use of force.Trademarks Take On New Importance in Internet Era - A legal battle over **Pretzel Crisps** underscores the value of a brand name.Europe Agrees on New Bailout to Help Greece Avoid Default - After more than 13 hours of talks, euro zone ministers approved a new ...

26 of 331 DOCUMENTS

Copyright 2012 The New York Times Company
The New York Times

**February** 21, 2012 Tuesday
Late Edition - Final

**SECTION:** Section B; Column 0; Business/Financial Desk; Pg. 1

**LENGTH:** 1371 words

**HEADLINE:** Battle of the Brands

**BYLINE:** By STEPHANIE STROM

**BODY:**

...company's payroll.

But it still came as a bit of a shock when the Wilsons made what they thought was a routine move to register the trademark of their hot product -- a flat pretzel snack called **Pretzel Crisps** -- and it was contested by none other than Frito-Lay, the 800-pound gorilla of the snack food market owned by PepsiCo.

...wants to dominate the snack food category by crushing a little company like ours rather than by competing with us."

Frito-Lay, whose Rold Gold pretzel products and Stacy's Pita Chips compete with **Pretzel Crisps**, declined to discuss the case, citing the pending dispute with the Wilsons' company, Princeton Vanguard.

But in its filings with the Patent and Trademark Office, Frito-Lay contends that **Pretzel Crisps** cannot be registered as a trademark because it is a generic term. "Like 'milk chocolate bar,' the combination of **'pretzel' and 'crisp'** gains no meaning as a phrase over and above the generic meaning of its constituent terms," the company wrote in a 2010 motion.

The dispute is still pending with the trademark office's trial board.

Trademarks, which are ...

...law. "If they can't win in the marketplace, they try to soften them up with legal fees and distract them. Even if they lose the case, it's a Pyrrhic victory because the small company has wasted so many resources."

For **Pretzel Crisps**, Princeton Vanguard already has spent $1 million on legal fees, hiring David H. Bernstein and Joe DiSalvo, who won control of the Vitaminwater name for Glaceau, which is now owned by Coca-Cola.

Trademark lawyers say it's unclear how strong a claim the Wilsons have to the term **pretzel crisps**, even though they have been using it since their snacks first went on sale in 2004.

F. Scott Kieff, a law professor at George Washington University, said the case could go either way. Princeton Vanguard, he said, "will have to show that there is some secondary meaning to the term **'pretzel crisp'** out there in the relevant population that goes beyond simply provoking thoughts of thin pretzels that are crispy and refer to something specific."

In any case, Frito-Lay has a clear financial incentive to dent the ...

...brands, according to Symphony/IRI, a market research firm in Chicago. (The firm's data does not include sales in Walmart stores, warehouse clubs or liquor stores.)

Symphony/IRI views **Pretzel Crisps** as a cracker, but if counted as a pretzel, it would be the No. 6 player.

Case 3:17-cv-00652-KDB-DSC   Document 41-2   Filed 10/29/18   Page 23 of 105

Retail sales of **Pretzel Crisps** are growing quickly and last year exceeded $100 million, according to Princeton Vanguard. Meanwhile, sales of Rold Gold pretzel products have decreased slightly over the last couple of years.

Frito-Lay has ...

...slicers every 24 hours.

They called their bagel chips New York Style Bagel Chips and registered New York Style as a trademark in much the same way they are now trying to register **Pretzel Crisps**. In 1992, they sold the business to Nabisco.

The idea for **Pretzel Crisps** was born in 1994. As Mrs. Wilson worked a graveyard shift at a factory in Ohio making puffed pretzels, she said it hit her: "What if you took the middle, the air, out?"

But ...

**GRAPHIC:**

PHOTOS: Warren and Sara Wilson, the inventors of **Pretzel Crisps,** are being sued by the snack food giant Frito-Lay. (B1)
Frito-Lay, a unit of PepsiCo, argues that **Pretzel Crisps** cannot be registered as a trademark because the name is a generic term.
A serving suggestion on a **Pretzel Crisps** bag. The Wilsons said they had spent $1 million in their legal fight with Frito-Lay.
Warren and SaraWilson, founders of Princeton Vanguard, the company that owns **Pretzel Crisps,** which has had rising sales. (PHOTOGRAPHS BY OZIER MUHAMMAD/THE NEW YORK TIMES) (B8)

 27 of 331 DOCUMENTS

Copyright 2012 The New York Times Company
The New York Times

**February** 21, 2012 Tuesday
Late Edition - Final

**SECTION:** Section A; Column 0; Metropolitan Desk; Pg. 2

**LENGTH:** 734 words

**HEADLINE:** Inside the Times

**BODY:**

...NEW ROLE IN INTERNET ERA

Trademarked brand names are a crucial tool in Web searches, as Warren Wilson has learned in his fight with the snack food giant Frito-Lay over **Pretzel Crisps.** Page B1

AIRLINES SPEND ON LOUNGES

Many carriers have begun investing millions in their lounges, hoping to build their brands and attract more first-

and business-class customers with amenities like luxury ...

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 The Gloss
Splendicity

**February** 17, 2012 Friday 6:35 PM EST

**LENGTH:** 545 words

**HEADLINE:** Facebook Makes Drug Addiction Look So Pretty

**BODY:**

My Facebook sponsored posts section seems dedicated to 1) telling me my peripheral acquaintances love **Pretzel Crisps** and 2) convincing me to do that when drug addiction looks so unbelievably glamorous and involves such terrific hair dye?

Because according to these ads this is what addicts look like:

Copyright 2012 Relaxnews
All Rights Reserved



AFP - RELAXNEWS (English International Version)

**February** 15, 2012 Wednesday

**SECTION:** GASTRONOMY

**LENGTH:** 258 words

**HEADLINE:** Hot and spicy snacks heat up snack food industry in the US

**BODY:**

...brand Tabasco has also lent its flavors to Cheez-It, savory crackers baked with their Green Pepper Sauce, and Zapp's Spicy Creole Tomato Potato Chips.

New products that offer consumers something new, like **pretzel crisps** and popchips are also proving popular in the

snack food world. Popchips, based out of San Francisco, are made by applying heat and pressure to potatoes for a low-calorie alternative to deep-fried ...

30 of 331 DOCUMENTS

Copyright 2012 Orange County Register
All Rights Reserved
Orange County Register (California)

February 10, 2012 Friday

**SECTION:** BUSINESS; Pg. D

**LENGTH:** 478 words

**HEADLINE:** L.A. 'pop-up' eatery coming to Costa Mesa

**BYLINE:** Nancy Luna Register writer, The Orange County Register

**BODY:**

...orange marmalade, lamb belly bacon

Filet mignon, celeriac creamed spinach, black garlic, bone marrow, truffled "tater tots"

Chocolate, banana milkshake, chewy peanut butter ice cream, **pretzel crisp,** micro celery

Buzz button, suspended in rosey water

Wines and craft beer will be available at an additional cost.

For a reservation, call 909-576-9210 or email ...

31 of 331 DOCUMENTS

Copyright 2012 Fairchild Fashion Group
All Rights Reserved



Women's Wear Daily(WWD)

February 9, 2012

**SECTION:** 1; Pg. 4 Vol. 203 No. 27 ISSN: 0149-5380

**LENGTH:** 1201 words

Fashion Week's Latest Digital Moves Women's Wear Daily(WWD) February 9, 2012

**HEADLINE:** Fashion Week's Latest Digital Moves

**BYLINE:** Rachel Strugatz

**DATELINE:** NEW YORK

**BODY:**

...buyers can track the whereabouts of #FashionWheels to catch a ride -- which will also be stocked with "Survival Kits" of Prometheus Springs water, Zoya Nail Polish, Vita Coco coconut water, **pretzel crisps** and Six Scents (Six perfumes created by six artists for charity).

And in it's third season, the Kmart Concierge will send its Concierge girls -- outfitted in #FashionWeekProblems T-
...

**PUB-SUBJECT:**

...media platforms; co-executive; beauty section; program; communications agency; industry insiders; media platforms help; Miller calls; fashion circus; designer; video experience; brands; industry members; editor; **pretzel crisps**; runways looks; site; digital fashion; co-executive directors; coconut water; insider access; shoppable runways; digital mediums; luxury shopper; favorite images; creative director; interactive app; online ...

32 of 331 DOCUMENTS

Copyright 2012 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2012 Yakima Herald Republic
Yakima Herald-Republic (Washington)

**February** 9, 2012 Thursday

**SECTION:** Pg. A.12

**LENGTH:** 483 words

**HEADLINE:** The Indoorsman -- Taking stock on birthday No. 34

**BYLINE:** Pat Muir

**BODY:**

...back from Seattle a couple of weeks ago and spent, like, $50 on snack foods.

Thai lime cashews, chocolate-covered toffee rolled in chopped pistachios, organic lollipops, **pretzel crisps,** dark-chocolate peanut butter cups. The list goes on. And, as was bound to happen, I ate most of it as soon as I got home. There was also one morning, after a long night of carousing with ...

33 of 331 DOCUMENTS

Komen/Planned Parenthood controversy: why haven't we heard from Komen's corporate sponsors? Scholars and Rogues February 8, 2012 Wednesday 3:25 AM EST

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Scholars and Rogues
Scholars and Rogues

**February** 8, 2012 Wednesday 3:25 AM EST

**LENGTH:** 835 words

**HEADLINE:** Komen/Planned Parenthood controversy: why haven't we heard from Komen's corporate sponsors?

**BODY:**

...Otis Spunkmeyer, Inc.

Palmer's

Pandora Jewelry

Paris Accessories, Inc (MMG Corporation)

Payless ShoeSource

Philips Consumer Lifestyle

Pink Ribbon Produce

PNY

Pottery Barn Kids

Premium Outlets

**Pretzel Crisps**

Princess Cruises Community Foundation

Prolacta Bioscience

Provide Commerce

Rally for the Cure®

Redken

REMAX

RiceSelect

Rich Products Corporation

Robinson Home Products

Komen/Planned Parenthood controversy: why haven't we heard from Komen's corporate sponsors? Scholars and Rogues February 8, 2012 Wednesday 3:25 AM EST

Sally Beauty Holdings, Inc. ...

Copyright 2012 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**February** 3, 2012 Friday

**LENGTH:** 1214  words

**HEADLINE:** Robyn Moreno, lifestyle expert, gives ideas on throwing a perfectly posh Super Bowl party

**BODY:**

...speak.

Ms. MORENO: Yeah, so it's kind of--it's a little bit like kitschy and cool.

GUTHRIE: Yes, it's cute. And the helmets, too.

Ms. MORENO: And then they--yeah, and we have like our healthy snacks. We have **pretzel crisps** and this fun popcorn from Indiana, which is good. And then we have to have chips and salsa because salsa is a move that Victor Cruz, the running back for the Giants, always does.

GUTHRIE: That's right.

Ms. MORENO: But to be fair, we paired it with Food Should  ...

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Eater LA
Eater LA

**February** 2, 2012 Thursday 2:26 AM EST

**LENGTH:** 279 words

**HEADLINE:** EaterWire : Fundamental LA Does Dinner, Abigaile Opens Mon, More

**BYLINE:** Kat Odell

**BODY:**

...orange marmalade, lamb belly bacon

filet mignon, celeriac creamed spinach, black garlic, bone marrow, truffled 'tater tots'

chocolate, banana milkshake, chewy peanut butter ice cream, **pretzel crisp,** micro celery

buzz button, suspended in rosey water

### 36 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Mondaq
Mondaq

**February** 2, 2012 Thursday 3:18 PM EST

**LENGTH:** 2393 words

**HEADLINE:** Frito-Lay N. Am., Inc. V. Princeton Vanguard, LLC, -Opp. No. 91195552, Canc. No. 92053001 (TTAB Nov. 16, 2011)

**BODY:**

...conduct this

specific type of e-discovery was not necessarily inadequate under

the circumstances of the case.

CASE SUMMARY

FACTS

Princeton Vanguard, LLC ("Applicant") owns a

Supplemental Register registration for the mark **PRETZEL CRISPS,** in

standard characters and with PRETZEL disclaimed, for "pretzel

crackers" and seeks a Principal Register registration for the

same mark for the same goods under Section 2(f). In its

petition to cancel and its notice of opposition, Frito-Lay North

America, Inc. ("Opposer") alleged that (1) Opposer and

others in the snack-food industry have a present and prospective

right to use the term **"pretzel crisps"** generically and/or

descriptively in their business; and (2) Applicant's mark is

generic. In its notice of opposition, Opposer also pleaded as

an additional ground that Applicant's mark is "merely

descriptive" and has not acquired distinctiveness.

Applicant denied the  ...

...type of attorney-supervised ESI

collection and review that Applicant had already undertaken; and

that Applicant was entitled to discovery regarding how

Opposer's "businesspeople assess the pretzel cracker

market (in which [Opposer] was a player), their consideration of

the **PRETZEL CRISPS** mark and products, and the names and terms they

use in discussing these subjects." Opposer responded by

arguing that Applicant is engaged in an ongoing document dump, that

it was Applicant's fault for not working with  ...

...computers was not reasonably accessible, and the cost of obtaining

it far outweighed the need for the information, given that

Opposer's claims relate solely to Applicant's mark, and

Opposer had not used or considered using the term "**pretzel**

**crisps**." Opposer also argued that much of the

information Applicant sought related not to whether Applicant's

mark was descriptive or generic, but instead to "competitive

business issues between the parties," who are direct

competitors, and that Applicant's discovery requests

"constitute a fishing expedition" for the irrelevant

information. Opposer further claimed that its production was

sufficient and that it had only declined to produce "trade

secret business information which has no bearing on the genericness

of '**pretzel crisps**' as used by Applicant."

ANALYSIS

The TTAB first noted that while the federal courts routinely

deal with e-discovery disputes, e-discovery disputes have been

relatively rare in TTAB proceedings due, most ...

37 of 331 DOCUMENTS

Copyright 2012 Mondaq Ltd.
All Rights Reserved



mondaq
Mondaq Business Briefing

**February** 2, 2012 Thursday

**LENGTH:** 2423 words

**HEADLINE:** United States: Frito-Lay N. Am., Inc. V. Princeton Vanguard, LLC, -Opp. No. 91195552, Canc. No. 92053001 (TTAB Nov. 16, 2011)

**BYLINE:** Linda McLeod and Stephanie H. Bald

**BODY:**

Princeton Vanguard, LLC ("Applicant") owns a Supplemental Register registration for the mark **PRETZEL CRISPS**, in standard characters and with PRETZEL disclaimed, for "pretzel crackers" and seeks a Principal Register registration for the same mark for the same goods under Section 2(f). In its petition to cancel and its notice of opposition, Frito-Lay North America, Inc. ("Opposer") alleged that (1) Opposer and others in the snack-food industry have a present and prospective right to use the term "**pretzel crisps**" generically and/or descriptively in their business; and (2) Applicant's mark is generic. In its notice of opposition, Opposer also pleaded as an additional ground that Applicant's mark is "merely descriptive" and has not acquired distinctiveness. Applicant denied the ...

...type of attorney-supervised ESI collection and review that Applicant had already undertaken; and that Applicant was entitled to discovery regarding how Opposer's "businesspeople assess the pretzel cracker market (in which [Opposer] was a player), their consideration of the **PRETZEL CRISPS** mark and products, and the names and terms they use in discussing these subjects." Opposer responded by arguing that Applicant is engaged in an ongoing document dump, that it was Applicant's fault for not working with ...

...computers was not reasonably accessible, and the cost of obtaining it far outweighed the need for the information, given that Opposer's claims relate solely to Applicant's mark, and Opposer had not used or considered using the term "**pretzel crisps**." Opposer also argued that much of the information Applicant sought related not to whether Applicant's mark was descriptive or generic, but instead to "competitive business issues between the parties," who are direct competitors, and that Applicant's discovery requests "constitute a fishing expedition" for the irrelevant information.

Opposer further claimed that its production was sufficient and that it had only declined to produce "trade secret business information which has no bearing on the genericness of **'pretzel crisps'** as used by Applicant."

### ANALYSIS

The TTAB first noted that while the federal courts routinely deal with e-discovery disputes, e-discovery disputes have been relatively rare in TTAB proceedings due, most ...

38 of 331 DOCUMENTS

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Mondaq Ltd.
Mondaq Business Briefing

**February** 2, 2012

**LENGTH:** 2425 words

**HEADLINE:** Frito-Lay N. Am., Inc. V. Princeton Vanguard, LLC, -Opp. No. 91195552, Canc. No. 92053001;
TTAB Nov. 16, 2011;
Case overview

**BODY:**

Princeton Vanguard, LLC ("Applicant") owns a Supplemental Registerregistration for the mark **PRETZEL CRISPS**, in standard characters andwith PRETZEL disclaimed, for "pretzel crackers" and seeks a Principal Register registration for the same mark for the same goods under Section 2(f). In its petition to cancel and its notice of opposition, Frito-Lay North America, Inc. ("Opposer") alleged that (1) Opposer andothers in the snack-food industry have a present and prospective right to use the term **"pretzel crisps"** generically and/or descriptively in their business; and (2) Applicant's mark is generic. In its noticeof opposition, Opposer also pleaded as an additional ground that Applicant's mark is "merely descriptive" and has not acquired distinctiveness. Applicant denied the ...

...type of attorney-supervisedESI collection and review that Applicant had already undertaken; andthat Applicant was entitled to discovery regarding how Opposer's "businesspeople assess the pretzel cracker market (in which [Opposer] was a player), their consideration of the **PRETZEL CRISPS** mark and products, and the names and terms they use in discussing these subjects." Opposer responded by arguing that Applicant is engaged in an ongoing document dump, that it was Applicant's fault for not working with ...

...computers was not reasonably accessible, and the cost of obtaining it far outweighed the need for the information, given that Opposer's claims relate solely to Applicant's mark, and Opposer had not used or considered using the term **"pretzel crisps."** Opposer also argued that much of the information Applicant sought related not to whether Applicant's mark was descriptive or generic, but instead to "competitive business issues between the parties," who are direct competitors, and that Applicant's discovery requests "constitute a fishing expedition" for the irrelevant information. Opposer further claimed that its production was sufficient and that it had only declined to produce "trade secret business information which has no bearingon the genericness of **'pretzel crisps'** as used by Applicant."

### ANALYSIS

The TTAB first noted that while the federal courts routinely deal with e-discovery disputes, e-discovery disputes

have been relatively rare in TTAB proceedings due, most ...

39 of 331 DOCUMENTS

Copyright 2012 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**February** 1, 2012 Wednesday

**LENGTH:** 39 words

**HEADLINE:** INTRODUCING THE HOTTEST SNACK BRAND

**BODY:**

...

Product                 **Pretzel Crisps** Business Image

...

40 of 331 DOCUMENTS

Copyright 2012 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**January** 26, 2012 Thursday

**LENGTH:** 29 words

**HEADLINE:** BEST SUPPORTING CRACKER

**BODY:**

...

Product                 **Pretzel Crisps**

...

41 of 331 DOCUMENTS

Copyright 2012 adfinitum networks, Inc.

All Rights Reserved
GlobalAdSource (English)

**January** 22, 2012 Sunday

**LENGTH:** 24 words

**HEADLINE:** STARTING LINEUP

**BODY:**

...

Product                    **Pretzel Crisps**

...

42 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Slashfood
Slashfood

**January** 17, 2012 Tuesday 7:41 PM EST

**LENGTH:** 882 words

**HEADLINE:** Miranda Levenstein: Clean Start: Almond Butter Chocolate Chunk Cookies

**BYLINE:** Miranda Levenstein

**BODY:**

On the other hand, my in-between meal nibbling is really a problem, and not because of anything to do with weight but because I'm not even enjoying the nibbling. It's completely mindless. If there's an open bag of **pretzel crisps** on the counter I'll grab a few on my way to unloading the dishwasher or I'm unwrapping a dark Hershey's kiss while I'm talking on the phone or I'll help myself to ...

43 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Copyright & Trademark Law Blog
Trademark Law Community Blog

**January** 12, 2012 Thursday 6:24 PM EST

**LENGTH:** 830 words

**HEADLINE:** TTAB LIMITS EXTENT OF E-DISCOVERY IN BOARD PROCEEDINGS

**BODY:**

In this case, Frito-Lay opposes the application by Princeton Vanguard to register **PRETZEL CRISPS** for "pretzel crackers" on the grounds that the term is generic or merely descriptive. In responding to the opposer's discovery, the applicant initially identified more than 1,600,000 electronic files of potential relevance and claimed that its attorneys manually ...

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Mondaq
Mondaq

**January** 10, 2012 Tuesday 3:24 PM EST

**LENGTH:** 856 words

**HEADLINE:** TTAB Limits Extent Of E-Discovery In Board Proceedings

**BODY:**

...parties agreeing in advance on

ESI-related issues rather than engaging in motion practice after

the fact.

In this case, Frito-Lay opposes the application by Princeton

Vanguard to register **PRETZEL CRISPS** for "pretzel

crackers" on the grounds that the term is generic or merely

descriptive. In responding to the opposer's discovery, the

applicant initially identified more than 1,600,000 electronic files

of potential relevance and claimed that its attorneys manually ...



Copyright 2012 Mondaq Ltd.
All Rights Reserved



Mondaq Business Briefing

**January** 10, 2012 Tuesday

**LENGTH:** 853 words

**HEADLINE:** United States: TTAB Limits Extent Of E-Discovery In Board Proceedings

**BYLINE:** Andrew Baum and David A. Copland

**BODY:**

In this case, Frito-Lay opposes the application by Princeton Vanguard to register **PRETZEL CRISPS** for "pretzel crackers" on the grounds that the term is generic or merely descriptive. In responding to the opposer's discovery, the applicant initially identified more than 1,600,000 electronic files of potential relevance and claimed that its attorneys manually ...

46 of 331 DOCUMENTS

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Mondaq Ltd.
Mondaq Business Briefing

**January** 10, 2012

**LENGTH:** 867 words

**HEADLINE:** TTAB Limits Extent Of E-Discovery In Board Proceedings;
Trademark Trial and Appeal Board;
Frito-Lay North America, Inc. v. Princeton Vanguard LLC, 100 U.S.P.Q.2d 1904

**BODY:**

In this case, Frito-Lay opposes the application by Princeton Vanguard to register **PRETZEL CRISPS** for "pretzel crackers" on the grounds that the term is generic or merely descriptive. In responding to the opposer's discovery, the applicant initially identified more than 1,600,000 electronic files of potential relevance and claimed that its attorneys manually ...



47 of 331 DOCUMENTS

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Copyright & Trademark Law Blog
Trademark Law Community Blog

**January** 4, 2012 Wednesday 8:50 PM EST

**LENGTH:** 960 words

**HEADLINE:** Foley & Lardner LLP: TTAB Limits Extent of E-Discovery in Board Proceedings

**BODY:**

...parties agreeing in advance on ESI-related issues rather

than engaging in motion practice after the fact.

In this case, Frito-Lay opposes the application by Princeton Vanguard

to register **PRETZEL CRISPS** for "pretzel crackers" on the grounds that

the term is generic or merely descriptive. In responding to the

opposer's discovery, the applicant initially identified more than

1,600,000 electronic files of potential relevance and claimed that its

attorneys manually ...

48 of 331 DOCUMENTS

Copyright 2012 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**January** 2012

**LENGTH:** 2417 words

**HEADLINE:** Winners' Circle

**BYLINE:** James Dudlicek

**BODY:**

...whole new level."

Super Promos
Meanwhile, plenty of food manufacturers are lining up with bowl game promotions to share with their retail partners.

Some, like Princeton, N.J.-based Snack Factory, which makes the **Pretzel Crisp** snack line, have cast a wide net to capture the attention of hungry tailgaters throughout football season. At the center of Snack Factory's campaign were its new Bold & Spicy flavors.

"While the new Jalapen ...

...in June, shipments to retailers across the country began in early fall, just in time for football season, tailgating and Super Bowl," explains Perry Abbenante, VP of marketing for **Pretzel Crisps**.

MARKETING TWIST

Shoppers compete in the pretzel toss, one of the sports-themed promotions that the makers of **Pretzel Crisps** sponsored with participating retailers.

As part of the marketing strategy for the Bold & Spicy line, the brand devised tailgating-themed displays using branded cooler tables, and placed football weekenders with racks and case stacks of ...

...for football entertaining. The brand also cross-promoted with Vermont-based Cabot Creamery Cooperative on a special BOGO offer at tailgating displays in deli departments at participating stores.

**Pretzel Crisps** also took its promos to the streets, or rather parking lots. "Partnering with retailers in our key markets, our field teams have started retail tailgating events to introduce shoppers to the **Pretzel Crisps** brand," Abbenante says. "The tailgating events feature samplings of our new flavors and tailgating activities like the pretzel toss, in which shoppers can participate. We have also developed a Bold & Spicy Tailgating Awards program that ...

49 of 331 DOCUMENTS

Copyright 2012 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**January** 2012

**LENGTH:** 2417  words

**HEADLINE:** Winners' Circle

**BYLINE:** James Dudlicek

**BODY:**

...whole new level."

Super Promos
Meanwhile, plenty of food manufacturers are lining up with bowl game promotions to share with their retail partners.

Some, like Princeton, N.J.-based Snack Factory, which makes the **Pretzel Crisp** snack line, have cast a wide net to capture the attention of hungry tailgaters throughout football season. At the center of Snack Factory's campaign were its new Bold & Spicy flavors.

"While the new Jalapen ...

Case 3:17-cv-00652-KDB-DSC   Document 41-2   Filed 10/29/18   Page 39 of 105

...in June, shipments to retailers across the country began in early fall, just in time for football season, tailgating and Super Bowl," explains Perry Abbenante, VP of marketing for **Pretzel Crisps**.

MARKETING TWIST

Shoppers compete in the pretzel toss, one of the sports-themed promotions that the makers of **Pretzel Crisps** sponsored with participating retailers.

As part of the marketing strategy for the Bold & Spicy line, the brand devised tailgating-themed displays using branded cooler tables, and placed football weekenders with racks and case stacks of ...

...for football entertaining. The brand also cross-promoted with Vermont-based Cabot Creamery Cooperative on a special BOGO offer at tailgating displays in deli departments at participating stores.

**Pretzel Crisps** also took its promos to the streets, or rather parking lots. "Partnering with retailers in our key markets, our field teams have started retail tailgating events to introduce shoppers to the **Pretzel Crisps** brand," Abbenante says. "The tailgating events feature samplings of our new flavors and tailgating activities like the pretzel toss, in which shoppers can participate. We have also developed a Bold & Spicy Tailgating Awards program that ...

50 of 331 DOCUMENTS

Copyright 2011 Newark Morning Ledger Co.
All Rights Reserved
The Star-Ledger (Newark, New Jersey)

**December** 21, 2011 Wednesday
STATE/ROP EDITION

**SECTION:** TODAY; Pg. 033

**LENGTH:** 45 words

**HEADLINE:** Holiday gift idea

**BYLINE:** STAR-LEDGER STAFF

**BODY:**

By now, you should be shopping for Christmas dinner, not Christmas presents. But while you're at the supermarket, pick up a few bags of Dark Chocolate & Peppermint **Pretzel Crisps** from Princeton's Snack Factory. These addictive, delicious treats make great stocking stuffers.

51 of 331 DOCUMENTS

Copyright 2011 South China Morning Post Ltd.
All Rights Reserved
South China Morning Post

**December** 18, 2011 Sunday

**SECTION:** MAGAZINE; Truc; Pg. 62

**LENGTH:** 631 words

**HEADLINE:** Truc

**BYLINE:** Susan Jung

**BODY:**

...salt (Maldon or fleur de sel) and a choice of mustard.

Set up the salmon and beef on a table, and round out the spread with plenty of other dishes, such as dips and crudités, olives, pickles, **pretzels and crisps**. If you must serve something sweet, buy a selection of good-quality biscuits and mince pies.

The alcohol is the most expensive part of the party, but don't bankrupt yourself by trying to provide top- ...

52 of 331 DOCUMENTS

Copyright 2011 The Daily Gazette Co.
All Rights Reserved
The Daily Gazette

**December** 14, 2011 Wednesday
Schenectady/Albany; Final Edition

**SECTION:** B: LOCAL; Pg. B4

**LENGTH:** 500 words

**HEADLINE:** Chocolate pretzels delightful

**BYLINE:** BONNIE TANDY LEBLANG AND CAROLYN WYMAN

**BODY:**

Snack Factory Dark Chocolate & Peppermint **Pretzel Crisps**

$2.99 per 4-ounce bag.

Bonnie: Readers of my website already know how much my team loves these new pretzels. It's one of those products people without willpower should ...

...pretzels are a great sweet-and-salty treat. But I've rarely found one outside of a candy store sporting the quality dark chocolate the Snack Factory uses in these new holiday **Pretzel Crisps**. The impact of that rich chocolate, the thinness of the pretzels and the peppermint adornment all go toward making this more sweet candy than salty snack.

Coffee-mate Seasonal Non-Dairy Creamers

Brown Sugar Maple  ...

Copyright 2011 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2011 Journal Register Co.
New Haven Register

**December** 14, 2011 Wednesday

**SECTION:** FOOD; Pg. E2

**LENGTH:** 542  words

**HEADLINE:** SUPERMARKET SAMPLER: If you like chocolate, peppermint and pretzels ...

**BYLINE:** Carolyn Wyman; Bonnie Tandy Leblang

**BODY:**

Snack Factory Dark Chocolate & Peppermint **Pretzel Crisps**. $2.99 per 4-ounce bag. Bonnie: This is one of those products people without willpower should not buy.

Yes, these dark chocolate-covered thin pretzel wafers sprinkled with crushed peppermint candy are that  ...

...pretzels are a great sweet-and-salty treat. But I've rarely found one outside of a candy store sporting the quality dark chocolate the Snack Factory uses in these new holiday **Pretzel Crisps**. The impact of that rich chocolate, the thinness of the pretzels and the peppermint adornment all go toward making this more sweet candy than salty snack.

Not being a huge fan of chocolate mint, I wish these  ...



Copyright 2011 York Newspapers, Inc.
All Rights Reserved
The York Dispatch (Pennsylvania)

**December** 14, 2011 Wednesday

**SECTION:** FOOD

**LENGTH:** 807 words

**HEADLINE:** SUPERMARKET SAMPLER: Sweet holiday treats get the nod of approval

SUPERMARKET SAMPLER: Sweet holiday treats get the nod of approval The York Dispatch (Pennsylvania)
December 14, 2011 Wednesday

**BODY:**

Snack Factory Dark Chocolate & Peppermint **Pretzel Crisps.** $2.99 per 4-ounce bag.

Bonnie: Readers of my website BiteoftheBest.com already know how much my team loves these new pretzels. It's one of those products people ...

...pretzels are a great sweet-and-salty treat. But I've rarely found one outside of a candy store sporting the quality dark chocolate the Snack Factory uses in these new holiday **Pretzel Crisps.** The impact of that rich chocolate, the thinness of the pretzels and the peppermint adornment all go toward making this more sweet candy than salty snack.

Planters Holiday Nuts. Creme Brulee Almonds, Winter Spiced Nuts, and ...

55 of 331 DOCUMENTS

Copyright 2011 York Daily Record
York Daily Record (Pennsylvania)

Distributed by McClatchy-Tribune Business News

**December** 5, 2011 Monday

**SECTION:** STATE AND REGIONAL NEWS

**LENGTH:** 489 words

**HEADLINE:** Police: Woman steals tuna, soap, toiletries from two stores 'to help the homeless'

**BYLINE:** Ted Czech, York Daily Record, Pa.

**BODY:**

...Meow Mix cat food

--1 box of Fruity Pebbles cereal bars

--25 Dial soap bars

--25 Colgate toothpaste tubes

--1 pound cake

--1 bag of white chocolate **pretzel crisps**

--59.87 pounds of bananas

The affidavit of probable cause filed by state police says Dansicker tried to steal "socks, and health and beauty products" from the Walmart in Shrewsbury Township.

___ (c)2011 York ...

Page 43

RC manufacturer guide. Candy Industry December 1, 2011

56 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**December** 1, 2011

**SECTION:** Pg. 110(7) Vol. 176 No. 12 ISSN: 0745-1032

**LENGTH:** 3700 words

**HEADLINE:** RC manufacturer guide.

**BODY:**

...Sin City Suckers

Smarties Candy Co.

Snack Alliance Inc.

The Snack Factory

P.O. Box 3562

Princeton, NJ O8543

(888) 683-5400

(609) 683-5400

info@**pretzelcrisps**.com

www.**pretzelcrisps**.com

Snackerz Inc.

Snak King

Snyder's of Hanover Inc.

Sorbee Intl. LLC

9990 Global Rd.

Philadelphia, PA 19115

(215)677-5200

(800) 654-3997

Page 44

RC manufacturer guide. Candy Industry December 1, 2011

Fax: (215) ...

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**December** 1, 2011

**SECTION:** Pg. 110(7) Vol. 176 No. 12 ISSN: 0745-1032

**LENGTH:** 3700 words

**HEADLINE:** RC manufacturer guide.

**BODY:**

...Sin City Suckers

Smarties Candy Co.

Snack Alliance Inc.

The Snack Factory

P.O. Box 3562

Princeton, NJ O8543

(888) 683-5400

(609) 683-5400

info@**pretzelcrisps**.com

www.**pretzelcrisps**.com

Snackerz Inc.

Snak King

Snyder's of Hanover Inc.

Sorbee Intl. LLC

9990 Global Rd.

Philadelphia, PA 19115

(215)677-5200

Page 45

RC manufacturer guide. Candy Industry December 1, 2011

(800) 654-3997

Fax: (215) ...

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**December** 1, 2011

**SECTION:** Pg. 110(7) Vol. 176 No. 12 ISSN: 0745-1032

**LENGTH:** 3700 words

**HEADLINE:** RC manufacturer guide.

**BODY:**

...Sin City Suckers

Smarties Candy Co.

Snack Alliance Inc.

The Snack Factory

P.O. Box 3562

Princeton, NJ O8543

(888) 683-5400

(609) 683-5400

info@**pretzelcrisps**.com

www.**pretzelcrisps**.com

Snackerz Inc.

Snak King

Snyder's of Hanover Inc.

Sorbee Intl. LLC

9990 Global Rd.

Philadelphia, PA 19115

RC manufacturer guide. Candy Industry December 1, 2011

(215)677-5200

(800) 654-3997

Fax: (215) ...

Copyright 2011 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December 1**, 2011 Thursday

**LENGTH:** 30 words

**HEADLINE:** LOOKING FORWARD TO ANOTHER RECORD

**BODY:**

...

Description          PRODUCT/STORE / **PRETZEL CRISPS** HAD THE LA

...



60 of 331 DOCUMENTS

Copyright 2011 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December 1**, 2011 Thursday

**LENGTH:** 30 words

**HEADLINE:** LOOKING FORWARD TO ANOTHER RECORD

**BODY:**

...

Description          PRODUCT/STORE / **PRETZEL CRISPS** HAD THE LA

...

61 of 331 DOCUMENTS

Copyright 2011 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2011 Thursday

**LENGTH:** 30 words

**HEADLINE:** LOOKING FORWARD TO ANOTHER RECORD

**BODY:**

...

Description          PRODUCT/STORE / **PRETZEL CRISPS** HAD THE LA

...

62 of 331 DOCUMENTS

Copyright 2011 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2011 Thursday

**LENGTH:** 30 words

**HEADLINE:** LOOKING FORWARD TO ANOTHER RECORD

**BODY:**

...

Description          PRODUCT/STORE / **PRETZEL CRISPS** HAD THE LA

...

63 of 331 DOCUMENTS

Copyright 2011 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2011 Thursday

**LENGTH:** 30 words

**HEADLINE:** LOOKING FORWARD TO ANOTHER RECORD

**BODY:**

...

Description          PRODUCT/STORE / **PRETZEL CRISPS** HAD THE LA

...

64 of 331 DOCUMENTS

Copyright 2011 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2011 Thursday

**LENGTH:** 30 words

**HEADLINE:** LOOKING FORWARD TO ANOTHER RECORD

**BODY:**

...

Description          PRODUCT/STORE / **PRETZEL CRISPS** HAD THE LA

...

65 of 331 DOCUMENTS

Copyright 2011 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2011 Thursday

**LENGTH:** 30 words

**HEADLINE:** LOOKING FORWARD TO ANOTHER RECORD

**BODY:**

...

Description          PRODUCT/STORE / **PRETZEL CRISPS** HAD THE LA

...

66 of 331 DOCUMENTS

Copyright 2011 Hearst Communications Inc.
All Rights Reserved
Good Housekeeping

December 1, 2011

**SECTION:** GOOD HEALTH; Pg. 53 Vol. 253

**LENGTH:** 294 words

**HEADLINE:** Drop 5 Lbs

**BODY:**

...College of Sports Medicine *Calorie burn based on a 150-lb. woman

**KNOT-SO-HEAVY PRETZELS** We're doing the twist over Snack Factory's new Dark Chocolate & Peppermint **Pretzel Crisps.** Each four-piece serving delivers a satisfying dose of salty and sweet, chocolate and mint, for just 120 calories. Offer them at your get-together or as a gift to a waistline- ...

67 of 331 DOCUMENTS

Copyright 2011 ProQuest Information and Learning
All Rights Reserved
Copyright 2011 Bonnier Corporation
Parenting. Early Years

**December 2011 - January 2012**

**SECTION:** LET'S EAT | LUNCH BOX; Pg. 80 Vol. 25 No. 11 ISSN: 1947-9883

**LENGTH:** 84 words

**HEADLINE:** We just can't stop eating...

**BODY:**

...will add a kick to your kid's palate . The creamy and smooth Classic Guacamole by Sabra ($4 ) is one of the freshest packaged guacs we've ever tasted.

Page 50

We just can't stop eating... Parenting. Early Years December 2011 - January 2012

CHIPS Pair the spicy new **Pretzel Crisps** Chipotle Cheddar and Jalapeño Jack varieties ($3 ) with guacamole. Sensible Portions Bagel Tops ($4 ) are the perfect match for hummus.

68 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 Accretive Capital LLC dba Benzinga.com
Benzinga.com

**November** 8, 2011

**LENGTH:** 909 words

**HEADLINE:** A Little Bite Goes a Long Way: The Growing Role of Snacks in America.

**BODY:**

Byline: Benzinga Staff

PRINCETON, N.J.--(BUSINESS WIRE)--

A recent survey by Snack Factory's **Pretzel Crisps**(R) brand revealsthat nearly half of Americans (40 percent) would prefer to reach forsnack foods throughout the day instead of eating the traditional three square meals. What's more, many admit to indulging in  ...

**Pretzel Crisps'**(R) new Rethink Your Snack Survey, conducted by Kelton Research, finds that when it comes to snack time, a majority of Americans (59 percent) prefer to keep it interesting and sample  ...

...snacking, people want something that tastes good, satisfies their cravings and doesn't make them feel guilty for eating it, even if they overindulge a little," said Perry Abbenante, VicePresident of Marketing for **Pretzel Crisps. "Pretzel Crisps** offer consumers a wide selection of bold and spicy, sweet, salty and savory flavors without the fat or high caloric content of other snack foods."

SMART SNACKING

Almost nine in ten ( ...

...healthy snack that keeps the energy level steady," said Kathy Kaehler, celebrity trainer, fitness expert and author. "To make the most of snack time, pair low fat, low calorie snacks like **Pretzel Crisps** with a little protein rich peanut butter or my favorite, ascoop of Greek yogurt for a boost of energy."

A NATION THAT SNACKS

While in the car, sitting at the office or lounging  ...

...sticking to the usual snack food suspects. The wide snack selection could also be why more parents than those without children (56 percent vs. 45 percent) choose snacks for breakfast.

For more information about the **Pretzel Crisps** survey and products,visit www.**pretzelcrisps**.com.

Case 3:17-cv-00652-KDB-DSC   Document 41-2   Filed 10/29/18   Page 51 of 105

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren Wilson. From their humble start selling funnel  ...

...on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with theworld's first spreadable pretzel cracker, **Pretzel Crisps**(R). For more information, please visit **pretzelcrisps**.com or become a fan at www.facebook.com/**pretzelcrisps**. **Pretzel Crisps**(R). Rethink your pretzel!

Survey Methodology

The survey was conducted by Kelton Research in August 2011 using an email invitation and an online survey to 1,007 nationally representative Americans  ...

...research for a wide variety of companies across multiple sectors including many in theFortune 500. For more information about Kelton's services, please visit www.keltonresearch.com.

**Pretzel Crisps**

Jessica Harris, 609-613-0715

jharris@**pretzelcrisps**.com

69 of 331 DOCUMENTS

✳

Copyright 2011 Business Wire, Inc.
Business Wire

**November** 8, 2011 Tuesday 12:43 PM GMT

**LENGTH:** 903 words

**HEADLINE:** A Little Bite Goes a Long Way: The Growing Role of Snacks in America;
New Survey by Snack Factory's **Pretzel Crisps**® Reveals that Many Americans are Choosing Snacks Over Meals to Ease Their Hunger Pangs

**DATELINE:** PRINCETON, N.J.

**BODY:**

A recent survey by Snack Factory's **Pretzel Crisps**® brand reveals that nearly half of Americans (40 percent) would prefer to reach for snack foods throughout the day instead of eating the traditional three square meals. What's more, many admit to indulging  ...

**Pretzel Crisps'**® new Rethink Your Snack Survey, conducted by Kelton Research, finds that when it comes to snack time, a majority of Americans (59 percent) prefer to keep it interesting and sample  ...

...people want something that tastes good, satisfies their cravings and doesn't make them feel guilty for eating it, even if they overindulge a little," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps. "Pretzel**

A Little Bite Goes a Long Way: The Growing Role of Snacks in America; New Survey by Snack Factory's Pretzel
Crisps® Reveals that Many Americans are Choosing Snacks Over Meals to Ease Their Hunger

**Crisps** offer consumers a wide selection of bold and spicy, sweet, salty and savory flavors without the fat or high
caloric content of other snack foods."

SMART SNACKING

Almost nine in ten ( ...

...healthy snack that keeps the energy level steady," said Kathy Kaehler, celebrity trainer, fitness expert and author.
"To make the most of snack time, pair low fat, low calorie snacks like **Pretzel Crisps** with a little protein rich peanut
butter or my favorite, a scoop of Greek yogurt for a boost of energy."

A NATION THAT SNACKS

While in the car, sitting at the office or ...

...sticking to the usual snack food suspects. The wide snack selection could also be why more parents than those
without children (56 percent vs. 45 percent) choose snacks for breakfast.

For more information about the **Pretzel Crisps** survey and products, visit www.**pretzelcrisps**.com .

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren
Wilson. From their humble start selling funnel ...

...on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is
reinventing the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps**®. For more
information, please visit **pretzelcrisps**.com or become a fan at www.facebook.com/**pretzelcrisps** . **Pretzel Crisps**®.
Rethink your pretzel!

Survey Methodology

The survey was conducted by Kelton Research in August 2011 using an email invitation and an online survey to
1,007 nationally representative Americans  ...

**Pretzel Crisps**
Jessica Harris, 609-613-0715
jharris@**pretzelcrisps**.com

70 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Disease Proof
Disease Proof

November 2, 2011 Wednesday 2:22 PM EST

**LENGTH:** 715 words

**HEADLINE:** October was Breast Cancer Awareness Month, didn't you hear?

**BODY:**

...eat mass factory farmed meats given antibiotics and growth promoting hormones.


Consider: these cancer non-profits are affiliated with drug companies and mammogram machine companies. They are also supported by companies such as Omaha Steaks, **Pretzel Crisps,** Boar's Head Meats, General Mills, and ACH Foods (which makes margarine and cooking oils for fast food restaurants). They have no interest in preventing cancer, only treating it. The search for the ...


71 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 Accretive Capital LLC dba Benzinga.com
Benzinga.com

**October** 29, 2011

**LENGTH:** 587 words

**HEADLINE: Pretzel Crisps**;
R Stacks Up in the Fight Against Breast Cancer.

**BODY:**

...

. . .

PRINCETON, N.J., Sept. 20, 2011 (GLOBE NEWSWIRE) -- Snack Factory is proud to join the fight against breast cancer by becoming an official partner of Susan G. Komen for the Cure(R), the leading non-profitorganization in the fight against breast cancer. For over 25 years, Susan G. Komen has been the global proponent of the breast cancer movement and has invested more than $1.9 billion towards research and life-saving community programs. This year, **Pretzel Crisps**(R), the low calorie, flat-baked pretzel cracker, will be sporting the pink ribbon on its 14 ounce **Pretzel Crisps** packaging to help raise awareness and donations for Komen. From June 2011 through May 2012, Snack Factory will donate a minimum of $100,000 to the organization.

. . .

...

"We are honored to be a part of the outstanding group of individuals and companies across the country and throughout the world that have    helped Susan G. Komen for the Cure continue its fight to save livesand protect others against this devastating disease," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps**. "We hope our efforts help move the organization one step closer to finding a cure and creating a world without breast cancer."

Page 54

Pretzel Crisps; R Stacks Up in the Fight Against Breast Cancer. Benzinga.com October 29, 2011

. . .

   The specially marked 14 ounce **Pretzel Crisps** bags are available for    a
limited time in the deli section of select retailers nationwide. To learn how
to get involved in events and races in your community orto donate to Komen, log
onto

. . .

www.**pretzelcrisps**.com

. . .

   **Pretzel Crisps**

. . .

jharris@**pretzelcrisps**.com

. . .

   Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack
food pioneers Sara and Warren Wilson. From their humble start    selling funnel
cakes at county fairs, the couple went on to create New York Style Bagel Chips
and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinvent-
ing the pretzel category with theworld's first spreadable pretzel cracker,
**Pretzel Crisps**(R). For more    information, please visit **pretzelcrisps**.com or
become a fan at

www.facebook.com/**pretzelcrisps**

. **Pretzel Crisps**(R). Rethink your pretzel!

. . .

http://www.cisionwire.com/**pretzel-crisps**-press-room/r/**pretzel-crisps**-
-stacks-up-in-the-fight-against-breast-cancer,c9163442

. . .

 wkr0001.jpg  Komen **Pretzel Crisps** Bag

. . .

72 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Personal Branding Blog via Twitter
Personal Branding Blog via Twitter

**October** 25, 2011 Tuesday 10:09 AM EST

**LENGTH:** 354 words

**HEADLINE:** Personal Branding Blog via Twitter

**BODY:**

   DanSchawbel- RT @BostonTweetUp: TOMORROW: 7pm #branduboston hosted by @DanSchawbel @ruelala

@backbaysocial @jamietedford @dotMeTweet **@PretzelCrisps** h ...10-25-2011 at 00:43:02 UTC

73 of 331 DOCUMENTS

Copyright 2011
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Blast Magazine
PRRA-0002

**October** 19, 2011 Wednesday 8:27 PM EST

**LENGTH:** 721 words

**HEADLINE:** Wine Riot: New York

**BODY:**

...fun and accessible. In both Boston and New York, the event staff was readily available and very helpful. We enjoyed the funky perks that make Wine Riot ideal for the young, hip oenophile: Free snacks (**Pretzel Crisps** and Cabot cheese). Food vendors for those who want something a bit meatier to accompany their sipping. "Crash Courses" for learning more about what you're drinking. Temporary tattoos (we both emblazoned ...

74 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Crushable
Crushable

**October** 15, 2011 Saturday 4:34 AM EST

**LENGTH:** 838 words

**HEADLINE:** Reality TV Still Sets Its Plus-Size Female Stars Apart From Regular Programming, But At Least It's Nice To Them

**BODY:**

...for the plus-sized market, and that sucks. But they're not as cruel as I expected them to be. It's a small victory, but a notable one.

Related posts:

Body Image Insensitive Brand **Pretzel Crisps** Advertises At Plus Size Fashion Event

Christina Hendricks Is Tired Of Being Asked If She's Tired Of Being Asked About Her Boobs

Am I Right Ladies? Spanx, But No Spanx

GLAAD ...

Copyright 2011 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**October** 13, 2011 Thursday
METRO EDITION

**SECTION:** TASTE; Pg. 2T

**LENGTH:** 336 words

**HEADLINE:** tidbits

**BYLINE:** AL SICHERMAN, STAR TRIBUNE (Mpls.-St. Paul)

**BODY:**

...down the Ritz

Nabisco now has a second Munchables item under its Ritz cracker brand. (Munchables are not small Ritz crackers; those are Ritz Bits, in many varieties.) The first Ritz Munchables were **Pretzel Crisps.** Now there's Ritz Munchables Buttery Thins. These look like little versions of regular Ritz crackers, a little larger than Ritz Bits, but thinner -- almost wafer-like -- and with a texture that leans ...

Copyright 2011 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**October** 12, 2011 Wednesday

**LENGTH:** 1303  words

**HEADLINE:** Eat Smart Today; Hungry Girl Lisa Lillien discusses the best guilt-free foods at the supermarket

**BODY:**

...don't overdo it.

TEXT:

Eat Smart Today

Eat Smart Today; Hungry Girl Lisa Lillien discusses the best guilt-free foods at the supermarket NBC News Transcripts
October 12, 2011 Wednesday

Pop Chips 120 cal per serving

ROKER: All right. What about pretzel chips?

Ms. LILLIEN: These are actually flat pretzels. They're **Pretzel Crisps.** Look how cute they are.

ROKER: Oh, they're so cute.

Ms. LILLIEN: They're like little mini cracker--they're adorable.

ROKER: Mm-hmm.

Ms. LILLIEN: And the come in amazing flavors. What I like about these is they come in some nice and spicy flavors so you don't want to overdo it with pretzels.

TEXT:

Eat Smart Today

**Pretzel Crisps** 110 cal per serving

ROKER: Mm-hmm.

Ms. LILLIEN: Because, you know, you can shovel those.

ROKER: Sure.

Ms. LILLIEN: And you can overdo it. But they're low--very low in fat and ...

77 of 331 DOCUMENTS

Copyright 2011 MediaNews Group, Inc. and New England Newspaper Group Inc.
All Rights Reserved
The Berkshire Eagle (Pittsfield, Massachusetts)

**October** 5, 2011 Wednesday

**SECTION:** LIFESTYLE

**LENGTH:** 272 words

**HEADLINE:** Lunchbox: Becket Country Store and Cafe

**BYLINE:** By Jenn Smith, Berkshire Eagle Staff

**BODY:**

...for a bagel to $6.50 for a foot-long grinder

What I got: A grilled tuna melt, a 12-ounce coffee and a small bag of Ritz Munchables **pretzel crisps**

Wait time: Less than five minutes

Total cost: $7.94. Major credit cards accepted.

Final thought: This was a memorable tuna melt on deli sliced, flour-dusted artisan ...

...top was a layer of the creamiest Swiss cheese I've ever had in a sandwich. The to-go box my sandwich came in was also filled with crinkle-cut potato chips. So I saved the bag of **pretzel crisps** (which only cost an astounding 35 cents) for later. The only thing that could have completed this lunch better is a dill pickle spear.

Information: Call (413) 623-5500 or visit www.hilltownsonline. ...

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**October** 1, 2011

**SECTION:** Pg. RC5(1) Vol. 176 No. 10 ISSN: 0745-1032

**LENGTH:** 158 words

**HEADLINE: Pretzel Crisps** Dark Chocolate & Peppermint;
New Products

**BODY:**

Snack Factory, Princeton, N.J.

(609) 683-5400

www.**pretzelcrisps**.com

[ILLUSTRATION OMITTED]

Snack Factory has added a Dark Chocolate & Peppermint **Pretzel Crisps** item to it's holiday line. The crisps are coated in rich premium dark chocolate and delicately sprinkled with peppermint candy pieces, adding a burst of calming coolness. With only 120 calories and 5 grams of fat per serving, Dark Chocolate & Peppermint is sure to become adelicious part of consumer holiday traditions. **Pretzel Crisps'** sweetand salty line of Holiday Indulgents, which also includes a White Chocolate & Peppermint variety, is slated to be in stores this fall.

Ingredients: Dark Chocolate (sugar, chocolate liquor [processed with alkali], cocoa butter, milk fat, soy lecithin [an emulsifier], vanilla), **Pretzel Crisps** (wheat flour, sugar, salt, barley malt syrup), Topping (sugar, corn syrup, beet juice [color], caramel color, natural peppermint oil). S.R.P.: (4-oz. bag) $2.99



Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**October** 1, 2011

**SECTION:** Pg. RC5(1) Vol. 176 No. 10 ISSN: 0745-1032

**LENGTH:** 158 words

**HEADLINE: Pretzel Crisps** Dark Chocolate & Peppermint;
New Products

**BODY:**

Snack Factory, Princeton, N.J.

(609) 683-5400

www.**pretzelcrisps**.com

[ILLUSTRATION OMITTED]

Snack Factory has added a Dark Chocolate & Peppermint **Pretzel Crisps** item to it's holiday line. The crisps are coated in rich premium dark chocolate and delicately sprinkled with peppermint candy pieces, adding a burst of calming coolness. With only 120 calories and 5 grams of fat per serving, Dark Chocolate & Peppermint is sure to become adelicious part of consumer holiday traditions. **Pretzel Crisps'** sweetand salty line of Holiday Indulgents, which also includes a White Chocolate & Peppermint variety, is slated to be in stores this fall.

Ingredients: Dark Chocolate (sugar, chocolate liquor [processed with alkali], cocoa butter, milk fat, soy lecithin [an emulsifier], vanilla), **Pretzel Crisps** (wheat flour, sugar, salt, barley malt syrup), Topping (sugar, corn syrup, beet juice [color], caramel color, natural peppermint oil). S.R.P.: (4-oz. bag) $2.99

80 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**October** 1, 2011

**SECTION:** Pg. RC5(1) Vol. 176 No. 10 ISSN: 0745-1032

**LENGTH:** 158 words

**HEADLINE: Pretzel Crisps** Dark Chocolate & Peppermint;
New Products

**BODY:**

Snack Factory, Princeton, N.J.

(609) 683-5400

www.**pretzelcrisps**.com

[ILLUSTRATION OMITTED]

Snack Factory has added a Dark Chocolate & Peppermint **Pretzel Crisps** item to it's holiday line. The crisps are coated in rich premium dark chocolate and delicately sprinkled with peppermint candy pieces, adding a burst of calming coolness. With only 120 calories and 5 grams of fat per serving, Dark Chocolate & Peppermint is sure to become adelicious part of consumer holiday traditions. **Pretzel Crisps'** sweetand salty line of Holiday Indulgents, which also includes a White Chocolate & Peppermint variety, is slated to be in stores this fall.

Ingredients: Dark Chocolate (sugar, chocolate liquor [processed with alkali], cocoa butter, milk fat, soy lecithin [an emulsifier], vanilla), **Pretzel Crisps** (wheat flour, sugar, salt, barley malt syrup), Topping (sugar, corn syrup, beet juice [color], caramel color, natural peppermint oil). S.R.P.: (4-oz. bag) $2.99

81 of 331 DOCUMENTS

Copyright 2011 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**September** 29, 2011 Thursday
METRO EDITION

**SECTION:** TASTE; Pg. 2T

**LENGTH:** 371 words

**HEADLINE:** tidbits

**BYLINE:** AL SICHERMAN, STAR TRIBUNE (Mpls.-St. Paul)

**BODY:**

...down the Ritz

Nabisco now has a second Munchables item under its Ritz cracker brand. (Munchables are not small Ritz crackers; that's Ritz Bits, in many varieties.) The first Ritz Munchables were **Pretzel Crisps.** Now there's Ritz Munchables Buttery Thins. These look like little versions of regular Ritz crackers, a little larger than Ritz Bits, but thinner -- almost wafer-like -- and with a texture that leans ...

82 of 331 DOCUMENTS

Pretzel Crisps(R) Stacks Up in the Fight Against Breast Cancer; Snack Factory's Pretzel Crisps(R) Partners With Susan G. Komen for the Cure(R) to Help Raise Awareness and Fund a Cure for Breast C

Copyright 2011 GlobeNewswire, Inc.
All Rights Reserved
GlobeNewswire

September 20, 2011 Tuesday 5:08 AM EST

**SECTION:** FOOD; COMPANY ANNOUNCEMENT

**LENGTH:** 564 words

**HEADLINE: Pretzel Crisps**(R) Stacks Up in the Fight Against Breast Cancer;
Snack Factory's **Pretzel Crisps**(R) Partners With Susan G. Komen for the Cure(R) to Help Raise Awareness and Fund a Cure for Breast Cancer

**BODY:**

...cancer. For over 25 years, Susan G. Komen has been the global proponent of the breast cancer movement and has invested more than $1.9 billion towards research and life-saving community programs. This year, **Pretzel Crisps®**, the low calorie, flat-baked pretzel cracker, will be sporting the pink ribbon on its 14 ounce **Pretzel Crisps** packaging to help raise awareness and donations for Komen. From June 2011 through May 2012, Snack Factory will donate a minimum of $100,000 to the organization.

"We are honored to be a part of the outstanding ...

...country and throughout the world that have helped Susan G. Komen for the Cure continue its fight to save lives and protect others against this devastating disease," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps**. "We hope our efforts help move the organization one step closer to finding a cure and creating a world without breast cancer."

...raised during the month of October through the website Crowdrise.com, to help encourage others to fundraise and donate to the cause. All the money raised will be sent directly to Komen.

The specially marked 14 ounce **Pretzel Crisps** bags are available for a limited time in the deli section of select retailers nationwide. To learn how to get involved in events and races in your community or to donate to Komen, log onto www.komen.org or visit www.**pretzelcrisps**.com.

Contact:

Jessica Harris

**Pretzel Crisps**

609.613.0715

jharris@**pretzelcrisps**.com

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren Wilson. From their humble start selling funnel ...

...on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps®**. For more

Pretzel Crisps(R) Stacks Up in the Fight Against Breast Cancer; Snack Factory's Pretzel Crisps(R) Partners With Susan G. Komen for the Cure(R) to Help Raise Awareness and Fund a Cure for Breast C

information, please visit **pretzelcrisps**.com or become a fan at www.facebook.com/**pretzelcrisps**. **Pretzel Crisps**®. Rethink your pretzel!

About Susan G. Komen for the Cure®

Nancy G. Brinker promised her dying sister, Susan G. Komen, she would do everything in her power to end breast

...

...breast health or breast cancer, visit www.komen.org or call 1-877 GO KOMEN.

This information was brought to you by Cision http://www.cisionwire.com
http://www.cisionwire.com/**pretzel-crisps**-press-room/r/**pretzel-crisps**--stacks-up-in-the-fight-against-breast-cancer,c9163442

The following files are available for download:

...

wkr0001.jpg                                                    Komen **Pretzel Crisps** Bag

...

**PUB-COMPANY:**

   **PRETZEL CRISPS**

**COMPANY-TERMS:**

   **Pretzel Crisps** Food

83 of 331 DOCUMENTS

Copyright 2011 Contify.com
All Rights Reserved
India Retail News

September 20, 2011 Tuesday 6:30 AM EST

**LENGTH:** 557 words

**HEADLINE:** GBK's Celebrity Style Lounge Debut at NY Mercedes-Benz Fashion Week 2011

**BODY:**

...Luichini Shoes, Sole Discretion, Croton Watches, Harputs Own, Saachi Style, Melanie Harris, Hard Candy, Skin Medica, Original & Mineral, Bellezza, Arbonne, O.N.E. Coconut Water, Snack Factory **Pretzel Crisps,** SnapSac, Strivectin, Rullingnet Corporation provided their "VINCI Tab," Stuffed Cupcakes, Point Reyes, Listerine and Caribbean Living.

As always, charity is a major focus with GBK gift lounges. The GBK NY Fashion ...

 84 of 331 DOCUMENTS

GBK's Celebrity Style Lounge Debut at NY Mercedes-Benz Fashion Week 2011; Lindsay Lohan, Kirstie Alley,
Constantine Maroulis and many others attended the Charity Style Lounge PR Newswire Septembe

Copyright 2011 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**September** 20, 2011 Tuesday 5:19 PM EST

**LENGTH:** 714 words

**HEADLINE:** GBK's Celebrity Style Lounge Debut at NY Mercedes-Benz Fashion Week 2011;
Lindsay Lohan, Kirstie Alley, Constantine Maroulis and many others attended the Charity Style Lounge

**DATELINE:** NEW YORK, Sept. 20, 2011

**BODY:**

...Luichini Shoes, Sole Discretion, Croton Watches, Harputs Own, Saachi Style, Melanie Harris, Hard Candy, Skin Medica, Original & Mineral, Bellezza, Arbonne, O.N.E. Coconut Water, Snack Factory **Pretzel Crisps,** SnapSac, Strivectin, Rullingnet Corporation provided their "VINCI Tab," Stuffed Cupcakes, Point Reyes, Listerine and Caribbean Living.

As always, charity is a major focus with GBK gift lounges. The GBK NY Fashion ...

85 of 331 DOCUMENTS

Copyright 2011 The Tribune
The Tribune (Seymour, Indiana)

Distributed by McClatchy-Tribune Business News

**September** 15, 2011 Thursday

**SECTION:** LIFESTYLE

**LENGTH:** 805 words

**HEADLINE:** ROLE CALL

**BYLINE:** Joanne Persinger, The Tribune, Seymour, Ind.

**BODY:**

...said.

Be that as it may, she has some seriously tasty recipes she's sharing with Tribune readers today.

Yummy Strawberry Pretzel Dessert

CRUST

Preheat oven to 350 degrees.

2½ cups crushed Original **Pretzel Crisps** (found by deli at Walmart) or regular pretzels (crush by hand or in food processor)

¾ cup butter or margarine

3 tablespoons brown sugar

Melt butter or margarine and brown ...

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Food & Beverage Packaging

**September 1, 2011**

**SECTION:** Pg. 20(1) Vol. 75 No. 7 ISSN: 1941-8531

**LENGTH:** 308 words

**HEADLINE:** Flat pretzels add bold flavors, design;
New Packages

**BODY:**

[ILLUSTRATION OMITTED]

Snack Factory has revealed new packaging and two new flavors for its Bold & Spicy **Pretzel Crisps**[R] line-up: Jalapeno Jack and ChipotleCheddar join Buffalo Wing in the Bold & Spicy line. To better represent the line, the company revamped the packaging using warmer colors (red, yellow and orange ...

In addition to a revamp to their Bold & Spicy line, the company had a packaging upgrade in 2010, refreshing the entire line with brighter colors, an updated logo and new photography that showcased **PretzelCrisps'** stackability. Also in 2010, the company increased their package size from 6 ounces to 7.2 ounces.

According to Jessica Harris, public relations director for Snack Factory, the redesign has been a success, "According to the June 12, 2011 IRI data, **Pretzel Crisps** is up 115% over four weeks in Total U.S.Food sales from a year ago. The 52 week data reveals a Total U.S. Food sales dollar increase of 83%."

To ...

...concepts in terms of purchase intent, uniqueness, believability, and other key measures against other top concepts as well as competitive products already on the shelf to determine the concepts with greatest market potential.

**Pretzel Crisps** are available in the deli aisle of supermarkets andselect specialty retailers nationwide and retail for $2.99 each. There are seven flavors in the **Pretzel Crisps** Deli Style line-up.

Flat pretzels add bold flavors, design; New Packages Food & Beverage Packaging September 1, 2011

Affinova

781-464-4700; www.affinnova.com

87 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Xconomy
Xconomy

**August** 25, 2011 Thursday 10:34 PM EST

**LENGTH:** 1205 words

**HEADLINE:** Buddy Media Attracts World's Top Brands With Facebook-Management Platform

**BODY:**

social media, Software, funding

Arlene Weintraub wrote:

In February, the Facebook page for the popular snack brand **Pretzel Crisps** had drawn only 6,800 fans. So Jason Harty, director of field and interactive marketing for the brand, launched a campaign on Facebook offering a dollar-off coupon to anyone who became a fan. In two weeks, the fan base grew to 13,700 for **Pretzel Crisps**, which is made by Skillman, NJ-based Snack Factory. A few weeks later, in the middle of the night, Harty decided to sweeten the offer. With a few clicks, he revised the coupon to buy one bag, get one free-a $4 value. In 36 hours, **Pretzel Crisps** had 29,000 Facebook fans.

The software platform that allowed Harty to act on his midnight marketing whim is made by Buddy Media, a fast-growing, New York City company that was founded in ...

...will alert them to anything that they need to track carefully, such as comments about competitors. "Our clients don't have to log into Facebook" to manage their pages, Lazerow explains. "My mom, who doesn't use the Internet, can use this."

**Pretzel Crisps'** Harty says Buddy Media has made it simple to offer a variety of features on Facebook, including sweepstakes and ongoing content such as recipes for dips that go well with the snack. Harty is also tracking the ...

...87 percent redemption rate, while the buy-one-get-one free offer was redeemed by 95 percent of Facebook fans, the company found. In the year ending in July, sales of **Pretzel Crisps** grew 93 percent over the previous year, according to market research firm IRI. "It was validation of the importance of giving value to fans," Harty says. "This allowed us to get our product out to new ...

88 of 331 DOCUMENTS

Copyright 2011 The Montgomery Advertiser

All Rights Reserved
The Montgomery Advertiser (Alabama)

**August** 16, 2011 Tuesday

**SECTION:** LIFESTYLE

**LENGTH:** 981 words

**HEADLINE:** Reds, Whites and Blues Fest provides summer fun

**BYLINE:** By, Deborah Hayes Moore

**BODY:**

...support and to enjoy delicious hors d'oeuvres.

For the occasion, Kathy Holmes and her staff at Pepper Tree Steaks 'N Wines prepared cranberry and pecan chicken salad, chunky cheese dip served with **pretzel crisps,** and pork tenderloin enjoyed on Millie Ray's Rolls.

Arrivals also were presented with glasses bearing the Vintage Affair logo to use for the tasting of the evening's selected wines inside Pepper Tree Steaks 'N ...

89 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August** 2011

**LENGTH:** 7486 words

**HEADLINE:** Charmed Circle

**BODY:**

...

...

Snack Factory Bold & Spicy **Pretzel Crisps**       SRP: $2.99     609-613-7417 www.snacksforlife.com      We Picked it Because: Chipotle Cheddar joins the Bold and Spicy flavor lineup of Snack Factory's **Pretzel Crisps** this summer. The 110-calorie-per-serving **pretzel crisps** contain no trans fats, saturated fat or cholesterol, as well as offering a flavor robust enough for standalone snacking. Additionally, a new packaging design for the whole Bold and Spicy line, which also includes Jalapeno Jack and Buffalo Wing varieties, really makes the products stand out.

...

Big Dippers The Progressive Grocer August 2011

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August** 2011

**LENGTH:** 1364  words

**HEADLINE:** Big Dippers

**BYLINE:** Bridget Goldschmidt

**BODY:**

...us to reach new consumers."

One recent example of brand cooperation involved a sports tie-in. "This past winter, we executed a major national in-store promotion with [Snack Factory] **Pretzel Crisps** around the March Madness theme," recounts Goldner. "The program was very successful for both brands, and we are planning a similar program early this fall with a football theme. On a wider scale, Tribe  ...

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August** 2011

**LENGTH:** 7486  words

**HEADLINE:** Charmed Circle

**BODY:**

...

...

Snack Factory Bold &  Spicy **Pretzel Crisps**          SRP: $2.99          609-613-7417 www.snacksforlife.com          We Picked it  Because: Chipotle Cheddar joins the Bold and Spicy flavor lineup of Snack Factory's **Pretzel Crisps** this summer. The 110-calorie-per-serving **pretzel crisps** contain no trans fats, saturated fat or cholesterol, as well as offering a flavor robust enough for standalone snacking. Additionally, a new packaging design for the whole Bold and Spicy line, which also includes Jalapeno Jack and Buffalo Wing variet-ies, really makes the products stand out.

...

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August 2011**

**LENGTH:** 1364 words

**HEADLINE:** Big Dippers

**BYLINE:** Bridget Goldschmidt

**BODY:**

...us to reach new consumers."

One recent example of brand cooperation involved a sports tie-in. "This past winter, we executed a major national in-store promotion with [Snack Factory] **Pretzel Crisps** around the March Madness theme," recounts Goldner. "The program was very successful for both brands, and we are planning a similar program early this fall with a football theme. On a wider scale, Tribe ...

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August 2011**

**LENGTH:** 7486 words

**HEADLINE:** Charmed Circle

**BODY:**

...



Snack Factory Bold & Spicy **Pretzel Crisps**      SRP: $2.99      609-613-7417
www.snacksforlife.com      We Picked it  Because: Chipotle Cheddar joins the Bold and Spicy flavor lineup of Snack Factory's **Pretzel Crisps** this summer. The 110-calorie-per-serving **pretzel crisps** contain no trans fats, saturated fat or cholesterol, as well as offering a flavor robust enough for standalone snacking. Additionally, a new packaging design for the whole Bold and Spicy line, which also includes Jalapeno Jack and Buffalo Wing varieties, really makes the products stand out.

...

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
The Progressive Grocer

**August** 2011

**LENGTH:** 1364 words

**HEADLINE:** Big Dippers

**BYLINE:** Bridget Goldschmidt

**BODY:**

...us to reach new consumers."

One recent example of brand cooperation involved a sports tie-in. "This past winter, we executed a major national in-store promotion with [Snack Factory] **Pretzel Crisps** around the March Madness theme," recounts Goldner. "The program was very successful for both brands, and we are planning a similar program early this fall with a football theme. On a wider scale, Tribe ...

Copyright 2011 CNBC, Inc.
All Rights Reserved
CNBC News Transcripts

**July** 31, 2011 Sunday

**LENGTH:** 1334 words

**HEADLINE:** Food & Wine's Dana Cowin and Sixpoint Brewery's Shane Welch discuss growth in craft beer sales

**BODY:**

...COWIN: Yes. Well, can you believe it? You can make marshmallows with beer. I don't know if you've done that, but it's a marshmallow that's made with beer covered with chocolate and then there's a beer **pretzel crisp** on top.

BARTIROMO: Beer popularity also extending to accessories, right, Shane? Like the glasses.

TEXT:

Edesia Stemmed Pilsner $39.95 for 4, dansk.com

Ms. COWIN: That's right. I ...

96 of 331 DOCUMENTS


Copyright 2011 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**July** 22, 2011 Friday

**LENGTH:** 1027 words

**HEADLINE:** Bahar Takhtehchian shows Shape magazine's snack award winners

**BODY:**

...GIFFORD: Do they taste like the real deal?

Ms. TAHKTEHCHIAN: Don't they?

KOTB: Mm, they're good.

GIFFORD: Really good.

Ms. TAHKTEHCHIAN: They're so good.

KOTB: All right.

Ms. TAHKTEHCHIAN: Next to that, the **Pretzel Crisps**. Now...

GIFFORD: These my daughter adores.

Ms. TAHKTEHCHIAN: ...this is like a combination of crackers and pretzels...

GIFFORD: Mm-hmm.

Ms. TAHKTEHCHIAN: ...so the best of both worlds.

KOTB: Those are good. Yeah.

Ms. ...

...KOTB: All right.

Ms. TAHKTEHCHIAN: And I love dipping these in hummus.

KOTB: Let's get down to these three.

GIFFORD: Hummus, that's the best.

TEXT:

Shape Snack Awards

Snack Factory Sesame **Pretzel Crisps** 110 calories, 1.5G of fat for 11 crisps

Ms. TAHKTEHCHIAN: Yes, these are our crunchy favorites.

KOTB: So good.

Ms. TAHKTEHCHIAN: Yeah. So our first one, Blue Diamond butter toffee ...

97 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Candy Industry

**July** 1, 2011

**SECTION:** Pg. RC8(4) Vol. 176 No. 7 ISSN: 0745-1032

**LENGTH:** 2551 words

**HEADLINE:** Pretzel party of fun: Pretzels, like other snacks, are evolving and taking on an action-packed Mad Mouse ride of bolder flavors, different spins on 'tried-and-true' recipes and new sandwich fillings of sweet or savory varieties; Industry TRENDS

**BYLINE:** Hartman, Lauren R.

**BODY:**

...

. . .

Perry Abbenante, vice president of marketing for Snack Factory's **Pretzel Crisps** brand, says consumers want healthier options when it comes to snack foods.

. . .

**Pretzel Crisps** are marketed by Skillman, N.J.-based Snack Factory,which makes a host of thin and crunchy pretzels that double as crackers and pair well with dips and meats, cheese, fruit and vegetables.

. . .

"When it comes to creating new **Pretzel Crisps** flavors, we've recently enlis-ted the help of a technology company that specializes in marketing innovation software and services to streamline the new productdevelopment process," he says. "They've played an integral role in identifying favorites among con-sumers, from color to packaging concepts    to flavor descriptors. With their help, we've been able to determine    which new flavors to add to our brand portfolio."

This month, the **Pretzel Crisps** line will expand with the launch ofnew indul-gent and deli-style bold and spicy offerings.

"This will be the first new product announcement since last year when the brand introduced two new flavors to the **Pretzel Crisps** deli-style line and

Page 72
Pretzel party of fun: Pretzels, like other snacks, are evolving and taking on an action-packed Mad Mouse ride of bolder
flavors, different spins on 'tried-and-true' recipes and new sandwich

launched the Modern Classics **Pretzel Crisps** line," Abbenante adds.

It also launched new items in its bold and spicy category--Jalapeno   Jack
and Chipotle Cheddar. Inspired by the successful Buffalo Wing flavor, the new
extensions are the perfect addition to the **Pretzel Crisps** portfolio.

. . .

New primary packaging doesn't hurt, either. The full product line packaging
revamp now reflects the innovations inside the bags with brighter colors, an
updated logo and sparkling new photography that showcases **Pretzel Crisps** stack-
ably thin goodness. The new packaging alsohas more capacity and includes 20%
more crisps per bag.

. . .

98 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
Gourmet Retailer

**July** 2011

**LENGTH:** 1089 words

**HEADLINE:** International Dairy Deli Bake Seminar & Expo

**BODY:**

...

...

Editor's Choice     Snack Factory     Princeton, N.J.     609-613-7417 |     www.**pretzel-
crisps**.com          Snack Factory has added three new varieties to its **Pretzel Crisps** product line. Fueled by
the popularity of its Buffalo Wing variety, Jalapeño Jack and Chipotle Cheddar are the latest additions to the
brand's bold and spicy category; the former features naturally spicy jalapeño flavors with creamy, mildly tangy
Monterey jack cheese, while the latter pairs the smoky flavor of chipotle peppers with robust, creamy cheddar
cheese and zesty spices. Both are 110 calories per serving. Meanwhile, savory meets sweet in new **Pretzel
Crisps** Holiday Indulgents, which are part candy/part snack. In addition to White Chocolate & Peppermint, the
product now is available Dark Chocolate & Peppermint; both are 120 calories per serving. All products are de-
signed for the deli aisle or for display in new shippers throughout the store. SRP: $2.99 per 7.2-ounce bag of
Jalapeno Jack and Chipotle Cheddar or 4-ounce bag of Dark Chocolate & Peppermint

...

99 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved

Gourmet Retailer

**July** 2011

**LENGTH:** 420 words

**HEADLINE:** Editor's Choice

**BODY:**

...

...

Snack Factory      Princeton, N.J.      609-613-7417 |      www.**pretzelcrisps**.com      Snack Factory has added three new varieties to its **Pretzel Crisps** product line. Fueled by the popularity of its Buffalo Wing variety, Jalapeño Jack and Chipotle Cheddar are the latest additions to the brand's bold and spicy category; the former features naturally spicy jalapeño flavors with creamy, mildly tangy Monterey jack cheese, while the latter pairs the smoky flavor of chipotle peppers with robust, creamy cheddar cheese and zesty spices. Both are 110 calories per serving. Meanwhile, savory meets sweet in new **Pretzel Crisps** Holiday Indulgents, which are part candy/part snack. In addition to White Chocolate & Peppermint, the product now is available Dark Chocolate & Peppermint; both are 120 calories per serving. All products are designed for the deli aisle or for display in new shippers throughout the store. SRP: $2.99 per 7.2-ounce bag of Jalapeno Jack and Chipotle Cheddar or 4-ounce bag of Dark Chocolate & Peppermint

...

100 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 MacFadden Communications Group LLC
Grocery Headquarters

July 1, 2011

**SECTION:** Pg. 55(7) Vol. 77 No. 7 ISSN: 1094-1088

**LENGTH:** 4235 words

**HEADLINE:** A show of fresh ideas: consumers continue to demand higher quality foods from in-store bakeries and delis. Manufacturers at the IDDBA'S Dairy Deli bake expo showed retailers that they are up for the challenge; IDDBA

**BYLINE:** Hatt, Elizabeth Louise

**BODY:**

...heat and serve.

[ILLUSTRATION OMITTED]

A show of fresh ideas: consumers continue to demand higher quality foods from in-store bakeries and delis. Manufacturers at the IDDBA'S Dairy Deli bake expo showed retailers that they are up for

Other new products include Honey-Dipt Boneless Wings and Tenderloins, which are part of the Greeley, Colo.-based company's line of Deli"To Go" Appetizers. www.pilgrimsdeli.com.

**Pretzel Crisps**

Following the success of the Buffalo Wing variety, **Pretzel Crisps** is expanding its Bold and Spicy line with Jalapeno Jack and Chipotle Cheddar flavors. "With the re-launch of our Deli Style line in 2010, we knew it was time to expand the brand offerings with stronger, bolder, spicier  ...

...president of marketing. "After exploring the many flavor combinations in the bold and spicy category, these two concepts tested the strongest."

[ILLUSTRATION OMITTED]

The Princeton, N.J.-based company is also adding Dark Chocolate & Peppermint **Pretzel Crisps.** With only 120 calories and 5 grams of fat per serving, they will be available in late summer. www.**pretzelcrisps**.com.

Reser's Fine Foods

Reser's Fine Foods latest side dishes are coming straight out of the oven.

Using a patent-pending technology, the Top Bake dishes, sold underthe company's  ...

101 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 Canon Communications LLC
Packaging Digest

**July 1, 2011**

**SECTION:** Pg. 10(1) Vol. 48 No. 7 ISSN: 0030-9117

**LENGTH:** 342 words

**HEADLINE:** Packaging refresh spices up snack's bag;
packaging concepts

**BODY:**

...a different path whenchoosing these new flavors, their product look and the refreshed package design. Instead of going through a time-consuming focus group process that may not have produced qualitative results, **Pretzel Crisps** surveyed two separate groups of 400 consumers to select the two "mostlikely to succeed" flavors out of 180 alternatives. The process tookjust weeks using Affinnova Inc.'s (www.affinnova.com) technology- ...

...com). The redesigned, metallized LDPE bags feature rotogravure-printed sizzling flame designs and a bold and spicy insignia in addition to a warmer color palette.

Snack Factory's Bold and Spicy **Pretzel Crisps** are available in thedeli aisle of supermarkets and select specialty

Packaging refresh spices up snack's bag; packaging concepts Packaging Digest July 1, 2011

retailers nationwidefor a suggested retail price of $2.99 per 7.2-oz bag.

Copyright 2011 ProQuest Information and Learning
All Rights Reserved
Copyright 2011 American Media, Inc.
Shape

**July 2011**

**SECTION:** EAT RIGHT: SHAPE SNACK AWARDS; Pg. 136 Vol. 30 No. 11 ISSN: 0744-5121

**LENGTH:** 1405 words

**HEADLINE:** Raise the (Snack) Bar

**BYLINE:** VanBuskirk, Maggie.

* Maggie VanBuskirk, who wrote "Raise the (Snack) Bar," page 136, has two simple tricks for preventing mindless munching. "Every day I drink 64 ounces of water, so I never mistake my thirst for hunger," she says. "And when I'm craving something sweet, I have a cup of Greek yogurt topped with fruit and granola." Maggie, SHAPE'S assistant managing editor, lives in New York City. An avid runner, she'll complete her fourth half marathon this month.

**BODY:**

...fan, "and that I can pronounce every one!" Testers also appreciated the extra crispy texture of these popped (not baked) chips. ($4 for a 7.25-oz bag) * Snack Factory Sesame **Pretzel Crisps** (110 calories, 1.5g fat for 11 crisps) With about half the sodium of most twists, these pretzel crackers pleased even the pickiest snackers. Besides being high in protein, fiber, and vitamin ...

...fan, "and that I can pronounce every one!" Testers also appreciated the extra crispy texture of these popped (not baked) chips. ($4 for a 7.25-oz bag)

* Snack Factory Sesame **Pretzel Crisps**

(110 calories, 1.5g fat for 11 crisps)

With about half the sodium of most twists, these pretzel crackers pleased even the pickiest snackers. "My husband devoured them, and he usually won't eat anything with ' ...

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 BNP Media
Snack Food & Wholesale Bakery

**July** 1, 2011

Pretzel party of fun: Pretzels, like other snacks, are evolving and taking on an action-packed Mad Mouse ride of bolder flavors, different spins on 'tried-and-true' recipes and new types of

.

**SECTION:** Pg. 32(5) Vol. 100 No. 7 ISSN: 1096-4835

**LENGTH:** 2665 words

**HEADLINE:** Pretzel party of fun: Pretzels, like other snacks, are evolving and taking on an action-packed Mad Mouse ride of bolder flavors, different spins on 'tried-and-true' recipes and new types of sandwich fillings of sweet or savory varieties;
STATE OF THE INDUSTRY: Pretzels

**BYLINE:** Hartman, Lauren R.

**BODY:**

...snacks, appetizers or kids' meals, they come packed in 6- to 10-count bags per carton.

[ILLUSTRATION OMITTED]

Thrills and taste

Perry Abbenante, vice president of marketing for Snack Factory's **Pretzel Crisps** brand, says consumers want healthier options when it comes to snack foods. "They seek better-for-you, all-natural alternatives to traditional snack food favorites such as pretzels, potato chips, corn chips and ...

...momentum. Its sales grew 15% last year to more than $50 million, Abbenante reports. The tasty, low-fat, low-calorie product is the primary growth driver.

"When it comes to creating new **Pretzel Crisps** flavors, we've recently enlisted the help of a technology company that specializes in marketing innovation software and services to streamline the new productdevelopment process," he says. "They've played an integral role in identifying favorites among consumers, from color to packaging concepts to flavor descriptors. With their help, we've been able to determine which new flavors to add to our brand portfolio."

This month, the **Pretzel Crisps** line will expand with the launch ofnew indulgent and deli-style bold and spicy offerings. "This will bethe first new product announcement since last year when the brand introduced two new flavors to the **Pretzel Crisps** deli-style line and launched the Modern Classics **Pretzel Crisps** line," Abbenante adds.

[ILLUSTRATION OMITTED]

It also launched new items in its bold and spicy category--Jalapeno Jack and Chipotle Cheddar. Inspired by the successful Buffalo Wing flavor, the new extensions are the perfect addition to the **Pretzel Crisps** portfolio. "We've seen tremendous sales growth in just the last year as a result of our offerings. Our data ... shows a continuous trend of phenomenal growth with triple digit numbers in many of our ...

...New primary packaging doesn't hurt, either. The full product line packaging revamp now reflects the innovations inside the bags with brighter colors, an updated logo and sparkling new photography that showcases **Pretzel Crisps'** stackably thin goodness. The new packaging also has more capacity and includes 20% more crisps per bag.

Here's something else that's good-for-you in the snack carnival: Expanding its line of organic pretzel offerings, ...

104 of 331 DOCUMENTS

Copyright 2011 The Deal, L.L.C.
All Rights Reserved
Daily Deal/The Deal

**June** 21, 2011 Tuesday

**LENGTH:** 168 words

**HEADLINE:** VMG Partners raises second fund with $375M

**BODY:**

...Robert Schult. Among its portfolio companies are: **Natural Balance Pet Foods Inc.; Kind Snacks; Pirate Brands,** which includes Pirate's Booty and Smart Puff salty snacks; **Snack Factory LLC,** which includes **Pretzel Crisps;** and **Mighty Leaf Tea Co.Park Hill Group LLC** served as placement agent for VMG Partners, which received legal advice from **Latham & Watkins LLP**. - Vyvyan Tenorio

105 of 331 DOCUMENTS

Copyright 2011 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**June** 21, 2011 Tuesday 8:31 AM EST

**LENGTH:** 706 words

**HEADLINE:** VMG Partners Announces Successful Completion of Fund II;
New $375 Million Fund To Leverage Proven Investment Principles With Focus On Branded Consumer Product Companies

**DATELINE:** SAN FRANCISCO, June 21, 2011

**BODY:**

...food and beverage sector with investments in KIND Snacks, which includes the KIND fruit and nut bar line; Pirate Brands, which includes Pirate's Booty and Smart Puff salty snacks; Snack Factory, which includes **Pretzel Crisps;** and Mighty Leaf, a purveyor of premium whole tea brands. Other investments include Speck Products, Timbuk2, and Colorescience.

VMG's investors include leading college endowments, charitable foundations, international investors and ...

106 of 331 DOCUMENTS

Copyright 2011 Close-Up Media, Inc.
All Rights Reserved
Health & Beauty Close-Up

**June 9, 2011 Thursday**

**LENGTH:** 506 words

**HEADLINE:** Snack Factory Selects Affinnova for Snack Product Research

**BODY:**

...announced that Snack Factory selected Affinnova to help spice up its snack food product line.

Utilizing Affinnova's technology to test product concepts and designs for greatest market potential, Snack Factory's **Pretzel Crisps** brand introduced two new "bold and spicy" flavors yesterday, the Company said.

The New Jersey-based producer of the flat-baked pretzel cracker took a different path when choosing new flavors, product look and package design to expand its **Pretzel Crisps** brand. Rather than go through a time-consuming focus group process that would have produced qualitative results, **Pretzel Crisps** surveyed two separate groups of 400 consumers to select the two "most likely to succeed" flavors out of 180 alternatives. The process took weeks using Affinnova's technology-based testing and evaluation process.

Affinnova noted its IDDEA technology provided an alternative that not only compressed the development timeline, but also reduced testing costs. The new **Pretzel Crisps** flavors were introduced to the public on June 5, at the International Dairy-Deli-Bakery Association (IDDBA) show in Anaheim, CA.

"Using Affinnova's technology, we were able to test all of the variations and determine the two optimal versions of flavor, product look and packaging design in weeks at an affordable price," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps**. "We would not have been able to complete such in-depth consumer testing of so many variations if we used traditional market research methods."

Affinnova's IDDEA technology enables marketers to develop a limitless number of concept ...

107 of 331 DOCUMENTS

Copyright 2011 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2011 Accretive Capital LLC dba Benzinga.com
Benzinga.com

**June 6, 2011**

**LENGTH:** 694 words

**HEADLINE:** Snack Factory's **Pretzel Crisps**;
R Brand "Rethinks Pretzels" Utilizing Affinnova.

**BODY:**

...Factory selected Affinnova to help spice up its snack food product line. Utilizing Affinnova's technology to quickly and thoroughly test product concepts and designs for greatest market potential, Snack Factory's **Pretzel Crisps**(R)brand introduced two new "bold and spicy" flavors yesterday.

The rapidly growing, New Jersey-based producer of the flat-baked pretzel cracker took a different path when choosing new flavors, product look and package design to expand its best-selling **Pretzel Crisps**(R) brand. Rather than go through a time-consuming focus group processthat would have produced qualitative results, **Pretzel Crisps**(R) surveyed two separate groups of 400 consumers to select the two "most likely to succeed" flavors out of 180 alternatives. The process took just weeks using Affinnova's technology-based testing and ...

**Pretzel Crisps**(R) faced a dilemma when product developers came up with 180 new variations. Using traditional testing methods to narrow the field to two flavors for additional development would require toomuch time and ...

...priorto launch might have ended up omitting the most popular concepts. Affinnova's IDDEA technology provided an alternative that not only compressed the development timeline, but also reduced testing costs. The new **Pretzel Crisps**(R) flavors were introduced to the public on June 5, 2011, at the International Dairy-Deli-Bakery Association (IDDBA) show in Anaheim, CA.

"Using Affinnova's technology, we were able to test all of the variations and determine the two optimal versions of flavor, product look and packaging design in weeks at an affordable price," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps**(R). "We would not have been able to complete such in-depth consumer testing of somany variations if we used traditional market research methods."

Affinnova's IDDEA technology enables marketers to develop a limitless number of concept ...

✳ 108 of 331 DOCUMENTS

Copyright 2011 Business Wire, Inc.
Business Wire

**June** 6, 2011 Monday 3:13 PM GMT

**LENGTH:** 686 words

**HEADLINE:** Snack Factory's **Pretzel Crisps**® Brand "Rethinks Pretzels" Utilizing Affinnova

**DATELINE:** WALTHAM, Mass.

**BODY:**

...Factory selected Affinnova to help spice up its snack food product line. Utilizing Affinnova's technology to quickly and thoroughly test product concepts and designs for greatest market potential, Snack Factory's **Pretzel Crisps**® brand introduced two new "bold and spicy" flavors yesterday.

The rapidly growing, New Jersey-based producer of the flat-baked pretzel cracker took a different path when choosing new flavors, product look and package design to expand its best-selling **Pretzel Crisps**® brand. Rather than go through a time-consuming focus group process that would have produced qualitative results, **Pretzel Crisps**® surveyed two separate groups of 400 consumers to select the two "most likely to succeed" flavors out of 180 alternatives. The process took just weeks using Affinnova's technology-based testing and ...

**Pretzel Crisps**® faced a dilemma when product developers came up with 180 new variations. Using traditional testing methods to narrow the field to two flavors for additional development would require too much time and ...

...prior to launch might have ended up omitting the most popular concepts. Affinnova's IDDEA technology

provided an alternative that not only compressed the development timeline, but also reduced testing costs. The new **Pretzel Crisps**® flavors were introduced to the public on June 5, 2011, at the International Dairy-Deli-Bakery Association (IDDBA) show in Anaheim, CA.

"Using Affinnova's technology, we were able to test all of the variations and determine the two optimal versions of flavor, product look and packaging design in weeks at an affordable price," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps**®. "We would not have been able to complete such in-depth consumer testing of so many variations if we used traditional market research methods."

Affinnova's IDDEA technology enables marketers to develop a limitless number of ...

109 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Shop-O-Matic
Shop-O-Matic

June 3, 2011 Friday 7:00 AM EST

**LENGTH:** 1124 words

**HEADLINE:** It's Freebie Friday! Check out our astonishing list of free stuff and coupons

**BYLINE:** Doreen Christensen

**BODY:**

...Soldiers" postcard
Free download of The Royal Wedding Official Programme and Order of Service
Free 18-song download from Spin magazine; expires May 31
Coupon: Buy one, get one free **Pretzel Crisps** ($3.99 value); expires May 31
Free sample pack of Playtex Sport Tampons
Free admission to SeaWorld theme parks for military families
Free calamari appetizer for joining ...

110 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
Gourmet Retailer

June 2011

**LENGTH:** 671 words

**HEADLINE:** Views from the Top

Views from the Top Gourmet Retailer June 2011

**BYLINE:** Deborah Cassell

**BODY:**

...pitted olive "jubilee" and tri-color "pepperazzi" from George Delallo Co., cave-aged offerings from Grafton Village Cheese Co., a crème brûlée cookie from Too Good Gourmet, two new spicy **Pretzel Crisps** varieties and chipotle pickles from Van Holten's, among other fare. That's not to mention the delicious Black Angus roast beef and horseradish mayo sandwich I was served by Dietz & Watson. (Read all ...

111 of 331 DOCUMENTS

Copyright 2011 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**June** 1, 2011 Wednesday 1:26 PM EST

**LENGTH:** 649 words

**HEADLINE:** #RLTM Realtime NY 11 Conference to Kick Off Internet Week New York With Focus on the Business Value of the Social, Mobile and Realtime Web;
Empire Avenue CEO/Co-founder Duleepa Wijayawardhana, Edelman Digital's David Armano and Futuretext Founder Ajit Jaokar Join Speaker Lineup; Four Workshops Added to Agenda for June 6 Event

**DATELINE:** NEW YORK, June 1, 2011

**BODY:**

...Bravo Digital Media's Lisa Hsia, Citibank's Frank Eliason and Delta Air Line's Allison Ausband, with additional case studies presented by speakers from the NHL, Gatorade, Yahoo!, Corcoran Group, Kellogg, **Pretzel Crisps,** the Nuyorican Poet's Cafe, PR Newswire and Eventbrite.

"Realtime NY will focus entirely on how companies can compete and win on the realtime web," explained Tonia Ries, founder of #RLTM. "Our ...

112 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**June** 2011

**LENGTH:** 697 words

**HEADLINE:** Progressive Grocer - 2011 Must-see Exhibitors

Progressive Grocer - 2011 Must-see Exhibitors Progressive Grocer June 2011

**BODY:**

...

...

| Snack Factory/ | 11 Tamarack Circle, Skillman, NJ 08558 | (609) 683-5400 Fax | Booth 1864 |
|---|---|---|---|

Snack Factory/
**Pretzel Crisps®**
Brand

11 Tamarack Circle, Skillman, NJ 08558        (609) 683-5400 Fax        Booth 1864
(609) 683-9595        Contact: Jessica Harris        jharris@**pret-**
**zelcrisps**.com**www.pretzelcrisps**.com        New Products Showing
at Event: New **Pretzel Crisps®** Indulgent Flavor and New **Pretzel
Crisps®** Deli Style Bold and Spicy Flavor

...

113 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**June** 2011

**LENGTH:** 697  words

**HEADLINE:** Progressive Grocer - 2011 Must-see Exhibitors

**BODY:**

...

...

Snack Factory/
**Pretzel Crisps®**
Brand

11 Tamarack Circle, Skillman, NJ 08558        (609) 683-5400 Fax        Booth 1864
(609) 683-9595        Contact: Jessica Harris        jharris@**pret-**
**zelcrisps**.com**www.pretzelcrisps**.com        New Products Showing
at Event: New **Pretzel Crisps®** Indulgent Flavor and New **Pretzel
Crisps®** Deli Style Bold and Spicy Flavor

...

114 of 331 DOCUMENTS

Copyright 2011 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**June** 2011

**LENGTH:** 697 words

**HEADLINE:** Progressive Grocer - 2011 Must-see Exhibitors

**BODY:**

...

Snack Factory/ 11 Tamarack Circle, Skillman, NJ 08558    (609) 683-5400 Fax    Booth 1864
**Pretzel Crisps®** (609) 683-9595    Contact: Jessica Harris    jharris@**pret-**
Brand **zelcrisps**.comwww.**pretzelcrisps**.com    New Products Showing
at Event: New **Pretzel Crisps®** Indulgent Flavor and New **Pretzel**
**Crisps®** Deli Style Bold and Spicy Flavor

...

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Shop-O-Matic
Shop-O-Matic

**May** 27, 2011 Friday 7:00 AM EST

**LENGTH:** 950 words

**HEADLINE:** It's Freebie Friday! Check out our fantabulous list of free stuff and coupons

**BYLINE:** Doreen Christensen

**BODY:**

...Soldiers" postcard
Free download of The Royal Wedding Official Programme and Order of Service
Free 18-song download from Spin magazine; expires May 31
Coupon: Buy one, get one free **Pretzel Crisps** ($3.99 value); expires May 31
Free sample pack of Playtex Sport Tampons
Free admission to SeaWorld theme parks for military families
Free calamari appetizer for joining  ...

Copyright 2011 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2011. MediaPost.com
MediaPost.com

**May 26, 2011**

**LENGTH:** 1152 words

**HEADLINE:** Marketing Daily: **Pretzel Crisps** Logic: Leveraging Tech to Grow

**BYLINE:** Karlene Lukovitz

**BODY:**

Snack Factory, the Princeton, N.J.-based makers of **Pretzel Crisps**, may not be the country's largest snack company, but it's among the fastest-growing -- and savvy use of product development technology and social media are accelerating that momentum.

The privately owned company saw sales grow 15% last year, to more than $50 million, according to Perry Abbenante, VP of marketing for **Pretzel Crisps**. Further, SymphonyIRI shows its sales having leapt 66% during the 52-week period ending April 17.

...Chips/New York Style Pita Chips brands (the former was eventually sold to J&J Snack Foods and the chips business to RJR Nabisco), went on to innovate the patented, flat pretzel cracker **Pretzel Crisp** product and incorporate Snack Factory in 2004.

Consumers took to **Pretzel Crisps** because they offer "all of the crunchy essence of pretzels, without all the doughy filling," and because like more traditional crackers, they can be paired with other foods or used to dip, sums up Abbenante. (The brand drove massive ...

...tagline is "Rethink Your Pretzel," and a commitment to new approaches, expansion and honing existing products is engrained in Snack Factory's entrepreneurially oriented culture, says Abbenante.

For example, last year, **Pretzel Crisps** both redesigned its packaging (including an updated logo) and introduced a new Modern Classics line for natural foods aficionados (now distributed in Whole Foods and natural foods stores ...

...a proprietary algorithm that processes consumers' survey feedback on an ongoing basis, and presents a honed or "evolved" set of choices to the next group of consumers as the surveying process continues. According to Abbenante, the **Pretzel Crisps** process involved narrowing down the 180-plus variations to five by surveying and analyzing the results of one group of 400 consumers, then determining the two winning combinations by surveying a different group of ...

...at an affordable cost, sums up Abbenante. The company was also able to see how the 'winners' compared to purchase-intent performance for competitive products.

Snack Factory has now created those two new **Pretzel Crisps** flavors -- although Abbenante declines to reveal the specifics until the varieties are officially unveiled during the International Dairy-Deli-Bakery Association (IDDBA) show in Los Angeles, which starts June 5.

The new Deli Style spicy flavors won't be Snack Factory's only 2011 product launches. **Pretzel Crisps** is also introducing a dark chocolate counterpart to its "wildly successful and highly addictive" holiday-season-only White Chocolate & Peppermint variety, reports Abbenante.

**Pretzel Crisps'** growth is also being driven by newly created field sales/marketing teams in Los Angeles, San Francisco, Boston and New York -- and by expanding and evolving social media marketing efforts, the marketing executive says.

**Pretzel Crisps'** Facebook page wasn't launched until last fall, but it's already pulled nearly 61,000 fans. The page offers access to recipes, product pairing suggestions, coupons and other offers, but ...

...large numbers of fan postings and new fans. We're not just constantly selling the products, which endears the brand to consumers."

Probed further about how Facebook traffic is being driven, Abbenante notes that **Pretzel Crisps** not only prominently promotes its Facebook page on its site (see site banner graphic), but uses targeted Facebook advertising to drive consumers to coupon and other offers on its page. For example, around the Super Bowl, the brand used geographically targeted ads with team-specific messaging in the Pittsburgh and Green Bay, Wis. markets promoting **Pretzel Crisps** as great Super Bowl game snacks (along with the Facebook-based coupon offer).

Then there's Twitter. Snack Factory's field team members are asked to spend part of each day identifying tweets that include key ...

117 of 331 DOCUMENTS

Copyright 2011 ProQuest Information and Learning
All Rights Reserved
Copyright 2011 Call and Post
Call & Post (All Ohio)

**May 25, 2011 - June 1, 2011**
All-Ohio edition

**SECTION:** Pg. S3 Vol. 95 No. 21

**LENGTH:** 270 words

**HEADLINE:** WHAT'S ON?

**BYLINE:** Haney, Felicia C.

FELICIA C. HANEY

Staff Reporter

**BODY:**

...like seafood. Everything from BBQ salmon, grilled prawns and shrimp shish kabobs are festive, easy to pre are and light on the waistline. Ditch the chips 'n dip and go for some all natural **pretzel crisps** and hummus. Add corn, asparagus and squash to the grill as well, and toss up some salads. Apples, walnuts and grapes are great for lettuce or chicken salad combinations. Leave the sugary sodas on the shelf.

The To-Do ...



118 of 331 DOCUMENTS

Copyright 2011 SOFTLINE INFORMATION, INC.
All Rights Reserved

Ethnic NewsWatch
Copyright 2011 Call and Post
Call & Post

**May 25, 2011 - June 1, 2011**
All-Ohio edition

**SECTION:** Pg. S3 Vol. 95 No. 21

**LENGTH:** 270 words

**HEADLINE:** WHAT'S ON?

**BYLINE:** Haney, Felicia C.

FELICIA C. HANEY

Staff Reporter

**BODY:**

...like seafood. Everything from BBQ salmon, grilled prawns and shrimp shish kabobs are festive, easy to pre are and light on the waistline. Ditch the chips 'n dip and go for some all natural **pretzel crisps** and hummus. Add corn, asparagus and squash to the grill as well, and toss up some salads. Apples, walnuts and grapes are great for lettuce or chicken salad combinations. Leave the sugary sodas on the shelf.

The To-Do ...

119 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Shop-O-Matic
Shop-O-Matic

**May** 20, 2011 Friday 7:15 AM EST

**LENGTH:** 917 words

**HEADLINE:** It's Freebie Friday! Check out our stupendous list of free stuff and coupons

**BYLINE:** Doreen Christensen

**BODY:**

...Soldiers" postcard
Free download of The Royal Wedding Official Programme and Order of Service
Free 18-song download from Spin magazine; expires May 31
Coupon: Buy one, get one free **Pretzel Crisps** ($3.99 value); expires May 31

It's Freebie Friday! Check out our stupendous list of free stuff and coupons Shop-O-Matic May 20, 2011 Friday 7:15 AM EST

Free sample pack of Playtex Sport Tampons
Free admission to SeaWorld theme parks for military families
Free calamari appetizer for joining ...

### 120 of 331 DOCUMENTS

Copyright 2011 PR Newswire Association LLC
All Rights Reserved
PR Newswire

May 18, 2011 Wednesday 2:49 PM EST

**LENGTH:** 857 words

**HEADLINE:** #RLTM Realtime NY 11 to Feature Business Case Studies and Sessions on Social Influence, Listening Strategies, Location-Based Marketing, CSR and Social Media, and Realtime Business Tools;
June 6 Conference Speakers Include Marketing and Customer Service Executives from PepsiCo, RadioShack, Bravo Digital Media, Citibank, McDonald's, the NHL, Gatorade, Delta Air Lines and IBM, Plus Tech Executives from Empire Avenue, Foursquare, Ad.ly, SCVNGR and Loopt

**DATELINE:** NEW YORK, May 18, 2011

**BODY:**

...Delta Air Lines VP of Reservation Sales and Customer Care Allison Ausband. Additional sessions will feature case studies from consumer and business brands such as the NHL, Gatorade, Yahoo!, The Corcoran Group, Kellogg's, **Pretzel Crisps,** the Nuyorican Poet's Cafe, PR Newswire and Eventbrite.

In addition to case studies, the conference program includes panel discussions on key topics related to creating and managing realtime business strategies.

Stephen ...

### 121 of 331 DOCUMENTS

Copyright 2011 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2011. MediaPost.com
MediaPost.com

May 12, 2011

**LENGTH:** 580 words

**HEADLINE:** Search Marketing Daily: **Pretzel Crisps** Racks Up 4.2 Million Earned Media Impressions

**BYLINE:** Laurie Sullivan

**BODY:**

**Pretzel Crisps** has capitalized on social media and keyword search terms by monitoring buzz on Twitter, and then stepped up to deliver samples to the offices or homes of those who are talking about salty or sweet snack foods. The ...

...brilliant strategy that harkens back to the days when all brands took customer service seriously.

There are countless accounts of brands such as Virgin America, American Airlines, Nordstrom, and others connecting with consumers through Twitter -- but **Pretzel Crisps**, a small snack food company with about 11 people monitoring the buzz, takes the act of customer service one step further.

Jason Harty, director of field and interactive marketing at **Pretzel Crisps** (**@pretzelcrisps**), refers to the strategy as "social sampling" -- the act of monitoring conversations on Twitter and engaging with consumers through dialogue and just-in-time product sampling.

The idea to turn the "overlooked brand" into a must-have brand ...

...only to monitor and respond to conversations on Twitter, but to take action and either send the consumer samples or physically deliver product to their door. By searching for specific key terms on Twitter, **Pretzel Crisps** targets and connects with consumers "in need of a snack." The brand's field and marketing team coordinates the product delivery.

Since the launch of the social sampling strategy through Twitter in July 2010, **Pretzel Crisps** has built up more than 4.2 million earned media impressions. The impression number identifies tweets to followers from someone who samples the goods -- and if any of the followers' following retweet the message, for example.

From July 2010 through March 2011, **Pretzel Crisps** gave away about 3,600 units of the 250,000 freebee samples to consumers as part of the social strategy, "but the impact of the social samples is twice that of any event samples or product seeding" strategy, Harty said. "We ...

...deliver the goods.

Twitter is not the magic key driving sales, but it does give a variety of brands the opportunity to connect with consumers online and offline. Since it began implementing this social strategy, **Pretzel Crisps** no longer relies on paid-search campaigns. The company's Facebook page offers a nice section on recipes.

122 of 331 DOCUMENTS

Copyright 2011 Datamonitor
All Rights Reserved
Product Launch Tracker

**May** 9, 2011 Monday

**LENGTH:** 105 words

Snack Factory Pretzel Crisps's range of Thin, Crunchy Pretzel Snacks in Tuscan Three Cheese, Classic, Cinnamon
Toast, Supreme varieties available in USA Product Launch Tracker May 9, 2011 Monday

**HEADLINE:** Snack Factory **Pretzel Crisps's** range of Thin, Crunchy Pretzel Snacks in Tuscan Three Cheese, Classic,
Cinnamon Toast, Supreme varieties available in USA

### BODY:

Made in the USA by Snack Factory, Inc., Snack Factory **Pretzel Crisps** Thin, Crunchy Pretzel Snacks are available
in Tuscan Three Cheese, Classic, Cinnamon Toast, and Supreme varieties, sold in new 2 oz. (57g), kosher dairy
stamped, rack display bags. Package text for the Tuscan Three Cheese **Pretzel Crisps**(r) reads, "Natural Romano,
Asiago, and Parmesan cheese flavor - All natural - Baked - The original - Rethink your pretzel!(tm)" Snack Factory
**Pretzel Crisps** are also claimed to contain 0g trans fat, 0g saturated fat and 0mg cholesterol. The suggested retail price
is 1.50 to 1.99 USD per bag.

Manufacturer:                                                                                  Snack Factory, Inc.

Copyright 2011 Datamonitor
All Rights Reserved
Product Launch Tracker

May 9, 2011 Monday

**LENGTH:** 55 words

**HEADLINE:** Snack Factory **Pretzel Crisps's** range of Thin, Crunchy Pretzel Snacks in Dark Chocolate & Peppermint,
White Chocolate & Peppermint varieties available in USA

### BODY:

Available in the USA from Snack Factory, Inc., Snack Factory **Pretzel Crisps** Thin, Crunchy Pretzel Snacks are
offered in new Dark Chocolate & Peppermint and White Chocolate & Peppermint coated varieties. Both pretzel snacks
are sold in 4 oz. (113g) bags that are flagged, " ...

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Shop-O-Matic
Shop-O-Matic

May 6, 2011 Friday 6:49 AM EST

**LENGTH:** 994 words

**HEADLINE:** It's Freebie Friday! Check out our mom-friendly list of free stuff and coupons

It's Freebie Friday! Check out our mom-friendly list of free stuff and coupons Shop-O-Matic May 6, 2011 Friday 6:49 AM EST

**BYLINE:** Doreen Christensen

**BODY:**

...song download from Spin magazine; expires May 31
Coupon: $5 off $10 purchase at Ulta; expires May 7
Coupon: Buy one, get one free **Pretzel Crisps** ($3.99 value); expires May 31

Free sample pack of Playtex Sport Tampons
Free sample of Best Bully Sticks dog treats; new customers only
Free admission to SeaWorld ...

125 of 331 DOCUMENTS

Copyright 2011 Telegraph Media Group Limited
All Rights Reserved

# The Sunday Telegraph

The Sunday Telegraph (London)

**May** 1, 2011
Edition 1;
National Edition

**SECTION:** STELLA;FEATURES; Pg. 65

**LENGTH:** 422 words

**HEADLINE:** How to have a healthy relationship with food;
Make peace with your appetite with these tips from the author Dayna Macy

**BYLINE:** Sonia Juttla

**BODY:**

...I'm going to be hungry, without fail. So l always have a piece of turkey, apple or orange ready. Having all your snacks prepared means that when you go home you won't be ravenous and have a bag of **pretzels or crisps** before dinner

BANISH THE BAD STUFF

Look at the foods you tend to overeat. Don't have them in your home, office or car. You can have all the great ideas in the world but if you don't practise ...

126 of 331 DOCUMENTS

Copyright 2011 Newstex LLC

All Rights Reserved
Newstex Web Blogs
Copyright 2011 Danny Brown via Twitter
Danny Brown via Twitter

**April** 29, 2011 Friday 12:00 AM EST

**LENGTH:** 82 words

**HEADLINE:** Danny Brown via Twitter

**BODY:**

sup04-29-2011 at 18:05:17 UTCsup

3 Bloggers and a Wedding: What I Learned About Passion, Emotion and Story via
sup04-30-2011 at 00:30:03 UTCsup

Focus Friday: **Pretzel Crisps** Personalizing an Experience via
sup04-30-2011 at 02:07:02 UTCsup

Newstex ID: DNBR-5599-103362566

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Shop-O-Matic
Shop-O-Matic

**April** 27, 2011 Wednesday 1:15 PM EST

**LENGTH:** 100 words

**HEADLINE:** Coupon: Buy one, get one free **Pretzel Crisps** ($3.99 value)

**BYLINE:** Doreen Christensen

**BODY:**

Apr. 27, 2011 (Sun Sentinel delivered by Newstex) --

Here's a coupon for buy one, get one free of any variety of 6 ounce or 7.2 ounce **Pretzel Crisps.** That's a $3.99 value.

Pretzel Crisps(R) Encourages Skinny Dipping; The Thin, Spreadable Pretzel Cracker Asks Americans to Drop the Extra Calories and Snack Healthy in Honor of National Pretzel Day GlobeNewswire April 26, 2

Copyright 2011 GlobeNewswire, Inc.
All Rights Reserved
GlobeNewswire

April 26, 2011 Tuesday 6:07 AM EST

**SECTION:** PRODUCT / SERVICES ANNOUNCEMENT

**LENGTH:** 540 words

**HEADLINE: Pretzel Crisps**(R) Encourages Skinny Dipping;
The Thin, Spreadable Pretzel Cracker Asks Americans to Drop the Extra Calories and Snack Healthy in Honor of National Pretzel Day

**BODY:**

PRINCETON, N.J., April 26, 2011 (GLOBE NEWSWIRE) -- The tradition of skinny dipping has often been considered taboo, but for those willing to let loose and go against the grain (of salt), **Pretzel Crisps®** brand wants consumers to know the reward far outweighs the risk. As part of the brand's ongoing effort to create healthier snacking attitudes, **Pretzel Crisps** is encouraging pretzel lovers to bag the chips and skinny dip with **Pretzel Crisps** in honor of National Pretzel Day. According to the **Pretzel Crisps** Facebook page, more than 46,000 fans have embraced skinny dipping; proving pretzels can be healthy and delicious.

Since 2004, Snack Factory's **Pretzel Crisps** brand has provided health conscious consumers with a low fat, low calorie, wholesome snack time option. Founded by snack food pioneers Warren and Sara Wilson, Snack Factory's **Pretzel Crisps** brand are incredibly thin, flat-baked pretzels made without any trans fats, saturated fat or cholesterol. For years, loyal fans have supported the one-of-a-kind pretzel, marking new ...

...National Pretzel Day.

"Skinny dipping is a great way to introduce new users to the brand and what better day to do that than on National Pretzel Day," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps**. "The playful term, , refers to eating **Pretzel Crisps** with dips such as hummus, salsa and other low fat options. When paired together, they make for a delicious and nutritious snack."

National Pretzel Day was initiated in 1983 by Pennsylvania State Representative ...

...April 26 as National Pretzel Day in Pennsylvania," said Edward Rendell. "I did so because the pretzel is a great all American snack. Whether it is the famous Philadelphia soft pretzel, the sourdough pretzel, **Pretzel Crisps** or pretzel bread, the pretzel is tasty and low fat, something all Americans can enjoy."

To show your support of National Pretzel Day and , become a fan of **Pretzel Crisps** on Facebook at Facebook.com/**PretzelCrisps**. For more information about **Pretzel Crisps** products and promotions, visit www.**pretzelcrisps**.com.

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren Wilson. From their humble start selling funnel ...

...on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is

Pretzel Crisps(R) Encourages Skinny Dipping; The Thin, Spreadable Pretzel Cracker Asks Americans to Drop the Extra Calories and Snack Healthy in Honor of National Pretzel Day GlobeNewswire April 26, 2

reinventing the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps®**. For more information, please visit **pretzelcrisps**.com. **Pretzel Crisps**. Rethink Your Pretzel!

This information was brought to you by Cision http://www.cisionwire.com
http://www.cisionwire.com/**pretzel-crisps**-press-room/**pretzel-crisps**--encourages-skinny-dipping105930

The following pictures are available for download:

...

[Image]                                                    **Pretzel Crisps** Logo
[Image]                                                    **Pretzel Crisps** Skinny Dipping

...

Jessica Harris    **Pretzel Crisps**    609.613.0715    jharris@**pretzelcrisps**.com

**PUB-COMPANY:**

**PRETZEL CRISPS**

**COMPANY-TERMS:**

**Pretzel Crisps** Business Services

129 of 331 DOCUMENTS

Copyright 2011 The Patriot News Co.
All Rights Reserved
Patriot News (Harrisburg, Pennsylvania)

**April** 6, 2011 Wednesday
FINAL EDITION

**SECTION:** LIFE; Pg. B01

**LENGTH:** 1155 words

**HEADLINE:** Bacon adds sizzle to all kinds of food

**BYLINE:** For The Patriot-News  SYLVIA GROVE

130 of 331 DOCUMENTS

Copyright 2011 St. Louis Post-Dispatch, Inc.
All Rights Reserved
St. Louis Post-Dispatch (Missouri)

**March** 30, 2011 Wednesday
FIRST EDITION

**SECTION:** LET'S EAT; Pg. L6

**LENGTH:** 100 words

**HEADLINE:** Best Bites

**BYLINE:** Joe Bonwich St. Louis Post-Dispatch

**DATELINE:** 0

**BODY:**

Snack Factory **Pretzel Crisps** - We're always on the lookout for snacks that don't make us eat more than the suggested single-serving size to feel full. These variations on pretzels fill us up with the recommended serving ...

**GRAPHIC:**

Photo - Snack Factory **Pretzel Crisps**

131 of 331 DOCUMENTS

Copyright 2011 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**March** 22, 2011 Tuesday 7:00 AM EST

**LENGTH:** 7373 words

**HEADLINE:** Reportlinker Adds Global Snack Foods Industry

**DATELINE:** NEW YORK, March 22, 2011

**BODY:**

...Lay North America Extends Low Salted Chips Range 32

Pop Weaver Unveils Microwave Popcorn Soaked in Canola Oil 33

Snack Factory Rolls Out Modern Classics **Pretzel Crisps** Range 33

Mars Unveils M&M's Pretzel Chocolate Candies 33

Mariani Nut Launches Almond Snacks 33

RhythmTM Superfoods Rolls Out RhythmTM Kale Chips 33

Mission ...

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Really Natural
Really Natural

**March** 1, 2011 Tuesday 2:27 AM EST

**LENGTH:** 432 words

**HEADLINE:** Really Natural February 2011 Monthly Roundup

**BYLINE:** Jennifer Lance

**BODY:**

...Years for Human Health to be Affected by Climate Change
Entertainment
HOT: Living Through the Next Fifty Years on Earth
Food
Really Natural Cookbooks: Raw Food for Real People**Pretzel Crisp** All-Natural Spreadable Pretzel CrackerHoney Reduces Weight Gain Compared to Other SugarsTwo Degrees: Every Bar = Nutrition Pack for Hungry Child in MalawiWhere's the Beef? Taco ...

...Results Eye Mender Plus Reduces Wrinkles and PuffinessReally Natural Cookbooks: Raw Food for Real PeopleGreen Diamond Reusable Shopping Bags Feature AP-360 Anti-Bacterial Protection**Pretzel Crisp** All-Natural Spreadable Pretzel CrackerTwo Degrees: Every Bar = Nutrition Pack for Hungry Child in MalawiWater Matters: Why We Need to Act Now to Save our Most Critical Resource ...

Copyright 2011 National Broadcasting Co. Inc.
All Rights Reserved
NBC News Transcripts

**February** 23, 2011 Wednesday

**LENGTH:** 1203 words

**HEADLINE:** Today's Consumer; Real Simple magazine's Sarah Humphreys compares dollar stores and grocery stores

**BODY:**

...Utz potato chip, right? So check to make sure that the chips are whole in the bag, they haven't been crushed in

transport. But again, you know, one--a dollar vs. $1.59. And then the **pretzel crisps** a dollar vs. 3.

GEIST: And those of us with kids, loading up on drinks and that can get really expensive.

Ms. HUMPHREYS: Super, super expensive. So this bottle of Arizona iced tea was about ...

134 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Really Natural
Really Natural

February 18, 2011 Friday 2:13 AM EST

LENGTH: 213 words

HEADLINE: **Pretzel Crisp** All-Natural Spreadable Pretzel Cracker

BYLINE: Jennifer Lance

BODY:

Feb. 18, 2011 (Blogpire Productions delivered by Newstex) --

**Pretzel Crisps** are a unique, all-natural, although NOT organic, snack. They taste just like a real pretzel, only they are thinner and flatter allowing for spreadable toppings. One of my personal favorites dips for pretzels is hummus, and **Pretzel Crisps** allow for you add additional toppings like a sprig of basil or some avocado.

Using a patented technology to compress the center of the pretzel, **Pretzel Crisps**, has turned one of America's oldest snacks into the world's first spreadable pretzel cracker, with no fat, cholesterol, artificial flavors or preservatives and only 110 calories per serving.

Created by the husband and wife team behind New York Style Bagel Chips and Pita chips, the vision for **Pretzel Crisps** was of a thin and crunchy pretzel that could be great for spreading, dipping and adding toppings.

We tried three varieties of **Pretzel Crisps**:

Snack Factory Original **Pretzel Crisps**Snack Factory **Pretzel Crisps** EverythingSnack Factory **Pretzel Crisps** Sesame
These are good snacks; however, I would prefer organic ingredients.

Disclosure: I was sent free samples of these products to review. No prior assurances were given as to whether the review be positive or negative.

Newstex ID: PIRE-0010- ...

135 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Slashfood
Slashfood

**February** 4, 2011 Friday 5:00 PM EST

**LENGTH:** 519 words

**HEADLINE:** Best Pretzels: Over 100 Bags Tested

**BYLINE:** Slashfood Editor

**BODY:**

...Pretzel Splits

Skip: Trader Joe's Honey Wheat Pretzel Sticks


Best Pretzels


Winner: Snyder's of Hanover Hot Buffalo Wing Pretzels

Skip: UTZ Everything Pretzels


Best Pretzels


Winner: **Pretzel Crisps** in Supreme and Everything Flavors

Skip: **Pretzel Crisps** Three Cheese


Best Pretzels


Winner: Snyder's of Hanover Olde Tyme Pretzels

Skip: Happy Herbert's Penn Dutch Pretzels


Best Pretzels

Winner: Glutino Pretzel Sticks

Skip: Mary's Gone  ...

136 of 331 DOCUMENTS

Copyright 2011 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2011 Blast Magazine
Blast Magazine

**January** 26, 2011 Wednesday 3:04 PM EST

**LENGTH:** 932 words

**HEADLINE:** The art of the swap

**BYLINE:** Molly J. Coombs

**BODY:**

...swap was carefully organized: hordes of smartly dressed volunteers carefully sorted and folded the swappable merchandise by style as the waiting swappers enjoyed snacks in the upstairs lounge from event sponsors Vita Coco and **Pretzel Crisps.**

From this vantage point, eager swappers eyed up the items, waiting for the doors to open at 8 p.m. Veterans regaled each other with tales of plum items scored at previous swaps as  ...

137 of 331 DOCUMENTS

Copyright 2011 Datamonitor
All Rights Reserved
Product Launch Tracker

**January** 11, 2011 Tuesday

**LENGTH:** 102 words

**HEADLINE:** Snack Factory **Pretzel Crisps's** range of Thin Crunchy Pretzel Snacks in Cinnamon Toast, Tuscan Three Cheese, Classic, Supreme varieties available in USA

**BODY:**

**Pretzel Crisps** Thin Crunchy Pretzel Snacks, reported under the Snack Factory brand name, are available in the USA from Snack Factory. Presented in resealable 6 oz. (170g) bags that are designed for rack  ...

138 of 331 DOCUMENTS

Copyright 2010 Little Rock Newspapers, Inc.
Arkansas Democrat-Gazette (Little Rock)

**December** 15, 2010 Wednesday

**SECTION:** FOOD

**LENGTH:** 301 words

**HEADLINE:** SUPERMARKET SLEUTH Hershey treats soothe savage sweet tooth

**BYLINE:** ROSEMARY BOGGS

**BODY:**

...jars that cost about $8, depending on which you buy.

I would never have thought of mixing mint and pretzels, but the Snack Factory did, and they're now marketing limited edition White Chocolate Peppermint **Pretzel Crisps,** which are downright delicious. The pretzels are available at some major supermarkets and Whole Foods, where a 5-ounce bag costs about $4.

Product suggestions? Tips? Email: rboggs@arkansasonline. ...

 139 of 331 DOCUMENTS

Copyright 2010 Little Rock Newspapers, Inc.
Arkansas Democrat-Gazette (Little Rock)

**December** 15, 2010 Wednesday

**SECTION:** FOOD

**LENGTH:** 373 words

**HEADLINE:** SUPERMARKET SLEUTH Hershey treats soothe a savage sweet tooth

**BYLINE:** ROSEMARY BOGGS

**BODY:**

...jars that cost about $8, depending on which you buy. I would never have thought of mixing mint and pretzels, but the Snack Factory did, and they're now marketing limited edition White Chocolate Peppermint **Pretzel Crisps,** which are downright delicious. The pretzels are available at some major supermarkets and Whole Foods, where a 5-ounce bag costs about $4. Ziploc is now marketing a line of seasonal bags and ...

140 of 331 DOCUMENTS

Copyright 2010 The Columbus Dispatch
All Rights Reserved

# The Columbus Dispatch

The Columbus Dispatch (Ohio)

**December** 15, 2010 Wednesday

**SECTION:** FEATURES - FOOD; SHELF HELP; Pg. 3D

**LENGTH:** 63 words

**HEADLINE:** Quick review of new products Snack Factory **Pretzel Crisps:** White Chocolate & Peppermint ($4.49 at Whole Foods)

**BYLINE:** Robin Davis, The Columbus Dispatch

**BODY:**

You might have seen **pretzel crisps** in a variety of flavors, but you probably haven't seen these.

The flat pretzels are dipped in a white-chocolate coating, then sprinkled with crushed peppermint candies. They are a delicious combination of sweet and salty. They ...

**GRAPHIC:**

Photo
Snack Factory **Pretzel Crisps:** White Chocolate & Peppermint

141 of 331 DOCUMENTS

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 Accretive Capital LLC dba Benzinga.com
Benzinga.com

**December** 10, 2010

**LENGTH:** 372 words

**HEADLINE:** Whole Foods Market;
R Now Shipping Gift Boxes FREE to Military Addresses Overseas.

**BODY:**

Whole Foods Market; R Now Shipping Gift Boxes FREE to Military Addresses Overseas. Benzinga.com December 10, 2010

...

. . .

```
   * The Gift of Grub ($60). Summer sausage, pretzel crisps, aged cheddar
cheese straws, peppermint stick chocolate, classic shortbread and    gourmet
pecans.
```

. . .

142 of 331 DOCUMENTS

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

December 10, 2010 Friday 1:20 PM EST

**LENGTH:** 310 words

**HEADLINE:** Whole Foods Market® Now Shipping Gift Boxes FREE to Military Addresses Overseas;
No charge to overseas APO/FPO/DPOs to thank families serving the United States

**DATELINE:** AUSTIN, Texas, Dec. 10, 2010

**BODY:**

...send their loved-ones a taste of home with any of our gift boxes varying in theme from snacking to relaxation."

The five gift box themes include:

The Gift of Grub ($60). Summer sausage, **pretzel crisps,** aged cheddar cheese straws, peppermint stick chocolate, classic shortbread and gourmet pecans.You're Zenzational ($60). Soothing lavender lotion and shower gel, mineral bath salts, a sleep ...

143 of 331 DOCUMENTS

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

December 6, 2010 Monday 10:45 AM EST

**LENGTH:** 665 words

**HEADLINE:** 'Tis the Season for 12 Days of Holiday Gift Boxes From Whole Foods Market®;
Sign up Dec. 6-17 for e-newsletters plus a daily chance to win a new holiday gift box

'Tis the Season for 12 Days of Holiday Gift Boxes From Whole Foods Market®; Sign up Dec. 6-17 for e-newsletters plus a daily chance to win a new holiday gift box PR Newswire December 6, 2010 Mond

**DATELINE:** AUSTIN, Texas, Dec. 6, 2010

**BODY:**

...www.wholefoodsmarket.com/giftbox. Ranging from $40 to $60 each (plus shipping), the selections include:

The Gift of Grub ($60) - This is the gift of epic edibility. From all-natural summer sausage, **pretzel crisps** and aged cheddar cheese straws, to organic peppermint stick chocolate, classic shortbread and gourmet pecans, this choice is perfect for snackers of all ages. You're Zenzational ($60) - With its lotions and potions, this gift ...

144 of 331 DOCUMENTS

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 BNP Media
Candy Industry

**December 1, 2010**

**SECTION:** Pg. 114(7) Vol. 175 No. 12 ISSN: 0745-1032

**LENGTH:** 3692 words

**HEADLINE:** RC manufacturer guide.

**BODY:**

...Lite Foods Corp.

Sin City Suckers

Snack Alliance Inc.

The Snack Factory

P.O. Box 3562

Princeton, NJ O8543

(888) 683-5400

(609) 683-5400

info@**pretzelcrisps**.com

www.**pretzelcrisps**.com

Snackerz Inc.

Snak King

Page 103

RC manufacturer guide. Candy Industry December 1, 2010

Snyder's of Hanover Inc.

Sorbee Intl. LLC

9990 Global Rd.

Philadelphia, PA 19115

(215) 677-5200

(800) 654-3997

Fax: (215) ...

Copyright 2010 Right Vision News
All Rights Reserved
Right Vision News

**October** 23, 2010 Saturday

**LENGTH:** 523 words

**HEADLINE:** Whole Foods Market offers new holiday gift boxes online

**DATELINE:** Karachi

**BODY:**

...break the holiday budget."

The Gift of Grub ($60) :

The problem with ties, collectible porcelain figurines and even fruitcakes, is that you can't eat them! Instead, send this gift of epic edibility. From all-natural summer sausage, **pretzel crisps** and aged cheddar cheese straws, to organic peppermint stick chocolate, classic shortbread and gourmet pecans, this choice is perfect for snackers of all ages.

You're Zenzational ($60) :

Send some soothing ...

Copyright 2010 Penton Business Media, Inc.
All Rights Reserved
Penton Insight
Supermarket News

October 20, 2010

**LENGTH:** 236 words

**HEADLINE:** Whole Foods Sells Gift Boxes Online

**BYLINE:** By SN STAFF

**BODY:**

...theme of each gift box," said Jim Speirs,global vice president of purchasing for Whole Foods, in astatement.Selections include:· The Gift of Grub ($60) - All-natural summersausage, **pretzel crisps,** aged cheddar cheese straws, organicpeppermint stick chocolate, classic shortbread, gourmet pecans andother snacks.· You're Zenzational ($60) - Lavender lotion andshower gel, mineral bath salts, pillow ...

147 of 331 DOCUMENTS

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

October 19, 2010 Tuesday 6:00 AM EST

**LENGTH:** 690 words

**HEADLINE:** Whole Foods Market® Offers New Holiday Gift Boxes Online;
Hand selected 'gifts you can feel good about'

**DATELINE:** AUSTIN, Texas, Oct. 19

**BODY:**

Gift of Grub ($60):

The problem with ties, collectible porcelain figurines and even fruitcakes, is that you can't eat them! Instead, send this gift of epic edibility. From all-natural summer sausage, **pretzel crisps** and aged cheddar cheese straws, to organic peppermint stick chocolate, classic shortbread and gourmet pecans, this choice is perfect for snackers of all ages.

You're Zenzational ($60):

Send some soothing ...

148 of 331 DOCUMENTS

Copyright 2010 NEWS GROUP NEWSPAPERS LTD
All Rights Reserved