# EXHIBIT 1

Part 2



The Sun (England)

**October** 16, 2010 Saturday
Edition 1;
Scotland

**SECTION:** FEATURES; Pg. 43

**LENGTH:** 412 words

**HEADLINE:** Hospital food is very plane

**BYLINE:** alex james

**BODY:**

...cup of tea.

GLAMOUR 4/5

YUMMEROUSNESS 4/5

Flight from Birmingham to Glasgow: Pork liver pate; bran crackers; Laughing Cow cheese; water biscuits; fun-size Crunchie; chive **pretzel crisps;** tomato juice.

GLAMOUR 4/5

YUMMEROUSNESS 3/5

149 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Slashfood
Slashfood

**October** 12, 2010 Tuesday 11:00 AM EST

**LENGTH:** 287 words

**HEADLINE: Pretzel Crisps** Ad Offends Nearly Every Woman

**BYLINE:** Jason Best

**BODY:**

But the makers of **Pretzel Crisps** seemingly asked for it. After a series of what critics call "pro-anorexic" ad slogans for the delicate, lighter-than-air chips, the latest slogan appears to have done little to mollify the outrage.
...

...taglines, saying that it did not "want anyone thinking we advocate anorexia or want to promote bad body image."
What did they replace the ads with? Same image, new tagline: "Tastes as good as skinny feels."
Note to **Pretzel Crisps**: if you don't want to appear to promote eating disorders, don't recycle a quote by Kate Moss, who has never exactly appeared as the poster child for a healthy body image.
Cue the second round of backlash.
And now the third. **Pretzel Crisps** newest tagline is: "We're thin and stacked."
In response, Katy Kelleher at Jezebel.com served up this piece of delicious indignation: "After being dissuaded from running ads that appeal to the little voice ...

**PUB-SUBJECT:**

advertising; **pretzel crisps**

150 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Crushable
Crushable

**October** 11, 2010 Monday 3:31 PM EST

**LENGTH:** 243 words

**HEADLINE: Pretzel Crisps** Are Just Trying To Piss Us Off Now

**BYLINE:** Meghan Keane

**BODY:**

Oct. 11, 2010 (b5media delivered by Newstex) --

After all the outrage inspired this summer by **Pretzel Crisps** advertising campaign telling viewers oeyou can never be too thin (and Snack Factorys subsequent apology), we thought the company had finally learned its lesson. We were wrong.

**Pretzel Crisps** have debuted a new campaign in California that boasts:

oeWere thin and stacked¦So lose the old bag.

Now it just feels like theyre taunting us.

Over the summer, **Pretzel Crisps** caught our attention with ads that seemed aimed at anorexics.Their taglines riffed off of annoying comments like Kate Moss[#x2dc] famous quip: oenothing tastes as good as skinny feels. Apparently **Pretzel Crisps** did. The product claimed it oetastes as good as skinny feels. Lame. After enough people got pissed off, Snack Factory apologized, took down the ads, and shifted their messaging. Now the ads were ...

...tricks again. And now theyre not even trying to appeal to pro-ana groups. Are they going after misogynists?

Im not sure who exactly wants to get rid of their old bag, but **Pretzel Crisps** have done a pretty great job of making an innocuous product the recipient of ire. Surprisingly, no complaints have surfaced on the companys Facebook page yet. If this keeps up, that is sure to change.

Post from: Crushable

**Pretzel Crisps** Are Just Trying To Piss Us Off Now

Newstex ID: BFME-6992-49559547

**PUB-SUBJECT:**

Other Stuff;**pretzel Crisps;**Snack Factory;thin and stacked

### 151 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel
Jezebel

**October** 11, 2010 Monday 2:55 PM EST

**LENGTH:** 55 words

**HEADLINE: Pretzel Crisps** Really, Really Wants To Piss You Off [Badvertising]

**BODY:**

Oct. 11, 2010 (Gawker Media delivered by Newstex) --

If you suspected that **Pretzel Crisps'** series of offensive ads were a cynical publicity stunt, this site they launched confirms it. Perhaps they'll find it less entertaining to see sales go down, but that just might be our humorlessness ...

### 152 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel via Twitter
Jezebel via Twitter

**October** 11, 2010 Monday 12:00 AM EST

**LENGTH:** 261 words

**HEADLINE:** Jezebel via Twitter

**BYLINE:** Jezebel

**BODY:**

...Wives Husband "Sickened" By Idea Of Wife With Another Man '
sup10-11-2010 at 17:06:43 UTCsup

'America Scandalized By The Word "Ass" '
sup10-11-2010 at 18:30:45 UTCsup

'**Pretzel Crisps** Really, Really Wants To Piss You Off '
sup10-11-2010 at 19:00:59 UTCsup

153 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 The Gloss
Splendicity

**October** 11, 2010 Monday 3:28 PM EST

**LENGTH:** 104 words

**HEADLINE:** Would This Ad Make You Buy **Pretzel Crisps?**

**BYLINE:** Jennifer Wright

**BODY:**

...But we are curious about whether or not this ad makes you say oeyay me, Im thin and stacked! or if it makes you nervously think to yourself oeam I an old bag? Considering the fact that **Pretzel Crisps** were originally supposed to be a diet product, were not sure that everyone will fall into the first camp. " Jezebel

Post from:

**PUB-SUBJECT:**

Beauty;advertising;old bag;**pretzel crisps;**Pretzels;stacked;thin

154 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel
Jezebel

**October** 10, 2010 Sunday 12:50 PM EST

Case 3:17-cv-00652-KDB-DSC   Document 41-3   Filed 10/29/18   Page 5 of 111

**LENGTH:** 431 words

**HEADLINE: Pretzel Crisps** Add Boobs To Their Skinny Strategy [Badvertising]

**BODY:**

Oct. 10, 2010 (Gawker Media delivered by Newstex) --

And here we thought the thinspirational **pretzel crisp** ads couldn't get any worse. Boy, were we wrong.

The original ads, which featured the message "you can never be too thin," was so hated by bloggers for the pro-ana message that the company was eventually convinced to ...

..."" nothing tastes as good as skinny feels""has now become something of a catchphrase for pro-anorexia sites. After much outrage, and a few round of discussion with the marketing team, **Pretzel Crisp** finally decided to take both ads down and replace them all with "perfect for skinny dipping." It seemed like this was a perfectly good compromise"until now.

...but we wouldn't buy it. After being dissuaded from running ads that appeal to the little voice inside our heads telling us to dietdietdiet until we forget how fucking good food actually tastes, **Pretzel Crisps** switched their tactic. Now, they not only seek to guilt us into buying their crappy chips through reminding us of the "perfect" body type"they also want to play on the idea that all women are catty bitches who live to outdo each other.

At this point, it almost feels like they're baiting us. **Pretzel Crisp** couldn't possibly think that these ads will be deemed acceptable by the very same community that rejected their pro-ana ads, right? Maybe this is some kind of deplorable publicity stunt. However, it doesn't really matter. The new billboard has got to go and I know that I, for one, wont be purchasing any **Pretzel Crisps** until they do. Oh, and here is the contact info from the **Pretzel Crisp** website. In case you feel like letting customer service know what you think.

Earlier: **Pretzel Crisp** Replaces Pro-Ana Ads With... More Pro-Ana Ads
Pretzels Tastefully Marketed To Eating-Disordered Demographic
**Pretzel Crisps** Backs Off Pro-Ana Ads
Kate Moss: "Kate Moss "Nothing Tastes As Good As Skinny Feels" Backlash
Perez Pulls Pro-Ana Shirts

Newstex ID: GAWK-0016-49537704

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Convenience Store News for the Single Store Owner

**October** 2010

**LENGTH:** 2042 words

**HEADLINE:** Time is Ripe for Perishables

**BODY:**

...carrots/celery and dip; pepperoni and cheese cubes; plus pre-packaged products such as Disney Garden's apple/cheese cube/pretzel combinations; Oscar Mayer meat/cheese/cracker trays; Sabra hummus and **pretzel crisps**; hard boiled eggs and string cheese.

Wawa customers will find year-round favorites and seasonal varieties of fresh fruit, as well as veggies with ranch or peanut butter dip; apples with peanut butter or ...

156 of 331 DOCUMENTS

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Convenience Store News

**October** 2010

**LENGTH:** 346 words

**HEADLINE:** Top 10 Snack Trends Revealed

**BODY:**

Chip and dip 2.0. New varieties and flavors are giving consumers something different, such as hummus and falafel chips or **pretzel crisps.** Small and sensational. Consumers are eating more substantial snacks packed with protein as meal replacements, and eating them more often. The drink shift. This is all about the "halo of health" around drinks made with fruit or antioxidants, and the ...

157 of 331 DOCUMENTS

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

© 2010 Stagnito Media. All rights reserved.
CSNews for the Single Store Owner

**October** 1, 2010

**LENGTH:** 2027 words

**HEADLINE:** Time is Ripe for Perishables

**BODY:**

...carrots/celery and dip; pepperoni and cheese cubes; plus pre-packaged products such as Disney Garden's apple/cheese cube/pretzel combinations; Oscar Mayer meat/cheese/cracker trays; Sabra hummus and **pretzel crisps**; hard boiled eggs and string cheese.

Wawa customers will find year-round favorites and seasonal varieties of fresh fruit, as well as veggies with ranch or peanut butter dip; apples with peanut butter or ...

158 of 331 DOCUMENTS

Copyright 2010 Belleville News-Democrat
All Rights Reserved

# BELLEVILLE NEWS-DEMOCRAT

Found on Belleville ● com

Belleville News-Democrat (Illinois)

**September** 21, 2010 Tuesday

**SECTION:** C; Pg. 4

**LENGTH:** 181 words

**HEADLINE:** Tomato appetizer will get scooped up by guests

**BODY:**

Black Cherry Tomato Appetizer

40 **pretzel crisps** (reserve 24 whole crisps)

12 cherry tomatoes, halved

1 package of jalapeno cilantro dip mix or your favorite dip mix, made according to instructions

1/2 cup Cheddar cheese

1/2 cup Monterey jack cheese

6 slices bacon, cooked and diced

Start with a mini muffin pan with 24 openings. Place broken **pretzel crisps** on bottom of each muffin opening. This will prevent the tomato from sticking to the pan.

Next, put a halved piece of tomato seed-side down onto the crisp. Dob each tomato with prepared dip and ...

...both kinds of cheese. Place small amount of diced bacon on top. Bake appetizers in a 350-degree oven for 5 minutes.

After removing from the oven, place whole **pretzel crisps** next to the pan so guests can scoop out the whole appetizer from each muffin space.

-- Decatur Herald & Review

159 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Crushable
Crushable

**September** 16, 2010 Thursday 1:42 PM EST

**LENGTH:** 428 words

**HEADLINE:** Gallery And Fashion Show Report: First Plus Size Event

**BYLINE:** Liana Maeby

**BODY:**

...16, 2010 (b5media delivered by Newstex) --

I attended Fashion Weeks first-ever plus size runway show on Wednesday, for the label OneStopPlus. I mentioned the body image-related **Pretzel Crisps** incident yesterday, and unfortunately that wasnt the shows only weight-insensitive gaffe.

160 of 331 DOCUMENTS

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

(Copyright (c) 2010, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL.
The Wall Street Journal

**September** 16, 2010 Thursday

**SECTION:** Pg. A30

**LENGTH:** 683 words

**HEADLINE:** Heard & Scene: Off the Beaten Track, a Plus-Size Show

**BYLINE:** By Marshall Heyman

**BODY:**

...set aside her gift bag. (It featured some beauty products, a bag of pistachios, a shot of wheat grass, a no-calorie sparkling kiwi strawberry beverage and a bag of **pretzel crisps,** which in a very plus-size fashion, a reporter finished as he wrote this story.)

Ms. Blonsky turned away a glass of champagne to devote full attention to the show. It was called Belle Epoque to ...



161 of 331 DOCUMENTS

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2010 Dow Jones & Company, Inc. All Rights Reserved.

# THE WALL STREET JOURNAL.
The Wall Street Journal Online

**September** 16, 2010

**SECTION:** HEARD & SCENE; NY Heard & Scene

**LENGTH:** 674 words

**HEADLINE:** Off the Beaten Track, a Plus-Size Show

**BYLINE:** By Marshall Heyman

**BODY:**

...set aside her gift bag. (It featured some beauty products, a bag of pistachios, a shot of wheat grass, a no-calorie sparkling kiwi strawberry beverage and a bag of **pretzel crisps,** which in a very plus-size fashion, a reporter finished as he wrote this story.)

Ms. Blonsky turned away a glass of champagne to devote full attention to the show. It was called Belle Époque to ...

162 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs

Body Image Insensitive Brand Pretzel Crips Advertises At Plus Size Fashion Event Crushable September 15, 2010
Wednesday 4:23 PM EST

Copyright 2010 Crushable
Crushable

**September** 15, 2010 Wednesday 4:23 PM EST

**LENGTH:** 145 words

**HEADLINE:** Body Image Insensitive Brand Pretzel Crips Advertises At Plus Size Fashion Event

**BYLINE:** Liana Maeby

**BODY:**

..." billed as Fashion Weeks first-ever plus size event (coverage to come!). And what did I find inside the gift bag alongside teeth whitener and a tube of shiny lip gloss? A package of **Pretzel Crisps** " the baked snack brand that recently came under fire for offensive ads featuring slogans like oeYou can never be too thin and oeNothing tastes as good as skinny feels. (We spotted the  ...

So whats up, **Pretzel Crisps?** Are you trying to make amends with your support of a plus size event, or is this another example if get-thin-or-perish mentality?

Post from: Crushable

Body Image Insensitive Brand Pretzel Crips Advertises At  ...

**PUB-SUBJECT:**

Other Stuff;advertising;new york fashion week;OneStopPlus;**pretzel Crisps**

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Mashable
Mashable

**September** 15, 2010 Wednesday 5:00 PM EST

**LENGTH:** 834 words

**HEADLINE:** Mashable is Hiring! And 50+ Marketing and Social Media Job Openings

**BYLINE:** Tamar Weinberg

**BODY:**

...Copywriter at Bernard Hodes Group in San Mateo, CA.

Global Social Media Manager at Red Bull Media House in Salzburg, Austria.

Field Marketing Associate at **Pretzel Crisps** in San Francisco, CA.

Social Media Account Executive: Sports at Turner PR in Denver, CO.

Digital Strategist at Stone Ward in Chicago, IL.

Product Manager, ...

Copyright 2010 The Tulsa World
Tulsa World (Oklahoma)

**September** 8, 2010 Wednesday
Final Edition

**SECTION:** Scene; Pg. D3

**LENGTH:** 1181 words

**HEADLINE:** An update for the old snack attack

**BYLINE:** KIM BROWN World Scene Writer

**BODY:**

...things cooking. To read more, visit tulsaworld.com/foodchannel : Chip and Dip 2.0: New varieties and new flavors give us something different. It is likely that you will have hummus and falafel chips or **pretzel crisps** at your next party instead of the traditional chip-and-dip duo. The dips are healthier, spicier and often served hot. Small and sensational: We are eating more substantial snacks packed with protein as meal replacements, and ...

Copyright 2010 Euromonitor PLC
All Rights Reserved



Euromonitor International Sector Capsules

**September** 2010

**LENGTH:** 644 words

**HEADLINE:** Sweet and Savoury Snacks in Bolivia

Copyright 2010 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2010 Business Information Group. All Rights Reserved.
Gifts & Tablewares

**September** 1, 2010

**SECTION:** Pg. 22

**LENGTH:** 1416 words

**HEADLINE:** Gourmet Gifts;
Sauces, dips, chocolates, syrups, vinegars and more for holiday gifting and getting.

**BYLINE:** Lori Smith

**BODY:**

...Natural Coconut Mango Crunch; All Natural Dark Chocolate Sponge Toffee; Blueberry Almond Bark; Organic Cocoa Crunch Bark; Barberry Almond Bark; Enrobed Organic Black Mission Figs; **Pretzel Crisps;** Milk Chocolate Frites; Milk Chocolate Chili Twists; and Wine Lovers Chocolates. Some 98 percent of the company's products are all-natural and preservative-free. Many are gluten-free.

· KIS Global Flavors ...

Copyright 2010 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

**September** 1, 2010 Wednesday

**SECTION:** NEWS

**LENGTH:** 624 words

**HEADLINE:** Picky Eater: Backpack Treats

**BYLINE:** By Jolene Thym For the Bay Area News Group

Picky Eater: Backpack Treats San Jose Mercury News (California) September 1, 2010 Wednesday

**BODY:**

...snacks may be the cheapest way to fill a lunchbox, but for those interested in something a bit healthier   and more interesting   here are details on some of the new, taste-worthy snack options.

**Pretzel Crisps:** These flattened pretzels are getting slammed for their faulty ad campaign claiming "You can never be too thin," but that doesn't change the fact that they are toasty and crispy, with exactly the right balance of salt and flavor. I liked the ...

168 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Mashable
Mashable

**August** 30, 2010 Monday 11:08 AM EST

**LENGTH:** 1678 words

**HEADLINE:** HOW TO: Respond when Social Media Attacks Your Brand

**BYLINE:** Stephanie Marcus

**BODY:**

...alert and monitoring your presence on social media sites, and make sure you are ready with a plan to remedy the situation. Here, responding quickly saved the company a lot of time and effort later.
3. **Pretzel Crisps**

Most recently **Pretzel Crisps** launched an ad campaign in New York City with four slogans, including oeYou can never be too thin. The campaign launched in early August with that slogan gracing bus shelters and ad ...

...peoples attention. As bloggers continued to post, a video made its rounds of one New Yorkers protest calling the ads a oedisgrace and listing facts about eating disorders.

The same day, **Pretzel Crisps** sent out an e-mail to bloggers thanking them for their feedback, as well as tweeting, oeWe didnt intend to advocate unhealthy weight loss with our ads. Thanks to all for the feedback. The ads will be ...

...may try to justify it, you are promoting eating disorders.

Finally, a week later the company agreed to take down all the offending ads.

What To Learn From Pretzelgate 2010

For all intents and purposes, **Pretzel Crisps** did a great job of responding to a social media attack on their product. They directly and individually responded to complaints over Twitter, and made themselves available for interviews.

The company offered their reasoning, and then listened to the ...

...Public Relations and Social Media
- HOW TO: Pick the Right Social Media Engagement Style

Image courtesy of iStockphoto, KLH49

More About: advertising, ann taylor, brand management, branding, business, MARKETING, **Pretzel Crisps**, Snack Factory, social media, social media marketing, Southwest, Southwest Airlines

For more Business coverage:Follow Mashable Business on TwitterBecome a Fan on FacebookSubscribe to the ...

**PUB-SUBJECT:**

business; features; mashable; social media; advertising; ann taylor; brand management; branding; MARKETING; **Pretzel Crisps**; Snack Factory; social media marketing; Southwest; Southwest Airlines; economy; business and finance; arts; culture and entertainment; Events; media; transportation; mass media; Product Announcement; advertising; air transportation; news ...

169 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Mashable
Mashable

**August 29, 2010 Sunday 9:00 AM EST**

**LENGTH:** 790 words

**HEADLINE:** 50+ Web Development, SEO, Social Media and Sales Job Opportunities

**BYLINE:** Tamar Weinberg

**BODY:**

...CA.

User Interface Engineer at PeopleMatter in North Charleston, SC.

Junior Web Designer/Marketer at Practice Fusion in San Francisco, CA.

Field Marketing Associate at **Pretzel Crisps** in San Francisco, CA.

Web Designer/Developer at ADS, Inc. in Virginia Beach, VA.

Communications/PR Intern at Blogtalkradio in New York, NY.

Editorial Intern ...

170 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Mashable
Mashable

August 29, 2010 Sunday 9:00 AM EST

**LENGTH:** 784 words

**HEADLINE:** 50+ Web Development, SEO, Social Media and Sales Job Opportunities

**BYLINE:** Tamar Weinberg

**BODY:**

...CA.

User Interface Engineer at PeopleMatter in North Charleston, SC.

Junior Web Designer/Marketer at Practice Fusion in San Francisco, CA.

Field Marketing Associate at **Pretzel Crisps** in San Francisco, CA.

Web Designer/Developer at ADS, Inc. in Virginia Beach, VA.

Communications/PR Intern at Blogtalkradio in New York, NY.

Editorial Intern ...

171 of 331 DOCUMENTS

Copyright 2010 The Commercial Appeal, Inc.
The Commercial Appeal (Memphis, TN)

August 21, 2010 Saturday
Final Edition

**SECTION:** FEATURES; Pg. M1

**LENGTH:** 115 words

**HEADLINE:** Snack trends: Healthier, smaller and fruit-flavored

**BODY:**

...top snack trends report prepared in conjunction with CultureWaves, Mintel International and the International Food Futurists. Some trends:

Snack trends: Healthier, smaller and fruit-flavored The Commercial Appeal (Memphis, TN) August 21, 2010 Saturday

Chip and dip 2.0. New varieties and new flavors - hummus and falafel chips or **pretzel crisps.** Dips are healthier, spicier and often served hot.

Small and sensational. We are eating more substantial snacks packed with protein as meal replacements - a slider at Steak 'n Shake or a Big Mac ...

172 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 That's Fit
That's Fit

**August** 18, 2010 Wednesday 11:00 AM EST

**LENGTH:** 655 words

**HEADLINE:** Food Ads: Effective or Offensive?

**BYLINE:** Hilary Walke

**BODY:**

...2010 (AOL Weblogs delivered by Newstex) --
img credit

AFP/Getty Images

end img creditRecently, a man took guerilla marketing to a new level. Offended by a **Pretzel Crisps** ad with the motto "you can never be too thin," he defaced it with information about eating disorder risks, including individual examples of sufferers.

...ads. Madison Avenue does its best to entice the consumer into craving a product, and the consumer does his best to prevent enticement. Should we really have to engage our strongest willpower 24/7 to avoid the barrage of food messages that advertisers toss our way?
**Pretzel Crisps** are relatively portion controlled. We asked our readers if they thought this was a harmless marketing scheme or if food companies needs to change their ways. They also told us how they are affected by food ads.
Jaymi L.
I ...

...myself during my anorexic periods, because the skeleton woman in the picture is not the fat woman in my memory (still.) I wouldn't wish it on anyone, and I won't buy these **pretzel crisps** until the marketing campaign is pulled.
Debbie P.
So alarming! I spent most of my young life wanting to see my ribs when the wind blew and I am so blessed now to be
...

Copyright 2010 ProQuest Information and Learning
All Rights Reserved
Copyright 2010 Independent Weekly
The Independent Weekly (Durham, North Carolina)

**August 18, 2010 Wednesday**

**SECTION:** EAT & DRINK; Pg. 29 Vol. 27 No. 33 ISSN: 0737-8254

**LENGTH:** 1447 words

**HEADLINE:** Sauerkraut for a coleslaw crowd

**BYLINE:** Snyder, Jane Hobson

**BODY:**

...at a destination hotel in the German countryside between Stuttgart and Munich.

It is no accident, then, that the Wolfs' "American saloon" features a menu with more than a little German influence. From the warm **pretzel (crisp** and toasty, but small for $6, even with its decadent spread of butter, Brie, bleu and paprika) to the potato pancakes (with smooth house-made applesauce, tangy and tinged with allspice, $7) to the German ...

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel
Jezebel

**August** 13, 2010 Friday 11:14 AM EST

**LENGTH:** 262 words

**HEADLINE: Pretzel Crisps** Finally Takes Down All Pro-Ana Ads [Badvertising]

**BODY:**

Aug. 13, 2010 (Gawker Media delivered by Newstex) --

It took several rounds of blogger outrage, but **Pretzel Crisps** is finally breaking from its intentional denseness about using pro-anorexic slogans as advertising, and will take down all the offending ads. Let's recap.

1) A rightfully annoyed reader sends us a photo of a **Pretzel Crisps** outdoor advertisement reading, "Tastes As Good As Skinny Feels," a creepy repurposing of the Wallis Simpson quotation to sell a "diet" snack.

2) Several others get annoyed; someone does a clever video of themselves defacing the advertisement with information

about the dangers of eating disorders.

3) **Pretzel Crisps** says it's going to take down the ads.

4) But then the company pretends that people only objected to the one that was most often pictured ("You Can Never Be Too Thin,") and not the even-more-blatantly-offensive one that says, "Tastes As Good As Skinny Feels." Corporate speak ensues. This indicates that **Pretzel Crisps** is run by people who make Perez Hilton look like a paragon of sensitivity.

4) And just now, **Pretzel Crisps** finally relents and will replace all of its ads in New York and San Francisco with "Perfect For Skinny Dipping," which is what it should have gone with in the first place. Now, was that so hard?

**Pretzel Crisps** Commits To Changing More Ads In NYC And California By Monday At The Latest [NYCTheBlog]

Earlier: Pretzels Tastefully Marketed To Eating-Disordered Demographic
**Pretzel Crisps** Backs Off Pro-Ana Ads
**Pretzel Crisps** Changes Pro-Ana Ads To Something Not Much Better

 Newstex ID: GAWK-0016-47870499

175 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Crushable
Crushable

**August** 12, 2010 Thursday 11:06 AM EST

**LENGTH:** 207 words

**HEADLINE: Pretzel Crisps** Aren't Done with Their Offensive Campaign Yet

**BYLINE:** Drew Grant

**BODY:**

    ...oehealthy living credo. As one of our office editors put it, oeAll this ad is telling me is that I shouldnt even be eating Pretzel Chips if I want to feel really skinny.

Post from: Crushable

**Pretzel Crisps** Aren't Done with Their Offensive Campaign Yet

 Newstex ID: BFME-6992-47841727

**PUB-SUBJECT:**

    Other Stuff;advertising;anorexia;body image;Diet;kate moss;**pretzel Crisps**

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Gothamist
Gothamist

**August** 12, 2010 Thursday 11:55 AM EST

**LENGTH:** 200 words

**HEADLINE: Pretzel Crisps** Replaces "Thin" With "Skinny" Sentiment

**BYLINE:** Jen Carlson

**BODY:**

Aug. 12, 2010 (Gothamist delivered by Newstex) --

Photo via Jezebel When **Pretzel Crisps** sprinkled the city with an ad campaign that read:

...Kate Moss was once criticized for spouting, with many critics noting it can encourage girls to become anorexic. That phrase is: Tastes As Good As Skinny Feels.

These ads allegedly always existed, but **Pretzel Crisps** say they were "never part of the debate" so they were used to replace the "too thin" ads. The editor of Crushable told NYC the Blog today, "What's both offensive and evenly mildly subversive about these pretzel campaigns is that they are removing that layer of filtering and saying straight up: You need to be thinner."

**Pretzel Crisps'** Perry Abbenate basically told one reporter, "that they were a small company and need to catch people's attention and at least there were no models in bikinis or something to that extent."

Newstex ID: GOTH-0005- ...

Copyright 2010 Datamonitor
All Rights Reserved
Product Launch Tracker

**August** 9, 2010 Monday

**LENGTH:** 112 words

**HEADLINE:** Snack Factory's range of Deli Style **Pretzel Crisps** in Original, Everything, Garlic Parmesan, Sesame varieties available in USA

**BODY:**

We have learned that Snack Factory Deli Style **Pretzel Crisps** have been introduced in new 7.2 oz. bags that are said to contain 20 percent more chips than previous 6 oz. bags. The packaging also has "brighter colors, an updated logo, and sparkling new photography that showcases **Pretzel Crisps'** stackably thin goodness." Available in the USA from Snack Factory, the suggested retail price will remain at $2.99 per bag. Flavors include Original, Everything and new Garlic Parmesan and Sesame. Touted as "incredibly thin, flat baked pretzels," **Pretzel Crisps** have "no trans fats, no saturated fats, no cholesterol and only 110 calories per serving."

Manufacturer:                                                                                                Snack Factory

Copyright 2010 Datamonitor
All Rights Reserved
Product Launch Tracker

**August** 9, 2010 Monday

**LENGTH:** 142 words

**HEADLINE:** Snack Factory's range of **Pretzel Crisps** Indulgent Line in Milk Chocolate Crunch, Caramel Crunch, Peanut Butter Crunch & 1 other varieties available in USA

**BODY:**

New Milk Chocolate Crunch and Caramel Crunch flavors have been added to the Snack Factory Indulgent Line of **Pretzel Crisps**. Along with Peanut Butter Crunch, Chocolate and Dark Chocolate Crunch, these flavors are expected to be introduced for Fall 2010 in smaller 2.5 oz. rack display bags. The packaging will have brighter colors, an updated logo, new photography and will be priced at $1.99 each. Sold in the USA by Snack Factory, the **Pretzel Crisps** are "free of trans fats, saturated fat and cholesterol." The Indulgent line is said to represent a healthier and lower-calorie alternative to traditional fat-laden chips and candies. Literature claims Dark Chocolate **Pretzel Crisps** have 110 calories and 5g trans fat per serving as compared to 210 calories and 16g of fat per serving of the leading premium brand of dark chocolate.

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel
Jezebel

**August** 6, 2010 Friday 5:30 PM EST

**LENGTH:** 387 words

**HEADLINE: Pretzel Crisps** Replaces Pro-Ana Ads With...More Pro-Ana Ads [Badvertising]

**BODY:**

Aug. 6, 2010 (Gawker Media delivered by Newstex) --

If you thought the saga of the thinspiration **Pretzel Crisps** ad ended when the company agreed to take down the offending ads, you were wrong. Because it turns out the company is construing its promise rather... narrowly.

...month, Perez Hilton, no beacon of sensitivity, actually pulled t-shirts he had with that slogan, saying he had done so because "didn't want to encourage anyone to possibly be anorexic."

But apparently that still needs to be explained to **Pretzel Crisps'** marketing people, because when we reached out to **Pretzel Crisps'** Perry Abbenate, who has been fairly responsive to bloggers after widespread complaints, this is what he told us:

We took down the "You can never be too thin" ads because some people took offense to them and we didn't want anyone thinking we ...

...one of the other three.

Willfully dense or in need of even more education? In case it's the latter, sir, please see above.

Earlier: Pretzels Tastefully Marketed To Eating-Disordered Demographic
**Pretzel Crisps** Backs Off Pro-Ana Ads
Kate Moss: "Kate Moss "Nothing Tastes As Good As Skinny Feels" Backlash
Perez Pulls Pro-Ana Shirts

Images via K. Knipfing

Newstex ...

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel via Twitter
Jezebel via Twitter

**August** 6, 2010 Friday 12:00 AM EST

**LENGTH:** 211 words

**HEADLINE:** Jezebel via Twitter

**BYLINE:** Jezebel

**BODY:**

sup08-06-2010 at 19:55:02 UTCsup

"D.C.'s Housewives: Everybody Hates Michaele Salahi "
sup08-06-2010 at 20:12:41 UTCsup

'**Pretzel Crisps** Replaces Pro-Ana Ads With...More Pro-Ana Ads '
sup08-06-2010 at 21:31:11 UTCsup

'A Small Tribute To Bad Yearbook Photos '
sup08-06-2010 at 22:48:37 ...

181 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Crushable
Crushable

**August** 5, 2010 Thursday 3:29 PM EST

**LENGTH:** 335 words

**HEADLINE:** Attention Advertisers: Bloggers Do Have the Power, At Least When It Comes to Pretzels

**BYLINE:** Drew Grant

**BODY:**

Thankfully, the PR guys for **Pretzel Crisps** " which recently put out an equally body-unfriendly ad that showed pictures of their sliver-stacked product with the tag-line oeYou Can Never Be Too Thin " seem to realize that you cant just ...

...an outcry for quote-unquote womens bloggers, but local activists as well, who went so far as to vandalize the ad with statistics about the dangers of anorexia and body-image disorders. Now **Pretzel Crisps** is going around apologizing to the Internet and anyone who was offended by the campaign. Heres the comment we received today:

We appreciate the feedback received from the blog community and are now going in a new direction with our ad campaign. The ...

...way advocate unhealthy weight loss or want to promote a bad body image. The ads are coming down asap! Thanks again, and our apologies for any offense caused. " Perry at **Pretzel Crisp**

We forgive you Perry, but you can really make it up to us by buying some ad space on a couple of those blogs you offended and putting up those healthy eating stats you mentioned, where people ...

**PUB-SUBJECT:**

Other Stuff;advertising;Eat Less;Internet;old spice;**pretzel Crisps;**you can never be too thin; economy; business and finance; media; advertising

182 of 331 DOCUMENTS

Pretzel Crisps 'Thin' Ads Move One New Yorker to Take Action Crushable August 4, 2010 Wednesday 11:02 AM EST

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Crushable
Crushable

**August 4**, 2010 Wednesday 11:02 AM EST

**LENGTH:** 87 words

**HEADLINE: Pretzel Crisps** 'Thin' Ads Move One New Yorker to Take Action

**BYLINE:** Drew Grant

**BODY:**

Aug. 4, 2010 (b5media delivered by Newstex) --

Hey, remember those **Pretzel Crisp** oeYou can never be too thin? ads that had us all riled up for a hot second, before remembering that shock-value is just another way to sell your product? We hadnt actually seen this particular ad in the city, but last night NYCtheBlog caught a body image-conscious citizen marking up the campaign with their own interpretation:

Post from: Crushable

**Pretzel Crisps** 'Thin' Ads Move One New Yorker to Take Action

Newstex ID: BFME-6992-47596695

**PUB-SUBJECT:**

Other Stuff;body image;NYCtheBlog;**pretzel Crisps;**street art

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Gothamist
Gothamist

**August 4**, 2010 Wednesday 1:40 PM EST

**LENGTH:** 197 words

**HEADLINE:** Pretzel Ad Hits NYC Streets, Promotes Eating Disorders

**BYLINE:** Jen Carlson

**BODY:**

...2010 (Gothamist delivered by Newstex) --

Photo by K.Knipfing

A reader sent us the above photo, taken at the northeast corner of 1st and 1st. She wrote, "A timeless message from **Pretzel Crisps** reminding you that you will never reach any goal when it comes to your body." Many others have shared her sentiment against the campaign, and last night NYC The Blog took some video of one of the ads ...

Most controversial pretzel campaign ever? **Pretzel Crisps** (put out by the Snack Factory) has been responding to the public outrage via their Twitter, saying they are "using the word [#x2dc]thin in a creative way to describe our product," and that people "seem to be interpreting it ...

184 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel
Jezebel

**August** 4, 2010 Wednesday 5:08 PM EST

**LENGTH:** 57 words

**HEADLINE: Pretzel Crisps** Backs Off Pro-Ana Ads [Badvertising]

**BODY:**

Aug. 4, 2010 (Gawker Media delivered by Newstex) --

**Pretzel Crisps** tells Stephanie Marcus, "Based on the feedback received from you and other bloggers, we are switching directions with our ad campaign and will be taking the [#x2dc]You can never be too thin' ads down." Smart move (OOTC:SMVE) !

...

185 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Jezebel
Jezebel

**August** 4, 2010 Wednesday 11:16 AM EST

**LENGTH:** 58 words

**HEADLINE:** The Educational Defacing Of Pro-Anorexic Pretzel Ad [Badvertising]

The Educational Defacing Of Pro-Anorexic Pretzel Ad [Badvertising] Jezebel August 4, 2010 Wednesday 11:16 AM EST

**BODY:**

Aug. 4, 2010 (Gawker Media delivered by Newstex) --

videoId: kIBMvfM3cQ4 /videoId: kIBMvfM3cQ4 Here's an act of civic protest we can get behind: emblazoning the "you can never be too thin" message of a **Pretzel Crisps** ad with information about risks of anorexia, and the names and faces of some of its casualties.

Newstex ID: GAWK-0016-47596871

186 of 331 DOCUMENTS

Copyright 2010 Salon.com, Inc.
All Rights Reserved
Salon.com

**August** 4, 2010 Wednesday

**SECTION:** BROADSHEET

**LENGTH:** 153 words

**HEADLINE:** Feminist remix of "thin" pretzels ad

**BYLINE:** Tracy Clark-Flory

**BODY:**

When I came across Snack Factory's latest campaign for its "thin, crunchy" **Pretzel Crisps,** I merely rolled my eyes and carried on with my day (my days being filled with eye-rolling encounters with advertising). A better, fiercer person than I might instead have done as the  ...

All it took was some scotch tape, a list of facts about anorexia and, best of all, this concise rejoinder to **Pretzel Crisp's** dim-witted slogan: "Actually, you can." He also alerted NYC The Blog so that there was someone on-hand to document the whole thing and then broadcast it to the world. And now we have this damn fine example of feminist culture-jamming.  ...

187 of 331 DOCUMENTS

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Convenience Store News

**August** 2010

**LENGTH:** 1716  words

**HEADLINE:** Time Is Ripe For Perishables

**BYLINE:** Barbara Grondin Francella

**BODY:**

...baby carrots/celery/dip and pepperoni/cheese cubes, as well as prepackaged products such as Disney Garden's apple/cheese cube/pretzel combinations; Oscar Mayer meat/cheese/cracker trays; Sabra hummus and **pretzel crisps;** hard boiled eggs; and string cheese. Meanwhile, Wawa customers will find year-round favorites and seasonal varieties of fresh fruit; veggies with ranch or peanut butter dip; apples with peanut butter or ...

188 of 331 DOCUMENTS

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 BNP Media
Snack Food & Wholesale Bakery

**August 1,** 2010

**SECTION:** Pg. 41(3) Vol. 99 No. 8 ISSN: 1096-4835

**LENGTH:** 1496 words

**HEADLINE:** Twisted treats: to compete with the variety of new salty snacks moving into the market, pretzel manufacturers are delivering a fresh twist on an old classic.

**BYLINE:** Roth, Jen

**BODY:**

...

. . .

That's because the Skillman, N.J.-based company extended its **Pretzel Crisps** line of thin, crunchy, deli-style pretzel crackers to welcome new varieties that test the limits of traditional pretzel manufacturing.

. . .

Adding to its Indulgent **Pretzel Crisps** lineup are Milk Chocolate Crunch and Caramel Crunch varieties, with the crisps dunked in respective confectionary dippings.

"Because of the flat shape, **Pretzel Crisps** are perfect for pairingwith dips, spreads, meats, cheeses and perform in a way that traditional pretzels can't," says Perry Abbenante, senior vice president of marketing. "We believe that quick and easy entertaining solutions arebecoming more popular. People have less time to create meals or appetizers for entertaining."

. . .

Case 3:17-cv-00652-KDB-DSC   Document 41-3   Filed 10/29/18   Page 27 of 111

189 of 331 DOCUMENTS

Copyright 2010 Madison Newspapers, Inc.
All Rights Reserved
Wisconsin State Journal (Madison, Wisconsin)

**July** 9, 2010 Friday
ALL EDITION

**SECTION:** TASTE; Side Dishes; Pg. C1

**LENGTH:** 404 words

**HEADLINE:** Day at the farm

**BYLINE:** State Journal staff, wire reports

**BODY:**

...Ridge Reserve cheese.

For more information, visit wholefoodsmarket.com and find the Madison store.

When pretzels fall flat

We've discovered the whole flat issue is not always a bad thing.

**Pretzel Crisps** come in a variety of flavors - from Cinnamon Toast to Tuscan Three Cheese (both from the Modern Classics line) - and our taste testers found them equally nosh-able.

A 5-ounce package sells for $4.50 at **pretzelcrisps**.elsstore.com

190 of 331 DOCUMENTS

Copyright 2010 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2010 BNP Media
Prepared Foods

**July** 1, 2010

**SECTION:** Pg. 10(1) Vol. 179 No. 7 ISSN: 0747-2536

**LENGTH:** 119 words

**HEADLINE:** Tastes like butter;
new product trends

**BYLINE:** Tillman, Ashley

**BODY:**

Nabisco's Ritz brand has been particularly innovative in launchingproduct extensions that build from the iconic Ritz cracker format. Recently, the brand has introduced Nabisco Ritz Munchables Buttery Flavor **Pretzel Crisps**. Each crisp is comprised of a salty, crunchy pretzel on the outside and a bite-sized, buttery and rich cracker on the inside. This creates a unique flavor profile, combining the slightly sweet taste of a traditional Ritz cracker with a salty pretzel. The range also includes cheesy sour cream flavor and onion flavor. Nabisco Ritz Munchables Buttery Flavor **Pretzel Crisps** serve as an example of an innovative twist on a classic snack.

Ashley Tillman, Mintel Global New Products Database (GNPD)

191 of 331 DOCUMENTS

Copyright 2010 Chicago Tribune Company
All Rights Reserved
Chicago Tribune

**June** 16, 2010 Wednesday
Chicagoland Final Edition

**SECTION:** GOOD EATING ; ZONE N; Shelf Life ; Pg. 2

**LENGTH:** 165 words

**HEADLINE:** Shelf Life

**BYLINE:** By Fauzia Arain, TRIBUNE NEWSPAPERS

**BODY:**

When pretzels fall flat

We've discovered the whole flat issue is not always a bad thing. **Pretzel Crisps** come in a variety of flavors -- from Cinnamon Toast to Tuscan Three Cheese (both from the Modern Classics line) -- and our taste testers found them equally noshable. A 5-ounce package sells for ...

**GRAPHIC:**

...containing three 3-ounce bags is $31.50 at puredark.com.
\ Photo (color): When pretzels fall flat
We've discovered the whole flat issue is not always a bad thing. **Pretzel Crisps** come in a variety of flavors -- from Cinnamon Toast to Tuscan Three Cheese (both from the Modern Classics line) -- and our taste testers found them equally noshable. A 5-ounce package sells for ...

192 of 331 DOCUMENTS

Copyright 2010 McClatchy-Tribune Business News

McClatchy-Tribune Photo Service June 2, 2010 Wednesday

All Rights Reserved
McClatchy-Tribune Photo Service

**June** 2, 2010 Wednesday

**LENGTH:** 39 words

**BYLINE:** Bill Hogan, Chicago Tribune, MCT

**BODY:**

**Pretzel Crisps** come in a variety of flavors, from Cinnamon Toast to Tuscan Three Cheese. (Bill Hogan/Chicago Tribune/MCT)

193 of 331 DOCUMENTS

Copyright 2010 The Deseret News Publishing Co.
Deseret Morning News (Salt Lake City)

**May** 26, 2010 Wednesday

**LENGTH:** 1028 words

**HEADLINE:** Wonka chocolate bars truly scrumdiddlyumptious

**BYLINE:** Bonnie Tandy Leblang and Carolyn Wyman Universal Press Syndicate

**BODY:**

...it is (although it does have a sophisticated undercurrent of nuts). In short, these are excellent upscale chocolate bars with a kiddie name that will, sadly, probably never find their adult market. Ritz Munchables **Pretzels Crisps.** Buttery Flavor, and Cheesy Sour Cream and Onion. $3.79 per 12.25-ounce box. Bonnie: Pretzel on the outside and a Ritz cracker inside: That's Ritz Munchables. I'd snack on ...

...silver-dollar-sized Munchables are also too small to top with a cheese slice or dunk into the dip they need. Give me a plain old 100-percent Ritz cracker or 100-percent pretzel Snack Factory **Pretzel Crisp** any day. Cream of Wheat Instant Hot Cereal. Healthy Grain Original, Healthy Grain Maple Brown Sugar, and SpongeBob SquarePants Variety Pack. $3.99 per 12.7-ounce box ...

194 of 331 DOCUMENTS

Copyright 2010 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2010 Mouthful
Mouthful

**May** 26, 2010 Wednesday 7:00 AM EST

**LENGTH:** 764 words

**HEADLINE:** More kitchen panel reviews

**BYLINE:** amweigl

**BODY:**

...Bear-Naked Grain-ola Tropical Fruit Bar: YES, subject to price.

2. Stretch Island Fruit Co. strips and rolls (also taken on the hike): YES, subject to price.

3. Ritz **Pretzel Crisps**: MAYBE -- not as good as regular RITZ crackers, but OK with any kind of unhealthy dip.

4. McCormick herb & spice packs: NO. We'll use the great chicken recipe again, but the ...

...smoothies, "no seeds" (from the kids).

Cons: Contains added sugar, not strong enough fruit flavor, honey vanilla tasted 'spoiled' and 'sour' (again, from the kids).

3. Ritz Munchables

The Ritz Munchables **Pretzel Crisps** literature accompanying today's sample says that there's a Ritz cracker hiding inside each pretzel in the box. Well, I'm not getting that. My daughter and I, big pretzel eaters, thought these ...

195 of 331 DOCUMENTS

Copyright 2010 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2010 Journal Register Co.
New Haven Register

**May** 26, 2010 Wednesday

**SECTION:** D; Pg. 2

**LENGTH:** 1002 words

**HEADLINE:** Wonka Exceptionals Chocolate Bars. Scrumdiddlyumptious, [Derived Headline]

**BYLINE:** Rick Sandella

**BODY:**

...it is (although it does have a sophisticated undercurrent of nuts).

In short, these are excellent upscale chocolate bars with a kiddie name that will, sadly, probably never find their adult market.

Wonka Exceptionals Chocolate Bars. Scrumdiddlyumptious, [Derived Headline] New Haven Register May 26, 2010 Wednesday

Ritz Munchables **Pretzels Crisps.** Buttery Flavor, and Cheesy Sour Cream and Onion. $3.79 per 12.25-ounce box.

Bonnie: Pretzel on the outside and a Ritz cracker inside: That's Ritz Munchables. I'd snack on ...

...silver- dollar-sized Munchables are also too small to top with a cheese slice or dunk into the dip they need.

Give me a plain old 100-percent Ritz cracker or 100-percent pretzel Snack Factory **Pretzel Crisp** any day.

Cream of Wheat Instant Hot Cereal. Healthy Grain Original, Healthy Grain Maple Brown Sugar, and SpongeBob SquarePants Variety Pack. $3.99 per 12.7-ounce box ...

196 of 331 DOCUMENTS

Copyright 2010 York Newspapers, Inc.
All Rights Reserved
The York Dispatch (Pennsylvania)

May 26, 2010 Wednesday

**SECTION:** FOOD

**LENGTH:** 1007 words

**HEADLINE:** SUPERMARKET SAMPLER: Marketing misses the mark

**BODY:**

...silver-dollar-sized Munchables are also too small to top with a cheese slice or dunk into the dip they need.

Give me a plain old 100-percent Ritz cracker or 100-percent pretzel Snack Factory **Pretzel Crisp** any day.

---

Cream of Wheat Instant Hot Cereal. Healthy Grain Original, Healthy Grain Maple Brown Sugar, and SpongeBob SquarePants Variety Pack. $3.99 per 12.7-ounce box ...

197 of 331 DOCUMENTS

Copyright 2010 Tower Media, Inc.
All Rights Reserved
The Daily News of Los Angeles

May 19, 2010 Wednesday
VALLEY EDITION

**SECTION:** L.A. LIFE; Pg. L3

**LENGTH:** 282 words

**HEADLINE:** Cookbook

**BODY:**

Natalie Haughton

New munchies

Kraft has introduced Ritz Munchables **Pretzel Crisps**, a combination of a pretzel with a Ritz cracker. Available in either Cheesy Sour Cream & Onion or Buttery Flavor, the crisps are 20 percent smaller than classic Ritz crackers with a pretzel- ...

Copyright 2010 Datamonitor
All Rights Reserved



Datamonitor NewsWire

April 28, 2010 Wednesday 1:45 PM GMT

**SECTION:** FOOD

**LENGTH:** 62 words

**HEADLINE:** Snack Factory to launch new **pretzel crisps** at Whole Foods Market stores

**HIGHLIGHT:**

Snack Factory has reported that it will launch its new modern classics line of **pretzel crisps** at Whole Foods Market stores nationwide in May 2010.

**BODY:**

The new line will join the current Deli Style and chocolate-covered special edition products in the **pretzel crisps** lineup. Perry Abbenante, vice president of marketing at Snack Factory, said: "The growth in natural foods arena has been tremendous and it's a space where we've really not been represented. The new line targets that ...

Copyright 2010 PR Newswire Association LLC
All Rights Reserved
PR Newswire

April 27, 2010 Tuesday 6:00 AM EST

Snack Factory Announces Whole Foods Market Launch; "Modern Classics line of Pretzel Crisps will hit stores in May." PR Newswire April 27, 2010 Tuesday 6:00 AM EST

**LENGTH:** 377 words

**HEADLINE:** Snack Factory Announces Whole Foods Market Launch;
"Modern Classics line of **Pretzel Crisps** will hit stores in May."

**DATELINE:** PRINCETON, N.J., April 27

**BODY:**

PRINCETON, N.J., April 27 /PRNewswire/ -- Snack Factory announced today that it will launch its new Modern Classics line of **Pretzel Crisps** at Whole Foods Market stores nationwide in May.

...Wilson, the founders of Snack Factory and former owners of New York Style Bagel Chip Company.

The new line will join the current Deli Style and chocolate-covered Special Edition products in the **Pretzel Crisps** lineup.

Modern Classics were designed with the natural foods consumer and Whole Foods Market in mind. "The growth in natural foods arena has been tremendous and it's a space where we've really not been represented. The new line targets that space with a new look and unique flavors," said Perry Abbenante, Vice President of Marketing for Snack Factory.

**Pretzel Crisps** Modern Classics are a good fit for Whole Foods Market, according to Senior Global Grocery Coordinator Errol Schweizer. "Our east coast regions have had great success with **Pretzel Crisps** over the past few years. The product is a great snack option and we feel it's going to be a hit nationwide."

With only 110 calories per serving and four delicious flavors including Tuscan ...

...owners of the New York Style Bagel Chip Company and the Funnel Cake Factory. Located in Princeton New Jersey, Snack Factory continues to develop and bring to market high quality and unique products. **Pretzel Crisps** can currently be found in your supermarket's deli and at fine stores near you. For more information on Snack Factory's **Pretzel Crisps** please visit www.**pretzelcrisps**.com.

SOURCE Snack Factory

200 of 331 DOCUMENTS

Copyright 2010 Datamonitor
All Rights Reserved
Product Launch Tracker

**April** 23, 2010 Friday

**LENGTH:** 104 words

**HEADLINE:** Snack Factory **Pretzel Crisps's** range of Thin Crunchy Pretzel Snacks in Classic, Tuscan Three Cheese, Cinnamon Toast, Supreme varieties available in USA

**BODY:**

Thin Crunchy Pretzel Snacks called **Pretzel Crisps** have been introduced in the USA under the Snack Factory

Snack Factory Pretzel Crisps's range of Thin Crunchy Pretzel Snacks in Classic, Tuscan Three Cheese, Cinnamon Toast, Supreme varieties available in USA Product Launch Tracker April 23, 2010 Frida

brand name. The "all natural" varieties - Classic, Tuscan Three Cheese (sprinkled with all natural romano, asiago and parmesan cheese flavors), Cinnamon Toast ( ...

201 of 331 DOCUMENTS

Copyright 2010 The Charlotte Observer
All Rights Reserved

# The Charlotte Observer

**Found on Charlotte ● com**
Charlotte Observer (North Carolina)

**April** 20, 2010 Tuesday

**LENGTH:** 873 words

**HEADLINE:** Best of The Grocery Inserts

**BYLINE:** TheDealDivas

**BODY:**

...transaction)

Kraft Macaroni and Cheese Homestyle Deluxe Dinners 2/$5

Oreo Fudge Mint Cremes Cookies or Nabisco 100 Calorie Petites 2/$5

Nabisco Ritz Munchables **Pretzel Crisps** $2.99

Oscar Mayer Selects Angus Beef Franks 2/$8 Buy any 3 Kashi Items, Get $3 off : (limit one per transaction, excludes ...

202 of 331 DOCUMENTS

Copyright 2010 Detroit Free Press
All Rights Reserved
Detroit Free Press (Michigan)

**April** 1, 2010 Thursday

**SECTION:** LIFE; Pg. D2

**LENGTH:** 80 words

Taste test: Ritz Munchables Pretzel Crisps; The scoop: New from Nabisco, these crisps are smaller than traditional Ritz crackers and have a pretzel outside and a Ritz cracker inside. Varieties are But

**HEADLINE:** Taste test: Ritz Munchables **Pretzel Crisps**;
The scoop: New from Nabisco, these crisps are smaller than traditional Ritz crackers and have a pretzel outside and a Ritz cracker inside. Varieties are Buttery flavor and Cheesy Sour Cream and Onion.

203 of 331 DOCUMENTS

Copyright 2010 The Florida Times-Union
Florida Times-Union (Jacksonville)

**March** 25, 2010 Thursday

**SECTION:** CONSUMER PANEL; Pg. E-7

**LENGTH:** 595 words

**HEADLINE:** Pasta and veggie dish is tasty, but ...;
Panelists say they doubt there are two servings of vegetables in pouch.

**BYLINE:** ANN J. KELLEY

**BODY:**

...FOR ON YOUR GROCERY SHELF

- Chocolate Cheerios Cereal: made with real cocoa.

- Tropicana Trop 50 Pineapple Mango Juice: 50% less sugar and calories than other juices.

- Ritz Munchables **Pretzel Crisps:** Buttery or Cheesy Sour Cream & Onion.

204 of 331 DOCUMENTS

Copyright 2010 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**March** 18, 2010 Thursday
METRO EDITION

**SECTION:** TASTE; Pg. 3T

**LENGTH:** 342 words

**HEADLINE:** tidbits

**BYLINE:** AL SICHERMAN, STAR TRIBUNE (Mpls.-St. Paul)

**BODY:**

...other side pretzely. In fact, he thought the item, eaten as a whole, was a slightly pretzelish Town House cracker.

Now, after an unusual two-year gap, we have Ritz Munchables **"pretzel crisps"** -- "pretzel outside, cracker inside." Mr. Tidbit still hasn't come up with that cracker-flensing tool, so once more he is forced to describe the item eaten as a whole: It is a pretzelish ...

205 of 331 DOCUMENTS

Copyright 2010 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**March** 16, 2010

**SECTION:** FEATURES; CENTER STORE

**LENGTH:** 559  words

**HEADLINE:** SPORTS MARKETING: Kraft Scores 'Slam Dunk' Partnership With NCAA, CBS Sports

**BODY:**

...CBS Sports' NCAA corporate marketing program."

The inaugural sampling program during NCAA March Madness will feature Wheat Thins snacks and two of Kraft's latest snack items, Ritz Munchables **pretzel crisps** and Planters Flavor Grove almonds and cashews. Additionally, consumers can follow Mr. Peanut's Road to the 2010 NCAA Final Four in Indianapolis by becoming fans of Mr. Peanut on Facebook. ...

 206 of 331 DOCUMENTS

Copyright 2010 Business Wire, Inc.
Business Wire

**March** 11, 2010 Thursday 3:00 PM GMT

**LENGTH:** 884 words

**HEADLINE:** Kraft Foods Scores Multi-Season Partnership with the NCAA® and CBS Sports; Major Snack Brands Named Official "Cracker," "Nut" and "Cookie" of all 88 NCAA Championships

**DATELINE:** EAST HANOVER, N.J.

**BODY:**

Kraft Foods Scores Multi-Season Partnership with the NCAA® and CBS Sports; Major Snack Brands Named Official "Cracker," "Nut" and "Cookie" of all 88 NCAA Championships Bu

...Sports' NCAA corporate marketing program."

The initial sampling effort during NCAA March Madness®will feature Wheat Thins snacks and two of the company's newest snack products: Ritz Munchables **pretzel crisps** and Planters Flavor Grove almonds and cashews. In addition, people can follow Mr. Peanut's Road to the 2010 NCAA Final Four in Indianapolis by becoming fans of Mr. Peanut on ...

207 of 331 DOCUMENTS

Copyright 2010 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**March** 10, 2010 Wednesday

**LENGTH:** 35 words

**HEADLINE:** MUNCHABLES **PRETZEL CRISPS**

208 of 331 DOCUMENTS

Copyright 2010 Datamonitor
All Rights Reserved
Product Launch Tracker

**March** 8, 2010 Monday

**LENGTH:** 64 words

**HEADLINE:** Nabisco Ritz Munchables's range of **Pretzel Crisps** in Buttery Flavor, Cheesy Sour Cream & Onion varieties available in USA

**BODY:**

New Nabisco Ritz Munchables **Pretzel Crisps** are "pretzel ouside plus cracker inside." The "naturally flavored" Buttery Flavor **Pretzel Crisps** are sold in the USA in a 12.25 oz. (347g) box by Kraft Foods Global, Inc. This product is also offered in a Cheesy Sour Cream & Onion flavor. The retail price is ...

209 of 331 DOCUMENTS

Copyright 2010 Datamonitor
All Rights Reserved
Product Launch Tracker

**February** 19, 2010 Friday

Snack Factory Pretzel Crisps Brand's range of Deli Style Thin Crunchy Pretzel Crackers in Rosemary & Olive Oil variety available in Canada, USA Product Launch Tracker February 19, 2010 Friday

**LENGTH:** 49 words

**HEADLINE:** Snack Factory **Pretzel Crisps** Brand's range of Deli Style Thin Crunchy Pretzel Crackers in Rosemary & Olive Oil variety available in Canada, USA

**BODY:**

    Snack Factory **Pretzel Crisps** Brand Deli Style Thin Crunchy Pretzel Crackers are available to USA and Canadian consumers. They have been introduced in a new Rosemary & Garlic flavor by Snack Factory, Inc. that is presented in a

...

210 of 331 DOCUMENTS

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Candy Industry

**December** 1, 2009

**SECTION:** Pg. 105(6) Vol. 174 No. 12 ISSN: 0745-1032

**LENGTH:** 3453 words

**HEADLINE:** RC manufacturer guide;
Directory

**BODY:**

    ...Hershey Co.

    The Incredible Chocolate Co

    The Inventure Groupo

    The Poppa Fudge Co.

    The Snack Factory

    P.O. Box 3562

    Princeton, NJ O8543

    (888)683-5400(609)683-5400

    www.**pretzelcrisps**.com

    Tillamook Country Smoker

    TNT Marketing

2100 Six Flags E. Rd.

Arlington, TX 76011

(817)226-8200

Fax: (817)460-4527

info@tntmarketing.com

...

211 of 331 DOCUMENTS

Copyright 2009 Datamonitor
All Rights Reserved
Product Launch Tracker

**November** 30, 2009 Monday

**LENGTH:** 138 words

**HEADLINE:** Cindy's Kitchen's range of All Natural Singles-to-go Snacks in All Natural Singlestogo Snacks Fresh Buttermilk Ranch Dip with Carrots, All Natural Singlestogo Snacks Fire Roasted Red Pepper & Goat Cheese Dip with Crackers, All Natural Singlestogo Snacks Dijon Wasabi Dip with **Pretzel Crisps** & 3 other varieties available in USA

**BODY:**

...Dip with Carrots (dip 1.5 oz./carrots 2 oz.), Fire Roasted Red Pepper & Goat Cheese Dip with Crackers (dip 1.5 oz./crackers 1 oz.) and Dijon Wasabi Dip with **Pretzel Crisps** (dip 1.5 oz./**pretzel crisps** 0.8 oz.). Also available are "dairy-free & soy base" Caramelized Onion Dip with Crackers (dip 1.5 oz./crackers 1 oz.) and Hot Pot Dipping Sauce with TofuStix (dip 1.5 oz./ ...

212 of 331 DOCUMENTS

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Snack Food & Wholesale Bakery

**November** 1, 2009

**SECTION:** Pg. 49(1) Vol. 98 No. 11 ISSN: 1096-4835

**LENGTH:** 119 words

**HEADLINE:** VMG Partners acquires snack factory;
Snack Food Today

**BODY:**

VMG Partners, a San Francisco-based investment firm, has purchasedthe Snack Factory, which sells snacks under the **Pretzel Crisps** brand.

[ILLUSTRATION OMITTED]

VMG Partners, which invests in small companies ranging from $10 to$100 million in annual sales, also owns Roberts American Gourmet, the Sea Cliff, N.Y.-based company that markets and sells snacks under the Pirate's Booty brand, according to its Web site.

The **Pretzel Crisps** brand was launched in 2004 by Warren and Sara Wilson and is based in Skillman, N.J. The line is sold to club store, retail grocery and mass merchandiser channels.

Houlihan Lokey, an international ...

213 of 331 DOCUMENTS

Copyright 2009 PR Newswire Association LLC
All Rights Reserved
PR Newswire

**October** 26, 2009 Monday 7:00 AM EST

**LENGTH:** 662 words

**HEADLINE:** Warheads Sour Chewy Cubes Sweeten Seaworld's Halloween 'Spooktacular' Event

**DATELINE:** COLORADO SPRINGS, Colo., Oct. 26

**BODY:**

...extreme sour candy, will provide 700,000 free samples of Sour Chewy Cubes to more than 200,000 children and family members for the month-long event. Other suppliers of Spooktacular treats include **Pretzel Crisps,** Baskin Robbins candy, Chiquita minis, the National Peanut Board, Crayola and more. "This promotion marries one of the top national sour confections brands for kids in a marketing effort with one of their ...

214 of 331 DOCUMENTS

Copyright 2009 Journal and Courier (Lafayette, IN)
All Rights Reserved
Journal and Courier (Lafayette, Indiana)

**September** 6, 2009 Sunday

**SECTION:** LOCAL; Pg. 15C

**LENGTH:** 2661 words

**HEADLINE:** Tippecanoe County restaurant inspections

**BODY:**

...corrected.

Family Express

3350 U.S. 52 South

Date of inspection: Aug. 21

Critical violations (3):

There are containers of motor oil stored beside potato fries, and Heet antifreeze stored beside **pretzel crisps** in the back dry storage area. To be corrected today.

Measured chocolate milk at 46.3 degrees in the reach-in section of the walk-in/reach-in refrigeration case. To be corrected today.

...

215 of 331 DOCUMENTS

Copyright 2009 ProQuest Information and Learning
All Rights Reserved
Copyright 2009 Philadelphia Weekly
Philadelphia Weekly

**September 2, 2009 - September 8, 2009**

**SECTION:** FOOD & DRINK; Pg. 33

**LENGTH:** 989 words

**HEADLINE:** He Sells Sea Shells

**BYLINE:** Erace, Adam.

By Adam Erace aerace@philadelphiaweekly.com

**BODY:**

...a dozen Mystic oysters chased away the Delaware Bay blues. I hate to hate on my half-shelled homeboys, but the Mystics were magic, as sweet and salty as a chocolate-covered **pretzel, as crisp** and clear as a fork chiming a Champagne glass.

With oysters as good as these, any ostentation further than classic mignon- ette would be like covering a grass-fed filet mignon in Heinz 57. Or ...

216 of 331 DOCUMENTS

Package sizes growing larger at grocery stores Athens Banner-Herald August 9, 2009 Sunday

Copyright 2009 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2009. Morris Communications Co. LLC. All Rights Reserved. Distributed by NewsBank Inc.
Athens Banner-Herald

**August 9, 2009 Sunday**

**SECTION:** BUSINESS

**LENGTH:** 720 words

**HEADLINE:** Package sizes growing larger at grocery stores

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

Offering more for the same price is one ...

217 of 331 DOCUMENTS

Copyright 2009 The Tennessean
All Rights Reserved
The Tennessean (Nashville, Tennessee)

**July 26, 2009 Sunday**

**SECTION:** BUSINESS

**LENGTH:** 618 words

**HEADLINE:** Grocery bills' meteoric rise is slowing

**BYLINE:** BUSINESS01

**BODY:**

...by weight) for the same price, said Frito-Lay North America spokeswoman Aurora Gonzalez.

Last year, Frito-Lay had reduced serving sizes without coming down on price.

Grocery bills' meteoric rise is slowing The Tennessean (Nashville, Tennessee) July 26, 2009 Sunday

**Pretzel Crisps,** owned by New Jersey-based The Snack Factory Inc., did something similar in a promotion set to end next month, by adding 1.5 ounces more pretzels per bag ...

 218 of 331 DOCUMENTS

Copyright 2009 Associated Press
All Rights Reserved
The Associated Press

**July** 21, 2009 Tuesday

**SECTION:** BUSINESS NEWS

**LENGTH:** 825 words

**HEADLINE:** Meltdown 101: Package sizes at the grocery store

**BYLINE:** By EMILY FREDRIX, AP Food Industry Writer

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

The company raised prices but did not shrink ...

219 of 331 DOCUMENTS

Copyright 2009 Associated Press
All Rights Reserved
Associated Press Financial Wire

**July** 21, 2009 Tuesday 9:10 PM GMT

**SECTION:** BUSINESS NEWS

**LENGTH:** 825 words

**HEADLINE:** Meltdown 101: Package sizes at the grocery store

**BYLINE:** By EMILY FREDRIX, AP Food Industry Writer

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

The company raised prices but did not shrink ...

 220 of 331 DOCUMENTS

Copyright 2009 Associated Press
All Rights Reserved
Associated Press Online

**July** 21, 2009 Tuesday 9:11 PM GMT

**SECTION:** DOMESTIC NEWS

**LENGTH:** 825 words

**HEADLINE:** Meltdown 101: Package sizes at the grocery store

**BYLINE:** By EMILY FREDRIX, AP Food Industry Writer

**BODY:**

...spokesman Chris Kuechenmeister said. He said Frito-Lay was unsure if these changes, originally taken about six months ago, would be permanent.

Elsewhere in the chip aisle, The Snack Factory increased the size of some of its **pretzel crisps** line by 25 percent, to 7.5 ounces from 6 ounces, earlier this summer. The promotion should last through the summer, said marketing director Milt Weinstock.

The company raised prices but did not shrink ...

221 of 331 DOCUMENTS

Copyright 2009 Home News Tribune (East Brunswick, NJ)
All Rights Reserved
Home News Tribune (East Brunswick, New Jersey)

**July** 15, 2009 Wednesday

**SECTION:** LIFE

**LENGTH:** 1343 words

Central Jersey specialty foods jockey for attention at worldwide Fancy Food Show Home News Tribune (East Brunswick, New Jersey) July 15, 2009 Wednesday

**HEADLINE:** Central Jersey specialty foods jockey for attention at worldwide Fancy Food Show

**BYLINE:** LOIS HEYMAN

**BODY:**

...well as a stir fry sauce, a barbecue marinade and a curry marinade produced with dates, honey and spices.

Oxygen products are available in Central Jersey stores and on Amazon.com.

**Pretzel crisps**

The Snack Factory, pioneer of the flat pretzel cracker, **Pretzel Crisps** (manufactured in the Skillman section of Montgomery Township), will launch a new seasonal flavor, Peppermint White Chocolate **Pretzel Crisps**, in October to coincide with the winter holidays, said founder and president Warren Wilson.

The new flavor joins the company's most recent innovation, chocolate and peanut butter-covered **Pretzel Crisps**, Wilson said, made with a unique peanut butter dip that doesn't melt in your hands.

Tandoor Chef

One of the more impressive booths at the show was made of hand-carved teak ...

222 of 331 DOCUMENTS

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Candy Industry

**July** 1, 2009

**SECTION:** Pg. RC20(2) Vol. 175 No. 7 ISSN: 0745-1032

**LENGTH:** 1101 words

**HEADLINE:** Sweets, snacks & sales tools: topical educational seminars, innovative merchandising and display solutions, and creative new exhibitors were among the highlights of the 2009 ALL CANDY EXPO; POST-ALL CANDY EXPO: REVIEW

**BODY:**

...even more visual look at point-of-purchase, including permanent floor displays, counter displays and shippers featuring brands ranging from M&M'S Chocolate Candies to Toblerone to Jelly Belly to Dove to **Pretzel Crisps** toToxic Waste. One display that stood out was for Hammond's Candies, which showcased oversized candy canes inside rows of metal buckets. Another display combined Nabisco Honey Maid Honey Grahams, ...

223 of 331 DOCUMENTS

Copyright 2009 Consumers Union of U.S., Inc.
All Rights Reserved

Expert · Independent · Nonprofit

# ConsumerReports.org

Consumer Reports

**July** 2009

**SECTION:** Pg. 10 Vol. 74 No. 7

**LENGTH:** 509 words

**HEADLINE:** UP FRONT: Tips, trends, everyday products. TASTIEST SNACK CRISPS.

**BODY:**

**Pretzel crisps.** New York Style's are large crunchy triangles, very toasted, with a big pretzel flavor. Pepperidge Farm's are large, crunchy, flattened pretzels that are a little buttery and sweet.

Rice crisps. Lundberg's and Rice  ...

Copyright 2009 Lancaster Newspapers, Inc.
Lancaster New Era (Pennsylvania)

**June** 17, 2009 Wednesday

**SECTION:** A; Pg. 6

**LENGTH:** 618 words

**HEADLINE:** Down By The River;
Susquehanna Runs Through Food Lover's Paradise At First-Ever Fundraising Festival

**BYLINE:** Mary Beth Schweigert

**DATELINE:** Lancaster, PA

**BODY:**

...Bube's staff will come armed with a German Wit beer and English nut-brown ale, along with blue cheese and bacon meatballs, tapenade and French bread toasts, and beer cheese spread and **pretzel crisps.**

"I really thought long and hard about (what to bring)," Allen says. "I wanted something summery."

The river runs tantalizingly close - less than a mile - to Prudhomme's Lost Cajun Kitchen, Columbia.

The restaurant's ...

225 of 331 DOCUMENTS

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 Nielsen Business Media, Inc.
The Bookseller

May 15, 2009

**SECTION:** Pg. 46(1) No. 5382 ISSN: 0006-7539

**LENGTH:** 752 words

**HEADLINE:** Go ahead punk, make my day;
book launches, parties, and the book publishing industry

**BYLINE:** Bent, Horace

**BODY:**

...downturn has played havoc on the diet. The number of parties has been cut back, and when they do occur the hors d'oeurves are more hors don'ts. Why, one book trade magazine's recent bookvideo awards offered guests crisps and **pretzels. Crisps** and pretzels! I haven't seen it this bad since the Panic of 1873 or the recessionat the tail end of the Boer Wars. So all credit to those hip young things at Punk Publishing for, at ...

226 of 331 DOCUMENTS

Copyright 2009 St. Louis Post-Dispatch, Inc.
All Rights Reserved
St. Louis Post-Dispatch (Missouri)

April 9, 2009 Thursday
THIRD EDITION

**SECTION:** HEALTH; Pg. B1

**LENGTH:** 651 words

**HEADLINE:** Sample-size me Grazing the tasting kiosks at local groceries can get you a full stomach - just beware of the fat and sodium.

**BYLINE:** BY MELANIE AVE Special to the Post-Dispatch

Sample-size me Grazing the tasting kiosks at local groceries can get you a full stomach - just beware of the fat and sodium. St. Louis Post-Dispatch (Missouri) April 9, 2009 Thursday

**DATELINE:** 0

**BODY:**

...90 calories; 4 grams fat; 255 mg sodium Dierbergs

KALDI'S JAVA CHIP FRAPPE (About 1 ounce) 88 calories; 4 grams fat; 23 mg sodium Schnucks

**PRETZEL CRISPS** WITH A SMEAR OF LAUGHING COWLIGHT SWISS CHEESE 29 calories; 0.5 grams fat; 95 mg sodium Sam's Club

---

Be smart with food samples Dietitian says to avoid the sugar and look for ...

**GRAPHIC:**

...PHOTO - GOURMET CANDY COOKIES  PHOTO - STOUFFER'S FROZEN QUESADILLA FLATBREAD PHOTO - NABISCO HONEY MAID DELIGHT BARS  PHOTO - DIERBERGS BACON PIZZA  PHOTO - KALDI'S JAVA CHIP FRAPPE  PHOTO - **PRETZEL CRISPS** WITH A SMEAR OF LAUGHING COWLIGHT SWISS CHEESE

227 of 331 DOCUMENTS

Copyright 2009 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2009 Dix Communications Group
Daily Record (Wooster, Ohio)

**March** 29, 2009 Sunday

**SECTION:** Vol. 109 No. 298

**LENGTH:** 525  words

**HEADLINE:** Book list turns up to be right where it was left

**BYLINE:** Jeanine Kendle

**BODY:**

...a good idea not to buy too many snack foods. Our pretzel and potato chip consumption has gone down considerably so that is a savings.

The Man of the House fell in love with something called **pretzel crisps.** It turned out they cost $3.16 for only 6 ounces. That's when we started rationing those and going back to the big old sourdough pretzels that were $2.89 for 14 ounces. It pays to  ...

**CORRECTION:**

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Confection & Snack Retailing

**March** 1, 2009

**SECTION:** Pg. 22(3) Vol. 2 No. 2 ISSN: 1941-854X

**LENGTH:** 726 words

**HEADLINE:** Pretzels escape economic crunch: one favorite salty snack is holdingits own, despite a wobbly financial
world;
Snack Trends

**BYLINE:** Ford, Anne

**BODY:**

...E.Thomas, senior vice president of sales and marketing.

Shaping Up

Meanwhile, the market-wide fascination with alternative pretzel shapes shows no signs of abating.

"There's been everything from a lattice shape to a **pretzel crisp,** which is kind of flattened to give somewhat the experience of a potato chip," Thomas says.

As for more recent trends, he says, "There've been some reports that there's been somewhat of a softening in the last three to six ...

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Confection & Snack Retailing

**March** 1, 2009

**SECTION:** Pg. 24(1) Vol. 2 No. 2 ISSN: 1941-854X

**LENGTH:** 339 words

**HEADLINE:** Crisp from the deli;
Snack Trends

**BYLINE:** Cassell, Deborah

**BODY:**

**Pretzel Crisps** are more than just another salty snack.

As Milt Weinstock, director of marketing for The Snack Factory, puts it: "We are the world's first 'pretzel cracker,' which allows us to participate in regular snacking occasions, as ...

[ILLUSTRATION OMITTED]

"Our unique taste and crunchy texture allows us to stand apart," he asserts.

Another thing that sets **Pretzel Crisps** apart is where they're sold. Shoppers can find the product in club stores and c-stores nationwide, but they're also located in supermarket delis, which are "home to the more premium products on the market," Weinstock explains.

"Products in the deli tend to be more expensive, but their superior quality makes them worthwhile," he continues. "**Pretzel Crisps** deliver on the superior snack expectations of our consumers."

Baked and not fried, **Pretzel Crisps** are all-natural, and contain zero grams of fat and cholesterol, making them a more healthful choicefor consumers. They're sold in 2-, 5/6- and 24-oz. bags, as well as 100-calorie ...

...comes in several savory varieties--Original, Garlic, Everything, Buffalo Wing, Honey Mustard & Onion and Chipotle Cheddar--as well as sweet-meets-savory options such as Chocolate Covered.

The most recent additions to the **Pretzel Crisps** family are Peanut Butter & Chocolate, which was introduced in supermarket delis on a regional basis, and Rosemary & Olive Oil, which is being sold in selectclub stores. Both will expand in distribution in 2009 due to their success at retail. Despite the economic downturn, **Pretzel Crisps** are growing by leaps and bounds. According to Weinstock, the brand's business grew 29% in dollars and 21% in units in 2009.

It's no wonder The Snack Factory plans to expand its lineup this year.

"We have eight new flavors we are excited about, but are fielding some consumer research to insure we launch only the best," Weinstock notes.

For more information, visit www.**pretzelcrisps**.com.

230 of 331 DOCUMENTS

Copyright 2009 Chicago Tribune
Chicago Tribune (Illinois)

Distributed by McClatchy-Tribune News Service

**February** 23, 2009 Monday

**SECTION:** TRAVEL

Case 3:17-cv-00652-KDB-DSC   Document 41-3   Filed 10/29/18   Page 51 of 111

**LENGTH:** 340 words

**HEADLINE:** Reviews of new travel gear

**BYLINE:** By Josh Noel, Chicago Tribune

**BODY:**

...road trip. Could be a light meal but is closer to snack territory. Offerings include a Riviera picnic, consisting of couscous, hummus, pita chips (among other things); Jungle Munch, consisting of **pretzel crisps,** veggie cheese dip, apple sauce and trail mix; and Salami and Cheese, consisting of _ you guessed it. Kosher, vegetarian, gluten-free and halal versions available.

231 of 331 DOCUMENTS

Copyright 2009 Chicago Tribune Company
All Rights Reserved
Chicago Tribune

February 15, 2009 Sunday
Final Edition

**SECTION:** TRAVEL ; ZONE C; GEARBOX ; Pg. 2

**LENGTH:** 270 words

**HEADLINE:** GEARBOX

**BYLINE:** Josh Noel

**BODY:**

...road trip. Could be a light meal but is closer to snack territory. Offerings include a Riviera picnic, consisting of couscous, hummus, pita chips (among other things); Jungle Munch, consisting of **pretzel crisps,** veggie cheese dip, apple sauce and trail mix; and Salami and Cheese, consisting of -- you guessed it. Kosher, vegetarian, gluten-free and halal versions available.

232 of 331 DOCUMENTS

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

February 1, 2009 Sunday

**LENGTH:** 41 words

Case 3:17-cv-00652-KDB-DSC   Document 41-3   Filed 10/29/18   Page 52 of 111

**HEADLINE:** UNBEATABLE CRUNCH.

**BODY:**

...

Product             **Pretzel Crisps**

...

233 of 331 DOCUMENTS

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

February 1, 2009 Sunday

**LENGTH:** 37 words

**HEADLINE:** UNBEATABLE CRUNCH.

**BODY:**

...

Product             **Pretzel Crisps**

...

234 of 331 DOCUMENTS

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

February 1, 2009 Sunday

**LENGTH:** 41 words

**HEADLINE:** UNBEATABLE CRUNCH.

**BODY:**

...

Product             **Pretzel Crisps**

...

235 of 331 DOCUMENTS

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**February 1, 2009 Sunday**

**LENGTH:** 37 words

**HEADLINE:** UNBEATABLE CRUNCH.

**BODY:**

...

Product          **Pretzel Crisps**

...

236 of 331 DOCUMENTS

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**February 1, 2009 Sunday**

**LENGTH:** 37 words

**HEADLINE:** UNBEATABLE CRUNCH.

**BODY:**

...

Product          **Pretzel Crisps**

...

237 of 331 DOCUMENTS

Copyright 2009 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

February 1, 2009 Sunday

**LENGTH:** 41 words

**HEADLINE:** UNBEATABLE CRUNCH.

**BODY:**

...

Product        **Pretzel Crisps**

...

Copyright 2009 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2009 BNP Media
Snack Food & Wholesale Bakery

**February** 1, 2009

**SECTION:** Pg. 57(3) Vol. 98 No. 2 ISSN: 1096-4835

**LENGTH:** 1152 words

**HEADLINE:** Variety packs: today's vertical form/fill/seal machines must have the flexibility to handle a variety of products packaged in almost every shape and form;
Production Technology

**BODY:**

...other carriers of cheese and dips provide a formidable front to conventional snack producers.

Cracker manufacturers have created almost a second snack aisle in the grocery store with an array of baked **pretzel crisps,** pita chips, crunchy sticks and bold, new flavors of poppable snack crackers. Likewise, cookie producers are providing a sweet alternative to the snacking occasion while energy bar producers are competing for their ...

Copyright 2009 San Francisco Chronicle

All Rights Reserved

# San Francisco Chronicle

The San Francisco Chronicle (California)

**January** 21, 2009 Wednesday
FINAL Edition

**SECTION:** Food; TASTER'S CHOICE; Pg. F2

**LENGTH:** 548 words

**HEADLINE:** Pretzel cracker contest finishes with a twist

**BYLINE:** Amanda Gold, Chronicle Staff Writer

**BODY:**

...small pretzel shape." Four tasters would buy this brand and one might.

The third-place award went to the originators - widely available brand **The Snack Factory** $2.50/6 ounces at Andronico's. These **pretzel crisps** were "nicely browned" and "bubbly" with a "great crunch" and only "mildly salty" flavor. Tasters felt that they had a "lighter texture than the others." Two would buy this brand and three might.

**Mollie Stone's** $6.99/ ...

...Andronico's. "Less salty than some of the others," said one taster. Another noted that they were "crispy" and "quite sweet." The pretzels were also called "a bit puffy and airy." Two might buy this brand and three would not.

**Pretzel Crisps**
**Pepperidge Farm 92**
**Trader Joe's 78**
**The Snack Factory 73**
**Mollie Stone's 60**
**Robert Rothschild Farm 52**
**365 Organic 15**
*Panelists were Linda Anusasananan, food writer and consultant, ...*

240 of 331 DOCUMENTS

Copyright 2009 Times Newspapers Limited
All Rights Reserved



The Times (London)

**January** 17, 2009 Saturday
Edition 1

**SECTION:** NEWS; Pg. 47

**LENGTH:** 500 words

**HEADLINE:** ... and the French find they have to work for peanuts;
France

**BYLINE:** France Adam

**BODY:**

...mousseline with tarragon, roast beef brochette in wine sauce

Dark chocolat moelleux with tonka bean cream

Champagne, red and white wine Standard January reception menu offered this year

Peanuts

**Pretzels**

**Crisps.** Cocktail sausages

Sparkling wine and fruit juice

241 of 331 DOCUMENTS

Copyright 2008 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2008 Urbanite
Urbanite

December 16, 2008 Tuesday 10:44 AM EST

**LENGTH:** 104 words

**HEADLINE:** Pretzels for everyone!

**BYLINE:** Lucy Blatter

**BODY:**

...New York delivered by Newstex) --   For hungry and tired shoppers, help is on the way today. Dozens of Santas and elves will hit the streets to hand out over 45 thousand crunchy **Pretzel Crisps.** The free **pretzel crisps** will be available at Columbus Circle, Times Square, Rockefeller Center, Herald Square and the R.A.F Post Office at 34th Street, starting at 9 a.m. **Pretzel crisps** come in varieties ranging from Everything to Buffalo Wing to Chocolate Covered **Pretzel Crisps.** Judging from how quickly were going through our offices bags " they are a great holiday

Page 161

Pretzels for everyone! Urbanite December 16, 2008 Tuesday 10:44 AM EST

snack.  Newstex ID: YN-2711-30522468

242 of 331 DOCUMENTS

Copyright 2008 VNU Business Media, Inc.
All Rights Reserved



brandweek.com

**December** 10, 2008

**SECTION:** NEWS AND FEATURES; INCENTIVE

**LENGTH:** 291 words

**HEADLINE:** Santa Delivers **Pretzel Crisps** to NYC Pedestrians

**BYLINE:** Elaine Wong

**BODY:**

**Pretzel Crisps** is all about giving this holiday season. The growing snack brand, a product of Snack Factory, Skillman, N.J., has hired two dozen Santas and their elves to hand out more than 45,000 crunchy snacks ...

**Pretzel Crisps**, which first debuted three years ago, also is running new print ads playing up the pretzel's flat shape for holding sauces and dips. They appear in this month's O, The Oprah Magazine and People's ...

...2009 issues of Real Simple, Good Housekeeping and Every Day with Rachael Ray.

"We realized even though we've been growing strongly, we needed to get the word out," Milt Weinstock, who heads up **Pretzel Crisps** marketing at the privately held Snack Factory. Last April, **Pretzel Crisps** treated consumers to free samples of the snack while they waited to file their taxes outside six U.S. post offices in Manhattan.

"We've spent some money on advertising, but certainly not as ...

...things, especially as they have a relatively decent health halo," said Marcia Mogelonsky, senior research analyst at market research firm Mintel, Chicago.

The Snack Factory spent $500,000 advertising **Pretzel Crisps** in the U.S. in 2007 (excluding online), and $1.1 million through September of this year, per Nielsen Monitor-Plus.

243 of 331 DOCUMENTS

Copyright 2008 Cable News Network

All Rights Reserved.

CNN

**December** 4, 2008 Thursday

**SECTION:** NEWS; Domestic

**LENGTH:** 6621 words

**HEADLINE:** More Casey Anthony Jail House Tapes Released

**BYLINE:** Nancy Grace, Mike Brooks

**BODY:**

...END VIDEO CLIP)

GRACE: You know, for somebody who`s apparently grieving or says she`s grieving over her kidnapped daughter, this woman is very focused on her own stomach. Snickers bars, strawberry bars, **pretzel crisps,** pork skins, let`s see what else here. Beauty products, Chex Mix peanut butter, mouth wash, lemonade.

You know, she`s doing a lot of ordering off her menu.

To Eleanor Dixon, felony ...

...talking about?

GRACE: Well, could you then explain to me, Dr. Bethany, the Chex Mix, the cheese crackers, the jalapeno dip, the bold and zesty -- I mean it goes on and on. Cheddar popcorn, tortilla strips, **pretzel crisps,** tuna, beef jerky, pork skins.

I mean, this woman is an eating machine. Isn`t she supposed to be grieving?

MARSHALL: Well, she`s a texting machine, too. She does a lot of things, but, I ...

244 of 331 DOCUMENTS

Copyright 2008 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December** 1, 2008 Monday

**LENGTH:** 35 words

**HEADLINE:** CELEBRATE CRUNCH.

**BODY:**

...

| Product | **Pretzel Crisps** |
|---|---|

...

 245 of 331 DOCUMENTS

Copyright 2008 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December 1, 2008 Monday**

**LENGTH:** 35 words

**HEADLINE:** CELEBRATE CRUNCH.

**BODY:**

...

| Product | **Pretzel Crisps** |
|---|---|

...

 246 of 331 DOCUMENTS

Copyright 2008 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**December 1, 2008 Monday**

**LENGTH:** 35 words

**HEADLINE:** CELEBRATE CRUNCH.

**BODY:**

...

| Product | **Pretzel Crisps** |
|---|---|

...

247 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 MacFadden Communications Group LLC
Grocery Headquarters

**December** 1, 2008

**SECTION:** Pg. 46(1) Vol. 74 No. 12 ISSN: 1094-1088

**LENGTH:** 186 words

**HEADLINE:** One stop shop;
FRESH TALK

**BYLINE:** Turcsik, Richard

**BODY:**

...ranch dip, beef or turkey bites and cheddar or mozzarella cubes; and The Veggiecafessens--vegetable platters with savory classic hummus, spinach or artichoke dips, along with multi-grain items such as pita chips, sourdough breadsticks and **pretzel crisps.**

[ILLUSTRATION OMITTED]

Other offerings from Mann include season-specific/holiday marketing programs for holidays throughout the year and In 'n Out trays designed for a specific holiday or event, "We ...

248 of 331 DOCUMENTS

Copyright 2008 Newark Morning Ledger Co.
All Rights Reserved
The Star-Ledger (Newark, New Jersey)

**November** 27, 2008 Thursday
FINAL EDITION

**SECTION:** BUSINESS; Pg. 062

**LENGTH:** 586 words

**HEADLINE:** Snack maker thrives during crunch

**BYLINE:** JOSEPH R. PERONE, STAR-LEDGER STAFF

**BODY:**

...New Jersey-Pennsylvania area by Inc. magazine.

The Snack Factory grew its sales to $42.1 million last year, up from $228,000 in 2004, according to the company. The company makes **pretzel crisps** that are baked, have no trans fat or cholesterol and can be stacked with toppings such as peanut butter, cream cheese or shrimp.

The small company is tapping into consumer concerns about calories, cholesterol and fat in their food while they ...

...bit of your own - the deli in our case - and get it to the right people you'll have great response. We focused on a premium package, learned a formula and developed relationships that have really helped with making **Pretzel Crisps** such a success.

Q. How much did you borrow to start the business?

A. All I can tell you is that the investment has paid off, and was well worth it.

Q. What's the next step for you?

A. We've ...

 249 of 331 DOCUMENTS

Copyright 2008 The Republican Company, Springfield, MA.
All Rights Reserved
The Times of Trenton (New Jersey)

November 27, 2008 Thursday
FINAL EDITION

**SECTION:** BUSINESS; Pg. C10

**LENGTH:** 575 words

**HEADLINE:** Snack maker thrives during crunch

**BYLINE:** JOSEPH R. PERONE

**BODY:**

...New Jersey-Pennsylvania area by Inc. magazine.

The Snack Factory grew its sales to $42.1 million last year, up from $228,000 in 2004, according to the company. The company makes **pretzel crisps** that are baked, have no trans fat or cholesterol and can be stacked with toppings such as peanut butter, cream cheese or shrimp. The small company is tapping into consumer concerns about calories, cholesterol and fat in their food while they ...

...bit of your own - the deli in our case - and get it to the right people you'll have great response. We focused on a premium package, learned a formula and developed relationships that have really helped with making **Pretzel Crisps** such a success.

Q. How much did you borrow to start the business?A. All I can tell you is that the investment has paid off, and was well worth it.

Q. What's the next step for you?A. We've ...

Copyright 2008 adfinitum networks, Inc.
All Rights Reserved
GlobalAdSource (English)

**November** 26, 2008 Wednesday

**LENGTH:** 26 words

**HEADLINE:** LOOK FOR THE DISTINCT SHAPE.

**BODY:**

...

| Product | **Pretzel Crisps** |

...

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Confection & Snack Retailing

**September** 1, 2008

**SECTION:** Pg. 6(1) Vol. 1 No. 5 ISSN: 1941-854X

**LENGTH:** 93 words

**HEADLINE:** The Snack Factory.

**BODY:**

The Snack Factory, Princeton, N.J., maker of **Pretzel Crisps** and the new Ciabatta Crisps, has been listed as No. 3 on the Inc. Magazine 5000 List for 2008. The list measures the revenue growth of privatelyheld, independent, entrepreneurial companies. The Snack Factory has celebrated revenue ...

...#1 among the top 100 food & beverage companies and #1 in the top 100 businesses in the entire New York/New Jersey/Pennsylvania area. For more information, visit www.**pretzelcrisps.**com.

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Confection & Snack Retailing

**September** 1, 2008

**SECTION:** Pg. 32(1) Vol. 1 No. 5 ISSN: 1941-854X

**LENGTH:** 83 words

**HEADLINE:** 3 Ciabatta Crisps;
Snack Product Update

**BODY:**

[ILLUSTRATION OMITTED]

3 Ciabatta

Crisps

The Snack Factory

Princeton, N.J.

1-888-683-5400

www.**pretzelcrisps**.com

From the creators of **Pretzel Crisps** comes new Ciabatta Crisps, available in Sun Dried Tomato & Parmesan and Garlic & Rosemary. Twice-baked ciabatta bread is blended with virgin olive oil and savory herbs and spices for the all-
...

Copyright 2008 The New York Times Company
The New York Times

**August** 26, 2008 Tuesday
Late Edition - Final

**SECTION:** Section A; Column 0; Sports Desk; Pg. 1

**LENGTH:** 1687 words

**HEADLINE:** Tickets for New Stadiums: Prices, and Outrage, Escalate

**BYLINE:** By RICHARD SANDOMIR

**BODY:**

...at the new Yankee Stadium rather than pay $650 a game to watch Derek Jeter.

Zuppichini, a resident of Fort Lee, N.J., who is the vice president for sales for **Pretzel Crisps,** reluctantly signed a 10-year contract for the $135 seats, with built-in annual ticket price increases of 4 percent a year.

"You can't be any more die-hard then me," he ...

254 of 331 DOCUMENTS

Copyright 2008 Times Publishing Company
All Rights Reserved
St. Petersburg Times (Florida)

**August** 24, 2008 Sunday

**SECTION:** FLORIDIAN; Pg. 1E

**LENGTH:** 1460 words

**HEADLINE:** NOSH PIT

**BYLINE:** SEAN DALY, STEPHANIE HAYES, Times Staff Writers

**BODY:**

...coming out with free snacks!" Ah yes, we remember being so full of hope.

Free drink: Losing . . . strength . . .

Harry and David

Free food: Two tortilla chips with artichoke spinach dip, **pretzel crisp** with garlic-smoked mozzarella spread, two cups Moose Munch. As we reach for another cup of Moose Munch, an employee quietly snatches the tray. Crazed from lack of fluids, we retreat like ferrets and ...

255 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
IAC (SM) Newsletter Database (TM)
Copyright 2008 The Food Institute
The Food Institute Report

**August** 18, 2008

Page 169

Cross-merchandising boosts sales in deli departments. The Food Institute Report August 18, 2008

**SECTION:** Pg. 4 Vol. 81 No. 33 ISSN: 0745-4503

**LENGTH:** 628 words

**HEADLINE:** Cross-merchandising boosts sales in deli departments.

**BODY:**

...PITA CHIP COMPANY plans to do a cross-promotion with SABRA hummus. VALLEY LAHVOSH'S crackerbreads make a good match for cheeses, spreads and various other toppings. THE SNACK FACTORY'S thin **pretzel crisps,** which come in five flavors, often merchandises alongside hummus, specialty cheeses and/or or deli meats. 34 Degrees sells their flour flavors of Crispbreads along with companion items like cheeses, dips, spreads and ...

256 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Confection & Snack Retailing

**July** 1, 2008

**SECTION:** Pg. 10(1) Vol. 1 No. 4 ISSN: 1941-854X

**LENGTH:** 64 words

**HEADLINE:** The Snack Factory.

**BODY:**

...Signage throughout the sports and concert venue will showcase the product as a thin, crispy alternative to chips and crackers that's also trans fat- and cholesterol-free. For more information about Pretzel Crisps, visit www.**pretzelcrisps**.com.

257 of 331 DOCUMENTS

Copyright 2008 Times Newspapers Limited
All Rights Reserved



The Times (London)

**May** 10, 2008, Saturday

**SECTION:** FEATURES; Body & Soul; Pg. 21

**LENGTH:** 308 words

**HEADLINE:** Losing weight, gaining pounds at the health club

**BODY:**

...my regimen if I have slept well.

Meirav M You feel hungry? You eat. Go for some meat and not bread or potatoes. You're at a party? Go for the peanuts; ignore the **pretzels and the crisps.**

But despite looking very svelte Robert's feeling a bit down in the dumps. Give him a pat on the back at http://robertc.timeshealth.co.uk

258 of 331 DOCUMENTS

Copyright 2008 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

May 6, 2008 Tuesday

**LENGTH:** 422  words

**HEADLINE:** Facing Hunger: Feeding America; Marla Gottschalk makes a donation from Pampered Chef

**BODY:**

...EARLY SHOW and many CBS stations across the country are collecting nonperishable foods until Saturday. This morning, we have two more donations. First, the Snack Factory is giving $25,000 worth of their gourmet snack **Pretzel Crisps.** Very, very nice.

259 of 331 DOCUMENTS

Copyright 2008 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2008 Chicagoist
Chicagoist

May 5, 2008 Monday 12:30 PM EST

**LENGTH:** 261 words

**HEADLINE:** That Hit the Sweet Spot.

That Hit the Sweet Spot. Chicagoist May 5, 2008 Monday 12:30 PM EST

**BYLINE:** L. Stolpman

**BODY:**

...came like this? Next, we tried a pretzel with Chai spice infused chocolate. Then dark chocolate with a hint of mint. These were not the heavily coated, waxy chocolate covered pretzels wed tried before. These **pretzels were crisp** and the light coat of chocolate let the saltiness of the pretzel stand out. The different flavors added a great and unique component to the treat. We contacted the pretzel company, The Sugar Spot, and spoke with owner Alice Engh ...

260 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Confection & Snack Retailing

**May** 1, 2008

**SECTION:** Pg. 54(3) Vol. 1 No. 3 ISSN: 1941-854X

**LENGTH:** 2005 words

**HEADLINE:** Twist of fate: as the pretzel category turns, new innovations continue to provide the drama that keeps health-conscious consumers tuned into the latest developments on the shelf;
Snack Trends

**BYLINE:** Petrak, Lynn

**BODY:**

...

. . .

Likewise, The Snack Factory, Princeton, N.J., reports a loyal following for its spicy **Pretzel Crisps**.

. . .

Chocoholics also can hone in on other indulgent pretzel varieties. Last summer, The Snack Factory rolled out new chocolate covered **Pretzel Crisps**, while Pretzel Flipz from Stamford, Conn.-based DeMet's Candy Co. now includes chocolate-and white fudge-covered pretzels, as well as new Sugar Free Chocolatey Covered Pretzels and Sugar Free White    Fudge Covered Pretzels.

. . .

Likewise, The Snack Factory tinkered with the traditional pretzel recipe for its **Pretzel Crisp** line.

. . .

261 of 331 DOCUMENTS

Bakery Snack Factory's chocolate pretzels; focus on fresh Grocery Headquarters May 1, 2008

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 Macfadden Communications Group LLC
Grocery Headquarters

**May** 1, 2008

**SECTION:** Pg. 76(1) Vol. 74 No. 5 ISSN: 1094-1088

**LENGTH:** 52 words

**HEADLINE:** Bakery Snack Factory's chocolate pretzels;
focus on fresh

**BYLINE:** Spector, Nicole

**BODY:**

The Snack Factory is introducing Chocolate Covered **Pretzel Crisps,** the latest flavor of its thin, crunchy, patented pretzel crackers. Made with 45% cacao, the products are available in a six-ounce stand-up, resealable package with a suggested retail price of $3.99 TO $4.99. www.**pretzelcrisps**.com

[ILLUSTRATION OMITTED]

262 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Snack Food & Wholesale Bakery

**May** 1, 2008

**SECTION:** Pg. 32(1) Vol. 97 No. 5 ISSN: 1096-4835

**LENGTH:** 130 words

**HEADLINE:** 2 Chocolate-covered **pretzel crisps;**
New Products

**BODY:**

[ILLUSTRATION OMITTED]

Company: The Snack Factory, Princeton, N.J.

Web site: www.**pretzelcrisps**.com

Introduced: May

Distribution: Nationwide

Suggested Retail: $3.49-$4.49 for 6-oz. bag

Product Snapshot: Chocolate and peanut butter lovers rejoice with all-natural, thin and crunchy **pretzel crisps** immersed in rich chocolate and creamy peanut butter. Plus, **pretzel crisps** have no trans fat, no cholesterol, are oven-baked and carry Kosher certification. Perfect with a spoonful of ice cream.

Ingredients: Sugar, chocolate liquor (processed with alkali), cocoa butter, wheat flour, ...

263 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Snack Food & Wholesale Bakery

**May** 1, 2008

**SECTION:** Pg. 64(1) Vol. 97 No. 5 ISSN: 1096-4835

**LENGTH:** 536 words

**HEADLINE:** Snacks call my name;
The Final Word

**BYLINE:** Mayer, Marina

**BODY:**

...

. . .

Everywhere I look, they're staring at me. In front of me are bags of potato chips and pretzels sitting in boxes aligning the floor. On the shelves behind me are **pretzel crisps,** energy bars, crackers in all    shapes and forms and tempting sweets lined up in categorical order. Popcorn and Cheetos form the Leaning Tower of Pisa on the once-emptychair on the side of my workspace. And to top it off, I am situated across the hall from the kitchen so aromas of ta-cos and leftover pizza    travel into my corridor.

. . .

264 of 331 DOCUMENTS

Copyright 2008 Independent Print Ltd
All Rights Reserved
Independent Extra

Making babies; Can your diet really determine the sex of your child? Scientists this week declared that first-time mothers who consume more calories around the time of conception are more likely to gi

**April 24, 2008 Thursday**
First Edition

**SECTION:** EXTRA; Pg. 2

**LENGTH:** 2668 words

**HEADLINE:** Making babies;
Can your diet really determine the sex of your child? Scientists this week declared that first-time mothers who consume more calories around the time of conception are more likely to give birth to boys. The theories surrounding gender selection are as outlandish as they are numerous. So what should we believe? Jeremy Laurance investigates

**BYLINE:** Jeremy Laurance

**BODY:**

...many don't seem to be based on any hard science. For instance, to produce a boy, prospective mothers have been variously advised to eat lots of red meat (the redder the better), and salty snacks such as **pretzels and crisps.** Fathers should, allegedly, drink cola.

For a girl, both parents should eat a lot of fish and vegetables and gorge on chocolate, sweets and dairy products. (More colourful theories about the way ...

265 of 331 DOCUMENTS

Copyright 2008 Crain Communications
All Rights Reserved
Crain's New York Business

**April 21, 2008**

**SECTION:** BUSINESS LIVES; Pg. 39

**LENGTH:** 692 words

**HEADLINE:** West Side has another winner;
Solidifying the area's dining reputation, Eighty One delights the palate and eye

**BODY:**

...in a dazzling parade of deliciousness.

To reach the dining room, patrons must cross a luxurious lounge where some of the world's most dangerously seductive breadsticks can provoke a layover. Slim, **pretzel-crisp** and coated with cheese and sea salt, they demand a pause for cocktails to justify their continued consumption.

That can be a prelude to appetizers ($12 to $19) such as fennel and parsley soup garnished with crisp ...

266 of 331 DOCUMENTS

Copyright 2008 Factiva ®, from Dow Jones
All Rights Reserved

# Dow Jones Factiva

Copyright 2008 Sun-Times Media Group. All Rights Reserved. Distributed by NewsBank Inc.
Southtown Star (IL)

**April** 17, 2008 Thursday
SouthtownStar Edition

**SECTION:** LIFE; Pg. D5

**LENGTH:** 855 words

**HEADLINE:** Keebler Flipsides can satisfy both pretzel and cracker lovers

**BODY:**

...So I've been wondering how long it would take for a big company to copy the Snack Factory's idea of turning pretzels into a dippable, spreadable, flat-surfaced cracker it calls **Pretzel Crisps.** A little while longer, it seems.

Keebler's new Town House Flipsides Pretzel Crackers are not cracker-shaped pretzels (like **Pretzel Crisps),** but are thin, flat pretzels and rich butter crackers stuck together. The result has a richer texture but less distinct flavor than either a Town House butter cracker or a pretzel. And the ...

267 of 331 DOCUMENTS

Copyright 2008 The Deseret News Publishing Co.
Deseret Morning News (Salt Lake City)

**April** 16, 2008 Wednesday

**LENGTH:** 852 words

**HEADLINE:** Keebler Flipsides innovative

**BYLINE:** Bonnie Tandy Leblang and Carolyn Wyman Universal Press Syndicate

**BODY:**

...So I've been wondering how long it would take for a big company to copy the Snack Factory's idea of turning pretzels into a dippable, spreadable, flat-surfaced cracker it calls **Pretzel Crisps.**

A little while longer, it seems. Because Keebler's new Town House Flipsides Pretzel Crackers are not cracker-shaped pretzels (like **Pretzel Crisps),** but are thin, flat pretzels and rich butter crackers stuck together. The

result has a richer texture but less distinct flavor than either a Town House butter cracker or a pretzel. And the ...

✳ 268 of 331 DOCUMENTS

Copyright 2008 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2008 Journal Register Co.
New Haven Register

**April** 16, 2008 Wednesday

**SECTION:** B; Pg. 7

**LENGTH:** 854 words

**HEADLINE:** Keebler Town House Flipsides Pretzel Crackers.

**BYLINE:** Rick Sandella

**BODY:**

...So, I've been wondering how long it would take for a big company to copy the Snack Factory's idea of turning pretzels into a dippable, spreadable, flat-surfaced cracker it calls **Pretzel Crisps.**

A little while longer, it seems. Because Keebler's new Town House Flipsides Pretzel Crackers are not cracker-shaped pretzels (like **Pretzel Crisps**), but are thin, flat pretzels and rich butter crackers stuck together. The result has a richer texture, but less distinct flavor than either a Town House butter cracker or a pretzel. And the ...

**CORRECTION:**

✓ 269 of 331 DOCUMENTS

Copyright 2008 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2008 Journal Register Co.
New Haven Register

**April** 16, 2008 Wednesday

**SECTION:** FOOD; Pg. B7

**LENGTH:** 854 words

**HEADLINE:** SUPERMARKET SAMPLER: Keebler Town House Flipsides: Pretzel, cracker and a bit confusing

SUPERMARKET SAMPLER: Keebler Town House Flipsides: Pretzel, cracker and a bit confusing New Haven
Register April 16, 2008 Wednesday

**BYLINE:** Carolyn Wyman; Bonnie Tandy Leblang

**BODY:**

...So, I've been wondering how long it would take for a big company to copy the Snack Factory's idea of turning
pretzels into a dippable, spreadable, flat-surfaced cracker it calls **Pretzel Crisps.**

A little while longer, it seems. Because Keebler's new Town House Flipsides Pretzel Crackers are not
cracker-shaped pretzels (like **Pretzel Crisps),** but are thin, flat pretzels and rich butter crackers stuck together. The
result has a richer texture, but less distinct flavor than either a Town House butter cracker or a pretzel. And the ...

270 of 331 DOCUMENTS

Copyright 2008 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2008 Gothamist
Gothamist

**April** 15, 2008 Tuesday 9:22 AM EST

**LENGTH:** 186 words

**HEADLINE:** It's Income Tax Day!

**BYLINE:** Jen Chung

**BODY:**

...Office at 421 Eighth Avenue and 31st Street, just west of Madison Square Garden, is where the procrastinators
tend to congregate, because it is the city's only 24-hour postal facility.
In fact, free **Pretzel Crisps** will be distributed by thirty Uncle Sam's at the Farley Post Office this morning, and then at
other post offices around the city (details here). New Penn Station mentions the Singing CPA will be ...

271 of 331 DOCUMENTS

Copyright 2008 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2008 Gawker
Gawker

**April** 11, 2008 Friday 10:33 AM EST

**LENGTH:** 370 words

**HEADLINE:** "30-Plus Uncle Sams" to Make Tax Day Even More of a Nightmare [PR Stunts]

**BODY:**

...next week, that no one ever does again. They plan on sending 30 people dressed as Uncle Sam to six Manhattan Post Offices on April 15th. The Sams will hand out samples of **Pretzel Crisps**, a new "unique pretzel cracker." Because it's "crunch time," you see. Then the Sams will dispense homespun wisdom about the necessity of military intervention against the filthy Spaniards and the nation's unstoppable drive westward. Then ...

    FOR IMMEDIATE DISTRIBUTION
FEELING TAXED?
Uncle Sam Hits the Streets with **Pretzel Crisps** to Help New Yorkers through Crunch Time
WHAT: According to the IRS, one in five of the nation's taxpayers wait until the final week to file their taxes by the April 15 deadline!
Indeed, getting through tax time is "crunch time" for many Americans. On April 15th, dozens of Uncle Sams will hit the streets of NYC to hand out tens of thousands of crunchy **Pretzel Crisps** -- providing consumers with a stress-relieving crunch to help them make it through the day.
WHO: More than two-dozen Uncle Sams, courtesy of The Snack Factory, makers of patented **Pretzel Crisps** - fat free, cholesterol free pretzel crackers.
WHEN: April 15, 2008, 7:30AM-1:30PM (For specific location times, visit http://www.**pretzelcrisps**.com/press.html)
NYC post offices:
James Farley Post Office - 421 Eighth Avenue
Church Street Post Office - 90 Church Street
Grand Central Post Office - 450 ...

...Post Office - 115 E 34th Street
Madison Square Post Office - 149 E 23rd Street
BACKGROUND: From the creators and former owners of New York Style Bagel Chip Co. comes **Pretzel Crisps**, a unique pretzel cracker. Family owned and operated by entrepreneurial husband and wife team, Warren and Sara Wilson, the Snack Factory is based in Princeton, NJ. For more information, visit www.**pretzelcrisps**.com.

Newstex ID: GAWK-0001-24438380

272 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 Macfadden Communications Group LLC
Grocery Headquarters

**April** 1, 2008

**SECTION:** Pg. 72(2) Vol. 74 No. 4 ISSN: 1094-1088

**LENGTH:** 1335 words

**HEADLINE:** Snack happy: the wellness trend, portion control and bold flavors are changing the game in the snack industry;

Snack happy: the wellness trend, portion control and bold flavors are changing the game in the snack industry; center store Grocery Headquarters April 1, 2008

center store

**BYLINE:** Levitt, Craig

**BODY:**

...Factory thinks they have just that. Based in Princeton, NJ, the Snack Factory is owned and operated by Warren and Sara Wilson,originators of the former New York Style Bagel Chip Co. The Wilson'slatest creation is **Pretzel Crisps**, which Warren Wilson describes as a hybrid between a pretzel and a cracker. "We have been able to take the middle out of pretzel making the **pretzel crisp** a thin crunchy cracker-like snack," he says. "It is very functional because you can dipit and it has enough solid surface area that you can put something like cheese on top of it."

As a ...

...a multi-million dollar consumer print campaign was launched last quarter of 2007 featuring advertising in magazines like Martha Stewart Living and Rachel Ray. He says most supermarkets have placed **pretzel crisps** in the deli section as opposed to the snack aisle, something he is happy with. "Being in the deli gives us a chance to sample the products with cheese accompaniments and dips," he adds. "It also gives us a chance to separate ourselves from other products in the category. We are a typical salty snack--still a pretzel--but a lot different than a regular pretzel." **Pretzel Crisps** are available in five flavors. In 2.5-, 5- and 6-ounce bags are the original, honey mustard & onion and buffalo wing, while garlic and everything flavors are available in only 6-ounce ...

273 of 331 DOCUMENTS

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Confection & Snack Retailing

**March** 1, 2008

**SECTION:** Pg. 38(1) Vol. 1 No. 2 ISSN: 1941-854X

**LENGTH:** 68 words

**HEADLINE:** Snack Factory, Inc;
All Candy Expo: Sweets & Snacks to Spring up in Chicago

**BODY:**

[ILLUSTRATION OMITTED]

Snack Factory, Inc.

www.**pretzelcrisps.**com

ACR Booth #2321

Dark Chocolate Covered **Pretzel Crisps** bring together the decadenceof all-natural 45% cacao and the delicious salty crunch of a baked, fat-free pretzel. The snack meets consumer demand for indulgent, sweet meets salty snacks.

Look for new Peanut Butter Covered **Pretzel Crisps** from the Snack Factory brand at the All Candy Expo, too.

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Prepared Foods

**March** 1, 2008

**SECTION:** Pg. 49(7) Vol. 177 No. 3 ISSN: 0747-2536

**LENGTH:** 4587 words

**HEADLINE:** Snacks facts;
2008 New Products Annual: snacks

**BYLINE:** Roberts, William A., Jr.

**BODY:**

...

. . .

Snack Factory ventured into the 100-calorie pack territory with Snack Factory **Pretzel Crisps,** an all-natural product free from trans fat. Snyder's of Hanover followed suit with Veggie Crisps 100 Calorie Snack Packs under the Eatsmart All Natural Snacks brand.

. . .

Copyright 2008 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2008 BNP Media
Snack Food & Wholesale Bakery

**March** 1, 2008

**SECTION:** Pg. 20(3) Vol. 97 No. 3 ISSN: 1096-4835

**LENGTH:** 2008 words

**HEADLINE:** Twist of fate: as the pretzel category turns, new innovations continue to provide the drama that keeps health-conscious consumers tuned into the latest developments on the shelf;

Twist of fate: as the pretzel category turns, new innovations continue to provide the drama that keeps health-conscious consumers tuned into the latest developments on the shelf; Market Trends; Snyder

Market Trends;
Snyder's of Hanover Inc.;
Glutino Food Group

**BYLINE:** Petrak, Lynn

**BODY:**

...

. . .

Chocoholics also can hone in on other indulgent pretzel varieties.Last summer, The Snack Factory rolled out new chocolate covered **pretzel crisps,** while Pretzel Flipz from Stamford, Conn.-based DeMet's Candy Co. now includes chocolate-and white fudge-covered pretzels, as well as new Sugar Free Chocolatey Covered Pretzels and Sugar Free White    Fudge Covered Pretzels.

. . .

Likewise, The Snack Factory tinkered with the traditional pretzel recipe for its **Pretzel Crisp** line.

. . .

276 of 331 DOCUMENTS

Copyright 2008 North Jersey Media Group Inc.,
All Rights Reserved
The Record (Bergen County, NJ)

**February** 2, 2008 Saturday
All Editions

**SECTION:** NEWS; Pg. A01

**LENGTH:** 562 words

**HEADLINE:** Time to stock up to chow down

**BYLINE:** By STEPHANIE AKIN, STAFF WRITER, North Jersey Media Group

**BODY:**

...sold out of Giants gear by Friday, spokeswoman Sharyn Frankel said.

Walker, of the Rochelle Park ShopRite, said he'd just finished a special order for buffalo-wing-flavored **pretzel crisps,** the type of request he expected to keep hearing until game time on Sunday.

Liquor store owners said they hadn't seen much of a rush yet - people always buy liquor last, they  ...

277 of 331 DOCUMENTS

Copyright 2008 HT Media Ltd.
All Rights Reserved
US States News

**February 1, 2008 Friday 11:24 PM  EST**

**LENGTH:** 1577  words

**HEADLINE:** SPICE UP YOUR SUPER BOWL PARTY, MICHIGAN-STYLE!

**BYLINE:** US States News

**DATELINE:** LANSING, Mich.

**BODY:**

...prepare as directed on package, except cut each breadstick into 3 short pieces. Twist each piece once and place on baking sheet. Bake as directed on package.

Serve breadsticks, **pretzels, or crisp** breadsticks with dip.

Makes 24 servings. (1 serving equals 1 breadstick or pretzel and about 1 tablespoon dip.)

Note: Store any leftover dip in the refrigerator. If it thickens during  ...

278 of 331 DOCUMENTS

Copyright 2008 Daily Record (Morristown, NJ)
All Rights Reserved
Daily Record (Morristown, New Jersey)

**January 30, 2008 Wednesday**

**SECTION:** Pg. NEWS01

**LENGTH:** 196 words

**HEADLINE:** It's Chips Ahoy or college

**BODY:**

...in the bag? Lorna Doone 100-calorie cookie packs? Swiss Miss hot chocolate mix? Nabisco Chips Ahoy candy bites? Chex Strawberry Yogurt Cereal Pouches? The Snack Factory **Pretzel Crisps?** Welch's Fruit Snacks Mixed Fruit?

Who's shopping, we wonder, like she's heading out on a cross country trip? Of course: Our daughter, the snack queen of the Eastern Hemisphere. Wait until we tell her that with this  ...

 279 of 331 DOCUMENTS

Copyright 2008 Daily Record (Morristown, NJ)
All Rights Reserved
Daily Record (Morristown, New Jersey)

**January** 30, 2008 Wednesday

**SECTION:** Pg. NEWS01

**LENGTH:** 196 words

**HEADLINE:** It's Chips Ahoy or college

**BODY:**

...in the bag? Lorna Doone 100-calorie cookie packs? Swiss Miss hot chocolate mix? Nabisco Chips Ahoy candy bites? Chex Strawberry Yogurt Cereal Pouches? The Snack Factory **Pretzel Crisps?** Welch's Fruit Snacks Mixed Fruit?

Who's shopping, we wonder, like she's heading out on a cross country trip? Of course: Our daughter, the snack queen of the Eastern Hemisphere. Wait until we tell her that with this ...

 280 of 331 DOCUMENTS

Copyright 2008 Daily Record (Morristown, NJ)
All Rights Reserved
Daily Record (Morristown, New Jersey)

**January** 30, 2008 Wednesday

**SECTION:** Pg. NEWS01

**LENGTH:** 202 words

**HEADLINE:** It's Chips Ahoy or college

**BODY:**

...in the bag? Lorna Doone 100-calorie cookie packs? Swiss Miss hot chocolate mix? Nabisco Chips Ahoy candy bites? Chex Strawberry Yogurt Cereal Pouches? The Snack Factory **Pretzel Crisps?** Welch's Fruit Snacks Mixed Fruit?

Who's shopping, we wonder, like she's heading out on a cross country trip? Of course: Our daughter, the snack queen of the Eastern Hemisphere. Wait until we tell her that with this ...

 281 of 331 DOCUMENTS

It's Chips Ahoy or college Daily Record (Morristown, New Jersey) January 30, 2008 Wednesday

Copyright 2008 Daily Record (Morristown, NJ)
All Rights Reserved
Daily Record (Morristown, New Jersey)

**January** 30, 2008 Wednesday

**SECTION:** Pg. NEWS01

**LENGTH:** 203 words

**HEADLINE:** It's Chips Ahoy or college

**BODY:**

...in the bag? Lorna Doone 100-calorie cookie packs? Swiss Miss hot chocolate mix? Nabisco Chips Ahoy candy bites? Chex Strawberry Yogurt Cereal Pouches? The Snack Factory **Pretzel Crisps?** Welch's Fruit Snacks Mixed Fruit?

Who's shopping, we wonder, like she's heading out on a cross country trip? Of course: Our daughter, the snack queen of the Eastern Hemisphere. Wait until we tell her that with this ...

282 of 331 DOCUMENTS

Copyright 2008 TheStreet.com, Inc.
All Rights Reserved

# TheStreet.com

TheStreet.com

**January** 28, 2008 Monday 12:44 PM EST

**SECTION:** PERSONAL FINANCE; The Good Life

**LENGTH:** 990 words

**HEADLINE:** Ten Snacks for Your Super Bowl Party

**BYLINE:** Charles Passy, Special to TheStreet.com.

Charles Passy is a Florida-based writer who covers food, travel,entertainment and consumer culture and products.

**BODY:**

...category. Sahale Snacks offers what it calls a "culinary fusion of nuts, naturally dried fruits, seeds and spices"; the mixes come in varieties that bring to mind everything from Moroccan to Thai flavors.

**Pretzel Crisps** are just what they sound like -- flattened pretzel crackers (try the Buffalo wing flavor for a Super Bowl party). Ditto Stacy's Pita Chips -- it's pita instead of potato. And speaking of thinking ...

283 of 331 DOCUMENTS

Copyright 2008 Journal Sentinel Inc.
Milwaukee Journal Sentinel (Wisconsin)

**January** 23, 2008 Wednesday
Final Edition

**SECTION:** G Food; Pg. 1

**LENGTH:** 2555 words

**HEADLINE:** Chip champs;
Add new dips - and chips - to your Super Bowl lineup

**BYLINE:** KAREN HERZOG, Staff, Milwaukee Journal Sentinel

**BODY:**

...baked," Shully said of the chips.

Shully sometimes adds salsa to hummus for a southwestern twist. Or, he adds avocado and spices to create a chunky avocado hummus dip, which also works well with flat **Pretzel Crisps** from The Snack Factory, another recent innovation in the chip aisle.

Spinach dip is another good pairing for pita chips, said George Kashou, co-owner of Kangaroo Brands Inc., which additionally produces traditional pita pockets and salad pockets.

Kangaroo pita chips come in four flavors: sea salt, garlic and herb, whole-grain French onion and cinnamon/sugar.

**Pretzel Crisps** are perhaps more cracker than chip. But they're great for dipping, Shully said, and have a similar nutrition profile per six-chip serving: 110 calories, 1.5 grams of fat and 450  ...

...Play

Thiensville chef-caterer Scott Shully, of Shully's Cuisine & Events, created this Gorgonzola play for Kangaroo Sea Salt Pita Chips. We think it would work with a flat pretzel chip, too, such as **Pretzel Crisps.**

Gorgonzola with Walnuts & Honey

Makes 1 1/2 cups

8 ounces Gorgonzola cheese, room temperature

½ cup toasted chopped walnuts

2 tablespoons honey

To Gorgonzola, add walnuts and  ...

284 of 331 DOCUMENTS

A good snack at one serving The Toronto Star January 8, 2008 Tuesday

Copyright 2008 Toronto Star Newspapers, Ltd.
The Toronto Star

**January** 8, 2008 Tuesday

**SECTION:** LIFE; Pg. L03

**LENGTH:** 352 words

**HEADLINE:** A good snack at one serving

**BYLINE:** Doug Cook, SpeCIAL TO THE STAR

**BODY:**

Product: The Snack Factory Inc. Original **Pretzel Crisps**

Price: $2.99 per 170g bag (Dominion)

Manufacturer: The Snack Factory **pretzelcrisps**.com Princeton, N.J.

...flattened. This new shape allows them to make the transition from a regular snack food to one ideal for dipping. Taste and utility aside, how did they measure up nutritionally?

Compared to regular salted pretzels, **Pretzel Crisps** have, on average, the same number of calories and carbs and a little less sodium (28 g of twisted salted pretzels have 106 or so calories and about 380 mg sodium).

Compared to the next most common snack food in this category, plain potato chips, the **pretzel crisps** do have fewer calories: about 40, and no fat. A 28-gram (one-ounce) serving of plain chips typically gives about 10 g of fat but surprisingly less sodium.

So, what's ...

285 of 331 DOCUMENTS

Copyright 2007 The Republican Company, Springfield, MA.
All Rights Reserved
The Times of Trenton (New Jersey)

**December** 5, 2007 Wednesday
FINAL EDITION

**SECTION:** FOOD; Pg. B01

**LENGTH:** 776 words

**HEADLINE:** Giving the gift of food N.J. farms and firms give plenty of choices

**BYLINE:** SUSAN SPRAGUE YESKE, FOOD EDITOR

Giving the gift of food N.J. farms and firms give plenty of choices The Times of Trenton (New Jersey) December 5, 2007 Wednesday

**BODY:**

...howellfarm.org) sells syrup made from maple trees on the farm, as does the Katzenbach family, which sells theirs under the label Sweet Sourland Syrup in Hopewell Township. (home.comcast.net/cbktznbch/)

Snacks - **Pretzel Crisps,** the most familiar product sold by Princeton-based The Snack Factory, are sold at Terhune as well as most area supermarkets. (www.**pretzelcrisps** .com)

Local jams, applesauce - Terhune carries some under their own brand. Across the river in Bucks County, Pa., Manoff Market Gardens in Solebury, Pa., (www.manoff marketgardens. ...

286 of 331 DOCUMENTS

Copyright 2007 Chicago Sun-Times, Inc.
All Rights Reserved
Chicago Sun Times

**October** 15, 2007 Monday
Correction Appended
Final Edition

**SECTION:** FINANCIAL; Pg. 51

**LENGTH:** 676 words

**HEADLINE:** Food that's good to go; Vending machines punch up change

**BYLINE:** Cheryl V. Jackson, The Chicago Sun-Times

**BODY:**

...based GoPicnic Inc. last week launched its new kid's pack, which meets California's nutritional guidelines for schoolchildren. The company sells snack packs that require refrigeration and include components such as mixed nuts, **pretzel crisps,** dried fruit, puffed corn snacks, swiss cheese and toffee candy. It provides the snacks on United and Alaskan airlines flights.

- Burger King ketchup-and-fries flavored potato snacks are new from the ...

**CORRECTION-DATE:** October 21, 2007 Sunday

**CORRECTION:**

Chicago-based GoPicnic Inc. sells boxed meals that require no refrigeration. The meals were incorrectly described in Monday's Sun-Times business story about the new vending machine items.

 287 of 331 DOCUMENTS

Copyright 2007 Sun-Times Media, LLC

All Rights Reserved
Chicago Sun Times

**October** 15, 2007 Monday
Final Edition

**SECTION:** FINANCIAL; Pg. 51

**LENGTH:** 676  words

**HEADLINE:** Food that's good to go; Vending machines punch up change

**BYLINE:** Cheryl V. Jackson, The Chicago Sun-Times

**BODY:**

...based GoPicnic Inc. last week launched its new kid's pack, which meets California's nutritional guidelines for schoolchildren. The company sells snack packs that require refrigeration and include components such as mixed nuts, **pretzel crisps**, dried fruit, puffed corn snacks, swiss cheese and toffee candy. It provides the snacks on United and Alaskan airlines flights.

- Burger King ketchup-and-fries flavored potato snacks are new from the  ...

288 of 331 DOCUMENTS

Copyright 2007 Daily News, L.P.



Daily News (New York)

**September** 14, 2007 Friday
SPORTS FINAL EDITION

**SECTION:** FOOD; Pg. 58

**LENGTH:** 65 words

**HEADLINE:** SNACK ATTACK! Buffalo Wing-Flavored **Pretzel Crisps**

**BYLINE:** RACHEL WHARTON

289 of 331 DOCUMENTS

Copyright 2007 Gale Group, Inc.
All Rights Reserved
Business and Industry

Sophisticated snacks meet success: ranging from grab-and-go indulgent varieties to raw foods and whole grains, snacks are moving on up--in quality and price. Candy & Snack Business September 2007

Copyright 2007 Adams Business Media
Candy & Snack Business

**September** 2007

**SECTION:** Pg. 16 Vol. 9 No. 5

**LENGTH:** 2374 words

**HEADLINE:** Sophisticated snacks meet success: ranging from grab-and-go indulgent varieties to raw foods and whole grains, snacks are moving on up--in quality and price.

**BODY:**

...hunger, all while offering recommended daily doses of nutrients. Taking their cue from these findings, manufacturers are progressively incorporating such value-added ingredients as fiber, protein, minerals and healthy fats into everything from cereal bars to **pretzel crisps.**

ADDED VALUE IS WORTH ADDED COST

Christiana Champ, president of A Matter of Flax LLC, suggests consumers increasingly want their snacks to deliver nutrition, but without a high price.

"The saying ' ...

Copyright 2007 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**September** 2007

**LENGTH:** 7704 words

**BODY:**

...for you.

Tea Sticks come 12 to a box. For more information contact Rajesh Sharma at (604) 836-8682 or business@petittea.com

The Snack Factory: Buffalo Wing **Pretzel Crisps**

When it comes to good old-fashioned snacking, Buffalo Wing Pretzel Chips can't be beat. They're a new take on two classics -- pretzels and zesty Buffalo wings -- and they're low ...

...six-ounce stand-up bags, they retail for $2.99 each.

For more information contact Warren Wilson, president of The Snack Factory, at (609) 683-5400 or info@

Progressive Grocer September 2007

**pretzelcrisps**.com

Snyder's of Hanover: MultiGrain Snacks

Snyder's of Hanover isn't entering the good-for-you snacking segment haphazardly -- it's coming in with a bang, and a comprehensive offering.

The company's new line of ...

291 of 331 DOCUMENTS

Copyright 2007 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2007 Diet Blog
Diet Blog

**August** 29, 2007 Wednesday 2:22 AM EST

**LENGTH:** 197 words

**HEADLINE:** 100 Calorie Packs: Double the Price

292 of 331 DOCUMENTS

Copyright 2007 Tribune Review Publishing Company
All Rights Reserved
Pittsburgh Tribune Review

**August** 22, 2007 Wednesday

**LENGTH:** 1736 words

**HEADLINE:** High-fashion foods

**BYLINE:** Ann Haigh

**BODY:**

...guiltless gourmet world.

Products such as gluten-free crackers and cookies reflect growing nutritional concerns, as does the current focus on premium nuts -- monumental peanuts, cashews, pistachios, hazelnuts, pecans and macadamias. Tasty **Pretzel Crisps** hit the shelves, offering no cholesterol, no transfats and no fats -- in five flavors.

Curiously, cheese sticks are ubiquitous. Among the best: John Wm Macy's twice-baked, crunchy sourdough ...

293 of 331 DOCUMENTS

"We were quite surprised to see the sales results increase in healthier snacks." Progressive Grocer August 2007

Copyright 2007 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**August** 2007

**LENGTH:** 533 words

**HEADLINE:** "We were quite surprised to see the sales results increase in healthier snacks."

**BODY:**

...Bleu.

Suggested retail price: $1.99 to $2.99 per five-ounce bag

Available: June 2007 nationally

For more information: www.kettlefoods.com

The Snack Factory

The manufacturer of **Pretzel Crisps** has now made its all-natural, oven-baked, fat-free pretzel crackers available in 100-calorie packs in Original flavor. The option was created in response to strong consumer demand for convenient single-serve snacking, according to the company. All of the company's **pretzel crisps** carry kosher pareve certification from the Othodox Union.

Suggested retail price: $1 for two .92-ounce bags

Available: August 2007 nationally

For more information: www.**pretzelcrisps**.com

Copyright 2007 Globe Newspaper Company
All Rights Reserved
The Boston Globe

**July** 25, 2007 Wednesday
FIRST EDITION

**SECTION:** FOOD; Pg. E2

**LENGTH:** 102 words

**HEADLINE:** These pretzels are flat-out different

**BYLINE:** LISA ZWIRN

These pretzels are flat-out different The Boston Globe July 25, 2007 Wednesday

**BODY:**

...cheese. From the same folks who created the bagel chip more than 20 years ago come addictive Snack Factory pretzels. They're flat, super crisp, baked pretzel-crackers, which are fat-free. **Pretzel Crisps** ($2.99 for 6 ounces) come in five flavors, including Everything, Buffalo Wing, and Honey Mustard & Onion. Some have enough taste that you can skip the dip. Available in the deli ...

295 of 331 DOCUMENTS

Copyright 2007 Little Rock Newspapers, Inc.
Arkansas Democrat-Gazette (Little Rock)

**June** 20, 2007 Wednesday

**SECTION:** FOOD

**LENGTH:** 343 words

**HEADLINE:** SUPERMARKET SLEUTH Green Giant bags another winner

**BYLINE:** ROSEMARY BOGGS

**BODY:**

...asparagus cuts retail for about $2.25 for a 9-ounce box.

CRISPY STICK TWISTS

A company named the Snack Factory markets an interesting product called **Pretzel Crisps**. Instead of the basic twist or stick versions, these are thin, almost like chips. The flavors are Original, Garlic, Everything, Honey Mustard & Onion, Chipotle Cheddar and the new Buffalo Wing. I tried the new flavor, and they weren't nearly as hot as I thought they would be. My son, Alex, is a Buffalo wing enthusiast, and while he thought the crisps were OK, he said he prefers his Buffalo flavor on chicken wings.

**Pretzel Crisps** are packaged in 6-ounce, resealable pouches that retail for about $3 per bag. In Arkansas, you should be able to find them at Kroger and possibly other large supermarkets, and some convenience and ...

296 of 331 DOCUMENTS

Copyright 2007 Fort Worth Star-Telegram
All Rights Reserved



Found on DFW•com
Fort Worth Star-Telegram (Texas)

Case 3:17-cv-00652-KDB-DSC   Document 41-3   Filed 10/29/18   Page 89 of 111

**February** 28, 2007 Wednesday

**SECTION:** E; Pg. 3

**LENGTH:** 1209 words

**HEADLINE:** EXPRESS LANE

**BODY:**

...a picnic; or to a potluck party as a delicious starter. Suggested retail price is $3.99 for 10 ounces; you can also get Sabra To Go, a smaller portion packaged with crackers or **pretzel crisps** ($1.99).

297 of 331 DOCUMENTS

Copyright 2007 Post-Standard
All Rights Reserved
All Rights Reserved.



The Post-Standard (Syracuse, New York)

February 6, 2007 Tuesday
FINAL EDITION

**SECTION:** CNY; Pg. E1

**LENGTH:** 795 words

**HEADLINE:** "RENOVATE YOUR PLATE." : CAN YOU LOSE 10 PERCENT OF YOUR BODY WEIGHT?

**BODY:**

...two 5-pound bags of flour - gone!"

She goes on to discuss the travails of eating out, the importance of roughage, or fiber, and how whole grains help you feel full.

Then she raves about The Snack Factory **pretzel crisps** (2 points for 10 crisps) and offers members a recipe for hot chocolate that's only 1 point.

Afterward, Riddel meets with Sammons and makes a pledge. If she follows Weight Watchers, "You ...

298 of 331 DOCUMENTS

Their creativity hits the big time, twice Newsday (New York) January 8, 2007 Monday

Copyright 2007 Newsday, Inc.

# Newsday

Newsday (New York)

**January** 8, 2007 Monday
ALL EDITIONS

**SECTION:** BUSINESS & TECHNOLOGY; Pg. A26

**LENGTH:** 201 words

**HEADLINE:** Their creativity hits the big time, twice

**BYLINE:** Becky Aikman

**BODY:**

...golf course convinced them to go back to inventing new products. One, a fat-free caramel popcorn, was a flop. But now the Wilsons, both 53, are back with a new snack, **Pretzel Crisps.** It is a concept similar to their first hit, this time made from a flat pretzel with no middle. Sales so far have surpassed those of Bagel Chips.

"Most big food companies are scared to come ...

299 of 331 DOCUMENTS

Copyright 2006 The Deseret News Publishing Co.
Deseret Morning News (Salt Lake City)

**November** 8, 2006 Wednesday

**LENGTH:** 932 words

**HEADLINE:** Flour gets dash of whole wheat

**BYLINE:** Bonnie Tandy Leblang and Carolyn Wyman Universal Press Syndicate

**BODY:**

...per serving, or 6 to 8 fewer grams than Kettle's irresistible potato chips, but they're neither tasty nor satisfying.

I'll stick to my store brand or the Snack Factory's lower-in-fat **Pretzel Crisps** (Original, Garlic and Everything), which are similar in shape and concept to these Kettle Bakes.

Carolyn: Kettle says it created these Bakes Pretzel Chips in response to consumer complaints about the dearth of portable healthy ...

✳ 300 of 331 DOCUMENTS

Copyright 2006 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2006 Journal Register Co.
New Haven Register

**November** 8, 2006 Wednesday

**SECTION:** FOOD; Pg. E3

**LENGTH:** 935 words

**HEADLINE:** SUPERMARKET SAMPLER: Bakers have a Healthy Choice to make

**BYLINE:** Carolyn Wyman; Bonnie Tandy Leblang

**BODY:**

...per serving, or 6 to 8 fewer grams than Kettle's irresistible potato chips, but they're neither tasty nor satisfying.

I'll stick to my store brand or the Snack Factory's lower-in-fat **Pretzel Crisps** (original, garlic and everything), which are similar in shape and concept to these Kettle Bakes.

Carolyn: Kettle says it created these Bakes Pretzel Chips in response to consumer complaints about the dearth of portable healthful ...

✓ 301 of 331 DOCUMENTS

Copyright 2006 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2006 Journal Register Co.
New Haven Register

**November** 8, 2006 Wednesday

**SECTION:** FOOD; Pg. E3

**LENGTH:** 935 words

**HEADLINE:** SUPERMARKET SAMPLER: Bakers have a Healthy Choice to make

**BYLINE:** Carolyn Wyman; Bonnie Tandy Leblang

SUPERMARKET SAMPLER: Bakers have a Healthy Choice to make New Haven Register November 8, 2006
Wednesday

**BODY:**

...per serving, or 6 to 8 fewer grams than Kettle's irresistible potato chips, but they're neither tasty nor satisfying.

I'll stick to my store brand or the Snack Factory's lower-in-fat **Pretzel Crisps** (original, garlic and everything), which are similar in shape and concept to these Kettle Bakes.

Carolyn: Kettle says it created these Bakes Pretzel Chips in response to consumer complaints about the dearth of portable healthful ...

Copyright 2006 National Post
All Rights Reserved
National Post (f/k/a The Financial Post) (Canada)

**November 7, 2006 Tuesday**
National Edition

**SECTION:** ARTS & LIFE; Jacob Richler; Pg. B3

**LENGTH:** 917 words

**HEADLINE:** From lime powder to aromatic sea salt: New 'irresistible' products are coming soon

**BYLINE:** Jacob Richler, National Post

**BODY:**

...dressings like Rancher's Choice (now creamier!) and the New! Asian Sesame (not here to stay), Christie's Ritz crackers (now whole-grain -- who knew that there was any grain at all?) and the Snack Factory's **Pretzel Crisps** (a sort of flat, roadkill-like pretzels) are now trans fat-free, which must be cheering news for junk-food addicts still waiting for medical news of the next secret chemical ...



Copyright 2006 National Post
All Rights Reserved
National Post (f/k/a The Financial Post) (Canada)

**November 4, 2006 Saturday**
Toronto Edition

**SECTION:** TORONTO; Victuals; Pg. TO18

**LENGTH:** 917 words

From lime powder to aromatic sea salt: New 'irresistible' products arrive soon National Post (f/k/a The Financial Post) (Canada) November 4, 2006 Saturday

**HEADLINE:** From lime powder to aromatic sea salt: New 'irresistible' products arrive soon

**BYLINE:** Jacob Richler, National Post

**BODY:**

...dressings like Rancher's Choice (now creamier!) and the New! Asian Sesame (not here to stay), Christie's Ritz crackers (now whole-grain -- who knew that there was any grain at all?) and the Snack Factory's **Pretzel Crisps** (a sort of flat, roadkill-like pretzels) are now trans fat-free, which must be cheering news for junk-food addicts still waiting for medical news of the next secret chemical ...

304 of 331 DOCUMENTS

Copyright 2006 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

**September** 26, 2006 Tuesday 3:58 PM GMT

**LENGTH:** 861 words

**HEADLINE:** Omni Hotels Launches Sensation Bars Customized to the Local Market; Introduction of 'Reinvented' Mini-Bar Continues With Sensational New Local Items

**DATELINE:** IRVING, Texas Sept. 26

**BODY:**

...

. . .

* **Pretzel Crisps,** for a new twist on an old favorite

. . .

305 of 331 DOCUMENTS

Copyright 2006 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2006 Macfadden Communications Group LLC
Grocery Headquarters

**September** 1, 2006

**SECTION:** Pg. 67(1) Vol. 72 No. 9 ISSN: 1094-1088

**LENGTH:** 109 words

**HEADLINE:** Hummus on the go;
fresh TALK

**BYLINE:** Turcsik, Richard

**BODY:**

Astoria, N.Y.-based Sabra, a manufacturer of Mediterranean dips and spreads, is introducing its To Go! With **Pretzel Crisps** line. Available Oct. 1 in Classic Hummus, Roasted Red Pepper Hummus, Supremely Spicy Hummus, Greek Olive Hummus, Roasted Garlic Hummus, Sauteed Eggplant and Tuna Salad varieties, each is packed in 4.1-ounce individual-serving containers, along with crackers or **pretzel crisps**.

[ILLUSTRATION OMITTED]

Sabra has also added Spinach Hummus to its roster. Free of trans fat and cholesterol, each package contains more than 15% spinach and can be used as a snack or an appetizer.

For more ...

306 of 331 DOCUMENTS

Copyright 2006 Guardian Unlimited (© Guardian Newspapers Limited)
All rights reserved



Guardian Unlimited

**August 4, 2006**

**LENGTH:** 628 words

**HEADLINE:** Triathlon ... all in the mind

**BODY:**

...I've finally reached the 'tapering' week, where the volume of training is reduced to a bare minimum and, according to my coach Bill Black, there is a need in the hot weather "to increase salt intake, via **pretzels, crisps** and the like". My kind of coaching. In all seriousness, though, following Bill's plan over the last months has started to reap its rewards: my stamina levels have soared, especially in the water; my ...

307 of 331 DOCUMENTS

Copyright 2006 Courier News (Bridgewater, NJ)

52nd Summer Fancy Food Show, July 9 to 11: Central Jersey booths a hit at Fancy Food Show in New York Courier News (Bridgewater, New Jersey) July 30, 2006 Sunday

All Rights Reserved
Courier News (Bridgewater, New Jersey)

**July** 30, 2006 Sunday
Courier Edition

**SECTION:** LIFESTYLE; Pg. 5FEATURES01

**LENGTH:** 1565 words

**HEADLINE:** 52nd Summer Fancy Food Show, July 9 to 11: Central Jersey booths a hit at Fancy Food Show in New York

**BYLINE:** MILLICENT K. BRODY and FRANK CURCIO Correspondents

**BODY:**

...frozen pot pies in the dust. Their goal is to provide busy moms with a product that doesn't sacrifice nutrition, quality and wholesomeness for efficiency and speed.

Also based in Princeton, The Snack Factory (www.**pretzel crisps**.com) introduced its newest invention: **Pretzel Crisps** -- wide, flat pretzels perfect for dips or toppings from salsa to hummus to cheese. Developed by Warren and Sara Wilson who also developed Pita Chips, Bagel Chips, funnel cake mix and frozen ...

308 of 331 DOCUMENTS

Copyright 2006 Daily News, L.P.



Daily News (New York)

**July** 14, 2006 Friday
SPORTS FINAL EDITION

**SECTION:** FOOD; Pg. 57

**LENGTH:** 944 words

**HEADLINE:** A TRIP DOWN TASTY LANE. Fairway's fancy-food finder prowled the aisles at the Javits Center for delicious discoveries

**BYLINE:** BY RACHEL WHARTON

**BODY:**

...history of helping great food companies get off the ground, makes Jenkins the closest thing to a Fancy Food Show celebrity there is.

A TRIP DOWN TASTY LANE. Fairway's fancy-food finder prowled the aisles at the Javits Center for delicious discoveries Daily News (New York) July 14, 2006 Friday

When he walked by, salespeople rushed up with business cards and packets of **pretzel crisps** or the newest Spanish cured meats.

He was greeted with bear hugs for Fairway products now selling well and got double-cheek air kisses in the Italian aisles, where a Sicilian olive oil ...

309 of 331 DOCUMENTS

Copyright 2006 Star Tribune
Star Tribune (Minneapolis, MN)

Distributed by McClatchy-Tribune News Service

**July** 13, 2006 Thursday

**SECTION:** LIFESTYLE

**LENGTH:** 352 words

**HEADLINE:** Star Tribune, Minneapolis, Tidbits column

**BYLINE:** Al Sicherman, Star Tribune, Minneapolis

**BODY:**

Jul. 13--GOODBYE, MR. PHIPPS: When he ran into Snack Factory's new **Pretzel Crisps** ("the world's first spreadable pretzel cracker") a few months ago, Mr. Tidbit thought they seemed familiar, but he couldn't remember why. Then he forgot the whole thing until Kettle (brand) Bakes pretzel ...

That got Mr. Tidbit fired up again: If nothing else, Kettle (brand) Bakes pretzel chips (with 1 gram of fat per 1-ounce serving) are very like Snack Factory **Pretzel Crisps** (with no fat or 1/2 gram of fat, depending on variety). Having checked his peculiar files, he now recalls the 1993 introduction of Nabisco's Mr. Phipps pretzel chips and Frito-Lay's Rold Gold ...

 310 of 331 DOCUMENTS

Copyright 2006 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**July** 13, 2006 Thursday
Metro Edition

**SECTION:** TASTE; Pg. 3T

**LENGTH:** 282 words

**HEADLINE:** tid

**BYLINE:** Al Sicherman, Staff Writer

**BODY:**

Goodbye, Mr. Phipps

When he ran into Snack Factory's new **Pretzel Crisps** ("the world's first spreadable pretzel cracker") a few months ago, Mr. Tidbit thought they seemed familiar, but he couldn't remember why. Then he forgot the whole thing until Kettle (brand) Bakes pretzel ...

That got Mr. Tidbit fired up again: If nothing else, Kettle (brand) Bakes pretzel chips (with 1 gram of fat per 1-ounce serving) are very like Snack Factory **Pretzel Crisps** (with no fat or 1/2 gram of fat, depending on variety). Having checked his peculiar files, he now recalls the 1993 introduction of Nabisco's Mr. Phipps pretzel chips and Frito-Lay's Rold Gold ...

311 of 331 DOCUMENTS

Copyright 2006 Star Tribune
All Rights Reserved
Star Tribune (Minneapolis, MN)

**July** 13, 2006 Thursday
Metro Edition

**SECTION:** TASTE; Pg. 3T

**LENGTH:** 282 words

**HEADLINE:** tidbits

**BYLINE:** Al Sicherman, Staff Writer

**BODY:**

Goodbye, Mr. Phipps

When he ran into Snack Factory's new **Pretzel Crisps** ("the world's first spreadable pretzel cracker") a few months ago, Mr. Tidbit thought they seemed familiar, but he couldn't remember why. Then he forgot the whole thing until Kettle (brand) Bakes pretzel ...

That got Mr. Tidbit fired up again: If nothing else, Kettle (brand) Bakes pretzel chips (with 1 gram of fat per 1-ounce serving) are very like Snack Factory **Pretzel Crisps** (with no fat or 1/2 gram of fat, depending on variety). Having checked his peculiar files, he now recalls the 1993 introduction of Nabisco's Mr. Phipps pretzel chips and Frito-Lay's Rold Gold ...

312 of 331 DOCUMENTS

Some 'calorie bargains' to note Buffalo News (New York) June 18, 2006 Sunday

Copyright 2006 The Buffalo News
Buffalo News (New York)

**June** 18, 2006 Sunday
FINAL EDITION

**SECTION:** SPOTLIGHT; The Diet Detective; Pg. G10

**LENGTH:** 760 words

**HEADLINE:** Some 'calorie bargains' to note

**BYLINE:** By Charles Stuart Platkin

**BODY:**

...wheat starch, which helped reduce the carbs and increase the dietary fiber.

Flavors: Cinnamon Spice, Sweet Wheat, Country White, Roasted Onion and Very Blueberry. Available at www.westernbagel.com.

* Snack Factory's **Pretzel Crisps** (1 ounce: 100 calories, 0g fat, 21g carbs, 3g protein).

My favorites are the Everything. They're low-calorie and also low in fat -- no trans or saturated -- and are a very tasty alternative to ...

 313 of 331 DOCUMENTS

Copyright 2006 The Miami Herald
All Rights Reserved

# The Miami Herald

Found on Miami•com
The Miami Herald

**June** 15, 2006 Thursday

**SECTION:** WC; Pg. 8

**LENGTH:** 873 words

**HEADLINE:** Got the munchies? Try these calorie bargains

**BODY:**

...increase the dietary fiber.

Page 203

Got the munchies? Try these caloric bargains The Miami Herald June 15, 2006 Thursday

Flavors: Cinnamon Spice, Sweet Wheat, Country White, Roasted Onion and Very Blueberry. Available at www.westernbagel.com for $3.50 per bag.

Snack Factory's **Pretzel Crisps** (1 ounce: 100 calories, 0 grams fat, 21 grams carbs, 3 grams protein).

My favorites are the Everything Chips. My family loves them -- but only as an occasional treat. ...

 314 of 331 DOCUMENTS

Copyright 2006 The Myrtle Beach Sun-News
All Rights Reserved

 **THE SUN NEWS**

Found on MyrtleBeachOnline ▸ com
The Myrtle Beach Sun-News (South Carolina)

**June** 15, 2006 Thursday

**SECTION:** Pg. 16

**LENGTH:** 875 words

**HEADLINE:** Calorie Bargains keep foods you love in diet

**BODY:**

...increase the dietary fiber.

Flavors: Cinnamon Spice, Sweet Wheat, Country White, Roasted Onion and Very Blueberry. Available at www.westernbagel.com for $3.50 per bag.

Snack Factory's **Pretzel Crisps** (1 ounce: 100 calories, 0 grams fat, 21 grams carbs, 3 grams protein)

My favorites are the Everything Chips - my family loves them (but only as an occasional treat). ...

✳ 315 of 331 DOCUMENTS

Copyright 2006 North Jersey Media Group Inc.,
All Rights Reserved
Herald News (Passaic County, NJ)

**June** 13, 2006 Tuesday
All Editions

**SECTION:** HEALTH; DIET DETECTIVE; Pg. D03

Calorie Bargains: Key to weight loss Herald News (Passaic County, NJ) June 13, 2006 Tuesday

**LENGTH:** 907 words

**HEADLINE:** Calorie Bargains: Key to weight loss

**BYLINE:** By CHARLES STUART PLATKIN, Special to the Herald News, Wire Services

**BODY:**

...increase the dietary fiber.

Flavors: Cinnamon Spice, Sweet Wheat, Country White, Roasted Onion and Very Blueberry. Available at www.westernbagel.com for $3.50 per bag.

\* Snack Factory's **Pretzel Crisps** (1 ounce: 100 calories, 0g fat, 21g carbs, 3g protein)

My favorites are the Everything. They're low-calorie and also low in fat -- no trans or saturated -- and are a very ...

 316 of 331 DOCUMENTS

Copyright 2006 Capital Gazette Communications, Inc.
All Rights Reserved
The Capital (Annapolis, MD)

**June** 11, 2006 Sunday

**SECTION:** HEALTH; Pg. F2

**LENGTH:** 823 words

**HEADLINE:** Diet detective: Calorie bargains the key to losing weight

**BYLINE:** Charles Platkin

**BODY:**

...increase the dietary fiber.

Flavors: Cinnamon Spice, Sweet Wheat, Country White, Roasted Onion and Very Blueberry. Available at www.westernbagel.com for $3.50 per bag.

Snack Factory's **Pretzel Crisps** (1 ounce: 100 calories, 0g fat, 21g carbs, 3g protein)

My favorites are the Everything. They're low-calorie and also low in fat - no trans or saturated - and are a very tasty alternative to ...

317 of 331 DOCUMENTS

Copyright 2006 Gale Group, Inc.
All Rights Reserved

IDDBA shopping list: here are some of the products that will be catching the eyes of attendees at Dairy-Deli-Bake 2006 in Orlando June 11-13; FOCUS ON FRESH Grocery Headquarters June 1, 2006

ASAP
Copyright 2006 Macfadden Communications Group LLC
Grocery Headquarters

**June** 1, 2006

**SECTION:** Pg. 51(4) Vol. 72 No. 6 ISSN: 1094-1088

**LENGTH:** 2893 words

**HEADLINE:** IDDBA shopping list: here are some of the products that will be catching the eyes of attendees at Dairy-Deli-Bake 2006 in Orlando June 11-13;
FOCUS ON FRESH

**BYLINE:** Male, Jessie

**BODY:**

...desserts designed to be quick treats on the go. Among the offeringsare Java Chip Cookies and all-natural, trans fat-free Cranberry Granola Bites. www.sugarbowlbakery.com

[ILLUSTRATION OMITTED]

41. **Pretzel Crisps** from The Snack Factory

The Snack Factory's **Pretzel Crisps** are deli style crackers that complement spreads and dips. The crisps are made with all-natural ingredients, are fat-free and contain 110 calories per serving. Varieties include original, garlic and everything. They are also available in ...

318 of 331 DOCUMENTS

Copyright 2006 Lansing State Journal
All Rights Reserved
Lansing State Journal (Michigan)

**May** 3, 2006 Wednesday

**SECTION:** NOISE; Pg. 14TAB

**LENGTH:** 309 words

**HEADLINE:** Diggin

**BODY:**

New **Pretzel Crisps** are just flat-out good

I feel like I keep writing about snack food, but honestly it's just because I keep finding these great treats. My newest obsession is **Pretzel Crisps** by The Snack Factory.

Basically they are flattened out pretzels topped with bagel-type flavoring. My favorite is the everything bag, but

there's also original and garlic. They are flat but not too airy, crispy but not too ...

...I realize that defeats the fact that they are low in calories and fat, but who cares, they're great. I found my most recent bag at Meijer for $2.99. Visit www.**pretzelcrisps**.com for more info.

- Emily Smith

Polish food in Hamtramck

Ever since leaving Brooklyn, I've craved authentic Polish food -- i.e. pierogies that don't come from a grocery store freezer.

With its ...

319 of 331 DOCUMENTS

Copyright 2006 The Houston Chronicle Publishing Company
All Rights Reserved
The Houston Chronicle

**April** 5, 2006 Wednesday
2 STAR EDITION

**SECTION:** FLAVOR; Pg. 3

**LENGTH:** 76 words

**HEADLINE:** IN THE SNACK ISLE;
Flat pretzels are full of flavor

**BYLINE:** CHICAGO TRIBUNE

**BODY:**

OK, "flattened pretzels" don't sound so appealing. But **Pretzel Crisps** from the Snack Factory delighted tasters with their tiny size and great flavor. The flat shape lets you spread toppings on them, but we thought they were great on their own, particularly the original flavor. The roasted garlic pretzels were too ...

**GRAPHIC:**

Photo: **Pretzel Crisps**
CHRIS WALKER : CHICAGO TRIBUNE

320 of 331 DOCUMENTS

Copyright 2006 The Buffalo News
Buffalo News (New York)

**March** 26, 2006 Sunday
FINAL EDITION

**SECTION:** LIFESTYLES; Pg. F3

**LENGTH:** 375 words

**HEADLINE:** Gourmandise

**BODY:**

...cakes for beginners to make, including black bottom cupcakes and a mocha fudge chip pudding cake.

-----

>Flat-out tasty

OK, "flattened pretzels" don't sound so appealing. But **Pretzel Crisps** from the Snack Factory delighted tasters with their tiny size and great flavor. The flat shape lets you spread toppings on them, but we thought they were great on their own, particularly the original flavor. The roasted garlic pretzels were too ...

321 of 331 DOCUMENTS

Copyright 2006 Fort Wayne Journal-Gazette
All Rights Reserved

# *The* Journal Gazette

Fort Wayne Journal-Gazette (Indiana)

**March** 12, 2006 Sunday

**SECTION:** D; Pg. 8

**LENGTH:** 1202 words

**HEADLINE:** Add twist to meal with pretzel dishes

**BYLINE:** Eileen Goltz, For The Journal Gazette

**BODY:**

...pretzels come in all shapes and sizes and many companies experiment with flavors. Some companies even reinvent the entire concept of the pretzel. I recently tried a new pretzel product called **Pretzel Crisps.** This amazing new snack is a cross between a pretzel and a cracker and totally delicious.

My personal favorite pretzel fact is that the term "tying the knot" has pretzel origins. In the early 1600s, when ...

 322 of 331 DOCUMENTS

Copyright 2006 Sentinel Communications Co.
Orlando Sentinel (Florida)

**March** 8, 2006 Wednesday
FINAL

**SECTION:** GOOD LIVING; FLORIDA; FRONT BURNER, express line; Pg. E7

**LENGTH:** 338 words

**HEADLINE:** Flat-out tasty

**BODY:**

OK, "flattened pretzels" don't sound so appealing. But **Pretzel Crisps** from The Snack Factory delighted tasters with their tiny size and great flavor. The flat shape lets you spread toppings on them, but we thought they were great on their own, particularly the original flavor. The roasted garlic pretzels were too ...

**GRAPHIC:**

PHOTO: These snacks are flat but their flavor isn't
**Pretzel Crisps** from The Snack Factory have a decidedly different look.
CHRIS WALKER/CHICAGO TRIBUNE
PHOTO: A learning curve is involved, but this gadget quickly deals with avocados.
CHRIS WALKER/CHICAGO TRIBUNE.
PHOTO: ...

 323 of 331 DOCUMENTS

Copyright 2006 The Wichita Eagle
All Rights Reserved



Found on WichitaEagle com
The Wichita Eagle (Kansas)

**March** 1, 2006 Wednesday

**SECTION:** D; Pg. 3

**LENGTH:** 336 words

**HEADLINE:** Toting your iPod is a cinch

Toting your iPod is a cinch The Wichita Eagle (Kansas) March 1, 2006 Wednesday

**BODY:**

...stores until April, but Tunebuckle is taking orders on its Web site, tunebuckle.com.

-- Jillian Cohan

Flat-out tasty

OK, "flattened pretzels" don't sound so appealing.

But **Pretzel Crisps** from the Snack Factory delighted tasters with their tiny size and great flavor. The flat shape lets you spread toppings on them, but we thought they were great on their own, particularly the original flavor.

The roasted garlic pretzels were too  ...



324 of 331 DOCUMENTS

Copyright 2006 Chicago Tribune Company
Chicago Tribune

**February** 22, 2006 Wednesday
North Final Edition

**SECTION:** GOOD EATING ; ZONE N;  OFF THE SHELF ; Pg. 8

**LENGTH:** 222 words

**HEADLINE:** OFF THE SHELF

**BYLINE:** By Renee Enna.

**BODY:**

...touch. The Pot Clip is $7 at The Container Store; to order by mail, visit containerstore.com.

Flat-out tasty

OK, "flattened pretzels" don't sound so appealing. But **Pretzel Crisps** from The Snack Factory delighted tasters with their tiny size (about an inch wide) and great flavor. The flat shape lets you spread toppings on them, but we thought they were great on their own, particularly the original  ...

**GRAPHIC:**

...boneless, skinless tilapia fillets deserve some attention.)

PHOTO (color): (This nifty Utensil Pot Clip from Trudeau snaps onto the rims of stockpots and saucepans to keep messy spoons in their place.)

PHOTO (color): (**Pretzel Crisps** from The Snack Factory delighted tasters with their tiny size (about an inch wide) and great flavor.) Tribune photos by Bob Fila, Michael Tercha and Chris Walker.
PHOTOS 3

 325 of 331 DOCUMENTS

Copyright 2006 McClatchy-Tribune Business News
All Rights Reserved
McClatchy-Tribune Photo Service

**February** 6, 2006 Monday

**LENGTH:** 27 words

**HEADLINE:** FOOD SHELF 3 TB

**BYLINE:** CHRIS WALKER, NewsCom, KRT

**BODY:**

**Pretzel Crisps** from The Snack Factory have great flavor despite sounding unappealing as "flattened pretzels." (Chris Walker/Chicago Tribune/KRT) Photo via NewsCom

326 of 331 DOCUMENTS

Copyright 2006 McClatchy Newspapers, Inc.
All Rights Reserved
Sacramento Bee (California)

**January** 25, 2006 Wednesday
METRO FINAL EDITION

**SECTION:** TASTE; Pg. F1

**LENGTH:** 1305 words

**HEADLINE:** Salt, ginger provide spice to trendy food show

**BYLINE:** Gwen Schoen Bee Food Writer

**BODY:**

...gardens, he created a combination hot sauce and garden spray. It comes with a pump spray cap that evenly disperses hot sauce on food - or your garden (www.davesgourmet.com).

**Pretzel Crisps**

After tasting goat's milk ice cream and Dave's Insanity sauce, the **Pretzel Crisp** booth was a welcome stop. **Pretzel Crisps** are made by The Snack Factory and basically are flat pretzels that you eat like a cracker. The idea is that they are more healthful than a traditional cracker because they are fat-free and have just 110 calories per serving. They are also low in salt.

Salt, ginger provide spice to trendy food show Sacramento Bee (California) January 25, 2006 Wednesday

**Pretzel Crisps** are perfect for spreading with cream cheese, which sort of defeats the healthful theme, but they also taste great with cheese, fat-free dips and hummus.

**Pretzel Crisps** come in a traditional pretzel flavor, garlic and one called "everything," which is sesame seed and garlic (www.**PretzelCrisps**.com).

Fudge Is My Life

Is there such a thing as too much fudge? Well, no. Fudge Is My Life makes bold sauces - and by that we mean dense, rich and thick - for true chocoholics. They are made ...

327 of 331 DOCUMENTS

Copyright 2005 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire

**December** 12, 2005 Monday 10:07 AM GMT

**LENGTH:** 411 words

**HEADLINE:** A Spreadable Pretzel Cracker Has Been Introduced as a Healthy Alternative to Fattening Crackers and Potato Chips

**DATELINE:** PRINCETON, N.J. Dec. 12

**BODY:**

...NYFNSU02 )

Consumers can easily scoop a variety of dips, from guacamole to peanut butter! People today are searching for healthier snack foods that taste good, mirroring the foods they love but should not have. **Pretzel Crisps**(R) does just that! Warren and Sara Wilson, entrepreneurial husband and wife team tested the idea in their own kitchen before bringing it to their bakery.

"They taste great without the calories and fat content of potato chips or a butter-filled crackers," says Warren Wilson, president of Snack Factory, Inc. See http://www.**pretzelcrisps**.com/ for more information.

These new crisps have recently won several Kosher and Gourmet awards and boast a healthier lifestyle. **Pretzel Crisps**(R) are oven baked and made with all natural ingredients, fat-free and only 110 calories per serving. The new Crisps are also being well received within the health and fitness industry; personal trainers and ...

...former creators and owners of The NY Style Bagel Chip Company. The Wilson's also founded the Funnel Cake Factory, Inc., served in every major theme park across America. In addition to launching **Pretzel Crisps**, their popularity is soaring due to their well-known Licensed NFL Football banks, Sports banks, Coke banks and the famous 'Elvis' Popcorn Guitar Banks, also selling in thousands of stores nationwide.

Offering something for everyone, the Crisps come in three delectable flavors; Original, Garlic and Everything. Once you try one ... you will want to try all three! The six-ounce **Pretzel Crisps**(R) come in a resealable 'Stay- Fresh' zipper pouch, perfect for anyone on the go. They have an SRP of $2.99 and are shipping to various grocery stores (i.e.

A Spreadable Pretzel Cracker Has Been Introduced as a Healthy Alternative to Fattening Crackers and Potato Chips PR
Newswire December 12, 2005 Monday 10:07 AM GMT

Publix, Safeway, Jewel, Weis, ACME, Topps. Shoprite, Kingsoopers, Kroger and Albertsons), MMR (i.e. Costco
Stores) and selected airlines, as well as online at http://www.**pretzelcrisps**.com/ .

CONTACT: Yanick Dalhouse for Snack Factory, Inc., +1-847-625-1110

Web site: http://www.**pretzelcrisps**.com/

SOURCE Snack Factory, Inc.

328 of 331 DOCUMENTS

Copyright 2005 Stagnito Media Food Group
All Rights Reserved
Progressive Grocer

**December 1, 2005**

**LENGTH:** 108 words

**BODY:**

Pretzel logic

Healthier noshing is more possible than ever with **Pretzel Crisps** from the Snack Factory, Inc. Billed as "the first
and only spreadable pretzel cracker," the ultra-thin, all-natural, oven-baked, trans-fat-free crisps are perfect for scooping
up hummus, spreads, or dips, according to the Princeton, N.J.-based company. They're also just 100 calories per
serving. **Pretzel Crisps** come in Original, Garlic, and Everything varieties and retail for a suggested $2.99 per six-ounce
resealable zipper pouch. Get more information by calling president Warren ...

www.**pretzelcrisps**.com.

329 of 331 DOCUMENTS

Copyright 2005 Bristol United Press
All Rights Reserved
Bristol Evening Post

**November 22, 2005 Tuesday**

**SECTION:** Pg. 7

**LENGTH:** 607 words

**HEADLINE:** Peanut allergy? You can't fly with us

**BODY:**

...food allergies.

Page 213

Peanut allergy? You can't fly with us Bristol Evening Post November 22, 2005 Tuesday

British Airways spokeswoman Roseanne Crossey said: "Our policy is that we do not have peanuts on board.

"We took them off a couple of years ago because of allergies, as it can get into the air. We do serve **pretzels and crisps**."

Virgin Atlantic spokeswoman Charlotte Tidball said: "We do not have peanuts as a snack on board in economy class, only in upper class.

"It would then be down to a passenger travelling in  ...

## 330 of 331 DOCUMENTS

Copyright 2005 American Broadcasting Companies, Inc.
ABC News Transcripts

**SHOW:** GOOD MORNING AMERICA (07:00 AM ET) - ABC

**July** 12, 2005 Tuesday

**LENGTH:** 1813 words

**HEADLINE:** FANCY FOOD SHOW NEW FOOD FINDS

**BODY:**

...Off Camera) Now, this is for you. I hope you like this. You're our cracker lady.

DIANE SAWYER

(Off Camera) Every year she (inaudible).

SARA MOULTON

(Off Camera) Or our crisp lady. These are pretzel snacks. **Pretzel crisps.** Sort of like a -bagel crisp. Do you want to try one?

DIANE SAWYER

(Off Camera) Yeah, I do.

SARA MOULTON

(Off Camera) And they have -three different flavors. You use them like crackers.

DIANE  ...

## 331 of 331 DOCUMENTS

Copyright 2005 Gale Group, Inc.
All Rights Reserved
ASAP

Perimeter opportunities: here's a shopping list of hot products to be found on the show floor at IDDBA's Dairy-Deli-Bake 2005 in Minneapolis this month. Grocery Headquarters June 1, 2005

Copyright 2005 Macfadden Communications Group LLC
Grocery Headquarters

**June** 1, 2005

**SECTION:** Pg. 61(6) Vol. 71 No. 6 ISSN: 1094-1088

**LENGTH:** 3910 words

**HEADLINE:** Perimeter opportunities: here's a shopping list of hot products to be found on the show floor at IDDBA's Dairy-Deli-Bake 2005 in Minneapolis this month.

**BYLINE:** Palazzo, Suzanne Vita

**BODY:**

...base keep food out of juices for a fresh, appealing presentation. The new wide panel dome provides great visibility for purchasing appeal. www.alcoa.com/reynoldsfoodpackaging

14. **Pretzel Crisps** from Snack Factory

Snack Factory has introduced **Pretzel Crisps**, a spreadable pretzel cracker that's trans-fat-free and all natural. Available in 6-ounce resealable stand-up pouches in Original, Garlic and Everything flavors, the product comes in 12-count display cartons and 80-count floor shipper displays. Free sampling crisps are available with each order. www.**pretzelcrisps**.com

15. Sauces and gravies from Nestle FoodServices

Minor's Latin Style Barbeque and Ranchero Style Ready-to-Use sauces are perfect for custom spreads, while Chef-mate Country Gravies have the roasted ...