# EXHIBIT 2

## Part 5



**User Name:** T8PVBDU

**Date and Time:** Monday, October 22, 2018 11:56:00 AM EDT

**Job Number:** 75985213

## Documents (50)

1. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   | --- | --- |
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   | --- | --- |
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   | --- | --- |
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   | --- | --- |
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

6. Snack Factory tortilla chips.(NEW Products)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. Apple pecan turkey or chicken salad MEAL OF THE WEEK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. MEAL OF THE WEEK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. MEAL OF THE WEEK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

12. MEAL OF THE WEEK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

13. MEAL OF THE WEEK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

14. MEAL OF THE WEEK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

15. MEAL OF THE WEEK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

16. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

17. North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. Snyders-Lance Announces Divestiture of Diamond of California Culinary Nut Business

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. Snyder's-Lance Announces Divestiture of Diamond of California® Culinary Nut Business

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. Governor, Office of: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. Press Release: Snyder's-Lance Announces Divestiture of Diamond of California(R) Culinary Nut Business

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. Snyder's-Lance to Add 100 Jobs in Mecklenburg County

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. Snyder's-Lance to Add 100 Jobs in Mecklenburg County Snack Foods Leader Will Invest $38 Million in Expanding Two Charlotte Sites

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. SNYDER'S-LANCE TO ADD 100 JOBS IN MECKLENBURG COUNTY SNACK FOODS LEADER WILL INVEST $38 MILLION IN EXPANDING TWO CHARLOTTE SITES

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. SNYDER'S-LANCE TO ADD 100 JOBS IN MECKLENBURG COUNTY SNACK FOODS LEADER WILL INVEST $38 MILLION IN EXPANDING TWO CHARLOTTE SITES

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. Junior Bake Off - 07:30 AM GMT

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. Junior Bake Off - 07:32 AM GMT

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

28. Junior Bake Off - 07:33 AM GMT

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

29. Junior Bake Off - 07:38 AM GMT

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. Junior Bake Off - 07:40 AM GMT

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. Junior Bake Off - 07:40 AM GMT

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. Ono local recipes celebrate 125 years

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. Q3 2016 Snyder'sLance Inc Earnings Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

34. *Snyders-Lance 3Q EPS 30c >LNCE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

35. Snyder's-Lance, Inc. Reports Results for Third Quarter of Fiscal 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. Snyder's-Lance Declares Regular Quarterly Dividend

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Press Release: Snyder's-Lance Declares Regular Quarterly Dividend

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. What Makes a Sandwich a Sandwich? Lance® Weighs in on Debate for National Sandwich Day on Nov. 3;Celebrates holiday with sandwich expert and FREE sandwich crackers

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. Olomomo Nut Company Be Nutty! Be Good! Be Adventurous!

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

40. Olomomo Nut Company - Be Nutty! Be Good! Be Adventurous!

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|

41. Olomomo Nut Company - Be Nutty! Be Good! Be Adventurous!

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

42. Press Release: Snyder's-Lance to Report Third Quarter Results on November 7, 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

43. Snyder's-Lance to Report Third Quarter Results on November 7, 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

44. A twist on tortilla chips;IN THE AISLES

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

45. FDA Enforcement Report: Snack Factory , Pretzel Crisps Original, UPC 049508006008, 7.2 oz (204g).

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. FDA Enforcement Report: Snack Factory, Pretzel Crisps Srircha Lime, UPC 049508006060, 7.2 oz(204g).

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

47. Snyders-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. Press Release: Snyder's-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Snyder's-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. Stocking Your Pantry for Simple Meal Planning

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

December 2, 2016 Friday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 641 words

**Dateline:** New York

## Body

Raleigh: The Department of Commerce, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** December 2, 2016

---

End of Document

# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

December 1, 2016 Thursday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 654 words

**Dateline:** New York

## Body

Raleigh: The Office of the Governor, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** December 1, 2016

End of Document

# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

December 1, 2016 Thursday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 641 words

**Dateline:** New York

## Body

Raleigh: The Department of Commerce, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** December 1, 2016

End of Document



# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

December 1, 2016 Thursday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved

**Plus Media Solutions**

**Length:** 654 words

**Dateline:** New York

## Body

Raleigh: The Office of the Governor, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** December 2, 2016

End of Document

# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

December 1, 2016 Thursday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 641 words

**Dateline:** New York

## Body

Raleigh: The Department of Commerce, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** December 2, 2016

End of Document



# Snack Factory tortilla chips.(NEW Products)

Snack Food & Wholesale Bakery

December 1, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2016 BNP Media

**Section:** Pg. 23; Vol. 105; No. 12; ISSN: 1096-4835

**Length:** 101 words

# Body

Company: Snyder's-Lance

Website: snackfactory.com

Introduced: May 2016

Distribution: National

Suggested Retail Price: $3.29 for a 7-8 oz. bag

Product Snapshot: Snack Factory, maker of **Pretzel Crisps** and a Snyder's-Lance brand, has reimagined the tortilla chip with the introduction of Snack Factory Tortilla Chips. Made from non-GMO ingredients, the tortilla chips deliver a modern take on an ancient favorite. Thinner and crispier than regular tortilla chips, the uniquely-shaped snack delivers a satisfying crunch, while holding up to hearty dips and toppings. Available flavors are Sea Salt and Garlic Hummus.

**Load-Date:** March 22, 2017

End of Document



# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

November 30, 2016 Wednesday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 641 words

**Dateline:** New York

## Body

Raleigh: The Department of Commerce, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 30, 2016

End of Document



# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

November 30, 2016 Wednesday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 654 words

**Dateline:** New York

## Body

Raleigh: The Office of the Governor, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 30, 2016

End of Document



# Apple pecan turkey or chicken salad MEAL OF THE WEEK

Grand Rapid Press (Michigan)

November 29, 2016 Tuesday

Copyright 2016 Grand Rapids Press All Rights Reserved

**Section:** BUSINESS; Pg. C2

**Length:** 261 words

## Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document

# MEAL OF THE WEEK

Saginaw News (Michigan)

November 29, 2016 Tuesday

Copyright 2016 Saginaw News All Rights Reserved

**Section:** NEWS; Pg. C2

**Length:** 261 words

## Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document



# MEAL OF THE WEEK

Jackson Citizen Patriot (Michigan)

November 29, 2016 Tuesday

Copyright 2016 The Republican Company, Springfield, MA. All Rights Reserved

**Section:** NEWS; Pg. C2

**Length:** 261 words

## Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document



# MEAL OF THE WEEK

Kalamazoo Gazette (Michigan)

November 29, 2016 Tuesday

Copyright 2016 Kalamazoo Gazette All Rights Reserved

**Section:** NEWS; Pg. C2

**Length:** 261 words

# Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document



# MEAL OF THE WEEK

Bay City Times (Michigan)

November 29, 2016 Tuesday

Copyright 2016 Bay City Times All Rights Reserved

**Section:** BUSINESS; Pg. C2

**Length:** 261 words

## Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document



# MEAL OF THE WEEK

Flint Journal (Michigan)

November 29, 2016 Tuesday

Copyright 2016 Flint Journal All Rights Reserved

**Section:** NEWS; Pg. C2

**Length:** 261 words

## Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document



# MEAL OF THE WEEK

Muskegon Chronicle (Michigan)

November 29, 2016 Tuesday

Copyright 2016 Muskegon Chronicle All Rights Reserved

**Section:** NEWS; Pg. C2

**Length:** 261 words

## Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document

# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

November 29, 2016 Tuesday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 641 words

**Dateline:** New York

## Body

Raleigh: The Department of Commerce, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 29, 2016

End of Document

# North Carolina: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

US Official News

November 29, 2016 Tuesday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 654 words

**Dateline:** New York

## Body

Raleigh: The Office of the Governor, North Carolina has isasued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 29, 2016

---

End of Document

# Snyders-Lance Announces Divestiture of Diamond of California Culinary Nut Business

Financial Services Monitor Worldwide

November 29, 2016 Tuesday

Copyright 2016 Global Data Point Provided by Syndigate Media Inc. *(Syndigate.info)* All Rights Reserved



**Length:** 1650 words

## Body

(GlobeNewswire) - Snyders-Lance, Inc. (NASDAQ:LNCE) announced today that the Company has signed a definitive agreement to sell its Diamond of California culinary nut business to Blue Road Capital. The sale of Diamond of California aligns with the Companys strategy to focus more resources on the growth opportunities for its core brands. The transaction reflects the Companys commitment to improving capital efficiency and is anticipated to be accretive to both returns on invested capital and operating margins. In agreement with the buyer, specific terms of the transaction have not been disclosed. The Company expects the transaction to close around year-end 2016.

This strategic transaction will allow us to concentrate on our core business of providing our consumers and retail partners with our premium portfolio of snack brands focused on better ingredients, quality and taste, said Carl E. Lee, Jr., President and Chief Executive Officer at Snyders-Lance. Diamond of California is a leader in culinary nuts with a bright future, and should benefit from Blue Road Capitals expertise, strategic assets and prior investments in the category. This is truly a beneficial transaction for both parties and will be a positive for our employees in Stockton, CA. Id like to thank the team for their hard work and dedication that helped to build the Diamond of California brand, and we wish them continued success.

Snyders-Lance entered the culinary nuts business as a result of the Companys acquisition of Diamond Foods, Inc. in February 2016. The Diamond of California nut business is operated from the Companys Stockton, CA facility, and net revenue in the third quarter of 2016 was $42.9 million.

The Company is tracking ahead of its stated goals to reduce leverage to less than 4.0x by the end of 2016 and 3.0x by the close of 2017. The sale of Diamond of California will expedite the Companys plans to reduce leverage. In addition, this transaction provides incremental balance sheet flexibility to execute on the Companys strategic priorities as opportunities arise.

Given the anticipated timing of the transaction, the divestiture of Diamond of California is not expected to materially impact the Companys full-year 2016 outlook(1). As such, the Company is reaffirming its previously stated full-year 2016 outlook for net revenue, earnings per share excluding special items(2), and adjusted EBITDA(2). The Company believes this transaction could have a material impact on its GAAP financial statements.

Wells Fargo Securities, LLC acted as exclusive financial advisor and Troutman Sanders LLP acted as legal counsel to Snyders-Lance in connection with this transaction.

(1) Full-year 2016 GAAP guidance are not provided in this release due to the likely occurrence of one or more of the following items where the Company is unable to reliably forecast the timing and magnitude: Continued transaction and integration related costs associated with the acquisition of Diamond Foods, other potential transactions and their related costs, settlements of contingent liabilities, possible gains or losses on the sale of businesses or other assets, restructuring costs, impairment charges, and the income tax effects of these.(2) Descriptions of measures excluding special items are provided in Use and Definition of Non-GAAP Measures.

Conference Call and WebcastManagement will host a conference call today, Monday November 28, 2016, at 5:00 p.m. ET, to discuss the Diamond of California transaction. The conference call will be webcast live through the Investor Relations section of the Snyder`s-Lance website at www.snyderslance.com . To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 28317249. A continuous telephone replay of the call will be available until December 4. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 28317249. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyders-Lance, Inc.Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder`s of Hanover, Lance, Kettle Brand, KETTLE Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers! , Tom`s, Archway, Jays, Stella D`oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company`s corporate web site: www.snyderslance.com . LNCE-EUse and Definition of Non-GAAP Measures Snyders-Lances management uses non-GAAP financial measures to evaluate our operating performance and to facilitate a comparison of the Companys operating performance on a consistent basis and to provide measures that, when viewed in combination with its results prepared in accordance with GAAP, allow for a more complete understanding of factors and trends affecting the Companys business than GAAP measures alone. The non-GAAP measures and related comparisons should be considered in addition to, not as a substitute for, our GAAP disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Our management believes these non-GAAP measures are useful for providing increased transparency and assisting investors in understanding our ongoing operating performance.

Operating Income, Excluding Special ItemsOperating Income, excluding special items, is provided because Snyders-Lance believes it is useful information for understanding our results by improving the comparability of our results. Additionally, operating income, excluding special items, provides transparent and useful information to management, investors, analysts and other parties in evaluating and assessing the Companys primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Operating Income, excluding special items, is one of the measures management uses for planning and budgeting, monitoring and evaluating financial and operating results, and in the analysis of ongoing operating trends.

Net Income, Earnings per Share and Effective Income Tax Rate, Excluding Special ItemsNet income, earnings per share, and the effective income tax rate, excluding special items, are metrics provided to present the reader with the after-tax impact of operating income, excluding special items, in order to improve the comparability and understanding of the related GAAP measures. Net income, earnings per share, and the effective income tax rate, excluding special items, provide transparent and useful information to management, investors, analysts and other parties in evaluating and assessing our primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Net income, earnings per share, and the effective income tax rate, excluding special items, are measures management uses for planning and budgeting, monitoring and evaluating financial and operating results.

Adjusted EBITDASnyders-Lance defines adjusted EBITDA as earnings before interest expense, income taxes, depreciation and amortization (EBITDA), further adjusted to exclude restructuring or transaction related expenses, and other non-cash or non-operating items as well as any other unusual items that impact the comparability of our financial information.

Management uses adjusted EBITDAas a key metric in the evaluation of underlying Company performance, in making financial, operating and planning decisions. The Company believes this measure is useful to investors because it increases transparency and assists investors in understanding the underlying performance of the Company and in the analysis of ongoing operating trends. Additionally, Snyders-Lance believes adjusted EBITDA is frequently used by analysts, investors and other interested parties in their evaluation of companies, many of which present an adjusted EBITDA measure when reporting their results. The Company has historically reported adjusted EBITDA to analysts and investors and believes that its continued inclusion provides consistency in financial reporting and enables analysts and investors to perform meaningful comparisons of past, present and future operating results.

Adjusted EBITDA should not be considered as an alternative to net income, determined in accordance with Generally Accepted Accounting Principles (GAAP), as an indicator of the Companys operating performance, as an indicator of cash flows, or as a measure of liquidity. While EBITDA and adjusted EBITDA and similar measures are frequently used as measures of operations and the ability to meet debt service requirements, they are not necessarily comparable to other similarly titled captions of other companies due to the potential inconsistencies in the method of calculation.

Cautionary Information about Forward Looking StatementsThis press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Companys current expectations and assumptions, which are subjec 2016 Global Data Point.

**Load-Date:** November 29, 2016

End of Document



# Snyder's-Lance Announces Divestiture of Diamond of California® Culinary Nut Business

Financial Buzz

November 29, 2016 Tuesday 2:34 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 2131 words

# Body

Nov 29, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex)  Company reaffirms full-year 2016 outlookConference call scheduled for 5:00 p.m. ET today to discuss the transactionCHARLOTTE, N.C., Nov. 28, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (NASDAQ:LNCE) announced today that the Company has signed a definitive agreement to sell its Diamond of California® culinary nut business to Blue Road Capital. The sale of Diamond of California® aligns with the Company's strategy to focus more resources on the growth opportunities for its core brands.

The transaction reflects the Company's commitment to improving capital efficiency and is anticipated to be accretive to both returns on invested capital and operating margins. In agreement with the buyer, specific terms of the transaction have not been disclosed. The Company expects the transaction to close around year-end 2016. 'This strategic transaction will allow us to concentrate on our core business of providing our consumers and retail partners with our premium portfolio of snack brands focused on better ingredients, quality and taste,' said Carl E. Lee, Jr., President and Chief Executive Officer at Snyder's-Lance. 'Diamond of California® is a leader in culinary nuts with a bright future, and should benefit from Blue Road Capital's expertise, strategic assets and prior investments in the category. This is truly a beneficial transaction for both parties and will be a positive for our employees in Stockton, CA. I'd like to thank the team for their hard work and dedication that helped to build the Diamond of California® brand, and we wish them continued success.'  Snyder's-Lance entered the culinary nuts business as a result of the Company's acquisition of Diamond Foods, Inc. in February 2016. The Diamond of California® nut business is operated from the Company's Stockton, CA facility, and net revenue in the third quarter of 2016 was $42.9 million.  The Company is tracking ahead of its stated goals to reduce leverage to less than 4.0x by the end of 2016 and 3.0x by the close of 2017. The sale of Diamond of California® will expedite the Company's plans to reduce leverage. In addition, this transaction provides incremental balance sheet flexibility to execute on the Company's strategic priorities as opportunities arise.  Given the anticipated timing of the transaction, the divestiture of Diamond of California® is not expected to materially impact the Company's full-year 2016 outlook(1). As such, the Company is reaffirming its previously stated full-year 2016 outlook for net revenue, earnings per share excluding special items(2), and adjusted EBITDA(2). The Company believes this transaction could have a material impact on its GAAP financial statements. Wells Fargo Securities, LLC acted as exclusive financial advisor and Troutman Sanders LLP acted as legal counsel to Snyder's-Lance in connection with this transaction.  (1) Full-year 2016 GAAP guidance are not provided in this release due to the likely occurrence of one or more of the following items where the Company is unable to reliably forecast the timing and magnitude: Continued transaction and integration related costs associated with the acquisition of Diamond Foods, other potential transactions and their related costs, settlements of contingent liabilities, possible gains or losses on the sale of businesses or other assets, restructuring costs, impairment charges, and the income tax effects of these. (2) Descriptions of measures excluding special items are provided in 'Use and Definition of Non-GAAP Measures'. Conference Call and Webcast Management will host a conference call today, Monday November 28, 2016, at 5:00 p.m. ET, to discuss the Diamond of California® transaction. The conference call will be webcast live through the Investor Relations section of the Snyder's-Lance website at www.snyderslance.com[1]. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is

28317249. A continuous telephone replay of the call will be available until December 4. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 28317249. Investors may also access a web-based replay of the conference call at www.snyderslance.com[2]. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers! ®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com[3]. LNCE-EUse and Definition of Non-GAAP Measures Snyder's-Lance's management uses non-GAAP financial measures to evaluate our operating performance and to facilitate a comparison of the Company's operating performance on a consistent basis and to provide measures that, when viewed in combination with its results prepared in accordance with GAAP, allow for a more complete understanding of factors and trends affecting the Company's business than GAAP measures alone. The non-GAAP measures and related comparisons should be considered in addition to, not as a substitute for, our GAAP disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Our management believes these non-GAAP measures are useful for providing increased transparency and assisting investors in understanding our ongoing operating performance. Operating Income, Excluding Special Items Operating Income, excluding special items, is provided because Snyder's-Lance believes it is useful information for understanding our results by improving the comparability of our results. Additionally, operating income, excluding special items, provides transparent and useful information to management, investors, analysts and other parties in evaluating and assessing the Company's primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Operating Income, excluding special items, is one of the measures management uses for planning and budgeting, monitoring and evaluating financial and operating results, and in the analysis of ongoing operating trends. Net Income, Earnings per Share and Effective Income Tax Rate, Excluding Special Items Net income, earnings per share, and the effective income tax rate, excluding special items, are metrics provided to present the reader with the after-tax impact of operating income, excluding special items, in order to improve the comparability and understanding of the related GAAP measures. Net income, earnings per share, and the effective income tax rate, excluding special items, provide transparent and useful information to management, investors, analysts and other parties in evaluating and assessing our primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Net income, earnings per share, and the effective income tax rate, excluding special items, are measures management uses for planning and budgeting, monitoring and evaluating financial and operating results. Adjusted EBITDA Snyder's-Lance defines adjusted EBITDA as earnings before interest expense, income taxes, depreciation and amortization ('EBITDA'), further adjusted to exclude restructuring or transaction related expenses, and other non-cash or non-operating items as well as any other unusual items that impact the comparability of our financial information. Management uses adjusted EBITDA as a key metric in the evaluation of underlying Company performance, in making financial, operating and planning decisions. The Company believes this measure is useful to investors because it increases transparency and assists investors in understanding the underlying performance of the Company and in the analysis of ongoing operating trends. Additionally, Snyder's-Lance believes adjusted EBITDA is frequently used by analysts, investors and other interested parties in their evaluation of companies, many of which present an adjusted EBITDA measure when reporting their results. The Company has historically reported adjusted EBITDA to analysts and investors and believes that its continued inclusion provides consistency in financial reporting and enables analysts and investors to perform meaningful comparisons of past, present and future operating results. Adjusted EBITDA should not be considered as an alternative to net income, determined in accordance with Generally Accepted Accounting Principles ('GAAP'), as an indicator of the Company's operating performance, as an indicator of cash flows, or as a measure of liquidity. While EBITDA and adjusted EBITDA and similar measures are frequently used as measures of operations and the ability to meet debt service requirements, they are not necessarily comparable to other similarly titled captions of other companies due to the potential inconsistencies in the method of calculation. Cautionary

Information about Forward Looking Statements This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission. Investor Contact Kevin Powers, Senior Director, Investor Relations Kpowers@snyderslance.com, (704) 557-8279 Media Contact Joey Shevlin, Director, Corporate Communications ...blic Affairs JShevlin@snyderslance.com, (704) 557-8850; https://www.globenewswire.com/NewsRoom/AttachmentNg/3f45292f-225b-4ce6-ba48-db6c6fb8d250 [ 1]: https://www.globenewswire.com/Tracker?data=OhMDX3-IPBPRqW36mBVxgydyfN7rq3Y3FzoAEcLPyVxV8LfTi8WYacAXpPhDcjoeuoGNdPIrBXJTSshBjlvP6r4Xg2hHQkZiT BOFUaiQU-c= [ 2]: https://www.globenewswire.com/Tracker?data=OhMDX3-IPBPRqW36mBVxgyuLfPc7nSFZNviVb7DrpR8HhnEhZUwFrR4Xnn90gCb4CjBbXtago0uqfbjkCBcMYDVegjYxgCZ 51LjwRpxd_VY= [ 3]: https://www.globenewswire.com/Tracker?data=OhMDX3-IPBPRqW36mBVxgy_smRoJTfk-Jm5SAd4rwuW726kMUtN2WE4xR_UlrYvwWL8w4A4X6UCsn6wZ1QQQIucf6M1Et5Z7tHTAD7rtNUI=

**Load-Date:** November 29, 2016

---

End of Document



# Governor, Office of: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

ForeignAffairs.co.nz

November 28, 2016

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2016. Multimedia Investments Ltd. All rights reserved.

**ForeignAffairs**
global open source intelligence

**Length:** 621 words

## Body

MIL OSI USA -

Source: US State of North Carolina - Press Release/Statement:

Headline: Governor, Office of: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyders-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility. Snyders-Lance is a leading name in North Carolinas food manufacturing industry and a prominent corporate headquarters, said Governor McCrory.

North Carolinas talented workforce and competitive business climate will support the expansion of this international snack food provider. Snyders-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyders of Hanover, Lance, Kettle Brand, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyders of Hanover. Snyders-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina. You cant beat made in North Carolina products that are tasty snacks, said Secretary Skvarla. Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player. Synders-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The companys expansion will add more than $4.3 million in annual payroll impact to the local economy. Snyders-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company, said Carl Lee, President and Chief Executive Officer. North Carolina is a great place to do business and we appreciate the support of our city, county and state partners. The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money

up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolinas economy has generated more than 300,000 net new jobs.

Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations, said N.C. Senator Bob Rucho. I look forward to supporting this important expansion by Snyders-Lance. Snyders-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century, said N.C. Representative Scott Stone. I commend Snyders-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company. Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyders-Lances expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

# Notes

PUBLISHER: Multimedia Investments Ltd

**Load-Date:** November 29, 2016

End of Document



# Press Release: Snyder's-Lance Announces Divestiture of Diamond of California(R) Culinary Nut Business

Dow Jones Institutional News

November 28, 2016 Monday 9:30 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 2158 words

## Body

Snyder's-Lance Announces Divestiture of Diamond of California(R) Culinary Nut Business

```
-- Company reaffirms full-year 2016 outlook

-- Conference call scheduled for 5:00 p.m. ET today to discuss the
   transaction
```

CHARLOTTE, N.C., Nov. 28, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (NASDAQ:LNCE) announced today that the Company has signed a definitive agreement to sell its Diamond of California(R) culinary nut business to Blue Road Capital. The sale of Diamond of California(R) aligns with the Company's strategy to focus more resources on the growth opportunities for its core brands. The transaction reflects the Company's commitment to improving capital efficiency and is anticipated to be accretive to both returns on invested capital and operating margins. In agreement with the buyer, specific terms of the transaction have not been disclosed. The Company expects the transaction to close around year-end 2016.

"This strategic transaction will allow us to concentrate on our core business of providing our consumers and retail partners with our premium portfolio of snack brands focused on better ingredients, quality and taste," said Carl E. Lee, Jr., President and Chief Executive Officer at Snyder's-Lance. "Diamond of California(R) is a leader in culinary nuts with a bright future, and should benefit from Blue Road Capital's expertise, strategic assets and prior investments in the category. This is truly a beneficial transaction for both parties and will be a positive for our employees in Stockton, CA. I'd like to thank the team for their hard work and dedication that helped to build the Diamond of California(R) brand, and we wish them continued success."

Snyder's-Lance entered the culinary nuts business as a result of the Company's acquisition of Diamond Foods, Inc. in February 2016. The Diamond of California(R) nut business is operated from the Company's Stockton, CA facility, and net revenue in the third quarter of 2016 was $42.9 million.

The Company is tracking ahead of its stated goals to reduce leverage to less than 4.0x by the end of 2016 and 3.0x by the close of 2017. The sale of Diamond of California(R) will expedite the Company's plans to reduce leverage. In

addition, this transaction provides incremental balance sheet flexibility to execute on the Company's strategic priorities as opportunities arise.

Given the anticipated timing of the transaction, the divestiture of Diamond of California(R) is not expected to materially impact the Company's full-year 2016 outlook(1) . As such, the Company is reaffirming its previously stated full-year 2016 outlook for net revenue, earnings per share excluding special items(2) , and adjusted EBITDA(2) . The Company believes this transaction could have a material impact on its GAAP financial statements.

Wells Fargo Securities, LLC acted as exclusive financial advisor and Troutman Sanders LLP acted as legal counsel to Snyder's-Lance in connection with this transaction.

(1) Full-year 2016 GAAP guidance are not provided in this release due to the likely occurrence of one or more of the following items where the Company is unable to reliably forecast the timing and magnitude: Continued transaction and integration related costs associated with the acquisition of Diamond Foods, other potential transactions and their related costs, settlements of contingent liabilities, possible gains or losses on the sale of businesses or other assets, restructuring costs, impairment charges, and the income tax effects of these.

(2) Descriptions of measures excluding special items are provided in "Use and Definition of Non-GAAP Measures".

Conference Call and Webcast

Management will host a conference call today, Monday November 28, 2016, at 5:00 p.m. ET, to discuss the Diamond of California(R) transaction. The conference call will be webcast live through the Investor Relations section of the Snyder's-Lance website at  www.snyderslance.com . To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 28317249. A continuous telephone replay of the call will be available until December 4. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 28317249. Investors may also access a web-based replay of the conference call at      www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R) , Lance(R) , Kettle Brand(R) , KETTLE(R) Chips, Cape Cod(R) , Snack Factory(R) **Pretzel Crisps**(R) , Pop Secret(R) , Emerald(R) , Diamond of California(R) , Late July(R) , Krunchers! (R) , Tom's(R) , Archway(R) , Jays(R) , Stella D'oro(R) , Eatsmart Snacks(TM), O-Ke-Doke(R) , and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site:  www.snyderslance.com . LNCE-E

Use and Definition of Non-GAAP Measures

Snyder's-Lance's management uses non-GAAP financial measures to evaluate our operating performance and to facilitate a comparison of the Company's operating performance on a consistent basis and to provide measures that, when viewed in combination with its results prepared in accordance with GAAP, allow for a more complete understanding of factors and trends affecting the Company's business than GAAP measures alone. The non-GAAP measures and related comparisons should be considered in addition to, not as a substitute for, our GAAP disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Our management believes these non-GAAP measures are useful for providing increased transparency and assisting investors in understanding our ongoing operating performance.

Operating Income, Excluding Special Items

Operating Income, excluding special items, is provided because Snyder's-Lance believes it is useful information for understanding our results by improving the comparability of our results. Additionally, operating income, excluding special items, provides transparent and useful information to management, investors, analysts and other parties in evaluating and assessing the Company's primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Operating Income, excluding special items, is one of the measures management uses for planning and budgeting, monitoring and evaluating financial and operating results, and in the analysis of ongoing operating trends.

Net Income, Earnings per Share and Effective Income Tax Rate, Excluding Special Items

Net income, earnings per share, and the effective income tax rate, excluding special items, are metrics provided to present the reader with the after-tax impact of operating income, excluding special items, in order to improve the comparability and understanding of the related GAAP measures. Net income, earnings per share, and the effective income tax rate, excluding special items, provide transparent and useful information to management, investors, analysts and other parties in evaluating and assessing our primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Net income, earnings per share, and the effective income tax rate, excluding special items, are measures management uses for planning and budgeting, monitoring and evaluating financial and operating results.

Adjusted EBITDA

Snyder's-Lance defines adjusted EBITDA as earnings before interest expense, income taxes, depreciation and amortization ("EBITDA"), further adjusted to exclude restructuring or transaction related expenses, and other non-cash or non-operating items as well as any other unusual items that impact the comparability of our financial information.

Management uses adjusted EBITDA as a key metric in the evaluation of underlying Company performance, in making financial, operating and planning decisions. The Company believes this measure is useful to investors because it increases transparency and assists investors in understanding the underlying performance of the Company and in the analysis of ongoing operating trends. Additionally, Snyder's-Lance believes adjusted EBITDA is frequently used by analysts, investors and other interested parties in their evaluation of companies, many of which present an adjusted EBITDA measure when reporting their results. The Company has historically reported adjusted EBITDA to analysts and investors and believes that its continued inclusion provides consistency in financial reporting and enables analysts and investors to perform meaningful comparisons of past, present and future operating results.

Adjusted EBITDA should not be considered as an alternative to net income, determined in accordance with Generally Accepted Accounting Principles ("GAAP"), as an indicator of the Company's operating performance, as an indicator of cash flows, or as a measure of liquidity. While EBITDA and adjusted EBITDA and similar measures are frequently used as measures of operations and the ability to meet debt service requirements, they are not necessarily comparable to other similarly titled captions of other companies due to the potential inconsistencies in the method of calculation.

Cautionary Information about Forward Looking Statements

28 Nov 2016 16:30 ET  Press Release: Snyder's-Lance Announces -2-

This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy;

concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

```
Investor Contact
Kevin Powers, Senior Director, Investor Relations
Kpowers@snyderslance.com, (704) 557-8279

Media Contact
Joey Shevlin, Director, Corporate Communications & Public Affairs
JShevlin@snyderslance.com, (704) 557-8850
```

28 Nov 2016 16:30 ET *Snyder's-Lance Announces Divestiture of Diamond of California(R) Culinary Nut Business

28 Nov 2016 16:31 ET *Snyders-Lance To Tell Diamond of California Culinary Nut Business to Blue Road Capital

28 Nov 2016 16:31 ET *Snyders-Lance Sees Nut Business Deal Closing Around Year End

28 Nov 2016 16:32 ET *Snyders-Lance Sees Sale of Diamond of California Accretive to Operating Margins, Returns on Invested Capital

28 Nov 2016 16:33 ET *Snyders-Lance Reaffirms Previous FY16 Guidance

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

November 28, 2016 16:33 ET (21:33 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** November 29, 2016

End of Document

# Snyder's-Lance to Add 100 Jobs in Mecklenburg County

ForeignAffairs.co.nz

November 28, 2016

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2016. Multimedia Investments Ltd. All rights reserved.

**ForeignAffairs**
global open source intelligence

**Length:** 618 words

# Body

MIL OSI USA -

Source: US State of North Carolina - Press Release/Statement:

Headline: Snyder's-Lance to Add 100 Jobs in Mecklenburg County

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyders-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility. Snyders-Lance is a leading name in North Carolinas food manufacturing industry and a prominent corporate headquarters, said Governor McCrory.

North Carolinas talented workforce and competitive business climate will support the expansion of this international snack food provider. Snyders-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyders of Hanover, Lance, Kettle Brand, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyders of Hanover. Snyders-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina. You cant beat made in North Carolina products that are tasty snacks, said Secretary Skvarla. Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player. Synders-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The companys expansion will add more than $4.3 million in annual payroll impact to the local economy. Snyders-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company, said Carl Lee, President and Chief Executive Officer. North Carolina is a great place to do business and we appreciate the support of our city, county and state partners. The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money

up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolinas economy has generated more than 300,000 net new jobs.

Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations, said N.C. Senator Bob Rucho. I look forward to supporting this important expansion by Snyders-Lance. Snyders-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century, said N.C. Representative Scott Stone. I commend Snyders-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company. Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyders-Lances expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

## Notes

PUBLISHER: Multimedia Investments Ltd

**Load-Date:** November 29, 2016

End of Document



# Snyder's-Lance to Add 100 Jobs in Mecklenburg County Snack Foods Leader Will Invest $38 Million in Expanding Two Charlotte Sites

Targeted News Service

November 28, 2016 Monday 5:08 AM EST

Copyright 2016 Targeted News Service LLC All Rights Reserved

**Length:** 621 words

**Byline:** Targeted News Service

**Dateline:** RALEIGH, N.C.

## Body

Gov. Pat McCrory, R-N.C., issued the following news release:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover, Lance, Kettle Brand, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

Copyright Targeted News Services

30FurigayJane-5709768 30FurigayJane

**Load-Date:** November 29, 2016

---

End of Document



# SNYDER'S-LANCE TO ADD 100 JOBS IN MECKLENBURG COUNTY SNACK FOODS LEADER WILL INVEST $38 MILLION IN EXPANDING TWO CHARLOTTE SITES

States News Service

November 28, 2016 Monday

Copyright 2016 States News Service

**Length:** 608 words

**Byline:** States News Service

**Dateline:** RALEIGH, NC

## Body

The following information was released by the North Carolina Department of Commerce:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyders-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

Snyders-Lance is a leading name in North Carolinas food manufacturing industry and a prominent corporate headquarters, said Governor McCrory. North Carolinas talented workforce and competitive business climate will support the expansion of this international snack food provider.

Snyders-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover, Lance, Kettle Brand, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyders-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

You cant beat made in North Carolina products that are tasty snacks, said Secretary Skvarla. Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player.

Snyders-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The companys expansion will add more than $4.3 million in annual payroll impact to the local economy.

Snyders-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company, said Carl Lee, President and Chief Executive Officer. North Carolina is a great place to do business and we appreciate the support of our city, county and state partners.

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must

meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolinas economy has generated more than 300,000 net new jobs.

Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations, said N.C. Senator Bob Rucho. I look forward to supporting this important expansion by Snyders-Lance.

Snyders-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century, said N.C. Representative Scott Stone. I commend Snyders-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company.

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyders-Lances expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.

**Load-Date:** November 28, 2016

---

End of Document



# SNYDER'S-LANCE TO ADD 100 JOBS IN MECKLENBURG COUNTY SNACK FOODS LEADER WILL INVEST $38 MILLION IN EXPANDING TWO CHARLOTTE SITES

States News Service

November 28, 2016 Monday

Copyright 2016 States News Service

**Length:** 614 words

**Byline:** States News Service

**Dateline:** RALEIGH, NC

## Body

The following information was released by the office of the Governor of North Carolina:

Governor Pat McCrory, North Carolina Commerce Secretary John E. Skvarla, III, and the Economic Development Partnership of North Carolina (EDPNC) today announced a 100-job expansion by Snyder's-Lance, Inc. in Mecklenburg County. The company will invest $38 million over the coming three years at its Charlotte headquarters and production facility.

"Snyder's-Lance is a leading name in North Carolina's food manufacturing industry and a prominent corporate headquarters," said Governor McCrory. "North Carolina's talented workforce and competitive business climate will support the expansion of this international snack food provider."

Snyder's-Lance (NASDAQ: LNCE) is the second largest maker of salty snacks in the U.S. Its popular brands include Snyder's of Hanover, Lance, Kettle Brand, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, and other brands. The company was formed by the 2010 merger of Lance Inc. and Snyder's of Hanover. Snyder's-Lance reported nearly $1.7 billion in net revenue for 2015. It currently employs more than 1,200 people in North Carolina.

"You can't beat made in North Carolina products that are tasty snacks," said Secretary Skvarla. "Among the reasons we lead the Southeast in manufacturing employment are the 62,000 workers who make the consumer food and beverage industry a global player."

Synder's-Lance intends to hire 70 workers for a new production line at its South Boulevard manufacturing plant and another 30 at its Ballantyne headquarters. Positions will range from machine operators and warehouse personnel to engineers and management. The company's expansion will add more than $4.3 million in annual payroll impact to the local economy.

"Snyder's-Lance has called North Carolina home for more than 100 years and we are proud to expand our operations here and continue to invest in the future growth of our great company," said Carl Lee, President and Chief Executive Officer. "North Carolina is a great place to do business and we appreciate the support of our city, county and state partners."

The project was made possible in part by a performance-based grant of up to $100,000 from the One North Carolina Fund. The One NC Fund provides financial assistance, through local governments, to attract business that will stimulate economic activity and create new jobs in the state. Companies receive no money up front and must

SNYDER'S-LANCE TO ADD 100 JOBS IN MECKLENBURG COUNTY SNACK FOODS LEADER WILL
INVEST $38 MILLION IN EXPANDING TWO CHARLOTTE SITES

meet job creation and capital investment targets to qualify for grant funds. All One NC grants require a local government match.

Since Governor McCrory entered office in January of 2013, North Carolina's economy has generated more than 300,000 net new jobs.

"Mecklenburg County is the perfect environment for both manufacturing and corporate headquarters operations," said N.C. Senator Bob Rucho. "I look forward to supporting this important expansion by Snyder's-Lance."

"Snyder's-Lance, and its predecessor company, has been a tremendous corporate citizen in the Charlotte Region for more than a century," said N.C. Representative Scott Stone. "I commend Snyder's-Lance for its continued investment in its Charlotte operation and headquarters. Thank you to our state and local economic development partners for their hard work in supporting the growth and success of this North Carolina-based company."

Numerous state and local allies worked with EDPNC and N.C. Commerce in supporting Snyder's-Lance's expansion plans. They include the North Carolina General Assembly, the North Carolina Community College System, Mecklenburg County, the City of Charlotte and the Charlotte Chamber of Commerce.


**Load-Date:** November 28, 2016

End of Document



# Junior Bake Off - 07:30 AM GMT

TVEyes - BBC 2

November 23, 2016 Wednesday

Copyright 2016 TVEyes, Inc. All Rights Reserved



**Section:** U.K. NATIONAL; Lifestyle

**Length:** 723 words

**Anchors:** Sam Nixon

**Highlight:** It's the second quarter-final and five more bakers enter the Bake Off tent to face judges Nadiya Hussain and Allegra McEvedy. The technical bake sees the bakers tied up in doughy knots as they try to follow Allegra's recipe for baked pretzels and dip. In the showstopper challenge the bakers have to produce 12 eclairs. They'll need to pull out all the stops to present perfectly piped and deliciously flavoured eclairs if they're to go through but only three can win a place in the semi-final.

# Body

**Speech to text transcript:**[1]

in the air, Sam. Ah, yes, the smell of freshly-mown grass. No. The pungent waft of freshly-baked bread. No. The mouthwatering whiff of strawberry buttercream cupcakes. No, Sam, it's excitement in the air. It's the second quarterfinal!

SAM SNIFFS Oh, yeah! Welcome... BOTH: ..to Junior Bake Off. Today's batch of quarterfinalists get tied in knots in the Technical. And the twists and the folds, it's a bit "Eeugh!" And panic over patisserie... They're raw... SHE SIGHS ..as the judges put them under pressure. They need to be calm, they need to show some ingenuity, and imagination as well. This is their chance to prove what they can do, they've got everything to play for, the semifinal is in sight. THAT is a pro job. Yesterday, three bakers went through to the semifinal. Now, three more places are up for grabs. So which of these five quarterfinalists will prove they've got the baking credentials? Which one are you more excited for, the Technical or the Showstopper? Showstopper. Last week, Lottie from Cheshire won her place when she put a lemon meringue pie into a cake. That is like sunshine on a plate. I'm really, really, really excited to be back, cos it's so much fun in that tent. Yeah! Macy from Coventry excelled with her piping to produce her image on a giant cookie. It's very professionally put together. In the lead-up to the quarterfinals, baking has taken over my life, I've been practising two or three times every single day. Maisie from Swindon began her heat with a baking disaster. I forgot to put the flour in my mixture. But kept a calm head to make it through. To have produced, on a second run, cupcakes that look like this, that's an extraordinary feat. Everyone has been telling me, "Stay calm and read the recipe", so this time I am going to stay focused. Is your oven open? Rachel from Solihull showed off her artistic skills on a painted cake. I love your cake. It's really, really inspiring. I think the judges are probably going to have their expectations a step higher, so there really is no room for mistakes. Strawberry. Kiwi. Grapefruit. Lemon. Jenna from Nottingham impressed with her concept of a lemon drizzle cake in the shape of a giant chip butty. The ketchup, the chips... You've really used your imagination. My parents and brothers, they're like, "Right, Jenna, just do "your best and knock 'em dead", so I'm just going to follow their advice. ALL: Stir the cake mixture! THEY

---

[1] This copy is computer generated. Text will vary in accuracy due to speaker dialect and audio quality issues.

SLURP A little bit too sweet. THEY LAUGH Just two challenges stand between these five bakers and a place in the semifinal, and first up, it's the Technical. Hello, bakers, and welcome to the quarterfinals. Our judges want to see your bread-making skills, with one of Allegra's recipes of five pretzels. Now, these twisted bread knots should be accompanied with a sour cream and chive dip. We need the pretzels to be neatly shaped with a clearly defined knot. We want them to have a golden crust on the outside and lovely and chewy on the inside. You've got one hour and ten minutes. On your marks. Get set. BOTH: Bake. Have you guys made pretzels before? I've made, like, white bread shapes, so it might be similar. I feel like now that we're at the quarterfinal, everyone's more competitive. So I feel like this stage is going to be much harder. I love a pretzel. The distinctive shape is what defines it. They have these holes here, and the knot in the middle. That's a good **pretzel. Crisp** outside, chewy in the centre, and we want caramelised onion. Those onions need to be brown, so when they go into the pretzel, we get that natural sweetness. It's not an easy ask. I'm just going to put my onions into the saucepan and caramelise them. They're still quite green at the moment, I want them to be a bit more caramel-ey. SAM: If you want to try this recipe at home, make sure a grown-up knows what you're doing. (Come on.) Please caramelise. Watching them like a hawk. I know, I'm just like... Ooh, yours are looking good. I think they might be done. They're all evenly brown. Ehh... Onions blitzed,

**Load-Date:** November 23, 2016

---

End of Document



# Junior Bake Off - 07:32 AM GMT

TVEyes - BBC 2 Scotland

November 23, 2016 Wednesday

Copyright 2016 TVEyes, Inc. All Rights Reserved



**Section:** U.K. REGIONAL TV; Lifestyle

**Length:** 681 words

**Anchors:** Sam Nixon

**Highlight:** It's the second quarter-final and five more bakers enter the Bake Off tent to face judges Nadiya Hussain and Allegra McEvedy. The technical bake sees the bakers tied up in doughy knots as they try to follow Allegra's recipe for baked pretzels and dip. In the showstopper challenge the bakers have to produce 12 eclairs. They'll need to pull out all the stops to present perfectly piped and deliciously flavoured eclairs if they're to go through but only three can win a place in the semi-final.

# Body

**Speech to text transcript:**[1]

Showstopper. won her place when she put a lemon meringue pie into a cake. That is like sunshine on a plate. I'm really, really, really excited to be back, cos it's so much fun in that tent.

Yeah! Macy from Coventry excelled with her piping to produce her image on a giant cookie. It's very professionally put together. In the lead-up to the quarterfinals, baking has taken over my life, I've been practising two or three times every single day. Maisie from Swindon began her heat with a baking disaster. I forgot to put the flour in my mixture. But kept a calm head to make it through. To have produced, on a second run, cupcakes that look like this, that's an extraordinary feat. Everyone has been telling me, "Stay calm and read the recipe", so this time I am going to stay focused. Is your oven open? Rachel from Solihull showed off her artistic skills on a painted cake. I love your cake. It's really, really inspiring. I think the judges are probably going to have their expectations a step higher, so there really is no room for mistakes. Strawberry. Kiwi. Grapefruit. Lemon. Jenna from Nottingham impressed with her concept of a lemon drizzle cake in the shape of a giant chip butty. The ketchup, the chips... You've really used your imagination. My parents and brothers, they're like, "Right, Jenna, just do "your best and knock 'em dead", so I'm just going to follow their advice. ALL: Stir the cake mixture! THEY SLURP A little bit too sweet. THEY LAUGH Just two challenges stand between these five bakers and a place in the semifinal, and first up, it's the Technical. Hello, bakers, and welcome to the quarterfinals. Our judges want to see your bread-making skills, with one of Allegra's recipes of five pretzels. Now, these twisted bread knots should be accompanied with a sour cream and chive dip. We need the pretzels to be neatly shaped with a clearly defined knot. We want them to have a golden crust on the outside and lovely and chewy on the inside. You've got one hour and ten minutes. On your marks. Get set. BOTH: Bake. Have you guys made pretzels before? I've made, like, white bread shapes, so it might be similar. I feel like now that we're at the quarterfinal, everyone's more competitive. So I feel like this stage is going to be much harder. I love a pretzel. The distinctive shape is what defines it. They have these holes here, and the knot in the middle. That's a good **pretzel. Crisp** outside, chewy in the centre, and we want caramelised onion. Those

---

[1] This copy is computer generated. Text will vary in accuracy due to speaker dialect and audio quality issues.

onions need to be brown, so when they go into the pretzel, we get that natural sweetness. It's not an easy ask. I'm just going to put my onions into the saucepan and caramelise them. They're still quite green at the moment, I want them to be a bit more caramel-ey. SAM: If you want to try this recipe at home, make sure a grown-up knows what you're doing. (Come on.) Please caramelise. Watching them like a hawk. I know, I'm just like... Ooh, yours are looking good. I think they might be done. They're all evenly brown. Ehh... Onions blitzed, the bakers start on their dough. I'm rubbing the butter into the flour, and I'm trying to get it to look like breadcrumbs. Just added baking powder to make them rise. Add the sugar, salt and onions. Now? (100ml...) SHE WHISPERS TO HERSELF Right now I'm just kneading the dough. I just kind of push it, and then bring it back and kind of roll it. I didn't really get taught, I've just been watching loads of cooking shows lately! I think my dough's coming together quite well. I've done lots of kneading before, because I make bread quite often. It's still quite...glubby! You can feel stuff in it. Bakers! You have 45 minutes left before we KNEAD to see your bread. Once kneaded, the dough must be divided into five balls. I'm just rolling the dough

**Load-Date:** November 23, 2016

---

End of Document



# Junior Bake Off - 07:33 AM GMT

TVEyes - BBC 2 Wales

November 23, 2016 Wednesday

Copyright 2016 TVEyes, Inc. All Rights Reserved



**Section:** U.K. REGIONAL TV; Lifestyle

**Length:** 607 words

**Anchors:** Sam Nixon

**Highlight:** It's the second quarter-final and five more bakers enter the Bake Off tent to face judges Nadiya Hussain and Allegra McEvedy. The technical bake sees the bakers tied up in doughy knots as they try to follow Allegra's recipe for baked pretzels and dip. In the showstopper challenge the bakers have to produce 12 eclairs. They'll need to pull out all the stops to present perfectly piped and deliciously flavoured eclairs if they're to go through but only three can win a place in the semi-final.

# Body

**Speech to text transcript:**[1]

A little bit too sweet. THEY LAUGH Just two challenges stand between these five bakers and a place in the semifinal, and first up, it's the Technical. Hello, bakers, and welcome to the quarterfinals. Our judges want to see your bread-making skills, with one of Allegra's recipes of five pretzels.

Now, these twisted bread knots should be accompanied with a sour cream and chive dip. We need the pretzels to be neatly shaped with a clearly defined knot. We want them to have a golden crust on the outside and lovely and chewy on the inside. You've got one hour and ten minutes. On your marks. Get set. BOTH: Bake. Have you guys made pretzels before? I've made, like, white bread shapes, so it might be similar. I feel like now that we're at the quarterfinal, everyone's more competitive. So I feel like this stage is going to be much harder. I love a pretzel. The distinctive shape is what defines it. They have these holes here, and the knot in the middle. That's a good **pretzel. Crisp** outside, chewy in the centre, and we want caramelised onion. Those onions need to be brown, so when they go into the pretzel, we get that natural sweetness. It's not an easy ask. I'm just going to put my onions into the saucepan and caramelise them. They're still quite green at the moment, I want them to be a bit more caramel-ey. SAM: If you want to try this recipe at home, make sure a grown-up knows what you're doing. (Come on.) Please caramelise. Watching them like a hawk. I know, I'm just like... Ooh, yours are looking good. I think they might be done. They're all evenly brown. Ehh... Onions blitzed, the bakers start on their dough. I'm rubbing the butter into the flour, and I'm trying to get it to look like breadcrumbs. Just added baking powder to make them rise. Add the sugar, salt and onions. Now? (100ml...) SHE WHISPERS TO HERSELF Right now I'm just kneading the dough. I just kind of push it, and then bring it back and kind of roll it. I didn't really get taught, I've just been watching loads of cooking shows lately! I think my dough's coming together quite well. I've done lots of kneading before, because I make bread quite often. It's still quite...glubby! You can feel stuff in it. Bakers! You have 45 minutes left before we KNEAD to see your bread. Once kneaded, the dough must be divided into five balls. I'm just rolling the dough into kind of long, thin sausages. They need to be 65cm. To ensure the pretzels have an even bake, the rolls should be the

---

[1] This copy is computer generated. Text will vary in accuracy due to speaker dialect and audio quality issues.

same thickness. Some places are a lot thinner than the other places. I'm a bit worried about the shaping, because it's rather complicated. You twist it... and then twist it again. And then pull it over. I've done croissants, but nothing like this with the knots and the twists and the folds. It's a bit, "Eeugh!" I'm just going to, like... Oh! SHE LAUGHS MAISIE: (OK...) Pretzels were originally created in Germany, by monks who gave them to well-behaved children, and their unique shape is said to represent arms crossed in prayer. Oh, there we go. That looks sort of like it. (13. 13. 13.) They're a bit weirdly shaped, but I think we'll be all right. I am just putting some egg yolk, so that they can turn a nice golden-brown colour. The sea salt gives it a bit more flavour. MACY: They have to be in the oven for ten minutes. you've only got 15 minutes left.

**Load-Date:** November 23, 2016

---

End of Document



# Junior Bake Off - 07:38 AM GMT

TVEyes - BBC 2 Wales

November 23, 2016 Wednesday

Copyright 2016 TVEyes, Inc. All Rights Reserved



**Section:** U.K. REGIONAL TV; Lifestyle

**Length:** 665 words

**Anchors:** Sam Nixon

**Highlight:** It's the second quarter-final and five more bakers enter the Bake Off tent to face judges Nadiya Hussain and Allegra McEvedy. The technical bake sees the bakers tied up in doughy knots as they try to follow Allegra's recipe for baked pretzels and dip. In the showstopper challenge the bakers have to produce 12 eclairs. They'll need to pull out all the stops to present perfectly piped and deliciously flavoured eclairs if they're to go through but only three can win a place in the semi-final.

# Body

**Speech to text transcript:**[1]

"While the pretzels are baking, make your sour cream dip." How are we doing, Maisie? OK. I'm just making the dip, and there are no quantities, so we have to make it to taste. Ooh, that's interesting!

Give you a little tip, Maisie. Yes? You can always add, you can never take away. Yeah. Good tip, innit? Yeah, in life. Same when you're putting wax in your hair. Yeah. Put too much in, can't take it out, have to get in t'shower again, wouldn't you? No, you can't(!) I like mine quite chunky, when you bite it and it goes... SHE MAKES CRUNCHING NOISE Needs a bit more pepper. It's good. I added more milk. This time it tasted a little bit nice, rather than not nice at all. Bakers, five minutes left. These need to come out of the oven. Whoa... I can't see! OK, I think they're done. I would have liked them to have gone in a bit longer. There we go. OK, bakers, that is it. The Technical is over. Please bring your pretzels to the gingham altar. I paid a lot of attention to being precise, because you know how much the judges like it to be uniform. I got everything done, and I think it's all right, I just think it's a bit uneven, a bit, "Eeugh". The judges are looking for pretzels that have a golden crust are chewy on the inside and have a clearly defined knot. Maisie, they are very neat. Pretty much five identical golden-brown pretzels. We've got three spaces in between and we've got a lovely knot. Shall we taste? It's lovely and chewy in the middle, crunchy on the outside. The onions are just caramelised, maybe a little bit more. I'm going to try it with the dip. It's a delicious dip, Maisie, so that's a good job. Lottie! They're all different shapes. Where you've got thicker bits... ..they're slightly under-baked. Where you've got thinner bits, that's baked perfectly. Your chives are chopped just how I like them. And I like the consistency of it as well. Macy! They're a good, even size. Crisp on the outside, chewy on the inside. I think the onions could have been caramelised for a little longer. I'm going to go in for the dip. Did you add a bit of milk to that? Mm. There's a slight wateriness around the edge. Jenna. Look at the three equal spaces. That's a saleable **pretzel. Crisp** on the outside, let's try the dip. I love your cracked pepper on top. Yeah, good touch. Very good, very nice indeed. Rachel, those are lovely and golden. We have got some thinny bits, as opposed to thicky bits. The thinner parts have overbaked, and then the thicker parts are slightly underbaked. Mm.

---

[1] This copy is computer generated. Text will vary in accuracy due to speaker dialect and audio quality issues.

You can tell you've browned those onions a little longer, it's naturally sweet. It could have taken a crack of pepper, for me, but the salt is spot-on. Well done. The judges will now decide which two bakers have presented the best pretzels. In no particular order, the first of our top two... ..is Jenna, for her well-shaped pretzels. Thank you. And the second person... is Maisie, for giving us a lovely, smooth dough and a clearly defined knot. It was quite a shock. They were like, "First of the top two is..." And I was like... And they went, "Jenna!" and I was like, "Oh, yay!" Going into the Showstopper, I really need to work on my time, because every time I've done it, I've been a bit over. I am a little bit disappointed. This gives me another reason to really try and bake my socks off in the Showstopper this afternoon. After pretzels, the judges want to see the bakers' choux pastry-making skills. Did you say, "choux pastry-making skills"? Yeah. Ohh, I thought you said shoe-making skills! Nice...LOAFERS. Good afternoon, bakers, it's time for your Showstopper challenge. Allegra and Nadiya would like you to make 12 eclairs. Now, our judges are looking for

**Load-Date:** November 23, 2016

---

End of Document



# Junior Bake Off - 07:40 AM GMT

TVEyes - BBC 2

November 23, 2016 Wednesday

Copyright 2016 TVEyes, Inc. All Rights Reserved



**Section:** U.K. NATIONAL; Lifestyle

**Length:** 760 words

**Anchors:** Sam Nixon

**Highlight:** It's the second quarter-final and five more bakers enter the Bake Off tent to face judges Nadiya Hussain and Allegra McEvedy. The technical bake sees the bakers tied up in doughy knots as they try to follow Allegra's recipe for baked pretzels and dip. In the showstopper challenge the bakers have to produce 12 eclairs. They'll need to pull out all the stops to present perfectly piped and deliciously flavoured eclairs if they're to go through but only three can win a place in the semi-final.

# Body

Speech to text transcript:[1]

and have a clearly defined knot. Maisie, they are very neat. Pretty much five identical golden-brown pretzels. We've got three spaces in between and we've got a lovely knot. Shall we taste? It's lovely and chewy in the middle, crunchy on the outside.

The onions are just caramelised, maybe a little bit more. I'm going to try it with the dip. It's a delicious dip, Maisie, so that's a good job. Lottie! They're all different shapes. Where you've got thicker bits... ..they're slightly under-baked. Where you've got thinner bits, that's baked perfectly. Your chives are chopped just how I like them. And I like the consistency of it as well. Macy! They're a good, even size. Crisp on the outside, chewy on the inside. I think the onions could have been caramelised for a little longer. I'm going to go in for the dip. Did you add a bit of milk to that? Mm. There's a slight wateriness around the edge. Jenna. Look at the three equal spaces. That's a saleable **pretzel. Crisp** on the outside, let's try the dip. I love your cracked pepper on top. Yeah, good touch. Very good, very nice indeed. Rachel, those are lovely and golden. We have got some thinny bits, as opposed to thicky bits. The thinner parts have overbaked, and then the thicker parts are slightly underbaked. Mm. You can tell you've browned those onions a little longer, it's naturally sweet. It could have taken a crack of pepper, for me, but the salt is spot-on. Well done. The judges will now decide which two bakers have presented the best pretzels. In no particular order, the first of our top two... ..is Jenna, for her well-shaped pretzels. Thank you. And the second person... is Maisie, for giving us a lovely, smooth dough and a clearly defined knot. It was quite a shock. They were like, "First of the top two is..." And I was like... And they went, "Jenna!" and I was like, "Oh, yay!" Going into the Showstopper, I really need to work on my time, because every time I've done it, I've been a bit over. I am a little bit disappointed. This gives me another reason to really try and bake my socks off in the Showstopper this afternoon. After pretzels, the judges want to see the bakers' choux pastry-making skills. Did you say, "choux pastry-making skills"? Yeah. Ohh, I thought you said shoe-making skills! Nice...LOAFERS. Good afternoon, bakers, it's time for your Showstopper challenge. Allegra and Nadiya would like you to make 12 eclairs. Now, our judges are looking for at least two

---

[1] This copy is computer generated. Text will vary in accuracy due to speaker dialect and audio quality issues.

different flavours, and remember, it's for a place in the semifinals. You've got 90 minutes. On your marks. Get set. Bake. I've just got some water and some butter. This is going to be the base of my choux pastry. The key to a great eclair is a great choux paste. It needs to be well piped and then it needs to rise up, and you get this golden-brown crunch on the outside and these glorious cavities waiting to be filled on the inside. We want to see flavour combinations that we put in our mouth and think, "Wow, why didn't I think of that?" I've chosen the flavours because I really like smoothies. One is going to be strawberry and raspberry, my other one is mango and passion fruit. Rachel will top her mango and passion fruit eclairs with a zesty orange icing, and her strawberry and raspberry eclairs will be decorated with icing made with fresh raspberry juice. Choux pastry is rather hard, so it's important to beat in the flour quickly. The texture will be correct when it's like a smooth ball of paste. Maisie. Hello. Hi. What kind of flavours are you doing? I'm going to be making a mint chocolate one and a raspberry and chocolate one. My mum's cousin lives in Prague, all the patisseries there. And I've seen ones similar to the ones that I'm doing, so... So we're expecting patisserie-standard...? Yeah. MARK: Maisie's minty eclairs will be filled with chocolate ganache and mint cream. Her raspberry eclairs will also be filled with ganache and raspberry cream. It will be topped with a fancy gold leaf. MAISIE: I make eclairs, like, all of the time, and then as soon as I start practising for the Bake Off, my oven decided not to work, so I've been going round people's ovens, like, "Hi, can I borrow your oven to make some eclairs, please?" # Macy, Macy, how are you? Yeah! #

**Load-Date:** November 23, 2016

---

End of Document



# Junior Bake Off - 07:40 AM GMT

TVEyes - BBC 2 Scotland

November 23, 2016 Wednesday

Copyright 2016 TVEyes, Inc. All Rights Reserved



**Section:** U.K. REGIONAL TV; Lifestyle

**Length:** 762 words

**Anchors:** Sam Nixon

**Highlight:** It's the second quarter-final and five more bakers enter the Bake Off tent to face judges Nadiya Hussain and Allegra McEvedy. The technical bake sees the bakers tied up in doughy knots as they try to follow Allegra's recipe for baked pretzels and dip. In the showstopper challenge the bakers have to produce 12 eclairs. They'll need to pull out all the stops to present perfectly piped and deliciously flavoured eclairs if they're to go through but only three can win a place in the semi-final.

# Body

Speech to text transcript:[1]

The Technical is over. to the gingham altar. I paid a lot of attention to being precise, because you know how much the judges like it to be uniform. I got everything done, and I think it's all right, I just think it's a bit uneven, a bit, "Eeugh". The judges are looking for pretzels that have a golden crust on the outside, are chewy on the inside and have a clearly defined knot.

Maisie, they are very neat. Pretty much five identical golden-brown pretzels. We've got three spaces in between and we've got a lovely knot. Shall we taste? It's lovely and chewy in the middle, crunchy on the outside. The onions are just caramelised, maybe a little bit more. I'm going to try it with the dip. It's a delicious dip, Maisie, so that's a good job. Lottie! They're all different shapes. Where you've got thicker bits... Yeah. ..they're slightly under-baked. Where you've got thinner bits, that's baked perfectly. Your chives are chopped just how I like them. And I like the consistency of it as well. Macy! They're a good, even size. Crisp on the outside, chewy on the inside. I think the onions could have been caramelised for a little longer. I'm going to go in for the dip. Did you add a bit of milk to that? Yeah. Mm. There's a slight wateriness around the edge. Jenna. Look at the three equal spaces. That's a saleable **pretzel. Crisp** on the outside, let's try the dip. I love your cracked pepper on top. Yeah, good touch. Very good, very nice indeed. Rachel, those are lovely and golden. We have got some thinny bits, as opposed to thicky bits. The thinner parts have overbaked, and then the thicker parts are slightly underbaked. Mm. You can tell you've browned those onions a little longer, it's naturally sweet. It could have taken a crack of pepper, for me, but the salt is spot-on. Well done. The judges will now decide which two bakers have presented the best pretzels. In no particular order, the first of our top two... is Jenna, for her well-shaped pretzels. Thank you. And the second person... is Maisie, for giving us a lovely, smooth dough and a clearly defined knot. It was quite a shock. They were like, "First of the top two is..." And I was like... And they went, "Jenna!" and I was like, "Oh, yay!" Going into the Showstopper, I really need to work on my time, because every time I've done it, I've been a bit over. I am a little bit disappointed. This gives me another reason to really try and bake my socks off in the Showstopper this afternoon.

---

[1] This copy is computer generated. Text will vary in accuracy due to speaker dialect and audio quality issues.

After pretzels, the judges want to see the bakers' choux pastry-making skills. Did you say, "choux pastry-making skills"? Yeah. Ohh, I thought you said shoe-making skills! Nice...LOAFERS. Good afternoon, bakers, it's time for your Showstopper challenge. Allegra and Nadiya would like you to make 12 eclairs. Now, our judges are looking for at least two different flavours, and remember, it's for a place in the semifinals. You've got 90 minutes. On your marks. Get set. Bake. I've just got some water and some butter. This is going to be the base of my choux pastry. The key to a great eclair is a great choux paste. It needs to be well piped and then it needs to rise up, and you get this golden-brown crunch on the outside and these glorious cavities waiting to be filled on the inside. We want to see flavour combinations that we put in our mouth and think, "Wow, why didn't I think of that?" I've chosen the flavours because I really like smoothies. One is going to be strawberry and raspberry, my other one is mango and passion fruit. Rachel will top her mango and passion fruit eclairs with a zesty orange icing, and her strawberry and raspberry eclairs will be decorated with icing made with fresh raspberry juice. Choux pastry is rather hard, so it's important to beat in the flour quickly. The texture will be correct when it's like a smooth ball of paste. Maisie. Hello. Hi. What kind of flavours are you doing? I'm going to be making a mint chocolate one and a raspberry and chocolate one. My mum's cousin lives in Prague, and I really like all the patisseries there. And I've seen ones similar to the ones that I'm doing, so... So we're expecting patisserie-standard...? Yeah. MARK: Maisie's minty eclairs will be filled with chocolate ganache and mint cream. Her raspberry eclairs

**Load-Date:** November 23, 2016

---

End of Document



# Ono local recipes celebrate 125 years

Honolulu Star - Advertiser

November 22, 2016 Tuesday

Copyright 2016 ProQuest Information and Learning
All Rights Reserved
Copyright 2016 Oahu Publications Inc. Nov 22, 2016

**Length:** 874 words

**Dateline:** Honolulu, Hawaii

## Body

### ABSTRACT

Approximate nutritional information, per 1-ounce serving: 170 calories, 11 g total fat, 5 g saturated fat, no cholesterol, 100 mg sodium, 16 g carbohydrate, 3 g fiber, 5 g sugar, 3 g protein Kalo Burgers Ka'ala Farms and Malama Learning Center * 2 pounds ground turkey (may substitute with fish, chicken or venison) * 1/2 cup onion * 1/4 cup green onion * 1/4 cup oyster sauce * 2 eggs * 1 cup water chestnuts * 2 cups cooked diced kalo (taro), or to taste * Salt and pepper, to taste * 1/4 cup vegetable oil Combine ingredients except oil in a bowl and mix well. Approximate nutritional information, per serving (not including salt to taste): 320 calories, 18 g total fat, 3.5 g saturated fat, 130 mg cholesterol, 350 mg sodium, 17 g carbohydrate, 2 g fiber, 1 g sugar, 23 g protein Curried Pumpkin Peanut Bisque Hawaiian Electric archives * 1-1/2 cups chopped, peeled apple * 1 cup chopped onion * 1/4 cup apple juice * 1-1/2 teaspoons curry powder * 1 (15-ounce) can pumpkin * 1 (15-ounce) low-sodium chicken broth * 1/4 cup creamy peanut butter * 3/4 cup evaporated milk * Salt to taste * Garnishes (optional): chopped peanuts, chopped red-skinned apple, fresh cilantro, chili pepper flakes In a large saucepan, combine apple, onion and apple juice over medium-high heat.

### FULL TEXT

Just in time for the holidays, Hawaiian Electric Co. has published "Treasured Island Recipes: Celebrating 125 years serving Hawai'i" to mark a milestone anniversary and raise funds for Aloha United Way.

At $14 the cookbook highlights the unique fusion of flavors of the islands in more than 200 recipes from employees, their families and company archives. About half are from Hawaiian Electric's community and nonprofit partners, as well as award-winning dishes from culinary students and a few local celebrity chefs.

All proceeds from the cookbook sales will benefit more than 340 agencies supported by Aloha United Way.

While the selections below are redolent of fall, enjoy them year-round.

**Chocolate Wasabi Bark**

*Emma Prince-Wilson, Education & Consumer Affairs*

* 16 ounces dark chocolate

* 1/2 cup wasabi peas

* 1/2 cup spicy kakimochi (Japanese rice crackers)

* 1/2 cup iso peanuts

* 1/2 cup **pretzel crisps**

In a double boiler, melt chocolate, stirring until smooth. Line a baking pan with baking parchment and spread 3/4 of the peas, kakimochi, peanuts and **pretzel crisps** in pan. Pour melted chocolate over and gently mix with a fork to evenly coat pieces. Sprinkle remaining pieces over chocolate. Cover with foil and refrigerate 4 hours.

Cut into large or small pieces with a sharp, heavy knife. Serves 15.

*Approximate nutritional information, per 1-ounce serving: 170 calories, 11 g total fat, 5 g saturated fat, no cholesterol, 100 mg sodium, 16 g carbohydrate, 3 g fiber, 5 g sugar, 3 g protein*

**Kalo Burgers**

*Ka'ala Farms and Malama Learning Center*

* 2 pounds ground turkey (may substitute with fish, chicken or venison)

* 1/2 cup onion

* 1/4 cup green onion

* 1/4 cup oyster sauce

* 2 eggs

* 1 cup water chestnuts

* 2 cups cooked diced kalo (taro), or to taste

* Salt and pepper, to taste

* 1/4 cup vegetable oil

Combine ingredients except oil in a bowl and mix well. Form into patties.

In a frying pan, add oil and heat on medium. Add patties and pan-fry until cooked through. Serves 8.

*Approximate nutritional information, per serving (not including salt to taste): 320 calories, 18 g total fat, 3.5 g saturated fat, 130 mg cholesterol, 350 mg sodium, 17 g carbohydrate, 2 g fiber, 1 g sugar, 23 g protein*

**Curried Pumpkin Peanut Bisque**

*Hawaiian Electric archives*

* 1-1/2 cups chopped, peeled apple

* 1 cup chopped onion

* 1/4 cup apple juice

* 1-1/2 teaspoons curry powder

* 1 (15-ounce) can pumpkin

* 1 (15-ounce) low-sodium chicken broth

* 1/4 cup creamy peanut butter

* 3/4 cup evaporated milk

* Salt to taste

* Garnishes (optional): chopped peanuts, chopped red-skinned apple, fresh cilantro, chili pepper flakes

In a large saucepan, combine apple, onion and apple juice over medium-high heat. Stir occasionally, until onion is soft and most of apple juice evaporates, about 8 minutes.

Add curry powder and stir until fragrant, about 30 seconds. Stir in pumpkin, broth and peanut butter. Cover, bring to a boil, reduce heat and simmer gently for 10 minutes.

Stir in milk. Cool. Blend in blender or food processor until smooth. Taste and add salt as needed. Garnish as desired. Serves 4.

*Approximate nutritional information, per serving (not including salt to taste or garnishes): 250 calories, 13 g total fat, 4 g saturated fat, 15 mg cholesterol, 200 mg sodium, 28 g carbohydrate, 5 g fiber, 17 g sugar, 11 g protein*

------

**Buy the book**

>> Pick up: Hawaiian Electric Co. bill payment center, American Savings Bank Tower lobby, 1001 Bishop St.

>> Online: 808ne.ws/hecoauw

>> Call: 543-4784

**Craft fairs sales**

*Buy gift-wrapped copies:*

>> Saturday and Sunday: Hawaii United Okinawa Association Winter Craft Fair

>> Dec. 3: Lanikai Park

>> Dec. 4: Hawaii Kai Retirement Center

>> Dec. 11: Heeia Elementary School

**Neighbor islands**

>> Hilo: Hawai'i Electric Light payment center, 1200 Kilauea Ave.

>> Kahului: Maui Electric payment center, 210 W. Kamehameha Ave.

------------

More Hawaiian Electric Co. recipes are available at hawaiianelectric.com.

------------

Credit: By Hawaiian Electric Co.


**Load-Date:** November 24, 2016

**End of Document**



# Q3 2016 Snyder'sLance Inc Earnings Call - Final

FD (Fair Disclosure) Wire

November 7, 2016 Monday

Copyright 2016 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2016 CCBN, Inc.

**Length:** 8705 words

# Body

Corporate Participants

* Kevin Powers

Snyder's-Lance Inc. - Senior Director of IR

* Carl Lee

Snyder's-Lance Inc. - President, CEO, and Director

* Alex Pease

Snyder's-Lance Inc. - Incoming EVP and CFO

* Rick Puckett

Snyder's-Lance Inc. - EVP, CFO and Chief Administrative Officer

Conference Call Participants

* Bill Chappell

SunTrust Robinson Humphrey - Analyst

* Akshay Jagdale

Jefferies LLC - Analyst

* Brett Andress

KeyBanc Capital Markets - Analyst

* Amit Sharma

BMO Capital Markets - Analyst

* Jonathan Feeney

Consumer Edge Research - Analyst

* Mario Contreras

Deutsche Bank - Analyst

* Michael Gallo

CL King & Associates - Analyst

Presentation

OPERATOR: Good day, ladies and gentlemen, and welcome to the Snyder's-Lance third-quarter 2016 financial results conference call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session, and instructions will follow at that time. (Operator Instructions) As a reminder, this call may be recorded.

I would now like to introduce your host for today's conference, Mr. Kevin Powers, Senior Director of Investor Relations. Sir, you may begin.

KEVIN POWERS, SENIOR DIRECTOR OF IR, SNYDER'S-LANCE INC.: Thank you, operator, and good morning, everyone. With me today are Carl E. Lee, Jr., President and Chief Executive Officer; Rick Puckett; and our new Executive Vice President and Chief Financial Officer, Alex Pease.

During today's call, we will discuss our 2016 third-quarter results as well as our outlook for the balance of 2016. As a reminder, we are webcasting this conference call, including the supporting slide presentation, on to the Investor Relations section of our corporate website at Snyder's-Lance.com.

Before we begin, I would like to point out that, during today's presentation, management may make forward-looking statements about our Company's performance. Please refer to the Safe Harbor language included in our presentation. A reconciliation of GAAP results to non-GAAP financial measures is available in our earnings release and slide presentation, both of which are posted on our website.

I will now turn the call over to Carl Lee, our President and CEO. Carl?

CARL LEE, PRESIDENT, CEO, AND DIRECTOR, SNYDER'S-LANCE INC.: Thanks, Kevin. Good morning. We appreciate you joining out third-quarter conference call. It is a privilege to be with you today as we share the solid progress our team has delivered over the recent months.

Before getting started, I want to thank Rick for his outstanding leadership and partnership over the years, and for his service to our shareholders, team, retailers and consumers. I would also like to welcome Alex Pease as he joins our team, and we begin to work together to continue growing our financial returns and our shareholder value.

Alex?

ALEX PEASE, INCOMING EVP AND CFO, SNYDER'S-LANCE INC.: Thanks, Carl. Although I'm only one week into my journey with Snyder's-Lance, I continue to be extremely impressed with the strategy of the Company, the strength of the brands, and the opportunities for growth going forward. I look forward to working closely with the team to drive continued improvement in our returns, both through greater operating efficiency as well as improved capital efficiency.

I would also like to thank Rick, not only for his development of a world-class finance team, but also for the significant investment he is making to ensure a fast and smooth handover to me. I look forward to meeting with a number of you in person as Carl and I hit the road together next week.

CARL LEE: Thanks, Alex. Rick, Alex and myself will be working together to ensure a smooth CFO transition over the coming months. Again, we are grateful for all of Rick's many contributions over the last 11 years.

Let's turn our attention to our results for the third quarter. I'll start by saying we had a -- we made solid progress by building our brands, expanding retail and online distribution, and increasing margins. Therefore, we are pleased to report sales growth, operating income, and balance sheet improvements that were in line with our internal forecasts.

Given timing differences between the third and fourth quarter related to Diamond of California culinary sales, we do not believe that consensus forecast fully reflected the seasonally strong October volume that falls into our [fiscal] fourth quarter.

Please turn to page 5 of our presentation so we can review our financial performance. In the third quarter, we improved sales trends on legacy Snyder's-Lance brands in addition to incremental revenue generated by the acquisition of Diamond Foods. Including Diamond brands, overall revenue grew 41%.

It is important to note the seasonality of the Diamond of California culinary nut sales during the holiday period, resulting in higher fourth-quarter sales relative to the rest of the year. Operating income increased $24 million, or 83% versus last year. Results were driven by Diamond's contribution, strong legacy Snyder's-Lance core brand revenue growth, integration execution, and cost synergies, as well as our margin enhancement initiatives.

Adjusted EBITDA grew 73% to $82 million for the quarter, growing to 13.9% of net sales. Earnings-per-share were $0.35 versus $0.26 last year, growing 35% for the quarter. The growth was driven by improved sales mix of Snyder's-Lance brands, gross margin increases, and managing SG&A expenses.

As you review the financial performance for Q3, you will see solid growth across the board. The credit for these results go to our talented team of associates that continue to raise the bar on execution, resulting in increases to household penetration, market share, ACV distribution, all while reducing costs and controlling expenses.

We are truly blessed with a very strong team. This progress provides the momentum we need to finish 2016, according to the forecasts that Rick will share shortly, as well as to ensure a strong start for 2017.

Now let's turn to page 6. Normally, I begin my comments with a deep review of revenue growth. However, today it is important to first discuss the progress that is being made on margin expansion. It is the top priority we have as a leadership team.

In the first forward chart, you see the operating income margins expanded from 2014 to 2015. During that timeframe, it's important to note that this is when we sold our very profitable private brand business. And it was followed by 12 months of aggressive work to eliminate the stranded cost that was left behind.

Now let's review margin gains for 2016, where we see consistent improvement quarter-over-quarter. Our results are being driven by executing our strategic plan to reduce cost and expand margins. This includes both improving the sales mix of core brands while also improving individual core brand profitability.

About 18 months ago, we developed a roadmap for cross-functional teams to drive brand margin expansion, and this has driven positive results. Next, we are working to increase gross margins through a sequence of tactical plans. We are driving import costs down by leveraging procurement scale, first, on our legacy business, with programs launched in Q4 last year, and now with the combined purchasing power we have with Diamond Foods.

Plus our supply chain leaders are delivering productivity gains in manufacturing, utilizing our continuous improvement programs. As an example, this approach has been applied to both Lance and Cape Cod, resulting in profit margins growing on the fast -- on two of our largest and most premium brands. This was a process started at the SKU level by production site and distribution model to determine actionable steps to increase profitability. This process is delivering the margin expansion we expect.

In addition, our team has been implementing planned SG&A savings. This includes reducing logistics and warehouse costs, selling expense, and general and administrative costs. Savings were added to the bottom line with a small portion being used to increase our marketing and advertising programs.

For example, in Q3, we invested in incremental 35 basis points in marketing support of Snyder's Hanover Pretzels. When our gross margin gains are combined with our SG&A reductions, you see the 210 basis point improvement it drove in Q3 last year to deliver 9.1%. On a year-to-date basis, operating income margins are up 190 basis points to 8.4%. The Diamond cost saving synergies will continue to increase as we move into the fourth quarter and fiscal 2017.

Let's take a minute to discuss our current progress to date. Please turn to page 7 for an update on integration. We remain on schedule to deliver $75 million in planned savings over 24 months. This includes the $10 million that we plan to invest back into our brands and innovation.

A number of major projects were successfully completed in the quarter, generating the expected savings. For example, the Salem and Boyd plants were converted to the Oracle ERP system at the end of third quarter. It's a major undertaking to convert a single plant. And, for that reason, we are proud of our internal task force that completed two large plants at the same time. Some additional projects completed in the quarter include optimization of our broker network, manufacturing synergies delivering the lowest landed cost, leveraging purchasing scale, improved terms and pricing, and maximizing freight rates and shipment consolidations.

Please move to page 8. Now let's take a look at revenue results in more detail for the quarter. Total net revenue increased 41% to $589 million. Overall legacy sales came in up 0.7%, with growth due to lower year-over-year results in partner brands and contract manufacturing. Changes with third-party sales are expected to be up and down from time to time, as partners experience temporary sales softness or we deal with capacity constraints and also planned contract changes with key customers.

Sales swings in this area are normal and will adjust over time with increased demand from current or new partners. As expected, our Snyder's-Lance legacy business returned to growth in the quarter, driven by branded revenue increasing 2.6%.

If you will, please join me on page 9. You'll see the extent which our legacy brand net revenue has improved since the beginning of the year. Due to temporary headwinds, early [2006] was challenging from a top-line perspective. Our team reacted quickly to address our areas of opportunity, and we made tremendous headway to reverse our trends and return to strong growth.

In the third quarter, our core brands grew 3.7%, driving 7% volume growth. This difference in revenue versus volume is partly driven by a strong mix of direct sales versus DSD sales. As a reminder, revenue per pound is lower in the direct channel. Our product margins are generally higher, making this an attractive channel to continue to grow.

Volume increased across all five core brands, driving gains in household penetration. The growth was led by Cape Cod, Snack Factory and Lance. Trends in the Snyder's of Hanover brand continues to improve, according to the plans we've shared with you earlier this year.

As you will see on page 10, retail sales results for Snyder's of Hanover have improved significantly since the beginning of the year. On a rolling 12-week basis, according to IRI retail sales, we have turned back to growth as a result of our comprehensive brand renovation. Key components of the marketing plan include new product innovation and the successful limited time offering of Itty Bitty Minis in time for back-to-school, expanding better-for-you offerings in our Pretzels Baby integration marketing plan have all led to the results that we were expecting.

The early results are very encouraging. We still have work ahead of us and additional plans to implement, as we push for further growth through the end of the year.

Now looking specifically at market share performance in the quarter, we outperformed the category across a majority of our core legacy brands. If you'll join me on page 11, let's begin with Snyder's of Hanover.

During the last 12 weeks, we gained nearly 2 full points of market share. We saw positive gains across all traditional channels, including pieces, shapes, especially gluten-free. Braided Twists segments is the latest return to growth fueled by packaging enhancements. So, very good performance overall on Snyder's of Hanover.

Lance sandwich crackers continue to benefit from the brand investment in packaging, ingredients, and taste we completed last year. We have successfully leveraged this effort in the past to drive sales in category growth. Gluten-free continues its strong growth in ACB gains. Strong velocity, base business strength, and expansion in club retailers led to temporary production constraints that were overcome with incremental capacity added in September. Year-to-date, Lance sandwich crackers share gains exceed 2.5 points.

Cape Cod. Outpacing category growth by 3 to 1, we continue to gain share. The market share gains were driven by ACV, displays, price, and velocity gains. The brand delivered solid performance across the summer season across all channels. Cape Cod is another great example of the long-term benefit of our renovation effort.

**Pretzel Crisps** sales was driven by new distribution in key retailers, innovation, and higher velocity. The brand grew share in the quarter and continues to increase household penetration. Late July market share is up significantly for the year, driven by double-digit ACB gains, leveraging the Company's DSD system. Late July's better-for-you positioning is driving strong consumer response and brand loyalty. Of the top four brands in the natural tortilla chip category, it's the only one gaining share over the last 52 weeks.

Please follow me to page 12. For our recently acquired Diamond brands, our margin -- our market share performance was mixed in the quarter. The Kettle brand continues to be strengthening our position in the natural food channel. Its better-for-you credentials are helping us expand ACV distribution, outperforming the category and building market share due to the increased distribution as part of our enterprise sales program.

Alternative channels continue to be the driver of growth. Club, Up and Down the Street, and the Natural channel. Emerald market share was relatively flat in the quarter. We are excited about this brand and its potential. It's driving growth through improved base velocity, distribution gain on new items, and positive pricing due to its new packaging and sizing.

Pop Secret faced challenges in the quarter as the brand was negatively impacted by category headwinds and competitive discounting. Our renovation plans are underway with early ACV gains to report, plus online and print consumer advertising will be starting in Q4. And we have product innovation scheduled for 2017. And we believe that Microwave Popcorn category will rebound over time, as our marketing and sales team leverage their capabilities and experience to turn brands around.

Please turn to page 13 for an update on recent trends on our Diamond brands. As you can see, Kettle and Emerald have improved sales results during the last four weeks of Q3. This is an indication that the focus on retail execution is working. These brands have long runways as ACV expands and their better-for-you credentials are leveraged to reach even more millennials.

As you can see, Pop Secret sales for the last four weeks showed improvement. While we have a ways to go, we remain confident in this category and our brand. As advertising plans roll out, innovation arrives next year, and distribution gains continue, we believe this brand can return to growth and re-energize the category.

Turn to slide 14. During the third quarter, we expanded our European portfolio by purchasing the remaining interest in Metcalfe's Skinny. It's the UK's premium popcorn brand. It also incorporates a fast-growing range of corn and rice cake products.

We are excited to add the Metcalfe's Skinny popcorn to our portfolio in order to expand our presence in the UK. It also aligns well with our corporate strategy of focusing on premium and differentiated snacks.

Metcalfe's Skinny offers a number of advantages that we can leverage in the UK. We gain entry into the fast-growing ready-to-eat popcorn category, starting with a meaningful brand awareness to drive continued sales momentum.

We build scale with retailers as we expand our portfolio across new categories, and we increase our better-for-you snack offering in order to expand our consumer reach. There is tremendous growth potential in the UK with additional opportunities for further international expansion.

Now I'd like to turn the call over to Rick, who will provide more information on our financial performance for the third quarter.

RICK PUCKETT, EVP, CFO AND CHIEF ADMINISTRATIVE OFFICER, SNYDER'S-LANCE INC.: Thank you, Carl, and good morning, everyone. Turn to page 16 in your deck. This shows the Q3 net revenue information. Net revenue increased by $172 million or 41.3% for the quarter when compared to last year. Excluding the Diamond contribution, legacy Snyder's-Lance net revenue was up 0.7%, driven by 2.6% growth across the legacy Snyder's-Lance brands, while contract manufacturing was down 7.5%, and Partner brands were down 2.1%.

Turning to 2017, we saw significant operating margin expansion in the quarter to 9.1%, a 210 basis point improvement year-over-year. The operating margin expansion is a result of our efforts over the last several quarters relating to driving costs out of the business while also integrating the Diamond acquisition.

We have been successful in delivering the savings to date that we have discussed previously. We are on track with our integration activities, and our synergies are being realized as expected and in the time expected. We were able to accomplish several integration milestones in the quarter, including a major system conversion, reducing selling costs through broker rationalization, optimizing production costs across similar locations, and continuing to exercise our scale in transportation and procurement.

These are foundational milestones that will continue to unlock synergies in the coming months. Our manufacturing performance in the quarter was also improved, and we are seeing more opportunity to drive efficiencies.

We are now seeing productions from Kettle plants for our Cape and Kettle brands that will allow us to get better capacity utilization as well as produce our products closer to the raw material source throughout the year. As noted on this page, our operating income dollars increased by 83% to $24.3 million.

Turning to slide 18, our EBITDA margins increased to 13.9% from 11.3% last year. It's an increase in dollars of 73% or $34.6 million. EPS is also up 35% to $0.35 per diluted share.

On slide 19, we continue to see improvements in our debt levels, with leveraging -- with leverage declining almost 10% since the acquisition earlier this year. As we have previously stated, we expect our leverage to be below 4.0 by the end of the year. At the end of Q3, we were already at 4.1, so we are really looking good on this -- on the progressing to get to the -- lower than 4.0 by the end of the year.

As you will see in a minute, we are also reducing our capital expenditure estimates for fiscal 2016 to $75 million to $80 million. This reduction is driven by timing of some larger capital projects.

On page 20, you'll see a summary of the results for Q3. There are a couple of callouts on this slide that are important. First, you will notice our tax rate is 29.2% for the quarter this year compared to last year's tax rate of 30.6% for Q3.

While both are lower than other quarters in their respective years, it is for different reasons. Last year, we had significant tax reserves released due to the expiration of the statute of limitations. This year's lower rate is primarily driven by the recently enacted tax law changes in the UK to lower the business tax rate. This impacted our deferred tax liabilities, which provided the favorability in the quarter. Additionally, our Other Income line reflects insurance proceeds we received, covering a business interruption claim filed earlier in the year.

On slide 21, we talk about our guidance. Based on our performance year-to-date and our expectations for the fourth quarter, we are updating our full-year outlook for fiscal 2016. On slide 21, you'll see that we have narrowed both our revenue and earnings per expectations, and we are now forecasting our net revenue to be between $2.29 billion

and $2.31 billion. With three quarters complete, we can now fine-tune our ranges for both our legacy business and Diamond Foods.

Beginning with the legacy business, we have tightened our growth expectations. Given our performance in our contract manufacturing and Partner brand businesses, we now expect our legacy sales growth to be flat to up [to] 1.5%. Previously, we had talked about flat to up 2%.

The contract business was impacted in Q3 by some capacity constraints, as Carl mentioned earlier. However, we brought new capacity online in September. We've also adjusted our Diamond Foods revenue guidance to $630 million to $640 million. On our second-quarter earnings call, you will recall that we cited an incremental negative currency impact on our UK business.

And we also noted that we expected Diamond Foods to be at the lower end of our prior forecast of $630 million to $650 million. We are reflecting now the incremental currency impact, even since then, of approximately $5 million to $6 million, as well as year-to-date performance of Pop Secret into our guidance, as well as taking a prudent look at the Diamond of California brand impact in Q4.

We're also narrowing our 2016 EPS guidance to the upper end of the range, excluding special items, to $1.24 to $1.30. In addition, we are making an adjustment to the impact of purchase price accounting on our estimates to $0.08 to $0.10 versus the $0.10 to $0.12 that we shared previously.

We're finalizing our valuation analysis on the Diamond acquisition in Q4, and we do not believe that we will see any significant adjustments to this range going forward. We are also estimating 2016 adjusted EBITDA of $310 million to $320 million for fiscal 2016, or approximately 13.5% to 14% of revenue. This change is primarily driven commensurate with our revenue outlook.

We estimate capital expenditures of $75 million to $80 million. In addition, we are estimating share count to be $93 million to $94 million, our tax rate to be between 33.5% to 34%, and our interest cost between $32.5 million to $33.5 million.

Before I turn the call back over to Carl, I would like to make a final comment on our implied fourth-quarter revenue outlook to assist with your modeling. As a reminder, due to the seasonal nature of Diamond of California culinary nut business, this is the largest quarter in terms of both revenue and earnings.

To give you a sense of the seasonality, Diamond of California sales in October alone are significantly higher than any other month of the year. Historically, this would have been accounted for at the end of Diamond's first fiscal quarter. However, we account for this in the first month of our fourth quarter, given the difference in the fiscal years. As you have modeled your fourth-quarter estimates for our culinary category, please keep this in mind.

Now I'd like to turn it back over to Carl for some additional remarks.

CARL LEE: Thank you, Rick. As you can tell with our Q3 update, we continue to execute our strategic plan to drive sustainable growth and deliver shareholder value.

As a leadership team, we are focused on a couple of key areas. First of all, building premium and differentiated brands; continuing to expand retail distribution; integrating the Diamond acquisition; expanding our margins; and most important, investing in our people. As consumers continue to expect more from their snacks, we are ready to deliver the nutrition, quality and innovation they expect. We're well-positioned to support the better-for-you trends we see in our industry.

Now I'd like to turn it over to the operator for some Q&A. Thank you.

Questions and Answers

OPERATOR: (Operator Instructions) Bill Chapel, SunTrust.

BILL CHAPPELL, ANALYST, SUNTRUST ROBINSON HUMPHREY: I'm sorry, I'm a little confused on the guidance just for the full-year. So, just help me understand. I mean, you had a better-than-expected EPS; maybe it was in line. But looking at the full-year, if I -- from what you've said, you've got a $0.02 to $0.03 benefit from better purchase accounting, and a couple-cent benefit from taxes.

So would you have actually lowered guidance below the range? Was that your intent, had you not had these kind of one-off items?

RICK PUCKETT: No, I think it's a couple of things, Bill. First of all, we have tightened our revenue guidance as well, right? So you need to take that into consideration as you look at the EPS guidance. There is certainly a large activity in Q4 that we are still being prudent, since we have not experienced this Diamond of California brand seasonality in the past. So there's a certain amount of prudence in there, but we're also reflecting the topline guidance.

BILL CHAPPELL: But just going back, I mean it's $0.04 or $0.05 of one-off items. Are you saying that uncertainty on the other are offsetting that benefit?

RICK PUCKETT: Well, I mean we've reduced the -- we've increased the range, right? We took it from [1.22] to [1.24] in this guidance. So we've increased the midpoint for you.

BILL CHAPPELL: Okay. So, in your minds, operationally, things are running better than what you forecast?

RICK PUCKETT: I think we are being prudent in the fourth quarter.

BILL CHAPPELL: Okay. Second, just kind of understanding some of the other issues, as I look at Partner brands and the culinary business, on Partner brands, should we expect, with the addition of the Diamond portfolio, that Partner brands will, to some extent, be cannibalized, and that should be in decline going forward?

CARL LEE: This is Carl. Thanks for your question. No, I would not say that. I think that we are going to continue to focus on our branded business obviously. We continue to take our Partner brand business very serious because of the strategic nature that it provides and the benefits it provides for our DC operation.

So I think what you will see is just, from time to time, you'll see some increases and maybe a little bit of headwinds on Partner brands. As we mentioned in our comments, there was a little bit of sales softness for a couple of the key brands. We don't expect that to continue. It just happened to happen in Q3. So, overall, Partner brands continue to perform well and we expect it to continue.

BILL CHAPPELL: Okay. And then the last one for me on contract manufacturing again, because I don't fully understand how that affects the model. Can you maybe give me a little more color on what happened this quarter? Does that improve? Or is that a big part of the revenue guidance for the fourth quarter?

CARL LEE: I think we're reflecting it into the overall forecast, as Rick mentioned earlier. And in Q3, we did run into some capacity constraints, which temporarily created some challenges on the top line. And then also, we just mentioned, from time to time, we have some overall plan changes where we enter or exit contracts.

We talked about this a little bit in Q2. We talked about it a little bit in Q3 as well. But I think this is similar to Partner brands -- it's going to swing up a little bit or it's going to swing down, but overall, it's going to kind of continue to improve for the long-term.

BILL CHAPPELL: Okay. I'll turn it over. Thanks so much.

CARL LEE: Thank you.

OPERATOR: Akshay Jagdale, Jefferies.

AKSHAY JAGDALE, ANALYST, JEFFERIES LLC: Thanks for all the additional color on -- and the breakdown legacy versus what you've acquired. It's helpful. So just to be clear, on the change in guidance, previously, I believe the FX impact was negative $15 million? Is that now negative $20 million to $21 million?

RICK PUCKETT: No, I think it was negative $6 million, Akshay, is what I recall. So this will be another $5 million, so a total of $11 million or so -- $11 million to $12 million.

AKSHAY JAGDALE: Right. But the FX -- right. So, the FX is significantly worse. And it's all pound-related, correct, generally?

RICK PUCKETT: Absolutely. Sterling, right.

AKSHAY JAGDALE: Okay. Right. And I know there's a lot of moving parts here. The revenue guidance being tightened, if I may, how much of that has to do with what's happened so far in the third quarter versus what you are expecting for fourth quarter? I mean, I know you tightened it very slightly, $10 million or so at the midpoint, but can you give us some sense of how this quarter, from a revenue perspective, came through relative to your expectations?

CARL LEE: Akshay, this is Carl. And then Rick may have some comments as well. As I said in my comments, I mean, it was all in line with our internal forecast. I think that, overall, you saw some very strong growth with our legacy Snyder's-Lance brands. We still are relatively new with the Diamond of California brand, for instance, and that category has gone through some significant changes with the input costs.

So I think what we are trying to do is just be very conservative going into Q4 with our revenue forecast. We expect the legacy brands to continue to perform well. We're going to continue to get some more time under our belt dealing with a new category in the culinary area, and we're just going to be very prudent as we kind of look forward through Q4.

AKSHAY JAGDALE: Okay. And just two on the branded side. So, just questions regarding the sales trends. You mentioned in your prepared remarks that Kettle is gaining share. Is that -- and the numbers you presented, obviously, are for the US business.

Is that -- when you say it's gaining share, are you looking at it as a function of the total chip category or the Kettle chip category? That's question one. And what's the right way to look at it?

And then the second question is, can you just give us some insight into how you are approaching the renovation on Pop Secret? And when do you expect the effects of that to show up in the measure channel data? Thanks.

CARL LEE: Thanks for the question again. I think that the important thing is, if you -- to go back to your -- the first part of your question in regards to Kettle brand in particular, we are seeing very good share gains on both Kettle brand and also Cape Cod. So both of our Kettle chip brands are showing very good share gains inside the overall Kettle category. That's how we measure it.

And they have two brands that are really distinct and different, focused on different consumer sets and kind of different parts of the store; to continue both of them growing and expanding share, I think it's very important. So, I give the credit to our marketing team and sales team for their ability to execute two very powerful brands that continue to show very good performance.

In regards to Pop Secret, I think we are encouraged by the last four weeks we shared with you in the presentation. I think we are encouraged by the more consumer information we gather and the more research we do, we see a very good brand, positioned very well in the consumer's mind. We also see a good category to participate in.

I think as we've proven to you before, with Lance and Snyders, that we are able to really get behind brands and reinvigorate the brands and also the categories. We'll just need to take our time to make sure we do it right with Pop Secret. And we leverage some of our past experience again with this category.

So I would say we are showing some progress. It's a little too early to say that everything we've planned is going to be in place as quickly as we want, but we're making extremely good moves forward there. And we're kind of optimistic about the category and the brand. We just want to make sure that we take time to do it right.

AKSHAY JAGDALE: Okay, thank you. I'll pass it on.

OPERATOR: Brett Andress, KeyBanc Capital.

BRETT ANDRESS, ANALYST, KEYBANC CAPITAL MARKETS: Could you give a little bit more detail on what you meant by the prudent outlook for the Diamond of California brand? I mean, does that have to do with elements of the walnut pricing, you know, what you're seeing at retail? Or is there something with the -- I know the grower payments come up on the third quarter. Does that have an impact on that as well?

CARL LEE: I think that -- I think we're just being very wise in the way we talk about that category. Because I mean this will be our very first year to go through the baking season, so to speak. So this is an important time of year for that category.

The pricing, obviously, has moved with input costs. So there's a lot of new variables there for us to get used to. So I think what we are trying to do is just be conservative and prudent in the way we kind of communicate what we're trying to do with that brand. We are excited about the category and we just want to be careful with it.

BRETT ANDRESS: So you guys expect that the retail price should -- coming down to drive more incremental volume as you kind of look into the fourth quarter then?

CARL LEE: We think, no doubt, pricing has moved down with the lower input costs. And we expect that it's going to encourage consumers maybe to do more in-home baking for the holidays. That's yet to be determined. And as we get more experience, we'll be able to forecast that better.

But for now, I think we're -- pricing, we've managed carefully; input costs, we've managed carefully. We've focused a lot on the retail execution and the visibility of retail. And we've been able to really kind of focus on the day-to-day there to make sure that we've maximized the fourth quarter, which is the biggest quarter of the year for that brand.

BRETT ANDRESS: Got it. So if you look at 6% volume growth you guys had in the branded, I know you are coming up against much easier compares in the fourth quarter, you put a lot of spend in place. I'm just trying to get a sense of what you think is more of a realistic run rate for that branded segment over the next few quarters?

RICK PUCKETT: I think there are a couple of works in progress, right, in that branded, including Pop Secret and some other things. If we're talking about legacy, historically, we've talked about the branded growth algorithm of 3% to 5% for that. So, I don't think we are in a position to change that going forward.

BRETT ANDRESS: Just one more. I know you guys highlighted the national account wins in the first quarter. Did that show up at all in terms of the revenue synergies this quarter or even next quarter?

CARL LEE: We didn't really talk specifically about the revenue synergies. I think again -- but just we've had confidence in that 3% to 5% growth range that we've talked about openly. It will take us a little bit of time to get through this year and then get back on that trend, but that's where we expect to be and that's our long-term forecast.

I think as you take a look at some revenue synergies, we really didn't call those out, but we have seen some good progress with the new portfolio, the broader portfolio, with the better-for-you credentials, as I mentioned, being able to gain some additional ACV distribution for all of our brands.

So, having a stronger better-for-you portfolio has led to some nice gains in the Club channel, some nice gains in the C-store channel, some nice gains in other direct channels, but then also, of course, in our DSP customers. So, revenue synergies continue to develop nicely.

BRETT ANDRESS: So, we should see those in numbers right now, then? Right?

CARL LEE: I think no doubt you're seeing some of the numbers, but you are also seeing some headwind with Pop Secret. You are seeing some headwind with Diamond of California. So I think that is a combination of balancing the two out.

BRETT ANDRESS: Okay. Thank you.

CARL LEE: Thank you.

OPERATOR: Amit Sharma, BMO Capital Markets.

AMIT SHARMA, ANALYST, BMO CAPITAL MARKETS: A couple of modeling questions first. Can you talk about, Rick, the sales and margin impact on supply constraints in the Lance business in the quarter? Any help with that?

RICK PUCKETT: I mean, I can't provide that to you specifically, Amit. I think that it impacted the Lance branded business but it also, to some degree, impacted our contract manufacturing business that we mentioned. So it was impactful on a couple of fronts. Those capacity constraints have now been removed. So, we brought online, in September, additional capacity in sandwich crackers that will last for quite some time.

AMIT SHARMA: Got it. Okay. And then correct me if I didn't hear this correctly -- did you say 35 basis points of incremental spending on advertisement and promotion in the quarter?

RICK PUCKETT: That was just for Snyder's of Hanover, I believe.

AMIT SHARMA: Okay, so for total ad and promotion spending can be -- do you have a number?

CARL LEE: I think it's -- we certainly have a number, Amit, and it will certainly be in what's published, but I think you've just got to keep in mind it includes a lot of new brands this year versus last year. So, it includes spending on the Diamond brands that would not have been in our historical rate.

What we did call out was the -- desire that we've had for a long time, to continue to spend more on our pretzel business, especially Snyder's of Hanover. And we called out the 35 basis points that we spent there as far as incremental, the marketing support during Q3 on that brand. We are very pleased with the results you saw in one of the earlier pages where we continue to show very good gains there, responding from the earlier softness in the year. And the fact that we pick up 2 share points for the quarter is just -- is outstanding.

AMIT SHARMA: Right. And I'm not saying -- I think that we've certainly seen the growth. I'm just trying to figure out whether that would be additional margin contribution as that spend rate normalizes to a certain level? So I just want to see if there is a way to think about that.

The other thing also -- going back to the guidance just a little bit. So half of that, Rick, is FX. The other half is Partner brands, whether you want to put Diamond of California in that as well. So if you take those out, should I assume that the branded growth -- and more importantly, the margin expansion related with that -- that remains entirely on track? There's nothing to take away from that?

RICK PUCKETT: I think you certainly can take away that comment, Amit. It is -- the branded -- or sorry, the revenue growth being kind of flat to up 1.5% is primarily driven by the nonbranded business, especially on the legacy side. And then on the Diamond side, that is primarily the additional FX adjustment as well as the prudency that we're taking on the culinary brand DOC, as well as some performance in Pop Secret, although, as you saw in Carl's pages, that is improving over the last 12 weeks or so.

AMIT SHARMA: Okay. That's great. And then just last one from me. As we look to 2017 and perhaps 2018 as well -- and, Carl, you alluded to more ACV gains there -- apart from just ACV gains, should we also be thinking about your footprint in the C-store channel or small format channel where at least our analysis shows that some of your

brands may be somewhat less represented compared to the top brands in every category. Do you see that as an opportunity as well?

CARL LEE: I think we -- we're clearly focused on the C-store channel for expansion. And I think that you are right. We've got some opportunity in that channel as we continue to build it out. We've also got some new brands to take to that channel. So, I think it's just another one of the growth areas that we are going to continue to focus on, improving our DSD execution, improving some of the direct sales that we have going into that channel. We see some long-term opportunities there as well.

AMIT SHARMA: Got it. So without giving guidance, the 3% to 5% topline growth on the branded side, over the longer-term, and double-digit goals, those two goals are still pretty achievable, right?

CARL LEE: Yes.

AMIT SHARMA: All right. Thank you.

CARL LEE: Thank you.

OPERATOR: Jonathan Feeney, Consumer Edge.

JONATHAN FEENEY, ANALYST, CONSUMER EDGE RESEARCH: I wanted to see if I could get any additional detail on -- this is the second full quarter you've owned the Diamond brands, and the drop -- it looks like last quarter was about an $18 million drop in what you reported as contribution versus what it was under Diamond's reporting. And in this quarter, that's up to about $55 million.

You called out Pop Secret and Diamond of California. I just wanted to be specific. Would that be most, if not all, of that increased decline? And the decline as a whole?

CARL LEE: I think that you are looking at the right brands. I think the biggest thing we've got to be careful with is when we compare our quarters to Diamond's quarters. Because keep in mind their first quarter ended in October, and included a very important month for Diamond of California.

Our quarter ended in September, so Diamond of California by itself would really swing quarter-to-quarter performance, in particular when you take into account the month difference. So --

JONATHAN FEENEY: Right.

CARL LEE: -- that's what we've got to balance out.

RICK PUCKETT: Yes, and in addition, Jonathan, the cost of walnuts were significantly different year-over-year as well.

JONATHAN FEENEY: Right. So that -- a lot of it would be commodity-driven. That's actually really helpful, Rick. That makes your comment about the October piece make a lot more sense. Thank you.

So just then just a follow-up on revenue synergies. I mean, there's a couple of components of revenue synergies operationally. There's the Diamond brand, chiefly Kettle coming into where you've been strong, and the distribution that you bring to bear. And then there's your products, as you mentioned, Carl, a year ago going out West. And maybe -- also maybe just better execution on the legacy branded portfolio, the Snyder's-Lance branded portfolio. That's big mass customers where I think the combination has resulted in a little bit better sales alignment and more sales resources.

So if you could comment on the -- you say the revenue synergies are kind of happening now and are on track. If you could comment about those two real components of it, which are working more than the others and how it's going, I would appreciate it.

RICK PUCKETT: I hope you can appreciate the sensitivity of really talking about the revenue synergies in great detail, because obviously we've got to protect our customer and our relationships there. We've also got to keep in mind that the competitive aspect of what we're doing here.

But as I talked about, we've seen some nice improvements in the Club channel in particular, and as the Club channels across the US, both East and West, being able to leverage a new broader portfolio. With consumer trends and retailer trends moving to a bigger and bigger focus on better-for-you, and millennials having more impact in the way retailers merchandise, has opened up some real opportunities for us to expand distribution, again, of our full portfolio.

We've seen it there in that channel. We've seen in the drugstore channel, where consumers are really focused on health and wellness in that area. And then we've also seen it in C-stores, and we're beginning to see it in supermarkets.

So without really calling out the overall dollar impact or calling out the specific gains we've made, there's been very good progress made on the revenue synergies. We'll continue to focus on it. We'll continue to execute it. We'll have to be careful communicating it. Some of the benefits there will be temporarily offset by what we talked about with Diamond of California, to your point, and Pop Secret. But I think the important part is we're building a stronger foundation there, and fundamentally, gaining authorizations that will be there for a long time and will benefit us greatly.

JONATHAN FEENEY: Great. Thanks. And great job on the margin expansion.

RICK PUCKETT: Thank you.

OPERATOR: Mario Contreras, Deutsche Bank.

MARIO CONTRERAS, ANALYST, DEUTSCHE BANK: So I wanted to ask on the top line within the branded segment, it looks like pricing and promo was about a 3% to 4% headwind. Obviously, you had pretty strong volume, but the pricing and promo was a bit of a deceleration versus what you had in the first half of the year. So can you talk a little bit about what you've seen, just from a category and promotional environment?

And then you also mentioned some comments from DST versus direct impacting sales. So I just wanted to understand how that was affecting the top line as well? Thanks.

CARL LEE: Yes. Appreciate the question, because that's one thing that we really haven't referred to in the past. But I think that we've got a very large direct business, as we call it, going directly into channels like the Club and drugstores in particular. Where obviously -- there's a little bit different overall cost and value there.

The retail pricing maybe reflects a little difference in the way we distribute those areas and the way the model we use for sales execution, I think. And so basically it does impact our volume a little bit faster than it would be if it was coming through DST. But the good news is I think there's also some benefits there for our margins to continue to enhance over time.

So I think you see just a little bit of channel shift, and in this case, it may provide some benefits to our Company and to our margin structure. And you'll continue to see that as we really focus on expanding distribution, both in the direct area and also with DSD.

MARIO CONTRERAS: Okay. So, I guess related to that -- so it sounds like maybe the pricing was a bit of a headwind, but because of the channel shift, it was also helping your volume. And then -- but then related to that, can you comment on whether or not you saw any I guess distribution gains -- you know if the distribution gains were helping your volumes? If that's relatively one-time in nature? Or were -- was consumption and shipments relatively in line for the quarter? Thanks.

CARL LEE: I think it was more the latter. I mean, overall, we basically hit most all of our internal forecasts, so I think overall consumption was in good shape. What we saw from a topline and bottom-line improvement was in good shape for the quarter, based on what we were looking at internally. And so I think that that basically describes it.

I think that in our particular situation where household penetration is very important, we continue to expand it, we need to continue to expand our market share. I think having strong volume growth is important, because it means that we are getting to more consumers and we're getting more overall consumption. So we'll balance that with revenue growth and to balance it with some channel shifts as well.

MARIO CONTRERAS: Okay, thank you very much.

CARL LEE: Thank you.

OPERATOR: Michael Gallo, CL King.

MICHAEL GALLO, ANALYST, CL KING & ASSOCIATES: Just a couple of questions. First question. I was wondering to what extent commodity price deflation was negatively impacting the revenue in your Partner brand segment? Or was that not really a huge factor just to kind of parse that out?

CARL LEE: For Q3, it was not much of a factor. I wouldn't say it didn't exist, but it wasn't much of a factor. I think it was again some temporary sales softness with a couple of partners, would be the primary reason that we saw just a little bit of shift there. As you saw, it wasn't very significant, but we did call it out because it did affect the overall results.

MICHAEL GALLO: Okay. And then just a couple of follow-ups. Year-to-date, how much have you gotten already in synergies on the Diamond acquisition? And how much was that in the third quarter?

RICK PUCKETT: Yes. As I commented on my comments, Michael, I think that it's clear that we're making the right kind of progress on synergies. We are where we expect to be at this particular time.

As we stated initially when we announced the acquisition of Diamond, we expect to be 50% complete with the synergy by the end of 12 months, and we are in the third quarter of that 12-month period, if you will. Kind of just starting in Q4, we'll be in the third quarter.

So we still have -- we are still on track. We are getting the kind of synergies we expect each quarter. We've implemented a lot of milestone kinds of activities. As I mentioned, we had a major integration of systems. That went very successfully. We've done some other things that are foundational that will start to unlock synergies going forward.

So we still believe we are on track and on time with the synergy that we promised initially. It is being -- it's getting a lot of attention obviously in the Company. It's being managed very well, and we are very confident that we are going to be able to achieve what we said

MICHAEL GALLO: Okay, thank you.

OPERATOR: And I'm not showing any further questions at this time. I would now like to turn the call back to Mr. Carl Lee for any further remarks.

CARL LEE: Thank you, Ramona. We appreciate your help today. I think that we appreciate everyone joining the call. It's been great visiting with you and catching up on our Q3 performance.

As Rick has talked about and I talked about as well, we are very much on track with all of our key requirements, and that is the integration of Diamond. We are excited about the continued combination there and the opportunity it affords our Company long-term.

We continue to integrate aggressively on the overall integration and the synergies savings that we've talked about. We're beginning to see continued improvement in overall sales execution and new authorizations, and the things that will drive our long-term Company performance.

So, we are blessed with a great team and everyone is busy executing. And we again are thankful for the progress we made, and we're going to continue to work very hard to drive the shareholder value that we all expect.

So we do appreciate your time today, and we look forward to connecting with you on the road and staying in touch. So, thank you. Have a good day.

OPERATOR: Ladies and gentlemen, thank you for participating in today's conference. This concludes today's program. You may all disconnect. Everyone have a wonderful day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** April 19, 2017

End of Document

# *Snyders-Lance 3Q EPS 30c >LNCE

Dow Jones Institutional News

November 7, 2016 Monday 11:00 AM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 6437 words

## Body

7 Nov 2016 06:00 ET *Snyders-Lance 3Q Net $29.3M >LNCE

7 Nov 2016 06:00 ET *Snyders-Lance 3Q Rev $588.8M >LNCE

7 Nov 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports Results for Third Quarter of Fiscal 2016

Snyder's-Lance, Inc. Reports Results for Third Quarter of Fiscal 2016

```
-- Total net revenue increased 41.3% including the contribution of Diamond
   Foods

-- GAAP earnings per diluted share increased 36.4% to $0.30

-- Earnings per diluted share excluding special items* increased 34.6% to
   $0.35

-- Adjusted EBITDA* increased 73.2% to $81.8 million

-- Company narrows full-year 2016 outlook ranges
```

CHARLOTTE, N.C., Nov. 07, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) today reported financial results for the third quarter ended October 1, 2016 and narrowed its full-year 2016 earnings per share outlook to the upper-end of the Company's previous expectations. Total net revenue in the third quarter of 2016 increased 41.3% including the contribution of Diamond Foods. GAAP net income attributable to Snyder's-Lance, Inc. in the third quarter of 2016 increased to $29.3 million, or $0.30 per diluted share, as compared to $15.7 million, or $0.22 per diluted share, in the third quarter of 2015. Net income attributable to Snyder's-Lance, Inc. excluding special items* for the third quarter of 2016, increased 80.8% to $33.7 million, as compared to $18.6 million in the third quarter of 2015. Earnings per diluted share excluding special items* increased 34.6% to $0.35 in the third quarter of 2016 compared to $0.26 in the third quarter of 2015. All financial comparisons to the prior year are compared against the legacy Snyder's-Lance results, where the prior year does not include any contribution from Diamond Foods.

(*) Descriptions of measures excluding special items are provided in "Use and Definition of Non-GAAP Measures," and reconciliations are provided in the tables at the end of this release.

```
Third Quarter Financial Summary
```

| (in thousands, except for earnings per share amounts) | Q3 2016 | Q3 2015 | Change |
|---|---|---|---|
| Total Net Revenue | $ 588,801 | $ 416,773 | 41.3% |
| Total Net Revenue, Excluding Diamond Foods | $ 419,873 | $ 416,773 | 0.7% |
|   Branded Net Revenue, Excluding Diamond Foods | $ 306,328 | $ 298,442 | 2.6% |
| Operating Margin | 8.1% | 5.9% | 220 bps |
| Operating Margin, Excluding Special Items | 9.1% | 7.0% | 210 bps |
| GAAP EPS | $ 0.30 | $ 0.22 | 36.4% |
| EPS, Excluding Special Items | $ 0.35 | $ 0.26 | 34.6% |
| Adjusted EBITDA | $ 81,837 | $ 47,247 | 73.2% |

"Growth of our core brands accelerated during the third quarter, and when combined with our cost savings initiatives, operating margin improved 210 basis points reaching 9.1% for the quarter," said Carl E. Lee, Jr., President and Chief Executive Officer. "Our Legacy Snyder's-Lance brands delivered 2.6% year over year growth, driven by core brand growth of 3.7% led by Snack Factory(R) , Cape Cod(R) and Lance(R) . Despite incremental investments in advertising and consumer promotions, productivity and sales growth delivered the margin expansion we expected. The integration of Diamond Foods is on target with cost and revenue synergies being achieved on schedule. Our early revenue synergies include wins in the club, drug and small format channels, as retailers expand their distribution of our premium brands."

Mr. Lee continued, "We have assembled a portfolio of brands on trend with the growing consumer demand for organic, gluten free, non-GMO certified, and reduced fat. Our 'Better-For-You' brands now represent over 33% of our sales and will continue to grow with innovation and focus on better ingredients and great taste. We remain focused on driving growth of our core brands, delivering synergy targets and maximizing the benefits of the strategic combination with Diamond that has positioned us as a leading provider of premium and differentiated snacks centered on nutrition, quality and variety. Our full-year performance is tracking in line with our expected ranges, and we continue to anticipate strong sales in the fourth quarter primarily due to the seasonal nature of Diamond of California(R) culinary nuts and other holiday product offerings. I want to thank all of our associates for their early integration success, solid growth on core brands and new distribution gains."

Third Quarter 2016 Results

```
Third Quarter Net Revenue by Product
Category
```

| (in thousands) | Q3 2016 Net Revenue | Q3 2015 Net Revenue | Q3 2016 Net Change | Incremental Diamond Net Revenue | Q3 2016 Net Revenue Excluding Diamond Foods* | Q3 2015 Net Revenue Change |
|---|---|---|---|---|---|---|

| Branded | $ 428,868 | $ 298,442 | 43.7% | $ 428,868 | $ 122,540 | $ 306,328 | $ 298,442 | 2.6% |
|---|---|---|---|---|---|---|---|---|
| Partner Brand | 73,821 | 75,396 | -2.1% | 73,821 | -- | 73,821 | 75,396 | -2.1% |
| Other | 43,251 | 42,935 | 0.7% | 43,251 | 3,527 | 39,724 | 42,935 | -7.5% |
| Culinary | 42,861 | -- | -- | 42,861 | 42,861 | -- | -- | -- |
| Total | $ 588,801 | $ 416,773 | 41.3% | $ 588,801 | $ 168,928 | $ 419,873 | $ 416,773 | 0.7% |

*The non-GAAP measure and related comparisons in the
 table above should be considered in addition to, not
 as a substitute for, our net revenue disclosure, as
 well as other measures of financial performance reported
 in accordance with GAAP, and may not be comparable
 to similarly titled measures used by other companies.
 Company management believes the presentation of 2016
 Net Revenue Excluding Diamond Foods is useful for
 providing increased transparency and assisting investors
 in understanding our ongoing operating performance.
 Note: Due to the acquisition of Diamond, prior year
 Partner brand revenues from the sale of Kettle Brand(R)
 potato chips are now classified as Branded revenues.
 For the third quarter of 2015 the Company has reclassified
 $8.8 million of Partner brand revenue associated with
 Kettle Brand(R) potato chips to Branded revenue to
 be consistent with current year presentation.

Total net revenue in the third quarter of 2016 was $588.8 million, an increase of 41.3% compared to net revenue of $416.8 million in the third quarter of 2015. Net revenue in the third quarter of 2016, excluding the contribution of the acquired Diamond Foods brands, included Branded category growth of 2.6% driven by an approximately 6% increase in volume. The increase in Branded net revenue was partially offset as Partner brand net revenue declined 2.1% and Other net revenue declined 7.5%. Excluding the contribution from Diamond Foods, net revenue in the third quarter of 2016 increased 0.7% compared to the third quarter of 2015.

Operating income in the third quarter of 2016 increased 93.6% to $47.9 million, as compared to $24.8 million in the third quarter of 2015. Excluding special items, operating income in the third quarter of 2016 increased 82.8% to $53.6 million, or 9.1% of net revenue, as compared to $29.3 million, or 7.0% percent of net revenue, in the third quarter of 2015. The improvement in operating margin was due to strong gross margin performance driven by manufacturing efficiencies and procurement savings as a result of the Company's margin expansion initiatives and early synergy realization from the Diamond Foods combination. The gross margin improvement was partially offset by the planned higher marketing, advertising and trade expenses to support growth of the Company's core brands.

Other income, net, increased $3.6 million in the third quarter of 2016 compared to the third quarter of 2015. The increase was primarily due to income of $3.8 million associated with the settlement of a business interruption claim.

Adjusted EBITDA in the third quarter of 2016 increased 73.2% to $81.8 million, or 13.9% of revenue, as compared to adjusted EBITDA of $47.2 million, or 11.3% of revenue, in the third quarter of 2015. Adjusted EBITDA is a non-GAAP measure defined herein under "Use and Definition of Non-GAAP Measures," and is reconciled to net income in the tables that accompany this release.

Net interest expense in the third quarter of 2016 increased to $9.2 million as compared to $2.9 million in the third quarter of 2015. The increase in net interest expense was the result of additional debt utilized to finance the acquisition of Diamond Foods.

The effective tax rate, excluding special items, was 29.2% in the third quarter of 2016 as compared to 30.6% in the third quarter of 2015. The effective tax rate for the third quarter of 2016 was favorably impacted by a reduction in the United Kingdom's statutory income tax rate.

Outlook(*)

For the full-year of fiscal 2016, the Company now expects earnings per diluted share to be in the range of $1.24 to $1.30 from $1.22 to $1.30 previously. The implied fourth quarter guidance range reflects the historically strong

seasonal contribution of the Diamond of California culinary nut business. The Company's fiscal 2016 outlook excludes special items and charges associated with the acquisition of Diamond Foods. In addition, the full-year outlook also includes an estimated negative impact from purchase accounting adjustments. The Company has fine-tuned this estimate to approximately $0.08 to $0.10 from $0.10 to $0.12 previously.

7 Nov 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -2-

The Company's 2016 full-year outlook also includes the following assumptions:

```
-- Net revenue of $2,290 million to $2,310 million;

       -- Excluding the contribution from Diamond Foods net revenue growth
          is expected to be approximately flat to up 1.5%;

       -- Net revenue contribution from Diamond Foods for the 10 months
          beginning February 29, 2016, of approximately $630 million to $640
          million, net of the impact of intercompany eliminations and
          reflecting the negative impact of net price realization from lower
          walnut costs and unfavorable foreign currency;

-- Adjusted EBITDA of $310 million to $320 million; and

-- Capital expenditures of $75 million to $80 million.
```

The Company's 2016 full-year outlook is also based on the following assumptions, reflecting the acquisition of Diamond Foods:

```
-- Net interest expense of $32.5 million to $33.5 million;

-- Effective tax rate of 33.5% to 34.0%; and

-- Weighted average diluted share count of approximately 93 million to 94
   million shares.
```

*Full-year 2016 GAAP guidance are not provided in this release due to the likely occurrence of one or more of the following items where the Company is unable to reliably forecast the timing and magnitude: Continued transaction and integration related costs associated with the acquisition of Diamond Foods, other potential transactions and their related costs, settlements of contingent liabilities, possible gains or losses on the sale of businesses or other assets, restructuring costs, impairment charges, and the income tax effects of these.

Conference Call

Management will host a conference call to discuss third quarter 2016 results at 9:00 a.m. ET on November 7, 2016. The conference call will be webcast live through the Investor Relations section of Snyder's-Lance's website ( www.snyderslance.com ) where the accompanying slide presentation will also be available. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 97663353. A continuous telephone replay of the call will be available between 12:00 p.m. on November 7 and midnight on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 97663353. Investors may also access a web-based replay of the conference call at          www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R) , Lance(R) , Kettle Brand(R) , KETTLE(R) Chips, Cape Cod(R) , Snack Factory(R) **Pretzel Crisps**(R) , Pop Secret(R) , Emerald(R) , Diamond of California(R) , Late July(R) ,

Krunchers!(R) , Tom's(R) , Archway(R) , Jays(R) , Stella D'oro(R) , Eatsmart Snacks(TM), O-Ke-Doke(R) , and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:  www.snyderslance.com . LNCE-E

Use and Definition of Non-GAAP Measures

Snyder's-Lance's management uses non-GAAP financial measures to evaluate our operating performance and to facilitate a comparison of the Company's operating performance on a consistent basis and to provide measures that, when viewed in combination with its results prepared in accordance with GAAP, allow for a more complete understanding of factors and trends affecting the Company's business than GAAP measures alone. The non-GAAP measures and related comparisons should be considered in addition to, not as a substitute for, our GAAP disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Our management believes these non-GAAP measures are useful for providing increased transparency and assisting investors in understanding our ongoing operating performance.

Operating Income, Excluding Special Items

Operating Income, excluding special items, is provided because Snyder's-Lance believes it is useful information for understanding our results by improving the comparability of our results. Additionally, operating income, excluding special items, provides transparent and useful information to management, investors, analysts and other parties in evaluating and assessing the Company's primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Operating Income, excluding special items, is one of the measures management uses for planning and budgeting, monitoring and evaluating financial and operating results, and in the analysis of ongoing operating trends.

Net Income, Earnings per Share and Effective Income Tax Rate, Excluding Special Items

Net income, earnings per share, and the effective income tax rate, excluding special items, are metrics provided to present the reader with the after-tax impact of operating income, excluding special items, in order to improve the comparability and understanding of the related GAAP measures. Net income, earnings per share, and the effective income tax rate, excluding special items, provide transparent and useful information to management, investors, analysts and other parties in evaluating and assessing our primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Net income, earnings per share, and the effective income tax rate, excluding special items, are measures management uses for planning and budgeting, monitoring and evaluating financial and operating results.

Adjusted EBITDA

Snyder's-Lance defines adjusted EBITDA as earnings before interest expense, income taxes, depreciation and amortization ("EBITDA"), further adjusted to exclude restructuring or transaction related expenses, and other non-cash or non-operating items as well as any other unusual items that impact the comparability of our financial information.

Management uses adjusted EBITDA as a key metric in the evaluation of underlying Company performance, in making financial, operating and planning decisions. The Company believes this measure is useful to investors because it increases transparency and assists investors in understanding the underlying performance of the Company and in the analysis of ongoing operating trends. Additionally, Snyder's-Lance believes adjusted EBITDA is frequently used by analysts, investors and other interested parties in their evaluation of companies, many of which present an adjusted EBITDA measure when reporting their results. The Company has historically reported adjusted EBITDA to analysts and investors and believes that its continued inclusion provides consistency in financial reporting and enables analysts and investors to perform meaningful comparisons of past, present and future operating results.

Adjusted EBITDA should not be considered as an alternative to net income, determined in accordance with Generally Accepted Accounting Principles ("GAAP"), as an indicator of the Company's operating performance, as an indicator of cash flows, or as a measure of liquidity. While EBITDA and adjusted EBITDA and similar measures are frequently used as measures of operations and the ability to meet debt service requirements, they are not necessarily comparable to other similarly titled captions of other companies due to the potential inconsistencies in the method of calculation.

Cautionary Information about Forward Looking Statements

This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with

7 Nov 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -3-

the Securities and Exchange Commission.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Income (Unaudited)
```

| (in thousands, except per share data) | Quarter Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | October 1, 2016 | October 3, 2015 | October 1, 2016 | October 3, 2015 |
| Net revenue | $588,801 | $416,773 | $1,661,066 | $1,250,542 |
| Cost of sales | 375,729 | 274,287 | 1,087,557 | 817,211 |
| Gross profit | 213,072 | 142,486 | 573,509 | 433,331 |
| | | | | |
| Selling, general and administrative | 161,107 | 114,835 | 452,815 | 355,828 |
| Settlements of certain litigation | -- | 2,900 | -- | 5,675 |
| Transaction and integration related expenses | 4,043 | -- | 63,983 | -- |
| Impairment charges | 507 | -- | 1,370 | -- |
| Loss/(gain) on sale of route businesses, net | 41 | (501) | (650) | (1,368) |
| Other | | | | |

| | | | | |
|---|---|---|---|---|
| (income)/expense, net | (3,512) | 115 | (4,796) | (731) |
| Income before interest and income taxes | 50,886 | 25,137 | 60,787 | 73,927 |
| | | | | |
| Loss on early extinguishment of debt | -- | -- | 4,749 | -- |
| Interest expense, net | 9,215 | 2,851 | 23,305 | 7,989 |
| Income before income taxes | 41,671 | 22,286 | 32,733 | 65,938 |
| | | | | |
| Income tax expense | 12,470 | 6,557 | 9,309 | 22,233 |
| Net income | 29,201 | 15,729 | 23,424 | 43,705 |
| Net (loss)/income attributable to noncontrolling interests | (114) | 52 | (141) | 63 |
| Net income attributable to Snyder's-Lance, Inc. | $ 29,315 | $ 15,677 | $ 23,565 | $ 43,642 |
| | | | | |
| Basic earnings per share | $ 0.30 | $ 0.22 | $ 0.26 | $ 0.62 |
| Weighted average basic shares outstanding | 95,881 | 70,548 | 90,504 | 70,411 |
| | | | | |
| Diluted earnings per share | $ 0.30 | $ 0.22 | $ 0.26 | $ 0.61 |
| Weighted average diluted shares outstanding | 97,012 | 71,319 | 91,493 | 71,134 |
| | | | | |
| Cash dividends declared per share | $ 0.16 | $ 0.16 | $ 0.48 | $ 0.48 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Balance Sheets (Unaudited)

| (in thousands, except share and per share data) | October 1, 2016 | January 2, 2016 |
|---|---|---|
| ASSETS | | |
| Current assets: | | |
| Cash and cash equivalents | $ 26,814 | $ 39,105 |
| Restricted cash | 714 | 966 |
| Accounts receivable, net of allowances of $1,110 and $917, respectively | 215,543 | 131,339 |
| Inventories, net | 257,377 | 110,994 |
| Prepaid income taxes and income taxes receivable | 5,990 | 2,321 |
| Assets held for sale | 19,546 | 15,678 |
| Prepaid expenses and other current assets | 35,196 | 21,210 |
| Total current assets | 561,180 | 321,613 |

Noncurrent assets:

| | | |
|---|---:|---:|
| Fixed assets, net | 528,870 | 401,465 |
| Goodwill | 1,378,566 | 539,119 |
| Other intangible assets, net | 1,430,812 | 528,658 |
| Other noncurrent assets | 26,562 | 19,849 |
| Total assets | $3,925,990 | $1,810,704 |

LIABILITIES AND STOCKHOLDERS' EQUITY

Current liabilities:

| | | |
|---|---:|---:|
| Current portion of long-term debt | $ 49,000 | $ 8,541 |
| Accounts payable | 100,341 | 54,207 |
| Payable to growers | 39,465 | -- |
| Accrued compensation | 42,553 | 26,196 |
| Accrued casualty insurance claims | 6,043 | 4,262 |
| Accrued marketing, selling and promotional costs | 50,818 | 18,806 |
| Other payables and accrued liabilities | 47,917 | 32,248 |
| Total current liabilities | 336,137 | 144,260 |

Noncurrent liabilities:

| | | |
|---|---:|---:|
| Long-term debt, net | 1,302,668 | 372,301 |
| Deferred income taxes, net | 348,284 | 157,591 |
| Accrued casualty insurance claims | 11,629 | 11,931 |
| Other noncurrent liabilities | 39,192 | 17,034 |
| Total liabilities | 2,037,910 | 703,117 |

Commitments and contingencies

Stockholders' equity:

| | | |
|---|---:|---:|
| Common stock, $0.83 1/3 par value. 110,000,000 shares authorized; 96,112,842 and 70,968,054 shares outstanding, respectively | 80,091 | 59,138 |
| Preferred stock, $1.00 par value. Authorized 5,000,000 shares; no shares outstanding | -- | -- |
| Additional paid-in capital | 1,595,097 | 791,428 |
| Retained earnings | 219,801 | 238,314 |
| Accumulated other comprehensive loss | (26,105) | (630) |
| Total Snyder's-Lance, Inc. stockholders' equity | 1,868,884 | 1,088,250 |
| Noncontrolling interests | 19,196 | 19,337 |
| Total stockholders' equity | 1,888,080 | 1,107,587 |
| Total liabilities and stockholders' equity | $3,925,990 | $1,810,704 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Cash Flows (Unaudited)

| | Nine Months Ended | |
|---|---|---|
| | October 1, | October 3, |
| (in thousands) | 2016 | 2015 |
| Operating activities: | | |
| Net income | $ 23,424 | $ 43,705 |
| Adjustments to reconcile net (loss)/income to cash from operating activities: | | |
| Depreciation and amortization | 72,687 | 52,585 |
| Stock-based compensation expense | 22,542 | 4,255 |
| Gain on sale of fixed assets, net | (25) | (90) |
| Gain on sale of route businesses, net | (650) | (1,368) |
| Changes in fair value of investments | 179 | (585) |
| Gain on write-off of debt premium | (1,341) | -- |

| | | |
|---|---:|---:|
| Impairment charges | 1,370 | -- |
| Deferred income taxes | 7,139 | 6,627 |
| Provision for doubtful accounts | 218 | 866 |
| Changes in operating assets and liabilities, excluding business acquisitions and foreign currency translation adjustments | 28,480 | (11,537) |
| Net cash provided by operating activities | 154,023 | 94,458 |
| | | |
| Investing activities: | | |
| Purchases of fixed assets | (55,823) | (38,800) |
| Purchases of route businesses | (16,467) | (19,622) |
| Proceeds from sale of fixed assets and insurance recoveries | 1,094 | 1,524 |
| Proceeds from sale of route businesses | 14,894 | 23,750 |
| Proceeds from sale of investments | -- | 826 |
| Business acquisition, net of cash acquired | (1,036,437) | -- |
| Changes in restricted cash | 252 | -- |
| Net cash used in investing activities | (1,092,487) | (32,322) |
| | | |
| Financing activities: | | |
| Dividends paid to stockholders | (42,078) | (33,884) |
| Debt issuance costs | (6,047) | -- |
| Payments on capital leases | (1,745) | -- |
| Issuances of common stock | 9,001 | 6,126 |
| Excess tax benefit from stock-based compensation | 577 | 1,026 |
| Share repurchases, including shares surrendered for tax withholding | (8,485) | (836) |
| Net proceeds from existing credit facilities | 72,000 | -- |
| Repayments of long-term debt | (226,390) | (5,625) |
| Proceeds from issuance of long-term debt | 1,130,000 | -- |
| Net cash provided by/(used in) financing activities | 926,833 | (33,193) |
| | | |
| Effect of exchange rate changes on cash | (660) | -- |
| | | |
| (Decrease)/increase in cash and cash equivalents | (12,291) | 28,943 |
| Cash and cash equivalents at beginning of period | 39,105 | 35,373 |
| Cash and cash equivalents at end of period | $ 26,814 | $ 64,316 |
| | | |
| Supplemental information: | | |
| Cash paid for income taxes, net of refunds of $1,522 and $678, respectively | $ 5,060 | $ 18,420 |
| Cash paid for interest | $ 22,414 | $ 7,008 |
| | | |
| Non-cash financing activities: | | |
| Common stock and stock-based compensation issued for business acquisitions | $ 800,987 | $ -- |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Operating income, excluding special items

```
                                  Quarter Ended
(in thousands)                    October 1, 2016   October 3, 2015

Income before interest and
 income taxes                  $       50,886    $       25,137
Impairment charges                        507             --
Loss/(gain) on sale of route
 businesses, net                           41            (501)
Other (income)/expense, net            (3,512)            115
Operating income                       47,922          24,751

Transaction and integration
related expenses (1)                    4,485             --
Legal fees and settlement
 accrual (2)                             --             3,109
```

7 Nov 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -4-

```
Other (3)(4)                            1,231           1,486
Operating income, excluding
 special items                 $       53,638    $       29,346

Net revenue                    $      588,801    $      416,773

Operating income, as a % of net
 revenue                                 8.1%            5.9%
Operating income, excluding
special items, as a % of net
 revenue                                 9.1%            7.0%
```

(1) Transaction and integration related expenses primarily consist of professional fees, severance, and retention costs associated with the acquisition of Diamond.

(2) Includes accrual for legal fees and contingent liabilities associated with expected settlements related to employee classification and industry wide packaging claims.

(3) For the third quarter of 2016, other items primarily consist of Metcalfe's transaction-related expenses including transaction costs and severance benefits, as well as an inventory step-up of $0.2 million.

(4) For the third quarter of 2015, other items include severance expense and professional fees.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Earnings per diluted share, excluding special items

                                  Quarter Ended
                               October 1, 2016   October 3, 2015
Earnings per diluted share     $        0.30    $        0.22

Transaction and integration
related expenses (1)                    0.04             --
Legal fees and settlement accrual
 (2)                                     --             0.03
Other (3)(4)                            0.01           0.01

Earnings per diluted share,
 excluding special items       $        0.35    $        0.26
```

(1) Transaction and integration related expenses primarily consist of professional fees, severance, and retention costs associated with the acquisition of Diamond.

(2) Includes accrual for legal fees and contingent liabilities associated with expected settlements related to employee classification and industry wide packaging claims.

(3) For the third quarter of 2016, other items primarily consist of Metcalfe's transaction-related expenses including transaction costs and severance benefits, as well as an inventory step-up of $0.2 million.

(4) For the third quarter of 2015, other items include severance expense and professional fees.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
EBITDA and Adjusted EBITDA
```

| (in thousands) | Quarter Ended October 1, 2016 | | October 3, 2015 | |
|---|---|---|---|---|
| Net income | $ | 29,201 | $ | 15,729 |
| Income tax expense | | 12,470 | | 6,557 |
| Interest expense, net | | 9,215 | | 2,851 |
| Depreciation | | 19,581 | | 14,834 |
| Amortization | | 5,654 | | 2,681 |
| EBITDA | | 76,121 | | 42,652 |
| | | | | |
| Transaction and integration related expenses (1) | | 4,485 | | -- |
| Legal fees and settlement accrual (2) | | -- | | 3,109 |
| Other (3)(4) | | 1,231 | | 1,486 |
| Adjusted EBITDA | $ | 81,837 | $ | 47,247 |
| | | | | |
| Net revenue | | 588,801 | | 416,773 |
| | | | | |
| EBITDA, as a % of net revenue | | 12.9% | | 10.2% |
| Adjusted EBITDA, as a % of net revenue | | 13.9% | | 11.3% |

(1) Transaction and integration related expenses primarily consist of professional fees, severance, and retention costs associated with the acquisition of Diamond.

(2) Includes accrual for legal fees and contingent liabilities associated with expected settlements related to employee classification and industry wide packaging claims.

(3) For the third quarter of 2016, other items primarily consist of Metcalfe's transaction-related expenses including transaction costs and severance benefits, as well as an inventory step-up of $0.2 million.

(4) For the third quarter of 2015, other items include severance expense and professional fees.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Net income attributable to Snyder's-Lance, excluding
  special items
```

| (in thousands) | Quarter Ended October 1, 2016 | | October 3, 2015 | |
|---|---|---|---|---|
| Net income attributable to Snyder's-Lance | $ | 29,315 | $ | 15,677 |
| | | | | |
| Transaction and integration related expenses, net of tax (1) | | 3,705 | | -- |
| Impact of tax restructuring (2) | | (383) | | -- |
| Legal fees and settlement | | | | |

```
accrual, net of tax (3)                      --              1,992
Other, net of tax (4)(5)                  1,017                944
Net income attributable to
 Snyder's-Lance, excluding
 special items             $     33,654   $     18,613
```

(1) Transaction and integration related expenses primarily consist of professional fees, severance, and retention costs associated with the acquisition of Diamond.

(2) Discrete tax item for the impact of tax restructuring. We expect a more significant impact from our planned income tax restructuring in Q4 2016.

(3) Includes accrual for legal fees and contingent liabilities associated with expected settlements related to employee classification and industry wide packaging claims.

(4) For the third quarter of 2016, other items primarily consist of Metcalfe's transaction-related expenses including transaction costs and severance benefits, as well as an inventory step-up of $0.2 million.

(5) For the third quarter of 2015, other items include severance expense and professional fees.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Adjusted effective income tax rate
```

| Quarter Ended October 1, 2016 (in thousands) | GAAP Income | Adjustments | Adjusted Income |
|---|---|---|---|
| Income before income taxes | $   41,671 | $    5,716 | $    47,387 |
| Income taxes | 12,470 | 1,377 | 13,847 |
| Net income | 29,201 | 4,339 | 33,540 |
| Net loss attributable to noncontrolling interests | (114) | -- | (114) |
| Net income attributable to Snyder's-Lance | $   29,315 | $    4,339 | $    33,654 |
| Effective income tax rate(1) | 29.9% | | 29.2% |

| Quarter Ended October 3, 2015 (in thousands) | GAAP Income | Adjustments | Adjusted Income |
|---|---|---|---|
| Income before income taxes | $   22,286 | $    4,595 | $    26,881 |
| Income taxes | 6,557 | 1,659 | 8,216 |
| Net income | 15,729 | 2,936 | 18,665 |
| Net income attributable to noncontrolling interests | 52 | -- | 52 |
| Net income attributable to Snyder's-Lance | $   15,677 | $    2,936 | $    18,613 |
| Effective income tax rate | 29.4% | | 30.6% |

(1) The tax rate on adjusted income varies from the tax rate on GAAP income for the third quarter of 2016 primarily due to the effective tax rate impact of non-deductible transaction costs related to the acquisition of Diamond and Metcalfe's.

```
Investor Contact
Kevin Powers, Senior Director, Investor Relations
kpowers@snyderslance.com, (704) 557-8279

Media Contact
Joey Shevlin, Director, Corporate Communications & Public Affairs
JShevlin@snyderslance.com, (704) 557-8850
```

7 Nov 2016 06:06 ET *Snyders-Lance Sees FY16 EPS $1.24-EPS $1.30 >LNCE

7 Nov 2016 06:07 ET *Snyders-Lance Sees FY16 Rev $2.29B-$2.31B >LNCE

7 Nov 2016 06:08 ET *Snyders-Lance Sees FY16 Capital Expenditures of $75M to $80M >LNCE

7 Nov 2016 06:12 ET *Snyders-Lance 3Q Adj EPS 35c >LNCE

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

November 07, 2016 06:12 ET (11:12 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** November 10, 2016

End of Document



# Snyder's-Lance, Inc. Reports Results for Third Quarter of Fiscal 2016

Financial Buzz

November 7, 2016 Monday 6:50 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 2913 words

## Body

Nov 07, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex)  Total net revenue increased 41.3% including the contribution of Diamond Foods GAAP earnings per diluted share increased 36.4% to $0.30 Earnings per diluted share excluding special items* increased 34.6% to $0.35 Adjusted EBITDA* increased 73.2% to $81.8 million Company narrows full-year 2016 outlook ranges CHARLOTTE, N.C., Nov. 07, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) today reported financial results for the third quarter ended October 1, 2016 and narrowed its full-year 2016 earnings per share outlook to the upper-end of the Company's previous expectations. Total net revenue in the third quarter of 2016 increased 41.3% including the contribution of Diamond Foods.

GAAP net income attributable to Snyder's-Lance, Inc. in the third quarter of 2016 increased to $29.3 million, or $0.30 per diluted share, as compared to $15.7 million, or $0.22 per diluted share, in the third quarter of 2015. Net income attributable to Snyder's-Lance, Inc. excluding special items* for the third quarter of 2016, increased 80.8% to $33.7 million, as compared to $18.6 million in the third quarter of 2015. Earnings per diluted share excluding special items* increased 34.6% to $0.35 in the third quarter of 2016 compared to $0.26 in the third quarter of 2015. All financial comparisons to the prior year are compared against the legacy Snyder's-Lance results, where the prior year does not include any contribution from Diamond Foods. *Descriptions of measures excluding special items are provided in 'Use and Definition of Non-GAAP Measures,' and reconciliations are provided in the tables at the end of this release. 'Growth of our core brands accelerated during the third quarter, and when combined with our cost savings initiatives, operating margin improved 210 basis points reaching 9.1% for the quarter,' said Carl E. Lee, Jr., President and Chief Executive Officer. 'Our Legacy Snyder's-Lance brands delivered 2.6% year over year growth, driven by core brand growth of 3.7% led by Snack Factory®, Cape Cod® and Lance®. Despite incremental investments in advertising and consumer promotions, productivity and sales growth delivered the margin expansion we expected. The integration of Diamond Foods is on target with cost and revenue synergies being achieved on schedule. Our early revenue synergies include wins in the club, drug and small format channels, as retailers expand their distribution of our premium brands.' Mr. Lee continued, 'We have assembled a portfolio of brands on trend with the growing consumer demand for organic, gluten free, non-GMO certified, and reduced fat. Our 'Better-For-You' brands now represent over 33% of our sales and will continue to grow with innovation and focus on better ingredients and great taste. We remain focused on driving growth of our core brands, delivering synergy targets and maximizing the benefits of the strategic combination with Diamond that has positioned us as a leading provider of premium and differentiated snacks centered on nutrition, quality and variety. Our full-year performance is tracking in line with our expected ranges, and we continue to anticipate strong sales in the fourth quarter primarily due to the seasonal nature of Diamond of California® culinary nuts and other holiday product offerings. I want to thank all of our associates for their early integration success, solid growth on core brands and new distribution gains.' Third Quarter 2016 Results Total net revenue in the third quarter of 2016 was $588.8 million, an increase of 41.3% compared to net revenue of $416.8 million in the third quarter of 2015. Net revenue in the third quarter of 2016, excluding the contribution of the acquired Diamond Foods brands, included Branded category growth of 2.6% driven by an approximately 6% increase in volume. The increase in Branded net revenue was partially offset as Partner brand net revenue declined 2.1% and Other net revenue declined 7.5%. Excluding the contribution from Diamond Foods, net revenue in the third quarter of 2016 increased 0.7% compared to the third quarter of 2015.

Snyder's-Lance, Inc. Reports Results for Third Quarter of Fiscal 2016

Operating income in the third quarter of 2016 increased 93.6% to $47.9 million, as compared to $24.8 million in the third quarter of 2015. Excluding special items, operating income in the third quarter of 2016 increased 82.8% to $53.6 million, or 9.1% of net revenue, as compared to $29.3 million, or 7.0% percent of net revenue, in the third quarter of 2015. The improvement in operating margin was due to strong gross margin performance driven by manufacturing efficiencies and procurement savings as a result of the Company's margin expansion initiatives and early synergy realization from the Diamond Foods combination. The gross margin improvement was partially offset by the planned higher marketing, advertising and trade expenses to support growth of the Company's core brands. Other income, net, increased $3.6 million in the third quarter of 2016 compared to the third quarter of 2015. The increase was primarily due to income of $3.8 million associated with the settlement of a business interruption claim. Adjusted EBITDA in the third quarter of 2016 increased 73.2% to $81.8 million, or 13.9% of revenue, as compared to adjusted EBITDA of $47.2 million, or 11.3% of revenue, in the third quarter of 2015. Adjusted EBITDA is a non-GAAP measure defined herein under 'Use and Definition of Non-GAAP Measures,' and is reconciled to net income in the tables that accompany this release. Net interest expense in the third quarter of 2016 increased to $9.2 million as compared to $2.9 million in the third quarter of 2015. The increase in net interest expense was the result of additional debt utilized to finance the acquisition of Diamond Foods. The effective tax rate, excluding special items, was 29.2% in the third quarter of 2016 as compared to 30.6% in the third quarter of 2015. The effective tax rate for the third quarter of 2016 was favorably impacted by a reduction in the United Kingdom's statutory income tax rate. Outlook* For the full-year of fiscal 2016, the Company now expects earnings per diluted share to be in the range of $1.24 to $1.30 from $1.22 to $1.30 previously. The implied fourth quarter guidance range reflects the historically strong seasonal contribution of the Diamond of California culinary nut business. The Company's fiscal 2016 outlook excludes special items and charges associated with the acquisition of Diamond Foods. In addition, the full-year outlook also includes an estimated negative impact from purchase accounting adjustments. The Company has fine-tuned this estimate to approximately $0.08 to $0.10 from $0.10 to $0.12 previously. The Company's 2016 full-year outlook also includes the following assumptions:Net revenue of $2,290 million to $2,310 million; Excluding the contribution from Diamond Foods net revenue growth is expected to be approximately flat to up 1.5%; Net revenue contribution from Diamond Foods for the 10 months beginning February 29, 2016, of approximately $630 million to $640 million, net of the impact of intercompany eliminations and reflecting the negative impact of net price realization from lower walnut costs and unfavorable foreign currency;Adjusted EBITDA of $310 million to $320 million; and Capital expenditures of $75 million to $80 million.The Company's 2016 full-year outlook is also based on the following assumptions, reflecting the acquisition of Diamond Foods:Net interest expense of $32.5 million to $33.5 million; Effective tax rate of 33.5% to 34.0%; and Weighted average diluted share count of approximately 93 million to 94 million shares.*Full-year 2016 GAAP guidance are not provided in this release due to the likely occurrence of one or more of the following items where the Company is unable to reliably forecast the timing and magnitude: Continued transaction and integration related costs associated with the acquisition of Diamond Foods, other potential transactions and their related costs, settlements of contingent liabilities, possible gains or losses on the sale of businesses or other assets, restructuring costs, impairment charges, and the income tax effects of these. Conference Call Management will host a conference call to discuss third quarter 2016 results at 9:00 a.m. ET on November 7, 2016. The conference call will be webcast live through the Investor Relations section of Snyder's-Lance's website (www.snyderslance.com[1]) where the accompanying slide presentation will also be available. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 97663353. A continuous telephone replay of the call will be available between 12:00 p.m. on November 7 and midnight on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 97663353. Investors may also access a web-based replay of the conference call at           www.snyderslance.com[2]. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:           www.snyderslance.com[3]. LNCE-E Use and Definition of Non-GAAP Measures Snyder's-Lance's

management uses non-GAAP financial measures to evaluate our operating performance and to facilitate a comparison of the Company's operating performance on a consistent basis and to provide measures that, when viewed in combination with its results prepared in accordance with GAAP, allow for a more complete understanding of factors and trends affecting the Company's business than GAAP measures alone. The non-GAAP measures and related comparisons should be considered in addition to, not as a substitute for, our GAAP disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Our management believes these non-GAAP measures are useful for providing increased transparency and assisting investors in understanding our ongoing operating performance. Operating Income, Excluding Special Items Operating Income, excluding special items, is provided because Snyder's-Lance believes it is useful information for understanding our results by improving the comparability of our results. Additionally, operating income, excluding special items, provides transparent and useful information to management, investors, analysts and other parties in evaluating and assessing the Company's primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Operating Income, excluding special items, is one of the measures management uses for planning and budgeting, monitoring and evaluating financial and operating results, and in the analysis of ongoing operating trends. Net Income, Earnings per Share and Effective Income Tax Rate, Excluding Special Items Net income, earnings per share, and the effective income tax rate, excluding special items, are metrics provided to present the reader with the after-tax impact of operating income, excluding special items, in order to improve the comparability and understanding of the related GAAP measures. Net income, earnings per share, and the effective income tax rate, excluding special items, provide transparent and useful information to management, investors, analysts and other parties in evaluating and assessing our primary operating results after removing the impact of unusual, non-operational or restructuring or transaction related activities that affect comparability. Net income, earnings per share, and the effective income tax rate, excluding special items, are measures management uses for planning and budgeting, monitoring and evaluating financial and operating results. Adjusted EBITDA Snyder's-Lance defines adjusted EBITDA as earnings before interest expense, income taxes, depreciation and amortization ('EBITDA'), further adjusted to exclude restructuring or transaction related expenses, and other non-cash or non-operating items as well as any other unusual items that impact the comparability of our financial information. Management uses adjusted EBITDA as a key metric in the evaluation of underlying Company performance, in making financial, operating and planning decisions. The Company believes this measure is useful to investors because it increases transparency and assists investors in understanding the underlying performance of the Company and in the analysis of ongoing operating trends. Additionally, Snyder's-Lance believes adjusted EBITDA is frequently used by analysts, investors and other interested parties in their evaluation of companies, many of which present an adjusted EBITDA measure when reporting their results. The Company has historically reported adjusted EBITDA to analysts and investors and believes that its continued inclusion provides consistency in financial reporting and enables analysts and investors to perform meaningful comparisons of past, present and future operating results. Adjusted EBITDA should not be considered as an alternative to net income, determined in accordance with Generally Accepted Accounting Principles ('GAAP'), as an indicator of the Company's operating performance, as an indicator of cash flows, or as a measure of liquidity. While EBITDA and adjusted EBITDA and similar measures are frequently used as measures of operations and the ability to meet debt service requirements, they are not necessarily comparable to other similarly titled captions of other companies due to the potential inconsistencies in the method of calculation. Cautionary Information about Forward Looking Statements This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or

market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission. Rating69views 0commentsrecommend to friends http://www.financialbuzz.com/articles/contributor/354Related PostsLeave a Reply Required fields are marked *Close[4]Enter the site [ 1]: https://www.globenewswire.com/Tracker?data=HNvU5cjUykHVzSMsSKmteK0Dv2iHO4YDazfjpUcQrmeX3zm8uwe ftniv1m6VuSrELKhrOvw1nCx9DKlJBK3nCN8L59BE7WVC1D-7iTegFlg= [ 2]: https://www.globenewswire.com/Tracker?data=HNvU5cjUykHVzSMsSKmtePjJlhYzmFQCD71WVFzOBydascbC98 W29Ox-UPkTetvv5Y2FuYUPzUX9GCdlpH3mh0TjXUhxHNbRE3Xpt81XK2A= [ 3]: https://www.globenewswire.com/Tracker?data=HNvU5cjUykHVzSMsSKmteFRXf1XL4iLCGG5vqn-s_wbmzdPdi4y- gk7YaVxG2VcUuB2flxEsEHaPUue720SR4Rxv1Eq56Pju9lwmrliz6zE= [ 4]: http://www.financialbuzz.com/snyders-lance-inc-reports-results-for-third-quarter-of-fiscal--608606#

**Load-Date:** November 7, 2016

---

End of Document



# Snyder's-Lance Declares Regular Quarterly Dividend

Financial Buzz

November 4, 2016 Friday 2:48 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 281 words

## Body

Nov 04, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex) CHARLOTTE, N.C., Nov. 03, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) announced today that the Company's Board of Directors has declared a regular cash dividend on the Company's common stock of $0.16 per share, payable November 29, 2016 to shareholders of record at the close of business November 21, 2016. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE Chips®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers! ®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:

www.snyderslance.com[1]. LNCE-E Investor Contact Kevin Powers, Senior Director, Investor Relations Kpowers@snyderslance.com, (704) 557-8279; https://www.globenewswire.com/NewsRoom/AttachmentNg/3f45292f-225b-4ce6-ba48-db6c6fb8d250 [ 1]: https://www.globenewswire.com/Tracker?data=UXo7aD8YKJ1fFf8x78g4qydmlHPANgnCgrWipb_z9i0eHu7_Hv5hg _NSFEZXsv1wLn6h1G5CWDvR6P2t3_Py08nEyn7bp4hdPefC9yYknXM=

**Load-Date:** November 3, 2016

End of Document



# Press Release: Snyder's-Lance Declares Regular Quarterly Dividend

Dow Jones Institutional News

November 3, 2016 Thursday 8:30 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 251 words

## Body

Snyder's-Lance Declares Regular Quarterly Dividend

CHARLOTTE, N.C., Nov. 03, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) announced today that the Company's Board of Directors has declared a regular cash dividend on the Company's common stock of $0.16 per share, payable November 29, 2016 to shareholders of record at the close of business November 21, 2016.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R), Lance(R), Kettle Brand(R), KETTLE Chips(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Pop Secret(R), Emerald(R), Diamond of California(R), Late July(R), Krunchers! (R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website: www.snyderslance.com . LNCE-E

Investor Contact
Kevin Powers, Senior Director, Investor Relations
Kpowers@snyderslance.com, (704) 557-8279

(END) Dow Jones Newswires

November 03, 2016 16:30 ET (20:30 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** November 4, 2016

---

End of Document

# What Makes a Sandwich a Sandwich? Lance® Weighs in on Debate for National Sandwich Day on Nov. 3; Celebrates holiday with sandwich expert and FREE sandwich crackers

PR Newswire

October 28, 2016 Friday 10:00 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 716 words

**Dateline:** CHARLOTTE, N.C., Oct. 28, 2016

## Body

There is a great debate happening that isn't about politics, but rather all about America's favorite go-to food - sandwiches.Lance®, maker of the first sandwich cracker more than 100 years ago, weighs in on what makes a sandwich a sandwich just in time for National Sandwich Day on Thursday, Nov. 3.

MacKenzie Smith, the sandwich expert forabout.comand creator of the popular sandwich blogGrilledCheeseSocial.com, is on a mission to show America how Lance defines a sandwich - two awesomes with an incredible in the middle. She recently interviewed dozens of people about their sandwich opinions, asking questions like "What makes a sandwich a sandwich," "Is a hot dog a sandwich," and "If you were a sandwich, what would you be?"

Smith created a video showcasing people's answers, which will be featured on Grilled Cheese Social and Lance's social media channels on National Sandwich Day.

"Finding out what people feel and think about sandwiches is a great way to mark National Sandwich Day because I get these types of questions all the time," Smith said. "As a sandwich expert, I know a good sandwich when I see and taste it. Lance® has some of the best sandwiches around with two awesome baked crackers and incredible peanut butter or cheddar cheese in the middle. They are mini, on-the-go sandwiches that are perfect as a midday snack."

Additionally, Lance is helping sandwich lovers commemorate National Sandwich Day with a FREE box of Lance sandwich crackers, including classics like the 8-count boxes of ToastChee and Toasty plus the newest Quick Starts breakfast sandwiches, with the purchase of a box at participating grocery stores. Fans can download "This is How We Sandwich" coupons on Nov. 3 atLance.com, while supplies last.

"Lance® sandwich crackers are proud to be stand-out sandwiches on National Sandwich Day and all year long," said Rod Troni, chief marketing officer for Snyder's-Lance. "We hope our fans will join us in the celebration by eating their favorite Lance sandwiches and checking out MacKenzie's video to see just how we sandwich."

About National Sandwich DayNational Sandwich Day is observed annually on Nov. 3. The sandwich is believed to be the namesake of John Montagu, 4th Earl of Sandwich, following the claim that he was the inventor of the sandwich. The day honors one of America's most popular lunch items.

About Lance SnacksFor more than 100 years, Lance® has been fueling America with its sandwich crackers - two awesomes and an incredible in the middle. Wholesome and delicious, Lance® sandwich crackers are available in more than 20 varieties, including ToastChee®, Whole Grain, BOLDS®, Gluten Free and Quick Starts(TM). Lance®

sandwich crackers are made with baked, crispy crackers and real ingredients like freshly ground peanut butter. For more information about Lance® sandwich crackers, please visithttp://www.lance.com.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:http://www.snyderslance.com. LNCE-G

Video -http://origin-qps.onstreammedia.com/origin/multivu_archive/PRNA/ENR/Lance-Teaser-Video.mp4

Photo -        http://photos.prnewswire.com/prnh/20161027/433582

Logo -        http://photos.prnewswire.com/prnh/20161027/433581LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/what-makes-a-sandwich-a-sandwich-lance-weighs-in-on-debate-for-national-sandwich-day-on-nov-3-300353420.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Stacey McCray, 704-552-6565, stacey.mccray@lgapr.com

**Load-Date:** October 29, 2016

---

End of Document



# Olomomo Nut Company  Be Nutty! Be Good! Be Adventurous!

iCrowdNewswire (English)

October 25, 2016 Tuesday 4:02 PM GMT

Copyright 2016 iCrowdNewswire, LLC All Rights Reserved



**Length:** 1897 words

# Body

Olomomo Nut Company Be Nutty! Be Good! Be Adventurous! Boulder, CO http://olomomo.com  Hey Kickfurther Community! We are Olomomo!  We are coming to Kickfurther in order to bridge some of the cashflow needs to meet demand. We will use the funds to immediately scale up of inventory of our 4 oz bags to meet the ... Continue reading Olomomo Nut Company  Be Nutty! Be Good! Be Adventurous!

**Olomomo Nut Company**

**Be Nutty! Be Good! Be Adventurous!**

Boulder, CO

http://olomomo.com

Hey Kickfurther Community! We are Olomomo!

We are coming to Kickfurther in order to bridge some of the cashflow needs to meet demand. We will use the funds to immediately scale up of inventory of our 4 oz bags to meet the demand for a surge of business from retailers including Rite Aid, Sprouts, Amazon, Harmons, Safeway, Whole Foods, corner markets in New York City, and even 7 Eleven. We are currently in about 2,000 stores, with a focus on Rocky Mountain Region, MidAtlantic, and Northern California. We are seeing significant spike in demand with our new packaging that we launched earlier in the year, and we're sprinting to build inventory in order to meet this influx of interest in Olomomo!

**About Olomomo Nut Company**

OLOMOMO is the monkey god of adventure  the voice in your head that says  go for it.  (I say  OLO.   You say  MOMO.  There. Now you can say it).

He infuses small batches of craft roasted nuts with magical flavors for us humans. A unique superfood blended with simple, natural ingredients from all over the world, these nuts might inspire you to be a righteous, bodacious, unstoppable superhuman. So go for it  Be nutty, be good, be adventurous.

Justin Perkins and his wife, Ayari De la Rosa, launched OLOMOMO Nut Company in Boulder, Colo. in 2008 with a simple mission:  create a tastier, healthier nut snack and create the first socially and environmentally conscious nut company in the process.

The innovative brand experience and products are designed to inspire people to be more nutty, good and adventurous.

Olomomo Nut Company   Be Nutty! Be Good! Be Adventurous!

From humble origins at Colorado farmers markets   sampling one nut at a time   to a national debut on the Cooking Channel, OLOMOMO is now quickly becoming a national brand.   Now selling to grocery stores by the pallet load, New Hope Media picked us as   one of the top 10 brands to watch   in 2014 and chose our Applewood Smoked Cashews as  best Paleo snack  in 2016.  Amazing growth is happening.

The product is mainly sold through natural grocery stores such as Whole Foods and Natural Grocers Vitamin Cottage. We're picking up new grocery stores, coffee shops and smoothie shops such as Smoothie King across the country. In July of 2016, we launched in 500 RiteAid stores, and started gaining traction in Sprouts, Safeway, Albertsons and even 7-Eleven.

Our company is committed to developing fun, healthy products that infuse the exotic with the familiar and make your mouth water. We only use simple, real, natural ingredients, including fair trade and organic when possible. All of our products are certified non-GMO and Gluten Free.

We're also the first US nut company certified as a B Corp for our socially and environmentally sustainable business practices, joining the ranks of values based brands like Ben & Jerry's, Patagonia, Seventh Generation, Honest and Care2.

## About the owner

EXECUTIVE TEAM

Justin Perkins, Chairman and Founder

Justin founded OLOMOMO Nut Company in 2008 with a nut roasting machine and some spices on a cold winter night in Boulder, Colorado. As a foodie, avid outdoor enthusiast, athlete and traveler, Justin was unsatisfied with unhealthy, mediocre snack options available. With help from his wife, Ayari, they developed delicious seasoned and roasted nut snacks and the concept was an instant success at farmers markets and local coffee shops.

Justin's career spans 19 years in several industries as an entrepreneur, marketing, sales, and operations expert. Justin is also the VP of Strategic Partnerships at Care2.com, an online social media site of 36+ million cause conscious people. Justin helped Care2 more than quadruple its revenue since 2006, managing over 600 nonprofit and brand activation campaigns including partnership with Greenpeace, Earth Balance, Thrive Market, Rudi's Organic Bakery, ONE Campaign, NRDC, and Jane Goodall.  Justin holds an MBA from CU Denver at the Bard Center for Entrepreneurship and has been involved with environmental and social causes since age 13. He lives in Boulder, CO with his wife, two daughters and Border Collie, Maya.

Mark Owens, CEO

Mark was invited to be CEO of OLOMOMO after a decade in the natural and organic foods industry. He helped companies like Wild Oats and Rocky Mountain foods in product development, food safety, project management, and business development. As Project Director at Rocky Mountain Foods he developed product lines that bring in over $8 million in annual sales. As CEO of OLOMOMO, Mark has helped take OLOMOMO from a hobby side business to distribution in over 2,000 retail stores  and counting. Mark holds a degree from Colorado State University in food science and lives near Boulder, CO with his wife and two daughters.

Justin Desiderio, VP of Sales & Marketing

Justin Desiderio was born into the natural & organic food industry as a 4th generation DeBole. He grew up working in the warehouse, attending trade shows, and supporting the broker network for DeBole's; a pioneer natural food pasta brand started by his great grandfather in 1932. After graduating from the University of Colorado, he joined his father in this family business and got heavily involved in operations and sales.  In addition, he was directly involved in the development and launch of Annie's Mac & Cheese, their main private label customer. DeBole's was eventually sold to TSG, a private equity group. Justin remained with the company and helped create a portfolio of other natural brands that included Terra Chips and Arrowhead Mills.

Olomomo Nut Company   Be Nutty! Be Good! Be Adventurous!

He went on to manage sales for several leading natural & organic brands, including Imagine Foods (Rice Dream, Soy Dream & Imagine Soups), Good Groceries (Suzie's), Good Health Natural Foods, and South of France. More recently, Justin was VP of Sales & Marketing for Wild Planet, a line of sustainably sourced canned seafood. He re-launched the brand in 2008, building from $750,000 in sales to $30 million as a national brand by 2013. After Wild Planet, he went on to manage the national account team for **Pretzel Crisps**, a division of Snyder's, generating sales of over $70 million in the deli departments of all major grocery retailers. In addition, Justin has created and launched some of the most successful private label items for Whole Foods Market, Trader Joe's, Target, Ahold, Hannaford, Woolworth's SA, BJ's and Costco.

Justin lives on Long Island, NY and has 4 children: Mia, Justin Jr., Liam & Jack. He is an avid traveler and enjoys mountain biking, rock climbing, tennis, skiing, cooking, and live music.

BOARD MEMBERS

Ross Shell, CEO of Red Idea

Ross launched Red Idea, a  consulting + ventures works  firm, serving promising growth companies and entrepreneurs. He currently serves on the Board of OLOMOMO, Bhakti Chai, and is a Managing Member of Green Alpha Advisors, who are public equity investors in green companies. Red Idea partners banks its success on picking winning brands out of hundreds of startups, and OLOMOMO is one of the handful of brands it has chosen to back as an anchor investor. Red Idea is currently raising a $40M venture fund that will back early and mid-sized companies in the natural products industry. Ross has spent his professional career as a marketer and business strategist, as well as an entrepreneur and early stage investor. His work has spanned a number of industries with his most formative experiences coming from the branding industry, financial services, and strategic consulting work including his role as co-founder of branding firm Tesser and work in business development for IDEO.

Doug Radi, CEO, Good Karma

Doug is a classical packaged goods marketer turned organic. Before leading Good Karma, Doug was SVP of Sales and Marketing at Rudi's and part of the turnaround team that led to an acquisition by Hain-Celestial. Doug has 19 plus years of experience in various consumer products categories, including healthcare, snack foods and organic. He has held various positions in marketing with many leading organic brands such as Rudi's Organic Bakery, Silk Soymilk, and Horizon Organic. Prior to joining Rudi's Organic Bakery in August 2007 as VP of Marketing, Doug was Director of Marketing at WhiteWave Foods where he managed the Silk Brand. Doug also served as the President of Naturally Boulder and is a highly sought-after advisor for his experience in CPG marketing. Fortunately for Olomomo, one of his favorite foods is nuts. He has an undergraduate degree from Colorado State University and a MBA in Marketing from Wake Forest University.

ADVISORY BOARD

Michael Aisner, Corporate Sponsorship & Left-field Marketing ConsultantMichael Aisner is a Corporate Sponsorship and Marketing Consultant who owned and promoted America's premier cycling event  the Coors International Bicycle Classic, for a decade through Colorado, Nevada and California. The 14-day elite stage race was considered the fourth largest in the world next to the Tour de France, Italy & Spain. The former radio DJ, has been an associate of renowned chimpanzee researcher Dr. Jane Goodall for the past 20 years, coordinating PR & special projects, including her 50th year celebrations in 2010.  Aisner was one of the initial architects of the United Artists Satellite Theatre Network for six years. He consulted Saturn/GM on sports and cycling sponsorships for four years.  He also was part of the team behind the award winning film Chasing Ice. Aisner has lectured for the past 23 years at the annual international sponsorship conference in Chicago, considered one of the industry's leading voices in left-field marketing, cross-promotions and leveraging corporate sponsorships.

OLOMOMO The Monkey God of Adventure. Adventure Guide and Chief Trickster Officer, OLOMOMO was born in Oaxaca, Mexico, a descendent of Ozomatli, the monkey god of luck, happiness, and dance. OLOMOMO tricks and inspires people into being more nutty, good and adventurous in their every day lives. He is the voice in your head that tells you to  go for it.  OLOMOMO infuses small batches of craft roasted nuts with magical flavors for us

humans, creating a unique superfood blended with simple, natural ingredients from all over the world, fueling righteous, bodacious, unstoppable superhumans.

**Product Info**

Olomomo creates delicious roasted and seasoned almonds, pecans and cashews. The flavors include Cherry Vanilla Almonds,         Vanilla Chai Almonds,         Mango Chipotle Almonds,         Cinnamon Cayenne Almonds,        Vinegar and Sea Salt Almonds,         Maple Garam Masala Pecans, and         Applewood Smoked Cashews.

**Summary:**
OLOMOMO is the monkey god of adventure - the voice in your head that says  go for it.  (I say "OLO."  You say "MOMO." There. Now you can say it).

**See Campaign:**http://www.kickfurther.com/coop/be-nutty-be-good-be-adventurous

**Contact Information:**
Justin Perkins, Chairman and Founder

**Tags:**
    Kickfurther,        English,        United States,        Crowdfunding,        Lending,        Wire

The post Olomomo Nut Company   Be Nutty! Be Good! Be Adventurous! appeared first on         iCrowdNewswire.

**Load-Date:** October 25, 2016

End of Document



# Olomomo Nut Company - Be Nutty! Be Good! Be Adventurous!

FinancialWire

October 25, 2016 Tuesday

Copyright 2016 Investrend Communications, Inc. All Rights Reserved



**Length:** 1788 words

## Body

Olomomo Nut Company

Be Nutty! Be Good! Be Adventurous!

Boulder, CO

http://olomomo.com

Hey Kickfurther Community! We are Olomomo!

We are coming to Kickfurther in order to bridge some of the cashflow needs to meet demand. We will use the funds to immediately scale up of inventory of our 4 oz bags to meet the demand for a surge of business from retailers including Rite Aid, Sprouts, Amazon, Harmons, Safeway, Whole Foods, corner markets in New York City, and even 7 Eleven. We are currently in about 2,000 stores, with a focus on Rocky Mountain Region, MidAtlantic, and Northern California. We are seeing significant spike in demand with our new packaging that we launched earlier in the year, and we're sprinting to build inventory in order to meet this influx of interest in Olomomo!

About Olomomo Nut Company

OLOMOMO is the monkey god of adventure - the voice in your head that says "go for it." (I say "OLO." You say "MOMO." There. Now you can say it).

He infuses small batches of craft roasted nuts with magical flavors for us humans. A unique superfood blended with simple, natural ingredients from all over the world, these nuts might inspire you to be a righteous, bodacious, unstoppable superhuman. So go for it... Be nutty, be good, be adventurous.

Justin Perkins and his wife, Ayari De la Rosa, launched OLOMOMO Nut Company in Boulder, Colo. in 2008 with a simple mission: create a tastier, healthier nut snack and create the first socially and environmentally conscious nut company in the process.

The innovative brand experience and products are designed to inspire people to be more nutty, good and adventurous.

From humble origins at Colorado farmers markets - sampling one nut at a time - to a national debut on the Cooking Channel, OLOMOMO is now quickly becoming a national brand. Now selling to grocery stores by the pallet load, New Hope Media picked us as "one of the top 10 brands to watch" in 2014 and chose our Applewood Smoked Cashews as "best Paleo snack" in 2016. Amazing growth is happening.

The product is mainly sold through natural grocery stores such as Whole Foods and Natural Grocers Vitamin Cottage. We're picking up new grocery stores, coffee shops and smoothie shops such as Smoothie King across the country. In July of 2016, we launched in 500 RiteAid stores, and started gaining traction in Sprouts, Safeway, Albertsons and even 7-Eleven.

Our company is committed to developing fun, healthy products that infuse the exotic with the familiar and make your mouth water. We only use simple, real, natural ingredients, including fair trade and organic when possible. All of our products are certified non-GMO and Gluten Free.

We're also the first US nut company certified as a B Corp for our socially and environmentally sustainable business practices, joining the ranks of values based brands like Ben & Jerry's, Patagonia, Seventh Generation, Honest and Care2.

About the owner

EXECUTIVE TEAM

Justin Perkins, Chairman and Founder

Justin Perkins Founder of OLOMOMO

Justin founded OLOMOMO Nut Company in 2008 with a nut roasting machine and some spices on a cold winter night in Boulder, Colorado. As a foodie, avid outdoor enthusiast, athlete and traveler, Justin was unsatisfied with unhealthy, mediocre snack options available. With help from his wife, Ayari, they developed delicious seasoned and roasted nut snacks and the concept was an instant success at farmers markets and local coffee shops.

Justin's career spans 19 years in several industries as an entrepreneur, marketing, sales, and operations expert. Justin is also the VP of Strategic Partnerships at Care2.com, an online social media site of 36+ million cause conscious people. Justin helped Care2 more than quadruple its revenue since 2006, managing over 600 nonprofit and brand activation campaigns including partnership with Greenpeace, Earth Balance, Thrive Market, Rudi's Organic Bakery, ONE Campaign, NRDC, and Jane Goodall. Justin holds an MBA from CU Denver at the Bard Center for Entrepreneurship and has been involved with environmental and social causes since age 13. He lives in Boulder, CO with his wife, two daughters and Border Collie, Maya.

Mark Owens, CEO

Mark Owens CEO of OLOMOMO

Mark was invited to be CEO of OLOMOMO after a decade in the natural and organic foods industry. He helped companies like Wild Oats and Rocky Mountain foods in product development, food safety, project management, and business development. As Project Director at Rocky Mountain Foods he developed product lines that bring in over $ 8 million in annual sales. As CEO of OLOMOMO, Mark has helped take OLOMOMO from a hobby side

business to distribution in over 2,000 retail stores... and counting. Mark holds a degree from Colorado State University in food science and lives near Boulder, CO with his wife and two daughters.

Justin Desiderio, VP of Sales & Marketing

Justin Desiderio, VP Sales at OLOMOMO

Justin Desiderio was born into the natural & organic food industry as a 4th generation DeBole. He grew up working in the warehouse, attending trade shows, and supporting the broker network for DeBole's; a pioneer natural food pasta brand started by his great grandfather in 1932. After graduating from the University of Colorado, he joined his father in this family business and got heavily involved in operations and sales. In addition, he was directly involved in the development and launch of Annie's Mac & Cheese, their main private label customer. DeBole's was eventually sold to TSG, a private equity group. Justin remained with the company and helped create a portfolio of other natural brands that included Terra Chips and Arrowhead Mills.

He went on to manage sales for several leading natural & organic brands, including Imagine Foods (Rice Dream, Soy Dream & Imagine Soups), Good Groceries (Suzie's), Good Health Natural Foods, and South of France. More recently, Justin was VP of Sales & Marketing for Wild Planet, a line of sustainably sourced canned seafood. He re-launched the brand in 2008, building from $ 750,000 in sales to $ 30 million as a national brand by 2013. After Wild Planet, he went on to manage the national account team for **Pretzel Crisps**, a division of Snyder's, generating sales of over $ 70 million in the deli departments of all major grocery retailers. In addition, Justin has created and launched some of the most successful private label items for Whole Foods Market, Trader Joe's, Target, Ahold, Hannaford, Woolworth's SA, BJ's and Costco.

Justin lives on Long Island, NY and has 4 children: Mia, Justin Jr., Liam & Jack. He is an avid traveler and enjoys mountain biking, rock climbing, tennis, skiing, cooking, and live music.

BOARD MEMBERS

Ross Shell OLOMOMO board member

Ross Shell, CEO of Red Idea

Ross launched Red Idea, a "consulting + ventures works" firm, serving promising growth companies and entrepreneurs. He currently serves on the Board of OLOMOMO, Bhakti Chai, and is a Managing Member of Green Alpha Advisors, who are public equity investors in green companies. Red Idea partners banks its success on picking winning brands out of hundreds of startups, and OLOMOMO is one of the handful of brands it has chosen to back as an anchor investor. Red Idea is currently raising a $ 40M venture fund that will back early and mid-sized companies in the natural products industry. Ross has spent his professional career as a marketer and business strategist, as well as an entrepreneur and early stage investor. His work has spanned a number of industries with his most formative experiences coming from the branding industry, financial services, and strategic consulting work including his role as co-founder of branding firm Tesser and work in business development for IDEO.

Doug Radi, CEO, Good Karma

Doug is a classical packaged goods marketer turned organic. Before leading Good Karma, Doug was SVP of Sales and Marketing at Rudi's and part of the turnaround team that led to an acquisition by Hain-Celestial. Doug has 19 plus years of experience in various consumer products categories, including healthcare, snack foods and organic. He has held various positions in marketing with many leading organic brands such as Rudi's Organic Bakery, Silk Soymilk, and Horizon Organic. Prior to joining Rudi's Organic Bakery in August 2007 as VP of Marketing, Doug was Director of Marketing at WhiteWave Foods where he managed the Silk Brand. Doug also served as the President of

Naturally Boulder and is a highly sought-after advisor for his experience in CPG marketing. Fortunately for Olomomo, one of his favorite foods is nuts. He has an undergraduate degree from Colorado State University and a MBA in Marketing from Wake Forest University.

ADVISORY BOARD

Michael Aisner OLOMOMO board member

Michael Aisner, Corporate Sponsorship & Left-field Marketing ConsultantMichael Aisner is a Corporate Sponsorship and Marketing Consultant who owned and promoted America's premier cycling event - the Coors International Bicycle Classic, for a decade through Colorado, Nevada and California. The 14-day elite stage race was considered the fourth largest in the world next to the Tour de France, Italy & Spain. The former radio DJ, has been an associate of renowned chimpanzee researcher Dr. Jane Goodall for the past 20 years, coordinating PR & special projects, including her 50th year celebrations in 2010. Aisner was one of the initial architects of the United Artists Satellite Theatre Network for six years. He consulted Saturn/GM on sports and cycling sponsorships for four years. He also was part of the team behind the award winning film Chasing Ice. Aisner has lectured for the past 23 years at the annual international sponsorship conference in Chicago, considered one of the industry's leading voices in left-field marketing, cross-promotions and leveraging corporate sponsorships.

OLOMOMO The Monkey God of Adventure. Adventure Guide and Chief Trickster Officer, OLOMOMO was born in Oaxaca, Mexico, a descendent of Ozomatli, the monkey god of luck, happiness, and dance. OLOMOMO tricks and inspires people into being more nutty, good and adventurous in their every day lives. He is the voice in your head that tells you to "go for it." OLOMOMO infuses small batches of craft roasted nuts with magical flavors for us humans, creating a unique superfood blended with simple, natural ingredients from all over the world, fueling righteous, bodacious, unstoppable superhumans.

Product Info

Olomomo creates delicious roasted and seasoned almonds, pecans and cashews. The flavors include Cherry Vanilla Almonds,Vanilla Chai Almonds, Mango Chipotle Almonds, Cinnamon Cayenne Almonds, Vinegar and Sea Salt Almonds, Maple Garam Masala Pecans, and Applewood Smoked Cashews.

Cashews.

(Distributed by M2 Communications (www.m2.com))

**Load-Date:** October 25, 2016

End of Document



# Olomomo Nut Company - Be Nutty! Be Good! Be Adventurous!

M2 PressWIRE

October 25, 2016 Tuesday

Copyright 2016 Normans Media Limited All Rights Reserved



**Length:** 1784 words

## Body

October 25, 2016

Olomomo Nut Company

Be Nutty! Be Good! Be Adventurous!

Boulder, CO

http://olomomo.com

Hey Kickfurther Community! We are Olomomo!

We are coming to Kickfurther in order to bridge some of the cashflow needs to meet demand. We will use the funds to immediately scale up of inventory of our 4 oz bags to meet the demand for a surge of business from retailers including Rite Aid, Sprouts, Amazon, Harmons, Safeway, Whole Foods, corner markets in New York City, and even 7 Eleven. We are currently in about 2,000 stores, with a focus on Rocky Mountain Region, MidAtlantic, and Northern California. We are seeing significant spike in demand with our new packaging that we launched earlier in the year, and we're sprinting to build inventory in order to meet this influx of interest in Olomomo!

About Olomomo Nut Company

OLOMOMO is the monkey god of adventure - the voice in your head that says "go for it." (I say "OLO." You say "MOMO." There. Now you can say it).

He infuses small batches of craft roasted nuts with magical flavors for us humans. A unique superfood blended with simple, natural ingredients from all over the world, these nuts might inspire you to be a righteous, bodacious, unstoppable superhuman. So go for it... Be nutty, be good, be adventurous.

Olomomo Nut Company - Be Nutty! Be Good! Be Adventurous!

Justin Perkins and his wife, Ayari De la Rosa, launched OLOMOMO Nut Company in Boulder, Colo. in 2008 with a simple mission: create a tastier, healthier nut snack and create the first socially and environmentally conscious nut company in the process.

The innovative brand experience and products are designed to inspire people to be more nutty, good and adventurous.

From humble origins at Colorado farmers markets - sampling one nut at a time - to a national debut on the Cooking Channel, OLOMOMO is now quickly becoming a national brand. Now selling to grocery stores by the pallet load, New Hope Media picked us as "one of the top 10 brands to watch" in 2014 and chose our Applewood Smoked Cashews as "best Paleo snack" in 2016. Amazing growth is happening.

The product is mainly sold through natural grocery stores such as Whole Foods and Natural Grocers Vitamin Cottage. We're picking up new grocery stores, coffee shops and smoothie shops such as Smoothie King across the country. In July of 2016, we launched in 500 RiteAid stores, and started gaining traction in Sprouts, Safeway, Albertsons and even 7-Eleven.

Our company is committed to developing fun, healthy products that infuse the exotic with the familiar and make your mouth water. We only use simple, real, natural ingredients, including fair trade and organic when possible. All of our products are certified non-GMO and Gluten Free.

We're also the first US nut company certified as a B Corp for our socially and environmentally sustainable business practices, joining the ranks of values based brands like Ben & Jerry's, Patagonia, Seventh Generation, Honest and Care2.

About the owner

EXECUTIVE TEAM

Justin Perkins, Chairman and Founder

Justin Perkins Founder of OLOMOMO

Justin founded OLOMOMO Nut Company in 2008 with a nut roasting machine and some spices on a cold winter night in Boulder, Colorado. As a foodie, avid outdoor enthusiast, athlete and traveler, Justin was unsatisfied with unhealthy, mediocre snack options available. With help from his wife, Ayari, they developed delicious seasoned and roasted nut snacks and the concept was an instant success at farmers markets and local coffee shops.

Justin's career spans 19 years in several industries as an entrepreneur, marketing, sales, and operations expert. Justin is also the VP of Strategic Partnerships at Care2.com, an online social media site of 36+ million cause conscious people. Justin helped Care2 more than quadruple its revenue since 2006, managing over 600 nonprofit and brand activation campaigns including partnership with Greenpeace, Earth Balance, Thrive Market, Rudi's Organic Bakery, ONE Campaign, NRDC, and Jane Goodall. Justin holds an MBA from CU Denver at the Bard Center for Entrepreneurship and has been involved with environmental and social causes since age 13. He lives in Boulder, CO with his wife, two daughters and Border Collie, Maya.

Mark Owens, CEO

Mark Owens CEO of OLOMOMO

Mark was invited to be CEO of OLOMOMO after a decade in the natural and organic foods industry. He helped companies like Wild Oats and Rocky Mountain foods in product development, food safety, project management,

and business development. As Project Director at Rocky Mountain Foods he developed product lines that bring in over $ 8 million in annual sales. As CEO of OLOMOMO, Mark has helped take OLOMOMO from a hobby side business to distribution in over 2,000 retail stores... and counting. Mark holds a degree from Colorado State University in food science and lives near Boulder, CO with his wife and two daughters.

Justin Desiderio, VP of Sales & Marketing

Justin Desiderio, VP Sales at OLOMOMO

Justin Desiderio was born into the natural & organic food industry as a 4th generation DeBole. He grew up working in the warehouse, attending trade shows, and supporting the broker network for DeBole's; a pioneer natural food pasta brand started by his great grandfather in 1932. After graduating from the University of Colorado, he joined his father in this family business and got heavily involved in operations and sales. In addition, he was directly involved in the development and launch of Annie's Mac & Cheese, their main private label customer. DeBole's was eventually sold to TSG, a private equity group. Justin remained with the company and helped create a portfolio of other natural brands that included Terra Chips and Arrowhead Mills.

He went on to manage sales for several leading natural & organic brands, including Imagine Foods (Rice Dream, Soy Dream & Imagine Soups), Good Groceries (Suzie's), Good Health Natural Foods, and South of France. More recently, Justin was VP of Sales & Marketing for Wild Planet, a line of sustainably sourced canned seafood. He re-launched the brand in 2008, building from $ 750,000 in sales to $ 30 million as a national brand by 2013. After Wild Planet, he went on to manage the national account team for **Pretzel Crisps**, a division of Snyder's, generating sales of over $ 70 million in the deli departments of all major grocery retailers. In addition, Justin has created and launched some of the most successful private label items for Whole Foods Market, Trader Joe's, Target, Ahold, Hannaford, Woolworth's SA, BJ's and Costco.

Justin lives on Long Island, NY and has 4 children: Mia, Justin Jr., Liam & Jack. He is an avid traveler and enjoys mountain biking, rock climbing, tennis, skiing, cooking, and live music.

BOARD MEMBERS

Ross Shell OLOMOMO board member

Ross Shell, CEO of Red Idea

Ross launched Red Idea, a "consulting + ventures works" firm, serving promising growth companies and entrepreneurs. He currently serves on the Board of OLOMOMO, Bhakti Chai, and is a Managing Member of Green Alpha Advisors, who are public equity investors in green companies. Red Idea partners banks its success on picking winning brands out of hundreds of startups, and OLOMOMO is one of the handful of brands it has chosen to back as an anchor investor. Red Idea is currently raising a $ 40M venture fund that will back early and mid-sized companies in the natural products industry. Ross has spent his professional career as a marketer and business strategist, as well as an entrepreneur and early stage investor. His work has spanned a number of industries with his most formative experiences coming from the branding industry, financial services, and strategic consulting work including his role as co-founder of branding firm Tesser and work in business development for IDEO.

Doug Radi, CEO, Good Karma

Doug is a classical packaged goods marketer turned organic. Before leading Good Karma, Doug was SVP of Sales and Marketing at Rudi's and part of the turnaround team that led to an acquisition by Hain-Celestial. Doug has 19 plus years of experience in various consumer products categories, including healthcare, snack foods and organic. He has held various positions in marketing with many leading organic brands such as Rudi's Organic Bakery, Silk

Olomomo Nut Company - Be Nutty! Be Good! Be Adventurous!

Soymilk, and Horizon Organic. Prior to joining Rudi's Organic Bakery in August 2007 as VP of Marketing, Doug was Director of Marketing at WhiteWave Foods where he managed the Silk Brand. Doug also served as the President of Naturally Boulder and is a highly sought-after advisor for his experience in CPG marketing. Fortunately for Olomomo, one of his favorite foods is nuts. He has an undergraduate degree from Colorado State University and a MBA in Marketing from Wake Forest University.

ADVISORY BOARD

Michael Aisner OLOMOMO board member

Michael Aisner, Corporate Sponsorship & Left-field Marketing ConsultantMichael Aisner is a Corporate Sponsorship and Marketing Consultant who owned and promoted America's premier cycling event - the Coors International Bicycle Classic, for a decade through Colorado, Nevada and California. The 14-day elite stage race was considered the fourth largest in the world next to the Tour de France, Italy & Spain. The former radio DJ, has been an associate of renowned chimpanzee researcher Dr. Jane Goodall for the past 20 years, coordinating PR & special projects, including her 50th year celebrations in 2010. Aisner was one of the initial architects of the United Artists Satellite Theatre Network for six years. He consulted Saturn/GM on sports and cycling sponsorships for four years. He also was part of the team behind the award winning film Chasing Ice. Aisner has lectured for the past 23 years at the annual international sponsorship conference in Chicago, considered one of the industry's leading voices in left-field marketing, cross-promotions and leveraging corporate sponsorships.

OLOMOMO The Monkey God of Adventure. Adventure Guide and Chief Trickster Officer, OLOMOMO was born in Oaxaca, Mexico, a descendent of Ozomatli, the monkey god of luck, happiness, and dance. OLOMOMO tricks and inspires people into being more nutty, good and adventurous in their every day lives. He is the voice in your head that tells you to "go for it." OLOMOMO infuses small batches of craft roasted nuts with magical flavors for us humans, creating a unique superfood blended with simple, natural ingredients from all over the world, fueling righteous, bodacious, unstoppable superhumans.

Product Info

Olomomo creates delicious roasted and seasoned almonds, pecans and cashews. The flavors include Cherry Vanilla Almonds,Vanilla Chai Almonds, Mango Chipotle Almonds, Cinnamon Cayenne Almonds, Vinegar and Sea Salt Almonds, Maple Garam Masala Pecans, and Applewood Smoked Cashews.

Cashews.

**Load-Date:** October 25, 2016

End of Document



# Press Release: Snyder's-Lance to Report Third Quarter Results on November 7, 2016

Dow Jones Institutional News

October 17, 2016 Monday 11:00 AM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 394 words

## Body

Snyder's-Lance to Report Third Quarter Results on November 7, 2016

CHARLOTTE, N.C., Oct. 17, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) announced today that it will release its third quarter 2016 results before the market opens on Monday, November 7, 2016, followed by a conference call and live webcast at 9:00 a.m. ET to review the Company's results. The conference call will be webcast live through the Investor Relations section of the Company's website at www.snyderslance.com , where the accompanying slide presentation will also be available.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 97663353. A continuous telephone replay of the call will be available between 12:00 p.m. ET on November 7 and 12:00 a.m. ET on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 97663353. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R), Lance(R), Kettle Brand(R), KETTLE(R) Chips, Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Pop Secret(R), Emerald(R), Diamond of California(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com . LNCE-E

Investor Contact

Kevin Powers, Senior Director, Investor Relations
kpowers@snyderslance.com, (704) 557-8279

Media Contact

Joey Shevlin, Director, Corporate Communications & Public Affairs
JShevlin@snyderslance.com, (704) 557-8850

(END) Dow Jones Newswires

October 17, 2016 07:00 ET (11:00 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** October 18, 2016

End of Document



# Snyder's-Lance to Report Third Quarter Results on November 7, 2016

Financial Buzz

October 17, 2016 Monday 5:50 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 474 words

# Body

Oct 17, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex) CHARLOTTE, N.C., Oct. 17, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) announced today that it will release its third quarter 2016 results before the market opens on Monday, November 7, 2016, followed by a conference call and live webcast at 9:00 a.m. ET to review the Company's results. The conference call will be webcast live through the Investor Relations section of the Company's website at www.snyderslance.com[1], where the accompanying slide presentation will also be available. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 97663353. A continuous telephone replay of the call will be available between 12:00 p.m. ET on November 7 and 12:00 a.m. ET on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 97663353. Investors may also access a web-based replay of the conference call at www.snyderslance.com[2]. About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com[3]. LNCE-E Investor ContactKevin Powers, Senior Director, Investor Relations kpowers@snyderslance.com, (704) 557-8279;Media ContactJoey Shevlin, Director, Corporate Communications ...blic Affairs JShevlin@snyderslance.com, (704) 557-8850; https://www.globenewswire.com/NewsRoom/AttachmentNg/3f45292f-225b-4ce6-ba48-db6c6fb8d250 [ 1]: https://www.globenewswire.com/Tracker?data=sI4iXApP5gIx0mf_ET-1wmo_6Wb4as60ZORudjhscqTxP5cYxK8dB-1XrZDiQS7Efw7WWQ83UK4HeJdJsL_EgASVXNVJLTPwruQTapKRbyo= [ 2]: https://www.globenewswire.com/Tracker?data=sI4iXApP5gIx0mf_ET-1wjbsUVJw4Fo7wWXTGGEznT-lq43bGQf6aysZKjqHV85rEqfbSzWm29xsFgmXaV1EgsVWQvc221Z4KoQkZjK5fAc= [ 3]: https://www.globenewswire.com/Tracker?data=sI4iXApP5gIx0mf_ET-1wg4OtLivcNg6VOlcBVMsNlOtroWoRJDjLJ7Vf_13u0vmdE3ZkklRuANavloulRcVCEGnlvsYAv6rwMZGQcguI7I=

**Load-Date:** October 17, 2016



# A twist on tortilla chips; IN THE AISLES

Grocery Headquarters

October 1, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2016 MacFadden Communications Group LLC

**Section:** Pg. 60(1); Vol. 82; No. 10; ISSN: 1094-1088

**Length:** 205 words

**Byline:** Turcsik, Richard

## Body

Snack Factory, the Snyder's-Lance division known for **Pretzel Crisps**, has reimagined the tortilla with Snack Factory Tortilla Chips, the brand's first snack innovation beyond pretzels.

[ILLUSTRATION OMITTED]

According to company officials, Snack Factory Tortilla Chips deliver a modern take on the corn tortilla by being thinner and crispier than an ordinary tortilla chip, while offering a unique shape and satisfying crunch that holds up to hearty dips and toppings.

Snack Factory Tortilla Chips are available in two flavors: Sea Salt Tortilla Chips, packaged in an 8-ounce bag, and Garlic Flummus Tortilla Chips, packaged in a 7-ounce bag. Both have a suggested retail price of $3.29 and are usually merchandised in the deli section of the supermarket.

"As the creators of America's favorite flat pretzel, we know a thing or two about quality and taste," says Eric Van De Wal, vice president of marketing for the Clearview Foods Division of Snyder's-Lance, based in Charlotte, N.C. "Snack Factory Tortilla Chips are made with wholesome, non-GMO ingredients, carry the whole grain stamp, and are conveniently located in the deli section."

For more information, visit snackfactory.com.

**Load-Date:** November 15, 2016

End of Document

# FDA Enforcement Report: Snack Factory , Pretzel Crisps Original, UPC 049508006008, 7.2 oz (204g).

US Official News

September 24, 2016 Saturday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



Plus Media Solutions

**Length:** 194 words

**Dateline:** New York

## Body

Washington: US Food and Drug Administration, The Government of USA has issued the following enforcement report:

Product Description:

Snack Factory , **Pretzel Crisps** Original, UPC 049508006008, 7.2 oz (204g).

Reason for Recall:

Baptista's Bakery was notified by a consumer that their package of original **pretzel crisp** contained some seasoned product. The seasoned product has the milk allergen which is not declared in the original product.

Product Quantity:

281,880 bags (261 pallets with 90 cases each)

FDA Enforcement Report: Snack Factory , Pretzel Crisps Original, UPC 049508006008, 7.2 oz (204g).

Recall Number:

F-2163-2016

Code Information:

Item Code 110600

Event Details

Event ID:

74998

Voluntary / Mandated:

Voluntary: Firm Initiated

Product Type:

Food

Initial Firm Notification of Consignee or Public:

E-Mail

Status:

Ongoing

Distribution Pattern:

WI

Recalling Firm:

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States'>Baptista's Bakery, Inc

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States

Recall Initiation Date:

08/16/2016

Center Classification Date:

09/13/2016

Date Terminated:

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 21, 2016

_____

End of Document

# FDA Enforcement Report: Snack Factory, Pretzel Crisps Srircha Lime, UPC 049508006060, 7.2 oz(204g).

US Official News

September 24, 2016 Saturday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 193 words

**Dateline:** New York

## Body

Washington: US Food and Drug Administration, The Government of USA has issued the following enforcement report:

Product Description:

Snack Factory, **Pretzel Crisps** Srircha Lime, UPC 049508006060, 7.2 oz(204g).

Reason for Recall:

Baptista's Bakery was notified by a consumer that their package of original **pretzel crisp** contained some seasoned product. The seasoned product has the milk allergen which is not declared in the original product.

Product Quantity:

58,320 bags (54 pallets with 90 cases each)

Recall Number:

F-2164-2016

Code Information:

Item Code 105782

Event Details

Event ID:

74998

Voluntary / Mandated:

Voluntary: Firm Initiated

Product Type:

Food

Initial Firm Notification of Consignee or Public:

E-Mail

Status:

Ongoing

Distribution Pattern:

WI

Recalling Firm:

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States'>Baptista's Bakery, Inc

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States

Recall Initiation Date:

08/16/2016

Center Classification Date:

09/13/2016

FDA Enforcement Report: Snack Factory, Pretzel Crisps Srircha Lime, UPC 049508006060, 7.2 oz(204g).

Date Terminated:

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 21, 2016

End of Document



# Snyders-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

Financial Services Monitor Worldwide

September 24, 2016 Saturday

Copyright 2016 Global Data Point Provided by Syndigate Media Inc. *(Syndigate.info)* All Rights Reserved



**Length:** 759 words

## Body

(GlobeNewswire) - Snyders-Lance, Inc. (Nasdaq:LNCE) announced today the appointment of Alexander Pease as Executive Vice President and Chief Financial Officer, effective November 1, 2016. The planned retirement of Rick Puckett as Chief Financial Officer was previously announced on May 26, 2016. Mr. Puckett will continue in his current role as Chief Financial Officer until November 1, 2016, and will remain with the Company in a consulting role for a period of time to ensure a smooth transition.

Mr. Pease joins the Company from McKinsey & Co. bringing significant financial expertise and cross industry experience to the Snyders-Lance organization. At McKinsey, he was a leader in their global corporate finance and business functions practice working with leading CFOs across a wide range of industries, helping their companies build shareholder value by strengthening their balance sheet, improving returns on invested capital and raising operating margins. Mr. Pease has deep expertise in zero based budgeting, business process improvement, broad based productivity transformation, treasury, and strategic buy and sell-side transactions. In addition, he has significant expertise in enterprise risk management and international growth.

From 2011 to 2015, Mr. Pease held the position of Senior Vice President and Chief Financial Officer of EnPro Industries (NYSE:NPO), a diversified, multi-industrial equipment manufacturer with significant sales into the agricultural, food and pharmaceutical, other industrial end-markets. In this capacity, he also had responsibility for Global Supply Chain, Information Technology, Strategy and M&A.

Mr. Pease spent a total of ten years with McKinsey & Co. in various roles, including tenures prior to and subsequent to his role at EnPro. Mr. Pease received his Master of Business Administration degree from the Tuck School of Business at Dartmouth College. He also graduated with honors and distinction from the United States Naval Academy, and served for six years as a U.S. Navy SEAL in a range of international assignments.

We are fortunate to attract a candidate with the broad financial experience, organizational skills, and unparalleled leadership that Alex brings to the table, stated Carl E. Lee, Jr., President and Chief Executive Officer of Snyders-Lance. We plan to leverage Alexs deep expertise in financial leadership to expand our initiatives to build shareholder value. His proven track record in driving substantial cost reductions and process improvements as both a hands-on executive and an advisor will further support our ongoing margin enhancement initiatives and drive our financial returns. His experience having both been a CFO, and having advised CFOs as a McKinsey partner, has

prepared him to help us expedite the execution of our strategic plan. We look forward to Alexs contributions and we are excited to have him join our team.

Mr. Alexander Pease commented, Snyders-Lance is at an exciting point in its evolution, as it positions itself as the leading better-for-you snack company in the market. This, combined with an exceptional track record of growth, disciplined capital allocation, and ongoing performance improvement creates a remarkable opportunity. While at McKinsey, I developed a passion for helping clients drive cutting edge innovations in back office efficiency, pursue advanced analytic techniques to optimize performance and develop world class plans to unlock growth. I am thrilled to be able to bring this passion to Snyders-Lance.

About Snyders-Lance, Inc.Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder`s of Hanover, Lance, Kettle Brand, KETTLE Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers!, Tom`s, Archway, Jays, Stella D`oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company`s corporate web site: www.snyderslance.com . LNCE-E

Investor Contact

Kevin Powers, Senior Director, Investor Relations

Kpowers@snyderslance.com, (704) 557-8279 2016 Global Data Point.

**Load-Date:** September 24, 2016

---

End of Document



# Press Release: Snyder's-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

Dow Jones Institutional News

September 23, 2016 Friday 11:00 AM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 846 words

## Body

Snyder's-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

CHARLOTTE, N.C., Sept. 23, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) announced today the appointment of Alexander Pease as Executive Vice President and Chief Financial Officer, effective November 1, 2016. The planned retirement of Rick Puckett as Chief Financial Officer was previously announced on May 26, 2016. Mr. Puckett will continue in his current role as Chief Financial Officer until November 1, 2016, and will remain with the Company in a consulting role for a period of time to ensure a smooth transition.

Mr. Pease joins the Company from McKinsey & Co. bringing significant financial expertise and cross industry experience to the Snyder's-Lance organization. At McKinsey, he was a leader in their global corporate finance and business functions practice working with leading CFOs across a wide range of industries, helping their companies build shareholder value by strengthening their balance sheet, improving returns on invested capital and raising operating margins. Mr. Pease has deep expertise in zero based budgeting, business process improvement, broad based productivity transformation, treasury, and strategic buy and sell-side transactions. In addition, he has significant expertise in enterprise risk management and international growth.

From 2011 to 2015, Mr. Pease held the position of Senior Vice President and Chief Financial Officer of EnPro Industries (NYSE:NPO), a diversified, multi-industrial equipment manufacturer with significant sales into the agricultural, food and pharmaceutical, other industrial end-markets. In this capacity, he also had responsibility for Global Supply Chain, Information Technology, Strategy and M&A.

Mr. Pease spent a total of ten years with McKinsey & Co. in various roles, including tenures prior to and subsequent to his role at EnPro. Mr. Pease received his Master of Business Administration degree from the Tuck School of Business at Dartmouth College. He also graduated with honors and distinction from the United States Naval Academy, and served for six years as a U.S. Navy SEAL in a range of international assignments.

"We are fortunate to attract a candidate with the broad financial experience, organizational skills, and unparalleled leadership that Alex brings to the table," stated Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-

Lance. "We plan to leverage Alex's deep expertise in financial leadership to expand our initiatives to build shareholder value. His proven track record in driving substantial cost reductions and process improvements as both a hands-on executive and an advisor will further support our ongoing margin enhancement initiatives and drive our financial returns. His experience having both been a CFO, and having advised CFOs as a McKinsey partner, has prepared him to help us expedite the execution of our strategic plan. We look forward to Alex's contributions and we are excited to have him join our team."

Mr. Alexander Pease commented, "Snyder's-Lance is at an exciting point in its evolution, as it positions itself as the leading better-for-you snack company in the market. This, combined with an exceptional track record of growth, disciplined capital allocation, and ongoing performance improvement creates a remarkable opportunity. While at McKinsey, I developed a passion for helping clients drive cutting edge innovations in back office efficiency, pursue advanced analytic techniques to optimize performance and develop world class plans to unlock growth. I am thrilled to be able to bring this passion to Snyder's-Lance."

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R), Lance(R), Kettle Brand(R), KETTLE(R) Chips, Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Pop Secret(R), Emerald(R), Diamond of California(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com . LNCE-E

```
Investor Contact
Kevin Powers, Senior Director, Investor Relations
Kpowers@snyderslance.com, (704) 557-8279
```

23 Sep 2016 07:00 ET *Snyder's-Lance Announces The Appointment Of Alexander Pease As Executive Vice Pres And Chief Fincl Officer >LNCE

23 Sep 2016 07:01 ET *Snyders-Lance Financial Chief Rick Puckett Had Announced Retirement May 26

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

September 23, 2016 07:01 ET (11:01 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** September 24, 2016

End of Document



# Snyder's-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

Financial Buzz

September 23, 2016 Friday 5:51 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 823 words

## Body

Sep 23, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex) CHARLOTTE, N.C., Sept. 23, 2016 (GLOBE NEWSWIRE) -- Snyder's-Lance, Inc. (Nasdaq:LNCE) announced today the appointment of Alexander Pease as Executive Vice President and Chief Financial Officer, effective November 1, 2016. The planned retirement of Rick Puckett as Chief Financial Officer was previously announced on May 26, 2016. Mr. Puckett will continue in his current role as Chief Financial Officer until November 1, 2016, and will remain with the Company in a consulting role for a period of time to ensure a smooth transition.Mr. Pease joins the Company from McKinsey .... bringing significant financial expertise and cross industry experience to the Snyder's-Lance organization.

At McKinsey, he was a leader in their global corporate finance and business functions practice working with leading CFOs across a wide range of industries, helping their companies build shareholder value by strengthening their balance sheet, improving returns on invested capital and raising operating margins. Mr. Pease has deep expertise in zero based budgeting, business process improvement, broad based productivity transformation, treasury, and strategic buy and sell-side transactions. In addition, he has significant expertise in enterprise risk management and international growth. From 2011 to 2015, Mr. Pease held the position of Senior Vice President and Chief Financial Officer of EnPro Industries (NYSE:NPO), a diversified, multi-industrial equipment manufacturer with significant sales into the agricultural, food and pharmaceutical, other industrial end-markets. In this capacity, he also had responsibility for Global Supply Chain, Information Technology, Strategy and M... Mr. Pease spent a total of ten years with McKinsey .... in various roles, including tenures prior to and subsequent to his role at EnPro. Mr. Pease received his Master of Business Administration degree from the Tuck School of Business at Dartmouth College. He also graduated with honors and distinction from the United States Naval Academy, and served for six years as a U.S. Navy SEAL in a range of international assignments. 'We are fortunate to attract a candidate with the broad financial experience, organizational skills, and unparalleled leadership that Alex brings to the table,' stated Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. 'We plan to leverage Alex's deep expertise in financial leadership to expand our initiatives to build shareholder value. His proven track record in driving substantial cost reductions and process improvements as both a hands-on executive and an advisor will further support our ongoing margin enhancement initiatives and drive our financial returns. His experience having both been a CFO, and having advised CFOs as a McKinsey partner, has prepared him to help us expedite the execution of our strategic plan. We look forward to Alex's contributions and we are excited to have him join our team.' Mr. Alexander Pease commented, 'Snyder's-Lance is at an exciting point in its evolution, as it positions itself as the leading better-for-you snack company in the market. This, combined with an exceptional track record of growth, disciplined capital allocation, and ongoing performance improvement creates a remarkable opportunity. While at McKinsey, I developed a passion for helping clients drive cutting edge innovations in back office efficiency, pursue advanced analytic techniques to optimize performance and develop world class plans to unlock growth. I am thrilled to be able to bring this passion to Snyder's-Lance.' About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of

Snyder's-Lance Announces the Appointment of Alexander Pease as Executive Vice President and Chief Financial Officer

Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com[1]. LNCE-E Investor Contact Kevin Powers, Senior Director, Investor Relations Kpowers@snyderslance.com, (704) 557-8279; https://www.globenewswire.com/NewsRoom/AttachmentNg/3f45292f-225b-4ce6-ba48-db6c6fb8d250 [ 1]: https://www.globenewswire.com/Tracker?data=b1k8tG4f_boQWfFifgfrT3eD30HjKyxR9a_gQhK-0YPJFOvrypZsaDldkrBJUFQtei_qNVUxyd75ULDogfDoswO8zONknUWHF-vmwZvYAwY=

**Load-Date:** September 23, 2016

---

End of Document



# Stocking Your Pantry for Simple Meal Planning

Kitchen Stewardship

September 19, 2016 Monday 4:26 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 3120 words

**Byline:** Becca Stallings

## Body

Sep 19, 2016( Kitchen Stewardship: http://www.kitchenstewardship.com Delivered by Newstex) This post is from KS contributing writer Becca Stallings of The Earthling's Handbook[1]. My house doesn't have a pantry. So I found one anywayLike many city houses built in the 1920s, our house has a small kitchen with not many cabinets. In my tips for a tiny kitchen[2], the very first tip is to set up a pantry outside the kitchen, and I explain how Daniel and I used space adjacent to the kitchen in our two previous 1920s homes - but in this house, we just don't have a good space on the same floor as the kitchen. We placed a shelving unit facing the bottom of the stairs in our basement to serve as our pantry.

When we expanded into keeping some non-food items in the pantry as well, we added a second shelving unit against the wall and moved some food over there. I hope you'll consider creating a pantry, too, even if your house officially doesn't have one. Keeping a stocked pantry has a lot of advantages!Why I Love Having a Pantry, Even Though I Don't Have Space for OneI can plan menus using mostly ingredients we have in the house already. We live in a walkable neighborhood, with a supermarket and an Asian food store within a few blocks. This makes it easy for Daniel or me or our 11-year-old son to stop by the store and pick up an onion, a block of cheese, or whatever miscellaneous ingredients are needed to complete a meal of pantry foods, fresh produce from our CSA farm[3], and ingredients from our refrigerator and freezer. Having lots of food on hand means we're prepared if bad weather or illnesses keep us housebound for a while. (We even keep a spare can opener on top of the pantry shelving, in case we're sheltering in the basement during a disaster.) We save money by stocking up on shelf-stable foods when they're on sale or found in bulk packages. This includes bulk foods from the health-food co-op[4] in reused glass jars[5] - we can fill a lot of jars with a sale-priced food, store them in the pantry, and just keep one in the kitchen at a time. We then relabel the jars for a different food after they're empty. We are less tempted to eat unhealthy foods or spend money in restaurants when we have easy access to staple ingredients for healthy meals. We save gasoline[6] by making fewer car trips to stores. We drive to Trader Joe's, Costco, the co-op, and Target (each 2-4 miles away) once every month or so, often hitting two of them in one trip. Every 2-3 months, we shop at Gordon Food Service (9 miles away), and we usually only drive to the local supermarket for heavy things we can't carry on foot. We save time by buying more in one shopping trip instead of making multiple trips to that store. Our pantry is functional and semi-organized, but it's not beautiful. I hesitated to share photos because our basement is so cluttered! Looking at all the chaos of our workshop and storage area behind the pantry would distract you from understanding our food-storage system. Then I realized that simply covering the back and side of the open shelves would block the clutter. We did this so very elegantly with an old sheet: How to Stock Your Pantry StaplesExactly what you keep in your pantry and how you organize it will depend on what you eat regularly and what categories make sense to you, so I'll mention just a few basic principles: Some foods are essentials that you want to have in stock at all times-but think about how soon you need to restock each item. Some are used frequently or used a full package at a time; put them on the shopping list when you take the next-to-last package (or refill from a big package) from the pantry. Foods that are used more slowly, like cooking oils, go on the list when you take the last package out of the pantry. Foods you use really slowly or sparingly, like mustard, don't go on the list until the one you're using is less than half full. (Bahahahahaha! Katie has to jump in here to say that we love mustard so much, I'm unsettled if we have fewer than two backup bottles in our 'pantry' in the basement, because we can blow

through a bottle in a week! To each their own) Some foods are things to buy only when the price drops and you don't have a lot of similar food already. One way to avoid getting overstocked is to think about the general category of food rather than the specifics. For example, pretzels, wheat crackers and pita chips are interchangeable in my family, so we need to limit the total volume of 'crunchy snacks made from wheat' to avoid many open packages going stale. Buy extra of your essential foods when they're on sale. Check expiration dates to calculate how many you can buy so that you'll use them all before they expire, and make sure to check your existing pantry stash before you go to the store. Group together foods of the same general type to make a basic organizational scheme that fits your current stash into your pantry space. Then keep an eye on how it's working out as you use up foods and buy more foods. Adjust your categories, or the shelf space allotted to them, as you find empty or overcrowded spaces developing. Be sure to tell the other cooks/shoppers in your household if you've relocated a section! What if you don't know which foods go fast and which are slower? Keep a list (or computer spreadsheet) for at least two months: List each type of food and mark how many you used. That should give you an idea of how to pace your stockpiling.My Pantry, Shelf by Shelf At the top left of our main pantry is the Department of Tea and Grains. No, there's no special reason they're together - it just worked out that way. We're super-stocked on peppermint tea bags right now because when I work outside the home, I drink peppermint tea every morning at work. I buy it by the case[7] from the food co-op-and I ordered a new case in May without thinking about the fact that my job was ending in June. I'll take it to my new office when I have one! Cornmeal is mainly for cornbread and Flexican Cornbread Pizza[8]. Bulgur wheat is great (if you're not gluten-sensitive) in recipes that call for 'cooked grain', like Nutshroom Burgers[9] - it's very low-priced. Wheat bran, also cheap, is an important ingredient in Raisin Bran Bread[10]. In back are big jars storing the whole-wheat pasta we buy in 5-pound bags from Gordon Food Service. Up in the kitchen, we store pastas and rice in boxes that hold enough for 2-3 meals; when the supply gets low, we refill from these big jars. Pasta stays fresher in these jars and is less likely to spill than if it's stored in an open bag. We get the jars from pretzels that we occasionally buy or cheez puffs other people buy - ask to keep the big jar if you think it might get thrown away!The other end of the top shelf is the Department of Dry Beans[11] - not to be confused with the Department of Canned Beans. My family eats some type of bean or lentil 2-5 times a week (not counting leftovers) so several varieties are among our essentials. Here you see instant hummus mix[12], red lentils, split peas, black beans, and in the background green lentils. We use dry black beans mainly for slow-cooker soup[13] and tend to grab canned beans for other meals because dry beans take so long to cook. Lentils cook more quickly, so they're more versatile; two of our favorite family meals are Honey Baked Lentils[14] made with green lentils and Masoor Dal[15] made with red lentils. In the back is a big jar of rice[16], which we buy 5-10 pounds at a time. I guess it got shoved over by that giant bag of corn chips! We tend to let the chips fall where they may, filling in spaces that are currently empty of what would usually go there. (Katie inserts laughter again - because we pretty much have half a shelf just for those huge bags of Costco corn chips, because I buy them 4-5 at a time so I never run out!)All right, here's the part where I admit that my family sometimes eats foods that you just stick in the microwave or cook a few minutes in a pot! We do try to choose these carefully, and we don't eat them all that often. Here's some detail on those pouches of Indian food[17]; the madras lentils that my son likes come in a 6-pack at Costco. If I'm choosing so carefully, how come we have so many packets of ramen noodles? That's a fair question! They're a 'sometimes food,' really! We stock up in large quantities because we only like Maruchan brand, and it isn't sold at any of our usual stores, so we hit Shop'n'Save just once or twice a year. Ramen noodles are made from white flour, fried in vegetable oil, and absurdly high in sodium, and they contain numerous additives[18]. The reason we keep eating them is that we all feel they're the perfect food for certain miserable states of being: colds and flu, first meal after vomiting, low blood-pressure dizzy spells[19], and extreme heat. This salty food forces us to re-hydrate by drinking lots of water, it's easy on a sore throat or delicate stomach, the steam clears congestion, and it just helps us feel better - so we've gone on stocking ramen even as the rest of our diet has improved. One product I do plan to quit buying is canned cream-of-mushroom soup. I've gradually devised substitutes for the casserole recipes in which I used to use it. (Katie's Better Than a Box eBook[20] details not only how to make homemade 'cream of' soups but how to sub them in all your favorite recipes.) In the middle of this shelf is the Department of Vinegars, which also includes lemon juice and (visible in the big photo) blends into the Department of Sauces. We're also keeping popcorn and nuts on this shelf and, in back, some giant bags of **Pretzel Crisps** that were on sale at Costco (good example of a sale item that's not a staple) and a half-full bulk bag of fair-trade organic coffee[21].On the next shelf down, we've got coconut milk[22], nut butters, olives, pickles, and canned fish. That plastic bag in the back corner contains candy left over from the gingerbread house my mother and son made last Christmas - they can use it on this year's gingerbread house! Coconut milk is delicious mixed into a spicy, exotic

food like curry. My partner Daniel doesn't like coconut milk, but the kids and I do, so I make curry without coconut milk and then add it to individual portions as desired. Canned salmon is better for our health and environment than tuna[23], so salmon is what we use in family meals like this delicious Lemon Creamy Salmon with Tangy Greens[24]. Tuna is just for those times when Daniel craves tuna salad.The other half of that shelf is the Department of Canned Beans - and, for no logical reason, the big jar of dried garbanzos is behind the canned garbanzos instead of in the Department of Dry Beans. Baked beans are a handy heat-and-eat option for a quick meal along with corn on the cob, or cornbread and a salad. We stocked up on baked beans at a recent sale, but when we run out, it's easy to make our own 'baked' beans by browning some onions and then stirring ketchup, mustard, brown sugar, garlic, and black pepper into plain (rinsed) canned beans. By the way, if you're worried that canned beans will give you gas, you can really minimize it by putting the beans in a colander and rinsing them thoroughly to remove the thick liquid. Then add whatever sauce or seasonings you'd like. Try our fancy Bean Wraps with Smoked Gouda and Pineapple[25], for instance!The bottom shelf of our main pantry is the Department of Oils, Fruits, Tomato Products, and Big Heavy Jugs. We keep the big jugs on the bottom so they're easy to grab from behind the shelving unit. One of those is obviously vinegar, and the jug on the left is sorghum syrup[26]. Dried apricots are a crucial ingredient in Apricot Lentil Soup[27] and Honey-Apricot Tangy Tofu[28], but it takes us a while to use 2 cups like we have in this jar, so we keep them in the refrigerator to prevent them from getting moldy or vinegary-smelling. Shown here are the apricots I just recently purchased, which will soon replace the almost-empty jar in the fridge. Unlike apricots, raisins have never gone bad in our pantry, even when we've stocked up on six or seven jars full of bulk raisins on sale after the autumn harvest and it takes us all winter to eat them. The co-op's bulk raisins are coated with a small amount of organic olive oil, so they don't get dried-out, either. (Oh man, Katie again! just bought a 30-lb box of raisins from Country Life[29], and we'll probably go through it before Christmas. I think we eat too much!!!) Yes, we have Hidden Valley Ranch sighmy son insists that none of my homemade ranch dressings[30] and no other brand of purchased ranch dressing tastes as good as this one with its genetically modified soybean oil and corn syrupand he talked me into buying it, for the first time in over a year, when it went on sale at Costco. That was a few months ago. He has yet to open it. Sometimes it seems like being allowed to have an undesirable food available is more important to him than actually eating it! Spaghetti with marinara sauce is my favorite food, and although I enjoy making my own sauce, I 'have to' have sauce on hand for those times when I 'need' sauce but haven't gotten around to making any! I look for sauce that does not contain soybean oil or corn syrup, and then I compare Nutrition Facts among different brands and flavors to choose sauces that are high in vitamins and fiber, low in sugar and sodium. Classico makes a lot of tasty, healthy sauces at a reasonable price.Our extra spices and other baking ingredients are on the top of the auxiliary pantry shelves-along with my very big pot for those times when I make soup or spaghetti sauce for a crowd, and some flashlights in case of power failure. (Pardon the dust in this honest photo.) Keeping spices in alphabetical order helps you find what you need quickly. We have a lot of spices in the pantry at the moment because a lot of the bottles in the kitchen are nearly empty, so their replacements are waiting! Same thing for the baking powder - don't buy it too far in advance because it doesn't work as well when it's old.Two shelves of our auxiliary pantry are non-food items. The third shelf is the Department of Cereal and School Supplies. The only reason these things are together is that there was a space when I needed one to stash the absurd surplus of composition books my son somehow acquired! I guess those fruit leathers also are a school supply, in that they're only for the lunchbox and not to be eaten at home. Every once in a while I succumb to a sale on an individually-wrapped item for the lunchbox, if it's relatively healthy and not too horribly wasteful, but in general we try to pack a low-waste lunch[31]. My general policy is to buy only GMO-free cereals[32], but Reese's Puffs are a special treat we can have when a great coupon and a great sale coincide. They're for dessert, not for breakfast!! So, that's my pantry tour! Writing this has reminded me of one of my college application essays on the topic of 'What does your closet say about you?' My family's pantry not only shows you what we eat and how we organize but also expresses some of our values. Our pantry helps us stick to a mostly healthy diet, but you can see some exceptions that we allow. Although looking closely at the pantry gave me a few surprises, I'm relieved to find that there's nothing spoiled, it's not all that dusty, and it's mostly well organized. If only we could say the same about the rest of our basement!How do you organize your grocery storage? What are your favorite things to keep stocked up? Have you ever created a pantry in a space that wasn't designed for it?Save The post Stocking Your Pantry for Simple Meal Planning[33] appeared first on Kitchen Stewardship | A Baby Steps Approach to Balanced Nutrition[34]. [ 1]: https://articles.earthlingshandbook.org/ [ 2]: https://articles.earthlingshandbook.org/2011/05/18/tips-for-a-tiny-kitchen/ [ 3]: http://www.kitchenstewardship.com/2016/08/15/how-to-use-csa-vegetables/ [ 4]:

https://articles.earthlingshandbook.org/2013/06/16/bulk-food-in-reused-containers/ [ 5]: https://articles.earthlingshandbook.org/2011/06/05/glass-jars-galore/ [ 6]: https://articles.earthlingshandbook.org/2011/01/12/my-toyota-prius-works-for-me-but-not-driving-works-even-better/ [ 7]: https://articles.earthlingshandbook.org/2015/03/25/save-money-on-earth-friendly-products/ [ 8]: https://articles.earthlingshandbook.org/2015/01/05/flexican-cornbread-pizza/ [ 9]: https://mysisterspantry.wordpress.com/2012/11/26/a-better-veggie-burger/ [ 10]: https://articles.earthlingshandbook.org/2011/11/18/raisin-bran-bread-revised-recipe/ [ 11]: http://amzn.to/2d21DJA [ 12]: https://articles.earthlingshandbook.org/2011/11/11/instant-hummus-and-falafels/ [ 13]: https://articles.earthlingshandbook.org/2015/05/20/ginger-black-bean-soup-slow-cooker/ [ 14]: https://articles.earthlingshandbook.org/2007/12/03/honey-baked-lentils/ [ 15]: https://articles.earthlingshandbook.org/2011/08/27/masoor-dal-indian-lentils-with-carrots/ [ 16]: http://amzn.to/1a2ka55 [ 17]: https://articles.earthlingshandbook.org/2015/06/29/all-natural-vegetarian-non-refrigerated-convenience-foods/ [ 18]: https://cspinet.org/eating-healthy/chemical-cuisine [ 19]: https://articles.earthlingshandbook.org/2012/02/29/are-you-pregnant-and-dizzy/ [ 20]: http://www.kitchenstewardship.com/2013/01/22/better-than-a-box-how-to-transform-processed-food-recipes-into-whole-foods-favorites/ [ 21]: https://articles.earthlingshandbook.org/2015/07/28/3-ways-to-save-on-fair-trade-coffee/ [ 22]: http://www.kitchenstewardship.com/ThriveThaiCocoMilk [ 23]: http://www.theatlantic.com/health/archive/2011/08/a-tale-of-two-cans-why-canned-salmon-is-better-than-tuna/243516/ [ 24]: https://articles.earthlingshandbook.org/2015/03/17/lemon-creamy-salmon-photo-tutorial/ [ 25]: https://articles.earthlingshandbook.org/2014/04/29/bean-wraps-with-smoked-gouda-and-pineapple/ [ 26]: http://www.kitchenstewardship.com/2012/02/15/sorghum-a-sweetener-with-actual-value/ [ 27]: https://articles.earthlingshandbook.org/2010/12/08/apricot-lentil-soup/ [ 28]: https://articles.earthlingshandbook.org/2010/07/07/tangy-honey-apricot-tofu/ [ 29]: http://www.kitchenstewardship.com/2013/05/17/what-does-a-real-foodie-buy-atcountry-life-natural-foods/ [ 30]: http://www.kitchenstewardship.com/recipes/homemade-ranch-dressing/ [ 31]: https://articles.earthlingshandbook.org/2014/08/20/5-tips-for-green-lunch-packing/ [ 32]: https://articles.earthlingshandbook.org/2015/02/20/two-affordable-gmo-free-cereals/ [ 33]: http://www.kitchenstewardship.com/2016/09/19/stocking-pantry-simple-meal-planning/ [ 34]: http://www.kitchenstewardship.com

**Load-Date:** September 19, 2016

---

End of Document

 **LexisNexis®**

**User Name:** T8PVBDU

**Date and Time:** Monday, October 22, 2018 11:58:00 AM EDT

**Job Number:** 75985368

## Documents (50)

1. Encourage healthy habits with Alaska-harvested school lunch ingredients;SPONSORED: Three easy recipes using the salmon, berries and moose in your freezer.

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | **Content Type** | **Narrowed by** |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. Fisher Fair raspberry jam: no scone needed

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | **Content Type** | **Narrowed by** |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. Snyder'sLance Inc at Barclays Global Consumer Staples Conference - Final

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | **Content Type** | **Narrowed by** |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. Time for Florida's fall food fests

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | **Content Type** | **Narrowed by** |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

6. Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. Press Release: Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

12. Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

13. Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

14. Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

15. BUSINESS;Business Digest for Aug. 26, 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

16. BUSINESS Digest

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

17. Kroger;Detergent sale also nets bottle of fabric softener

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. Snyder's-Lance to Present at Barclays Global Consumer Staples Conference

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. U.S. FDA via Twitter - Aug 23 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. Washington: Baptistaâ€™s Bakery Issues Allergy Alert on Undeclared Milk in Snack Factory® Original Pretzel Crisps®

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. Snyder's-Lance to Present at Barclays Global Consumer Staples Conference

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. Giant recalls certain pretzel snacks

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. BRIEF: Snack Factory pretzel crisps recalled

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. Stop and Shop Alerts Customers to Voluntary Recall of Snack Factory Pretzel Crisps

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. FDA Enforcement Report: Snack Factory Original Pretzel Crisps, Thin, Crunchy Pretzel Crackers. Made in a facility that processes Milk and Soy. Distributed by: Snack Factory, PO Box 6917, Hanover, PA 17331 Sold in the following sizes and UPC codes: 12 ct / 116 oz. Net Wt 26 oz (l lb 10 oz.) 737g, more...

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. 5 Tips to Keep Your Kids Fueled After School;Food expert Laura Fuentes and Lance® sandwich crackers urge moms to have the right strategies and snacks on hand to keep after-school hunger at bay

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. Baptista's Bakery Issues Allergy Alert on Undeclared Milk in Snack Factory® Original Pretzel Crisps® and Snack Factory® Sriracha Lime Pretzel Crisps®

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

28. Learn Superb Ways of Pitching Your Business to Early Stage Investors in this Charlotte Conference

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

LexisNexis® | About LexisNexis | Privacy Policy | Terms & Conditions | Copyright © 2018 LexisNexis

Narrowed by:

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

29. Learn Superb Ways of Pitching Your Business to Early Stage Investors in this Charlotte Conference;The Soho Loft Conferences, Victoria Global and FundingPost.com present CLT VC & Angel Investor Funding Strategy Panel to be held on August 18, 2016 in Charlotte, NC

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. Learn Superb Ways of Pitching Your Business to Early Stage Investors in this Charlotte Conference;The Soho Loft Conferences, Victoria Global and FundingPost.com present CLT VC & Angel Investor Funding Strategy Panel to be held on August 18, 2016 in Charlotte, NC

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. *Snyders-Lance 2Q EPS 20c >LNCE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. Snyder's-Lance, Inc. Reports Results for Second Quarter of Fiscal 2016;-- Total net revenue increased 41.3% including the contribution of Diamond Foods

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. Q2 2016 Snyder'sLance Inc Earnings Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
|---|---|

34. Snyder's-Lance Reports Results for Second Quarter of Fiscal 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

35. First Aid Shot Therapy offers quick relief;TSE 2016: CORPORATE PROFILES;Company overview

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. Get Eco-Friendly for Back to School with Lunchskins Reusable Bags at Target.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Press Release: Snyder's-Lance Declares Regular Quarterly Dividend

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. Snyder's-Lance Declares Regular Quarterly Dividend

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. Learn How to Superbly Pitch Your Business in this NYC Conference

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

40. Learn How to Superbly Pitch Your Business in this NYC Conference

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

41. Learn How to Superbly Pitch Your Business in this NYC Conference

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

42. Snyder's-Lance to Report Second Quarter Results on August 9, 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

43. Press Release: Snyder's-Lance to Report Second Quarter Results on August 9, 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

44. Snyder's-Lance to Report Second Quarter Results on August 9, 2016

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

45. VMG Partners Completes Sale of Babyganics to SC Johnson

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| | |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. VMG sells Babyganics to SC Johnson

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| | |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

47. Recent food recalls;WASHINGTON

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| | |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. No Headline In Original

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| | |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Baptista's Bakery recalls Snack Factory Original Pretzel Crisps

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| | |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. Snyder's of Hanover® Pretzels Production Goes Peanut-Free Giving Kids More Snack Choices in School;Transition to peanut-free facility makes America's favorite pretzels safe for kids with peanut allergies and schools with peanut restrictions

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| | |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |



# Encourage healthy habits with Alaska-harvested school lunch ingredients; SPONSORED: Three easy recipes using the salmon, berries and moose in your freezer.

Alaska Dispatch News

September 12, 2016 Monday

Copyright 2016 Alaska Dispatch Publishing, LLC All Rights Reserved

**Section:** NEWS; Sponsored Content

**Length:** 548 words

## Body

For many parents, packing school lunches can be challenging. You want to provide your kids with healthy foods (preferably ones that are quick and easy to make in the morning) and they want foods that are delicious and fun.

There are ways for you *and* your kids to win the lunchbox battle says Marcia Anderson, Registered Dietitian and Health Promotion Program Manager at the Alaska Native Tribal Health Consortium. School lunches, she said, are an opportunity for teachable moments when it comes to fostering lifelong healthy eating habits. She shared a few tips on providing meals that are fun and provide energy.

"Healthy eating does start at home and can be delightful, interesting and fun for the whole family," Anderson said. "Involve your child by inviting them to share in preparing their lunch. Encourage them to help in cooking meals. Set up a tasting activity at home or for a school project."

Because food preferences are established early in life, providing healthy meals that are based on lean meats, fish, nuts, seeds, whole grains, fruits and vegetables can teach kids to prefer those foods in adulthood. Luckily for Alaska moms and dads, many of those options can be grown or harvested in-state. Parents can include kids on hunting and fishing trips, berry-picking excursions and gardening endeavors. Added bonus: these foods can help protect against disease and promote a healthy body weight.

Encourage variety and swap out that daily PB&J with some new food creations that are fun, tasty and colorful to ensure your kid's lunch is eaten and not thrown away or traded in the lunchroom.

Here are a few kid-friendly, Alaska-harvested recipes to try this month:

**Salmon Salad Spread**

There's a good chance you already have salmon in your freezer from summer fishing. Alaska salmon is low in saturated fats and high in heart healthy omega-3 fatty acids, making it an important brain food. Paired with a medley of vegetables, this salmon spread is already on its way to a well-rounded lunchtime option.

This versatile dish can be served between whole wheat bread slices, on crackers, with celery or stuffed in a pita shell. Pair with some colorful fruit like grapes and berries and a few cubes of cheese to make a complete lunch.

**No-Bake Fruit Pizza**

For a fun, quick and healthy lunch, try a no-bake fruit pizza. Not only does it cover a variety of food groups, but it's also colorful and customizable, making it a good option for picky eaters.

If your toppings are primarily fruit, balance this lunch with a few servings of vegetables and some pretzels.

**Spaghetti and Moose Meatballs**

A dish your kids will enjoy for its slurpability and you'll love for its easiness to make and nutritional benefits. A three-ounce serving of moose boasts 25 grams of protein and is low in fat and sodium, so your kiddo will be able to power through the second half of the day.

To round out this lunch, match it with some fresh vegetables andfor dessert.

*Learn more about Alaska plants as food and the fresh ingredients available in the "Store Outside Your Door".*

**This article was produced by the special content department of Alaska Dispatch News in collaboration with ANTHC. Contact the editor, Jamie Gonzales, at jgonzales@alaskadispatch.com. The ADN newsroom was not involved in its production.**

# Graphic

See image link

See image link

Salmon salad sandwich with a side of whole grain crackers, cheese curds and blueberries. (Bailey Berg / Alaska Dispatch News)

See image link

(Joshua Genuino / Alaska Dispatch News)

See image link

Fresh fruit pizza with a side of **pretzel crisps** and fresh veggies. (Bailey Berg / Alaska Dispatch News)

See image link

(Joshua Genuino / Alaska Dispatch News)

See image link

See image link

See image link

(Joshua Genuino / Alaska Dispatch News)

See image link

**Load-Date:** December 2, 2017

End of Document



# Fisher Fair raspberry jam: no scone needed

The Daily Herald (Everett, Washington)

September 11, 2016 Sunday

Copyright 2016 The Daily Herald, Everett, WA All Rights Reserved

**Section:** LIFE

**Length:** 80 words

## Body

The Evergreen State Fair is over for the year, but you can still get your Fisher Fair fix.

The famous Fisher scone mix is available at Bartell Drugs and other stores so you can whip up the pastries.

Did you know you can also get that jam?

A two-pack of 32-ounce jars of Fisher Fair Scone Raspberry Jam is about $10 at some Costco stores.

No need to make scones. We tried it on **pretzel crisps** and crackers. Delish.

Recipes and more at www.fisherscones.com.

— Andrea Brown, The Herald

**Load-Date:** September 12, 2016

End of Document



# Snyder'sLance Inc at Barclays Global Consumer Staples Conference - Final

FD (Fair Disclosure) Wire

September 7, 2016 Wednesday

Copyright 2016 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2016 CCBN, Inc.

**Length:** 7448 words

# Body

Corporate Participants

* Carl Lee

Snyder's-Lance, Inc. - President, CEO

Conference Call Participants

* Andrew Lazar

Barclays - Analyst

Presentation

ANDREW LAZAR, ANALYST, BARCLAYS: All right, everybody, if we can find our seats we'll kick off our next presentation. Please join me in welcoming Snyder's-Lance back to the Barclays Global Consumer Staples Conference stage.

Snyder's-Lance closed on the acquisition of Diamond Foods earlier this year, which complements its legacy business nicely and should provide the potential for revenue synergies through distribution expansion of Diamond's attractive brand equities such as Kettle and Emerald.

In addition, the combination with Diamond is expected to prove highly synergistic, with savings both funding additional growth investments and driving the bottom line.

We're pleased to be joined today by President and CEO Carl Lee, who will talk to the Company's strategy and opportunities in more detail. I'll turn it over to you, Carl. Thanks for being here.

CARL LEE, PRESIDENT, CEO, SNYDER'S-LANCE, INC.: Thank you, Andrew. Well, good morning, everyone. It certainly is a privilege to be here, and we thank you for your participation. We thank you for your valuable time.

I think some of you may be new to our story, so we'll share a little bit of information for someone who may be getting up to speed on Snyder's-Lance. We'll also share some information about what we've been doing to continue to grow our business for those who are probably more aware of it.

As we begin with the Company overview, I just want to kind of walk you through some of the history of Snyder's-Lance but also, more importantly, talk about where we're headed from here and our strategy.

If you take a look at our overall brand portfolio, we've got a very established brand portfolio. And we expanded it with the Kettle, Diamond, Pop Secret, and Emerald, as Andrew mentioned, when we acquired Diamond back at the end of February this year.

But if you really step back, for the past 10 years we've been working very hard to build something very special. And something we agreed to a long time ago when we built our first strategic plan was really who are we going to be.

First of all, it's very important for us to be a premium snack food company. We want to make sure we're focusing on quality and value. And we stand above our competitors to make sure that consumers really look at our brands differently and there's an emotional attachment to them.

But beyond that, we really have always focused on just being a pure play snack food company. It's very important for us to do one thing and do one thing right, and that's what we've focused on all these years.

We also are very focused on midsize categories, because that gives us a chance to have a competitive advantage, to really focus on categories that are meaningful to us, meaningful to consumers, but ones that we can continue to grow and expand and establish ourselves in a leadership position.

Beyond that, we really have a very simple purpose. As we tie all of our associates together under one common cause, it really is that snacking is part of life. It's very easy to say that, naturally, but there really is very little between a snack and a meal today. And it's almost eating at home or eating out.

And the way we have traditionally characterized snacks really is beginning to change in consumers' minds. So, snacking really is an extension of someone's life. It really is part of their life.

So, our passion as a company and a corporation is to really make sure we make it better. Those occasions need to be very special. They're usually about three times per day. We want to make sure that they're memorable for the consumer.

We've also been very busy growing organically as our first priority, but we've also focused on strategically adding the right M&A opportunities to our portfolio and continuing to expand both our footprint and our portfolio and our categories to continue to be a very specialized premium company.

So, a lot of you may be familiar with some of the events that we've put together. We started as two regional companies, and in 2010, at the end of it, closed to bring Snyder's and Lance together to build a strong balance sheet and to really begin to build out a national company.

We added **Pretzel Crisps**. We divested Private Brands. We also added Baptista in late July, and then Diamond just a few months ago. And even last week, we announced an expansion in the UK with the purchase of Metcalfe's Skinny Popcorn.

Very excited about that category. It's really beginning to take off in the UK, similar to what we saw here five years ago, and this gives us a chance to compete in that emerging category in a very early stage as an add-on to our great infrastructure we already have in the UK and also in Europe.

As we move forward, just want to give you a little bit of history and a little background on our business, because there have been some ins and outs, so to speak, with us acquiring businesses. But also, that divestiture of Private Brands a few years ago really substantially changed our overall balance sheet and left us with some stranded costs, so we've had to work our way through that.

But as you take a look at 6% compounded growth over the last five years, 4% organic, that's very important to make sure we're growing our core business day in and day out. But beyond that, we've also been able to continue to improve our margins.

One of our chief accountabilities is to continue to improve our margins. And we're signed up for that, and we will continue to do it. And over the last five years, we've had an increase of 270 basis points. We'll continue to see that ramp up and grow as we go forward.

Beyond that, our compounded annual growth on our overall operating income has been 23% over the last five years, so some good, steady growth on both the top line and the bottom line. And very importantly, cash flow has also kept up, with 13% growth.

And again, these numbers take out the noise of our Private Brands divestiture and our other business so you have a good, constant year-over-year comparison of our core business and how its performed.

Taking a look now, we really are positioned very well as a midsize company focused on midsize categories, but we have the scale to really compete nationally and now beginning to compete internationally.

So, as you take a look at our overall ability, we're 3,100 IBOs strong here in the US, that's our DSD system, 14 manufacturing plants, including two offshore. 6,700 dedicated associates work in our business day in and day out. And that all adds up to $2.5 billion in annual revenue and allows us to have a leading position in leading categories both domestically and emerging internationally.

If you just step back and take a look at our categories and look at our brand positioning, we've got very strong positions across all of our major categories; number one in pretzels, number one in sandwich crackers, number one in culinary nuts, and also number one when you look at the combination of our two brands in kettle chips.

But also, very importantly, are some number two positions that we will continue to grow and continue to expand, **Pretzel Crisps** being number two in the deli area and microwave popcorn being number two with Pop Secret, good positions that will continue to grow the category but will also, very importantly, grow our brands and continue to add to our market share, strengthening our positions there.

Now I'd like to just switch gears and take a look really at our strategic opportunities and how we're going to continue to make sure that we take advantage of some important changes we're seeing across the industry, important changes across the entire food business.

If you take a look at it today, the food industry really is dealing with unprecedented change. And it's not that we're going to, we are dealing with major changes that have already been developing for a few years and are just continuing to extend and really change the face of our business and the face of our industry.

And the one driving force that's really leading a lot of that change is our consumers. And we talk a lot about millennials. That's very important, that we look at their snacking habits and how they're changing. But, we're seeing the Boomers, we're seeing Generation Z, we're seeing Generation X also make a lot of changes as well.

Everyone in this room, your pantry is a little different today than it was five years ago. And for our children, their pantries are a lot different than ours was. So, that's going to continue to drive some significant changes as consumers really step back and say I want more from my snacks. I'm expecting something here other than just a chance to satisfy my short term hunger.

Beyond that, what is absolutely critical to consumers is ingredients. They are reading the back panels. They're studying and understanding what makes up their food. And it's very important for them to understand that because it's a bigger decision than just I'm hungry. I'm really going to connect, and I've got a purpose behind the selections and the purchases I'm beginning to make.

And while that is changing the retail, the retailers themselves are also continuing to change. And there's three areas here of really unprecedented change that we see as a very unique change in the industry and the change in opportunity.

If we begin with the consumer, I think this graph here really gives you a chance. This picture really shows that it is a much deeper decision than just buying a snack. They're really buying a meal on the go. They're really buying

something that they're relating to, and there's usually a purpose behind that purchase other than just I need to pick up a little bit of fuel.

If you talk to our consumers, and no matter what metrics you use, consumers are really looking at what makes up their food, and they're much more important to them than ever before. 44% of our consumers are telling us I prefer organics and I'm willing to purchase organics. Even when there's a price differential, that's the product makeup that I want in my food.

52% say I'm looking even beyond just nutrition now for things like vitamins and other additives that will allow them to really connect to their food at a deeper level than they ever have before. And there's lots of other statistics that say consumers really are connecting in a different way than they ever have before.

If we take a look at the ingredients, that's the first thing they really begin to measure. It's what they look at. It's the makeup of their overall snack. But beyond that, there's something that's very important here. Consumers are looking for a chance to connect, and family time is harder and harder to come by. And when there is that opportunity, as we see here in the picture, for a family to get together, they want that to be a special event.

And one of the best ways for mom to feel really satisfied about that opportunity is to make sure that what she's providing at the table really is the very best nutrition and the very best ingredients that they can provide their family. So, that connection and that emotional attachment always goes a little deeper and deeper.

As we see, these are the things they're looking for on the package. They're looking for organic certified. They're looking for the non-GMO. They're making sure that there's no artificial flavorings. They're looking for some connection well beyond what it normally was just a few years ago.

Beyond that, obviously this is leading to changes for the retail industry, which is by itself already changing through competition and the makeup of the way that we're shopping today. But if you look at the traditional retailers, obviously the food business is still strong. The food category or the supermarket channel still over 51% of the business, still showing some growth.

But these retailers have unique needs now that are a lot different than what they had before. They really are looking at ingredients. They really are looking at what they're selling. And it's very important to them to make sure that they've got the makeup that their consumers are expecting.

And we see inter channel competition. We see some expansion in certain new emerging channels. This is really an opportunity for companies like ourselves to step up.

If you go back to looking at these three simple premises, the consumer, the ingredients, and the retailer, all are indeed going through significant changes. They really are changing the face of the industry that a lot of us have worked in for many, many years.

But what we're seeing is, when you begin to peel this back it and you look at it, these changes really create a unique opportunity for companies like ourselves that are in the middle, that have the scale to compete but are also more nimble when it comes to management style and management routine, to step up and begin to challenge the things that have been assumed for many, many years.

So, there really is a good opportunity for midsize companies today, because scale is important but not like it used to be. And the brand size is not as important as it used to be. And companies like ours that are midsize categories have a unique opportunity to continue to step up.

And to simplify it in the most simple way we possible can, consumers are looking for better snacks. That's a very emotional attachment that consumers have to it. There's something very important there. Consumers are looking for better snacks.

They're looking for it in two years. First and foremost, they're looking for better ingredients. They are indeed expecting a non-GMO. They're beginning to expect more in organics. That is something very clear, and we've been able to transition to that much faster than our competition.

But beyond that, the consumers are not going to give up taste. They're not going to give us quality. And while they're looking for better snacks, and it may be a better traditional snack or it may be a very high protein beneficial snack, but they're clearly looking for something more out of what they are eating than ever before.

As far as tying all this back to kind of our strategic priorities and how we begin to capitalize on this opportunity of consumers changing, retailers changing, we've been able to really put together our growth model in making sure that we achieve the objectives that we've set up for our shareholders as far as building shareholder value.

Our first key priority is 3% to 5% top line growth, to ensure that we're outpacing our category growth and we're picking up market share and, on our core base business, delivering that 3% to 5% growth. That does not include some of our legacy businesses like Partner Brands, but making sure that we do indeed grow that top line and we pick up market share.

Beyond that, continue to expand our margins and, in addition to that, making sure we really have a balanced approach to our capital allocation and making sure our balance sheet stays very strong.

Digging into each of these and beginning to back up and look at it from a consumer standpoint, product innovation, product renovation, and communication are absolutely critical for us to continue to lean in and continue to build our brands and, more importantly, make sure we're expanding household penetration.

The good news is we have tremendous upside with all of our brands with household penetration, sizeable leading brands, but an opportunity to continue to expand our consumer reach.

From an ingredient standpoint, leading with taste is obviously important. Making sure we're using the ingredients consumers are expecting is important. All of that will allow us to continue to seize an opportunity that we see as very big. And that's growing with these better snacks.

And then obviously for the retailers, aligning with their needs versus ours, making sure we continue to expand our distribution and leverage the unique way that we've set up our selling systems, to continue to just focus on their needs and our expansion inside of their retail outlets, but to also do that more on an emerging market basis as well.

That will allow us to continue to drive our distribution and leverage the railroad tracks we've got to get brand out, but also begin to add new railroad tracks and new markets.

Let me walk through these a little bit more in detail for you. If we take a look at the renovation as the first opportunity, one thing that we've always really focused on and been able to really master over the past couple years is what we call product renovation.

And I think what we're all seeing is brands have to stay very relevant. They have to stay up to date with consumers. And those who keep them up to date continue to grow. And if they fall slightly behind, you've got to make sure you step in and renovate.

We've had to do that with a number of our brands, but we've had good success time and time again in applying this game plan and these plays into different categories and to different brands.

We started first of all with Cape Cod back in 2012, 2013. When we went in and worked on renovation, we saw significant growth for our brand, but we actually buoyed up the entire category. And the entire category began to grow because we had listened to consumers and worked on both packaging, a little bit of quality tweaks, and other things that were important to them to really position our brand to make it relevant and really up to date for them.

Using the same thing but with Lance Sandwich Crackers, again, great brand growth, great category growth. More recently, as we've talked about, we're doing the same thing with Snyder's of Hanover, and we've seen a very good rebound very quickly there.

We do have a new opportunity, though, and that's to begin to work on one of the brands we just acquired from Diamond, and that is to apply some of these principles to Pop Secret.

As we look at Pop Secret, what we're beginning to find is we have a good category and we have a very good brand. It just needs some attention. In fact, the entire category has not really been able to keep up with the advertising and marketing a lot of other categories have, and I think the category really is in need for some attention. And as we begin to give it to it, I think we'll see the growth pace that we've seen on some of our other brands.

It begins with the consumer, and we've been listening very intently to what they're talking about. And they've come back and said you've got a quality advantage and you're got a taste advantage. Remind us of that continuously.

They've also talked about we need to partner. Look at the occasion. The best occasion is at home watching TV with our family. Tying in with Disney logical extension. They want to push movies. We obviously want to leverage our occasion.

Marketing, we've got some new events rolling out in the third and fourth quarter. We're excited about those. And then obviously we've got to just make sure we really stay on top of retail execution and continue to make sure our display coverage and our other in-store activities are up to par.

So, this is very much work in progress, but we're beginning to see some fruit of our labor. And we're going to continue to apply here what worked so well on our other brands.

Taking a look now just at kind of our innovation, one of the things that we've been able to do with the addition of our R&D center and really focusing on making sure that we're staying up current with consumer expectations, innovation and renovation has really worked very well for us.

We were the very first in the potato chip industry to provide a lattice cut, or waffle cut as we call it, with Cape Cod, in addition to lots of new flavors. We were the first to really deliver a gluten-free sandwich cracker with the quality and taste that consumers expected, not really being able to tell the difference between a traditional one. And then obviously now with Kettle, we've been able to focus on new oils and even some new chips and new vegetables to be able to fry up there.

Beyond that, the very first to put out purple corn in late July, also being able to expand Snyder's of Hanover into lots of different areas including organic and gluten-free, and then obviously with Emerald, being able to do some significant renovation there and innovation.

Also, it carries on with Pop Secret, Diamond of California, and obviously with our deli brand, The Snack Factory, being able to extend it well beyond a pretzel into other areas where you can really begin to rethink your snack, the latest one being our fruit chips that are rolling out now.

So, really kind of focusing back to the ingredients, because consumers are constantly looking at what makes up my food and am I getting the very best ingredients to deliver that nutrition and that comfort level, that I want to make sure my kids are eating well.

One thing that has really been a very big topic of conversation, both here and across the United States, has been non-GMO recently. Well, it's one that really deserves a lot of conversation, because it is indeed working in driving significant growth.

If we look at this past year, 2015, it was only 7% of salty snacks, but it grew over 41% of the total growth in the category. That's very significant. It's more than doubled its share of sales in the last five years, but it continues to be the leading way in which the category is growing.

And as we lean in there, we've seen some very significant improvements in our brands. And we're making sure, again, we're staying very close to the new expectations we're facing as a category.

But it goes beyond just non-GMO. When we rolled out gluten-free, we intentionally were kind of late to the category because we held out to make sure we were going to deliver great taste and great quality and great texture. And it's hard to do when you're working with some new ingredients. But we did that very well, and within a year we were the leader in that sub segment side of pretzels.

Recently we announced that we are now nut-free with our Snyder's of Hanover Pretzels. And we have literally gotten cards and e-mails from young students and moms as well saying thank you for removing that. It was something that was very important for us, to continue to make sure we position our brand for the future.

And then we also have been moving to a clean label on SOH and beginning to roll that out. So, we'll qualify for non-GMO there as well. So, some significant improvement in a well established brand, but linking it to what consumers and retailers are looking for to make sure we continue to grow the category and, very importantly, grow our brand.

Going beyond that, though, it's really innovation across our entire supply chain and innovation across all of our product lines that are important. And whether it's late July, whether it's Snyder's or whether it's Diamond of California, we will continue to innovate.

And we will look at opportunities to improve packaging and look at packaging formats to make it very convenient, but we'll also make sure we're looking at what's in the bag or the package to deliver the very best quality and the very best premium status that we can in our category so we compete on quality and value, not necessarily price.

Taking a look now at this better-for-you category, there's been a lot of talk about it for a long time. There's no doubt about it. We know that this category is growing.

But if you take a look at it just inside of salty snacks, back in 2015 it was about 16% of the overall category. IRI says it's going to continue to ramp up. It's going to grow another 6 points by the year 2020, so be about 22%.

So, this is where the growth is going to be. I don't think anyone would dispute that. But the question for us is are we staying ahead of that as a company? Are we leaning in the right amount?

Not leaning in too much, obviously, but making sure that we're staying very relevant there, because we will be a mainstream company with mainstream brands, but we will also want to be the leader on the cutting edge in delivering the nutrition and the value consumers are looking for based on their ingredients.

So, here's where we stand today. In 2014 we had about 25% of our total portfolio sales, total revenue, was better-for-you. We were able to ramp that up as Snyder's-Lance from a legacy standpoint to about 29%. And just recently when we closed the Diamond of California -- or closed on Diamond Foods, we were able to ramp that all the way up to 33%.

So, obviously more than two times the better-for-you makeup in our portfolio what the industry has. And we saw with non-GMO and we're seeing with this category, this is where the consumers are going and this is where the growth is going to continue to go not only in this category but really across the entire store.

The question may be where are you going to go from here? If we're at 33% after the closing, we've got our sights set on 40%. And we really believe that we're going to be able to convert our portfolio to that 40% better-for-you during 2017. We'll continue to focus on all of our snacks, but this is a sub segment that will allow us to continue to make sure we're leaning in where the growth is at.

Let's talk about the retailers now and making sure we continue to align with what they're looking for and their expectations, because they need our help as well. The one thing that we do is we have a very unique model as far as going to stores and focusing on distribution.

We really believe in DSD, and we worked very hard over the last 10 years to build out a national DSD, or a national direct store delivery. We used an IBO model to do that. It's an independent relationship we have with independent distributors who are basically dedicated to our brands because they choose to be, and then we make sure that they're able to be able to service our retailers through the backdoor.

It's a great model because it's the railroad tracks, as you've often heard me say. When we acquire a brand like late July, put it on the railroad tracks, we get to a lot of stores very quickly. And you've seen the ramp up we've had in ACV because the distribution system is in place. The dedication is there, and the ability to be able to move it into new stores quickly is there.

We like DSD. We'll continue to invest behind it. And the 3,100 IBOs we work with day in and day out, it's a very important partnership between us and them, helping them grow their business and their equity at the same time that we grow our own.

But we go beyond that today. We also have a direct sales model. Back in 2012 when we acquired **Pretzel Crisps**, part of the reason for doing that was to go to the deli, and we began to build a secondary distribution model there.

We go direct there. It allows us to have our own salespeople calling on deli managers working on distribution and displays, but it really allows us to have a secondary location in the store and one that's not really friendly to DSD.

That gave us a whole new path and another set of railroad tracks. But we use it not only for center of the deli, but we added it to center of store recently with the Diamond acquisition. It allows us to go to channels like the club and dollar channel, which are more direct friendly.

So, we really have a very strong DSD model, but we have added to that the complementary direct business that allows us to really cover the entire store and not be focused only on salty snacks and the DSD aisle.

Beyond that and looking forward, and we've talked about this as we reached the combination now with Diamond Foods, we really have the opportunity from a revenue standpoint to continue to lean in to some synergies that that creates.

Obviously Diamond had some very strong pockets of growth that exceeded what we had with Snyder's-Lance and vice versa. They had a very strong business in Canada, much bigger than ours. We had stronger businesses in other markets.

It allows us now to begin to look at those geographies and look at those categories and channels and begin to say combining these companies allows us to expand our distribution on some of our other brands. And we've been successful so far reaching new outlets with some of our established brands as we continue to expand our ACV in these important markets.

So, revenue synergies are a really important part of our overall equation. It's not part of the cost synergies we've talked about. That's incremental upside, but it really kind of goes against these four key boxes.

E-commerce, exciting area to play. With our new portfolio, we can be much more agile there and can reach far more consumers much quicker with the combination of Diamond Brands and also the legacy Snyder's-Lance.

Moving now just to expanding margin, because I want to make sure we focus on that and talk to you about how we're going to continue to expand margins. Growing it over the past couple of years is important. Looking forward for additional expansion is all of our expectations.

As we mentioned earlier, 270 basis points over the last few years. So far, the first six months of this year we're up to 8% operating income, so we've added another 80 basis points so far this year. We're going to continue to push hard to raise this every day.

We had the opportunity to do it with the legacy business, and we were working very diligently on expanding margins on our core business before. We now have an opportunity to do it even faster with the combination of Diamond.

Here are some of the areas we're working on. Obviously, our sales mix is always a very important place to go to to raise margins, and we have some of our brands with much higher profit profiles than others. And as we lean into those more aggressively, that will obviously buoy up our overall margins.

Manufacturing opportunities are there as well. SG&A is another important area. Procurement savings, we were achieving some before the acquisition. We've got a chance to achieve even more, because obviously our purchasing scale is to continue to expand and continue to grow.

So, we've got some real opportunities here both with legacy business and also with the new business to continue to focus on margin expansion. It's one of the most important things that we're going to continue to do.

One thing we've talked about is $75 million in synergies is our target as far as the combination of the companies. That's an aggressive target by most standards, but we really did our due diligence prior to acquiring the company and had very concrete plans in place.

We've been able to follow up on all of those and begin to make sure we are implementing them aggressively with detailed project plans for each big initiative and key ownership by our teammates to be able to make sure we're delivering it. And we're more comfortable than ever than we're going to be able to hit our $75 million target.

The good news is integrations and combining companies is nothing new to our company. It's nothing new to our team. We've been able to do it continuously and continue to protect our organic business. This is on a bigger scale, I'll admit, but it's still an opportunity for us to make sure we deliver our targets.

We've talked about the timing beyond that. The first 12 months we'll achieve about 50% of that. That 12 months will really wrap up at the end of February of next year, and then the balance of the 50% will be in the second 12 months.

Of the $75 million, we plan to spend $10 million back on our business to make sure we continue to fuel some future growth. So, we should see about $65 million in net savings.

We've been able to do it on SG&A. We've been able to set it up also on cost of goods. And logistics has also been a very important place for us to go, now that we've got more scale and trucks are more full going out to all of our destinations.

Let's talk about now the kind of balanced approach to overall capital allocation. One thing that's very important is making sure that we protect and grow and expand our balance sheet. And we've been able to do that from a very conservative standpoint for many, many years.

We want to make sure that we're ready for any possible opportunity that comes up, but we're going to make sure we're very cautious and careful about what we sign up to do. But if you take a look at making sure that we really continue to keep a very pristine balance sheet, one of the best places to go is our free cash flow and our operating cash flow.

Operating cash flow of $166 million is our trailing 12 month forecast, and $120 million for our free cash flow. It gives us a chance to really make sure we're honoring our dividend, we're also managing our CapEx, but we're also very quickly paying down the debt that we signed up for with our combination.

If you take a look now, we did step up into a different situation with our leverage for the combined company. When we combined Diamond and closed on that deal just a few months ago, we reached a 4.5% leverage ratio. We've been able to begin to maintain that drifting lower and lower each month going forward. We expect to finish the year at 4.0%, and then we've already got forecasts and plans to get it down to 3% by the end of 2017.

So, an important way to leverage up temporarily, and that's the way we look at it, to make sure we can acquire some good opportunities and opportunities to expand our business. The combination of Diamond opened up a lot of new geographies for us.

It allowed us to leverage our current railroad tracks in our current markets. It really allowed us to build a much stronger and deeper portfolio, and allows us to lean into better-for-you in a lot of new ways. So, it was an important chance for us to step forward.

We did that with a combination of debt and equity, and now we've got a chance to pay that down very aggressively. And we want to make sure that we reposition the company so, again, as opportunities emerge we're going to be ready to go after those, okay?

Bolt-on opportunities is an important example of that. And I mentioned Metcalfe's Skinny Pop and the new addition there for the UK.

Now we've got a chance to open it up for some questions, and we've also got a follow up session in just a few minutes. So, we'd love to entertain your questions or any thoughts.

Questions and Answers

ANDREW LAZAR: I'll just kick it off, Carl. One of the opportunities you've discussed from the Diamond acquisition is the potential to expand the distribution of Kettle and obviously accelerate the growth in Emerald. I guess can you help maybe frame some of the magnitude of the potential opportunity there? I mean, maybe what's the current Kettle ACV? What are the opportunities around that from a distribution perspective, maybe a reasonable expansion target, maybe some of the specific areas in which I guess you believe the Emerald has the opportunity for additional expansion?

CARL LEE: I think one thing that's very interesting, to tie into Andrew's question, is we really do have two kettle chips now. And that's a little unique, for a company to have two kettle brands.

But what's really worked extremely well for us, and we're seeing it even in greater detail than we did when we were initially doing the planning of the acquisition, is Kettle really is catered towards that natural channel. It really -- even in supermarkets, you have typically a dedicated natural area.

That allows us to play in that area in a much more aggressive way, and Cape Cod really caters to that mainstream consumer on the main salty snack aisle. So, we've got a chance to really cater to two consumers with very little overlap and the chance to continue to expand both brands.

To Andrew's point, we really do have ACV opportunities. Both brands are established very well across the United States. One happens to be positioned a little bit better with a little bit more history and time with consumers in the East, and the other one has a little bit more time in the West.

So, we'll be able to continue to build out our ACV and continue to expand both brands aggressively, but we'll also have the advantage of the manufacturing now that's really spread out across the country. So, we do expect some revenue synergies there. We do expect to be able to continue to grow both brands.

In addition to that, Emerald is the category I'm personally excited about because the overall nut category really is a good category, and it's a growth category. It's one you need to be careful with and manage the input costs on a continuous basis.

But what we see there is Emerald is really positioned with their non-GMO status. And their ability to innovate on both flavors and coatings has allowed us to really continue to be able to expand that brand.

ACV is a big opportunity. We don't have the coverage we need today. But we think with the uniqueness of the product and the premium positioning it has, we'll be able to adapt and continue to grow it.

[Jeff]?

UNIDENTIFIED AUDIENCE MEMBER: Carl, where do you think operating margins can go?

CARL LEE: Higher (laughter).

UNIDENTIFIED AUDIENCE MEMBER: Are you willing to commit -- these brands are higher priced brands. Are you willing to commit to a number?

CARL LEE: I don't think it's necessary, Jeff. I think what we have to commit to is are you going to continuously expand margins. I think the number one obligation we've got to our shareholders is to demonstrate that we've been expanding them for the last five years, demonstrated that we've added 80 more basis points this year, and demonstrated our commitment to continue to expand those higher.

I think what happens a lot of times is we're still a relatively new company. Ten years ago we went from a couple regional brands to national positioning. That means we're building R&D in the last couple years. We're adding to our marketing budget. We're having to build the infrastructure a lot of other companies have had for the last 70 years and they're beginning to kind of harvest it.

So, we're in a much more different position. So, what we need to do is make sure we're balancing margin expansion and margin growth with adding fuel back to our business for future growth.

And so, I think you should hold me accountable for expanding margins, but I think just drawing a target out there just allows us to kind of go down a chase that we don't need to right now. But do hold us accountable for expanding margins. And I think the opportunity to do it now with Diamond even allows us to extend that quicker.

UNIDENTIFIED AUDIENCE MEMBER: Carl, on that point, maybe just talk to us a little bit about some of the stranded costs that may have delayed some of your margin expansion. And then if you think about it directionally, the two drivers of margin expansion, both the core productivity you're getting in your legacy business in addition to Diamond, the phasing of those and the runway of those two drivers. Thanks.

CARL LEE: Thank you, and you bring up a good point. I mean, one of the things -- we've been able to improve our margins and expand them in spite of selling Private Brands. Obviously that was not a strategic category for us to be in. It was a legacy business that came with Lance. It's one that we picked up to be able to expand nationally.

But it was a very important opportunity for us to be able to divest that business. And when we divested it, we got a nice return for our shareholders, but obviously you cannot move all of the costs associated with a business like that over to the buyer.

So, we had millions and millions of dollars that we've talked about that we had to basically go in and begin to pull out of our P&L to get ready for it. So, the margin expansion you see is over and above a lot of traditional costs that had to be pulled out after the sale of Private Brands.

What you're referring to, though, is we really have looked at margin structures two ways. And we've got to hold ourselves accountable to the highest standard possible. That first standard is, in the legacy business, have you been working diligently to expand margins? And in the Snyder's-Lance business during 2015, even up into the close of the acquisition, have you continued to work on expanding margins? And are you working to expand margins on your core business even going forward?

So, we've got what we call our drive project, which really is focused on margins in the legacy business and then making sure that we're obviously capturing the synergies and the margin upside that we have with Diamond. So, we're looking at it two ways, both traditional business and obviously the new business to maximize the benefit of the synergies that are in front of us.

ANDREW LAZAR: Thank you. Just a broader snacking category sort of question. We've heard as you have, a lot of snacking companies over the past year or so talk about really the proliferation of new snacking options, the increased interaction between the various subcategories of salty, chocolate, sugar, etc., and increased I guess competition for quality merchandising space. I was hoping you could just give us a sense of how that has or not impacted your business in respect to that.

CARL LEE: I think -- to begin with, I think number one, I mean, there is growth in snacks. We all see that. But obviously where there is growth, there's lots of competition. There's lots of new entries and there's lots of new snacks being created.

I think what we've got to continue to do is make sure our brands are very relevant, as I said earlier. And so, this renovation process allows us to continue to update our brands when we need to to make sure we're competing with new entries.

The snacking category is very, very -- obviously an important category. It's going to continue to expand, but frequency is the number one measure you've always got to focus on. When consumers are going to snack they've got so many different choices today you've got to make sure that, when they do choose a snack, they're choosing your brand. And maintaining that frequency is one of the most important things we can do.

So, focusing on that renovation process and also the innovation that goes along with it, backed up by good communication directly to the consumer, allows you to stay very relevant and continue to drive the growth you're looking for.

So, the good news is, as we continue to expand and have a chance to focus on the deli, have a chance to focus on center of store, it opens up a lot of other snack areas for us to go to. And with some of our manufacturing capabilities and some of our R&D capabilities, we're going to have the opportunity to continue to expand into other categories by creating food as well as maybe buying food from other brands.

So, there's a real opportunity to continue to lean into a growing category, but we just have got to stay on our toes to make sure we're staying up to date with consumer needs. Ingredients are one of the most important ways to do that.

ANDREW LAZAR: Why don't we cut it off there? We'll head over to the breakout. And please join me in thanking Snyder's-Lance for being here.

CARL LEE: Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** April 18, 2017

End of Document



# Time for Florida's fall food fests

Sun-Sentinel (Fort Lauderdale)

September 4, 2016 Sunday, 1 Edition

Copyright 2016 Sentinel Communications Co. All Rights Reserved

**Section:** LIFE; E; Pg. 10

**Length:** 1431 words

**Byline:** Amy Aumick

**Highlight:** Grilled Beef Skewer from The Chew Collective at the Epcot International Food & Wine Festival. Guests can sample tapas-sized tastes of inventive cuisine at the France Marketplace during the Epcot International Food & Wine Festival.Stephen M. Dowell/staff photographer Matt Stroshane/Courtesy

# Body

Hungry? If you are in Florida this fall you can bring an appetite to various food festivals, including one of the nation's largest, the Epcot International Food & Wine Festival in Orlando.

The festival, celebrating its 20th year, and running Sept. 14 through Nov. 14, invites visitors to walk around the park's World Showcase sampling dishes at various international marketplaces. This year, Disney brings "The CHEW Collective" to the festival. The CHEW combines classic culinary techniques with technology to wow your taste buds in ways never tried before. Among marketplaces this year is a booth honoring Florida craft beers and serving pimento cheese dip with **pretzel crisps** a charcuterie plate of country pâté, cured meats and crostini, as well as "piggy wings," fried pork wings with Korean BBQ sauce and sesame seeds. If you have more of a champagne craving, the French booth offers up bubbly and delectable desserts from the region.

Marketplaces menu samples typically run $4-$8, so you can send your taste buds on a trip around the world economically - and without the long flights. Visitors walk around to the various kiosks and taste - perhaps farm-fresh chicken and dumplings and a local Floridian wine or cider, authentic Mediterranean delights from Greece like spanakopita topped with real Greek yogurt, or a spicy sushi roll at the Japanese booth. After the tastings many take in a culinary demonstration or seminar and end their day with a free nightly "Eat to the Beat!" concert presented at the America Gardens Theatre in the U.S. pavilion. Many festival events are included in park admission; others are ticketed. Visit www.disneyworld.com.

If you're near old St. Augustine, prepare to enjoy the annual Spanish Wine Festival on Sept 8-11. The Old City sets the scene for the St. Augustine Spanish Wine Festival. The festival features Spanish foods and wines presented at a variety of special events and restaurants. Highlights include Vino Veritas, during which guests learn the secrets of authentic Spanish recipes and Spanish wine pairings from Spanish food and wine experts; the Grand Tasting for sampling more than 100 different types of wines made in Spain; and the Batalla de Vinos, during which participants spray one another with wine for charity, as well as other events. Ticket prices vary. Festival venues are in various locations in St. Augustine. For more information, visit www.SpanishWineFestival.com.

Haven't had a chance to check out a true Floridian Winery? Then head out to Lakeridge Winery in Clermont on Sept. 10-11 to tour the vineyard for a good cause. Corks for Cancer hosts the Robert Harris Group and others: 10 a.m.-5 p.m. on Saturday, 11 a.m.-5 p.m. on Sunday. Food and wine will be available for purchase. The winery also hosts a vintage car show Oct. 8-9. For more information, visit www.lakeridgewinery.com.

Of course, no October anywhere would be complete without a trip to a bratwurst-and-beer-fueled Oktoberfest. No matter where you reside or visit around the state, you are sure to be able to get yourself to any number of

Time for Florida's fall food fests

Oktoberfest celebrations, though Tampa may be the best place to begin, with more than seven different festivals to choose from throughout the month of October.

Check out these and other events to satisfy your inner epicurean around the state:

Sept. 9-10: Emerald Coast Beer Festival, Pensacola. The Rosie O'Grady Good Time Emporium entertainment complex in Pensacola's Seville Square sets the scene for the Emerald Coast Beer Festival. On the agenda are a beer-pairing dinner and a beer tasting. General admission advance tickets start at $25; on day of the event, tickets are $40. For information, visit www.emeraldcoastbeerfest.com.

Sept. 10-11: I Like It Hot Festival, Largo. It's all about spicy food during the 16th annual I Like It Hot Festival. Among the highlights are spicy foods for sale, competitions and Jalapeno pepper eating contest. Minnreg Hall, 6340 N. 126th Ave. Admission $5, children under 12 are free. www.ilikeithotfestival.com

Sept. 12-18: Lobster Festival and Tournament, Panama City Beach. Schooners sets the stage for the 26th Annual Lobster Festival and Tournament. Weigh-ins begin on Saturday and end Sunday with prizes and a Lobster Feast. Proceeds benefit charities. Another highlight is the popular Sand Sculpting Contest that takes place on the beach behind Schooners. For details, visit www.schooners.com/events/lobsterfestival.htm.

Sept. 17: Honey Tasting Event, Tampa. The annual tasting event features exotic and unusual honeys from around the globe, as well as the local honey produced at the USF Botanical Gardens at 12210 USF Pine Drive, Tampa, FL 33612. 813-974-2329. gardens.usf.edu

Sept. 23-24: Taste of the Beach, Pensacola Beach. Dozens of restaurants offer up their fare to live music at the Gulfside Pavillion. Chef presentations and live entertainment are just some things to look forward to. Friday is an opening VIP party priced at $65 per person, Saturday is free entry with dishes priced at $5 or less. 850-932-1500. www.tasteofpensacolabeach.com

Sept. 30 - Oct. 1: Florida Scallop and Music Festival, Port St. Joe. Art and craft vendors, educational exhibits, a kid zone and many great food vendors will be located throughout the park to make the two-day event an enjoyable experience for all, with sweet southern-fried scallops headlining the menu. General admission, Saturday: Active military personnel with valid I.D. is free. Children under 6 and active military personnel are free, ages 6-11 $5, ages 12-up $10. Parking is free. 850-227-1223 www.scallopfestfl.org

Sept. 30 - Oct. 2: Oktoberfest, Oakland Park. Oompah fun, German food and beer are highlights of Oktoberfest on Oct. 2-3. The event, at Jaco Pastorius Park, 4000 N. Dixie Highway, also features amusement rides, crafts and more. Admission is $5 for ages 12 and older. For information, visit www.oaklandparkfl.org/228/ Oktoberfest.

Oct. 1: Harvest Fest, Jupiter. Jupiter puts on Harvest Fest, a free family friendly festival that features an Oktoberfest-style beer garden, Kid's fall carnival area, Petting zoo, Dog costume contest, Local vendors, Food trucks, and the band Uproot Hootenany. The event, from 1 p.m. to 6 p.m., is at The Plaza Down Under on the Riverwalk. 210 Military Trail For information, log on to jupiter.fl.us/index.aspx?NID=677 or call 561-746-5134

Oct. 1-10: Oktoberfest, Coral Gables. An 11-day beer, food and music festival that will benefit The Woody Foundation. Admission is free. 11. a.m - Midnight on weekdays and 11 a.m. - 2 a.m. on weekends On the Bierhaus Plaza in front of Fritz & Franz Bierhaus, 60 Merrick Way (305) 774-1883 www.oktoberfestmiami.com

Oct. 7-9: Annual Greek Festival, St. Augustine. The Greek influence on the nation's oldest city is celebrated with music, food and dancing at this annual event. Hosted by Holy Trinity Greek Orthodox Church. At the Special Events Field on Castillo Drive downtown. Admission: $5 (children 14 and under are free with paying adult, as well as active-duty military and their immediate family). www.stauggreekfest.com

Oct. 14-16: Oktoberfest, Port St. Lucie. In its seventh year, the German food and beer, music, dance and crafts will be on tap during Oktoberfest, presented by the City of Port St. Lucie and the German American Club of the Treasure Coast. This is a family-friendly event complete with crafts show, numerous food vendors, entertainment

and children activities The event will be held at the Promenade at the Port St. Lucie Civic Center, at the corner of U.S. 1 and Walton Road 5 p.m. - 10 p.m. Covered parking is available across the street; Free. For details, visit www.psloktoberfest.blogspot.com.

Oct. 20-21: Traces of Cuba, Ybor. Ybor City Museum State Park unveils of a new exhibit that highlights Cuba's role in shaping Tampa's cultural heritage. Festivities include Cuban food and entertainment in the Museum Garden and presentations from notable experts on the history of Tampa's early Cuban immigrant communities, featuring Dr. Roberto González Echevarría on Oct. 21. 1818 E 9th Ave, Tampa. Contact information@ybormuseum.org or 813.247.1434.

Oct. 22: Stone Crab Eating Contest, Key West. The Fourth Annual Stone Crab Eating Contest celebrates the opening of the stone crab season in the Florida Keys at the Keys Fisheries Market & Marina. Participation fee is required and contestants must be at least 18 to enter. Prizes will be awarded to the three top finishers. The Keys Fisheries is located at 3502 Gulfview Avenue. For information, visit http://www.keysfisheries.com/events/ or call 1-866-743-4353.

**Load-Date:** September 5, 2016

---

End of Document



# Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

FinancialWire

September 2, 2016 Friday

Copyright 2016 Investrend Communications, Inc. All Rights Reserved



**Length:** 308 words

# Body

2 September 2016 - US-based snack food maker Snyder's-Lance, Inc.'s (NASDAQ-GS: LNCE) Kettle Foods subsidiary completed the acquisition of UK-based Metcalfe's skinnyLtd premium popcorn brand by acquiring the remaining 74% interest in brand, the company said.

Terms of the deal were not disclosed.

Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a range of corn and rice cake products.

Snyder's-Lance said that the UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years as consumers increasingly seek out better-for-you snacking options.

The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn, to the UK's leading premium chip brand, Kettle Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally.

Products are sold under the Snyder's of Hanover, Lance, Kettle Brand, Kettle Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers!, Tom's, Archway, Jays, Stella D'oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands.

Julian Metcalfe is the co-Founder of Pret A Manger and itsu. In 2009 he created the Metcalfe's skinny popcorn brand. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

(Distributed by M2 Communications (www.m2.com))

Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**Load-Date:** September 2, 2016

End of Document



# Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

Internet Business News

September 2, 2016 Friday

Copyright 2016 Normans Media Limited All Rights Reserved



**Length:** 301 words

## Body

2 September 2016 - US-based snack food maker Snyder's-Lance, Inc.'s (NASDAQ-GS: LNCE) Kettle Foods subsidiary completed the acquisition of UK-based Metcalfe's skinnyLtd premium popcorn brand by acquiring the remaining 74% interest in brand, the company said.

Terms of the deal were not disclosed.

Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a range of corn and rice cake products.

Snyder's-Lance said that the UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years as consumers increasingly seek out better-for-you snacking options.

The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn, to the UK's leading premium chip brand, Kettle Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally.

Products are sold under the Snyder's of Hanover, Lance, Kettle Brand, Kettle Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers!, Tom's, Archway, Jays, Stella D'oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands.

Julian Metcalfe is the co-Founder of Pret A Manger and itsu. In 2009 he created the Metcalfe's skinny popcorn brand. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

**Load-Date:** September 2, 2016

**End of Document**



# Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

Internet Business News

September 2, 2016 Friday

Copyright 2016 Normans Media Limited All Rights Reserved



**Length:** 301 words

## Body

2 September 2016 - US-based snack food maker Snyder's-Lance, Inc.'s (NASDAQ-GS: LNCE) Kettle Foods subsidiary completed the acquisition of UK-based Metcalfe's skinnyLtd premium popcorn brand by acquiring the remaining 74% interest in brand, the company said.

Terms of the deal were not disclosed.

Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a range of corn and rice cake products.

Snyder's-Lance said that the UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years as consumers increasingly seek out better-for-you snacking options.

The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn, to the UK's leading premium chip brand, Kettle Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally.

Products are sold under the Snyder's of Hanover, Lance, Kettle Brand, Kettle Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers!, Tom's, Archway, Jays, Stella D'oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands.

Julian Metcalfe is the co-Founder of Pret A Manger and itsu. In 2009 he created the Metcalfe's skinny popcorn brand. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

**Load-Date:** September 2, 2016

Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**End of Document**



# Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

M&A Navigator

September 2, 2016 Friday

Copyright 2016 Normans Media Limited All Rights Reserved



**Length:** 358 words

## Body

MANAVIGATOR-September 2, 2016-Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

US-basedsnack food maker Snyder's-Lance, Inc.'s (NASDAQ-GS: LNCE) Kettle Foods subsidiary completed the acquisition of UK-based Metcalfe's skinnyLtd premium popcorn brand by acquiring the remaining 74% interest in brand, the company said.

Terms of the deal were not disclosed.

Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016.Metcalfe was founded in 2009 byJulian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a range of corn and rice cake products.

Snyder's-Lance said that the UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years as consumers increasingly seek out better-for-you snacking options.

The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn, to the UK's leading premium chip brand, Kettle Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader inEurope.

Snyder's-Lance, Inc., headquartered inCharlotte, NC, manufactures and markets snack foods throughout the United Statesand internationally.

Products are sold under the Snyder's of Hanover, Lance, Kettle Brand, Kettle Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers!, Tom's, Archway, Jays, Stella D'oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands.

Julian Metcalfeis the co-Founder of Pret A Manger and itsu. In 2009 he created the Metcalfe's skinny popcorn brand. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

Country: UK

Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

Sector:  Food/Beverages/Tobacco

Target:  Metcalfe's skinnyLtd premium popcorn brand/remaining 74% stake

Buyer:  Snyder's-Lance

Vendor:

Deal size in USD:

Type: Corporate Acquisition

Financing:

Status: Closed

Buyer advisor: , ,

Comment:


**Load-Date:** September 2, 2016

---

End of Document



# Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

FinancialWire

September 2, 2016 Friday

Copyright 2016 Investrend Communications, Inc. All Rights Reserved



**Length:** 308 words

## Body

2 September 2016 - US-based snack food maker Snyder's-Lance, Inc.'s (NASDAQ-GS: LNCE) Kettle Foods subsidiary completed the acquisition of UK-based Metcalfe's skinnyLtd premium popcorn brand by acquiring the remaining 74% interest in brand, the company said.

Terms of the deal were not disclosed.

Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a range of corn and rice cake products.

Snyder's-Lance said that the UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years as consumers increasingly seek out better-for-you snacking options.

The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn, to the UK's leading premium chip brand, Kettle Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally.

Products are sold under the Snyder's of Hanover, Lance, Kettle Brand, Kettle Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers!, Tom's, Archway, Jays, Stella D'oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands.

Julian Metcalfe is the co-Founder of Pret A Manger and itsu. In 2009 he created the Metcalfe's skinny popcorn brand. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

(Distributed by M2 Communications (www.m2.com))

Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

**Load-Date:** September 2, 2016

End of Document



# Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

M&A Navigator

September 2, 2016 Friday

Copyright 2016 Normans Media Limited All Rights Reserved



**Length:** 358 words

## Body

MANAVIGATOR-September 2, 2016-Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

US-basedsnack food maker Snyder's-Lance, Inc.'s (NASDAQ-GS: LNCE) Kettle Foods subsidiary completed the acquisition of UK-based Metcalfe's skinnyLtd premium popcorn brand by acquiring the remaining 74% interest in brand, the company said.

Terms of the deal were not disclosed.

Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016.Metcalfe was founded in 2009 byJulian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a range of corn and rice cake products.

Snyder's-Lance said that the UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years as consumers increasingly seek out better-for-you snacking options.

The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn, to the UK's leading premium chip brand, Kettle Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader inEurope.

Snyder's-Lance, Inc., headquartered inCharlotte, NC, manufactures and markets snack foods throughout the United Statesand internationally.

Products are sold under the Snyder's of Hanover, Lance, Kettle Brand, Kettle Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald, Diamond of California, Late July, Krunchers!, Tom's, Archway, Jays, Stella D'oro, Eatsmart Snacks, O-Ke-Doke, and other brand names along with a number of third party brands.

Julian Metcalfeis the co-Founder of Pret A Manger and itsu. In 2009 he created the Metcalfe's skinny popcorn brand. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

Country: UK

Snyder's-Lance Acquires Remaining Interest in UK Popcorn Brand Metcalfe's Skinny

Sector:  Food/Beverages/Tobacco

Target:  Metcalfe's skinnyLtd premium popcorn brand/remaining 74% stake

Buyer:  Snyder's-Lance

Vendor:

Deal size in USD:

Type: Corporate Acquisition

Financing:

Status: Closed

Buyer advisor: , ,

Comment:


**Load-Date:** September 2, 2016

End of Document



# Press Release: Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

Dow Jones Institutional News

September 1, 2016 Thursday 11:00 AM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

[ DOW JONES NEWSWIRES

**Length:** 1258 words

## Body

Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

PR Newswire

CHARLOTTE, N.C., Sept. 1, 2016

CHARLOTTE, N.C., Sept. 1, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced that the Company's Kettle Foods subsidiary completed the acquisition of Metcalfe's skinny Limited ("Metcalfe"), by acquiring the remaining 74% interest in the leading UK premium popcorn brand. Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a fast growing range of corn and rice cake products. The UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years(1) as consumers increasingly seek out better-for-you snacking options. The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn(R), to the UK's leading premium chip brand, KETTLE(R) Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe.

Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance commented, "We are excited to add the Metcalfe's skinny brands to our portfolio and expand our presence in the UK marketplace. We see tremendous growth in the UK with additional opportunities for further international expansion for our innovative collection of snacking brands. This addition to our branded portfolio provides us with another better-for-you option in a growth snacking category in the European markets, and we look forward to supporting the continued success of the Metcalfe's skinny brands."

Ashley Hicks, Managing Director of Kettle Foods commented, "Metcalfe's skinny popcorn(R) is an incredibly innovative premium brand that has built a strong foundation in the UK market. We now have the opportunity to

extend the brand's success story with further innovation and brand development, and as a result, drive even stronger growth in this exciting category."

Julian Metcalfe and Robert Jakobi, previous co--owners of Metcalfe commented, "We are delighted about the opportunity for the Metcalfe's skinny brand to expand with the support and expertise of the Kettle Foods and Snyder's-Lance organization. This is a unique opportunity to bring our snacking talents together under one roof to truly give Metcalfe's skinny the international opportunity it deserves. This is a positive step on many levels that we know will not only showcase the brand's potential, but will benefit our customers in the long term as well."

(1) Source: Nielsen total Crisps & Snacks, value sales MAT to 7/16/16

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R), Lance(R), Kettle Brand(R), KETTLE(R) Chips, Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Pop Secret(R), Emerald(R), Diamond of California(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website: www.snyderslance.com . LNCE-E

About Metcalfe's skinny Limited

Metcalfe's skinny is on a mission to create a range of delicious and better-for-you snacks made with top quality ingredients, limitless love and care.

As the co-Founder of Pret A Manger and itsu, Julian Metcalfe is obsessed with delicious and healthy food. Back in 2009 he was fed up of stodgy snacks and wanted to create something that was lighter yet still tasty to replace unhealthier snacks. Metcalfe's skinny was born and is now one of the most loved popcorn brands in the UK. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

For more information, please visit  www.metcalfesskinny.com

Cautionary Information about Forward Looking Statements

This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other

stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Investor Contact

Kevin Powers, Senior Director, Investor Relations

kpowers@snyderslance.com, (704) 557-8279

Media Contact

Joey Shevlin, Director, Corporate Communications & Public Affairs

JShevlin@snyderslance.com, (704) 557-8850

Photo -  http://photos.prnewswire.com/prnh/20160831/403433

Photo -  http://photos.prnewswire.com/prnh/20160831/403431

Photo -  http://photos.prnewswire.com/prnh/20160831/403432

Photo -  http://photos.prnewswire.com/prnh/20160831/403430

Logo -  http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-inc-acquires-remaining-interest-in-metcalfes-skinny-limited-300321231.html

SOURCE Snyder's-Lance, Inc.

/Web site:  http://www.snyderslance.com

1 Sep 2016 07:00 ET *Snyder's-Lance, Inc. Acquires Remaining Interest In Metcalfe's Skinny Limited

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

September 01, 2016 07:00 ET (11:00 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** September 2, 2016

End of Document

# Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

Financial Buzz

September 1, 2016 Thursday 5:52 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 1308 words

## Body

Sep 01, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex) ; CHARLOTTE, N.C., Sept. 1, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced that the Company's Kettle Foods subsidiary completed the acquisition of Metcalfe's skinny Limited ("Metcalfe"), by acquiring the remaining 74% interest in the leading UK premium popcorn brand. Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a fast growing range of corn and rice cake products. The UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years1 as consumers increasingly seek out better-for-you snacking options.

The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn®, to the UK's leading premium chip brand, KETTLE® Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe. Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance commented, "We are excited to add the Metcalfe's skinny brands to our portfolio and expand our presence in the UK marketplace. We see tremendous growth in the UK with additional opportunities for further international expansion for our innovative collection of snacking brands. This addition to our branded portfolio provides us with another better-for-you option in a growth snacking category in the European markets, and we look forward to supporting the continued success of the Metcalfe's skinny brands." Ashley Hicks, Managing Director of Kettle Foods commented, "Metcalfe's skinny popcorn® is an incredibly innovative premium brand that has built a strong foundation in the UK market. We now have the opportunity to extend the brand's success story with further innovation and brand development, and as a result, drive even stronger growth in this exciting category." Julian Metcalfe and Robert Jakobi, previous co-owners of Metcalfe commented, "We are delighted about the opportunity for the Metcalfe's skinny brand to expand with the support and expertise of the Kettle Foods and Snyder's-Lance organization. This is a unique opportunity to bring our snacking talents together under one roof to truly give Metcalfe's skinny the international opportunity it deserves. This is a positive step on many levels that we know will not only showcase the brand's potential, but will benefit our customers in the long term as well." 1 Source: Nielsen total Crisps ...acks, value sales MAT to 7/16/16 About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website: www.snyderslance.com[1]. LNCE-E About Metcalfe's skinny Limited Metcalfe's skinny is on a mission to create a range of delicious and better-for-you snacks made with top quality ingredients, limitless love and care. As the co-Founder of Pret A Manger and itsu, Julian Metcalfe is obsessed with delicious and healthy food. Back in 2009 he was fed up of stodgy snacks and wanted to create something that was lighter yet still tasty to replace

unhealthier snacks. Metcalfe's skinny was born and is now one of the most loved popcorn brands in the UK. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes. For more information, please visit www.metcalfesskinny.com[2] Cautionary Information about Forward Looking Statements This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission. Investor Contact Kevin Powers, Senior Director, Investor Relations kpowers@snyderslance.com[3], (704) 557-8279; Media Contact Joey Shevlin, Director, Corporate Communications ...blic Affairs JShevlin@snyderslance.com[4], (704) 557-8850; Photo - http://photos.prnewswire.com/prnh/20160831/403433[5] Photo - http://photos.prnewswire.com/prnh/20160831/403431[6] Photo - http://photos.prnewswire.com/prnh/20160831/403432[7] Photo - http://photos.prnewswire.com/prnh/20160831/403430[8] Logo - http://photos.prnewswire.com/prnh/20110411/CL80943LOGO[9]To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-inc-acquires-remaining-interest-in-metcalfes-skinny-limited-300321231.html[10] SOURCE Snyder's-Lance, Inc. [ 1]: http://www.snyderslance.com/ [ 2]: http://www.metcalfesskinny.com/ [ 3]: kpowers@snyderslance.com [ 4]: JShevlin@snyderslance.com [ 5]: http://photos.prnewswire.com/prnh/20160831/403433 [ 6]: http://photos.prnewswire.com/prnh/20160831/403431 [ 7]: http://photos.prnewswire.com/prnh/20160831/403432 [ 8]: http://photos.prnewswire.com/prnh/20160831/403430 [ 9]: http://photos.prnewswire.com/prnh/20110411/CL80943LOGO [ 10]: http://www.prnewswire.com/news-releases/snyders-lance-inc-acquires-remaining-interest-in-metcalfes-skinny-limited-300321231.html

**Load-Date:** September 1, 2016

End of Document



# Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

PR Newswire

September 1, 2016 Thursday 7:00 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 1185 words

**Dateline:** CHARLOTTE, N.C., Sept. 1, 2016

# Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced that the Company's Kettle Foods subsidiary completed the acquisition of Metcalfe's skinny Limited ("Metcalfe"), by acquiring the remaining 74% interest in the leading UK premium popcorn brand. Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a fast growing range of corn and rice cake products. The UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years1 as consumers increasingly seek out better-for-you snacking options. The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn®, to the UK's leading premium chip brand, KETTLE® Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe.

Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance commented, "We are excited to add the Metcalfe's skinny brands to our portfolio and expand our presence in the UK marketplace. We see tremendous growth in the UK with additional opportunities for further international expansion for our innovative collection of snacking brands. This addition to our branded portfolio provides us with another better-for-you option in a growth snacking category in the European markets, and we look forward to supporting the continued success of the Metcalfe's skinny brands."

Ashley Hicks, Managing Director of Kettle Foods commented, "Metcalfe's skinny popcorn® is an incredibly innovative premium brand that has built a strong foundation in the UK market. We now have the opportunity to extend the brand's success story with further innovation and brand development, and as a result, drive even stronger growth in this exciting category."

Julian Metcalfe and Robert Jakobi, previous co-owners of Metcalfe commented, "We are delighted about the opportunity for the Metcalfe's skinny brand to expand with the support and expertise of the Kettle Foods and Snyder's-Lance organization. This is a unique opportunity to bring our snacking talents together under one roof to truly give Metcalfe's skinny the international opportunity it deserves. This is a positive step on many levels that we know will not only showcase the brand's potential, but will benefit our customers in the long term as well."

1 Source: Nielsen total Crisps & Snacks, value sales MAT to 7/16/16

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel**

Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

**Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:http://www.snyderslance.com. LNCE-E

About Metcalfe's skinny Limited

Metcalfe's skinny is on a mission to create a range of delicious and better-for-you snacks made with top quality ingredients, limitless love and care.

As the co-Founder of Pret A Manger and itsu, Julian Metcalfe is obsessed with delicious and healthy food. Back in 2009 he was fed up of stodgy snacks and wanted to create something that was lighter yet still tasty to replace unhealthier snacks. Metcalfe's skinny was born and is now one of the most loved popcorn brands in the UK. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

For more information, please visit http://www.metcalfesskinny.com

Cautionary Information about Forward Looking Statements

This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Investor Contact

Kevin Powers, Senior Director, Investor Relations
kpowers@snyderslance.com, (704) 557-8279

Media Contact

Joey Shevlin, Director, Corporate Communications & Public Affairs
JShevlin@snyderslance.com, (704) 557-8850

Photo -http://photos.prnewswire.com/prnh/20160831/403433
Photo -    http://photos.prnewswire.com/prnh/20160831/403431
Photo -    http://photos.prnewswire.com/prnh/20160831/403432

Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

Photo -            http://photos.prnewswire.com/prnh/20160831/403430

Logo -            http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-inc-acquires-remaining-interest-in-metcalfes-skinny-limited-300321231.html

SOURCE Snyder's-Lance, Inc.

**Load-Date:** September 2, 2016

---

End of Document



# Snyder's-Lance, Inc. Acquires Remaining Interest in Metcalfe's skinny Limited

PR Newswire

September 1, 2016 Thursday 7:00 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 1185 words

**Dateline:** CHARLOTTE, N.C., Sept. 1, 2016

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced that the Company's Kettle Foods subsidiary completed the acquisition of Metcalfe's skinny Limited ("Metcalfe"), by acquiring the remaining 74% interest in the leading UK premium popcorn brand. Kettle Foods had initially acquired a 26% stake in the business from Metcalfe in January 2016. Metcalfe was founded in 2009 by Julian Metcalfe, the co-founder of Pret A Manger and founder of itsu.

Metcalfe's skinny is the UK's leading premium popcorn brand, and also incorporates a fast growing range of corn and rice cake products. The UK popcorn market is one of the fastest growing categories within the UK snack food industry, growing by 45% over the last two years1 as consumers increasingly seek out better-for-you snacking options. The addition of a leading premium popcorn brand, Metcalfe's skinny popcorn®, to the UK's leading premium chip brand, KETTLE® Chips, reflects Kettle Foods' ambition to evolve into a more widely based premium snacking leader in Europe.

Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance commented, "We are excited to add the Metcalfe's skinny brands to our portfolio and expand our presence in the UK marketplace. We see tremendous growth in the UK with additional opportunities for further international expansion for our innovative collection of snacking brands. This addition to our branded portfolio provides us with another better-for-you option in a growth snacking category in the European markets, and we look forward to supporting the continued success of the Metcalfe's skinny brands."

Ashley Hicks, Managing Director of Kettle Foods commented, "Metcalfe's skinny popcorn® is an incredibly innovative premium brand that has built a strong foundation in the UK market. We now have the opportunity to extend the brand's success story with further innovation and brand development, and as a result, drive even stronger growth in this exciting category."

Julian Metcalfe and Robert Jakobi, previous co-owners of Metcalfe commented, "We are delighted about the opportunity for the Metcalfe's skinny brand to expand with the support and expertise of the Kettle Foods and Snyder's-Lance organization. This is a unique opportunity to bring our snacking talents together under one roof to truly give Metcalfe's skinny the international opportunity it deserves. This is a positive step on many levels that we know will not only showcase the brand's potential, but will benefit our customers in the long term as well."

1 Source: Nielsen total Crisps & Snacks, value sales MAT to 7/16/16

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel**

**Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM) O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:http://www.snyderslance.com. LNCE-E

About Metcalfe's skinny Limited

Metcalfe's skinny is on a mission to create a range of delicious and better-for-you snacks made with top quality ingredients, limitless love and care.

As the co-Founder of Pret A Manger and itsu, Julian Metcalfe is obsessed with delicious and healthy food. Back in 2009 he was fed up of stodgy snacks and wanted to create something that was lighter yet still tasty to replace unhealthier snacks. Metcalfe's skinny was born and is now one of the most loved popcorn brands in the UK. The full range comprises Metcalfe's skinny Popcorn, Metcalfe's skinny Popcorn Crisps, Metcalfe's skinny Popcorn Thins and Metcalfe's skinny Ricecakes.

For more information, please visit http://www.metcalfesskinny.com

Cautionary Information about Forward Looking Statements

This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Investor Contact

Kevin Powers, Senior Director, Investor Relations
kpowers@snyderslance.com, (704) 557-8279

Media Contact

Joey Shevlin, Director, Corporate Communications & Public Affairs
JShevlin@snyderslance.com, (704) 557-8850

Photo -http://photos.prnewswire.com/prnh/20160831/403433
Photo -      http://photos.prnewswire.com/prnh/20160831/403431
Photo -      http://photos.prnewswire.com/prnh/20160831/403432

Photo -        http://photos.prnewswire.com/prnh/20160831/403430

Logo -        http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-inc-acquires-remaining-interest-in-metcalfes-skinny-limited-300321231.html

SOURCE Snyder's-Lance, Inc.

**Load-Date:** September 18, 2016

---

End of Document



# BUSINESS; Business Digest for Aug. 26, 2016

The MetroWest Daily News (Framingham, Massachusetts)

August 26, 2016 Friday

Copyright 2016 The MetroWest Daily News
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS; Pg. 8

**Length:** 2592 words

# Body

Send news about your local business to MWBusiness@wickedlocal.com We 're interested in news about business people, expansions, openings and community involvement by MetroWest businesses and business people. Follow Daily News Business Editor Bob Tremblay on Twitter @Bob Tremblay_MW.

MutualOne supports Boys & Girls Clubs of MetroWest

The MutualOne Charitable Foundation has awarded a $10,000 grant to the Boys & Girls Clubs of MetroWest as operating support for the Framingham Pearl Street Clubhouse. The clubhouse has more than 900 registered members and serves an average of 260 children each day with emphasis on those from low-to-medium income circumstances. The foundation has consistently supported the Boys & Girls Clubs ' after-school and summer programs and services in Framingham over the past several years. The grant was among awards totaling $76,900 in the foundation's most recent round of funding. Established in 1998 as the philanthropic arm of MutualOne Bank, the Framingham-based foundation has since donated more than $3.4 million to charitable, educational, and civic initiatives designed to improve and enrich the quality of life in Framingham, Natick and surrounding communities.

Young Professionals to network in Framingham

The Framingham-based MetroWest Chamber Young Professionals Group holds a Sneak Peek! & Networking Event from 5:30 to 8 p.m. Aug. 30 at Exhibit A Brewing Co., 81 Morton St., Framingham. The cash bar will feature two of Exhibit A's brand-new ales on draft, as well as soft drinks and water. Taqueria Mexico will also provide appetizers. For more information, visit metrowest.org.

MassDevelopment issues $17M bond to Care Dimensions

MassDevelopment has issued a $17.5 million tax-exempt bond on behalf of Care Dimensions Inc., a hospice and palliative care services provider in Danvers. Care Dimensions is using bond proceeds to build, furnish and equip an 18-bed, 27,500-square-foot inpatient hospice facility on the border of Waltham and Lincoln. People's United Bank purchased the bond. Care Dimensions was founded in 1978 and is the largest provider of hospice services in the state, caring for patients at home, in hospitals and in skilled nursing and assisted living facilities. MassDevelopment, the state's finance and development agency, works with businesses, nonprofits, financial institutions and communities to stimulate economic growth across the state.

Stop & Shop removes Snack Factory products

Following a recall by Baptista's Bakery Inc., The Stop & Shop Supermarket Co. has removed from sale Snack Factory Original **Pretzel Crisps** and Snack Factory Sriracha Lime **Pretzel Crisps**, which may contain milk, an allergen that is not listed on the ingredient label. These products are safe to consume for individuals who do not

suffer from a milk allergy. Stop & Shop has received no reports of illnesses to date. For more information, visit stopandshop.com.

Wellesley's Office of Richard R. Miller holds golf outing

The Office of Richard R. Miller, a Wellesley-based private wealth advisory practice of Ameriprise Financial, recently hosted the 12th annual golf outing in support of the Family Reach Foundation. The event, which took place at Wayland Country Club and included more than 75 participants, raised more than $7,000 for the Family Reach Foundation. The Family Reach Foundation is a financial service for families fighting cancer. For more than two decades, Family Reach has aimed to help families with cancer manage the financial and emotional burdens of the disease. For more information, visit familyreach.org.

Acton's SeaChange anticipates revenue shortfall

SeaChange International Inc., an Acton-based multiscreen video software provider, recently announced preliminary results for its fiscal 2017 second quarter with the company anticipating ending the quarter with total revenue of approximately $18.3 million to $18.5 million, compared to the company's prior guidance of $23 million to $25 million. The revenue shortfall was due primarily to an increase in estimated time to complete active statements of work, and select transactions expected to close in the second quarter that were delayed due to shifts in customers' schedules, SeaChange stated in a press release. For more information, visit schange.com.

Rodman accountant receives CPA certification

Rodman CPAs, a Waltham-based tax and accounting firm serving small, midmarket and multi-generational companies throughout the Greater Boston area, has announced that Jeremy Eckmair, staff accountant, has received certification as a certified public accountant. With a team of 21, Rodman CPAs now has nine CPAs on staff. Eckmair joined Rodman CPAs as a staff accountant in 2014. A 14-hour computer-based test, the CPA exam's four sections include auditing and attestation, business environment and concepts, financial accounting, and reporting and regulation. Eckmair has passed the CPA exam and fulfilled all of Massachusetts' licensing requirements. As a CPA, Eckmair's duties at the firm include reviews, audits and preparation of financial statements for clients in a variety of industries. Eckmair also prepares tax returns for various types of entities, including not-for-profits. In addition to his audit and tax work, he is a member of the firm's Business Consulting Group and focuses on improving business value and profitability and minimizing risk. He resides in Somerville.

Waltham's BeiGene reports $990K revenue loss

BeiGene, a Waltham-based clinical-stage biopharmaceutical company focused on developing molecularly targeted and immuno-oncology drugs for the treatment of cancer, recently reported business highlights and financial results for the second quarter of 2016. Revenues for the quarter totaled $390,000 compared to $1.38 million for the same period ending June 30, 2015. The decrease in revenue was primarily attributable to revenue that was no longer being recognized for the drug BGB-290 after the repurchase of its ex-China rights from Merck KGaA, Darmstadt, Germany in October 2015, the company stated in a press release. For more information, beigene.com.

Waltham's Radius has trial results published

Radius Health Inc., a Waltham-based biopharmaceutical company the develops therapeutics in the areas of osteoporosis, oncology and other endocrine diseases, recently announced that positive results from the Phase 3 ACTIVE trial were published in the Journal of the American Medical Association. This trial enrolled 2,463 patients to evaluate the safety and efficacy of the investigational drug abaloparatide for the treatment of postmenopausal women with osteoporosis. The ACTIVE results showed that patients treated with daily abaloparatide for 18 months had a significantly greater reduction in the incidence of new vertebral fractures and nonvertebral fractures, compared to placebo. Abaloparatide is an investigational treatment for postmenopausal women with osteoporosis and its safety and efficacy have not been established. A New Drug Application for abaloparatide is currently under review by the U.S. Food & Drug Administration.

Waltham's Rodman names new senior accountant

Rodman CPAs, a Waltham-based tax and accounting firm serving small, mid-market and multi-generational companies throughout the Greater Boston area, has promoted Kate Doherty of Bridgewater to senior accountant. Doherty joined Rodman CPAs in 2013 as a staff accountant. In her new role as senior accountant, she will work with small business clients across a range of industries. In addition to her work on audits, reviews and compilations, Doherty will provide controller services, and QuickBooks consulting, support and training. Doherty will continue to coordinate and oversee new employee training, as well as co-chair the firm's Volunteer Outreach Team, spearheading firmwide initiatives that give back to the community. She is a member of the Massachusetts Society of Certified Public Accountants and American Institute of Certified Public Accountants.

Wentworth students excel at International Builders' Show

Executive members of the Waltham-based Builders and Remodelers Association of Greater Boston recently attended the 2016 International Builders' Show in Las Vegas, along with its National Association of Home Builders student chapter from Wentworth Institute of Technology. The annual home building and construction event is the largest light construction show in the world with more than 500,000 square feet of exhibits and more than 1,300 manufacturers and suppliers. More than 50,000 construction professionals and guests were in attendance, representing more than 100 countries. BRAGB leaders accompanied the organization's student chapter, which competed in the Residential Construction Management Competition, a national student competition, and one of the highlights of the IBS every year. The event gives students the opportunity to apply skills learned in the classroom to a real construction situation by completing a management project/proposal and presenting to a live audience. After finishing 26th in last year's RCMC, the team from WIT improved its ranking by 10 places this year, finishing 16th in a field of 34 participants. Following the competition, the team's founder, Drew Sylvia, was awarded the NAHB Outstanding Student of the Year Award for the WIT chapter. As the local affiliate of NAHB, BRAGB supports WIT's student chapter. The association organizes guest speakers to help broaden the student education, establish networking opportunities through member events and assists with job placement upon graduation. BRAGB, along with members of their association such as Mass Save and Howell Custom Building Group, also contributed $2,600 to the team to help cover travel and competition fees. For more information about BRAGB, visit bragb.org.

Tesaro enrolls first patient in clinical trial

Tesaro Inc., a Waltham-based, oncology-focused biopharmaceutical company, dosed the first patient in a Phase 1, dose-escalation study of its lead anti-PD-1 monoclonal antibody candidate, TSR-042. Following identification of a dose and schedule for TSR-042, the trial is planned to expand into tumor specific cohorts. "TSR-042 is the first antibody candidate from our immuno-oncology portfolio to enter clinical trials, and our goal is to identify a dose and schedule for TSR-042 by the end of 2016," said Mary Lynne Hedley, president and chief operating officer of Tesaro. "We continue to believe that immuno-oncology has the potential to transform our approach to cancer therapy, and we look forward to continuing to advance our immuno-oncology portfolio. We expect to submit an investigational new drug application for a second antibody candidate from our immuno-oncology portfolio, TSR-022, our anti-TIM-3 antibody candidate, during the second quarter of this year." For more information, visit tesarobio.com.

Waltham's AMAG reports increase in net product sales

AMAG Pharmaceuticals Inc., a Waltham-based specialty pharmaceutical company, released its fourth quarter and full year ending Dec. 31, 2015 reports along with the following year-end highlights: AMAG experienced an increased net product sales of Makena by 52 percent to $251.6 million compared with pro forma net product sales of $165.8 million in 2014. This growth in sales was driven by a 56 percent increase in volume as more at-risk pregnant women were treated with Makena. AMAG expanded the maternal health portfolio through the acquisition of Cord Blood Registry, the world's largest private newborn stem cell bank serving pregnant women and their families, and the purchase of an option to acquire worldwide rights to an orphan drug candidate being developed for severe preeclampsia. In addition, it returned Feraheme to growth in the second half of the year, increasing sales by 5 percent to $88.5 million in 2015, compared with $84.4 million in 2014. Lastly, the team initiated start-up activities for a head-to-head Phase 3 clinical trial evaluating the safety of Feraheme compared to Injectafer in adults with iron

deficiency anemia. This study is intended to support a supplemental new drug application filing to broaden the use of Feraheme beyond the current chronic kidney disease indication to include all adult iron deficiency anemia patients who have failed or cannot tolerate oral iron treatment. For more information, visit amagpharma.com.

Waltham's Brainshark hires v.p. of strategic partnerships

Brainshark Inc., a Waltham-based sales enablement company, recently announced that Jim Ninivaggi, formerly with research and advisory firm SiriusDecisions, was appointed senior vice president of strategic partnerships. In this role, Ninivaggi will help drive key partnerships that extend the power of Brainshark's solutions and platform, shape and execute strategy as a member of Brainshark's leadership team, and share his knowledge of key industry trends. Ninivaggi has three decades of experience studying and driving business-to-business sales productivity.

Waltham's Brainshark announces new offerings

Brainshark Inc., a Waltham-based company delivering software-as-a-service-based sales enablement solutions, recently announced new offerings and advancements designed to improve sales coaching and prospecting effectiveness. These include new peer collaboration and leaderboard capabilities in Brainshark for Coaching, as well as the launch of a Microsoft Outlook integration. These new capabilities — in concert with Brainshark's solutions — reflect the company's continued and comprehensive focus on meeting sales teams' needs for training, coaching and buyer engagement, so reps can close more deals faster, the company stated in a press release. For more information, visit brainshark.com.

Product from Waltham's Brainshark honored

Brainshark Inc., a Waltham-based provider of Software as a Service sales enablement solutions, recently announced that its Brainshark for Coaching was named a "Best New Product" at the 8th annual Golden Bridge Awards. Brainshark's sales coaching solution, launched in February, enables sales managers to coach their teams anytime, anywhere — so reps are prepared to capitalize on every sales interaction. Brainshark for Coaching enables reps to practice their cold calls, pitches, presentations and more, and receive instant, detailed feedback from both managers and peers. Managers, in turn, can gauge training effectiveness, identify reps' strengths, encourage collaboration and ensure reps are prepared to engage, the company stated in a press release. For more information, visit brainshark.com/solutions.

Rodman & Rodman accountant competes in Toughest Mudder

Justin Horr of South Easton, a staff accountant at Rodman & Rodman CPAs, a Waltham-based tax and accounting firm, recently completed the World's Toughest Mudder 24-hour race held at Lake Las Vegas, Nevada. Placing 219 overall among approximately 1,280 participants, Horr competed in the Male Division 20-24 year-old category, placing ninth and completing 10 laps, 50 miles total in 24 hours, 28 minutes and 4 seconds. He was among 28 male and female contestants from Massachusetts. Horr competed alongside his aunt, Nicole Perry, of Simsbury, Connecticut, who finished fourth in her age group. World's Toughest Mudder is an extreme 24-hour obstacle course challenge where athletes are tested to their physical and mental limits competing for the title and prizes while also fundraising for a charity or cause. Horr will be participating in Tough Mudder New England and Spartan Sprint Race this year.

**Load-Date:** August 27, 2016

End of Document



# BUSINESS Digest

The Milford Daily News (Massachusetts)

August 26, 2016 Friday

Copyright 2016 The Milford Daily News
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS; Pg. 14

**Length:** 2581 words

# Body

Send news about your local business to MWBusiness@wickedlocal.com We 're interested in news about business people, expansions, openings and community involvement by MetroWest businesses and business people. Follow Daily News Business Editor Bob Tremblay on Twitter @Bob Tremblay_MW.

MutualOne supports Boys & Girls Clubs

The MutualOne Charitable Foundation has awarded a $10,000 grant to the Boys & Girls Clubs of MetroWest as operating support for the Framingham Pearl Street Clubhouse. The clubhouse has more than 900 registered members and serves an average of 260 children each day with emphasis on those from low-to-medium income circumstances. The foundation has consistently supported the Boys & Girls Clubs ' after-school and summer programs and services in Framingham over the past several years. The grant was among awards totaling $76,900 in the foundation's most recent round of funding. Established in 1998 as the philanthropic arm of MutualOne Bank, the Framingham-based foundation has since donated more than $3.4 million to charitable, educational, and civic initiatives designed to improve and enrich the quality of life in Framingham, Natick and surrounding communities.

Young Professionals to network

The Framingham-based MetroWest Chamber Young Professionals Group holds a Sneak Peek! & Networking Event from 5:30 to 8 p.m. Aug. 30 at Exhibit A Brewing Co., 81 Morton St., Framingham. The cash bar will feature two of Exhibit A's brand-new ales on draft, as well as soft drinks and water. Taqueria Mexico will also provide appetizers. For more information, visit metrowest.org.

$17M bond issued to Care Dimensions

MassDevelopment has issued a $17.5 million tax-exempt bond on behalf of Care Dimensions Inc., a hospice and palliative care services provider in Danvers. Care Dimensions is using bond proceeds to build, furnish and equip an 18-bed, 27,500-square-foot inpatient hospice facility on the border of Waltham and Lincoln. People's United Bank purchased the bond. Care Dimensions was founded in 1978 and is the largest provider of hospice services in the state, caring for patients at home, in hospitals and in skilled nursing and assisted living facilities. MassDevelopment, the state's finance and development agency, works with businesses, nonprofits, financial institutions and communities to stimulate economic growth across the state.

Stop & Shop removes Snack Factory products

Following a recall by Baptista's Bakery Inc., The Stop & Shop Supermarket Co. has removed from sale Snack Factory Original **Pretzel Crisps** and Snack Factory Sriracha Lime **Pretzel Crisps**, which may contain milk, an allergen that is not listed on the ingredient label. These products are safe to consume for individuals who do not

Case 3:17-cv-00652-KDB-DSC   Document 41-8   Filed 10/29/18   Page 208 of 321

suffer from a milk allergy. Stop & Shop has received no reports of illnesses to date. For more information, visit stopandshop.com.

Wellesley's Office of Richard R. Miller holds golf outing

The Office of Richard R. Miller, a Wellesley-based private wealth advisory practice of Ameriprise Financial, recently hosted the 12th annual golf outing in support of the Family Reach Foundation. The event, which took place at Wayland Country Club and included more than 75 participants, raised more than $7,000 for the Family Reach Foundation. The Family Reach Foundation is a financial service for families fighting cancer. For more than two decades, Family Reach has aimed to help families with cancer manage the financial and emotional burdens of the disease. For more information, visit familyreach.org.

Acton's SeaChange anticipates shortfall

SeaChange International Inc., an Acton-based multiscreen video software provider, recently announced preliminary results for its fiscal 2017 second quarter with the company anticipating ending the quarter with total revenue of approximately $18.3 million to $18.5 million, compared to the company's prior guidance of $23 million to $25 million. The revenue shortfall was due primarily to an increase in estimated time to complete active statements of work, and select transactions expected to close in the second quarter that were delayed due to shifts in customers' schedules, SeaChange stated in a press release. For more information, visit schange.com.

Rodman accountant receives CPA certification

Rodman CPAs, a Waltham-based tax and accounting firm serving small, midmarket and multi-generational companies throughout the Greater Boston area, has announced that Jeremy Eckmair, staff accountant, has received certification as a certified public accountant. With a team of 21, Rodman CPAs now has nine CPAs on staff. Eckmair joined Rodman CPAs as a staff accountant in 2014. A 14-hour computer-based test, the CPA exam's four sections include auditing and attestation, business environment and concepts, financial accounting, and reporting and regulation. Eckmair has passed the CPA exam and fulfilled all of Massachusetts' licensing requirements. As a CPA, Eckmair's duties at the firm include reviews, audits and preparation of financial statements for clients in a variety of industries. Eckmair also prepares tax returns for various types of entities, including not-for-profits. In addition to his audit and tax work, he is a member of the firm's Business Consulting Group and focuses on improving business value and profitability and minimizing risk. He resides in Somerville.

Waltham's BeiGene reports $990K loss

BeiGene, a Waltham-based clinical-stage biopharmaceutical company focused on developing molecularly targeted and immuno-oncology drugs for the treatment of cancer, recently reported business highlights and financial results for the second quarter of 2016. Revenues for the quarter totaled $390,000 compared to $1.38 million for the same period ending June 30, 2015. The decrease in revenue was primarily attributable to revenue that was no longer being recognized for the drug BGB-290 after the repurchase of its ex-China rights from Merck KGaA, Darmstadt, Germany in October 2015, the company stated in a press release. For more information, beigene.com.

Waltham's Radius has trial results published

Radius Health Inc., a Waltham-based biopharmaceutical company the develops therapeutics in the areas of osteoporosis, oncology and other endocrine diseases, recently announced that positive results from the Phase 3 ACTIVE trial were published in the Journal of the American Medical Association. This trial enrolled 2,463 patients to evaluate the safety and efficacy of the investigational drug abaloparatide for the treatment of postmenopausal women with osteoporosis. The ACTIVE results showed that patients treated with daily abaloparatide for 18 months had a significantly greater reduction in the incidence of new vertebral fractures and nonvertebral fractures, compared to placebo. Abaloparatide is an investigational treatment for postmenopausal women with osteoporosis and its safety and efficacy have not been established. A New Drug Application for abaloparatide is currently under review by the U.S. Food & Drug Administration.

BUSINESS Digest

Waltham's Rodman names new senior accountant

Rodman CPAs, a Waltham-based tax and accounting firm serving small, mid-market and multi-generational companies throughout the Greater Boston area, has promoted Kate Doherty of Bridgewater to senior accountant. Doherty joined Rodman CPAs in 2013 as a staff accountant. In her new role as senior accountant, she will work with small business clients across a range of industries. In addition to her work on audits, reviews and compilations, Doherty will provide controller services, and QuickBooks consulting, support and training. Doherty will continue to coordinate and oversee new employee training, as well as co-chair the firm's Volunteer Outreach Team, spearheading firmwide initiatives that give back to the community. She is a member of the Massachusetts Society of Certified Public Accountants and American Institute of Certified Public Accountants.

Students excel at International Builders' Show

Executive members of the Waltham-based Builders and Remodelers Association of Greater Boston recently attended the 2016 International Builders' Show in Las Vegas, along with its National Association of Home Builders student chapter from Wentworth Institute of Technology. The annual home building and construction event is the largest light construction show in the world with more than 500,000 square feet of exhibits and more than 1,300 manufacturers and suppliers. More than 50,000 construction professionals and guests were in attendance, representing more than 100 countries. BRAGB leaders accompanied the organization's student chapter, which competed in the Residential Construction Management Competition, a national student competition, and one of the highlights of the IBS every year. The event gives students the opportunity to apply skills learned in the classroom to a real construction situation by completing a management project/proposal and presenting to a live audience. After finishing 26th in last year's RCMC, the team from WIT improved its ranking by 10 places this year, finishing 16th in a field of 34 participants. Following the competition, the team's founder, Drew Sylvia, was awarded the NAHB Outstanding Student of the Year Award for the WIT chapter. As the local affiliate of NAHB, BRAGB supports WIT's student chapter. The association organizes guest speakers to help broaden the student education, establish networking opportunities through member events and assists with job placement upon graduation. BRAGB, along with members of their association such as Mass Save and Howell Custom Building Group, also contributed $2,600 to the team to help cover travel and competition fees. For more information about BRAGB, visit bragb.org.

Tesaro enrolls first patient in clinical trial

Tesaro Inc., a Waltham-based, oncology-focused biopharmaceutical company, dosed the first patient in a Phase 1, dose-escalation study of its lead anti-PD-1 monoclonal antibody candidate, TSR-042. Following identification of a dose and schedule for TSR-042, the trial is planned to expand into tumor specific cohorts. "TSR-042 is the first antibody candidate from our immuno-oncology portfolio to enter clinical trials, and our goal is to identify a dose and schedule for TSR-042 by the end of 2016," said Mary Lynne Hedley, president and chief operating officer of Tesaro. "We continue to believe that immuno-oncology has the potential to transform our approach to cancer therapy, and we look forward to continuing to advance our immuno-oncology portfolio. We expect to submit an investigational new drug application for a second antibody candidate from our immuno-oncology portfolio, TSR-022, our anti-TIM-3 antibody candidate, during the second quarter of this year." For more information, visit tesarobio.com.

Waltham's AMAG reports increase in net product sales

AMAG Pharmaceuticals Inc., a Waltham-based specialty pharmaceutical company, released its fourth quarter and full year ending Dec. 31, 2015 reports along with the following year-end highlights: AMAG experienced an increased net product sales of Makena by 52 percent to $251.6 million compared with pro forma net product sales of $165.8 million in 2014. This growth in sales was driven by a 56 percent increase in volume as more at-risk pregnant women were treated with Makena. AMAG expanded the maternal health portfolio through the acquisition of Cord Blood Registry, the world's largest private newborn stem cell bank serving pregnant women and their families, and the purchase of an option to acquire worldwide rights to an orphan drug candidate being developed for severe preeclampsia. In addition, it returned Feraheme to growth in the second half of the year, increasing sales by 5 percent to $88.5 million in 2015, compared with $84.4 million in 2014. Lastly, the team initiated start-up activities for a head-to-head Phase 3 clinical trial evaluating the safety of Feraheme compared to Injectafer in adults with iron

deficiency anemia. This study is intended to support a supplemental new drug application filing to broaden the use of Feraheme beyond the current chronic kidney disease indication to include all adult iron deficiency anemia patients who have failed or cannot tolerate oral iron treatment. For more information, visit amagpharma.com.

Waltham's Brainshark hires v.p. of strategic partnerships

Brainshark Inc., a Waltham-based sales enablement company, recently announced that Jim Ninivaggi, formerly with research and advisory firm SiriusDecisions, was appointed senior vice president of strategic partnerships. In this role, Ninivaggi will help drive key partnerships that extend the power of Brainshark's solutions and platform, shape and execute strategy as a member of Brainshark's leadership team, and share his knowledge of key industry trends. Ninivaggi has three decades of experience studying and driving business-to-business sales productivity.

Waltham's Brainshark announces new offerings

Brainshark Inc., a Waltham-based company delivering software-as-a-service-based sales enablement solutions, recently announced new offerings and advancements designed to improve sales coaching and prospecting effectiveness. These include new peer collaboration and leaderboard capabilities in Brainshark for Coaching, as well as the launch of a Microsoft Outlook integration. These new capabilities — in concert with Brainshark's solutions — reflect the company's continued and comprehensive focus on meeting sales teams' needs for training, coaching and buyer engagement, so reps can close more deals faster, the company stated in a press release. For more information, visit brainshark.com.

Product from Waltham's Brainshark honored

Brainshark Inc., a Waltham-based provider of Software as a Service sales enablement solutions, recently announced that its Brainshark for Coaching was named a "Best New Product" at the 8th annual Golden Bridge Awards. Brainshark's sales coaching solution, launched in February, enables sales managers to coach their teams anytime, anywhere — so reps are prepared to capitalize on every sales interaction. Brainshark for Coaching enables reps to practice their cold calls, pitches, presentations and more, and receive instant, detailed feedback from both managers and peers. Managers, in turn, can gauge training effectiveness, identify reps' strengths, encourage collaboration and ensure reps are prepared to engage, the company stated in a press release. For more information, visit brainshark.com/solutions.

Rodman & Rodman accountant competes in Toughest Mudder

Justin Horr of South Easton, a staff accountant at Rodman & Rodman CPAs, a Waltham-based tax and accounting firm, recently completed the World's Toughest Mudder 24-hour race held at Lake Las Vegas, Nevada. Placing 219 overall among approximately 1,280 participants, Horr competed in the Male Division 20-24 year-old category, placing ninth and completing 10 laps, 50 miles total in 24 hours, 28 minutes and 4 seconds. He was among 28 male and female contestants from Massachusetts. Horr competed alongside his aunt, Nicole Perry, of Simsbury, Connecticut, who finished fourth in her age group. World's Toughest Mudder is an extreme 24-hour obstacle course challenge where athletes are tested to their physical and mental limits competing for the title and prizes while also fundraising for a charity or cause. Horr will be participating in Tough Mudder New England and Spartan Sprint Race this year.

**Load-Date:** August 27, 2016

End of Document



# Kroger; Detergent sale also nets bottle of fabric softener

The Atlanta Journal-Constitution

August 25, 2016 Thursday, Main Edition

Copyright 2016 The Atlanta Journal-Constitution

The Atlanta Journal-Constitution
ajc.com

**Section:** DEAL SPOTTER; Pg. 2E

**Length:** 299 words

**Byline:** Staff

**Highlight:** All, Snuggle: Kroger has All laundry detergent on sale for $2.99 per bottle. You will get a free bottle of Snuggle fabric softener when you buy two bottles of All.

## Body

Promotion: Kroger has a promotion that gives you$5 offwhen you buy five participating items. Selected varieties of General Mills cereals are on sale for $2.29, or $1.29 after the promotion savings. Find coupons in the Aug. 14 SmartSource for 50 cents offChex cereals and $1 off two Cheerios to pay 79 cents per box if these varieties are included in the promotion. Also find a$1-off-three any GM cereals coupon in the Aug.7 SmartSource

Dinner items

Chicken, salmon, sirloin: Kroger has Heritage Farm chicken drumsticks, thighs and whole chickens for 77 cents per pound, Atlantic salmon fillets are $5.99 per pound, and top sirloin is $5.99 per pound.

eat healthy

Fruit and vegetables, milk: Kroger has rock-bottom prices on some produce items for 88 cents per pound including seedless grapes, fresh peaches, broccoli crowns, large Gala apples and medium cantaloupes for 88 cents each. Fresh Selections bagged garden salad or coleslaw is 88 cents per bag. Kroger milk half gallons are$1 each.

to pay 96 cents per box on any variety.Kashi Go Lean Cereal is$2.99 after promotion savings.Use the $1 coupon from the Aug. 7 RedPlum to pay $1.99 per box. Nabisco snack crackers are$1.69.Use the 75-centsoff-two coupon from the Aug. 14 SmartSource to pay $1.32 per box. Nature Valley Granola bars (five count) are$1.89.Use the 50-cents-off-two coupon to pay $1.64 per box.Snack Factory **Pretzel Crisps** (5-8 ounce) in the deli are$1.49. Use the $1 coupon from the June 19 SmartSource to pay 49 cents per bag.Suave Professionals Gold shampoo or conditioner are each $1.99. Use the $3-off-two coupon from the Aug.7 RedPlum to pay 49 cents per bottle.

Brush up

Colgate: Kroger has Colgate Cavity Protection toothpaste (4 ounce) on sale for$1.Use the 50-cent coupon from the Aug. 14 SmartSource to pay 50 cents per tube.

**Load-Date:** August 25, 2016

**End of Document**

# Snyder's-Lance to Present at Barclays Global Consumer Staples Conference

Financial Buzz

August 24, 2016 Wednesday 2:46 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 348 words

## Body

Aug 24, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex) ; CHARLOTTE, N.C., Aug. 23, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE), today announced Carl E. Lee, Jr., President and Chief Executive Officer, will present at the Barclays Global Consumer Staples Conference on Wednesday, September 7, 2016, at 11:15 a.m. EDT. The presentation will be audio webcast live on the investor relations section of Snyder's-Lance's website at ir.snyderslance.com where the slide presentation will also be available for download.

The replay will be available on the Company's website for approximately 180 days. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com[1]. LNCE-EInvestor Contact Kevin Powers, Senior Director, Investor Relations Kpowers@snyderslance.com[2], (704) 557-8279; To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-to-present-at-barclays-global-consumer-staples-conference-300316481.html[3] SOURCE Snyder's-Lance, Inc. [ 1]: http://www.snyderslance.com/ [ 2]: Kpowers@snyderslance.com [ 3]: http://www.prnewswire.com/news-releases/snyders-lance-to-present-at-barclays-global-consumer-staples-conference-300316481.html

**Load-Date:** August 23, 2016

End of Document



# U.S. FDA via Twitter - Aug 23 2016

Federal NewsFeed

U.S. FDA via Twitter

August 24, 2016 Wednesday 1:08 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 382 words

## Body

Aug 24, 2016( U.S. FDA via Twitter: http://twitter.com/us_fda Delivered by Newstex) US_FDA[1] RT @FDAfood[2]: Healthy meal tips for #firstdayofschool[3]  Don't take, 'Mom, I don't have time for breakfast' as an excuse:

https://t.co/8qRxBc[4]Wed Aug 24 12:29:15 +0000 2016 US_FDA[5]  RT @FDArecalls[6]: Baptista's Bakery Issues Allergy Alert on Undeclared Milk in Snack Factory® Original **Pretzel Crisps**®: Baptist... https://t.Tue Aug 23 20:50:01 +0000 2016 US_FDA[7]  RT @FDACosmetics[8]: If you're not sure what's a 'cosmeceutical,' you're not alone    https://t.co/BO8TbwBxMa[9]        https://t.co/3JvzwKjqpF[10]Tue Aug 23 18:46:18 +0000 2016 US_FDA[11]  RT @FDADeviceInfo[12]: Have u read FDA's safety tips on proper use ...re of contact lenses? https://t.co/AzXsmhQAVU[13] #contactlenshealthweek[14]Tue Aug 23 17:06:06 +0000 2016 US_FDA[15]  It's National Immunization Awareness Month! Learn all about the #vaccines[16] adolescents need https://t.co/TyJQQHXq8M[17] #NIAM16[18]Tue Aug 23 15:11:06 +0000 2016 US_FDA[19]  #Zika[20] may seem scary, but there are some basic steps #pregnant[21] women can take to protect themselves. https://t.co/82wNVFQ3qK[22]Tue Aug 23 13:35:04 +0000 2016 US_FDA[23]  RT @FDAfood[24]: The immune system of a person w/ diabetes may not be able to fight off harmful bacteria in food that cause illness: https://t.Tue Aug 23 12:35:42 +0000 2016 [ 1]:        http://twitter.com/US_FDA [ 2]:        http://twitter.com/FDAfood [ 3]: http://search.twitter.com/search?q=%23firstdayofschool [ 4]:        https://t.co/8qRxBc [ 5]: http://twitter.com/US_FDA [ 6]:        http://twitter.com/FDArecalls [ 7]:        http://twitter.com/US_FDA [ 8]: http://twitter.com/FDACosmetics [ 9]:        https://t.co/BO8TbwBxMa [ 10]:        https://t.co/3JvzwKjqpF [ 11]:    http://twitter.com/US_FDA [ 12]:        http://twitter.com/FDADeviceInfo [ 13]:        https://t.co/AzXsmhQAVU [ 14]:        http://search.twitter.com/search?q=%23contactlenshealthweek [ 15]:        http://twitter.com/US_FDA [ 16]:        http://search.twitter.com/search?q=%23vaccines [ 17]:        https://t.co/TyJQQHXq8M [ 18]: http://search.twitter.com/search?q=%23NIAM16  [ 19]:        http://twitter.com/US_FDA [ 20]: http://search.twitter.com/search?q=%23Zika [ 21]:        http://search.twitter.com/search?q=%23pregnant [ 22]:    https://t.co/82wNVFQ3qK [ 23]:        http://twitter.com/US_FDA [ 24]:        http://twitter.com/FDAfood

**Load-Date:** August 24, 2016

---

End of Document

# Washington: Baptista's Bakery Issues Allergy Alert on Undeclared Milk in Snack Factory® Original Pretzel Crisps®

US Official News

August 23, 2016 Tuesday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 320 words

**Dateline:** New York

## Body

Washington: US Food and Drug Administration, The Government of USA has issued the following news release:

Baptista's Bakery, Inc. announced a voluntary recall of a limited number of 7.2 oz. Snack Factory® Original **Pretzel Crisps**® and 7.2 oz Snack Factory® Sriracha Lime **Pretzel Crisps**® packages because they may contain undeclared milk ingredients. People who have an allergy or severe sensitivity to milk run the risk of a serious or life threatening allergic reaction if they consume the affected product.

This voluntary recall covers the following products:

Snack Factory® Original **Pretzel Crisps**®

7.2 oz packages

UPC code: 049508006008

Best By Date: 07-01-17

Snack Factory® Sriracha Lime **Pretzel Crisps**®

7.2 oz packages

UPC code: 049508006060

Best By Date: 07-01-17

No other Snack Factory® Original **Pretzel Crisps®** or Snack Factory® Sriracha Lime **Pretzel Crisps®** products or sizes were impacted.

We are initiating this recall out of an abundance of caution after determining that seasoned product produced in the same facility may have been commingled with the product listed above.

No illnesses have been reported as a result of this issue. Baptista's Bakery has informed the U.S. Food & Drug Administration of this voluntary recall.

To locate the Best By date, consumers should look on the bottom of the package. Consumers who have purchased the product listed above should not consume it, but should dispose of it or return it to the store where it was originally purchased. Consumers may also contact Snack Factory® Consumer Affairs for a full refund online at info@pretzelcrisps.com or by calling (888) 683-5400 between 8am and 5pm Central Standard Time. Please direct additional questions or concerns to Laura Villarreal at 414-409-2123 between 8 am and 6pm Central Standard Time.

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** August 24, 2016

End of Document



# Snyder's-Lance to Present at Barclays Global Consumer Staples Conference

PR Newswire

August 23, 2016 Tuesday 4:05 PM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 291 words

**Dateline:** CHARLOTTE, N.C., Aug. 23, 2016

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE), today announced Carl E. Lee, Jr., President and Chief Executive Officer, will present at the Barclays Global Consumer Staples Conference on Wednesday, September 7, 2016, at 11:15 a.m. EDT.

The presentation will be audio webcast live on the investor relations section of Snyder's-Lance's website at ir.snyderslance.com where the slide presentation will also be available for download. The replay will be available on the Company's website for approximately 180 days.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site:http://www.snyderslance.com. LNCE-E

Investor Contact

Kevin Powers, Senior Director, Investor Relations
Kpowers@snyderslance.com, (704) 557-8279

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-to-present-at-barclays-global-consumer-staples-conference-300316481.html

SOURCE Snyder's-Lance, Inc.

**Load-Date:** August 24, 2016

End of Document



# Giant recalls certain pretzel snacks

York Daily Record

August 22, 2016 Monday, 1 Edition

Copyright 2016 York Daily Record All Rights Reserved

**Section:** NEWS; Pg. A6

**Length:** 175 words

**Byline:** By, Anthony J. Machcinski

# Body

Giant Food Stores and Martin's Food Markets have removed certain pretzel snacks from shelves due to the pretzels possibly containing milk, an allergen not listed on the ingredient label, a company release states.

The products include:

Snack Factory Original Pretzel Chips, 7.2 oz. UPC 049508006008 with a Best By date of July 1, 2017.

Snack Factory Original Sriracha Lime **Pretzel Crisps**, 7.2 oz, UPC 049508006060 with a Best By date of July 1, 2017.

Giant and Martin's have not received reports of any illnesses to date, the company states.

Customers who have purchased these products should discard any unused portions and bring their purchase receipt to their local Giant or Martin's for a full refund.

Customers looking for more information may call the Snack Factory Consumer Affairs Center at 888-683-5400 or call customer service at 888-814-4268. Customers can also visit the Giant or Martin's websites.

Anthony J. Machcinski is the Food and Drink reporter for the York Daily Record. Follow him on Facebook and Twitter, or email him at amachcinski@ydr.com

**Load-Date:** October 26, 2016

End of Document



# BRIEF: Snack Factory pretzel crisps recalled

The Sentinel (Carlisle, Pennsylvania)

August 19, 2016 Friday

Copyright 2016 The Sentinel

Distributed by Tribune Content Agency

**Section:** STATE AND REGIONAL NEWS

**Length:** 160 words

**Byline:** The Sentinel, Carlisle, Pa.

## Body

Aug. 19--Giant Food Stores is following a recall by Baptista's Bakery Inc., and removing from sale Snack Factory Original **Pretzel Crisps** and Snack Factory Lime **Pretzel Crisps**, which may contain milk, which is not listed on the label.

The products are safe to consume for those who do not have a milk allergy.

The products in the recall are:

--Snack Factory Original **Pretzel Crisps**, 7.2 oz, UPC code 049508006008 with Best By Date 07-01-2017

--Snack Factory Sriracha Lime **Pretzel Crisps**, 7.2 oz, UPC code 049508006060 with Best By Date 07-01-2017

Giant said it has not received any reports of illnesses to date.

Customers who have purchased the product should discard any unused portions and bring their purchase receipt to Giant for a full refund.

For more information, call Snack Factory Consumer Affairs Center at 888-683-5400.

___ (c)2016 The Sentinel (Carlisle, Pa.) Visit The Sentinel (Carlisle, Pa.) at www.cumberlink.com Distributed by Tribune Content Agency, LLC.

**Load-Date:** August 20, 2016

End of Document



# Stop and Shop Alerts Customers to Voluntary Recall of Snack Factory Pretzel Crisps

India Retail News

August 19, 2016 Friday 6:30 AM EST

Copyright 2016 Contify.com All Rights Reserved

**Length:** 295 words

## Body

Aug. 19 -- Following a recall by Baptista's Bakery Inc., The Stop & Shop Supermarket Company LLC announced it removed from sale Snack Factory Original **Pretzel Crisps** and Snack Factory Sriracha Lime **Pretzel Crisps**, which may contain milk, an allergen that is not listed on the ingredient label. These products are safe to consume for individuals who do not suffer from a milk allergy.

The following products are included in this recall:

* Snack Factory Original **Pretzel Crisps**, 7.2 oz, UPC code 049508006008 with Best By Date 07-01-2017

* Snack Factory Sriracha Lime **Pretzel Crisps**, 7.2 oz, UPC code 049508006060 with Best By Date 07-01-2017

Stop & Shop has received no reports of illnesses to date.

People who have an allergy or severe sensitivity to milk may run the risk of serious or life-threatening allergic reaction if they consume these products.

Symptoms of food allergies typically appear from within a few minutes to two hours after a person has eaten the food to which he or she is allergic. Allergic reactions can include: hives; flushed skin or rash; tingling or itchy sensation in the mouth; face, tongue, or lip swelling; vomiting and/or diarrhea; abdominal cramps; coughing or wheezing; dizziness and/or lightheadedness; swelling of the throat and vocal cords; difficulty breathing; loss of consciousness.

Customers who have purchased these products should discard any unused portions and bring their purchase receipt to Stop & Shop for a full refund.

Consumers looking for additional information on the recall may call Snack Factory Consumer Affairs Center at 888-683-5400. In addition, customers may call Stop & Shop Customer Service at 1-800-767-7772 for more information. Customers can also visit the Stop & Shop website www.stopandshop.com.

Source: Stop & Shop

**Load-Date:** August 31, 2016

End of Document

# FDA Enforcement Report: Snack Factory Original Pretzel Crisps, Thin, Crunchy Pretzel Crackers. Made in a facility that processes Milk and Soy. Distributed by: Snack Factory, PO Box 6917, Hanover, PA 17331 Sold in the following sizes and UPC codes: 12 ct / 116 oz. Net Wt 26 oz (l lb 10 oz.) 737g, more...

US Official News

August 18, 2016 Thursday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 263 words

**Dateline:** New York

## Body

Washington: US Food and Drug Administration, The Government of USA has issued the following enforcement report:

Product Description:

Snack Factory Original **Pretzel Crisps**, Thin, Crunchy Pretzel Crackers. Made in a facility that processes Milk and Soy. Distributed by: Snack Factory, PO Box 6917, Hanover, PA 17331 Sold in the following sizes and UPC codes: 12 ct / 116 oz. Net Wt 26 oz (l lb 10 oz.) 737g, more...

Reason for Recall:

Baptista's Bakery is recalling The Snack Factory 30 oz. Original **Pretzel Crisps** due to undeclared milk, because it may contain seasoned **pretzel crisps** which utilize dairy in their topical seasoning application.

Product Quantity:

31,760 units

Recall Number:

F-1920-2016

Code Information:

16 oz.: Item Code 110608, Lot Code: BB070165A 03, Best By Date 07-01-17; 26 oz.: Item Code 110692, Lot Code: BB070162A 03, Best By Date 07-01-17; 30 oz.: Item Code 108105, Best By Date 07-01-17.

Event Details

Event ID:

74682

Voluntary / Mandated:

Voluntary: Firm Initiated

Product Type:

Food

Initial Firm Notification of Consignee or Public:

Telephone

Status:

Ongoing

Distribution Pattern:

AZ, CA, IL, IN, MN, OH, PA and WI. Outside the US to include: Canada

Recalling Firm:

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States'>Baptista's Bakery, Inc

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States

Recall Initiation Date:

07/08/2016

Center Classification Date:

08/11/2016

Date Terminated:

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** August 19, 2016

---

End of Document



# 5 Tips to Keep Your Kids Fueled After School; Food expert Laura Fuentes and Lance® sandwich crackers urge moms to have the right strategies and snacks on hand to keep after-school hunger at bay

PR Newswire

August 18, 2016 Thursday 11:15 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 810 words

**Dateline:** CHARLOTTE, N.C., Aug. 18, 2016

## Body

After a long day at school, the first thing kids usually say when they get home is "Mom, I'm hungry."Lance® sandwich crackers, which has been fueling America with two awesome crackers and an incredible filling in the middle for more than 100 years, has partnered withLaura Fuentes, cookbook author, food blogger and founder ofMOMables, to help moms fight after-school hunger and keep kids going until dinnertime.

"Considering most kids get just 20 minutes to eat lunch, and some as early as 10:30 in the morning, after-school hunger becomes a big problem," says Fuentes.

Here are Laura's five tips to keep after-school hunger at bay:

Plan ahead.Adding extras to lunch keeps things interesting for kids, plus helps them feel full for longer. Plan ahead to keep hunger pangs at bay all day.

"By adding premade frozen smoothies inside my kids' lunchboxes, I'm able to keep their lunch cool, plus they quench thirst and satisfy hunger at the same time," says Fuentes.

Have portable snacks ready.A balanced snack that can be eaten on-the-go is a life saver. Pack the pantry with wholesome options that both parents and kids love. Additionally, don't overlook fresh fruit that is both healthy and portable.

"I love pairing Lance Peanut Butter Sandwich Crackers with apple slices," says Fuentes. "They have up to 5 grams of protein, plus are made with real peanut butter and cheddar cheese - a combination kids just love."

A snack like Lance Sandwich Crackers, which also offers gluten-free and whole-grain options, is conveniently wrapped in individual packs, making on-the-go snacking easy between activities.

Pack a balanced lunch.Balancing the lunchbox can help ensure kids stay satiated longer. Make sure to include protein, healthy fats and carbohydrates, fresh fruits and vegetables in every lunch you pack.

"School lunch breaks are shorter than ever, so cutting up foods into smaller pieces can make it easier and quicker to eat," Fuentes says. "Additionally, dividing the foods sent to school in multiple containers distributes the food for different break periods."

Make a wholesome breakfast.Many kids come home starving because they haven't eaten enough to fuel their day. Making breakfast part of your morning routine is essential for setting kids up for success.

"Two of my favorite easy and portable breakfast ideas that can be made ahead of time are quick breakfast burritos and overnight oats," says Fuentes. "They provide just the right amount of fuel and protein to help kids focus in school."

Rule out thirst."Since thirst can often masquerade as hunger, it's important to have water available at all times," Fuentes says.

Try tucking an extra water bottle in your kid's backpack and offer a cup immediately when they get home. To encourage kids to drink more water, add a touch of flavor and color by placing fresh orange slices or berries inside their cup.

After-school hunger doesn't stand a chance with these smart tips. Try them out today and watch kids come home happier and feeling healthier than ever. For more information, visithttp://www.lance.com.

About Lance Snacks  For more than 100 years, Lance® has been fueling America with its sandwich crackers - two awesomes and an incredible in the middle. Wholesome and delicious, Lance® sandwich crackers are available in more than 20 varieties, including ToastChee®, Whole Grain, BOLDS®, Gluten Free and Quick Starts(TM). Lance® sandwich crackers are made with baked, crispy crackers and real ingredients like freshly ground peanut butter. For more information about Lance® sandwich crackers, please visithttp://www.lance.com.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps®**, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:http://www.snyderslance.com. LNCE-G

Video -https://www.youtube.com/watch?v=AqaIIcvB7EQ

Photo -        http://photos.prnewswire.com/prnh/20160818/399316LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/5-tips-to-keep-your-kids-fueled-after-school-300315467.html

SOURCE Snyder's-Lance, Inc.


CONTACT: Stacey McCray, 704-552-6565, stacey.mccray@lgapr.com


**Load-Date:** August 19, 2016

---

End of Document

# Baptista's Bakery Issues Allergy Alert on Undeclared Milk in Snack Factory® Original Pretzel Crisps® and Snack Factory® Sriracha Lime Pretzel Crisps®

PR Newswire

August 17, 2016 Wednesday 11:42 PM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 364 words

**Dateline:** FRANKLIN, Wis., Aug. 17, 2016

## Body

Baptista's Bakery, Inc. announced a voluntary recall of a limited number of 7.2 oz Snack Factory® Original **Pretzel Crisps®** and 7.2 oz Snack Factory® Sriracha Lime **Pretzel Crisps®** packages because they may contain undeclared milk ingredients. People who have an allergy or severe sensitivity to milk run the risk of a serious or life threatening allergic reaction if they consume the affected product.

This voluntary recall covers the following products:

Snack Factory® Original **Pretzel Crisps®**
7.2 oz packagesUPC code: 049508006008
Best By Date: 07-01-17

Snack Factory® Sriracha Lime **Pretzel Crisps®**
7.2 oz packages
UPC code: 049508006060
Best By Date: 07-01-17

No other Snack Factory® Original **Pretzel Crisps®** or Snack Factory® Sriracha Lime **Pretzel Crisps®** products or sizes were impacted.

We are initiating this recall out of an abundance of caution after determining that seasoned products produced in the same facility may have been commingled with the products listed above.

No illnesses have been reported as a result of this issue. Baptista's Bakery has informed the U.S. Food & Drug Administration of this voluntary recall.

To locate the Best By date, consumers should look on the bottom of the package. Consumers who have purchased the product listed above should not consume it, but should dispose of it or return it to the store where it was originally purchased. Consumers may also contact Snack Factory®Consumer Affairs for a full refund online atinfo@pretzelcrisps.comor by calling (888) 683-5400 between 8am and 5pm Central Standard Time. Please direct additional questions or concerns to Laura Villarreal at 414-409-2123 between 8 am and 6pm Central Standard Time.

Example of Best By Date

Photo -http://photos.prnewswire.com/prnh/20160817/399233
Photo -        http://photos.prnewswire.com/prnh/20160817/399234
Photo -        http://photos.prnewswire.com/prnh/20160817/399232

Baptista's Bakery Issues Allergy Alert on Undeclared Milk in Snack Factory® Original Pretzel Crisps® and Snack Factory® Sriracha Lime Pretzel Crisps®

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/baptistas-bakery-issues-allergy-alert-on-undeclared-milk-in-snack-factory-original-**pretzel-crisps**-and-snack-factory-sriracha-lime-**pretzel-crisps**-300315258.html

SOURCE Baptista's Bakery, Inc.

**Load-Date:** August 18, 2016

End of Document

# Learn Superb Ways of Pitching Your Business to Early Stage Investors in this Charlotte Conference

The Soho Loft

August 15, 2016 Monday 10:18 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 1132 words

**Byline:** Editor

## Body

Aug 15, 2016( The Soho Loft: http://www.thesoholoft.com Delivered by Newstex)
http://twitter.com/intent/tweet?text=Learn%20Superb%20Ways%20of%20Pitching%20Your%20Business%20to%20
Early%20Stage%20Investors%20in%20this%20Charlotte%20Conference...=http://thesoholoft.com/learn-superb-
ways-of-pitching-your-business-to-early-stage-investors-in-this-charlotte-
conference/https.google.com/share?url=http://thesoholoft.com/learn-superb-ways-of-pitching-your-business-
to-early-stage-investors-in-this-charlotte-conference/http://www.digg.com/submit?url=http://thesoholoft.com/learn-
superb-ways-of-pitching-your-business-to-early-stage-investors-in-this-charlotte-
conference/http://reddit.com/submit?url=http://thesoholoft.com/learn-superb-ways-of-pitching-your-business-to-
early-stage-investors-in-this-charlotte-
conference/...le=Learn%20Superb%20Ways%20of%20Pitching%20Your%20Business%20to%20Early%20Stage%
20Investors%20in%20this%20Charlotte%20Conferencehttp://www.linkedin.com/shareArticle?mini=true...=http://the
soholoft.com/learn-superb-ways-of-pitching-your-business-to-early-stage-investors-in-this-charlotte-
conference/http://www.tumblr.com/share/link?url=http%3A%2F%2Fthesoholoft.com%2Flearn-superb-ways-of-
pitching-your-business-to-early-stage-investors-in-this-charlotte-
conference%2F...e=Learn+Superb+Ways+of+Pitching+Your+Business+to+Early+Stage+Investors+in+this+Charlott
e+Conferencehttp://www.pinterest.com/pin/create/button/
mailto:?Subject=Learn%20Superb%20Ways%20of%20Pitching%20Your%20Business%20to%20Early%20Stage%
20Investors%20in%20this%20Charlotte%20Conference...y=Here%20is%20the%20link%20to%20the%20article:%2
0                      http://thesoholoft.com/learn-superb-ways-of-pitching-your-business-to-early-stage-investors-in-this-
charlotte-conference/ The Soho Loft Conferences, Victoria Global and FundingPost.com present CLT VC ...gel
Investor Funding Strategy Panel to be held on August 18, 2016 in Charlotte, NC  Angels, early stage entrepreneurs,
corporate investors, VCs, service providers, exhibiting companies, media and the academia will converge at 809 W
Hill St Charlotte, NC for this exclusive conference.

  LDJ Capital Chairman David Drake[1], says, 'This summit brings together talented and experienced investors to
speak directly to early stage entrepreneurs in Charlotte. It is a great opportunity for entrepreneurs to learn from real
investors on how they can pitch their businesses and attract the attention of potential investors.'  Opportunity for
entrepreneurs to learn how to pitch their businesses and attract potential investors.  The summit topics include:
How to attract investors' attention and make them write you that much-needed check; Pitching early-stage
businesses to investors; Important things investors consider when looking for an investment; Worst and best things
that entrepreneurs do during business pitching; Best strategies of reaching different investors.  A business pitching
competition will be held, where 25 entrepreneurs will make a one-minute pitch of their business ideas to the panel
of investors and get combined feedback from the panel.   25 entrepreneurs will make a one-minute pitch of their
business ideas to the panel of investors.  Keynote investor speakers include: Greentree Financial Idea Fund
Partners  The event has five types of tickets, to include: Entrepreneur ticket, Entrepreneur ticket with VG newswire,
Investor/service provider, Investor ticket with VG newswire, Vendors.  Each ticket type has a different price and fee.

Meet your next investor  Sponsors of the summit are Hygge and Crowded.com.  The media sponsors inlcude: The Soho Loft Conferences[2], Times Realty News[3], BoogarLists, Angel Capital Association, Under30CEO, National Venture Capital Association, VC Experts, Application Developers Alliance, LDJ[4], StartupReport, ReadWriteWeb, Startup Digest, **Pretzel Crisps**, Modern Oats, and BREWPUBLIK.      For more details, visit: http://thesoholoft.com/conferences/clt-vc-angel-investor-funding-strategy-panel/[5] Watch out for more conferences happening across the country and the world, the next one may be in your city. To get VIP access to major conferences that intersect finance with key industries and for other exciting perks and benefits, consider the annual membership programs at        www.thesoholoft.com/vipmembers.  Visit        http://thesoholoft.com/upcoming-conferences/[6] for more information on upcoming and past events, and        www.thesoholoft.com for general information.   MEDIA CONTACT: THE SOHO LOFT Media Group[7]  The Soho Loft Media Group is a global financial media company with 3 divisions: THE SOHO LOFT CONFERENCES organizes up to 200+ investor-focused global summits, talks and events annually. TIMES IMPACT PUBLICATIONS produces relevant content on investing and entrepreneurship that are published and syndicated in 100+ leading online publications and growing. VICTORIA GLOBAL Communications specializes in client Investor Relations, Public Relations, Branding and Social Media Marketing. The Soho Loft Media Group is your global partner for your investment and business strategies. For inquiries, contact info@thesoholoft.com or call 212.845.9652; Recommended        http://thesoholoft.com/the-many-faces-of-life-insurance-by-david-drake/ The Many Faces of Life Insurance[8] As attractive as life insurance may be, one might encounter some hurdles when trying to purchase a policy. Learn more. http://thesoholoft.com/posh-review-top-10-french-riviera-hotels-the-castle-in-the-sky-to-visit-before-you-die-chateau-de-la-chevre-dor-by-david-drake/ Posh Review Top 10 French Riviera Hotels: The Castle in the Sky to Visit before you Die - Château de la Chèvre d'Or[9] An enchanting 4,000-year-old medieval village with a unique story to tell. Find out more about this Castle in the Sky in Eze, France.        http://thesoholoft.com/signs-zurichs-city-council-should-have-a-change-of-heart-when-it-comes-to-bitcoin/ Signs Zurich's City Council Should Have a Change of Heart when it comes to Bitcoin[10] While some places in Switzerland are embracing the whole idea of Bitcoin with open arms, there are others that don't want anything to do with it. [ 1]:        http://thesoholoft.com/david/ [ 2]: http://www.thesoholoft.com/ [ 3]:        http://timesrealtynews.com/ [ 4]:        http://www.ldjcapital.com/ [ 5]: http://thesoholoft.com/conferences/clt-vc-angel-investor-funding-strategy-panel/  [  6]: http://thesoholoft.com/upcoming-conferences/  [ 7]:        http://www.thesoholoft.com  [ 8]: http://thesoholoft.com/the-many-faces-of-life-insurance-by-david-drake/ [ 9]:        http://thesoholoft.com/posh-review-top-10-french-riviera-hotels-the-castle-in-the-sky-to-visit-before-you-die-chateau-de-la-chevre-dor-by-david-drake/ [ 10]:        http://thesoholoft.com/signs-zurichs-city-council-should-have-a-change-of-heart-when-it-comes-to-bitcoin/

**Load-Date:** August 15, 2016

End of Document

# Learn Superb Ways of Pitching Your Business to Early Stage Investors in this Charlotte Conference; The Soho Loft Conferences, Victoria Global and FundingPost.com present CLT VC & Angel Investor Funding Strategy Panel to be held on August 18, 2016 in Charlotte, NC

FinancialWire

August 12, 2016 Friday

Copyright 2016 Investrend Communications, Inc. All Rights Reserved



**Length:** 506 words

## Body

New York - - Angels, early stage entrepreneurs, corporate investors, VCs, service providers, exhibiting companies, media and the academia will converge at 809 W Hill St Charlotte, NC for this exclusive conference.

LDJ Capital Chairman David Drake, says, "This summit brings together talented and experienced investors to speak directly to early stage entrepreneurs in Charlotte. It is a great opportunity for entrepreneurs to learn from real investors on how they can pitch their businesses and attract the attention of potential investors."

The summit topics include: how to attract investors' attention and make them write you that much needed check; pitching early-stage businesses to investors; important things investors consider when looking for an investment; worst and best things that entrepreneurs do during business pitching; and best strategies of reaching different investors. A business pitching competition will be held, where 25 entrepreneurs will make a one-minute pitch of their business ideas to the panel of investors and get combined feedback from the panel.

Keynote investor speakers include:

Greentree Financial

Idea Fund Partners

The event has five types of tickets, to include: entrepreneur ticket, entrepreneur ticket with VG newswire, investor/service provider, investor ticket with VG newswire, and vendors. Each ticket type has a different price and fee.

Sponsors of the summit are Hygge and Crowded.com. The media sponsors inlcude: The Soho Loft Conferences, Times Realty News, BoogarLists, Angel Capital Association, Under30CEO, National Venture Capital Association,

Learn Superb Ways of Pitching Your Business to Early Stage Investors in this Charlotte Conference; The Soho Loft Conferences, Victoria Global and FundingPost.co....

VC Experts, Application Developers Alliance, LDJ, StartupReport, ReadWriteWeb, Startup Digest, **Pretzel Crisps**, Modern Oats, and BREWPUBLIK.

For more details, visit:

http://thesoholoft.com/conferences/clt-vc-angel-investor-funding-strategy-panel/

Watch out for more conferences happening across the country and the world, the next one may be in your city. To get VIP access to major conferences that intersect finance with key industries and for other exciting perks and benefits, consider the annual membership programs at www.thesoholoft.com/vipmembers. Visit http://thesoholoft.com/upcoming-conferences/ for more information on upcoming and past events, and www.thesoholoft.com for general information.

MEDIA CONTACT:

THE SOHO LOFT Media Group ( www.thesoholoft.com)

The Soho Loft Media Group is a global financial media company with 3 divisions:

THE SOHO LOFT CONFERENCES organizes up to 200+ investor-focused global summits, talks and events annually.

TIMES IMPACT PUBLICATIONS produces relevant content on investing and entrepreneurship that are published and syndicated in 100+ leading online publications and growing.

VICTORIA GLOBAL Communications specializes in client Investor Relations, Public Relations, Branding and Social Media Marketing.

The Soho Loft Media Group is your global partner for your investment and business strategies.

For inquiries, contact info@thesoholoft.com or call 212.845.9652

(Distributed by M2 Communications ( www.m2.com))

**Load-Date:** August 12, 2016

---

End of Document



# Learn Superb Ways of Pitching Your Business to Early Stage Investors in this Charlotte Conference; The Soho Loft Conferences, Victoria Global and FundingPost.com present CLT VC & Angel Investor Funding Strategy Panel to be held on August 18, 2016 in Charlotte, NC

M2 PressWIRE

August 12, 2016 Friday

Copyright 2016 Normans Media Limited All Rights Reserved



**Length:** 502 words

## Body

August 12, 2016

New York - - Angels, early stage entrepreneurs, corporate investors, VCs, service providers, exhibiting companies, media and the academia will converge at 809 W Hill St Charlotte, NC for this exclusive conference.

LDJ Capital Chairman David Drake, says, "This summit brings together talented and experienced investors to speak directly to early stage entrepreneurs in Charlotte. It is a great opportunity for entrepreneurs to learn from real investors on how they can pitch their businesses and attract the attention of potential investors."

The summit topics include: how to attract investors' attention and make them write you that much needed check; pitching early-stage businesses to investors; important things investors consider when looking for an investment; worst and best things that entrepreneurs do during business pitching; and best strategies of reaching different investors. A business pitching competition will be held, where 25 entrepreneurs will make a one-minute pitch of their business ideas to the panel of investors and get combined feedback from the panel.

Keynote investor speakers include:

Greentree Financial

Idea Fund Partners

The event has five types of tickets, to include: entrepreneur ticket, entrepreneur ticket with VG newswire, investor/service provider, investor ticket with VG newswire, and vendors. Each ticket type has a different price and fee.

Sponsors of the summit are Hygge and Crowded.com. The media sponsors inlcude: The Soho Loft Conferences, Times Realty News, BoogarLists, Angel Capital Association, Under30CEO, National Venture Capital Association, VC Experts, Application Developers Alliance, LDJ, StartupReport, ReadWriteWeb, Startup Digest, **Pretzel Crisps**, Modern Oats, and BREWPUBLIK.

For more details, visit:

http://thesoholoft.com/conferences/clt-vc-angel-investor-funding-strategy-panel/

Watch out for more conferences happening across the country and the world, the next one may be in your city. To get VIP access to major conferences that intersect finance with key industries and for other exciting perks and benefits, consider the annual membership programs at        www.thesoholoft.com/vipmembers. Visit http://thesoholoft.com/upcoming-conferences/ for more information on upcoming and past events, and www.thesoholoft.com for general information.

MEDIA CONTACT:

THE SOHO LOFT Media Group (        www.thesoholoft.com)

The Soho Loft Media Group is a global financial media company with 3 divisions:

THE SOHO LOFT CONFERENCES organizes up to 200+ investor-focused global summits, talks and events annually.

TIMES IMPACT PUBLICATIONS produces relevant content on investing and entrepreneurship that are published and syndicated in 100+ leading online publications and growing.

VICTORIA GLOBAL Communications specializes in client Investor Relations, Public Relations, Branding and Social Media Marketing.

The Soho Loft Media Group is your global partner for your investment and business strategies.

For inquiries, contact info@thesoholoft.com or call 212.845.9652

**Load-Date:** August 12, 2016

---

End of Document



# *Snyders-Lance 2Q EPS 20c >LNCE

Dow Jones Institutional News

August 9, 2016 Tuesday 10:00 AM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

[ ] **DOW JONES** NEWSWIRES

**Length:** 6332 words

## Body

9 Aug 2016 06:00 ET *Snyders-Lance 2Q Net $19.7M >LNCE

9 Aug 2016 06:00 ET *Snyders-Lance 2Q Rev $609.5M >LNCE

9 Aug 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports Results for Second Quarter of Fiscal 2016

Snyder's-Lance, Inc. Reports Results for Second Quarter of Fiscal 2016

-- Total net revenue increased 41.3% including the contribution of Diamond Foods

-- GAAP earnings per diluted share of $0.20; Earnings per diluted share excluding special items of $0.28

-- Company narrows full-year 2016 EPS and adjusted EBITDA outlook to reflect the execution of margin expansion initiatives

PR Newswire

CHARLOTTE, N.C., Aug. 9, 2016

CHARLOTTE, N.C., Aug. 9, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported financial results for the second quarter ended July 2, 2016 and narrowed its full-year 2016 earnings per diluted share* and adjusted EBITDA* outlook. Total net revenue in the second quarter of 2016 increased 41.3% including the contribution of Diamond Foods. GAAP net income attributable to Snyder's-Lance, Inc. in the second quarter of 2016 was $19.7 million, or $0.20 per diluted share, as compared to $17.3 million, or $0.24 per diluted share, in the second quarter of 2015. Net income attributable to Snyder's-Lance, Inc. excluding special items* for the second quarter of 2016 increased 43.7% to $27.5 million as compared to $19.1 million in the second quarter of 2015. Earnings per diluted share excluding special items* was $0.28 in the second quarter of 2016 compared to $0.27 in the second quarter of 2015. All financial comparisons to the prior year are compared against the legacy Snyder's-Lance results, where the prior year does not include any contribution from Diamond Foods.

*Descriptions of measures excluding special items are provided in "Use and Definition of Non-GAAP Measures," and reconciliations are provided in the

tables at the end of this release.

"In the second quarter we continued to focus on our margin expansion initiatives, the integration of Diamond Foods, and improving performance in our legacy Snyder's-Lance branded business. I'm pleased to report that we've made good progress across all three fronts," said Carl E. Lee, Jr., President and Chief Executive Officer. "We increased operating margin by expanding gross margin and reducing SG&A expenses. The gross margin performance was driven by manufacturing efficiencies, as well as improved capacity utilization and procurement savings. Our legacy branded net revenue increased year over year as trends in Snyder's of Hanover(R) improved, and Lance(R), Snack Factory(R) and Cape Cod(R) all outperformed their respective categories. The integration of Diamond Foods is progressing as planned with key milestones achieved in the quarter, and we are on track to deliver the expected cost synergies over time as well as revenue synergies as a result of this strategic combination."

Mr. Lee continued, "Our second quarter results have led us to narrow our full-year EPS and adjusted EBITDA guidance ranges, raising the lower-end of our expectations. We have momentum as we move into the back-half of the year, and I'm confident that we will continue to execute our strategies as a leading provider of premium and differentiated snacks. We are fortunate to have a hard working and dedicated team, and we have the right strategic plan in place to drive sustainable growth and shareholder value."

Second Quarter 2016 Results

Second-Quarter Net Revenue by Product Category

| (in millions) Change | Q2 2016 Net Revenue | Q2 2015 Net Revenue | % Change | Q2 2016 Net Revenue | Incremental Diamond Net Revenue | Q2 2016 Net Revenue Excluding Diamond Foods* | Q2 2015 Net Revenue | % |
|---|---|---|---|---|---|---|---|---|
| Branded 0.4% | $ 444,156 | $ 309,302 | 43.6% | $ 444,156 | $ 133,724 | $ 310,432 | $ 309,302 | |
| Partner Brand 1.7% | 78,958 | 77,649 | 1.7% | 78,958 | -- | 78,958 | 77,649 | |
| Other 18.3% | 39,971 | 44,477 | -10.1% | 39,971 | 3,655 | 36,316 | 44,477 | - |
| Culinary - | 46,415 | -- | -- | 46,415 | 46,415 | -- | -- | |
| Total 1.3% | $ 609,500 | $ 431,428 | 41.3% | $ 609,500 | $ 183,794 | $ 425,706 | $ 431,428 | - |

*The non-GAAP measure and related comparisons in the table above should be considered in addition to, not as a
substitute for, our net revenue disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Company
management believes the presentation of 2016 Net Revenue Excluding Diamond Foods is useful for providing increased transparency and assisting investors in understanding our ongoing operating performance. Note: Due to
the acquisition of Diamond, prior year Partner brand revenues from the sale of Kettle Brand(R) potato chips are
now classified as Branded revenues. For the second quarter of 2015 the Company has reclassified $9.6 million of
Partner brand revenue associated with Kettle Brand(R) potato chips to Branded revenue to be consistent with
current year presentation.

Total net revenue in the second quarter of 2016 was $609.5 million, an increase of 41.3% compared to net revenue of $431.4 million in the second quarter of 2015. Net revenue in the second quarter of 2016, excluding Diamond Foods, included Branded category growth of 0.4% driven by a 3.1% increase in volume, Partner Brand category growth of 1.7%, and a decline in net revenue for the Other category of 18.3%. The decline in Other net revenue was consistent with the Company's expectations, and was primarily due to the planned exit of certain contract

manufacturing agreements. Excluding the contribution from Diamond Foods, net revenue in the second quarter of 2016 decreased 1.3% compared to the second quarter of 2015, due to the decline in Other revenue.

Operating income in the second quarter of 2016 increased 33.9% to $39.8 million as compared to $29.7 million in the second quarter of 2015. Excluding special items, operating income in the second quarter of 2016 increased 57.9% to $51.2 million, or 8.4% of net revenue, as compared to $32.4 million, or 7.5% percent of net revenue, in the second quarter of 2015. The improvement in operating margin was primarily the result of higher gross margin and lower administrative expenses, as a percentage of net revenue, partially offset by the planned higher marketing and advertising expenses to support the Company's pretzel brands, Snyder's of Hanover(R) and Snack Factory(R) **Pretzel Crisps**(R).

Adjusted EBITDA in the second quarter of 2016 increased 56.6% to $78.6 million, or 12.9% of revenue, as compared to adjusted EBITDA of $50.2 million, or 11.6% of revenue, in the second quarter of 2015. Adjusted EBITDA is a non-GAAP measure defined herein under "Use and Definition of Non-GAAP Measures," and is reconciled to net income in the tables that accompany this release.

Net interest expense in the second quarter of 2016 increased to $9.4 million as compared to $2.7 million in the second quarter of 2015. The increase in net interest expense was the result of additional debt utilized to finance the acquisition of Diamond Foods. The effective tax rate, excluding special items, was 35.3% in the second quarter of 2016 as compared to 35.8% in the second quarter of 2015.

Outlook(*) For the full-year of fiscal 2016, the Company now expects earnings per diluted share to be in the range of $1.22 to $1.30 (previously $1.20 to $1.30). The Company's fiscal 2016 outlook excludes special items and charges associated with the acquisition of Diamond Foods, and includes an estimated negative impact of $0.10 to $0.12 per diluted share, from purchase accounting adjustments. For the third quarter of fiscal 2016, the Company expects earnings per diluted share, excluding special items, to be in the range of $0.28 to $0.31.

The Company's 2016 full-year outlook also includes the following assumptions:

```
-- Net revenue of $2,290 million to $2,330 million, an increase of
   approximately 39% to 41%;

        -- Excluding the contribution from Diamond Foods net revenue growth
           is expected to be approximately flat to up 2%;

        -- Net revenue contribution from Diamond Foods for the 10 months
           beginning February 29, 2016, of approximately $630 million to $650
           million, net of the impact of intercompany eliminations and
           reflecting the negative impact of net price realization from lower
           commodity costs and unfavorable foreign currency;

-- Adjusted EBITDA of $313 million to $325 million (previously $310 million
   to $325 million); and

-- Capital expenditures of $80 million to $85 million.
```

The Company's 2016 full-year outlook is also based on the following assumptions, reflecting the acquisition of Diamond Foods:

```
-- Net interest expense of $33 million to $35 million;

-- Effective tax rate of 34% to 35%; and

-- Weighted average diluted share count of approximately 93 million to 94
   million shares.
```

```
*Third-quarter and full-year 2016 GAAP guidance are not provided in this
release due to the likely occurrence of one or more of the following items
```

```
where the Company is unable to reliably forecast the timing and magnitude:
Continued transaction and integration related costs associated with the
acquisition of Diamond Foods, other potential transactions and their related
costs, settlements of contingent liabilities, possible gains or losses on the
sale of businesses or other assets, restructuring costs, impairment charges,
and the income tax effects of these.
```

Conference Call

9 Aug 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -2-

Management will host a conference call to discuss second quarter 2016 results at 8:00 a.m. Eastern Daylight Time on August 9, 2016. The conference call will be webcast live through the Investor Relations section of Snyder's-Lance website ( www.snyderslance.com ) where the accompanying slide presentation will also be available. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 26596533. A continuous telephone replay of the call will be available between 12:00 p.m. on August 9 and midnight on August 16. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 26596533. Investors may also access a web-based replay of the conference call at       www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R), Lance(R), Kettle Brand(R), KETTLE(R) Chips, Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Pop Secret(R), Emerald(R), Diamond of California(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website: www.snyderslance.com . LNCE-E

Use and Definition of Non-GAAP Measures

Snyder's-Lance's management uses non-GAAP financial measures to evaluate our operating performance and to facilitate a comparison of the Company's operating performance on a consistent basis from period to period and to provide measures that, when viewed in combination with its results prepared in accordance with GAAP, allow for a more complete understanding of factors and trends affecting the Company's business than GAAP measures alone. The non-GAAP measures and related comparisons should be considered in addition to, not as a substitute for, our GAAP disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Our management believes these non-GAAP measures are useful for providing increased transparency and assisting investors in understanding our ongoing operating performance.

Operating Income, Excluding Special Items

Operating Income, excluding special items, is provided because Snyder's-Lance believes it is useful information for understanding our results by improving the comparability of year-to-year results. Additionally, operating income, excluding special items, provides transparent and useful information to management, investors, analysts and other parties in evaluating and assessing the Company's primary operating results from period to period after removing the impact of unusual, non-operational or restructuring-related activities that affect comparability. Operating Income, excluding special items, is one of the measures management uses for planning and budgeting, monitoring and evaluating financial and operating results, and in the analysis of ongoing operating trends.

Net Income, Earnings per Share and Effective Income Tax Rate, Excluding Special Items

Net income, earnings per share, and the effective income tax rate, excluding special items, are metrics provided to present the reader with the after-tax impact of operating income, excluding special items, in order to improve the comparability and understanding of the related GAAP measures. Net income, earnings per share, and the effective income tax rate, excluding special items, provide transparent and useful information to management, investors, analysts and other parties in evaluating and assessing our primary operating results from period to period after removing the impact of unusual, non-operational or restructuring-related activities that affect comparability. Net income, earnings per share, and the effective income tax rate, excluding special items, are measures management uses for planning and budgeting, monitoring and evaluating financial and operating results.

Adjusted EBITDA

Snyder's-Lance defines adjusted EBITDA as earnings before interest expense, income taxes, depreciation and amortization ("EBITDA"), further adjusted to exclude transaction-related expenses, and other non-cash or non-operating items as well as any other unusual items that impact the comparability of our financial information.

Management uses adjusted EBITDA as a key metric in the evaluation of underlying Company performance, in making financial, operating and planning decisions. The Company believes this measure is useful to investors because it increases transparency and assists investors in understanding the underlying performance of the Company and in the analysis of ongoing operating trends. Additionally, Snyder's-Lance believes adjusted EBITDA is frequently used by analysts, investors and other interested parties in their evaluation of companies, many of which present an adjusted EBITDA measure when reporting their results. The Company has historically reported adjusted EBITDA to analysts and investors and believes that its continued inclusion provides consistency in financial reporting and enables analysts and investors to perform meaningful comparisons of past, present and future operating results.

Adjusted EBITDA should not be considered as an alternative to net income, determined in accordance with Generally Accepted Accounting Principles ("GAAP"), as an indicator of the Company's operating performance, as an indicator of cash flows, or as a measure of liquidity. While EBITDA and adjusted EBITDA and similar measures are frequently used as measures of operations and the ability to meet debt service requirements, they are not necessarily comparable to other similarly titled captions of other companies due to the potential inconsistencies in the method of calculation.

Cautionary Information about Forward Looking Statements

This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Investor Contact

Kevin Powers, Senior Director, Investor Relations

kpowers@snyderslance.com, (704) 557-8279

(Tables Follow)

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Income (Unaudited)
For the Quarters and Six Months Ended July 2, 2016 and July 4,
2015
```

| (in thousands, except per share data) | Quarter Ended | | Six Months Ended | |
|---|---|---|---|---|
| | July 2, 2016 | July 4, 2015 | July 2, 2016 | July 4, 2015 |
| Net revenue | $609,500 | $431,428 | $1,072,265 | $833,769 |
| Cost of sales | 391,217 | 279,945 | 711,828 | 542,924 |
| Gross profit | 218,283 | 151,483 | 360,437 | 290,845 |
| Selling, general and administrative | 167,519 | 121,844 | 291,708 | 243,768 |
| Transaction and integration related expenses | 10,634 | -- | 59,940 | -- |
| Impairment charges | 489 | -- | 863 | -- |
| Gain on sale of route businesses, net | (155) | (74) | (691) | (867) |
| Other income, net | (987) | (110) | (1,284) | (846) |
| Income before interest and income taxes | 40,783 | 29,823 | 9,901 | 48,790 |
| Loss on early extinguishment of debt | -- | -- | 4,749 | -- |
| Interest expense, net | 9,361 | 2,671 | 14,090 | 5,138 |
| Income/(loss) before income taxes | 31,422 | 27,152 | (8,938) | 43,652 |
| Income tax expense/(benefit) | 11,805 | 9,758 | (3,161) | 15,676 |
| Net income/(loss) | 19,617 | 17,394 | (5,777) | 27,976 |
| Net (loss)/income attributable to | | | | |

9 Aug 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -3-

| | | | | |
|---|---|---|---|---|
| noncontrolling interests | (64) | 65 | (27) | 11 |
| Net income/(loss) attributable to Snyder's-Lance, Inc. | $19,681 | $17,329 | $(5,750) | $27,965 |

| | | | | |
|---|---|---|---|---|
| Basic earnings/(loss) per share (Note 4) | $0.21 | $0.25 | $(0.07) | $0.40 |
| Weighted average basic shares outstanding | 95,679 | 70,426 | 87,816 | 70,342 |
| | | | | |
| Diluted earnings/(loss) per share (Note 4) | $0.20 | $0.24 | $(0.07) | $0.39 |
| Weighted average diluted shares outstanding | 96,666 | 71,171 | 87,816 | 71,074 |
| | | | | |
| Cash dividends declared per share | $0.16 | $0.16 | $0.32 | $0.32 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Balance Sheets (Unaudited)
As of July 2, 2016 and January 2, 2016

| (in thousands, except share and per share data) | July 2, 2016 | January 2, 2016 |
|---|---|---|
| ASSETS | | |
| --------------------------------------- | | |
| Current assets: | | |
| Cash and cash equivalents | $37,725 | $39,105 |
| Restricted cash | 714 | 966 |
| Accounts receivable, net of allowances of $1,032 and $917, respectively | 222,339 | 131,339 |
| Inventories, net | 228,746 | 110,994 |
| Prepaid income taxes and income taxes receivable | 5,870 | 2,321 |
| Assets held for sale | 18,256 | 15,678 |
| Prepaid expenses and other current assets | 34,001 | 21,210 |
| Total current assets | 547,651 | 321,613 |
| | | |
| Noncurrent assets: | | |
| Fixed assets, net | 530,402 | 401,465 |
| Goodwill | 1,401,570 | 539,119 |
| Other intangible assets, net | 1,422,745 | 528,658 |
| Other noncurrent assets | 30,197 | 19,849 |
| Total assets | $3,932,565 | $1,810,704 |
| | | |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| --------------------------------------- | | |
| Current liabilities: | | |
| Current portion of long-term debt | $49,000 | $8,541 |
| Accounts payable | 100,312 | 54,207 |
| Payable to growers | 8,924 | -- |
| Accrued compensation | 34,249 | 26,196 |
| Accrued casualty insurance claims | 5,743 | 4,262 |
| Accrued marketing, selling and promotional costs | 50,495 | 18,806 |
| Other payables and accrued liabilities | 69,729 | 32,248 |
| Total current liabilities | 318,452 | 144,260 |
| | | |
| Noncurrent liabilities: | | |
| Long-term debt, net | 1,342,405 | 372,301 |

|  | | |
|---|---|---|
| Deferred income taxes, net | 344,719 | 157,591 |
| Accrued casualty insurance claims | 11,718 | 11,931 |
| Other noncurrent liabilities | 38,568 | 17,034 |
| Total liabilities | 2,055,862 | 703,117 |

Commitments and contingencies

Stockholders' equity:

| | | |
|---|---|---|
| Common stock, $0.83 1/3 par value. 110,000,000 shares authorized; 96,039,888 and 70,968,054 shares outstanding, respectively | 80,030 | 59,138 |
| Preferred stock, $1.00 par value. Authorized 5,000,000 shares; no shares outstanding | -- | -- |
| Additional paid-in capital | 1,591,173 | 791,428 |
| Retained earnings | 205,862 | 238,314 |
| Accumulated other comprehensive loss | (19,672) | (630) |
| Total Snyder's-Lance, Inc. stockholders' equity | 1,857,393 | 1,088,250 |
| Noncontrolling interests | 19,310 | 19,337 |
| Total stockholders' equity | 1,876,703 | 1,107,587 |
| Total liabilities and stockholders' equity | $3,932,565 | $1,810,704 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Cash Flows (Unaudited)
For the Six Months Ended July 2, 2016 and July 4, 2015

| | Six Months Ended | |
|---|---|---|
| (in thousands) | July 2, 2016 | July 4, 2015 |
| Operating activities: | | |
| Net (loss)/income | $ (5,777) | $ 27,976 |
| Adjustments to reconcile net (loss)/income to cash from operating activities: | | |
| Depreciation and amortization | 47,452 | 35,070 |
| Stock-based compensation expense | 19,798 | 2,755 |
| Loss on sale of fixed assets, net | 1 | 79 |
| Gain on sale of route businesses, net | (691) | (867) |
| Gain on write-off of debt premium | (1,341) | -- |
| Impairment charges | 863 | -- |
| Deferred income taxes | (4,760) | 1,818 |
| Provision for doubtful accounts | 235 | 751 |
| Changes in operating assets and liabilities, excluding business acquisitions and foreign currency translation adjustments | 13,380 | (18,327) |
| Net cash provided by operating activities | 69,160 | 49,255 |
| | | |
| Investing activities: | | |
| Purchases of fixed assets | (37,317) | (22,947) |
| Purchases of route businesses | (14,863) | (10,094) |
| Proceeds from sale of fixed assets and insurance recoveries | 833 | 795 |
| Proceeds from sale of route businesses | 13,830 | 12,896 |
| Proceeds from sale of investments | -- | 436 |
| Business acquisition, net of cash acquired | (1,014,829) | -- |
| Changes in restricted cash | 252 | -- |
| Net cash used in investing activities | (1,052,094) | (18,914) |
| | | |
| Financing activities: | | |
| Dividends paid to stockholders | (26,702) | (22,560) |

| | | |
|---|---|---|
| Debt issuance costs | (6,047) | -- |
| Payments on capital leases | (1,015) | -- |
| Issuances of common stock | 7,830 | 3,357 |
| Excess tax benefits from stock-based compensation | 299 | 659 |
| Share repurchases, including shares surrendered for tax withholding | (8,275) | (801) |
| Repayments of long-term debt | (114,125) | (3,750) |
| Proceeds from issuance of long-term debt | 1,130,000 | -- |
| Net cash provided by/(used in) financing activities | 981,965 | (23,095) |
| | | |
| Effect of exchange rate changes on cash | (411) | -- |
| | | |
| (Decrease)/increase in cash and cash equivalents | (1,380) | 7,246 |
| Cash and cash equivalents at beginning of period | 39,105 | 35,373 |
| Cash and cash equivalents at end of period | $   37,725 | $   42,619 |

| | | |
|---|---|---|
| Supplemental information: | | |
| Cash paid for income taxes, net of refunds of $1,360 and $651, respectively | $    4,321 | $   13,523 |
| Cash paid for interest | $   13,528 | $    5,487 |
| | | |
| Non-cash investing activities: | | |
| Liability for dissenters and other future cash payments associated with the acquisition of Diamond (Note 3) | $   12,418 | $     -- |
| | | |
| Non-cash financing activities: | | |
| Common stock and stock-based compensation issued for business acquisitions | $   800,987 | $     -- |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Operating income, excluding special items
For the Quarters Ended July 2, 2016 and July 4, 2015

| | Quarter ended | |
|---|---|---|
| (in thousands) | July 2, 2016 | July 4, 2015 |
| | | |
| Income before interest and income taxes | $   40,783 | $   29,823 |
| Other income, net | (987) | (110) |
| Operating income | 39,796 | 29,713 |
| | | |
| Transaction and integration related expenses (1) | 10,820 | -- |
| Inventory step-up (2) | (368) | -- |
| Impairments (3) | 489 | -- |
| Legal fees and settlement accrual (4) | -- | 3,029 |
| Other (5) | 440 | (336) |
| Operating income, excluding special items | $   51,177 | $   32,406 |
| | | |
| Net revenue | $  609,500 | $  431,428 |
| | | |
| Operating income, as a % of net revenue | 6.5        % | 6.9          % |
| Operating income, excluding special | | |

```
items, as a % of net revenue        8.4      %    7.5        %
```

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel. The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.
(2) The inventory step-up represents the reversal included in cost of sales recognized in the second quarter of 2016 as a result of a reduction in our calculation of the step-up of Diamond's inventory to fair value at the acquisition date.
(3) Asset impairments consisted of computer hardware and software.
(4) Includes accrual for legal fees and contingent liability associated with the expected settlement of certain litigation involving industry wide packaging claims.
(5) Other items include severance expense and professional fees not associated with the acquisition of Diamond.

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Earnings per diluted share, excluding special items
For the Quarters Ended July 2, 2016 and July 4, 2015

|  | Quarter Ended | |
| --- | --- | --- |
|  | July 2, 2016 | July 4, 2015 |
| Earnings per diluted share | $    0.20 | $   0.24 |
| Transaction and integration related expenses (1) | 0.08 | -- |

## 9 Aug 2016 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -4-

| Legal fees and settlement accrual (2) | -- | 0.03 |
| --- | --- | --- |
| Earnings per diluted share, excluding special items | $    0.28 | $   0.27 |

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel. The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.
(2) Includes accrual for legal fees and contingent liability associated with the expected settlement of certain litigation involving industry wide packaging claims.

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
EBITDA and Adjusted EBITDA
For the Quarters Ended July 2, 2016 and July 4, 2015

| (in thousands) | Quarter Ended | |
| --- | --- | --- |
|  | July 2, 2016 | July 4, 2015 |
| Net income | $    19,617 | $   17,394 |
| Income tax expense | 11,805 | 9,758 |
| Interest expense | 9,361 | 2,671 |
| Depreciation | 19,084 | 14,950 |
| Amortization | 7,810 | 2,707 |
| EBITDA | 67,677 | 47,480 |

| | | | |
|---|---|---|---|
| Transaction and integration related expenses (1) | 10,820 | -- | |
| Inventory step-up (2) | (368) | -- | |
| Impairments (3) | 489 | -- | |
| Legal fees and settlement accrual (4) | -- | 3,029 | |
| Other (5)(6) | (60) | (336) | |
| Adjusted EBITDA | $    78,558 | $   50,173 | |
| | | | |
| Net revenue | 609,500 | 431,428 | |
| | | | |
| EBITDA, as a % of net revenue | 11.1 % | 11.0 % | |
| Adjusted EBITDA, as a % of net revenue | 12.9 % | 11.6 % | |

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel. The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.
(2) The inventory step-up represents the reversal included in cost of sales recognized in the second quarter of 2016 as a result of a reduction in our calculation of the step-up of Diamond's inventory to fair value at the acquisition date.
(3) Asset impairments consisted of computer hardware and software.
(4) Includes accrual for legal fees and contingent liability associated with the expected settlement of certain litigation involving industry wide packaging claims.
(5) For the second quarter of 2016, other items include business interruption insurance gains, partially offset primarily by severance expense and professional fees not associated with the acquisition of Diamond.
(6) For the second quarter of 2015, other items include severance expense and professional fees.

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Net income attributable to Snyder's-Lance, excluding special items
For the Quarters Ended July 2, 2016 and July 4, 2015

| | Quarter Ended | |
|---|---|---|
| (in thousands) | July 2, 2016 | July 4, 2015 |
| Net income attributable to Snyder's-Lance | $   19,681 | $   17,329 |
| | | |
| Transaction and integration related expenses, net of tax (1) | 7,730 | |
| Inventory step-up, net of tax (2) | (263) | -- |
| Impairments, net of tax (3) | 349 | -- |
| Legal fees and settlement accrual, net of tax (4) | -- | 1,969 |
| Other, net of tax (5)(6) | (43) | (192) |
| Net income attributable to Snyder's-Lance, excluding special items | $   27,454 | $   19,106 |

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel. The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.
(2) The inventory step-up represents the reversal included in cost of

sales recognized in the second quarter of 2016 as a result of a
reduction in our calculation of the step-up of Diamond's inventory to
fair value at the acquisition date.
(3) Asset impairments consisted of computer hardware and software.
(4) Includes accrual for legal fees and contingent liability associated
with the expected settlement of certain litigation involving industry
wide packaging claims.
(5) For the second quarter of 2016, other items include business
interruption insurance gains, partially offset primarily by severance
expense and professional fees not associated with the acquisition of
Diamond.
(6) For the second quarter of 2015, other items include severance
expense and professional fees.

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
Adjusted effective tax rate
For the Quarters Ended July 2, 2016 and July 4, 2015

Quarter ended July
2, 2016
-------------------

| (in thousands) | GAAP Income | Adjustments | Adjusted Income |
|---|---|---|---|
| Income before income taxes | $ 31,422 | $ 10,881 | $ 42,303 |
| Income taxes | 11,805 | 3,108 | 14,913 |
| Net income | 19,617 | 7,773 | 27,390 |
| Net income attributable to noncontrolling interests | (64) | -- | (64) |
| Net income attributable to Snyder's-Lance | $ 19,681 | $ 7,773 | $ 27,454 |
| Effective tax rate(1) | 37.6 % | | 35.3 % |

Quarter ended July
4, 2015
-------------------

| (in thousands) | GAAP Income | Adjustments | Adjusted Income |
|---|---|---|---|
| Income before income taxes | $ 27,152 | $ 2,693 | $ 29,845 |
| Income taxes | 9,758 | 916 | 10,674 |
| Net income | 17,394 | 1,777 | 19,171 |
| Net income attributable to noncontrolling interests | 65 | -- | 65 |
| Net income attributable to Snyder's-Lance | $ 17,329 | $ 1,777 | $ 19,106 |
| Effective tax rate | 35.9 % | | 35.8 % |

(1) The tax rate on adjusted income varies from the tax rate on GAAP
income for the second quarter of 2016 primarily due to the effective tax
rate impact of non-deductible transaction costs related to the

acquisition of Diamond.

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-inc-reports-results-for-second-quarter-of-fiscal-2016-300310913.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

9 Aug 2016 06:01 ET *Snyders-Lance Sees 3Q EPS 28c-EPS 31c >LNCE

9 Aug 2016 06:01 ET *Snyders-Lance Sees FY EPS $1.22-EPS $1.30 >LNCE

9 Aug 2016 06:01 ET *Snyders-Lance Sees FY Rev $2.29B-$2.33B >LNCE

9 Aug 2016 06:03 ET *Snyders-Lance 2Q Adj EPS 28c >LNCE

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

August 09, 2016 06:03 ET (10:03 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** August 10, 2016

End of Document



# Snyder's-Lance, Inc. Reports Results for Second Quarter of Fiscal 2016; -- Total net revenue increased 41.3% including the contribution of Diamond Foods

PR Newswire

August 9, 2016 Tuesday 6:00 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 5071 words

**Dateline:** CHARLOTTE, N.C., Aug. 9, 2016

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported financial results for the second quarter ended July 2, 2016 and narrowed its full-year 2016 earnings per diluted share* and adjusted EBITDA* outlook. Total net revenue in the second quarter of 2016 increased 41.3% including the contribution of Diamond Foods. GAAP net income attributable to Snyder's-Lance, Inc. in the second quarter of 2016 was $19.7 million, or $0.20 per diluted share, as compared to $17.3 million, or $0.24 per diluted share, in the second quarter of 2015. Net income attributable to Snyder's-Lance, Inc. excluding special items* for the second quarter of 2016 increased 43.7% to $27.5 million as compared to $19.1 million in the second quarter of 2015. Earnings per diluted share excluding special items* was $0.28 in the second quarter of 2016 compared to $0.27 in the second quarter of 2015. All financial comparisons to the prior year are compared against the legacy Snyder's-Lance results, where the prior year does not include any contribution from Diamond Foods.

> *Descriptions of measures excluding special items are provided in "Use and Definition of Non-GAAP Measures," and reconciliations are provided in the tables at the end of this release.

"In the second quarter we continued to focus on our margin expansion initiatives, the integration of Diamond Foods, and improving performance in our legacy Snyder's-Lance branded business. I'm pleased to report that we've made good progress across all three fronts," said Carl E. Lee, Jr., President and Chief Executive Officer. "We increased operating margin by expanding gross margin and reducing SG&A expenses. The gross margin performance was driven by manufacturing efficiencies, as well as improved capacity utilization and procurement savings. Our legacy branded net revenue increased year over year as trends in Snyder's of Hanover® improved, and Lance®, Snack Factory® and Cape Cod® all outperformed their respective categories. The integration of Diamond Foods is progressing as planned with key milestones achieved in the quarter, and we are on track to deliver the expected cost synergies over time as well as revenue synergies as a result of this strategic combination."

Mr. Lee continued, "Our second quarter results have led us to narrow our full-year EPS and adjusted EBITDA guidance ranges, raising the lower-end of our expectations. We have momentum as we move into the back-half of the year, and I'm confident that we will continue to execute our strategies as a leading provider of premium and differentiated snacks. We are fortunate to have a hard working and dedicated team, and we have the right strategic plan in place to drive sustainable growth and shareholder value."

Second Quarter 2016 Results

**Second-Quarter Net Revenue by Product**

Snyder's-Lance, Inc. Reports Results for Second Quarter of Fiscal 2016; -- Total net revenue increased 41.3% including the contribution of Diamond Foods

**Category**

| *(in millions)* | **Q2 2016 Net Revenue** | **Q2 2015 Net Revenue** | **% Change** | **Q2 2016 Net Revenue** | **Incremental Diamond Net Revenue** | **Q2 2016 Net Revenue Excluding Diamond Foods\*** | **Q2 2015 Net Revenue** | **% Change** |
|---|---|---|---|---|---|---|---|---|
| **Branded** | $ 444,156 | $ 309,302 | 43.6% | $ 444,156 | $ 133,724 | $ 310,432 | $ 309,302 | 0.4% |
| **Partner Brand** | 78,958 | 77,649 | 1.7% | 78,958 | ? | 78,958 | 77,649 | 1.7% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Other** | 39,971 | 44,477 | -10.1% | 39,971 | 3,655 | 36,316 | 44,477 | -18.3% |
| **Culinary** | 46,415 | ? | ? | 46,415 | 46,415 | ? | ? | ? |
| **Total** | $609,500 | $431,428 | 41.3% | $609,500 | $183,794 | $425,706 | $431,428 | -1.3% |

*The non-GAAP measure and related comparisons in the table above should be considered in addition to, not as a substitute for, our net revenue disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly

titled measures used by other companies. Company management believes the presentation of 2016 Net Revenue Excluding Diamond Foods is useful for providing increased transparency and assisting investors in understanding our ongoing operating performance. Note: Due to the acquisition of Diamond, prior year Partner brand revenues from the sale of Kettle Brand® potato chips are now classified as Branded revenues. For the second quarter of 2015 the Company has reclassified $9.6 million of

Partner
brand
revenue
associated
with Kettle
Brand®
potato
chips to
Branded
revenue to
be
consistent
with
current
year
presentati
on.

Total net revenue in the second quarter of 2016 was $609.5 million, an increase of 41.3% compared to net revenue of $431.4 million in the second quarter of 2015. Net revenue in the second quarter of 2016, excluding Diamond Foods, included Branded category growth of 0.4% driven by a 3.1% increase in volume, Partner Brand category growth of 1.7%, and a decline in net revenue for the Other category of 18.3%. The decline in Other net revenue was consistent with the Company's expectations, and was primarily due to the planned exit of certain contract manufacturing agreements. Excluding the contribution from Diamond Foods, net revenue in the second quarter of 2016 decreased 1.3% compared to the second quarter of 2015, due to the decline in Other revenue.

Operating income in the second quarter of 2016 increased 33.9% to $39.8 million as compared to $29.7 million in the second quarter of 2015. Excluding special items, operating income in the second quarter of 2016 increased 57.9% to $51.2 million, or 8.4% of net revenue, as compared to $32.4 million, or 7.5% percent of net revenue, in the second quarter of 2015. The improvement in operating margin was primarily the result of higher gross margin and lower administrative expenses, as a percentage of net revenue, partially offset by the planned higher marketing and advertising expenses to support the Company's pretzel brands, Snyder's of Hanover® and Snack Factory® **Pretzel Crisps**®.

Adjusted EBITDA in the second quarter of 2016 increased 56.6% to $78.6 million, or 12.9% of revenue, as compared to adjusted EBITDA of $50.2 million, or 11.6% of revenue, in the second quarter of 2015. Adjusted EBITDA is a non-GAAP measure defined herein under "Use and Definition of Non-GAAP Measures," and is reconciled to net income in the tables that accompany this release.

Net interest expense in the second quarter of 2016 increased to $9.4 million as compared to $2.7 million in the second quarter of 2015. The increase in net interest expense was the result of additional debt utilized to finance the acquisition of Diamond Foods. The effective tax rate, excluding special items, was 35.3% in the second quarter of 2016 as compared to 35.8% in the second quarter of 2015.

Outlook*For the full-year of fiscal 2016, the Company now expects earnings per diluted share to be in the range of $1.22 to $1.30 (previously $1.20 to $1.30). The Company's fiscal 2016 outlook excludes special items and charges associated with the acquisition of Diamond Foods, and includes an estimated negative impact of $0.10 to $0.12 per diluted share, from purchase accounting adjustments. For the third quarter of fiscal 2016, the Company expects earnings per diluted share, excluding special items, to be in the range of $0.28 to $0.31.

The Company's 2016 full-year outlook also includes the following assumptions:

Net revenue of $2,290 million to $2,330 million, an increase of approximately 39% to 41%;Excluding the contribution from Diamond Foods net revenue growth is expected to be approximately flat to up 2%;Net revenue contribution from Diamond Foods for the 10 months beginning February 29, 2016, of approximately $630 million to $650 million, net of the impact of intercompany eliminations and reflecting the negative impact of net price

realization from lower commodity costs and unfavorable foreign currency;Adjusted EBITDA of $313 million to $325 million (previously $310 million to $325 million); andCapital expenditures of $80 million to $85 million.

The Company's 2016 full-year outlook is also based on the following assumptions, reflecting the acquisition of Diamond Foods:

Net interest expense of $33 million to $35 million;Effective tax rate of 34% to 35%; andWeighted average diluted share count of approximately 93 million to 94 million shares.

*Third-quarter and full-year 2016 GAAP guidance are not provided in this release due to the likely occurrence of one or more of the following items where the Company is unable to reliably forecast the timing and magnitude: Continued transaction and integration related costs associated with the acquisition of Diamond Foods, other potential transactions and their related costs, settlements of contingent liabilities, possible gains or losses on the sale of businesses or other assets, restructuring costs, impairment charges, and the income tax effects of these.

Conference CallManagement will host a conference call to discuss second quarter 2016 results at 8:00 a.m. Eastern Daylight Time on August 9, 2016. The conference call will be webcast live through the Investor Relations section of Snyder's-Lance website (http://www.snyderslance.com) where the accompanying slide presentation will also be available. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 26596533. A continuous telephone replay of the call will be available between 12:00 p.m. on August 9 and midnight on August 16. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 26596533. Investors may also access a web-based replay of the conference call at        http://www.snyderslance.com.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:http://www.snyderslance.com. LNCE-E

Use and Definition of Non-GAAP MeasuresSnyder's-Lance's management uses non-GAAP financial measures to evaluate our operating performance and to facilitate a comparison of the Company's operating performance on a consistent basis from period to period and to provide measures that, when viewed in combination with its results prepared in accordance with GAAP, allow for a more complete understanding of factors and trends affecting the Company's business than GAAP measures alone. The non-GAAP measures and related comparisons should be considered in addition to, not as a substitute for, our GAAP disclosure, as well as other measures of financial performance reported in accordance with GAAP, and may not be comparable to similarly titled measures used by other companies. Our management believes these non-GAAP measures are useful for providing increased transparency and assisting investors in understanding our ongoing operating performance.

Operating Income, Excluding Special Items

Operating Income, excluding special items, is provided because Snyder's-Lance believes it is useful information for understanding our results by improving the comparability of year-to-year results. Additionally, operating income, excluding special items, provides transparent and useful information to management, investors, analysts and other parties in evaluating and assessing the Company's primary operating results from period to period after removing the impact of unusual, non-operational or restructuring-related activities that affect comparability. Operating Income, excluding special items, is one of the measures management uses for planning and budgeting, monitoring and evaluating financial and operating results, and in the analysis of ongoing operating trends.

Net Income, Earnings per Share and Effective Income Tax Rate, Excluding Special Items

Snyder's-Lance, Inc. Reports Results for Second Quarter of Fiscal 2016; -- Total net revenue increased 41.3% including the contribution of Diamond Foods

Net income, earnings per share, and the effective income tax rate, excluding special items, are metrics provided to present the reader with the after-tax impact of operating income, excluding special items, in order to improve the comparability and understanding of the related GAAP measures. Net income, earnings per share, and the effective income tax rate, excluding special items, provide transparent and useful information to management, investors, analysts and other parties in evaluating and assessing our primary operating results from period to period after removing the impact of unusual, non-operational or restructuring-related activities that affect comparability. Net income, earnings per share, and the effective income tax rate, excluding special items, are measures management uses for planning and budgeting, monitoring and evaluating financial and operating results.

Adjusted EBITDA

Snyder's-Lance defines adjusted EBITDA as earnings before interest expense, income taxes, depreciation and amortization ("EBITDA"), further adjusted to exclude transaction-related expenses, and other non-cash or non-operating items as well as any other unusual items that impact the comparability of our financial information.

Management uses adjusted EBITDA as a key metric in the evaluation of underlying Company performance, in making financial, operating and planning decisions. The Company believes this measure is useful to investors because it increases transparency and assists investors in understanding the underlying performance of the Company and in the analysis of ongoing operating trends. Additionally, Snyder's-Lance believes adjusted EBITDA is frequently used by analysts, investors and other interested parties in their evaluation of companies, many of which present an adjusted EBITDA measure when reporting their results. The Company has historically reported adjusted EBITDA to analysts and investors and believes that its continued inclusion provides consistency in financial reporting and enables analysts and investors to perform meaningful comparisons of past, present and future operating results.

Adjusted EBITDA should not be considered as an alternative to net income, determined in accordance with Generally Accepted Accounting Principles ("GAAP"), as an indicator of the Company's operating performance, as an indicator of cash flows, or as a measure of liquidity. While EBITDA and adjusted EBITDA and similar measures are frequently used as measures of operations and the ability to meet debt service requirements, they are not necessarily comparable to other similarly titled captions of other companies due to the potential inconsistencies in the method of calculation.

Cautionary Information about Forward Looking StatementsThis press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price, quality or availability of inputs, including walnuts and other raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; failure to maintain satisfactory labor relations; risks related to our foreign operations, including foreign currency risks; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, political and economic conditions of the countries in which we conduct business, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Investor ContactKevin Powers, Senior Director, Investor Relations

Snyder's-Lance, Inc. Reports Results for Second Quarter of Fiscal 2016; -- Total net revenue increased 41.3% including the contribution of Diamond Foods

kpowers@snyderslance.com, (704) 557-8279

(Tables Follow)

**SNYDER'S-LANCE, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Income (Unaudited)**

**For the Quarters and Six Months Ended July 2, 2016 and July 4, 2015**

| (in thousands, except per share data) | Quarter Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | July 2,2016 | July 4,2015 | July 2, 2016 | July 4, 2015 |
| Net revenue | $ 609,500 | $ 431,428 | $ 1,072,265 | $ 833,769 |
| Cost of sales | 391,217 | 271,945 | 711,828 | 542,924 |
| Gross profit | 218,283 | 159,483 | 360,437 | 290,845 |

| | | | | |
|---|---|---|---|---|
| Selling, general and administrative | **167,519** | 121,844 | **291,708** | 243,768 |
| Transaction and integration related expenses | **10,634** | - | **59,940** | - |
| Impairment charges | **489** | - | **863** | - |
| Gain on sale of route businesses, net | **(155)** | (74) | **(691)** | (867) |
| Other income, net | **(987)** | (110) | **(1,284)** | (846) |
| Income before interest and income taxes | **40,783** | 29,823 | **9,901** | 48,790 |
| Loss on early extinguishment of debt | - | - | **4,749** | - |
| Interest expense, net | **9,361** | 2,671 | **14,090** | 5,138 |
| Income/(loss) before income taxes | **31,422** | 27,15 | **(8,9** | 43,65 |

| | | | | |
|---|---|---|---|---|
| | | 2 | 38) | 2 |
| Income tax expense/(benefit) | 11,805 | 9,758 | (3,161) | 15,676 |
| Net income/(loss) | 19,617 | 17,394 | (5,777) | 27,976 |
| Net (loss)/income attributable to noncontrolling interests | (64) | 65 | (27) | 11 |
| Net income/(loss) attributable to Snyder's-Lance, Inc. | $ 19,681 | $ 17,329 | $ (5,750) | $ 27,965 |
| Basic earnings/(loss) per share (Note 4) | $ 0.21 | $ 0.25 | $ (0.07) | $ 0.40 |
| Weighted average basic shares outstanding | 95,679 | 70,426 | 87,816 | 70,342 |
| Diluted earnings/(loss) per share (Note 4) | $ 0.20 | $ 0.24 | $ (0.07) | $ 0.39 |
| Weighted average diluted shares | 96, | 7 | 8 | 7 |

| | | | |
|---|---|---|---|
| outstanding | 666 | 17,171 | 7,816 | 1,074 |
| Cash dividends declared per share | $ 0.16 | $ 0.16 | $ 0.32 | $ 0.32 |

*SNYDER'S-LANCE, INC. AND SUBSIDIARIES*

**Condensed Consolidated Balance Sheets (Unaudited)**

**As of July 2, 2016 and January 2, 2016**

| *(in thousands, except share and per share data)* | July 2,2016 | January 2,2016 |
|---|---|---|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 37,725 | $ 39,105 |
| Restricted cash | 714 | 966 |
| Accounts receivable, net of allowances of $1,032 and $917, respectively | 222,339 | 131,339 |
| Inventories, net | 228,746 | 110,994 |
| Prepaid income taxes and income taxes receivable | 5,870 | 2,321 |
| Assets held for sale | 18,256 | 15,678 |
| Prepaid expenses and other current assets | 34,001 | 21,210 |
| Total current assets | 547,651 | 321,613 |
| | | |
| **Noncurrent assets:** | | |
| Fixed assets, net | 530,402 | 401,465 |
| Goodwill | 1,401,570 | 539,119 |

| | | | |
|---|---|---|---|
| Other intangible assets, net | | 1,422,745 | 528,658 |
| Other noncurrent assets | | 30,197 | 19,849 |
| **Total assets** | $ | 3,932,565 | $ 1,810,704 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

**Current liabilities:**

| | | | |
|---|---|---|---|
| Current portion of long-term debt | $ | 49,000 | $ 8,541 |
| Accounts payable | | 100,312 | 54,207 |
| Payable to growers | | 8,924 | - |
| Accrued compensation | | 34,249 | 26,196 |
| Accrued casualty insurance claims | | 5,743 | 4,262 |
| Accrued marketing, selling and promotional costs | | 50,495 | 18,806 |
| Other payables and accrued liabilities | | 69,729 | 32,248 |
| Total current liabilities | | 318,452 | 144,260 |

**Noncurrent liabilities:**

| | | | |
|---|---|---|---|
| Long-term debt, net | | 1,342,405 | 372,301 |
| Deferred income taxes, net | | 344,719 | 157,591 |
| Accrued casualty insurance claims | | 11,718 | 11,931 |
| Other noncurrent liabilities | | 38,568 | 17,034 |
| Total liabilities | | 2,055,862 | 703,117 |

**Commitments and contingencies**

**Stockholders' equity:**

| | | | |
|---|---|---|---|
| Common stock, $0.83 1/3 par value. 110,000,000 shares authorized; 96,039,888 and 70,968,054 | | 80,030 | 59,138 |

| | | | |
|---|---|---|---|
| shares outstanding, respectively | | | |
| Preferred stock, $1.00 par value. Authorized 5,000,000 shares; no shares outstanding | - | | - |
| Additional paid-in capital | **1,591,173** | | 791,428 |
| Retained earnings | **205,862** | | 238,314 |
| Accumulated other comprehensive loss | **(19,672)** | | (630) |
| Total Snyder's-Lance, Inc. stockholders' equity | **1,857,393** | | 1,088,250 |
| Noncontrolling interests | **19,310** | | 19,337 |
| Total stockholders' equity | **1,876,703** | | 1,107,587 |
| **Total liabilities and stockholders' equity** | $ | **3,932,565** | $ 1,810,704 |

**SNYDER'S-LANCE, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Cash Flows (Unaudited)**

**For the Six Months Ended July 2, 2016 and July 4, 2015**

| | Six Months Ended | | |
|---|---|---|---|
| *(in thousands)* | July 2,2016 | | July 4,2015 |
| **Operating activities:** | | | |
| Net (loss)/income | $ | **(5,777)** | $ 27,976 |
| Adjustments to reconcile net (loss)/income to cash from operating activities: | | | |
| Depreciation and amortization | **47,452** | | 35,070 |
| Stock-based compensation expense | **19,798** | | 2,755 |
| Loss on sale of fixed assets, net | **1** | | 79 |
| Gain on sale of route businesses, net | **(691)** | | (867) |
| Gain on write-off of debt premium | **(1,341)** | | - |
| Impairment charges | **863** | | - |

| | | |
|---|---|---|
| Deferred income taxes | **(4,760)** | 1,818 |
| Provision for doubtful accounts | **235** | 751 |
| Changes in operating assets and liabilities, excluding business acquisitions and foreign currency translation adjustments | **13,380** | (18,327) |
| Net cash provided by operating activities | **69,160** | 49,255 |
| | | |
| **Investing activities:** | | |
| Purchases of fixed assets | **(37,317)** | (22,947) |
| Purchases of route businesses | **(14,863)** | (10,094) |
| Proceeds from sale of fixed assets and insurance recoveries | **833** | 795 |
| Proceeds from sale of route businesses | **13,830** | 12,896 |
| Proceeds from sale of investments | **-** | 436 |
| Business acquisition, net of cash acquired | **(1,014,829)** | - |
| Changes in restricted cash | **252** | - |
| Net cash used in investing activities | **(1,052,094)** | (18,914) |
| | | |
| **Financing activities:** | | |
| Dividends paid to stockholders | **(26,702)** | (22,560) |
| Debt issuance costs | **(6,047)** | - |
| Payments on capital leases | **(1,015)** | - |
| Issuances of common stock | **7,830** | 3,357 |
| Excess tax benefits from stock-based compensation | **299** | 659 |
| Share repurchases, including shares surrendered for tax withholding | **(8,275)** | (801) |
| Repayments of long-term debt | **(114,125)** | (3,750) |
| Proceeds from issuance of long-term debt | **1,130,000** | - |
| Net cash provided by/(used in) financing activities | **981,965** | (23,095) |

| | | | |
|---|---|---|---|
| **Effect of exchange rate changes on cash** | (411) | | - |
| **(Decrease)/increase in cash and cash equivalents** | (1,380) | | 7,246 |
| **Cash and cash equivalents at beginning of period** | 39,105 | | 35,373 |
| **Cash and cash equivalents at end of period** | $ 37,725 | | $ 42,619 |
| | | | |
| **Supplemental information:** | | | |
| Cash paid for income taxes, net of refunds of $1,360 and $651, respectively | $ 4,321 | | $ 13,523 |
| Cash paid for interest | $ 13,528 | | $ 5,487 |
| | | | |
| **Non-cash investing activities:** | | | |
| Liability for dissenters and other future cash payments associated with the acquisition of Diamond (Note 3) | $ 12,418 | | $ - |
| | | | |
| **Non-cash financing activities:** | | | |
| Common stock and stock-based compensation issued for business acquisitions | $ 800,987 | | $ - |

***SNYDER'S-LANCE, INC. AND SUBSIDIARIES***

**Reconciliation of Non-GAAP Measures (Unaudited)**

**Operating income, excluding special items**

**For the Quarters Ended July 2, 2016 and July 4, 2015**

| | Quarter ended | |
|---|---|---|
| *(in thousands)* | **July 2, 2016** | **July 4, 2015** |
| | | |
| Income before interest and income taxes | $ 40,783 | $ 29,823 |
| Other income, net | (987) | (110) |
| **Operating income** | 39,796 | 29,713 |

|  |  |  | 3 |  |
|---|---|---|---|---|
| Transaction and integration related expenses (1) | **10,820** |  | - |  |
| Inventory step-up (2) | **(368)** |  | - |  |
| Impairments (3) | **489** |  | - |  |
| Legal fees and settlement accrual (4) | **-** |  | 3,029 |  |
| Other (5) | **440** |  | (336) |  |
| **Operating income, excluding special items** | **$** | **51,177** | $ | 32,406 |
| **Net revenue** | **$** | **609,500** | $ | 431,428 |
| **Operating income, as a % of net revenue** | *6.5* | *%* | *6.9* | *%* |
| **Operating income, excluding special items, as a % of net revenue** | *8.4* | *%* | *7.5* | *%* |

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel.  The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.

(2) The inventory step-up represents the reversal included in cost of sales recognized in the second quarter of 2016 as a result of a reduction in our calculation of the step-up of Diamond's inventory to fair value at the acquisition date.

(3) Asset impairments consisted of computer hardware and software.

(4) Includes accrual for legal fees and contingent liability associated with the expected settlement of certain litigation involving industry wide packaging claims.

(5)  Other items include severance expense and professional fees not associated with the acquisition of Diamond.

***SNYDER'S-LANCE, INC. AND SUBSIDIARIES***

**Reconciliation of Non-GAAP Measures (Unaudited)**

**Earnings per diluted share, excluding special items**

**For the Quarters Ended July 2, 2016 and July 4, 2015**

|  | Quarter Ended | | |
|---|---|---|---|
|  | July 2, 2016 | July 4, 2015 | |
| **Earnings per diluted share** | $ | **0.20** | $ 0.24 |
| Transaction and integration related expenses (1) | **0.08** | | - |
| Legal fees and settlement accrual (2) | - | | 0.03 |
| **Earnings per diluted share, excluding special items** | $ | **0.28** | $ 0.27 |

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel.  The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.

(2) Includes accrual for legal fees and contingent liability associated with the expected settlement of certain litigation involving industry wide packaging claims.

***SNYDER'S-LANCE, INC. AND SUBSIDIARIES***

**Reconciliation of Non-GAAP Measures (Unaudited)**

**EBITDA and Adjusted EBITDA**

**For the Quarters Ended July 2, 2016 and July 4, 2015**

|  | Quarter Ended | | |
|---|---|---|---|
| *(in thousands)* | July 2, 2016 | July 4, 2015 | |
| Net income | $ | **19,617** | $ 17,394 |
| Income tax expense | **11,805** | | 9,758 |
| Interest expense | **9,361** | | 2,671 |

| | | | | |
|---|---|---|---|---|
| Depreciation | | | 14,950 | |
| | **19,084** | | | |
| Amortization | | | 2,707 | |
| | **7,810** | | | |
| | | | 47,480 | |
| **EBITDA** | **67,677** | | | |
| Transaction and integration related expenses (1) | | | - | |
| | **10,820** | | | |
| Inventory step-up (2) | | | - | |
| | **(368)** | | | |
| Impairments (3) | | | - | |
| | **489** | | | |
| Legal fees and settlement accrual (4) | | | 3,029 | |
| | **-** | | | |
| Other (5)(6) | | | (336) | |
| | **(60)** | | | |
| | | | $ 50,173 | |
| **Adjusted EBITDA** | **$** | **78,558** | | |
| **Net revenue** | **609,500** | | 431,428 | |
| **EBITDA, as a % of net revenue** | *11.1* | *%* | *11.0* | *%* |
| **Adjusted EBITDA, as a % of net revenue** | *12.9* | *%* | *11.6* | *%* |

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel. The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.

(2) The inventory step-up represents the reversal included in cost of sales recognized in the second quarter of 2016 as a result of a reduction in our calculation of the step-up of Diamond's inventory to fair value at the acquisition date.

(3) Asset impairments consisted of computer hardware and software.

(4) Includes accrual for legal fees and contingent liability associated with the expected settlement of certain litigation involving industry wide packaging claims.

(5) For the second quarter of 2016, other items include business interruption insurance gains, partially offset primarily by severance expense and professional fees not associated with the acquisition of Diamond.

(6) For the second quarter of 2015, other items include severance expense and professional

fees.

**SNYDER'S-LANCE, INC. AND SUBSIDIARIES**

**Reconciliation of Non-GAAP Measures (Unaudited)**

**Net income attributable to Snyder's-Lance, excluding special items**

**For the Quarters Ended July 2, 2016 and July 4, 2015**

| | Quarter Ended | |
|---|---|---|
| (in thousands) | July 2, 2016 | July 4, 2015 |
| Net income attributable to Snyder's-Lance | $ 19,681 | $ 17,329 |
| Transaction and integration related expenses, net of tax (1) | 7,730 | |
| Inventory step-up, net of tax (2) | (263) | - |
| Impairments, net of tax (3) | 349 | - |
| Legal fees and settlement accrual, net of tax (4) | - | 1,969 |
| Other, net of tax (5)(6) | (43) | (192) |
| **Net income attributable to Snyder's-Lance, excluding special items** | $ 27,454 | $ 19,106 |

(1) Transaction and integration related expenses included $2.9 million of severance and retention benefits and $2.8 million of accelerated stock-based compensation which was recognized primarily due to change in control provisions and severance agreements with Diamond personnel.  The remaining costs were primarily professional fees and legal costs associated with the integration of Diamond.

(2) The inventory step-up represents the reversal included in cost of sales recognized in the second quarter of 2016 as a result of a reduction in our calculation of the step-up of Diamond's inventory to fair value at the acquisition date.

(3) Asset impairments consisted of computer hardware and software.

(4) Includes accrual for legal fees and contingent liability associated with the expected settlement of certain litigation involving industry wide packaging

claims.

(5)  For the second quarter of 2016, other items include business interruption insurance gains, partially offset primarily by severance expense and professional fees not associated with the acquisition of Diamond.

(6) For the second quarter of 2015, other items include severance expense and professional fees.

**SNYDER'S-LANCE, INC. AND SUBSIDIARIES**

**Reconciliation of Non-GAAP Measures (Unaudited)**

**Adjusted effective tax rate**

**For the Quarters Ended July 2, 2016 and July 4, 2015**

**Quarter ended July 2, 2016**

| (in thousands) | GAAP Income | Adjustments | Adjusted Income | |
|---|---|---|---|---|
| **Income before income taxes** | $ 31,422 | | $ 10,881 | $ 42,303 |
| Income taxes | 11,805 | 3,108 | 14,913 | |
| **Net income** | 19,617 | 7,773 | 27,390 | |
| Net income attributable to noncontrolling interests | (64) | - | (64) | |
| **Net income attributable to Snyder's-Lance** | $ 19,681 | | $ 7,773 | $ 27,454 |
| **Effective tax rate**(1) | 37.6 % | | 35.3 % | |

**Quarter ended July 4, 2015**

| (in thousands) | GAAP Income | Adjustments | Adjusted Income |
|---|---|---|---|

| | | me | | | |
|---|---|---|---|---|---|
| **Income before income taxes** | $ | 27,152 | $ | 2,693 | $ 29,845 |
| Income taxes | 9,758 | | 916 | | 10,674 |
| **Net income** | 17,394 | | 1,777 | | 19,171 |
| Net income attributable to noncontrolling interests | 65 | | - | | 65 |
| **Net income attributable to Snyder's-Lance** | $ | 17,329 | $ | 1,777 | $ 19,106 |
| **Effective tax rate** | 35.9 | % | | 35.8 | % |

(1) The tax rate on adjusted income varies from the tax rate on GAAP income for the second quarter of 2016 primarily due to the effective tax rate impact of non-deductible transaction costs related to the acquisition of Diamond.

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-inc-reports-results-for-second-quarter-of-fiscal-2016-300310913.html

SOURCE Snyder's-Lance, Inc.

**Load-Date:** August 10, 2016

End of Document



# Q2 2016 Snyder'sLance Inc Earnings Call - Final

FD (Fair Disclosure) Wire

August 9, 2016 Tuesday

Copyright 2016 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2016 CCBN, Inc.

**Length:** 9870 words

# Body

Corporate Participants

* Kevin Powers

Snyder's-Lance, Inc. - Senior Director, IR

* Carl Lee

Snyder's-Lance, Inc. - President & CEO

* Rick Puckett

Snyder's-Lance, Inc. - EVP & CFO

Conference Call Participants

* Brett Andress

KeyBanc Capital Markets - Analyst

* William Chappell

SunTrust Robinson Humphrey - Analyst

* Akshay Jagdale

Jefferies LLC - Analyst

* Amit Sharma

BMO Capital Markets - Analyst

* Jonathan Feeney

Consumer Edge Research - Analyst

* Mario Contreras

Deutsche Bank - Analyst

* Michael Gallo

CL King & Associates - Analyst

* Eric Gottlieb

D.A. Davidson & Co. - Analyst

Presentation

OPERATOR: Good day, ladies and gentlemen, and welcome to the Snyder's-Lance second-quarter 2016 financial results conference call.

(Operator Instructions)

As a reminder, this conference call is being recorded. I would now like to introduce your host for today's conference, Mr. Kevin Powers, Senior Director of Investor Relations. Sir, you may begin.

KEVIN POWERS, SENIOR DIRECTOR, IR, SNYDER'S-LANCE, INC.: Thank you, operator, and good morning everyone. With me today are Carl Lee, President and Chief Executive Officer, as well as Rick Puckett, Executive Vice President, Chief Financial Officer of Snyder's-Lance, Inc.

During today's call we will discuss our 2016 second-quarter results as well as our outlook for the balance of 2016. As a reminder, we are webcasting this conference call including a supporting slide presentation under the investor relations section of our corporate website at snyderslance.com.

Before we begin I'd like to point out that during today's presentation management may make forward-looking statements about our Company's performance. Please refer to the Safe Harbor language included in our presentation.

A reconciliation of GAAP results to non-GAAP financial measures is available in our earnings release and slide presentation, both of which are posted on our website. I will now turn the call over to Carl Lee, President and CEO, to begin management's comments. Carl?

CARL LEE, PRESIDENT & CEO, SNYDER'S-LANCE, INC.: Thank you, Kevin, and good morning everyone. We appreciate you joining our second-quarter call today.

I will begin my comments with an overview of the quarter and provide an update on our integration of Diamond Foods. Rick will then take you through the quarter in more detail and discuss our 2016 outlook.

Now if you will join me on slide 5 we will begin to talk about the second-quarter results. We delivered solid finance results in the second quarter that were ahead of our original expectations. While sales were a little slower than anticipated we delivered operating margin expansion and achieved strong bottom-line results.

Net revenue increased 41% with the contribution of Diamond Foods. Excluding Diamond net revenue increased by almost 1% on core brands. The overall decline of 1.3% was driven by reduced sales in our other revenue category due to some planned changes in Contract Manufacturing.

I plan to go deeper into our revenue performance in a second. Operating margin expanded 90 basis points as improvement in the quarter was driven by strong cost controls across the P&L. Our savings initiatives drove increases in plants utilization, supply chain efficiency and savings in procurement as well as SG&A savings as we manage expenses carefully.

Our margin expansion plans are fully underway as we discussed with you previously. Our adjusted EBITDA reached almost $79 million for the quarter, up almost 57%. In addition, the integration plans are on track for Diamond and our efforts to capture synergies are on schedule.

We expect those benefits to accelerate as we move through the second half of this year. Good bottom-line performance in the quarter and our outlook for 2016 continues to reflect our margin expansion efforts.

Now join me on slide 6 when we talk a little bit more about our revenue. Turning to Q2 revenue results, again total revenue increased 41% to $610 million. Diamond contributed an incremental $184 million, keeping in mind this reflects some weakness in Diamond brand performance that we are addressing quickly.

The new Diamond portfolio of brands extends our consumer reach, our channel penetration and our growth potential. Therefore, we remain excited about the power of this important transaction.

As expected our Snyder's-Lance legacy net revenue declined in the quarter due to anticipated changes in contract manufacturing. Partially offsetting this was growth in partner brands and our branded business.

Branded revenue increased 0.4% driven by 1% growth in core brands with volume growth of nearly 3.5%. This is a significant improvement from our fourth-quarter results as our renovation process is driving momentum and our pretzel sales trends.

Let's take a closer look at our quarter brand performance during the second quarter. If you will join me on slide 7 as we begin to look at our individual legacy brands.

Starting with Snyder's of Hanover, as we discussed the pretzel category has been facing some headwinds and this has impacted our performance. However, our renovation process led by our marketing team and driven by our sales organization is delivering the early results we expected.

In the second quarter we kicked off our new integrated marketing plans that included TV advertising, new products and enhancements to our promotional calendar. They have all led to a step-up in our consumption trends.

In the second quarter we moved back to the position of gaining market share. I'll talk a little bit more about Snyder's of Hanover in just a few moments as we continue to review plans for this very important brand.

Turning attention to Lance, Lance sandwich crackers continues to benefit from the brand renovation process that we completed last year. We have successfully leveraged this effort in the past to drive brand and category growth. We are seeing positive velocity and base business growth across all channels.

Consumer enthusiasm over the new packaging design and product enhancements have driven solid sales growth for the last four quarters. Given the growth we are planning, we are bringing on additional manufacturing capacity at the end of third quarter.

Our gluten-free products continue to outpace our expectation as we see sales growth with both our retail customers and our online merchants. Cape Cod continues to benefit from our early brand renovation. Good growth in the quarter as we outpace the category nearly 2 to 1.

DSD execution continues to drive retail visibility, extending our franchise and our consumer awareness. Strong base performance and successful limited batch new items are helping to ensure we maximize the summer demand for Cape Cod. Cape Cod is a strong contributor to our margin enhancement initiatives.

**Pretzel Crisps** share in the quarter and we continue to drive household penetration. During the quarter we launched Apple Sticks and new flavors to refresh the line in time for the back half of 2016. Innovative new products continue to expand consumer reach and usage occasions.

Late July continues to perform well across all natural and traditional retailers. Distribution gains continue as we leverage our DSD sales team across the supermarket channel. We have the opportunity to leverage our strong consumer loyalty with this growing brand as we leverage our better-for-you positioning.

We have further room to expand this exciting brand, bringing forth all the resources that Snyder's-Lance has to offer.

Now turning to slide 8 and focusing a little bit more on Snyder's of Hanover and the brand renovation. I want to update you on the progress that we've made over the last 90 days. The Pretzels, Baby advertising campaign worked according to plan as we drew attention to our brand and the category.

We saw sales increases across our best-selling product segments and our leading SKUs. This was (technical difficulty) not only by our marketing plan, it was also supported by ACV distribution gains and improved display coverage by our sales team.

We are in the process of refreshing our specialty line of pretzels such as braided twist and launching an all-important new organic SKU. In time for back-to-school we have transitioned to peanut-free manufacturing and are rolling out an exciting new item for kids. The early results are very encouraging as consumption trends have rebounded since early April when we began our marketing campaign.

We still have some work ahead of us and additional plans to implement as we push for further gains over the next two quarters. But we want to recognize that the early results are very, very encouraging.

Turning to slide 9 as we give you a Diamond update. For our recently acquired Diamond Foods brands performance was mixed for the quarter.

Kettle Brand remains healthy and strengthens our position within the Kettle Chip category. Kettle brings a younger consumer focused on better-for-you attributes that broaden our appeal across the chip category. In the quarter, new innovation like avocado oil continues to fuel growth as we extend the reach of this successful brand.

And we are starting to see ACV expansion as we leverage our DSD and direct salesforces. Emerald provides us with a strong brand in the snack nut category. We continue to see significant amounts of opportunities to build the Emerald brand.

In the quarter the base business continued to improve driven by small bag ACV distribution gains, leveraging the new products for 2016. As a reminder, we continue to overlap the exit of the canister line and a few remaining retailers as we move to the new resealable bag. Pop Secret continues to struggle in the quarter as the brand was negatively impacted by category headwinds and competitive activity.

Let's take a minute to discuss our approach to moving trends back into a positive territory. If you will follow me to slide 10 we will give you a bit more update on Pop Secret. As we discussed last quarter we have turned our attention to renovating Pop Secret.

Those renovation plans are being finalized with early execution. And we remain excited about the potential of this brand and the marketing efforts that we have underway.

Let me highlight just a few. Early retail response to our plans has been very positive, allowing us to roll out impactful new promotions and consumer events. We are already picking up additional SKU authorizations and improving our planograms.

We are leveraging our quality and taste advantage with consumers as consumption occasion remains very strong. We are expanding the Disney equity to reach more consumers and drive purchase frequency. Continue to expect to see new consumer marketing programs later this quarter and begin to ramp up in the fourth quarter. While our plans are underway and we know this turnaround will take some time we remain very excited about the early wins we're seeing and we're very encouraged by the ongoing retailer support.

Now follow me to slide 12 and we will talk about the integration. I'd like to discuss our progress on the overall Diamond Foods combination. As we previously outlined for you, we expect to realize $75 million of cost synergies from this strategic combination.

We plan to invest $10 million of the savings back into our brands so the net savings will be $65 million. We expect to realize 50% of the cost synergies during the first 12 months and the remaining coming in the second year. We

are on track to achieve these targets and we expect to realize those savings in three key buckets: SG&A, logistics and cost of goods.

I will share with you a couple of our early wins in these three areas. In SG&A we've been able to build a stronger sales team. The combination will pay dividends for a long time to come.

And we've been able to do that while we also improved our overall selling expenses and reduced some of our cost. The finance team has eliminated redundant public company expenses and professional fees. Our new logistics skills is driving savings and improvements in services and we've been able to consolidate shipments to maximize our freight efficiency.

We have been able to leverage our expanded manufacturing capabilities and we've been able to pilot production changes across our plans to deliver a lower production cost. We are also utilizing our scale to drive purchasing efficiencies and making good progress on that front. I'm pleased with our early progress and the dedication of our team as they work diligently to combine these two companies.

Now follow me to slide 13 and we will talk about our revenue synergies. We spoke to you last quarter on our strategy to drive these overall synergies regarding the top line. So far we are making good progress on this important front with recent authorizations that are moving into the implementation stage.

As expected our revenue synergies are being driven across four key areas: geography where we focus on North American expansion of our brands, also some early wins in key channels like the club and drug, also with the categories where we've got an innovation pipeline that we've been able to enhance and expand leveraging the best of both companies and then also in e-commerce where we've been able to increase our resources and expand our focus on this important, growing channel. As we indicated these wins across these areas will take time for us to ramp up. I hope you can appreciate the sensitive nature of these efforts considering our competitive industry and understand that we cannot share more at this time.

Now I'd like to turn the call over to Rick who will provide more details on the quarter and walk you through our 2016 financial outlook. Rick?

RICK PUCKETT, EVP & CFO, SNYDER'S-LANCE, INC.: Thank you, Carl, and good morning everyone. If you will turn to slide 16 in your deck what you will see there is our revenue for the second quarter.

Net revenue increased by $179 million or 41% for the quarter when compared to last year. Excluding the Diamond contribution Snyder's-Lance net revenue was down 1.3% as Carl mentioned earlier. The driver of the lower revenue was our other contract manufacturing which included planned exits of some lower margin contract business during the quarter.

Contract manufacturing was down 18% or $8 million. This reduction, however, had little impact on our gross margin for the quarter.

Turning to slide 17, branded revenue increased 0.4% and core brands are up about 1% for the quarter. On a volume basis, brands are up just over 3% and core brands are up over 3.5%. We supported the expansion of certain core brands into important direct channels and the launching of new platforms in late July during the quarter.

We expect that this level of investment will continue through the third quarter as we support the renovation efforts underway for some of our core brands. We had strong growth in our Lance, Cape Cod and Snack Factory brands. We also had significant improvements in the SOH brand.

The SOH renovation process is working and we have good momentum going into the second half of the year. We were able to grow market share across all of our core brands over the last 13 weeks.

On slide 18, operating income increased by $19 million during the quarter. Gross margin improvements were driven by excellent manufacturing performance as we drove better efficiencies and scrap performance in our larger facilities. Good SG&A cost controls helped secure an operating margin improvement of 90 basis points to 8.4%.

As stated on our Q1 call, we did invest approximately $0.10 of EPS in additional advertising compared to Q1. This was used to help drive the renovation of the SOH and our Diamond brands. Our investment in advertising was approximately $0.05 in EPS, more this year than it was last year in Q2.

We made great progress on our cost reduction initiatives as well as our synergy captured during the quarter as we are driving both of those very aggressively. We still expect to reach both our cost reduction and synergy targets as previously communicated.

Looking at slide 19, we grew adjusted EBITDA by 57% in Q2, driven by the lower expenses and the Diamond contribution. We also drove EPS increases over prior year of 4% from $0.27 to $0.28 per share excluding special items.

On slide 20, our free cash flow continues to show good progress and strength as we deliver our EBITDA as well as our leverage coming down. Our leverage is expected to be below 4.0 by year-end 2016 and below 3.0 by year-end 2017.

We have maintained our expectations around capital expenditures as well for the year at about $80 million to $85 million.

Slide 21 provides a summary of the results, financial results for Q2. We've covered a lot of this in detail, so this is primarily for your information.

Let's turn to the guidance on page 22. We are updating the guidance to reflect the actuals through Q2 and our current expectations for the full year. We are narrowing our 2016 EPS guidance, excluding special items, to a range of $1.22 to $1.30 versus our prior guidance of $1.20 to $1.30.

This outlook excludes costs associated with the acquisition and the integration of Diamond Foods. However, it does include the $0.10 to $0.12 per share impact from purchase accounting as we've previously talked about. The purchase accounting is tracking in line with our initial forecast.

For fiscal 2016, we estimate revenue in the range of $2.29 billion to $2.33 billion or a growth of 39% to 41% over fiscal 2015. We have left this guidance the same even though we are seeing some improvements in some of our four brands and categories. The revenue growth environment continues to be difficult and pricing through promotional activity is necessary to grow.

The renovation of Pop Secret that Carl mentioned is at the early stages, so we have remained cautiously optimistic that we will be able to see more positive trends there this year. Given the Brexit environment and the currency impact thereof, we will also see about $6 million incremental negative impact on our top line for the rest of the year.

Net of these impacts and reflecting the 10-month contribution, we are reconfirming our estimates of $630 million to $650 million of sales for the Diamond brands in fiscal 2016. However, given the incremental negative currency impact we could be toward the lower half of the range.

We are also now estimating adjusted EBITDA of $313 million to $325 million for fiscal 2016 or approximately 13.6% to 14.2% of revenue. This was previously $310 million to, $325 million.

As mentioned before we are estimating CapEx at $80 million to $85 million. And in addition to this outlook we also provide additional information to aid with the forecasting of the combined Company. We are estimating fully diluted share count of 93 million to 94 million, tax rate of 34% to 35% and interest expense of $33 million to $35 million. All three of those have been unchanged since the first quarter.

With the addition of Diamond's revenue seasonality, the timing of synergies and our stepped-up advertising and trade promotion in the second and third quarters related to our investments in Snyder's of Hanover and Pop Secret we continue to anticipate that the fourth quarter will be our strongest quarter in terms of revenue and EPS. We expect our third quarter to be in the range of $0.28 to $0.31 per share.

Please note that we do not plan to provide quarterly guidance on an ongoing basis but recognize the external forecasting challenges inherent with the transformational Diamond Foods acquisition. And we want to provide you with as much visibility as possible.

Now I turn the call back over to Carl for some final remarks. Carl?

CARL LEE: Thank you, Rick. Before we begin the Q&A portion of our call I'd like to make a few final remarks. In 2016 we will continue to execute our strategic plan to drive sustainable growth and deliver shareholder value.

We are focused on building premium and differentiated brands. We are going to continue to expand retail distribution. We are going to focus diligently on the integration of Diamond.

We are going to continue with our margin expansion efforts to expand our margins. And certainly we will continue to invest and develop our people.

As consumers continue to expect more from their snacks we are in great shape to deliver the nutrition, quality and innovation they expect. We are well-positioned to take advantage of the trends happening in our industry and are confident in our ability to deliver great snacks for our consumers and to drive value for our shareholders.

At this time we would like to turn the call back over to our operator. And Chanel, we will let you take the lead. Thank you.

Questions and Answers

OPERATOR: (Operator Instructions) Brett Andress, KeyBanc.

BRETT ANDRESS, ANALYST, KEYBANC CAPITAL MARKETS: Hey, good morning. I wanted to first start on the 3% increase in branded volume, about a $9 million increase in sales. Could you frame up where that volume came in relative to what you were expecting internally against that [$60 million] in spend?

And then secondly, could you remind us how long that campaign is slated to run for? And did the retail takeaway in pretzels come in above or below what you were expecting internally to the point where we can maybe see it go positive this year?

CARL LEE: Yes, let me deal with that question. I think, first of all, we did see some very positive response from the campaign. We did begin to see some pretty immediate lift as we expected.

And it wasn't just the TV advertising, it was also the retail plans and some of the customer plans that we had in place. We saw some very nice lift as I mentioned earlier on a couple of our key segments. Our shapes and our pretzel pieces are part of our most largest size, larger segments of our overall business there and we saw some pretty good initial response from those.

So we've seen some good progress on pretzels. We expect that to continue and it is our most important category and we see some continued growth potential there.

So we've got some additional plans to roll out for the balance of Q3 and also Q4. And I mentioned the new products and some of the activity we've got around back to school. So we've still got some work to do but we're feeling good about the progress made so far on pretzels.

BRETT ANDRESS: Thanks for that. And on the Diamond business, are you able to give any guidepost in terms of what you're budgeting for walnut prices ahead of what should be another record crop this year? A lot more supply coming out of the market, and what are your expectations for retail nut prices in the demand environment as we move into the back half of the year?

RICK PUCKETT: I will take that one, Brett. We are not able to provide any significant guidance yet on walnut pricing. Actually as that works as you probably know we take a hard look at that and an international look of supply

and demand and come up with the pricing starting a little later in third quarter and the first payment to the growers actually happens in the first part of the fourth quarter.

So we don't necessarily have any specific guidance at the moment other than exactly what you say is that there is a good indication that the supply is going to be adequate and the demand is probably left a bit unchanged. So we will be able to talk more about that at the end of Q3.

As it relates to the pricing, we are seeing some price reduction but, again, nothing more than we would have expected based on where the cost per pound is on walnuts. As you know they came down dramatically year over year in 2015 and 2016.

So we feel comfortable with where we are. And we believe that we will be able to give you a lot more detail on the walnut cost and pricing and the new crop at the end of the third quarter.

CARL LEE: Just add a little bit to that question because I think the walnut is a new business for us. There's no doubt about that, but we have spent a tremendous amount of time digging very deep and really getting familiar with that very quickly.

We kept in place a lot of the very successful pricing programs and retail programs that the previous Diamond management team had put in place. We've been able to leverage all of their best practices and their experience.

We've been able to keep the team in place that was managing it day to day. And we've been able to work with our growers very aggressively to make sure we take care of their needs and ours. So we've got a better pricing environment when it comes to retail pricing because prices have been moving down over the past couple of months.

We've got a more favorable situation as far as the crop that is coming in like you mentioned before. And so we are really going to focus to make sure we manage our overall margin dollars there as we go forward.

The good news is we've got the strength of the Diamond brand which everyone knows is clearly the leader in this category. We've got a really strong position there kind of like we do with pretzels and Lance to have a leading brand that we can nurture and make sure we maximize the returns.

BRETT ANDRESS: Got it. Thank you.

I guess a quick one, lastly, on the UK business. Does the Brexit impact your view or your international go-to-market strategy or longer-term strategy for that business?

CARL LEE: It doesn't at all. Having lived and worked over there for a number of years I am excited to be back in the UK and excited to be across the entire European market.

We're seeing some real opportunities over there. We've got manufacturing capabilities there in the UK. We've got manufacturing capabilities on Continental Europe, so we're in good shape from that standpoint.

We've taken into account some of the early trends that Rick mentioned with some of the ForEx that we've had to deal with. But we just see that as a very exciting market. We've launched some great new items this year with Kettle that are really doing quite well in the better-for-you area.

We purchased Metcalfe Skinny Pop at the beginning of the year or actually entered the JV with the owners. And we are rolling that out and supporting that. And so we are excited about that. So still very optimistic about the potential and the great management team that we have there focusing on Europe.

BRETT ANDRESS: Thank you.

OPERATOR: William Chappell, SunTrust.

WILLIAM CHAPPELL, ANALYST, SUNTRUST ROBINSON HUMPHREY: Thanks, good morning. You know, first on the Diamond synergies, I understand it's still early stages but I think it was about a year ago, or sorry, in October you initially came up with $75 million in synergies. So is there any learnings, findings you've had in the nine months since then where you think there may be some upside to those type of numbers or did you just have a great first guess?

CARL LEE: I think we've built our confidence around making sure that we can deliver those numbers and make sure we meet expectations that we promised you and the street. So execution is well underway.

The original plans that we put in place are coming through on schedule. We've got projects assigned to our key executives and our key management team to make sure we execute them one by one. And we've just been able to build, again, more assurance that we're going to deliver our targets.

RICK PUCKETT: I would add to that, though. The initial estimate was not as you frame it as a guess, and I know you didn't mean that, but it was after a huge amount of diligence and conversation with the Diamond management team in terms of where the opportunities lay or lie.

And we were very much ahead of the game in terms of our understanding of the cost structure before we actually closed the business and when we actually made those statements in October. So it was not without a lot of input and analysis to come up with that initially.

WILLIAM CHAPPELL: Okay. And in terms of the revenue potential, is there any way to quantify even the Kettle ACV gains that you've seen just since you've had ownership?

CARL LEE: We're being real careful with that information. I hope you can appreciate that but I think we're getting authorization gains. I mentioned the drug channel, I mentioned the club channel.

There's areas there that we've been able to make some improvements. It just takes a little bit of time to get the authorization, then get the actual product placed on the shelf and then begin to build the revenue from it. So the revenue synergies we did not build into our overall cost synergies but we're on track as we execute those as well.

WILLIAM CHAPPELL: Okay. And then a final one, a little bit more on Pop Secret.

Would you characterize it as more of competitive pressure from ConAgra? And I know for years they had been ceded a fair amount of market share and didn't know if it's more on price promotion or whether you can really by just making consumers aware of your brand again really renovates the brand?

CARL LEE: It's a little bit of all of it. I think the category needs support and attention. And we've been through this before with Cape Cod as we mentioned and sandwich crackers, so we've had some successful track records of renovating brands, as we call it.

And we see this just as another challenge, another opportunity. So I think there's a couple of brands in the category are leaning a little bit more into price versus quality and premiumization. We're going to focus on the learnings that we've got so far this year that we've got the best quality and the best taste.

And then we will leverage some of the weapons we've got in our arsenal, so to speak, to continue to reinvigorate the category but also very importantly excite people about our brand again. So is just good to take a little bit of time.

No surprises there and our comfort level is high. We just have got to roll up our sleeves and go to work.

WILLIAM CHAPPELL: But you do think the category can actually grow again?

CARL LEE: Yes, what we're finding when we did the consumer research is that occasion of having microwave popcorn at home, a chance to enjoy a movie with a friend or family member or be streaming TV, that occasion is still extremely important to consumers. And so what we've got to do is just make sure we remind them that they are our items included when they have that occasion.

So consumer research is very positive and the response from the consumers is good. The category to your point earlier, though, had not gotten a lot of attention for a number of years and it just needs a little bit more of that today.

WILLIAM CHAPPELL: Got it. Thanks so much.

OPERATOR: Akshay Jagdale, Jefferies.

AKSHAY JAGDALE, ANALYST, JEFFERIES LLC: Good morning. Carl, thank you for the added disclosure in your presentation. It's useful.

Can you just give us an update on the CFO search and how that's going? I don't know maybe I missed it, but if I did excuse me.

CARL LEE: No, we have not updated it but I do appreciate the question because that's an important one for us to deal with. I think I would just begin by again thanking Rick for all of his years of service and for being a good partner.

But we've been able to launch a very extensive nationwide search, talking to dozens and dozens and dozens of candidates. And so I'm very optimistic about the quality of the individuals we're talking to, the talent that we've been looking at and just the overall response of a lot of excitement in our Company and our strategy and our better-for-you positioning.

So we're in great shape to get this thing finalized over the next couple of months. We're looking for someone that's going to help us continue with our margin expansion efforts. We're going to look for someone that is going to allow us to continue to make sure we improve our shareholder returns and then we want to continue to place some big bets on some very key things that will drive our Company and help us continue to grow.

So we're finding candidates with all the skill sets we're looking for and we're finding good response to our search. We are just being diligent to take the time to make sure we really do it right. The weekends and nights that we've invested have all gone very well so far.

AKSHAY JAGDALE: That's helpful. Then just for the businesses that you acquired, I'm trying to get a sense of the underlying growth there and the way you look at it.

I know you are not ready right now to update us on long-term guidance on the core brands. But for the brands that you acquired, a couple of them there are some unusual things going on. So you've got the restaging or repositioning of Emerald that's causing some noise on the top line, but I believe the underlying profitability there is stronger than it's ever been.

So that's a little bit of noise there. So can you just maybe give us a sense of the $630 million to $650 million, what's the underlying growth right now?

So the $630 to $650 million if you were to take it on a comparable basis from a year ago, what kind of growth rate does that assume? And how much of a drag is the walnut pricing, the FX and maybe the restaging of this Emerald brand impacting those numbers?

CARL LEE: I think that as you pointed out in your question there's a lot of moving parts there. There are some things that are moving with walnut pricing. There's some things moving with currency.

There's several things moving. So we haven't broken out just the actual growth rate for that collection of brands. I think we've done a good job of giving you a target on the total revenue growth.

I think that we see continued good strength in Kettle. Emerald, we've just got to buy a little bit more time to overlap some of the transition from the previous canister to the new resealable bag. That brand is very attractive to us.

Walnut pricing has begin to stabilize. So we've got to now just focus on our margin and contribution from that. And then Pop Secret we've mentioned we've got a little bit of work to do but it's well under way.

So we still like the portfolio a lot. And just as you have with any type of normal transition from one Company to another there is a little bit of extra effort involved as you bring the brands over and we are being very careful the way we do that. But we haven't broken out the actual growth rate to be specific.

AKSHAY JAGDALE: But do you think long term a 3% to 5% algorithm for the core brands is still something that's realistic?

CARL LEE: Definitely, definitely, Akshay. That's what we talked about in the past is that 3% to 5% growth of the core is important to us. And that's what we're looking for.

That will be offset by a little bit of partner brands or contract manufacturing or some of the other things like we saw this period. But our key core brands targeting that 3% to 5% is still our strategic objective and how we build our marketing plans and our sales efforts.

AKSHAY JAGDALE: And just one last one for me. Just an update on you've had some disruption, if I may, with one of your larger customers that had been ongoing. Can you give us a little bit of an update on at least a trajectory of where that stands?

I know there was a lot of moving parts with that particular customer and every quarter sort of the number of moving parts was increasing. Have we found some level of stability with that particular customer and if you can give us a more strategic view of how you addressed that issue that would be great? Thank you.

CARL LEE: Yes, I would be happy to. I think that to your point, there's been several moving parts there. That was kind of a focus on clean store, focus on SKU rationalization, focus on some other changes in other parts of their merchandising cost, and so we've just been able to flow through it.

We've worked very diligently at retail level to make improvements at store level and then worked very diligently at headquarter level to overcome some of the challenges there as well. So I would say we're making progress. More progress is needed.

That will probably continue to evolve just a little bit over time. And what we've got to do is just make sure we're very attentive to their needs and to ours and the consumers that shop there, but at the same time make sure we are focusing on other retailers so we've got some ways to make up any short-term headwinds.

AKSHAY JAGDALE: But have we reached at least somewhat of a steady-state there where you feel comfortable?

CARL LEE: I would say we are getting there. Not quite there yet because things happen, to your point, in phases. There were some things that happened in Q3 last year and then some in Q4, a little bit more changes earlier this year.

So it is just been a little bit of a continuous moving parts, to use your term. But the focus is there and I think that a little more time we will begin to get the point of getting out from behind it.

RICK PUCKETT: Akshay, I would add that the combination with Diamond has given us more scale which allows us to put more resources against that strategic partner of ours. So we've been able to focus and concentrate resources where we weren't able to do that as well in the past.

So that's a very big plus for us. It has allowed us to go from top to bottom as Carl mentioned.

AKSHAY JAGDALE: Thank you. I will pass it on.

OPERATOR: Amit Sharma, BMO Capital Markets.

AMIT SHARMA, ANALYST, BMO CAPITAL MARKETS: Hi, good morning, everyone. Carl, just to follow up on the previous question from Akshay about your largest customers.

So you said third and fourth quarter we saw some headwinds. Are those -- so understanding there is an impact year over year for these two quarters, but are there any additional or incremental headwinds in the first and second quarters?

CARL LEE: I think you just -- we've talked about this quite a bit and I appreciate the question, but I think there's some ongoing evolution there, some ongoing changes there. And I think that we should expect to see a few more but I think the key, as Rick said, we have really started addressing them both at retail and then also addressing them at headquarters. So it's a little hard to predict what will happen as we go forward but I think that we've just got to continue to hunker down and make sure we're really focused on our retail execution there.

AMIT SHARMA: Got it. That's fair.

Then the question on your trade spending levels, promotional levels, it seems like the delta between net and gross sales seems a little bit bigger or greater than it has been in the past. Can you talk about where are you spending, is this the right level of trade spending going forward or is there a temporary increase as you are spending more A&M behind some of these brands?

CARL LEE: I would say it's more of the latter. It's been kind of a media focus behind pretzels and in a couple of other categories. There's also some changes there now because we've got a broader portfolio and we've got a different mix of trade.

It's not just these legacy Snyder's portfolios, it's also the Diamond portfolio. So there's a little bit of shift in there with those type of promotional plans as we begin to address those and manage those going forward. But I think that we've been very careful managing the trade and we manage it aggressively, but at the same time we've got to make sure we hit some keys price points and some key holiday events to just drive overall consumer reach and to expand some market share.

AMIT SHARMA: All right. So we should see this as a technical move to take advantage of higher spending, not necessarily a shift in how you view your portfolio?

CARL LEE: Exactly. Exactly.

AMIT SHARMA: And then, Carl, one of the tools that other, your larger peers have used is to overcome this is focus more on single-serve and different type of packaging where mix becomes a larger component of the net sales growth. Can you talk about where your portfolio is in that respect? Is that a potential source for probably favorable mix as we look forward?

CARL LEE: It is an area we do some work in today. There is no doubt about it. I am very familiar with what you're talking about.

And that is just the price size architecture as we call it, both focused by channel with single-serve in certain channels or big bags and others. And we do that today, I think there's more opportunity for us to work on that as we go forward.

So we're very in tuned to the consumer serving sizes and what they are looking for and also in tune with the price points that are important to meet. But that does create some flexibility as you manage the size and price points in combination. The good thing is we have a manufacturing resource that's flexible enough to meet those needs and to help us get there.

AMIT SHARMA: And Rick, to that point, are all of your brands in a position to take advantage of that strategy or only a few?

RICK PUCKETT: From a manufacturing perspective?

AMIT SHARMA: Manufacturing and maybe pull a little bit more on the price packaging architecture.

RICK PUCKETT: I think we're reviewing all of that as a potential as we again learn more and more about the Diamond brands the applicability there as well as entering the new channels with more aggressiveness. I think we're finding out that we have opportunities across.

AMIT SHARMA: Got it. And my last one is you talked about perhaps higher A&M spending behind Pop Secret in the back half, as well. Is that built within the model that you have communicated for this year or is it incremental to that?

RICK PUCKETT: No, no. It's built into the guidance I just gave you.

AMIT SHARMA: Okay. But that was originally the plan when you gave this guidance last quarter?

RICK PUCKETT: Well, I think there are always gives and takes as you go through the year. But yes, we always knew that we had to address the Pop Secret. But we couldn't do five renovations at one time.

We didn't need to. But so, therefore, we prioritize our spend and our effort.

AMIT SHARMA: Thank you very much.

OPERATOR: Jonathan Feeney, Consumer Edge Research.

JONATHAN FEENEY, ANALYST, CONSUMER EDGE RESEARCH: Thanks very much and good morning. A couple of questions. I apologize if you addressed this already, I had some technical difficulties earlier in the call.

But just looking and I know it's shifted by a month, I think Diamond sales were like $202 million for the period ended July last year. And you have them coming in at $183 million. Are there any big category exclusions or is that 10% rate of decline on the Diamond business or something like the like-for-like sales would be?

CARL LEE: Well, we're eliminating, as you know, the intercompany sales that we had because we've been, Diamond brands had been a partner brand for us prior to the acquisition. So that's the biggest part of it, Jonathan. That was pretty significant on a quarterly basis.

JONATHAN FEENEY: Would you say were like-for-like sales down?

CARL LEE: Well, I would say also that last year you were probably at a higher walnut cost, as well. That had to play -- I don't have a lot of data on last year's actual analysis.

But certainly it was at a higher walnut cost, a higher -- or sorry, my first comment, I just lost it, but the Kettle foods right, the partner brand concept. And Pop Secret obviously. You've seen Pop Secret from year over year, so those are the drivers.

JONATHAN FEENEY: I got you. Okay. Thanks.

And when I think of the concept of this merger it seems like dropping pretty high contribution margin stacks businesses, particularly Kettle, into your legacy independent business owner network, combined with you talked about I think it's been brought up on other calls, maybe some better execution, particularly at national accounts where if Wal-Mart was particularly meaningful to Diamond and being a wholesale product, all of the national effort was maybe a little bit more of an emphasis. So can you update on both of those fronts?

Like how much, I don't know just crudely, like much of is Kettle going through Lance independent business owner network right now or is it completely wholesale? Does that cut over ever happen? And have you seen a lift in that revenue synergy maybe of Lance products on the West Coast where that distribution had historically not been there but helped by the Diamond presence in national accounts on the West Coast? Thank you.

CARL LEE: I think there's clearly some benefits to our DSD model and being able to leverage that for the Kettle Brand. As Rick alluded to earlier, we already had Kettle on most of our DSD routes. But obviously now it is a Company brand versus a partner brand, so that by itself draws more attention to it and gives it additional support.

So I think we will see some ongoing emphasis on it and some additional activity around it as our salesforce gets even more excited about the potential of that brand. The better-for-you positioning is very advantageous for us as we really maximize our overall portfolio in that area. So that's good.

I think that it's not 100% DSD even though a large proportion of it is. You've got a lot of natural channels and other places that it would go through, the retailer direct or maybe through a distributor.

We will see some additional emphasis there and create some railroad tracks to maybe carry that brand a little deeper but also carry some other brands in with it. So there clearly are some sales advantages of combining the brands in this broader portfolio that we've got backing up what you were alluding to.

JONATHAN FEENEY: Thanks. And I particularly wanted to drill down on that first one, Carl, you mentioned about because it was a partner brand, but now it has the potential to deliver a heck of a lot more contribution margin than certainly other partner brands and maybe some legacy brands if it came to that, as well.

So how do you incentivize the system? And how do you feel about how you are driving that incremental profit lift, getting that, maybe pushing that brand a little bit more or are you?

CARL LEE: I think we are pushing all of our brands as aggressively as we can. We will be able to push that more. Not only will we have the advantage of the IBOs with a little bit more attention and commitment to the brand which is always important, but we've got our sales management team is back there supporting it and our team is bigger now with a combination of the two companies.

We've got the expertise of managing the key accounts for their key account teams. We've got the expertise of our planograms and how we work with the customers on helping them with their category development. So there's just a lot more we can bring to bear to support not only Kettle but really focus on that natural category and emphasize the growth that's there and let Kettle lead the way.

JONATHAN FEENEY: Great, thank you very much.

OPERATOR: Mario Contreras, Deutsche Bank.

MARIO CONTRERAS, ANALYST, DEUTSCHE BANK: Hi, good morning. So on Diamond, if I take the quarterly sales and annualize them I get to around $615 million which would be a little bit less than the guidance you've provided.

I know you mentioned there was some seasonality. So could you give us a little bit more detail on that? And then in addition, is there any assumption that the Diamond core business will improve in the back half or is it just more seasonality related?

RICK PUCKETT: Mario, this is Rick. Yes, it is more seasonality oriented than anything else. To your point if you simply annualize what we've shown in the second quarter you would get a number less than our full-year guidance on that.

So the fourth quarter tends to be the most significant sales quarter and revenue quarter for Diamond of California brand. And that by itself is the significant contributor to the seasonality. The other brands are somewhat steady throughout the year, so the seasonality really comes from the Diamond of California brand.

MARIO CONTRERAS: Okay, thanks for the clarification. And then I also wanted to ask, can you just talk a little bit more broadly about the competitive environment that you're seeing in retail?

As far as volume improvement was that we do say more driven by your internal actions whether it was the increased advertising behind the Hanover brand, selective pricing activities or how much was related to a more favorable competitive environment?

CARL LEE: I think there's a number of key drivers. I think if you look over just the retail industry today in general and you take a look at store comes from a lot of the leading retailers I would say things really haven't changed so far this year, they've kind of more of the same.

But for us the focus that we've had at retail on Snyder's of Hanover and our other brands and really combining good marketing programs with good sales execution, that's been the big driver in our changes. So the more emphasis we put on our brands and the more planning we have around the display activity, the ACV gains, the merchandising we put in place, the retail customer plans that we build with our retailers, those have been able to lead to some of the growth changes and the trajectory changes that we've talked about.

MARIO CONTRERAS: Okay, thank you very much.

OPERATOR: Michael Gallo, CL King.

MICHAEL GALLO, ANALYST, CL KING & ASSOCIATES: Hi, good morning. My question is just a bigger picture question on the snack category in general. Obviously some of your brands such as Snyder's have been the quintessential better-for-you products over the years and obviously the category for that is a lot more competitive now.

You were supporting the brand in the second quarter. Obviously you will be supporting Pop Secret more in the back half.

I was wondering whether we should start to think more structurally about just having to put more support behind these brands on just an ongoing basis and whether you think over time that will change the profitability of those brands longer term or whether you think that you can do enough things from an innovation or otherwise to offset it? Thanks.

CARL LEE: That's a good question. I think there's a lot of ways to answer it and it's important.

I think just longer term we're going to need to continue to support our brands and invest behind our brands. And that's one of the reasons we are going after the integration with Diamond. We talked openly about saving $75 million and using $10 million of it to invest in our brands.

So to your point we do have some incremental money coming in once we deliver the savings, once we put a fence around it to begin to use that to support our key core brands. But in addition to that as we've built up our R&D capabilities and built up our innovation capabilities , become more efficient with our marketing spend, I've got better understandings of our consumer needs and customer needs, I think we can do a lot of things both with the spend but we also can do a lot of things just mechanically and tactically just to be much more efficient and effective with what we're working on.

So as we lean a little bit more onto online advertising we get some efficiencies there and some savings. We also reach a lot of good consumers there. As we do some of our field marketing and consumer sampling, those apply.

So there's just a number of ways for us to continue to expand our reach with our consumers and spend more time in front of them reminding them of the great quality of our brands and the better-for-you positioning of our brands. So it's a combination of a lot of things but we will continue to put a lot more effort around supporting our brands, some financially and some with just rolling up our sleeves to reach the consumers directly.

MICHAEL GALLO: Okay, and then just a follow-up question on Pop Secret. Obviously, there's been a shift it seems towards more ready-to-eat popcorn where obviously the trends have been quite strong.

So I was wondering whether that's an area you might focus on either with the Pop Secret or with some of your other legacy brands as the consumer has shifted how they are consuming popcorn? Thanks.

CARL LEE: I think the ready-to-eat popcorn category has done quite well. I think we're seeing, though, on the microwave popcorn, I think overall the poundage and the volume there has been pretty constant. It's been more pricing fluctuations and others as that category has gone a little bit more focused on value than I think really focused on being premium.

So we will deal with those over time. We do have our Cape Cod popcorn here that has done well for us. I think we could support it more and spend some more time on it to make sure we are taking advantage of both the microwave opportunity that we know is there and the ready-to-eat opportunity that we see that is there.

I think having Metcalfe Skinny Pop in the UK is an important opportunity for us there with that brand to focus in that new geography as that category begins to take off there. And so to your point, we've just got to make sure that we focus on popcorn in general. And we've got the advantage of focusing on it both at home consumption and on-the-go consumption.

MICHAEL GALLO: Thank you.

OPERATOR: (Operator Instructions) Eric Gottlieb, D.A. Davidson.

ERIC GOTTLIEB, ANALYST, D.A. DAVIDSON & CO.: Yes, good morning. I just had a few questions.

The third-quarter guidance, it looks like most of us or a majority of us were above your expectations. Is that where a bulk of the Pop Secret costs come in or is there something else that we're missing there?

RICK PUCKETT: No, I think you've captured it pretty well. And that's the reason as we're going through this first year of the Diamond transition we felt it prudent to give you more insight and disclosure around a quarterly cadence this year.

It's not, as I said, an indication that we're going to switch the quarterly guidance because we won't. But as we move through the rest of this year I think it's important so that we're all on the same page on that.

So yes, the third quarter is, in fact, representative of some additional investment in Pop Secret but also the continued investment in the Snyder's of Hanover brand as well as continuing to get into some of these important channels that we're currently looking to penetrate in a more stronger way. So that's the driver.

ERIC GOTTLIEB: So a majority or all of it is going to be below the top line?

RICK PUCKETT: Well, it would be part of the top line because it would come through in trade which is a gross to net kind of calculation. So it would show up in the net revenue number.

ERIC GOTTLIEB: Got it. Okay. And then lastly, because a lot of my questions have been answered, the 3.5% volume growth, could you highlight Lance, Cape Cod, Snack Factory, what were the leaders there and if you can give exact numbers that would be great, and also what categories fell short?

RICK PUCKETT: As I mentioned in my comments the strongest growth brands that we had in the quarter were Lance and Cape Cod and Snack Factory. The other core brands on a legacy basis were not as strong.

We do not provide precise numbers on that. But we are seeing continued strong growth, as Carl mentioned, as a result of our renovation efforts on the Lance sandwich cracker category showing up in our numbers. And he also mentioned the fact that we have additional capacity coming online at the end of the third quarter, so gives you some indication of the kind of growth in that brand.

ERIC GOTTLIEB: Okay. And then you keep saying that the synergies are on plan. Now as four to five months in are you prepared to say how much you've already attained or a more structural, more detailed calendar, so far we've

secured this or secured that and that's why we think we're well on our way to getting the half -- the 50% in year one?

RICK PUCKETT: So as we mentioned initially as we went through this process, the SG&A savings, particularly with the public company cost as well as some of the senior management costs, come out very quickly. So those are the synergies that we've already seen.

Other synergies and procurement, and we mentioned freight optimization, in this quarter while did not have a significant impact on Q2 will start to have impacts in Q3 and Q4. So it takes a while to get the programs in place and the negotiations completed.

So therefore the cadence of synergies is really weighted towards Q4 and Q1 of next year as we think about capturing that 50% in the first 12 months. And we are still very much on track with that. We still believe those are good calendarization of the cost synergies.

So we are doing some things very aggressively in terms of managing that. We have dedicated people and very highly accountable kinds of processes to drive the success of that.

So we're feeling good about our initial calendarization of that. We still feel very confident in arriving at the 50% of synergies attainment at the end of 12 months after the acquisition, which is really towards the end of Q1 of next year.

ERIC GOTTLIEB: Perfect. Thank you very much. I will pass it on.

OPERATOR: I am showing no further questions at this time. I would now like to turn the call over to Mr. Carl Lee for closing remarks.

CARL LEE: Thank you, Chanel. I just want to thank everybody for joining us this morning. This was a very important call for us.

We're proud of our team and count our blessings for the quarter that we've been able to post. We've got to get back to work as usual and make sure we deliver a good Q3 and deliver on all the plants that we have got in place for our Company.

We're excited about where we're positioned and we're excited about our strategy and we are committed to continue to build our shareholder value. So again thanks for your valuable time today and we look forward to talking to a lot of you over the coming months and we want to stay in touch.

Have a very good morning. Thank you.

OPERATOR: Ladies and gentlemen, thank you for participating in today's conference. This concludes today's program.

You may all disconnect. Everyone have a great day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** April 17, 2017

---

End of Document



# Snyder's-Lance Reports Results for Second Quarter of Fiscal 2016

India Retail News

August 9, 2016 Tuesday 6:30 AM EST

Copyright 2016 Contify.com All Rights Reserved

**Length:** 1361 words

## Body

Aug. 9 -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported financial results for the second quarter ended July 2, 2016 and narrowed its full-year 2016 earnings per diluted share[*] and adjusted EBITDA[*] outlook. Total net revenue in the second quarter of 2016 increased 41.3% including the contribution of Diamond Foods. GAAP net income attributable to Snyder's-Lance, Inc. in the second quarter of 2016 was $19.7 million, or $0.20 per diluted share, as compared to $17.3 million, or $0.24 per diluted share, in the second quarter of 2015. Net income attributable to Snyder's-Lance, Inc. excluding special items[*] for the second quarter of 2016 increased 43.7% to $27.5 million as compared to $19.1 million in the second quarter of 2015. Earnings per diluted share excluding special items[*] was $0.28 in the second quarter of 2016 compared to $0.27 in the second quarter of 2015. All financial comparisons to the prior year are compared against the legacy Snyder's-Lance results, where the prior year does not include any contribution from Diamond Foods.

"In the second quarter we continued to focus on our margin expansion initiatives, the integration of Diamond Foods, and improving performance in our legacy Snyder's-Lance branded business. I'm pleased to report that we've made good progress across all three fronts," said Carl E. Lee, Jr., President and Chief Executive Officer. "We increased operating margin by expanding gross margin and reducing SG&A expenses. The gross margin performance was driven by manufacturing efficiencies, as well as improved capacity utilization and procurement savings. Our legacy branded net revenue increased year over year as trends in Snyder's of Hanover improved, and Lance, Snack Factory and Cape Cod all outperformed their respective categories. The integration of Diamond Foods is progressing as planned with key milestones achieved in the quarter, and we are on track to deliver the expected cost synergies over time as well as revenue synergies as a result of this strategic combination."

Mr. Lee continued, "Our second quarter results have led us to narrow our full-year EPS and adjusted EBITDA guidance ranges, raising the lower-end of our expectations. We have momentum as we move into the back-half of the year, and I'm confident that we will continue to execute our strategies as a leading provider of premium and differentiated snacks. We are fortunate to have a hard working and dedicated team, and we have the right strategic plan in place to drive sustainable growth and shareholder value."

Second Quarter 2016 Results

Disclaimer: The table has been omitted (The document can be viewed at http://ir.snyderslance.com/releasedetail.cfm?ReleaseID=983557).

Total net revenue in the second quarter of 2016 was $609.5 million, an increase of 41.3% compared to net revenue of $431.4 million in the second quarter of 2015. Net revenue in the second quarter of 2016, excluding Diamond Foods, included Branded category growth of 0.4% driven by a 3.1% increase in volume, Partner Brand category growth of 1.7%, and a decline in net revenue for the Other category of 18.3%. The decline in Other net revenue was consistent with the Company's expectations, and was primarily due to the planned exit of certain contract manufacturing agreements. Excluding the contribution from Diamond Foods, net revenue in the second quarter of 2016 decreased 1.3% compared to the second quarter of 2015, due to the decline in Other revenue.

Operating income in the second quarter of 2016 increased 33.9% to $39.8 million as compared to $29.7 million in the second quarter of 2015. Excluding special items, operating income in the second quarter of 2016 increased 57.9% to $51.2 million, or 8.4% of net revenue, as compared to $32.4 million, or 7.5% percent of net revenue, in the second quarter of 2015. The improvement in operating margin was primarily the result of higher gross margin and lower administrative expenses, as a percentage of net revenue, partially offset by the planned higher marketing and advertising expenses to support the Company's pretzel brands, Snyder's of Hanover and Snack Factory **Pretzel Crisps**.

Adjusted EBITDA in the second quarter of 2016 increased 56.6% to $78.6 million, or 12.9% of revenue, as compared to adjusted EBITDA of $50.2 million, or 11.6% of revenue, in the second quarter of 2015. Adjusted EBITDA is a non-GAAP measure defined herein under "Use and Definition of Non-GAAP Measures," and is reconciled to net income in the tables that accompany this release.

Net interest expense in the second quarter of 2016 increased to $9.4 million as compared to $2.7 million in the second quarter of 2015. The increase in net interest expense was the result of additional debt utilized to finance the acquisition of Diamond Foods. The effective tax rate, excluding special items, was 35.3% in the second quarter of 2016 as compared to 35.8% in the second quarter of 2015.

Outlook[*]

For the full-year of fiscal 2016, the Company now expects earnings per diluted share to be in the range of $1.22 to $1.30 (previously $1.20 to $1.30). The Company's fiscal 2016 outlook excludes special items and charges associated with the acquisition of Diamond Foods, and includes an estimated negative impact of $0.10 to $0.12 per diluted share, from purchase accounting adjustments. For the third quarter of fiscal 2016, the Company expects earnings per diluted share, excluding special items, to be in the range of $0.28 to $0.31.

The Company's 2016 full-year outlook also includes the following assumptions:

* Net revenue of $2,290 million to $2,330 million, an increase of approximately 39% to 41%;

- Excluding the contribution from Diamond Foods net revenue growth is expected to be approximately flat to up 2%;

- Net revenue contribution from Diamond Foods for the 10 months beginning February 29, 2016, of approximately $630 million to $650 million, net of the impact of intercompany eliminations and reflecting the negative impact of net price realization from lower commodity costs and unfavorable foreign currency;

* Adjusted EBITDA of $313 million to $325 million (previously $310 million to $325 million); and

* Capital expenditures of $80 million to $85 million.

The Company's 2016 full-year outlook is also based on the following assumptions, reflecting the acquisition of Diamond Foods:

* Net interest expense of $33 million to $35 million;

* Effective tax rate of 34% to 35%; and

* Weighted average diluted share count of approximately 93 million to 94 million shares.

Conference Call

Management will host a conference call to discuss second quarter 2016 results at 8:00 a.m. Eastern Daylight Time on August 9, 2016. The conference call will be webcast live through the Investor Relations section of Snyder's-Lance website (www.snyderslance.com) where the accompanying slide presentation will also be available. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 26596533. A continuous telephone replay of the call will be available

between 12:00 p.m. on August 9 and midnight on August 16. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 26596533. Investors may also access a web-based replay of the conference call at          www.snyderslance.com.

Footnotes:

[*] Descriptions of measures excluding special items are provided in "Use and Definition of Non-GAAP Measures," and reconciliations are provided in the tables at the end of this release.

[*] Third-quarter and full-year 2016 GAAP guidance are not provided in this release due to the likely occurrence of one or more of the following items where the Company is unable to reliably forecast the timing and magnitude: Continued transaction and integration related costs associated with the acquisition of Diamond Foods, other potential transactions and their related costs, settlements of contingent liabilities, possible gains or losses on the sale of businesses or other assets, restructuring costs, impairment charges, and the income tax effects of these.

Source: Snyder's-Lance

**Load-Date:** August 9, 2016

---

End of Document



# First Aid Shot Therapy offers quick relief; TSE 2016: CORPORATE PROFILES; Company overview

Chain Drug Review

August 8, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2016 Racher Press, Inc.

**Section:** Pg. 123(1); Vol. 38; No. 12; ISSN: 0164-9914

**Length:** 880 words

## Body

BURLINGAME, Calif. -- First Aid Shot Therapy (FAST) believes that life is too short to miss a minute of it--"no hangover, pain in your knee, bout of heartburn or a cold can slow us down"--which is why the company developed a range of easy-to-swallow, single-dose liquid medicines that provide "fast-acting relief for the common, everyday symptoms that get in the way of all the awesomeness that life has to offer."

In 2010 a young woman who had been working in the world of beverages realized that there had to be an easier and more convenient way to take medicine than carrying around a big bottle of pills or tablets. By circumstance, Mary Page Platerink (former director of global strategy for Coca-Cola Co.) was introduced to Dr. Jay Pasricha, a professor of medicine at Johns Hopkins School of Medicine, and together they came up with the idea of FAST--a series of single-dose, liquid medicine drinkable shots that could start working in minutes. The company says of its products, which involve no pills, no water and no mess: "Just open your FAST and swallow."

The company says scientific studies have shown that liquid pain formats can be absorbed into the bloodstream up to five times more quickly than aspirin.

Using FAST products, the company notes, will help bring "your A-game to that early morning client meeting" or "rally for that last-minute trip to Vegas or show up on time for brunch with mom."

FAST presents itself as a company with a new way to manage health--"crack it open, drink it and feel relief."

All FAST products were designed in the FAST laboratory based in Woburn, Mass., under the guidance of Pasricha, the company's cofounder.

FAST says it is changing the way consumers manage their health by offering them a portfolio of FDA-compliant, single-dose, over-the-counter liquid medicine shots that address day-to-day health care needs by bringing relief from such conditions as pain, hangover, heartburn, colds, lack of sleep and allergies.

A small but rapidly growing consumer health care company, FAST reports strong consumer interest, with a tripling of sales compared with last year. The company also notes that FAST is one of the fastest-selling singledose medicines based on velocity, and that over 90% of FAST sales are incremental when merchandised together. FAST has seen a 50%-plus purchase intent among all shoppers--and 83% among 5 Hour Energy users. The company says shoppers looking for FAST in drug stores show a 96% purchase intent and an 86% purchase intent in convenience stores.

"Innovation in the O-T-C market has been focused on functional benefits, but we know consumers are looking for effective products that fit into their busy lifestyles," says Platerink. "The on-the-go occasion is growing in many consumer categories. For example, on-the-go meal replacement and snacks growth is outpacing conventional grocery snacks growth two to one. Consumers are embracing FAST as it offers them an easy, convenient new way to effectively manage their health on the go."

The company says that since its launch it has already achieved listing with many of the leading grocery and convenience distributors, including Crossmark, McLane, AMI/Coremark International and Unified Grocers, and placement at such retailers as H-E-B, Kum & Go, Circle K Southwest, United Pacific, E-Z Mart, Holiday, Tedeschi Food Shops and Schnuck Markets. In addition, retailers such as CVS Pharmacy and 7-Eleven Stores have recently been added as retail partners, demonstrating broad success of the company's products in the

market. Casey's General Store and Corner Store have also recently been added as retail partners, according to FAST, demonstrating broad success of the company's products in the market.

FAST also says it is supported by a strong roster of investors, including Johnson & Johnson Innovation--JJDC, Lumira Capital, Sofinnova Ventures, Redmile Group and HealthQuest Capital.

The FAST team comes from many different backgrounds, covering both makers of consumer packaged goods (such as Coca-Cola, Vitamin Water and **Pretzel Crisps**), and O-T-C companies (such as Becton, Dickinson and Boehringer Ingelheim Pharmaceuticals).

The one thing that unites the team, FAST says, is the belief that there is a better way to manage health and take medicine when needed. "FAST is that better way," the company stresses. "We're all committed to delivering safe, effective, great-tasting single-dose liquid medicines that meet people's most common, everyday needs --and allow them to keep on doing what they need to do."

According to FAST, the company's consumers wanted bolder packaging to reflect the effectiveness of the pain relief FAST products provide. So in 2014 the company launched a new-look range for pain, heartburn, hangovers and colds.

[ILLUSTRATION OMITTED]
First Aid Shot Therapy
1290 Howard Ave., Suite 319
Burlingame, Calif. 94010
Key contact: Gary Sanguinetti, Chief Customer Officer
Website: firstaidshottherapy.com
Phone: (650) 445-4209
Primary business: HEALTH CARE
Pain relief, headache, cold, knee, heartburn relief products
Total Store Expo booth #2426


**Load-Date:** September 1, 2016

_____

End of Document

# Get Eco-Friendly for Back to School with Lunchskins Reusable Bags at Target.

PRWeb Newswire

August 4, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2016 Vocus PRW Holdings LLC

**Length:** 520 words

## Body

(PRWEB) August 04, 2016

This fall, Lunchskins by 3greenmoms is partnering with Target, Klean Kanteen, Rock the Lunchbox, and popular snack brands to make Back to School easy, stylish, and eco-friendly.

Since 2008, Lunchskins has been on a mission to eliminate single-use plastic pollution by providing food-safe and dishwasher-friendly reusable bags in a variety of colors and prints. A mother to four children, founder and CEO of Lunchskins Kirsten Quigley seeks to "remove the hassle of Back to School shopping and focus instead on the new year ahead in eco-friendly style."

Lunchskins reusable sandwich and snack bags are taking over the Back to School aisle of Target in convenient two-pack sets. Available in three exclusive prints and colors including red monkey and stripe, blue whale and wave, and green stripe and dot, these two-pack sets are stylish, sturdy, non-toxic, and dishwasher-safe, allowing students, parents, and teachers to stay green for Back to School.

To kick off Back to School at Target, Lunchskins is partnering on social media with popular snack brands found in Target, including Angie's BOOMCHICKAPOP, Snack Factory's **Pretzel Crisps**, Stonyfield Organic yogurt, and Perfect Bar. Through a series of social media collaborations featuring Lunchskins two-pack sets alongside healthy, recognizable snack brands found in Target grocery aisles, Lunchskins and partners hope to promote healthy, sustainable choices and a "#snackgreen" mindset for Back to School.

In their shared mission to eliminate plastic pollution, Lunchskins also is partnering with Klean Kanteen to produce three bundles as part of Klean Kanteen's "#Bring Your Own" campaign. Designed to provide reusable alternatives to single-use plastic, these bundles each will include one Klean Kanteen stainless steel beverage bottle and one Lunchskins sandwich bag. Two adult-themed bundles and one kid-friendly bundle (featuring the Lunchskins 2016 Green Sea Turtle mission bag) will be available online starting August 8, 2016.

This August through September, Lunchskins sandwich and snack bag two-pack sets will be featured alongside Annie's snacks and macaroni, Rudi's Bakery organic and gluten-free breads, Honest Kids fruit juice pouches, Applegate organic cold cuts, Green Kid Crafts, and Bentology in the Rock the Lunchbox sweepstakes to win a month of lunches. Rock the Lunchbox and Lunchskins are dedicated to making healthy, green choices the norm by providing knowledge and encouragement to inspire kids to get involved in packing their lunches. For more information and details on how to enter, please see the Rock the Lunchbox sweepstakes page.

In just one year, each Lunchskins reusable sandwich, snack, or zipper bag replaces an average of 500 single-use plastic bags, preventing them from clogging up landfills and harming ocean life. Lunchskins products are tangible proof that it feels good to do good. To find out more about Lunchskins for Back to School, visit http://www.lunchskins.com.

Read the full story at        http://www.prweb.com/releases/2016/08/prweb13592891.htm

**Load-Date:** August 6, 2016

Get Eco-Friendly for Back to School with Lunchskins Reusable Bags at Target.

**End of Document**



# Press Release: Snyder's-Lance Declares Regular Quarterly Dividend

Dow Jones Institutional News

August 4, 2016 Thursday 8:05 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 293 words

## Body

Snyder's-Lance Declares Regular Quarterly Dividend

PR Newswire

CHARLOTTE, N.C., Aug. 4, 2016

CHARLOTTE, N.C., Aug. 4, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that the Company's Board of Directors has declared a regular cash dividend on the Company's common stock of $0.16 per share, payable August 31, 2016 to shareholders of record at the close of business August 23, 2016.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R), Lance(R), Kettle Brand(R), KETTLE Chips(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Pop Secret(R), Emerald(R), Diamond of California(R), Late July(R), Krunchers! (R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website: www.snyderslance.com . LNCE-E

Investor Contact

Kevin Powers, Senior Director, Investor Relations

Kpowers@snyderslance.com, (704) 557-8279

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-declares-regular-quarterly-dividend-300309450.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

(END) Dow Jones Newswires

August 04, 2016 16:05 ET (20:05 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** August 5, 2016

End of Document



# Snyder's-Lance Declares Regular Quarterly Dividend

PR Newswire

August 4, 2016 Thursday 4:05 PM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 248 words

**Dateline:** CHARLOTTE, N.C., Aug. 4, 2016

# Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that the Company's Board of Directors has declared a regular cash dividend on the Company's common stock of $0.16 per share, payable August 31, 2016 to shareholders of record at the close of business August 23, 2016.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE Chips®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers! ®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate website:http://www.snyderslance.com. LNCE-E

Investor ContactKevin Powers, Senior Director, Investor Relations

Kpowers@snyderslance.com, (704) 557-8279

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-declares-regular-quarterly-dividend-300309450.html

SOURCE Snyder's-Lance, Inc.

**Load-Date:** August 5, 2016

End of Document



# Learn How to Superbly Pitch Your Business in this NYC Conference

The Soho Loft

July 29, 2016 Friday 10:20 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 1036 words

**Byline:** Editor

## Body

Jul 29, 2016( The Soho Loft: http://www.thesoholoft.com Delivered by Newstex)
http://twitter.com/intent/tweet?text=Learn%20How%20to%20Superbly%20Pitch%20Your%20Business%20in%20thi
s%20NYC%20Conference...=http://thesoholoft.com/learn-how-to-superbly-pitch-your-business-in-this-nyc-
conference/https://plus.google.com/share?url=http://thesoholoft.com/learn-how-to-superbly-pitch-your-business-in-
this-nyc-conference/http://www.digg.com/submit?url=http://thesoholoft.com/learn-how-to-superbly-pitch-your-
business-in-this-nyc-conference/http://reddit.com/submit?url=http://thesoholoft.com/learn-how-to-superbly-pitch-
your-business-in-this-nyc-
conference/...le=Learn%20How%20to%20Superbly%20Pitch%20Your%20Business%20in%20this%20NYC%20Co
nferencehttp://www.linkedin.com/shareArticle?mini=true...=http://thesoholoft.com/learn-how-to-superbly-pitch-your-
business-in-this-nyc-conference/http://www.tumblr.com/share/link?url=http%3A%2F%2Fthesoholoft.com%2Flearn-
how-to-superbly-pitch-your-business-in-this-nyc-
conference%2F...e=Learn+How+to+Superbly+Pitch+Your+Business+in+this+NYC+Conferencehttp://www.pinterest
.com/pin/create/button/
mailto:?Subject=Learn%20How%20to%20Superbly%20Pitch%20Your%20Business%20in%20this%20NYC%20Co
nference...y=Here%20is%20the%20link%20to%20the%20article:%20            http://thesoholoft.com/learn-how-to-
superbly-pitch-your-business-in-this-nyc-conference/ The Soho Loft Conferences, Victoria Global and
FundingPost.com present Summer NYC Angel ... Conference to be held in New York City on August 4, 2016  Early
stage investors, Angels, VCs, early stage entrepreneurs, exhibiting companies, services providers, media and
academia will be attending this groundbreaking conference that will be held in La Marina, 348 Dyckman Street, New
York, NY.

David Drake[1], Chairman of LDJ Capital, says, 'This conference will bring together Angels, VCs, corporate
investors and early stage entrepreneurs. This is a must attend event if you want to learn how to pitch your business
to investors.' The conference topics include: how to reach and meet investors; how to superbly pitch a business; hot
sectors; trends in early stage investing; most targeted sectors by VCs and angels; what investors look for when
considering an investment; best and worst things entrepreneurs do when pitching their businesses; and additional
advice for entrepreneurs.  How to reach and meet investors  The event will be moderated by David J Sorin, Partner
at McCarter ...glish. Keynote speakers include: Beau Gordon, Stagefront PartnersCaryn Effron, Angel Investor, 37
AngelsDavid Goldberg, Director, Corigin VenturesJay Levy, Partner, Zelkova VenturesKatherine O'Neill, Executive
Director, Jumpstart New Jersey Angel NetworkLaurel Touby, Managing Partner, Flatiron InvestorsRobert Hayden,
Director, New York Life VenturesPeter Weiss, Angel Investor, ARC Angel FundRavi Patel, Audience Ventures The
event will also feature a lunch workshop, submission of entrepreneur 1/4 page summaries and networking sessions
where attendees will interact with investor panelists at the cocktail party. Sponsors of this conference are Nolcha,
McCarter ...glish, Crowded.com, AC Lion, and WeiserMazars.    Best and worst things entrepreneurs do when
pitching their businesses  The Soho Loft Conferences[2], National Venture Capital Association, BoogarLists, Grand
Central Tech, Awl ...ndry, Angel Capital Association, VC Experts, ReadWriteWeb, FashInvest, NYConverage,
StartupReport, AlleyWatch, Startup Digest, Under30CEO, Waveborn, GarysGuide, Disruptive Technologists,
**Pretzel Crisps,** and WrkBench are the media sponsors. Drinks will be sponsored by Smart Beer. For more details,

Case 3:17-cv-00652-KDB-DSC   Document 41-8   Filed 10/29/18   Page 298 of 321

visit: http://thesoholoft.com/conferences/summer-nyc-vc-angel-conference-2/[3] Watch out for more conferences happening across the country and the world, the next one may be in your city. To get VIP access to major conferences that intersect finance with key industries and for other exciting perks and benefits, consider the annual membership programs at www.thesoholoft.com/vipmembers. Visit http://thesoholoft.com/upcoming-conferences/[4] for more information on upcoming and past events, and www.thesoholoft.com for general information. MEDIA CONTACT: THE SOHO LOFT Media Group ( www.thesoholoft.com) The Soho Loft Media Group is a global financial media company with 3 divisions: THE SOHO LOFT CONFERENCES organizes up to 200+ investor-focused global summits, talks and events annually. TIMES IMPACT PUBLICATIONS produces relevant content on investing and entrepreneurship that are published and syndicated in 100+ leading online publications and growing. VICTORIA GLOBAL Communications specializes in client Investor Relations, Public Relations, Branding and Social Media Marketing. The Soho Loft Media Group is your global partner for your investment and business strategies. For inquiries, contact info@thesoholoft.com or call 212.845.9652; Recommended http://thesoholoft.com/otc-markets-petitions-the-sec-to-expand-regulation-a-to-include-sec-reporting-companies-part-3/ OTC Markets Petitions The SEC To Expand Regulation A To Include SEC Reporting Companies (Part III)[5] Allowing small reporting companies to utilize Regulation A+ may raise the interest in these offerings for investment banks. Find out more. http://thesoholoft.com/use-technology-but-dont-let-it-use-you/ Dare2Go: Use Technology, But Don't Let It Use You[6] Technology is meant to be used as an instrument; the second that instrument begins to use us, we lose our intuition and perhaps even a bit of our humanity. http://thesoholoft.com/how-one-startup-is-redefining-depression-treatments/ How One Startup is Redefining Depression Treatments[7] Learn how one biotech startup is treating depression the right way. [ 1]: http://thesoholoft.com/david/ [ 2]: http://www.thesoholoft.com/ [ 3]: http://thesoholoft.com/conferences/summer-nyc-vc-angel-conference-2/ [ 4]: http://thesoholoft.com/upcoming-conferences/ [ 5]: http://thesoholoft.com/otc-markets-petitions-the-sec-to-expand-regulation-a-to-include-sec-reporting-companies-part-3/ [ 6]: http://thesoholoft.com/use-technology-but-dont-let-it-use-you/ [ 7]: http://thesoholoft.com/how-one-startup-is-redefining-depression-treatments/

**Load-Date:** July 29, 2016

---

End of Document



# Learn How to Superbly Pitch Your Business in this NYC Conference

FinancialWire

July 28, 2016 Thursday

Copyright 2016 Investrend Communications, Inc. All Rights Reserved



**Length:** 573 words

## Body

The Soho Loft Conferences, Victoria Global and FundingPost.com present Summer NYC Angel & VC Conference to be held in New York City on August 4, 2016

Early stage investors, Angels, VCs, early stage entrepreneurs, exhibiting companies, services providers, media and academia will be attending this groundbreaking conference that will be held in La Marina, 348 Dyckman Street, New York, NY.

David Drake, Chairman of LDJ Capital, says, "This conference will bring together Angels, VCs, corporate investors and early stage entrepreneurs. This is a must attend event if you want to learn how to pitch your business to investors."

The conference topics include: how to reach and meet investors; how to superbly pitch a business; hot sectors; trends in early stage investing; most targeted sectors by VCs and angels; what investors look for when considering an investment; best and worst things entrepreneurs do when pitching their businesses; and additional advice for entrepreneurs.

The event will be moderated by David J Sorin, Partner at McCarter & English. Keynote speakers include:

Beau Gordon, Stagefront Partners

Caryn Effron, Angel Investor, 37 Angels

David Goldberg, Director, Corigin Ventures

Jay Levy, Partner, Zelkova Ventures

Katherine O'Neill, Executive Director, Jumpstart New Jersey Angel Network

Laurel Touby, Managing Partner, Flatiron Investors

Learn How to Superbly Pitch Your Business in this NYC Conference

Robert Hayden, Director, New York Life Ventures

Peter Weiss, Angel Investor, ARC Angel Fund

Ravi Patel, Audience Ventures

The event will also feature a lunch workshop, submission of entrepreneur 1/4 page summaries and networking sessions where attendees will interact with investor panelists at the cocktail party.

Sponsors of this conference are Nolcha, McCarter & English, Crowded.com, AC Lion, and WeiserMazars.


The Soho Loft Conferences, National Venture Capital Association, BoogarLists, Grand Central Tech, Awl & Sundry, Angel Capital Association, VC Experts, ReadWriteWeb, FashInvest, NYConverage, StartupReport, AlleyWatch, Startup Digest, Under30CEO, Waveborn, GarysGuide, Disruptive Technologists, **Pretzel Crisps**, and WrkBench are the media sponsors.

Drinks will be sponsored by Smart Beer.

For more details, visit:

http://thesoholoft.com/conferences/summer-nyc-vc-angel-conference-2/

Watch out for more conferences happening across the country and the world, the next one may be in your city. To get VIP access to major conferences that intersect finance with key industries and for other exciting perks and benefits, consider the annual membership programs at www.thesoholoft.com/vipmembers. Visit http://thesoholoft.com/upcoming-conferences/ for more information on upcoming and past events, and www.thesoholoft.com for general information.

MEDIA CONTACT:

THE SOHO LOFT Media Group ( www.thesoholoft.com)

The Soho Loft Media Group is a global financial media company with 3 divisions:

THE SOHO LOFT CONFERENCES organizes up to 200+ investor-focused global summits, talks and events annually.

TIMES IMPACT PUBLICATIONS produces relevant content on investing and entrepreneurship that are published and syndicated in 100+ leading online publications and growing.

VICTORIA GLOBAL Communications specializes in client Investor Relations, Public Relations, Branding and Social Media Marketing.

The Soho Loft Media Group is your global partner for your investment and business strategies.

For inquiries, contact info@thesoholoft.com or call 212.845.9652


(Distributed by M2 Communications ( www.m2.com))

**Load-Date:** July 28, 2016

_____

End of Document



# Learn How to Superbly Pitch Your Business in this NYC Conference

M2 PressWIRE

July 28, 2016 Thursday

Copyright 2016 Normans Media Limited All Rights Reserved



**Length:** 568 words

## Body

July 28, 2016

The Soho Loft Conferences, Victoria Global and FundingPost.com present Summer NYC Angel & VC Conference to be held in New York City on August 4, 2016

Early stage investors, Angels, VCs, early stage entrepreneurs, exhibiting companies, services providers, media and academia will be attending this groundbreaking conference that will be held in La Marina, 348 Dyckman Street, New York, NY.

David Drake, Chairman of LDJ Capital, says, "This conference will bring together Angels, VCs, corporate investors and early stage entrepreneurs. This is a must attend event if you want to learn how to pitch your business to investors."

The conference topics include: how to reach and meet investors; how to superbly pitch a business; hot sectors; trends in early stage investing; most targeted sectors by VCs and angels; what investors look for when considering an investment; best and worst things entrepreneurs do when pitching their businesses; and additional advice for entrepreneurs.

The event will be moderated by David J Sorin, Partner at McCarter & English. Keynote speakers include:

Beau Gordon, Stagefront Partners

Caryn Effron, Angel Investor, 37 Angels

David Goldberg, Director, Corigin Ventures

Jay Levy, Partner, Zelkova Ventures

Katherine O'Neill, Executive Director, Jumpstart New Jersey Angel Network

Learn How to Superbly Pitch Your Business in this NYC Conference

Laurel Touby, Managing Partner, Flatiron Investors

Robert Hayden, Director, New York Life Ventures

Peter Weiss, Angel Investor, ARC Angel Fund

Ravi Patel, Audience Ventures

The event will also feature a lunch workshop, submission of entrepreneur 1/4 page summaries and networking sessions where attendees will interact with investor panelists at the cocktail party.

Sponsors of this conference are Nolcha, McCarter & English, Crowded.com, AC Lion, and WeiserMazars.

The Soho Loft Conferences, National Venture Capital Association, BoogarLists, Grand Central Tech, Awl & Sundry, Angel Capital Association, VC Experts, ReadWriteWeb, FashInvest, NYConverage, StartupReport, AlleyWatch, Startup Digest, Under30CEO, Waveborn, GarysGuide, Disruptive Technologists, **Pretzel Crisps**, and WrkBench are the media sponsors.

Drinks will be sponsored by Smart Beer.

For more details, visit:

http://thesoholoft.com/conferences/summer-nyc-vc-angel-conference-2/

Watch out for more conferences happening across the country and the world, the next one may be in your city. To get VIP access to major conferences that intersect finance with key industries and for other exciting perks and benefits, consider the annual membership programs at www.thesoholoft.com/vipmembers. Visit http://thesoholoft.com/upcoming-conferences/ for more information on upcoming and past events, and www.thesoholoft.com for general information.

MEDIA CONTACT:

THE SOHO LOFT Media Group ( www.thesoholoft.com)

The Soho Loft Media Group is a global financial media company with 3 divisions:

THE SOHO LOFT CONFERENCES organizes up to 200+ investor-focused global summits, talks and events annually.

TIMES IMPACT PUBLICATIONS produces relevant content on investing and entrepreneurship that are published and syndicated in 100+ leading online publications and growing.

VICTORIA GLOBAL Communications specializes in client Investor Relations, Public Relations, Branding and Social Media Marketing.

The Soho Loft Media Group is your global partner for your investment and business strategies.

For inquiries, contact info@thesoholoft.com or call 212.845.9652

**Load-Date:** July 28, 2016

End of Document



# Snyder's-Lance to Report Second Quarter Results on August 9, 2016

Financial Buzz

July 27, 2016 Wednesday 3:43 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 476 words

# Body

Jul 27, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex) ; CHARLOTTE, N.C., July 26, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it will release its second quarter 2016 results before the market opens on Tuesday, August 9, 2016, followed by a conference call and live webcast at 8:00 a.m. EDT to review the Company's results. Participating in the conference call will be Carl E. Lee Jr., President and Chief Executive Officer, Rick Puckett, Executive Vice President and Chief Financial Officer, and Kevin Powers, Senior Director of Investor Relations. The conference call will be webcast live through the Investor Relations section of the Company's website at      www.snyderslance.com[1], where the accompanying slide presentation will also be available.  To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers.

The conference ID is 26596533. A continuous telephone replay of the call will be available between 12:00 p.m. EDT on August 9 and 12:00 a.m. EDT on August 16. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 26596533. Investors may also access a web-based replay of the conference call at www.snyderslance.com[2]. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps®**, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com[3]. LNCE-E Investor Contact Kevin Powers, Senior Director, Investor Relations Kpowers@snyderslance.com[4], (704) 557-8279; To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-to-report-second-quarter-results-on-august-9-2016-300304372.html[5] SOURCE Snyder's-Lance, Inc. [ 1]:          http://www.snyderslance.com/ [ 2]: http://www.snyderslance.com/ [ 3]:          http://www.snyderslance.com/ [ 4]: Kpowers@snyderslance.com [ 5]:          http://www.prnewswire.com/news-releases/snyders-lance-to-report-second-quarter-results-on-august-9-2016-300304372.html

**Load-Date:** July 27, 2016

End of Document



# Press Release: Snyder's-Lance to Report Second Quarter Results on August 9, 2016

Dow Jones Institutional News

July 26, 2016 Tuesday 9:00 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 455 words

## Body

Snyder's-Lance to Report Second Quarter Results on August 9, 2016

PR Newswire

CHARLOTTE, N.C., July 26, 2016

CHARLOTTE, N.C., July 26, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it will release its second quarter 2016 results before the market opens on Tuesday, August 9, 2016, followed by a conference call and live webcast at 8:00 a.m. EDT to review the Company's results. Participating in the conference call will be Carl E. Lee Jr., President and Chief Executive Officer, Rick Puckett, Executive Vice President and Chief Financial Officer, and Kevin Powers, Senior Director of Investor Relations.

The conference call will be webcast live through the Investor Relations section of the Company's website at www.snyderslance.com , where the accompanying slide presentation will also be available.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 26596533. A continuous telephone replay of the call will be available between 12:00 p.m. EDT on August 9 and 12:00 a.m. EDT on August 16. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 26596533. Investors may also access a web-based replay of the conference call at  www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover(R), Lance(R), Kettle Brand(R), KETTLE(R) Chips, Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Pop Secret(R), Emerald(R), Diamond of California(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R), and other brand names along with a

number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com . LNCE-E

Investor Contact

Kevin Powers, Senior Director, Investor Relations

Kpowers@snyderslance.com, (704) 557-8279

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-to-report-second-quarter-results-on-august-9-2016-300304372.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

(END) Dow Jones Newswires

July 26, 2016 17:00 ET (21:00 GMT)


# Notes

PUBLISHER: Dow Jones & Company, Inc.


**Load-Date:** July 27, 2016

End of Document



# Snyder's-Lance to Report Second Quarter Results on August 9, 2016

PR Newswire

July 26, 2016 Tuesday 5:00 PM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 410 words

**Dateline:** CHARLOTTE, N.C., July 26, 2016

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it will release its second quarter 2016 results before the market opens on Tuesday, August 9, 2016, followed by a conference call and live webcast at 8:00 a.m. EDT to review the Company's results. Participating in the conference call will be Carl E. Lee Jr., President and Chief Executive Officer, Rick Puckett, Executive Vice President and Chief Financial Officer, and Kevin Powers, Senior Director of Investor Relations.

The conference call will be webcast live through the Investor Relations section of the Company's website athttp://www.snyderslance.com, where the accompanying slide presentation will also be available.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 26596533. A continuous telephone replay of the call will be available between 12:00 p.m. EDT on August 9 and 12:00 a.m. EDT on August 16. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 26596533. Investors may also access a web-based replay of the conference call athttp://www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site:http://www.snyderslance.com. LNCE-E

Investor ContactKevin Powers, Senior Director, Investor Relations

Kpowers@snyderslance.com, (704) 557-8279

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-to-report-second-quarter-results-on-august-9-2016-300304372.html

SOURCE Snyder's-Lance, Inc.

**Load-Date:** July 27, 2016

Snyder's-Lance to Report Second Quarter Results on August 9, 2016

End of Document



# VMG Partners Completes Sale of Babyganics to SC Johnson

PR Newswire

July 26, 2016 Tuesday 7:55 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 526 words

**Dateline:** SAN FRANCISCO, July 26, 2016

## Body

VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, has completed the sale of Babyganics, a rapidly growing brand of personal care and household products for families with children, to SC Johnson. Founded in 2004, Babyganics is a pioneering lifestyle brand offering family-focused products including skin care, bath care, sun care, insect repellent, oral care, hand hygiene, surface cleaners, laundry products, dish soaps, diapers and wipes.

Kara Roell, Managing Director of VMG, said, "The Babyganics brand has emerged as a true leader in the pursuit of providing unique and innovative products for today's parents and their children. VMG is extremely appreciative of the partnership built with Kevin Schwartz and Keith Garber, the leaders of Babyganics, and of the collaboration, creativity and exceptional performance of the entire Babyganics team in redefining the well-baby category."

Mr. Schwartz, Founder & Chief Executive Officer of Babyganics, commented, "The partnership with VMG has provided us access to the right tools each step of the way, enabling our brand to grow and thrive - we're thrilled with all that we've been able to accomplish together. As we look to the future, our entire team is excited about the next phase for Babyganics with SC Johnson by our side."

Babyganics represents the second exit in VMG's second fund, following quickly after the sale of Justin's to Hormel Foods. Its first fund, VMG I, was fully realized upon the sale of Vega to White Wave Foods Co. in 2015.

About Babyganics

Babyganics is committed to providing parents with the tools they need to help them create their own baby-safe world. They offer an entire ecosystem of household and personal care products, from bubble bath to laundry care, sunscreen to toothpaste, dish soap to diapers and more. Headquartered in Westbury, NY, Babyganics is a proud B Corporation with a focus on a creating positive impact in the community and the environment.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target categories includes food, beverage, wellness, pet products, personal care, and household products brands. Representative past and present partner companies include babyganics®, Health Warrior, Justin's, Kernel Seasons, KIND Healthy Snacks, Natural Balance, Nature's Bakery, **Pretzel Crisps**®, Perfect Bar, Quest, Spindrift, and Vega. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visithttp://www.vmgpartners.com.

Contact: Chris Tofalli

Chris Tofalli Public Relations, LLC

VMG Partners Completes Sale of Babyganics to SC Johnson

914-834-4334

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/vmg-partners-completes-sale-of-babyganics-to-sc-johnson-300303926.html

SOURCE VMG Partners

**Load-Date:** July 27, 2016

End of Document



# VMG sells Babyganics to SC Johnson

peHUB

July 26, 2016 Tuesday 1:01 PM EST

Copyright 2016 HedgeWorld USA Inc., All Rights Reserved

**Length:** 538 words

**Byline:** Eamon Murphy

## Body

VMG Partners sold Babyganics, a brand of personal care and household products for families with children, to SC Johnson. Financial terms were not disclosed. This is the second exit in VMG's second fund. The firm specializes in branded consumer product companies in the lower middle market.

PRESS RELEASE

SAN FRANCISCO, July 26, 2016 – VMG Partners , a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, has completed the sale of Babyganics, a rapidly growing brand of personal care and household products for families with children, to SC Johnson. Founded in 2004, Babyganics is a pioneering lifestyle brand offering family-focused products including skin care, bath care, sun care, insect repellent, oral care, hand hygiene, surface cleaners, laundry products, dish soaps, diapers and wipes.

Kara Roell, Managing Director of VMG, said, "The Babyganics brand has emerged as a true leader in the pursuit of providing unique and innovative products for today's parents and their children. VMG is extremely appreciative of the partnership built with Kevin Schwartz and Keith Garber, the leaders of Babyganics, and of the collaboration, creativity and exceptional performance of the entire Babyganics team in redefining the well-baby category."

Mr. Schwartz, Founder & Chief Executive Officer of Babyganics, commented, "The partnership with VMG has provided us access to the right tools each step of the way, enabling our brand to grow and thrive – we're thrilled with all that we've been able to accomplish together. As we look to the future, our entire team is excited about the next phase for Babyganics with SC Johnson by our side."

Babyganics represents the second exit in VMG's second fund, following quickly after the sale of Justin's to Hormel Foods. Its first fund, VMG I, was fully realized upon the sale of Vega to White Wave Foods Co. in 2015.

About Babyganics

Babyganics is committed to providing parents with the tools they need to help them create their own baby-safe world. They offer an entire ecosystem of household and personal care products, from bubble bath to laundry care, sunscreen to toothpaste, dish soap to diapers and more. Headquartered in Westbury, NY, Babyganics is a proud B Corporation with a focus on a creating positive impact in the community and the environment.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target categories includes food, beverage, wellness, pet products, personal care, and household products brands. Representative past and present partner companies include babyganics®, Health Warrior, Justin's, Kernel Seasons, KIND Healthy Snacks, Natural Balance, Nature's Bakery, **Pretzel Crisps®**,

Perfect Bar, Quest, Spindrift, and Vega. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visit www.vmgpartners.com .

**Load-Date:** July 26, 2016



# Recent food recalls; WASHINGTON

The Food Institute Report

July 25, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2016 The Food Institute

**Section:** Pg. 11; Vol. 89; No. 14; ISSN: 0745-4503

**Length:** 834 words

## Body

CONAGRA FOODS, Russellville, AK, voluntarily recalled approximately 3,806-lbs. of frozen chicken and beef entree products. The recall includes two 22-oz. products under the P.F. Chang's Home Menu brand. Reason for Recall: "May be contaminated with extraneous metal." Recall ongoing.

IKEA, Conshohocken, PA, expanded its voluntary recall to include Choklad Lingon & Blabar, Choklad Not, Godis Cokladkrokant, Godis Chokladran and Choklad Ljus bars. The products were distributed to IKEA stores nationwide. Reason for Recall: "Undeclared milk, hazelnuts and almonds." Recall ongoing.

THE KROGER CO., Cincinnati, OH, voluntarily recalled Deluxe S'more Ice Cream. The product was sold at KROGER, DILLONS, BAKER'S, GERBES, FOOD 4 LESS, FRED MEYER, FRY'S, JAYC, KING SOOPERS, CITY MARKET, QFC, RALPHS and SMITH'S stores in 29 states. Reason for Recall: "Potential peanut contamination." Recall ongoing.

CONTINENTAL MILLS, Tukwila, WA, voluntarily recalled KRUSTEAZ Blueberry Pancake Mix. The product contained a small blueberry nugget that could have been contaminated in connection with the GENERAL MILLS flour recall. Reason for Recall: "Potential E.coli contamination." Recall ongoing.

HEARN KIRKWOOD, Hanover, MD, voluntarily recalled Evie's Cheddar Potato Salad. The product was sold through AMAZON FRESH in the Bellevue, WA, area between April 8 and June 13. Reason for Recall: "Potential listeria contamination." Recall ongoing.

KABOB'S ACQUISITION INC., Lake City, GA, voluntarily recalled about 44,850-lbs. of meat and poultry products. The items were produced between Dec. 8, 2015 and Jan. 15. Reason for Recall: "Potential E.coli contamination." Recall ongoing.

GENERAL MILLS, Minneapolis, MN, expanded its voluntarily recall to include two flavors of BETTY CROCKER cake mix. The flavors, including Betty Crocker Delights Super Moist Party Rainbow Chip Cake Mix and Delights Super Moist Carrot Cake Mix contain flour from the company's July 1 recall and could be contaminated with E. coli. Reason for Recall: "Potential E.coli contamination." Recall ongoing.

SIMMONS PREPARED FOODS INC., Van Buren, AK, voluntarily recalled 5,850-lbs. of frozen, not ready-to-eat chicken products. The product used flour that is part of a General Mills recall. Reason for Recall: "Potential E.coli contamination." Recall ongoing.

BAPTISTA'S BAKERY INC., Franklin, WI, voluntarily recalled a limited number of 30 oz. Snack Factory Original **Pretzel Crisps** because seasoned products produced in the same facility may have been comingled with the Original variety. No other products or sizes were impacted. Reason for Recall: "May contain undeclared milk ingredients." Recall ongoing.

MICHAEL ANGELO'S GOURMET FOODS INC., Austin, TX, voluntarily recalled about 4,225-lbs. of frozen shrimp scampi products. Reason for Recall: "May be mislabeled and contain chicken, egg and soy due to a packaging error." Recall ongoing.

INTERNATIONAL COMMISSARY CORPORATION, San Jose, CA, voluntarily recalled MARIE CALLENDER'S Cheese Biscuit Mix. The products contained a flour ingredient that was part of a General Mills recall. Reason for Recall: "Potential E. coli contamination." Recall ongoing.

KERRY INC., Beloit, WI, voluntarily recalled two lots of Golden Dipt Jalapeno Breader sold to foodservice distributors due to potential E. coli contamination. Red bell pepper nugget and jalapeno nugget ingredients were created with flour that was part of a General Mills recall. Reason for Recall: "Potential E. coli contamination." Recall ongoing.

MONOGRAM APPETIZERS, Plover, WI, voluntarily recalled 5,000 cases of Poppers Brand Mozzarella Cheese Sticks. The products were distributed to retailers nationwide in 32oz. clear plastic packages. Reason for Recall: "Undeclared egg ingredient." Recall ongoing.

U.S. CADO HOLDINGS INC., Santa Ana, CA, voluntarily recalled 1,650-lbs. of frozen Swai fillets. The recall includes 15-lb. boxes containing bulk pieces of the product. Reason for Recall: "Distributed without meeting federal importation requirements."

CONAGRA FOODS, Russellville, AR, expanded its voluntary recall of chicken and beef entree products. The recall now includes nearly 195,597 lbs. of the entree products produced between May 31 and June 22. Reason for Recall: "Potential metal contamination." Recall ongoing.

FARIBAULT FOODS, Faribault, MN, issued a voluntary recall of a limited number of 15-ounce No-Salt-Added Black Beans. The recall covers one specific production code that was dis tributed under the following labels: HYVEE, LA PREFERIDA, OUR FAMILY, SPROUTS, MRS. GRIMES, KUNER'S and HEB BLACK. Reason for Recall:"Potential presence of plastic and/or metal pieces within the product." Recall ongoing.

THEO CHOCOLATE, Seattle, WA, voluntarily recalled 3-oz. Salted Almond 70% Dark Chocolate bars. The products were distributed to retailers in 18 states. Reason for Recall: "Undeclared milk." Recall ongoing.


**Load-Date:** September 20, 2016

---

End of Document



# No Headline In Original

Arcadian (Florida)

July 21, 2016 Thursday

Copyright 2016 Arcadian
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** ARCADIAN; Pg. 12

**Length:** 532 words

**Byline:** Lex Menz; Arcadian Assistant Editor

# Body

After years of speculation, rumor and impatience, DeSoto residents' saw their dreams come true when Publix opened its doors July 14 at 8 a.m.

Beginning before sunrise, shoppers started lining up outside the doors awaiting the magical moment.

Eileen Groves said she got in line at about 6 a.m. and stood for two hours. She came along to the opening with her cousin who "loves Publix" and planned to shop for lemonade.

Groves said she enjoys Publix because it reminds her of home.

"It reminds me of a different grocery store we have back in Kansas," she said.

While shoppers waited, Publix employees handed out doughnuts and other free items to keep everyone happy and content.

Sue Malone arrived at 7:37 a.m. to shop for fruits and vegetables at the new store on S.E. Highway 70.

"I like the quality and that the people who work here seem to love their job. That speaks wonders of the company. I think when I retire this may be my new gig," Malone said.

Before opening the doors, Store Manager Jason Yurkovitch gave a short speech about how he plans to become involved in the DeSoto community not only as a Publix store manager but also personally.

"I am so honored to be here and excited to be a part of this community. I have plans to be one of the pillars of this community. You will see me out on the town, you will see me out at events," Yurkovitch said.

For his first step, Yurkovitch presented The Smith Brown Community Foundation, which works on projects that will provide opportunities for DeSoto's youth, with a $5,000 check.

Bud and Barbara Ruth, who ran a grocery store in Arcadia bought out by All-American Publix and then shut it down, were given the honors of cutting the lime green ribbon. Barbara Ruth held the gigantic scissors and snipped the ribbon in half.

Then, the stampede into the store was on.

"God be praised," a woman cried as she entered the doors with her shopping cart.

Shoppers were handed free Publix bags as they made their way into the new store with its shiny floors, fresh produce and non-frozen meats. In the pharmacy department, cupcakes decorated to look like a giant pill bottle were being handed out to customers in celebration of the department being the 1,000th pharmacy department opened in a Publix store.

Martin and Maggie Glucklich were two of the many people who came on opening day.

Maggie Glucklich said the couple used to live in Sarasota and shopped at Publix on a regular basis. They were excited to get back to shopping there again now in Arcadia.

"I really like their organic section. The bakery is great, too," Maggie Glucklich said.

Martin Glucklich joked, "It means my wife will be happy. I appreciate Publix putting up millions of dollars to make my wife happy."

Maggie Glucklich said that the Publix opening was a sign of great things to come for DeSoto County.

"I think it's part of the growing (up) of this town. It's getting to be on the map," Glucklich said.

After finishing their shopping, customers were surprised with another free bag, this one filled with goodies. Items included **pretzel crisps**, Little Bites blueberry muffins, beef jerky, coupons, Post-It notes, a cup, a pen, lip balm, corn tortillas, dried cherries and Takis.

## Graphic

ARCADIAN PHOTO BY LEX MENZ Shoppers make their way into the new Publix in Arcadia during the grand opening on Thursday, July 14. ARCADIAN PHOTO BY LEX MENZ Shoppers check out the produce section, which was stocked the morning before to make sure all the produce was as fresh as possible. ARCADIAN PHOTO BY LEX MENZ Community members enjoyed free samples as they waited for the Publix to open at 8 a.m. on Thursday, July 14. ARCADIAN PHOTO BY LEX MENZ The pharmacy in Arcadia's Publix is the 1,000th pharmacy Publix has opened. They celebrated with cupcakes decorated to look like a pill bottle. PHOTO PROVIDED County Commissioners Bob Miller, Buddy Mansfield, Gabriel Quave and Jim Selph take a moment during the grand opening to pose for the camera. Accompanying them are the developers of the project and County Administrator Mandy Hines. PHOTOS PROVIDED Publix is well known for its wide selection of fresh bakery items, including refigerated cakes, cupcakes and other desserts. PHOTO PROVIDED Shoppers crowd the aisles during the Publix grand opening last week.

**Load-Date:** July 21, 2016

End of Document



# Baptista's Bakery recalls Snack Factory Original Pretzel Crisps

MarketLine NewsWire (Formerly Datamonitor)

July 19, 2016 Tuesday 7:39 AM GMT

Copyright 2016 MarketLine All Rights Reserved



**Section:** FOOD

**Length:** 69 words

**Highlight:** The FDA has announced that Baptista's Bakery, Inc. is voluntarily recalling a limited number of 30 ounce Snack Factory Original **Pretzel Crisps** packages because they may contain undeclared milk ingredients.

## Body

This voluntary recall covers only the following product: Snack Factory Original **Pretzel Crisps** with UPC code 049508250401 and Best By Date of 07-01-17. No other Snack Factory Original **Pretzel Crisps** products or sizes were impacted. We are initiating this recall out of an abundance of caution after determining that seasoned product produced in the same facility may have been commingled with the product listed above.

**Load-Date:** July 25, 2016

End of Document



# Snyder's of Hanover® Pretzels Production Goes Peanut-Free Giving Kids More Snack Choices in School; Transition to peanut-free facility makes America's favorite pretzels safe for kids with peanut allergies and schools with peanut restrictions

PR Newswire

July 18, 2016 Monday 10:09 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 637 words

**Dateline:** HANOVER, Pa., July 18, 2016

## Body

Just in time for back to school, Snyder's of Hanover® has transitioned its main pretzel bakery in Hanover, Pennsylvania, to a peanut-free production facility to accommodate consumer demand for snacks free of the allergen. This important change makes Snyder's of Hanover® pretzels the perfect choice for parents looking for peanut-free snacks to send to school with their kids in the fall.

"Snyder's of Hanover® pretzels have always been a great snacking option for families with kids because they're baked, wholesome and delicious," said Rod Troni, Chief Marketing Officer for Snyder's-Lance. "Now that our bakeries are peanut-free facilities, it makes pretzels an even better choice, especially for kids with peanut allergies. They provide families with a great snack alternative for school, home or anywhere with friends."

According to Food Allergy Research and Education (FARE), approximately three million people report allergies to peanuts and tree nuts, and the number of children living with peanut allergies appears to have tripled between 1997 and 2008. The rise in nut allergies among America's children has led some schools to eliminate their use of peanut products altogether and discourage children without peanut allergies from bringing peanut products to school.

"It's important to note that most of our Snyder's of Hanover® products already did not contain nuts," said Troni. "But we took the extra step of turning our facility peanut-free to eliminate the chances of cross-contamination."

Snyder's of Hanover® pretzels made in any of the company's peanut-free facilities will have packaging clearly marked with a peanut-free icon and allergen information. Many of the products, including favorites such as Pretzel Minis, Pretzel Sticks, Pretzel Snaps and Pretzel Rods already display the new allergen information and are on shelves now. Remaining products  with updated graphics will be on store shelves by the end of the year.

The brand's nut-based pretzels such as the new Snyder's of Hanover® Peanut Butter Filled Pieces are manufactured in a separate facility in Canonsburg, Pennsylvania.

About Snyder's of Hanover®For more than 100 years, Americans have enjoyed Snyder's of Hanover pretzels. With their unique sourdough heritage, Snyder's of Hanover pretzels are available across the country in a wide variety of flavors and shapes, including traditional hard pretzels, flavored pretzel pieces, sticks, rods, nibblers, Poppers, Bowties and even gluten-free options. For more information, visithttp://www.snydersofhanover.com, or find Snyder's of Hanover onFacebook,TwitterorPinterest.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other

snacks. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, KETTLE® Chips, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site:http://www.snyderslance.com. LNCE-G

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-of-hanover-pretzels-production-goes-peanut-free-giving-kids-more-snack-choices-in-school-300299905.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Stacey McCray, 704-552-6565, stacey.mccray@lgapr.com

**Load-Date:** July 19, 2016

---

End of Document