# EXHIBIT 2

## Part 8



**User Name:** T8PVBDU

**Date and Time:** Monday, October 22, 2018 12:01:00 PM EDT

**Job Number:** 75985771

## Documents (50)

1. Snyder's-Lance Announces Full Year 2015 Results

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. Snyder's-Lance Completes Acquisition of Diamond Foods, Inc.

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. Snyder's of Hanover® Offers Fans a Piece of the Action with $100,000 Half-Court Shot at the Jay Bilas Skills Camp;Flavor Four instant win game features 50 prizes hidden inside flavored Pretzel Pieces bags

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. Snyder's-Lance Completes Acquisition of Diamond Foods, Inc.

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. *Snyder's-Lance Completes Acquisition Of Diamond Foods, Inc. DMND

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

6. Snyder's-Lance, Inc. Declares Regular Quarterly Cash Dividend

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. Press Release: Snyder's-Lance, Inc. Declares Regular Quarterly Cash Dividend

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. Snyder's-Lance, Inc. Declares Regular Quarterly Cash Dividend

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. VMG Partners Names Three Vice Presidents

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. VMG promotes three to VP

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. Analysts Offer Predictions for Snyder's-Lance Inc's Q1 2016 Earnings (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

12. FY2015 Earnings Forecast for Snyder's-Lance Inc Issued By Gabelli (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

13. Q1 2016 EPS Estimates for Snyder's-Lance Inc Cut by Jefferies Group (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

14. Q1 2016 EPS Estimates for Snyder's-Lance Inc Cut by Jefferies Group (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

15. Snyder's-Lance Inc (LNCE) Releases FY15 Earnings Guidance

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

16. Snyder's-Lance Inc (LNCE) Releases FY15 Earnings Guidance

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

17. Alpha Windward Cuts Stake in Snyder's-Lance Inc (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. Alpha Windward Cuts Stake in Snyder's-Lance Inc (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. FY2015 EPS Estimates for Snyder's-Lance Inc (LNCE) Cut by Analyst

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. Snyder's-Lance Inc (LNCE) Cut to Sell at Zacks Investment Research

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. Snyder's-Lance Inc (LNCE) Cut to Sell at Zacks Investment Research

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. Snyder's-Lance Inc (LNCE) Downgraded by Zacks Investment Research to 'Sell'

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. Snyder's-Lance Inc (LNCE) Rating Lowered to Sell at Zacks Investment Research

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. Snyder's-Lance Inc (LNCE) Issues FY15 Earnings Guidance

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. BMO Capital Markets Boosts Snyder's-Lance Inc (LNCE) Price Target to $36.00

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. BMO Capital Markets Boosts Snyder's-Lance Inc (LNCE) Price Target to $36.00

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

28. Press Release: Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

29. Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. Snyder'sLance Inc to Discuss Preliminary Full Year 2015 Results and Transaction with Diamond Foods Inc - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. Hamin Hardware opens in Nekoosa

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. United States: Hot Topics In Trademark Law 2015 Series: There Is No Shortcut For Genericness - It's The Forest, Not The Trees, That Matters

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. Hot Topics In Trademark Law 2015 Series: There Is No Shortcut For Genericness ndash; It's The Forest, Not The Trees, That Matters

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

34. Local Entrepreneurs Impact the Community with Healthy Vending Machines: Janae and Eddie Collier-Green Launch Vend Natural Program in Greater Cincinnati

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

35. Local Entrepreneurs Impact the Community with Healthy Vending Machines: Janae and Eddie Collier-Green Launch Vend Natural Program in Greater Cincinnati.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. Snyder's-Lance Inc (LNCE) Forecasted to Post Q1 2016 Earnings of $0.36 Per Share

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Snyder's-Lance Inc (LNCE) Stock Rating Reaffirmed by Jefferies Group

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. Snyder's-Lance Inc (LNCE) Stock Rating Reaffirmed by Jefferies Group

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. Snyder's-Lance's (LNCE) 'Buy' Rating Reaffirmed at Jefferies Group

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

40. Snyder's-Lance's (LNCE) Buy Rating Reiterated at Jefferies Group

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

41. Agro-Mafia? Caf é LaHaye and Community Café updates; Trader Joe's sued; Feast of the Olive

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

42. A prize-winning flaugnarde; Kutztown baker impresses Food Network star with her flan-like dessert.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

43. VMG Partners Promotes Wayne Wu to Managing Director

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

44. Wu promoted to MD at VMG Partners

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

45. Sally W Yelland Declares Ownership of 4.8% Stake in Snyder's-Lance Inc (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. Food & Drink Notes: Holiday treats

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

47. Jefferies Group Weighs in on Snyder's-Lance Inc's Q2 2016 Earnings (LNCE)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. Snyder's-Lance Inc (LNCE) Coverage Initiated at Jefferies Group

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Snyder's-Lance Inc (NASDAQ:LNCE) Receives Consensus Rating of 'Buy' from Brokerages

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. Snyder's-Lance Inc (LNCE) Receives New Coverage from Analysts at Jefferies Group

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |



# Snyder's-Lance Announces Full Year 2015 Results

Financial Buzz

March 1, 2016 Tuesday 7:14 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 904 words

# Body

Mar 01, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex)  CHARLOTTE, N.C., Feb. 29, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (NASDAQ: LNCE) today announced Full Year, 2015 results. Preliminary unaudited results were previously announced in a press release and conference call on January 27, 2016. Given that the final results did not vary from this preliminary release, management will not hold a call to discuss results for full year 2015.Full Year Financial SummaryNet revenue for the full year 2015 was $1.66 billion, an increase of 2.2% compared to full year 2014 net revenue of $1.62 billion and an increase of 4.1% excluding the impact of the additional 53rd week in 2014. The additional week in 2014 was $30.4 million in net revenue.

Net income excluding special items for the full year 2015 was $71.9 million, or $1.01 per diluted share, as compared to net income excluding special items of $65.2 million for the full year 2014, or $0.92 per diluted share. GAAP net income, which includes special items, for the full year 2015, was $50.7 million, or $0.71 per diluted share, as compared to GAAP net income of $59.3 million for the full year 2014, or $0.84 per diluted share. Special items for the full year 2015 included after-tax expenses of $21.3 million primarily associated with legal fees and accruals for expected settlements of certain litigation, impairment charges and transaction-related expenses associated with the Diamond Foods acquisition. Special items for the full year 2014 included an after-tax gain on the revaluation of our prior equity investment in Late July of $9.8 million which was more than offset by after-tax expenses of $15.7 million primarily associated with impairment charges, restructuring charges and professional fees.Diamond Foods Acquisition and Estimates for 2016 Earlier today, Snyder's-Lance also announced the completion of the acquisition of Diamond Foods, Inc., an industry leading snack foods company. Given that the transaction closed today, Snyder's-Lance cannot provide consolidated estimates for 2016 at this time. Snyder's-Lance expects to provide full year 2016 estimates of net revenue, EPS and capital spending for the combined company during its first quarter 2016 earnings call, anticipated to be held in early May. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, popcorn, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Wisconsin and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Kettle Brand®, KETTLE®, Pop Secret®, Emerald®, Diamond of California®, and other brand names along with a number of third party brands. Products are distributed internationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E Cautionary Information about Forward Looking Statements This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food

products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.Rating45views                   0commentsrecommend                   to                   friends http://www.financialbuzz.com/articles/contributor/374Related PostsLeave a Reply Required fields are marked *Close[1]Enter the site [ 1]:              http://www.financialbuzz.com/snyder-s-lance-announces-full-year-2015-results-411886#

**Load-Date:** March 1, 2016

---

End of Document



# Snyder's-Lance Completes Acquisition of Diamond Foods, Inc.

Financial Buzz

March 1, 2016 Tuesday 7:15 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 1041 words

## Body

Mar 01, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex)  CHARLOTTE, N.C., Feb. 29, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (NASDAQ: LNCE) announced today the completion of its acquisition of Diamond Foods, Inc.

(NASDAQ: DMND) ("Diamond Foods" or "Diamond"). Per terms of the deal, Snyder's-Lance has acquired all outstanding shares of Diamond Foods in a cash and stock merger transaction. Under the terms of the agreement, Diamond Foods stockholders receive 0.775 Snyder's-Lance shares and $12.50 in cash per share of Diamond Foods.The acquisition creates a powerful, international snack foods company with an innovative and diversified product portfolio. The addition of leading snack food brands such as Kettle Brand® potato chips, KETTLE® Chips, Pop Secret® popcorn, Emerald® snack nuts, and Diamond of California® culinary nuts positions Snyder's-Lance to compete more broadly and with enhanced capabilities. Each of these brands brings unique strengths to support Snyder's-Lance's strategic plan while increasing the Company's annualized net revenue to approximately $2.6 billion. The transaction also expands the Company's overall footprint in "better-for-you" snacking and increases its natural food channel presence. The Company reaffirmed estimated annualized synergies from cost savings of $75 million, with approximately $10 million to be re-invested in the company's growth plans. Snyder's-Lance expects the transaction to be immediately accretive to 2016 annualized earnings."We are very excited to have completed the acquisition of Diamond Foods and look forward to starting this new chapter in our Company's history. Diamond has been a powerful industry leader in snack foods with exceptional brands and we're excited to bring these two great teams together," said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "With products that deliver exceptional taste, quality and innovation across our entire portfolio, we know the Diamond Foods brands will work perfectly alongside our Snyder's-Lance lineup. By bringing together the resources and expertise of the Snyder's-Lance and Diamond teams, we expect to see widening profit margins as we gain synergies and progress though our integration plans over the next 12 to 24 months. With the combined power of our sales teams, we will continue driving new product innovation as we broaden our geographic and consumer reach. We welcome the Diamond team to the Snyder's-Lance family and look forward to winning together." Estimates on Consolidate Financial Results Given that the transaction with Diamond Foods closed today, management will provide consolidated estimates after giving full consideration to purchase accounting, a complete review of base business revenues as well as timing expectations for synergy gains from integration. Management expects to provide full year 2016 estimates in early May with Q1 2016 financial results. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, popcorn, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Wisconsin and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps®**, Late July®, Kettle Brand®, KETTLE®, Pop Secret®, Emerald®, Diamond of California®, and other brand names along with a number of third party brands. Products are distributed internationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E Cautionary Information about Forward Looking Statements This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include

projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission. Logo - http://photos.prnewswire.com/prnh/20150410/197788LOGO[1] To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-completes-acquisition-of-diamond-foods-inc-300228057.html[2] SOURCE Snyder's-Lance, Inc. [ 1]: http://photos.prnewswire.com/prnh/20150410/197788LOGO [ 2]: http://www.prnewswire.com/news-releases/snyders-lance-completes-acquisition-of-diamond-foods-inc-300228057.html

**Load-Date:** March 1, 2016

---

End of Document



# Snyder's of Hanover® Offers Fans a Piece of the Action with $100,000 Half-Court Shot at the Jay Bilas Skills Camp; Flavor Four instant win game features 50 prizes hidden inside flavored Pretzel Pieces bags

PR Newswire

March 1, 2016 Tuesday 10:40 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 670 words

**Dateline:** HANOVER, Pa., March 1, 2016

## Body

Snyder's of Hanover® will give four lucky winners a chance at a half-court shot for $100,000 if they claim the Flavor Four Instant Win grand prize game cards in specially marked bags of Snyder's of Hanover Pretzel Pieces by May 10, 2016. In addition, 46 first prize game cards will be redeemable for a $200 gift card and a limited edition basketball.

The official game pieces are hidden inside limited edition bags of five Snyder's of Hanover Pretzel Pieces, bursting with savory, spicy and sweet flavors:

Photo -http://photos.prnewswire.com/prnh/20160301/339086

"Flavor Four offers thrill-seeking basketball fans a chance to win a piece of the action while enjoying the bold flavors of Snyder's of Hanover Pretzel Pieces," said Rod Troni, Chief Marketing Officer at Snyder's-Lance. "And we're doubly excited to give each of our grand prize winners a coaching session with former player, coach and current basketball analyst Jay Bilas before they take the big shot at his summer camp in Charlotte, North Carolina."

Each of the four grand prize winners may bring one guest to the VIP experience at the Jay Bilas Skills Camp, where Bilas teaches basketball fundamentals to young men projected to play at the collegiate level. During the weekend camp, the rising stars practice drills, scrimmage and receive feedback from experienced coaches and recruiting experts.

"I'm going to give the Flavor Four grand prize winners my best coaching advice, but nothing I do will prepare them for the moment when adrenaline is pumping, people are cheering and $100,000 is on the line," said Bilas. "Snyder's of Hanover is creating an unforgettable experience for these four basketball fans, and I'm thrilled to be a part of it."

Official rules of Snyder's of Hanover Pretzel Pieces Flavor Four Instant Win Game are available at http://snydersflavorfour.com.

For more information about the winning lineup of Snyder's of Hanover's pretzels and snacks, visit http://snydersofhanover.com.

About Snyder's of Hanover For more than 100 years, Americans have enjoyed Snyder's of Hanover pretzels. With their unique sourdough heritage, Snyder's of Hanover pretzels are available across the country in single-serve sizes as well as larger, 10-, 12- and even 16-ounce bags perfect for sharing. Today, America's favorite pretzel is available in a wide variety of flavors and shapes, including traditional hard pretzels, flavored pretzel pieces, sticks, rods, nibblers, Poppers, Bowties and even gluten-free options. For more information, visit http://www.snydersofhanover.com, or find Snyder's of Hanover on Facebook, Twitter or Pinterest.

Snyder's of Hanover® Offers Fans a Piece of the Action with $100,000 Half-Court Shot at the Jay Bilas Skills Camp; Flavor Four instant win game features 50 priz....

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Iowa, Wisconsin, and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, Kettle®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Pop Secret®, Emerald®, Diamond of California®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site:http://www.snyderslance.com. LNCE-G

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-of-hanover-offers-fans-a-piece-of-the-action-with-100000-half-court-shot-at-the-jay-bilas-skills-camp-300228666.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Stephen Hass, 704-552-6565, stephen.hass@lgapr.com

**Load-Date:** March 2, 2016

_____

End of Document



# Snyder's-Lance Completes Acquisition of Diamond Foods, Inc.

PR Newswire

February 29, 2016 Monday 5:31 PM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 1007 words

**Dateline:** CHARLOTTE, N.C., Feb. 29, 2016

## Body

Snyder's-Lance, Inc. (NASDAQ: LNCE) announced today the completion of its acquisition of Diamond Foods, Inc. (NASDAQ: DMND) ("Diamond Foods" or "Diamond"). Per terms of the deal, Snyder's-Lance has acquired all outstanding shares of Diamond Foods in a cash and stock merger transaction. Under the terms of the agreement, Diamond Foods stockholders receive 0.775 Snyder's-Lance shares and $12.50 in cash per share of Diamond Foods.

The acquisition creates a powerful, international snack foods company with an innovative and diversified product portfolio. The addition of leading snack food brands such as Kettle Brand® potato chips, KETTLE® Chips, Pop Secret® popcorn, Emerald® snack nuts, and Diamond of California® culinary nuts positions Snyder's-Lance to compete more broadly and with enhanced capabilities. Each of these brands brings unique strengths to support Snyder's-Lance's strategic plan while increasing the Company's annualized net revenue to approximately $2.6 billion. The transaction also expands the Company's overall footprint in "better-for-you" snacking and increases its natural food channel presence. The Company reaffirmed estimated annualized synergies from cost savings of $75 million, with approximately $10 million to be re-invested in the company's growth plans. Snyder's-Lance expects the transaction to be immediately accretive to 2016 annualized earnings.

"We are very excited to have completed the acquisition of Diamond Foods and look forward to starting this new chapter in our Company's history. Diamond has been a powerful industry leader in snack foods with exceptional brands and we're excited to bring these two great teams together," said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "With products that deliver exceptional taste, quality and innovation across our entire portfolio, we know the Diamond Foods brands will work perfectly alongside our Snyder's-Lance lineup. By bringing together the resources and expertise of the Snyder's-Lance and Diamond teams, we expect to see widening profit margins as we gain synergies and progress though our integration plans over the next 12 to 24 months. With the combined power of our sales teams, we will continue driving new product innovation as we broaden our geographic and consumer reach. We welcome the Diamond team to the Snyder's-Lance family and look forward to winning together."

Estimates on Consolidate Financial ResultsGiven that the transaction with Diamond Foods closed today, management will provide consolidated estimates after giving full consideration to purchase accounting, a complete review of base business revenues as well as timing expectations for synergy capture from integration. Management expects to provide full year 2016 estimates in early May with Q1 2016 financial results.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, popcorn, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Wisconsin and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Kettle Brand®,

KETTLE®, Pop Secret®, Emerald®, Diamond of California®, and other brand names along with a number of third party brands. Products are distributed internationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Cautionary Information about Forward Looking StatementsThis press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Logo -http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-completes-acquisition-of-diamond-foods-inc-300228057.html

SOURCE Snyder's-Lance, Inc.


CONTACT: Snyder's-Lance Mark Carter, VP Strategic Initiatives and Investor Relations Officer (704) 557-8386


**Load-Date:** March 1, 2016

---

End of Document



# *Snyder's-Lance Completes Acquisition Of Diamond Foods, Inc. DMND

Dow Jones Institutional News

February 29, 2016 Monday 10:32 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 1051 words

## Body

29 Feb 2016 17:32 ET Press Release: Snyder's-Lance Completes Acquisition of Diamond Foods, Inc.

Snyder's-Lance Completes Acquisition of Diamond Foods, Inc.

PR Newswire

CHARLOTTE, N.C., Feb. 29, 2016

CHARLOTTE, N.C., Feb. 29, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (NASDAQ: LNCE) announced today the completion of its acquisition of Diamond Foods, Inc. (NASDAQ: DMND) ("Diamond Foods" or "Diamond"). Per terms of the deal, Snyder's-Lance has acquired all outstanding shares of Diamond Foods in a cash and stock merger transaction. Under the terms of the agreement, Diamond Foods stockholders receive 0.775 Snyder's-Lance shares and $12.50 in cash per share of Diamond Foods.

The acquisition creates a powerful, international snack foods company with an innovative and diversified product portfolio. The addition of leading snack food brands such as Kettle Brand(R) potato chips, KETTLE(R) Chips, Pop Secret(R) popcorn, Emerald(R) snack nuts, and Diamond of California(R) culinary nuts positions Snyder's-Lance to compete more broadly and with enhanced capabilities. Each of these brands brings unique strengths to support Snyder's-Lance's strategic plan while increasing the Company's annualized net revenue to approximately $2.6 billion. The transaction also expands the Company's overall footprint in "better-for-you" snacking and increases its natural food channel presence. The Company reaffirmed estimated annualized synergies from cost savings of $75 million, with approximately $10 million to be re-invested in the company's growth plans. Snyder's-Lance expects the transaction to be immediately accretive to 2016 annualized earnings.

"We are very excited to have completed the acquisition of Diamond Foods and look forward to starting this new chapter in our Company's history. Diamond has been a powerful industry leader in snack foods with exceptional brands and we're excited to bring these two great teams together," said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "With products that deliver exceptional taste, quality and innovation across our entire portfolio, we know the Diamond Foods brands will work perfectly alongside our Snyder's-Lance lineup. By bringing together the resources and expertise of the Snyder's-Lance and Diamond teams, we expect to see widening profit margins as we gain synergies and progress though our integration plans over the next 12 to 24

months. With the combined power of our sales teams, we will continue driving new product innovation as we broaden our geographic and consumer reach. We welcome the Diamond team to the Snyder's-Lance family and look forward to winning together."

Estimates on Consolidate Financial Results

Given that the transaction with Diamond Foods closed today, management will provide consolidated estimates after giving full consideration to purchase accounting, a complete review of base business revenues as well as timing expectations for synergy capture from integration. Management expects to provide full year 2016 estimates in early May with Q1 2016 financial results.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, popcorn, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Wisconsin and the United Kingdom. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Late July(R), Kettle Brand(R), KETTLE(R), Pop Secret(R), Emerald(R), Diamond of California(R), and other brand names along with a number of third party brands. Products are distributed internationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Cautionary Information about Forward Looking Statements

This press release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions or an economic turndown; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; inability to maintain profitability in the face of a consolidating retail environment; failure to successfully integrate acquisitions or execute divestitures; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain; inadequacies in, or security breaches of, our information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest rate volatility, and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Logo - http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-completes-acquisition-of-diamond-foods-inc-300228057.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

(END) Dow Jones Newswires

February 29, 2016 17:32 ET (22:32 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** March 1, 2016

End of Document



# Snyder's-Lance, Inc. Declares Regular Quarterly Cash Dividend

Financial Buzz

February 16, 2016 Tuesday 2:02 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 949 words

## Body

Feb 16, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex) <nl/> CHARLOTTE, N.C., Feb. 15, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported that on February 9, 2016, the Board of Directors declared a regular quarterly cash dividend of $.16 per share on the outstanding shares of Snyder's-Lance, Inc.

common stock. The dividend is payable on March 4, 2016 to stockholders of record at the close of business on February 24, 2016.<nl/><nl/>About Snyder's-Lance, Inc.<nl/> Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels.<nl/> Cautionary Information about Forward Looking Statements<nl/> This communication contains statements which may be forward looking within the meaning of applicable securities laws. Such statements are subject to risks and uncertainties that relate to Snyder's-Lance's business, including those more fully described in Snyder's-Lance's filings with the SEC including its annual report on Form 10-K for the fiscal year ended January 3, 2015, and its most recent quarterly report filed on Form 10-Q for the quarter year ended October 3, 2015.<nl/> Except as required by law, the Company undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.<nl/> Additional Information and Where to Find It<nl/> This communication does not constitute an offer to sell or a solicitation of an offer to sell or a solicitation of an offer to buy any securities or a solicitation of any vote or approval, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offering of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act of 1933, as amended, and otherwise in accordance with applicable law. This communication is being made in respect of the proposed business combination transaction Diamond Foods, Inc. ("Diamond Foods") and Snyder's-Lance, Inc. ("Snyder's-Lance"), Snyder's-Lance has filed with the Securities and Exchange Commission (the "SEC") a registration statement on Form S-4 that includes a proxy statement of Diamond Foods and also constitutes a proxy statement/prospectus of Snyder's-Lance. We have intend to mailed the final proxy statement/prospectus to all stockholders of both Diamond Foods and Snyder's Lance. The registration statement and the proxy statement/prospectus contain important information about Snyder's-Lance and Diamond Foods, the transaction and related matters. <nl/> STOCKHOLDERS OF DIAMOND FOODS AND SNYDER'S-LANCE ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING THE DEFINITIVE JOINT PROXY STATEMENT/PROSPECTUS, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION. Investors and security holders will be able to obtain the documents free of charge at the SEC's web site, http://www.sec.gov[1]. Documents will also be available for free from Diamond Foods at www.diamondfoods.com[2] and from Snyder's-Lance's at    www.snyderslance.com[3].<nl/> Participants in the

Solicitation<nl/> Diamond Foods, Snyder's-Lance and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies with respect of the proposed transaction. Information about the directors and executive officers of Diamond Foods, including their respective interest in the securities of Diamond Foods, is set forth in the registration statement on Form S-4 or incorporated by reference to the proxy statement for Diamond Foods' 2015 Annual Meeting of Stockholders, which was filed with the SEC on November 26, 2014. Information about the directors and executive officers of Snyder's-Lance is set forth in the proxy statement for Snyder's-Lance's 2015 Annual Meeting of Stockholders, which was filed with the SEC on April 1, 2015 and its Current Report on Form 8-K filed with the SEC on October 1, 2015. Investors may obtain additional information regarding the interest of such participants by reading the definitive joint proxy statement/prospectus regarding the transaction. These documents can be obtained free of charge from the sources indicated above.<nl/> Logo - http://photos.prnewswire.com/prnh/20150410/197788LOGO[4]<nl/> To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-inc-declares-regular-quarterly-cash-dividend-300220119.html[5]<nl/> SOURCE Snyder's-Lance, Inc.<nl/> [ 1]: http://www.sec.gov [ 2]: http://www.diamondfoods.com [ 3]: http://www.snyderslance.com [ 4]: http://photos.prnewswire.com/prnh/20150410/197788LOGO [ 5]: http://www.prnewswire.com/news-releases/snyders-lance-inc-declares-regular-quarterly-cash-dividend-300220119.html

**Load-Date:** February 16, 2016

---

End of Document



# Press Release: Snyder's-Lance, Inc. Declares Regular Quarterly Cash Dividend

Dow Jones Institutional News

February 15, 2016 Monday 7:00 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

**⟩ DOW JONES** NEWSWIRES

**Length:** 912 words

## Body

Snyder's-Lance, Inc. Declares Regular Quarterly Cash Dividend

PR Newswire

CHARLOTTE, N.C., Feb. 15, 2016

CHARLOTTE, N.C., Feb. 15, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported that on February 9, 2016, the Board of Directors declared a regular quarterly cash dividend of $.16 per share on the outstanding shares of Snyder's-Lance, Inc. common stock. The dividend is payable on March 4, 2016 to stockholders of record at the close of business on February 24, 2016.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels.

Cautionary Information about Forward Looking Statements

This communication contains statements which may be forward looking within the meaning of applicable securities laws. Such statements are subject to risks and uncertainties that relate to Snyder's-Lance's business, including those more fully described in Snyder's-Lance's filings with the SEC including its annual report on Form 10-K for the

fiscal year ended January 3, 2015, and its most recent quarterly report filed on Form 10-Q for the quarter year ended October 3, 2015.

Except as required by law, the Company undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

Additional Information and Where to Find It

This communication does not constitute an offer to sell or a solicitation of an offer to sell or a solicitation of an offer to buy any securities or a solicitation of any vote or approval, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offering of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act of 1933, as amended, and otherwise in accordance with applicable law. This communication is being made in respect of the proposed business combination transaction Diamond Foods, Inc. ("Diamond Foods") and Snyder's-Lance, Inc. ("Snyder's-Lance"), Snyder's-Lance has filed with the Securities and Exchange Commission (the "SEC") a registration statement on Form S-4 that includes a proxy statement of Diamond Foods and also constitutes a proxy statement/prospectus of Snyder's-Lance. We have intend to mailed the final proxy statement/prospectus to all stockholders of both Diamond Foods and Snyder's-Lance. The registration statement and the proxy statement/prospectus contain important information about Snyder's-Lance and Diamond Foods, the transaction and related matters.

STOCKHOLDERS OF DIAMOND FOODS AND SNYDER'S-LANCE ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING THE DEFINITIVE JOINT PROXY STATEMENT/PROSPECTUS, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION. Investors and security holders will be able to obtain the documents free of charge at the SEC's web site, http://www.sec.gov . Documents will also be available for free from Diamond Foods at www.diamondfoods.com and from Snyder's-Lance's at www.snyderslance.com .

Participants in the Solicitation

Diamond Foods, Snyder's-Lance and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies with respect of the proposed transaction. Information about the directors and executive officers of Diamond Foods, including their respective interest in the securities of Diamond Foods, is set forth in the registration statement on Form S-4 or incorporated by reference to the proxy statement for Diamond Foods' 2015 Annual Meeting of Stockholders, which was filed with the SEC on November 26, 2014. Information about the directors and executive officers of Snyder's-Lance is set forth in the proxy statement for Snyder's-Lance's 2015 Annual Meeting of Stockholders, which was filed with the SEC on April 1, 2015 and its Current Report on Form 8-K filed with the SEC on October 1, 2015. Investors may obtain additional information regarding the interest of such participants by reading the definitive joint proxy statement/prospectus regarding the transaction. These documents can be obtained free of charge from the sources indicated above.

Logo - http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-inc-declares-regular-quarterly-cash-dividend-300220119.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

(END) Dow Jones Newswires

February 15, 2016 14:00 ET (19:00 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** February 16, 2016

End of Document



# Snyder's-Lance, Inc. Declares Regular Quarterly Cash Dividend

PR Newswire

February 15, 2016 Monday 2:00 PM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 872 words

**Dateline:** CHARLOTTE, N.C., Feb. 15, 2016

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported that on February 9, 2016, the Board of Directors declared a regular quarterly cash dividend of $.16 per share on the outstanding shares of Snyder's-Lance, Inc. common stock. The dividend is payable on March 4, 2016 to stockholders of record at the close of business on February 24, 2016.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps®**, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels.

Cautionary Information about Forward Looking Statements

This communication contains statements which may be forward looking within the meaning of applicable securities laws. Such statements are subject to risks and uncertainties that relate to Snyder's-Lance's business, including those more fully described in Snyder's-Lance's filings with the SEC including its annual report on Form 10-K for the fiscal year ended January 3, 2015, and its most recent quarterly report filed on Form 10-Q for the quarter year ended October 3, 2015.

Except as required by law, the Company undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

Additional Information and Where to Find It

This communication does not constitute an offer to sell or a solicitation of an offer to sell or a solicitation of an offer to buy any securities or a solicitation of any vote or approval, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offering of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act of 1933, as amended, and otherwise in accordance with applicable law. This communication is being made in respect of the proposed business combination transaction Diamond Foods, Inc. ("Diamond Foods") and Snyder's-Lance, Inc. ("Snyder's-Lance"), Snyder's-Lance has filed with the Securities and Exchange Commission (the "SEC") a registration statement on Form S-4 that includes a proxy statement of Diamond Foods and also constitutes a proxy statement/prospectus of Snyder's-Lance. We have intend to mailed the final proxy statement/prospectus to all stockholders of both Diamond Foods and Snyder's

Lance. The registration statement and the proxy statement/prospectus contain important information about Snyder's-Lance and Diamond Foods, the transaction and related matters.

STOCKHOLDERS OF DIAMOND FOODS AND SNYDER'S-LANCE ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING THE DEFINITIVE JOINT PROXY STATEMENT/PROSPECTUS, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION. Investors and security holders will be able to obtain the documents free of charge at the SEC's web site,http://www.sec.gov. Documents will also be available for free from Diamond Foods at http://www.diamondfoods.comand from Snyder's-Lance's at        http://www.snyderslance.com.

Participants in the Solicitation

Diamond Foods, Snyder's-Lance and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies with respect of the proposed transaction. Information about the directors and executive officers of Diamond Foods, including their respective interest in the securities of Diamond Foods, is set forth in the registration statement on Form S-4 or incorporated by reference to the proxy statement for Diamond Foods' 2015 Annual Meeting of Stockholders, which was filed with the SEC on November 26, 2014. Information about the directors and executive officers of Snyder's-Lance is set forth in the proxy statement for Snyder's-Lance's 2015 Annual Meeting of Stockholders, which was filed with the SEC on April 1, 2015 and its Current Report on Form 8-K filed with the SEC on October 1, 2015. Investors may obtain additional information regarding the interest of such participants by reading the definitive joint proxy statement/prospectus regarding the transaction. These documents can be obtained free of charge from the sources indicated above.

Logo -http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-inc-declares-regular-quarterly-cash-dividend-300220119.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, 704-557-8386

**Load-Date:** February 16, 2016

_____

End of Document



# VMG Partners Names Three Vice Presidents

PR Newswire

February 8, 2016 Monday 7:45 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 473 words

**Dateline:** SAN FRANCISCO, Feb. 8, 2016

## Body

VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, today announced the promotions of Angad Hira, Jonathan Marshall, and Carle Stenmark to Vice President.

"We are pleased to promote three outstanding individuals who have provided meaningful contributions to the partnership," said Kara Cissell-Roell, Managing Director of VMG. "Angad, Jon, and Carle are highly talented team members who exemplify VMG's culture and investment philosophy. They will continue to work closely with partner company founders and management teams to build substantial brand value for all stakeholders."

David Baram, Managing Director of VMG, added, "The ongoing development of our team is central to our continued growth and as we build on our previous success in the middle market we are confident they will help expand our portfolio of investments. We look forward to their future contributions as they help identify and evaluate investment opportunities."

Prior to joining VMG in 2010, Mr. Hira was an investment banker in the Mergers & Acquisitions group of UBS Investment Bank. He received his B.S. in Commerce with a dual concentration in finance and accounting from the McIntire School of Commerce at the University of Virginia. Mr. Marshall joined VMG in 2012 and prior to joining the firm he was an associate at Castanea Partners and an investment banker at Harris Williams & Co. He received his B.S. in Business Administration from the Walter A. Haas School of Business at the University of California, Berkeley. Mr. Stenmark joined VMG in 2012 and prior to that was an associate at Summit Partners. He received his B.A. with Honors from Harvard University and an M.B.A. from Harvard Business School.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target categories includes food, beverage, wellness, pet products, personal care, and household products brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visithttp://www.vmgpartners.com.

Contact: Chris Tofalli

Chris Tofalli Public Relations, LLC

914-834-4334

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/vmg-partners-names-three-vice-presidents-300216281.html

SOURCE VMG Partners

**Load-Date:** February 9, 2016

---

End of Document



# VMG promotes three to VP

peHUB

February 8, 2016 Monday 2:11 PM EST

Copyright 2016 HedgeWorld USA Inc., All Rights Reserved

**Length:** 468 words

**Byline:** Iris Dorbian

## Body

VMG Partners has promoted Angad Hira, Jonathan Marshall, and Carle Stenmark to vice president. Hira joined VMG in 2010 while Marshall and Stenmark came on board in 2012.

PRESS RELEASE

SAN FRANCISCO, February 8, 2016 – VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, today announced the promotions of Angad Hira, Jonathan Marshall, and Carle Stenmark to Vice President.

"We are pleased to promote three outstanding individuals who have provided meaningful contributions to the partnership," said Kara Cissell-Roell, Managing Director of VMG. "Angad, Jon, and Carle are highly talented team members who exemplify VMG's culture and investment philosophy. They will continue to work closely with partner company founders and management teams to build substantial brand value for all stakeholders."

David Baram, Managing Director of VMG, added, "The ongoing development of our team is central to our continued growth and as we build on our previous success in the middle market we are confident they will help expand our portfolio of investments. We look forward to their future contributions as they help identify and evaluate investment opportunities."

Prior to joining VMG in 2010, Mr. Hira was an investment banker in the Mergers & Acquisitions group of UBS Investment Bank. He received his B.S. in Commerce with a dual concentration in finance and accounting from the McIntire School of Commerce at the University of Virginia. Mr. Marshall joined VMG in 2012 and prior to joining the firm he was an associate at Castanea Partners and an investment banker at Harris Williams & Co. He received his B.S. in Business Administration from the Walter A. Haas School of Business at the University of California, Berkeley. Mr. Stenmark joined VMG in 2012 and prior to that was an associate at Summit Partners. He received his B.A. with Honors from Harvard University and an M.B.A. from Harvard Business School.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target categories includes food, beverage, wellness, pet products, personal care, and household products brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visit www.vmgpartners.com.

**Load-Date:** February 8, 2016

End of Document



# Analysts Offer Predictions for Snyder's-Lance Inc's Q1 2016 Earnings (LNCE)

DailyPolitical

February 3, 2016 Wednesday 2:09 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 750 words

**Byline:** Trevor Kearing

## Body

Feb 03, 2016( DailyPolitical: http://www.dailypolitical.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) - Investment analysts at Jefferies Group lowered their Q1 2016 earnings per share estimates for shares of Snyder's-Lance in a note issued to investors on Thursday, Zacks Investment Research[1] reports. Jefferies Group analyst A. Jagdale now forecasts that the brokerage will earn $0.28 per share for the quarter, down from their previous forecast of $0.36. Jefferies Group has a 'Buy' rating and a $40.00 price objective on the stock. The consensus estimate for Snyder's-Lance's Q1 2016 earnings is $0.23 per share. Jefferies Group also issued estimates for Snyder's-Lance's Q2 2016 earnings at $0.38 EPS, Q4 2016 earnings at $0.38 EPS, FY2016 earnings at $1.39 EPS, FY2017 earnings at $1.81 EPS and FY2018 earnings at $1.96 EPS. LNCE has been the subject of a number of other reports. Deutsche Bank lifted their target price on Snyder's-Lance from $30.00 to $32.00 and gave the company a 'hold' rating in a report on Tuesday, October 6th. BB...orp. raised Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $42.00 price target for the company in a report on Thursday, October 29th. SunTrust raised Snyder's-Lance from a 'neutral' rating to a 'buy' rating and lifted their price target for the stock from $30.00 to $45.00 in a report on Thursday, October 29th. Zacks Investment Research[2] raised Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $41.00 price target for the company in a report on Monday, November 2nd. Finally, BMO Capital Markets lifted their price target on Snyder's-Lance from $35.00 to $36.00 in a report on Wednesday, January 27th. One equities research analyst has rated the stock with a sell rating, two have given a hold rating and three have given a buy rating to the company. Snyder's-Lance presently has an average rating of 'Hold' and an average target price of $39.33. Shares of Snyder's-Lance (NASDAQ:LNCE[3]) opened at 30.44 on Monday. The company's 50-day moving average price is $34.56 and its 200 day moving average price is $34.88. Snyder's-Lance has a 12-month low of $28.82 and a 12-month high of $39.10. The firm has a market capitalization of $2.16 billion and a price-to-earnings ratio of 31.06.An institutional investor recently bought a new position in Snyder's-Lance stock. Quantitative Systematic Strategies bought a new stake in shares of Snyder's-Lance Inc (NASDAQ:LNCE) during the fourth quarter, according to its most recent disclosure with the Securities and Exchange Commission (SEC). The fund bought 15,945 shares of the company's stock, valued at approximately $554,000. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network). Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5] For more information about research offerings from Zacks Investment Research, visit Zacks.com[6] Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc

and related companies with MarketBeat.com's FREE daily email newsletter[7]. [ 1]: http://www.zacks.com/ [ 2]: http://www.zacks.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE [ 6]: http://www.zacks.com/ [ 7]: http://www.dailypolitical.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** March 1, 2016

---

End of Document



# FY2015 Earnings Forecast for Snyder's-Lance Inc Issued By Gabelli (LNCE)

American Banking and Market News

February 1, 2016 Monday 6:10 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 697 words

## Body

Feb 01, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) - Stock analysts at Gabelli reduced their FY2015 EPS estimates for Snyder's-Lance in a research note issued to investors on Friday, Zacks Investment Research[1] reports. Gabelli analyst J. Gabelli now anticipates that the firm will post earnings of $1.00 per share for the year, down from their prior estimate of $1.05. The consensus estimate for Snyder's-Lance's FY2015 earnings is $1.00 per share. LNCE has been the topic of several other reports. SunTrust raised shares of Snyder's-Lance from a "neutral" rating to a "buy" rating and upped their price target for the company from $30.00 to $45.00 in a report on Thursday, October 29th. BB...orp. raised shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 price target on the stock in a report on Thursday, October 29th. Deutsche Bank upped their price target on shares of Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a report on Tuesday, October 6th. Jefferies Group initiated coverage on shares of Snyder's-Lance in a research note on Tuesday, December 15th. They set a "buy" rating and a $40.00 target price on the stock. Finally, BMO Capital Markets increased their target price on shares of Snyder's-Lance from $35.00 to $36.00 in a research note on Wednesday, January 27th. One equities research analyst has rated the stock with a sell rating, two have given a hold rating and three have issued a buy rating to the company. Snyder's-Lance presently has a consensus rating of "Hold" and a consensus price target of $39.33.Shares of Snyder's-Lance (NASDAQ:LNCE[2]) opened at 31.57 on Monday. The company has a market capitalization of $2.24 billion and a PE ratio of 32.21. The firm's 50-day moving average price is $34.79 and its 200 day moving average price is $34.88. Snyder's-Lance has a 52 week low of $28.82 and a 52 week high of $39.10. A hedge fund recently bought a new stake in Snyder's-Lance stock. Quantitative Systematic Strategies purchased a new position in shares of Snyder's-Lance Inc (NASDAQ:LNCE) during the fourth quarter, according to its most recent 13F filing with the SEC. The fund purchased 15,945 shares of the company's stock, valued at approximately $554,000. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[3]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[4]For more information about research offerings from Zacks Investment Research, visit Zacks.com[5]Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[6] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[7]. [ 1]: http://www.zacks.com/ [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE [ 5]: http://www.zacks.com/ [ 6]:

http://www.americanbankingnews.com/daily-email-updates-basic/     [     7]:
http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** March 1, 2016

---

End of Document



# Q1 2016 EPS Estimates for Snyder's-Lance Inc Cut by Jefferies Group (LNCE)

The Legacy

February 1, 2016 Monday 9:28 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 824 words

**Byline:** Noah

## Body

Feb 01, 2016( The Legacy: http://www.localizedusa.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) - Equities research analysts at Jefferies Group dropped their Q1 2016 earnings per share estimates for Snyder's-Lance in a research report issued on Thursday, according to Zacks Investment Research[1]. Jefferies Group analyst A. Jagdale now anticipates that the brokerage will post earnings of $0.28 per share for the quarter, down from their prior forecast of $0.36. Jefferies Group currently has a 'Buy' rating and a $40.00 price target on the stock. The consensus estimate for Snyder's-Lance's Q1 2016 earnings is $0.23 per share. Jefferies Group also issued estimates for Snyder's-Lance's Q2 2016 earnings at $0.38 EPS, Q4 2016 earnings at $0.38 EPS, FY2016 earnings at $1.39 EPS, FY2017 earnings at $1.81 EPS and FY2018 earnings at $1.96 EPS. Other equities analysts also recently issued reports about the company. Zacks Investment Research[2] downgraded Snyder's-Lance from a 'hold' rating to a 'sell' rating in a research report on Saturday. BMO Capital Markets boosted their price objective on Snyder's-Lance from $35.00 to $36.00 in a research report on Wednesday, January 27th. SunTrust upgraded Snyder's-Lance from a 'neutral' rating to a 'buy' rating and boosted their price objective for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. raised Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $42.00 target price on the stock in a report on Thursday, October 29th. Finally, Deutsche Bank lifted their target price on Snyder's-Lance from $30.00 to $32.00 and gave the stock a 'hold' rating in a report on Tuesday, October 6th. One analyst has rated the stock with a sell rating, two have given a hold rating and three have assigned a buy rating to the company. The stock presently has an average rating of 'Hold' and a consensus target price of $39.33. Shares of Snyder's-Lance (NASDAQ:LNCE[3]) opened at 31.57 on Monday. The firm has a 50-day moving average price of $34.79 and a 200 day moving average price of $34.88. The stock has a market cap of $2.24 billion and a PE ratio of 32.21. Snyder's-Lance has a 12-month low of $28.82 and a 12-month high of $39.10. A hedge fund recently bought a new stake in Snyder's-Lance stock. Quantitative Systematic Strategies acquired a new stake in Snyder's-Lance Inc (NASDAQ:LNCE) during the fourth quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The institutional investor acquired 15,945 shares of the company's stock, valued at approximately $554,000. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5] For more information about research offerings from Zacks Investment Research, visit Zacks.com[6]This story was originally published by Corvus Business Newswire ( http://corvuswire.com) and is the sole property of Corvus Business Newswire. If you are reading this article on

another website, that means this article was illegally copied and re-published to this website in violation of U.S. and International copyright law. You can view the original version of this story at http://corvuswire.com/2016/02/01/q1-2016-eps-estimates-for-snyders-lance-inc-cut-by-jefferies-group-lnce/791521/ Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with MarketBeat.com's FREE daily email newsletter[7]. [ 1]: http://www.zacks.com/ [ 2]: http://www.zacks.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE [ 6]: http://www.zacks.com/ [ 7]: http://corvuswire.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** March 1, 2016

---

End of Document



# Q1 2016 EPS Estimates for Snyder's-Lance Inc Cut by Jefferies Group (LNCE)

American Banking and Market News

February 1, 2016 Monday 8:08 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 754 words

## Body

Feb 01, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) - Equities research analysts at Jefferies Group dropped their Q1 2016 earnings per share estimates for Snyder's-Lance in a research report issued on Thursday, according to Zacks Investment Research[1]. Jefferies Group analyst A. Jagdale now anticipates that the brokerage will post earnings of $0.28 per share for the quarter, down from their prior forecast of $0.36. Jefferies Group currently has a "Buy" rating and a $40.00 price target on the stock. The consensus estimate for Snyder's-Lance's Q1 2016 earnings is $0.23 per share. Jefferies Group also issued estimates for Snyder's-Lance's Q2 2016 earnings at $0.38 EPS, Q4 2016 earnings at $0.38 EPS, FY2016 earnings at $1.39 EPS, FY2017 earnings at $1.81 EPS and FY2018 earnings at $1.96 EPS. Other equities analysts also recently issued reports about the company. Zacks Investment Research[2] downgraded Snyder's-Lance from a "hold" rating to a "sell" rating in a research report on Saturday. BMO Capital Markets boosted their price objective on Snyder's-Lance from $35.00 to $36.00 in a research report on Wednesday, January 27th. SunTrust upgraded Snyder's-Lance from a "neutral" rating to a "buy" rating and boosted their price objective for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. raised Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 target price on the stock in a report on Thursday, October 29th. Finally, Deutsche Bank lifted their target price on Snyder's-Lance from $30.00 to $32.00 and gave the stock a "hold" rating in a report on Tuesday, October 6th. One analyst has rated the stock with a sell rating, two have given a hold rating and three have assigned a buy rating to the company. The stock presently has an average rating of "Hold" and a consensus target price of $39.33.Shares of Snyder's-Lance (NASDAQ:LNCE[3]) opened at 31.57 on Monday. The firm has a 50-day moving average price of $34.79 and a 200 day moving average price of $34.88. The stock has a market cap of $2.24 billion and a PE ratio of 32.21. Snyder's-Lance has a 12-month low of $28.82 and a 12-month high of $39.10. A hedge fund recently bought a new stake in Snyder's-Lance stock. Quantitative Systematic Strategies acquired a new stake in Snyder's-Lance Inc (NASDAQ:LNCE) during the fourth quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The institutional investor acquired 15,945 shares of the company's stock, valued at approximately $554,000. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5]For more information about research offerings from Zacks Investment Research, visit Zacks.com[6]Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[7] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[8]. [ 1]: http://www.zacks.com/ [ 2]: http://www.zacks.com/ [ 3]:

http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]:        http://www.marketbeat.com/stocks/NASDAQ/LNCE/
[                5]:
http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s
kip_rpt_name_check...NCE   [   6]:                         http://www.zacks.com/   [   7]:
http://www.americanbankingnews.com/daily-email-updates-basic/       [     8]:
http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** March 1, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Releases FY15 Earnings Guidance

The Legacy

February 1, 2016 Monday 9:28 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 623 words

**Byline:** Noah

## Body

Feb 01, 2016( The Legacy: http://www.localizedusa.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) updated its FY15 earnings guidance on Thursday. The company provided earnings per share (EPS) guidance of $1.00-1.02 for the period, compared to the Thomson Reuters consensus estimate of $1.07, MarketBeat[1] reports. Snyder's-Lance Inc (NASDAQ:LNCE[2]) opened at 31.57 on Monday. Snyder's-Lance Inc has a one year low of $28.82 and a one year high of $39.10. The stock's 50 day moving average price is $34.79 and its 200 day moving average price is $34.88. The firm has a market capitalization of $2.24 billion and a PE ratio of 32.21. LNCE has been the subject of several recent research reports. Zacks Investment Research[3] upgraded shares of Snyder's-Lance from a hold rating to a buy rating and set a $41.00 target price for the company in a research note on Monday, November 2nd. Jefferies Group reiterated a buy rating and set a $40.00 target price on shares of Snyder's-Lance in a research note on Saturday, January 9th. BMO Capital Markets increased their target price on shares of Snyder's-Lance from $35.00 to $36.00 in a research note on Wednesday, January 27th. Deutsche Bank increased their target price on shares of Snyder's-Lance from $30.00 to $32.00 and gave the stock a hold rating in a research note on Tuesday, October 6th. Finally, BB...orp. upgraded shares of Snyder's-Lance from a hold rating to a buy rating and set a $42.00 target price for the company in a research note on Thursday, October 29th. One analyst has rated the stock with a sell rating, two have issued a hold rating and three have assigned a buy rating to the stock. The company presently has an average rating of Hold and an average price target of $39.33. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).This story was originally published by Corvus Business Newswire ( http://corvuswire.com) and is the sole property of Corvus Business Newswire. If you are reading this article on another website, that means this article was illegally copied and re-published to this website in violation of U.S. and International copyright law. You can view the original version of this story at http://corvuswire.com/2016/02/01/snyders-lance-inc-lnce-releases-fy15-earnings-guidance/791547/ Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with MarketBeat.com's FREE daily email newsletter[5]. [ 1]: http://www.marketbeat.com/ [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://corvuswire.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** March 1, 2016

End of Document



# Snyder's-Lance Inc (LNCE) Releases FY15 Earnings Guidance

Watchlist News

February 1, 2016 Monday 8:27 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 547 words

**Byline:** Nicole Kennedy

## Body

Feb 01, 2016( Watchlist News: http://www.watchlistnews.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) updated its FY15 earnings guidance on Thursday. The company provided earnings per share (EPS) guidance of $1.00-1.02 for the period, compared to the Thomson Reuters consensus estimate of $1.07, MarketBeat[1] reports. Snyder's-Lance Inc (NASDAQ:LNCE[2]) opened at 31.57 on Monday. Snyder's-Lance Inc has a one year low of $28.82 and a one year high of $39.10. The stock's 50 day moving average price is $34.79 and its 200 day moving average price is $34.88. The firm has a market capitalization of $2.24 billion and a PE ratio of 32.21. LNCE has been the subject of several recent research reports. Zacks Investment Research[3] upgraded shares of Snyder's-Lance from a hold rating to a buy rating and set a $41.00 target price for the company in a research note on Monday, November 2nd. Jefferies Group reiterated a buy rating and set a $40.00 target price on shares of Snyder's-Lance in a research note on Saturday, January 9th. BMO Capital Markets increased their target price on shares of Snyder's-Lance from $35.00 to $36.00 in a research note on Wednesday, January 27th. Deutsche Bank increased their target price on shares of Snyder's-Lance from $30.00 to $32.00 and gave the stock a hold rating in a research note on Tuesday, October 6th. Finally, BB...orp. upgraded shares of Snyder's-Lance from a hold rating to a buy rating and set a $42.00 target price for the company in a research note on Thursday, October 29th. One analyst has rated the stock with a sell rating, two have issued a hold rating and three have assigned a buy rating to the stock. The company presently has an average rating of Hold and an average price target of $39.33. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network). Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with Analyst Ratings Network's FREE daily email newsletter[5]. [ 1]: http://www.marketbeat.com/ [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.watchlistnews.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** March 1, 2016



# Alpha Windward Cuts Stake in Snyder's-Lance Inc (LNCE)

American Banking and Market News

January 31, 2016 Sunday 4:07 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 709 words

## Body

Jan 31, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) Alpha Windward decreased its position in Snyder's-Lance Inc (NASDAQ:LNCE) by 11.0% during the fourth quarter, according to its most recent filing with the Securities and Exchange Commission (SEC). The firm owned 11,220 shares of the company's stock after selling 1,380 shares during the period. Alpha Windward's holdings in Snyder's-Lance were worth $385,000 as of its most recent SEC filing. Separately, Quantitative Systematic Strategies bought a new position in shares of Snyder's-Lance during the fourth quarter worth about $554,000. Shares of Snyder's-Lance Inc (NASDAQ:LNCE[1]) opened at 31.57 on Friday.

The company has a market cap of $2.24 billion and a P/E ratio of 32.21. Snyder's-Lance Inc has a 52 week low of $28.82 and a 52 week high of $39.10. The firm has a 50-day moving average of $34.79 and a 200 day moving average of $34.88. Snyder's-Lance (NASDAQ:LNCE) last released its earnings results on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing the consensus estimate of $0.34 by $0.08. The business had revenue of $416.80 million for the quarter, compared to analysts' expectations of $435.40 million. The firm's revenue for the quarter was up 1.8% on a year-over-year basis. During the same quarter in the prior year, the company posted $0.24 earnings per share. Equities analysts anticipate that Snyder's-Lance Inc will post $1.01 earnings per share for the current fiscal year. LNCE has been the topic of a number of research reports. Deutsche Bank upped their target price on shares of Snyder's-Lance from $30.00 to $32.00 and gave the stock a "hold" rating in a research report on Tuesday, October 6th. SunTrust upgraded shares of Snyder's-Lance from a "neutral" rating to a "buy" rating and upped their target price for the stock from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. upgraded shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 target price on the stock in a research report on Thursday, October 29th. Zacks Investment Research[2] upgraded shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price objective on the stock in a report on Monday, November 2nd. Finally, Jefferies Group began coverage on shares of Snyder's-Lance in a report on Tuesday, December 15th. They issued a "buy" rating and a $40.00 price objective on the stock. One investment analyst has rated the stock with a sell rating, two have given a hold rating and three have assigned a buy rating to the stock. Snyder's-Lance presently has a consensus rating of "Hold" and an average price target of $39.33.Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[3]) through its direct-store-delivery distribution network (DSD network).Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[4] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[5]. [ 1]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 2]: http://www.zacks.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]:

http://www.americanbankingnews.com/daily-email-updates-basic/ [      5]:
http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** January 31, 2016

---

End of Document



# Alpha Windward Cuts Stake in Snyder's-Lance Inc (LNCE)

The Legacy

January 31, 2016 Sunday 4:48 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 776 words

**Byline:** mitch

## Body

Jan 31, 2016( The Legacy: http://www.localizedusa.com/ Delivered by Newstex)  Alpha Windward decreased its position in Snyder's-Lance Inc (NASDAQ:LNCE) by 11.0% during the fourth quarter, according to its most recent filing with the Securities and Exchange Commission (SEC). The firm owned 11,220 shares of the company's stock after selling 1,380 shares during the period. Alpha Windward's holdings in Snyder's-Lance were worth $385,000 as of its most recent SEC filing.  Separately, Quantitative Systematic Strategies bought a new position in shares of Snyder's-Lance during the fourth quarter worth about $554,000.  Shares of Snyder's-Lance Inc (NASDAQ:LNCE[1]) opened at 31.57 on Friday.

The company has a market cap of $2.24 billion and a P/E ratio of 32.21. Snyder's-Lance Inc has a 52 week low of $28.82 and a 52 week high of $39.10. The firm has a 50-day moving average of $34.79 and a 200 day moving average of $34.88.  Snyder's-Lance (NASDAQ:LNCE) last released its earnings results on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing the consensus estimate of $0.34 by $0.08. The business had revenue of $416.80 million for the quarter, compared to analysts' expectations of $435.40 million. The firm's revenue for the quarter was up 1.8% on a year-over-year basis. During the same quarter in the prior year, the company posted $0.24 earnings per share. Equities analysts anticipate that Snyder's-Lance Inc will post $1.01 earnings per share for the current fiscal year.  LNCE has been the topic of a number of research reports. Deutsche Bank upped their target price on shares of Snyder's-Lance from $30.00 to $32.00 and gave the stock a 'hold' rating in a research report on Tuesday, October 6th. SunTrust upgraded shares of Snyder's-Lance from a 'neutral' rating to a 'buy' rating and upped their target price for the stock from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. upgraded shares of Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $42.00 target price on the stock in a research report on Thursday, October 29th. Zacks Investment Research[2] upgraded shares of Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $41.00 price objective on the stock in a report on Monday, November 2nd. Finally, Jefferies Group began coverage on shares of Snyder's-Lance in a report on Tuesday, December 15th. They issued a 'buy' rating and a $40.00 price objective on the stock. One investment analyst has rated the stock with a sell rating, two have given a hold rating and three have assigned a buy rating to the stock. Snyder's-Lance presently has a consensus rating of 'Hold' and an average price target of $39.33. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[3]) through its direct-store-delivery distribution network (DSD network).This story was originally published by Corvus Business Newswire (http://corvuswire.com) and is the sole property of Corvus Business Newswire. If you are reading this article on another website, that means this article was illegally copied and re-published to this website in violation of U.S. and International copyright law. You can

view the original version of this story at        http://corvuswire.com/2016/01/31/alpha-windward-cuts-stake-in-snyders-lance-inc-lnce/790520/    Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with MarketBeat.com's FREE daily email newsletter[4]. [ 1]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 2]:                    http://www.zacks.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]:            http://corvuswire.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** January 31, 2016

---

End of Document



# FY2015 EPS Estimates for Snyder's-Lance Inc (LNCE) Cut by Analyst

The Legacy

January 31, 2016 Sunday 7:31 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 910 words

**Byline:** paymon

## Body

---

Jan 31, 2016( The Legacy: http://www.localizedusa.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) - Equities researchers at Jefferies Group cut their FY2015 earnings estimates for shares of Snyder's-Lance in a research note issued to investors on Thursday, Zacks Investment Research[1] reports. Jefferies Group analyst A. Jagdale now anticipates that the firm will post earnings of $1.01 per share for the year, down from their previous estimate of $1.09. Jefferies Group currently has a 'Buy' rating and a $40.00 price objective on the stock. The consensus estimate for Snyder's-Lance's FY2015 earnings is $1.00 per share.

Jefferies Group also issued estimates for Snyder's-Lance's Q4 2015 earnings at $0.32 EPS, Q1 2017 earnings at $0.44 EPS, Q2 2017 earnings at $0.46 EPS and Q4 2017 earnings at $0.48 EPS. Snyder's-Lance (NASDAQ:LNCE) last released its quarterly earnings results on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing analysts' consensus estimates of $0.34 by $0.08. The firm had revenue of $416.80 million for the quarter, compared to analysts' expectations of $435.40 million. During the same period in the prior year, the business earned $0.24 EPS. Snyder's-Lance's quarterly revenue was up 1.8% on a year-over-year basis. A number of other equities research analysts have also recently commented on the stock. BMO Capital Markets increased their price target on shares of Snyder's-Lance from $35.00 to $36.00 in a report on Wednesday. Deutsche Bank increased their price target on shares of Snyder's-Lance from $30.00 to $32.00 and gave the company a 'hold' rating in a report on Tuesday, October 6th. SunTrust upgraded shares of Snyder's-Lance from a 'neutral' rating to a 'buy' rating and increased their price target for the company from $30.00 to $45.00 in a report on Thursday, October 29th. Zacks Investment Research[2] downgraded shares of Snyder's-Lance from a 'hold' rating to a 'sell' rating in a research report on Saturday. Finally, BB...orp. upgraded shares of Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $42.00 price objective on the stock in a research report on Thursday, October 29th. One research analyst has rated the stock with a sell rating, two have given a hold rating and three have assigned a buy rating to the company's stock. Snyder's-Lance presently has an average rating of 'Hold' and a consensus price target of $39.33. Snyder's-Lance (NASDAQ:LNCE[3]) opened at 31.57 on Friday. The stock has a market capitalization of $2.24 billion and a price-to-earnings ratio of 32.21. Snyder's-Lance has a 52-week low of $28.82 and a 52-week high of $39.10. The stock's 50 day moving average is $34.79 and its 200-day moving average is $34.88. An institutional investor recently bought a new position in Snyder's-Lance stock. Quantitative Systematic Strategies purchased a new stake in Snyder's-Lance Inc (NASDAQ:LNCE) during the fourth quarter, according to its most recent 13F filing with the Securities and Exchange Commission (SEC). The institutional investor purchased 15,945 shares of the company's stock, valued at approximately $554,000. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners

(NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5] For more information about research offerings from Zacks Investment Research, visit Zacks.com[6]This story was originally published by Corvus Business Newswire (http://corvuswire.com) and is the sole property of Corvus Business Newswire. If you are reading this article on another website, that means this article was illegally copied and re-published to this website in violation of U.S. and International copyright law. You can view the original version of this story at http://corvuswire.com/2016/01/31/fy2015-eps-estimates-for-snyders-lance-inc-lnce-cut-by-analyst/789475/ Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with MarketBeat.com's FREE daily email newsletter[7]. [ 1]: http://www.zacks.com/ [ 2]: http://www.zacks.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE [ 6]: http://www.zacks.com/ [ 7]: http://corvuswire.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** January 31, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Cut to Sell at Zacks Investment Research

American Banking and Market News

January 30, 2016 Saturday 7:15 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 961 words

## Body

Jan 30, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) was downgraded by Zacks Investment Research[1] from a "hold" rating to a "sell" rating in a note issued to investors on Saturday, MarketBeat.com[2] reports. According to Zacks, "Synders-Lance Inc, formerly known as Lancer Inc, is engaged in the manufacture, market and distribution of a variety of branded and private label snack foods and bakery products. Products include branded sandwich crackers, sandwich cookies, restaurant crackers and bread basket items, candy, chips, meat snacks, nuts and private label cookies and crackers. Products are packaged as individual, single servings and as larger packages or multi-pack configurations and are distributed to grocery stores, convenience stores, vending machines, food service institutions, and through up and down the street outlets . "Other large investors have recently added to or reduced their stakes in the company. Simplex Trading purchased a new stake in Snyder's-Lance during the fourth quarter valued at approximately $0. California State Teachers Retirement System boosted its stake in Snyder's-Lance by 1.6% in the fourth quarter. California State Teachers Retirement System now owns 90,526 shares of the company's stock valued at $3,105,000 after buying an additional 1,421 shares during the period. Capital Fund Management S.A. purchased a new stake in Snyder's-Lance during the fourth quarter valued at approximately $346,000. Quantitative Systematic Strategies purchased a new stake in Snyder's-Lance during the fourth quarter valued at approximately $554,000. Finally, Louisiana State Employees Retirement System purchased a new stake in Snyder's-Lance during the fourth quarter valued at approximately $796,000. Snyder's-Lance (NASDAQ:LNCE[3]) traded up 2.47% on Friday, hitting $31.57. The stock had a trading volume of 789,785 shares. The firm's 50-day moving average price is $34.79 and its 200-day moving average price is $34.88. Snyder's-Lance has a 1-year low of $28.82 and a 1-year high of $39.10. The firm has a market cap of $2.24 billion and a P/E ratio of 32.21. Snyder's-Lance (NASDAQ:LNCE) last issued its quarterly earnings data on Wednesday, October 28th. The company reported $0.26 earnings per share (EPS) for the quarter, missing the Thomson Reuters' consensus estimate of $0.34 by $0.08. The business earned $416.80 million during the quarter, compared to analysts' expectations of $435.40 million. During the same period last year, the firm posted $0.24 EPS. The business's revenue was up 1.8% on a year-over-year basis. On average, equities research analysts predict that Snyder's-Lance will post $1.02 earnings per share for the current year. LNCE has been the subject of several other research reports. SunTrust upgraded Snyder's-Lance from a "neutral" rating to a "buy" rating and lifted their price objective for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. upgraded Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 price objective for the company in a research report on Thursday, October 29th. Deutsche Bank lifted their price objective on Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a research report on Tuesday, October 6th. Jefferies Group began coverage on Snyder's-Lance in a research note on Tuesday, December 15th. They issued a "buy" rating and a $40.00 target price for the company. Finally, BMO Capital Markets lifted their target price on Snyder's-Lance from $35.00 to $36.00 in a research note on Wednesday. One analyst has rated the stock with a sell rating, two have assigned a hold rating and three have issued a buy rating to the company's stock. The company presently has an average rating of "Hold" and an average target price of $39.33.Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The

Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5]For more information about research offerings from Zacks Investment Research, visit Zacks.com[6]Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[7] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[8]. [ 1]:                  http://www.zacks.com/ [ 2]:              http://www.marketbeat.com/ [ 3]:     http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]:          http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [                 5]:     http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=skip_rpt_name_check...NCE    [    6]:                             http://www.zacks.com/    [    7]:     http://www.americanbankingnews.com/daily-email-updates-basic/        [       8]:     http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** February 29, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Cut to Sell at Zacks Investment Research

Watchlist News

January 30, 2016 Saturday 7:46 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 970 words

**Byline:** Nicole Kennedy

## Body

Jan 30, 2016( Watchlist News: http://www.watchlistnews.com/ Delivered by Newstex) http://www.watchlistnews.com/logos/lance-inc-logo.pngZacks Investment Research[1] cut shares of Snyder's-Lance Inc (NASDAQ:LNCE) from a hold rating to a sell rating in a report issued on Saturday morning, Market Beat Ratings[2] reports. According to Zacks, 'Synders-Lance Inc, formerly known as Lancer Inc, is engaged in the manufacture, market and distribution of a variety of branded and private label snack foods and bakery products. Products include branded sandwich crackers, sandwich cookies, restaurant crackers and bread basket items, candy, chips, meat snacks, nuts and private label cookies and crackers. Products are packaged as individual, single servings and as larger packages or multi-pack configurations and are distributed to grocery stores, convenience stores, vending machines, food service institutions, and through up and down the street outlets . ' Snyder's-Lance (NASDAQ:LNCE[3]) traded up 2.47% during midday trading on Friday, reaching $31.57. The company's stock had a trading volume of 789,785 shares. The stock's 50 day moving average price is $34.79 and its 200-day moving average price is $34.88. The stock has a market cap of $2.24 billion and a price-to-earnings ratio of 32.21. Snyder's-Lance has a one year low of $28.82 and a one year high of $39.10. Snyder's-Lance (NASDAQ:LNCE) last announced its quarterly earnings data on Wednesday, October 28th. The company reported $0.26 earnings per share for the quarter, missing analysts' consensus estimates of $0.34 by $0.08. The firm had revenue of $416.80 million for the quarter, compared to analysts' expectations of $435.40 million. Snyder's-Lance's revenue was up 1.8% on a year-over-year basis. During the same quarter in the previous year, the business earned $0.24 earnings per share. On average, analysts forecast that Snyder's-Lance will post $1.02 EPS for the current fiscal year. Several other research firms have also commented on LNCE. BB...orp. raised shares of Snyder's-Lance from a hold rating to a buy rating and set a $42.00 price target on the stock in a report on Thursday, October 29th. Jefferies Group reaffirmed a buy rating and issued a $40.00 price target on shares of Snyder's-Lance in a report on Saturday, January 9th. SunTrust raised shares of Snyder's-Lance from a neutral rating to a buy rating and upped their price target for the company from $30.00 to $45.00 in a report on Thursday, October 29th. Deutsche Bank upped their price target on shares of Snyder's-Lance from $30.00 to $32.00 and gave the company a hold rating in a report on Tuesday, October 6th. Finally, BMO Capital Markets upped their price target on shares of Snyder's-Lance from $35.00 to $36.00 in a report on Wednesday. One analyst has rated the stock with a sell rating, two have assigned a hold rating and three have assigned a buy rating to the stock. Snyder's-Lance presently has a consensus rating of Hold and an average price target of $39.33. A number of large investors have added to or reduced their stakes in LNCE. California State Teachers Retirement System raised its stake in Snyder's-Lance by 1.6% in the fourth quarter. California State Teachers Retirement System now owns 90,526 shares of the company's stock worth $3,105,000 after buying an additional 1,421 shares during the period. TFS Capital LLC acquired a new stake in Snyder's-Lance during the fourth quarter worth about $3,193,000. Louisiana State Employees Retirement System acquired a new stake in Snyder's-Lance during the fourth quarter worth about $796,000. Nationwide Fund Advisors raised its stake in Snyder's-Lance by 124.9% in the fourth quarter. Nationwide Fund Advisors now owns 83,542 shares of the company's stock worth $2,865,000 after buying an additional 46,399 shares during the period. Finally, Neuberger Berman Group LLC acquired a new stake in Snyder's-Lance during the fourth quarter worth about $1,095,000. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the

manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5] For more information about research offerings from Zacks Investment Research, visit Zacks.com[6] Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with Analyst Ratings Network's FREE daily email newsletter[7]. [ 1]: http://www.zacks.com/ [ 2]: http://www.marketbeat.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE [ 6]: http://www.zacks.com/ [ 7]: http://www.watchlistnews.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** February 29, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Downgraded by Zacks Investment Research to 'Sell'

The Legacy

January 30, 2016 Saturday 7:34 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 1008 words

**Byline:** Noah

## Body

Jan 30, 2016( The Legacy: http://www.localizedusa.com/ Delivered by Newstex) http://corvuswire.com/logos/lance-inc-logo.pngZacks Investment Research[1] cut shares of Snyder's-Lance Inc (NASDAQ:LNCE) from a hold rating to a sell rating in a report published on Saturday, MarketBeat Ratings[2] reports. According to Zacks, 'Synders-Lance Inc, formerly known as Lancer Inc, is engaged in the manufacture, market and distribution of a variety of branded and private label snack foods and bakery products. Products include branded sandwich crackers, sandwich cookies, restaurant crackers and bread basket items, candy, chips, meat snacks, nuts and private label cookies and crackers. Products are packaged as individual, single servings and as larger packages or multi-pack configurations and are distributed to grocery stores, convenience stores, vending machines, food service institutions, and through up and down the street outlets . ' Shares of Snyder's-Lance (NASDAQ:LNCE[3]) traded up 2.47% during trading on Friday, reaching $31.57. 789,785 shares of the company traded hands. The company has a market capitalization of $2.24 billion and a price-to-earnings ratio of 32.21. The stock's 50 day moving average is $34.79 and its 200 day moving average is $34.88. Snyder's-Lance has a 1-year low of $28.82 and a 1-year high of $39.10. Snyder's-Lance (NASDAQ:LNCE) last posted its earnings results on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing the Zacks' consensus estimate of $0.34 by $0.08. The business earned $416.80 million during the quarter, compared to the consensus estimate of $435.40 million. The business's quarterly revenue was up 1.8% compared to the same quarter last year. During the same quarter last year, the firm posted $0.24 EPS. On average, analysts forecast that Snyder's-Lance will post $1.02 EPS for the current year. A number of other analysts also recently commented on the company. BMO Capital Markets boosted their target price on Snyder's-Lance from $35.00 to $36.00 in a research report on Wednesday. Jefferies Group restated a buy rating and issued a $40.00 price objective on shares of Snyder's-Lance in a research report on Saturday, January 9th. BB...orp. upgraded Snyder's-Lance from a hold rating to a buy rating and set a $42.00 price objective on the stock in a research report on Thursday, October 29th. SunTrust upgraded Snyder's-Lance from a neutral rating to a buy rating and upped their price objective for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. Finally, Deutsche Bank upped their price objective on Snyder's-Lance from $30.00 to $32.00 and gave the company a hold rating in a research report on Tuesday, October 6th. One research analyst has rated the stock with a sell rating, two have assigned a hold rating and three have issued a buy rating to the company. The stock presently has a consensus rating of Hold and an average price target of $39.33. A number of institutional investors have added to or reduced their stakes in the stock. Simplex Trading acquired a new position in Snyder's-Lance during the fourth quarter valued at approximately $0. Capital Fund Management S.A. acquired a new position in Snyder's-Lance during the fourth quarter valued at approximately $346,000. Quantitative Systematic Strategies acquired a new position in Snyder's-Lance during the fourth quarter valued at approximately $554,000. Louisiana State Employees Retirement System acquired a new position in Snyder's-Lance during the fourth quarter valued at approximately $796,000. Finally, Neuberger Berman Group LLC acquired a new position in Snyder's-Lance during the fourth quarter valued at approximately $1,095,000. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich

crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5] For more information about research offerings from Zacks Investment Research, visit Zacks.com[6]This story was originally published by Corvus Business Newswire ( http://corvuswire.com) and is the sole property of Corvus Business Newswire. If you are reading this article on another website, that means this article was illegally copied and re-published to this website in violation of U.S. and International copyright law. You can view the original version of this story at http://corvuswire.com/2016/01/30/snyders-lance-inc-lnce-downgraded-by-zacks-investment-research-to-sell/789039/ Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with MarketBeat.com's FREE daily email newsletter[7]. [ 1]: http://www.zacks.com/ [ 2]: http://www.marketbeat.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE [ 6]: http://www.zacks.com/ [ 7]: http://corvuswire.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** February 29, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Rating Lowered to Sell at Zacks Investment Research

American Banking and Market News

January 30, 2016 Saturday 7:15 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 949 words

## Body

Jan 30, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) was downgraded by Zacks Investment Research[1] from a "hold" rating to a "sell" rating in a note issued to investors on Saturday, MarketBeat.com[2] reports. According to Zacks, "Synders-Lance Inc, formerly known as Lancer Inc, is engaged in the manufacture, market and distribution of a variety of branded and private label snack foods and bakery products. Products include branded sandwich crackers, sandwich cookies, restaurant crackers and bread basket items, candy, chips, meat snacks, nuts and private label cookies and crackers. Products are packaged as individual, single servings and as larger packages or multi-pack configurations and are distributed to grocery stores, convenience stores, vending machines, food service institutions, and through up and down the street outlets . "Snyder's-Lance (NASDAQ:LNCE[3]) traded up 2.47% on Friday, hitting $31.57. The company had a trading volume of 789,785 shares. The stock has a market capitalization of $2.24 billion and a PE ratio of 32.21. The stock has a 50 day moving average of $34.79 and a 200-day moving average of $34.88. Snyder's-Lance has a one year low of $28.82 and a one year high of $39.10. Snyder's-Lance (NASDAQ:LNCE) last posted its earnings results on Wednesday, October 28th. The company reported $0.26 earnings per share for the quarter, missing the Zacks' consensus estimate of $0.34 by $0.08. The firm earned $416.80 million during the quarter, compared to the consensus estimate of $435.40 million. During the same quarter in the previous year, the company earned $0.24 EPS. The firm's quarterly revenue was up 1.8% on a year-over-year basis. Equities analysts anticipate that Snyder's-Lance will post $1.02 EPS for the current year. Several hedge funds have recently modified their holdings of the stock. TFS Capital LLC purchased a new stake in shares of Snyder's-Lance during the fourth quarter valued at about $3,193,000. Nationwide Fund Advisors raised its stake in shares of Snyder's-Lance by 124.9% in the fourth quarter. Nationwide Fund Advisors now owns 83,542 shares of the company's stock valued at $2,865,000 after buying an additional 46,399 shares during the last quarter. Neuberger Berman Group LLC purchased a new stake in shares of Snyder's-Lance during the fourth quarter valued at about $1,095,000. Louisiana State Employees Retirement System purchased a new stake in shares of Snyder's-Lance during the fourth quarter valued at about $796,000. Finally, Quantitative Systematic Strategies purchased a new stake in shares of Snyder's-Lance during the fourth quarter valued at about $554,000. A number of other brokerages have also commented on LNCE. Jefferies Group initiated coverage on Snyder's-Lance in a report on Tuesday, December 15th. They set a "buy" rating and a $40.00 price target on the stock. BMO Capital Markets boosted their target price on Snyder's-Lance from $35.00 to $36.00 in a research note on Wednesday. Deutsche Bank boosted their target price on Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a research note on Tuesday, October 6th. SunTrust upgraded Snyder's-Lance from a "neutral" rating to a "buy" rating and boosted their target price for the company from $30.00 to $45.00 in a research note on Thursday, October 29th. Finally, BB...orp. upgraded Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 target price on the stock in a research note on Thursday, October 29th. One equities research analyst has rated the stock with a sell rating, two have issued a hold rating and three have given a buy rating to the stock. The company currently has an average rating of "Hold" and an average price target of $39.33.Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its

brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5]For more information about research offerings from Zacks Investment Research, visit Zacks.com[6]Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[7] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[8]. [ 1]:        http://www.zacks.com/ [ 2]:        http://www.marketbeat.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]:        http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [                5]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE    [    6]:                http://www.zacks.com/    [    7]: http://www.americanbankingnews.com/daily-email-updates-basic/        [        8]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** February 29, 2016

---

End of Document



# Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

Financial Buzz

January 28, 2016 Thursday 5:07 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 2336 words

## Body

Jan 28, 2016( Financial Buzz: http://www.financialbuzz.com Delivered by Newstex)  CHARLOTTE, N.C., Jan. 27, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (NASDAQ: LNCE) announced today that a meeting date has been set for shareholders to vote on approving the recently announced acquisition of Diamond Foods, Inc. (NASDAQ: DMND) ("Diamond Foods" or "Diamond"). This announcement signals completion of customary reviews of the transaction by the FTC and SEC. A meeting date of February 26, 2016 is set for the vote of the stockholders of Diamond and Snyder's-Lance, with full details regarding time, location and how to vote shares included in the prospectus/joint proxy statement included in the company's S-4 filing which is available online and is being mailed to all stockholders of Snyder's-Lance and Diamond. Closing is expected to occur shortly thereafter. The Company reaffirmed estimated annualized synergies from cost savings of $75 million, with approximately $10 million to be re-invested in the company's growth plans. In addition, revenue synergies are expected to be a good source of growth in the future. The Company also announced today that preliminary unaudited net sales for the full year are estimated to be $1.66 billion, an increase of 4% compared to prior year when adjusted for the 53rd week in 2014, which accounted for approximately $30 million in net revenue. Fourth quarter 2015 unaudited net revenue is anticipated to be lower than expected given several factors which contributed to estimated net sales of $406 million vs. approximately $430 million, the lower end of the company's guidance. The lower net revenue is expected to result in earnings per share for full year 2015 of $1.00 to $1.02, excluding special items, on a fully diluted basis. For full year 2015, GAAP earnings per share, which include special items, is expected to be $0.70 to $0.72 on a fully diluted basis. Special items for 2015 primarily include asset impairments related to restructuring, Diamond-related transaction expenses and certain litigation-related fees and expected settlements. Despite challenges of the most recent quarter and a tougher retailing environment across the industry, Snyder's-Lance delivered a number of positive results for full year 2015, including;Top line growth of around 4% for the full year 2015 when adjusted for the 53rd week in 2014, driven by core brands growth of over 6.5% Expanded operating margins for the full year, accelerating in the fourth quarter to an estimated 200 bps improvement over prior year The launch of a company wide "Drive For 10" cost savings initiative, which along with other cost focused efforts helped to drive improved Q4 margins, and will continue into 2016 All five core brands (Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps®** and Late July®) gained market share for the year"We remain positive on our prospects for 2016 and beyond," said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "We have identified the events that pressured our top line in Q4, including contract manufacturing and some branded sales losses resulting from a heavy storm and extended power outage at one of our largest bakeries. We saw larger than expected revenue declines related to strategic changes in a large customer which impacted space, displays and store inventory levels for some of our branded products. While we are experiencing an overall tougher retailing environment, the issues related to the bakery shutdown are completely resolved and we continue to push for ways of developing new revenue opportunities with our largest customers." Mr. Lee went on to say, "In 2016, we are focused on both top line sales and driving efficiency through our 'Drive for 10' cost savings initiative. We continue to deliver on our strategy of being a premium snack company focused on delivering consumer needs and are actively planning for integration of the Diamond Foods business. We are confident in our ability to drive cost synergies through the combination of our two businesses and expect to achieve our estimated annualized target of $75 million. We believe top-line synergies will be a good source of growth for the combined company as we achieve

greater operating scale and broaden our geographic reach." For Snyder's-Lance, not including any benefits from the acquisition of Diamond Foods, 2016 net revenue growth is expected to be between 2% - 4%. As we continue to expect headwinds with a major customer, we are adjusting our estimates for EPS, excluding special items, to $1.24 to $1.32 for 2016. Capital expenditures are projected to be $50 - $55 million for the full year. The preliminary, unaudited results excluding special items contained in this press release are based on management's initial review of operations for the quarter and year ended January 2, 2016 and remain subject to completion of the Company's customary annual closing and independent audit. Final adjustments and other material developments may arise between the date of this press release and the date Snyder's-Lance announces fourth quarter results and the filing of the Company's Annual Report on Form 10-K with the SEC. The Company plans to have a follow up analyst call after the final results have been audited. Conference Call to Discuss This Press Release Management will host a conference call to discuss preliminary full year 2015 results as well as the recently announced transaction with Diamond Foods, scheduled to begin at 6:00pm eastern time on January 27, 2016. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of Snyder's-Lance website, www.snyderslance.com[1]. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 41010670. A continuous telephone replay of the call will be available between 9:30pm on January 27 and 9:30pm on February 3. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 41010670. Investors may also access a web-based replay of the conference call at www.snyderslance.com[2]. About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com[3]. Cautionary Information about Forward Looking Statements This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include the expected completion of the acquisition of Diamond Foods, Inc., the time frame in which the acquisition will occur, and the expected benefits to Snyder's-Lance from completing the acquisition. The statements are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include, among other things, the possibility that stockholder approval may not be obtained or that other conditions to the closing of the merger may not be satisfied, the potential impact on the business of Snyder's-Lance or Diamond Foods due to the announcement of the transaction, the occurrence of any event, change or other circumstances that could give rise to the termination of the definitive agreement, difficulties with the successful integration and realization of the anticipated benefits or synergies from the proposed acquisition, the ability of Snyder's-Lance to achieve its strategic initiatives, and general economic conditions. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. In addition, actual results are subject to other risks and uncertainties that relate more broadly to Snyder's-Lance or Diamond Foods' overall business, including those more fully described in Snyder's-Lance's filings with the SEC including its annual report on Form 10-K for the fiscal year ended January 3, 2015, and its most recent quarterly report filed on Form 10-Q for the quarter year ended October 3, 2015, and those more fully described in Diamond Foods' filings with the SEC, including its annual report on Form 10-K for the fiscal year ended July 31, 2015, as amended, and its most recent quarterly report filed on Form 10-Q for the quarter ended September 30, 2015. Except as required by law, Snyder's-Lance undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise. This news release also includes projections regarding future revenues, earnings and other results which are based upon Snyder's-Lance's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our

supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and that the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in the most recent Form 10-K and other reports filed by Snyder's- Lance with the Securities and Exchange Commission. Additional Information and Where to Find it In connection with the proposed transaction between Diamond Foods, Inc. ("Diamond Foods") and Snyder's-Lance, Inc. ("Snyder's-Lance"), Snyder's-Lance has filed with the Securities and Exchange Commission (the "SEC") a registration statement on Form S-4 that includes a proxy statement of Diamond Foods that also constitutes a proxy statement/prospectus of Snyder's-Lance. We intend to mail the final proxy statement/prospectus to all stockholders of both Diamond Foods and Snyder's Lance upon completion. The registration statement and the proxy statement/prospectus contain important information about Snyder's-Lance and Diamond Foods, the transaction and related matters. STOCKHOLDERS OF DIAMOND FOODS AND SNYDER'S-LANCE ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING the DEFINITIVE JOINT PROXY STATEMENT/PROSPECTUS, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION. Investors and security holders will be able to obtain the documents free of charge at the SEC's web site, http://www.sec.gov[4]. Documents will also be available for free from Diamond Foods at www.diamondfoods.com[5] and from Snyder's-Lance's at www.snyderslance.com[6]. Diamond Foods, Snyder's-Lance and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies with respect of the proposed transaction. Information about the directors and executive officers of Diamond Foods, including their respective holding of securities of Diamond Foods, is set forth in the registration statement on Form S-4 or in the Diamond Foods Amendment No. 1 to the Annual Report or 10-K that was filed with the SEC on November 24, 2015. Information about the directors and executive officers of Snyder's-Lance is set forth in the proxy statement for Snyder's-Lance's 2015 Annual Meeting of Stockholders, which was filed with the SEC on April 1, 2015 and its Current Report on Form 8-K filed with the SEC on October 1, 2015. Investors may obtain additional information regarding the interest of such participants by reading the definitive joint proxy statement/prospectus regarding the transaction when it becomes available. These documents can be obtained free of charge from the sources indicated above. Logo - http://photos.prnewswire.com/prnh/20150410/197788LOGO[7]To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-announces-meeting-date-for-shareholder-vote-and-preliminary-full-year-2015-results-300210867.html[8] SOURCE Snyder's-Lance, Inc. [ 1]: http://www.snyderslance.com/ [ 2]: http://www.snyderslance.com/ [ 3]: http://www.snyderslance.com/ [ 4]: http://www.sec.gov/ [ 5]: http://www.diamondfoods.com/ [ 6]: http://www.snyderslance.com/ [ 7]: http://photos.prnewswire.com/prnh/20150410/197788LOGO [ 8]: http://www.prnewswire.com/news-releases/snyders-lance-announces-meeting-date-for-shareholder-vote-and-preliminary-full-year-2015-results-300210867.html

**Load-Date:** February 29, 2016

End of Document



# Snyder's-Lance Inc (LNCE) Issues FY15 Earnings Guidance

American Banking and Market News

January 28, 2016 Thursday 3:55 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 655 words

# Body

Jan 28, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) issued an update on its FY15 earnings guidance on Thursday morning. The company provided EPS guidance of $1.00-1.02 for the period, compared to the Thomson Reuters consensus EPS estimate of $1.07, Marketbeat.com[1] reports. Snyder's-Lance Inc (NASDAQ:LNCE[2]) traded down 9.55% during trading on Thursday, reaching $32.02. The company's stock had a trading volume of 473,983 shares. Snyder's-Lance Inc has a 1-year low of $28.82 and a 1-year high of $39.10. The company's 50-day moving average is $35.00 and its 200-day moving average is $34.92. The company has a market capitalization of $2.27 billion and a P/E ratio of 32.67. Snyder's-Lance (NASDAQ:LNCE) last posted its earnings results on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing the Zacks' consensus estimate of $0.34 by $0.08. The business earned $416.80 million during the quarter, compared to the consensus estimate of $435.40 million. The business's quarterly revenue was up 1.8% compared to the same quarter last year. During the same quarter last year, the firm posted $0.24 EPS. Equities analysts anticipate that Snyder's-Lance Inc will post $1.07 EPS for the current year. LNCE has been the topic of a number of research analyst reports. BMO Capital Markets boosted their target price on Snyder's-Lance from $35.00 to $36.00 in a research report on Wednesday. Jefferies Group restated a buy rating and issued a $40.00 price objective on shares of Snyder's-Lance in a research report on Saturday, January 9th. Zacks Investment Research[3] upgraded Snyder's-Lance from a hold rating to a buy rating and set a $41.00 price objective on the stock in a research report on Monday, November 2nd. BB...orp. upgraded Snyder's-Lance from a hold rating to a buy rating and set a $42.00 price objective on the stock in a research report on Thursday, October 29th. Finally, SunTrust upgraded Snyder's-Lance from a neutral rating to a buy rating and upped their price objective for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. Two analysts have rated the stock with a hold rating and four have issued a buy rating to the stock. The stock presently has a consensus rating of Buy and a consensus price target of $39.33.Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[5] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[6]. [ 1]: http://www.marketbeat.com/ [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 6]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** February 29, 2016

---

End of Document



# BMO Capital Markets Boosts Snyder's-Lance Inc (LNCE) Price Target to $36.00

American Banking and Market News

January 27, 2016 Wednesday 6:11 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 802 words

## Body

Jan 27, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) had its price target increased by equities research analysts at BMO Capital Markets from $35.00 to $36.00 in a note issued to investors on Wednesday, StockTargetPrices.com[1] reports. BMO Capital Markets' price objective indicates a potential upside of 2.45% from the stock's current price.Several institutional investors recently modified their holdings of the company. Simplex Trading bought a new position in shares of Snyder's-Lance during the fourth quarter worth $0. Quantitative Systematic Strategies bought a new position in shares of Snyder's-Lance during the fourth quarter worth $554,000. Finally, Eagle Asset Management increased its position in shares of Snyder's-Lance by 94.2% in the third quarter. Eagle Asset Management now owns 1,297,242 shares of the company's stock worth $43,754,000 after buying an additional 629,302 shares during the period. Shares of Snyder's-Lance (NASDAQ:LNCE[2]) traded up 1.00% during trading on Wednesday, hitting $35.48. 101,111 shares of the stock traded hands. The stock has a 50 day moving average price of $35.00 and a 200-day moving average price of $34.92. Snyder's-Lance has a 1-year low of $28.82 and a 1-year high of $39.10. The stock has a market cap of $2.51 billion and a price-to-earnings ratio of 36.20. Snyder's-Lance (NASDAQ:LNCE) last posted its quarterly earnings results on Wednesday, October 28th. The company reported $0.26 earnings per share (EPS) for the quarter, missing the consensus estimate of $0.34 by $0.08. During the same period in the prior year, the firm posted $0.24 earnings per share. The company had revenue of $416.80 million for the quarter, compared to analyst estimates of $435.40 million. The company's revenue for the quarter was up 1.8% compared to the same quarter last year. Equities analysts forecast that Snyder's-Lance will post $1.07 EPS for the current year. Several other analysts also recently issued reports on LNCE. Deutsche Bank lifted their price target on shares of Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a research report on Tuesday, October 6th. SunTrust raised shares of Snyder's-Lance from a "neutral" rating to a "buy" rating and lifted their price target for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. raised shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 price target for the company in a research report on Thursday, October 29th. Zacks Investment Research[3] raised shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price target for the company in a research report on Monday, November 2nd. Finally, Jefferies Group started coverage on shares of Snyder's-Lance in a research report on Tuesday, December 15th. They issued a "buy" rating and a $40.00 price target for the company. Two analysts have rated the stock with a hold rating and four have issued a buy rating to the company. Snyder's-Lance presently has an average rating of "Buy" and an average price target of $39.33.Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, sandwich style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).

http://www.stocktargetprices.com?utm_source=marketbeatStay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[5] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[6]. [ 1]: http://www.stocktargetprices.com?utm_source=marketbeat [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 6]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** February 29, 2016

---

End of Document



# BMO Capital Markets Boosts Snyder's-Lance Inc (LNCE) Price Target to $36.00

The Legacy

January 27, 2016 Wednesday 6:42 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 872 words

**Byline:** Rick

## Body

Jan 27, 2016( The Legacy: http://www.localizedusa.com/ Delivered by Newstex) Snyder's-Lance Inc (NASDAQ:LNCE) had its price target increased by equities research analysts at BMO Capital Markets from $35.00 to $36.00 in a note issued to investors on Wednesday, StockTargetPrices.com[1] reports. BMO Capital Markets' price objective indicates a potential upside of 2.45% from the stock's current price. Several institutional investors recently modified their holdings of the company. Simplex Trading bought a new position in shares of Snyder's-Lance during the fourth quarter worth $0. Quantitative Systematic Strategies bought a new position in shares of Snyder's-Lance during the fourth quarter worth $554,000. Finally, Eagle Asset Management increased its position in shares of Snyder's-Lance by 94.2% in the third quarter. Eagle Asset Management now owns 1,297,242 shares of the company's stock worth $43,754,000 after buying an additional 629,302 shares during the period. Shares of Snyder's-Lance (NASDAQ:LNCE[2]) traded up 1.00% during trading on Wednesday, hitting $35.48. 101,111 shares of the stock traded hands. The stock has a 50 day moving average price of $35.00 and a 200-day moving average price of $34.92. Snyder's-Lance has a 1-year low of $28.82 and a 1-year high of $39.10. The stock has a market cap of $2.51 billion and a price-to-earnings ratio of 36.20. Snyder's-Lance (NASDAQ:LNCE) last posted its quarterly earnings results on Wednesday, October 28th. The company reported $0.26 earnings per share (EPS) for the quarter, missing the consensus estimate of $0.34 by $0.08. During the same period in the prior year, the firm posted $0.24 earnings per share. The company had revenue of $416.80 million for the quarter, compared to analyst estimates of $435.40 million. The company's revenue for the quarter was up 1.8% compared to the same quarter last year. Equities analysts forecast that Snyder's-Lance will post $1.07 EPS for the current year. Several other analysts also recently issued reports on LNCE. Deutsche Bank lifted their price target on shares of Snyder's-Lance from $30.00 to $32.00 and gave the company a 'hold' rating in a research report on Tuesday, October 6th. SunTrust raised shares of Snyder's-Lance from a 'neutral' rating to a 'buy' rating and lifted their price target for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. raised shares of Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $42.00 price target for the company in a research report on Thursday, October 29th. Zacks Investment Research[3] raised shares of Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $41.00 price target for the company in a research report on Monday, November 2nd. Finally, Jefferies Group started coverage on shares of Snyder's-Lance in a research report on Tuesday, December 15th. They issued a 'buy' rating and a $40.00 price target for the company. Two analysts have rated the stock with a hold rating and four have issued a buy rating to the company. Snyder's-Lance presently has an average rating of 'Buy' and an average price target of $39.33. Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded

products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).        http://www.stocktargetprices.com?utm_source=marketbeat This story was originally published by Corvus Business Newswire (        http://corvuswire.com) and is the sole property of Corvus Business Newswire. If you are reading this article on another website, that means this article was illegally copied and re-published to this website in violation of U.S. and International copyright law. You can view the original version of this story at        http://corvuswire.com/2016/01/27/bmo-capital-markets-boosts-snyders-lance-inc-lnce-price-target-to-36-00/777721/   Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies    with    MarketBeat.com's    FREE    daily    email    newsletter[5].    [    1]: http://www.stocktargetprices.com?utm_source=marketbeat        [        2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/  [  3]:                        http://www.zacks.com/  [  4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/  [  5]:                http://corvuswire.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** February 29, 2016

---

End of Document

# Press Release: Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

Dow Jones Institutional News

January 27, 2016 Wednesday 9:06 PM GMT

Copyright 2016 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2016, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 2438 words

## Body

Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

PR Newswire

CHARLOTTE, N.C., Jan. 27, 2016

CHARLOTTE, N.C., Jan. 27, 2016 /PRNewswire/ -- Snyder's-Lance, Inc. (NASDAQ: LNCE) announced today that a meeting date has been set for shareholders to vote on approving the recently announced acquisition of Diamond Foods, Inc. (NASDAQ: DMND) ("Diamond Foods" or "Diamond"). This announcement signals completion of customary reviews of the transaction by the FTC and SEC. A meeting date of February 26, 2016 is set for the vote of the stockholders of Diamond and Snyder's-Lance, with full details regarding time, location and how to vote shares included in the prospectus/joint proxy statement included in the company's S-4 filing which is available online and is being mailed to all stockholders of Snyder's-Lance and Diamond. Closing is expected to occur shortly thereafter. The Company reaffirmed estimated annualized synergies from cost savings of $75 million, with approximately $10 million to be re-invested in the company's growth plans. In addition, revenue synergies are expected to be a good source of growth in the future.

The Company also announced today that preliminary unaudited net sales for the full year are estimated to be $1.66 billion, an increase of 4% compared to prior year when adjusted for the 53(rd) week in 2014, which accounted for approximately $30 million in net revenue. Fourth quarter 2015 unaudited net revenue is anticipated to be lower than expected given several factors which contributed to estimated net sales of $406 million vs. approximately $430 million, the lower end of the company's guidance. The lower net revenue is expected to result in earnings per share for full year 2015 of $1.00 to $1.02, excluding special items, on a fully diluted basis. For full year 2015, GAAP earnings per share, which include special items, is expected to be $0.70 to $0.72 on a fully diluted basis. Special items for 2015 primarily include asset impairments related to restructuring, Diamond-related transaction expenses and certain litigation-related fees and expected settlements.

Despite challenges of the most recent quarter and a tougher retailing environment across the industry, Snyder's-Lance delivered a number of positive results for full year 2015, including;

```
-- Top line growth of around 4% for the full year 2015 when adjusted for the
   53rd week in 2014, driven by core brands growth of over 6.5%

-- Expanded operating margins for the full year, accelerating in the fourth
   quarter to an estimated 200 bps improvement over prior year

-- The launch of a company wide "Drive For 10" cost savings initiative,
   which along with other cost focused efforts helped to drive improved Q4
   margins, and will continue into 2016

-- All five core brands (Snyder's of Hanover(R), Lance(R), Cape Cod(R),

   Snack Factory(R) Pretzel Crisps(R) and Late July(R)) gained market share
   for the year
```

"We remain positive on our prospects for 2016 and beyond," said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "We have identified the events that pressured our top line in Q4, including contract manufacturing and some branded sales losses resulting from a heavy storm and extended power outage at one of our largest bakeries. We saw larger than expected revenue declines related to strategic changes in a large customer which impacted space, displays and store inventory levels for some of our branded products. While we are experiencing an overall tougher retailing environment, the issues related to the bakery shutdown are completely resolved and we continue to push for ways of developing new revenue opportunities with our largest customers."

Mr. Lee went on to say, "In 2016, we are focused on both top line sales and driving efficiency through our 'Drive for 10' cost savings initiative. We continue to deliver on our strategy of being a premium snack company focused on delivering consumer needs and are actively planning for integration of the Diamond Foods business. We are confident in our ability to drive cost synergies through the combination of our two businesses and expect to achieve our estimated annualized target of $75 million. We believe top-line synergies will be a good source of growth for the combined company as we achieve greater operating scale and broaden our geographic reach."

For Snyder's-Lance, not including any benefits from the acquisition of Diamond Foods, 2016 net revenue growth is expected to be between 2% - 4%. As we continue to expect headwinds with a major customer, we are adjusting our estimates for EPS, excluding special items, to $1.24 to $1.32 for 2016. Capital expenditures are projected to be $50 - $55 million for the full year.

The preliminary, unaudited results excluding special items contained in this press release are based on management's initial review of operations for the quarter and year ended January 2, 2016 and remain subject to completion of the Company's customary annual closing and independent audit. Final adjustments and other material developments may arise between the date of this press release and the date Snyder's-Lance announces fourth quarter results and the filing of the Company's Annual Report on Form 10-K with the SEC. The Company plans to have a follow up analyst call after the final results have been audited.

Conference Call to Discuss This Press Release

Management will host a conference call to discuss preliminary full year 2015 results as well as the recently announced transaction with Diamond Foods, scheduled to begin at 6:00pm eastern time on January 27, 2016. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of Snyder's-Lance website, www.snyderslance.com . To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 41010670. A continuous telephone replay of the call will be available between 9:30pm on January 27 and 9:30pm on February 3. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 41010670. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com .

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include the expected completion of the acquisition of Diamond Foods, Inc., the time frame in which the acquisition will occur, and the expected benefits to Snyder's-Lance from completing the acquisition. The statements are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include, among other things, the possibility that stockholder approval may not be obtained or that other conditions to the closing of the merger may not be satisfied, the potential impact on the business of Snyder's-Lance or Diamond Foods due to the announcement of the transaction, the occurrence of any event, change or other circumstances that could give rise to the termination of the definitive agreement, difficulties with the successful integration and realization of the anticipated benefits or synergies from the proposed acquisition, the ability of Snyder's-Lance to achieve its strategic initiatives, and general economic conditions. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. In addition, actual results are subject to other risks and uncertainties that relate more broadly to Snyder's-Lance or Diamond Foods' overall business, including those more fully described in Snyder's-Lance's filings with the SEC including its annual report on Form 10-K for the fiscal year ended January 3, 2015, and its most recent quarterly report filed on Form 10-Q for the quarter year ended October 3, 2015, and those more fully described in Diamond Foods' filings with the SEC, including its annual report on Form 10-K for the fiscal year ended July 31, 2015, as amended, and its most recent quarterly report filed on Form 10-Q for the quarter ended September 30, 2015. Except as required by law, Snyder's-Lance undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

27 Jan 2016 16:06 ET  Press Release: Snyder's-Lance Announces Meeting -2-

This news release also includes projections regarding future revenues, earnings and other results which are based upon Snyder's-Lance's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and that the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in the most recent Form 10-K and other reports filed by Snyder's- Lance with the Securities and Exchange Commission.

Additional Information and Where to Find it

Press Release: Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

In connection with the proposed transaction between Diamond Foods, Inc. ("Diamond Foods") and Snyder's-Lance, Inc. ("Snyder's-Lance"), Snyder's-Lance has filed with the Securities and Exchange Commission (the "SEC") a registration statement on Form S-4 that includes a proxy statement of Diamond Foods that also constitutes a proxy statement/prospectus of Snyder's-Lance. We intend to mail the final proxy statement/prospectus to all stockholders of both Diamond Foods and Snyder's Lance upon completion. The registration statement and the proxy statement/prospectus contain important information about Snyder's-Lance and Diamond Foods, the transaction and related matters. STOCKHOLDERS OF DIAMOND FOODS AND SNYDER'S-LANCE ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING the DEFINITIVE JOINT PROXY STATEMENT/PROSPECTUS, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION. Investors and security holders will be able to obtain the documents free of charge at the SEC's web site, http://www.sec.gov . Documents will also be available for free from Diamond Foods at www.diamondfoods.com and from Snyder's-Lance's at    www.snyderslance.com .

Diamond Foods, Snyder's-Lance and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies with respect of the proposed transaction. Information about the directors and executive officers of Diamond Foods, including their respective holding of securities of Diamond Foods, is set forth in the registration statement on Form S-4 or in the Diamond Foods Amendment No. 1 to the Annual Report or 10-K that was filed with the SEC on November 24, 2015. Information about the directors and executive officers of Snyder's-Lance is set forth in the proxy statement for Snyder's-Lance's 2015 Annual Meeting of Stockholders, which was filed with the SEC on April 1, 2015 and its Current Report on Form 8-K filed with the SEC on October 1, 2015. Investors may obtain additional information regarding the interest of such participants by reading the definitive joint proxy statement/prospectus regarding the transaction when it becomes available. These documents can be obtained free of charge from the sources indicated above.

Logo -  http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-announces-meeting-date-for-shareholder-vote-and-preliminary-full-year-2015-results-300210867.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

27 Jan 2016 16:06 ET *Snyder's-Lance Announces Meeting Date For Shareholder Vote And Preliminary Full Yr 2015 Results

27 Jan 2016 16:07 ET *Snyders-Lance Sees FY Rev $1.66B >LNCE

27 Jan 2016 16:07 ET *Snyders-Lance Sees 4Q Sales $406M >LNCE

27 Jan 2016 16:07 ET *Snyders-Lance Sees FY Adj EPS $1-Adj EPS $1.02 >LNCE

Corrections & Amplifications

This headline was corrected at 4:09 p.m. ET to reflect that the figures are for the full year. The original headline incorrectly said 4Q.

27 Jan 2016 16:08 ET *Correct: Snyders-Lance Sees FY Adj EPS $1-Adj EPS $1.02 >LNCE

27 Jan 2016 16:08 ET *Snyders-Lance Sees FY EPS 70c-EPS 72c >LNCE

27 Jan 2016 16:09 ET *Snyders-Lance Sees FY16 Net Rev Growth 2%-4%

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

January 27, 2016 16:09 ET (21:09 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** January 28, 2016

End of Document



# Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

PR Newswire

January 27, 2016 Wednesday 4:05 PM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 2266 words

**Dateline:** CHARLOTTE, N.C., Jan. 27, 2016

## Body

Snyder's-Lance, Inc. (NASDAQ: LNCE) announced today that a meeting date has been set for shareholders to vote on approving the recently announced acquisition of Diamond Foods, Inc. (NASDAQ: DMND) ("Diamond Foods" or "Diamond"). This announcement signals completion of customary reviews of the transaction by the FTC and SEC. A meeting date of February 26, 2016 is set for the vote of the stockholders of Diamond and Snyder's-Lance, with full details regarding time, location and how to vote shares included in the prospectus/joint proxy statement included in the company's S-4 filing which is available online and is being mailed to all stockholders of Snyder's-Lance and Diamond. Closing is expected to occur shortly thereafter. The Company reaffirmed estimated annualized synergies from cost savings of $75 million, with approximately $10 million to be re-invested in the company's growth plans. In addition, revenue synergies are expected to be a good source of growth in the future.

The Company also announced today that preliminary unaudited net sales for the full year are estimated to be $1.66 billion, an increase of 4% compared to prior year when adjusted for the 53rd week in 2014, which accounted for approximately $30 million in net revenue. Fourth quarter 2015 unaudited net revenue is anticipated to be lower than expected given several factors which contributed to estimated net sales of $406 million vs. approximately $430 million, the lower end of the company's guidance. The lower net revenue is expected to result in earnings per share for full year 2015 of $1.00 to $1.02, excluding special items, on a fully diluted basis. For full year 2015, GAAP earnings per share, which include special items, is expected to be $0.70 to $0.72 on a fully diluted basis. Special items for 2015 primarily include asset impairments related to restructuring, Diamond-related transaction expenses and certain litigation-related fees and expected settlements.

Despite challenges of the most recent quarter and a tougher retailing environment across the industry, Snyder's-Lance delivered a number of positive results for full year 2015, including;

Top line growth of around 4% for the full year 2015 when adjusted for the 53rd week in 2014, driven by core brands growth of over 6.5%Expanded operating margins for the full year, accelerating in the fourth quarter to an estimated 200 bps improvement over prior yearThe launch of a company wide "Drive For 10" cost savings initiative, which along with other cost focused efforts helped to drive improved Q4 margins, and will continue into 2016All five core brands (Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**® and Late July®) gained market share for the year

"We remain positive on our prospects for 2016 and beyond," said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "We have identified the events that pressured our top line in Q4, including contract manufacturing and some branded sales losses resulting from a heavy storm and extended power outage at one of our largest bakeries. We saw larger than expected revenue declines related to strategic changes in a large customer which impacted space, displays and store inventory levels for some of our branded products. While we are experiencing an overall tougher retailing environment, the issues related to the bakery shutdown are completely resolved and we continue to push for ways of developing new revenue opportunities with our largest customers."

Mr. Lee went on to say, "In 2016, we are focused on both top line sales and driving efficiency through our 'Drive for 10' cost savings initiative. We continue to deliver on our strategy of being a premium snack company focused on delivering consumer needs and are actively planning for integration of the Diamond Foods business. We are confident in our ability to drive cost synergies through the combination of our two businesses and expect to achieve our estimated annualized target of $75 million. We believe top-line synergies will be a good source of growth for the combined company as we achieve greater operating scale and broaden our geographic reach."

For Snyder's-Lance, not including any benefits from the acquisition of Diamond Foods, 2016 net revenue growth is expected to be between 2% - 4%. As we continue to expect headwinds with a major customer, we are adjusting our estimates for EPS, excluding special items, to $1.24 to $1.32 for 2016. Capital expenditures are projected to be $50 - $55 million for the full year.

The preliminary, unaudited results excluding special items contained in this press release are based on management's initial review of operations for the quarter and year ended January 2, 2016 and remain subject to completion of the Company's customary annual closing and independent audit. Final adjustments and other material developments may arise between the date of this press release and the date Snyder's-Lance announces fourth quarter results and the filing of the Company's Annual Report on Form 10-K with the SEC. The Company plans to have a follow up analyst call after the final results have been audited.

Conference Call to Discuss This Press Release

Management will host a conference call to discuss preliminary full year 2015 results as well as the recently announced transaction with Diamond Foods, scheduled to begin at 6:00pm eastern time on January 27, 2016. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of Snyder's-Lance website,http://www.snyderslance.com. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 41010670. A continuous telephone replay of the call will be available between 9:30pm on January 27 and 9:30pm on February 3. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 41010670. Investors may also access a web-based replay of the conference call at http://www.snyderslance.com.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site:http://www.snyderslance.com.

Cautionary Information about Forward Looking StatementsThis news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include the expected completion of the acquisition of Diamond Foods, Inc., the time frame in which the acquisition will occur, and the expected benefits to Snyder's-Lance from completing the acquisition. The statements are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include, among other things, the possibility that stockholder approval may not be obtained or that other conditions to the closing of the merger may not be satisfied, the potential impact on the business of Snyder's-Lance or Diamond Foods due to the announcement of the transaction, the occurrence of any event, change or other circumstances that could give rise to the termination of the definitive agreement, difficulties with the successful integration and realization of the anticipated benefits or synergies from the proposed acquisition, the ability of Snyder's-Lance to achieve its strategic initiatives, and general economic conditions. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. In addition, actual results are subject to other risks and uncertainties that relate more

broadly to Snyder's-Lance or Diamond Foods' overall business, including those more fully described in Snyder's-Lance's filings with the SEC including its annual report on Form 10-K for the fiscal year ended January 3, 2015, and its most recent quarterly report filed on Form 10-Q for the quarter year ended October 3, 2015, and those more fully described in Diamond Foods' filings with the SEC, including its annual report on Form 10-K for the fiscal year ended July 31, 2015, as amended, and its most recent quarterly report filed on Form 10-Q for the quarter ended September 30, 2015. Except as required by law, Snyder's-Lance undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

This news release also includes projections regarding future revenues, earnings and other results which are based upon Snyder's-Lance's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and that the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in the most recent Form 10-K and other reports filed by Snyder's- Lance with the Securities and Exchange Commission.

AdditionalInformation and Where to Find it

In connection with the proposed transaction between Diamond Foods, Inc. ("Diamond Foods") and Snyder's-Lance, Inc. ("Snyder's-Lance"), Snyder's-Lance has filed with the Securities and Exchange Commission (the "SEC") a registration statement on Form S-4 that includes a proxy statement of Diamond Foods that also constitutes a proxy statement/prospectus of Snyder's-Lance. We intend to mail the final proxy statement/prospectus to all stockholders of both Diamond Foods and Snyder's Lance upon completion. The registration statement and the proxy statement/prospectus contain important information about Snyder's-Lance and Diamond Foods, the transaction and related matters. STOCKHOLDERS OF DIAMOND FOODS AND SNYDER'S-LANCE ARE URGED TO READ ALL RELEVANT DOCUMENTS FILED WITH THE SEC, INCLUDING the DEFINITIVE JOINT PROXY STATEMENT/PROSPECTUS, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE PROPOSED TRANSACTION. Investors and security holders will be able to obtain the documents free of charge at the SEC's web site,http://www.sec.gov. Documents will also be available for free from Diamond Foods at http://www.diamondfoods.com and from Snyder's-Lance's at http://www.snyderslance.com.

Diamond Foods, Snyder's-Lance and their respective directors and executive officers may be deemed to be participants in the solicitation of proxies with respect of the proposed transaction. Information about the directors and executive officers of Diamond Foods, including their respective holding of securities of Diamond Foods, is set forth in the registration statement on Form S-4 or in the Diamond Foods Amendment No. 1 to the Annual Report or 10-K that was filed with the SEC on November 24, 2015. Information about the directors and executive officers of Snyder's-Lance is set forth in the proxy statement for Snyder's-Lance's 2015 Annual Meeting of Stockholders, which was filed with the SEC on April 1, 2015 and its Current Report on Form 8-K filed with the SEC on October 1, 2015. Investors may obtain additional information regarding the interest of such participants by reading the definitive joint proxy statement/prospectus regarding the transaction when it becomes available. These documents can be obtained free of charge from the sources indicated above.

Logo - http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-announces-meeting-date-for-shareholder-vote-and-preliminary-full-year-2015-results-300210867.html

Snyder's-Lance Announces Meeting Date for Shareholder Vote and Preliminary Full Year 2015 Results

SOURCE Snyder's-Lance, Inc.

CONTACT: Snyder's-Lance Mark Carter, VP Strategic Initiatives and Investor Relations Officer (704) 557-8386

**Load-Date:** January 28, 2016

---

End of Document



# Snyder'sLance Inc to Discuss Preliminary Full Year 2015 Results and Transaction with Diamond Foods Inc - Final

FD (Fair Disclosure) Wire

January 27, 2016 Wednesday

Copyright 2016 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2016 CCBN, Inc.

**Length:** 8207 words

# Body

Corporate Participants

* Mark Carter

Snyder's-Lance Inc. - IR

* Carl Lee

Snyder's-Lance Inc. - President & CEO

* Rick Puckett

Snyder's-Lance Inc. - EVP, CFO, & Chief Administrative Officer

Conference Call Participants

* Brett Hundley

BB&T Capital Markets - Analyst

* Unidentified Speaker

SunTrust Robinson Humphrey - Analyst

* Amit Sharma

BMO Capital Markets - Analyst

* Lubi Kutua

Jefferies & Co. - Analyst

Presentation

OPERATOR: Welcome to the discussion of shareholder vote date and preliminary full-year 2015 results conference call.

(Operator Instructions)

As a reminder, this conference is being recorded. I would now like to turn it over to your host, Mr. Mark Carter, Investor Relations Officer. Mr. Carter, you may begin.

MARK CARTER, IR, SNYDER'S-LANCE INC.: Thank you, Sherine, and good evening, everyone. With me today are Carl Lee, President and Chief Executive Officer, as well as Rick Puckett, Executive Vice President, Chief Financial Officer and Chief Administrative Officer of Snyder's-Lance Incorporated.

During this evening's call, we will discuss our recently announced transaction with Diamond Foods as well as our preliminary full-year 2015 results. We will also discuss estimates for full year 2016. As a reminder, we are webcasting this conference call, including the supporting slide presentation under the Investor Relations section of our corporate website at snyderslance.com.

Before we begin, I would like to point out that during today's presentation, management may make forward-looking statements about our Company's performance. Please refer to the Safe Harbor language included in each of our presentations. I'll now turn the call over to Carl Lee, President and Chief Executive Officer, to begin management's comments.

CARL LEE, PRESIDENT & CEO, SNYDER'S-LANCE INC.: Thank you, Mark. We also want to thank everyone for joining us on the call this evening. We appreciate your time. If I could suggest you turn to page 2, we will walk you through our deck. As we open up, we want to just remind you that we have been able to receive -- we received clearance from the SEC to proceed with our acquisition of Diamond Foods.

Back in December, we had shared with you we had received FTC clearance, so we are now ready to proceed and we are announcing the shareholder meeting date of February 26, for the vote on the transaction. We will also use this time to announce our preliminary unaudited 2015 results. We want to look back on 2015 and provide with you some of the highlights of how we performed.

First of all, I want to point out the top line. Overall business grew 4% for the year. That excludes the 53rd week and we did that by expanding overall and we also expanded our margins on our operating income pretty significantly. And it was driven by good cost control, along with the top-line performance. We also marked 5% growth on our branded business and we also achieved some very important market share gains, and we'll talk about our brands individually and how they are performing.

However, with a strong top line and then also the overall good growth on the core brands, we did not deliver the overall revenue that we were expecting due to certain headwinds in the second half of 2015. There are three clear areas on the headwinds that I will talk about it in a few minutes, and we'll be able to explain exactly what happened with our overall revenue.

If I could suggest now, please follow me to page 3. We'll begin to talk about overall performance and achievements in 2015, so in spite of the headwinds, again, we delivered $1.66 billion in revenue. That's excluding the 53rd week for 4% overall growth.

Our underlying business, or our core brands, grew by 5%, which is pretty strong performance for the overall category compared to the overall category performance. Our EPS increase for the year is going to be around 10% as we finish our audit, and our estimate is that it will grow by a full 10% for the year, and again that is despite the 53rd week overlap that we had from last year.

We also were able to expand our operating margins, by really watching over our cost control with our SG&A line and each of our individual lines of expenses. We were able to expand our overall margins for the year and really accelerated them in Q4 where we approached 200 basis points of improvement year over year. We also gained market share that I'll talk about in a second, but it's very important, in light of what we're seeing in the overall industry, that we can talk about significant share gains across all five of our core brands.

We mentioned to you earlier about implementing what we call our Drive for 10 program, which is focused on accelerating our margins and continuing to expand those that we hit our long-term targets. We made good progress there in Q4, and we've been able to deliver on all of our planning that we've got in place for 2016. And of course, we've already mentioned to you that we're ready and prepared for the transformational acquisition of Diamond Foods as we work very closely with that team and our overall integration plans are in great shape as we proceed.

If I could ask you to turn to page 4, I would like to give an indication of how our overall brands are performing, and I think this is a true barometer for the basis of our business and how we are indeed doing. First of all, we not only achieved market share growth across all five core brands and important market share growth by each, we also increased our household penetration across all five brands.

Snyder's of Hanover was up significantly; it was driven by our base business renovation. Also, some important new product innovation and we also got very good reviews from our new marketing campaign called, Discover our Pretzelbilities. Lance Sandwich Crackers, as you probably have noticed, have been performing quite well, and it was driven by product enhancements where we improved some formulation and also some packaging. And we entered into the very fast growing breakfast snack category with our Quick Start edition.

Lance continues to perform well and we're seeing some accelerated growth in that brand. Cape Cod, because of distribution gains in both new markets and existing markets and then strong trial and repeat rates, we continue to see very strong growth, and more importantly, market share gains on that important brand. **Pretzel Crisps** also posted some very good results for the year and for the quarter.

Thanks to in, part, through our overall enhanced better-for-you positioning and our non-GMO conversion that was completed on most all SKUs during the fourth quarter, and you add to that some very strong seasonal innovation allowed us to post some good numbers on that important brand. Late July, our latest brand to our portfolio, continues to perform quite well, driven both by the innovation and the quality of the product, but also now by leveraging our DSD network to continue to expand the brand and the reach that it has for our consumers.

Turning now to page 5, I'd like to share with you some of our Drive for 10 results and how we continue to work very diligently on our margin expansion. As I mentioned earlier, we saw some of this begin to deliver in Q4 and that is one of the reasons why we posted the bottom line that we were able to deliver.

Some of the highlights. We made very good progress in Q3 and Q4 implementing and planning out the Drive for 10 programs, where we looked at each and every bucket of our cost for our overall Company and we've got both cost savings and productivity improvements planned across the board. The good news is, this is really part of our DNA. It's a company-wide, cross-functional effort led by our senior leaders and staff with some of our most talented associates, all working diligently as they progress in this important area.

We've identified significant margin enhancement initiatives through the Drive for 10 program, and as I mentioned earlier, most of those have already been implemented, have been activated and some are even beginning to roll in now and rolled in, in Q4 as well. We will continue to track and monitor the progress against our Drive for 10 initiatives to ensure we deliver our results and we live up to our commitments.

Now let's take a look at page 6, and I'd like to pause for a second and walk you through our Q4 top line. If you take a look at our Q4 performance, our challenge was strictly overall revenue growth. If you take a look at the three boxes on the left of the page, there were three key areas that slowed us down from achieving the original revenue targets that we targeted.

The first was an unexpected production outage at our largest, one of our largest manufacturing sites. It was -- we lost some contract and some branded sales due to an unexpected outage created by a very heavy storm that passed through the area and creating some plant issues that lasted a number of days.

And through the demand of our products, we just were not able to make up those lost orders and get those shipped during the quarter. And the good news is, the production is being completely restored in Q4, the plant is running

smooth. We've been busy making up those orders. But due to that extended outage, we did suffer some one-time unexpected revenue hits for the quarter.

Then we continue to face something that most all of our peers are facing. We've had some strategic changes at a very large customer that continues to impact our overall revenue. Our customers impacted both their space and displace support. They've also been watching store level inventories very carefully and that's impacted our branded business.

We're working with that very diligently and very carefully with that customer in particular. We're also working with other customers to begin to try to make up that revenue, but we do foresee that this will continue into 2016.

And then finally, just a little bit of general trends that we see in the industry that, again, most companies are facing with some slowdown in areas across the overall consumption patterns we saw earlier in the year, where both our branded business and to some degree, our partner brand businesses have been suffering during the past couple of periods.

We do expect this to continue into 2016. We're working diligently to overlap it. If you take a look over on the right, the headwinds drove total net sales decline of just under 1%, 0.7% in Q4. We also were able to begin to deliver good growth though in our core brands; our brands overall were up 2.5%.

So if you take into account the three things I mentioned earlier, that's what drove the overall sales results for the quarter, but again, our brands continue to post very solid growth, about 2.5%. We did -- the loss in revenue was driven by the -- that drove the EPS shortage that we've talked about.

Overall, though, however, we were able to continue to expand our margins and deliver most of our EPS for the quarter and the impact that programs we were able to deliver 9.5% operating income for the fourth quarter. So I think that we've tried to walk you through carefully the three key areas of the revenue issues.

Some of those will continue. One of those has been corrected, but these were, again, one-time exceptional items, not just a general slowdown in our core brands. Our core brands continue to perform well, and we will continue to work on driving those even faster. If I can suggest you turn to page 7, I'll now turn it over to Rick.

RICK PUCKETT, EVP, CFO, & CHIEF ADMINISTRATIVE OFFICER, SNYDER'S-LANCE INC.: Thanks, Carl, and good evening, everyone. And thanks for joining us on short notice tonight. What I would like to do is take you through and look at both the quarter and the year-to-date preliminary net sales numbers for the year 2015.

On the left, you'll see the fourth-quarter estimated net sales currently is around $406 million. And to Carl's point earlier, there were quite a few headwinds in the fourth quarter that accounted for the difference between this and the lower end of our guidance for the fourth quarter. I will tell you that branded, however, was growing quite well as it relates to -- if you look at the branded growth, it was up 2.5%, actually core brands were up 3.2% in that same time frame.

By the way, the value of the 53rd week, or in the case of the fourth quarter, the 14th week, was $30.4 million. You will see the issues that Carl mentioned impacted not just branded but also our partner brands and also our other contract manufacturing business. We do a fair amount of contract manufacturing business in that bakery that was, in fact, impacted. So you can see $10 million of -- we actually decline year over year in those two categories.

Most of the other category is non-continuing because it's a one-time event. So if we look at the full-year numbers, we are estimating currently to come in at $1.657 billion, an increase of 4.2% over the prior year, again, excluding the 53rd week.

Total branded was up 5.2%; core brands were actually up 6.6% for the year. Really good growth across all of our partner brands -- or all of our core brands and gaining market share along the way. Again, partner brands were pretty flat and other contract manufacturing was up slightly, about $11 million.

If we look at the next page, page 8, as a result of the 2015 actual results, which will continue to be reviewed -- or audited by our external accountants, at least right now, we believe from where we are coming in, that we will see in 2016, some of this continuing, particularly in the large customer that we talked about as well as some of the headwinds in the general environment of snacking.

So we have revised our 2016 guidance, from the last time we talked to you, to a 2% to 4% growth rate on the top, translating into $1.24 to $1.32 in EPS. Our CapEx is still unchanged; we believe that to be $50 million to $55 million. Our expected CapEx for 2015 is about $51 million.

Turning to the next page, as Carl mentioned, we are moving forward on the Diamond acquisition at a really good pace. It is -- just to remind you, there is a lot of strategic rationale and we are very confident in delivering what we have been saying. It provides us scale in purchasing and logistics, which drives synergies, as well as administration and manufacturing, as well as being able to unlock some additional growth across channels that we are not yet unlocking.

The international expansion is there. We believe the UK is a very good foundation for us to grow. And then, certainly, the expanded better-for-you on-trend capabilities that will come with the product categories and the product lines that will -- that are currently in Diamond.

In looking at page 10, just to remind you that we've been extremely successful in integrating the acquisitions that we have made over the last five to seven years. Starting with the merger introducing **Pretzel Crisps**, as well as Baptista's and Late July, all of which were integrated very well and actually meeting all the targets we set for the synergies in each one of those.

Our integration approach is actually really good going into Diamond. Carl mentioned that we are really further along on this than we probably were in the merger, certainly as we were in the merger, so we believe we're going to hit the ground running once we close this transaction.

So a lot of things have already been identified. The actions that are necessary to basically ensure the business continuity are identified in our actions as well as understanding the team and the organization of both legacy organizations, as well as what the new organization will look like, has been pretty much completed.

Then the identification and the quantifying of the synergy opportunities that will ensure we achieve our targets in a timely manner are well on track and we, again, have reaffirmed our belief of $75 million in synergies with $10 million invested back into the business. With that, let me turn it back to Carl.

CARL LEE: Thank you, Rick. Just to hit a few more highlights, I think that we're -- we thought it was very important to announce that we have got the shareholder date locked down at the end of February. We also wanted to make sure that we shared with you our preliminary unaudited results so that you could begin to see how we finished the year for 2015.

But as we look back in the quarter, I think our overall revenue growth for our core brands continue to be strong, and as we indicated, both Rick and myself, we had some one-time incidents that we had to deal with the plant operation issue and then also with some changes with a strategic customer. So overall our business continues to perform well. We just have to focus on more and more revenue growth and exceeding the growth that we see in the categories we have today.

But if you take a look at the next page, from where Rick, overall for next year, delivering 2% to 4% growth on existing Snyder's-Lance business that should allow us to post share -- may be able to post share gains, also continue with our household penetration gains that we are trying to achieve. So we'll continue to have good brand performance in our core.

In addition to that, we're going to continue to Drive for 10. It's all about our margin enhancement program and with the dedicated team that we have in place and the progress they're making, we expect that to continue to deliver and hit all the milestones that we've established.

And then I continue to be very enthusiastic and excited about combining our efforts with the Diamond team to really build a total new Company. They've got some tremendous capabilities and skill sets and some very talented people who are going to be joining our team to be able to allow us both to be able team up and really build the snack businesses that we expect to build and really provide what consumers are looking for today when it comes to very unique and very specialized brands.

We also anticipate that we'll deliver the synergies on time during 2016 and also 2017, as we've talked about earlier, and as Rick indicated, we've had a very strong track record of delivering our integrations and delivering our synergy savings. And as he said, we're actually ahead of schedule with our planning versus some of our other acquisitions in the past.

And then, finally, on the next page, page 12, we anticipate to close the Diamond acquisition on schedule by the end of February. We're excited about that. We've received clearance from all the regulatory reviews that we need to go through for the transaction to close.

We are also in the process of gaining shareholder approval vote from our shareholders, for Snyder's-Lance, and also the Diamond Food shareholders, and we anticipate closing on time and closing on schedule. So we're very excited about our business. We're enthusiastic about our plans that are in place.

We're going to work much harder on our overall revenue and continue to focus on driving our core brands and growing market share. So with that, that wraps up the planned management comments, and we would like to open it up for questions. At this time, I'd like to turn the call back over to Sherine so that she can begin to open up for questions. Thank you.

Questions and Answers

OPERATOR: (Operator Instructions)

Our first question comes from Brett Hundley with BB&T.

BRETT HUNDLEY, ANALYST, BB&T CAPITAL MARKETS: Good evening, gentlemen.

CARL LEE: Brett, thanks for joining us.

BRETT HUNDLEY: Thank you. Rick, I had a couple questions for you to start. Could you quantify the bakery shut down at all in the quarter, whether that's in absolute EPS terms or just percentage of negative impact relative to your original expectations?

RICK PUCKETT: Yes. We were actually shut down for about eight days, I think, Brett, so it was pretty significant impact. We have -- it impacted the branded and the contract manufacturing business, more the contract than the branded business. And it's -- I don't have the percentage off the top of my head, but it's $8 million or so, $6 million to $8 million of impact.

BRETT HUNDLEY: Okay, I appreciate that. And then somewhat related, just on this large customer that seems to be affecting you and others in the industry, I just want to confirm that this is the same customer that maybe gave you some troubles in Q3. And the reason I ask that is when you look at measured channeled data, your performance as a Company actually looks pretty stable from the point where you gave guidance in early Q4 towards the end of the year.

And so your performance looks fairly stable across measured channels and so I'm wondering if you are seeing any issues in mass merchandise or something like that and maybe if you could talk to the product level where maybe you see opportunity to improve sales going forward?

CARL LEE: Thank you, Brett. I think that -- I mean, we are clearly focused on all channels. We're focused on all customers and so we have an aggressive -- we have a plan to continue to build out ACV and to build out our book work -- our rates to authorize and the availability of our products and additional outlets that we are currently in and the new ones as well. But we do have a drag on overall revenue growth and that's that large customer. And so while we continue to work very aggressively to address that and as you mentioned, it was the same situation we had in Q3.

It's just a challenge that we've got so that's a headwind we continue to run into. We try to make it up in other areas, with other customers but it's usually, it's very hard to do, as we continue to overlap that. We've been able to make some progress. To your point, our trend rates are pretty much steady. If you look at our share and our Nielsen numbers, our IRI numbers, but we just continue to have that drag that we're working against.

BRETT HUNDLEY: Is that mostly a pricing issue for you, Carl, or is there a lot of volume headwind in there as well?

CARL LEE: It is primarily just the volume headwind. It's the -- as I mentioned earlier it's the space, displays and inventory challenges so it's harder to get the right volume in and get it on display like you normally would and then get it to sell through. So it's not so much pricing, it's more strictly volume-related and the merchandising that drives the volume.

BRETT HUNDLEY: Okay then just two others from me. Rick, I think there is a fair amount that's been made of debt market challenges as of late. I was just wondering if you could address that as it relates to your acquisition of Diamond Foods and your confidence on being able to both raise debt for the cash portion of the deal as well as -- or place debt for the cash portion of the deal as well as potentially refi some of the debt that you will be taking over?

RICK PUCKETT: Sure. We've actually already completed that, Brett, and we're ready as soon as the transaction is ready to close. So meeting certain covenants and so on and so forth, we'll be able to close with all funds already in hand.

To be honest, we had a pretty good success at raising the funds, being oversubscribed in the process so we feel good about our bank group and we appreciate our bank group very much. I think that we're just looking to write the checks at the end of February.

BRETT HUNDLEY: Great. Thank you for addressing that. Then just last one for me, Carl, is a bit of the comment and a question to you. This announcement is disappointing this afternoon and it's something that I think pre-dates you at Snyder's-Lance, where I don't mean to make light of this Driving for 10 but this Company has been Driving for 10 for more than 10 years. And there has been times over the past 10 to 15 years where the Company has not made good on execution relative to the targets it had put out there.

I think that -- I think there is some question is Snyder's-Lance doing this Diamond deal because of slower growth internally that they might see? Do they have the capacity to make good on their margin targets?

Do they have the ability to integrate this acquisition and execute on the growth strategy that they have been communicating to the Street? And in 2015 for the most part, I think that you, as a leader and your Company, were really making good on some of the improvements that you wanted to see for your Company. You were building multiple in the equity markets here.

And I think you were getting past that viewpoint of your Company and your stock that's been in place maybe for years past. And Q3 and Q4 start to maybe bring some of that back for your shareholder base and the investment community at large. So I'm wondering if you can address the talent that you have at the Company, the technology

you have at the Company, your confidence in not only integrating Diamond, but executing on what you've committed to the Street going forward in coming years. Thank you.

CARL LEE: Thank you Brett. First of all, I appreciate the comment and I certainly appreciate the questions. Continue to question us on the things that you've mentioned. Because I think the first response to your question is I'm accountable for delivering the margin expectations that we have talked to you about and we have talked to our shareholders about.

The accountability starts here. The accountability stops here. Would I tell you that I'm excited about our recent performance? I could not. I would tell you, however, that in Q4, we delivered 9.5% operating income so we're getting very, very close in a particular quarter of achieving the longer-term targets that we talked about. And we're going to continue to work very aggressively as an organization to deliver those targets.

We do that in good conscience with a lot of commitment and a lot of determination to make sure we're delivering on things we talk about. So I note that -- I think we've got a very talented team, in fact, an incredibly talented team. We are blessed to be able to work with some incredible people day in and out who take our Drive for 10 and other initiatives extremely serious.

And if you saw the passion and excitement and enthusiasm and the quality of thinking and quality of execution I see every day, I think you would share my enthusiasm for what we can do as we share a little bit of disappointment with what we've done recently but what we are running into and again, the accountability stops here is that we've got some topline issues.

We do not have a cost issue or an execution issue. The topline issues are facing all of our peer groups and facing all of the companies that we compete with and more broadly, across all of the industry and if we look at any IRI review across the board, you will see it showing up in most every company. But regardless of what our peers are facing, regardless of what the industry is facing, regardless of the consumption trends, I will take accountability for our margins and continue to work very aggressively to deliver those numbers.

I think we are in good shape and we're all on course to deliver those. So I can go on but I think that there's a lot of passion; there's a lot of commitment here. And we are going to deliver our targets but we're not going to sacrifice marketing investments or R&D investments or new product development or rolling into new markets.

We're doing some of the other things that we need to do for the long-term to continue to drive long-term growth for the Company so we have been raising our marketing investment. We've been raising our R&D investment and we've delivered some incredible innovation the past couple of years.

I've got to continue to do that and balance those investments at the same time that we're focused on driving the overall margins. So I appreciate the questions. They are appropriate. I value you very much. Continue to push as hard because we've got a commitment to deliver on. I'm accountable for that commitment.

BRETT HUNDLEY: Thanks Carl.

OPERATOR: Our next question comes from Bill Chappell of SunTrust.

UNIDENTIFIED SPEAKER, ANALYST, SUNTRUST ROBINSON HUMPHREY: Hi, it is actually Stephanie on for Bill. Going back to just the issue at your largest customer, I'm kind of trying to understand what was different in terms of the issues if -- or if they were real any accelerating issues or anything from the third quarter that moved into the fourth? So maybe just some more color on that and then -- or if this is just one of the same?

And really how long you think that this is going to last into 2016 and really start to see some of your efforts really kind of kick in. And then lastly, if you could just provide any color on just how Diamond is performing or if their quarter or anything on that would be helpful as well.

CARL LEE: I think that Q3, we mentioned some issues with a particular customer. Those issues continued. We were hoping that some of the plans that we had in place would continue to be executed at retail. It's becoming more and more difficult to do that. As I mentioned earlier, we're doing -- we're working there aggressively but also working even more hard and other customers are trying to begin to make that revenue and we'll just have to try to continue to do that.

I think that is going to continue into 2016 and I'd rather just be honest and say that we expected to continue and then work aggressively to try to overcome it and make it up but what we're seeing right now with the trends there, it's going to be expected for some time to go forward. In regards to your question about Diamond, I'm not a position to make comments about their recent results or their performance. I can just share my enthusiasm for bringing these two companies together to build a better company.

UNIDENTIFIED SPEAKER: All right. Thanks so much.

OPERATOR: Our next question comes from Amit Sharma with BMO Capital Markets.

AMIT SHARMA, ANALYST, BMO CAPITAL MARKETS: Hi, good evening, everyone. A couple of questions here. So just to continue to on the revenue issue, it looks like you're doing what you can to improve but expectations are that it wouldn't impact 4Q or certainly not 2016 but it looks like it's going to.

So what gives us the confidence that you won't have to come back again next quarter or the quarter after and like talk about this issue again? Are we building enough cushion into the guidance at this point or are we confident that we can go to other retailers and make up for this weakness there?

CARL LEE: I think it is the latter, Amit, we are going to other retailers. We are working with those to try to make up that revenue. I think that we did adjust our guidance just a little bit on the revenue overall to try to take that into account so I think we've planned and prepared for that.

We build account-level plans. We build market-level plans. We build channel-level plans and those plans roll up into our forecasting and our preparation for the execution we must do kind of day by day. So we've tried to take into account those headwinds. I would say we probably should have taken them into account more for our Q4, but I think we've taken them into account going forward for the balance of the year.

AMIT SHARMA: So unless materially worsen at this retailer, do you feel like the guidance accounts for that at this point?

RICK PUCKETT: Yes. Because we've kind of looked at the previous trends at the account and carried those trends forward so that rolls into our forecast.

AMIT SHARMA: Okay. And then Rick, what was the contribution from the cost savings, this Drive for 10 program in the quarter, if there was any? I know you said it's going to build in gradually, but was there any contribution promised?

RICK PUCKETT: There was some, Amit. We're still going through the process of auditing the financials. We're not discussing too much the bottom line numbers without having gone through that. We're planning to have a follow-up call once the audit is completed at the end of February and we'll reconcile anything at that point.

AMIT SHARMA: Great. The reason I ask is so you're ending the quarter at 9.5% operating margin, right, and then if you look at the next year guidance, that implies margins below 9%. So I'm a little bit -- I mean, is there something special in the fourth quarter that makes those margins maybe higher than they would be or is there something else that's going on that I'm missing?

CARL LEE: Certainly the seasonality of our P&L has always up -- before now, fourth quarter tends to be kind of the best quarter from an operating income perspective. First-quarter tends to be less because of the launching and the advertising that we put into our new products and the additional trade that we put against our launches of our new

products so Q1 will be certainly lower than 9.5%. It's not a consistent seasonality across the year so Q4 is typically the largest and it will be again next year so it's just seasonality more than anything else.

AMIT SHARMA: So that seasonality is more on the SG&A line, not on the topline, right? Topline doesn't --

CARL LEE: No, it's actually more on the gross margin line because we're investing in trade as well. In addition, we're investing in advertising and marketing on the SG&A line.

AMIT SHARMA: Got it, okay. So my last question is so we talked about the visibility to cost synergies, and I'm glad to see that things are further along and you feel a lot confident about realizing those synergies. And you mentioned in the press release about revenue synergies. Could we talk about in terms of what is the size of those revenue synergies and where do you see those revenue synergies coming up?

CARL LEE: We're not going to be able to do that until after we close. We have some ideas, Amit, but we cannot get to the details to understand because we're two separate companies still, right? So some information we cannot share and that's part of it.

AMIT SHARMA: Okay, but suffice to say that once you close, as you said, you have a well laid out plan for cost synergies there. Is there a well laid out plan for revenue synergies as well, or that's going to start after you close the acquisition?

RICK PUCKETT: Well, we're certainly focusing on the cost synergies now because we have the ability to do that with some of our planning on org charts and some other things but we cannot do any planning at this point with the revenue side.

AMIT SHARMA: Got it. Thank you very much.

OPERATOR: (Operator Instructions)

Our next question comes from Lubi Kutua of Jefferies.

LUBI KUTUA , ANALYST, JEFFERIES & CO.: Good evening and thank you for taking the question. So Rick, relative to your initial 2015 guidance, I think you guys were expecting sales for the year to be somewhere in the range of $1.7 billion and not at the midpoint of your guidance.

Obviously, the last two quarters, sales have been a little bit -- probably weaker than you guys were expecting so could you help us maybe bridge the gap or the shortfall on sales on just by branded versus partner brands versus contract I'm just trying to better understand to what extent each of those businesses impacting the overall growth on sales, and then I have a follow-up.

RICK PUCKETT: Well, I would take you back to page 7 in the deck where we showed partner brands and other which is primarily contract manufacturing for the quarter. That's indicative of the impact it's had on our -- from our original guidance.

Where we have lost some business is in the contract manufacturing side and quite honestly, that's again an indication of the industry that we're working in because we're producing product for people who are competing in the snack space, not necessarily as our direct competitors but certainly in the snack space.

Same thing is true with partner brands. We're distributing partner brands that do actually compete with us in the snack space and that is down as well. I think it's more indicative of the overall industry trends that we're seeing and what we're up against.

The fact that we are actually growing at 4% in total and even in the quarter, 2.5% to 3% in our branded products, well, 4% for the year, but less than 1% kind of decline in the fourth quarter was really driven by those two areas.

And we were actually up 2.5% to 3% on our branded products so that is kind of where we would have expected but that's in spite of a very tough environment.

LUBI KUTUA : Okay. And then so as a follow-up to that, could you help us understand just a little bit better what's really going on in each of these businesses just sort of on the ground? Like in the branded business, for instance, with this issue at the large customer, it seems like from the SCAN data, it's maybe not as much a share issue but can you explain -- like what exactly is driving the shortfall there?

Are you just losing displays and also what specific product and brand is that impacting? And then I think on the core brands, I think you described the issues as non-continuing so if you could elaborate on that a little bit and give us some sense of why you think these issues are non-continuing, that would be helpful.

CARL LEE: Lubi, this is Carl, and again, like Rick said earlier, thanks for joining us on short notice; it's good to talk to you. I think as we take a look at our individual segments and referring to page 7, as Rick pointed out, I think our branded business still grew 2.5% for the quarter and it was up 5.2% for the full year. The branded business is really what is important long-term for the future of our Company and we've got our five core brands which are the ones we invest most of our time and budgets against growing.

So we're continuing to see some good performance there and the fact that we've got household penetration expansion and we've got market share expansion I think are very good indicators of how well the brands are performing. Having said that, though, I think we are seeing a general consumption squeeze across the board, in food in general.

We're doing better than most but I think overall, food trends as been reported by most of our peers who are under pressure and we are seeing that as well. We will continue to be aggressive with our investment in innovation and marketing and distribution to continue to support those brands and grow those.

Quite frankly, I'm expecting better growth than this regardless of what's going on with consumption trends. The partner brand businesses are very strategic, very important part of our business. We're very proud to distribute a lot of important brands for partners that have been with us for a long time and our retailers.

It's really a good way for us to continue to expand their reach and their services to our level, but they're facing some of the pressure that the general trends we're seeing in the industry. So I would say what they're facing there is more of the temporary things that I mentioned to you earlier on our brands. We'll continue to work very diligently there because it's an important part of our business.

The contract manufacturing, I think Rick covered that, that was one-time unexpected event with a very important client and a very sizable business there with the contract manufacturing. The plant is back in good shape and everything is working very well. Our associates have worked diligently to make up some of those orders but we have just not been able to do it.

It happens to be the same bakery that produces our sandwich crackers and if you looked at our recent sandwich cracker trends, they have been significant. Really strong, strong growth the last 12 weeks on our sandwich cracker business. We talked about investment in the renovation process, it took us about 18 months.

That is really worked and that's coming home to generate some strong growth but that growth was coming in the same time we had the plant issue and I think it created contract manufacturing challenges. So hopefully, that gives you a walk-through of our portfolio and our brands and our partners and how each of those are performing.

LUBI KUTUA : That's helpful, and then just two more really quickly, if I may. Just to clarify on your outlook for 2016, I think you said with this large customer issue, you guys are sort of carrying forward current trends throughout the year so is it -- just to clarify your outlook for, your guidance for 2016 is not assuming any improvement in trends at the large customer, is that fair to say?

And then my second question is just, obviously, it seems like that you have the issues on the topline and we can see sort of the impact of that in terms of your topline growth but -- EBIT has obviously not come down to the same extent so could you just help us bridge that a little bit, the disconnect with obviously profitability not being impacted quite as much as we are seeing on the topline on an absolute basis? Thank you.

RICK PUCKETT: If you look at the guidance that we gave you at the end of the third quarter, both in terms of topline and EPS and you look at where we are today, the difference in that guidance is almost entirely sales related. We had expected in the guidance that we gave you in the third quarter and we still expect in the guidance we just gave you to offset some of the impacts that we are seeing on the topline with the cost reduction programs we have in place.

That is the reconciling items, if you will, as it relates to EPS not coming down quite as much as you might expect it to due to the sales decrease. So that's really the answer. It's the Drive for 10 initiatives that we have in place and it's -- we're seeing that materialize in Q4.

We have planned activation of items, particularly on things like packaging and some other things that start January 1, so we will start to continue to see some improvements in our cost of goods along the way as well. I think to answer your question, Lubi, I believe that's the reconciliation that you should think about.

LUBI KUTUA : Okay, and on the guidance piece? The -- what you're -- you are not assuming any significant improvement there or any improvement at all?

RICK PUCKETT: (multiple speakers) None that we have not already assumed, right? So we had gone into 2016 with an assumption of improvements in cost and we are still assuming those same improvements in cost.

LUBI KUTUA : Okay, thank you.

OPERATOR: Thank you. We have a follow-up question from Amit Sharma of BMO Capital Markets.

AMIT SHARMA: Hi guys, thanks for taking my follow-up. Carl, I just wanted to get a little bit of clarification on -- so you don't have a snack/nuts business at this time or do you deal with that commodity at all in the current existing business?

CARL LEE: No, we welcome the follow-up question, Amit. I think that -- we do have peanuts. Tom's is known for peanuts. We sell it under the Lance brand. So dating back to the legacy of our Tom's and Lance business. We've been in the peanut business and we do a sizable business there with retail packaging, primarily in C stores with single-serve sizes of peanuts.

And then we also do some premium nuts, cashews, almonds primarily for C stores as well so it's a business we're quite comfortable with and we've been learning as much as we can, as quickly as we can about the expanded nut business that Diamond has worked so hard to build.

AMIT SHARMA: So that's what I'm trying to get to. So, like, do you -- like is the pricing on almond -- should we look at spot pricing, and is that a good proxy for how -- what your almond costs would be or is there a special mechanism for pricing to flow through for almonds?

CARL LEE: I think it would be premature for me to really comment much about that --

AMIT SHARMA: No, no, just category pricing -- not related to Diamond. When you buy your almonds, do you go into a formal contract or are spot prices a good proxy for your Diamond costs? Or sorry, almond costs.

CARL LEE: Yes, our business on almonds is very small currently. We buy more just based on the eats and based on current pricing. So (multiple speakers) --

AMIT SHARMA: so if almond pricing comes down, that would be beneficial.

CARL LEE: The peanuts we buy definitely, we buy those out. (multiple speakers)

AMIT SHARMA: Okay. Almond prices has come down a lot in the spot market. I'm just trying to get a sense of whether that will be helpful for you or not as you look forward.

CARL LEE: It would be very minor, Amit.

AMIT SHARMA: Okay, got it. And then (multiple speakers) the last one if I have one more time for this. Carl, you said the category is a little bit soft but if we look at your measured channel trends, right? Those did not show a similar level of decline. Is that a timing issue? Your cracker business was up pretty significantly in that data. Should we expect those trends to slow down as this bakery disruption shows through that data or is non-measured going to continue to carry that day?

CARL LEE: I think non-measure will continue to help us significantly. I think there is a little bit of a timing difference between what we kind of sell to retail and then what you see pull through the cash register. There is always a bit of timing difference but the cracker business, our sandwich cracker business continues to be very, very strong.

As I mentioned earlier, all the effort we put into the new packaging and the new formulation and all the equipment changes we put into our South Boulevard plant are really coming home to deliver the results we expected. So we're just going to continue to focus on that brand but all of our brands to maximize the sales potential.

AMIT SHARMA: Got it. Thank you very much for taking my follow-ups.

OPERATOR: Thank you. Ladies and gentlemen, I'm showing no further questions at this time. I would now like to turn the call back over to your host, Mr. Carl Lee, CEO.

CARL LEE: Again, we are very grateful for you taking time to join us. We are sorry for the short notice but we are very encouraged by the good turnout that we've had with our call today. As we look back, we are excited about the Diamond opportunity to combine two great teams to build a new Company and we are very ready and prepared, from an integration standpoint, to deliver our targets and deliver those very quickly and very aggressively.

As Rick indicated, our track record kind of speaks for itself on previous integration so we're excited about that. I think if you look back on the Snyder's-Lance business, the fact that we posted 4% topline growth and 10% bottom line growth is very good results especially when you compare it to industry trends today.

I will say that my expectation is we will continue to do better than that. I think that's part of what we've had to deal with for our Q4 report out. The results we've shared with you are unaudited but we thought it was very important as we go into the shareholder vote and there are other information that we're going to be sharing that we share with your our preliminary Q4 review and full-year results.

We had some nice margin expansion during the quarter. We had some nice margin expansion for the year and we've got our Drive for 10 program and some very dedicated team members that we're very blessed to have, working diligently to continue to expand our margins. And we're going to deliver what we said that we were going to be committed to.

Again, thanks for your time and your interest in our Company. We're enthusiastic about where we are and are very committed to our future. And we do appreciate your participation and we appreciate you continuing to follow our results. We will be available for additional questions and calls and feel free to reach out. Thank you again and have a wonderful evening. We appreciate your time.

OPERATOR: Ladies and gentlemen, this concludes today's conference. Thank you for your participation. You may all disconnect and have a wonderful day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.]

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** January 30, 2016

---

End of Document



# Hamin Hardware opens in Nekoosa

Central Wisconsin Sunday

January 17, 2016 Sunday, 1 Edition

Copyright 2016 Central Wisconsin Sunday All Rights Reserved

**Section:** NEWS; Pg. B7

**Length:** 379 words

**Byline:** By, USA TODAY NETWORK-Wisconsin

## Body

NEKOOSA - Chad and Tammy Hamin have opened Hamin Hardware & Supplies at 232 Market St. in Nekoosa.

The business offers a variety of items like sporting goods, CAT and Carhart clothing, primitive decor, high visibility apparel, plumbing and electrical supplies, spray paint, shovels, brooms, nuts, bolts, screws, eye and ear protection and bird seed and feeders. Tammy Hamin said more merchandise is being added, and that items not found in the store can be special ordered.

Hamin Hardware & Supplies is open from 8 a.m. to 5:30 p.m. Monday through Friday, and from 9 a.m. to 2 p.m. Saturday.

For more information, call 715-886-4340 or find them on Facebook.

PJ's-SentryWorld unveils new menu

STEVENS POINT - PJ's-SentryWorld restaurant recently unveiled an revised menu.

The popular wood-oven pizza selection has added the PJ's White with Swiss chard, caramelized onions, bacon, red pepper, and goat cheese alfredo, along with the Wild Mushroom with fontina and Parmesan cheese, rosemary and olive oil.

There's options like the PJ's Signature Burger, an in-house ground third-pound burger topped with blue cheese, bacon and onion strings on a toasted brioche bun and served with fries. There's also the restaurant's take on the classic grilled cheese and soup, with the sandwich made using aged white cheddar on grilled sourdough, also served with fries. Customers can choose to pair it with the soup of the day or the beer cheese soup which is made with four-year cheddar, sharp cheddar and New Glarus Spotted Cow beer and is topped with **pretzel crisps**. French onion soup can be substituted for an additional charge.

For those looking for a lighter option, there's items like the Fig Salad featuring arugula, spinach, figs, blue cheese, walnuts, red onion and maple dressing.

PJ's-SentryWorld, formerly known as the Sport Plate at 601 Michigan Ave. N in Stevens Point, opened in September 2014 as part of a complete 18-month renovation of the 60,000-square-foot, 30-year-old SentryWorld Sports Complex intended to remake the facility into a premier site for events such as weddings and conferences.

Dining hours at PJ's are from 11 a.m. to 10 p.m. Sunday through Thursday, and from 11 a.m. to 11 p.m. Friday and Saturday. For more information, call 715-345-1600 or find them on Facebook.

**Load-Date:** January 21, 2016

End of Document



# United States: Hot Topics In Trademark Law 2015 Series: There Is No Shortcut For Genericness - It's The Forest, Not The Trees, That Matters

Mondaq Business Briefing

January 14, 2016 Thursday

Copyright 2016 Mondaq Ltd. All Rights Reserved



**Length:** 891 words

**Byline:** Kevin O'Shea

## Body

Note: This blog post is part of a series that reviews and discusses a number of significant trademark-related decisions handed down in 2015, including two from the U.S. Supreme Court and several from the U.S. Court of Appeals for the Federal Circuit and other Circuit Courts. Going forward, these rulings will impact how parties protect their trademark assets, including in particular the strategies that parties will need to employ to maximize their likelihood of success in litigation. To follow the entire blog series, click here. For more information, contact Kevin O'Shea.

It is well-known that a mark is generic when relevant consumers primarily use or understand the term to refer to the genus of goods or services in question. Thus, for example, "polo shirt" has become the generic term for "a shirt with a collar and a few buttons at the neck that you put on by pulling over your head." (See merriam-webster.com/dictionary/polo%20shirt.) The Federal Circuit recently clarified that in considering whether a phrase such as "polo shirt" is generic, the whole phrase as perceived by consumers - not the individual words in isolation - must be considered. See Princeton Vanguard, LLC v. Frit-Lay North Am., Inc., 786 F.3d 960 (Fed. Cir. 2015).

In Princeton, the manufacturer of "**Pretzel Crisps**" filed an application to register the mark **PRETZEL CRISPS** for "pretzels." Id. at 962. The Examining Attorney refused to register the mark on the Principal Register because it was merely descriptive, so Princeton Vanguard (1) amended its identification of goods to recite "pretzel crackers"; (2) disclaimed "pretzel" apart from the mark as a whole; and (3) requested registration on the Supplemental Register. Id. Registration on the Supplemental Register was subsequently granted. Id. Several years later, Princeton Vanguard applied to register the mark **PRETZEL CRISPS** on the Principal Register, claiming that the mark as a whole had acquired distinctiveness through use in the marketplace. Id. Frito-Lay filed an Opposition to the application, as well as seeking to cancel the registration on the Supplemental Register, arguing that the term **PRETZEL CRISPS** is generic or, alternatively highly descriptive. Id. at 962-63. The Trademark Trial and Appeal Board ("TTAB") sustained Frito-Lay's Opposition and granted its petition for cancellation. Id. at 963. The Board found that "**pretzel crisps**" is a compound term, rather than a phrase, and on that basis considered each of the terms individually and found them to be generic. Id. The Federal Circuit reversed.

The Federal Circuit initially noted that "[t]he critical issue in genericness cases is whether members of the relevant public primarily use or understand the term sought to be protected to refer to the genus of goods and services in question." Id. at 965 (quoting H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inv., 782 F.2d 987, 989-90 (Fed. Cir. 1986)). The court further noted that "determining a mark's genericness requires a two-step inquiry: First, what is the genus of goods or services at issue? Second, is the term sought to be registered or retained on the register

understood by the relevant public primarily to refer to the genus of goods or services?" Id. (quoting Marvin Ginn, 782 F.2d at 990.) Rather than simply applying this test, the TTAB believed that it had to first determine whether the mark was a compound term or a phrase because, according to the TTAB, the Marvin Ginn test applies only to phrases, whereas the constituents of a compound term should be analyzed individually. Id. at 966.

The Federal Circuit rejected any notion that a "short-cut" is available when the mark at issue is a "compound term." "The problem with the [TTAB's] analysis is that there is only one legal standard for genericness: the two-part test set forth in Marvin Ginn." Id. Thus, to determine whether a mark is generic, the mark must be considered as a whole regardless of whether its constituents standing alone would be generic in connection with the relevant genus of goods or services. Id. at 966-67. Thus, practitioners must be careful when assessing the genericness of a mark to consider the entire mark, as it is perceived by the relevant public - the "forest" - and to not focus on the constituent terms - the "trees."

The Federal Circuit also discussed relevant types of evidence that can be considered in connection with a genericness analysis. Specifically, the court explained that "evidence of the public's perception may be obtained from 'any competent source, such as consumer surveys, dictionaries, newspapers and other publications.'" Id. at 969 (quoting In re Northland Aluminum Prods., Inc., 777 F.2d 1556, 1559 (Fed. Cir. 1985)). The court further noted that it has "recognized that 'consumer surveys may be a preferred method of proving genericness.'" Id. (quoting BellSouth Corp. v. DataNational Corp., 60 F.3d 1565, 1570 (Fed. Cir. 1995)). Thus, while consumer surveys are not necessary, when they are available they are a particularly strong form of evidence to show genericness (or lack thereof).

The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.

Mr Kevin O'Shea
Ice Miller LLP
One American Square
Box 82001
Indianapolis
Indiana
46282
UNITED STATES

**Load-Date:** January 14, 2016

---

End of Document



# Hot Topics In Trademark Law 2015 Series: There Is No Shortcut For Genericness ndash; It's The Forest, Not The Trees, That Matters

Mondaq

January 14, 2016 Thursday 11:10 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 1029 words

**Byline:** Mr Kevin OShea

## Body

Jan 14, 2016( Mondaq: http://mondaq.com/ Delivered by Newstex) <nl/> Note: This blog post is part of a series that reviews and discusses a number of significant trademark-related decisions handed down in 2015, including two from the U.S. Supreme Court and several from the U.S. Court of Appeals for the Federal Circuit and other Circuit Courts. Going forward, these rulings will impact how parties protect their trademark assets, including in particular the strategies that parties will need to employ to maximize their likelihood of success in litigation. To follow the entire blog series, click here[1]. For more information, contact Kevin O'Shea[2].

It is well-known that a mark is generic when relevant consumers primarily use or understand the term to refer to the genus of goods or services in question. Thus, for example, ldquo;polo shirtrdquo; has become the generic term for ldquo;a shirt with a collar and a few buttons at the neck that you put on by pulling over your head.rdquo; (See merriam-webster.com/dictionary/polo%20shirt.) The Federal Circuit recently clarified that in considering whether a phrase such as ldquo;polo shirtrdquo; is generic, the whole phrase as perceived by consumers - not the individual words in isolation - must be considered. See Princeton Vanguard, LLC v. Frit-Lay North Am., Inc., 786 F.3d 960 (Fed. Cir. 2015).<nl/><nl/>In Princeton, the manufacturer of ldquo;Pretzel Crispsrdquo; filed an application to register the mark **PRETZEL CRISPS** for ldquo;pretzels.rdquo; Id. at 962. The Examining Attorney refused to register the mark on the Principal Register because it was merely descriptive, so Princeton Vanguard (1) amended its identification of goods to recite ldquo;pretzel crackersrdquo;; (2) disclaimed ldquo;pretzelrdquo; apart from the mark as a whole; and (3) requested registration on the Supplemental Register. Id. Registration on the Supplemental Register was subsequently granted. Id. Several years later, Princeton Vanguard applied to register the mark **PRETZEL CRISPS** on the Principal Register, claiming that the mark as a whole had acquired distinctiveness through use in the marketplace. Id. Frito-Lay filed an Opposition to the application, as well as seeking to cancel the registration on the Supplemental Register, arguing that the term **PRETZEL CRISPS** is generic or, alternatively highly descriptive. Id. at 962-63. The Trademark Trial and Appeal Board (ldquo;TTABrdquo;) sustained Frito-Lay's Opposition and granted its petition for cancellation. Id. at 963. The Board found that ldquo;pretzel crispsrdquo; is a compound term, rather than a phrase, and on that basis considered each of the terms individually and found them to be generic. Id. The Federal Circuit reversed.<nl/><nl/>The Federal Circuit initially noted that ldquo;[t]he critical issue in genericness cases is whether members of the relevant public primarily use or understand the term sought to be protected to refer to the genus of goods or services in question.rdquo; Id. at 965 (quoting H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inv., 782 F.2d 987, 989-90 (Fed. Cir. 1986)). The court further noted that ldquo;determining a mark's genericness requires a two-step inquiry: First, what is the genus of goods or services at issue? Second, is the term sought to be registered or retained on the register understood by the relevant public primarily to refer to the genus of goods or services?rdquo; Id. (quoting Marvin Ginn, 782 F.2d at 990.) Rather than simply applying this test, the TTAB believed that it had to first determine whether the mark was a compound term or a phrase because, according to the TTAB, the Marvin Ginn test applies only to phrases, whereas the constituents of a compound term should be analyzed individually. Id. at 966.<nl/><nl/>The Federal Circuit rejected any notion that a ldquo;short-cutrdquo; is available when the mark at issue is a ldquo;compound term.rdquo; ldquo;The problem

with the [TTAB's] analysis is that there is only one legal standard for genericness: the two-part test set forth in Marvin Ginn.rdquo; Id. Thus, to determine whether a mark is generic, the mark must be considered as a whole regardless of whether its constituents standing alone would be generic in connection with the relevant genus of goods or services. Id. at 966-67. Thus, practitioners must be careful when assessing the genericness of a mark to consider the entire mark, as it is perceived by the relevant public - the ldquo;forestrdquo; - and to not focus on the constituent terms - the ldquo;trees.rdquo;<nl/><nl/>The Federal Circuit also discussed relevant types of evidence that can be considered in connection with a genericness analysis. Specifically, the court explained that ldquo;evidence of the public's perception may be obtained from 'any competent source, such as consumer surveys, dictionaries, newspapers and other publications.'rdquo; Id. at 969 (quoting In re Northland Aluminum Prods., Inc., 777 F.2d 1556, 1559 (Fed. Cir. 1985)). The court further noted that it has ldquo;recognized that 'consumer surveys may be a preferred method of proving genericness.'rdquo; Id. (quoting BellSouth Corp. v. DataNational Corp., 60 F.3d 1565, 1570 (Fed. Cir. 1995)). Thus, while consumer surveys are not necessary, when they are available they are a particularly strong form of evidence to show genericness (or lack thereof).<nl/><nl/>The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.<nl/><nl/> Mr Kevin O'Shea<nl/>Ice Miller LLP<nl/>One American Square<nl/>Box 82001<nl/>Indianapolis<nl/>Indiana<nl/>46282<nl/>UNITED STATES<nl/><nl/>Click Here [3] for related articles (c) Mondaq Ltd, 2016 - Tel. +44 (0)20 8544 8300 - http://www.mondaq.com[4]<nl/> [ 1]: http://www.mondaq.com/redirection.asp?article_id=458260...pany_id=2836...irectaddress=http%3A//www.icemiller. com/blogs/ice-miller-blog/%3Ftagid%3D36 [ 2]: http://www.icemiller.com/people/kevin-o-shea/ [ 3]: http://www.mondaq.com/search/relate.asp?article_id=458260...ine_host_id=0 [ 4]: http://www.mondaq.com/default.asp?online_host_id=22...458260

**Load-Date:** January 14, 2016

End of Document



# Local Entrepreneurs Impact the Community with Healthy Vending Machines: Janae and Eddie Collier-Green Launch Vend Natural Program in Greater Cincinnati

Pharma & Healthcare Monitor Worldwide

January 14, 2016 Thursday

Copyright 2016 Global Data Point. Provided by Syndigate Media Inc. All Rights Reserved



**Length:** 775 words

## Body

(PRWeb) - Two young, health-focused entrepreneurs, Janae and Eddie Collier-Green, have launched a healthy vending business in the greater Cincinnati market as distributors of Vend Natural's Healthy Vending Program. Inspired by the opportunity to bring healthy snacks and beverages to schools, community centers and hospitals in the area, Janae and Eddie, 24 and 26 respectively, now operate healthy vending machines in middle and high schools and health centers around Cincinnati with plans to expand in the area in the next year. Vend Naturals Healthy Vending Program offers local distributor partners with machines, products, such as smoothies, soymilk, fruit, vegetables, granola bars, baked chips and natural sodas, and service, all customized to meet the needs of the local market.

Eddie and I were looking for ways to make a difference in our community, especially with young people, said Janae. Both of us are passionate about health and wellness and wanted to find a business where we could positively impact children and adults while growing a business we care about. Vend Naturals program allowed us to do just that and we are excited about bringing healthy snacks and drinks to our hometown area.

The Collier-Green Vend Natural team, both of whom are pursuing advanced degrees in health-oriented fields, currently operate machines at Glen Estate High School and Middle School and Amelia Middle School. There, kids are snacking on veggie straws, **pretzel crisps**, pistachios, popcorn and orange juice instead of chips, candy bars and soda. Knowing the importance of good nutrition on learning outcomes, the Collier-Greens focused first on schools but plan to expand into medical centers, health clubs and other businesses and community venues where kids and adults spend time and can make more deliberate choices about eating and drinking healthier alternatives. Anderson HealthPlex, another Vend Natural healthy machine location, will be adding machines next month and Western Hills HealthPlex has just signed to bring healthy vending to their patients, employees and staff.

Speaking about the youngest distributor partners in the Vend Natural Healthy Vending family, CEO William H. Carpenter, Jr. said, Janae and Eddie are a remarkable team. Together they bring both a fervor for transforming how their community snacks and drinks along with a strong business acumen and entrepreneurial, out-of-the-box thinking. They are a model partner for our company and we support their efforts in Cincinnati in any way we can, said Carpenter.

Vend Natural, the oldest healthy vending company in the industry, specializes in providing colleges, universities, municipalities, schools, hospitals and businesses with healthier snacks and drinks to combat skyrocketing rates of obesity for both adults and teenagers. Vend Naturals array of healthy snacks and drinks are available in their state-of-the-art dual-zone machines that carry both snacks and chilled drinks. The high-tech and brightly colored Vend Natural machines carry a wide selection of both refrigerated drinks and ambient temperature snacks such as all natural chips and popcorn, low fat health bars, natural coconut water and more. The product assortment also includes a full range of gluten-free, sugar free, high protein and lower fat products as well an assortment of fresh fruits, yogurt, organic fruit smoothies, cottage cheese and hummus.

About Vend Natural

Vend Natural, which today operated machines coast to coast, is Americas oldest and fastest-growing healthy snacking company and is based in Annapolis, Maryland. The company was inspired by the vision of helping to transform eating patterns by providing healthy snacking alternatives in convenient vending locations across America. Specializing in placements in schools, hospitals and businesses, the companys commitment to growth is based on selecting sound locations, highly motivated distributors who share the vision for a healthier America and attracting, retaining and delighting customers who discover healthier products at exceptional values.

The company is known for its innovative and environmentally-sensitive vending machine design offering state-of-the art, dual temperature-zoned, energy efficient machines that hold a large variety of both natural organic snacks and beverages. Vend Natural is also known for its fresh, bright, signature machine graphics featuring large, appealing illustrations of grapes, raspberries and its tag line, Snack Better. Live Better. Vend Natural was awarded Entrepreneur of the Year award in Maryland for 2010. For more information, visit http://www.vendnatural.com . 2016 Global Data Point.

**Load-Date:** January 14, 2016

End of Document



# Local Entrepreneurs Impact the Community with Healthy Vending Machines: Janae and Eddie Collier-Green Launch Vend Natural Program in Greater Cincinnati.

PRWeb Newswire

January 13, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2016 Vocus PRW Holdings LLC

**Length:** 804 words

## Body

Cincinnati, Ohio (PRWEB) January 13, 2016

Two young, health-focused entrepreneurs, Janae and Eddie Collier-Green, have launched a healthy vending business in the greater Cincinnati market as distributors of Vend Natural's Healthy Vending Program. Inspired by the opportunity to bring healthy snacks and beverages to schools, community centers and hospitals in the area, Janae and Eddie, 24 and 26 respectively, now operate healthy vending machines in middle and high schools and health centers around Cincinnati with plans to expand in the area in the next year. Vend Natural's Healthy Vending Program offers local distributor partners with machines, products, such as smoothies, soymilk, fruit, vegetables, granola bars, baked chips and natural sodas, and service, all customized to meet the needs of the local market.

"Eddie and I were looking for ways to make a difference in our community, especially with young people," said Janae. "Both of us are passionate about health and wellness and wanted to find a business where we could positively impact children and adults while growing a business we care about. Vend Natural's program allowed us to do just that and we are excited about bringing healthy snacks and drinks to our hometown area."

The Collier-Green Vend Natural team, both of whom are pursuing advanced degrees in health-oriented fields, currently operate machines at Glen Estate High School and Middle School and Amelia Middle School.

There, kids are snacking on veggie straws, **pretzel crisps**, pistachios, popcorn and orange juice instead of chips, candy bars and soda. Knowing the importance of good nutrition on learning outcomes, the Collier-Greens focused first on schools but plan to expand into medical centers, health clubs and other businesses and community venues where kids and adults spend time and can make more deliberate choices about eating and drinking healthier alternatives. Anderson HealthPlex, another Vend Natural healthy machine location, will be adding machines next month and Western Hills HealthPlex has just signed to bring healthy vending to their patients, employees and staff.

Speaking about the youngest distributor partners in the Vend Natural Healthy Vending family, CEO William H. Carpenter, Jr. said, "Janae and Eddie are a remarkable team. Together they bring both a fervor for transforming how their community snacks and drinks along with a strong business acumen and entrepreneurial, out-of-the-box thinking. They are a model partner for our company and we support their efforts in Cincinnati in any way we can," said Carpenter.

Vend Natural, the oldest healthy vending company in the industry, specializes in providing colleges, universities, municipalities, schools, hospitals and businesses with healthier snacks and drinks to combat skyrocketing rates of obesity for both adults and teenagers. Vend Natural's array of healthy snacks and drinks are available in their state-of-the-art dual-zone machines - that carry both snacks and chilled drinks. The high-tech and brightly colored Vend Natural machines carry a wide selection of both refrigerated drinks and ambient temperature snacks such as all natural chips and popcorn, low fat health bars, natural coconut water and more. The product assortment also includes a full range of gluten-free, sugar free, high protein and lower fat products as well an assortment of fresh fruits, yogurt, organic fruit smoothies, cottage cheese and hummus.

About Vend Natural

## Local Entrepreneurs Impact the Community with Healthy Vending Machines: Janae and Eddie Collier-Green Launch Vend Natural Program in Greater Cincinnati.

Vend Natural, which today operated machines coast to coast, is America's oldest and fastest-growing healthy snacking company and is based in Annapolis, Maryland. The company was inspired by the vision of helping to transform eating patterns by providing healthy snacking alternatives in convenient vending locations across America. Specializing in placements in schools, hospitals and businesses, the company's commitment to growth is based on selecting sound locations, highly motivated distributors who share the vision for a healthier America and attracting, retaining and delighting customers who discover healthier products at exceptional values.

The company is known for its innovative and environmentally-sensitive vending machine design offering state-of-the art, dual temperature-zoned, energy efficient machines that hold a large variety of both natural organic snacks and beverages. Vend Natural is also known for its fresh, bright, signature machine graphics featuring large, appealing illustrations of grapes, raspberries and its tag line, "Snack Better. Live Better." Vend Natural was awarded Entrepreneur of the Year award in Maryland for 2010. For more information, visit http://www.vendnatural.com.

Read the full story at        http://www.prweb.com/releases/2016/01/prweb13162293.htm

**Load-Date:** January 14, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Forecasted to Post Q1 2016 Earnings of $0.36 Per Share

American Banking and Market News

January 11, 2016 Monday 11:24 AM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 855 words

## Body

Jan 11, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Snyder's-Lance Inc (NASDAQ:LNCE) - Stock analysts at Jefferies Group lifted their Q1 2016 earnings per share estimates for Snyder's-Lance in a research note issued to investors on Friday, according to Zacks Investment Research[1]. Jefferies Group analyst A. Jagdale now expects that the brokerage will earn $0.36 per share for the quarter, up from their prior forecast of $0.32. Jefferies Group currently has a "Buy" rating and a $40.00 target price on the stock. The consensus estimate for Snyder's-Lance's Q1 2016 earnings is $0.26 per share.

Jefferies Group also issued estimates for Snyder's-Lance's Q2 2016 earnings at $0.39 EPS, Q3 2016 earnings at $0.35 EPS, Q4 2016 earnings at $0.44 EPS, FY2016 earnings at $1.53 EPS, Q1 2017 earnings at $0.42 EPS, Q2 2017 earnings at $0.47 EPS, Q3 2017 earnings at $0.43 EPS, Q4 2017 earnings at $0.54 EPS and FY2017 earnings at $1.86 EPS. Snyder's-Lance (NASDAQ:LNCE) last announced its quarterly earnings data on Wednesday, October 28th. The company reported $0.26 earnings per share (EPS) for the quarter, missing the consensus estimate of $0.34 by $0.08. The firm earned $416.80 million during the quarter, compared to analyst estimates of $435.40 million. During the same quarter in the prior year, the firm posted $0.24 EPS. The company's quarterly revenue was up 1.8% on a year-over-year basis. Several other brokerages also recently weighed in on LNCE. Zacks Investment Research[2] upgraded Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price target for the company in a report on Monday, November 2nd. BB...orp. downgraded Snyder's-Lance from a "buy" rating to a "hold" rating in a report on Monday, September 28th. They noted that the move was a valuation call. Deutsche Bank boosted their price target on Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a report on Tuesday, October 6th. Finally, SunTrust upgraded Snyder's-Lance from a "neutral" rating to a "buy" rating and boosted their price target for the company from $30.00 to $45.00 in a report on Thursday, October 29th. Two research analysts have rated the stock with a hold rating and four have given a buy rating to the company's stock. The stock presently has an average rating of "Buy" and an average target price of $39.17.<nl/>Shares of Snyder's-Lance (NASDAQ:LNCE[3]) opened at 34.85 on Monday. Snyder's-Lance has a 52 week low of $28.82 and a 52 week high of $39.10. The stock has a 50 day moving average price of $35.76 and a 200 day moving average price of $34.68. The firm has a market capitalization of $2.47 billion and a PE ratio of 35.56. <nl/>A hedge fund recently raised its stake in Snyder's-Lance stock. Eagle Asset Management raised its stake in Snyder's-Lance Inc (NASDAQ:LNCE) by 94.2% during the third quarter, according to its most recent filing with the Securities and Exchange Commission (SEC). The firm owned 1,297,242 shares of the company's stock after buying an additional 629,302 shares during the period. Eagle Asset Management owned approximately 1.83% of Snyder's-Lance worth $43,754,000 as of its most recent SEC filing. <nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which

consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).<nl/><nl/>Get a free copy of the Zacks research report on Snyder's-Lance (LNCE)[5]<nl/>For more information about research offerings from Zacks Investment Research, visit Zacks.com[6]<nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[7] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[8].<nl/> [ 1]: http://www.zacks.com/ [ 2]: http://www.zacks.com/ [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=skip_rpt_name_check...NCE [ 6]: http://www.zacks.com/ [ 7]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 8]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** January 11, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Stock Rating Reaffirmed by Jefferies Group

The Legacy

January 9, 2016 Saturday 5:38 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 815 words

**Byline:** paymon

## Body

Jan 09, 2016( The Legacy: http://www.localizedusa.com/ Delivered by Newstex) <nl/> Snyder's-Lance Inc (NASDAQ:LNCE)'s stock had its 'buy' rating reissued by investment analysts at Jefferies Group in a note issued to investors on Saturday, AnalystRatings.NET[1] reports. They currently have a $40.00 target price on the stock.

Jefferies Group's price target would suggest a potential upside of 14.78% from the stock's current price.<nl/> Snyder's-Lance (NASDAQ:LNCE[2]) traded down 0.68% during trading on Friday, reaching $34.85. The company's stock had a trading volume of 722,541 shares. The company's 50-day moving average is $35.76 and its 200-day moving average is $34.68. The stock has a market cap of $2.47 billion and a PE ratio of 35.56. Snyder's-Lance has a 12 month low of $28.82 and a 12 month high of $39.10. <nl/> Snyder's-Lance (NASDAQ:LNCE) last issued its earnings results on Wednesday, October 28th. The company reported $0.26 earnings per share for the quarter, missing the Zacks' consensus estimate of $0.34 by $0.08. The business earned $416.80 million during the quarter, compared to analyst estimates of $435.40 million. During the same period in the prior year, the firm posted $0.24 EPS. The business's quarterly revenue was up 1.8% compared to the same quarter last year. Equities analysts expect that Snyder's-Lance will post $1.07 EPS for the current fiscal year. <nl/> LNCE has been the subject of a number of other reports. SunTrust upgraded Snyder's-Lance from a 'neutral' rating to a 'buy' rating and lifted their target price for the stock from $30.00 to $45.00 in a report on Thursday, October 29th. BB...orp. upgraded Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $42.00 target price for the company in a report on Thursday, October 29th. Deutsche Bank lifted their target price on Snyder's-Lance from $30.00 to $32.00 and gave the stock a 'hold' rating in a report on Tuesday, October 6th. Finally, Zacks Investment Research[3] upgraded Snyder's-Lance from a 'hold' rating to a 'buy' rating and set a $41.00 target price for the company in a report on Monday, November 2nd. Two analysts have rated the stock with a hold rating and four have assigned a buy rating to the company's stock. The stock presently has an average rating of 'Buy' and an average target price of $39.17.<nl/> An institutional investor recently raised its position in Snyder's-Lance stock. Eagle Asset Management boosted its position in Snyder's-Lance Inc (NASDAQ:LNCE) by 94.2% during the third quarter, according to its most recent filing with the Securities and Exchange Commission. The institutional investor owned 1,297,242 shares of the company's stock after buying an additional 629,302 shares during the period. Eagle Asset Management owned 1.83% of Snyder's-Lance worth $43,754,000 at the end of the most recent quarter. <nl/> Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).<nl/><nl/><nl/>This story was originally published by Corvus Business Newswire (http://corvuswire.com) and is the sole property of Corvus Business Newswire. If you are reading this article on another website, that means this article was illegally

copied and re-published to this website in violation of U.S. and International copyright law. You can view the original version of this story at http://corvuswire.com/2016/01/09/snyders-lance-inc-lnce-stock-rating-reaffirmed-by-jefferies-group/723979/ <nl/> <nl/> <nl/><nl/>Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with MarketBeat.com's FREE daily email newsletter[5].<nl/> [ 1]: http://www.marketbeat.com/ [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://corvuswire.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** January 10, 2016

---

End of Document



# Snyder's-Lance Inc (LNCE) Stock Rating Reaffirmed by Jefferies Group

American Banking and Market News

January 9, 2016 Saturday 4:00 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 745 words

## Body

Jan 09, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Snyder's-Lance Inc (NASDAQ:LNCE)'s stock had its "buy" rating reissued by stock analysts at Jefferies Group in a report issued on Saturday, ARN[1] reports. They presently have a $40.00 price target on the stock.

Jefferies Group's price target points to a potential upside of 14.78% from the stock's current price.<nl/>Snyder's-Lance (NASDAQ:LNCE[2]) traded down 0.68% during trading on Friday, reaching $34.85. The company's stock had a trading volume of 722,541 shares. The stock has a market cap of $2.47 billion and a price-to-earnings ratio of 35.56. Snyder's-Lance has a 52-week low of $28.82 and a 52-week high of $39.10. The firm has a 50 day moving average price of $35.76 and a 200-day moving average price of $34.68. <nl/>Snyder's-Lance (NASDAQ:LNCE) last posted its earnings results on Wednesday, October 28th. The company reported $0.26 earnings per share (EPS) for the quarter, missing the consensus estimate of $0.34 by $0.08. The business earned $416.80 million during the quarter, compared to analysts' expectations of $435.40 million. Snyder's-Lance's quarterly revenue was up 1.8% on a year-over-year basis. During the same quarter in the prior year, the company posted $0.24 EPS. On average, analysts expect that Snyder's-Lance will post $1.07 earnings per share for the current year. <nl/>A number of other brokerages also recently issued reports on LNCE. BB...orp. downgraded Snyder's-Lance from a "buy" rating to a "hold" rating in a research report on Monday, September 28th. They noted that the move was a valuation call. Deutsche Bank increased their price objective on Snyder's-Lance from $30.00 to $32.00 and gave the stock a "hold" rating in a research report on Tuesday, October 6th. SunTrust upgraded Snyder's-Lance from a "neutral" rating to a "buy" rating and increased their price objective for the stock from $30.00 to $45.00 in a research report on Thursday, October 29th. Finally, Zacks Investment Research[3] upgraded Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price objective on the stock in a research report on Monday, November 2nd. Two research analysts have rated the stock with a hold rating and four have assigned a buy rating to the company. The stock currently has a consensus rating of "Buy" and an average price target of $39.17.<nl/>An institutional investor recently raised its position in Snyder's-Lance stock. Eagle Asset Management raised its stake in Snyder's-Lance Inc (NASDAQ:LNCE) by 94.2% during the third quarter, according to its most recent filing with the SEC. The hedge fund owned 1,297,242 shares of the company's stock after buying an additional 629,302 shares during the period. Eagle Asset Management owned 1.83% of Snyder's-Lance worth $43,754,000 at the end of the most recent reporting period. <nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).<nl/><nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[5] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[6].<nl/> [ 1]: http://www.marketbeat.com/ [ 2]:

http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 6]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** January 9, 2016

---

End of Document

.



# Snyder's-Lance's (LNCE) 'Buy' Rating Reaffirmed at Jefferies Group

American Banking and Market News

January 9, 2016 Saturday 4:00 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 755 words

## Body

Jan 09, 2016( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Snyder's-Lance Inc (NASDAQ:LNCE)'s stock had its "buy" rating reiterated by stock analysts at Jefferies Group in a research report issued to clients and investors on Saturday, Market Beat[1] reports. They currently have a $40.00 price objective on the stock.

Jefferies Group's price target indicates a potential upside of 14.78% from the company's current price.<nl/>Shares of Snyder's-Lance (NASDAQ:LNCE[2]) traded down 0.68% during midday trading on Friday, reaching $34.85. The company's stock had a trading volume of 722,541 shares. Snyder's-Lance has a 52-week low of $28.82 and a 52-week high of $39.10. The company has a market capitalization of $2.47 billion and a price-to-earnings ratio of 35.56. The stock has a 50 day moving average price of $35.76 and a 200-day moving average price of $34.68. <nl/>Snyder's-Lance (NASDAQ:LNCE) last issued its quarterly earnings data on Wednesday, October 28th. The company reported $0.26 earnings per share for the quarter, missing the Zacks' consensus estimate of $0.34 by $0.08. During the same quarter last year, the firm earned $0.24 earnings per share. The company earned $416.80 million during the quarter, compared to analyst estimates of $435.40 million. The business's quarterly revenue was up 1.8% compared to the same quarter last year. Equities research analysts expect that Snyder's-Lance will post $1.07 EPS for the current year. <nl/>A number of other analysts have also issued reports on the company. SunTrust raised Snyder's-Lance from a "neutral" rating to a "buy" rating and raised their target price for the company from $30.00 to $45.00 in a report on Thursday, October 29th. BB...orp. raised Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 target price on the stock in a report on Thursday, October 29th. Deutsche Bank raised their target price on Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a report on Tuesday, October 6th. Finally, Zacks Investment Research[3] raised Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 target price on the stock in a report on Monday, November 2nd. Two research analysts have rated the stock with a hold rating and four have given a buy rating to the company's stock. The company has a consensus rating of "Buy" and an average price target of $39.17.<nl/>An institutional investor recently raised its position in Snyder's-Lance stock. Eagle Asset Management increased its stake in Snyder's-Lance Inc (NASDAQ:LNCE) by 94.2% during the third quarter, according to its most recent disclosure with the Securities and Exchange Commission. The hedge fund owned 1,297,242 shares of the company's stock after buying an additional 629,302 shares during the period. Eagle Asset Management owned 1.83% of Snyder's-Lance worth $43,754,000 as of its most recent filing with the SEC. <nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).<nl/><nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[5] that provides a concise list of analysts' upgrades, analysts'

downgrades and analysts' price target changes for each day.Click here to register[6].<nl/> [ 1]: http://www.marketbeat.com/ [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 6]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** January 9, 2016

---

End of Document



# Snyder's-Lance's (LNCE) Buy Rating Reiterated at Jefferies Group

Watchlist News

January 9, 2016 Saturday 5:37 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 813 words

**Byline:** Kyle Jackson

## Body

Jan 09, 2016( Watchlist News: http://www.watchlistnews.com/ Delivered by Newstex) <nl/> http://www.watchlistnews.com/logos/lance-inc-logo.pngJefferies Group restated their buy rating on shares of Snyder's-Lance Inc (NASDAQ:LNCE) in a research report report published on Saturday morning, Marketbeat.com[1] reports.

They currently have a $40.00 price target on the stock.<nl/> An institutional investor recently raised its position in Snyder's-Lance stock. Eagle Asset Management raised its stake in Snyder's-Lance Inc (NASDAQ:LNCE) by 94.2% during the third quarter, according to its most recent Form 13F filing with the Securities and Exchange Commission. The firm owned 1,297,242 shares of the company's stock after buying an additional 629,302 shares during the period. Eagle Asset Management owned about 1.83% of Snyder's-Lance worth $43,754,000 as of its most recent SEC filing. <nl/> Snyder's-Lance (NASDAQ:LNCE[2]) traded down 0.68% on Friday, reaching $34.85. 722,541 shares of the company's stock were exchanged. The firm has a 50-day moving average of $35.76 and a 200-day moving average of $34.68. The firm has a market capitalization of $2.47 billion and a price-to-earnings ratio of 35.56. Snyder's-Lance has a 12 month low of $28.82 and a 12 month high of $39.10. <nl/> Snyder's-Lance (NASDAQ:LNCE) last released its quarterly earnings data on Wednesday, October 28th. The company reported $0.26 earnings per share for the quarter, missing the consensus estimate of $0.34 by $0.08. The company had revenue of $416.80 million for the quarter, compared to analyst estimates of $435.40 million. Snyder's-Lance's revenue was up 1.8% compared to the same quarter last year. During the same quarter last year, the firm earned $0.24 earnings per share. On average, equities analysts expect that Snyder's-Lance will post $1.07 earnings per share for the current year. <nl/> LNCE has been the topic of a number of other research reports. SunTrust upgraded shares of Snyder's-Lance from a neutral rating to a buy rating and lifted their price objective for the company from $30.00 to $45.00 in a report on Thursday, October 29th. BB...orp. upgraded shares of Snyder's-Lance from a hold rating to a buy rating and set a $42.00 price objective on the stock in a report on Thursday, October 29th. Deutsche Bank lifted their price objective on shares of Snyder's-Lance from $30.00 to $32.00 and gave the company a hold rating in a report on Tuesday, October 6th. Finally, Zacks Investment Research[3] upgraded shares of Snyder's-Lance from a hold rating to a buy rating and set a $41.00 price objective on the stock in a report on Monday, November 2nd. Two research analysts have rated the stock with a hold rating and four have assigned a buy rating to the company's stock. The stock currently has an average rating of Buy and an average price target of $39.17.<nl/> Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).<nl/><nl/><nl/>This story was originally published by Watch List News

(http://www.watchlistnews.com) and is the sole property of Watch List News. If you are reading this article on another website, that means this article was illegally copied and re-published to this website in violation of U.S. and International copyright law. You can view the original version of this story at http://www.watchlistnews.com/snyders-lances-lnce-buy-rating-reiterated-at-jefferies-group/382117/     <nl/><nl/> Receive News ...tings for Snyder's-Lance Inc Daily - Enter your email address below to receive a concise daily summary of the latest news and analysts' ratings for Snyder's-Lance Inc and related companies with Analyst Ratings Network's FREE daily email newsletter[5].<nl/> [ 1]:     http://www.marketbeat.com/ [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]:     http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]:     http://www.watchlistnews.com/daily-email-updates-basic/?symbol=NASDAQ:LNCE

**Load-Date:** January 10, 2016

---

End of Document



# Agro-Mafia? Caf é LaHaye and Community Café updates; Trader Joe's sued; Feast of the Olive

The Sonoma Index-Tribune (California)

January 8, 2016

Copyright 2016 Sonoma Index-Tribune
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS; Pg. B1

**Length:** 1072 words

**Byline:** Kathleen Thompson Hill INDEXfiTRIBUNE FOOD & WINE EDITOR kathleensonoma@gmail.com

## Body

Late Breaking:

Good news: Andrew Wilson has returned to Carneros Bistro at the Lodge as executive chef.

Trader Joe's has just been sued in a class action for its five-ounce cans of tuna only containing three ounces of tuna.

* * *

Community Café owner Margie Brooke has just started to serve dinner both in her Community Café and Annex Wine Bar on Thursdays and Fridays. Great news for those looking for good food at super reasonable prices. Children will be able to dine in the Community Café, but not in Annex Wine Bar, and children's plates will be offered.

Brooke will serve a fried chicken dinner on Thursdays with two pieces of chicken, a choice of roasted garlic mashed potatoes or mac & cheese with garlic buttered bread crumbs, country gravy, honey buttermilk cornbread and coleslaw, all for $15. The Thursday child's plate includes one piece of fried chicken, mac & cheese, and cornbread with honey butter ($10 for 12 and under.)

Friday dinner for grownups will be Burger Night with a choice of turkey, fried avocado, beef burger, chorizo burger or a Portobello mushroom burger with the works and a choice of fries, sweet potato fries, onion rings or a side salad, for a total of $10. Yes, ten dollars. Kids 12 and under can get a grilled cheese sandwich with a choice of side dishes ($6.95). Those kids' plates sound good, but then it all does. Lots of music too. 865 and 875 W. Napa St., Sonoma. 938-7779. Ccsonoma.com * * *

Saul Gropman of Café LaHaye just announced a rare offer, a complete three-course dinner Tuesday through Thursday for $39 through what he charmingly calls "El Nino January," during which we all hope to get plenty of rain. Gropman, one of the nicest restaurateurs in the business, will change the prix-fixe dinner menu weekly, so don't miss trying this out. This week's menu included spinach salad with poached egg, marinated skirt steak with mashed potatoes, kale, crispy buttermilk onion rings, and a choice of Almond Financier or a cheese plate. And yes, you can get reservations. 5:30 to 9 p.m. 140 E. Napa St., Sonoma. 935-5994. Reservations at opentable.com. cafelahaye.com.

* * *

Last Sunday CBS's "60 Minutes" featured a segment on Italy's "Agro-Mafia," reportedly a segment of society to whom even farmers market vendors pay a piece of their take for "protection." Protection from the Agro-Mafia apparently.

"60 Minutes" asserted that the Agro-Mafia is altering all sorts of food products from olive oil, cheese, wine, and tomatoes, to milk, butter and bread.

And how are they doing this? According to the report, "they"

are using "cleaned" oil from North Africa and adding it to Italian extra virgin olive oil. They also cut in sunflower or canola oil, or both, and add chlorophyll to simulate the greenish tone consumers expect in EVOO. Italy has official tasters who, according to CBS, slurp a sip of olive oil from a blue glass (so that they can't be influenced by the color), and suck it to the back of their throats to taste and distinguish real from phony EVOO. They even have police officers trained to patrol olive oil.

When it comes to wine, they are mixing poor quality wines with a trace of good wine, or just substituting bad wines and affixing famous labels.

According to the Sunday CBS news program, cheeses are being

faked, as are even milk and bread, with lesser substitutes from other countries being mixed in with the real products to stretch the good ingredients and make more profit.

Moral of the story: Buy from people you know, which we have the luxury of doing right here in Sonoma

Valley. Locally we have the Olive Press, which mills and bottles for many local labels, Frank Figone's shop on First Street West, and McEvoy Ranch west of Petaluma, which mills its own organic olives and those of other growers.

* * *

As many of you know, this year Jon Sebastiani sold his 4-year-old Krave Jerky to the Hershey Company for many millions. Never one to gather moss, Sebastiani will launch a new endeavor, Sonoma Brands, as "an incubator for emerging consumer packaged goods brands… The new venture promises to lead the region into further prominence as a hub for food entrepreneurship.

All of this is backed by a capital investment by Velocity Made Good (VMG) Partners" according to his public relations firm. Food products VMG has invested in Kind Healthy Snacks, Natural Balance, Perfect Bar, Pirate Booty, **Pretzel Crisps** and Mighty Leaf.

* * *

The Sonoma Community Center holds its 9th Annual Chili Bowl Express at lunch and dinner on Saturday, Jan. 16 to raise funds to support its popular ceramics department. Artists and craftspeople have made all of the bowls, and by paying $25 you get one of the handcrafted bowls and a chance to fill it twice with chili.

So far the Community Center has lined up chefs such as Lisa Lavagetto and Kyle Kuklewski of Ramekins, Gayle and Tom Jenkins of Sonoma's Best, Cristina Topham, and Sonoma Valley Grange to make the chili, so you are in for some good tastes in artful bowls. $25. Noon to 2 p.m. or 5 to 7 p.m. 276 E. Napa St., Sonoma.

Tickets at 938-4626. Sonomacommunitycenter.com.

* * *

Next up is the Feast of the Olive dinner at Ramekins Culinary School, part of the Sonoma Valley Visitors Bureau's winter promotional olive festival to celebrate Sonoma Valley's second largest crop.

The seven-course tasting menu and chefs, organized by Sondra Bernstein of the girl & the fig, will include food lovingly created by 25 chefs.

Those who are dreaming up delicacies include Ramekins chefs Kyle Kuklewski and Lisa Lavagetto, Sondra Bernstein and Jeremy Zimmerman of girl & the fig, Ari Weisswasser of Glen Ellen Star, Armando Navarro of EDK, Bruno Tison of Santé, Manuel Azevedo of La Salette and Tasca Tasca, Andrew Wilson of Carneros Bistro, Carlo Cavallo of B&V Whiskey Bar & Grill, Catherine Venturini of Olive & Vine, Andrea Koweek and Moaya Scheiman of Crisp Bakeshop, Ed Metcalfe of Shiso Modern Asian Kitchen, Rob Larman of Cochon Volant Smokehouse, Bryan Jones of St. Francis Winery, Adolfo Veronese of Aventine, David Bush of Oso, John McReynolds of Stone Edge Farm, Jeffrey Lloyd and Saul Gropman of Café La Haye, Antonio Ghilarducci of Depot Hotel Restaurant, Gary Edwards of Carneros Caves, and Sheana Davis of Epicurean Connection. $175. 6 p.m. reception at the General's Daughter with martinis by winner of Martini Madness, 7 p.m. dinner at Ramekins. 450 W. Spain St., Sonoma. Reservations at olivefestival.com.

## Notes

The Agro-Mafia is altering all sorts of food products from olive oil, cheese, wine, and tomatoes, to milk, butter and bread.

## Graphic

THE 'AGRO-MAFIA' has an oily reputation.

**Load-Date:** January 11, 2016

End of Document



# A prize-winning flaugnarde; Kutztown baker impresses Food Network star with her flan-like dessert.

Morning Call (Allentown, Pennsylvania)

January 6, 2016 Wednesday, FIFTH Edition

Copyright 2016 The Morning Call, Inc. All Rights Reserved

**Section:** Life; Pg. T1

**Length:** 998 words

**Byline:** Margie Peterson Special to The Morning Call - Freelance

## Body

Flaugnarde sounds like the kind of thing a Frenchman might do to you if you insult his mother.

Rather, a flaugnarde is a flan-like dessert that won Susan Bickta of Kutztown a weekend trip for two to New York City to meet Food Network star Alex Guarnaschelli and eat dinner at her restaurant.

Bickta's first-place recipe in the national Fisher Nuts "My Fresh Twist" contest was a Banana Orange Flaugnarde with Toasted Walnut Caramel Citrus Sauce. Her dish was chosen out of more than a thousand in three rounds of judging.

First, a panel of judges picked the top 20 finalists, and then the public was invited to vote for their favorites online. From the top three vote-getters, Guarnaschelli, a chef who appears as a judge on the Food Network in the show "Chopped," chose Bickta's recipe.

When Bickta was trying to decide what to make for the contest, she remembered that she had experimented with recipes for clafoutis a couple years ago and had learned about flaugnardes, which are similar. A flaugnarde is a baked French dessert with batter similar to flan and is often made with berries, pears, peaches and other fruit.

"I remember the banana and orange had a really nice, refreshing taste to it," Bickta says. "There's not a lot of sugar in the flaugnarde so you need a little sweetness there. The caramel can be a little too sweet so the orange just cuts it back so that it's just enough sweetness."

Part of the appeal of entering a flaugnarde was that it's unusual.

"I thought, whoever heard of a flaugnarde?" Bickta says. "When I saw that word, I said that's going to get their attention. People ask you what you made and you say a flaugnarde and they look at you like you have broccoli growing out of your ears."

It got the attention of the celebrity chef. "Susan really impressed me with her tropical twist on a traditional clafouti," Guarnaschelli says in a news release. "The use of the bananas and orange zest, instead of the traditional flaugnarde fruits, took this dessert to the next level and really showcased Susan's creativity. I also loved that she topped the dish with a unique caramel, citrus sauce to complement the toasted walnuts."

Bickta got her love of experimental cooking from her mother, Elizabeth Wall of Bethlehem. Now Bickta tries out her recipes on Wall, her husband Ron and Bickta's sister, Phyllis Fetzer of Hellertown.

"I used to love to watch my mother cook," she says. "She was my own personal cooking show. She loved to cook and she used to experiment on us all the time."

A prize-winning flaugnarde;  Kutztown baker impresses Food Network star with her flan-like dessert.

In 1958, Wall won a Morning Call baking contest with her Sugar Twists cookie recipe made with yeast dough. Bickta still has a copy of the story about it, which helped spur her interest in cooking.

Bickta graduated from Liberty High School in 1968 and pursued jobs in stores and offices, most recently working as an office manager at Procold Refrigerated Services in South Whitehall Township. A medical condition sidelined her in 2010 and she decided to start entering cooking contests.

She won third place in the first cooking contest she entered, which was for the National Lentil Festival in Washington state, with her recipe for Hearty Ham and Lentil Soup.

She estimates she has since entered hundreds of contests and won some sort of prize in about 25 of them.

"Some of these contests are a little difficult because the winners are chosen by Facebook voting," she says. "I have quite a few Facebook friends but there are people out there who have thousands."

She was a finalist in the Perkins Menu Madness contest in 2015 with a recipe for an innovative version of shepherd's pie. She lost to the winner, whose recipe for a turkey club sandwich with a fried egg on top got more votes online.

In a contest sponsored by **Pretzel Crisps**, Bickta won 14 cases of the snacks. She remembers that well because of the delivery.

"Ron looked out the window and he came in the living room and he said, 'Did you order anything big?'" On their doorstep were huge boxes, each containing four cases of **Pretzel Crisps**.

For a Spam recipe contest, she won two cases of Spam with her recipe for Pennsylvania Dutch Spam and Green Beans.

"This hobby feeds us," she says.

Winning the trip to New York City was her biggest victory. Bickta and her husband were picked up at their home by a limousine service at 10 a.m. Dec. 11 and driven to the Hotel Cassa in Manhattan, where they stayed for two nights. They walked around the city, to places such as Rockefeller Center and Times Square, and spent several hours at the 9/11 Memorial Museum at the site of the former World Trade Center complex.

On Saturday night, they ate dinner at the restaurant underneath the hotel, called Butter, run by the contest judge, Chef Guarnaschelli. Guarnaschelli met with them and was very complimentary about Bickta's flaugnarde recipe, calling it "smart." Bickta says Guarnaschelli was very nice and down to earth.

Bickta started her meal with an oven-roasted wedge of maitake mushroom with toasted pine nuts and barrel aged sherry vinegar. For her main meal she had the day's special, braised short ribs with blue cheese mashed potatoes.

Her husband started with a wild arugula salad with garlic breadcrumbs and Caesar dressing. His main course was Prime New York strip steak with whipped bone marrow butter and house french fries.

Bickta calls it "one of the best meals I've ever had."

To thank Guarnaschelli, Bickta gave her a gift basket of some of the sugar twist cookies her mom taught her to make and other items. Bickta thanked the hotel front desk and doorman with some Josh Early candy.

Bickta has a Facebook page called Cooking Contest Info Exchange, where she and other cooks give each other advice and encouragement on contests. When she was starting out, she got lots of information from cookingcontestcentral.com. Bickta urges those entering competitions to be persistent.

"Keep trying and don't get discouraged because you never know when you're going to get that email or that phone call -- and that's a great feeling," she says.

A prize-winning flaugnarde;  Kutztown baker impresses Food Network star with her flan-like dessert.

## Graphic

**1. Kutztown resident Susan Bickta recently won Fisher Nuts 'My Fresh Twist' contest with her Banana Orange Flaugnarde with Toasted Walnut Citrus Sauce. Her recipe was chosen by celebrity chef Alex Guarnaschelli. Bickta and her husband had the opportunity to meet the Food Network star and dine in her restaurant in New York City. **2. Susan Bickta of Kutztown decided to create a 'flaugnarde' for the Fisher Nuts 'My Fresh Twist' contest. A flaugnarde is a baked French dessert with batter similar to flan and is often made with berries, pears, peaches and other fruit. **3. Susan Bickta of Kutztown won a trip to New York City and met celebrity chef Alex Guarnaschelli, author of the cookbook 'Old School Comfort Food.';3 Photso by SHARON K. MERKEL, SPECIAL TO THE MORNING CALL - Freelance

**Load-Date:** January 7, 2016

End of Document



# VMG Partners Promotes Wayne Wu to Managing Director

PR Newswire

January 6, 2016 Wednesday 7:55 AM EST

Copyright 2016 PR Newswire Association LLC All Rights Reserved

**Length:** 508 words

**Dateline:** SAN FRANCISCO, Jan. 6, 2016

## Body

VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, today announced the promotion of Wayne K. Wu to Managing Director.

"Since joining VMG in 2008, Wayne has assumed increasing responsibilities and made consistent and significant contributions as we have built the firm and grown our consumer focused brands," said Michael L. Mauze, Managing Director of VMG. "His strong investment and management expertise has led to significant value creation for our investors, and we are particularly pleased to strengthen our senior management team from the strong talent pool within the firm."

Kara Cissell-Roell, Managing Director of VMG, added, "Wayne has demonstrated his leadership abilities across a number of VMG investments, most recently leading VMG's current investments in Justin's, Perfect Bar, and babyganics. Wayne works extremely well within VMG's culture and we are very pleased to recognize his hard work and dedication with this promotion and look forward to his ongoing contributions in this expanded role."

Mr. Wu joined VMG in 2008 as an Associate with diverse experience in transactions, operations, and accounting. He was promoted to Vice President in 2010, and named Principal in 2013. Prior to joining VMG, he was CFO and Vice President of Corporate Development for Thomason Autogroup, and previously served with RBC Capital Markets and Deloitte & Touche LLP. Mr. Wu currently serves on the Board of Directors of babyganics, the pioneering lifestyle brand of safe and effective household and personal care products for families with babies and children; Justin's, maker of healthy, artisanal nut butter, and; Perfect Bar refrigerated whole food nutrition bars. He previously served on the Board of Mighty Leaf Tea which was sold in 2014. He received his B.S.C. from the Leavey School of Business at Santa Clara University and is a licensed CPA in the State of California.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target categories includes food, beverage, wellness, pet products, personal care, and household products brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visithttp://www.vmgpartners.com.

Contact: Chris Tofalli

Chris Tofalli Public Relations, LLC

914-834-4334

VMG Partners Promotes Wayne Wu to Managing Director

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/vmg-partners-promotes-wayne-wu-to-managing-director-300199870.html

SOURCE VMG Partners

**Load-Date:** January 7, 2016

---

End of Document



# Wu promoted to MD at VMG Partners

peHUB

January 6, 2016 Wednesday 12:55 AM EST

Copyright 2016 HedgeWorld USA Inc., All Rights Reserved

**Length:** 484 words

**Byline:** Luisa Beltran

## Body

VMG Partners said Wednesday that it promoted Wayne Wu to Managing Director.

PRESS RELEASE

SAN FRANCISCO, January 6, 2016 – VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, today announced the promotion of Wayne K. Wu to Managing Director.

"Since joining VMG in 2008, Wayne has assumed increasing responsibilities and made consistent and significant contributions as we have built the firm and grown our consumer focused brands," said Michael L. Mauzé, Managing Director of VMG. "His strong investment and management expertise has led to significant value creation for our investors, and we are particularly pleased to strengthen our senior management team from the strong talent pool within the firm."

Kara Cissell-Roell, Managing Director of VMG, added, "Wayne has demonstrated his leadership abilities across a number of VMG investments, most recently leading VMG's current investments in Justin's, Perfect Bar, and babyganics. Wayne works extremely well within VMG's culture and we are very pleased to recognize his hard work and dedication with this promotion and look forward to his ongoing contributions in this expanded role."

Mr. Wu joined VMG in 2008 as an Associate with diverse experience in transactions, operations, and accounting. He was promoted to Vice President in 2010, and named Principal in 2013. Prior to joining VMG, he was CFO and Vice President of Corporate Development for Thomason Autogroup, and previously served with RBC Capital Markets and Deloitte & Touche LLP. Mr. Wu currently serves on the Board of Directors of babyganics, the pioneering lifestyle brand of safe and effective household and personal care products for families with babies and children; Justin's, maker of healthy, artisanal nut butter, and; Perfect Bar refrigerated whole food nutrition bars. He previously served on the Board of Mighty Leaf Tea which was sold in 2014. He received his B.S.C. from the Leavey School of Business at Santa Clara University and is a licensed CPA in the State of California.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target categories includes food, beverage, wellness, pet products, personal care, and household products brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visit www.vmgpartners.com.

Wu promoted to MD at VMG Partners

**Load-Date:** January 6, 2016

---

End of Document



# Sally W Yelland Declares Ownership of 4.8% Stake in Snyder's-Lance Inc (LNCE)

American Banking and Market News

December 31, 2015 Thursday 9:19 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 1508 words

## Body

Dec 31, 2015( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Sally W Yelland recently revealed that they own 4.8% of Snyder's-Lance Inc (NASDAQ:LNCE) in a Schedule 13D/A disclosure that was filed with the SEC on Thursday, December 31st. The investor owns 3,424,451 shares of the stock worth $119,170,895. The filing is available through Edgar at this hyperlink[1]. <nl/>Sally W Yelland provided the following explanation of their ownership: The last two paragraphs of Item 4 are amended as follows: The reporting person acquired her shares for investment and estate planning purposes and may seek to acquire additional shares of Common Stock and may seek to dispose of some or all of her holdings of Common Stock, although as of December 29, 2015 she had no plans or proposals to do so.

There can be no assurance that any such acquisition or disposition of shares of the Common Stock would occur or as to the timing or method of any such acquisition or disposition. Based upon publicly available filings made by the Issuer with the Securities ...change Commission, the reporting person is aware of the following proposed transactions involving the Issuer: On October 27, 2015, the Issuer and two of its whollyowned subsidiaries entered into an Agreement and Plan of Merger and Reorganization with Diamond Foods, Inc., a Delaware corporation ('Diamond'), pursuant to which Diamond will become a wholly owned subsidiary of the Issuer and will no longer be a publicly held corporation. If the proposed merger is completed, each outstanding share of Diamond common stock (other than treasury shares held by Diamond, shares owned by the Issuer or any of its subsidiaries and shares owned by stockholders who have perfected and not withdrawn a demand for appraisal rights pursuant to Delaware law) will be cancelled and converted into the right to receive $12.50 in cash and 0.775 shares of Common Stock. In order to complete the proposed merger, Diamond stockholders must vote to adopt the merger agreement and the Issuer's stockholders must vote to approve the issuance of shares of Common Stock to Diamond stockholders in the proposed merger. The Board of Directors of the Issuer has approved the Merger and Reorganization Agreement and adopted resolutions directing that the issuance of shares of Common Stock in connection with the proposed merger be submitted to the stockholders of the Issuer for their approval; however, no date for a special meeting of the stockholders of the Issuer to vote on such matter has been fixed as of December 29, 2015. It is anticipated that the proposed merger will close in early 2016. Following consummation of the proposed merger, it is expected that Diamond's stockholders will own approximately 26% of the issued and outstanding shares of Common Stock. It is also expected that as of the effective time of the proposed merger, the Issuer will cause a member of the board of directors of Diamond to be appointed to the board of directors of the Issuer. The transfers of shares of Common Stock on November 20, 2015 and December 23, 2015 described above in the Explanatory Note are unrelated to the Issuer's potential transaction with Diamond. As of December 29, 2015, other than the transactions described above, the reporting person had no current plans or proposals relating to or that would result in (a) the acquisition by any person of additional securities of the Issuer, or the disposition of securities of the Issuer; (b) an extraordinary corporate transaction, such as a merger, reorganization or liquidation, involving the Issuer or any of its subsidiaries; (c) a sale or transfer of a material amount of assets of the Issuer or any of its subsidiaries; (d) a change in the present board of directors or management of the Issuer, including any plans or proposals to change the number or term of directors or to fill any existing vacancies on the board; (e) a material change in the present capitalization or dividend policy of the Issuer; (f) any other material change in the Issuer's

business or corporate structure; (g) changes in the Issuer's charter, bylaws or instruments corresponding thereto or other actions which may impede the acquisition of control of the Issuer by any person; (h) causing a class of securities of the Issuer to be delisted from a national securities exchange or to cease to be authorized to be quoted in an interdealer quotation system of a registered national securities association; (i) a class of equity securities of the issuer becoming eligible for termination of registration pursuant to section 12(g)(4) of the Securities Exchange Act of 1934, as amended; or (j) any action similar to any of those enumerated above. The reporting person periodically reviews and evaluates her positions with respect to the shares of Common Stock and may at any time reconsider and change her positions and formulate plans or proposals with respect to any such matters. 4<nl/>Separately, Eagle Asset Management boosted its position in Snyder's-Lance by 94.2% in the third quarter. Eagle Asset Management now owns 1,297,242 shares of the company's stock worth $43,754,000 after buying an additional 629,302 shares during the last quarter. <nl/>Shares of Snyder's-Lance Inc (NASDAQ:LNCE[2]) traded down 0.23% during mid-day trading on Thursday, hitting $34.72. 88,934 shares of the company were exchanged. Snyder's-Lance Inc has a 12-month low of $28.82 and a 12-month high of $39.10. The stock's 50-day moving average price is $36.55 and its 200 day moving average price is $34.56. The stock has a market cap of $2.46 billion and a PE ratio of 35.43. <nl/>Snyder's-Lance (NASDAQ:LNCE) last released its quarterly earnings data on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing analysts' consensus estimates of $0.34 by $0.08. During the same quarter in the prior year, the company earned $0.24 EPS. The company earned $416.80 million during the quarter, compared to analysts' expectations of $435.40 million. The business's revenue was up 1.8% compared to the same quarter last year. On average, equities analysts anticipate that Snyder's-Lance Inc will post $1.07 EPS for the current fiscal year. <nl/>A number of research firms have recently commented on LNCE. Zacks Investment Research[3] raised shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 target price on the stock in a research report on Monday, November 2nd. BB...orp. raised shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 target price on the stock in a research report on Thursday, October 29th. Jefferies Group began coverage on shares of Snyder's-Lance in a research report on Tuesday, December 15th. They set a "buy" rating and a $40.00 target price on the stock. SunTrust raised shares of Snyder's-Lance from a "neutral" rating to a "buy" rating and boosted their target price for the stock from $30.00 to $45.00 in a research report on Thursday, October 29th. Finally, Deutsche Bank boosted their target price on shares of Snyder's-Lance from $30.00 to $32.00 and gave the stock a "hold" rating in a research report on Tuesday, October 6th. Two analysts have rated the stock with a hold rating and four have assigned a buy rating to the company. The stock currently has a consensus rating of "Buy" and a consensus target price of $39.17.<nl/><nl/> Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tom's, Archway, Jays, Stella D'oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network). Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[5] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[6].<nl/> [ 1]: http://www.sec.gov/Archives/edgar/data/1507353/000160706215000571/0001607062-15-000571-index.htm [ 2]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 3]: http://www.zacks.com/ [ 4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 6]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** December 31, 2015



# Food & Drink Notes: Holiday treats

The State (Columbia, South Carolina)

December 22, 2015 Tuesday

Copyright 2015 The State All Rights Reserved



Found on TheState ® com

**Section:** local_events

**Length:** 493 words

**Byline:** The State

# Body

Rise Gourmet Goods & Bakeshop in Five Points has caught the holiday spirit.

Stop in and try the new holiday-themed treats (available through the end of the year): Egg Nog Cream Puffs, Panatonne Bars and Peppermint Meringues. They're perfect to bring to a holiday drop-in.

In the cold-case, you'll find some new dips and spreads to make holiday entertaining just a little bit easier. The caramalized Onion and Spinach Artichoke dips pair with freshly baked baguettes, fines herbes crostini, housemade crackers or everything bagel **pretzel crisps**.

While you're there, check out their collection of Gourmet Gift Baskets (from $45-$75, limited supply). Each basket features a selection of Rise's packaged goods, combined with some of Chef Sarah Simmons' favorite products from her chef friends from around the country.

Rise Gourmet Goods & Bakeshop, 926 Harden St. ,

You deserve some chocolate. Joseph Vernon's Evolution Through Chocolate handmade truffles can be purchased from noon-4 p.m. Thursday, Dec. 24 at Crescent Cacao.

Vernon takes the idea of truffles to the sublime with unique and tasty flavor combinations. Sneak a box (or two) under the tree for someone you love - or, better yet, as a reward for yourself. Follow Vernon on .

Crescent Cacao, 3015 Millwood Ave., next to Revente

Restaurant news

Longhorn Steakhouse has a new Winter Peak Season menu of three new items created to highlight the best ingredients of the season. On the menu: White Cheddar & Bacon Dip (Vermont white cheddar with bacon and green onion, topped with applewood-smoked bacon, cheddar jack cheese and served with crispy flatbread); Pecan Praline Sweet Potato Casserole (brown sugar-mashed sweet potato with a pecan praline topping); and Black Forest Lava Cake (warm dark chocolate cake with cherry filling, topped with cream cheese icing and finished with chocolate and raspberry drizzle). New to the list of entrees is the Lobster Hollandaise Filet (tender center-cut filet of beef topped with lobster meat and lobster hollandaise sauce over steamed asparagus, served with a choice of side and hand-chopped salad).

Case 3:17-cv-00652-KDB-DSC   Document 41-11   Filed 10/29/18   Page 122 of 131

Owners of Knoxville, Tenn.-based The Casual Pint craft beer market franchise have announced plans to open three stores in Columbia starting in spring 2016 - the first of which will locate at 807 Gervais St. in the Vista.

"The six breweries and the overall craft beer enthusiasm in Columbia make moving to the area a no-brainer," said Nathan Robinette, chief executive of The Casual Pint.

Owner, operator and local entrepreneur Doug Harmon began the process of opening the newest Casual Pint franchise in Columbia in late September. Harmon is quick to point out that The Casual Pint is not a bar, but "a beer cafe." Casual Pint features features hundreds of bottled local, domestic and international brews as well as a rotating tap wall for take-home growlers and on-site tastings in a dedicated bar area.

Janet Jones Kendall contributed.

Susan Ardis, sardis@thestate.com

**Load-Date:** December 22, 2015

---

End of Document



# Jefferies Group Weighs in on Snyder's-Lance Inc's Q2 2016 Earnings (LNCE)

American Banking and Market News

December 18, 2015 Friday 7:20 AM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 854 words

## Body

Dec 17, 2015( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Snyder's-Lance Inc (NASDAQ:LNCE) - Research analysts at Jefferies Group issued their Q2 2016 earnings estimates for shares of Snyder's-Lance in a research note[1] issued to investors on Tuesday, Zacks Investment Research[2] reports. Jefferies Group analyst A. Jagdale forecasts that the brokerage will earn $0.36 per share for the quarter.

Jefferies Group has a "Buy" rating and a $40.00 price target[3] on the stock. Jefferies Group also issued estimates for Snyder's-Lance's Q3 2016 earnings at $0.31 EPS, Q4 2016 earnings at $0.41 EPS, FY2016 earnings at $1.39 EPS, FY2017 earnings at $1.68 EPS and FY2020 earnings at $2.08 EPS. Snyder's-Lance (NASDAQ:LNCE) last announced its quarterly earnings results on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing the Zacks' consensus estimate of $0.34 by $0.08. During the same quarter in the prior year, the firm earned $0.24 EPS. The company had revenue of $416.80 million for the quarter, compared to the consensus estimate of $435.40 million. The company's quarterly revenue was up 1.8% compared to the same quarter last year. A number of other brokerages have also commented on LNCE. BB...orp. lowered shares of Snyder's-Lance from a "buy" rating to a "hold" rating in a research note on Monday, September 28th. They noted that the move was a valuation call. Deutsche Bank lifted their price target on shares of Snyder's-Lance from $30.00 to $32.00 and gave the stock[4] a "hold" rating in a research note on Tuesday, October 6th. SunTrust upgraded shares of Snyder's-Lance from a "neutral" rating to a "buy" rating and lifted their price target for the stock from $30.00 to $45.00 in a research note on Thursday, October 29th. Finally, Zacks Investment Research[5] upgraded shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price target for the company in a research note on Monday, November 2nd. Two equities research analysts have rated the stock with a hold rating and four have assigned a buy rating to the stock. The company currently has a consensus rating of "Buy" and an average target price of $39.17.<nl/>Shares of Snyder's-Lance (NASDAQ:LNCE[6]) traded down 1.02% during mid-day trading on Wednesday, hitting $35.94. 382,708 shares of the company were exchanged. The company has a market capitalization of $2.54 billion and a P/E ratio of 36.67. The company has a 50 day moving average of $36.86 and a 200 day moving average of $34.23. Snyder's-Lance has a 52 week low of $28.82 and a 52 week high of $39.10. <nl/>The company also recently declared a quarterly dividend, which was paid on Friday, November 27th. Shareholders of record on Friday, November 20th were issued a dividend of $0.16 per share. This represents a $0.64 annualized dividend and a yield of 1.78%. The ex-dividend date of this dividend was Wednesday, November 18th. <nl/><nl/> Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tomâeuro;trade;s, Archway, Jays, Stella Dâeuro;trade;oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[7]) through its direct-store-delivery distribution network (DSD network). Get a free copy of the Zacks research report on Snyder's-

Lance (LNCE)[8]<nl/>For more information about research offerings from Zacks Investment Research, visit Zacks.com[9]<nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[10] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[11].<nl/> [ 1]: http://www.marketbeat.com/ratings/USA/latest/?utm_source=articleclickthrough [ 2]: http://www.zacks.com/ [ 3]: http://www.marketbeat.com/ratings/USA/latest/?utm_source=articleclickthrough [ 4]: http://www.marketbeat.com/?utm_source=articleclickthrough [ 5]: http://www.zacks.com/ [ 6]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 7]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 8]: http://www.zacks.com/registration/pfp/?ALERT=zrmodule...D=AMERBMN_CONTENT_ZER...p_rpt_name_check=s kip_rpt_name_check...NCE [ 9]: http://www.zacks.com/ [ 10]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 11]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** December 18, 2015

---

End of Document



# Snyder's-Lance Inc (LNCE) Coverage Initiated at Jefferies Group

American Banking and Market News

December 16, 2015 Wednesday 3:53 AM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 762 words

## Body

Dec 15, 2015( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/>Equities researchers at Jefferies Group assumed coverage on shares of Snyder's-Lance Inc (NASDAQ:LNCE) in a report issued on Tuesday, The Fly[1] reports. The brokerage set a "buy" rating[2] and a $40.00 price target[3] on the stock.

Jefferies Group's price objective would indicate a potential upside of 12.01% from the company's previous close.<nl/>Shares of Snyder's-Lance (NASDAQ:LNCE[4]) traded up 1.30% during midday trading on Tuesday, hitting $35.71. The stock[5] had a trading volume of 411,310 shares. The firm has a market cap of $2.53 billion and a PE ratio of 36.44. Snyder's-Lance has a 12-month low of $28.77 and a 12-month high of $39.10. The firm has a 50-day moving average of $36.78 and a 200 day moving average of $34.20. <nl/>Snyder's-Lance (NASDAQ:LNCE) last announced its earnings results on Wednesday, October 28th. The company reported $0.26 earnings per share for the quarter, missing the consensus estimate of $0.34 by $0.08. The company earned $416.80 million during the quarter, compared to analysts' expectations of $435.40 million. During the same period last year, the firm posted $0.24 EPS. The firm's revenue for the quarter was up 1.8% compared to the same quarter last year. On average, analysts expect that Snyder's-Lance will post $1.07 earnings per share for the current year. <nl/>The business also recently announced a quarterly dividend, which was paid on Friday, November 27th. Investors of record on Friday, November 20th were given a dividend of $0.16 per share. The ex-dividend date of this dividend was Wednesday, November 18th. This represents a $0.64 annualized dividend and a dividend yield of 1.79%. <nl/>A number of other analysts also recently commented on LNCE. BB...orp. downgraded Snyder's-Lance from a "buy" rating to a "hold" rating in a research report on Monday, September 28th. They noted that the move was a valuation call. Deutsche Bank raised their price objective on Snyder's-Lance from $30.00 to $32.00 and gave the stock a "hold" rating in a research report on Tuesday, October 6th. SunTrust upgraded Snyder's-Lance from a "neutral" rating to a "buy" rating and raised their price objective for the stock from $30.00 to $45.00 in a research report on Thursday, October 29th. Finally, Zacks Investment Research[6] upgraded Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price objective for the company in a research report on Monday, November 2nd. Two analysts have rated the stock with a hold rating and four have given a buy rating to the company. Snyder's-Lance has an average rating of "Buy" and a consensus target price of $39.17.<nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tomâeuro;trade;s, Archway, Jays, Stella Dâeuro;trade;oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[7]) through its direct-store-delivery distribution network (DSD network).<nl/>http://www.thefly.com<nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[8] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[9].<nl/> [ 1]:                     http://www.thefly.com/ [ 2]:

http://www.marketbeat.com/ratings/USA/latest/?utm_source=articleclickthrough     [     3]:
http://www.marketbeat.com/ratings/USA/latest/?utm_source=articleclickthrough     [     4]:
http://www.marketbeat.com/stocks/NASDAQ/LNCE/          [          5]:
http://www.marketbeat.com/?utm_source=articleclickthrough  [  6]:          http://www.zacks.com/  [  7]:
http://www.marketbeat.com/stocks/NASDAQ/LNCE/  [ 8]:          http://www.americanbankingnews.com/daily-email-
updates-basic/ [ 9]:          http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** December 16, 2015

---

End of Document



# Snyder's-Lance Inc (NASDAQ:LNCE) Receives Consensus Rating of 'Buy' from Brokerages

American Banking and Market News

December 16, 2015 Wednesday 10:11 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 733 words

# Body

Dec 16, 2015( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Snyder's-Lance Inc (NASDAQ:LNCE) has been given a consensus rating of "Buy" by the six ratings firms that are currently covering the firm, Analyst Ratings Net reports[1]. Two analysts have rated the stock with a hold recommendation and four have assigned a buy recommendation to the company. The average 12-month target price among analysts that have updated their coverage on the stock in the last year is $39.17.

Several research analysts recently commented on LNCE shares. Jefferies Group started coverage on shares of Snyder's-Lance in a report on Tuesday. They issued a "buy" rating and a $40.00 price target on the stock. Zacks Investment Research[2] upgraded shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price objective on the stock in a research note on Monday, November 2nd. SunTrust upgraded shares of Snyder's-Lance from a "neutral" rating to a "buy" rating and lifted their price objective for the company from $30.00 to $45.00 in a research note on Thursday, October 29th. BB...orp. upgraded shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 price objective on the stock in a research note on Thursday, October 29th. Finally, Deutsche Bank lifted their price objective on shares of Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a research note on Tuesday, October 6th.<nl/>Shares of Snyder's-Lance (NASDAQ:LNCE[3]) traded up 1.62% on Wednesday, hitting $36.29. 367,668 shares of the stock traded hands. Snyder's-Lance has a 12-month low of $28.77 and a 12-month high of $39.10. The firm's 50-day moving average is $36.78 and its 200 day moving average is $34.20. The firm has a market cap of $2.57 billion and a P/E ratio of 37.03. <nl/>Snyder's-Lance (NASDAQ:LNCE) last posted its quarterly earnings results on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing the Thomson Reuters' consensus estimate of $0.34 by $0.08. The company had revenue of $416.80 million for the quarter, compared to analysts' expectations of $435.40 million. During the same quarter last year, the firm earned $0.24 EPS. The business's revenue for the quarter was up 1.8% compared to the same quarter last year. Equities research analysts forecast that Snyder's-Lance will post $1.07 EPS for the current fiscal year. <nl/>The business also recently declared a quarterly dividend, which was paid on Friday, November 27th. Stockholders of record on Friday, November 20th were given a dividend of $0.16 per share. This represents a $0.64 dividend on an annualized basis and a dividend yield of 1.79%. The ex-dividend date was Wednesday, November 18th. <nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tomâeuro;trade;s, Archway, Jays, Stella Dâeuro;trade;oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[4]) through its direct-store-delivery distribution network (DSD network).<nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[5] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to

register[6].<nl/>  [  1]:  http://www.marketbeat.com/stocks/NASDAQ/LNCE/?MostRecent=1  [  2]: http://www.zacks.com/  [  3]:  http://www.marketbeat.com/stocks/NASDAQ/LNCE/  [  4]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 5]:  http://www.americanbankingnews.com/daily-email-updates-basic/ [ 6]:  http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** December 17, 2015

End of Document



# Snyder's-Lance Inc (LNCE) Receives New Coverage from Analysts at Jefferies Group

American Banking and Market News

December 15, 2015 Tuesday 11:38 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 759 words

## Body

Dec 15, 2015( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Equities researchers at Jefferies Group began coverage on shares of Snyder's-Lance Inc (NASDAQ:LNCE) in a research report issued to clients and investors[1] on Tuesday, AnalystRatings.NET[2] reports. The brokerage set a "buy" rating and a $40.00 price target on the stock.

Jefferies Group's price target would suggest a potential upside of 12.01% from the company's current price.<nl/>Snyder's-Lance (NASDAQ:LNCE[3]) traded up 1.30% on Tuesday, reaching $35.71. The company had a trading volume of 410,728 shares. The stock's 50 day moving average is $36.80 and its 200-day moving average is $34.16. Snyder's-Lance has a 1-year low of $28.77 and a 1-year high of $39.10. The stock has a market capitalization of $2.53 billion and a P/E ratio of 36.44. <nl/>Snyder's-Lance (NASDAQ:LNCE) last issued its quarterly earnings data[4] on Wednesday, October 28th. The company reported $0.26 EPS for the quarter, missing the consensus estimate of $0.34 by $0.08. The business earned $416.80 million during the quarter, compared to the consensus estimate of $435.40 million. The company's revenue for the quarter was up 1.8% compared to the same quarter last year. During the same quarter in the prior year, the firm posted $0.24 earnings per share. On average, equities analysts predict that Snyder's-Lance will post $1.07 EPS for the current fiscal year. <nl/>The company also recently disclosed a quarterly dividend, which was paid on Friday, November 27th. Stockholders of record on Friday, November 20th were paid a $0.16 dividend. The ex-dividend date was Wednesday, November 18th. This represents a $0.64 dividend on an annualized basis and a dividend yield of 1.79%. <nl/>Other analysts have also issued reports about the company. Zacks Investment Research[5] raised Snyder's-Lance from a "hold" rating to a "buy" rating and set a $41.00 price objective on the stock in a report on Monday, November 2nd. SunTrust upgraded[6] Snyder's-Lance from a "neutral" rating to a "buy" rating and raised their target price for the company from $30.00 to $45.00 in a research report on Thursday, October 29th. BB...orp. upgraded Snyder's-Lance from a "hold" rating to a "buy" rating and set a $42.00 target price on the stock in a research report on Thursday, October 29th. Finally, Deutsche Bank raised their target price on Snyder's-Lance from $30.00 to $32.00 and gave the company a "hold" rating in a research report on Tuesday, October 6th. Two analysts have rated the stock with a hold rating and four have issued a buy rating to the stock. The company presently has an average rating of "Buy" and an average target price of $39.17.<nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tomâeuro;trade;s, Archway, Jays, Stella Dâeuro;trade;oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[7]) through its direct-store-delivery distribution network (DSD network).<nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[8] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to

register[9].<nl/>  [ 1]:  http://www.marketbeat.com/?utm_source=articleclickthrough  [ 2]: http://www.marketbeat.com/ [ 3]:  http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.marketbeat.com/earnings/latest/?utm_source=articleclickthrough [ 5]:  http://www.zacks.com/ [ 6]: http://www.marketbeat.com/ratings/Upgrades/latest/?utm_source=articleclickthrough  [ 7]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 8]:  http://www.americanbankingnews.com/daily-email-updates-basic/ [ 9]:  http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** December 16, 2015

---

End of Document