# EXHIBIT 2

## Part 10



**User Name:** T8PVBDU

**Date and Time:** Monday, October 22, 2018 12:04:00 PM EDT

**Job Number:** 75986120

## Documents (50)

1. Snyder's-Lance, Inc. to Release Third Quarter 2015 Results on Tuesday, November 10, Before Market Open. Will Host Conference Call and Webcast at 9:00am Eastern on Tuesday, November 10.

    **Client/Matter:** 23756-1001

    **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

    **Search Type:** Terms and Connectors

    **Narrowed by:**

    | Content Type | Narrowed by |
    |---|---|
    | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. Less Is More

    **Client/Matter:** 23756-1001

    **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

    **Search Type:** Terms and Connectors

    **Narrowed by:**

    | Content Type | Narrowed by |
    |---|---|
    | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. BBT Corp. Downgrades Snyder's-Lance to Hold (LNCE)

    **Client/Matter:** 23756-1001

    **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

    **Search Type:** Terms and Connectors

    **Narrowed by:**

    | Content Type | Narrowed by |
    |---|---|
    | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. Snyder's-Lance Reaches New 52-Week High at $35.46 (LNCE)

    **Client/Matter:** 23756-1001

    **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

    **Search Type:** Terms and Connectors

    **Narrowed by:**

    | Content Type | Narrowed by |
    |---|---|
    | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. Federal Circuit: TTAB Incorrectly Evaluated Alleged Genericness Of Pretzel Crisps Mark

    **Client/Matter:** 23756-1001

    **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

    **Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

6. United States: Federal Circuit: TTAB Incorrectly Evaluated Alleged Genericness Of Pretzel Crisps Mark

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. GBK and Pilot Pen Partner Up to Host a Luxury Gift and Style Lounge During New York Fashion Week 2015.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. No Headline In Original

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. VMG Partners' Kara Cissell-Roell Honored by Food & Wine and Fortune Magazine's Most Innovative Women in Food and Drink Rankings

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. 12 quick and easy school lunch ideas;

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. 2015 40Under40 Winner: Adam Padilla

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

12. Snyder's-Lance Q2 net income increases

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

13. Snyder's-Lance (LNCE) Quick Starts Biscuits Get New Flavors

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

14. Lance® Celebrates National Breakfast Month with Five New Quick Starts(TM) Flavors;New On-the-Go Breakfast Sandwiches Add Mix of Sweet and Savory Offerings

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

15. Press Release: Lance(R) Celebrates National Breakfast Month with Five New Quick Starts(TM) Flavors

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

16. Lance® Fuels Up Partnership as Official Sandwich Cracker of Little League®;Brand to Host Numerous Fan Events at Little League World Series

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

17. Q2 2015 Snyder'sLance Inc Earnings Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. Snyder's-Lance Reports Results for Second Quarter 2015

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. Limited Success

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. Get ready for National Cheesecake Day

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. Federal Circuit Repairs 'Cracked' Pretzel Logic

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. United States: Federal Circuit Repairs 'Cracked' Pretzel Logic

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. Press Release: VMG Partners Raises a $500 Million Third Fund, Closes Three New Investments and Sells its Stake in Vega to White Wave for $550 Million

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. Vermont Smoke & Cure gets private equity investment

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. VMG Partners Raises a $500 Million Third Fund, Closes Three New Investments and Sells its Stake in Vega to White Wave for $550 Million

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. Press Release: Snyder's-Lance, Inc. to Release Second Quarter 2015 Results on Monday, August 10, After Market Close

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. Snyder's-Lance, Inc. to Release Second Quarter 2015 Results on Monday, August 10, After Market Close;Will Host Conference Call and Webcast at 4:30 pm Eastern on Monday, August 10

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

28. Federal Circuit repairs 'cracked' pretzel logic.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

29. Eatsmart Snacks(TM) Boldly Debuts Social Mini-Series Featuring Handsome Nature Adventurer;Pioneering social videos to bring out the fun in better-for-you, but delicious snacks

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. Press Release: Eatsmart Snacks(TM) Boldly Debuts Social Mini-Series Featuring Handsome Nature Adventurer

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. Two Generics Can Make a Mark - Princeton Vanguard, LLC v. Frito-Lay North America, Inc.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. Two Generics Can Make A Mark

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. United States: Two Generics Can Make A Mark

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

34. Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics;State of the Industry SNACKS 2015: OVERVIEW;Cover story

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

35. Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics.(State of the Industry SNACKS 2015: OVERVIEW)(Cover story)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics.;United States snack crackers retail sales and sales change by type in dollars, units, and percentages for the year ended May 17, 2015

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics.;United States snack popcorn retail sales and sales change by type in dollars, units, and percentages for the year ended May 17, 2015

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars;State of the Industry: SNACKS 2015: PRETZELS

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars.(State of the Industry: SNACKS 2015: PRETZELS)(Statistical table)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

40. Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars.;United States frozen snack pretzel sales, sales change, and share of sales by manufacturer in dollars, units and percentages for the year through May 17, 2015

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

41. Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars.;United States snack pretzel sales, sales change, and share of sales by manufacturer in dollars, units and percentages for the year through May 17, 2015

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

42. Two Generics Can Make a Mark: Princeton Vanguard v. Frito-Lay North America

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

43. Trademark Review | June 2015

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

44. Press Release: Snyder's-Lance to support Celiac Disease Foundation by donating portions of sales from the Snyder's of Hanover brand

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

45. Snyder's-Lance to support Celiac Disease Foundation by donating portions of sales from the Snyder's of Hanover brand

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. Snyder's-Lance to Support Celiac Disease Foundation by Donating Portions of Sales from Snyder's of Hanover Brand

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

47. Synder's Lance wins appeal in TM spat with PepsiCo.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. EDGEWOOD HIGH SCHOOL OFFERS UP FAVORITE RECIPES;COOKS' EXCHANGE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Snyder's-Lance takes Pretzel Crisps Non-GMO.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. Snack Factory® Pretzel Crisps® Now Non-GMO Project Verified;New designation highlights Pretzel Crisps' dedication to simple, natural ingredients

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |



# Snyder's-Lance, Inc. to Release Third Quarter 2015 Results on Tuesday, November 10, Before Market Open. Will Host Conference Call and Webcast at 9:00am Eastern on Tuesday, November 10.

PR Newswire

October 7, 2015 Wednesday 11:00 AM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 457 words

**Dateline:** CHARLOTTE, N.C., Oct. 7, 2015

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it intends to release its third quarter 2015 results before the market opens on Tuesday, November 10, 2015. Management will also conduct a conference call and live webcast at 9:00 am Eastern time on Tuesday, November 10, 2015 to review the Company's results. Participating in the conference call will be Carl Lee, Jr, CEO and President, Rick Puckett, Executive Vice President, Chief Financial Officer and Chief `Administrative Officer and Mark Carter, Vice President and Investor Relations Officer.

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website,http://www.snyderslance.com. In addition, the slide presentation will be available at http://www.snyderslance.comto download and print approximately 30 minutes before the webcast.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 56320411. A continuous telephone replay of the call will be available between 12:00 pm on November 10 and midnight on November 17. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 56320411. Investors may also access a web-based replay of the conference call athttp://www.snyderslance.com.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke® and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo -http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-inc-to-release-third-quarter-2015-results-on-tuesday-november-10-before-market-open--will-host-conference-call-and-webcast-at-900am-eastern-on-tuesday-november-10-300155775.html

SOURCE Snyder's-Lance, Inc.

Snyder's-Lance, Inc. to Release Third Quarter 2015 Results on Tuesday, November 10, Before Market Open.
Will Host Conference Call and Webcast at 9:00am Eastern ....

CONTACT: Mark Carter, Investor Relations Officer, (704) 557-8386

**Load-Date:** October 8, 2015

---

End of Document



# Less Is More

The Progressive Grocer

October 2015

Copyright 2015 Stagnito Media Food Group All Rights Reserved

**Length:** 2198 words

**Byline:** Bridget Goldschmidt

# Body

Innovative snack makers tout clean ingredients, free-from formulations.

Last Sept. 12, EatClean.com, Rodale Inc. and Prevention magazine presented Eat Clean Awareness Day in New York City. Sponsored by Enjoy Life Foods, Manitoba Harvest, Panera Bread, Two Moms in the Raw and Uncle Sam, the event featured street teams distributing information on how to eat healthy and whole foods, as well as handing out samples in high-traffic areas of the Big Apple. Consumers were encouraged to share pictures of their favorite clean meals or snacks on Twitter or Instagram to enter a contest and receive exclusive coupons.

"This is a chance to let New Yorkers know about the abundance of healthy food options available in the city and to show how simple it can be to eat cleaner, more wholesome foods, even in a busy city where processed items and takeout still dominate," the organizers noted in advance of the event.

Such efforts reflect a growing movement toward packaged foods made from a relatively short list of identifiable, nutritious ingredients, with no preservatives or artificial colors or flavors; low or no cholesterol, fat, sugar and sodium; and increasingly, no common allergens or gluten. These attributes make up the much-publicized "clean label" designed to reassure consumers interested in what they're eating.

Bare Facts

"At Bare Snacks, we create Snacks Gone Simple, meaning that all of our banana, coconut and apple chips are just that - simple," explains Dana Ginsburg, director of marketing at the aptly named brand, which is based in Manteca, Calif. "Our chips are made from whole fruits that are sliced fresh and simply baked, with just a dash of seasoning. There's no added oil or preservatives, and nothing artificial ever. Our products satisfy consumers' need for a tasty, crunchy snack with the natural goodness of fruit."

Bare's newest product, Crunchy Banana Chips, is baked rather than fried. "Our chips are crafted in small batches from fresh, ripe bananas that are slowly baked to a perfect crunch, with no added oil or sugar," notes Ginsburg. "The new line of Crunchy Banana Chips [is] Non-GMO Project Verified, gluten-free, fat-free, and contains no preservatives."

"Consumers want premium products made from high-quality, simple ingredients, and they are paying increasing attention to what they put in their bodies," points out Tom Ennis, CEO of Austin, Texas-based Amplify Snack Brands, which offers the SkinnyPop popcorn and recently acquired Paqui tortilla chip lines. "Our products appeal to consumer trends and preferences we are seeing in the marketplace, including a greater focus on health and wellness; increased consumption of smaller, more frequent meals throughout the day; and a strong preference for convenient better-for-you (BFY) products. We believe growth in BFY snacks is driven by various factors, including the increasing importance of snacking in many consumers' diets [and] heightened awareness of the importance of a healthier diet, coupled with increased understanding [of] and focus on the importance of nutrition to long-term health and wellness."

Case 3:17-cv-00652-KDB-DSC   Document 41-13   Filed 10/29/18   Page 14 of 169

"Clean ingredient decks, or clean labels, are increasingly important to consumers looking to avoid artificial colors, flavors, preservatives and the like," agrees Peter Michaud, general manager of the Clearview Foods division at Charlotte, N.C.-based Snyder's-Lance. "As such, the natural and organic snacks segment of the greater snack food industry continues to post some of the most impressive growth numbers. Organic snacks grew at over 15 percent versus last year, while the non-GMO snacks segment grew over 30 percent versus last year."

In recognition of this growing demand, Snyder's-Lance earlier this year established Clearview Foods, a snack food division with a focus on developing better-for-you snacking options under the Snack Factory, **Pretzel Crisps**, Eat Smart and Late July Organic Snacks brands. Launches in 2015 include Gluten-Free Dark Crunch Minis Snack Factory **Pretzel Crisps** in Chocolate and Vanilla Yogurt flavors, Eat Smart Sea Salt and Lime Dipping Chips, and Late July Restaurant Style Tortilla Chips in Lightly Salted Purple Corn and Sea Salt & Lime varieties.

"Our brand promise has always been to deliver the highest-quality snacks and experiences to our fans," asserts Jon Lesser, director of marketing at New York-based Kind Snacks, which has seen "exponential growth" since introducing its Fruit & Nut bar line some years ago, and has now expanded into the breakfast bar segment. "We feel that the ingredients should always be the hero and speak for themselves. As such, all Kind products are made with recognizable, whole ingredients and are dressed with a transparent wrapper so you can see the whole, delicious goodness we work so hard to create. Our product names also celebrate these ingredients. Instead of naming a product 'apple pie,' we call it Apple Cinnamon & Pecan to showcase the tasty ingredient combinations."

"Clean labeling is important for two reasons," says Joe Lupica, marketing manager for North Haven, Conn.-based SuperSeedz, a line of gourmet flavored pumpkin seeds whose latest variety, Maple Sugar & Sea Salt, came out this year. "Clean-label [products] are made with simple ingredients that people understand, which ultimately creates trust with a brand. Secondly, using simple, high-quality ingredients contributes to a more nutritious, better-tasting product, at least in our experience."

"We want our consumers to understand where their food comes from so they can make educated choices," observes Janet Souza, marketing manager at Richvale, Calif.-based Lundberg Family Farms, whose most recent snack introductions include Organic Sweet Dreams Rice Cakes topped with indulgent Fair Trade chocolate, and low-calorie Organic Thin Stackers rice cakes. "Having clean, easy-to-read ingredient statements helps us do just that."

Selling Simplicity

Offering a healthy clean-label product doesn't mean much if a brand's target consumers - mindful eaters who usually check the Nutrition Facts panel on an item before buying it - aren't aware that the item exists. As such, marketing and merchandising with an emphasis on education are key to making sure that shoppers know all about a company's clean bill of health.

"The product packaging, with its ingredient callouts, is one of the primary communication vehicles, as the better-for-you snacks consumers are very active label readers," affirms Clearview's Michaud. "Additionally, many progressive retailers are now merchandising better-for-you snacks together, making it easier for consumers to find and choose such products."

"We communicate clean primarily on-pack and online," notes SuperSeedz's Lupica. "We highlight Non-GMO verification, all-natural and the things that are not in our products, like gluten, cholesterol, artificial flavors, colors, etc."

To convey the clean profile of products like Duke's "Shorty" Smoked Sausages, which contain only seven ingredients and less than 1 gram of sugar, Boulder, Colo.-based Thanasi Foods "[uses] a lot of POS that emphasizes our small-batch craft commitment," says President Justin "Duke" Havlick. "We keep it simple and communicate that the ingredients and care we use simply lead to a healthier, better-tasting smoked meat. What happened - and is happening - in beer with the craft beer explosion is definitely happening in food, and meat snacks in particular. We partner with craft beer Sam Adams for in-store programs and do a lot of brand activation in [and] around craft beer and food events [such as] Duke's Craft Across America Tour."

"We educate consumers with our brochures," observes Lundberg's Souza. "We have several that explain our commitment to organic, to non-GMOs, to gluten-free products and to providing wholesome whole grains. We also bring awareness to consumers through in-store displays with header cards, shelf talkers and through advertising." Further, the company's website "is a wealth of information on all of our products and our commitment to growing wholesome foods," she points out, adding that such measures are more important than ever because "eating clean is becoming more mainstream, and these products are now available to a wider audience than just the people who shop at the natural and organic stores."

Some companies opt for a unifying design to illustrate their message. "We communicate our simple, clean ingredients throughout our packaging, promotions and merchandising, with bold visuals of real, wholesome bananas, coconuts or apples," says Bare Snacks' Ginsburg. "We also highlight our ingredient list and Nutrition Facts prominently for total transparency."

Others incorporate a little bit of everything into their promotional strategies. "We utilize a range of marketing initiatives, including product sampling, social media tools, advertising and product labeling, to educate consumers about our brands and the benefits of our BFY snacks," notes Amplify Brands' Ennis.

Negatives and Positives

The rising demand for healthy clean-label snacks won't end any time soon, according to manufacturers of such products. "Consumers are demanding ingredient simplicity and transparency, yet they're not willing to compromise on taste," asserts Ginsburg. "It's no longer enough to offer one or the other. Food manufacturers will need to continue to innovate on delicious, satisfying foods made from clean ingredients that consumers have come to expect."

"Ultimately, because of the shift to 'grazing' instead of meal-based eating behavior, healthy snacks will continue to grow, particularly those that offer natural sources of plant-based protein as well as other naturally functional benefits," predicts Lupica. "Eventually, healthy snacks may even become the majority of the category. Unique flavors will continue to emerge and pricing will likely come down because of economies of scale. Regarding the clean-label trend, I think it will continue to grow as consumers demand more fresh, 'real' ingredients. Those that can deliver on nutritious and delicious will dominate their respective categories."

"Based on the conversations we are having with consumers, the absence of negatives - artificial flavors, colors, preservatives, etc. - is just the beginning," attests Clearview Foods' Michaud. "Consumers are now demanding the presence of positives, [like] protein, fiber [and] vitamins, in addition to the absence of negatives. At the same time, they are not willing to sacrifice great taste. This revolution in snacking is a challenge, but those manufacturers willing and able to deliver on these consumer needs and wants will find success."

"Many progressive retailers are now merchandising better-for-you snacks together, making it easier for consumers to find and choose such products."

-Peter Michaud, Clearview Foods division of Snyder's-Lance

"Eating clean is becoming more mainstream, and these products are now available to a wider audience than just the people who shop at the natural and organic stores."

-Janet Souza, Lundberg Family Farms

The Bold Ones

Just because a product boasts a clean label doesn't mean it has to offer bland taste. Take Shine Organics, a new fruit purée pouch line aimed at grown-ups rather than their kids, for example: The product offers "nourishing, wholesome and unique ingredients that provide a superior snacking solution" at just 70 to 130 calories per pouch, according to Shazi Visram, founder, CEO and "chief mom" of New York-based Happy Family Brands and Shine Organics.

"Consumers are looking for better nutrition and bolder flavor from snacks," asserts Visram. "We formulated Shine Organics to offer healthier snacking options that satisfy adult palates and support consumers' entire well-being. Available in four flavors - Purify, Elevate, Revive and Calm - each pouch features a unique blend of organic fruits, vegetables and micronutrients. We communicate our clean label with our USDA Organic and Non-GMO Project certifications and through our digital marketing efforts."

Launched in July 2015 at Target, Shine is poised to roll out to select grocers nationwide in the next few months, notes Visram, who adds: "We expect to see even more nutrient-rich superfoods as ingredients in everyday snacking. We are continuing to work on an exciting product pipeline for Shine Organics to deliver innovative healthy snacking options for adults."

Unexpected flavors aren't just the province of fruit snacks, however. "As people continue to look for better-for-you alternatives, we are seeing opportunities to disrupt unconventional categories," affirms Jon Lesser, director of marketing at New York-based Kind Snacks. "For example, when we introduced Strong & Kind [bars] a few years ago, we found a new way to deliver the bold, savory flavors traditionally reserved for chips, pretzels and jerky in a more wholesome, portable snack. Strong & Kind delivers all of this with 10 grams of soy- and whey-free protein derived from nuts, seeds and legumes, and doesn't use MSG or sodium to achieve the savory taste."

For more about healthy snacks, visit Progressivegrocer.com/healthysnacks.

**Load-Date:** October 21, 2015

---

End of Document



# BBT Corp. Downgrades Snyder's-Lance to Hold (LNCE)

American Banking and Market News

September 28, 2015 Monday 12:53 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 620 words

## Body

Sep 28, 2015( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Snyder's-Lance (NASDAQ:LNCE) was downgraded by stock analysts[1] at BB...orp. to a "hold" rating in a report issued on Monday, The Fly[2] reports.

The analysts noted that the move was a valuation call.<nl/>Other equities[3] research analysts have also recently issued reports about the stock. Zacks[4] upgraded shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $38.00 price target[5] for the company in a report on Wednesday, August 12th. BMO Capital Markets upped their price objective on shares of Snyder's-Lance to $35.00 and gave the company a "market perform" rating in a research report on Thursday, August 13th.<nl/>Snyder's-Lance (NASDAQ:LNCE[6]) opened at 35.76 on Monday. The stock has a market capitalization of $2.53 billion and a price-to-earnings ratio of 13.22. Snyder's-Lance has a 52-week low of $25.80 and a 52-week high of $35.98. The firm has a 50-day moving average price of $34.17 and a 200 day moving average price of $31.96. <nl/>Snyder's-Lance (NASDAQ:LNCE) last issued its quarterly earnings data on Monday, August 10th. The company reported $0.27 earnings per share (EPS) for the quarter, topping the Zacks' consensus estimate of $0.26 by $0.01. The business earned $431 million during the quarter, compared to the consensus estimate of $430.12 million. On average, equities research analysts predict that Snyder's-Lance will post $1.16 EPS for the current year. <nl/>The business also recently disclosed a quarterly dividend, which was paid on Monday, August 31st. Stockholders of record on Tuesday, August 25th were given a dividend of $0.16 per share. This represents a $0.64 dividend on an annualized basis and a dividend yield of 1.79%. The ex-dividend date was Friday, August 21st. <nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tomâeuro;trade;s, Archway, Jays, Stella Dâeuro;trade;oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[7]) through its direct-store-delivery distribution network (DSD network).<nl/>http://www.thefly.com<nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[8] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[9].<nl/> [ 1]: http://www.marketbeat.com/ratings/USA/latest/?utm_source=articleclickthrough [ 2]: http://www.thefly.com/ [ 3]: http://www.marketbeat.com/?utm_source=articleclickthrough [ 4]: http://www.zacks.com/ultimate/?adid=AMERBMN_CONTENT_ZER [ 5]: http://www.marketbeat.com/?utm_source=articleclickthrough [ 6]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 7]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 8]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 9]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** September 28, 2015

End of Document



# Snyder's-Lance Reaches New 52-Week High at $35.46 (LNCE)

American Banking and Market News

September 25, 2015 Friday 10:08 AM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 578 words

## Body

Sep 25, 2015( American Banking and Market News: http://www.americanbankingnews.com/ Delivered by Newstex) <nl/> Snyder's-Lance (NASDAQ:LNCE) reached a new 52-week high during mid-day trading on Thursday , Analyst Ratings.Net[1] reports. The company traded as high as $35.46 and last traded at $35.39, with a volume of 182,593 shares trading hands.

The stock had previously closed at $35.04.<nl/>A number of research firms have recently issued reports on LNCE. BMO Capital Markets lifted their price objective on shares of Snyder's-Lance to $35.00 and gave the company a "market perform" rating in a report on Thursday, August 13th. BB...orp. boosted their price target on shares of Snyder's-Lance from $36.00 to $37.00 and gave the stock a "buy" rating in a report on Wednesday, August 12th. Finally, Zacks[2] upgraded shares of Snyder's-Lance from a "hold" rating to a "buy" rating and set a $38.00 target price for the company in a report on Wednesday, August 12th.<nl/>The company has a market capitalization of $2.50 billion and a price-to-earnings ratio of 13.08. The stock's 50-day moving average is $34.09 and its 200 day moving average is $31.92. <nl/>Snyder's-Lance (NASDAQ:LNCE) last released its earnings results on Monday, August 10th. The company reported $0.27 earnings per share (EPS) for the quarter, topping the Thomson Reuters' consensus estimate of $0.26 by $0.01. The company earned $431 million during the quarter, compared to analyst estimates of $430.12 million. On average, equities analysts expect that Snyder's-Lance will post $1.16 earnings per share for the current year. <nl/>The firm also recently declared a quarterly dividend, which was paid on Monday, August 31st. Investors of record on Tuesday, August 25th were issued a $0.16 dividend. The ex-dividend date of this dividend was Friday, August 21st. This represents a $0.64 annualized dividend and a yield of 1.81%. <nl/>Snyder's-Lance, Inc. is a national snack food company. The Company is engaged in the manufacturing, distribution, marketing and sale of snack food products. Its products include pretzels, sandwich crackers, kettle cooked chips, pretzel crackers, cookies, potato chips, tortilla chips, nuts, restaurant style crackers and other salty snacks. It purchases certain cake products and sells under its brands. The Company's brands include core brands, such as Snyder's of Hanover, Lance, Cape Cod, Snack Factory, **Pretzel Crisps** and Late July and allied brands, such as Tomâeuro;trade;s, Archway, Jays, Stella Dâeuro;trade;oro, EatSmart, Krunchers! and O-Ke-Doke. The Company's Clearview Foods division combines Snack Factory, **Pretzel Crisps**, Late July, Organic Snacks and EatSmart brands. The Company also sells Partner brand products, which consist of other third-party branded products that the Company sells to its independent business owners (NASDAQ:LNCE[3]) through its direct-store-delivery distribution network (DSD network).<nl/>Stay on top of analysts' coverage with American Banking ...rket News' daily email newsletter[4] that provides a concise list of analysts' upgrades, analysts' downgrades and analysts' price target changes for each day.Click here to register[5].<nl/> [ 1]: http://www.marketbeat.com [ 2]: http://www.zacks.com/ultimate/?adid=AMERBMN_CONTENT_ZER [ 3]: http://www.marketbeat.com/stocks/NASDAQ/LNCE/ [ 4]: http://www.americanbankingnews.com/daily-email-updates-basic/ [ 5]: http://www.americanbankingnews.com/daily-email-updates-basic/

**Load-Date:** September 25, 2015

**End of Document**



# Federal Circuit: TTAB Incorrectly Evaluated Alleged Genericness Of Pretzel Crisps Mark

Mondaq

September 21, 2015 Monday 3:10 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 937 words

**Byline:** Ms Jennifer Insley-Pruitt

## Body

Sep 21, 2015( Mondaq: http://mondaq.com/ Delivered by Newstex) <nl/> Princeton Vanguard, LLC v. Frito-Lay North America, Inc., 786 F.3d 960 (Fed. Cir. 2015)<nl/><nl/>The Federal Circuit recently vacated the Trademark Trial and Appeal Board's (the "TTAB" or the "Board") February 2014 opinion in the long-running **PRETZEL CRISPS** proceeding, finding that the Board both used the wrong legal standard in finding **PRETZEL CRISPS** generic for "pretzel crackers," and failed to adequately consider the evidence of record.

As discussed in our June 2014 Information Letter, Princeton Vanguard, LLC ("Princeton Vanguard") applied to register the **PRETZEL CRISPS** mark on the Principal Register in 2009. Frito-Lay North America, Inc. ("Frito Lay") opposed the 2009 application based on genericness, and also petitioned to cancel Princeton Vanguard's 2005 registration on the Supplemental Register for the same mark. Following trial, the TTAB found that the **PRETZEL CRISPS** mark was a compound term communicating no more than the common meaning of the individual elements of the term, rather than a unified phrase with a meaning beyond the sum of its parts, and therefore that genericness should be evaluated under the standard established in In re Gould Paper Corp., 834 F.2d 1017 (Fed. Cir. 1987) by focusing on the individual words rather than examining the disputed mark as a whole. See generally Frito-Lay North America, Inc. v. Princeton Vanguard, LLC, 109 U.S.P.Q.2d 1949 (T.T.A.B. 2014). Limiting its analysis to the constituent words of the mark, the Board found that the term "pretzel" in **PRETZEL CRISPS** referred to a type of pretzel and that "crisps" was another name for a "cracker." See id. Based on this determination, the Board held that **PRETZEL CRISPS** was generic, and ruled in favor of Frito Lay.<nl/><nl/>On appeal, the Federal Circuit held that the Board erred by failing to consider the **PRETZEL CRISPS** mark in its entirety. Reviewing the Board's reasoning, the Federal Circuit first found that the Board failed to properly apply the genericness test set forth in H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc., 782 F.2d 987 (Fed. Cir. 1986), which requires the Board to "identify the genus of goods or services at issue, and then assess whether the public understands the mark, as a whole, to refer to that genus." Princeton Vanguard, LLC v. Frito-Lay North America, Inc., 786 F.3d 960, 966 (Fed. Cir. 2015) (emphasis in original). The Circuit held that Gould did not alter Marvin Ginn's requirement of considering each mark in its entirety, but "merely provides additional assistance in assessing the genericness of compound terms where it can be shown that the public understands the individual terms to be generic, and the joining of those terms into one compound word provides no additional meaning." Id. at 968. As the panel determined, however, "[r]egardless of whether the mark is a compound term or a phrase, the applicable test is the same and the Board must consider the record evidence of the public's understanding of the mark as a whole." Id. at 968. In the end, "even if each of the constituent words in a combination mark is generic, the combination is not generic unless the entire formulation does not add any meaning to the otherwise generic mark." Id. at 967 (quoting In re Steelbuilding.com, 415 F.3d 1293, 1297 (Fed. Cir. 2005). <nl/><nl/>The Federal Circuit also held that the Board insufficiently considered the evidence of record. In particular, the panel found that the Board had "short-cut its consideration of the factual record before it" by focusing on evidence introduced by Frito Lay that **PRETZEL CRISPS** was generic to the exclusion of "significant evidence in the form of declarations, survey evidence, and evidence of use of **PRETZEL CRISPS** in the snack food industry and by the media." Id. at 970. The Court further found that the Board improperly evaluated the

survey evidence introduced by both parties, and essentially ignored the genericness survey offered by Princeton Vanguard despite offering no rationale for doing so. Id. at 971. <nl/><nl/>Given these errors, the Circuit remanded the case to the Board, ordering the Board to both reevaluate the alleged genericness of **PRETZEL CRISPS** in light of the requirement to consider the mark as a whole and to give appropriate consideration to all of the evidence of record, including the proffered survey evidence. The remand remains pending before the Board.<nl/><nl/>This decision clarifies the standard to be used in evaluating genericness, substantially eliminating the unified phrase/compound term dichotomy previously relied upon by the Board. Ultimately, it may make genericness more difficult to prove, since any such argument will require a detailed evaluation of the mark as a whole, as well as proof that the combination of two or more terms in a multiword mark does not add any meaning to the individual components. <nl/><nl/>The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.<nl/><nl/> Ms Jennifer Insley-Pruitt<nl/>Fross Zelnick Lehrman ...ssu, PC<nl/>866 United Nations Plaza<nl/>First Avenue ...th Street<nl/>New York<nl/>NY 10017<nl/>UNITED STATES<nl/> Tel: 2128135900<nl/>Fax: 2128135901<nl/> URL: www.frosszelnick.com/<nl/><nl/>Click Here [1] for related articles (c) Mondaq Ltd, 2015 - Tel. +44 (0)20 8544 8300 - http://www.mondaq.com[2]<nl/> [ 1]: http://www.mondaq.com/search/relate.asp?article_id=428432...ine_host_id=0 [ 2]: http://www.mondaq.com/default.asp?online_host_id=22...428432

**Load-Date:** September 21, 2015

End of Document



# United States: Federal Circuit: TTAB Incorrectly Evaluated Alleged Genericness Of Pretzel Crisps Mark

Mondaq Business Briefing

September 21, 2015 Monday

Copyright 2015 Mondaq Ltd. All Rights Reserved



**Length:** 863 words

**Byline:** Jennifer Insley-Pruitt

## Body

Princeton Vanguard, LLC v. Frito-Lay North America, Inc., 786 F.3d 960 (Fed. Cir. 2015)

The Federal Circuit recently vacated the Trademark Trial and Appeal Board's (the "TTAB" or the "Board") February 2014 opinion in the long-running **PRETZEL CRISPS** proceeding, finding that the Board both used the wrong legal standard in finding **PRETZEL CRISPS** generic for "pretzel crackers," and failed to adequately consider the evidence of record.

As discussed in our June 2014 Information Letter, Princeton Vanguard, LLC ("Princeton Vanguard") applied to register the **PRETZEL CRISPS** mark on the Principal Register in 2009. Frito-Lay North America, Inc. ("Frito Lay") opposed the 2009 application based on genericness, and also petitioned to cancel Princeton Vanguard's 2005 registration on the Supplemental Register for the same mark. Following trial, the TTAB found that the **PRETZEL CRISPS** mark was a compound term communicating no more than the common meaning of the individual elements of the term, rather than a unified phrase with a meaning beyond the sum of its parts, and therefore that genericness should be evaluated under the standard established in In re Gould Paper Corp., 834 F.2d 1017 (Fed. Cir. 1987) by focusing on the individual words rather than examining the disputed mark as a whole. See generally Frito-Lay North America, Inc. v. Princeton Vanguard, LLC, 109 U.S.P.Q.2d 1949 (T.T.A.B. 2014). Limiting its analysis to the constituent words of the mark, the Board found that the term "pretzel" in **PRETZEL CRISPS** referred to a type of pretzel and that "crisps" was another name for a "cracker." See id. Based on this determination, the Board held that **PRETZEL CRISPS** was generic, and ruled in favor of Frito Lay.

On appeal, the Federal Circuit held that the Board erred by failing to consider the **PRETZEL CRISPS** mark in its entirety. Reviewing the Board's reasoning, the Federal Circuit first found that the Board failed to properly apply the genericness test set forth in H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc., 782 F.2d 987 (Fed. Cir. 1986), which requires the Board to "identify the genus of goods or services at issue, and then assess whether the public understands the mark, as a whole, to refer to that genus." Princeton Vanguard, LLC v. Frito-Lay North America, Inc., 786 F.3d 960, 966 (Fed. Cir. 2015) (emphasis in original). The Circuit held that Gould did not alter Marvin Ginn's requirement of considering each mark in its entirety, but "merely provides additional assistance in assessing the genericness of compound terms where it can be shown that the public understands the individual terms to be generic, and the joining of those terms into one compound word provides no additional meaning." Id. at 968. As the panel determined, however, "[r]egardless of whether the mark is a compound term or a phrase, the applicable test is the same and the Board must consider the record evidence of the public's understanding of the mark as a

whole." Id. at 968. In the end, "even if each of the constituent words in a combination mark is generic, the combination is not generic unless the entire formulation does not add any meaning to the otherwise generic mark." Id. at 967 (quoting In re Steelbuilding.com, 415 F.3d 1293, 1297 (Fed. Cir. 2005).

The Federal Circuit also held that the Board insufficiently considered the evidence of record. In particular, the panel found that the Board had "short-cut its consideration of the factual record before it" by focusing on evidence introduced by Frito Lay that **PRETZEL CRISPS** was generic to the exclusion of "significant evidence in the form of declarations, survey evidence, and evidence of use of **PRETZEL CRISPS** in the snack food industry and by the media." Id. at 970. The Court further found that the Board improperly evaluated the survey evidence introduced by both parties, and essentially ignored the genericness survey offered by Princeton Vanguard despite offering no rationale for doing so. Id. at 971.

Given these errors, the Circuit remanded the case to the Board, ordering the Board to both reevaluate the alleged genericness of **PRETZEL CRISPS** in light of the requirement to consider the mark as a whole and to give appropriate consideration to all of the evidence of record, including the proffered survey evidence. The remand remains pending before the Board.

This decision clarifies the standard to be used in evaluating genericness, substantially eliminating the unified phrase/compound term dichotomy previously relied upon by the Board. Ultimately, it may make genericness more difficult to prove, since any such argument will require a detailed evaluation of the mark as a whole, as well as proof that the combination of two or more terms in a multiword mark does not add any meaning to the individual components.

The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.

Ms Jennifer Insley-Pruitt
Fross Zelnick Lehrman ; Zissu, PC
866 United Nations Plaza
First Avenue ; 48th Street
New York
NY 10017
UNITED STATES
Tel: 2128135900
Fax: 2128135901
URL: www.frosszelnick.com/

**Load-Date:** September 21, 2015



# GBK and Pilot Pen Partner Up to Host a Luxury Gift and Style Lounge During New York Fashion Week 2015.

PRWeb Newswire

September 10, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2015 Vocus PRW Holdings LLC

**Length:** 902 words

## Body

New York, NY (PRWEB) September 10, 2015

GBK (gbkproductions.com) - the luxury lifestyle gift lounge and special events company, will partner up with Pilot Pen for a luxury gift and style lounge celebrating New York Fashion Week in New York City on September 14th and 15th. Pilot Pen offers superlative writing instruments renowned for quality, performance, cutting-edge technology and consumer satisfaction. Guests will receive their array of pens and gifts such as: FriXion Clicker, MR Animal Collection, Acroball PureWhite, and an exclusive set of Pilot's Signature Style Stationary.

Beauty abounds in this luxury lounge, with trend-setting products such as luxury skincare from Presenting Sponsor - LifeCell.

LifeCell is an all-in-one antiaging treatment formulated to target every aspect of aging skin. Other health and beauty sponsors include: All Beauty Water - a nutrient enhanced skincare drink formulated to help hydrate and nourish your skin from within; Carmex(R) - Ultra-hydrating formula features a soft vanilla flavor, satiny shine and SPF 15, plus Aloe, Vitamin E, and Shea Butter to help moisturize and soothe chapped lips; Peeks Cosmetics, offering a line of high quality products from Vitamin E lip glosses to mint-infused liquid lipsticks, to high-fashioned shade nail shiners to long-lasting high pigment eye shadows and much more; Flawed, gifting their P.O.P-arazzi Essential Kit - A few of our basic beauty essentials that are sure to make you P.O.P (Pretty on Point); and Grande Lash - MD, gifting products to enhance your eyelashes, brows and hair.

On the fashion front, products include: Beyond the Rack, North America's premier online shopping club, will be gifting various beauty products along with a $50 BTR shopping gift card; Cynthia Gale New York - urban eclectic, modern, art-inspired sterling silver jewelry; Canada Bliss Hats and Accessories - stylish Canadian luxury handmade hats made of the finest materials; and handcrafted luxury sneakers from Koio Collective.

Some of the highlights of the lounge include luxury destinations complements of Belmond La Samanna - gifting a Deluxe Ocean Room with daily breakfast for 3 nights and Caribbean Living - offering an all-inclusive trip to the Caribbean at the celebrity's choice of 3 resorts.

Food and beverage gifts are always a nice addition to any lounge, and this year's sponsors include: Maven Cocktails - a new wine-infused vodka cocktail that tastes like a great glass of wine with the spirit of a classic mixed drink; Gourmesso(R), providing compatible coffee capsules for Nespresso(R) machines and is now offering a variety of 20 espresso and lungo blends (including flavored blends) in the US; Ike's Place - Award winning sandwiches for meat eaters, vegetarians, vegans, and gluten free diets; and Quest Nutrition - providing a variety of Quest Protein Bars.

Unique finds including: Running Press - bestselling author, speaker and world-traveling success coach, Jen Sincero, cuts through the din of the self-help genre with her own verbal meat cleaver in You Are a Badass: How to Stop Doubting Your Greatness and Start Living an Awesome Life; The Science of Eating - 32 oz Designer Water Bottles with The Science of Eating company logo; Truly Yours Parfums - a premiere niche fragrance brand dedicated to the philosophy that the beauty fragrance is timeless and encourages a woman to live life beautifully; Ventev - Ventev helps power users break away from the outlet and remain charged up throughout their busy day with their Powercell 3015; and Luxury Ride USA, offering $50 off retail rates for their first booking of Luxury Car Service nationwide.

**GBK and Pilot Pen Partner Up to Host a Luxury Gift and Style Lounge During New York Fashion Week 2015.**

The lounge will feature an eclectic mix of music by DJ's AT LARGE - Since 1992, DJ's AT LARGE has been servicing the New Jersey and Tri-State area with top-shelf mobile DJ entertainment. Flowers and that added touch of luxury will be provided by Scott's Flowers NYC. Green Room products provided by Luna Bar, Bobos Oat Bars, Angie's BOOMCHICKAPOP, PopChips, **Pretzel Crisps**, COMBOS, Marathon Bars, Cabo Chips, Fairytale Brownies, Lancaster Cupcake, Suja Juice, AriZona Beverages, and Vita Coco.

Charity beneficiaries include: Understood.org, who is providing walkthroughs of the website experience and gifting fidgets and USBs to create awareness of the 1 in 5 children who struggle with learning and attention issues related to reading, writing, math, organization, and focus. Also, Youth Villages, gifting Vanessa Diffenbaugh's book as part of their dedication to help support emotionally and behaviorally troubled children and their families live successfully.

GBK, formerly GBK Productions, is a luxury lifestyle gifting and special events company, specializing in entertainment marketing integration. Formed in 2000 by Gavin Keilly, the company's Founder and CEO, GBK consists of five divisions: GBK Celebrity Gifting, GBK Special Events, GBK Weddings, GBK Charitable Consulting and GBK Marketing/Public Relations. Widely known in the entertainment industry for bringing that little extra something into the Gifting Lounge environment, GBK offers its clients a full range of marketing services. For more information on Gavin B. Keilly (CEO), Carla Domen (VP) or GBK, please go to gbkproductions.com.

###

Read the full story at http://www.prweb.com/releases/2015/09/prweb12952608.htm

**Load-Date:** September 15, 2015

---

End of Document



# No Headline In Original

Global Broadcast Database - English MORNING BLEND 9:20 AM ABC

September 9, 2015 Wednesday

Copyright 2015 eNR Services, Inc. All Rights Reserved

**Length:** 432 words

## Body

STATION: 13 KTNV

LAS VEGAS, NV

OTHER ISN'T, ROLL IT IN THERE FROM THE SIDE, PERFECTLY LIT, EVERY TIME. AND THEN AVOCADOS FROM MEXICO, IT -- THEY JUST ADD TO YOUR TAILGATE. THEY'RE FRESH FROM MEXICO, IN SEASON ALL YEARLONG, PROVIDE GOOD FATS FOR YOUR DIET, SODIUM FREE, EVERYONE HAS THEIR FAVORITE.

A LITTLE SALT, LIME, JUICE, MIX IT IN, SPREAD IT ON THE SANDWICHES, AND LET'S SAY, YOU HAVE NO GRILLING SKILLS. YOU CAN'T GRILL THE BRATS, YOU KNOW WHAT YOU CAN DO IS RUN TO THE STORE, AND YOU CAN GET BEER. THAT'S YOUR JOB. BUD LITE THE OFFICIAL NFL BEER SPONSOR, THEY CREATE THEIR OWN LOGO CANS, CUSTOM DESIGNED FOR EACH FAN BASE, NEW FOR THIS SEASON, I'M A BRONCO FAN, I CAN SHOW UP TO THE GAME WITH A DENVER BRONCO BEER CAN. GO TO THEIR WEBSITE FOR MORE INFORMATION AND FINALLY WHEN I'M GRILLING, I DON'T WANT ANYBODY MESSING WITH IT AND LOOKING IN IT. WE HAVE TO HAVE CHIPS, YOU HAVE TO HAVE SNACKS, SO SNACK FACTORY, **PRETZEL CRISPS**, THEY'RE GREAT, EVERYONE LOVES THE FLAT PRETZELS, YOU LOVE THAT AND BEER, THROW THE GUACAMOLE ON THAT, AND IT KEEPS PEOPLE OUT OF YOUR GRILL. FIND OUT MORE ON THEIR WEBSITE. >> I'VE HAD THEM, AND THEY'RE A STAPLE IN MY HOUSEHOLD, AND DELICIOUS STUFF. GREAT SPREAD. WE ONLY HAVE A MINUTE AND A HALF LEFT, LET'S TALK FOOTBALL. WE KNOW HOW LAST YEAR ENDED, THE PATRIOTS HAVE NOT GOTTEN MUCH SLEEP IN THE OFF SEASON, HAVE THEY? >> NO, THEY HAVEN'T, BUT THERE'S NOBODY THAT CAN -- AS WELL AS THE PATRIOTS. GO TO SPY GATE IN 2007, THEY WENT 16 AND 0 ON THE UP YOUR'S TOUR NFL. WE'LL CRAM IT DOWN YOUR THROAT TOUR, AND STILL, I EXPECT THE SAME TYPE OF RESPONSE TO DEFLATEGATE, THAT'S NONSENSE WHAT I THINK. >> YOU KNOW, MARK, YOU'RE A GOOD GUY. AS A BRONCO FAN TO SAY THAT TOO, THAT'S WHAT I'VE BEEN SAYING, EVERYONE IS LIKE, BRADY HAS NO SHOT, I'M A PATRIOT FAN. THE FACT IS, WE HAVE TO WRAP UP, BRADY HAS NEGATIVITY, AND THEN PASSES THROUGH HIS BODY CHAMPIONSHIPS. >> LISTEN MAN, THE GUY IS A GREAT PLAYER, NOBODY PLAYS WITH A BIGGER CHIP ON HIS SHOULDER THAN TOM BRADY AND I HAPPEN TO LOVE IT ABOUT HIM. THERE'S ALWAYS A GAME GOING ON, IF YOU DON'T KNOW WHAT THE GAME IS, YOU'RE IT, AND TOM BRADY, NFL IS THE GAME FOR TOM BRADY AND HE'S BASICALLY WHAT WE LIKE TO CALL WINNING RIGHT NOW. >> HE SHOULD REPLACE THE CHIP ON THE SHOULDER WITH A **PRETZEL CRISP**. GOOD TO TALK TO YOU. >> YOU TOO SEAN WITH AN H. >> WE HAVE A LIST OF ALL THE COOL STUFF, GO PATS. >>> THANK YOU SEAN, DIG IN FOR CHARITY. THE ANNUAL DIAMOND DIG IS SET FOR TOMORROW. YOU CAN WIN GREAT PRIZES, THE GRAND PRIZE, A $2,500 PENDANT, IT HAS FOOD AND WINE, AND MUCH MORE. TO RSVP, CALL THE NUMBER OR E-MAIL THE ADDRESS ON YOUR SCREEN.

**Load-Date:** September 10, 2015

End of Document



# VMG Partners' Kara Cissell-Roell Honored by Food & Wine and Fortune Magazine's Most Innovative Women in Food and Drink Rankings

PR Newswire

September 9, 2015 Wednesday 3:37 PM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 533 words

**Dateline:** SAN FRANCISCO, Sept. 9, 2015

## Body

VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, is pleased to announce that Co-Founder and Managing Director Kara Cissell-Roell has been recognized byFood & WineandFortunemagazine in their 2015 Most Innovative Women in Food and Drink ranking.

Michael L. Mauze, Managing Director of VMG, said, "This is a very prestigious honor for our partner Kara and also an amazing recognition to the VMG team when you consider the caliber of honorees that Food & Wine and Fortune select for these awards. Kara has been an integral part of VMG since we founded the firm 10 years ago and has made significant contributions in helping VMG work with entrepreneurs to build world-class consumer branded companies."

The honorees were identified by Time Inc.'s editors as those "spotlighting the top entrepreneurs and idealists who are changing the world though meaningful work that touches the culinary field." The complete list of 20 honorees appears in the October issues of Fortune and Food & Wine. More information is available athttp://www.foodandwine.com.

Ms. Cissell-Roell, said, "The healthy food and beverage companies in which we have invested have been created by innovative and visionary entrepreneurs dedicated to driving improved consumer health. These emerging revolutionary brands have a relatively small but extremely vocal base of passionate consumers who are choosing more nutrient dense, less processed, more nutritiously sound products to feed themselves, their families and their friends. American consumers are demanding real food that tastes delicious and these brands deliver on that promise. I am honored by this recognition and am especially proud to be joining such a prestigious group of honorees this year."

Other honorees include Jessica Alba, of The Honest Company; Julie Smolyansky, CEO and President, Lifeway Foods; Lauren Bush Lauren, Founder, FEED, FEED Supper; Carla Hall, Co-Host, The Chew; and Allison Hooper, Co-Founder, Vermont Creamery.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target industries includes food, beverage, wellness, pet products, personal care, and household products brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, Babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visithttp://www.vmgpartners.com.

VMG Partners' Kara Cissell-Roell Honored by Food & Wine and Fortune Magazine's Most Innovative Women in Food and Drink Rankings

Contact: Chris Tofalli

Chris Tofalli Public Relations, LLC

914-834-4334

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/vmg-partners-kara-cissell-roell-honored-by-food--wine-and-fortune-magazines-most-innovative-women-in-food-and-drink-rankings-300140268.html

SOURCE VMG Partners

**Load-Date:** September 10, 2015

End of Document



# 12 quick and easy school lunch ideas;

Richmond Times Dispatch (Virginia)

September 6, 2015 Sunday, 2 Edition

Copyright 2015 Richmond Newspapers, Inc. All Rights Reserved

**Section:** MAIN; Pg. 16A

**Length:** 65 words

**Byline:** STORY AND PHOTOS By JEREMY GLOVER Richmond TimesDispatch

## Body

You've got the outfits picked out, the school supplies organized and the alarms set. What are you forgetting?

Lunch.

While parents often smile at the thought of sending the kids back to school, the prospect of packing lunch every day for the next nine months can be daunting.

We're here to help with 12 quick, healthy ideas for filling those lunchboxes.

jglover@timesdispatch.com

(804) 649-6387

## Graphic

Waldorf salad (lettuce, walnuts, Craisins, feta cheese) with oil and vinegar dressing, apple bits and peanut butter crackers. Jeremy Glover/Times-Dispatch Waldorf salad (lettuce, walnuts, Craisins, feta cheese) with oil and vinegar dressing, apple bits and peanut butter crackers. Jeremy Glover/Times-Dispatch Hummus with carrots, red peppers, green peppers, **pretzel crisps** and dried fruit (raisins, blueberries and cherries). Jeremy Glover/Times-Dispatch Hummus with carrots, red peppers, green peppers, **pretzel crisps** and dried fruit (raisins, blueberries and cherries). Jeremy Glover/Times-Dispatch Salami and provolone rollups, grapes, ants on a log, and Cheddar Bunnies. Jeremy Glover/Times-Dispatch Salami and provolone rollups, grapes, ants on a log, and Cheddar Bunnies. Jeremy Glover/Times-Dispatch Peanut butter and Greek yogurt dip with pretzel twists, snap peas, apple slices and cheese cubes. Jeremy Glover/Times-Dispatch Peanut butter and Greek yogurt dip with pretzel twists, snap peas, apple slices and cheese cubes. Jeremy Glover/Times-Dispatch PB&J swirls, cheese stick, carrots, snap peas and ranch dressing. Jeremy Glover/Times-Dispatch PB&J swirls, cheese stick, carrots, snap peas and ranch dressing. Jeremy Glover/Times-Dispatch Cheese quesadilla with salsa, grapes and cucumber slices. Jeremy Glover/Times-Dispatch Cheese quesadilla with salsa, grapes and cucumber slices. Jeremy Glover/Times-Dispatch Ham rolls with cottage cheese and pineapple bits. Jeremy Glover/Times-Dispatch Ham rolls with cottage cheese and pineapple bits. Jeremy Glover/Times-Dispatch Yogurt with granola, peach slices and blueberries. Jeremy Glover/Times-Dispatch Yogurt with granola, peach slices and blueberries. Jeremy Glover/Times-Dispatch Egg-salad sandwiches with grapes, carrots and ranch dip. Jeremy Glover/Times-Dispatch

12 quick and easy school lunch ideas;

**Load-Date:** September 8, 2015

End of Document



# 2015 40Under40 Winner: Adam Padilla

DMNews

September 2015

Copyright 2015 Haymarket Media. All Rights Reserved



**Section:** FEATURE

**Length:** 258 words

**Byline:** Kristin LaFratta
**Highlight:** President and Chief Creative Officer, Brandfire

## Body

Adam Padilla, President and Chief Creative Officer, Brandfire

Meet the candid artist and cofounder behind Brandfire, a branding agency that turned a profit within its first year of opening. Whether designing T-shirts in Long Island or working as creative director for the Nets, Padilla consistently prioritizes quality over cost. Starting as a freelancer in the early 2000s, Padilla created **Pretzel Crisps** brand, whose owners sold it for $300 million. Years later his three-year-old agency is crafting brands for names like Run-D.M.C. and Tom Brady. Turning his branding expertise toward charity, Padilla ran a direct marketing campaign for Universal Aid for Children Ukraine that led to the most successful donation in the charity's 20-year history.

Defining moment: Moving and building the office of my dreams this year was a physical manifestation of everyone seeing what I had seen initially. The risk to move paid off, because we signed up some fantastic clients to pay the difference in rent.

Words to live by:  Be authentic to yourself and play to your strengths.

Strategy shift:  Companies with strong social followings engage 24% more consumer base. We pivoted from branding on websites to helping brands have a better voice on social.

Up next: I love the Amazon Buy Button: the dovetailing of consumer technology with tactile hardware presents all different possibilities.

Advice to young marketers:Never forget that who you're marketing to aren't numbers, metrics, or groups on a pie chart; they're human beings, just like you.

*-Kristen LaFratta*

**Load-Date:** September 28, 2015

**End of Document**



# Snyder's-Lance Q2 net income increases

MarketLine NewsWire (Formerly Datamonitor)

August 27, 2015 Thursday 9:48 AM GMT

Copyright 2015 MarketLine All Rights Reserved



**Section:** FOOD

**Length:** 325 words

**Highlight:** Snyder's-Lance, Inc. has reported that net income attributable to the company for the second quarter ended July 4, 2015 was $17.33 million, or $0.24 per diluted share, compared to $11.68 million, or $0.16 per diluted share, for the same quarter ended June 28, 2014.

## Body

Net revenue for the second quarter ended July 4, 2015 was $431.43 million, compared to $399.60 million for the same quarter ended June 28, 2014. Net income attributable to the company for the six months ended July 4, 2015 was $27.96 million, or $0.39 per diluted share, compared to $28.49 million, or $0.40 per diluted share, for the same period ended June 28, 2014. Net revenue for the six months ended July 4, 2015 was $833.77 million, compared to $772.61 million for the same period ended June 28, 2014. "Our team delivered solid results for the second quarter, continuing our positive momentum for 2015. Our balanced portfolio of 'better for you' and premium products are winning with consumers looking for snacks that taste great and provide fuel for their busy day," said Carl Lee, Jr., president and CEO. "During the second quarter, core brand sales were led by Cape Cod Kettle Chips which grew at double digits. Snyder's of Hanover pretzels gained significant market share during the quarter thanks to innovative new products and our new advertising campaign, 'Discover the Pretzelbilities'. Snack Factory **Pretzel Crisps** and Late July both delivered strong top line performance and market share gains driven by the Clearview Division team.

"Lance sandwich crackers gained market share over the latest 26 weeks, led by our balanced distribution strategy of leveraging DSD and Direct Sales to improve retail execution and reach new customers. During the second quarter, we secured new distribution for Lance driving incremental growth for this renovated brand. Expense control across the company has been a focus all year contributing to operating margin expansion for the quarter. In addition, we accomplished two significant system implementations that came online flawlessly in the second quarter, showing once again our excellence in this area. Overall, we had a good quarter and I am very proud of our team for their commitment to winning."

**Load-Date:** September 2, 2015

End of Document



# Snyder's-Lance (LNCE) Quick Starts Biscuits Get New Flavors

Zacks Investment Research

August 26, 2015 Wednesday 9:05 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 749 words

**Byline:** Zacks Equity Research

## Body

Aug 26, 2015( Zacks Investment Research: http://www.zacks.com/ Delivered by Newstex) <nl/> Innovation has always been one of the important strategies of consumer goods companies. Innovation helps companies to cater to changing consumer preference and also strengthens their product portfolio.

These innovations are often targeted toward the growing number of health-conscious customers who prefer packaged food for its convenience but at the same time are unwilling to compromise on health.<nl/>Snyder's-Lance, Inc. LNCE[1] recently introduced five new flavors of Lance Quick Starts breakfast biscuits.<nl/>Lance Quick Starts are a sandwich of two whole grain biscuits separated by a layer of filling. The five flavors introduced are Bacon Cheddar, Vanilla Greek Yogurt, Raspberry Greek Yogurt, Everything Bagel and Chocolate Cream. Original Quick Starts is already available in flavors of Blueberry Muffin, Cinnamon Roll and Maple French Toast.<nl/>While Vanilla Greek Yogurt has a sweet and tangy filling sandwiched between granola crackers, Raspberry Greek Yogurt has a rich and fruity center between wholesome granola crackers. On the other hand, Everything Bagel has a cream cheese filling with hints of garlic, onion and sesame. Chocolate Cream is a treat sandwiched between two granola crackers. All eight Lance Quick Starts products contain fiber and vitamin B, 13 grams of whole grain per serving and 3 grams of protein.<nl/>Lance Quick Starts products target the increasing number of health conscious consumers, who understand the importance of a nutritious breakfast. This is not the first time that Snyder's-Lance is trying to improving the nutritional status of its products. Earlier this year, Snyder's-Lance launched a number of gluten-free snacks under the brands Cape Cod, Snack Factory **Pretzel Crisps**, Eatsmart Naturals and Lance (read: New Gluten Free Snacks Strengthen Snyder's-Lance Portfolio[2]).<nl/>These new products are expected to further increase snacking options for health conscious consumers who prefer gluten-free food either due to gluten sensitivity or as a healthier option.<nl/>Cape Cod, Hanover pretzels, Lance sandwich crackers, and **Pretzel Crisps** crackers are Snyder's-Lance's four core brands. The latest innovations would drive revenues in the near term.<nl/>Snyder's-Lance has a Zacks Rank #2 (Buy).<nl/>Other Stocks to Consider<nl/>Other stocks in the food industry worth considering are Omega Protein Corporation OME[3], Cal-Maine Foods, Inc. CALM[4] and Flowers Foods, Inc. FLO[5]. While Omega Protein Corporation sports a Zacks Rank #1 (Strong Buy), Cal-Maine Foods and Flowers Foods carry a Zacks Rank #2.<nl/>Want the latest recommendations from Zacks Investment Research? Today, you can download 7 Best Stocks for the Next 30 Days. Click to get this free report >>[6]<nl/>Want the latest recommendations from Zacks Investment Research? Today, you can download 7 Best Stocks for the Next 30 Days. Click to get this free report[7] CAL-MAINE FOODS (CALM): Free Stock Analysis Report[8] SNYDERS-LANCE (LNCE): Free Stock Analysis Report[9] FLOWERS FOODS (FLO): Free Stock Analysis Report[10] OMEGA PROTEIN (OME): Free Stock Analysis Report[11] To read this article on Zacks.com click here.[12] Zacks Investment Research[13]<nl/> [ 1]: http://www.zacks.com/stock/quote/LNCE [ 2]: http://www.zacks.com/stock/news/166667/new-gluten-free-snacks-strengthen-snyderslance-portfolio [ 3]: http://www.zacks.com/stock/quote/OME [ 4]: http://www.zacks.com/stock/quote/CALM [ 5]: http://www.zacks.com/stock/quote/FLO [ 6]: http://www.zacks.com/registration/pfp/?ALERT=RPT_7BST_LP194...D=ZACKS_PFP_7BEST_analyst%20blog [ 7]:

http://www.zacks.com/registration/pfp/?ALERT=RPT_7BST_LP194...D=ZC_CONTENT_ZER_ARTCAT_ANALYST

_BLOG...=CS-ZC-FT-187858 [ 8]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINK...lert=rd_final_rank...ALM...D=ZC_CONTENT_ZR_ARTC
AT_ANALYST_BLOG...=CS-ZC-FT-187858 [ 9]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINK...lert=rd_final_rank...NCE...D=ZC_CONTENT_ZR_ARTC
AT_ANALYST_BLOG...=CS-ZC-FT-187858 [ 10]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINK...lert=rd_final_rank...LO...D=ZC_CONTENT_ZR_ARTCAT
_ANALYST_BLOG...=CS-ZC-FT-187858 [ 11]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINK...lert=rd_final_rank...ME...D=ZC_CONTENT_ZR_ARTCA
T_ANALYST_BLOG...=CS-ZC-FT-187858 [ 12]: http://www.zacks.com/stock/news/187858/snyders-lance-
lnce-quick-starts-biscuits-get-new-flavors?cid=CS-ZC-FT-187858 [ 13]: http://www.zacks.com/


**Load-Date:** August 26, 2015

---

End of Document



# Lance® Celebrates National Breakfast Month with Five New Quick Starts(TM) Flavors; New On-the-Go Breakfast Sandwiches Add Mix of Sweet and Savory Offerings

PR Newswire

August 24, 2015 Monday 11:30 AM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 737 words

**Dateline:** CHARLOTTE, N.C., Aug. 24, 2015

## Body

Just in time for National Breakfast Month in September,Lance® Quick Starts(TM)introduces five new flavors to its lineup of convenient, delicious and nutritious breakfast biscuits designed to make the morning meal a lot easier - and a lot more interesting.

"This is how we sandwich," said Snyder's-Lance Chief Marketing Officer Rod Troni. "Like all Lance sandwich crackers, the new Quick Starts offerings feature two awesome whole grain biscuits on the outside with an incredible filling in the middle."

The new flavors include:

Bacon Cheddar, a savory combination of breakfast favorites stacked between two tasty biscuits.Vanilla Greek Yogurt, featuring a sweet and tangy filling between granola crackers.Raspberry Greek Yogurt, with a rich and fruity center between wholesome granola crackers.Everything Bagel, boasting hints of garlic, onion and sesame crackers with cream cheese in the middle.Chocolate Cream, a decadent morning treat sandwiched between two hearty granola crackers.

The new varieties join the original Quick Starts flavors of Blueberry Muffin, Cinnamon Roll and Maple French Toast that were introduced earlier this year. All eight Quick Starts products provide good sources of fiber and B vitamins, 13 grams of whole grain per serving and 3 grams of satisfying protein to jump start the morning.

The expansion of the Quick Starts line is tied to the meteoric rise of the breakfast biscuit category, which surged 43 percent to $172 million in sales from March 2014 to March 2015, according to Nielsen Scan data. As consumers seek alternative breakfast options better suited to their nutrition and lifestyle needs, they're either replacing or complementing their consumption of traditional, grain-based breakfast foods like cereal, toast and muffins with more satisfying, protein-rich products like Lance Quick Starts.

"Today's consumers are busier than ever, and they're also more informed about the types of foods that fuel them through the day," said Troni. "These days everyone is looking to balance convenience and nutrition in their morning routine, and many are finding an on-the-go solution like Quick Starts fits their lifestyle better than a traditional sit-down breakfast. Moms especially are driving the increase in morning snacking as they supplement their family's meals with nutritious options like Quick Starts as part of a healthy, active lifestyle."

The full lineup of Quick Starts flavors will be available in the cracker aisle at retailers across the country beginning in September. The Quick Starts box contains five individually wrapped packages of six sandwiches.

For more information about Lance's lineup of Quick Starts products, visithttp://www.lance.com/snacks/quick-starts.

Lance® Celebrates National Breakfast Month with Five New Quick Starts(TM) Flavors; New On-the-Go Breakfast Sandwiches Add Mix of Sweet and Savory Offerings

About Lance SnacksFor more than 100 years, Lance® has been fueling America with its sandwich crackers - two awesomes and an incredible in the middle. Wholesome and delicious, Lance® sandwich crackers are available in more than 20 varieties, including ToastChee®, Whole Grain, BOLDS®, Gluten Free and Quick Starts(TM). Lance® sandwich crackers are made with baked, crispy crackers and real ingredients like freshly ground peanut butter. For more information about Lance® sandwich crackers, please visithttp://www.lance.com.

About Snyder's-Lance, Inc.Snyder's-Lance Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Wisconsin and Ohio. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps®**, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke® and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

Photo -http://photos.prnewswire.com/prnh/20150824/260506

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/lance-celebrates-national-breakfast-month-with-five-new-quick-starts-flavors-300132214.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Stacey McCray, 704-552-6565, stacey.mccray@lgapr.com

**Load-Date:** August 25, 2015

---

End of Document



# Press Release: Lance(R) Celebrates National Breakfast Month with Five New Quick Starts(TM) Flavors

Dow Jones Institutional News

August 24, 2015 Monday 3:30 PM GMT

Copyright 2015 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2015, Dow Jones & Company, Inc.

⫘ **DOW JONES** NEWSWIRES

**Length:** 802 words

## Body

Lance(R) Celebrates National Breakfast Month with Five New Quick Starts(TM) Flavors

New On-the-Go Breakfast Sandwiches Add Mix of Sweet and Savory Offerings

PR Newswire

CHARLOTTE, N.C., Aug. 24, 2015

CHARLOTTE, N.C., Aug. 24, 2015 /PRNewswire/ -- Just in time for National Breakfast Month in September, Lance(R) Quick Starts(TM) introduces five new flavors to its lineup of convenient, delicious and nutritious breakfast biscuits designed to make the morning meal a lot easier -- and a lot more interesting.

"This is how we sandwich," said Snyder's-Lance Chief Marketing Officer Rod Troni. "Like all Lance sandwich crackers, the new Quick Starts offerings feature two awesome whole grain biscuits on the outside with an incredible filling in the middle."

The new flavors include:

```
-- Bacon Cheddar, a savory combination of breakfast favorites stacked
   between two tasty biscuits.

-- Vanilla Greek Yogurt, featuring a sweet and tangy filling between granola
   crackers.

-- Raspberry Greek Yogurt, with a rich and fruity center between wholesome
   granola crackers.

-- Everything Bagel, boasting hints of garlic, onion and sesame crackers
   with cream cheese in the middle.

-- Chocolate Cream, a decadent morning treat sandwiched between two hearty
   granola crackers.
```

The new varieties join the original Quick Starts flavors of Blueberry Muffin, Cinnamon Roll and Maple French Toast that were introduced earlier this year. All eight Quick Starts products provide good sources of fiber and B vitamins, 13 grams of whole grain per serving and 3 grams of satisfying protein to jump start the morning.

The expansion of the Quick Starts line is tied to the meteoric rise of the breakfast biscuit category, which surged 43 percent to $172 million in sales from March 2014 to March 2015, according to Nielsen Scan data. As consumers seek alternative breakfast options better suited to their nutrition and lifestyle needs, they're either replacing or complementing their consumption of traditional, grain-based breakfast foods like cereal, toast and muffins with more satisfying, protein-rich products like Lance Quick Starts.

"Today's consumers are busier than ever, and they're also more informed about the types of foods that fuel them through the day," said Troni. "These days everyone is looking to balance convenience and nutrition in their morning routine, and many are finding an on-the-go solution like Quick Starts fits their lifestyle better than a traditional sit-down breakfast. Moms especially are driving the increase in morning snacking as they supplement their family's meals with nutritious options like Quick Starts as part of a healthy, active lifestyle."

The full lineup of Quick Starts flavors will be available in the cracker aisle at retailers across the country beginning in September. The Quick Starts box contains five individually wrapped packages of six sandwiches.

For more information about Lance's lineup of Quick Starts products, visit www.lance.com/snacks/quick-starts .

About Lance Snacks

For more than 100 years, Lance(R) has been fueling America with its sandwich crackers -- two awesomes and an incredible in the middle. Wholesome and delicious, Lance(R) sandwich crackers are available in more than 20 varieties, including ToastChee(R), Whole Grain, BOLDS(R), Gluten Free and Quick Starts(TM). Lance(R) sandwich crackers are made with baked, crispy crackers and real ingredients like freshly ground peanut butter. For more information about Lance(R) sandwich crackers, please visit www.lance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Wisconsin and Ohio. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R) and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

Photo - http://photos.prnewswire.com/prnh/20150824/260506

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/lance-celebrates-national-breakfast-month-with-five-new-quick-starts-flavors-300132214.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.lance.com

(END) Dow Jones Newswires

August 24, 2015 11:30 ET (15:30 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** August 26, 2015

End of Document



# Lance® Fuels Up Partnership as Official Sandwich Cracker of Little League®; Brand to Host Numerous Fan Events at Little League World Series

PR Newswire

August 19, 2015 Wednesday 10:30 AM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 661 words

**Dateline:** CHARLOTTE, N.C., Aug. 19, 2015

## Body

Lance®, which has been fueling America with its wholesome and delicious snacks for more than 100 years, teams up with Little League® Baseball and Softball for another year as the organization's "Official Sandwich Cracker." This successful partnership seeks to energize and inspire young athletes to reach their potential.

"The partnership of our two American classics is a natural fit, building on a rich heritage of promoting wholesome fun, activity and snacks the whole family can enjoy," said Rod Troni, Chief Marketing Officer at Snyder's-Lance. "Little League uses the ball field as a classroom to instill core values, and Lance uses our two awesome crackers with an incredible filling in the middle as a wholesome snack to give on-the-go families the energy they need to stay active. This is how we sandwich."

As part of this year's partnership, Lance will host gameday experiences, including a snack patrol tent with fun games and special promotions, at the Little League Baseball World Series in South Williamsport, Pennsylvania, Aug. 20-30. More than 100,000 sandwich crackers will be given out during the tournament to fuel hungry players and fans. Crackers and other Lance products will also be on sale in the concession stand.

"We're thrilled to continue our partnership with Lance," said Liz DiLullo Brown, Little League Vice President of Marketing and Strategic Partnerships. "Lance has been satisfying Little Leaguers® and their families with great snacks for decades, and it's wonderful to see them continue to step up to the plate and encourage our young athletes to succeed on and off the field."

For more information about Lance sandwich crackers and the Little League partnership, plus fun baseball snacktivities, visit http://www.Lance.com/LittleLeague.

About Lance Snacks  For more than 100 years, Lance® has been fueling America with its sandwich crackers - two awesomes and an incredible in the middle. Wholesome and delicious, Lance® sandwich crackers are available in more than 20 varieties, including ToastChee®, Whole Grain, BOLDS®, Gluten Free and Quick Starts(TM). Lance® sandwich crackers are made with baked, crispy crackers and real ingredients like freshly ground peanut butter. For more information about Lance® sandwich crackers, please visithttp://www.lance.com.

About Snyder's-Lance, Inc. Snyder's-Lance Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Wisconsin and Ohio. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke® and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

Lance® Fuels Up Partnership as Official Sandwich Cracker of Little League®; Brand to Host Numerous Fan Events at Little League World Series

About Little League®Little League® Baseball and Softball is the world's largest organized youth sports program, with 2.4 million players and one million adult volunteers in every U.S. state and more than 80 other countries. In 2014, Little League celebrated its 75th Anniversary of developing major league people. For more information, visitLittleLeague.org, or follow the Little League on Facebook (facebook.com/LittleLeagueBaseballAndSoftball) or Twitter (twitter.com/LittleLeague).

Logo -http://photos.prnewswire.com/prnh/20150819/259607LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/lance-fuels-up-partnership-as-official-sandwich-cracker-of-little-league-300130654.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Stacey McCray, 704-552-6565, stacey.mccray@lgapr.com

**Load-Date:** August 20, 2015

End of Document



# Q2 2015 Snyder'sLance Inc Earnings Call - Final

FD (Fair Disclosure) Wire

August 10, 2015 Monday

Copyright 2015 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2015 CCBN, Inc.

**Length:** 8023 words

## Body

Corporate Participants

* Mark Carter

Snyder's-Lance, Inc. - VP and IR Officer

* Carl Lee

Snyder's-Lance, Inc. - President and CEO

* Rick Puckett

Snyder's-Lance, Inc. - EVP, CFO and CAO

Conference Call Participants

* Brett Hundley

BB&T Capital Markets - Analyst

* Eric Katzman

Deutsche Bank - Analyst

* Bill Chappell

SunTrust - Analyst

* Amit Sharma

BMO Capital Markets - Analyst

* Michael Gallo

CL King - Analyst

Presentation

OPERATOR: Good day, ladies and gentlemen, and welcome to the Snyder's-Lance second-quarter 2015 financial results call. (Operator Instructions). As a reminder, this conference call is being recorded.

I would now like to introduce your host for today's conference, Mr. Mark Carter, Vice President and Investor Relations Officer. Sir, you may begin.

MARK CARTER, VP AND IR OFFICER, SNYDER'S-LANCE, INC.: Great, thank you, Kaylee, and good afternoon, everyone. With me today are Carl Lee, President and Chief Executive Officer, as well as Rick Puckett, Executive Vice President, Chief Financial Officer, and Chief Administrative Officer of Snyder's-Lance, Inc.

During today's call, we will discuss our 2015 second-quarter results, as well as estimates for the balance of 2015. As a reminder, we're webcasting this conference call, including the supporting slide presentation on our website at SnydersLance.com.

Before we begin, I would like to point out that during today's presentation management may make forward-looking statements about our Company's performance. Please refer to the Safe Harbor language that is included in each of our presentations.

I will now turn the call over to Carl Lee, President and Chief Executive Officer, to begin management's comments.

CARL LEE, PRESIDENT AND CEO, SNYDER'S-LANCE, INC.: Thank you, Mark. Good afternoon, everyone. We really do appreciate you joining us this afternoon as we get a chance to review our Q2 results and talk a little bit about our future and where we are heading. As we begin to take a look at the pages, I would welcome you to turn to page 4.

As we provide some highlights for Q2, we had very strong revenue, margin, and operating income growth for the quarter. In fact, net revenue was up 8%, our operating margin improved by 50 basis points, and our overall earnings per share was up 20%.

Some of the key things that drove our results for the quarter was our branded growth outpaced our peers and outpaced the industry. It was driven by innovation, innovation that we rolled out in 2014 and also innovation we rolled out this past year. We had some nice distribution gains and we also saw higher velocities at the shelf on all of our core brands.

This led to overall share growth improvement for all of our core brands and we will get into that and some more detail in just a second.

Our operating margin expanded by over 50 basis points. We will also remind you that this time last year we sold our private-brand business and had some overhang costs to deal with, so we have been able to effectively lead that and we will talk about that more. And again, very proud of our team and the results they accomplished with a 20% increase in EPS for the quarter.

Now if you would, turn to page 5. Performance was ahead of the category for each of our core brands throughout the quarter. Snyder's of Hanover drove very solid growth, strengthening our leadership position in this all-important category, and we scored some very important market-share gains for the quarter and also for year to date.

Lance, also. As you know, we just recently completed our renovation process for the new packaging, the new formulations, and some other improvements to the brand as we repositioned it, and for the last 26 weeks it is showing nice share gains and some improvements.

Cape Cod continues to deliver the growth that we expected. It is coming through expanded distribution, higher velocity, and just strong performance on both topline and from a market-share standpoint.

Snack Factory **Pretzel Crisps** had another good quarter, with good revenue and market-share gains overlapping some very strong growth, as you'll recall, from last year.

And Late July, the newest addition to our portfolio, also delivered a very strong quarter, thanks to new distribution, ever-expanding consumer trial, and reaching some very new and important channels, part of which is leveraging our DSD muscle as we expand distribution on that key brand. It continues to perform extremely well.

Turning to page 6, just as a reminder, we have all talked about it and you hear about it from throughout the industry, and that is that these are very challenging times. They are challenging times from a growth standpoint. They are challenging times from a consumer and retailer changing standpoint.

We have been able to adapt as a mid-sized company to really make sure we are staying on top of these. The consumers are clearly seeking more snacking options and more snacking choices that includes better for you.

Our answer to that is our balanced portfolio strategy. We are providing consumers with a wide selection of better for you snacks to cater to that demand, but we are also investing in innovation from our premium snacks, making sure that consumers who are looking for indulgent items are equally served as we expand our portfolio from better for you all the way through indulgence.

Retailer competition and consolidation continues to escalate across all channels. We are addressing that through our balanced distribution system. With our capability throughout DSD, we are able to respond very quickly to needs in that area, but also our growing and developing direct sales organization allows us to once again cater to customer needs and cater to channel opportunities to grow our brands and to better serve our retailer base.

In addition to that, we all know it is a very competitive environment. Growth potential is limited across the snack category and all categories throughout the retailing industry. We are addressing that with our balanced execution. We have got scale to leverage, but we also are very focused on our speed to market, and our balanced execution is all about leveraging our scale as we react very quickly to consumer changes and industry changes to be responsive to serve our customer base.

If you will, turn to page 7 and share a little bit more about our strategic approach and what we call our balanced approach to delivering good overall results. For the quarter, we were able to extend the reach of our brands. Innovation is clearly attracting new consumers to our core brands and expanding our franchise. Our advertising continues to expand awareness, and through increased awareness, we're getting higher trial rates.

We also were able to expand our sales capabilities and our execution. We are busy adding routes to our DSD operation to continue to build out our scale. We clearly are reaching new retailers and even new channels as we expand our reach through our balanced approach on our sales execution.

We continue to drive productivity to increase our margins. We saw manufacturing improvements and efficiency gains for the quarter and we continue to leverage our scale to improve our cost base.

Now let's turn to page 8. Let's talk about where we are headed and some of the key things that we continue to focus on not only to deliver a good quarter, but to continue to deliver the results that we all expect.

We really are focused on our overall shareholder value creation and making sure that we've got the key drivers in place to deliver the results we are expecting. There is really four key areas I'd like to talk to you about today.

Clearly, it is all about topline growth and driving a strong topline with the proper mix that we expect. It is about expanding our margin so we continue to deliver the overall results we are looking for. It is about improving cash flow and it is being very wise with our investments to make sure that we see a return on those.

As you turn now to page 9, let's talk a little bit about these in more depth. As far as topline growth and making sure we continue to outpace our categories and our own internal expectations, our idea of a balanced portfolio is very important to us. Our core brands must continue to grow. We must continue to gain share and we're going to do that with our own trend innovation and a very balanced approach to addressing consumer needs and reaching new consumers.

We also have the opportunity and the luxury of additional channels to develop and additional geographies to expand. Our balanced distribution system allows our DSD system to continue to enhance this capability and its execution day in and day out as we reach new outlets and better serve the ones we are currently in.

Our direct sales team is winning new authorizations and gaining new accounts throughout the year and will continue to. And we also have an opportunity where we actually do have underserved channels that we really see as a long-term volume opportunity for us to continue to grow our very important business.

If you will now, turn to page 10, and as we focus on our margins. If I can call your attention first of all to the graph down below, as you will recall this time last year we were completing the sale of our private brands. And from 2000 to 2014, we actually saw a little bit of contraction on our margins because we had to deal with that stranded overhead cost.

The good news is we've been able to deal with that effectively and I'm very proud of the team's effort, and you see in 2015 over the same time frame our margins have actually begun to climb and expand above the rate that we had in 2013, so we're back to addressing the margin growth that we all expect.

We are clearly focused on brand mix and I will admit we have room to continue to focus and execute even stronger on making sure that we have got the right mix to improve our overall P&L performance. We're also -- previous investments in manufacturing to drive productivity are beginning to kick in and the good news is more and more of those are behind us.

We also, as I had said earlier, really were able to address the sale of the private brands and begin to tackle our cost base and begin to deal with the margin improvements that we were looking for for 2015 as we addressed some of the overhang costs that was left over after that important divestiture.

Now as we turn to page 11, we continue to focus aggressively on our cash flow and making sure that we are very diligent on our costs and our approach to adding in the incremental cost to the business, ensuring that we have the proper return on our capital. We have got less overall capital investments coming ahead of us, as we have completed most of the major infrastructure changes that we needed to in several of our key plants. We have also completed a lot of system upgrades and system changes, which, as you know, can be very expensive, and most of those are behind us.

So we're really focused now on efficiencies and improvements as we leverage our overall cost base. We will, however, continue to invest in our brands and invest in a way that is going to make them very relevant to consumer needs and allow us to continue to grow those.

Focusing now on page 12, part of the investments we will have will continue to be around marketing and advertising. We will continue to make sure our advertising budgets are strong and support our brands in the way that we all have grown accustomed to. We will continue to leverage both traditional advertising and some very successful new events in digital to make sure we continue to connect with our consumers in the way that serves their needs best and really targets the ideal consumers' reach for our brands.

We will continue to work on our product portfolio and innovation. We have a robust pipeline ahead of us that we will continue to roll out for the back half of this year, 2016, and 2017 and beyond, and we will continue to focus on the very successful innovation that we are proud of over the past couple years.

The other good news is that our brands are very extendable. We have seen Cape Cod move into popcorn successfully. We have seen Lance move into early morning occasions with Quick Starts that once again has shown that our brands are extendable and can be used to reach additional consumer occasions and incremental consumers.

Now as we turn to page 13, we have often talked about our success with innovation and our focus on making sure that we've got compelling news to bring to market and innovation that really sticks long term. Here is a quick lineup of what we are going to be launching in the back half of 2015, after a very successful first-half launch.

We have got some new items under Quick Start. Based on some requests from customers and consumers, we have added savory events -- some savory items to the Quick Start lineup that we are excited about.

We have got the **Pretzel Crisps** rolling out with the gluten-free that is already in the marketplace, but now with dark chocolate coating. We have got our Cape Cod Duos, which add real fruit, an exciting opportunity for us to roll that out in the back half of the year. Late July continues to have a strong pipeline of new products that are successful first half of the year and also for the back half, and then we've got some exciting news for Snyder's and also our Lance lineup on peanuts.

So all in all, we're very excited about our innovation pipeline not only for the first half of the year, but also what we are bringing to market in the back half, and then we're certainly ready for the new innovation that we will be launching shortly for 2016.

With that, I would like to turn it over to Rick and talk a little bit more about the financials for the past quarter.

RICK PUCKETT, EVP, CFO AND CAO, SNYDER'S-LANCE, INC.: Thanks, Carl, and good afternoon, everyone. Thanks for joining our call today. Let's turn to page 15 and take a deeper dive into the quarter financials and a little bit of the year to date, as well.

On page 15, you will see a revenue comparison year over year and you will see that in fact we increased our revenue by 8% year over year in total. Branded revenue increased by $21 million or 7.5%, which was, as Carl mentioned, driven by good growth across all of our brands.

Our core brand growth was actually up 9.1%. The volume increase of that actually is just over 10%, so we had negative pricing of just over 1% during the quarter.

The organic core brand growth was 5.8%, with volume up 6.9%, so a very strong quarter for all of our core brands. As Carl mentioned, we gained market share across the entire core brand population, including Lance, which reflects the good news with the completion of the renovation that Carl mentioned and that the brand has now brought us new distribution through on-trend innovation.

The increase in other revenue is largely related to the Baptista acquisition.

If we look at year to date on page 16, similar story. Revenue increased by almost 8% versus last year. Branded revenue was up 6.5%. The core brand growth was actually 8.1%, with volume growth at 9.5%. Organic core brand growth was 4.7%, with volume up 6.1%. So, again, very strong core brand growth across the board.

We increased market share across all of our core brands in the first six months. And again, the other category is largely the Baptista acquisition.

If we turn now to page 17, looking at some of the other key financial statistics for the second quarter, gross margin actually decreased year over year by 130 basis points, which was largely driven by the mix that Carl mentioned a few minutes ago within our branded sales. This is also reflecting an increase in trade over the quarter year over year and we actually made an investment in trial for Late July in the second quarter, which accounted for about 42 of the basis points of the 130 that you see there.

Our manufacturing sites are continuing to improve their efficiencies, given the investments we have made over the last year, and operating income as a percentage of revenue increased 50 basis points to 7.5%. This increase was largely attributable to the improved SG&A cost. Advertising spend was slightly lower than last year, due to the timing of activity in the second quarter. The SG&A expense is really a result of the margin improvement and cost-reduction plan that we announced this time last year to help offset the stranded cost that Carl mentioned by the sale of the private brands.

You can see income tax rate is essentially the same year over year and EPS is up 20% -- or over 20% from last year, given the improvements in operating margin.

If we look at the year to date on page 18, the gross margin decrease of 120 basis points there is the same story, actually, as the quarter, with the mix driving a lot of that higher. Trade spend as a result of that is driving the significant change year over year.

Going forward, our focus is going to be on better branded mix, optimizing trade spend even more as we utilize the tools that we put into place earlier in the year, and increased manufacturing efficiencies, which will continue to drive improved margins from the cost of goods sold line.

Operating income as a percentage of revenue increased 20 basis points. This increase is largely attributable to the improved SG&A expenses that I mentioned before.

Our tax rate, as you can see, is quite different year over year and that was driven by a significantly lower tax rate in Q1 of last year. The tax rate for the year is still expected to be lower, somewhere around 35% for the year. The difference in the tax rate is equal almost to $0.03 in EPS for the year-over-year comparison. So, the 13% increase that you see on EPS on the page is actually about 15% if you equalize the tax rate.

Just turning to page 19 now, our free cash flow has been a focus area for us, especially on the working capital side. You can see that even though we are trailing last year, the first six months of last year included the private brands business, and in fact at the end of 2014, our free cash flow on a trailing 12-month basis was about $71 million. We're at $77.8 million on a trailing 12-month basis right now and that will continue to increase as we move forward.

Our debt leverage is about 1.1, reflecting a strong balance sheet with capacity. The current leverage is getting a benefit from the Late July transaction, which we will lap at the end of Q3. Actually, if you adjusted it, our current leverage ratio would be closer to 2.4 for the second quarter.

Now if we look at page 20, we have not made any changes to our estimates for the year. And that is the result of being on track through the two quarters of this year, so all of the estimates that we provided to you at the end of Q1 are still there and we will keep those through Q3 and come back to you and talk to at that point.

CARL LEE: Thank you, Rick. If I could call everyone's attention now to page 21, we will wrap up our presentation.

I think as you look forward, we are definitely focused on continued growth and the ability to expand our margins. I think that we are also very well positioned to continue to achieve our goals as a corporation.

I think, first of all, we are positioned very well against consumer trends. We talked earlier about a balanced portfolio and a balanced approach to growing our overall brands and portfolio. But we are very excited about the results that we've seen with our better for you areas and better for you new products. Today, 27% of our portfolio is truly better for you items. That's up 24 -- up from 24% just this time last year, so a three-point increase in 12 months we consider very strong.

That can -- marches us closer and closer to our overall corporate goal of 33% and we feel we are on target to achieve that. But we will continue to innovate both on our base business with premium items, as well as better for you items.

We also are very comfortable with our winning on distribution. Because we have been able to expand our outlets and new channels this past quarter, we will continue to expand it throughout, so we have been able to reach both with DSD and our direct sales force additional outlets and additional space in the outlets we serve today. So we're going to continue to leverage distribution muscle to gain better support for our brands and make sure that our products are available more and more where consumers are shopping day in and day out.

We also have been able to leverage our scale, but make sure we are remaining very nimble. We need to be very agile today to respond to both consumer and customer changes, and we're going to continue to focus on that as we build out our brands, build out our sales capabilities, and make sure we are leveraging that to improve our overall returns and our margins.

Beyond that, on page 22, it really is a great time here at Snyder's-Lance, thanks to the quality of our team and the leadership of all of our key associates as we really execute our strategic plan day in and day out. We feel that we are positioned to continue to win with consumers and retailers in this ever-changing environment. We are absolutely committed to that and, again, very proud of all of our associates for what they contribute.

We really are focused on growing our topline and making sure we are outpacing our competition and outpacing the categories. We are clearly, clearly focused on continuing to expand our margins, and you will hear more and more about that. As Rick talked about earlier, cash flow is important and we will continue to work on improving that, while we continue to invest in our brands, our innovation, and our teammates.

So we are excited to be able to share with you our Q2 results. We would welcome your questions and inquiries, and at this point, I would like to turn the call back over to Kaylee so that she can begin to queue up the questions. Again, thanks for joining us today. We appreciate your time.

Questions and Answers

OPERATOR: (Operator Instructions). Brett Hundley, BB&T Capital Markets.

BRETT HUNDLEY, ANALYST, BB&T CAPITAL MARKETS: My first question for you guys, another strong quarter of branded growth, and Carl, you detailed some distribution gains at the top of your comments. And at least from our channel checks, you guys appear to have gained some broader distribution at some national accounts that are either focusing more on healthy snacks themselves or expanding their own natural healthy offering.

And I'm wondering if you can speak to those trends in the marketplace that you see and let us know if Snyder's-Lance is indeed seeing widespread benefit from that.

CARL LEE: Thank you for your question, Brett. I think we can answer that in two ways.

I think we look at it both in current outlets, the ones that we have had distribution in for some time. We look to make sure that our new products are showing up and we are gaining support for our new items. We are looking for additional space, whether it's temporary with promotions or permanent with added shelf space, so we continue to work very diligently through our very capable DSD team to make sure we are expanding current outlets.

But we're also seeing some very positive trends reaching new customers, new retailers.

The good news is we have good coverage. I think the better news is we still have some outlets to get to, and as we continue to focus on adding additional outlets, we are seeing that across a variety of channels. And we are really focused on both better space and new -- better space in current customers and then adding additional outlets.

BRETT HUNDLEY: Do the -- or rather, does the additional outlet potential, is that larger in size and scope than what you believe you can do on the current outlet side?

CARL LEE: I think both are very important. We need to continue to focus on improving the space allocations that we've got at store level and continuing to focus on that.

We are going to do that through space gains on current items that continue to turn at higher and higher rates and we have got to focus on making sure we have got good support for their new items. It is important that our new items get on the shelf quickly and then have the space to support them.

But we see some additional outlets out there that we need to continue to focus on. Some of the channels we have got good representation, but we are looking for more. So I would say really it is a balance between the two.

BRETT HUNDLEY: Okay, thank you for that. And then, given the size of your Lance brand, I wanted to focus on the performance there and the revitalization of that brand.

Can you give us a sense of what an appropriate growth rate might be now for that brand? Should it be in line with your branded growth target, maybe slightly below? Just any commentary there, and has there been a particular contributor, either product line or channel wise, that has really been helping your growth there?

CARL LEE: I think it's broad based. We are focused on growing the brand and maximizing every bit of new incremental volume we can get with it, so we really don't talk very openly about its performance versus our other brands, but we are pleased with what we have seen as we come out of the renovation process.

As always, we are looking for more and expecting for more, but the new packaging has settled in nicely. It really dresses up the appearance of the store shelf. I think it is easier for consumers to shop the section and call out the flavors that they are looking for.

It also has given us some versatility to do some 10-pack bonus packs that you saw in Q1 that we would not have been able to do before. We were locked into our standard eight-count, and it has allowed us to really be able to do more advertising with the package itself.

So, we are doing well with the brand. I've got higher expectations than what I am seeing today, but I think we're off to a good start on making sure that renovation pays for itself.

RICK PUCKETT: And Brett, I think that, as you know, we lead that category, so the category growth largely depends on our growth. And the kind of innovation that Carl just mentioned is, in fact, very important to continuing to drive sandwich cracker growth in total because it's now going to other aisles, it's going into different day parts, and all those things are extremely important.

BRETT HUNDLEY: Appreciate that. And my last question just, Rick, I am looking at slide 10 here, and at least from my vantage point, your 2015 bar is higher than your 2013 bar as it relates to percentage operating margins, and in 2013 you did a little over 8%. And so if I were to carry that forward to 2015, that implies some very strong margin levels in the back half of this year, and you guys have talked about potentially reaching double-digit margins by the end of this year and I would assume that can definitely be realized in Q4, given slide number 10.

Can you talk about your confidence level in your earnings guidance range for the year, either the bottom end of that range or potentially the high end of that range? The Street always gets caught up in companies that beat quarters and don't necessarily move their earnings ranges for the full year.

So, again, it looks like your H2 margins are going to be very strong in the face of increased advertising spend. So, again, I just wanted to get you to talk a little bit about your confidence in the guidance range that you have provided for the full year.

CARL LEE: Yes, actually, as we have gone through this prepared-remarks section of our deck, there was a lot on cost, right, in there, focused there. And we are indeed focused on cost. And we have been very successful over the last six or nine months to offset the stranded costs that have come out of the sale of the private brands and make our operations more efficient.

And the CapEx that we spent over the last two years is starting to really pay some dividends in our manufacturing facilities. We expect that to continue through the rest of this year, adding even more value. The mix that we talked about is a very important element of getting those margins to the double-digit range that we have been talking about for quite some time and talking in terms of reaching those by 2016, which is still our goal and our belief.

So I don't think we have changed our expectations either on this year or next year. We still have them the same as they have been. The fact that our EPS guidance may be still a little wide is certainly -- with only six months in the basket, no reason to make huge changes on those. We still have a lot of positive thoughts on the back half of this year.

So, I think we are all fairly confident that we will -- I would say we're all confident that we will reach the goals that we have set for ourselves. And the graph at the bottom of page 10 is indicative of what we believe.

BRETT HUNDLEY: Thanks, guys.

OPERATOR: Eric Katzman, Deutsche Bank.

ERIC KATZMAN, ANALYST, DEUTSCHE BANK: I guess maybe a little follow-up on the last question. It sounds like CapEx is coming down and you are starting to capture maybe some of the margins or at least have flexibility on the back of IT systems improving, et cetera. So, that should lead to cash flow acceleration and it sounds like acquisitions is something that you are interested in, but are there really a lot of opportunities out there or should investors expect the cash flow to be maybe put back in terms of a share repo or dividend increases? Where do you think it goes?

RICK PUCKETT: Our choice has always been M&A first, Eric, and then after that, looking at dividends and then share buybacks is the priority that we provide when asked that question.

We do believe the marketplace still has plenty of opportunities for us to invest in additional brands to bring into our balanced distribution model and to make some really significant gains in overall shareholder value as a result of that.

So, we are continuing to be very active in the marketplace in that regard and that will continue to be our number one priority. If at some point in the future we find that we can't satisfy shareholder value with that, then we will look at the engineering a little bit more.

ERIC KATZMAN: Okay, and then on another topic, I may be -- since you are getting to know the Company a bit better now, the advertising budget, was that supposed to be up, but in the quarter it was down? Is there just a timing-related issue there or are you finding, like some other companies, it is more digital and therefore it is more efficient, so the dollars aren't as great as you thought?

RICK PUCKETT: It's actually both. We're finding better ways, and actually through some investment that we made last year around our marketing, we find that the advertising or it's the type of advertising we use for each of the brands differs and we can now spend more wisely against a brand like Lance, which tends to be more digital, versus a brand like Snyder's of Hanover, which tends to be more media.

So, those kinds of things are now in our mix and those are being reflected in the actual dollars or the absolute dollars spent. So, we have, as you see on page 12, increased our advertising significantly since 2011 as we continue to invest in the building of our brands and it has been paying off. I think you'll see that our growth is certainly better than most in our industry on our core brands, which is where we devote most of those resources.

ERIC KATZMAN: Okay. Thank you for that and I will pass it on.

OPERATOR: Bill Chappell, SunTrust.

BILL CHAPPELL, ANALYST, SUNTRUST: I guess, Carl, just a big-picture question. As I look at the rise of healthier snacks, and in particular, to some extent, the bagged-popcorn category, which seems to be doing -- taking share in the snack category, what is your outlook just for the base pretzel business? And I say that because that was the original healthy snack, fat free and low cal and good for you. Is that an area that will be under pressure and you'll just offset that, or do you think it is a different consumer, and how do I look at that over the longer term?

CARL LEE: I appreciate the question and I appreciate the comments about pretzels being the original healthy snack. You are absolutely right. It kicked off a trend, I guess, goes back about 15 years ago.

But what we have got to do is take into account that there are just more choices out there for consumers. Those who are looking for better for you options have got more options than ever; those who are looking for more traditional snacks have got more options.

So it's really important for us to continue to work with the great franchise that we've got with Snyder's of Hanover and through innovation and through some capabilities from R&D make sure that brand has got the reach that consumers are looking for.

So we have seen some really good success with adding our gluten-free lineup and we'll continue to add a few SKUs there. That has reached that consumer who is looking for even better for you. That's important. We have got

some additional items that are coming out even next year that we think will lean even deeper into better for you, and then we just continue to enhance our base business.

So if you take a look at it, it goes from one end of the spectrum for gluten-free pretzels, which are really right on mark with the better for you claim, all the way to our pretzel pieces, which provides a lot of flavor and variety, all the way beyond that to a very indulgent chocolate-covered pretzel. So we are trying to make sure that with that balanced approach, that balanced portfolio, that franchise caters to a consumer who is looking for almost anything with regards to pretzels. And so far, so good.

BILL CHAPPELL: So, it doesn't feel like it is under attack. You feel like there is still plenty of room for growth.

CARL LEE: Yes, we think there is plenty of room for growth and we think just as Snyder's of Hanover brand has got some ability to be extended. So, long term, we will continue to look for ways to grow our pretzel franchise, making sure we are catering to recent consumer trends, but look at that brand for its long-term leg and long-term growth potential as well, maybe in other areas.

BILL CHAPPELL: Okay. And then, I guess, tying into that, Rick, as I look at the annual advertising spend and continue to tick up each year, obviously the importance of supporting the brands, but are we are nearing a ceiling? You have good mega brands which you should be able to efficiently advertise behind or is the game changing where all the competitors are stepping up advertising, so you need to as well as we go into 2016 and on?

RICK PUCKETT: Yes, I think that's a great observation, Bill. I believe that we are, in terms of absolute dollar spend, probably getting close to now just tracking with overall volume, right? Or increases in revenue.

But I would tell you that the dollars that we are spending today are a lot smarter dollars than they were two, three, four years ago. So, even though we are spending more dollars, we're also spending it more wisely and optimizing that spend based on the knowledge base that we have developed over the last two or three years.

So, I don't think that -- I certainly don't believe we're going to starve any of our brands for support. I think we will continue to support them at the levels we are now.

BILL CHAPPELL: Okay. And then, last one for me. You talked about growth of core brands versus just branded. How big is the non-core business? I've forgotten, actually, which brands are in that basket.

RICK PUCKETT: We don't provide that in size, but it's brands like Archway, Stella, Tom's, Jays, O-Ke-Doke, and I probably left one out here and there (multiple speakers)

BILL CHAPPELL: And they are still growing, just not at the rate as your core brands?

RICK PUCKETT: Yes, some brands are growing, some are not, but generally they're holding their own as a group of brands.

BILL CHAPPELL: Got it. Thanks for the color.

OPERATOR: Amit Sharma, BMO Capital Markets.

AMIT SHARMA, ANALYST, BMO CAPITAL MARKETS: Can you talk about expanding into new channels as well? Could you please talk about what those channels are and what's the size of the opportunity in those channels, Carl?

CARL LEE: I think one of the channels that is really working well and caught a lot of attention from a lot of people is e-commerce. And with our dedicated effort there, we've been able to continue to make some nice inroads into that channel.

So that's an important example of a new channel, a growing channel, an expanding channel, one that really caters to our premium brands. So that would be one outlet or one example of a new channel.

But we still have some opportunities to continue to expand our distribution in the drug channel. We still have an opportunity to expand our distribution in C-stores, so when I talk about new outlets, it is more along the lines of those type of channels that we continue to grab more stores and reach new consumers that way.

AMIT SHARMA: And if you were to paint a broad picture of it, could you talk about it in terms of how much is a white-space opportunity in each of these channels? Clearly, you are very early in e-commerce work, but when you look at drug and C-store and even the main grocery channel, any sort of idea of how much white-space opportunity is still available for core brand?

CARL LEE: It is hard to qualify, but I think if you take a look at our history of building out our national DSD system, it really focused on supermarkets and mass merchandisers. So we probably have our very best overall coverage in those two channels.

We have got good representation in C-stores, but we still have lots of new stores to get to. We have got good coverage in the drug channel. I mentioned that. But we still have a lot of stores to get to, and maybe not so much stores, but maybe we have got Snyder's in them, but we need to get Lance or get Cape Cod in them.

So it's going to be a little bit of expanding both our brands, expanding into new outlets as well, and, to your point, just going after the white space continuously.

AMIT SHARMA: And then, one more question on the sales force. You talk about the DSD system, clearly a big part of the story, but also the direct sales force. Could you talk about the relative size of that? And how do you justify having two different sales force from a margin perspective?

CARL LEE: I think it is clearly a leverage. I think our balanced distribution strategy has worked really well for us.

DSD deals with high-velocity perishable items in the center of the store, and that's worked phenomenally well. You really have to have your own team in there merchandising day in and day out to keep the stores and stock and to work on perimeter displays.

But then we have got a very successful business with Snack Factory, and Snack Factory goes through a different model and needs a sales force supporting it. So when we have representatives in the stores working with Snack Factory, we are able to get incremental support and incremental distribution for that line item.

So, they really don't overlap each other, the two sales organizations. They don't really compete with each other. It allows us to expand our reach into different parts of the stores and into different areas where we see incremental sales opportunity.

AMIT SHARMA: And just a follow-up to that and also a follow-up to what Eric was asking earlier, about when you think about your M&A opportunities, do you think about is this a factor that goes into your decision-making in terms of which of these two sales forces need a higher sales base to properly leverage the cost structure that you have here? And as a wider thinking, what is the filter in terms of size, in terms of categories, and whatever else criteria you look at?

CARL LEE: I think all of what you just described is important because I think that we look at our distribution systems as railroad tracks. Expanding those into new outlets is important, but once the railroad tracks are established, we can leverage our DSD to take items out West or take them into the Northeast, for instance. So, looking for brands that we can expand is always an opportunity for us.

We could not be more excited about what we are seeing with Late July. We have had a long established relationship there and have had a strong partnership with the brand for a long time, but now that we are even working closer together than ever, we have been able to leverage our DSD to get them into new outlets so far this year, have more work to do there. We will leverage it to continue to expand their distribution and reach not only for their brand itself, but for more SKUs behind the brand, and all of those opportunities continue to work.

So, M&A, we are very interested and we have got the infrastructure from a manufacturing or from a distribution standpoint to leverage it.

RICK PUCKETT: Yes, Amit, actually, we view the two sales forces as an opportunity or rather an advantage on an M&A kind of environment because we can use either one of those or both of those in new brand acquisitions to leverage them even more than some of the -- our peers might be able to.

In terms of the size of acquisitions, our balance sheet is healthy. It can accommodate small transactions and very large transactions. We're not trying to necessarily focus all of our efforts in any particular segment or size. We are looking at what makes most sense for our shareholder value creation.

AMIT SHARMA: That's great there, Rick. Just last one on that. What is large? You want to quantify that number large? What is large?

RICK PUCKETT: Well, I think our -- the world is our oyster, right? We're probably not going to go out and buy Mondelez, but (laughter)

AMIT SHARMA: No, not yet.

RICK PUCKETT: Not yet, right. But, I mean, we certainly can think larger than we have ever been able to because of where we are and where we are positioned and the kind of support we have. So, we're not letting size at this moment interfere with our development of the next strategic steps we may want to take (multiple speakers)

AMIT SHARMA: Great. Thank you, Rick.

CARL LEE: To Rick's point, though, we are really positioned well there because with our Clearview division, we can pick up a smaller brand and nurture it while it's getting started and support it in its very early days. But also with the strength of our broader system, we can do a Snack Factory; we can do a Baptista. So, those will give you some indications of sizes that we like, based on our past track record.

AMIT SHARMA: Got it. Thank you very much.

OPERATOR: (Operator Instructions). Michael Gallo, CL King.

MICHAEL GALLO, ANALYST, CL KING: I was just wondering -- you are at a 7.5% op margin right now. I was wondering at this point what you think you have to do to get to that double-digit margin, which I know has been talked about for a long time. How much of it at this point is just volume and sales driven versus still some more stranded cost that you can remove on the G&A or manufacturing utilization side? And just help us with how you bridge that because I know obviously that target has been out there for a while. Thanks.

RICK PUCKETT: Yes, and we have been working diligently to get there and we often -- not often -- we sometimes sit around and say that had we not sold private brands last year, we would have been there this year, right, because we would have had a really good year with private brands and it would have added quite a bit of margin.

But that was not our strategic direction and we needed to definitely do what we did last year, and with that, it set us back a little bit, but we are still looking to do exactly what we have been saying over the last two or three years, which is coming out in 2015 being on a 10% operating income rate, and that's exactly what we are looking to do.

To bridge it from where we are now is largely a result of two big components. One is certainly a better mix and branded volume coming through, adding value to our bottom line, especially now that we have increased capabilities and capacities that we have invested in in our manufacturing facilities over the last two or three years.

But it is also the manufacturing efficiencies that we can gain that we have not yet put to our bottom line, and those are things that we are starting to see now.

But it is also a significant look at SG&A cost. We have been investing pretty heavily over the last three or four years in advertising, doubling that from 2012 to 2013 and increasing that 30% or 25% each year since then.

Going into 2016, we won't see an increase of 25% or 30% in advertising. We will see it level out and move with the revenue for a couple of years as we have gotten smarter about how we spend. So, that will be a contributor.

Another contributor is investing, as we have, in our trade suites and in our tools around trade. We are now starting to see smarter events and more effective and efficient events out in the stores. We're actually being able to develop a perspective around time and duration, as well as depth of trade, so I think all those things together -- well, no, all those things together add up to us getting there and we are positioned now to make all those happen.

So, we are extremely confident in what we have been saying all along and we will continue to move in that direction.

MICHAEL GALLO: Thanks very much.

OPERATOR: Thank you. I would now like to turn the call back over to Carl Lee for closing remarks.

CARL LEE: Thank you, Kaylee, for organizing the call and managing it for us. We appreciate your help. And for all those who joined us this afternoon, we are grateful for your time. We are grateful for the questions. We are grateful for the ongoing interest in our Company.

In closing, I do want to recognize all the hard work of all of my teammates who make this possible day in and day out and I just want to recognize their effort to deliver a very good, very solid Q2.

So we are on track with all our strategic priorities. I hope you get a feel that we're really focused on a balanced approach to make sure that our investments pay off and our returns are there and we're using our time and energy wisely to continue to drive shareholder value.

So, we are grateful for your time and look forward to staying in touch with each of you throughout the quarter. Have a good afternoon. Thank you.

OPERATOR: Ladies and gentlemen, thank you for participating in today's conference. This does conclude the program and you may all disconnect. Everyone, have a wonderful day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** August 12, 2015

---

End of Document



# Snyder's-Lance Reports Results for Second Quarter 2015

India Retail News

August 10, 2015 Monday 6:30 AM EST

Copyright 2015 Contify.com All Rights Reserved

**Length:** 1056 words

## Body

Aug. 10 -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported second quarter net revenue growth of 8% over last year, with earnings of $0.27 per diluted share excluding special items and $0.24 per diluted share including special items.

"Our team delivered solid results for the second quarter, continuing our positive momentum for 2015. Our balanced portfolio of 'better for you' and premium products are winning with consumers looking for snacks that taste great and provide fuel for their busy day," said Carl E. Lee, Jr., President and CEO. "During the second quarter, core brand sales were led by Cape Cod Kettle Chips which grew at double digits. Snyder's of Hanover pretzels gained significant market share during the quarter thanks to innovative new products and our new advertising campaign, 'Discover the Pretzelbilities'. Snack Factory **Pretzel Crisps** and Late July both delivered strong top line performance and market share gains driven by the Clearview Division team. Lance sandwich crackers gained market share over the latest 26 weeks, led by our balanced distribution strategy of leveraging DSD and Direct Sales to improve retail execution and reach new customers. During the second quarter, we secured new distribution for Lance driving incremental growth for this renovated brand. Expense control across the company has been a focus all year contributing to operating margin expansion for the quarter. In addition, we accomplished two significant system implementations that came online flawlessly in the second quarter, showing once again our excellence in this area. Overall, we had a good quarter and I am very proud of our team for their commitment to winning."

Mr. Lee continued, "Snyder's-Lance is perfectly positioned for success as consumers and retailers continue to reshape the snacking industry. As a nimble mid-size company, we are able to respond quickly to emerging trends with our balanced portfolio and balanced distribution strategies. While the commitment to innovation and the growth of our brands is stronger than ever, we are just as determined to continue our focus on cost reductions. We have balanced our execution over the past few years to invest in manufacturing capacity, brands, systems, R&D, sales teams and productivity while increasing our margins. With most of the renovation and investment in infrastructure behind us, we are spending even more time on expanding margins and driving shareholder value. We are enthusiastic about the future as we build on our momentum."

Second Quarter Financial Summary

* Net revenue for the second quarter of 2015 was $431.4 million, an increase of 8.0% compared to second quarter of 2014 net revenue of $399.6 million.

* Net income excluding special items for the second quarter of 2015 was $19.1 million, or $0.27 per diluted share, as compared to net income excluding special items of $15.8 million for the second quarter of 2014, or $0.22 per diluted share.

* Including special items, net income for the second quarter of 2015 was $17.3 million, or $0.24 per diluted share, as compared to net income including special items of $8.2 million for the second quarter of 2014, or $0.11 per diluted share.

* Special items for the second quarter of 2015 included after-tax expenses of $1.8 million primarily associated with legal fees and an accrual for the likely settlement of certain litigation involving industry wide packaging claims. Special items for the second quarter of 2014 included after-tax expenses of $7.6 million primarily associated with restructuring and impairment charges as well as certain transaction related expenses.

First Six Months Financial Summary

* Net revenue for the first six months of 2015 was $833.8 million, an increase of 7.9% compared to the first six months of 2014 net revenue of $772.6 million.

* Net income excluding special items for the first six months of 2015 was $31.1 million, or $0.44 per diluted share, as compared to net income excluding special items of $27.7 million for the first six months of 2014, or $0.39 per diluted share.

* Including special items, net income for the first six months of 2015 was $28.0 million, or $0.39 per diluted share, as compared to net income including special items of $18.6 million for the first six months of 2014, or $0.26 per diluted share.

* Special items for the first six months of 2015 included after-tax expenses of $3.1 million primarily associated with legal fees and an accrual for the likely settlement of certain litigation involving industry wide packaging claims. Special items for the first six months of 2014 included after-tax expenses of $9.1 million primarily associated with restructuring and impairment charges as well as certain transaction related expenses.

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on August 31, 2015 to stockholders of record at the close of business on August 25, 2015.

Estimates for 2015

Management has not changed estimates for 2015, with net revenue for the full year expected to be in the range of $1.69 to $1.72 billion. The earnings per diluted share estimates range remains at $1.11 to $1.19, with capital expenditures for 2015 projected to be between $60 and $62 million.

Conference Call

Management will conduct a conference call and live webcast at 4:30pm eastern time on Monday, August 10, to review the Company's second quarter 2015 results. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com. In addition, the slide presentation will be available at www.snyderslance.com to download and print approximately 30 minutes before the webcast. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 84849288. A continuous telephone replay of the call will be available between 7:30pm on August 10 and midnight on August 17. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 84849288. Investors may also access a web-based replay of the conference call at www.snyderslance.com.

Source: Snyder's-Lance

**Load-Date:** August 11, 2015

---

End of Document



# Limited Success

The Progressive Grocer

August 2015

Copyright 2015 Stagnito Media Food Group All Rights Reserved

**Length:** 1877 words

**Byline:** Bridget Goldschmidt

## Body

The impending fall and winter holidays prompt a grand rollout of themed items in center store, along with appropriate selling strategies.

As summer gives way to autumn, shoppers at Lubbock, Texas-based United Supermarkets begin to grow excited about new treats heralding that time of year, which brings with it Halloween and Thanksgiving, and the knowledge that Christmas, Hanukkah and New Year's aren't far behind.

"Shoppers anticipate fall flavors more and more," notes Mike Osornio, senior business manager for center store at the 37-store chain with locations in 24 Texas markets. "It seems to set the tone for the season."

Generating most of this excitement, according to Osornio, is "the snack category, [which] does not have the same fall flavors year after year. For example, chocolate-covered chips and pumpkin or spice cookies are fairly new to the category and season, versus items that have been produced year after year, like red-and-green-packaged candy or candy canes." Perhaps in response to this positive reaction on the part of consumers, he's observed "an increase in limited-edition fall flavors from more and more manufacturers."

One of those is Winston-Salem, N.C.-based Salem Baking Co., whose new Pumpkin Collection consists of Pumpkin Caramel with Sea Salt Delightfully Thin & Crispy Cookies, Pumpkin Cheddar Cheese Straws, and Pumpkin Spice Moravian Cookies. "As demand for pumpkin products continues to grow, we anticipate a very positive reception in the marketplace," says Salem President Brooke Smith.

Blurred Lines

Seasonal snacks may be creating greater buzz than candy by virtue of their relative novelty, but they're often borrowing from the candy ingredient list to do so, with chocolate, caramel and peppermint among the flavored flavors.

Indeed, Claire Cretors, president of Waukegan, Ill.-based G.H. Cretors, a maker of gourmet flavored popcorn, has observed a "blurring across category lines - candy brands are moving into the snacking space and traditional snacks have been inching closer to the candy space." Adds Cretors, "There are no more 'rules' when it comes to playing in your category during the holiday season." She also notes as major seasonal trends the continuing proliferation of new and unique flavors - sweet, savory, and sweet and spicy, among others - and the launch of indulgent flavors.

G.H. Cretors has just entered the seasonal-snacking arena; the company's first such lineup consists of four SKUs: Orchard Apple Caramel Corn, Pumpkin Spice Caramel Corn, Double Chocolate Caramel Corn, and a tin with three flavors: Orchard Apple Caramel Corn, Pumpkin Spice Caramel Corn and G.H. Cretors' "famous" Chicago Mix. "These flavors will be targeted to consumers seeking premium, artisanal and unique seasonal flavors to enjoy at home, share with friends or give as a holiday gift," Cretors says.

Another newcomer to the segment, West Palm Beach, Fla.-based Brownie Brittle LLC, is launching Chocolate Chip with White Snowflake Drizzle, Mint Chocolate Chip with Dark Drizzle and Salted Caramel with Dark Drizzle varieties, all in festive snowflake-spangled packaging.

The inspiration to create the line, notes company founder Sheila G. Mains, arose partly from an emerging consumer need: "While the holidays are usually seen as a time for indulging, one of the trends we have seen is the idea of 'indulging responsibly,' and this was one of the catalysts that sparked the idea for this treat."

In addition to its new holiday SKUs, Brownie Brittle has joined forces with the St. Helena, Calif.-based Robert Mondavi Winery "to showcase how well chocolate works with their wines," says Mains. "This will take place during the months of November and December, [and] will include a bottle necker with a coupon for Brownie Brittle on select Mondavi varieties."

Visual Appeal

Among established seasonal players, Charlotte, N.C.-based Tropical Foods has Christille Bay, a line of four-compartment party trays; a collection of resealable cubes filled with traditional holiday candy and holiday-themed snack mixes; and Festive Favorite Chocolate and Yogurt Pretzels. According to Director of Marketing Chad Hartman, consumers "love Christille Bay because they can buy an assortment of snacks ... all in one package. They like the unique snack mixes in the resealable cubes, especially Reindeer Food, which blends ... peanuts, candy corn and dried fruit. Festive Favorite has also had positive feedback for the beautifully designed bag and the tasty coated pretzels inside."

Big Shippers

Tropical's seasonal merchandising strategy has a solid grounding in experience. "We have found that shippers or being part of destination holiday displays are the best merchandising," says Hartman. "With shippers, you stick out from the normal flow of a grocery store, so it is easy to catch the shopper's eye with the right product. Dedicated holiday displays are a key part of in-and-out holiday sales in grocery and retail stores. They are a destination that consumers go to and buy; having your products in that display talks to all consumers [who] are seeking out products such as yours."

He continues: "The key to our marketing strategy is providing visually appealing product in key destination locations. All of our packages show as much product as possible so consumers know exactly what they are getting. ... Establishing great locations within the store to attract customers is a second key strategy to get maximum consumer visibility."

For its **Pretzel Crisps** line, available annually in Dark Chocolate & Peppermint and White Chocolate & Peppermint holiday varieties, Snyder's-Lance Inc., also based in Charlotte, similarly discovered "that pre-packed shippers work best around the holidays because of their simple and clean design," says Eric Van De Wal, VP marketing and innovation at Clearview Foods, a division of Snyder's-Lance. "Holiday shopping is a busy time of year, so we like to ensure that our products stand out in the deli aisle as simply and clearly as possible."

"We plan on using holiday-themed header cards on our limited-edition product packaging. The header cards will reinforce the decadent theme of our holiday indulgent line and give a uniform look on displays."

Candy's Still Dandy

Of course, seasonal candy's still a big deal. Although it's a mature category with no major major shifts in brands or flavors, and therefore experiences only to moderate year-over-year gains, United's Osornio notes, "Seasonal candy sales are approximately 20 percent of all candy sales."

"Seasonal flavors, shapes and packaging continue to drive excitement for the category," affirms Brandy Woolford, associate manager, brand public relations at The Hershey Co., whose upcoming products include limited-edition Lancaster Caramel Apple caramels in the fall, and Kit Kat Dark Chocolate Mint Miniatures and Hershey's

Peppermint Bark Bells, the latter previously available only at Target, for the winter holidays. "From pumpkin spice or caramel apple flavors during the autumn to peppermint in the winter, consumers want to enjoy their favorite seasonal flavors in new forms, including candy. Seasonally themed packaging is definitely an important factor, as packaging is often one of the first things that catches a consumer's eye."

Over at Hackettstown, N.J.-based Mars Chocolate North America, whose M&M's brand is the most-purchased chocolate brand for gifting, stuffing stockings and filling candy bowls, according to the "Christmas Beacon Report," seasonal products include redesigned variety bags and fun-size packaging to "really stand out on shelf" during Halloween, and M&M's White Peppermint Candies, according to Larry Lupo, VP of sales/grocery, convenience & drug channels. Another seasonal innovation: Snickers Baking Bites for the Holidays, which, he notes, enables "consumers to add their favorite candy bar to their family recipes."

"Vibrant seasonal packaging adds excitement to the seasonal aisle, attracts attention to stand out on shelf and is a very important cue to connect with the shopper," says Lupo, echoing Woolford's observation. "Secondary displays are key to grabbing shoppers' attention," he adds. "Two new displays from Mars that showcase single bars and seasonal shapes are the Mixed Shapes Miniwings - which keep the aisles clear and can hang anywhere in the store - and the Mixed Shapes & Singles Towers, which retailers can stand, hang or mount to capture impulse purchases."

The company's seasonal promotions include Holiday on the Go, slated for November and December, during which consumers who buy Mars' Singles products can send a text for the chance to instantly win free Mars Chocolate and cash cards.

Bethlehem, Pa.-based Just Born, maker of the iconic Peeps candies and other items, also embraces the importance of packaging for its seasonal offerings. "At Christmas, consumers are looking for a product that fits into a stocking, and for Halloween, a snack size for the Halloween bowl," notes Matthew Pye, VP of corporate affairs and trade relations. The company's fall and winter holiday lineup includes Mike and Ike Zours Zombies in five intense sour fruit flavors and Red Velvet Christmas Peeps dipped in cream-flavored fudge.

In common with Mars, Just Born looks beyond merchandising only in the seasonal candy aisle, seeking out "secondary placement such as in the specialty sections, baking aisle or on displays," notes Pye. To that end, Just Born has teamed exclusively with Target on an item that, like Snickers Baking Bites, aims to inspire consumers to include their preferred seasonal candy in baked goods.

"The new Peeps Halloween Marshmallow Toppers kit includes a variety pack of Peeps tombstones, pumpkins, cats and ghost-shaped marsh-mallows with a recipe on the back of the package that encourages consumers to bake cupcakes with Betty Crocker products and top the cupcakes with Peeps," explains Pye. "The kit is a test and will be placed in the seasonal set."

If the item - Just Born's first in the baking set - does well, "it will be rolled out nationally with additional seasonal kits to drive baking and crafting activity," he says, noting that the company will also team with Universal Pictures for the winter holiday DVD releases of "Minions" and "Jurassic World."

Whether candy or snacks, fall- or winter-themed, seasonal items definitely have an impact on retailers' sales. Affirms United's Osornio: "As soon as product lands in our stores, we begin to see sales spike."

"Shoppers anticipate fall flavors more and more. It seems to set the tone for the season."
    -Mike Osornio, United Supermarkets

"Candy brands are moving into the snacking space and traditional snacks have been inching closer to the candy space. There are no more 'rules' when it comes to playing in your category during the holiday season."
    -Claire Cretors, G.H. Cretors

"From pumpkin spice or caramel apple flavors during the autumn to peppermint in the winter, consumers want to enjoy their favorite seasonal flavors in new forms, including candy."

Limited Success

-Brandy Woolford, The Hershey Co.

For more about seasonal candy and snacks, visit Progressivegrocer.com/seasonalcandysnacks.

**Load-Date:** August 12, 2015

---

End of Document



# Get ready for National Cheesecake Day

West Hawaii Today

July 28, 2015 Tuesday

Copyright 2015 West Hawaii Today.
Distributed by Newsbank, Inc. All Rights Reserved

**Length:** 933 words

**Byline:** Genny WrightHailey Special to West Hawaii Today

# Body

Gluten-free raspberry cheesecake squares

All cheesecake lovers will enjoy these. Recipe from "The Gluten-Free Gourmet Makes Desserts" by Bette Hagman. Makes 12 to 16 servings.

Fruit filling:

2 cups fresh or frozen raspberries

1/2 cup sugar

2 tablespoons quick tapioca

Crust:

1 1/2 cups Gluten-Free Mix (recipe follows)

3/4 teaspoon xanthan gum*

2 tablespoons almond meal or finely chopped pecans

3 tablespoons confectioners' sugar

3/4 cup margarine or butter

Cheesecake filling:

8-ounce package reduced-fat cream cheese, softened

1/2 cup sugar

1 egg

1 teaspoon vanilla

Preheat oven to 350 degrees. Lightly spray an 8-by-10-inch oblong or a 9-inch square baking pan with cooking spray. In a small saucepan, bring the raspberries, sugar and tapioca to a boil. Reduce heat; boil about two minutes. Remove from heat and cool.

In a bowl, whisk together the flour mix, xanthan gum, nuts and confectioners' sugar. Cut margarine or butter into the mix until it resembles coarse crumbs. Press half the mixture into the prepared pan and bake for eight minutes. Set aside.

In another bowl, beat together the cream cheese and sugar. Add egg and vanilla. Spread this over the cooked crust. Pour fruit filling over the top. Sprinkle remaining crust mixture on top. Bake for 25 to 30 minutes. Cool; store in refrigerator and serve chilled.

Gluten-free mix

This is an all-purpose flour mix that is useful for cakes, cookies and pies. Makes 9 cups.

6 cups rice flour

2 cups potato starch

1 cup tapioca flour

Mix ingredients well; store in a covered container until needed.

*Xanthan gum is a powder that replaces the gluten in yeast breads and other baking. You can find it in health food stores.

Peach cheesecake with gingersnap crust

Summer get-togethers are always special occasions, especially if you make this beautiful dessert. Recipe from Bon Appetit magazine. Makes 12 servings.

Crust:

25 gingersnap cookies (about 6 ounces), coarsely broken

1/4 cup (half stick) unsalted butter, melted

Preheat oven to 350 degrees. Grind cookies in processor to coarse crumbs. Add butter; blend until evenly moistened. Press crumbs onto bottom and 1 inch up sides of a 9-inch spring form pan with sides at least 2 3/4 inches high. Bake until starts to brown, about eight minutes. Cool on rack. Reduce oven to 325 degrees.

Cheesecake:

4 small peaches, peeled, pitted, cut into 1/4-inch thick slices

2 tablespoons plus 1 1/4 cups sugar

1/2 teaspoon fresh lemon juice

Four 8-ounce packages cream cheese, room temperature

4 large eggs

1/2 cup sour cream

1 1/2 teaspoons vanilla extract

In a large heavy saucepan, combine peaches, the 2 tablespoons sugar and lemon juice. Cover; cook over medium-high heat until sugar dissolves and peaches are juicy, stirring occasionally, about five minutes. Uncover and cook until peaches are tender and juices thicken, about five minutes. Set aside to cool.

In large bowl, beat cream cheese with mixer until light and fluffy. Gradually add the 1 1/4 cups sugar; beat until smooth. Beat in eggs one at a time. Mix in sour cream and vanilla. Spoon half of cheesecake mixture (about 3 cups) into crust. Spoon peach compote over top, by tablespoonful, spacing apart. Top with remaining cheesecake mixture. Place large piece of foil on oven rack. Place cheesecake pan on foil. Bake until puffed, set in center, and starting to brown, about one hour. Cool on rack for five minutes, then run a small sharp knife around sides to loosen. Refrigerate on rack, uncovered, overnight.

Glaze:

1/2 cup peach preserves

1 1/2 teaspoons fresh lemon juice

1/2 large peach, peeled, pitted, very thinly sliced (when ready to serve)

Combine preserves and lemon juice in small saucepan. Stir over medium heat until mixture simmers. Strain into small bowl. Remove cheesecake from spring form pan onto serving platter. Spread glaze over top to within 1/4 inch of edges. Chill until set; 30 minutes or up to eight hours. Arrange peach slices in center and serve.

Savory smoked salmon cheesecake

Recipe from Bakepedia. Makes one 6-inch cake; approximately 15 pupu servings.

Crust:

1/4 cup finely ground **pretzel crisps** ("Everything" flavor) or dried bread crumbs

2 tablespoons unsalted butter, melted

Coat a 6-inch spring form pan with nonstick spray. Wrap outside of pan with aluminum foil to seal. In small bowl, combine pretzels or crumbs, cheese and melted butter. Press into bottom of pan in even layer; set aside.

Cheesecake:

Two 8-ounce packages cream cheese, room temperature, cut into pieces

2 large eggs, room temperature

2 tablespoons chopped chives

2 tablespoons chopped Italian parsley

1 teaspoon lemon zest

1/4 teaspoon salt

Ground black pepper to taste

1/2 cup sour cream

6 ounces smoked salmon, chopped fine

Preheat oven to 350 degrees. In large bowl, beat cream cheese with mixer until light and fluffy. Add eggs one at a time, beating well after each addition. Add chives, parsley, zest, salt and pepper; beat in. Stir in sour cream by hand, then fold in the chopped salmon. Pour batter into prepared crust; smooth top with small offset spatula. Place cheesecake pan in a larger pan filled with 1 inch hot water (make sure foil seal is tight). Bake 30 to 40 minutes, until set around edges but still creamy in the middle, with a slight wobble. Remove from oven, take cake out of water

bath, and cool completely on a rack. When cool, cover with plastic wrap and refrigerate overnight, or up to two days.

 To serve:

 Carefully unmold cheesecake onto serving platter. Decorate top with additional strips of smoked salmon and some chives. Serve accompanied by more **pretzel crisps**, crackers, and/or cucumber slices.

**Load-Date:** July 28, 2015

---

End of Document

# Federal Circuit Repairs 'Cracked' Pretzel Logic

Mondaq

July 17, 2015 Friday 12:10 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 1513 words

**Byline:** Mr Scott Slavick

## Body

Jul 17, 2015( Mondaq: http://mondaq.com/ Delivered by Newstex) <nl/> Vacates TTAB decision on **pretzel crisps**, remands under Marvin Ginn<nl/><nl/>A fundamental precept in trademark law is that an applicant cannot receive registration if an applied-for mark is simply descriptive of the goods or services in connection with which it is to be used. A mark must be inherently distinctive, allowing the user to distinguish its goods and services from others' similar ones.

This precludes registration for generic marks. In its precedential holding in the trademark touchstone Marvin Ginn case, the U.S. Court of Appeals for the Federal Circuit explained: "Determining whether a mark is generic ... involves a two-step inquiry: First, what is the genus of goods or services at issue? Second, is the term sought to be registered or retained on the register understood by the relevant public primarily to refer to that genus of goods or services?" See H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc., 782 F.2d 987, 989 (Fed. Cir. 1986). <nl/><nl/>In a recent precedential decision, a unanimous Federal Circuit panel vacated the Trademark Trial and Appeal Board's[1] (TTAB) decision holding the mark **Pretzel Crisps** to be generic for "pretzel crackers," and remanded the case to the TTAB for application of the legal standard set forth in Marvin Ginn. The court concluded that the board had failed to consider evidence of the relevant public's understanding of the term **pretzel crisps** in its entirety. See Princeton Vanguard, LLC v. Frito-Lay North America, Inc., Appeal No. 14-1517 (Fed. Cir. May 15, 2015). <nl/><nl/>The critical issue in cases that seek to establish if the word or words used in a trademark sought to be registered for a commercial product or service are to be considered generic is whether members of the relevant public primarily use or understand that mark to refer to the genus of the applied-for goods or services in question. <nl/><nl/>In this case, the parties did not disagree that the genus of goods at issue was pretzel crackers and the relevant public were ordinary consumers who purchase and eat these types of crackers. Both the appellant and the respondent had conducted and entered as evidence their own experts' surveys of consumers to defend their respective positions. <nl/><nl/>The TTAB[2] had held that to determine if an applied-for mark was generic, it had to determine whether the applied-for trademark is generic as a whole. But the board went on to cite a different case, In re Gould, for the holding that when the applied-for mark is a "compound term"mdash; that is, a trademark made up of a combination of two or more words in ordinary grammatical construction mdash; then the board only has to consider the meanings of the words that make up the compound term. If the applied-for mark is a phrase, however, the board's previous holding in American Fertility requires the board to examine the meaning of the disputed phrase in its entirety. <nl/><nl/>Compound term? Phrase? The Court of Appeals held that there was no such dichotomy. It explained that the error in the board's analysis was that there is only one legal test to determine if a trademark is generic, namely, the two-part test articulated in Marvin Ginn. Regardless of whether the applied-for mark is a compound term or a phrase, the right test to determine if it is generic is to consider the evidence of the public's understanding of the mark as a whole. See Am. Fertility, 188 F.3d at 1348-49. <nl/><nl/>The court also explained that its decision in In re Gould was meant to assist in assessing the genericness of compound terms where evidence shows that the relevant public understands the individual terms to be generic and that putting those terms together to create a compound term does not create any new meaning. The analysis in In re Gould, it said, was not meant to be seen as a shortcut or as a correction of the two-part test in Marvin Ginn. <nl/><nl/>The panel ruling also explained that while analyzing the public's understanding of the constituent words of a compound term

may be a useful first step in determining whether a mark is generic, it is only the first step. The board should go on and consider the recorded evidence regarding the public's understanding as to whether joining the words together creates any additional meaning. <nl/><nl/>In contrast, in Vanguard, the board had held **pretzel crisps** to be a compound term, not a phrase, and evaluated the individual terms under the In re Gould standard. The Court of Appeals stated in its discussion that it did not understand why the board analyzed pretzel and crisps separately when the evidence before the board was full of evidence of the public's perception of the term **pretzel crisps** as a whole.<nl/><nl/>The Federal Circuit was also troubled that after analyzing the constituent words under In re Gould, the board did not go into any detail into how it also analyzed **pretzel crisps** as a phrase. The board had simply held that if it had analyzed **pretzel crisps** as a phrase, then it still would have held it generic because the relevant public would have understood it to be so for pretzel crackers. The Federal Circuit, however, found no evidence that the board had conducted the required step of comparing the board's findings with respect to the individual words to the recorded evidence demonstrating the public's understanding of the combined term.<nl/><nl/>In sum, therefore, the Federal Circuit panel found that the TTAB had applied the incorrect legal standard and ordered on remand that the board must consider the evidence concerning the relevant public's understanding of **pretzel crisps** in its entirety. The court's opinion was that the evidentiary record before the board provide significant evidence for it to consider, in the form of declarations, survey evidence, and evidence of use of the phrase in the snack food industry and by the media.<nl/><nl/>The court also explained that though the board is not required to discuss every piece of evidence put before it, the TTAB cannot simply focus on evidence of what the word crisps means in isolation, then select a few pieces of evidence involving the combined term **pretzel crisps**, and conclude that the phrase as a trademark is generic. <nl/><nl/>The appeals court appeared particularly troubled that the TTAB disregarded Princeton Vanguard's survey evidence without any explanation. Based on its opinion, it seemed that the board felt that the parties' surveys, in essence, cancelled each other out, but the board did not explain why it felt that way. For example, the board did not state that it had any problem with Princeton Vanguard's survey evidence indicating that 55 percent of respondents thought **Pretzel Crisps** was a brand name and only 36 percent thought it a common name. <nl/><nl/>The TTAB's further consideration of this case on remand will be interesting to watch. Will the board simply button up its initial opinion by referencing Princeton Vanguard's evidence but still hold the term **pretzel crisps** generic? That would seem to comply with the Federal Circuit ruling, but would that be the right thing to do? <nl/><nl/>Does the difference between a compound term and a phrase make any legitimate sense? Why does the Court of Appeals maintain these two terms? Where do the definitions of compound term and phrase diverge? Should it even matter? Did the Court of Appeals have it correct before, namely, there should be two standards? Do consumers view phrases differently from compound terms? Have we been trained to do so? <nl/><nl/>This case may leave more questions than answers. And regardless of legal analysis, do we really want someone to be able to register a trademark **pretzel crisps** for pretzel crackers? Or is that, well, a bit crackers?<nl/><nl/>Originally published on InsideCounsel.com.<nl/><nl/>This article is intended to provide information of general interest to the public and is not intended to offer legal advice about specific situations or problems. Brinks Gilson #38; Lione does not intend to create an attorney-client relationship by offering this information and review of the information shall not be deemed to create such a relationship. You should consult a lawyer if you have a legal matter requiring attention. For further information, please contact a Brinks Gilson ...one lawyer.<nl/><nl/> Mr Scott Slavick<nl/>Brinks Gilson ...one<nl/>NBC Tower<nl/>Suite 3600<nl/>445 N Cityfront Plaza<nl/>Chicago<nl/>60611<nl/>UNITED STATES<nl/> Tel: 3123214200<nl/>Fax: 3123214299<nl/><nl/>E-mail: IPLaw@brinksgilson.com;<nl/>URL: www.brinksgilson.com<nl/><nl/>Click Here [3] for related articles (c) Mondaq Ltd, 2015 - Tel. +44 (0)20 8544 8300 - http://www.mondaq.com[4]<nl/> [ 1]: http://www.insidecounsel.com/2015/06/29/time-runs-out-on-omega [ 2]: http://www.insidecounsel.com/2015/06/15/fee-shifting-or-fundamental-fairness-you-decide [ 3]: http://www.mondaq.com/search/relate.asp?article_id=412950...ine_host_id=0 [ 4]: http://www.mondaq.com/default.asp?online_host_id=22...412950

**Load-Date:** July 17, 2015



# United States: Federal Circuit Repairs 'Cracked' Pretzel Logic

Mondaq Business Briefing

July 17, 2015 Friday

Copyright 2015 Mondaq Ltd. All Rights Reserved



**Length:** 1382 words

**Byline:** Scott Slavick

## Body

Vacates TTAB decision on **pretzel crisps**, remands under Marvin Ginn

A fundamental precept in trademark law is that an applicant cannot receive registration if an applied-for mark is simply descriptive of the goods or services in connection with which it is to be used. A mark must be inherently distinctive, allowing the user to distinguish its goods and services from others' similar ones.

This precludes registration for generic marks. In its precedential holding in the trademark touchstone Marvin Ginn case, the U.S. Court of Appeals for the Federal Circuit explained: "Determining whether a mark is generic ... involves a two-step inquiry: First, what is the genus of goods or services at issue? Second, is the term sought to be registered or retained on the register understood by the relevant public primarily to refer to that genus of goods or services?" See H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc., 782 F.2d 987, 989 (Fed. Cir. 1986).

In a recent precedential decision, a unanimous Federal Circuit panel vacated the Trademark Trial and Appeal Board's (TTAB) decision holding the mark **Pretzel Crisps** to be generic for "pretzel crackers," and remanded the case to the TTAB for application of the legal standard set forth in Marvin Ginn. The court concluded that the board had failed to consider evidence of the relevant public's understanding of the term **pretzel crisps** in its entirety. See Princeton Vanguard, LLC v. Frito-Lay North America, Inc., Appeal No. 14-1517 (Fed. Cir. May 15, 2015).

The critical issue in cases that seek to establish if the word or words used in a trademark sought to be registered for a commercial product or service are to be considered generic is whether members of the relevant public primarily use or understand that mark to refer to the genus of the applied-for goods or services in question.

In this case, the parties did not disagree that the genus of goods at issue was pretzel crackers and the relevant public were ordinary consumers who purchase and eat these types of crackers. Both the appellant and the respondent had conducted and entered as evidence their own experts' surveys of consumers to defend their respective positions.

The TTAB had held that to determine if an applied-for mark was generic, it had to determine whether the applied-for trademark is generic as a whole. But the board went on to cite a different case, In re Gould, for the holding that when the applied-for mark is a "compound term"- that is, a trademark made up of a combination of two or more words in ordinary grammatical construction - then the board only has to consider the meanings of the words that make up the compound term. If the applied-for mark is a phrase, however, the board's previous holding in American Fertility requires the board to examine the meaning of the disputed phrase in its entirety.

Compound term? Phrase? The Court of Appeals held that there was no such dichotomy. It explained that the error in the board's analysis was that there is only one legal test to determine if a trademark is generic, namely, the two-part test articulated in Marvin Ginn. Regardless of whether the applied-for mark is a compound term or a phrase, the right test to determine if it is generic is to consider the evidence of the public's understanding of the mark as a whole. See Am. Fertility, 188 F.3d at 1348-49.

The court also explained that its decision in In re Gould was meant to assist in assessing the genericness of compound terms where evidence shows that the relevant public understands the individual terms to be generic and that putting those terms together to create a compound term does not create any new meaning. The analysis in In re Gould, it said, was not meant to be seen as a shortcut or as a correction of the two-part test in Marvin Ginn.

The panel ruling also explained that while analyzing the public's understanding of the constituent words of a compound term may be a useful first step in determining whether a mark is generic, it is only the first step. The board should go on and consider the recorded evidence regarding the public's understanding as to whether joining the words together creates any additional meaning.

In contrast, in Vanguard, the board had held **pretzel crisps** to be a compound term, not a phrase, and evaluated the individual terms under the In re Gould standard. The Court of Appeals stated in its discussion that it did not understand why the board analyzed pretzel and crisps separately when the evidence before the board was full of evidence of the public's perception of the term **pretzel crisps** as a whole.

The Federal Circuit was also troubled that after analyzing the constituent words under In re Gould, the board did not go into any detail into how it also analyzed **pretzel crisps** as a phrase. The board had simply held that if it had analyzed **pretzel crisps** as a phrase, then it still would have held it generic because the relevant public would have understood it to be so for pretzel crackers. The Federal Circuit, however, found no evidence that the board had conducted the required step of comparing the board's findings with respect to the individual words to the recorded evidence demonstrating the public's understanding of the combined term.

In sum, therefore, the Federal Circuit panel found that the TTAB had applied the incorrect legal standard and ordered on remand that the board must consider the evidence concerning the relevant public's understanding of **pretzel crisps** in its entirety. The court's opinion was that the evidentiary record before the board provide significant evidence for it to consider, in the form of declarations, survey evidence, and evidence of use of the phrase in the snack food industry and by the media.

The court also explained that though the board is not required to discuss every piece of evidence put before it, the TTAB cannot simply focus on evidence of what the word crisps means in isolation, then select a few pieces of evidence involving the combined term **pretzel crisps**, and conclude that the phrase as a trademark is generic.

The appeals court appeared particularly troubled that the TTAB disregarded Princeton Vanguard's survey evidence without any explanation. Based on its opinion, it seemed that the board felt that the parties' surveys, in essence, cancelled each other out, but the board did not explain why it felt that way. For example, the board did not state that it had any problem with Princeton Vanguard's survey evidence indicating that 55 percent of respondents thought **Pretzel Crisps** was a brand name and only 36 percent thought it a common name.

The TTAB's further consideration of this case on remand will be interesting to watch. Will the board simply button up its initial opinion by referencing Princeton Vanguard's evidence but still hold the term **pretzel crisps** generic? That would seem to comply with the Federal Circuit ruling, but would that be the right thing to do?

Does the difference between a compound term and a phrase make any legitimate sense? Why does the Court of Appeals maintain these two terms? Where do the definitions of compound term and phrase diverge? Should it even matter? Did the Court of Appeals have it correct before, namely, there should be two standards? Do consumers view phrases differently from compound terms? Have we been trained to do so?

This case may leave more questions than answers. And regardless of legal analysis, do we really want someone to be able to register a trademark **pretzel crisps** for pretzel crackers? Or is that, well, a bit crackers?

Originally published on InsideCounsel.com.

This article is intended to provide information of general interest to the public and is not intended to offer legal advice about specific situations or problems. Brinks Gilson & Lione does not intend to create an attorney-client relationship by offering this information and review of the information shall not be deemed to create such a relationship. You should consult a lawyer if you have a legal matter requiring attention. For further information, please contact a Brinks Gilson & Lione lawyer.

Mr Scott Slavick
Brinks Gilson ; Lione
NBC Tower
Suite 3600
445 N Cityfront Plaza
Chicago
60611
UNITED STATES
Tel: 3123214200
Fax: 3123214299
E-mail: IPLaw@brinksgilson.com
URL: www.brinksgilson.com

**Load-Date:** July 17, 2015

---

End of Document



# Press Release: VMG Partners Raises a $500 Million Third Fund, Closes Three New Investments and Sells its Stake in Vega to White Wave for $550 Million

Dow Jones Institutional News

July 16, 2015 Thursday 12:02 PM GMT

Copyright 2015 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2015, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 861 words

## Body

VMG Partners Raises a $500 Million Third Fund, Closes Three New Investments and Sells its Stake in Vega to White Wave for $550 Million

PR Newswire

SAN FRANCISCO, July 16, 2015

SAN FRANCISCO, July 16, 2015 /PRNewswire/ -- VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, announced today the closing of VMG Partners III, L.P. with $500 million of committed capital. In addition to closing its third fund, VMG has also partnered with the founders and management teams of Health Warrior, Perfect Bar, and Vermont Smoke & Cure and entered into an agreement with The WhiteWave Foods Company (NYSE:WWAV) to sell portfolio company Sequel Naturals Ltd, the parent company of the Vega brand.

Michael L. Mauze, Managing Director of VMG, said, "VMG Partners has built its track record partnering with entrepreneurs to build leading consumer products companies. With the completion of our third fund we are now very well positioned to continue working with these creative and visionary entrepreneurs."

VMG will continue to invest in emerging, revolutionary brands addressing the evolving demands of a passionate consumer base. VMG brings a unique set of value-add resources and capital to early stage and established consumer brands in its core categories of food, beverage, wellness, pet products, personal care and household products.

Kara Cissell-Roell, Managing Director of VMG, said, "VMG is well situated to support brands as small as $5 million and as large as $500 million in sales. We provide access to a unique tool box of value-add resources and strategic capital to organizations and brands in our core consumer segments regardless of size or stage. Our team has a proven track record of helping entrepreneurs and management teams in critical areas of sales, marketing, field activation, operations, finance and legal strategy utilizing our VMG Toolbox on a customized basis. We will continue

# Press Release: VMG Partners Raises a $500 Million Third Fund, Closes Three New Investments and Sells its Stake in Vega to White Wave for $550 Million

to work collaboratively with management teams to accelerate growth, drive brand awareness and create exceptional strategic value for all stakeholders."

VMG has been active in 2015 with the recently announced sale of Vega, a leader in plant based nutrition, to White Wave for $550 million as well as the completion of three investments in the better for you food and wellness sectors. VMG recently made investments in Health Warrior, Inc., which develops, markets, and sells convenient superfood snacks made from plant-based, nutrient-dense ingredients; Perfect Bar Holdings, LLC, a developer, manufacturer and marketer of nut butter based nutrition bars, and; Vermont Smoke and Cure, a manufacturer and marketer of antibiotic and nitrate free, humanely raised beef, pork and turkey meat sticks, bacon, summer sausages, smoked pepperoni and ham. VMG's recent investments illustrate the broad scope of VMG's investment criteria with sales ranging from less than $10 million to over $300 million at the time of investment.

Dave Baram, Managing Director of VMG, said, "Our latest investments exemplify the core areas of our expertise. Our efforts are focused on helping the entrepreneurs who built these exciting companies expand their consumer base and reach their full potential by employing sound and consistent investment strategies that have delivered above average returns for our investors and partner brand stakeholders over the past 10 years."

VMG's investors include leading college endowments, charitable foundations, international investors and corporate pension plans. Upon the completion of the pending sale of Vega, VMG will have exited all of its investments from its 2007 vintage fund in less than 9 years.

VMG's Fund III follows the successful closing of its Fund II, which closed in 2011 with $382 million of committed capital. Park Hill Group served as Placement Agent for VMG Partners and legal advice was provided by Latham & Watkins.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target industries includes food, beverage, wellness, pet products, personal care and household products brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, Babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visit www.vmgpartners.com .

Contact: Chris Tofalli

Chris Tofalli Public Relations, LLC

914-834-4334

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/vmg-partners-raises-a-500-million-third-fund-closes-three-new-investments-and-sells-its-stake-in-vega-to-white-wave-for-550-million-300114277.html

SOURCE VMG Partners

/Web site: http://www.vmgpartners.com

(END) Dow Jones Newswires

July 16, 2015 08:02 ET (12:02 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** July 17, 2015

End of Document



# Vermont Smoke & Cure gets private equity investment

Vermontbiz.com (Vermont)

July 16, 2015 Thursday

Copyright 2015 Vermont Business Magazine.
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 842 words

## Body

Vermont Business Magazine Hinesburg's Vermont Smoke & Cure is one of several companies nationally to receive funding from a San Francisco-based private equity firm. VMG Partners, which specializes in investing in and building branded consumer product companies in the lower middle market, announced Thursday the closing of VMG Partners III, LP with $500 million of committed capital. In addition to closing its third fund, VMG has also partnered with the founders and management teams of Health Warrior, Perfect Bar, and Vermont Smoke & Cure. Terms of the deal were not announced.

Vermont Smoke & Cure is a manufacturer and marketer of antibiotic and nitrate free, humanely raised beef, pork and turkey. It had 2014 revenues of $9.8 million ($3.5 million more than 2013) with 47 employees, according to Vermont Business Magazine.

VMG also announced that it had entered into an agreement with The WhiteWave Foods Company (NYSE:WWAV) to sell portfolio company Sequel Naturals Ltd, the parent company of the Vega brand.

Michael L. Mauze, Managing Director of VMG, said, "VMG Partners has built its track record partnering with entrepreneurs to build leading consumer products companies. With the completion of our third fund we are now very well positioned to continue working with these creative and visionary entrepreneurs."

VMG will continue to invest in emerging, revolutionary brands addressing the evolving demands of a passionate consumer base. VMG brings a unique set of value-add resources and capital to early stage and established consumer brands in its core categories of food, beverage, wellness, pet products, personal care and household products.

Kara Cissell-Roell, Managing Director of VMG, said, "VMG is well situated to support brands as small as $5 million and as large as $500 million in sales. We provide access to a unique tool box of value-add resources and strategic capital to organizations and brands in our core consumer segments regardless of size or stage. Our team has a proven track record of helping entrepreneurs and management teams in critical areas of sales, marketing, field activation, operations, finance and legal strategy utilizing our VMG Toolbox on a customized basis. We will continue to work collaboratively with management teams to accelerate growth, drive brand awareness and create exceptional strategic value for all stakeholders."

VMG has been active in 2015 with the recently announced sale of Vega, a leader in plant based nutrition, to White Wave for $550 million as well as the completion of three investments in the better for you food and wellness sectors. VMG recently made investments in Health Warrior, Inc., which develops, markets, and sells convenient superfood snacks made from plant-based, nutrient-dense ingredients; Perfect Bar Holdings, LLC, a developer, manufacturer and marketer of nut butter based nutrition bars, and; Vermont Smoke and Cure, a manufacturer and marketer of antibiotic and nitrate free, humanely raised beef, pork and turkey meat sticks, bacon, summer

sausages, smoked pepperoni and ham. VMG's recent investments illustrate the broad scope of VMG's investment criteria with sales ranging from less than $10 million to over $300 million at the time of investment.

Dave Baram, Managing Director of VMG, said, "Our latest investments exemplify the core areas of our expertise. Our efforts are focused on helping the entrepreneurs who built these exciting companies expand their consumer base and reach their full potential by employing sound and consistent investment strategies that have delivered above average returns for our investors and partner brand stakeholders over the past 10 years."

VMG's investors include leading college endowments, charitable foundations, international investors and corporate pension plans. Upon the completion of the pending sale of Vega, VMG will have exited all of its investments from its 2007 vintage fund in less than 9 years.

VMG's Fund III follows the successful closing of its Fund II, which closed in 2011 with $382 million of committed capital. Park Hill Group served as Placement Agent for VMG Partners and legal advice was provided by Latham & Watkins.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target industries includes food, beverage, wellness, pet products, personal care and household products brands.  Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, Babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visit www.vmgpartners.com.

SAN FRANCISCO, July 16, 2015 /PRNewswire/ -- VMG Partners

**Load-Date:** July 17, 2015

End of Document



# VMG Partners Raises a $500 Million Third Fund, Closes Three New Investments and Sells its Stake in Vega to White Wave for $550 Million

PR Newswire

July 16, 2015 Thursday 8:02 AM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 809 words

**Dateline:** SAN FRANCISCO, July 16, 2015

## Body

VMG Partners, a private equity firm that specializes in investing in and building branded consumer product companies in the lower middle market, announced today the closing of VMG Partners III, L.P. with $500 million of committed capital. In addition to closing its third fund, VMG has also partnered with the founders and management teams of Health Warrior, Perfect Bar, and Vermont Smoke & Cure and entered into an agreement with The WhiteWave Foods Company (NYSE:WWAV) to sell portfolio company Sequel Naturals Ltd, the parent company of the Vega brand.

Michael L. Mauze, Managing Director of VMG, said, "VMG Partners has built its track record partnering with entrepreneurs to build leading consumer products companies. With the completion of our third fund we are now very well positioned to continue working with these creative and visionary entrepreneurs."

VMG will continue to invest in emerging, revolutionary brands addressing the evolving demands of a passionate consumer base. VMG brings a unique set of value-add resources and capital to early stage and established consumer brands in its core categories of food, beverage, wellness, pet products, personal care and household products.

Kara Cissell-Roell, Managing Director of VMG, said, "VMG is well situated to support brands as small as $5 million and as large as $500 million in sales. We provide access to a unique tool box of value-add resources and strategic capital to organizations and brands in our core consumer segments regardless of size or stage. Our team has a proven track record of helping entrepreneurs and management teams in critical areas of sales, marketing, field activation, operations, finance and legal strategy utilizing our VMG Toolbox on a customized basis. We will continue to work collaboratively with management teams to accelerate growth, drive brand awareness and create exceptional strategic value for all stakeholders."

VMG has been active in 2015 with the recently announced sale of Vega, a leader in plant based nutrition, to White Wave for $550 million as well as the completion of three investments in the better for you food and wellness sectors. VMG recently made investments in Health Warrior, Inc., which develops, markets, and sells convenient superfood snacks made from plant-based, nutrient-dense ingredients; Perfect Bar Holdings, LLC, a developer, manufacturer and marketer of nut butter based nutrition bars, and; Vermont Smoke and Cure, a manufacturer and marketer of antibiotic and nitrate free, humanely raised beef, pork and turkey meat sticks, bacon, summer sausages, smoked pepperoni and ham. VMG's recent investments illustrate the broad scope of VMG's investment criteria with sales ranging from less than $10 million to over $300 million at the time of investment.

Dave Baram, Managing Director of VMG, said, "Our latest investments exemplify the core areas of our expertise. Our efforts are focused on helping the entrepreneurs who built these exciting companies expand their consumer base and reach their full potential by employing sound and consistent investment strategies that have delivered above average returns for our investors and partner brand stakeholders over the past 10 years."

VMG Partners Raises a $500 Million Third Fund, Closes Three New Investments and Sells its Stake in Vega to White Wave for $550 Million

VMG's investors include leading college endowments, charitable foundations, international investors and corporate pension plans. Upon the completion of the pending sale of Vega, VMG will have exited all of its investments from its 2007 vintage fund in less than 9 years.

VMG's Fund III follows the successful closing of its Fund II, which closed in 2011 with $382 million of committed capital. Park Hill Group served as Placement Agent for VMG Partners and legal advice was provided by Latham & Watkins.

About VMG Partners

VMG Partners is focused solely on partnering with entrepreneurs and managers to support the growth and strategic development of branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has provided financial resources and strategic guidance to drive growth and value creation in more than 20 companies. VMG's defined set of target industries includes food, beverage, wellness, pet products, personal care and household products brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Natural Balance, Vega, Babyganics, Solid Gold and Justin's. VMG Partners is headquartered in San Francisco and Los Angeles. For more information about the fund please visithttp://www.vmgpartners.com.

Contact: Chris Tofalli

Chris Tofalli Public Relations, LLC

914-834-4334

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/vmg-partners-raises-a-500-million-third-fund-closes-three-new-investments-and-sells-its-stake-in-vega-to-white-wave-for-550-million-300114277.html

SOURCE VMG Partners

**Load-Date:** July 17, 2015

End of Document

# Press Release: Snyder's-Lance, Inc. to Release Second Quarter 2015 Results on Monday, August 10, After Market Close

Dow Jones Institutional News

July 15, 2015 Wednesday 3:00 PM GMT

Copyright 2015 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2015, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 492 words

## Body

Snyder's-Lance, Inc. to Release Second Quarter 2015 Results on Monday, August 10, After Market Close

Will Host Conference Call and Webcast at 4:30 pm Eastern on Monday, August 10

PR Newswire

CHARLOTTE, N.C., July 15, 2015

CHARLOTTE, N.C., July 15, 2015 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it intends to release its second quarter 2015 results after the market closes on Monday, August 10, 2015. Management will also conduct a conference call and live webcast at 4:30 pm Eastern time on Monday, August 10, 2015 to review the Company's results. Participating in the conference call will be Carl Lee, Jr, CEO and President, Rick Puckett, Executive Vice President, Chief Financial Officer and Chief Administrative Officer and Mark Carter, Vice President and Investor Relations Officer.

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com . In addition, the slide presentation will be available at www.snyderslance.com to download and print approximately 30 minutes before the webcast.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 84849288. A continuous telephone replay of the call will be available between 7:30pm on August 10 and midnight on August 17. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 84849288. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has

manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R) and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo - http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-inc-to-release-second-quarter-2015-results-on-monday-august-10-after-market-close-300112344.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

(END) Dow Jones Newswires

July 15, 2015 11:00 ET (15:00 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** July 16, 2015

End of Document



# Snyder's-Lance, Inc. to Release Second Quarter 2015 Results on Monday, August 10, After Market Close; Will Host Conference Call and Webcast at 4:30 pm Eastern on Monday, August 10

PR Newswire

July 15, 2015 Wednesday 11:00 AM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 441 words

**Dateline:** CHARLOTTE, N.C., July 15, 2015

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it intends to release its second quarter 2015 results after the market closes on Monday, August 10, 2015. Management will also conduct a conference call and live webcast at 4:30 pm Eastern time on Monday, August 10, 2015 to review the Company's results. Participating in the conference call will be Carl Lee, Jr, CEO and President, Rick Puckett, Executive Vice President, Chief Financial Officer and Chief Administrative Officer and Mark Carter, Vice President and Investor Relations Officer.

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website,http://www.snyderslance.com. In addition, the slide presentation will be available at http://www.snyderslance.comto download and print approximately 30 minutes before the webcast.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 84849288. A continuous telephone replay of the call will be available between 7:30pm on August 10 and midnight on August 17. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 84849288. Investors may also access a web-based replay of the conference call athttp://www.snyderslance.com.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke® and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo -http://photos.prnewswire.com/prnh/20150410/197788LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-inc-to-release-second-quarter-2015-results-on-monday-august-10-after-market-close-300112344.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, Investor Relations Officer, (704) 557-8386

Snyder's-Lance, Inc. to Release Second Quarter 2015 Results on Monday, August 10, After Market Close; Will Host Conference Call and Webcast at 4:30 pm Eastern o....

**Load-Date:** July 16, 2015

---

End of Document



# Federal Circuit repairs 'cracked' pretzel logic.

Inside Counsel Breaking News

July 13, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2015 ALM Media, LLC

**Length:** 1323 words

# Body

Byline: Scott Slavick

A fundamental precept in trademark law is that an applicant cannot receive registration if an applied-for mark is simply descriptive of the goods or services in connection with which it is to be used. A mark must be inherently distinctive, allowing the user to distinguish its goods and services from others' similar ones.

This precludes registration for generic marks. In its precedential holding in the trademark touchstone Marvin Ginn case, the U.S. Court of Appeals for the Federal Circuit explained: "Determining whether a mark is generic ... involves a two-step inquiry: First, what is the genus of goods or services at issue? Second, is the term sought to be registered or retained on the register understood by the relevant public primarily to refer to that genus of goods or services?" See H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc., 782 F.2d 987, 989 (Fed. Cir. 1986).

---

FURTHER READING: Time runs out on Omega Fee-shifting or fundamental fairness? You decide.

New life for Naugles? Del Taco dinged at TTAB One more drink's one too many for TTAB

---

In a recent precedential decision, a unanimous Federal Circuit panel vacated the Trademark Trial and Appeal Board's (TTAB) decision holding the mark **Pretzel Crisps** to be generic for "pretzel crackers," and remanded the case to the TTAB for application of the legal standard set forth in Marvin Ginn. The court concluded that the board had failed to consider evidence of the relevant public's understanding of the term **pretzel crisps** in its entirety. See Princeton Vanguard, LLC v. Frito-Lay North America, Inc., Appeal No. 14-1517 (Fed. Cir. May 15, 2015).

The critical issue in cases that seek to establish if the word or words used in a trademark sought to be registered for a commercial product or service are to be considered generic is whether members of the relevant public primarily use or understand that mark to refer to the genus of the applied-for goods or services in question.

In this case, the parties did not disagree that the genus of goods at issue was pretzel crackers and the relevant public were ordinary consumers who purchase and eat these types of crackers. Both the appellant and the respondent had conducted and entered as evidence their own experts' surveys of consumers to defend their respective positions.

The TTAB had held that to determine if an applied-for mark was generic, it had to determine whether the applied-for trademark is generic as a whole. But the board went on to cite a different case, In re Gould, for the holding that

when the applied-for mark is a "compound term"-- that is, a trademark made up of a combination of two or more words in ordinary grammatical construction -- then the board only has to consider the meanings of the words that make up the compound term. If the applied-for mark is a phrase, however, the board's previous holding in American Fertility requires the board to examine the meaning of the disputed phrase in its entirety.

Compound term? Phrase? The Court of Appeals held that there was no such dichotomy. It explained that the error in the board's analysis was that there is only one legal test to determine if a trademark is generic, namely, the two-part test articulated in Marvin Ginn. Regardless of whether the applied-for mark is a compound term or a phrase, the right test to determine if it is generic is to consider the evidence of the public's understanding of the mark as a whole. See Am. Fertility, 188 F.3d at 1348-49.

The court also explained that its decision in In re Gould was meant to assist in assessing the genericness of compound terms where evidence shows that the relevant public understands the individual terms to be generic and that putting those terms together to create a compound term does not create any new meaning. The analysis in In re Gould, it said, was not meant to be seen as a shortcut or as a correction of the two-part test in Marvin Ginn.

The panel ruling also explained that while analyzing the public's understanding of the constituent words of a compound term may be a useful first step in determining whether a mark is generic, it is only the first step. The board should go on and consider the recorded evidence regarding the public's understanding as to whether joining the words together creates any additional meaning.

In contrast, in Vanguard, the board had held **pretzel crisps** to be a compound term, not a phrase, and evaluated the individual terms under the In re Gould standard. The Court of Appeals stated in its discussion that it did not understand why the board analyzed pretzel and crisps separately when the evidence before the board was full of evidence of the public's perception of the term **pretzel crisps** as a whole.

The Federal Circuit was also troubled that after analyzing the constituent words under In re Gould, the board did not go into any detail into how it also analyzed **pretzel crisps** as a phrase. The board had simply held that if it had analyzed **pretzel crisps** as a phrase, then it still would have held it generic because the relevant public would have understood it to be so for pretzel crackers. The Federal Circuit, however, found no evidence that the board had conducted the required step of comparing the board's findings with respect to the individual words to the recorded evidence demonstrating the public's understanding of the combined term.

In sum, therefore, the Federal Circuit panel found that the TTAB had applied the incorrect legal standard and ordered on remand that the board must consider the evidence concerning the relevant public's understanding of **pretzel crisps** in its entirety. The court's opinion was that the evidentiary record before the board provide significant evidence for it to consider, in the form of declarations, survey evidence, and evidence of use of the phrase in the snack food industry and by the media.

The court also explained that though the board is not required to discuss every piece of evidence put before it, the TTAB cannot simply focus on evidence of what the word crisps means in isolation, then select a few pieces of evidence involving the combined term **pretzel crisps**, and conclude that the phrase as a trademark is generic.

The appeals court appeared particularly troubled that the TTAB disregarded Princeton Vanguard's survey evidence without any explanation. Based on its opinion, it seemed that the board felt that the parties' surveys, in essence, cancelled each other out, but the board did not explain why it felt that way. For example, the board did not state that it had any problem with Princeton Vanguard's survey evidence indicating that 55 percent of respondents thought **Pretzel Crisps** was a brand name and only 36 percent thought it a common name.

The TTAB's further consideration of this case on remand will be interesting to watch. Will the board simply button up its initial opinion by referencing Princeton Vanguard's evidence but still hold the term **pretzel crisps** generic? That would seem to comply with the Federal Circuit ruling, but would that be the right thing to do?

Does the difference between a compound term and a phrase make any legitimate sense? Why does the Court of Appeals maintain these two terms? Where do the definitions of compound term and phrase diverge? Should it even

matter? Did the Court of Appeals have it correct before, namely, there should be two standards? Do consumers view phrases differently from compound terms? Have we been trained to do so?

This case may leave more questions than answers. And regardless of legal analysis, do we really want someone to be able to register a trademark **pretzel crisps** for pretzel crackers? Or is that, well, a bit crackers? >> 000168337000000975

**Load-Date:** July 14, 2015

---

End of Document

# Eatsmart Snacks(TM) Boldly Debuts Social Mini-Series Featuring Handsome Nature Adventurer; Pioneering social videos to bring out the fun in better-for-you, but delicious snacks

PR Newswire

July 13, 2015 Monday 1:50 PM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 620 words

**Dateline:** CHARLOTTE, N.C., July 13, 2015

## Body

Eatsmart Snacks(TM) is proving that better-for-you snacks don't have to be bland or boring with the help of a hunky outdoorsman named Chip, the star of a first-of-its-kind social mini-series.

Research shows that even though healthy choices are on the rise, 89 percent of consumers still consider taste to be the number one consideration. In addition, 68 percent look for snacks that are fun to eat.

Eatsmart Snacks' new social mini-series brings the flavor and fun that consumers desire with a better-for-you twist. In each Facebook episode, Chip takes snack lovers on an amusing and adventurous journey to discover the boldest flavors in nature. The first one, for example, shows Chip barefoot in the wilderness with his pet "Bold Eagle" in search of the bold flavor of quinoa. Taking a cue from Eatsmart Snacks flavors, the mini-series boldly steps into new social media territory meant to inspire delicious and better-for-you snacking all summer long.

"Contrary to what many people think, you don't have to sacrifice flavor for healthier snacks. You can have both," said Peter Michaud, Senior Vice President and General Manager of the Snyder's-Lance Clearview Foods(TM) Division. "Our new friend, Chip, is going to help us prove that nature provides some of the best flavors that make our Eatsmart Snacks so delicious."

Eatsmart Snacks strives to capture the bold flavors of nature in every bag. Whether it's the newSea Salt & Lime Dipping Chipsthat are certified gluten-free and made with potato and chickpea, or theGarden Veggie Sticksmade with tomato, potato and spinach, Eatsmart Snacks has flavorful and wholesome products, perfect for summer snack cravings.

Follow along on Facebook as Chip travels the world on the hunt for those bold flavors:Facebook.com/EatsmartSnacks.

About Eatsmart SnacksAt Eatsmart Snacks, we're all about delivering bold flavors of nature in delicious and responsible ways. We believe in combining better-for-you ingredients with better-believe-it bold taste, for snacks that are as scrumptious as they are smart. Our ingredients are not only bold and flavorful, they're also wholesome and better-for-you-just the way Mother Nature intended. Eatsmart Snacks are a good source of whole grains, ALA Omega-3 and fiber. For more information and to find out where to buy Eatsmart Snacks, visitEatsmartnaturals.com.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Wisconsin and Ohio. Products are sold under the Snyder's of Hanover®, Lance®, Cape

Eatsmart Snacks(TM) Boldly Debuts Social Mini-Series Featuring Handsome Nature Adventurer; Pioneering social videos to bring out the fun in better-for-you, but ....

Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart Snacks(TM), O-Ke-Doke® and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

*Research from Mintel's "Attitudes of Healthy Eating 2015" and Sally Lon Watt's "State of the Snack Industry" special report at the Snack Food Association's 2014 SNAXPO convention.

Logo -http://photos.prnewswire.com/prnh/20150713/235661LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/eatsmart-snacks-boldly-debuts-social-mini-series-featuring-handsome-nature-adventurer-300112256.html

SOURCE Snyder's-Lance, Inc.

CONTACT: Michelle Reino, michelle.reino@lgapr.com, 704-552-6565

**Load-Date:** July 14, 2015

End of Document



# Press Release: Eatsmart Snacks(TM) Boldly Debuts Social Mini-Series Featuring Handsome Nature Adventurer

Dow Jones Institutional News

July 13, 2015 Monday 5:51 PM GMT

Copyright 2015 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2015, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 676 words

## Body

Eatsmart Snacks(TM) Boldly Debuts Social Mini-Series Featuring Handsome Nature Adventurer

Pioneering social videos to bring out the fun in better-for-you, but delicious snacks

PR Newswire

CHARLOTTE, N.C., July 13, 2015

CHARLOTTE, N.C., July 13, 2015 /PRNewswire/ -- Eatsmart Snacks(TM) is proving that better-for-you snacks don't have to be bland or boring with the help of a hunky outdoorsman named Chip, the star of a first-of-its-kind social mini-series.

Research shows that even though healthy choices are on the rise, 89 percent of consumers still consider taste to be the number one consideration. In addition, 68 percent look for snacks that are fun to eat.

Eatsmart Snacks' new social mini-series brings the flavor and fun that consumers desire with a better-for-you twist. In each Facebook episode, Chip takes snack lovers on an amusing and adventurous journey to discover the boldest flavors in nature. The first one, for example, shows Chip barefoot in the wilderness with his pet "Bold Eagle" in search of the bold flavor of quinoa. Taking a cue from Eatsmart Snacks flavors, the mini-series boldly steps into new social media territory meant to inspire delicious and better-for-you snacking all summer long.

"Contrary to what many people think, you don't have to sacrifice flavor for healthier snacks. You can have both," said Peter Michaud, Senior Vice President and General Manager of the Snyder's-Lance Clearview Foods(TM) Division. "Our new friend, Chip, is going to help us prove that nature provides some of the best flavors that make our Eatsmart Snacks so delicious."

Eatsmart Snacks strives to capture the bold flavors of nature in every bag. Whether it's the new Sea Salt & Lime Dipping Chips that are certified gluten-free and made with potato and chickpea, or the Garden Veggie Sticks made with tomato, potato and spinach, Eatsmart Snacks has flavorful and wholesome products, perfect for summer snack cravings.

Follow along on Facebook as Chip travels the world on the hunt for those bold flavors: Facebook.com/EatsmartSnacks.

About Eatsmart Snacks

At Eatsmart Snacks, we're all about delivering bold flavors of nature in delicious and responsible ways. We believe in combining better-for-you ingredients with better-believe-it bold taste, for snacks that are as scrumptious as they are smart. Our ingredients are not only bold and flavorful, they're also wholesome and better-for-you--just the way Mother Nature intended. Eatsmart Snacks are a good source of whole grains, ALA Omega-3 and fiber. For more information and to find out where to buy Eatsmart Snacks, visit Eatsmartnaturals.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Wisconsin and Ohio. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart Snacks(TM), O-Ke-Doke(R) and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

*Research from Mintel's "Attitudes of Healthy Eating 2015" and Sally Lon Watt's "State of the Snack Industry" special report at the Snack Food Association's 2014 SNAXPO convention.

Logo -  http://photos.prnewswire.com/prnh/20150713/235661LOGO

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/eatsmart-snacks-boldly-debuts-social-mini-series-featuring-handsome-nature-adventurer-300112256.html

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.eatsmartsnacks.com

(END) Dow Jones Newswires

July 13, 2015 13:51 ET (17:51 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** July 14, 2015

End of Document



# Two Generics Can Make a Mark - Princeton Vanguard, LLC v. Frito-Lay North America, Inc.

JD Supra

July 9, 2015 Thursday 11:45 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 134 words

**Byline:** McDermott Will Emery

## Body

Jul 09, 2015( JD Supra: http://www.jdsupra.com Delivered by Newstex) <nl/> Contributor: McDermott Will ...ery [View: Profile[1] | Documents[2]]<nl/>Publication Date: 07/09/2015 Document Type: Article/Newsletter Subject Matter: Civil Procedure, Intellectual Property Summary: The U. S. Court of Appeals for the Federal Circuit vacated and remanded for further proceedings the decision of the Trademark Trial and Appeal Board (TTAB or Board) cancelling the registration of the mark **PRETZEL CRISPS**, finding the Board applied the wrong legal standard for genericness. Princeton Vanguard, LLC v. Frito-Lay North America, Inc., Case No. 14-1517 (Fed. Cir., May 15, 2015) (O'Malley, J.).<nl/> [ 1]: http://www.jdsupra.com/profile/McDermott-Will-Emery/ [ 2]: http://www.jdsupra.com/profile/McDermott-Will-Emery_docs/

**Load-Date:** July 9, 2015

End of Document



# Two Generics Can Make A Mark

Mondaq

July 2, 2015 Thursday 2:10 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 831 words

**Byline:** Ms Teri Nguyen

## Body

Jul 02, 2015( Mondaq: http://mondaq.com/ Delivered by Newstex) <nl/> Princeton Vanguard, LLC v. Frito-Lay North America, Inc.<nl/><nl/>The U. S. Court of Appeals for the Federal Circuit vacated and remanded for further proceedings the decision of the Trademark Trial and Appeal Board (TTAB or Board) cancelling the registration of the mark **PRETZEL CRISPS**, finding the Board applied the wrong legal standard for genericness.

Princeton Vanguard, LLC v. Frito-Lay North America, Inc., Case No. 14-1517 (Fed. Cir., May 15, 2015) (O'Malley, J.).<nl/><nl/>A party opposing an application for mark or petitioning to cancel a mark bears the burden of proving genericness by a preponderance of evidence. Frito-Lay opposed Princeton Vanguard's application to register **PRETZEL CRISP**, arguing that the term is generic for pretzel crackers. The Board sustained Frito-Lay's opposition and granted its petition for cancellation. According to the Board, if a mark is compound, then the 1987 Gould Paper case applies, allowing it to analyze the terms individually. If on the other hand, the mark is a phrase, then the 1999 American Fertility cases applied, requiring the Board to consider the mark in its entirety. The Board found that the term "**pretzel crisp**" was a compound term, not a phrase, thereby permitting it to consider the terms individually under Gould. In doing so, the Board determined that "pretzel" was generic for pretzels and pretzel snacks, while "crisp" was generic for crackers leading to the conclusion that "**pretzel crisp**" was generic for "pretzel crackers." Princeton Vanguard appealed.<nl/><nl/>The Federal Circuit clarified that there is only one legal standard for genericness: the two-part test set forth in the 1986 Marvin Ginn case. Under this test, in order to determine whether a mark is generic, the Board must identify the genus of goods or services at issue and then assess whether the public understands the mark, as a whole, to refer to that genus. The test is the same regardless of whether the mark is a compound term or a phrase. The Federal Circuit had previously explained that even if each of the constituent words in a combination mark is generic, the combination is not generic unless the entire formulation does not add any meaning to the otherwise generic mark.<nl/><nl/>Applying its president to this case, the Federal Circuit noted that since the record was replete with evidence of the public's perception of the term **PRETZEL CRISP** as a whole, it was unclear why the Board would resort to analyzing the terms individually. Although the Board claimed it would have reached the same conclusion had it analyzed the term as a phrase, the Court found no indication that the Board actually conducted such an analysis.<nl/><nl/>Rather, as the Court noted, although the record contained evidence, including declarations, survey evidence and evidence of use of the mark **PRETZEL CRISP** in the snack food industry, the Board gave "controlling weight" to the dictionary definitions, selective evidence of use by the public and evidence of use by Frito-Lay itself. For example, the Court observed that the Board improperly focused on evidence of the word "crisp" in isolation and considered a few selected examples of "**pretzel crisp**." Further, despite finding no flaws in the two genericness surveys submitted by the parties, the Board disregarded the results of survey evidence without explanation. Finally, in the Federal Circuit's view the Board took a "short cut," ignoring evidence that might have compelled a contrary conclusion. On remand, the Court instructed the Board to apply the appropriate legal standard, consider all of the evidence, and give appropriate consideration to the proffered survey evidence.<nl/><nl/>Practice Note: Regardless of whether a mark is a compound term or a phrase, there is only one legal standard for determining whether a mark is generic, and it is a two-part inquiry. But the critical issue is whether members of the relevant public primarily use or understand the term sought to be protected to refer to the genus or class of goods or services in question.<nl/><nl/> Two Generics Can Make A

Mark[1]<nl/><nl/>The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.<nl/><nl/> Ms Teri Nguyen<nl/>McDermott Will ...ery<nl/>600 Thirteenth Street NW<nl/>Washington, DC<nl/>20005-3096<nl/>UNITED STATES<nl/> Tel: 2027568000<nl/>Fax: 2027568087<nl/><nl/>E-mail: pdevinsky@mwe.com;<nl/>URL: www.mwe.com<nl/><nl/>Click Here [2] for related articles (c) Mondaq Ltd, 2015 - Tel. +44 (0)20 8544 8300 - http://www.mondaq.com[3]<nl/>                [       1]: http://www.mondaq.com/redirection.asp?article_id=409174...pany_id=2414...irectaddress=http%3A//www.mwe.com /IP-Update-Vol-18-No-6-June-2015-06-30-2015/#23        [       2]: http://www.mondaq.com/search/relate.asp?article_id=409174...ine_host_id=0        [    3]: http://www.mondaq.com/default.asp?online_host_id=22...409174

**Load-Date:** July 2, 2015

---

End of Document



# United States: Two Generics Can Make A Mark

Mondaq Business Briefing

July 2, 2015 Thursday

Copyright 2015 Mondaq Ltd. All Rights Reserved



**Length:** 725 words

**Byline:** Teri Nguyen

## Body

Princeton Vanguard, LLC v. Frito-Lay North America, Inc.

The U. S. Court of Appeals for the Federal Circuit vacated and remanded for further proceedings the decision of the Trademark Trial and Appeal Board (TTAB or Board) cancelling the registration of the mark **PRETZEL CRISPS**, finding the Board applied the wrong legal standard for genericness. Princeton Vanguard, LLC v. Frito-Lay North America, Inc., Case No. 14-1517 (Fed. Cir., May 15, 2015) (O'Malley, J.).

A party opposing an application for mark or petitioning to cancel a mark bears the burden of proving genericness by a preponderance of evidence. Frito-Lay opposed Princeton Vanguard's application to register **PRETZEL CRISP**, arguing that the term is generic for pretzel crackers. The Board sustained Frito-Lay's opposition and granted its petition for cancellation. According to the Board, if a mark is compound, then the 1987 Gould Paper case applies, allowing it to analyze the terms individually. If on the other hand, the mark is a phrase, then the 1999 American Fertility cases applied, requiring the Board to consider the mark in its entirety. The Board found that the term "**pretzel crisp**" was a compound term, not a phrase, thereby permitting it to consider the terms individually under Gould. In doing so, the Board determined that "pretzel" was generic for pretzels and pretzel snacks, while "crisp" was generic for crackers leading to the conclusion that "**pretzel crisp**" was generic for "pretzel crackers." Princeton Vanguard appealed.

The Federal Circuit clarified that there is only one legal standard for genericness: the two-part test set forth in the 1986 Marvin Ginn case. Under this test, in order to determine whether a mark is generic, the Board must identify the genus of goods or services at issue and then assess whether the public understands the mark, as a whole, to refer to that genus. The test is the same regardless of whether the mark is a compound term or a phrase. The Federal Circuit had previously explained that even if each of the constituent words in a combination mark is generic, the combination is not generic unless the entire formulation does not add any meaning to the otherwise generic mark.

Applying its president to this case, the Federal Circuit noted that since the record was replete with evidence of the public's perception of the term **PRETZEL CRISP** as a whole, it was unclear why the Board would resort to analyzing the terms individually. Although the Board claimed it would have reached the same conclusion had it analyzed the term as a phrase, the Court found no indication that the Board actually conducted such an analysis.

Rather, as the Court noted, although the record contained evidence, including declarations, survey evidence and evidence of use of the mark **PRETZEL CRISP** in the snack food industry, the Board gave "controlling weight" to the

dictionary definitions, selective evidence of use by the public and evidence of use by Frito-Lay itself. For example, the Court observed that the Board improperly focused on evidence of the word "crisp" in isolation and considered a few selected examples of **"pretzel crisp."** Further, despite finding no flaws in the two genericness surveys submitted by the parties, the Board disregarded the results of survey evidence without explanation. Finally, in the Federal Circuit's view the Board took a "short cut," ignoring evidence that might have compelled a contrary conclusion. On remand, the Court instructed the Board to apply the appropriate legal standard, consider all of the evidence, and give appropriate consideration to the proffered survey evidence.

Practice Note: Regardless of whether a mark is a compound term or a phrase, there is only one legal standard for determining whether a mark is generic, and it is a two-part inquiry. But the critical issue is whether members of the relevant public primarily use or understand the term sought to be protected to refer to the genus or class of goods or services in question.

Two Generics Can Make A Mark

The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.

Ms Teri Nguyen
McDermott Will ; Emery
600 Thirteenth Street NW
Washington, DC
20005-3096
UNITED STATES
Tel: 2027568000
Fax: 2027568087
E-mail: pdevinsky@mwe.com
URL: www.mwe.com

**Load-Date:** July 2, 2015

End of Document



# Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics; State of the Industry SNACKS 2015: OVERVIEW; Cover story

Snack Food & Wholesale Bakery

July 1, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2015 BNP Media

**Section:** Pg. 12(6); Vol. 104; No. 7; ISSN: 1096-4835

**Length:** 4154 words

**Byline:** Peckenpaugh, Douglas J.

## Body

Perpetual change is the mantra for an age progressively inclined toward snacking. While flavor, format and better-for-you ingredients factor heavily into the updates we have seen in snacks over the past year, improved convenience also continues to enter into the mix. And while some categories benefit from an artisan, upscale touch, others are better served with a flavor-forward audacity that resonates with youthful demographics.

Even though change remains ever-present in the new product releases streaming onto the market, select categories still thrive on the classics. These cornerstone snacks continue to anchor categories, while a new level of diversified sophistication chips away at market share, making its presence known.

Looking back

The core leaders of the snack industry continue to dominate nearly every snack category, according to data provided by IRI, Chicago. And while many of these classic brands remain largely unchanged, they've been joined by new products and lines that cater to the needs of different demographic segments aligned with better-for-you, flavor or just plain fun.

As Amanda Topper, food analyst, Mintel, Chicago, notes in the April 2015 "Snacking Motivations and Attitudes--U.S." report, while nearly all Americans snack and have increased their snacking frequency over the past year, 33 percent of consumers have indicated that they are snacking on healthier foods this year compared to last year.

Also, about one-third of consumers are serving healthier snacks to their children. She also notes that snacks are replacing standard daily meals--a pattern of behavior that's likely to continue.

[ILLUSTRATION OMITTED]

In the January 2015 "Salty Snacks--U.S." report from Mintel, which covers popcorn, pretzels and puffed/extruded snacks, Topper notes that while some people remain concerned about the nutritional value of salty snacks, others have noted that they now see healthier options available, noting that 76 percent of consumers agree that the market today offers a greater amount of healthy products.

That said, 63 percent value the taste of salty snacks over their nutrition. "This attitude aligns with some consumers' preference for indulging with salty snacks, and points to a balance between health and indulgence," says Topper. "Taste and indulgence are main purchase drivers."

The majority of consumers remain concerned about the nutritional value of salty snacks, with 80 percent agreeing that these items should only be eaten in moderation. More than half of consumers (56 percent) are concerned about the ingredients in these products, highlighting the need, by manufacturers, to incorporate "clean" product labels and remain transparent about ingredients, says Topper.

But what does better-for-you really mean in the eyes of today's shoppers? These days, such definitions remain largely open to interpretation. On one hand, it can mean verifiable measures, like reduced calorie counts, added nutritional ingredients, or lower sodium and fat levels. On the other, it can mean a clean label featuring "natural" and non-GMO ingredients, portion-controlled packaging or gluten-free.

# Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

"Across category segments, product claims related to health, ingredients and allergens remain most common," says Topper, citing findings from Mintel's Global New Products Database (GNPD). "Natural product claims are also popular; this claim often is used in conjunction with no additives or preservatives claims. More than one in five adults who buy salty snacks (22 percent) look for products with no artificial ingredients, while 56 percent agree they are concerned about some of the ingredients in these products."

Topper notes that the GMO-free claim has grown more than all other product claims, up 807 percent from 2009-14, per Mintel GNPD. "The claim has become increasingly visible, especially on popcorn packaging, noting the kernels were from non-GMO corn," she says.

However, just because a claim is used more than any other doesn't mean that it's most important to shoppers. "Despite strong growth in use of the product claim, non-GMO ingredients are not the most-important product characteristic shoppers look for when purchasing salty snacks," says Topper. "This may be due to confusion about GMO labeling and the definition of this claim."

Shoppers today also tend to consider gluten-free and allergen-free/free-from foods as part of the larger better-for-you picture. "Low/no/reduced allergen and gluten-free claims grew 214 percent and 240 percent, respectively from 2009-14, according to Mintel GNPD," says Topper. In 2014, gluten-free hit a value of $8.8 billion.

"While many products such as popcorn and cheese puffs are naturally gluten-free, several reformulated gluten-free varieties of pretzels, from both mainstream and gluten-free-specific models, have entered the market over the last several years," she says. "These products have also increased their variety of flavors and formats to keep up with traditional offerings. Other allergen-free claims are mostly related to a lack of nuts or dairy."

Gluten-free pretzel products new to the market include:
* Snyder's-Lance Snyder's of Hanover Gluten-Free Hot Buffalo Wing Pretzel Sticks

* Snyder's-Lance Snack Factory **Pretzel Crisps** Gluten Free Vanilla Yogurt Flavored Crunch Minis
* Boulder Brands Glutino Gluten-Free Salted Caramel Covered Pretzels

The tortilla chips segment of salty snacks has also seen recent better-for-you developments. "A range of healthy product claims increased for tortilla chip products in 2014, including low/no/reduced trans fat, allergens and cholesterol, as well as no additives/preservatives," says Topper. "In the past, tortilla chips enjoyed a perception that they are healthier than some other snack foods, but as snacking increases, consumers scrutinize these products more closely. Many tortilla chip brands have answered this demand with a wider range of healthy claims. Tortilla chip brands also blend corn with other vegetables to increase the flavor and health quotient."

Recent tortilla chip launches that lean in a better-for-you direction include:
* Snyder's-Lance Eatsmart Whole Grain Tortilla Chips, made with whole-grain corn, sesame seeds, chia seeds and quinoa flakes
* Frito-Lay Tostitos Artisan Recipes Roasted Garlic & Black Bean Tortilla Chips, made with whole-grain corn, black beans, whole wheat, whole triticale, whole oats, whole rye, whole barley, whole millet, whole buckwheat and whole brown rice
* RW Garcia Sweet Potato Dippers, made with white corn, sweet potato, flax seeds, black sesame seeds and chia seeds
* Snak King The Whole Earth Really Seedy Multigrain Tortilla Chips, made with whole-grain brown rice, masa flour, flax seeds, sesame seeds, oat fiber and chia seeds

Portion control remains another viable route to better-for-you. "Smaller snack sizes and better-for-you products are a large part of product innovation within the salty snacks category" says Topper. While this can come in the form of portion-controlled packaging, it also sometimes means smaller snacks. One example, she notes, is the rise of "pretzel thins" or otherwise "skinny" products, often in a variety of sweet and savory flavors.

[ILLUSTRATION OMITTED]

Other products, such as popcorn, have tended to emphasize how "light" they are, says Topper, both in terms of seasoning or artificial ingredients. "Many products feature claims such as 'lightly salted' or 'slightly sweet,'" she says.

Puffed and extruded snacks increasingly go a better-for-you route via use of alternate bases, such as vegetables, pulses and sprouted grains. As was the case elsewhere in food over the last several years, quinoa has started to appear in sweet and savory snacks, notes Topper. "Other bases, including rice, lentils and peas, are also increasingly present in a variety of salty snacks," she says. According to Mintel's GNPD, pea protein is most used in snacks, accounting for 15 percent of launches.

Recently released puffed and extruded snacks made with diverse bases include:
* Angie's BOOMCHICKAPUFF made with corn, quinoa and sorghum
* Cornfields Inc.'s Hi I'm Skinny Quinoa Sticks, made with quinoa and chia seeds

* Boulder Canyon Organic Veggie Sticks, made with organic vegetables like carrots, kale, red bell peppers, sweet potatoes, spinach, broccoli and more
* Beanitos Puffs, made with navy beans
* Simply 7 Snacks Quinoa Chips, made with quinoa

Price point is typically a big part of the reason why more shoppers are buying private label snacks. "More than half of adults who buy salty snacks (54 percent) agree store brand salty snacks are just as good--in quality taste, etc.--as name brands," says Topper. "The quality and variety of these products have improved, and several private label products within the category are nearly identical in format and flavor compared to their branded counterparts." She notes that within the pretzel segment, private label sales grew 14 percent from 2013-14, more than any other manufacturer.

Private label can also mean national-brand-better innovation, with retailers building their own brand presence. The chips segment of salty snacks continues to foster strong private label innovation, including products like:

* Whole Foods 365 Everyday Value Tamarind Baked Naan Chips
* Trader Joe's Potato Chips with South African Style Seasoning
* Target Archer Farms Grilled Cheese Potato Chips
* Walgreens Delish Crunchy Cinnamon Apple Chips

Looking forward

Capturing more shopper snack dollars often depends on offering the right mix of products. In "Snacking Motivations and Attitudes--U.S.," Topper notes that 60 percent of snackers wish there were more healthy snack options, including 70 percent of households with children.

In "Salty Snacks--U.S.," Topper notes that this $5.6 billion category grew 15 percent from 2009-14 and is expected to grow an additional 21 percent from 2014-19, benefiting from the increase in Americans snacking more often. "As other food and beverage categories enter the snacking space," she says, "manufacturers must promote the unique benefits of their products, including their variety of flavors and formats, convenience, taste and affordability."

As part of Mintel's January 2015 "Chips, Salsa & Dips--U.S." report, Topper notes that this segment was worth an estimated $14.8 billion in 2014, with projections that it will reach $17.4 billion by 2019. "Sales are primarily driven by growing snacking behavior in the U.S., as well as expanding consumer palates that demand the frequent introduction of new styles and flavors," she says, pointing toward new chips that combine flavor with healthier ingredients, such as hybrid chips that blend corn, potato and other vegetables, to fuel growth.

The combined need for products to balance flavor and better-for-you ingredients is a common theme across most snack segments. Such is the case in frozen snacks and appetizers. The April 2015 Mintel report, "Frozen Snacks--U.S." echoes the relatively flat performance noted by IRI's data. "Households with children remain the $4.5 billion category's key audience," says Topper, "but growing the category will require healthier reformulations, novel formats and flavor innovation."

And while snacks have certainly grown more convenient through the years, manufacturers apparently haven't yet taken this product aspect as far as consumers would prefer. In "Snacking Motivations and Attitudes --U.S.," Topper notes that one-third of snackers state that there aren't enough conveniently packaged snacks, such as individual portions or resealable packages, on the market. She notes that this sentiment particularly resonates in households with children, where 42 percent believe the industry lacks a sufficient number of convenient snacks. The trick is to bring these packaging innovations to market without an undue influence on purchase price, which could potentially slow growth.

Much of this is a question of offering just the right product mix to hit all key target demographics. "With more-frequent snacking occasions and a shift away from three square meals per day, the need for a variety of snacks will increase," says Topper. "Snacking has become nearly universal--94 percent of U.S. adults snack at least once daily--which is good news for snack manufacturers. Health will continue to play a role in the types of snacks consumers are interested in. However, it's important to recognize the impact of flavor and satisfying a craving on snacking occasions, which occasionally trump health."

The top reasons consumers buy salty snacks is as a treat (60 percent) or to satisfy a craving (58 percent), notes Topper, highlighting the important role flavor plays in the category. "While better-for-you options are important to consumers, they should not come at the expense of a great tasting product," she says. "Consumers should not feel like they are sacrificing taste for health."

A weighty question today centers on how long the gluten-free boom will last--a phenomenon that has impacted every corner of snacks. "The category continues to thrive, as awareness of gluten-free foods increases," says Topper. "Increasing diagnoses of celiac disease and other gluten sensitivity, as well as the popularity of eating a gluten-free diet for other perceived health benefits, including for weight loss, more energy or athletic performance, are key market drivers." She notes that 82 percent of consumers who report eating gluten-free foods have not been medically diagnosed with celiac disease, and 44 percent go gluten-free for reasons other than gluten intolerance or sensitivity.

## Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

"Gluten-free products appeal to a wide audience; 41 percent of U.S. adults agree they are beneficial for everyone, not only those with a gluten allergy, intolerance or sensitivity," says Topper. "In response, food manufacturers offering either gluten-free alternatives or existing products with a gluten-free label have increased dramatically over the last several years. As greater demand for gluten-free foods increases, whatever the reason may be, new players continue to enter the market."

Topper suggests that gluten-free will continue to grow--albeit at a slightly smaller rate. "Looking ahead, Mintel predicts the gluten-free food category will grow an additional 62 percent from 2014-17, to reach sales of $14.2 billion in 2017," she says. "However, year-over-year growth is likely to become more modest compared to previous year-over-year increases."

Growth in specialized niches within snacks, such as gluten-free and better-for-you, will progressively moderate--but each collective trend points toward multiple sound formulation strategies for the future. While select classic snacks will continue to soldier forward largely unchanged, manufacturers will provide support via other lines, products and brand extensions that clearly highlight flavor diversifications and nutritional improvements--with the more astute products of the bunch perhaps eventually destined to achieve classic status for a new generation of consumers.

Snack Food & Wholesale Bakery State of the Industry Webinar

The "State of the Industry: Snack & Bakery" editorial webinar, presented by Snack Foods & Wholesale Bakery, will take place on August 26, 2015, at 2 p.m. Eastern. This webinar will provide expert snack and bakery perspectives from these industry experts:

* Sandy Krueger, executive vice president & practice leader, Bakery, IRI
* Robb MacKie, president/CEO, American Bakers Association
* Sally Lyons Wyatt, executive vice president & practice leader, Snack, IRI
* Tom Dempsey, president/CEO, Snack Food Association

These industry leaders will discuss key developments within snack and bakery, addressing both "big picture" issues and specific examples related to snack and bakery product categories. Lyons Wyatt and Dempsey will anchor the snack portion of the webinar.

Snacking behaviors have continued to increase and are outpacing total food and beverage trends. With the various roles snacks play, consumers are looking for a balance between healthier and indulgent options.

In several categories, these roles and demand moments are instrumental to consumer choices and growth. Super-premium or niche brands are leading growth in several bakery and snack categories like bars, cookies, pastry, doughnuts and bakery snacks. These niche products are driving excitement in the store and down the center-store aisles, but sometimes impacting sales of established brands.

Bakery and snack categories need breakthrough innovation to align against evolving consumer needs. In 2014, innovation "buzz" played a role in the growth, but tailor-made snack ideas drove growth, as well. Innovation does not have to be product innovation; it can be packaging, communication, and/or technology. The Oreos Trending/Vending Lounge at the SXSW festival was an innovative way to engage millennials and increase sales.

U.S. demographic shifts are fueling ongoing change. Millennials and boomers have different attitudes and are making different snack choices at retail and restaurants. Research shows 81 percent of consumers eat bakery snacks; however, millennials and boomers consume them at different times throughout the day.

During the "State of the Industry: Snack & Bakery" webinar, I will dive into the attitude and behavior trends in the U.S. I will also reveal the impact that millennials and boomers will have on snacking in 2020 and beyond.

--Sally Lyons Wyatt

[ILLUSTRATION OMITTED]

Snacking in America is perhaps at an all-time high. And the snack selections people make continue to change.

As you walk down the snack aisles in grocery stores and other retail outlets, it's easy to see that many snack categories are rapidly expanding. This is a result of changing dietary preferences for nearly every consumer demographic--and the millennials are making a particularly notable impact on snacks today.

Jared Koerten, senior food analyst, Euromonitor International, Chicago, has noted that millennials snack throughout the day, eating snacks for breakfast, lunch and/or dinner twice as often as other generations. As people across all generational groups change the way they snack, the industry must respond in kind.

Our industry, and specifically the Snack Food Association (SFA), must embrace this trend, providing new products that will resonate with consumers while still maintaining the product profiles that have made the snack industry such a success over the years.

Moving forward, SFA will continue to rebrand, reposition and grow the association in step with the ever-changing snack market. SFA also continues to address the many legislative and regulatory issues impacting snack producers.

During the upcoming "State of the Industry: Snack & Bakery" webinar, I will provide a look at the changing snack market today, along with pressing issues facing the industry--such as GMOs, the Dietary Guidelines for Americans, and the FDA ban on partially hydrogenated oils--as well as the ongoing need for strong advocacy and education.

--Tom Dempsey

[ILLUSTRATION OMITTED]

Douglas J. Peckenpaugh, Chief Editor

| SNACKS | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--CRACKERS | $7,244,275,200 | (0.37) |
| ALL OTHER CRACKERS | $5,136,026,112 | 0.09 |
| CRACKERS WITH FILLINGS | $1,053,537,792 | (2.78) |
| GRAHAM CRACKERS | $444,176,608 | 2.81 |
| MATZOH CRACKERS | $23,602,138 | 2.57 |
| SALTINE CRACKERS | $545,611,264 | (1.94) |
| CATEGORY--MISC. SNACKS | $1,340,909,696 | 1.21 |
| APPLE CHIPS | $9,437,314 | 49.33 |
| CAROB/YOGURT COATED SNACKS | $115,996,696 | (1.61) |
| CHOCOLATE COVERED SALTED SNACK | $165,259,568 | (3.77) |
| NUTRITIONAL SNACKS/TRAIL MIXES | $1,050,216,064 | 2.07 |

| SNACKS | Dollar Share of Type | Unit Sales |
|---|---|---|
| CATEGORY--CRACKERS | | 2,997,431,808 |
| ALL OTHER CRACKERS | 100.00 | 1,918,053,120 |
| CRACKERS WITH FILLINGS | 100.00 | 646,049,984 |
| GRAHAM CRACKERS | 100.00 | 154,595,488 |
| MATZOH CRACKERS | 100.00 | 6,231,836 |
| SALTINE CRACKERS | 100.00 | 257,984,448 |
| CATEGORY--MISC. SNACKS | | 377,752,864 |
| APPLE CHIPS | 100.00 | 4,214,733 |
| CAROB/YOGURT COATED SNACKS | 100.00 | 41,908,496 |
| CHOCOLATE COVERED SALTED SNACK | 100.00 | 61,186,540 |
| NUTRITIONAL SNACKS/TRAIL MIXES | 100.00 | 270,443,104 |

| SNACKS | Unit Sales % Chg YAgo |
|---|---|
| CATEGORY--CRACKERS | (0.84) |
| ALL OTHER CRACKERS | 0.02 |
| CRACKERS WITH FILLINGS | (2.63) |
| GRAHAM CRACKERS | 1.58 |
| MATZOH CRACKERS | 0.82 |
| SALTINE CRACKERS | (3.46) |
| CATEGORY--MISC. SNACKS | (4.71) |
| APPLE CHIPS | 38.22 |
| CAROB/YOGURT COATED SNACKS | (3.00) |
| CHOCOLATE COVERED SALTED SNACK | (10.62) |
| NUTRITIONAL SNACKS/TRAIL MIXES | (4.00) |

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015

| POPCORN | Dollar Sales | Dollar Sales |
|---|---|---|

**Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....**

```
              % Chg YAgo

CATEGORY--SNACK NUTS/    $5,034,404,352      3.81
  SEEDS/CORN NUTS
SNACK NUTS    $4,417,162,752      3.38
SUNFLOWER/PUMPKIN SEEDS    $548,095,168      7.50
TOASTED CORN NUT SNACKS    $69,146,704      3.20
CATEGORY--POPCORN/ POPCORN OIL    $989,458,496    (2.44)
KERNEL POPCORN  $120,619,864    (2.30)
SS MICROWAVE POPCORN    $848,177,280    (2.45)
CATEGORY--SALTY SNACKS  $21,254,379,520      4.55
CHEESE SNACKS $1,883,267,456      5.96
CORN SNACKS (NO TORTILLA CHIPS)    $1,090,406,272    3.20
OTHER SALTED SNACKS (NO NUTS)    $3,752,802,816    4.78
PORK RINDS    $316,877,216      4.10
POTATO CHIPS  $7,234,969,088      4.27
PRETZELS    $1,223,423,616    (0.99)
READY-TO-EAT POPCORN/  $1,008,782,656    18.17
  CARAMEL CORN
TORTILLA/TOSTADA CHIPS  $4,743,850,496      3.54
CATEGORY--FZ APPETIZERS $2,040,017,280      0.31
  /SNACK ROLLS
FZ APPETIZERS/SNACK ROLLS    $1,928,685,696    0.40
FZ BREADED VEGETABLES    $33,432,856    (14.12)
FZ PRETZELS    $77,898,776      5.56


POPCORN      Dollar Share   Unit Sales
    of Type

CATEGORY--SNACK NUTS/    1,772,048,256
  SEEDS/CORN NUTS
SNACK NUTS      100.00    1,335,168,768
SUNFLOWER/PUMPKIN SEEDS    100.00      391,089,280
TOASTED CORN NUT SNACKS    100.00      45,790,196
CATEGORY--POPCORN/ POPCORN OIL346,399,424
KERNEL POPCORN  100.00      37,929,152
SS MICROWAVE POPCORN    100.00      303,673,312
CATEGORY--SALTY SNACKS    9,449,796,608
CHEESE SNACKS    100.00    1,003,068,992
CORN SNACKS (NO TORTILLA CHIPS)    100.00    528,339,456
OTHER SALTED SNACKS (NO NUTS)    100.00    1,311,782,784
PORK RINDS    100.00    196,473,840
POTATO CHIPS    100.00    3,509,496,832
PRETZELS    100.00      518,695,936
READY-TO-EAT POPCORN/    100.00    435,504,800
  CARAMEL CORN    .
TORTILLA/TOSTADA CHIPS    100.00    1,946,433,664
CATEGORY--FZ APPETIZERS    557,153,408
  /SNACK ROLLS
FZ APPETIZERS/SNACK ROLLS  100.00    518,038,560
FZ BREADED VEGETABLES    100.00      11,806,336
FZ PRETZELS    100.00    27,308,502


POPCORN      Unit Sales
  % Chg YAgo

CATEGORY--SNACK NUTS/    2.83
  SEEDS/CORN NUTS
SNACK NUTS    3.23
SUNFLOWER/PUMPKIN SEEDS    1.46
TOASTED CORN NUT SNACKS    2.89
```

Case 3:17-cv-00652-KDB-DSC   Document 41-13   Filed 10/29/18   Page 103 of 169

```
CATEGORY--POPCORN/ POPCORN OIL      (3.85)
KERNEL POPCORN (134)
SS MICROWAVE POPCORN      (4.15)
CATEGORY--SALTY SNACKS    3.80
CHEESE SNACKS    2.53
CORN SNACKS (NO TORTILLA CHIPS)      2.23
OTHER SALTED SNACKS (NO NUTS)        5.01
PORK RINDS      0.10
POTATO CHIPS    4.19
PRETZELS       (112)
READY-TO-EAT POPCORN/     11.16
   CARAMEL CORN
TORTILLA/TOSTADA CHIPS    3.62
CATEGORY--FZ APPETIZERS   (0.89)
   /SNACK ROLLS
FZ APPETIZERS/SNACK ROLLS (0.75)
FZ BREADED VEGETABLES     (13.84)
FZ PRETZELS     3.09
```

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015

**Load-Date:** November 6, 2015

End of Document



# Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics.(State of the Industry SNACKS 2015: OVERVIEW)(Cover story)

Snack Food & Wholesale Bakery

July 1, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2015 BNP Media

**Section:** Pg. 12; Vol. 104; No. 7; ISSN: 1096-4835

**Length:** 3832 words

**Byline:** Peckenpaugh, Douglas J.

## Body

Perpetual change is the mantra for an age progressively inclined toward snacking. While flavor, format and better-for-you ingredients factor heavily into the updates we have seen in snacks over the past year, improved convenience also continues to enter into the mix. And while some categories benefit from an artisan, upscale touch, others are better served with a flavor-forward audacity that resonates with youthful demographics.

Even though change remains ever-present in the new product releases streaming onto the market, select categories still thrive on the classics. These cornerstone snacks continue to anchor categories, while a new level of diversified sophistication chips away at market share, making its presence known.

Looking back

The core leaders of the snack industry continue to dominate nearly every snack category, according to data provided by IRI, Chicago. And while many of these classic brands remain largely unchanged, they've been joined by new products and lines that cater to the needs of different demographic segments aligned with better-for-you, flavor or just plain fun.

As Amanda Topper, food analyst, Mintel, Chicago, notes in the April 2015 "Snacking Motivations and Attitudes--U.S." report, while nearly all Americans snack and have increased their snacking frequency over the past year, 33 percent of consumers have indicated that they are snacking on healthier foods this year compared to last year. Also, about one-third of consumers are serving healthier snacks to their children. She also notes that snacks are replacing standard daily meals--a pattern of behavior that's likely to continue.

In the January 2015 "Salty Snacks--U.S." report from Mintel, which covers popcorn, pretzels and puffed/extruded snacks, Topper notes that while some people remain concerned about the nutritional value of salty snacks, others have noted that they now see healthier options available, noting that 76 percent of consumers agree that the market today offers a greater amount of healthy products.

That said, 63 percent value the taste of salty snacks over their nutrition. "This attitude aligns with some consumers' preference for indulging with salty snacks, and points to a balance between health and indulgence," says Topper. "Taste and indulgence are main purchase drivers."

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

The majority of consumers remain concerned about the nutritional value of salty snacks, with 80 percent agreeing that these items should only be eaten in moderation. More than half of consumers (56 percent) are concerned about the ingredients in these products, highlighting the need, by manufacturers, to incorporate "clean" product labels and remain transparent about ingredients, says Topper.

But what does better-for-you really mean in the eyes of today's shoppers? These days, such definitions remain largely open to interpretation. On one hand, it can mean verifiable measures, like reduced calorie counts, added nutritional ingredients, or lower sodium and fat levels. On the other, it can mean a clean label featuring "natural" and non-GMO ingredients, portion-controlled packaging or gluten-free.

"Across category segments, product claims related to health, ingredients and allergens remain most common," says Topper, citing findings from Mintel's Global New Products Database (GNPD). "Natural product claims are also popular; this claim often is used in conjunction with no additives or preservatives claims. More than one in five adults who buy salty snacks (22 percent) look for products with no artificial ingredients, while 56 percent agree they are concerned about some of the ingredients in these products."

Topper notes that the GMO-free claim has grown more than all other product claims, up 807 percent from 2009-14, per Mintel GNPD. "The claim has become increasingly visible, especially on popcorn packaging, noting the kernels were from non-GMO corn," she says.

However, just because a claim is used more than any other doesn't mean that it's most important to shoppers. "Despite strong growth in use of the product claim, non-GMO ingredients are not the most-important product characteristic shoppers look for when purchasing salty snacks," says Topper. "This may be due to confusion about GMO labeling and the definition of this claim."

Shoppers today also tend to consider gluten-free and allergen-free/free-from foods as part of the larger better-for-you picture. "Low/no/reduced allergen and gluten-free claims grew 214 percent and 240 percent, respectively from 2009-14, according to Mintel GNPD," says Topper. In 2014, gluten-free hit a value of $8.8 billion.

"While many products such as popcorn and cheese puffs are naturally gluten-free, several reformulated gluten-free varieties of pretzels, from both mainstream and gluten-free-specific brands, have entered the market over the last several years," she says. "These products have also increased their variety of flavors and formats to keep up with traditional offerings. Other allergen-free claims are mostly related to a lack of nuts or dairy."

Gluten-free pretzel products new to the market include:

* Snyder's-Lance Snyder's of Hanover Gluten-Free Hot Buffalo Wing Pretzel Sticks

* Snyder's-Lance Snack Factory **Pretzel Crisps** Gluten Free Vanilla Yogurt Flavored Crunch Minis

* Boulder Brands Glutino Gluten-Free Salted Caramel Covered Pretzels

The tortilla chips segment of salty snacks has also seen recent better-for-you developments. "A range of healthy product claims increased for tortilla chip products in 2014, including low/no/reduced trans fat, allergens and cholesterol, as well as no additives/preservatives," says Topper. "In the past, tortilla chips enjoyed a perception that they were healthier than some other snack foods, but as snacking increases, consumers scrutinize these products more closely. Many tortilla chip brands have answered this demand with a wider range of healthy claims. Tortilla chip brands also blend corn with other vegetables to increase the flavor and health quotient."

Recent tortilla chip launches that lean in a better-for-you direction include:

* Snyder's-Lance Eatsmart Whole Grain Tortilla Chips, made with whole-grain corn, sesame seeds, chia seeds and quinoa flakes

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

* Frito-Lay Tostitos Artisan Recipes Roasted Garlic & Black Bean Tortilla Chips, made with whole-grain corn, black beans, whole wheat, whole triticale, whole oats, whole rye, whole barley, whole millet, whole buckwheat and whole brown rice

* RW Garcia Sweet Potato Dippers, made with white corn, sweet potato, flax seeds, black sesame seeds and chia seeds

* Snak King The Whole Earth Really Seedy Multigrain Tortilla Chips, made with whole-grain brown rice, masa flour, flax seeds, sesame seeds, oat fiber and chia seeds

Portion control remains another viable route to better-for-you. "Smaller snack sizes and better-for-you products are a large part of product innovation within the salty snacks category" says Topper. While this can come in the form of portion-controlled packaging, it also sometimes means smaller snacks. One example, she notes, is the rise of "pretzel thins" or otherwise "skinny" products, often in a variety of sweet and savory flavors.

Other products, such as popcorn, have tended to emphasize how "light" they are, says Topper, both in terms of seasoning or artificial ingredients. "Many products feature claims such as 'lightly salted' or 'slightly sweet,'" she says.

Puffed and extruded snacks increasingly go a better-for-you route via use of alternate bases, such as vegetables, pulses and sprouted grains. As was the case elsewhere in food over the last several years, quinoa has started to appear in sweet and savory snacks, notes Topper. "Other bases, including rice, lentils and peas, are also increasingly present in a variety of salty snacks," she says. According to Mintel's GNPD, pea protein is most used in snacks, accounting for 15 percent of launches.

Recently released puffed and extruded snacks made with diverse bases include:

* Angie's BOOMCHICKAPUFF made with corn, quinoa and sorghum

* Cornfields Inc.'s Hi I'm Skinny Quinoa Sticks, made with quinoa and chia seeds

* Boulder Canyon Organic Veggie Sticks, made with organic vegetables like carrots, kale, red bell peppers, sweet potatoes, spinach, broccoli and more

* Beanitos Puffs, made with navy beans

* Simply 7 Snacks Quinoa Chips, made with quinoa

Price point is typically a big part of the reason why more shoppers are buying private label snacks. "More than half of adults who buy salty snacks (54 percent) agree store brand salty snacks are just as good--in quality taste, etc.--as name brands," says Topper. "The quality and variety of these products have improved, and several private label products within the category are nearly identical in format and flavor compared to their branded counterparts." She notes that within the pretzel segment, private label sales grew 14 percent from 2013-14, more than any other manufacturer.

Private label can also mean national-brand-better innovation, with retailers building their own brand presence. The chips segment of salty snacks continues to foster strong private label innovation, including products like:

* Whole Foods 365 Everyday Value Tamarind Baked Naan Chips

* Trader Joe's Potato Chips with South African Style Seasoning

* Target Archer Farms Grilled Cheese Potato Chips

* Walgreens Delish Crunchy Cinnamon Apple Chips

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

Looking forward

Capturing more shopper snack dollars often depends on offering the right mix of products. In "Snacking Motivations and Attitudes--U.S.," Topper notes that 60 percent of snackers wish there were more healthy snack options, including 70 percent of households with children.

In "Salty Snacks--U.S.," Topper notes that this $5.6 billion category grew 15 percent from 2009-14 and is expected to grow an additional 21 percent from 2014-19, benefiting from the increase in Americans snacking more often. "As other food and beverage categories enter the snacking space," she says, "manufacturers must promote the unique benefits of their products, including their variety of flavors and formats, convenience, taste and affordability."

As part of Mintel's January 2015 "Chips, Salsa & Dips--U.S." report, Topper notes that this segment was worth an estimated $14.8 billion in 2014, with projections that it will reach $17.4 billion by 2019. "Sales are primarily driven by growing snacking behavior in the U.S., as well as expanding consumer palates that demand the frequent introduction of new styles and flavors," she says, pointing toward new chips that combine flavor with healthier ingredients, such as hybrid chips that blend corn, potato and other vegetables, to fuel growth.

The combined need for products to balance flavor and better-for-you ingredients is a common theme across most snack segments. Such is the case in frozen snacks and appetizers. The April 2015 Mintel report, "Frozen Snacks--U.S." echoes the relatively flat performance noted by IRI's data. "Households with children remain the $4.5 billion category's key audience," says Topper, "but growing the category will require healthier reformulations, novel formats and flavor innovation."

And while snacks have certainly grown more convenient through the years, manufacturers apparently haven't yet taken this product aspect as far as consumers would prefer. In "Snacking Motivations and Attitudes --U.S.," Topper notes that one-third of snackers state that there aren't enough conveniently packaged snacks, such as individual portions or resealable packages, on the market. She notes that this sentiment particularly resonates in households with children, where 42 percent believe the industry lacks a sufficient number of convenient snacks. The trick is to bring these packaging innovations to market without an undue influence on purchase price, which could potentially slow growth.

Much of this is a question of offering just the right product mix to hit all key target demographics. "With more-frequent snacking occasions and a shift away from three square meals per day, the need for a variety of snacks will increase," says Topper. "Snacking has become nearly universal--94 percent of U.S. adults snack at least once daily--which is good news for snack manufacturers. Health will continue to play a role in the types of snacks consumers are interested in. However, it's important to recognize the impact of flavor and satisfying a craving on snacking occasions, which occasionally trump health."

The top reasons consumers buy salty snacks is as a treat (60 percent) or to satisfy a craving (58 percent), notes Topper, highlighting the important role flavor plays in the category. "While better-for-you options are important to consumers, they should not come at the expense of a great tasting product," she says. "Consumers should not feel like they are sacrificing taste for health."

A weighty question today centers on how long the gluten-free boom will last--a phenomenon that has impacted every corner of snacks. "The category continues to thrive, as awareness of gluten-free foods increases," says Topper. "Increasing diagnoses of celiac disease and other gluten sensitivity, as well as the popularity of eating a gluten-free diet for other perceived health benefits, including for weight loss, more energy or athletic performance, are key market drivers." She notes that 82 percent of consumers who report eating gluten-free foods have not been medically diagnosed with celiac disease, and 44 percent go gluten-free for reasons other than gluten intolerance or sensitivity.

"Gluten-free products appeal to a wide audience; 41 percent of U.S. adults agree they are beneficial for everyone, not only those with a gluten allergy, intolerance or sensitivity," says Topper. "In response, food manufacturers offering either gluten-free alternatives or existing products with a gluten-free label have increased dramatically over

the last several years. As greater demand for gluten-free foods increases, whatever the reason may be, new players continue to enter the market."

Topper suggests that gluten-free will continue to grow--albeit at a slightly smaller rate. "Looking ahead, Mintel predicts the gluten-free food category will grow an additional 62 percent from 2014-17, to reach sales of $14.2 billion in 2017," she says. "However, year-over-year growth is likely to become more modest compared to previous year-over-year increases."

Growth in specialized niches within snacks, such as gluten-free and better-for-you, will progressively moderate--but each collective trend points toward multiple sound formulation strategies for the future. While select classic snacks will continue to soldier forward largely unchanged, manufacturers will provide support via other lines, products and brand extensions that clearly highlight flavor diversifications and nutritional improvements--with the more astute products of the bunch perhaps eventually destined to achieve classic status for a new generation of consumers.

Snack Food & Wholesale Bakery State of the Industry Webinar

The "State of the Industry: Snack & Bakery" editorial webinar, presented by Snack Foods & Wholesale Bakery, will take place on August 26, 2015, at 2 p.m. Eastern. This webinar will provide expert snack and bakery perspectives from these industry experts:

* Sandy Krueger, executive vice president & practice leader, Bakery, IRI

* Robb MacKie, president/CEO, American Bakers Association

* Sally Lyons Wyatt, executive vice president & practice leader, Snack, IRI

* Tom Dempsey, president/CEO, Snack Food Association

These industry leaders will discuss key developments within snack and bakery, addressing both "big picture" issues and specific examples related to snack and bakery product categories. Lyons Wyatt and Dempsey will anchor the snack portion of the webinar.

Snacking behaviors have continued to increase and are outpacing total food and beverage trends. With the various roles snacks play, consumers are looking for a balance between healthier and indulgent options.

In several categories, these roles and demand moments are instrumental to consumer choices and growth. Super-premium or niche brands are leading growth in several bakery and snack categories like bars, cookies, pastry, doughnuts and bakery snacks. These niche products are driving excitement in the store and down the center-store aisles, but sometimes impacting sales of established brands.

Bakery and snack categories need breakthrough innovation to align against evolving consumer needs. In 2014, innovation "buzz" played a role in the growth, but tailor-made snack ideas drove growth, as well. Innovation does not have to be product innovation; it can be packaging, communication, and/or technology. The Oreos Trending/Vending Lounge at the SXSW festival was an innovative way to engage millennials and increase sales.

U.S. demographic shifts are fueling ongoing change. Millennials and boomers have different attitudes and are making different snack choices at retail and restaurants. Research shows 81 percent of consumers eat bakery snacks; however, millennials and boomers consume them at different times throughout the day.

During the "State of the Industry: Snack & Bakery" webinar, I will dive into the attitude and behavior trends in the U.S. I will also reveal the impact that millennials and boomers will have on snacking in 2020 and beyond.

--Sally Lyons Wyatt

Snacking in America is perhaps at an all-time high. And the snack selections people make continue to change.

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

As you walk down the snack aisles in grocery stores and other retail outlets, it's easy to see that many snack categories are rapidly expanding. This is a result of changing dietary preferences for nearly every consumer demographic--and the millennials are making a particularly notable impact on snacks today.

Jared Koerten, senior food analyst, Euromonitor International, Chicago, has noted that millennials snack throughout the day, eating snacks for breakfast, lunch and/or dinner twice as often as other generations. As people across all generational groups change the way they snack, the industry must respond in kind.

Our industry, and specifically the Snack Food Association (SFA), must embrace this trend, providing new products that will resonate with consumers while still maintaining the product profiles that have made the snack industry such a success over the years.

Moving forward, SFA will continue to rebrand, reposition and grow the association in step with the ever-changing snack market. SFA also continues to address the many legislative and regulatory issues impacting snack producers.

During the upcoming "State of the Industry: Snack & Bakery" webinar, I will provide a look at the changing snack market today, along with pressing issues facing the industry--such as GMOs, the Dietary Guidelines for Americans, and the FDA ban on partially hydrogenated oils--as well as the ongoing need for strong advocacy and education.

--Tom Dempsey

Douglas J. Peckenpaugh, Chief Editor

SNACKS Dollar Sales Dollar Sales % Chg YAgo CATEGORY--CRACKERS $7,244,275,200 (0.37) ALL OTHER CRACKERS $5,136,026,112 0.09 CRACKERS WITH FILLINGS $1,053,537,792 (2.78) GRAHAM CRACKERS $444,176,608 2.81 MATZOH CRACKERS $23,602,138 2.57 SALTINE CRACKERS $545,611,264 (1.94) CATEGORY--MISC. SNACKS $1,340,909,696 1.21 APPLE CHIPS $9,437,314 49.33 CAROB/YOGURT COATED SNACKS $115,996,696 (1.61) CHOCOLATE COVERED SALTED SNACK $165,259,568 (3.77) NUTRITIONAL SNACKS/TRAIL MIXES $1,050,216,064 2.07 SNACKS Dollar Share Unit Sales of Type CATEGORY--CRACKERS 2,997,431,808 ALL OTHER CRACKERS 100.00 1,918,053,120 CRACKERS WITH FILLINGS 100.00 646,049,984 GRAHAM CRACKERS 100.00 154,595,488 MATZOH CRACKERS 100.00 6,231,836 SALTINE CRACKERS 100.00 257,984,448 CATEGORY--MISC. SNACKS 377,752,864 APPLE CHIPS 100.00 4,214,733 CAROB/YOGURT COATED SNACKS 100.00 41,908,496 CHOCOLATE COVERED SALTED SNACK 100.00 61,186,540 NUTRITIONAL SNACKS/TRAIL MIXES 100.00 270,443,104 SNACKS Unit Sales % Chg YAgo CATEGORY--CRACKERS (0.84) ALL OTHER CRACKERS 0.02 CRACKERS WITH FILLINGS (2.63) GRAHAM CRACKERS 1.58 MATZOH CRACKERS 0.82 SALTINE CRACKERS (3.46) CATEGORY--MISC. SNACKS (4.71) APPLE CHIPS 38.22 CAROB/YOGURT COATED SNACKS (3.00) CHOCOLATE COVERED SALTED SNACK (10.62) NUTRITIONAL SNACKS/TRAIL MIXES (4.00) Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015 POPCORN Dollar Sales Dollar Sales % Chg YAgo CATEGORY--SNACK NUTS/ $5,034,404,352 3.81 SEEDS/CORN NUTS SNACK NUTS $4,417,162,752 3.38 SUNFLOWER/PUMPKIN SEEDS $548,095,168 7.50 TOASTED CORN NUT SNACKS $69,146,704 3.20 CATEGORY--POPCORN/ POPCORN OIL $989,458,496 (2.44) KERNEL POPCORN $120,619,864 (2.30) SS MICROWAVE POPCORN $848,177,280 (2.45) CATEGORY--SALTY SNACKS $21,254,379,520 4.55 CHEESE SNACKS $1,883,267,456 5.96 CORN SNACKS (NO TORTILLA CHIPS) $1,090,406,272 3.20 OTHER SALTED SNACKS (NO NUTS) $3,752,802,816 4.78 PORK RINDS $316,877,216 4.10 POTATO CHIPS $7,234,969,088 4.27 PRETZELS $1,223,423,616 (0.99) READY-TO-EAT POPCORN/ $1,008,782,656 18.17 CARAMEL CORN TORTILLA/TOSTADA CHIPS $4,743,850,496 3.54 CATEGORY--FZ APPETIZERS $2,040,017,280 0.31 /SNACK ROLLS FZ APPETIZERS/SNACK ROLLS $1,928,685,696 0.40 FZ BREADED VEGETABLES $33,432,856 (14.12) FZ PRETZELS $77,898,776 5.56 POPCORN Dollar Share Unit Sales of Type CATEGORY--SNACK NUTS/ 1,772,048,256 SEEDS/CORN NUTS SNACK NUTS 100.00 1,335,168,768 SUNFLOWER/PUMPKIN SEEDS 100.00 391,089,280 TOASTED CORN NUT SNACKS 100.00 45,790,196 CATEGORY--POPCORN/ POPCORN

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

OIL 346,399,424 KERNEL POPCORN 100.00 37,929,152 SS MICROWAVE POPCORN 100.00 303,673,312 CATEGORY--SALTY SNACKS 9,449,796,608 CHEESE SNACKS 100.00 1,003,068,992 CORN SNACKS (NO TORTILLA CHIPS) 100.00 528,339,456 OTHER SALTED SNACKS (NO NUTS) 100.00 1,311,782,784 PORK RINDS 100.00 196,473,840 POTATO CHIPS 100.00 3,509,496,832 PRETZELS 100.00 518,695,936 READY-TO-EAT POPCORN/ 100.00 435,504,800 CARAMEL CORN TORTILLA/TOSTADA CHIPS 100.00 1,946,433,664 CATEGORY--FZ APPETIZERS 557,153,408 /SNACK ROLLS FZ APPETIZERS/SNACK ROLLS 100.00 518,038,560 FZ BREADED VEGETABLES 100.00 11,806,336 FZ PRETZELS 100.00 27,308,502 POPCORN Unit Sales % Chg YAgo CATEGORY--SNACK NUTS/ 2.83 SEEDS/CORN NUTS SNACK NUTS 3.23 SUNFLOWER/PUMPKIN SEEDS 1.46 TOASTED CORN NUT SNACKS 2.89 CATEGORY--POPCORN/ POPCORN OIL (3.85) KERNEL POPCORN (134) SS MICROWAVE POPCORN (4.15) CATEGORY--SALTY SNACKS 3.80 CHEESE SNACKS 2.53 CORN SNACKS (NO TORTILLA CHIPS) 2.23 OTHER SALTED SNACKS (NO NUTS) 5.01 PORK RINDS 0.10 POTATO CHIPS 4.19 PRETZELS (112) READY-TO-EAT POPCORN/ 11.16 CARAMEL CORN TORTILLA/TOSTADA CHIPS 3.62 CATEGORY--FZ APPETIZERS (0.89) /SNACK ROLLS FZ APPETIZERS/SNACK ROLLS (0.75) FZ BREADED VEGETABLES (13.84) FZ PRETZELS 3.09 Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015

**Load-Date:** July 24, 2018

---

End of Document



# Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics.; United States snack crackers retail sales and sales change by type in dollars, units, and percentages for the year ended May 17, 2015

Snack Food & Wholesale Bakery

July 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 12; Vol. 104; No. 7; ISSN: 0037-7406

**Length:** 3800 words
**Highlight:** State of the Industry SNACKS 2015: OVERVIEW

## Body

Perpetual change is the mantra for an age progressively inclined toward snacking. While flavor, format and better-for-you ingredients factor heavily into the updates we have seen in snacks over the past year, improved convenience also continues to enter into the mix. And while some categories benefit from an artisan, upscale touch, others are better served with a flavor-forward audacity that resonates with youthful demographics.

Even though change remains ever-present in the new product releases streaming onto the market, select categories still thrive on the classics. These cornerstone snacks continue to anchor categories, while a new level of diversified sophistication chips away at market share, making its presence known.

Looking back

The core leaders of the snack industry continue to dominate nearly every snack category, according to data provided by IRI, Chicago. And while many of these classic brands remain largely unchanged, they've been joined by new products and lines that cater to the needs of different demographic segments aligned with better-for-you, flavor or just plain fun.

As Amanda Topper, food analyst, Mintel, Chicago, notes in the April 2015 "Snacking Motivations and Attitudes--U.S." report, while nearly all Americans snack and have increased their snacking frequency over the past year, 33 percent of consumers have indicated that they are snacking on healthier foods this year compared to last year. Also, about one-third of consumers are serving healthier snacks to their children. She also notes that snacks are replacing standard daily meals--a pattern of behavior that's likely to continue.

[ILLUSTRATION OMITTED]

In the January 2015 "Salty Snacks--U.S." report from Mintel, which covers popcorn, pretzels and puffed/extruded snacks, Topper notes that while some people remain concerned about the nutritional value of salty snacks, others have noted that they now see healthier options available, noting that 76 percent of consumers agree that the market today offers a greater amount of healthy products.

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

That said, 63 percent value the taste of salty snacks over their nutrition. "This attitude aligns with some consumers' preference for indulging with salty snacks, and points to a balance between health and indulgence," says Topper. "Taste and indulgence are main purchase drivers."

The majority of consumers remain concerned about the nutritional value of salty snacks, with 80 percent agreeing that these items should only be eaten in moderation. More than half of consumers (56 percent) are concerned about the ingredients in these products, highlighting the need, by manufacturers, to incorporate "clean" product labels and remain transparent about ingredients, says Topper.

But what does better-for-you really mean in the eyes of today's shoppers? These days, such definitions remain largely open to interpretation. On one hand, it can mean verifiable measures, like reduced calorie counts, added nutritional ingredients, or lower sodium and fat levels. On the other, it can mean a clean label featuring "natural" and non-GMO ingredients, portion-controlled packaging or gluten-free.

"Across category segments, product claims related to health, ingredients and allergens remain most common," says Topper, citing findings from Mintel's Global New Products Database (GNPD). "Natural product claims are also popular; this claim often is used in conjunction with no additives or preservatives claims. More than one in five adults who buy salty snacks (22 percent) look for products with no artificial ingredients, while 56 percent agree they are concerned about some of the ingredients in these products."

Topper notes that the GMO-free claim has grown more than all other product claims, up 807 percent from 2009-14, per Mintel GNPD. "The claim has become increasingly visible, especially on popcorn packaging, noting the kernels were from non-GMO corn," she says.

However, just because a claim is used more than any other doesn't mean that it's most important to shoppers. "Despite strong growth in use of the product claim, non-GMO ingredients are not the most-important product characteristic shoppers look for when purchasing salty snacks," says Topper. "This may be due to confusion about GMO labeling and the definition of this claim."

Shoppers today also tend to consider gluten-free and allergen-free/free-from foods as part of the larger better-for-you picture. "Low/no/reduced allergen and gluten-free claims grew 214 percent and 240 percent, respectively from 2009-14, according to Mintel GNPD," says Topper. In 2014, gluten-free hit a value of $8.8 billion.

"While many products such as popcorn and cheese puffs are naturally gluten-free, several reformulated gluten-free varieties of pretzels, from both mainstream and gluten-free-specific brands, have entered the market over the last several years," she says. "These products have also increased their variety of flavors and formats to keep up with traditional offerings. Other allergen-free claims are mostly related to a lack of nuts or dairy."

Gluten-free pretzel products new to the market include:

* Snyder's-Lance Snyder's of Hanover Gluten-Free Hot Buffalo Wing Pretzel Sticks

* Snyder's-Lance Snack Factory **Pretzel Crisps** Gluten Free Vanilla Yogurt Flavored Crunch Minis

* Boulder Brands Glutino Gluten-Free Salted Caramel Covered Pretzels

The tortilla chips segment of salty snacks has also seen recent better-for-you developments. "A range of healthy product claims increased for tortilla chip products in 2014, including low/no/reduced trans fat, allergens and cholesterol, as well as no additives/preservatives," says Topper. "In the past, tortilla chips enjoyed a perception that they are healthier than some other snack foods, but as snacking increases, consumers scrutinize these products more closely. Many tortilla chip brands have answered this demand with a wider range of healthy claims. Tortilla chip brands also blend corn with other vegetables to increase the flavor and health quotient."

Recent tortilla chip launches that lean in a better-for-you direction include:

* Snyder's-Lance Eatsmart Whole Grain Tortilla Chips, made with whole-grain corn, sesame seeds, chia seeds and quinoa flakes

* Frito-Lay Tostitos Artisan Recipes Roasted Garlic & Black Bean Tortilla Chips, made with whole-grain corn, black beans, whole wheat, whole triticale, whole oats, whole rye, whole barley, whole millet, whole buckwheat and whole brown rice

* RW Garcia Sweet Potato Dippers, made with white corn, sweet potato, flax seeds, black sesame seeds and chia seeds

* Snak King The Whole Earth Really Seedy Multigrain Tortilla Chips, made with whole-grain brown rice, masa flour, flax seeds, sesame seeds, oat fiber and chia seeds

Portion control remains another viable route to better-for-you. "Smaller snack sizes and better-for-you products are a large part of product innovation within the salty snacks category" says Topper. While this can come in the form of portion-controlled packaging, it also sometimes means smaller snacks. One example, she notes, is the rise of "pretzel thins" or otherwise "skinny" products, often in a variety of sweet and savory flavors.

[ILLUSTRATION OMITTED]

Other products, such as popcorn, have tended to emphasize how "light" they are, says Topper, both in terms of seasoning or artificial ingredients. "Many products feature claims such as 'lightly salted' or 'slightly sweet,'" she says.

Puffed and extruded snacks increasingly go a better-for-you route via use of alternate bases, such as vegetables, pulses and sprouted grains. As was the case elsewhere in food over the last several years, quinoa has started to appear in sweet and savory snacks, notes Topper. "Other bases, including rice, lentils and peas, are also increasingly present in a variety of salty snacks," she says. According to Mintel's GNPD, pea protein is most used in snacks, accounting for 15 percent of launches.

Recently released puffed and extruded snacks made with diverse bases include:

* Angie's BOOMCHICKAPUFF made with corn, quinoa and sorghum

* Cornfields Inc.'s Hi I'm Skinny Quinoa Sticks, made with quinoa and chia seeds

* Boulder Canyon Organic Veggie Sticks, made with organic vegetables like carrots, kale, red bell peppers, sweet potatoes, spinach, broccoli and more

* Beanitos Puffs, made with navy beans

* Simply 7 Snacks Quinoa Chips, made with quinoa

Price point is typically a big part of the reason why more shoppers are buying private label snacks. "More than half of adults who buy salty snacks (54 percent) agree store brand salty snacks are just as good--in quality taste, etc.--as name brands," says Topper. "The quality and variety of these products have improved, and several private label products within the category are nearly identical in format and flavor compared to their branded counterparts." She notes that within the pretzel segment, private label sales grew 14 percent from 2013-14, more than any other manufacturer.

Private label can also mean national-brand-better innovation, with retailers building their own brand presence. The chips segment of salty snacks continues to foster strong private label innovation, including products like:

* Whole Foods 365 Everyday Value Tamarind Baked Naan Chips

* Trader Joe's Potato Chips with South African Style Seasoning

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

* Target Archer Farms Grilled Cheese Potato Chips

* Walgreens Delish Crunchy Cinnamon Apple Chips

Looking forward

Capturing more shopper snack dollars often depends on offering the right mix of products. In "Snacking Motivations and Attitudes--U.S.," Topper notes that 60 percent of snackers wish there were more healthy snack options, including 70 percent of households with children.

In "Salty Snacks--U.S.," Topper notes that this $5.6 billion category grew 15 percent from 2009-14 and is expected to grow an additional 21 percent from 2014-19, benefiting from the increase in Americans snacking more often. "As other food and beverage categories enter the snacking space," she says, "manufacturers must promote the unique benefits of their products, including their variety of flavors and formats, convenience, taste and affordability."

As part of Mintel's January 2015 "Chips, Salsa & Dips--U.S." report, Topper notes that this segment was worth an estimated $14.8 billion in 2014, with projections that it will reach $17.4 billion by 2019. "Sales are primarily driven by growing snacking behavior in the U.S., as well as expanding consumer palates that demand the frequent introduction of new styles and flavors," she says, pointing toward new chips that combine flavor with healthier ingredients, such as hybrid chips that blend corn, potato and other vegetables, to fuel growth.

The combined need for products to balance flavor and better-for-you ingredients is a common theme across most snack segments. Such is the case in frozen snacks and appetizers. The April 2015 Mintel report, "Frozen Snacks--U.S." echoes the relatively flat performance noted by IRI's data. "Households with children remain the $4.5 billion category's key audience," says Topper, "but growing the category will require healthier reformulations, novel formats and flavor innovation."

And while snacks have certainly grown more convenient through the years, manufacturers apparently haven't yet taken this product aspect as far as consumers would prefer. In "Snacking Motivations and Attitudes --U.S.," Topper notes that one-third of snackers state that there aren't enough conveniently packaged snacks, such as individual portions or resealable packages, on the market. She notes that this sentiment particularly resonates in households with children, where 42 percent believe the industry lacks a sufficient number of convenient snacks. The trick is to bring these packaging innovations to market without an undue influence on purchase price, which could potentially slow growth.

Much of this is a question of offering just the right product mix to hit all key target demographics. "With more-frequent snacking occasions and a shift away from three square meals per day, the need for a variety of snacks will increase," says Topper. "Snacking has become nearly universal--94 percent of U.S. adults snack at least once daily--which is good news for snack manufacturers. Health will continue to play a role in the types of snacks consumers are interested in. However, it's important to recognize the impact of flavor and satisfying a craving on snacking occasions, which occasionally trump health."

The top reasons consumers buy salty snacks is as a treat (60 percent) or to satisfy a craving (58 percent), notes Topper, highlighting the important role flavor plays in the category. "While better-for-you options are important to consumers, they should not come at the expense of a great tasting product," she says. "Consumers should not feel like they are sacrificing taste for health."

A weighty question today centers on how long the gluten-free boom will last--a phenomenon that has impacted every corner of snacks. "The category continues to thrive, as awareness of gluten-free foods increases," says Topper. "Increasing diagnoses of celiac disease and other gluten sensitivity, as well as the popularity of eating a gluten-free diet for other perceived health benefits, including for weight loss, more energy or athletic performance, are key market drivers." She notes that 82 percent of consumers who report eating gluten-free foods have not been medically diagnosed with celiac disease, and 44 percent go gluten-free for reasons other than gluten intolerance or sensitivity.

"Gluten-free products appeal to a wide audience; 41 percent of U.S. adults agree they are beneficial for everyone, not only those with a gluten allergy, intolerance or sensitivity," says Topper. "In response, food manufacturers offering either gluten-free alternatives or existing products with a gluten-free label have increased dramatically over the last several years. As greater demand for gluten-free foods increases, whatever the reason may be, new players continue to enter the market."

Topper suggests that gluten-free will continue to grow--albeit at a slightly smaller rate. "Looking ahead, Mintel predicts the gluten-free food category will grow an additional 62 percent from 2014-17, to reach sales of $14.2 billion in 2017," she says. "However, year-over-year growth is likely to become more modest compared to previous year-over-year increases."

Growth in specialized niches within snacks, such as gluten-free and better-for-you, will progressively moderate--but each collective trend points toward multiple sound formulation strategies for the future. While select classic snacks will continue to soldier forward largely unchanged, manufacturers will provide support via other lines, products and brand extensions that clearly highlight flavor diversifications and nutritional improvements--with the more astute products of the bunch perhaps eventually destined to achieve classic status for a new generation of consumers.

Snack Food & Wholesale Bakery State of the Industry Webinar

The "State of the Industry: Snack & Bakery" editorial webinar, presented by Snack Foods & Wholesale Bakery, will take place on August 26, 2015, at 2 p.m. Eastern. This webinar will provide expert snack and bakery perspectives from these industry experts:

* Sandy Krueger, executive vice president & practice leader, Bakery, IRI

* Robb MacKie, president/CEO, American Bakers Association

* Sally Lyons Wyatt, executive vice president & practice leader, Snack, IRI

* Tom Dempsey, president/CEO, Snack Food Association

These industry leaders will discuss key developments within snack and bakery, addressing both "big picture" issues and specific examples related to snack and bakery product categories. Lyons Wyatt and Dempsey will anchor the snack portion of the webinar.

Snacking behaviors have continued to increase and are outpacing total food and beverage trends. With the various roles snacks play, consumers are looking for a balance between healthier and indulgent options.

In several categories, these roles and demand moments are instrumental to consumer choices and growth. Super-premium or niche brands are leading growth in several bakery and snack categories like bars, cookies, pastry, doughnuts and bakery snacks. These niche products are driving excitement in the store and down the center-store aisles, but sometimes impacting sales of established brands.

Bakery and snack categories need breakthrough innovation to align against evolving consumer needs. In 2014, innovation "buzz" played a role in the growth, but tailor-made snack ideas drove growth, as well. Innovation does not have to be product innovation; it can be packaging, communication, and/or technology. The Oreos Trending/Vending Lounge at the SXSW festival was an innovative way to engage millennials and increase sales.

U.S. demographic shifts are fueling ongoing change. Millennials and boomers have different attitudes and are making different snack choices at retail and restaurants. Research shows 81 percent of consumers eat bakery snacks; however, millennials and boomers consume them at different times throughout the day.

During the "State of the Industry: Snack & Bakery" webinar, I will dive into the attitude and behavior trends in the U.S. I will also reveal the impact that millennials and boomers will have on snacking in 2020 and beyond.

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

--Sally Lyons Wyatt

[ILLUSTRATION OMITTED]

Snacking in America is perhaps at an all-time high. And the snack selections people make continue to change.

As you walk down the snack aisles in grocery stores and other retail outlets, it's easy to see that many snack categories are rapidly expanding. This is a result of changing dietary preferences for nearly every consumer demographic--and the millennials are making a particularly notable impact on snacks today.

Jared Koerten, senior food analyst, Euromonitor International, Chicago, has noted that millennials snack throughout the day, eating snacks for breakfast, lunch and/or dinner twice as often as other generations. As people across all generational groups change the way they snack, the industry must respond in kind.

Our industry, and specifically the Snack Food Association (SFA), must embrace this trend, providing new products that will resonate with consumers while still maintaining the product profiles that have made the snack industry such a success over the years.

Moving forward, SFA will continue to rebrand, reposition and grow the association in step with the ever-changing snack market. SFA also continues to address the many legislative and regulatory issues impacting snack producers.

During the upcoming "State of the Industry: Snack & Bakery" webinar, I will provide a look at the changing snack market today, along with pressing issues facing the industry--such as GMOs, the Dietary Guidelines for Americans, and the FDA ban on partially hydrogenated oils--as well as the ongoing need for strong advocacy and education.

--Tom Dempsey

[ILLUSTRATION OMITTED]

Douglas J. Peckenpaugh, Chief Editor

| SNACKS | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--CRACKERS | $7,244,275,200 | (0.37) |
| ALL OTHER CRACKERS | $5,136,026,112 | 0.09 |
| CRACKERS WITH FILLINGS | $1,053,537,792 | (2.78) |
| GRAHAM CRACKERS | $444,176,608 | 2.81 |
| MATZOH CRACKERS | $23,602,138 | 2.57 |
| SALTINE CRACKERS | $545,611,264 | (1.94) |
| CATEGORY--MISC. SNACKS | $1,340,909,696 | 1.21 |
| APPLE CHIPS | $9,437,314 | 49.33 |
| CAROB/YOGURT COATED SNACKS | $115,996,696 | (1.61) |
| CHOCOLATE COVERED SALTED SNACK | $165,259,568 | (3.77) |
| NUTRITIONAL SNACKS/TRAIL MIXES | $1,050,216,064 | 2.07 |

| SNACKS | Dollar Share | Unit Sales of Type |
|---|---|---|
| CATEGORY--CRACKERS | | 2,997,431,808 |
| ALL OTHER CRACKERS | 100.00 | 1,918,053,120 |
| CRACKERS WITH FILLINGS | 100.00 | 646,049,984 |
| GRAHAM CRACKERS | 100.00 | 154,595,488 |
| MATZOH CRACKERS | 100.00 | 6,231,836 |
| SALTINE CRACKERS | 100.00 | 257,984,448 |
| CATEGORY--MISC. SNACKS | | 377,752,864 |

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

| | | |
|---|---|---|
| APPLE CHIPS | 100.00 | 4,214,733 |
| CAROB/YOGURT COATED SNACKS | 100.00 | 41,908,496 |
| CHOCOLATE COVERED SALTED SNACK | 100.00 | 61,186,540 |
| NUTRITIONAL SNACKS/TRAIL MIXES | 100.00 | 270,443,104 |
| SNACKS | | Unit Sales |
| | | % Chg YAgo |
| CATEGORY--CRACKERS | | (0.84) |
| ALL OTHER CRACKERS | | 0.02 |
| CRACKERS WITH FILLINGS | | (2.63) |
| GRAHAM CRACKERS | | 1.58 |
| MATZOH CRACKERS | | 0.82 |
| SALTINE CRACKERS | | (3.46) |
| CATEGORY--MISC. SNACKS | | (4.71) |
| APPLE CHIPS | | 38.22 |
| CAROB/YOGURT COATED SNACKS | | (3.00) |
| CHOCOLATE COVERED SALTED SNACK | | (10.62) |
| NUTRITIONAL SNACKS/TRAIL MIXES | | (4.00) |

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets,

Drugstores, Mass Market Retailers, Gas/C-Stores, Military

Commissaries and Select Club & Dollar Retail Chains), Latest

52 Weeks Ending May 17, 2015

| POPCORN | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--SNACK NUTS/ SEEDS/CORN NUTS | $5,034,404,352 | 3.81 |
| SNACK NUTS | $4,417,162,752 | 3.38 |
| SUNFLOWER/PUMPKIN SEEDS | $548,095,168 | 7.50 |
| TOASTED CORN NUT SNACKS | $69,146,704 | 3.20 |
| CATEGORY--POPCORN/ POPCORN OIL | $989,458,496 | (2.44) |
| KERNEL POPCORN | $120,619,864 | (2.30) |
| SS MICROWAVE POPCORN | $848,177,280 | (2.45) |
| CATEGORY--SALTY SNACKS | $21,254,379,520 | 4.55 |
| CHEESE SNACKS | $1,883,267,456 | 5.96 |
| CORN SNACKS (NO TORTILLA CHIPS) | $1,090,406,272 | 3.20 |
| OTHER SALTED SNACKS (NO NUTS) | $3,752,802,816 | 4.78 |
| PORK RINDS | $316,877,216 | 4.10 |
| POTATO CHIPS | $7,234,969,088 | 4.27 |
| PRETZELS | $1,223,423,616 | (0.99) |
| READY-TO-EAT POPCORN/ CARAMEL CORN | $1,008,782,656 | 18.17 |
| TORTILLA/TOSTADA CHIPS | $4,743,850,496 | 3.54 |
| CATEGORY--FZ APPETIZERS /SNACK ROLLS | $2,040,017,280 | 0.31 |
| FZ APPETIZERS/SNACK ROLLS | $1,928,685,696 | 0.40 |
| FZ BREADED VEGETABLES | $33,432,856 | (14.12) |
| FZ PRETZELS | $77,898,776 | 5.56 |
| POPCORN | Dollar Share | Unit Sales |

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

| | | of Type |
|---|---|---|
| CATEGORY--SNACK NUTS/ | | 1,772,048,256 |
| SEEDS/CORN NUTS | | |
| SNACK NUTS | 100.00 | 1,335,168,768 |
| SUNFLOWER/PUMPKIN SEEDS | 100.00 | 391,089,280 |
| TOASTED CORN NUT SNACKS | 100.00 | 45,790,196 |
| CATEGORY--POPCORN/ POPCORN OIL | | 346,399,424 |
| KERNEL POPCORN | 100.00 | 37,929,152 |
| SS MICROWAVE POPCORN | 100.00 | 303,673,312 |
| CATEGORY--SALTY SNACKS | | 9,449,796,608 |
| CHEESE SNACKS | 100.00 | 1,003,068,992 |
| CORN SNACKS (NO TORTILLA CHIPS) | 100.00 | 528,339,456 |
| OTHER SALTED SNACKS (NO NUTS) | 100.00 | 1,311,782,784 |
| PORK RINDS | 100.00 | 196,473,840 |
| POTATO CHIPS | 100.00 | 3,509,496,832 |
| PRETZELS | 100.00 | 518,695,936 |
| READY-TO-EAT POPCORN/ | 100.00 | 435,504,800 |
| CARAMEL CORN | | |
| TORTILLA/TOSTADA CHIPS | 100.00 | 1,946,433,664 |
| CATEGORY--FZ APPETIZERS | | 557,153,408 |
| /SNACK ROLLS | | |
| FZ APPETIZERS/SNACK ROLLS | 100.00 | 518,038,560 |
| FZ BREADED VEGETABLES | 100.00 | 11,806,336 |
| FZ PRETZELS | 100.00 | 27,308,502 |
| POPCORN | | Unit Sales |

| | % Chg YAgo |
|---|---|
| CATEGORY--SNACK NUTS/ | 2.83 |
| SEEDS/CORN NUTS | |
| SNACK NUTS | 3.23 |
| SUNFLOWER/PUMPKIN SEEDS | 1.46 |
| TOASTED CORN NUT SNACKS | 2.89 |
| CATEGORY--POPCORN/ POPCORN OIL | (3.85) |
| KERNEL POPCORN | (134) |
| SS MICROWAVE POPCORN | (4.15) |
| CATEGORY--SALTY SNACKS | 3.80 |
| CHEESE SNACKS | 2.53 |
| CORN SNACKS (NO TORTILLA CHIPS) | 2.23 |
| OTHER SALTED SNACKS (NO NUTS) | 5.01 |
| PORK RINDS | 0.10 |
| POTATO CHIPS | 4.19 |
| PRETZELS | (112) |
| READY-TO-EAT POPCORN/ | 11.16 |
| CARAMEL CORN | |
| TORTILLA/TOSTADA CHIPS | 3.62 |
| CATEGORY--FZ APPETIZERS | (0.89) |

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

/SNACK ROLLS

FZ APPETIZERS/SNACK ROLLS        (0.75)

FZ BREADED VEGETABLES      (13.84)

FZ PRETZELS           3.09

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets,

Drugstores, Mass Market Retailers, Gas/C-Stores, Military

Commissaries and Select Club & Dollar Retail Chains),

Latest 52 Weeks Ending May 17, 2015

**Load-Date:** January 22, 2016

End of Document



# Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack industry continues to thrive on tried-and-true classics.; United States snack popcorn retail sales and sales change by type in dollars, units, and percentages for the year ended May 17, 2015

Snack Food & Wholesale Bakery

July 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 12; Vol. 104; No. 7; ISSN: 0037-7406

**Length:** 3800 words
**Highlight:** State of the Industry SNACKS 2015: OVERVIEW

## Body

Perpetual change is the mantra for an age progressively inclined toward snacking. While flavor, format and better-for-you ingredients factor heavily into the updates we have seen in snacks over the past year, improved convenience also continues to enter into the mix. And while some categories benefit from an artisan, upscale touch, others are better served with a flavor-forward audacity that resonates with youthful demographics.

Even though change remains ever-present in the new product releases streaming onto the market, select categories still thrive on the classics. These cornerstone snacks continue to anchor categories, while a new level of diversified sophistication chips away at market share, making its presence known.

Looking back

The core leaders of the snack industry continue to dominate nearly every snack category, according to data provided by IRI, Chicago. And while many of these classic brands remain largely unchanged, they've been joined by new products and lines that cater to the needs of different demographic segments aligned with better-for-you, flavor or just plain fun.

As Amanda Topper, food analyst, Mintel, Chicago, notes in the April 2015 "Snacking Motivations and Attitudes--U.S." report, while nearly all Americans snack and have increased their snacking frequency over the past year, 33 percent of consumers have indicated that they are snacking on healthier foods this year compared to last year. Also, about one-third of consumers are serving healthier snacks to their children. She also notes that snacks are replacing standard daily meals--a pattern of behavior that's likely to continue.

[ILLUSTRATION OMITTED]

In the January 2015 "Salty Snacks--U.S." report from Mintel, which covers popcorn, pretzels and puffed/extruded snacks, Topper notes that while some people remain concerned about the nutritional value of salty snacks, others have noted that they now see healthier options available, noting that 76 percent of consumers agree that the market today offers a greater amount of healthy products.

That said, 63 percent value the taste of salty snacks over their nutrition. "This attitude aligns with some consumers' preference for indulging with salty snacks, and points to a balance between health and indulgence," says Topper. "Taste and indulgence are main purchase drivers."

The majority of consumers remain concerned about the nutritional value of salty snacks, with 80 percent agreeing that these items should only be eaten in moderation. More than half of consumers (56 percent) are concerned about the ingredients in these products, highlighting the need, by manufacturers, to incorporate "clean" product labels and remain transparent about ingredients, says Topper.

But what does better-for-you really mean in the eyes of today's shoppers? These days, such definitions remain largely open to interpretation. On one hand, it can mean verifiable measures, like reduced calorie counts, added nutritional ingredients, or lower sodium and fat levels. On the other, it can mean a clean label featuring "natural" and non-GMO ingredients, portion-controlled packaging or gluten-free.

"Across category segments, product claims related to health, ingredients and allergens remain most common," says Topper, citing findings from Mintel's Global New Products Database (GNPD). "Natural product claims are also popular; this claim often is used in conjunction with no additives or preservatives claims. More than one in five adults who buy salty snacks (22 percent) look for products with no artificial ingredients, while 56 percent agree they are concerned about some of the ingredients in these products."

Topper notes that the GMO-free claim has grown more than all other product claims, up 807 percent from 2009-14, per Mintel GNPD. "The claim has become increasingly visible, especially on popcorn packaging, noting the kernels were from non-GMO corn," she says.

However, just because a claim is used more than any other doesn't mean that it's most important to shoppers. "Despite strong growth in use of the product claim, non-GMO ingredients are not the most-important product characteristic shoppers look for when purchasing salty snacks," says Topper. "This may be due to confusion about GMO labeling and the definition of this claim."

Shoppers today also tend to consider gluten-free and allergen-free/free-from foods as part of the larger better-for-you picture. "Low/no/reduced allergen and gluten-free claims grew 214 percent and 240 percent, respectively from 2009-14, according to Mintel GNPD," says Topper. In 2014, gluten-free hit a value of $8.8 billion.

"While many products such as popcorn and cheese puffs are naturally gluten-free, several reformulated gluten-free varieties of pretzels, from both mainstream and gluten-free-specific brands, have entered the market over the last several years," she says. "These products have also increased their variety of flavors and formats to keep up with traditional offerings. Other allergen-free claims are mostly related to a lack of nuts or dairy."

Gluten-free pretzel products new to the market include:

* Snyder's-Lance Snyder's of Hanover Gluten-Free Hot Buffalo Wing Pretzel Sticks

* Snyder's-Lance Snack Factory **Pretzel Crisps** Gluten Free Vanilla Yogurt Flavored Crunch Minis

* Boulder Brands Glutino Gluten-Free Salted Caramel Covered Pretzels

The tortilla chips segment of salty snacks has also seen recent better-for-you developments. "A range of healthy product claims increased for tortilla chip products in 2014, including low/no/reduced trans fat, allergens and cholesterol, as well as no additives/preservatives," says Topper. "In the past, tortilla chips enjoyed a perception that they are healthier than some other snack foods, but as snacking increases, consumers scrutinize these products more closely. Many tortilla chip brands have answered this demand with a wider range of healthy claims. Tortilla chip brands also blend corn with other vegetables to increase the flavor and health quotient."

Recent tortilla chip launches that lean in a better-for-you direction include:

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

* Snyder's-Lance Eatsmart Whole Grain Tortilla Chips, made with whole-grain corn, sesame seeds, chia seeds and quinoa flakes

* Frito-Lay Tostitos Artisan Recipes Roasted Garlic & Black Bean Tortilla Chips, made with whole-grain corn, black beans, whole wheat, whole triticale, whole oats, whole rye, whole barley, whole millet, whole buckwheat and whole brown rice

* RW Garcia Sweet Potato Dippers, made with white corn, sweet potato, flax seeds, black sesame seeds and chia seeds

* Snak King The Whole Earth Really Seedy Multigrain Tortilla Chips, made with whole-grain brown rice, masa flour, flax seeds, sesame seeds, oat fiber and chia seeds

Portion control remains another viable route to better-for-you. "Smaller snack sizes and better-for-you products are a large part of product innovation within the salty snacks category" says Topper. While this can come in the form of portion-controlled packaging, it also sometimes means smaller snacks. One example, she notes, is the rise of "pretzel thins" or otherwise "skinny" products, often in a variety of sweet and savory flavors.

[ILLUSTRATION OMITTED]

Other products, such as popcorn, have tended to emphasize how "light" they are, says Topper, both in terms of seasoning or artificial ingredients. "Many products feature claims such as 'lightly salted' or 'slightly sweet,'" she says.

Puffed and extruded snacks increasingly go a better-for-you route via use of alternate bases, such as vegetables, pulses and sprouted grains. As was the case elsewhere in food over the last several years, quinoa has started to appear in sweet and savory snacks, notes Topper. "Other bases, including rice, lentils and peas, are also increasingly present in a variety of salty snacks," she says. According to Mintel's GNPD, pea protein is most used in snacks, accounting for 15 percent of launches.

Recently released puffed and extruded snacks made with diverse bases include:

* Angie's BOOMCHICKAPUFF made with corn, quinoa and sorghum

* Cornfields Inc.'s Hi I'm Skinny Quinoa Sticks, made with quinoa and chia seeds

* Boulder Canyon Organic Veggie Sticks, made with organic vegetables like carrots, kale, red bell peppers, sweet potatoes, spinach, broccoli and more

* Beanitos Puffs, made with navy beans

* Simply 7 Snacks Quinoa Chips, made with quinoa

Price point is typically a big part of the reason why more shoppers are buying private label snacks. "More than half of adults who buy salty snacks (54 percent) agree store brand salty snacks are just as good--in quality taste, etc.--as name brands," says Topper. "The quality and variety of these products have improved, and several private label products within the category are nearly identical in format and flavor compared to their branded counterparts." She notes that within the pretzel segment, private label sales grew 14 percent from 2013-14, more than any other manufacturer.

Private label can also mean national-brand-better innovation, with retailers building their own brand presence. The chips segment of salty snacks continues to foster strong private label innovation, including products like:

* Whole Foods 365 Everyday Value Tamarind Baked Naan Chips

* Trader Joe's Potato Chips with South African Style Seasoning

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

* Target Archer Farms Grilled Cheese Potato Chips

* Walgreens Delish Crunchy Cinnamon Apple Chips

Looking forward

Capturing more shopper snack dollars often depends on offering the right mix of products. In "Snacking Motivations and Attitudes--U.S.," Topper notes that 60 percent of snackers wish there were more healthy snack options, including 70 percent of households with children.

In "Salty Snacks--U.S.," Topper notes that this $5.6 billion category grew 15 percent from 2009-14 and is expected to grow an additional 21 percent from 2014-19, benefiting from the increase in Americans snacking more often. "As other food and beverage categories enter the snacking space," she says, "manufacturers must promote the unique benefits of their products, including their variety of flavors and formats, convenience, taste and affordability."

As part of Mintel's January 2015 "Chips, Salsa & Dips--U.S." report, Topper notes that this segment was worth an estimated $14.8 billion in 2014, with projections that it will reach $17.4 billion by 2019. "Sales are primarily driven by growing snacking behavior in the U.S., as well as expanding consumer palates that demand the frequent introduction of new styles and flavors," she says, pointing toward new chips that combine flavor with healthier ingredients, such as hybrid chips that blend corn, potato and other vegetables, to fuel growth.

The combined need for products to balance flavor and better-for-you ingredients is a common theme across most snack segments. Such is the case in frozen snacks and appetizers. The April 2015 Mintel report, "Frozen Snacks--U.S." echoes the relatively flat performance noted by IRI's data. "Households with children remain the $4.5 billion category's key audience," says Topper, "but growing the category will require healthier reformulations, novel formats and flavor innovation."

And while snacks have certainly grown more convenient through the years, manufacturers apparently haven't yet taken this product aspect as far as consumers would prefer. In "Snacking Motivations and Attitudes --U.S.," Topper notes that one-third of snackers state that there aren't enough conveniently packaged snacks, such as individual portions or resealable packages, on the market. She notes that this sentiment particularly resonates in households with children, where 42 percent believe the industry lacks a sufficient number of convenient snacks. The trick is to bring these packaging innovations to market without an undue influence on purchase price, which could potentially slow growth.

Much of this is a question of offering just the right product mix to hit all key target demographics. "With more-frequent snacking occasions and a shift away from three square meals per day, the need for a variety of snacks will increase," says Topper. "Snacking has become nearly universal--94 percent of U.S. adults snack at least once daily--which is good news for snack manufacturers. Health will continue to play a role in the types of snacks consumers are interested in. However, it's important to recognize the impact of flavor and satisfying a craving on snacking occasions, which occasionally trump health."

The top reasons consumers buy salty snacks is as a treat (60 percent) or to satisfy a craving (58 percent), notes Topper, highlighting the important role flavor plays in the category. "While better-for-you options are important to consumers, they should not come at the expense of a great tasting product," she says. "Consumers should not feel like they are sacrificing taste for health."

A weighty question today centers on how long the gluten-free boom will last--a phenomenon that has impacted every corner of snacks. "The category continues to thrive, as awareness of gluten-free foods increases," says Topper. "Increasing diagnoses of celiac disease and other gluten sensitivity, as well as the popularity of eating a gluten-free diet for other perceived health benefits, including for weight loss, more energy or athletic performance, are key market drivers." She notes that 82 percent of consumers who report eating gluten-free foods have not been medically diagnosed with celiac disease, and 44 percent go gluten-free for reasons other than gluten intolerance or sensitivity.

"Gluten-free products appeal to a wide audience; 41 percent of U.S. adults agree they are beneficial for everyone, not only those with a gluten allergy, intolerance or sensitivity," says Topper. "In response, food manufacturers offering either gluten-free alternatives or existing products with a gluten-free label have increased dramatically over the last several years. As greater demand for gluten-free foods increases, whatever the reason may be, new players continue to enter the market."

Topper suggests that gluten-free will continue to grow--albeit at a slightly smaller rate. "Looking ahead, Mintel predicts the gluten-free food category will grow an additional 62 percent from 2014-17, to reach sales of $14.2 billion in 2017," she says. "However, year-over-year growth is likely to become more modest compared to previous year-over-year increases."

Growth in specialized niches within snacks, such as gluten-free and better-for-you, will progressively moderate--but each collective trend points toward multiple sound formulation strategies for the future. While select classic snacks will continue to soldier forward largely unchanged, manufacturers will provide support via other lines, products and brand extensions that clearly highlight flavor diversifications and nutritional improvements--with the more astute products of the bunch perhaps eventually destined to achieve classic status for a new generation of consumers.

Snack Food & Wholesale Bakery State of the Industry Webinar

The "State of the Industry: Snack & Bakery" editorial webinar, presented by Snack Foods & Wholesale Bakery, will take place on August 26, 2015, at 2 p.m. Eastern. This webinar will provide expert snack and bakery perspectives from these industry experts:

* Sandy Krueger, executive vice president & practice leader, Bakery, IRI

* Robb MacKie, president/CEO, American Bakers Association

* Sally Lyons Wyatt, executive vice president & practice leader, Snack, IRI

* Tom Dempsey, president/CEO, Snack Food Association

These industry leaders will discuss key developments within snack and bakery, addressing both "big picture" issues and specific examples related to snack and bakery product categories. Lyons Wyatt and Dempsey will anchor the snack portion of the webinar.

Snacking behaviors have continued to increase and are outpacing total food and beverage trends. With the various roles snacks play, consumers are looking for a balance between healthier and indulgent options.

In several categories, these roles and demand moments are instrumental to consumer choices and growth. Super-premium or niche brands are leading growth in several bakery and snack categories like bars, cookies, pastry, doughnuts and bakery snacks. These niche products are driving excitement in the store and down the center-store aisles, but sometimes impacting sales of established brands.

Bakery and snack categories need breakthrough innovation to align against evolving consumer needs. In 2014, innovation "buzz" played a role in the growth, but tailor-made snack ideas drove growth, as well. Innovation does not have to be product innovation; it can be packaging, communication, and/or technology. The Oreos Trending/Vending Lounge at the SXSW festival was an innovative way to engage millennials and increase sales.

U.S. demographic shifts are fueling ongoing change. Millennials and boomers have different attitudes and are making different snack choices at retail and restaurants. Research shows 81 percent of consumers eat bakery snacks; however, millennials and boomers consume them at different times throughout the day.

During the "State of the Industry: Snack & Bakery" webinar, I will dive into the attitude and behavior trends in the U.S. I will also reveal the impact that millennials and boomers will have on snacking in 2020 and beyond.

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

--Sally Lyons Wyatt

[ILLUSTRATION OMITTED]

Snacking in America is perhaps at an all-time high. And the snack selections people make continue to change.

As you walk down the snack aisles in grocery stores and other retail outlets, it's easy to see that many snack categories are rapidly expanding. This is a result of changing dietary preferences for nearly every consumer demographic--and the millennials are making a particularly notable impact on snacks today.

Jared Koerten, senior food analyst, Euromonitor International, Chicago, has noted that millennials snack throughout the day, eating snacks for breakfast, lunch and/or dinner twice as often as other generations. As people across all generational groups change the way they snack, the industry must respond in kind.

Our industry, and specifically the Snack Food Association (SFA), must embrace this trend, providing new products that will resonate with consumers while still maintaining the product profiles that have made the snack industry such a success over the years.

Moving forward, SFA will continue to rebrand, reposition and grow the association in step with the ever-changing snack market. SFA also continues to address the many legislative and regulatory issues impacting snack producers.

During the upcoming "State of the Industry: Snack & Bakery" webinar, I will provide a look at the changing snack market today, along with pressing issues facing the industry--such as GMOs, the Dietary Guidelines for Americans, and the FDA ban on partially hydrogenated oils--as well as the ongoing need for strong advocacy and education.

--Tom Dempsey

[ILLUSTRATION OMITTED]

Douglas J. Peckenpaugh, Chief Editor

| SNACKS | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--CRACKERS | $7,244,275,200 | (0.37) |
| ALL OTHER CRACKERS | $5,136,026,112 | 0.09 |
| CRACKERS WITH FILLINGS | $1,053,537,792 | (2.78) |
| GRAHAM CRACKERS | $444,176,608 | 2.81 |
| MATZOH CRACKERS | $23,602,138 | 2.57 |
| SALTINE CRACKERS | $545,611,264 | (1.94) |
| CATEGORY--MISC. SNACKS | $1,340,909,696 | 1.21 |
| APPLE CHIPS | $9,437,314 | 49.33 |
| CAROB/YOGURT COATED SNACKS | $115,996,696 | (1.61) |
| CHOCOLATE COVERED SALTED SNACK | $165,259,568 | (3.77) |
| NUTRITIONAL SNACKS/TRAIL MIXES | $1,050,216,064 | 2.07 |

| SNACKS | Dollar Share | Unit Sales of Type |
|---|---|---|
| CATEGORY--CRACKERS | | 2,997,431,808 |
| ALL OTHER CRACKERS | 100.00 | 1,918,053,120 |
| CRACKERS WITH FILLINGS | 100.00 | 646,049,984 |
| GRAHAM CRACKERS | 100.00 | 154,595,488 |
| MATZOH CRACKERS | 100.00 | 6,231,836 |
| SALTINE CRACKERS | 100.00 | 257,984,448 |
| CATEGORY--MISC. SNACKS | | 377,752,864 |

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

| | | |
|---|---|---|
| APPLE CHIPS | 100.00 | 4,214,733 |
| CAROB/YOGURT COATED SNACKS | 100.00 | 41,908,496 |
| CHOCOLATE COVERED SALTED SNACK | 100.00 | 61,186,540 |
| NUTRITIONAL SNACKS/TRAIL MIXES | 100.00 | 270,443,104 |
| SNACKS | | Unit Sales |

| | % Chg YAgo |
|---|---|
| CATEGORY--CRACKERS | (0.84) |
| ALL OTHER CRACKERS | 0.02 |
| CRACKERS WITH FILLINGS | (2.63) |
| GRAHAM CRACKERS | 1.58 |
| MATZOH CRACKERS | 0.82 |
| SALTINE CRACKERS | (3.46) |
| CATEGORY--MISC. SNACKS | (4.71) |
| APPLE CHIPS | 38.22 |
| CAROB/YOGURT COATED SNACKS | (3.00) |
| CHOCOLATE COVERED SALTED SNACK | (10.62) |
| NUTRITIONAL SNACKS/TRAIL MIXES | (4.00) |

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015

| POPCORN | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--SNACK NUTS/ SEEDS/CORN NUTS | $5,034,404,352 | 3.81 |
| SNACK NUTS | $4,417,162,752 | 3.38 |
| SUNFLOWER/PUMPKIN SEEDS | $548,095,168 | 7.50 |
| TOASTED CORN NUT SNACKS | $69,146,704 | 3.20 |
| CATEGORY--POPCORN/ POPCORN OIL | $989,458,496 | (2.44) |
| KERNEL POPCORN | $120,619,864 | (2.30) |
| SS MICROWAVE POPCORN | $848,177,280 | (2.45) |
| CATEGORY--SALTY SNACKS | $21,254,379,520 | 4.55 |
| CHEESE SNACKS | $1,883,267,456 | 5.96 |
| CORN SNACKS (NO TORTILLA CHIPS) | $1,090,406,272 | 3.20 |
| OTHER SALTED SNACKS (NO NUTS) | $3,752,802,816 | 4.78 |
| PORK RINDS | $316,877,216 | 4.10 |
| POTATO CHIPS | $7,234,969,088 | 4.27 |
| PRETZELS | $1,223,423,616 | (0.99) |
| READY-TO-EAT POPCORN/ CARAMEL CORN | $1,008,782,656 | 18.17 |
| TORTILLA/TOSTADA CHIPS | $4,743,850,496 | 3.54 |
| CATEGORY--FZ APPETIZERS /SNACK ROLLS | $2,040,017,280 | 0.31 |
| FZ APPETIZERS/SNACK ROLLS | $1,928,685,696 | 0.40 |
| FZ BREADED VEGETABLES | $33,432,856 | (14.12) |
| FZ PRETZELS | $77,898,776 | 5.56 |
| POPCORN | Dollar Share | Unit Sales |

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

| | | of Type |
|---|---|---|
| CATEGORY--SNACK NUTS/ SEEDS/CORN NUTS | | 1,772,048,256 |
| SNACK NUTS | 100.00 | 1,335,168,768 |
| SUNFLOWER/PUMPKIN SEEDS | 100.00 | 391,089,280 |
| TOASTED CORN NUT SNACKS | 100.00 | 45,790,196 |
| CATEGORY--POPCORN/ POPCORN OIL | | 346,399,424 |
| KERNEL POPCORN | 100.00 | 37,929,152 |
| SS MICROWAVE POPCORN | 100.00 | 303,673,312 |
| CATEGORY--SALTY SNACKS | | 9,449,796,608 |
| CHEESE SNACKS | 100.00 | 1,003,068,992 |
| CORN SNACKS (NO TORTILLA CHIPS) | 100.00 | 528,339,456 |
| OTHER SALTED SNACKS (NO NUTS) | 100.00 | 1,311,782,784 |
| PORK RINDS | 100.00 | 196,473,840 |
| POTATO CHIPS | 100.00 | 3,509,496,832 |
| PRETZELS | 100.00 | 518,695,936 |
| READY-TO-EAT POPCORN/ CARAMEL CORN | 100.00 | 435,504,800 |
| TORTILLA/TOSTADA CHIPS | 100.00 | 1,946,433,664 |
| CATEGORY--FZ APPETIZERS /SNACK ROLLS | | 557,153,408 |
| FZ APPETIZERS/SNACK ROLLS | 100.00 | 518,038,560 |
| FZ BREADED VEGETABLES | 100.00 | 11,806,336 |
| FZ PRETZELS | 100.00 | 27,308,502 |
| POPCORN | | Unit Sales |

| | % Chg YAgo |
|---|---|
| CATEGORY--SNACK NUTS/ SEEDS/CORN NUTS | 2.83 |
| SNACK NUTS | 3.23 |
| SUNFLOWER/PUMPKIN SEEDS | 1.46 |
| TOASTED CORN NUT SNACKS | 2.89 |
| CATEGORY--POPCORN/ POPCORN OIL | (3.85) |
| KERNEL POPCORN | (134) |
| SS MICROWAVE POPCORN | (4.15) |
| CATEGORY--SALTY SNACKS | 3.80 |
| CHEESE SNACKS | 2.53 |
| CORN SNACKS (NO TORTILLA CHIPS) | 2.23 |
| OTHER SALTED SNACKS (NO NUTS) | 5.01 |
| PORK RINDS | 0.10 |
| POTATO CHIPS | 4.19 |
| PRETZELS | (112) |
| READY-TO-EAT POPCORN/ CARAMEL CORN | 11.16 |
| TORTILLA/TOSTADA CHIPS | 3.62 |
| CATEGORY--FZ APPETIZERS | (0.89) |

Snacking sophistication: while changes related to flavor, format, ingredients and convenience step front-and-center in new product releases, much of the snack i....

/SNACK ROLLS

FZ APPETIZERS/SNACK ROLLS                                              (0.75)

FZ BREADED VEGETABLES                                                 (13.84)

FZ PRETZELS                                                             3.09

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets,

Drugstores, Mass Market Retailers, Gas/C-Stores, Military

Commissaries and Select Club & Dollar Retail Chains),

Latest 52 Weeks Ending May 17, 2015

**Load-Date:** January 22, 2016

End of Document



# Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars; State of the Industry: SNACKS 2015: PRETZELS

Snack Food & Wholesale Bakery

July 1, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2015 BNP Media

**Section:** Pg. 44(5); Vol. 104; No. 7; ISSN: 1096-4835

**Length:** 2651 words

**Byline:** Peckenpaugh, Douglas J.

## Body

The classic pretzel, likely dating back to the Middle Ages, draws its simple inspiration from three basic ingredients: water, flour and salt. Pennsylvania Dutch communities in the U.S. eventually popularized the pretzel and brought to life the hard, crunchy, shelf-stable snack we know today.

While today's pretzel market--frozen soft pretzels and hard shelf-stable types--continues those time-honored traditions, new levels of innovation currently seek to capture more market share via new product formats and flavor profiles that range from salty to savory and sweet.

[ILLUSTRATION OMITTED]

Market data

Despite a strong diversity of new product launches, the pretzels subcategory within salty snacks saw rather flat sales for the 52 weeks ending May 17, 2015, per IRI, Chicago, down 0.99 percent in dollar sales to $1.22 billion. Sales of frozen soft pretzels painted a rosier picture, up 5.56 percent in dollar sales to $77.90 million.

Both segments of pretzels--whether soft and frozen or crunchy and shelf-stable--continue to see relatively strong performance in private label. In salty snacks, private label was up 8.48 percent in dollar sales to $214.61 million for the 52-week period. In frozen pretzels, private label was up 13.94 percent in dollar sales to $5.15 million.

Looking back

Snyder's-Lance Inc.

remains strong at the No. 1 slot in pretzels. And while its traditional Snyder's of Hanover Pretzels sold well, taking in $434.10 million, dollar share dropped by 1.01 percent.

The most growth came through innovation. The Snyder's of Hanover 100-Calorie Pack, introduced in 2012 and currently the No. 6 brand in the segment, grew by 17.05 percent in dollar sales to $18.33 million. And the company's Spoonz pretzels, launched in early 2014, had a strong first year, bringing in $3.67 million for the 52-week period. Its brand-new Poppers line--hollow, light, crunchy pretzel pieces in Original, Cinnamon Sugar and Three Cheese--launched in February 2015, garnered $3.13 million to date.

In the wake of its success with Spoonz in positioning pretzel products to compete with the cracker category Snyder's-Lance also released Snyder's of Hanover Bowties in early 2015, flat, thin, dippable, cracker-like pretzels billed as "better-for-you" in Original, Everything and Parmesan Garlic.

Other recent developments at Snyder's-Lance include a reformulation of its Snyder's of Hanover Peanut Butter Pretzel Sandwiches to include honey as the sweetener, and the release of Raspberry Creme Sweet Pretzel Sandwiches just before Valentine's Day this year.

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

**Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....**

The company also launched Snack Factory **Pretzel Crisps** Gluten Free Minis this year, in Original, Salted Caramel and Cheddar, as well as two coated products, Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis.

Rold Gold, part of Frito-Lay North America, also added some sweetness to the mix this year with its Cookies & Cream Flavored Pretzel Dippers and Fudge Brownie Flavored Pretzel Dippers, featuring small pretzel rods packaged with indulgent, cookie-inspired dips.

While Utz Quality Foods' pretzels overall were down 6.93 percent in dollar sales for the 52 weeks ending May 17, 2015, per IRI, its Bachman brand, ranked as the No. 9 brand per IRI, rose 5.84 percent in dollar sales to $15.00 million.

[ILLUSTRATION OMITTED]

Other products have chipped away at market share, with smaller brands seeing strong dollar share growth. Unique Splits from Unique Pretzel Bakery was up 25.82 percent in dollar share to $5.02 million, with its Unique Pretzels up 13.68 percent to $4.80 million.

Looking forward

Pretzel concepts continue to migrate across categories--from buns and rolls to bagels and even pizza crust. And various shapes have long played a part in shelf-stable crispy pretzel snacks, with thins, cracker-like shapes and pieces among the most-recent additions to the mix.

Soft pretzels are now available in shapes like sticks and nuggets. Foodservice pretzel maker Auntie Annie's, from Focus Brands, has expanded into the freezer case, offering its Soft Pretzels and Pretzel Nuggets in Classic and Cinnamon Sugar varieties, in addition to sandwich-oriented products.

Frozen soft pretzels can bridge the gap between snack and sandwich through fillings, and J&J Snack Foods leads the pack in such applications via its SuperPretzel and Kim & Scott's Gourmet Pretzels retail brands, with the latter offering products like Pizza Pretzel, Grilled Cheese and Cheddar Jalapeno.

Frozen soft pretzels could see retail expansion by striving to capture elements of foodservice experiences. "Customization and freshness are two big trends in foodservice poised for retail," says Dena Strehlow, Ph.D., director, customer innovation and strategy ADM, Decatur, IL. "This is driven by consumers wanting a different eating experience. For example, some like pretzels with cheese or honey-mustard dip, while others like them paired with chocolate or nut butter. Being able to customize their eating experience is important to consumers, including kids." She also notes that size could build interest, citing the classic foodservice favorite of a freshly prepared, giant baked pretzel served warm with cheese.

[ILLUSTRATION OMITTED]

Pretzels also continue to move toward better-for-you positioning. "A lot of the pretzel work that we have done recently has focused on gluten-free, better-for-you and whole -grain formulations," says Kati Ledbetter, technical sales manager, ADM. "Companies want to use a fiber call-out on their labels. A pretzel is basically carbohydrate-based, so formulators are trying to understand how they can incorporate or increase nutritionals. We are seeing them do this through a variety of ingredients. Fiber and protein tend to be where they are targeting."

[ILLUSTRATION OMITTED]

Ledbetter finds that specialty fiber ingredients can add crispness to foods with low moisture and low water activity--an attribute that can help extend shelf life.

It can also help to increase satiety says Doris Dougherty, technical service representative, Fibersol, ADM. "Evidence indicates that consuming 10 grams of fiber with a meal can enhance satiety" she explains, suggesting that satiety-building pretzels could be components of ready-to-eat lunch products.

As witnessed in the cracker category, pretzel manufacturers continue to differentiate products via inclusions, like seeds. "The pretzel category has historically carried differentiated benefits from other snacks," says Strehlow. "Wellness, along with taste and texture, make the category unique. The pretzel is a wonderful carrier of flavor and nutritional ingredients, such as seeds. Whole grain, fiber and protein are benefits consumers are looking for, and there are many opportunities for innovation to consider in this category."

Combining health with snacking convenience is influencing the pretzel category, says David Woollard, group sales manager, seasoning and spraying, tna, Sydney "Manufacturers increasingly seek to create snacks that contain less fat, but still fulfill expectations on taste, and are looking for customized equipment that allows flavor flexibility Oil or fat are key ingredients in most snack and bakery production lines."

While traditional pretzels are fat-free, varying levels of fat can enter formulas today due to other ingredients in the mix, such as topical applications. "Besides influencing the taste and texture of a product, fat also significantly improves the adhesion of flavors and acts as a binding agent to improve particle cohesion," says Woollard. "Applying the right amount of oil onto the product is vital to satisfy consumer demand for uniform appearance, taste and texture."

But the fat declaration on a product label can impact appeal. "For manufacturers, this means the amount of oil needs to be controlled accurately, so the product meets the nutritional value specification on the label," Woollard continues. "In addition, machines that are able to handle higher concentrations of seasoning powder require less fat and oil to be sprayed onto the products for the seasoning to stick, opening up further possibilities of lower-fat applications and minimal fat declarations."

[ILLUSTRATION OMITTED]

Of course, pretzels today are no strangers to indulgence, as well, with flavor profiles that include maple, bacon, Cheddar and caramel surfacing, as well as coatings of chocolate and peanut butter. "There is a growing trend toward ready-to-consume indulgence," says Woollard. "Consumers seeking to indulge look to exciting flavors and combinations that offer a real treat, with exotic and hot flavors, for example, growing in popularity. Consumer demand for more choice and flavor variety, therefore, further influences the decision-making process."

This means that snack manufacturers today need equipment that can quickly change between wet and dry applications and are able to run a variety of flavors, capacities, package sizes and materials, notes Woollard. "By choosing a flexible seasoning system, manufacturers can quickly configure their seasoning options to be able to respond rapidly to shifts in consumer demand and preferences."

Consumers want a consistently flavored product that looks good and tastes fresh, says Woollard. "As such, manufacturers need to select seasoning systems that deliver on these desired elements, while also ensuring that the seasoning is applied effectively and consistently." He notes that an effective seasoning system can significantly improve production line efficiencies, reducing waste and minimizing downtime.

Some aspects of the pretzel segment have certainly strayed far afield from original water, flour and salt versions.

"For decades, the once-staid pretzel category positioned itself as the baked, more-healthful alternative to other snacks, but that's all changed," says Woollard. "Over the past few years, the pretzel market has witnessed significant new product innovation whereby flavor, shape and texture have become key differentiators. While the traditional pretzel form remains popular amongst consumers, chefs and manufacturers are increasingly experimenting to create a unique twist on this ubiquitous staple."

Expect to see pretzels continue on this adventuresome path. "Whether savory or sweet, popular pairings include sea salt and cracked black pepper, honey mustard and onion, chocolate and peanut butter, and cinnamon and toffee," says Woollard.

At the same time, select shopper demographics will continue to find appeal in classic, timeless pretzel knots that offer ultra-simple ingredient statements--an easy task for pretzels--with a product appearance aligned with artisan ideals, perhaps via manufacturing processes that can build a certain degree of acceptable irregularity into products.

In order to see new levels of growth as a category, the strong currents of innovation we're starting to see in pretzels will need to continue.

Douglas J. Peckenpaugh, Chief Editor

| PRETZELS | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--SALTY SNACKS | $21,254,379,520 | 4.55 |
| PRETZELS | $1,223,423,616 | (0.99) |
| SNYDERS-LANCE INC PRETZELS | $459,858,240 | 0.90 |
| PRIVATE LABEL PRETZELS | $214,612,288 | 8.48 |
| FRITO LAY PRETZELS | $189,299,344 | (11.06) |
| MARS INC PRETZELS | $127,177,184 | 2.32 |
| UTZ QUALITY FOODS PRETZELS | $80,654,656 | (6.93) |
| SNYDERS OF HANOVER PRETZELS | $434,104,384 | (1.01) |
| PRIVATE LABEL PRETZELS | $214,612,288 | 8.48 |
| ROLD GOLD PRETZELS | $189,299,312 | (11.06) |
| COMBOS PRETZELS | $127,177,184 | 2.32 |
| UTZ PRETZELS | $72,133,424 | (7.38) |

| PRETZELS | Dollar Share of Type | Unit Sales |
|---|---|---|
| CATEGORY--SALTY SNACKS | 9,449,796,608 | |
| PRETZELS | 100.00 | 518,695,936 |
| SNYDERS-LANCE INC PRETZELS | 37.59 | 173,853,712 |
| PRIVATE LABEL PRETZELS | 17.54 | 124,099,744 |

**Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....**

```
FRITO LAY PRETZELS      15.47          70,881,608
MARS INC PRETZELS       10.40          62,837,964
UTZ QUALITY FOODS PRETZELS    6.59          25,060,720
SNYDERS OF HANOVER PRETZELS   35.48          166,818,384
PRIVATE LABEL PRETZELS17.54    124,099,744
ROLD GOLD PRETZELS      15.47          70,881,576
COMBOS PRETZELS         10.40          62,837,964
UTZ PRETZELS5.90         22,678,576
```

```
PRETZELSUnit Sales
       % Chg YAgo


CATEGORY--SALTY SNACKS3.80
PRETZELS  (1.12)
SNYDERS-LANCE INC PRETZELS       0.10
PRIVATE LABEL PRETZELS6.71
FRITO LAY PRETZELS  (12.37)
MARS INC PRETZELS   (1.09)
UTZ QUALITY FOODS PRETZELS   (8.20)
SNYDERS OF HANOVER PRETZELS   (1.66)
PRIVATE LABEL PRETZELS6.71
ROLD GOLD PRETZELS  (12.37)
COMBOS PRETZELS     (1.09)
UTZ PRETZELS        (8.10)
```

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015

```
PRETZELS         Dollar Sales   Dollar Sales
% Chg YAgo


CATEGORY--FZ APPETIZERS/   $2,040,017,280      0.31
  SNACK ROLLS
FZ PRETZELS      $77,898,776      5.56
J & J SNACK FOODS CORP FZ PRETZELS   $57,278,420      (1.72)
NESTLE USA INC FZ PRETZELS   $7,055,919      48.49
PRIVATE LABEL FZ PRETZELS    $5,149,402      13.94
HANOVER FOODS CORP FZ PRETZELS$3,279,853      (8.35)
AUNTIE ANNES INC FZ PRETZELS  $2,806,733      111.03
SUPER PRETZEL FZ PRETZELS    $42,502,692      (0.94)
SUPER PRETZEL SOFTSTIX FZ PRETZELS    $9,837,530      (3.99)
LEAN CUISINE FZ PRETZELS    $7,055,919      48.49
PRIVATE LABEL FZ PRETZELS    $5,149,402      13.94
HANOVER FZ PRETZELS$3,279,853      (8.35)


PRETZELS         Dollar Share   Unit Sales
       of Type


CATEGORY--FZ APPETIZERS/    557,153,408
  SNACK ROLLS
FZ PRETZELS      100.00      27,308,502
J & J SNACK FOODS CORP FZ PRETZELS   73.53    19,946,250
NESTLE USA INC FZ PRETZELS    9.06      2,636,403
PRIVATE LABEL FZ PRETZELS     6.61      2,199,592
HANOVER FOODS CORP FZ PRETZELS 4.21      1,141,103
AUNTIE ANNES INC FZ PRETZELS   3.60        655,820
SUPER PRETZEL FZ PRETZELS     54.56     13,825,406
SUPER PRETZEL SOFTSTIX FZ PRETZELS    12.63      3,889,045
LEAN CUISINE FZ PRETZELS      9.06      2,636,403
```

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

```
PRIVATE LABEL FZ PRETZELS      6.61       2,199,592
HANOVER FZ PRETZELS  4.21      1,141,103


PRETZELS           Unit Sales
     % Chg YAgo


CATEGORY--FZ APPETIZERS/      (0.89)
   SNACK ROLLS
FZ PRETZELS        3.09
J & J SNACK FOODS CORP FZ PRETZELS      (2.45)
NESTLE USA INC FZ PRETZELS   42.50
PRIVATE LABEL FZ PRETZELS     5.29
HANOVER FOODS CORP FZ PRETZELS          (19.96)
AUNTIE ANNES INC FZ PRETZELS 92.49
SUPER PRETZEL FZ PRETZELS     (159)
SUPER PRETZEL SOFTSTIX FZ PRETZELS      (3.88)
LEAN CUISINE FZ PRETZELS      42.50
PRIVATE LABEL FZ PRETZELS     5.29
HANOVER FZ PRETZELS          (19.96)
```

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015

**Load-Date:** November 6, 2015

---

End of Document



# Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars.(State of the Industry: SNACKS 2015: PRETZELS)(Statistical table)

Snack Food & Wholesale Bakery

July 1, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2015 BNP Media

**Section:** Pg. 44; Vol. 104; No. 7; ISSN: 1096-4835

**Length:** 2364 words

**Byline:** Peckenpaugh, Douglas J.

## Body

The classic pretzel, likely dating back to the Middle Ages, draws its simple inspiration from three basic ingredients: water, flour and salt. Pennsylvania Dutch communities in the U.S. eventually popularized the pretzel and brought to life the hard, crunchy, shelf-stable snack we know today.

While today's pretzel market--frozen soft pretzels and hard shelf-stable types--continues those time-honored traditions, new levels of innovation currently seek to capture more market share via new product formats and flavor profiles that range from salty to savory and sweet.

Market data

Despite a strong diversity of new product launches, the pretzels subcategory within salty snacks saw rather flat sales for the 52 weeks ending May 17, 2015, per IRI, Chicago, down 0.99 percent in dollar sales to $1.22 billion. Sales of frozen soft pretzels painted a rosier picture, up 5.56 percent in dollar sales to $77.90 million.

Both segments of pretzels--whether soft and frozen or crunchy and shelf-stable--continue to see relatively strong performance in private label. In salty snacks, private label was up 8.48 percent in dollar sales to $214.61 million for the 52-week period. In frozen pretzels, private label was up 13.94 percent in dollar sales to $5.15 million.

Looking back

Snyder's-Lance Inc. remains strong at the No. 1 slot in pretzels. And while its traditional Snyder's of Hanover Pretzels sold well, taking in $434.10 million, dollar share dropped by 1.01 percent.

The most growth came through innovation. The Snyder's of Hanover 100-Calorie Pack, introduced in 2012 and currently the No. 6 brand in the segment, grew by 17.05 percent in dollar sales to $18.33 million. And the company's Spoonz pretzels, launched in early 2014, had a strong first year, bringing in $3.67 million for the 52-week period. Its brand-new Poppers line--hollow, light, crunchy pretzel pieces in Original, Cinnamon Sugar and Three Cheese--launched in February 2015, garnered $3.13 million to date.

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

In the wake of its success with Spoonz in positioning pretzel products to compete with the cracker category Snyder's-Lance also released Snyder's of Hanover Bowties in early 2015, flat, thin, dippable, cracker-like pretzels billed as "better-for-you" in Original, Everything and Parmesan Garlic.

Other recent developments at Snyder's-Lance include a reformulation of its Snyder's of Hanover Peanut Butter Pretzel Sandwiches to include honey as the sweetener, and the release of Raspberry Creme Sweet Pretzel Sandwiches just before Valentine's Day this year.

The company also launched Snack Factory **Pretzel Crisps** Gluten Free Minis this year, in Original, Salted Caramel and Cheddar, as well as two coated products, Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis.

Rold Gold, part of Frito-Lay North America, also added some sweetness to the mix this year with its Cookies & Cream Flavored Pretzel Dippers and Fudge Brownie Flavored Pretzel Dippers, featuring small pretzel rods packaged with indulgent, cookie-inspired dips.

While Utz Quality Foods' pretzels overall were down 6.93 percent in dollar sales for the 52 weeks ending May 17, 2015, per IRI, its Bachman brand, ranked as the No. 9 brand per IRI, rose 5.84 percent in dollar sales to $15.00 million.

Other products have chipped away at market share, with smaller brands seeing strong dollar share growth. Unique Splits from Unique Pretzel Bakery was up 25.82 percent in dollar share to $5.02 million, with its Unique Pretzels up 13.68 percent to $4.80 million.

Looking forward

Pretzel concepts continue to migrate across categories--from buns and rolls to bagels and even pizza crust. And various shapes have long played a part in shelf-stable crispy pretzel snacks, with thins, cracker-like shapes and pieces among the most-recent additions to the mix.

Soft pretzels are now available in shapes like sticks and nuggets. Foodservice pretzel maker Auntie Annie's, from Focus Brands, has expanded into the freezer case, offering its Soft Pretzels and Pretzel Nuggets in Classic and Cinnamon Sugar varieties, in addition to sandwich-oriented products.

Frozen soft pretzels can bridge the gap between snack and sandwich through fillings, and J&J Snack Foods leads the pack in such applications via its SuperPretzel and Kim & Scott's Gourmet Pretzels retail brands, with the latter offering products like Pizza Pretzel, Grilled Cheese and Cheddar Jalapeno.

Frozen soft pretzels could see retail expansion by striving to capture elements of foodservice experiences. "Customization and freshness are two big trends in foodservice poised for retail," says Dena Strehlow, Ph.D., director, customer innovation and strategy ADM, Decatur, IL. "This is driven by consumers wanting a different eating experience. For example, some like pretzels with cheese or honey-mustard dip, while others like them paired with chocolate or nut butter. Being able to customize their eating experience is important to consumers, including kids." She also notes that size could build interest, citing the classic foodservice favorite of a freshly prepared, giant baked pretzel served warm with cheese.

Pretzels also continue to move toward better-for-you positioning. "A lot of the pretzel work that we have done recently has focused on gluten-free, better-for-you and whole -grain formulations," says Kati Ledbetter, technical sales manager, ADM. "Companies want to use a fiber call-out on their labels. A pretzel is basically carbohydrate-based, so formulators are trying to understand how they can incorporate or increase nutritionals. We are seeing them do this through a variety of ingredients. Fiber and protein tend to be where they are targeting."

Ledbetter finds that specialty fiber ingredients can add crispness to foods with low moisture and low water activity--an attribute that can help extend shelf life.

It can also help to increase satiety says Doris Dougherty, technical service representative, Fibersol, ADM. "Evidence indicates that consuming 10 grams of fiber with a meal can enhance satiety" she explains, suggesting that satiety-building pretzels could be components of ready-to-eat lunch products.

As witnessed in the cracker category, pretzel manufacturers continue to differentiate products via inclusions, like seeds. "The pretzel category has historically carried differentiated benefits from other snacks," says Strehlow. "Wellness, along with taste and texture, make the category unique. The pretzel is a wonderful carrier of flavor and nutritional ingredients, such as seeds. Whole grain, fiber and protein are benefits consumers are looking for, and there are many opportunities for innovation to consider in this category."

Combining health with snacking convenience is influencing the pretzel category, says David Woollard, group sales manager, seasoning and spraying, tna, Sydney "Manufacturers increasingly seek to create snacks that contain less fat, but still fulfill expectations on taste, and are looking for customized equipment that allows flavor flexibility Oil or fat are key ingredients in most snack and bakery production lines."

While traditional pretzels are fat-free, varying levels of fat can enter formulas today due to other ingredients in the mix, such as topical applications. "Besides influencing the taste and texture of a product, fat also significantly improves the adhesion of flavors and acts as a binding agent to improve particle cohesion," says Woollard. "Applying the right amount of oil onto the product is vital to satisfy consumer demand for uniform appearance, taste and texture."

But the fat declaration on a product label can impact appeal. "For manufacturers, this means the amount of oil needs to be controlled accurately, so the product meets the nutritional value specification on the label," Woollard continues. "In addition, machines that are able to handle higher concentrations of seasoning powder require less fat and oil to be sprayed onto the products for the seasoning to stick, opening up further possibilities of lower-fat applications and minimal fat declarations."

Of course, pretzels today are no strangers to indulgence, as well, with flavor profiles that include maple, bacon, Cheddar and caramel surfacing, as well as coatings of chocolate and peanut butter. "There is a growing trend toward ready-to-consume indulgence," says Woollard. "Consumers seeking to indulge look to exciting flavors and combinations that offer a real treat, with exotic and hot flavors, for example, growing in popularity. Consumer demand for more choice and flavor variety, therefore, further influences the decision-making process."

This means that snack manufacturers today need equipment that can quickly change between wet and dry applications and are able to run a variety of flavors, capacities, package sizes and materials, notes Woollard. "By choosing a flexible seasoning system, manufacturers can quickly configure their seasoning options to be able to respond rapidly to shifts in consumer demand and preferences."

Consumers want a consistently flavored product that looks good and tastes fresh, says Woollard. "As such, manufacturers need to select seasoning systems that deliver on these desired elements, while also ensuring that the seasoning is applied effectively and consistently." He notes that an effective seasoning system can significantly improve production line efficiencies, reducing waste and minimizing downtime.

Some aspects of the pretzel segment have certainly strayed far afield from original water, flour and salt versions.

"For decades, the once-staid pretzel category positioned itself as the baked, more-healthful alternative to other snacks, but that's all changed," says Woollard. "Over the past few years, the pretzel market has witnessed significant new product innovation whereby flavor, shape and texture have become key differentiators. While the traditional pretzel form remains popular amongst consumers, chefs and manufacturers are increasingly experimenting to create a unique twist on this ubiquitous staple."

Expect to see pretzels continue on this adventuresome path. "Whether savory or sweet, popular pairings include sea salt and cracked black pepper, honey mustard and onion, chocolate and peanut butter, and cinnamon and toffee," says Woollard.

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

At the same time, select shopper demographics will continue to find appeal in classic, timeless pretzel knots that offer ultra-simple ingredient statements--an easy task for pretzels--with a product appearance aligned with artisan ideals, perhaps via manufacturing processes that can build a certain degree of acceptable irregularity into products.

In order to see new levels of growth as a category, the strong currents of innovation we're starting to see in pretzels will need to continue.

Douglas J. Peckenpaugh, Chief Editor

PRETZELS Dollar Sales Dollar Sales % Chg YAgo CATEGORY--SALTY SNACKS $21,254,379,520 4.55 PRETZELS $1,223,423,616 (0.99) SNYDERS-LANCE INC PRETZELS $459,858,240 0.90 PRIVATE LABEL PRETZELS $214,612,288 8.48 FRITO LAY PRETZELS $189,299,344 (11.06) MARS INC PRETZELS $127,177,184 2.32 UTZ QUALITY FOODS PRETZELS $80,654,656 (6.93) SNYDERS OF HANOVER PRETZELS $434,104,384 (1.01) PRIVATE LABEL PRETZELS $214,612,288 8.48 ROLD GOLD PRETZELS $189,299,312 (11.06) COMBOS PRETZELS $127,177,184 2.32 UTZ PRETZELS $72,133,424 (7.38) PRETZELS Dollar Share Unit Sales of Type CATEGORY--SALTY SNACKS 9,449,796,608 PRETZELS 100.00 518,695,936 SNYDERS-LANCE INC PRETZELS 37.59 173,853,712 PRIVATE LABEL PRETZELS 17.54 124,099,744 FRITO LAY PRETZELS 15.47 70,881,608 MARS INC PRETZELS 10.40 62,837,964 UTZ QUALITY FOODS PRETZELS 6.59 25,060,720 SNYDERS OF HANOVER PRETZELS 35.48 166,818,384 PRIVATE LABEL PRETZELS 17.54 124,099,744 ROLD GOLD PRETZELS 15.47 70,881,576 COMBOS PRETZELS 10.40 62,837,964 UTZ PRETZELS 5.90 22,678,576 PRETZELS Unit Sales % Chg YAgo CATEGORY--SALTY SNACKS 3.80 PRETZELS (1.12) SNYDERS-LANCE INC PRETZELS 0.10 PRIVATE LABEL PRETZELS 6.71 FRITO LAY PRETZELS (12.37) MARS INC PRETZELS (1.09) UTZ QUALITY FOODS PRETZELS (8.20) SNYDERS OF HANOVER PRETZELS (1.66) PRIVATE LABEL PRETZELS 6.71 ROLD GOLD PRETZELS (12.37) COMBOS PRETZELS (1.09) UTZ PRETZELS (8.10) Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015 PRETZELS Dollar Sales Dollar Sales % Chg YAgo CATEGORY--FZ APPETIZERS/ $2,040,017,280 0.31 SNACK ROLLS FZ PRETZELS $77,898,776 5.56 J & J SNACK FOODS CORP FZ PRETZELS $57,278,420 (1.72) NESTLE USA INC FZ PRETZELS $7,055,919 48.49 PRIVATE LABEL FZ PRETZELS $5,149,402 13.94 HANOVER FOODS CORP FZ PRETZELS $3,279,853 (8.35) AUNTIE ANNES INC FZ PRETZELS $2,806,733 111.03 SUPER PRETZEL FZ PRETZELS $42,502,692 (0.94) SUPER PRETZEL SOFTSTIX FZ PRETZELS $9,837,530 (3.99) LEAN CUISINE FZ PRETZELS $7,055,919 48.49 PRIVATE LABEL FZ PRETZELS $5,149,402 13.94 HANOVER FZ PRETZELS $3,279,853 (8.35) PRETZELS Dollar Share Unit Sales of Type CATEGORY--FZ APPETIZERS/ 557,153,408 SNACK ROLLS FZ PRETZELS 100.00 27,308,502 J & J SNACK FOODS CORP FZ PRETZELS 73.53 19,946,250 NESTLE USA INC FZ PRETZELS 9.06 2,636,403 PRIVATE LABEL FZ PRETZELS 6.61 2,199,592 HANOVER FOODS CORP FZ PRETZELS 4.21 1,141,103 AUNTIE ANNES INC FZ PRETZELS 3.60 655,820 SUPER PRETZEL FZ PRETZELS 54.56 13,825,403 SUPER PRETZEL SOFTSTIX FZ PRETZELS 12.63 3,889,045 LEAN CUISINE FZ PRETZELS 9.06 2,636,403 PRIVATE LABEL FZ PRETZELS 6.61 2,199,592 HANOVER FZ PRETZELS 4.21 1,141,103 PRETZELS Unit Sales % Chg YAgo CATEGORY--FZ APPETIZERS/ (0.89) SNACK ROLLS FZ PRETZELS 3.09 J & J SNACK FOODS CORP FZ PRETZELS (2.45) NESTLE USA INC FZ PRETZELS 42.50 PRIVATE LABEL FZ PRETZELS 5.29 HANOVER FOODS CORP FZ PRETZELS (19.96) AUNTIE ANNES INC FZ PRETZELS 92.49 SUPER PRETZEL FZ PRETZELS (159) SUPER PRETZEL SOFTSTIX FZ PRETZELS (3.88) LEAN CUISINE FZ PRETZELS 42.50 PRIVATE LABEL FZ PRETZELS 5.29 HANOVER FZ PRETZELS (19.96) Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending May 17, 2015

**Load-Date:** July 24, 2018



# Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars.; United States frozen snack pretzel sales, sales change, and share of sales by manufacturer in dollars, units and percentages for the year through May 17, 2015

Snack Food & Wholesale Bakery

July 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 44; Vol. 104; No. 7; ISSN: 0037-7406

**Length:** 2353 words
**Highlight:** State of the Industry: SNACKS 2015: PRETZELS

## Body

The classic pretzel, likely dating back to the Middle Ages, draws its simple inspiration from three basic ingredients: water, flour and salt. Pennsylvania Dutch communities in the U.S. eventually popularized the pretzel and brought to life the hard, crunchy, shelf-stable snack we know today.

While today's pretzel market--frozen soft pretzels and hard shelf-stable types--continues those time-honored traditions, new levels of innovation currently seek to capture more market share via new product formats and flavor profiles that range from salty to savory and sweet.

[ILLUSTRATION OMITTED]

Market data

Despite a strong diversity of new product launches, the pretzels subcategory within salty snacks saw rather flat sales for the 52 weeks ending May 17, 2015, per IRI, Chicago, down 0.99 percent in dollar sales to $1.22 billion. Sales of frozen soft pretzels painted a rosier picture, up 5.56 percent in dollar sales to $77.90 million.

Both segments of pretzels--whether soft and frozen or crunchy and shelf-stable--continue to see relatively strong performance in private label. In salty snacks, private label was up 8.48 percent in dollar sales to $214.61 million for the 52-week period. In frozen pretzels, private label was up 13.94 percent in dollar sales to $5.15 million.

Looking back

Snyder's-Lance Inc. remains strong at the No. 1 slot in pretzels. And while its traditional Snyder's of Hanover Pretzels sold well, taking in $434.10 million, dollar share dropped by 1.01 percent.

The most growth came through innovation. The Snyder's of Hanover 100-Calorie Pack, introduced in 2012 and currently the No. 6 brand in the segment, grew by 17.05 percent in dollar sales to $18.33 million. And the company's Spoonz pretzels, launched in early 2014, had a strong first year, bringing in $3.67 million for the 52-week period. Its brand-new Poppers line--hollow, light, crunchy pretzel pieces in Original, Cinnamon Sugar and Three Cheese--launched in February 2015, garnered $3.13 million to date.

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

In the wake of its success with Spoonz in positioning pretzel products to compete with the cracker category Snyder's-Lance also released Snyder's of Hanover Bowties in early 2015, flat, thin, dippable, cracker-like pretzels billed as "better-for-you" in Original, Everything and Parmesan Garlic.

Other recent developments at Snyder's-Lance include a reformulation of its Snyder's of Hanover Peanut Butter Pretzel Sandwiches to include honey as the sweetener, and the release of Raspberry Creme Sweet Pretzel Sandwiches just before Valentine's Day this year.

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

The company also launched Snack Factory **Pretzel Crisps** Gluten Free Minis this year, in Original, Salted Caramel and Cheddar, as well as two coated products, Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis.

Rold Gold, part of Frito-Lay North America, also added some sweetness to the mix this year with its Cookies & Cream Flavored Pretzel Dippers and Fudge Brownie Flavored Pretzel Dippers, featuring small pretzel rods packaged with indulgent, cookie-inspired dips.

While Utz Quality Foods' pretzels overall were down 6.93 percent in dollar sales for the 52 weeks ending May 17, 2015, per IRI, its Bachman brand, ranked as the No. 9 brand per IRI, rose 5.84 percent in dollar sales to $15.00 million.

[ILLUSTRATION OMITTED]

Other products have chipped away at market share, with smaller brands seeing strong dollar share growth. Unique Splits from Unique Pretzel Bakery was up 25.82 percent in dollar share to $5.02 million, with its Unique Pretzels up 13.68 percent to $4.80 million.

Looking forward

Pretzel concepts continue to migrate across categories--from buns and rolls to bagels and even pizza crust. And various shapes have long played a part in shelf-stable crispy pretzel snacks, with thins, cracker-like shapes and pieces among the most-recent additions to the mix.

Soft pretzels are now available in shapes like sticks and nuggets. Foodservice pretzel maker Auntie Annie's, from Focus Brands, has expanded into the freezer case, offering its Soft Pretzels and Pretzel Nuggets in Classic and Cinnamon Sugar varieties, in addition to sandwich-oriented products.

Frozen soft pretzels can bridge the gap between snack and sandwich through fillings, and J&J Snack Foods leads the pack in such applications via its SuperPretzel and Kim & Scott's Gourmet Pretzels retail brands, with the latter offering products like Pizza Pretzel, Grilled Cheese and Cheddar Jalapeno.

Frozen soft pretzels could see retail expansion by striving to capture elements of foodservice experiences. "Customization and freshness are two big trends in foodservice poised for retail," says Dena Strehlow, Ph.D., director, customer innovation and strategy ADM, Decatur, IL. "This is driven by consumers wanting a different eating experience. For example, some like pretzels with cheese or honey-mustard dip, while others like them paired with chocolate or nut butter. Being able to customize their eating experience is important to consumers, including kids." She also notes that size could build interest, citing the classic foodservice favorite of a freshly prepared, giant baked pretzel served warm with cheese.

[ILLUSTRATION OMITTED]

Pretzels also continue to move toward better-for-you positioning. "A lot of the pretzel work that we have done recently has focused on gluten-free, better-for-you and whole -grain formulations," says Kati Ledbetter, technical sales manager, ADM. "Companies want to use a fiber call-out on their labels. A pretzel is basically carbohydrate-based, so formulators are trying to understand how they can incorporate or increase nutritionals. We are seeing them do this through a variety of ingredients. Fiber and protein tend to be where they are targeting."

[ILLUSTRATION OMITTED]

Ledbetter finds that specialty fiber ingredients can add crispness to foods with low moisture and low water activity--an attribute that can help extend shelf life.

It can also help to increase satiety says Doris Dougherty, technical service representative, Fibersol, ADM. "Evidence indicates that consuming 10 grams of fiber with a meal can enhance satiety" she explains, suggesting that satiety-building pretzels could be components of ready-to-eat lunch products.

As witnessed in the cracker category, pretzel manufacturers continue to differentiate products via inclusions, like seeds. "The pretzel category has historically carried differentiated benefits from other snacks," says Strehlow. "Wellness, along with taste and texture, make the category unique. The pretzel is a wonderful carrier of flavor and nutritional ingredients, such as seeds. Whole grain, fiber and protein are benefits consumers are looking for, and there are many opportunities for innovation to consider in this category."

Combining health with snacking convenience is influencing the pretzel category, says David Woollard, group sales manager, seasoning and spraying, tna, Sydney "Manufacturers increasingly seek to create snacks that contain less fat, but still fulfill expectations on taste, and are looking for customized equipment that allows flavor flexibility Oil or fat are key ingredients in most snack and bakery production lines."

While traditional pretzels are fat-free, varying levels of fat can enter formulas today due to other ingredients in the mix, such as topical applications. "Besides influencing the taste and texture of a product, fat also significantly improves the adhesion of flavors and acts as a binding agent to improve particle cohesion," says Woollard. "Applying the right amount of oil onto the product is vital to satisfy consumer demand for uniform appearance, taste and texture."

But the fat declaration on a product label can impact appeal. "For manufacturers, this means the amount of oil needs to be controlled accurately, so the product meets the nutritional value specification on the label," Woollard continues. "In addition, machines that are able to handle higher concentrations of seasoning powder require less fat and oil to be sprayed onto the products for the seasoning to stick, opening up further possibilities of lower-fat applications and minimal fat declarations."

[ILLUSTRATION OMITTED]

Of course, pretzels today are no strangers to indulgence, as well, with flavor profiles that include maple, bacon, Cheddar and caramel surfacing, as well as coatings of chocolate and peanut butter. "There is a growing trend toward ready-to-consume indulgence," says Woollard. "Consumers seeking to indulge look to exciting flavors and combinations that offer a real treat, with exotic and hot flavors, for example, growing in popularity. Consumer demand for more choice and flavor variety, therefore, further influences the decision-making process."

This means that snack manufacturers today need equipment that can quickly change between wet and dry applications and are able to run a variety of flavors, capacities, package sizes and materials, notes Woollard. "By choosing a flexible seasoning system, manufacturers can quickly configure their seasoning options to be able to respond rapidly to shifts in consumer demand and preferences."

Consumers want a consistently flavored product that looks good and tastes fresh, says Woollard. "As such, manufacturers need to select seasoning systems that deliver on these desired elements, while also ensuring that

the seasoning is applied effectively and consistently." He notes that an effective seasoning system can significantly improve production line efficiencies, reducing waste and minimizing downtime.

Some aspects of the pretzel segment have certainly strayed far afield from original water, flour and salt versions.

"For decades, the once-staid pretzel category positioned itself as the baked, more-healthful alternative to other snacks, but that's all changed," says Woollard. "Over the past few years, the pretzel market has witnessed significant new product innovation whereby flavor, shape and texture have become key differentiators. While the traditional pretzel form remains popular amongst consumers, chefs and manufacturers are increasingly experimenting to create a unique twist on this ubiquitous staple."

Expect to see pretzels continue on this adventuresome path. "Whether savory or sweet, popular pairings include sea salt and cracked black pepper, honey mustard and onion, chocolate and peanut butter, and cinnamon and toffee," says Woollard.

At the same time, select shopper demographics will continue to find appeal in classic, timeless pretzel knots that offer ultra-simple ingredient statements--an easy task for pretzels--with a product appearance aligned with artisan ideals, perhaps via manufacturing processes that can build a certain degree of acceptable irregularity into products.

In order to see new levels of growth as a category, the strong currents of innovation we're starting to see in pretzels will need to continue.

Douglas J. Peckenpaugh, Chief Editor

| PRETZELS | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--SALTY SNACKS | $21,254,379,520 | 4.55 |
| PRETZELS | $1,223,423,616 | (0.99) |
| SNYDERS-LANCE INC PRETZELS | $459,858,240 | 0.90 |
| PRIVATE LABEL PRETZELS | $214,612,288 | 8.48 |
| FRITO LAY PRETZELS | $189,299,344 | (11.06) |
| MARS INC PRETZELS | $127,177,184 | 2.32 |
| UTZ QUALITY FOODS PRETZELS | $80,654,656 | (6.93) |
| SNYDERS OF HANOVER PRETZELS | $434,104,384 | (1.01) |
| PRIVATE LABEL PRETZELS | $214,612,288 | 8.48 |
| ROLD GOLD PRETZELS | $189,299,312 | (11.06) |
| COMBOS PRETZELS | $127,177,184 | 2.32 |
| UTZ PRETZELS | $72,133,424 | (7.38) |

| PRETZELS | Dollar Share | Unit Sales of Type |
|---|---|---|
| CATEGORY--SALTY SNACKS | | 9,449,796,608 |
| PRETZELS | 100.00 | 518,695,936 |
| SNYDERS-LANCE INC PRETZELS | 37.59 | 173,853,712 |
| PRIVATE LABEL PRETZELS | 17.54 | 124,099,744 |
| FRITO LAY PRETZELS | 15.47 | 70,881,608 |
| MARS INC PRETZELS | 10.40 | 62,837,964 |
| UTZ QUALITY FOODS PRETZELS | 6.59 | 25,060,720 |
| SNYDERS OF HANOVER PRETZELS | 35.48 | 166,818,384 |
| PRIVATE LABEL PRETZELS | 17.54 | 124,099,744 |
| ROLD GOLD PRETZELS | 15.47 | 70,881,576 |
| COMBOS PRETZELS | 10.40 | 62,837,964 |
| UTZ PRETZELS | 5.90 | 22,678,576 |
| PRETZELS | | Unit Sales |

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

|  | % Chg YAgo |
| --- | --- |
| CATEGORY--SALTY SNACKS | 3.80 |
| PRETZELS | (1.12) |
| SNYDERS-LANCE INC PRETZELS | 0.10 |
| PRIVATE LABEL PRETZELS | 6.71 |
| FRITO LAY PRETZELS | (12.37) |
| MARS INC PRETZELS | (1.09) |
| UTZ QUALITY FOODS PRETZELS | (8.20) |
| SNYDERS OF HANOVER PRETZELS | (1.66) |
| PRIVATE LABEL PRETZELS | 6.71 |
| ROLD GOLD PRETZELS | (12.37) |
| COMBOS PRETZELS | (1.09) |
| UTZ PRETZELS | (8.10) |

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets,

Drugstores, Mass Market Retailers, Gas/C-Stores, Military

Commissaries and Select Club & Dollar Retail Chains),

Latest 52 Weeks Ending May 17, 2015

| PRETZELS | Dollar Sales | Dollar Sales % Chg YAgo |
| --- | --- | --- |
| CATEGORY--FZ APPETIZERS/ SNACK ROLLS | $2,040,017,280 | 0.31 |
| FZ PRETZELS | $77,898,776 | 5.56 |
| J & J SNACK FOODS CORP FZ PRETZELS | $57,278,420 | (1.72) |
| NESTLE USA INC FZ PRETZELS | $7,055,919 | 48.49 |
| PRIVATE LABEL FZ PRETZELS | $5,149,402 | 13.94 |
| HANOVER FOODS CORP FZ PRETZELS | $3,279,853 | (8.35) |
| AUNTIE ANNES INC FZ PRETZELS | $2,806,733 | 111.03 |
| SUPER PRETZEL FZ PRETZELS | $42,502,692 | (0.94) |
| SUPER PRETZEL SOFTSTIX FZ PRETZELS | $9,837,530 | (3.99) |
| LEAN CUISINE FZ PRETZELS | $7,055,919 | 48.49 |
| PRIVATE LABEL FZ PRETZELS | $5,149,402 | 13.94 |
| HANOVER FZ PRETZELS | $3,279,853 | (8.35) |

| PRETZELS | Dollar Share | Unit Sales of Type |
| --- | --- | --- |
| CATEGORY--FZ APPETIZERS/ SNACK ROLLS |  | 557,153,408 |
| FZ PRETZELS | 100.00 | 27,308,502 |
| J & J SNACK FOODS CORP FZ PRETZELS | 73.53 | 19,946,250 |
| NESTLE USA INC FZ PRETZELS | 9.06 | 2,636,403 |
| PRIVATE LABEL FZ PRETZELS | 6.61 | 2,199,592 |
| HANOVER FOODS CORP FZ PRETZELS | 4.21 | 1,141,103 |
| AUNTIE ANNES INC FZ PRETZELS | 3.60 | 655,820 |
| SUPER PRETZEL FZ PRETZELS | 54.56 | 13,825,403 |
| SUPER PRETZEL SOFTSTIX FZ PRETZELS | 12.63 | 3,889,045 |
| LEAN CUISINE FZ PRETZELS | 9.06 | 2,636,403 |
| PRIVATE LABEL FZ PRETZELS | 6.61 | 2,199,592 |
| HANOVER FZ PRETZELS | 4.21 | 1,141,103 |

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

| PRETZELS | Unit Sales |
| --- | --- |
| | % Chg YAgo |
| CATEGORY--FZ APPETIZERS/ | (0.89) |
| SNACK ROLLS | |
| FZ PRETZELS | 3.09 |
| J & J SNACK FOODS CORP FZ PRETZELS | (2.45) |
| NESTLE USA INC FZ PRETZELS | 42.50 |
| PRIVATE LABEL FZ PRETZELS | 5.29 |
| HANOVER FOODS CORP FZ PRETZELS | (19.96) |
| AUNTIE ANNES INC FZ PRETZELS | 92.49 |
| SUPER PRETZEL FZ PRETZELS | (159) |
| SUPER PRETZEL SOFTSTIX FZ PRETZELS | (3.88) |
| LEAN CUISINE FZ PRETZELS | 42.50 |
| PRIVATE LABEL FZ PRETZELS | 5.29 |
| HANOVER FZ PRETZELS | (19.96) |

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets,

Drugstores, Mass Market Retailers, Gas/C-Stores, Military

Commissaries and Select Club & Dollar Retail Chains),

Latest 52 Weeks Ending May 17, 2015

**Load-Date:** November 6, 2015

---

End of Document



# Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack dollars.; United States snack pretzel sales, sales change, and share of sales by manufacturer in dollars, units and percentages for the year through May 17, 2015

Snack Food & Wholesale Bakery

July 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 44; Vol. 104; No. 7; ISSN: 0037-7406

**Length:** 2353 words
**Highlight:** State of the Industry: SNACKS 2015: PRETZELS

## Body

The classic pretzel, likely dating back to the Middle Ages, draws its simple inspiration from three basic ingredients: water, flour and salt. Pennsylvania Dutch communities in the U.S. eventually popularized the pretzel and brought to life the hard, crunchy, shelf-stable snack we know today.

While today's pretzel market--frozen soft pretzels and hard shelf-stable types--continues those time-honored traditions, new levels of innovation currently seek to capture more market share via new product formats and flavor profiles that range from salty to savory and sweet.

[ILLUSTRATION OMITTED]

Market data

Despite a strong diversity of new product launches, the pretzels subcategory within salty snacks saw rather flat sales for the 52 weeks ending May 17, 2015, per IRI, Chicago, down 0.99 percent in dollar sales to $1.22 billion. Sales of frozen soft pretzels painted a rosier picture, up 5.56 percent in dollar sales to $77.90 million.

Both segments of pretzels--whether soft and frozen or crunchy and shelf-stable--continue to see relatively strong performance in private label. In salty snacks, private label was up 8.48 percent in dollar sales to $214.61 million for the 52-week period. In frozen pretzels, private label was up 13.94 percent in dollar sales to $5.15 million.

Looking back

Snyder's-Lance Inc. remains strong at the No. 1 slot in pretzels. And while its traditional Snyder's of Hanover Pretzels sold well, taking in $434.10 million, dollar share dropped by 1.01 percent.

The most growth came through innovation. The Snyder's of Hanover 100-Calorie Pack, introduced in 2012 and currently the No. 6 brand in the segment, grew by 17.05 percent in dollar sales to $18.33 million. And the company's Spoonz pretzels, launched in early 2014, had a strong first year, bringing in $3.67 million for the 52-week period. Its brand-new Poppers line--hollow, light, crunchy pretzel pieces in Original, Cinnamon Sugar and Three Cheese--launched in February 2015, garnered $3.13 million to date.

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

In the wake of its success with Spoonz in positioning pretzel products to compete with the cracker category Snyder's-Lance also released Snyder's of Hanover Bowties in early 2015, flat, thin, dippable, cracker-like pretzels billed as "better-for-you" in Original, Everything and Parmesan Garlic.

Other recent developments at Snyder's-Lance include a reformulation of its Snyder's of Hanover Peanut Butter Pretzel Sandwiches to include honey as the sweetener, and the release of Raspberry Creme Sweet Pretzel Sandwiches just before Valentine's Day this year.

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

The company also launched Snack Factory **Pretzel Crisps** Gluten Free Minis this year, in Original, Salted Caramel and Cheddar, as well as two coated products, Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis.

Rold Gold, part of Frito-Lay North America, also added some sweetness to the mix this year with its Cookies & Cream Flavored Pretzel Dippers and Fudge Brownie Flavored Pretzel Dippers, featuring small pretzel rods packaged with indulgent, cookie-inspired dips.

While Utz Quality Foods' pretzels overall were down 6.93 percent in dollar sales for the 52 weeks ending May 17, 2015, per IRI, its Bachman brand, ranked as the No. 9 brand per IRI, rose 5.84 percent in dollar sales to $15.00 million.

[ILLUSTRATION OMITTED]

Other products have chipped away at market share, with smaller brands seeing strong dollar share growth. Unique Splits from Unique Pretzel Bakery was up 25.82 percent in dollar share to $5.02 million, with its Unique Pretzels up 13.68 percent to $4.80 million.

Looking forward

Pretzel concepts continue to migrate across categories--from buns and rolls to bagels and even pizza crust. And various shapes have long played a part in shelf-stable crispy pretzel snacks, with thins, cracker-like shapes and pieces among the most-recent additions to the mix.

Soft pretzels are now available in shapes like sticks and nuggets. Foodservice pretzel maker Auntie Annie's, from Focus Brands, has expanded into the freezer case, offering its Soft Pretzels and Pretzel Nuggets in Classic and Cinnamon Sugar varieties, in addition to sandwich-oriented products.

Frozen soft pretzels can bridge the gap between snack and sandwich through fillings, and J&J Snack Foods leads the pack in such applications via its SuperPretzel and Kim & Scott's Gourmet Pretzels retail brands, with the latter offering products like Pizza Pretzel, Grilled Cheese and Cheddar Jalapeno.

Frozen soft pretzels could see retail expansion by striving to capture elements of foodservice experiences. "Customization and freshness are two big trends in foodservice poised for retail," says Dena Strehlow, Ph.D., director, customer innovation and strategy ADM, Decatur, IL. "This is driven by consumers wanting a different eating experience. For example, some like pretzels with cheese or honey-mustard dip, while others like them paired with chocolate or nut butter. Being able to customize their eating experience is important to consumers, including kids." She also notes that size could build interest, citing the classic foodservice favorite of a freshly prepared, giant baked pretzel served warm with cheese.

[ILLUSTRATION OMITTED]

Pretzels also continue to move toward better-for-you positioning. "A lot of the pretzel work that we have done recently has focused on gluten-free, better-for-you and whole -grain formulations," says Kati Ledbetter, technical sales manager, ADM. "Companies want to use a fiber call-out on their labels. A pretzel is basically carbohydrate-based, so formulators are trying to understand how they can incorporate or increase nutritionals. We are seeing them do this through a variety of ingredients. Fiber and protein tend to be where they are targeting."

[ILLUSTRATION OMITTED]

Ledbetter finds that specialty fiber ingredients can add crispness to foods with low moisture and low water activity--an attribute that can help extend shelf life.

It can also help to increase satiety says Doris Dougherty, technical service representative, Fibersol, ADM. "Evidence indicates that consuming 10 grams of fiber with a meal can enhance satiety" she explains, suggesting that satiety-building pretzels could be components of ready-to-eat lunch products.

As witnessed in the cracker category, pretzel manufacturers continue to differentiate products via inclusions, like seeds. "The pretzel category has historically carried differentiated benefits from other snacks," says Strehlow. "Wellness, along with taste and texture, make the category unique. The pretzel is a wonderful carrier of flavor and nutritional ingredients, such as seeds. Whole grain, fiber and protein are benefits consumers are looking for, and there are many opportunities for innovation to consider in this category."

Combining health with snacking convenience is influencing the pretzel category, says David Woollard, group sales manager, seasoning and spraying, tna, Sydney "Manufacturers increasingly seek to create snacks that contain less fat, but still fulfill expectations on taste, and are looking for customized equipment that allows flavor flexibility Oil or fat are key ingredients in most snack and bakery production lines."

While traditional pretzels are fat-free, varying levels of fat can enter formulas today due to other ingredients in the mix, such as topical applications. "Besides influencing the taste and texture of a product, fat also significantly improves the adhesion of flavors and acts as a binding agent to improve particle cohesion," says Woollard. "Applying the right amount of oil onto the product is vital to satisfy consumer demand for uniform appearance, taste and texture."

But the fat declaration on a product label can impact appeal. "For manufacturers, this means the amount of oil needs to be controlled accurately, so the product meets the nutritional value specification on the label," Woollard continues. "In addition, machines that are able to handle higher concentrations of seasoning powder require less fat and oil to be sprayed onto the products for the seasoning to stick, opening up further possibilities of lower-fat applications and minimal fat declarations."

[ILLUSTRATION OMITTED]

Of course, pretzels today are no strangers to indulgence, as well, with flavor profiles that include maple, bacon, Cheddar and caramel surfacing, as well as coatings of chocolate and peanut butter. "There is a growing trend toward ready-to-consume indulgence," says Woollard. "Consumers seeking to indulge look to exciting flavors and combinations that offer a real treat, with exotic and hot flavors, for example, growing in popularity. Consumer demand for more choice and flavor variety, therefore, further influences the decision-making process."

This means that snack manufacturers today need equipment that can quickly change between wet and dry applications and are able to run a variety of flavors, capacities, package sizes and materials, notes Woollard. "By choosing a flexible seasoning system, manufacturers can quickly configure their seasoning options to be able to respond rapidly to shifts in consumer demand and preferences."

Consumers want a consistently flavored product that looks good and tastes fresh, says Woollard. "As such, manufacturers need to select seasoning systems that deliver on these desired elements, while also ensuring that

the seasoning is applied effectively and consistently." He notes that an effective seasoning system can significantly improve production line efficiencies, reducing waste and minimizing downtime.

Some aspects of the pretzel segment have certainly strayed far afield from original water, flour and salt versions.

"For decades, the once-staid pretzel category positioned itself as the baked, more-healthful alternative to other snacks, but that's all changed," says Woollard. "Over the past few years, the pretzel market has witnessed significant new product innovation whereby flavor, shape and texture have become key differentiators. While the traditional pretzel form remains popular amongst consumers, chefs and manufacturers are increasingly experimenting to create a unique twist on this ubiquitous staple."

Expect to see pretzels continue on this adventuresome path. "Whether savory or sweet, popular pairings include sea salt and cracked black pepper, honey mustard and onion, chocolate and peanut butter, and cinnamon and toffee," says Woollard.

At the same time, select shopper demographics will continue to find appeal in classic, timeless pretzel knots that offer ultra-simple ingredient statements--an easy task for pretzels--with a product appearance aligned with artisan ideals, perhaps via manufacturing processes that can build a certain degree of acceptable irregularity into products.

In order to see new levels of growth as a category, the strong currents of innovation we're starting to see in pretzels will need to continue.

Douglas J. Peckenpaugh, Chief Editor

| PRETZELS | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--SALTY SNACKS | $21,254,379,520 | 4.55 |
| PRETZELS | $1,223,423,616 | (0.99) |
| SNYDERS-LANCE INC PRETZELS | $459,858,240 | 0.90 |
| PRIVATE LABEL PRETZELS | $214,612,288 | 8.48 |
| FRITO LAY PRETZELS | $189,299,344 | (11.06) |
| MARS INC PRETZELS | $127,177,184 | 2.32 |
| UTZ QUALITY FOODS PRETZELS | $80,654,656 | (6.93) |
| SNYDERS OF HANOVER PRETZELS | $434,104,384 | (1.01) |
| PRIVATE LABEL PRETZELS | $214,612,288 | 8.48 |
| ROLD GOLD PRETZELS | $189,299,312 | (11.06) |
| COMBOS PRETZELS | $127,177,184 | 2.32 |
| UTZ PRETZELS | $72,133,424 | (7.38) |

| PRETZELS | Dollar Share | Unit Sales of Type |
|---|---|---|
| CATEGORY--SALTY SNACKS | | 9,449,796,608 |
| PRETZELS | 100.00 | 518,695,936 |
| SNYDERS-LANCE INC PRETZELS | 37.59 | 173,853,712 |
| PRIVATE LABEL PRETZELS | 17.54 | 124,099,744 |
| FRITO LAY PRETZELS | 15.47 | 70,881,608 |
| MARS INC PRETZELS | 10.40 | 62,837,964 |
| UTZ QUALITY FOODS PRETZELS | 6.59 | 25,060,720 |
| SNYDERS OF HANOVER PRETZELS | 35.48 | 166,818,384 |
| PRIVATE LABEL PRETZELS | 17.54 | 124,099,744 |
| ROLD GOLD PRETZELS | 15.47 | 70,881,576 |
| COMBOS PRETZELS | 10.40 | 62,837,964 |
| UTZ PRETZELS | 5.90 | 22,678,576 |
| PRETZELS | | Unit Sales |

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

| | % Chg YAgo |
|---|---|
| CATEGORY--SALTY SNACKS | 3.80 |
| PRETZELS | (1.12) |
| SNYDERS-LANCE INC PRETZELS | 0.10 |
| PRIVATE LABEL PRETZELS | 6.71 |
| FRITO LAY PRETZELS | (12.37) |
| MARS INC PRETZELS | (1.09) |
| UTZ QUALITY FOODS PRETZELS | (8.20) |
| SNYDERS OF HANOVER PRETZELS | (1.66) |
| PRIVATE LABEL PRETZELS | 6.71 |
| ROLD GOLD PRETZELS | (12.37) |
| COMBOS PRETZELS | (1.09) |
| UTZ PRETZELS | (8.10) |

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets,

Drugstores, Mass Market Retailers, Gas/C-Stores, Military

Commissaries and Select Club & Dollar Retail Chains),

Latest 52 Weeks Ending May 17, 2015

| PRETZELS | Dollar Sales | Dollar Sales % Chg YAgo |
|---|---|---|
| CATEGORY--FZ APPETIZERS/ SNACK ROLLS | $2,040,017,280 | 0.31 |
| FZ PRETZELS | $77,898,776 | 5.56 |
| J & J SNACK FOODS CORP FZ PRETZELS | $57,278,420 | (1.72) |
| NESTLE USA INC FZ PRETZELS | $7,055,919 | 48.49 |
| PRIVATE LABEL FZ PRETZELS | $5,149,402 | 13.94 |
| HANOVER FOODS CORP FZ PRETZELS | $3,279,853 | (8.35) |
| AUNTIE ANNES INC FZ PRETZELS | $2,806,733 | 111.03 |
| SUPER PRETZEL FZ PRETZELS | $42,502,692 | (0.94) |
| SUPER PRETZEL SOFTSTIX FZ PRETZELS | $9,837,530 | (3.99) |
| LEAN CUISINE FZ PRETZELS | $7,055,919 | 48.49 |
| PRIVATE LABEL FZ PRETZELS | $5,149,402 | 13.94 |
| HANOVER FZ PRETZELS | $3,279,853 | (8.35) |

| PRETZELS | Dollar Share | Unit Sales of Type |
|---|---|---|
| CATEGORY--FZ APPETIZERS/ SNACK ROLLS | | 557,153,408 |
| FZ PRETZELS | 100.00 | 27,308,502 |
| J & J SNACK FOODS CORP FZ PRETZELS | 73.53 | 19,946,250 |
| NESTLE USA INC FZ PRETZELS | 9.06 | 2,636,403 |
| PRIVATE LABEL FZ PRETZELS | 6.61 | 2,199,592 |
| HANOVER FOODS CORP FZ PRETZELS | 4.21 | 1,141,103 |
| AUNTIE ANNES INC FZ PRETZELS | 3.60 | 655,820 |
| SUPER PRETZEL FZ PRETZELS | 54.56 | 13,825,403 |
| SUPER PRETZEL SOFTSTIX FZ PRETZELS | 12.63 | 3,889,045 |
| LEAN CUISINE FZ PRETZELS | 9.06 | 2,636,403 |
| PRIVATE LABEL FZ PRETZELS | 6.61 | 2,199,592 |
| HANOVER FZ PRETZELS | 4.21 | 1,141,103 |

Today's pretzel logic: the pretzel segment today maintains time-honored product formats interspersed with innovative flourishes that can capture more snack doll....

| PRETZELS | Unit Sales |
|---|---|
| | % Chg YAgo |
| CATEGORY--FZ APPETIZERS/ | (0.89) |
| SNACK ROLLS | |
| FZ PRETZELS | 3.09 |
| J & J SNACK FOODS CORP FZ PRETZELS | (2.45) |
| NESTLE USA INC FZ PRETZELS | 42.50 |
| PRIVATE LABEL FZ PRETZELS | 5.29 |
| HANOVER FOODS CORP FZ PRETZELS | (19.96) |
| AUNTIE ANNES INC FZ PRETZELS | 92.49 |
| SUPER PRETZEL FZ PRETZELS | (159) |
| SUPER PRETZEL SOFTSTIX FZ PRETZELS | (3.88) |
| LEAN CUISINE FZ PRETZELS | 42.50 |
| PRIVATE LABEL FZ PRETZELS | 5.29 |
| HANOVER FZ PRETZELS | (19.96) |

Source: IRI, Chicago, Total U.S. Multi-Outlet (Supermarkets,

Drugstores, Mass Market Retailers, Gas/C-Stores, Military

Commissaries and Select Club & Dollar Retail Chains),

Latest 52 Weeks Ending May 17, 2015

**Load-Date:** November 6, 2015

---

End of Document



# Two Generics Can Make a Mark: Princeton Vanguard v. Frito-Lay North America

National Law Review

June 30, 2015 Tuesday 9:55 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 703 words

**Byline:** McDermott Will Emery

## Body

Jun 30, 2015( National Law Review: http://www.natlawreview.com Delivered by Newstex) <nl/> Teri H.P. Nguyen[1] <nl/> The U. S. Court of Appeals for the Federal Circuit vacated and remanded for further proceedings the decision of the Trademark Trial and Appeal Board (TTAB or Board) cancelling the registration of the mark **PRETZEL CRISPS**, finding the Board applied the wrong legal standard for genericness.

Princeton Vanguard, LLC v. Frito-Lay North America, Inc., Case No. 14-1517 (Fed. Cir., May 15, 2015) (O'Malley, J.).<nl/> A party opposing an application for mark or petitioning to cancel a mark bears the burden of proving genericness by a preponderance of evidence. Frito-Lay opposed Princeton Vanguard's application to register **PRETZEL CRISP**, arguing that the term is generic for pretzel crackers. The Board sustained Frito-Lay's opposition and granted its petition for cancellation. According to the Board, if a mark is compound, then the 1987 Gould Paper case applies, allowing it to analyze the terms individually. If on the other hand, the mark is a phrase, then the 1999 American Fertility cases applied, requiring the Board to consider the mark in its entirety. The Board found that the term **'pretzel crisp'** was a compound term, not a phrase, thereby permitting it to consider the terms individually under Gould. In doing so, the Board determined that 'pretzel' was generic for pretzels and pretzel snacks, while 'crisp' was generic for crackers leading to the conclusion that **'pretzel crisp'** was generic for 'pretzel crackers.' Princeton Vanguard appealed.<nl/> The Federal Circuit clarified that there is only one legal standard for genericness: the two-part test set forth in the 1986 Marvin Ginn case. Under this test, in order to determine whether a mark is generic, the Board must identify the genus of goods or services at issue and then assess whether the public understands the mark, as a whole, to refer to that genus. The test is the same regardless of whether the mark is a compound term or a phrase. The Federal Circuit had previously explained that even if each of the constituent words in a combination mark is generic, the combination is not generic unless the entire formulation does not add any meaning to the otherwise generic mark.<nl/> Applying this president to this case, the Federal Circuit noted that since the record was replete with evidence of the public's perception of the term **PRETZEL CRISP** as a whole, it was unclear why the Board would resort to analyzing the terms individually. Although the Board claimed it would have reached the same conclusion had it analyzed the term as a phrase, the Court found no indication that the Board actually conducted such an analysis.<nl/> Rather, as the Court noted, although the record contained evidence, including declarations, survey evidence and evidence of use of the mark **PRETZEL CRISP** in the snack food industry, the Board gave 'controlling weight' to the dictionary definitions, selective evidence of use by the public and evidence of use by Frito-Lay itself. For example, the Court observed that the Board improperly focused on evidence of the word 'crisp' in isolation and considered a few selected examples of **'pretzel crisp.'** Further, despite finding no flaws in the two genericness surveys submitted by the parties, the Board disregarded the results of survey evidence without explanation. Finally, in the Federal Circuit's view the Board took a 'short cut,' ignoring evidence that might have compelled a contrary conclusion. On remand, the Court instructed the Board to apply the appropriate legal standard, consider all of the evidence, and give appropriate consideration to the proffered survey evidence.<nl/> Practice Note: Regardless of whether a mark is a compound term or a phrase, there is only one legal standard for determining whether a mark is generic, and it is a two-part inquiry. But the

critical issue is whether members of the relevant public primarily use or understand the term sought to be protected to refer to the genus or class of goods or services in question.<nl/> Do not use pagination for this article: 0 <nl/>© 2015 McDermott Will ...ery<nl/> [ 1]: http://www.natlawreview.com/author/teri-hp-nguyen

**Load-Date:** June 30, 2015

---

End of Document



# Trademark Review | June 2015

JD Supra

June 29, 2015 Monday 1:55 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 170 words

**Byline:** Knobbe Martens Olson Bear LLP

## Body

Jun 29, 2015( JD Supra: http://www.jdsupra.com Delivered by Newstex) <nl/> Contributor: Knobbe Martens Olson ...ar LLP [View: Profile[1] | Documents[2]]<nl/>Publication Date: 06/29/2015 Document Type: Article/Newsletter Subject Matter: Art, Entertainment, ...orts Law, Civil Procedure, Communications ...dia Law, Intellectual Property Summary: Is **PRETZEL CRISPS** a Generic Term? Federal Circuit Resets Standard for Genericness -<nl/><nl/>In an earlier precedential decision, the TTAB held there was a dichotomy in the standard for determining whether an applied-for mark was generic, depending on whether the mark was a phrase or a compound term. The TTAB took the position that it had to consider the mark in its entirety only if the mark was a phrase, and that if the mark was a compound term, it could short-cut the analysis by focusing only on the individual words and not on the entirety of the mark.<nl/> [ 1]: http://www.jdsupra.com/profile/Knobbe_Martens/ [ 2]: http://www.jdsupra.com/profile/Knobbe_Martens_docs/

**Load-Date:** June 29, 2015

---

End of Document



# Press Release: Snyder's-Lance to support Celiac Disease Foundation by donating portions of sales from the Snyder's of Hanover brand

Dow Jones Institutional News

June 23, 2015 Tuesday 8:35 PM GMT

Copyright 2015 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2015, Dow Jones & Company, Inc.

☐ **DOW JONES** NEWSWIRES

**Length:** 703 words

## Body

Snyder's-Lance to support Celiac Disease Foundation by donating portions of sales from the Snyder's of Hanover brand

PR Newswire

CHARLOTTE, N.C., June 23, 2015

CHARLOTTE, N.C., June 23, 2015 /PRNewswire/ -- Snyder's of Hanover(R), maker of the No. 1 gluten-free pretzel in the U.S., is raising awareness and funds to support Celiac Disease Foundation (CDF). For the second year, Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) and its Snyder's of Hanover brand will donate $0.05 from the sale of specially marked bags through June 30. The brand is also communicating the CDF partnership on special packaging during the promotional time period.

According to CDF, celiac disease is estimated to affect 1 in 100 people worldwide, and consumer research reveals that nearly one out of three American adults wants to cut down or be free of gluten in their diets.

"At Snyder's-Lance we recognize there is a critical need to offer snacking solutions to consumers on a gluten-free diet. We also want to help support programs that raise awareness and fund gluten-free education that can help advance research for a cure," said Rod Troni, Chief Marketing Officer, Snyder's-Lance, Inc. "Through this program with Celiac Disease Foundation, the Snyder's of Hanover brand will take an active role in the mission to improve the lives of anyone living with gluten-related disorders."

Snyder's of Hanover(R) launched its line of Gluten-Free Pretzels in 2013, and offers flavorful snacking options, including Hot Buffalo Wing and Honey Mustard Pretzel Sticks.

In addition to Snyder's of Hanover(R), other Snyder's-Lance brands offer gluten-free options including:

```
    -- Lance(R) gluten-free Peanut Butter and Cheddar Cheese Sandwich Crackers;

    -- Snack Factory(R) Pretzel Crisps(R) gluten-free Minis;
```

```
-- Cape Cod(R) gluten-free Dipping Shells in three varieties -- Four Bean,
   Blue Corn Multigrain and Ancient Grain;

-- Eatsmart Naturals' Sea Salt and Lime Dipping Chips;

-- Late July(R) Organic Snacks Mild Green Mojo, Sweet Potato and Sea Salt
   Seashore multigrain snack chips.
```

"If you're shopping this month, consider choosing a bag of Snyder's of Hanover gluten-free pretzels with the blue label, to help further the cause, educate and generate greater awareness of celiac disease," said Marilyn G. Geller, CEO of Celiac Disease Foundation.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Wisconsin and Ohio. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Late July(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R) and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

About Celiac Disease Foundation

Celiac Disease Foundation (CDF) drives diagnosis and treatment of celiac disease, one of the world's most common, and least diagnosed genetic autoimmune diseases. A non-profit, public benefit corporation established in 1990, CDF leads the fight to improve the quality of life for all people affected by gluten-related disorders through a comprehensive program of education, advocacy and research initiatives. For more information about CDF, visit celiac.org or call (818)716-1513.

Photo - http://photos.prnewswire.com/prnh/20150623/225164

Logo - http://photos.prnewswire.com/prnh/20150203/173341LOGO

To view the original version on PR Newswire, visit: http://www.prnewswire.com/news-releases/snyders-lance-to-support-celiac-disease-foundation-by-donating-portions-of-sales-from-the-snyders-of-hanover-brand-300103607.html

SOURCE Snyder's-Lance, Inc.

/CONTACT: Stephen Hass, stephen.hass@lgapr.com, 704-552-6565

(END) Dow Jones Newswires

June 23, 2015 16:35 ET (20:35 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** October 28, 2016

**End of Document**



# Snyder's-Lance to support Celiac Disease Foundation by donating portions of sales from the Snyder's of Hanover brand

PR Newswire

June 23, 2015 Tuesday 4:34 PM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 643 words

**Dateline:** CHARLOTTE, N.C., June 23, 2015

## Body

Snyder's of Hanover®, maker of the No. 1 gluten-free pretzel in the U.S., is raising awareness and funds to support Celiac Disease Foundation (CDF). For the second year, Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) and its Snyder's of Hanover brand will donate $0.05 from the sale of specially marked bags through June 30. The brand is also communicating the CDF partnership on special packaging during the promotional time period.

According to CDF, celiac disease is estimated to affect 1 in 100 people worldwide, and consumer research reveals that nearly one out of three American adults wants to cut down or be free of gluten in their diets.

"At Snyder's-Lance we recognize there is a critical need to offer snacking solutions to consumers on a gluten-free diet. We also want to help support programs that raise awareness and fund gluten-free education that can help advance research for a cure," said Rod Troni, Chief Marketing Officer, Snyder's-Lance, Inc. "Through this program with Celiac Disease Foundation, the Snyder's of Hanover brand will take an active role in the mission to improve the lives of anyone living with gluten-related disorders."

Snyder's of Hanover® launched its line of Gluten-Free Pretzels in 2013, and offers flavorful snacking options, including Hot Buffalo Wing and Honey Mustard Pretzel Sticks.

In addition to Snyder's of Hanover®, other Snyder's-Lance brands offer gluten-free options including:

Lance® gluten-free Peanut Butter and Cheddar Cheese Sandwich Crackers; Snack Factory® **Pretzel Crisps**® gluten-free Minis; Cape Cod® gluten-free Dipping Shells in three varieties - Four Bean, Blue Corn Multigrain and Ancient Grain; Eatsmart Naturals' Sea Salt and Lime Dipping Chips; Late July® Organic Snacks Mild Green Mojo, Sweet Potato and Sea Salt Seashore multigrain snack chips.

"If you're shopping this month, consider choosing a bag of Snyder's of Hanover gluten-free pretzels with the blue label, to help further the cause, educate and generate greater awareness of celiac disease," said Marilyn G. Geller, CEO of Celiac Disease Foundation.

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., headquartered in Charlotte, N.C., manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Wisconsin and Ohio. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke® and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

Snyder's-Lance to support Celiac Disease Foundation by donating portions of sales from the Snyder's of Hanover brand

About Celiac Disease FoundationCeliac Disease Foundation (CDF) drives diagnosis and treatment of celiac disease, one of the world's most common, and least diagnosed genetic autoimmune diseases. A non-profit, public benefit corporation established in 1990, CDF leads the fight to improve the quality of life for all people affected by gluten-related disorders through a comprehensive program of education, advocacy and research initiatives. For more information about CDF, visit celiac.org or call (818)716-1513.

Photo -http://photos.prnewswire.com/prnh/20150623/225164

Logo -        http://photos.prnewswire.com/prnh/20150203/173341LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/snyders-lance-to-support-celiac-disease-foundation-by-donating-portions-of-sales-from-the-snyders-of-hanover-brand-300103607.html

SOURCE Snyder's-Lance, Inc.


CONTACT: Stephen Hass, stephen.hass@lgapr.com, 704-552-6565


**Load-Date:** June 24, 2015

---

End of Document



# Snyder's-Lance to Support Celiac Disease Foundation by Donating Portions of Sales from Snyder's of Hanover Brand

India Retail News

June 23, 2015 Tuesday 6:30 AM EST

Copyright 2015 Contify.com All Rights Reserved

**Length:** 349 words

# Body

June 23 -- Snyder's of Hanover, maker of the No. 1 gluten-free pretzel in the U.S., is raising awareness and funds to support Celiac Disease Foundation (CDF). For the second year, Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) and its Snyder's of Hanover brand will donate $0.05 from the sale of specially marked bags through June 30. The brand is also communicating the CDF partnership on special packaging during the promotional time period.

According to CDF, celiac disease is estimated to affect 1 in 100 people worldwide, and consumer research reveals that nearly one out of three American adults wants to cut down or be free of gluten in their diets.

"At Snyder's-Lance we recognize there is a critical need to offer snacking solutions to consumers on a gluten-free diet. We also want to help support programs that raise awareness and fund gluten-free education that can help advance research for a cure," said Rod Troni, Chief Marketing Officer, Snyder's-Lance, Inc. "Through this program with Celiac Disease Foundation, the Snyder's of Hanover brand will take an active role in the mission to improve the lives of anyone living with gluten-related disorders."

Snyder's of Hanover launched its line of Gluten-Free Pretzels in 2013, and offers flavorful snacking options, including Hot Buffalo Wing and Honey Mustard Pretzel Sticks.

In addition to Snyder's of Hanover, other Snyder's-Lance brands offer gluten-free options including:

* Lance gluten-free Peanut Butter and Cheddar Cheese Sandwich Crackers;

* Snack Factory **Pretzel Crisps** gluten-free Minis;

* Cape Cod gluten-free Dipping Shells in three varieties - Four Bean, Blue Corn Multigrain and Ancient Grain;

* Eatsmart Naturals' Sea Salt and Lime Dipping Chips;

* Late July Organic Snacks Mild Green Mojo, Sweet Potato and Sea Salt Seashore multigrain snack chips.

"If you're shopping this month, consider choosing a bag of Snyder's of Hanover gluten-free pretzels with the blue label, to help further the cause, educate and generate greater awareness of celiac disease," said Marilyn G. Geller, CEO of Celiac Disease Foundation.

Source: Snyder's-Lance

**Load-Date:** June 24, 2015

# Synder's Lance wins appeal in TM spat with PepsiCo.

just-food.com

June 4, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2015 Aroq Limited

**Length:** 267 words

## Body

Byline: Katy Askew

Princeton Vanguard, a division of Snyder's-Lance, has won an appeal to overturn a ruling preventing it registering **Pretzel Crisps** as a trademark.

The US Court of Appeals for the Federal Circuit found that the Trademark Trial and Appeal Board "erred in its genericness analysis when it assessed the **Pretzel Crisps** mark as a compound term instead of a phrase".

The TTAB, which was acting on a motion filed by PepsiCo's snack business Frito Lay, had previously cancelled Princeton Vanguard's TM for **Pretzel Crisps**. According to the Board's assessment, the trademark could not be registered because it was a generic term for pretzel crackers.

The Court of Appeals found that the TTAB applied the "incorrect legal standard" when it assessed whether **Pretzel Crisps** constituted a generic term.

"Because we find that the Board applied the incorrect legal standard in assessing whether the term **Pretzel Crisps** is generic, we vacate the Board's decision cancelling [the trade mark registration] and its decision sustaining Frito-Lay's opposition," the Court concluded.

Princeton Vanguard initially registered the **Pretzel Crisps** TM in 2004. Frito Lay launched its challenge to the trademark in 2010.

A spokesperson for PepsiCo told just-food: "PepsiCo doesn't comment on litigation." Snyder's-Lance did not respond to requests for comment.

The case has now been referred back to the TTAB.

This article was originally published on just-food.com on 4 June 2015. For authoritative and timely food business information visit http://www.just-food.com.

**Load-Date:** September 21, 2016

End of Document



# EDGEWOOD HIGH SCHOOL OFFERS UP FAVORITE RECIPES; COOKS' EXCHANGE

Wisconsin State Journal (Madison, Wisconsin)

June 3, 2015 Wednesday, ALL EDITION

Copyright 2015 Madison Newspapers, Inc. All Rights Reserved

**Section:** TASTE; Pg. D2; Cook's Exchange

**Length:** 1289 words

**Byline:** CATHERINE MURRAY , For the State Journal

## Body

Time passes so quickly. It seems like yesterday that Edgewood High School parents decided to compile a fundraising cookbook featuring favorite family and staff recipes. Appropriately titled "Let's Eat," the book debuted in 1977 and sold well warranting second and third printings through the years.

When something of this nature has the sweet taste of success, it's only natural for a sequel to be considered sometime in the future. And besides, Edgewood's history is more than worthy of introducing to another generation.

So the idea was set in motion for "Let's Eat Too!" with Colleen Murphy Penwell, class of 1985, chairing the project. With an exceptional committee of many talents, the sequel reminds us that Edgewood High School of the Sacred Heart was founded in 1881 following the Rev. Samuel Mazzuchelli's efforts to establish a congregation in 1847. Sponsored by the Dominican Sisters of Sinsinawa whose values continue to embrace truth, compassion, justice, community and partnership, EHS's enrollment is open to students of varied education or religious backgrounds from more than 35 middle schools within a 50-mile radius and more than 40 percent of students receive financial aid. Edgewood has also been rewarded as being the first Madison high school named a "School of Excellence" by the U.S Department of Education.

And there's so much more. The Edgewood faculty of 55 members average 20 years of teaching experience with most holding advanced degrees. Attaining an average enrollment of about 600, courses include college prep curriculum as well programs for students with learning challenges.

Their new 300-page cookbook recently shared by alumni records overseer Caryl Bremer includes a collection of old favorites interspersed with tested new recipes never before shared.

Deciding to begin with an appetizer was easy because this one literally jumped out at me from the first page like a cheer shouting "Wisconsin!" Thanks to Colin Schmidt, class of 2013, for submitting it.

Beer cheese pretzel dip

2 8-ounce packages cream cheese, softened

½-3/4 cup beer for desired consistency

1 envelope dry ranch dressing mix

2 cups shredded cheddar cheese, or more

Pretzels for dipping (Snyder's Butter Snaps or **pretzel crisps** work well)

In large bowl, combine cream cheese, ½ cup beer, and ranch dressing until smooth. Add cheddar cheese and blend again. Add more beer or cheddar until desired consistency for dipping. Chill and serve with pretzels.

Note: Keeps in refrigerator for one week. Can use light cream cheese.

Every page turned in Let's Eat Too! held recipes that drew my attention, a smattering being Steve Ebert's Oceanaire Seafood Room Maryland-style crab cakes; Debbie Cray's fig and walnut tapenade with goat cheese; the Maloney family's Bubba's pepper poppers; the Fox family's collard greens with bacon; Katie Ripple's sweet potato soup; Paul Reynolds' very own "World Famous" lasagna; Erika Frederick's honey-glazed oven-baked baby back ribs; Colleen Rehm's Greek spaghetti with tomatoes and feta, Paul Cannarella's tiramisu for dessert?and the list goes on and on with each recipe tested ahead of time.

Beth McLaughlin shared a recipe with that also intrigued me.

The Stone Pipe Inn salad

Salad:

16 ounces fresh spinach

16 ounces spring greens

¼ red onion, sliced lengthwise

4 ounces cashews

1 pint fresh strawberries, cleaned and sliced

8 hard-boiled eggs, sliced or chopped

Mix all ingredients together in a large bowl.

Dressing:

2/3 cup canola oil

1/3 cup cider vinegar

2/3 cup sugar

1 teaspoon celery salt

2 teaspoon prepared yellow mustard

1 small onion, finely diced

Mix ingredients well and toss with salad.

Serves 12

Months ago, a request arrived for a potato recipe once served at a favorite Italian restaurant in town. Because the restaurant no longer exists and the long wait hints that the recipe isn't available, this "easy make-ahead dish" might please the reader just as much, thanks to Jane Didier Wagner, class of 84.

Parmesan potatoes

1 medium onion, chopped

½ stick of butter

½ teaspoon salt

½ teaspoon pepper

1 cup half & half cream

12-24-ounce package of frozen hash browns

1 cup grated Parmesan cheese divided

Paprika

Heat oven to 350 degrees. Saute onion in butter. Add salt, pepper, cream and heat. Add potatoes and cook while stirring until cream thickens. Add half of the grated Parmesan cheese and combine. Spray a 9X13-inch pan, spread potatoes evenly and cover with foil. (At this point, this dish can be covered and refrigerated or frozen to be baked at a later time.) Bake 30 minutes. Uncover and top with remaining Parmesan cheese. Sprinkle with paprika. Broil to melt cheese to form a crust. Serve immediately.

Cooks' Exchange Note: I'd probably add some Italian parsley, basil and/or oregano to add a little color and flavor, though other options seem endless.

I am happy to feature a favorite recipe submitted by Barbara McCormick and Petie Rudy, my Italian friend of Edgefest fame whose creative ideas each year achieved fund-raising heights enabling major EHS renovations. Described in the first printing as an "elegant luncheon or evening buffet entrée" known as a Do-Ahead Seafood Supreme, this is a simpler updated version with a different name.

Baked wild rice and crab dish

2 cups cooked wild rice

1 cup cooked white rice

1 cup crab meat

1 cup cooked shrimp, diced and divided

1 ½ cups celery, minced

1 medium onion, minced

1 green pepper, minced

4-ounce jar pimento, drained

3 10-ounce cans cream of mushroom soup, thinned with ½ cup milk

1 pound fresh mushrooms

1 tablespoon butter

Preheat oven to 350 degrees. Mix together wild rice, white rice, crab, ½ of the shrimp, celery, onion, green pepper, pimento and ½ of the soup mixture. Place in 2-quart baking dish and bake for 1 hour. Brown mushrooms in 1 tablespoon butter. Add remaining shrimp and soup mixture to mushrooms, adding more milk until right consistency for a sauce. Serve sauce hot over baked dish.

Serves 6

On the sweet side, this suggestion for breakfast-in-bed was shared by Penwell, the "Let's Eat Too" chairperson, and chosen because of my affection for coconut.

Coconut French toast

12 eggs

1 ¼ cup milk

2 teaspoon sugar

1 teaspoon cinnamon

14 slices day-old bread

7-ounce package flaked coconut

Maple syrup

Preheat oven to 475 degrees. Pour coconut into shallow dish and set aside. In large bowl, beat eggs. Add milk, sugar and cinnamon. Add bread, one slice at a time, soaking one minute each side. Dredge each slice of bread in coconut, coating both sides. Place prepared bread slices in single layer on greased baking sheets. Bake 5 minutes on each side or until golden brown and cooked through. Serve with warmed syrup.

Serves 7

Here is a gluten-free, sports team favorite from Marigrace Carney, class of 2013.

Monster cookies

6 eggs, beaten

2 cups sugar

1 ½ teaspoons corn syrup

1 cup butter

2 cups brown sugar

3 cups crunchy peanut butter

1 ½ teaspoon vanilla

4 teaspoons baking soda

9 cups oatmeal

1 ½ cups M&M's

1 ½ cups chocolate chips

Preheat oven to 350 degrees. Beat eggs and add remaining ingredients in order given. Mix well. Use ice cream scoop for large cookies, or a tablespoon scoop for smaller cookies, and place on un-greased cookie sheet. Bake 12-15 minutes.

Lorrie Goodwin's dessert selection is a sure favorite for anyone who needs just the right pie to serve on a Kentucky Derby Saturday. Bourbon makes this authentic.

Kentucky pecan pie

¼ cup butter, softened

1 cup sugar

3 eggs

¾ cup light corn syrup

¼ teaspoon salt

1 teaspoon vanilla

2 tablespoons bourbon

½ cup chocolate chips

½ cup chopped pecans

Unbaked deep dish pie crust

Whipped cream

Preheat oven to 375 degrees. Cream butter and add sugar gradually. Add eggs, corn syrup, salt, and vanilla. Add bourbon, chocolate chips and pecans. Pour into crust and bake for 40-50 minutes. Cool. Serve with whipped cream.

**Load-Date:** June 4, 2015

End of Document



# Snyder's-Lance takes Pretzel Crisps Non-GMO.

just-food.com

June 2, 2015

Copyright 2015 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2015 Aroq Limited

**Length:** 554 words

## Body

Byline: Hannah Abdulla

Snyder's Lance has announced its Snack Factory **Pretzel Crisps** are now verified by the Non-GMO Project.

The US company will begin introducing Non-GMO Project verified versions of its **Pretzel Crisps** across retailers nationwide starting in the autumn.

"For more than a decade, **Pretzel Crisps** have led the snack category with innovative products that consumers love, so earning the Non-GMO Project Verification was a natural progression for us," said Peter Michaud, SVP and general manager of the company's better-for-you snacks division Clearview Foods.

"We remain committed to making the most delicious, wholesome snacks that we possibly can, and we're proud to be working with the Non-GMO Project to evolve the entire Snack Factory portfolio to reflect a clean, Non-GMO Project Verified seal."

The Non-GMO Project is a US-based non-profit certification scheme set up in 2005 by natural retailers The Natural Grocery Company and The Big Carrot Natural Food Market.

press release follows:

Snack Factory[R] **Pretzel Crisps**[R], the world's first - and the original - flat-baked pretzel cracker, today announces that it has achieved Non-GMO Project Verification from The Non-GMO Project. Snack Factory **Pretzel Crisps** have long been known as a popular "better for you" snack option and the brand is now solidifying its commitment to providing quality, wholesome offerings by taking steps to become a completely clean food.

"For more than a decade, **Pretzel Crisps** have led the snack category with innovative products that consumers love, so earning the Non-GMO Project Verification was a natural progression for us," said Peter Michaud, Senior Vice President and General Manager of the Clearview Foods Division of Snyder's-Lance. "We remain committed to making the most delicious, wholesome snacks that we possibly can, and we're proud to be working with the Non-GMO Project to evolve the entire Snack Factory portfolio to reflect a clean, Non-GMO Project Verified seal."

Snack Factory **Pretzel Crisps** received Non-GMO Project Verification after a rigorous testing process to ensure that all ingredients met the Non-GMO Project's heightened standards. Made with a simple ingredient list, Non-GMO Project Verified **Pretzel Crisps** will have the same great taste and crunch that fans have grown to love. Snack Factory will begin introducing Non-GMO Project Verified versions of its popular Original, Everything, Sesame and Original Minis **Pretzel Crisps** across retailers nationwide, as well as Non-GMO Project Verified Classic and Supreme **Pretzel Crisps** which are available at natural food stores, starting in Fall 2015.

Made with high-quality, all-natural ingredients, Snack Factory **Pretzel Crisps** are only 110 calories per serving and contain no saturated fat, trans fat, cholesterol, preservatives, artificial flavorings or colors. Non-GMO Project Verified **Pretzel Crisps** may be found in the deli section at local grocery stores nationwide. For more information about the entire **Pretzel Crisps** range, please visit: pretzelcrisps.com.

Snyder's-Lance takes Pretzel Crisps Non-GMO.

original source: Snyder's-Lance
  This article was originally published on just-food.com on 2 June 2015. For authoritative and timely
food business information visit http://www.just-food.com.

**Load-Date:** September 21, 2016

---

End of Document



# Snack Factory® Pretzel Crisps® Now Non-GMO Project Verified; New designation highlights Pretzel Crisps' dedication to simple, natural ingredients

Business Wire

June 1, 2015 Monday 5:03 PM GMT

Copyright 2015 Business Wire, Inc.

**Distribution:** Business Editors; Food Editors

**Length:** 609 words

**Dateline:** CHARLOTTE, N.C.

## Body

Snack Factory® **Pretzel Crisps**®, the world's first - and the original - flat-baked pretzel cracker, today announces that it has achieved Non-GMO Project Verification from The Non-GMO Project. Snack Factory **Pretzel Crisps** have long been known as a popular "better for you" snack option and the brand is now solidifying its commitment to providing quality, wholesome offerings by taking steps to become a completely clean food.

"For more than a decade, **Pretzel Crisps** have led the snack category with innovative products that consumers love, so earning the Non-GMO Project Verification was a natural progression for us," said Peter Michaud, Senior Vice President and General Manager of the Clearview Foods Division of Snyder's-Lance. "We remain committed to making the most delicious, wholesome snacks that we possibly can, and we're proud to be working with the Non-GMO Project to evolve the entire Snack Factory portfolio to reflect a clean, Non-GMO Project Verified seal."

Snack Factory **Pretzel Crisps** received Non-GMO Project Verification after a rigorous testing process to ensure that all ingredients met the Non-GMO Project's heightened standards. Made with a simple ingredient list, Non-GMO Project Verified **Pretzel Crisps** will have the same great taste and crunch that fans have grown to love. Snack Factory will begin introducing Non-GMO Project Verified versions of its popular Original, Everything, Sesame and Original Minis **Pretzel Crisps** across retailers nationwide, as well as Non-GMO Project Verified Classic and Supreme **Pretzel Crisps** which are available at natural food stores, starting in Fall 2015.

Made with high-quality, all-natural ingredients, Snack Factory **Pretzel Crisps** are only 110 calories per serving and contain no saturated fat, trans fat, cholesterol, preservatives, artificial flavorings or colors. Non-GMO Project Verified **Pretzel Crisps** may be found in the deli section at local grocery stores nationwide. For more information about the entire **Pretzel Crisps** range, please visit: pretzelcrisps.com .

ABOUT SNACK FACTORY® **PRETZEL CRISPS**®:Since 2004, Snack Factory® **Pretzel Crisps**® have reinvented the pretzel category, winning over the hearts and taste buds of snackers everywhere as the world's first - and the original - pretzel-shaped cracker. Snack Factory **Pretzel Crisps** are made with naturally nutritious and simple ingredients, without any trans fat, saturated fat or cholesterol. With dozens of delicious and savory flavors to choose from, it's no wonder Snack Factory **Pretzel Crisps** are the go-to snack for dipping, topping, pairing and sharing!

ABOUT SNYDER'S-LANCE, INC.Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®,

Snack Factory® Pretzel Crisps® Now Non-GMO Project Verified; New designation highlights Pretzel Crisps'
dedication to simple, natural ingredients

Eatsmart(TM), O-Ke-Doke®, and other brand names along with a number of third party brands. Products are
distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service
outlets and other channels. LNCE-G

View source version on businesswire.com: http://www.businesswire.com/news/home/20150601006401/en/

CONTACT: marlo marketing
Tracy Dabakis, 617-375-9700
tdabakis@marlomarketing.com

http://www.businesswire.com

**Load-Date:** June 2, 2015

End of Document