# EXHIBIT 2

## Part 13



**User Name:** T8PVBDU

**Date and Time:** Monday, October 22, 2018 12:07:00 PM EDT

**Job Number:** 75986637

## Documents (50)

1. 5 secrets to keeping your sanity this school year

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. O-Town MacDown Helps Give Kids The World and Produces Central Florida "Mac-n-Cheese" Royalty.

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. Snyder's-Lance marks first anniversary of research and development center

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. COMMUNITY BRIEFS

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. Snyder's-Lance Exceeds Accelerated Innovation Targets for 2014;Company Marks First Anniversary of Research and Development Center

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

6. Snyder's-Lance Exceeds Accelerated Innovation Targets for 2014

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. fest planner

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. Fest planner: Aug. 15-17

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. Washington: DIRECTOR, CATEGORY VALIDATION Job # 61534

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. Washington: REVENUE GROWTH MANAGEMENT LEAD Job # 61535

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. Washington: SENIOR MANAGER, CATEGORY INSIGHTS Job # 61533

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

12. Yelp's Turning 10 - And Celebrating With A Downtown Bash

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

13. Q2 2014 Snyder'sLance Inc Earnings Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

14. Event Brief of Q2 2014 Snyder's-Lance Inc Earnings Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

15. Second-quarter net income for Snyder's-Lance falls on special items

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

16. *Snyders-Lance 2Q EPS 16c >LNCE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

17. Snyder's-Lance, Inc. Reports Results for Second Quarter 2014;- Net revenue of $460 million, a 4.8% increase over prior year

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. US: Sales, underlying earnings up at Snyder's-Lance.(Financial report)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. Defy Description

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. No Headline In Original

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. The Gourmet Retailer's Editors' Picks Winners: Foods

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. The Gourmet Retailer's Editors' Picks Winners: Foods

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. BLOG: Decaturade: Decatur Brews News: St. Louis Craft Beer Week

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. Press Release: Snyder's-Lance, Inc. to Release Second Quarter 2014 Results on Thursday, August 7, Before Market Opens. Will Host Conference Call and Webcast at 9:00 am Eastern on Thursday, August 7.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. Snyder's-Lance, Inc. to Release Second Quarter 2014 Results on Thursday, August 7, Before Market Opens. Will Host Conference Call and Webcast at 9:00 am Eastern on Thursday, August 7.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. Athletes and TV Stars Join Together for a Good Cause During ESPY Awards Week.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. Look Out George Foreman, Bethenny Frankel Is Talking Kitchen Appliances -- WSJ Blog

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

28. Snyder's of Hanover "Pretzel Guys" Serve up the Fun with America's Summertime Favorite Promotion

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| | |

29. Pretzel Crisps Found Generic And Unregistrable

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. United States: Pretzel Crisps Found Generic And Unregistrable

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. Snyder's-Lance Inc., Charlotte, NC, completed its acquisition of Baptista's Bakery Inc., Franklin;MERGERS & ACQUISITIONS;Brief article

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, while cutting fat, gluten and more to meet consumer demand for exceptional quality.(SNACKS Crackers, crisps and puffs)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, while cutting fat, gluten and more to meet consumer demand for exceptional quality.;United States top 10 salted snacks by retail sales, sales change, and share of sales in dollars, units, and percentages for the year through April 20, 2014

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

34. It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, while cutting fat, gluten and more to meet consumer demand for exceptional quality.;United States top 10 snack crackers by retail sales, sales change, and share of sales in dollars, units, and percentages for the year through April 20, 2014

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

35. Press Release: Snyder's-Lance, Inc. Completes Divestiture of Private Brands and Implements Margin Improvement & Restructuring Plan

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. Snyder's-Lance, Inc. Completes Divestiture of Private Brands and Implements Margin Improvement & Restructuring Plan;- Will focus efforts on branded products and growth categories such as "better-for-you" snacks

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Preliminary Financial Results, New Board Member, Recognition, and Acquisition - Analyst Notes on ConAgra Foods, The J.M. Smucker Company, Campbell Soup, McCormick and Snyder's-Lance;Editor Note: For more information about this release, please scroll to bottom

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. Snyder's-Lance acquires Wisconsin bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. Snyder's-Lance acquires Wisconsin bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

40. FORM 8-K: SNYDER'S-LANCE, INC FILES Current report

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

41. Pineapple Classic raises $160,000 for blood cancer

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

42. Snyder's-Lance completes acquisition of Baptista's Bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

43. US: Snyder's-Lance seals Baptista's Bakery buy.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

44. Snyder's-Lance Acquires Baptista's Bakery - Analyst Blog

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

45. BRIEF: Snyder's-Lance completes Baptista Bakery deal

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. Snyder's-Lance acquires Baptista's Bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

47. Snyder's-Lance completes acquisition of baked snacks producer Baptista's Bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. Snyder's-Lance completes Baptista's Bakery acquisition

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Snyder's-Lance, Inc. Completes Acquisition of Baptista's Bakery, Inc.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. *Snyder's-Lance, Inc. Completes Acquisition Of Baptista's Bakery, Inc.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

LexisNexis® | About LexisNexis | Privacy Policy | Terms & Conditions | Copyright © 2018 LexisNexis



# 5 secrets to keeping your sanity this school year

The Daily Barometer: Oregon State University

August 26, 2014 Tuesday

University Wire

Copyright 2014 UWIRE via U-Wire All Rights Reserved

**Section:** FOOD, RECIPES & ENTERTAINING; Pg. 1

**Length:** 532 words

## Body

- The summer months are over and the school year is in full swing. As a parent, this means you've traded those lazy summer days for school sports and activities, colder temperatures and the morning rush to the bus stop. If you feel like your home's organization is hanging on by a thread, take heart; there are some simple things you can do to return order and make the rest of your school year run smoothly. Here are a few ideas to get you started:

* Take the hectic out of those hectic mornings. Let's be honest, the mornings are pure chaos. There's breakfast to prepare, school supplies to collect and outfits to pick out. It's a whirlwind. However, you can return some sanity to your mornings by accomplishing some simple tasks the night before. Before they go to bed, have your children pick out their school outfit for the following day and pack their backpacks - this will reduce the risk of forgetting something.

* Make snacking simple. Snacking is a mainstay for families on the run. Whether it's an addition to a lunchbox, an option for an after school snack or something to eat at halftime, your kids' snacks need to be simple. Snack Factory **Pretzel Crisps** Minis are the perfect choice for kids on the move. Pair them with nuts, dried fruit and chocolate for a delicious snack mix, or serve them individually when you're on the go. Available in Original and Cheddar flavors, and at just 110 calories per serving, **Pretzel Crisps** Minis are a better option for your children than greasy potato chips.

* Create a homework station. As a parent, nothing is more frustrating than learning your child received a failing grade simply because they lost their assignment. Keep your home organized and your child's assignments accounted for by creating a designated homework area in your home. A space in your office, a desk in the kitchen or a spot at the dining room table works great. You can even add a calendar to help your students keep track of the due dates for larger projects.

* Adjust the bathroom routine. Of all the routines that create morning chaos, the battle for the bathroom is king. Simply put, this space is a one-at-a-time area, and if you have more kids than bathrooms, tension will arise. You can circumvent this by putting some of your children - or even yourself - on the evening shift when it comes to showers. Small children or children who require less mirror time in the morning are the logical choice, but you may want to set up a rotating schedule to keep the peace.

* Have a plan. If you have multiple kids in multiple activities, it can be impossible to keep track of who needs to be where and when, so don't try. When your child joins a new activity, ask to see the schedule and instantly add the appropriate dates and times to your calendar. Don't rely on your kids to remember when they need to be somewhere; they won't remember until they are already 15 minutes late. You simply don't need the headache.

The school year is a far cry from those relaxing days of summer, but you don't have to let the crazy control your life. Institute these simple changes to maintain some order, and you'll reach the following summer with a smile on your face and your sanity intact.

5 secrets to keeping your sanity this school year

**Load-Date:** August 28, 2014

End of Document



# O-Town MacDown Helps Give Kids The World and Produces Central Florida "Mac-n-Cheese" Royalty.

PRWeb Newswire

August 26, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2014 Vocus PRW Holdings LLC

**Length:** 391 words

## Body

Orlando, FL (PRWEB) August 26, 2014

O-Town MacDown, the inaugural mac-n-cheese cooking competition hosted by Give Kids The World, was a resounding success! More than 1,700 attendees, 38 competitors and 40 vendors packed an enormous room at the Orange County Convention Center for a day of family fun, cooking demonstrations, live entertainment and, of course, great mac-n-cheese dishes.

Chefs competed in professional and amateur categories and winners received prize packages based on evaluations done by expert and celebrity judges. The winners were:

Restaurant category: (1) Hard Rock Cafe Orlando, (2) T-REX Orlando, (3) Taverna Opa Orlando.

Professional category: (1) Cabot Creamery, (2) Collette's Clean Eats, (3) Le Cordon Bleu College of Culinary Arts, Orlando.

Home Cooks: (1) Team "Rioux The Day," (2) Scalliwag Chili Crew, (3) **Pretzel Crisps**.

Non-Profit category: (1) Second Harvest Food Bank of Central Florida, (2) Yellow Brick Road: The Holden Flynn Foundation.

Attendees were also given the opportunity to vote for their own favorites in the "People's Choice" category. The People's Choice award winner was Hard Rock Orlando!

Supporting this exciting event that benefits Give Kids The World and their children with life-threatening illnesses were many great sponsors. SeaWorld was the Presenting Sponsor while Florida Dairy Farmers supplied the milk and butter for the competitors. Cabot Cheese, Tillamook and Jarlesburg provided the cheese.

About Give Kids The World

Give Kids The World Village (GKTW) is a 70-acre, non-profit resort in Central Florida that creates magical memories for children with life-threatening illnesses and their families. GKTW provides accommodations at its whimsical resort, donated attractions tickets, meals and more for a weeklong, cost-free fantasy vacation. With the help of many generous individuals, corporations and partnering wish-granting organizations, Give Kids The World has welcomed more than 130,000 families from all 50 states and 75 countries. Visit http://www.gktw.org for more information on GKTW and its mission. For our latest news, visit Twitter, Facebook, YouTube and follow our blog at http://www.givekidstheworld.org/blog.

Read the full story at http://www.prweb.com/releases/2014/08/prweb12123373.htm

**Load-Date:** August 28, 2014

End of Document

# Snyder's-Lance marks first anniversary of research and development center

The Evening Sun (Hanover, Pennsylvania)

August 25, 2014 Monday

Copyright 2014 MediaNews Group, Inc. All Rights Reserved

**Section:** BUSINESS

**Length:** 341 words

**Byline:** The Evening Sun

## Body

CHARLOTTE, N.C. >> Snyder's-Lance Inc., a leading manufacturer and distributor of premium snacks, recently marked the first anniversary of its state-of-the-art Research and Development Center.

The Center, located near one of the company's largest bakeries in Hanover, has been instrumental in the research and development of new product introductions that are both innovative and in line with consumer trends. Revenue from new products in 2014 has been double that of new products in 2013 - a new high for the company - demonstrating the critical importance of research and development and an innovation pipeline. The new items spanned across the company's core brand portfolio, including Snyder's of Hanover, Lance, Cape Cod and Snack Factory.

"The opening of the Research and Development Center last summer was part of our company's transformation, and now our effort is proving itself in the market," said Rod Troni, Chief Marketing Officer for Snyder's-Lance. "Snyder's-Lance is focused on aggressively creating innovative and better-for-you snacking options for our customers, executing new product launches that surprise them, and being nimble enough to remain at the center of trends that evolve with their eating habits."

By using detailed product and quality comparisons, sensory evaluation and lab tests at the Research and Development Center, Snyder's-Lance employs a consumer-centric approach to develop products that are in sync with consumer trends. The top new items for Snyder's-Lance this year come from each of the company's core product lines, including: Lance BOLDS sandwich crackers, which deliver the exciting flavors of Buffalo Wing Blue Cheese, Pizza and Bacon Cheddar.

Snyder's of Hanover Sweet and Salty Pretzel Pieces, which capitalize on bold combinations of Cinnamon Sugar or Salted Caramel with a big crunch.

Cape Cod popcorn, which has soared by offering quality flavors of White Cheddar, Kettle Corn and Sea Salt.

Snack Factory **Pretzel Crisps** Minis, which meets consumer demands for a wholesome, bite-sized snacking option.

**Load-Date:** August 25, 2014

End of Document



# COMMUNITY BRIEFS

Santa Monica Daily Press (California)

August 22, 2014 Friday

Copyright 2014 Santa Monica Daily Press
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS; Pg. 3

**Length:** 929 words

## Body

Downtown

Actress/musician takes

 stage at Urban Outfitters Urban Outfitters welcomes The Shoe for a musical performance Aug. 22, from 5 to 8 p.m. at 1440 Third Street Promenade. The duo will take the stage as part of the retailer's in-store music initiative, UO Live and will be accompanied by free PBR and complimentary treats courtesy of **Pretzel Crisps**. Urban Outfitters will also offer a 10 percent off discount and raffle several gift cards for checking in on their application at the event.

 The Shoe is a two-piece musical group consisting of the multitalented Jena Malone (Hunger Games, Donnie Darko, Saved) and composer Lem Jay Ignacio. Malone coined the band's name based on the mobile, self-sufficient production that she built out of an old steamer trunk, which enables them to set up and perform their music virtually anywhere.

 "We made our album for young women to listen to when they need to be reminded of the beauty in the world. And I feel like that's something Urban Outfitters really cares about too," Malone said. "The live show is going to be really special."

 The duo's album on vinyl will be available for purchase at the event and there will be a brief signing directly following the performance.

 "I couldn't be more excited about collaborating with Urban Outfitters! The fact that they will be selling our record in store and online is a dream," said Malone.

EDITED BY MATTHEW HALL Santa Monica

 Santa Monica Playhouse Summer Twilight Family Theatre presents Cinderella This summer, Santa Monica Playhouse presents the 30th anniversary production of the internationally-acclaimed original musical Cinderella. Playing for four weeks only, this beloved Rudie-DeCarlo musical offers romantics of all ages the chance to try on the glass slipper and help Cinderella find her happily-ever-after. Opening Aug. 22, and showing on Fridays at 6:30 p.m. through Sept. 12.

 Cinderella debuted as part of the Playhouse Musical Matinee Series in 1984, written by Rudie and DeCarlo with words and music by E. Rudie. After nearly two dozen tours to England, Alaska and Japan, and after delighting more than a quarter of a million audience members to date, this version is still the single most requested Santa Monica Playhouse Musical Matinee on three continents and has been a local audience favorite for 15 years in a row.

 This hilarious twist on the classic fairytale from the award-winning team of Evelyn Rudie and Chris DeCarlo includes the requisite handsome prince, zany fairy godmother, silly stepsisters, a zealously well-meaning

stepmother, and feature's Celeste Akiki, Rebecca Coombs, Nima Ghassemian, Sarai Jimenez, Joseph Perez, and Graham Silbert.

General admission is $15; kids 12 and under $12.50. Advance reservations are required; purchase on line at www.SantaMonicaPlayhouse.com or call the Playhouse Box Office at (310) 394-9779 ext. 2. Santa Monica Playhouse, The Main Stage is located at 1211 4th Street.

-MH 18th Street

Real Men Cook!

Real Men Cook, a fundraiser for The Santa Monica Synagogue (18th Street and Broadway), will be held on Aug. 24 from noon to 3 p.m. The Synagogue is an intimate Reform congregation with Community involvement including many educational and cultural opportunities.

The Summer event will include a lunch with delicious tastings from about 50 men who love to cook or bake and have volunteered to participate in this event as guest "chefs."

This will be the second annual Real Men Cook Event. The Event Committee contacted both congregants and members of the community, and the response from both participants and "diners" was very positive. Since it will take place at lunch-time, and there will be many choices of food. Organizers said they hope there will be a big turnout.

Dishes include items like smoked fillet of beef, Earl's famous Cajon style deep fried turkey, empanadas with olives, Harold's onion fried salmon patties, Don's brie en croute, BBQ beef short ribs, asal we tehina, vegan & gluten-free kale and walnut pesto salad, Walt's Hawaiian BBQ chicken, Frischer English toffee, applesauce cherry pie, Aunt Annie's pistachio pie and outrageous AJ's Browniesotz's marvelous meat loaf.

Tickets are $35/couple, $20/single, 5 to 13 years old $10, under 5 free and free childcare. Call (310) 453-4276 for reservations.

-MH Main Library

Classical Guitarist

Josh Moore in Concert

Santa Monica Public Library presents Classical Guitarist Josh Moore in Concert, Aug. 23, at 2 p.m. in the Main Library's MLK, Jr. Auditorium, 601 Santa Monica Boulevard.

Masters student Josh Moore presents a solo classical guitar recital featuring works from the Baroque and Romantic eras, as well as contemporary pieces. Josh will discuss the composers and their music throughout the program. His performance includes Bach's "Violin Sonata I," "Sonata for Guitar" by Mario Castelnuovo Tedesco, and "Homenaje" by Manuel de Falla.

Josh is currently earning his Master of Music degree at the University of Southern California. He has been playing guitar for twelve years, and has been performing for eight years. Josh also performs as part of the USC Guitar Quartet. In 2012, while at Buffalo State College, Josh was one of the winners of the Young Artists Concerto Competition.

This event is free and open to the public. Seating is limited and on a first arrival basis. The Santa Monica Public Library is wheelchair accessible. For special disabled services, call Library Administration at (310) 458-8606 at least one week prior to event. For more information, visit smpl.org or contact the Santa Monica Public Library at (310) 458-8600.

**Load-Date:** August 24, 2014

End of Document



# Snyder's-Lance Exceeds Accelerated Innovation Targets for 2014; Company Marks First Anniversary of Research and Development Center

PR Newswire

August 18, 2014 Monday 2:19 PM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 580 words

**Dateline:** CHARLOTTE, N.C., Aug. 18, 2014

## Body

Snyder's-Lance Inc., a leading manufacturer and distributor of premium snacks, recently marked the first anniversary of its state-of-the-art Research and Development Center. The Center, located near one of the company's largest bakeries in Hanover, Pennsylvania, has been instrumental in the research and development of new product introductions that are both innovative and in line with consumer trends. Revenue from new products in 2014 has been double that of new products in 2013 - a new high for the company - demonstrating the critical importance of research and development and an innovation pipeline. The new items spanned across the company's core brand portfolio, including Snyder's of Hanover®, Lance®, Cape Cod® and Snack Factory®.

"The opening of the Research and Development Center last summer was part of our company's transformation, and now our effort is proving itself in the market," said Rod Troni, Chief Marketing Officer for Snyder's-Lance. "Snyder's-Lance is focused on aggressively creating innovative and better-for-you snacking options for our customers, executing new product launches that surprise them, and being nimble enough to remain at the center of trends that evolve with their eating habits."

By using detailed product and quality comparisons, sensory evaluation and lab tests at the Research and Development Center, Snyder's-Lance employs a consumer-centric approach to develop products that are in sync with consumer trends. The top new items for Snyder's-Lance this year come from each of the company's core product lines, including:

Lance® BOLDS(TM) sandwich crackers, which deliver the exciting flavors of Buffalo Wing Blue Cheese, Pizza and Bacon Cheddar. Snyder's of Hanover® Sweet and Salty Pretzel Pieces, which capitalize on bold combinations of Cinnamon Sugar or Salted Caramel with a big crunch.  Cape Cod® popcorn, which has soared by offering quality flavors of White Cheddar, Kettle Corn and Sea Salt. Snack Factory® **Pretzel Crisps**® Minis, which meets consumer demands for a wholesome, bite-sized snacking option.

"The first year of using the Research and Development Center paid dividends for Snyder's-Lance, and after acquiring the capabilities of Baptista's Bakery, the company has even more tools in its arsenal to innovate," said Troni. "Expect big announcements and new products in the coming year that will drive future growth for our company."

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, N.C., manufactures and markets quality snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers! ®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart® and O-Ke-Doke® brand names along with

other brand names and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visithttp://www.snyderslance.com. LNCE-G

Photo -http://photos.prnewswire.com/prnh/20140818/136966

SOURCE Snyder's-Lance, Inc.

CONTACT: Stephen Hass, LGA, stephen.hass@lgapr.com, 704-552-6565

**Load-Date:** August 19, 2014

---

End of Document



# Snyder's-Lance Exceeds Accelerated Innovation Targets for 2014

India Retail News

August 18, 2014 Monday 6:30 AM EST

Copyright 2014 Contify.com All Rights Reserved

**Length:** 412 words

## Body

Aug. 18 -- US-based Snyder's-Lance issued the following news release:

Snyder's-Lance, a leading manufacturer and distributor of premium snacks, recently marked the first anniversary of its state-of-the-art Research and Development Center.

The Center, located near one of the company's largest bakeries in Hanover, Pennsylvania, has been instrumental in the research and development of new product introductions that are both innovative and in line with consumer trends.

Revenue from new products in 2014 has been double that of new products in 2013 - a new high for the company - demonstrating the critical importance of research and development and an innovation pipeline. The new items spanned across the company's core brand portfolio, including Snyder's of Hanover, Lance, Cape Cod and Snack Factory.

"The opening of the Research and Development Center last summer was part of our company's transformation, and now our effort is proving itself in the market," said Rod Troni, Chief Marketing Officer for Snyder's-Lance. "Snyder's-Lance is focused on aggressively creating innovative and better-for-you snacking options for our customers, executing new product launches that surprise them, and being nimble enough to remain at the center of trends that evolve with their eating habits."

By using detailed product and quality comparisons, sensory evaluation and lab tests at the Research and Development Center, Snyder's-Lance employs a consumer-centric approach to develop products that are in sync with consumer trends. The top new items for Snyder's-Lance this year come from each of the company's core product lines, including:

* Lance BOLDS sandwich crackers, which deliver the exciting flavors of Buffalo Wing Blue Cheese, Pizza and Bacon Cheddar.

* Snyder's of Hanover Sweet and Salty Pretzel Pieces, which capitalize on bold combinations of Cinnamon Sugar or Salted Caramel with a big crunch.

* Cape Cod popcorn, which has soared by offering quality flavors of White Cheddar, Kettle Corn and Sea Salt.

* Snack Factory **Pretzel Crisps** Minis, which meets consumer demands for a wholesome, bite-sized snacking option.

"The first year of using the Research and Development Center paid dividends for Snyder's-Lance, and after acquiring the capabilities of Baptista's Bakery, the company has even more tools in its arsenal to innovate," said Troni. "Expect big announcements and new products in the coming year that will drive future growth for our company."

Source: Snyder's-Lance

**Load-Date:** August 19, 2014

---

End of Document



# fest planner

Chicago Tribune

August 15, 2014 Friday, RedEye Edition

Copyright 2014 Chicago Tribune Company All Rights Reserved

**Section:** Pg. 22

**Length:** 813 words

**Byline:** Kate Bernot

## Body

Aug. 15-17

It's already time for the Air & Water Show, Festa Italiana and more

This weekend's fest lineup comes with a bit of a PSA: No need to duck and cover, that whooshing noise overhead is just the Air & Water Show back for a 55th year along Lake Michigan's shores. In addition to fighter jets and parachuters along the lakefront, you'll also find a full lineup of smaller fests around the city from Little Italy to Edison Park. Listen to some global music, dig into fresh East Coast lobster or stake out a prime beach spot for the aerial spectacle with a lineup of seven fests.

Chicago Air & Water Show

When: 10 a.m.-3 p.m. Saturday and Sunday

Where: Show can be seen from the lakefront from Fullerton Avenue to Oak Street, with North Avenue Beach as its focal point.

How much: Free to attend

Don't miss: Schedules are determined the morning of the show by pilots, but expect aerial maneuvers from military and civilian forces, including the U.S. Navy Blue Angels, U.S. Army Parachute Team Golden Knights, AeroShell Aerobatic Team, Red Bull Helicopter pilot Chuck Aaron and more. Head to the lakefront path or beaches for a front-row view, or post up in a rooftop bar downtown. Stuck farther west? Find a friend with rooftop access and look east.

Festa Italiana

When: 5-10 p.m. Friday; noon-11 p.m. Saturday;

noon-10 p.m. Sunday

Where: Taylor Street at Ashland Avenue

How much: $5 suggested donation

Don't miss: Little Italy toasts its heritage at this eighth annual fest where meatballs, wine and pasta take center stage. Vendors, including Conte Di Savoia, Davanti Enoteca, Francesca's on Taylor, Ferrara and Three Aces, will dish out food for purchase (do not ignore Three Aces' bolognese fries or the Conte Di Savoia cannoli). Unfortunately for all you wine grape-stomping fans, that iconic activity will not take place at this year's fest?have another cannoli to soften the heartbreak.

Festival Cubano

When: 2-10 p.m. Friday;

10 a.m.-10 p.m. Saturday and Sunday

Where: Riis Park (6100 W. Fullerton Ave.)

How much: $10 before 5 p.m.; $15 after 5 p.m.; Discounted passes available at thecubanfestival.com/tickets

Don't miss: It's the fifth anniversary for this Latino festival, which this year brings musical headliners El Gran Combo de Puerto Rico (8:30 p.m. Sunday), Palo (6:40 p.m. Sunday) and Rey Ruiz (8:30 p.m. Saturday) to the Northwest Side. Food, arts and crafts, a dominos tournament and other family-friendly activities also are on the docket for the three-day fest.

Albany Park

World Festival

When: noon-10 p.m. Saturday; noon-9 p.m. Sunday

Where: Lawrence Avenue at Kimball Avenue

How much: $5 suggested donation

Don't miss: Albany Park's ethnic diversity is on display for two days of global food and music, carnival rides and vendors. Look for Persian food from Noon O Kabab, Latin American fare from Tortuga's Cantina and Eastern European grilled sausages from Cevapcici Chicago. Expect an equally eclectic mix of music, from Asian drumming to Brazilian beats to Colombian salsa and cumbia.

Great American Lobster Fest

When: 10 a.m.-1 a.m. Saturday; 10 a.m.-10 p.m. Sunday

Where: Navy Pier Grand Ballroom and East End Plaza (600 E. Grand Ave.)

How much: $15 general admission ($10 online before 5 p.m. Friday) does not include food

Don't miss: Fan of lobster? Good. Bring your appetite to Navy Pier, where your meal ticket to this inaugural seafood fest includes your choice of a whole lobster meal, a jumbo lobster roll or three lobster tacos (all meals $38), all served with **pretzel crisps**, watermelon, coleslaw, lemon and drawn butter. All lobster is flown in daily from New England Seafood Company's dock in Boston. Purchase additional a la carte food and drinks while listening to music on one indoor and one outdoor stage, including performances from DJ Ryan Pullano (midnight Saturday night), Netherfriends (9:30 p.m. Saturday) as well as cover bands. Navy Pier also offers impressive daytime views of the weekend's Air & Water Show.

Glenwood Avenue

Arts Fest

When: 6-10 p.m. Friday;

11 a.m.-9 p.m. Saturday and Sunday

Where: Glenwood Avenue at Morse Avenue

How much: Free to attend

Don't miss: A Rogers Park summer tradition since 2002, this arts fair kicks off Friday night with a Cobblestone Jam featuring rock-funk band Babybrutha, energetic rock quartet Expo '76 and soul singer Renaldo Domino. Music continues Saturday and Sunday with more than 40 acts booked across three stages, plus photography, mixed media, prints, paintings and more from 100-plus artists and exhibitors.

#GetFested

Each week, we're issuing a mini-challenge to help you make the most of your festival days and nights and asking you to tag your Instagrams with the hashtag #getfested. We love these colorful videos @leo31july captured at Northalsted Market Days last weekend. This week, show us an awesome aerial shot of the Air & Water Show, and don't forget the hashtag. ct14 0005 140815 N S 0000000000 00002048

## Notes

fests

## Graphic

Photos of:
Chicago Air & WaterShow by John J. Kim/Tribune File
Chicago Air & Water Show, redeye file photo
Festa italiana, redeye file photo
Glenwood Avenue Arts Fest, redeye file photo
Glenwood Avenue Arts Fest, redeye file photo
#GetFested instagram photo

Photo(s)

**Load-Date:** August 15, 2014

End of Document



# Fest planner: Aug. 15-17

RedEye, Chicago

August 13, 2014 Wednesday

Copyright 2014

Distributed by McClatchy-Tribune Business News

**Section:** ENTERTAINMENT NEWS

**Length:** 949 words

**Byline:** Kate Bernot, RedEye, Chicago

# Body

Aug. 13--This weekend's fest lineup comes with a bit of a PSA: No need to duck and cover, that whooshing noise overhead is just the Air & Water Show back for a 55th year along Lake Michigan's shores. In addition to fighter jets and parachuters along the lakefront, you'll also find a full lineup of smaller fests around the city from Little Italy to Edison Park. Listen to some global music, dig into fresh East Coast lobster or stake out a prime beach spot for the aerial spectacle with a lineup of seven fests. kbernot@tribune.com @redeyeeatdrink

#GETFESTED

Each week, we're issuing a mini-challenge to help you make the most of your festival days and nights and asking you to tag your Instagrams with the hashtag #getfested. We love these colorful videos @leo31july captured at Northalsted Market Days last weekend. This week, show us an awesome aerial shot of the Air & Water Show, and don't forget the hashtag.

When: 10 a.m.-3 p.m. Saturday and Sunday

Where: Show can be seen from the lakefront from Fullerton Avenue to Oak Street, with North Avenue Beach as its focal point.

How much: Free to attend

Don't miss: Schedules are determined the morning of the show by pilots, but expect aerial maneuvers from military and civilian forces, including the U.S. Navy Blue Angels, U.S. Army Parachute Team Golden Knights, AeroShell Aerobatic Team, Red Bull Helicopter pilot Chuck Aaron and more. Head to the lakefront path or beaches for a front-row view, or post up in a rooftop bar downtown. Stuck farther west? Find a friend with rooftop access and look east.

Festa Italiana

When: 5-10 p.m. Thursday and Friday; noon-11 p.m. Saturday; noon-10 p.m. Sunday

Where: Taylor Street at Ashland Avenue

How much: $5 suggested donation

Don't miss: Little Italy toasts its heritage at this eighth annual fest where meatballs, wine and pasta take center stage. Vendors, including Conte Di Savoia, Davanti Enoteca, Francesca's on Taylor, Ferrara and Three Aces, will dish out food for purchase (do not ignore Three Aces' bolognese fries or the Conte Di Savoia cannoli).

Unfortunately for all you wine grape-stomping fans, that iconic activity will not take place at this year's fest--have another cannoli to soften the heartbreak.

Festival Cubano

When: 2-10 p.m. Friday; 10 a.m.-10 p.m. Saturday and Sunday

Where: Riis Park (6100 W. Fullerton Ave.)

How much: $10 before 5 p.m.; $15 after 5 p.m.; Discounted passes available at thecubanfestival.com/tickets

Don't miss: It's the fifth anniversary for this Latino festival, which this year brings musical headliners El Gran Combo de Puerto Rico (8:30 p.m. Sunday), Palo (6:40 p.m. Sunday) and Rey Ruiz (8:30 p.m. Saturday) to the Northwest Side. Food, arts and crafts, a dominos tournament and other family-friendly activities also are on the docket for the three-day fest.

Great American Lobster Fest

When: 10 a.m.-1 a.m. Saturday; 10 a.m.-10 p.m. Sunday

Where: Navy Pier Grand Ballroom and East End Plaza (600 E. Grand Ave.)

How much: $15 general admission ($10 online before 5 p.m. Friday) does not include food

Don't miss: Fan of lobster? Good. Bring your appetite to Navy Pier, where your meal ticket to this inaugural seafood fest includes your choice of a whole lobster meal, a jumbo lobster roll or three lobster tacos (all meals $38), all served with **pretzel crisps**, watermelon, coleslaw, lemon and drawn butter. All lobster is flown in daily from New England Seafood Company's dock in Boston. Purchase additional a la carte food and drinks while listening to music on one indoor and one outdoor stage, including performances from DJ Ryan Pullano (midnight Saturday night), Netherfriends (9:30 p.m. Saturday) as well as cover bands. Navy Pier also offers impressive daytime views of the weekend's Air & Water Show.

Glenwood Avenue Arts Fest

When: 6-10 p.m. Friday; 11 a.m.-9 p.m. Saturday and Sunday

Where: Glenwood Avenue at Morse Avenue

How much: Free to attend

Don't miss: A Rogers Park summer tradition since 2002, this arts fair kicks off Friday night with a Cobblestone Jam featuring rock-funk band Babybrutha, energetic rock quartet Expo '76 and soul singer Renaldo Domino. Music continues Saturday and Sunday with more than 40 acts booked across three stages, plus photography, mixed media, prints, paintings and more from 100-plus artists and exhibitors.

Edison Park Fest

When: 5-10 p.m. Friday; noon-10 p.m. Saturday and Sunday

Where: Edison Park Metra Station (6730 N. Olmsted Ave.)

How much: $5 suggested donation

Don't miss: This neighborhood festival expects to draw approximately 15,000 people this weekend, offering a lineup of live music, beer, food, bags tournaments, carnival games and more. Snack on classic fest food like funnel cake and corn dogs, sign up for a cash prize bag toss tournament ($50 per team registration fee; check in between 11:30

a.m. and 12:30 p.m. Saturday) and see performances from country duo Brother Trouble (8 p.m. Friday), No Doubt tribute band Don't Speak (8 p.m. Saturday) and hip-hop party band Too White Crew (8 p.m. Sunday).

Albany Park World Festival

When: noon-10 p.m. Saturday; noon-9 p.m. Sunday

Where: Lawrence Avenue at Kimball Avenue

How much: $5 suggested donation

Don't miss: Albany Park's ethnic diversity is on display for two days of global food and music, carnival rides and vendors. Look for Persian food from Noon O Kabab, Latin American fare from Tortuga's Cantina and Eastern European grilled sausages from Cevapcici Chicago. Expect an equally eclectic mix of music, from Asian drumming to Brazilian beats to Colombian salsa and cumbia.

See RedEye's full summer festival schedule: redeyechicago.com/fests

___ (c)2014 RedEye (Chicago) Visit RedEye (Chicago) at www.redeyechicago.com Distributed by MCT Information Services

**Load-Date:** August 14, 2014

---

End of Document

# Washington: DIRECTOR, CATEGORY VALIDATION Job # 61534

US Official News

August 13, 2014 Wednesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 897 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  Category Management (Analyst, Dev., Client Service)

Title:  DIRECTOR, CATEGORY VALIDATION

Job Location:  Bentonville

Percent Travel:  20-30%

Hiring Co.:  SNYDER`S-LANCE

Specialty Area:  snack food

Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -
Bonus Potential:  Yes   Bonus Percent:
Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  Yes   How Many Options:
Car:  No   Allowance:  -   Sign-On Bonus:  No
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels.
Position Responsibilities:  Job Summary
Responsible for high level Category Management duties, while supporting the Walmart retail team with analysis, insights, and schematics. Direct category projects, using retailer or syndicated data to provide strategic direction and insights. Manage a Category Validation Sr. Analyst and direct work of a cross-functional team during key validation projects.

Job Responsibilities
• Develop and validate category strategies for Walmart's Salty Snack division. As part of the category validation, develop Snyder's-Lance planograms and validate those of the Salty category advisor – leveraging Sr. Analyst and a team of project resources.
• Generate actionable insights for specific Walmart categories and/or Snyder's-Lance brands, using multiple data sources (e.g. Syndicated & Panel, Retail Link, Spectra, Dunnhumby etc.)
• Develop & refresh sales reports and analysis (weekly/monthly/quarterly/annually) as part of validation role.
• Manage extensive and strategic interaction with the retailer, including weekly meetings and cross functional collaboration with Walmart teams.
• Cultivate the strategic direction and implementation of category and brand strategies at the retailer.
• Lead the development of the category validation capability across Snyder's-Lance (e.g. oversee development of efficient/effective processes, tools, skills) – identify & develop plan to address needs such as recruiting, training, work assignment, performance management and team building.
• Support the Snyder's-Lance and/or Walmart category teams on other projects and initiatives as needed.
Scope of Responsibility
Develop and implement category management strategies and insights that deliver category and branded growth for Walmart. Manage category valued at ~$3.5 Billion (Walmart Salty Snacks category).
Manage a Category Validation Sr. Analyst and direct work of a cross-functional team during key validation projects.
Supervisory Responsibility
This position may manage a Category Validation Sr. Analyst.
Knowledge and Skills
Strategic thinking to develop strategies to achieve retailer and organizational goals;
Analytical skills - structuring & conceptual problem-solving with ambiguous / complex business topics
Skill performing and directing quantitative analysis & modeling to support fact-based decision making
Effective communication & synthesis – able to distill complex ideas into compelling executive-level perspectives
Relationship building & influencing skills – able to develop effective relationships & influence others (adapting techniques to support effective decision-making across a diverse set of stakeholders)
Ability to plan, organize, and prioritize team work & resources efficiently and effectively.
Must have computer skills to perform this job successfully, and should have advanced skillset and knowledge of Syndicated data, Retail Link, Prospace and Microsoft software.
Education and Experience
Five to ten years of related experience required; Bachelor`s degree (B. A.) from four-year College or university preferred; Walmart account management and leadership experience strongly preferred.
Travel Required
Travel as needed 20-30% of the time for internal or external projects and meetings.


Number Direct Reports:  -
Position Experience Required:
Class of Trade Experience Required:
Education Required:  BS/BA    Paid Relocation:  Yes
Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission.
The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com


**Load-Date:** August 13, 2014

**End of Document**



# Washington: REVENUE GROWTH MANAGEMENT LEAD Job # 61535

US Official News

August 13, 2014 Wednesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1056 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  Category Management (Analyst, Dev., Client Service)

Title:  REVENUE GROWTH MANAGEMENT LEAD

Job Location:  Charlotte

Percent Travel:  30-40%

Hiring Co.:  SNYDER`S-LANCE

Specialty Area:  snack food

Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -
Bonus Potential:  Yes   Bonus Percent:
Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  No   How Many Options:
Car:  No   Allowance:  -   Sign-On Bonus:  No
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels.
Position Responsibilities:  Job Summary
The Revenue Growth Management Lead is responsible for directing the company's trade spending funds to deliver incremental growth and promotional effectiveness in select retailers within the grocery, mass and convenience channels. This position will champion the trade analytics and business processes to influence decision making and

lead the company's objective of price and promotion optimization maturity. Supports the sales organization in managing to a performance based trade to sales budget.

Essential Job Duties

• Supports new corporate price and promotion optimization capability building mission (advancing new processes, skills, mindsets and tools).

• Acts as the coach and price and promotions leader for 1/3 of our DSD business (own & develop relationships with sales & retail account management leadership in 3 of our primary regions) to build the revenue growth management capability at the point of impact.

• Balances pricing and trade investment to optimize sales and ROI.

• Leads the selling organization on effective trade promotion analytics, including:

o annual price and promotion planning workshops for multiple sales regions

o ad hoc price and promotion analysis to support retailer collaboration & negotiations

o post-promotion-event learning & continuous improvement

• Translates retailer price and promotion trend results into clear, concise presentations and written reports, enabling internal and external customers to quickly make decisions

• Defines guidelines for the sales teams to plan the best events with our customers.

• Attends in market retailers appointments as subject matter expert on price and promotion strategies.

• Act as the key liaison role:

o With corporate Marketing and Finance depts. to execute brand initiatives and trade budget key performance indicators (KPIs) and represent voice of sales.

o Through in market meetings with counterparts (specifically directors and vice presidents of sales) to materialize savings and present findings to entire region teams

o By conducting spending reviews and recommendations for senior management

• Maintains relationships with 3rd party data providers

Scope of Responsibility

Decision making authority of Snyder's-Lance, Inc. trade promotion funds. Discretion given and freedom to act in developing trade promotion systems and processes. Manage price & promotion management & optimization for 1/3 of the Snyder's-Lance DSD business, representing ~$400M in revenue and ~$60M in promotional expense. Position will have significant budgetary responsibility.

Knowledge & Skill Requirements

Distinctive analytical & fact-based problem-solving skills – able to master industry-leading price & trade optimization tools & analysis (including price elasticities, cross-price elasticities, promo scenario modelling, etc.)

Relationship building skills - able to build relationship with all levels of sales & account management (from account managers to senior vice presidents and executives), and with functional leaders throughout the company (marketing/brand leadership, category management, business development, corporate strategy)

Influence & communication skills - ability to synthesize complex ideas and make compelling points of view through succinct communication; able to vary communication style and problem-solving approach to succeed in influencing diverse audiences (frontline sales to senior leadership team)

Change leadership - ability to help actively shape the teams vision for change, coordinate cross functional resources effectively & motivate critical stakeholders through significant change

Supervisory Responsibility

No supervisory responsibility

Education and Experience

BA/BS degree with 7+ years of CPG industry experience.

Experience with Category Management, Sales and/or Trade Marketing, IRI and/or AC Nielsen data

Direct Store Delivery (DSD) experience a plus

Trade Promotion Management system experience a plus

Strong leadership experience preferred (both managing people/team, processes, and managing relationships with internal customers)

Travel Required

30-40% travel (to build effective relationships with sales leaders in given area of responsibility).

Number Direct Reports: -

Position Experience Required:
Class of Trade Experience Required:
Education Required:  BS/BA   Paid Relocation:  Yes
Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission.
The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us
know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our
job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com


**Load-Date:** August 13, 2014

---

End of Document

# Washington: SENIOR MANAGER, CATEGORY INSIGHTS Job # 61533

US Official News

August 13, 2014 Wednesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1069 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category: Category Management (Analyst, Dev., Client Service)

Title: SENIOR MANAGER, CATEGORY INSIGHTS

Job Location: Charlotte

Percent Travel: 10-20%

Hiring Co.: SNYDER`S-LANCE

Specialty Area: snack food

Size of Company: - Sales Volume of Position:

Base Salary: $ -

Bonus Potential: Yes Bonus Percent:

Bonus Dollars: $ - Total Compensation: Based on Experience

Stock Options: No How Many Options:

Car: No Allowance: - Sign-On Bonus: No

Other Benefits:

Position Level in Co.:

Position Reports to Whom:

Company Description: Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels.

Position Responsibilities: Job Summary

The Senior Manager of Category Insights will analyze & develop category insights for 1/2 of Snyder's-Lance branded snack portfolio (e.g. Salty / Bakery Snacks) – providing thought leadership & recommendations to drive category & brand growth. This leader will advise, support & influence highest-priority retailers, key account teams, and marketing leaders in major decisions (e.g. consumer trends, product distribution, innovation, pricing &

promotions, merchandising & display strategies). Manages & directs work of Merchandising Expert (Manager) and additional cross-functional team resources during key projects.

Job Responsibilities

Create, own and champion the unbiased category story (for internal & retailer understanding)

o Lead structured & comprehensive analysis of snack category & brand trends (using multiple data sources – e.g. Nielsen Point-of-Sale & Panel data, Spectra, etc.)

o Provide objective/unvarnished thought leadership to guide retailer, marketing & sales decisions (e.g. innovation, assortment, price, packaging)

o Create compelling & actionable recommendations to drive retailer category growth and Snyder's-Lance brand growth

o Quickly identify & diagnose category performance issues & opportunities and drivers of change

Lead category/brand deep dives - uncover root cause drivers of consumer & brand trends (to guide & inform multi-million-dollar decisions)

Provide Snyder's-Lance performance story

o Provide sales & retail teams a meaningful, objective dashboard to understand what's working/not with Snyder's-Lance brands & products

o Based on that perspective - identify portfolio performance highlights & opportunities to lead category growth and advise on best elements to include in sell-in materials (coaching & influencing as necessary)

Build relationships & provide influential leadership to sales, marketing & retailer teams

o Lead strategic interactions & presentations with stakeholders (e.g. sales directors, key account managers, brand leaders, priority retailer teams) to influence category & brand growth decisions

o Develop and validate retailer category strategies (as part of Snyder's Lance category Validator role with select retailers)

Develop Snyder's-Lance snack merchandising strategies & schematics ("Look of Success") to guide retail merchandising space allocation & product placement – leveraging Merchandising Expert (direct report) and a team of project resources as necessary

Support Snyder's-Lance Category Management and/or retailer category teams on other projects & initiatives as needed.

Scope of Responsibility

This position requires minimal supervision and is responsible for delivering category insights to large national & regional retailers. Works with the Sales & Marketing teams to develop corporate category & brand strategies impacting decisions in excess of $10 million/year. Manages a Merchandising Expert (Manager) and cross-functional teams during annual projects.

Supervisory Responsibility

This position will manage a Merchandising Expert (Manager).

Knowledge and Skills

Strategic thinking to develop strategies to achieve retailer and organizational goals.

Analytical skills - structuring of ambiguous / complex business issues & conceptual problem-solving.

Skill performing and directing quantitative analysis & modeling to support fact-based decision making.

Effective communication & synthesis – able to distill complex ideas into compelling executive-level perspectives & recommendations.

Relationship building & influencing skills – able to develop effective relationships & influence others (adapting techniques to support effective decision-making across a diverse set of stakeholders).

Ability to plan, organize, and prioritize team work & resources efficiently and effectively.

Must have strong computer skills to perform this job successfully, and should have advanced skillset and knowledge of Syndicated data, Merchandising concepts, and Microsoft software.

Education and Experience

Required: Bachelor's Degree (BA or BS Degree) in Business Administration or related field. 7+ years of experience in highly analytical role required; category management experience using syndicated data preferred.

Travel Required

Moderate travel is required (10-25%).

Number Direct Reports: -

Position Experience Required:
Class of Trade Experience Required:
Education Required: BS/BA   Paid Relocation:  Yes
Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission.
The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us
know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our
job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com


**Load-Date:** August 13, 2014

---

End of Document



# Yelp's Turning 10 - And Celebrating With A Downtown Bash

Providence Journal

August 13, 2014 Wednesday, 1 EDITION

Copyright 2014 Providence Publications, LLC All Rights Reserved

**Section:** FEATURES; Pg. LBFOOD_07

**Length:** 350 words

**Byline:** GAIL CIAMPA, JOURNAL FOOD EDITOR

## Body

Yelp's 10-Year Anniversary Bash is a week away and already 450 people have reserved a spot at The Providence Rink at the Bank of America City Center, 2 Kennedy Plaza. The Bash is set for Wednesday, Aug. 20, from 7 to 9 p.m.

A minimum $10 donation at the door will benefit the Rhode Island Community Food Bank, which also makes this an event that does a good deed.

Yelp Providence Community Director Hilary Henning said the space will accommodate a crowd, so she welcomes the public to sign on for the event.

"The more the merrier," she said.

That sums up the Yelp way - there's always room for another review, restaurant or merchant listing or Yelper. Yelp has published more than 61 million consumer reviews of merchants in 27 countries in an online service that attracts nearly 140 million monthly visitors, according to The Associated Press.

Community is a word that pops up a lot when you talk to Henning, who has been the energetic and affable face of Yelp in Rhode Island for more than three years. She loves to note the community aspect of Yelp, which she said connects local businesses with those looking to frequent them.

Local Yelp chapters produce weekly email newsletters as well as events for their elite reviewers.

The Extraordinary Rendition Band, a Providence marching band, will perform at the Bash. There will be food and drink sampling, but it won't replace dinner.

The lineup for the event includes: Livi's Pockets, Los Andes Restaurant, Olneyville New York System, Nara Restaurant & Lounge, Vanity Supper Club, Brutopia, The Sandwich Hut, Corn & Co., **Pretzel Crisps**, Hope & Main, Fox Point Pickling Co., Acacia Cafe Kitchen, Backyard Food Company, Biggest Little Popcorn Co., Cupcake Contessa, Essentially Coconut, Hollister Tamales, Mima's, Spicy Penguin, Cape Cod Potato Chips, Ravenous Brewing Co., Harpoon Brewery, Narragansett Beer, Lucas Bols, Sons of Liberty Distillery, Thomas Tew Rum, New Harvest Coffee & Spirits, Citron Spa, Henna by Heather and ShutterBooth New England.

Reserve a spot at yelp.com/events/providence-yelps-10-year-anniversary- bash and note this is a 21-plus event.

## Graphic

Case 3:17-cv-00652-KDB-DSC   Document 42-3   Filed 10/29/18   Page 38 of 325

Hilary Henning, Yelp's Providence Community Director, is working with local businesses to put together a 10-Year Anniversary Bash Wednesday, Aug. 20.

The Providence Journal/Kathy Borchers

**Load-Date:** August 13, 2014

---

**End of Document**



# Q2 2014 Snyder'sLance Inc Earnings Call - Final

FD (Fair Disclosure) Wire

August 7, 2014 Thursday

Copyright 2014  CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2014  CCBN, Inc.

**Length:** 10903 words

# Body

Corporate Participants

* Mark Carter

Snyder's-Lance, Inc. - VP, Strategic Initiatives, IR

* Carl Lee

Snyder's-Lance, Inc. - President, CEO

* Rick Puckett

Snyder's-Lance, Inc. - EVP, CFO

Conference Call Participants

* Brett Hundley

BB&T Capital Markets - Analyst

* Rohini Nair

Deutsche Bank - Analyst

* Jonathan Feeney

Athlos Research - Analyst

* Amit Sharma

BMO Capital Markets - Analyst

Presentation

OPERATOR: Good day, ladies and gentlemen, and welcome to the Snyder's-Lance, Inc. second quarter 2014 financial results conference call. At this time, all participants are in a listen-only mode. Later we'll conduct a question and answer session and instructions will be given at that time. (Operator Instructions). As a reminder, this conference call is being recorded. I'd like to introduce your host for today's conference, Mark Carter, Investor Relations Officer. You may begin.

MARK CARTER, VP, STRATEGIC INITIATIVES, IR, SNYDER'S-LANCE, INC.: Good morning and thank you, Ashley. With me today are Carl Lee, our President and Chief Executive Officer, as well as Rick Puckett, our Executive Vice President and Chief Financial Officer. During today's call we're going to discuss the Snyder's-Lance, Incorporated 2014 second quarter results, as well as estimates for the balance of 2014. As a reminder, we are web casting this conference call, including the supporting slide presentation at our website www.SnydersLance.com.

Before we begin, I'd like to point out that during today's presentation, management may make forward statements about our Company's performance. Please refer to the Safe Harbor language that's included in all of our presentations. I'll now turn the call over to Carl Lee, our President and Chief Executive Officer, to begin management's comments.

CARL LEE, PRESIDENT, CEO, SNYDER'S-LANCE, INC.: Well, good morning, everyone. And thanks for joining us. I have to admit I've been looking forward to this call and looking forward to the chance to spend some time with you and to share what I consider some very exciting news. If now you'll turn to page three, we'll begin to walk through the deck that Mark provided earlier. I want to point out a couple of things as we enter our discussion and enter our presentation. I think, first and foremost, we're very excited about our Q2 results.

And a lot has been achieved over the last 90 days as we execute day in and day out to build our overall business and improve our shareholder value. But even more important we've been able to continue to execute our strategic plan and achieve a couple of milestones that we truly think are noteworthy and really reposition our company for extended growth and a very bright future.

So as you take a look at page three, we're going to talk about being a much more nimble Company, having the resources to really reflect and adjust as necessarily to address the changing consumer dynamics that we all see and very many other food companies have been talking about over the past couple of weeks. In addition we're going to talk about our success rate and all the recent accomplishments that we've achieved and the ones we've worked on since the beginning merger of these two great companies.

So as we talk about Q2 I'll share some information then I'll turn it over to Rick. And after that we'll be excited to talk about the transformation and where we're going as a (inaudible) corporation. Now if you would, please turn to page four and we'll dig a little deeper into the solid performance that we're able to share with you today for Q2. Taking a look just at the top line and bottom line. Excited about the ability to report sales growth of 4.8%. Almost 5% growth in a very challenging environment thanks to the hard work and the dedication of lots of great people that are part of the Snyder's-Lance team.

And then even more impressive is the bottom line results. EPS increase of 21% while we continue to invest in our Company and continue to build out our platforms and the strength of our ability to take great products to marketplace day in and day out. Beyond that we are happy to announce that we sold our private label business. We worked through that throughout Q2 and it wrapped up very early in Q3. Sold it to Shearer's and very happy to do so because it's a great place for our team to be working with and a great organization for them to be serving.

But it allows us to be able to really focus on our branded portfolio and be much more nimble on what we're trying to achieve with our brands. It also increases our capacity for strategic aligned acquisitions, as we've been successfully doing over the past few years. In addition to that we acquired Baptista's. We acquired it in June. It allows us to expand our better-for-you platforms, allows us to focus more on organic products, all natural gluten-free items, non GMO items that, as all of you know, are in very high demand today. It also allows us to continue to expand our already successful innovation pipeline.

And one that we're very proud of, the achievements in 2014 and even more enthusiastic about the opportunities that lie ahead for 2015. I hope when we get to the Q and A session, we'll be able to talk a little bit more about Baptista's, and I'd really welcome your questions because that was a very strategic move on our part. And it's not often that someone acquires their contract manufacturer. And we'll be happy to talk about your questions as we dig into deeper around the rationale of Baptista's and what that really does for our Company.

Now if you would, please turn to page five. Talking a little bit more about the accomplishments throughout the quarter. Thanks to some very diligent effort and some of our key finance leaders we were able to refinance our debt at a lower rate and [have] been able to achieve much more flexible covenants that positions us in a very good place for us to continue to look for opportunities as we move forward.

We mentioned to you at the very end of Q2, and we actively begin to implement very early in Q3, our margin improvement and reconstructing plan that allows us to aggressively address the stranded costs that was left as we sold our private brands business. Our sales force was also very busy during the quarter. After years of expanding our distribution we are able to post some very attractive ACV gains on all of our core brands. And even beyond that, we were able to record some nice improvements with display support for all of our core brands across the entire United States.

As we continue to invest in our brands we actually increased our advertising and marketing spend, as we've talked to you before. And, in fact, it's up over 26% year-to-date. And then beyond that, we are proud to announce and report that our core brands grew both revenue and volume by over 3%, and in a very challenging environment, as I might add.

And as we get to the Q and A I'd welcome the chance to talk about our sandwich crackers because we are running into just a little bit of headwinds there. It's all planned. It's all purposed by being able to reinvigorate and also renovate that very important core brand. So, at this time, I'd like to turn it over to Rick and allow Rick to be able to share more about our Q2 results.

RICK PUCKETT, EVP, CFO, SNYDER'S-LANCE, INC.: Well, thank you, Carl. And good morning, everyone. Before I begin going through page six, let me just make a few general comments on the financials. We are very excited about the accomplishments in the second quarter, as Carl mentioned, as we advanced our strategic plan forward, very significantly, with the sale of private brands and the acquisition of Baptista's. Both of these significant transactions were announced on the same day and closed within two weeks of each other. If you think about the work that went into that, it is significant.

And it is a testament, quite honestly, to the skilled associates that we have and the commitment we all have to achieve our strategic plan. The press release this morning that was issued included financial statements that also included the reclassification of private brands to discontinued operations. This is a requirement of GAAP, given that the transaction closed early in the third quarter. Page 22 of this deck however provides a clearer breakout of the business for the first half of this year, excluding the reclassification of private brands to discontinued operations, and will be consistent with my comments.

I will be discussing with you this morning the financial results that are reflective of the actual events. Private brands results are included in the first half of 2014, as it was our business until it closed in early July. (Technical difficulty) For the year, only the first half of the year for private brands but are excluded for the back half of the year, as it is no longer part of our financial results going forward.

Baptista's, as Carl mentioned a few minutes ago, closed at the end of June, is included in the estimates only for the back half of the year. Even though it is included in the results, I will not speak to the performance of private brands in the first half of the year other than showing the top line results consistent with how we have communicated with you in the past.

So if you look at page six, you will see that branded grew a total of 2%, as Carl mentioned, core brands were up 3% for the quarter. All of which was volume related, very little price associated with that increase. This was very consistent with how the business has been turning, and it's slightly better than what we showed in the first quarter. Our partner brand revenue was up also, as we have taken on additional partners earlier in the year. This allows us to be in the stores more frequently, which is certainly an objective of ours. And it drives efficiencies in our national DSD network.

We also had strong growth in the other category, which is primarily contract manufacturing. This good margin business helps drive better utilization of our manufacturing facilities, also resulting in efficiencies that we can apply to our core brands.

On page seven you will see the first six months revenue summary. Similar picture. Core brands were actually up 2% for the year. Again, almost entirely volume related. The additional partner brands that I mentioned earlier, driving solid growth across our DSD distribution system and contract manufacturing has also expanded significantly with the additional pickup of some customers that used our excess baking capacity.

On page eight, we start to see some of the key metrics for the second quarter. As Carl mentioned, we announced a margin improvement and restructuring plan in late second quarter. On a previous call with you we discussed that we expect to reduce costs by $22 million to $25 million as a result of those actions, which will streamline our business and, as Carl mentioned, offset stranded costs that were left as a result of the sale of the private brands business. We'll continue to invest however in the growth of our brands through advertising and marketing.

We've initiated actions early in the third quarter to drive these savings. Over the next 12 months we expect to achieve the targets that were set. These reductions more than offset the stranded costs left by the disposition of private brands and move us close to our stated targets for operating margins. Gross margin was 34.7% versus 33.8% for the quarter, up 90 basis points, driven by lower commodity costs as well as favorable plant performance.

The operating margins were up 180 basis points, 90 basis points of which came from the gross margin line. The other 90 basis points came from good cost controls, specifically in the distribution and DSD environment, as well as good G&A cost control and other controls across the business.

On page nine you will see the first half year financial result and key metrics. Similar story here. The margins -- gross margin is really driven by manufacturing efficiency gains as well as lower commodities in the second quarter. The operating margins, while essentially flat year over year, reflect a significant spending increase in advertising and marketing [of] [70] basis points.

That's about $0.06 per share in earnings for the first six months. We did have lower spend in G&A and we had lower distribution costs through the increased efficiencies brought about by the addition of the partner brands. There's also, as we mentioned in the first half -- sorry, first quarter of the year, a lower tax rate, which still is reflecting a positive $0.02 per share as a result of that.

Let's go to page ten in your deck. This is really a great story. If you look at the free cash flow from last year to this year, this is a rolling 12 month number. We have significant improvements in the increasing cash flow of 250% in that time frame. If you look at the proceeds -- or, sorry, the positive cash flow that we had from operations, was really a result of better working capital, controls -- we still have some work there on the inventory side but we're making progress on most of our working capital -- and CapEx. As you can see, was down $21 million as we have gotten past the major investment projects that we had to do in the last two or three years.

These projects were needed for capacity and capability. The proceeds from the recent closing of the disposition of private brands netted out around $300 million after tax. What that does, in effect, is reduces our leverage to a 1.5 times, which is where we are currently. This performance that we show above with the free cash flow increase of 250% plus the fact that we have some proceeds from the sale, even after netting out the acquisition of Baptista's at around $200 million, gives us a very strong balance sheet with significant M&A capacity.

Let's go to page 11 and talk about full year estimates for a moment. We've changed our estimates for 2014 to reflect the recent transactions. On the last call we estimated that we would see an annual net reduction initially of approximately $250 million in net revenue, and a reduction in EPS of $0.17 to $0.22. That would be the net impact of the two transactions on an annualized basis. The impact on 2014, however, is a little bit different because we haven't, obviously, achieved all of the synergies yet in the transactions, and we have some work to do in consolidating the businesses.

The first six months -- I'm sorry, the last six months is estimated to be a reduction of net revenue of approximately $130 million to $140 million, which reflects some seasonality. And it also reflects a reduction in EPS of approximately $0.13 to $0.18. The higher impact on -- in 2014 on EPS reflects our current view, given that depreciation and amortization has not yet been finalized. The Baptista's transaction closed two weeks ahead of the end of the quarter and the asset valuation process, while underway, will not be completed until the end of the third quarter.

We've also been working hard to achieve the cost reductions from the margin improvement and restructuring plans. All of this being said, we will update these estimates with our third quarter review as we finalize these activities and get more information as it relates to how each of these things that are in process today are materializing.

We also changed the capital expenditures. And all of that change is a reflection of the additional capital for the Baptista's operation that we acquired for the back half of the year.

On page 12, this is just the highlights and the summary of some key financial metrics for the quarter and the year to date. Revenue is up 4.8% in quarter two. Earnings per share up 21% in the second quarter. Operating margins up 180 basis points in the second quarter. Cash flow, 250% increase from the last 12 months.

All of this being done while increasing marketing and advertising by 26% this year over last year in the first six months. That's equivalent to $0.06 per share in EPS. At this time, I'll turn it back to Carl for further comments.

CARL LEE: Well, thank you, Rick. And I appreciate you walking us through our Q2 performance. I think this is a good chance for me to take a quick moment and just thank all of our team members for their exceptional effort and all of their hard work that deliver these great results throughout Q2. And beyond even the excitement and enthusiasm we have for our Q2 performance, we're equally excited about where we go from here.

And, as we mentioned earlier, our Company really has gone through a transformation to be able to come out as a much more nimble, branded focused, highly capable organization that's going to continue to achieve our strategic goals, as aggressive and as important as they may be.

If you'll turn to page 16 and then on to page 17, I'll begin to walk you just through a little bit of the transformation that we've been through. And the transformation, while Q2 is very impactful and very significant, it has been going on for a number of years. I'd like to go ahead and go back to kind of the formation of our Company and take a look at the reason we got together in the merger of equals.

We've been executing our strategic plan for some time and it began, really, with the formation of our new Company. Back in 2010, when we got the opportunity to bring us together, it was really about distribution and the power of our brands. We had the opportunity to bring an organization that had high skills and capabilities in C Store distribution, which is Lance, along with a company that had strong capabilities with national DSD support and supermarkets, which was Snyder's, and combined it to allow us to be able to take the Lance brands to the west coast and the Snyder's brands deeper into C Store distribution.

So our strategy really began with the formation of our Company and what we were trying to do, both from a branded standpoint and from an expanded distribution standpoint. And I'm glad to report, thanks again to the capable team, those milestones were achieved, the synergies were delivered and the integration was completed on time and actually, in most cases, exceeded our results. Again, it's no small undertaking to convert 1700 routes to IBO status in less than 18 months.

Now, I emphasize that only to continue to show the capability of the team that I had the privilege of serving day in and day out. From there, and not being satisfied about the integration, we continued to strengthen our DSD network. And over the past year, we've continued to implement some important improvement processes to serve our very important partner, which we admire and appreciate every day, and that's our hard working IBOs. Truly our partners and truly the individuals that get our great products into stores day in and day out, and we'll continue to try to enhance the programs that we use to support the effort.

Beyond that, the acquisition of **Pretzel Crisps** was another very important move that was spelled out clearly in our strategic plan of being able to use our new scale, our new balance sheet, our new capabilities to go out and acquire some very important brands that would provide not only the brand and the consumers they represented but bringing in additional capability that would allow us to be able to build our other brands and expand our Company.

We're always excited about **Pretzel Crisps**. We're really appreciative of the results the team has achieved and the beauty of it is, it allowed us to get into the deli and be able to expand our distribution. Also, from there the acquisition of Baptista's that we just announced during the past few weeks, is something we are excited about.

And it was a very strategic move to bring in some capability that enhances all of the ability we have internally already. It allows us to expand our R&D capability, using their very unique skills and their great team, along with their manufacturing capabilities which expands the great items that we already had here. And then the sale of private brands.

You had encouraged it for a long time, I might add, and it was rightly so. But we chose the right time, the right place and the right buyer to be able to sell our private brands and begin to exit it, and we're very proud of that accomplishment of our team who worked hard to do it. And even beyond that, being the aggressive team that's focused on execution, we quickly moved in to addressing the stranded costs that would be left behind when you sell a very large business that's very efficient and has a nice margin to it.

And, as I mentioned earlier, in the first few weeks of Q3 we began to implement those changes and those cost savings will begin to flow through our P&L from now throughout the next 12 months. Now if you would, let's turn to page 15.

And on page 15, we are just looking forward to an even brighter future. As we talked about earlier, we've accomplished a lot in 2014. We were aggressive. We set milestones. We set very aggressive targets and we've achieved those and all of that's been building to the transformation that we're talking about now for our Company. Today we are clearly a focused, branded snack Company positioned at the center of consumer trends, which we welcome and we dig into deeper and deeper every day.

We've enhanced our marketing skills with some great new additions to our marketing theme. We've also enhanced our innovation capabilities to deliver on trend products. And, by the way, we've had very successful 2014 roll outs of some new products that have exceeded our expectations. And all the while making sure that we continue to drive a lower and lower cost structure so we can reinvest in our business.

So truly, we've got a new platform. A new platform built around our great brands, our ability to achieve great distribution through both our national DSD system and our direct distribution organization, along with a team that just simply gets things done every single day.

And as we turn to page 16 and take a look at the opportunities of the changing consumer trends, this is something that's been in the pages of lots of headlines over the past few weeks and, obviously, will continue for some time.

There is no doubt in anyone's mind our consumers are changing their eating habits, they're changing their desires and their needs from snacking. And it is a great opportunity to be in the space as long as you are willing to be nimble and at the same time have the capability to address those. One of the things that we've talked about a lot, and you begin to see, innovation really is the path to growth these days.

Over the years everyone's tried to launch new products but today it's much more important than ever because you've got to build out platforms. A good example is our Cape Cod popcorn. We launched it just over about nine months ago and we're seeing some of the highest velocity across the entire popcorn category because of the quality and because of the positioning. We got aggressive with gluten free pretzels this time last year and we've been able to expand the category and reach a lot of new consumers for our retailers.

All important ways to leverage innovation to continue to drive growth for ourselves and our customers. The demand for distinctive flavors just continues to go -- be out there with consumers bringing it up more and more. We've

launched Sweet and Salty pretzels, which have performed extremely well. We've combined both bacon and cheddar flavors for excitement and enhancement to deliver what our consumers are looking for. And all of those have been successful, achieving the milestones we set for them. And, clearly, our consumers want healthier options.

Everyone is talking about it and everyone is beginning to change some of their eating habits. And, once again, we start there from a position of strength, 25% of our overall revenue today comes from better-for-you items, according to Nielsen and the way they define better-for-you as a category. Beyond that, eating increasingly on the go is what we're all doing as we live very busy lifestyles. And the portability of our items, like our pretzel tubes or just the convenience of our sandwich crackers makes it very convenient for people to do that. (inaudible) all consumers are changing, millennials are having more and more impact on the overall business that we have today. And we welcome that because as they have the desire for fresh, perishable items we're able to address that and make sure that we're staying on top of the things they are looking for. And they are looking for a little spice and they're looking for some adventure. And our Bolds sandwich crackers is just one example of being able to do that, and that's been a very successful launch.

In addition snacks are replacing meals. We all realize that and the portability, the flexibility, the quality and the taste of our snacks, along with our innovation really allows us to cater to those consumers. And now if you'll turn to page 17, we'll talk a little bit more about how we uniquely positioned ourselves, with our new platform, to continue to grow our Company and be excited about the many things that lie ahead. We clearly have a laser focus on our brands and by being able to sell our private label business, we've been able to simplify our day to day activities and align our resources more clearly around what's important, and that's about our four brands.

We've been able to differentiate our innovation capabilities in addition to our R&D center and a great team that works there day in and day out, and our R&D team members that work across all of our plants. We've been able to add the Baptista's team and the Baptista's capabilities to our portfolio and that's going to allow us to continue to invest more in non-GMO, organic, gluten free items, dippable tortilla chips, pretzels and crackers to expand our portfolio and expand our product listing. In addition, we are truly positioned to be able to capitalize on these enduring trends.

We welcome the consumer changes and see them truly as an opportunity for us to continue to build out our product offering in line with what they're expecting and what they're asking for. In addition to that, we are very proud of our DSD organization. Extremely excited that not only have they been able to build a great network and build a nationwide operation, in Q2, once again, they expanded their display coverage and they expanded their ACV. So day in and day out the execution is good and it continues to get a little better every day.

And, finally, thanks to the transition we've gone through, we've got the capability to continue to accelerate our growth first and foremost organically but also, equally, being able to look at additional acquisitions that strategically will match our plans and allow us to expand where we're going.

Taking a look now at page 18 as we begin to bring it home. As we look forward to our very bright future, we're excited about our organic growth opportunities and we continue to target that 3% to 5% annual growth.

We now are able to focus even more of our time and our attention on our brands and make sure that we continue to build them out, invest in marketing, invest in tools that will help us there. And we're going to continue to stay on top of consumer changes and really focus on differentiation that allows us to position our brands for short-term and long-term success. The other important areas, category management, category leadership.

I'm excited about the success rate that we've seen with all of our new items this year. We've got over an 80% success rate with the new items we've launched. And year to date, we're exceeding our aggressive targets on the innovation that we've launched this year, and it's been an important part of our overall success not only in the quarter but on a year to date basis and throughout the remaining part of the year. Our manufacturing capabilities, our innovation capabilities will allow us to continue to launch some exciting new products in 2015, several of which will be coming from Baptista's as we leverage that great relationship.

Growth through acquisitions will continue to be very selective, will continue to be very disciplined. But we'll be an active participant reviewing the opportunities that come up and choose only the ones that are right for us, but make sure that we have a chance to look at all of them. And, more importantly, as we talked about our margin improvement and reconstructing plan that is already well under way, we'll continue to look for ways to expand our margins and make sure we execute day in and day out to improve our mix and improve our productivity so that our margin expansion that Rick shared earlier in Q2 will continue so we can hit our long term targets.

So, hopefully, you can feel the enthusiasm and the excitement and the energy that we have for our Q2 results and, even more importantly, we are excited about the chance to reposition our Company and go through this important transformation. And I'm very grateful for each of our associates and we're very blessed to work with a great team, a great organization as we continue to build our Company. So with that, we want to talk about your questions and deal with those. So we'll turn the phone back over to Ashley as she begins to set up the queue for some Q and A. And we welcome your questions and, really, again, thank you for your time.

Questions and Answers

OPERATOR: Thank you. (Operator Instructions). Our first question comes from Brett Hundley of BB&T Capital. Your line is open.

BRETT HUNDLEY, ANALYST, BB&T CAPITAL MARKETS: Hi. Thank you. Good morning, gentlemen.

CARL LEE: Good morning, Brett.

BRETT HUNDLEY: Just had a question, first of all, on the current sales environment. Your branded sales hit my estimate, which was good to see. I was a little bit worried about this heading into the report just given public company commentary to date. I was wondering if you can talk a little bit about what's driving sales in this environment for you and how that can continue.

You guys have an immense amount of innovation out there. Is that giving you the lift that you had expected? Are you winning more on the ongoing cross leveraging of brands? If you can just talk a little bit about what's helping you in the current sales environment I think that would be helpful. And maybe, Carl, if you'd want, as an aside, you can also tie in what's happening in the sandwich cracker space and expectations going forward there.

CARL LEE: Brett, I appreciate the question and I think that that's a good subject question to start out with. I think as you take a look at our top line growth, number one, we're very pleased with the results, 4.8% growth so far this year is much higher than what has been reported so far from lots of other companies in the food industry. So we're excited about that. But to your question what's driving it. I think, first of all, is our core brands. We've had an incredible year so far with Cape Cod as we have strong growth in all these its markets, as we've had strong growth in some new channels and also as we begin to expand it out to the west coast.

So Cape Cod has done a tremendous job of growing for us and we've seen a long-term ability to continue to expand that brand. And we're excited about tying it into popcorn. That's performing quite well. And not only do we have a great kettle chip, we've got a great platform for some additional growth long-term. **Pretzel Crisps** continues to do well. There's more and more traffic going into the deli, and we're right there to seize it with a direct sales force that's in place to continue to expand our visibility, our distribution and to leverage our new items.

SOH has continued to do quite well. The innovation there, the Sweet and Salty, the Pretzel Spoonz and some of the other items have performed extremely well. So innovation has been a key part of our overall growth. And so we're seeing some strong core brand growth. And I'll come back to sandwich crackers because that's an important piece. In addition on the growth is we've seen good growth with our partner brands. And what's interesting is our partner brands typically are better-for-you items.

And so we've been able to provide great growth for our IBOs while we continue to be able to provide a great service for our retailers as they ask us to carry more of those brands. We get a chance to play with some important partners who are all positioning themselves against consumer trends. And then we've had some upside with our contract

manufacturing, as we just continue to leverage our assets to be able to make them sweat a little bit more and pull more pounds through our plants. But, however, we do have an area that is under renovation, as they call it. Before I dig deep into that I want to kind of draw a parallel here.

I think some -- a lot of us have had renovations at our home or maybe we built a new home and we're all excited about when we walk into that new kitchen and get a chance to enjoy it for the very first time. But leading up to that is a lot of heavy lifting, a lot of dust and a lot of mess. And that's exactly what we're going through with our sandwich crackers. But I'm excited about it because we did the same exact thing in the past 18 months with Cape Cod.

While I talked a lot about Cape Cod's success right now, Cape Cod went through a very similar renovation back in 2012, where we went in and upgraded our manufacturing facilities to improve our capacity and our utilization and our quality. Went through some heavy lifting there. We went in and really strategically dug into the brand and worked on our packaging, worked on our positioning, worked on our flavors, worked on our [limited batch] and did a lot of things to really improve the overall franchise and now because of that we're enjoying some incredible growth.

Well, we're going down a very similar parallel path with our sandwich crackers. We've upgraded our packaging. It takes a long time, though, to be able to transition all the SKUs because it's important that you move them all over as quickly as you can. But it's taken us about 15 months to do that because of all the lines that have had to be converted. We've also repositioned just the image and the marketing reach with it. But by being able to do that, as I mentioned earlier, Bolds has been successful, and we've been able to launch Bolds because of some of the renovation we're putting our sandwich crackers through.

So the category is not performing as well as we'd like. We're running into a little bit of headwinds. We're also running into some kind of self inflicted changes that we need to go through as we renovate. But sandwich crackers will bounce back strongly and continue to do well. But in spite of some headwinds on sandwich crackers, we delivered a 3% revenue and a 3% volume growth, which is a little bit higher than our overall peer averages.

So that was a long answer, Brett. I'm sorry for that. But I think we need to share what's going on with sandwich crackers so we can continue to be very transparent, as we always do. But we also need to share with you some of the success that we're seeing in our other core brands.

BRETT HUNDLEY: I very much appreciate it. And maybe just as a very quick follow-up, is it safe to assume that the renovation underway with sandwich crackers could take a similar time to play out as it did with Cape Cod?

CARL LEE: It very well could. Our packaging conversion will be complete in October. It will be on the shelf for all of our SKUs. It's been on the shelf for a few of our SKUs now for some time. So that's coming through. And then there's a couple of other things that are still underway as we review every aspect of the brand to position it for the future.

I think -- I'm excited about sandwich crackers because if you take a look at the portability and the ability to deliver nutrition, ability to deliver convenience, to deliver protein and all the things consumers are looking for, there's really no better format than sandwich crackers to be able to do that. But we had to take time to go back and reposition the brand, go through this renovation and prepare for the future. And sometimes you're going to create headwinds and you're going to run into headwinds as you do it. But at the end we're all confident that it's going to be well worth it, and Cape Cod is a good example. It has paid off there, it should pay out handsomely with our sandwich crackers. But it's going to require all of us to be a little patient as we go through the changes.

BRETT HUNDLEY: Okay, thank you. And then Rick, I just have two questions for you. Number one, can you give further color on the cost savings program? Maybe just give us an idea of chunks, what comes quickly? What level of cost savings comes more quickly and when? And then what chunk maybe comes longer? If you can just sort of piece that out for us.

RICK PUCKETT: Sure. As we've talked, we're looking at a target of about $22 million to $25 million. About half of that is related to costs of associates, actually, and most of that is already done. So we'll see that moving forward in

our results. The other half is really better utilization of our outside professionals, consolidation of some of the services that we are receiving, reductions in overall costs and improved efficiencies and manufacturing.

There's about a $6 million requirement of capital to achieve some of the savings that we have on the manufacturing side but those pay back very, very quickly. So the time frame will be over the next 12 months. We should be in a position sort of in the Q3 of next year to really kind of have them in our run rate on a full time basis.

BRETT HUNDLEY: Okay. Perfect. And then just, lastly, speaking of capital, can you please just give your plans for, a, cash that will be left over on the balance sheet -- you'll certainly have a fair amount of it -- and maybe within that you could rank your desires for capital outflows period. Thanks, guys.

RICK PUCKETT: Yes. And thanks very much, Brett. Yes, we will have -- and do have today -- some excess cash. We'll see a fairly significant balance on the balance sheet going forward as we pay down our debt. And we mentioned also that we recently refinanced. We put in a five year term loan at attractive rates and covenants, as well as a ten year term loan -- or, sorry, a seven year term loan with attractive rates. So both of those are in place.

We'll maintain those out there. The effective rate of those right now are about just around 2%. So not a bad rate. We will look at the cash, first and foremost, to continue to fund the operations but, as we're generating cash in the operations, we'll look to establish the bank, if you will, to acquire additional brands. That is very much a part of our strategy, and that would be the first place that we would like to invest it.

BRETT HUNDLEY: Thank you.

OPERATOR: Thank you. Our next question comes from Rohini Nair of Deutsche Bank. Your line is open.

ROHINI NAIR, ANALYST, DEUTSCHE BANK: Carl and Rick, I think you guys did a great job in helping us understand how you're positioning the Company for growth going forward. The focus on the better-for-you portfolio and differentiated innovation. You reiterated your target that you've talked about in the past about 3% to 5% annual growth on your core brands.

I was just wondering if you can give us an update around how you're thinking about that double digit margin target that you've alluded to in the past. It seems like you might have better visibility, at this point, as to when we might see that come through, especially with the restructuring initiative. So if you could just give us some color around that, that'd be great.

RICK PUCKETT: Yes. And thanks, Rohini. It is an important target for us. And as we talked about our stated targets, it is the double digit operating margins. With the sale of private brands we have a couple of obstacles to overcome. One is where we are today, which is around an 8% kind of run rate getting to [the] double digits. And then having to deal with stranded costs at the same time.

So the margin improvement and reconstructing plan that was initiated at the end of the second quarter, and a lot of actions were taken, actually, in the early third quarter, is designed to do that. It is designed to get very close to that stated target. It certainly is designed to offset -- more than offset -- the stranded costs that were left by the sale of private brands. So we believe, as we've always stated, that in 2015 on a run rate basis we will be very close to that stated target.

ROHINI NAIR: Okay, great. And if I could follow up on your advertising. So you mentioned that it was up around 26% year-to-date. I guess I'm curious to see how you're judging the returns you're getting on that spend, and maybe how you're expecting to trend over the course of the year. I know you always kind of targeted the weighting to be toward the beginning of the year but do you get the sense that you'll need to up your investment in order to keep your sales momentum up?

CARL LEE: Thanks for your question, Rohini. I think that most of that spend, we really aggressively increased our overall budget in our spend for Q1. Traditionally we were basically spending in Q2 and Q3, with some in Q4, but we repositioned our P&L to add more to upfront this year. It's all about supporting our innovation, which has worked out

extremely well. We'll have those funds now in place for Q1 in 2015 with a very aggressive new slate of SKUs to be able to go forward. But you bring up an important question. Spending more on advertising is easy. Making sure you're spending it efficiently, that's what's really important.

And we've got some great new leaders in our marketing organization, and they're putting in place some great new tools. You may be familiar with market mix and some of the other tools that are out there. And we're using that as a new tool to go in and evaluate the efficiency of our spend and the effectiveness of our spend. So while we'll continue to increase our spending because it's important to drive household penetration and awareness, we're going to adapt it to the point where we get the best overall return.

And we've got the tool box to be able to do that but we didn't necessarily have it in the past. So the advertising, from what we can tell, is working. We'll get more efficient where we're spending it, maybe more on digital, maybe less on TV, maybe more on TV, maybe less on print. So we'll kind of move through the different medias that out there. But continue to make sure that we're very effective getting the news out with our better-for-you portfolio and with our overall innovation. So we'll continue to spend but, to your point, spend very efficiently.

RICK PUCKETT: And just to add to that, Rohini -- just quickly to add to that, these tools are allowing us to pull apart our branded portfolio and see what brands react to what kinds of advertising and or media in a more optimized way. So it's allowing us to reallocate some of those dollars going forward to a more effective spend. So we're feeling pretty good about the amount of information we're getting and the knowledge that we're gaining from it.

CARL LEE: That's a good point, Rick. And just to add -- Rohini, we were clearly focused on our overall margin as something that's very important. We've shared with you our expectations and we're making good progress there. Obviously, and it probably goes without saying, we could get there a lot quickly if we weren't trying to build our Company for the long term. Investing in marketing, investing in our IBOs, investing in our innovation and our capability and adding an R&D center and other things, those are what are important to make sure we balance the need for a margin improvement with also the long term ability to grow a successful Company.

So the good news is, we're getting to the margin expectations. We're getting there on the timeline that we expected. But equally as important, in my book, is we're doing it the right now. And kind of brick by brick, we're building our Company and we're investing as we go.

ROHINI NAIR: Thank you so much for that. I'll pass it on.

OPERATOR: Thank you. Our next question from Bill Chappell of SunTrust. Your line is open. Bill, if you can check your mute button. We'll move on to Akshay Jagdale of Keybanc Capital. Your line is open.

UNIDENTIFIED PARTICIPANT: Hi. Good morning. This is actually (inaudible). I just wanted -- I was just wondering if you could talk a little bit about the competitive environment that you're seeing in the snacking aisles. Can you just address whether or not you're seeing any sort of increased competition or greater promotional activity? And maybe which category, if any, you're seeing the biggest changes?

CARL LEE: (inaudible), thanks for joining us. I think that you're right, there is a step up in competitive activity. I think what we're doing is trying to play to our strengths and leaning into innovation has really helped us. In fact, we were the first to launch the waffle cut to Cape Cod. Lots of imitators have followed us into that. We were the first to launch the Sweet and Salty platform with our Pretzel Pieces. Lots have followed in with Sweet and Salty additions.

So we're seeing innovation as our key driver of growth and it's also our way to kind of stay ahead of the competition and making sure we're kind of focused on bringing consumers what they're looking for versus getting into the trenches and just fighting out on price. We are seeing some price pressures on our mainstream, kind of our day-to-day items but when you balance that out and promote or spend enough to make sure you kind of protect volume but you're not going to chase the competition but instead put more emphasis and more execution around innovation, it allows us to kind of deal with those of challenges of the pricing issues but do it in our way. And that's focus on good solid top line growth and protect our margins while, at the same time, that we do protect our share

across our core brands. So, for us, it's as much of a balancing act. As we do see more competition, we're leaning into a kind of long-term growth versus just dealing with those kind of day-to-day pricing issues. Hope that helps.

UNIDENTIFIED PARTICIPANT: Yes, it does. Thank you. And then just on your new product launches. You guys have talked about how you're seeing some pretty good results with your new product launches. I think you called out Cape Cod popcorn, in particular, as showing particular strength. Are there any other specific product categories within your new launches that you're really happy with the progress with?

CARL LEE: Yes, I think, just to run down all of our core brands because each one -- Cape Cod popcorn has worked tremendously, along with some flavors and other items there. Some new sizes have worked very well for us on Cape Cod. But the Sweet and Salty, I mentioned earlier for our Pretzel Pieces, has just been a home run. It's been addressing a pent up consumer demand on the brand that is known for quality, that's known for its overall ability to deliver when the consumers open the bag.

And so Sweet and Salty has done real well for us. Our new Pretzel Spoonz has done real well. It's really truly the first edible spoon that allows you to tie in with lots of dips and other items that people want to be able to eat right out of the jar, for instance. And then we've seen good success with **Pretzel Crisps**. And the new mini launch, there's some new flavors there. And then one I'm personally excited about is our sandwich crackers and our Bolds.

And, as I alluded to earlier, the new packaging, the new equipment and manufacturing capabilities we've added there has allowed us to come out with a different number of crackers in the box and able to do a closes carton, that really positions an item like Bolds right front and center for Millennials and people who are looking for more of a spicy cracker. So kind of across the board all our brands have gotten some important innovation and it's helping all of our brands achieve our targets.

UNIDENTIFIED PARTICIPANT: Great, that's very helpful. I'll pass it on, thanks.

OPERATOR: Our next question comes from Jonathan Feeney of Athlos Research. Your line is open.

JONATHAN FEENEY, ANALYST, ATHLOS RESEARCH: Good morning. Thanks very much. I wanted to first ask about -- maybe a detailed question for Rick about how to think about the loss of contribution from the private brands business. I know you've given us some guidance but just as it relates to the first couple of quarters, is just taking out the nickel from discontinued operations maybe a way to think about what the base would be of the business as it is today without private brands?

Just kind of looking forward to 2015. I know there's a couple, at least, of factors on top of that that would grow that number. But I want to know how much of a hole you're actually working out of? If you can give any kind of sense I'd appreciate it.

RICK PUCKETT: Actually, there's also the stranded cost it leaves behind, right, so there's more of an impact, quite honestly, on a contribution margin than what you see on discontinued ops. So that stranded cost is somewhere between $0.10 and $0.15 a share on an annualized basis. And that we're going to overcome with our margin enhancement and reconstructing plan that we have in place. So the hole just for private brands we really haven't shared too much with you, and I'd rather not do it, but it represented a large portion of our EPS in terms of the contribution from that business.

It was a $300 million business, right, and it was performing quite well because we had optimized that business for, really, the two years prior to the sale to the point where it was running on all cylinders. And it still is. So, it was a hole that is a significant hole for us to fill. We believe we can do that. On the bottom line, it may be a little tougher to do it on the top line without acquisitions, and that's what we would look to do.

JONATHAN FEENEY: Great. That's really helpful. And just two questions for Carl. First, on the private brands business you hear a lot about in Europe private brands go hand in hand with brands in terms of retailer relations. But then on the flip side here, you hear a lot of food manufacturers talk about how they actually -- they would never

get into the private brands business because it hurts them with retailers. How have retailers reacted to your exit of the private brands business, would be my first question.

And the second question would be, it seems to me you have a great opportunity with any up and coming niche snack company, and there's (inaudible) of them when you go to these trade shows, as really the only game in town if they want to partner as opposed to sell. Could you talk about maybe the pipeline of potential distribution partnerships particularly in some of these niche-y sort of, in a lot of cases, better-for-you snack? Thanks very much.

CARL LEE: Thanks for the question. And I think that you bring up an interesting point about private brands and the dynamic situation in Europe. I lived and worked in Europe for a number of years and was excited about the opportunity to deal with the European trade and the European retailers and the European consumers. But I find that to be a very different model than we have here. Their overall penetration and revenues that's produced by private brands is much higher than what we have in the U.S. But it -- I don't foresee that coming to that same point in the U.S.

It will continue to grow but it's going to be a different situation, U.S. versus Europe, in my opinion, on the way private brands continue to develop. They have upside but it probably won't achieve what we've seen in Europe. But the retailers have been very positive about the exit of private brands. What I find is that I think, again complimenting our team and the great leaders we have, did a very good job of trying to put one foot day in and day out in private brands and the other foot into brands, and trying to balance the need to be able to support and grow both.

But it's difficult and very few companies are successful, in my opinion, of being able to manage both private brands and branded. So I think that the retailers understand that and they've been supportive and we've been able to exit that very gracefully and be able to find a great partner in Shearer's to acquire it. And Shearer's is going to take that business to the next level because private brands is what they do day in and day out, and that's very important for them.

So I think the exit has gone smoothly. The transition to make sure we deal with the stranded cost is in place. And if you'll be patient with us over the next four quarters as we deal with discontinued operations and the impact on the P&L, we'll be able to make this transaction very smooth for you as well as we transition through the numbers and the time frame.

But overall the exit has gone well for us and for our associates that are a part of the private brand business. And the other thing I think helped us was we did -- private brands was in different segments. We sold sandwich cream cookies and chocolate chip cookies. We did not sell sandwich crackers (inaudible) and we did not sell pretzels and **Pretzel Crisps** and potato chips. So it was a different category that we participated on private brands.

JONATHAN FEENEY: And just on the partner brands, Carl. Will you be -- it seems like there's a great opportunity there for a lot of niche snack players around to gain national or super regional distribution. And, really, you're, by far, the leader in being able to provide that. Could you talk about that as an opportunity and where you stand?

CARL LEE: You bring up an important point because the -- our partner brand strategy is a win-win-win. It's a win for us because we're able to provide some great brands for IBOs to carry and great ways to leverage our distribution infrastructure. It's a win for the retailer because we kind of consolidate the deliveries for them and bring in great execution and take care of the delivery and merchandising for them. But, to your point, it's a real win for the partners because they have access national distribution, to a very capable and growing and expanding DSD system which really doesn't exist.

There's other national distributors out there but no one's going be in the store four, five days a week providing that personal touch to their packages and making sure they get on the shelf and have display support and the placements and everything else they're looking for. But there's a good opportunity there. And we know our partners well. We interact with them. We help with some of their planning. We help them with some of their strategies and execution. But it does, to your point, give us kind of the first chance to get to know them, the first chance to begin to understand what their brands are capable of, and it gives us a chance to build relationships that either can be around distribution long-term, around an interest in their company, around potentially acquiring them.

So partner brands is an important part of our strategy but the point you're making is equally important. It helps us leverage our DSD system but it really helps us be able to do some partners that we can expand our relationship with over time. And we do that quite often and it gives us a chance to bring other better-for-you items into the store. And then keep an eye out for acquisitions that we may be interested in long-term.

JONATHAN FEENEY: Great. Thank you very much.

OPERATOR: Thank you, again, ladies and gentlemen. (Operator Instructions). Our next question comes from Amit Sharma from BMO Capital Markets.

AMIT SHARMA, ANALYST, BMO CAPITAL MARKETS: Hi. Good morning, everyone.

CARL LEE: Good morning, Amit.

AMIT SHARMA: Carl, I just wanted to get a better understanding of what Baptista's brings to the table. Clearly, the back half guidance seems -- or the loss of EPS seems like you're not assuming a whole lot from that business in the back half. And that's probably understandable with all the stranded costs that you are trying to offset. But looking forward if you can talk about what kind of revenue contribution we should expect from that business. What sort of margin improvement we should expect from that business as you bring (inaudible) in-house?

CARL LEE: First of all, I just want to thank you for the question. Because in our desire to be very transparent, I'm glad to be able to talk about this subject. There's lots of different ways to approach it. I think that -- a natural question I would have, maybe looking from the outside in, is why would you buy your contract manufacturer? Why would you invest your hard earned capital there? For us it was an absolute strategic move because **Pretzel Crisps** is an important part of our overall future. And, with Baptista's capabilities, we've launched a number of new items here already.

We've got a number of new items coming so it gives us a chance to continue to expand that brand and improve our overall margins. But what I'm really excited about even above that, which is important, is that we've got a lot of new items for 2015 that Baptista's is making for our distribution business. So you'll see some new items that roll out with SOH and Cape Cod that are made at the Baptista's factory, and will allow us to be able to continue with our successful innovation by tapping into both their unique skill set but, in addition, some of their unique equipment that they have that makes very on-trend, consumer driven new items.

So that's important. So I think the first big opportunity and win with Baptista's is the innovation pipeline that we're expanding, on the success we already have, using their capabilities. I think the second, it does give us some critical mass and scale, it increases our purchasing scale, increases our chance to tie in with them and drive some synergies through logistics, purchasing, overhead, other areas.

We will continue to improve our margins over time across both our brands and [with] the other items that we produce for others. So there's multiple ways that this was a very strategic move for us and you will see, in 2015, some additional enhancements in margin and you should expect them as we go forward.

AMIT SHARMA: Maybe provide a little bit more specifics around what kind of revenue contribution, if we think about the co-packing business that Baptista's is doing currently and that will accrue to you, is it in the neighborhood of $100 million on a run rate basis or less than that?

CARL LEE: We haven't -- we've chosen not to break that out and we're going to continue to do that. I appreciate the question and respect it but I just don't want to provide numbers. It does -- back to John's question on partner brands earlier, we've got some very high value, very consumer trend better-for-you type of items that we produce there for some other partners. But similar to the fact that, for over 20 years, we've distributed partner brands and have been proud to do it.

We're very proud to make some brands for some of our partners at Baptista's. So there's some real advantages to both that revenue stream but also to the ability to stay on top of creating high value items for our partners and for

Case 3:17-cv-00652-KDB-DSC   Document 42-3   Filed 10/29/18   Page 53 of 325

ourselves. So there is some incremental revenue, there is some incremental income there along with the skill set enhancement I talked about earlier.

AMIT SHARMA: So let me ask this in a different way, then. So the 3% to 5% annual growth items, that is for the overall portfolio, right? That's not just branded portfolio? Right, Rick?

RICK PUCKETT: That's correct, Amit.

AMIT SHARMA: Okay.

CARL LEE: That is correct.

AMIT SHARMA: So if that is the case, we did 2% branded growth in this quarter and we are increasing [M and A] spending by 25% plus. What gets us from that 2% growth to perhaps 5%?

Because your partner brands probably, on an organic basis, are not going to grow as quick as your branded portfolio, no?

RICK PUCKETT: One of things that's, obviously, coming out is the private brands business that was not growing, right. So the overall growth will go up as we improve the growth of -- or improve the mix of high growth, higher growing segments. So that's a big piece of it. Certainly the 3% to 5% that we've talked about is not really inclusive of acquisitions. So whatever Baptista's adds in the long term is really on top of that 3% to 5%. So we expect to get to the 3% to 5% without Baptista's.

AMIT SHARMA: And you think the portfolio (inaudible) innovation pipeline that you see coming on where you're well positioned to accelerate the trends that you're seeing in the branded portfolio for the last [few] quarters?

RICK PUCKETT: We do. Even if you -- I'll just do the math real quick. Even if you were to take private brands out of the first six months you're going to get a number that is north of 5%.

AMIT SHARMA: Sure.

RICK PUCKETT: It's (inaudible) 6% or so.

AMIT SHARMA: Okay. Got it. That's all I have. Thank you very much.

CARL LEE: I think just adding a little more to your question. I think the first suggestion I have is compare the current trends and the current growth rates that we've got to the overall industry and to lots of other food companies who have released. Ours are very attractive in comparison to all the others. And to Rick's point I think we had a little bit of challenges with private brands.

That changes it a little bit. And then, I talked about it earlier, were intentionally going through an innovation process with sandwich crackers similar to what we did with Cape Cod. And that is a little bit of a headwinds right now that we expect to come out of. Our growth has been very positive and we expect it to continue.

AMIT SHARMA: Got it. Thank you.

OPERATOR: Thank you. I'm not showing any further questions in queue. I'd like to turn the call back over to Carl Lee, President and Chief Executive Officer, for any final comments.

CARL LEE: Ashley, thanks for your help today. We appreciate you coordinating the call. And I really appreciate everyone who's joined the call. And as I said earlier we've been looking forward to this chance to share with you the very positive Q2 results that we're all very proud of. And again I want to thank all of my teammates for all of their hard work to make it possible. I also want to call out what Rick said earlier, to be able to announce two major transactions on the same day.

It's a feat that you very seldom see and it's an accomplishment and something incredible that our team was able to pull off. But I think beyond even Q2 and the ability to announce and then execute the transactions, the transformation is real, it's permanent and it's been building for a long time. And it really positions us to be very uniquely different versus our competition. We focus on premium items, we focus on differentiated items and we've got an important pipeline that's already working for us and another pipeline that's coming online in 2015 of new items that we're excited about.

So, again, appreciate the time. But I'll leave you with three words -- this organization, first and foremost, is focused. This organization, second, is very nimble. And third, based on our track record, this organization is very capable. So continue to count on us to work very hard for our shareholders and do hard work, day in and day out, to build our shareholder value. Thanks for your time. Wish everybody a very good day.

OPERATOR: Ladies and gentlemen, thanks for participating in today's conference. This concludes today's program. You may now disconnect. Everyone have a great day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** September 13, 2014

---

End of Document

# Event Brief of Q2 2014 Snyder's-Lance Inc Earnings Call - Final

FD (Fair Disclosure) Wire

August 7, 2014 Thursday

Copyright 2014 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2014 CCBN, Inc.

**Length:** 8119 words

## Body

CORPORATE PARTICIPANTS

. Mark Carter - Snyder's-Lance, Inc.,VP, Strategic Initiatives, IR . Carl Lee - Snyder's-Lance, Inc.,President, CEO . Rick Puckett - Snyder's-Lance, Inc.,EVP, CFO

CONFERENCE CALL PARTICIPANTS

. Brett Hundley - BB&T Capital Markets,Analyst . Rohini Nair - Deutsche Bank,Analyst . Jonathan Feeney - Athlos Research,Analyst . Amit Sharma - BMO Capital Markets,Analyst

OVERVIEW

Co. reported 2Q14 YoverY sales growth of 4.8% and YoverY EPS growth of 21%.

FINANCIAL DATA

1. 2Q14 YoverY sales growth = 4.8%. 2. 2Q14 YoverY EPS growth = 21%. 3. 2Q14 GM = 34.7%.

PRESENTATION SUMMARY -

2Q14 Review (C.L.) 1. Results: 1. Sales grew 4.8%. 1. Almost 5% growth in challenging environment. 2. EPS increased 21%. 3. Sold private label business. 1. Worked through that throughout 2Q. 1. Wrapped early in 3Q. 2. Allows Co. to focus on branded portfolio and be much more nimble on what Co. is trying to achieve with brands. 3. Increases capacity for strategic aligned acquisitions as Co. has been successfully doing over past few years. 4. Acquired Baptista in June. 1. Allows Co. to: 1. Expand better for you platforms. 2. Focus more on organic products, all natural, gluten-free items, non-GMO items. 3. Expand already successful innovation pipeline. 5. Accomplishments: 1. Refinanced debt at lower rate and achieved much more flexible covenants; positions Co. in good place to continue looking for opportunities moving forward. 2. Early in 3Q, began to implement margin improvement and restructuring plan; allows Co. to address stranded costs left as it sold private brands business. 3. After years of expanding distribution, post some attractive ACV gains on all core brands. 1. Recorded some nice improvements with display support for all core brands across entire US. 4. Increased advertising and marketing spend. 1. Up over 26% YTD. 5. Core brands grew revenue and volume by over 3% in challenging environment. 1. Sandwich crackers; running into just a little bit of headwind.

2Q14 Financials (R.P.) 1. Note: 1. Advanced strategic plan forward significantly with sale of private brands and Baptista's acquisition. 1. Both of these significant transactions were announced on same day and closed within two weeks of each other. 2. Private brand results included in 1H14 as it was Co.'s business until it closed in early July. 3. (inaudible) only 1H14 for private brand that are excluded for 2H14 as it is no longer part of financial results going

forward. 2. Baptista's closed at June-end. 1. Included in estimates only for 2H14. 2. Revenue: 1. Branded grew 2%. 1. Core brands up 3%, all of which was volume-related; very little price associated with increase. 1. Consistent with how business has been turning. 2. Slightly better than what Co. shared in 1Q. 2. Partner brand revenue up as Co. took on additional partners earlier in year. 1. Allowed Co. to be in stores more frequently. 2. Drives efficiencies in national DSD network. 3. Strong growth in other category (primarily contract manufacturing). 1. Good margin business helped to drive better utilization of manufacturing facilities, resulting in efficiencies that Co. can apply to core brands. 3. 1H14 Revenue: 1. Core brands up 2%, almost entirely volume-related. 2. Addition of partner brands driving solid growth across DSD distribution system. 3. Contract manufacturing expanded significantly with addition of (inaudible) some customers that used Co.'s excess baking capacity. 4. Key Metrics: 1. Announced margin improvement and restructuring plan in late 2Q. 1. On previous call, stated that Co. expects to reduce costs by $22-25m due to those actions, which will streamline business and offset stranded costs that were left due to sale of private brands business. 2. Will continue to invest in brand growth through advertising and marketing. 3. Initiated actions early in 3Q to drive these savings. 1. Over next 12 months, expects to achieve targets Co. set. 2. Reductions more than offset stranded costs left by disposition of private brands and move Co. close to stated targets for operating margin. 2. GM 34.7%. 1. 2Q13 33.8%. 1. Up 90 BP driven by lower commodity costs and favorable client performance. 3. Operating margins up 180 BP. 1. 90 BP came from GM line. 2. Other 90 BP came from good cost controls, specifically in distribution and DSD environment and good G&A cost control and other controls across business. 5. 1H14 Key Metrics: 1. GM driven by manufacturing efficiency gains and lower commodities in 2Q. 2. Operating margins: 1. Essentially flat YoverY. 2. Reflect significant spending increase in advertising and marketing [of 70 BP]; about $0.06 a share in earnings. 3. Lower G&A spend. 4. Lower distribution costs including increased efficiencies brought about by addition of partner brand. 5. Lower tax rate still reflecting positive $0.02 a share. 6. Free Cash Flow (trailing 12 months): 1. Had significant improvements; increased cash flow 250% in that time frame. 2. Positive cash flow from operation due to better working capital controls. 1. Still has some work on inventory side. 2. Making progress on most of working capital. 3. CapEx down $21m as Co. did in past, major investment projects it had to do in last two or three years. 1. Projects were (inaudible) capability. 4. Proceeds from recent closing of disposition of private brands netted out around $300m after-tax. 1. Reduces leverage to 1.5 times, which where Co. is currently. 5. Free cash flow increase of 250% plus the fact that Co. has some proceeds from sale even after netting out Baptista's acquisition at around $200m gives Co. strong balance sheet with significant M&A capacity. 7. Full-year 2014 Estimates: 1. Changed estimates to reflect recent transactions. 2. On last call, estimated that Co. would see annual net reduction initially of approx. $250m in net revenue and EPS reduction of $0.17-0.22, which would be net impact of two transactions on annualized basis. 3. Impact on 2014 is a little bit different because Co. hasn't achieved all synergies yet in transactions and it has some work to do in consolidating businesses. 4. Last six months is estimated to be net revenue reduction of approx. $130-140m. 1. Reflects some seasonality and EPS reduction of approx. $0.13-0.18. 2. Higher impact in 2014 on EPS reflects current view given that depreciation and amortization hasn't yet been finalized, Baptista's transaction closed two weeks ahead of end qtr. and asset valuation process (inaudible) will not be completed until 3Q-end. 5. Working hard to achieve cost reductions from margin improvement and restructuring plan. 6. Will update aforementioned estimates with 3Q review. 7. Changed CapEx. 1. All of that change is reflection of additional capital for Baptista's operation acquired in back half of year. 8. Financial Metrics: 1. Revenue up 4.8%. 2. EPS up 21%. 3. Operating margins up 180 BP. 4. Cash flow 250% increase from last 12 months. 5. 1H14 marketing and advertising increased $0.06 over 1H13. 1. Equivalent to $0.06 a share on EPS.

Strategic Transformation (C.L.). 1. Details: 1. Went through transformation to come out as a much more nimble, branded-focused, high-capable organization that is going to continue to achieve strategic goals. 2. Transformation in 2Q14 was very impactful and significant. 1. It has been going on for number of years. 3. Merger of equals: 1. In 2010, had opportunity to bring organization that had skills and capabilities in C-store distribution, which is Lance along with co. that had strong capabilities with national DSD supporting supermarkets, which was Snyder's. 1. Combining two allowed Co. to take Lance brands to West Coast and Snyder's brands deeper into C-store distribution. 2. Strategy began with formation of Co. 1. Those milestones were achieved, end synergies were delivered and integration was completed on-time and in most cases, exceeded results. 3. Converted 1,700 routes to IBO status in less than 18 months. 4. Strengthened DSD network. 1. Over past year, implemented some important improvement processes to serve IBOs. 1. Will continue to try to enhance programs that Co. uses to support their efforts. 5. Acquisition of **Pretzel Crisps** was another important move. 1. Allowed Co. to get into deli and be able to

expand distribution. 6. Announced Baptista's acquisition in past few weeks. 1. Strategic move to bring in some capability that enhances all of ability Co. has internally already. 2. Allows Co. to expand R&D capability using their unique skills and great team along with their manufacturing capabilities. 7. Sold private brands. 1. Quickly moved into addressing stranded costs that would be left behind when selling large business that's very efficient and has nice margin to it. 1. In first few weeks of 3Q, began to implement those changes. 2. Cost savings will begin to flow through P&L from now throughout next 12 months. 8. Looking forward to an even brighter future. 1. Accomplished a lot in 2014. 2. Today, LNCE is a focused branded snacks co. positioned at center of consumer trends. 1. Enhanced marketing skills with some new additions to marketing team. 2. Enhanced innovation capabilities to deliver on-trend products; successful 2014 roll out of new products that have exceeded expectations. 3. Making sure Co. continues to drive lower cost structure to reinvest in business. 9. Opportunities in changing consumer trends: 1. Innovation is path to growth these days. 1. Launched Cape Cod Popcorn just over about nine months ago; seeing some of the highest velocity across entire popcorn category because of quality and positioning. 2. Got aggressive with Gluten-Free Pretzels this time last year; expanded category in which a lot of new consumers were retailers. 2. Demand for distinctive flavors continues to be out there. 1. Launched Sweet and Salty pretzels which performed extremely well. 2. Combined bacon and cheddar flavors to deliver what consumers are looking for. 3. All of these have been successful; achieved milestones. 3. Consumers want healthier options. 1. 25% of overall revenue today comes from better for you items according to Nielsen in a way to define better for you as a category. 4. Eating increasingly on-the-go: 1. Portability of items like pretzel tubes or convenience of sandwich crackers, very convenient for people. 5. Millennials having more and more impact on overall business that Co. has today. 1. Bolds sandwich crackers, very successful launch. 6. Snacks are replacing meals. 1. Portability, flexibility, quality and taste of Co.'s snacks along with innovation allows Co. to cater to those consumers. 10. New platform: 1. Laser-focused on brands. 1. By selling private label business, simplified day-to-day activities and aligned resources more clearly around core brands. 2. Differentiated innovation capabilities. 1. In addition to R&D center, added Baptista team and capabilities to Co.'s portfolio; going to allow Co. to continue to invest more in non-GMO, organic, gluten-free items, (inaudible) tortilla chips, pretzels and crackers to expand portfolio and product listing. 3. Positioned to capitalize on aforementioned enduring trends. 4. DSD organization built a great network and built a nation-wide operation. 1. In 2Q, expanded display coverage and ACV. 5. Due to transition Co. went through, got capability to continue to accelerate growth organically and being able to look at additional acquisitions that strategically will match its plans and allows to expand where it is going. 11. Targeting 3-5% annual growth. 1. Focusing more time and attention on brands and making sure that Co. continues to build them out, invest in marketing and tools that will help it there. 2. Going to continue to stay on top of consumer changes and focus on differentiation that allows Co. to position brands for short-term and long-term success. 12. Category leadership: 1. Seeing success rate with all new items this year. 1. Over 80% success rate with new items launched. 2. YTD, exceeding aggressive targets on innovation that Co. launched this year; important part of overall success in qtr. and YTD basis and throughout remainder part of year. 2. Manufacturing and innovation capabilities will allow Co. to continue to launch some new products in 2015, several of which will be coming from Baptista. 13. Growth through acquisitions: 1. Will continue to be selective and disciplined. 2. Will be active participant for viewing opportunities that come up. 14. Margin improvement and restructuring plan already well underway. 1. Will continue to look for ways to expand margins to make sure Co. executes day-in and day-out to improve mix and productivity to hit long-term targets.

QUESTIONS AND ANSWERS

OPERATOR: Thank you. (Operator Instructions). Our first question comes from Brett Hundley of BB&T Capital. Your line is open.

BRETT HUNDLEY, ANALYST, BB&T CAPITAL MARKETS: Hi. Thank you. Good morning, gentlemen.

CARL LEE, LANCE, INC. - PRESIDENT, CEO, SNYDER'S: Good morning, Brett.

BRETT HUNDLEY: Just had a question, first of all, on the current sales environment. Your branded sales hit my estimate, which was good to see. I was a little bit worried about this heading into the report just given public company commentary to date. I was wondering if you can talk a little bit about what's driving sales in this environment for you and how that can continue.

You guys have an immense amount of innovation out there. Is that giving you the lift that you had expected? Are you winning more on the ongoing cross leveraging of brands? If you can just talk a little bit about what's helping you in the current sales environment I think that would be helpful. And maybe, Carl, if you'd want, as an aside, you can also tie in what's happening in the sandwich cracker space and expectations going forward there.

CARL LEE: Brett, I appreciate the question and I think that that's a good subject question to start out with. I think as you take a look at our top line growth, number one, we're very pleased with the results, 4.8% growth so far this year is much higher than what has been reported so far from lots of other companies in the food industry. So we're excited about that. But to your question what's driving it. I think, first of all, is our core brands. We've had an incredible year so far with Cape Cod as we have strong growth in all these its markets, as we've had strong growth in some new channels and also as we begin to expand it out to the west coast.

So Cape Cod has done a tremendous job of growing for us and we've seen a long-term ability to continue to expand that brand. And we're excited about tying it into popcorn. That's performing quite well. And not only do we have a great kettle chip, we've got a great platform for some additional growth long-term. **Pretzel Crisps** continues to do well. There's more and more traffic going into the deli, and we're right there to seize it with a direct sales force that's in place to continue to expand our visibility, our distribution and to leverage our new items.

SOH has continued to do quite well. The innovation there, the Sweet and Salty, the Pretzel Spoonz and some of the other items have performed extremely well. So innovation has been a key part of our overall growth. And so we're seeing some strong core brand growth. And I'll come back to sandwich crackers because that's an important piece. In addition on the growth is we've seen good growth with our partner brands. And what's interesting is our partner brands typically are better-for-you items.

And so we've been able to provide great growth for our IBOs while we continue to be able to provide a great service for our retailers as they ask us to carry more of those brands. We get a chance to play with some important partners who are all positioning themselves against consumer trends. And then we've had some upside with our contract manufacturing, as we just continue to leverage our assets to be able to make them sweat a little bit more and pull more pounds through our plants. But, however, we do have an area that is under renovation, as they call it. Before I dig deep into that I want to kind of draw a parallel here.

I think some -- a lot of us have had renovations at our home or maybe we built a new home and we're all excited about when we walk into that new kitchen and get a chance to enjoy it for the very first time. But leading up to that is a lot of heavy lifting, a lot of dust and a lot of mess. And that's exactly what we're going through with our sandwich crackers. But I'm excited about it because we did the same exact thing in the past 18 months with Cape Cod.

While I talked a lot about Cape Cod's success right now, Cape Cod went through a very similar renovation back in 2012, where we went in and upgraded our manufacturing facilities to improve our capacity and our utilization and our quality. Went through some heavy lifting there. We went in and really strategically dug into the brand and worked on our packaging, worked on our positioning, worked on our flavors, worked on our [limited batch] and did a lot of things to really improve the overall franchise and now because of that we're enjoying some incredible growth.

Well, we're going down a very similar parallel path with our sandwich crackers. We've upgraded our packaging. It takes a long time, though, to be able to transition all the SKUs because it's important that you move them all over as quickly as you can. But it's taken us about 15 months to do that because of all the lines that have had to be converted. We've also repositioned just the image and the marketing reach with it. But by being able to do that, as I mentioned earlier, Bolds has been successful, and we've been able to launch Bolds because of some of the renovation we're putting our sandwich crackers through.

So the category is not performing as well as we'd like. We're running into a little bit of headwinds. We're also running into some kind of self inflicted changes that we need to go through as we renovate. But sandwich crackers will bounce back strongly and continue to do well. But in spite of some headwinds on sandwich crackers, we delivered a 3% revenue and a 3% volume growth, which is a little bit higher than our overall peer averages.

So that was a long answer, Brett. I'm sorry for that. But I think we need to share what's going on with sandwich crackers so we can continue to be very transparent, as we always do. But we also need to share with you some of the success that we're seeing in our other core brands.

BRETT HUNDLEY: I very much appreciate it. And maybe just as a very quick follow-up, is it safe to assume that the renovation underway with sandwich crackers could take a similar time to play out as it did with Cape Cod?

CARL LEE: It very well could. Our packaging conversion will be complete in October. It will be on the shelf for all of our SKUs. It's been on the shelf for a few of our SKUs now for some time. So that's coming through. And then there's a couple of other things that are still underway as we review every aspect of the brand to position it for the future.

I think -- I'm excited about sandwich crackers because if you take a look at the portability and the ability to deliver nutrition, ability to deliver convenience, to deliver protein and all the things consumers are looking for, there's really no better format than sandwich crackers to be able to do that. But we had to take time to go back and reposition the brand, go through this renovation and prepare for the future. And sometimes you're going to create headwinds and you're going to run into headwinds as you do it. But at the end we're all confident that it's going to be well worth it, and Cape Cod is a good example. It has paid off there, it should pay out handsomely with our sandwich crackers. But it's going to require all of us to be a little patient as we go through the changes.

BRETT HUNDLEY: Okay, thank you. And then Rick, I just have two questions for you. Number one, can you give further color on the cost savings program? Maybe just give us an idea of chunks, what comes quickly? What level of cost savings comes more quickly and when? And then what chunk maybe comes longer? If you can just sort of piece that out for us.

RICK PUCKETT, LANCE, INC. - EVP, CFO, SNYDER'S: Sure. As we've talked, we're looking at a target of about $22 million to $25 million. About half of that is related to costs of associates, actually, and most of that is already done. So we'll see that moving forward in our results. The other half is really better utilization of our outside professionals, consolidation of some of the services that we are receiving, reductions in overall costs and improved efficiencies and manufacturing.

There's about a $6 million requirement of capital to achieve some of the savings that we have on the manufacturing side but those pay back very, very quickly. So the time frame will be over the next 12 months. We should be in a position sort of in the Q3 of next year to really kind of have them in our run rate on a full time basis.

BRETT HUNDLEY: Okay. Perfect. And then just, lastly, speaking of capital, can you please just give your plans for, a, cash that will be left over on the balance sheet -- you'll certainly have a fair amount of it -- and maybe within that you could rank your desires for capital outflows period. Thanks, guys.

RICK PUCKETT: Yes. And thanks very much, Brett. Yes, we will have -- and do have today -- some excess cash. We'll see a fairly significant balance on the balance sheet going forward as we pay down our debt. And we mentioned also that we recently refinanced. We put in a five year term loan at attractive rates and covenants, as well as a ten year term loan -- or, sorry, a seven year term loan with attractive rates. So both of those are in place.

We'll maintain those out there. The effective rate of those right now are about just around 2%. So not a bad rate. We will look at the cash, first and foremost, to continue to fund the operations but, as we're generating cash in the operations, we'll look to establish the bank, if you will, to acquire additional brands. That is very much a part of our strategy, and that would be the first place that we would like to invest it.

BRETT HUNDLEY: Thank you.

OPERATOR: Thank you. Our next question comes from Rohini Nair of Deutsche Bank. Your line is open.

ROHINI NAIR, ANALYST, DEUTSCHE BANK: Carl and Rick, I think you guys did a great job in helping us understand how you're positioning the Company for growth going forward. The focus on the better-for-you portfolio

and differentiated innovation. You reiterated your target that you've talked about in the past about 3% to 5% annual growth on your core brands.

I was just wondering if you can give us an update around how you're thinking about that double digit margin target that you've alluded to in the past. It seems like you might have better visibility, at this point, as to when we might see that come through, especially with the restructuring initiative. So if you could just give us some color around that, that'd be great.

RICK PUCKETT: Yes. And thanks, Rohini. It is an important target for us. And as we talked about our stated targets, it is the double digit operating margins. With the sale of private brands we have a couple of obstacles to overcome. One is where we are today, which is around an 8% kind of run rate getting to [the] double digits. And then having to deal with stranded costs at the same time.

So the margin improvement and reconstructing plan that was initiated at the end of the second quarter, and a lot of actions were taken, actually, in the early third quarter, is designed to do that. It is designed to get very close to that stated target. It certainly is designed to offset -- more than offset -- the stranded costs that were left by the sale of private brands. So we believe, as we've always stated, that in 2015 on a run rate basis we will be very close to that stated target.

ROHINI NAIR: Okay, great. And if I could follow up on your advertising. So you mentioned that it was up around 26% year-to-date. I guess I'm curious to see how you're judging the returns you're getting on that spend, and maybe how you're expecting that to trend over the course of the year. I know you always kind of targeted the weighting to be toward the beginning of the year but do you get the sense that you'll need to up your investment in order to keep your sales momentum up?

CARL LEE: Thanks for your question, Rohini. I think that most of that spend, we really aggressively increased our overall budget in our spend for Q1. Traditionally we were basically spending in Q2 and Q3, with some in Q4, but we repositioned our P&L to add more to upfront this year. It's all about supporting our innovation, which has worked out extremely well. We'll have those funds now in place for Q1 in 2015 with a very aggressive new slate of SKUs to be able to go forward. But you bring up an important question. Spending more on advertising is easy. Making sure you're spending it efficiently, that's what's really important.

And we've got some great new leaders in our marketing organization, and they're putting in place some great new tools. You may be familiar with market mix and some of the other tools that are out there. And we're using that as a new tool to go in and evaluate the efficiency of our spend and the effectiveness of our spend. So while we'll continue to increase our spending because it's important to drive household penetration and awareness, we're going to adapt it to the point where we get the best overall return.

And we've got the tool box to be able to do that but we didn't necessarily have it in the past. So the advertising, from what we can tell, is working. We'll get more efficient where we're spending it, maybe more on digital, maybe less on TV, maybe more on TV, maybe less on print. So we'll kind of move through the different medias that out there. But continue to make sure that we're very effective getting the news out with our better-for-you portfolio and with our overall innovation. So we'll continue to spend but, to your point, spend very efficiently.

RICK PUCKETT: And just to add to that, Rohini -- just quickly to add to that, these tools are allowing us to pull apart our branded portfolio and see what brands react to what kinds of advertising and or media in a more optimized way. So it's allowing us to reallocate some of those dollars going forward to a more effective spend. So we're feeling pretty good about the amount of information we're getting and the knowledge that we're gaining from it.

CARL LEE: That's a good point, Rick. And just to add -- Rohini, we were clearly focused on our overall margin as something that's very important. We've shared with you our expectations and we're making good progress there. Obviously, and it probably goes without saying, we could get there a lot quickly if we weren't trying to build our Company for the long term. Investing in marketing, investing in our IBOs, investing in our innovation and our capability and adding an R&D center and other things, those are what are important to make sure we balance the need for a margin improvement with also the long term ability to grow a successful Company.

So the good news is, we're getting to the margin expectations. We're getting there on the timeline that we expected. But equally as important, in my book, is we're doing it the right now. And kind of brick by brick, we're building our Company and we're investing as we go.

ROHINI NAIR: Thank you so much for that. I'll pass it on.

OPERATOR: Thank you. Our next question from Bill Chappell of SunTrust. Your line is open. Bill, if you can check your mute button. We'll move on to Akshay Jagdale of Keybanc Capital. Your line is open.

UNIDENTIFIED PARTICIPANT: Hi. Good morning. This is actually (inaudible). I just wanted -- I was just wondering if you could talk a little bit about the competitive environment that you're seeing in the snacking aisles. Can you just address whether or not you're seeing any sort of increased competition or greater promotional activity? And maybe which category, if any, you're seeing the biggest changes?

CARL LEE: (inaudible), thanks for joining us. I think that you're right, there is a step up in competitive activity. I think what we're doing is trying to play to our strengths and leaning into innovation has really helped us. In fact, we were the first to launch the waffle cut to Cape Cod. Lots of imitators have followed us into that. We were the first to launch the Sweet and Salty platform with our Pretzel Pieces. Lots have followed in with Sweet and Salty additions.

So we're seeing innovation as our key driver of growth and it's also our way to kind of stay ahead of the competition and making sure we're kind of focused on bringing consumers what they're looking for versus getting into the trenches and just fighting out on price. We are seeing some price pressures on our mainstream, kind of our day-to-day items but when you balance that out and promote or spend enough to make sure you kind of protect volume but you're not going to chase the competition but instead put more emphasis and more execution around innovation, it allows us to kind of deal with those of challenges of the pricing issues but do it in our way. And that's focus on good solid top line growth and protect our margins while, at the same time, that we do protect our share across our core brands. So, for us, it's as much of a balancing act. As we do see more competition, we're leaning into a kind of long-term growth versus just dealing with those kind of day-to-day pricing issues. Hope that helps.

UNIDENTIFIED PARTICIPANT: Yes, it does. Thank you. And then just on your new product launches. You guys have talked about how you're seeing some pretty good results with your new product launches. I think you called out Cape Cod popcorn, in particular, as showing particular strength. Are there any other specific product categories within your new launches that you're really happy with the progress with?

CARL LEE: Yes, I think, just to run down all of our core brands because each one -- Cape Cod popcorn has worked tremendously, along with some flavors and other items there. Some new sizes have worked very well for us on Cape Cod. But the Sweet and Salty, I mentioned earlier for our Pretzel Pieces, has just been a home run. It's been addressing a pent up consumer demand on the brand that is known for quality, that's known for its overall ability to deliver when the consumers open the bag.

And so Sweet and Salty has done real well for us. Our new Pretzel Spoonz has done real well. It's really truly the first edible spoon that allows you to tie in with lots of dips and other items that people want to be able to eat right out of the jar, for instance. And then we've seen good success with **Pretzel Crisps**. And the new mini launch, there's some new flavors there. And then we one I'm personally excited about is our sandwich crackers and our Bolds.

And, as I alluded to earlier, the new packaging, the new equipment and manufacturing capabilities we've added there has allowed us to come out with a different number of crackers in the box and able to do a closes carton, that really positions an item like Bolds right front and center for Millennials and people who are looking for more of a spicy cracker. So kind of across the board all our brands have gotten some important innovation and it's helping all of our brands achieve our targets.

UNIDENTIFIED PARTICIPANT: Great, that's very helpful. I'll pass it on, thanks.

OPERATOR: Our next question comes from Jonathan Feeney of Athlos Research. Your line is open.

JONATHAN FEENEY, ANALYST, ATHLOS RESEARCH: Good morning. Thanks very much. I wanted to first ask about -- maybe a detailed question for Rick about how to think about the loss of contribution from the private brands business. I know you've given us some guidance but just as it relates to the first couple of quarters, is just taking out the nickel from discontinued operations maybe a way to think about what the base would be of the business as it is today without private brands?

Just kind of looking forward to 2015. I know there's a couple, at least, of factors on top of that that would grow that number. But I want to know how much of a hole you're actually working out of? If you can give any kind of sense I'd appreciate it.

RICK PUCKETT: Actually, there's also the stranded cost it leaves behind, right, so there's more of an impact, quite honestly, on a contribution margin than what you see on discontinued ops. So that stranded cost is somewhere between $0.10 and $0.15 a share on an annualized basis. And that we're going to overcome with our margin enhancement and reconstructing plan that we have in place. So the hole just for private brands we really haven't shared too much with you, and I'd rather not do it, but it represented a large portion of our EPS in terms of the contribution from that business.

It was a $300 million business, right, and it was performing quite well because we had optimized that business for, really, the two years prior to the sale to the point where it was running on all cylinders. And it still is. So, it was a hole that is a significant hole for us to fill. We believe we can do that. On the bottom line, it may be a little tougher to do it on the top line without acquisitions, and that's what we would look to do.

JONATHAN FEENEY: Great. That's really helpful. And just two questions for Carl. First, on the private brands business you hear a lot about in Europe private brands go hand in hand with brands in terms of retailer relations. But then on the flip side here, you hear a lot of food manufacturers talk about how they actually -- they would never get into the private brands business because it hurts them with retailers. How have retailers reacted to your exit of the private brands business, would be my first question.

And the second question would be, it seems to me you have a great opportunity with any up and coming niche snack company, and there's (inaudible) of them when you go to these trade shows, as really the only game in town if they want to partner as opposed to sell. Could you talk about maybe the pipeline of potential distribution partnerships particularly in some of these niche-y sort of, in a lot of cases, better-for-you snack? Thanks very much.

CARL LEE: Thanks for the question. And I think that you bring up an interesting point about private brands and the dynamic situation in Europe. I lived and worked in Europe for a number of years and was excited about the opportunity to deal with the European trade and the European retailers and the European consumers. But I find that to be a very different model than we have here. Their overall penetration and revenues that's produced by private brands is much higher than what we have in the U.S. But it -- I don't foresee that coming to that same point in the U.S.

It will continue to grow but it's going to be a different situation, U.S. versus Europe, in my opinion, on the way private brands continue to develop. They have upside but it probably won't achieve what we've seen in Europe. But the retailers have been very positive about the exit of private brands. What I find is that I think, again complimenting our team and the great leaders we have, did a very good job of trying to put one foot day in and day out in private brands and the other foot into brands, and trying to balance the need to be able to support and grow both.

But it's difficult and very few companies are successful, in my opinion, of being able to manage both private brands and branded. So I think that the retailers understand that and they've been supportive and we've been able to exit that very gracefully and be able to find a great partner in Shearer's to acquire it. And Shearer's is going to take that business to the next level because private brands is what they do day in and day out, and that's very important for them.

So I think the exit has gone smoothly. The transition to make sure we deal with the stranded cost is in place. And if you'll be patient with us over the next four quarters as we deal with discontinued operations and the impact on the

P&L, we'll be able to make this transaction very smooth for you as well as we transition through the numbers and the time frame.

But overall the exit has gone well for us and for our associates that are a part of the private brand business. And the other thing I think helped us was we did -- private brands was in different segments. We sold sandwich cream cookies and chocolate chip cookies. We did not sell sandwich crackers (inaudible) and we did not sell pretzels and **Pretzel Crisps** and potato chips. So it was a different category that we participated on private brands.

JONATHAN FEENEY: And just on the partner brands, Carl. Will you be -- it seems like there's a great opportunity there for a lot of niche snack players around to gain national or super regional distribution. And, really, you're, by far, the leader in being able to provide that. Could you talk about that as an opportunity and where you stand?

CARL LEE: You bring up an important point because the -- our partner brand strategy is a win-win-win. It's a win for us because we're able to provide some great brands for IBOs to carry and great ways to leverage our distribution infrastructure. It's a win for the retailer because we kind of consolidate the deliveries for them and bring in great execution and take care of the delivery and merchandising for them. But, to your point, it's a real win for the partners because they have access national distribution, to a very capable and growing and expanding DSD system which really doesn't exist.

There's other national distributors out there but no one's going be in the store four, five days a week providing that personal touch to their packages and making sure they get on the shelf and have display support and the placements and everything else they're looking for. But there's a good opportunity there. And we know our partners well. We interact with them. We help with some of their planning. We help them with some of their strategies and execution. But it does, to your point, give us kind of the first chance to get to know them, the first chance to begin to understand what their brands are capable of, and it gives us a chance to build relationships that either can be around distribution long-term, around an interest in their company, around potentially acquiring them.

So partner brands is an important part of our strategy but the point you're making is equally important. It helps us leverage our DSD system but it really helps us be able to do some partners that we can expand our relationship with over time. And we do that quite often and it gives us a chance to bring other better-for-you items into the store. And then keep an eye out for acquisitions that we may be interested in long-term.

JONATHAN FEENEY: Great. Thank you very much.

OPERATOR: Thank you, again, ladies and gentlemen. (Operator Instructions). Our next question comes from Amit Sharma from BMO Capital Markets.

AMIT SHARMA, ANALYST, BMO CAPITAL MARKETS: Hi. Good morning, everyone.

CARL LEE: Good morning, Amit.

AMIT SHARMA: Carl, I just wanted to get a better understanding of what Baptista's brings to the table. Clearly, the back half guidance seems -- or the loss of EPS seems like you're not assuming a whole lot from that business in the back half. And that's probably understandable with all the stranded costs that you are trying to offset. But looking forward if you can talk about what kind of revenue contribution we should expect from that business. What sort of margin improvement we should expect from that business as you bring (inaudible) in-house?

CARL LEE: First of all, I just want to thank you for the question. Because in our desire to be very transparent, I'm glad to be able to talk about this subject. There's lots of different ways to approach it. I think that -- a natural question I would have, maybe looking from the outside in, is why would you buy your contract manufacturer? Why would you invest your hard earned capital there? For us it was an absolute strategic move because **Pretzel Crisps** is an important part of our overall future. And, with Baptista's capabilities, we've launched a number of new items here already.

We've got a number of new items coming so it gives us a chance to continue to expand that brand and improve our overall margins. But what I'm really excited about even above that, which is important, is that we've got a lot of new items for 2015 that Baptista's is making for our distribution business. So you'll see some new items that roll out with SOH and Cape Cod that are made at the Baptista's factory, and will allow us to be able to continue with our successful innovation by tapping into both their unique skill set but, in addition, some of their unique equipment that they have that makes very on-trend, consumer driven new items.

So that's important. So I think the first big opportunity and win with Baptista's is the innovation pipeline that we're expanding, on the success we already have, using their capabilities. I think the second, it does give us some critical mass and scale, it increases our purchasing scale, increases our chance to tie in with them and drive some synergies through logistics, purchasing, overhead, other areas.

We will continue to improve our margins over time across both our brands and [with] the other items that we produce for others. So there's multiple ways that this was a very strategic move for us and you will see, in 2015, some additional enhancements in margin and you should expect them as we go forward.

AMIT SHARMA: Maybe provide a little bit more specifics around what kind of revenue contribution, if we think about the co-packing business that Baptista's is doing currently and that will accrue to you, is it in the neighborhood of $100 million on a run rate basis or less than that?

CARL LEE: We haven't -- we've chosen not to break that out and we're going to continue to do that. I appreciate the question and respect it but I just don't want to provide numbers. It does -- back to John's question on partner brands earlier, we've got some very high value, very consumer trend better-for-you type of items that we produce there for some other partners. But similar to the fact that, for over 20 years, we've distributed partner brands and have been proud to do it.

We're very proud to make some brands for some of our partners at Baptista's. So there's some real advantages to both that revenue stream but also to the ability to stay on top of creating high value items for our partners and for ourselves. So there is some incremental revenue, there is some incremental income there along with the skill set enhancement I talked about earlier.

AMIT SHARMA: So let me ask this in a different way, then. So the 3% to 5% annual growth items, that is for the overall portfolio, right? That's not just branded portfolio? Right, Rick?

RICK PUCKETT: That's correct, Amit.

AMIT SHARMA: Okay.

CARL LEE: That is correct.

AMIT SHARMA: So if that is the case, we did 2% branded growth in this quarter and we are increasing [M and A] spending by 25% plus. What gets us from that 2% growth to perhaps 5%?

Because your partner brands probably, on an organic basis, are not going to grow as quick as your branded portfolio, no?

RICK PUCKETT: One of things that's, obviously, coming out is the private brands business that was not growing, right. So the overall growth will go up as we improve the growth of -- or improve the mix of high growth, higher growing segments. So that's a big piece of it. Certainly the 3% to 5% that we've talked about is not really inclusive of acquisitions. So whatever Baptista's adds in the long term is really on top of that 3% to 5%. So we expect to get to the 3% to 5% without Baptista's.

AMIT SHARMA: And you think the portfolio (inaudible) innovation pipeline that you see coming on where you're well positioned to accelerate the trends that you're seeing in the branded portfolio for the last [few] quarters?

RICK PUCKETT: We do. Even if you -- I'll just do the math real quick. Even if you were to take private brands out of the first six months you're going to get a number that is north of 5%.

AMIT SHARMA: Sure.

RICK PUCKETT: It's (inaudible) 6% or so.

AMIT SHARMA: Okay. Got it. That's all I have. Thank you very much.

CARL LEE: I think just adding a little more to your question. I think the first suggestion I have is compare the current trends and the current growth rates that we've got to the overall industry and to lots of other food companies who have released. Ours are very attractive in comparison to all the others. And to Rick's point I think we had a little bit of challenges with private brands.

That changes it a little bit. And then, I talked about it earlier, were intentionally going through an innovation process with sandwich crackers similar to what we did with Cape Cod. And that is a little bit of a headwinds right now that we expect to come out of. Our growth has been very positive and we expect it to continue.

AMIT SHARMA: Got it. Thank you.

OPERATOR: Thank you. I'm not showing any further questions in queue. I'd like to turn the call back over to Carl Lee, President and Chief Executive Officer, for any final comments.

CARL LEE: Ashley, thanks for your help today. We appreciate you coordinating the call. And I really appreciate everyone who's joined the call. And as I said earlier we've been looking forward to this chance to share with you the very positive Q2 results that we're all very proud of. And again I want to thank all of my teammates for all of their hard work to make it possible. I also want to call out what Rick said earlier, to be able to announce two major transactions on the same day.

It's a feat that you very seldom see and it's an accomplishment and something incredible that our team was able to pull off. But I think beyond even Q2 and the ability to announce and then execute the transactions, the transformation is real, it's permanent and it's been building for a long time. And it really positions us to be very uniquely different versus our competition. We focus on premium items, we focus on differentiated items and we've got an important pipeline that's already working for us and another pipeline that's coming online in 2015 of new items that we're excited about.

So, again, appreciate the time. But I'll leave you with three words -- this organization, first and foremost, is focused. This organization, second, is very nimble. And third, based on our track record, this organization is very capable. So continue to count on us to work very hard for our shareholders and do hard work, day in and day out, to build our shareholder value. Thanks for your time. Wish everybody a very good day.

OPERATOR: Ladies and gentlemen, thanks for participating in today's conference. This concludes today's program. You may now disconnect. Everyone have a great day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON FINANCIAL'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** September 13, 2014

---

End of Document



# Second-quarter net income for Snyder's-Lance falls on special items

York Daily Record (Pennsylvania)

August 7, 2014 Thursday

Copyright 2014 York Daily Record

Distributed by McClatchy-Tribune Business News

**Section:** BUSINESS AND FINANCIAL NEWS

**Length:** 237 words

**Byline:** Gary Haber York, York Daily Record, Pa.

## Body

Aug. 07--Snyder's-Lance Inc's. net income fell in the second quarter after factoring in restructuring charges and other one-time items.

The Charlotte, N.C.-based maker of Snyder's of Hanover pretzels and Snack Factory **pretzel crisps** posted net income of $11.7 million, or 16 cents a share, for the three months ending June 28. That was down from net income of $13 million, or 19 cents a share, in second quarter 2013.

On an adjusted basis, excluding special items including $6.1 million in restructuring and impairment charges, the company had net income of $20.6 million, or 29 cents a share, which was up from adjusted earnings of $16.9 million, or 24 cents a share, in the year-ago quarter. The adjusted earnings matched the expectations of analysts who forecast the company would earn 29 cents a share on an adjusted basis.

Net revenue rose 4.8 percent in the quarter, to $460 million. The company Company cited strong sales of its Cape Cod popcorn, Snyder's of Hanover Sweet and Salty pretzel pieces and Snack Factory **pretzel crisps**.

Snyder's-Lance said it expects to post full-year 2014 earnings of between $1.10 and $1.18 a share.

Snyder's to reduce employee workforce

Snyder's-Lance sells private-label business, acquires Baptista's Bakery

Snyder's-Lance revenue increases by 4.4 percent in Q1

___ (c)2014 York Daily Record (York, Pa.) Visit York Daily Record (York, Pa.) at www.ydr.com Distributed by MCT Information Services

**Load-Date:** August 8, 2014

End of Document



# *Snyders-Lance 2Q EPS 16c >LNCE

Dow Jones Institutional News

August 7, 2014 Thursday 10:00 AM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

[> **DOW JONES** NEWSWIRES

**Length:** 4143 words

## Body

7 Aug 2014 06:00 ET *Snyders-Lance 2Q Net $11.7M >LNCE

7 Aug 2014 06:00 ET *Snyders-Lance 2Q Rev $399.6M >LNCE

7 Aug 2014 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports Results for Second Quarter 2014

Snyder's-Lance, Inc. Reports Results for Second Quarter 2014

- Net revenue of $460 million, a 4.8% increase over prior year

- Earnings per diluted share of $0.29 excluding special items, a 21% increase over prior year

- Earnings per diluted share of $0.16 including special items

- Closed on the Baptista's acquisition and finalized efforts to sell Private Brands

- Initiated Margin Improvement & Restructuring Plan

PR Newswire

CHARLOTTE, N.C., Aug. 7, 2014

CHARLOTTE, N.C., Aug. 7, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its second quarter of 2014. Net revenue for the second quarter ended June 28, 2014 was $460 million, an increase of 4.8% compared to prior year net revenue of $439 million. Net income excluding special items in the second quarter of 2014 was $20.6 million, or $0.29 per diluted share, as compared to net income of $16.9 million for the second quarter of 2013, or $0.24 per diluted share. Net income including special items was $11.7 million for the second quarter of 2014, or $0.16 per diluted share, as compared to net income of $13.0 million for the second quarter of 2013, or $0.19 per diluted share. Special items for the second quarter of 2014 included after-tax expenses of $6.1 million for restructuring and impairment charges and $2.8 million in transaction related expenses. Special items for the second quarter of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense.

Net revenue for the first six months ended June 28, 2014 was $897 million, an increase of 4.6% compared to prior year net revenue of $858 million. Net income excluding special items for the first six months of 2014 was $38.8 million, or $0.55 per diluted share, as compared to net income of $36.7 million for the first six months of 2013, or $0.53 per diluted share. Net income including special items was $28.5 million for the first six months of 2014, or $0.40 per diluted share, as compared to net income of $32.8 million for the first six months of 2013, or $0.47 per diluted share. Special items for the first six months of 2014 included after-tax expenses of $6.8 million for restructuring and impairment charges, $0.6 million for a self-funded medical insurance claim and $3.0 million in transaction related expenses. Special items for the first six months of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense.

In the accompanying financial statements, the sale of Private Brands is classified as discontinued operations, which closed early in the Third Quarter.

Comments from Management

"The second quarter of 2014 was a key turning point for Snyder's-Lance," commented Carl E. Lee, Jr., President and Chief Executive Officer. "Our recently completed sale of Private Brands supports our strategic plan to lead with differentiated branded products, while acquiring Baptista's significantly improves our ability to drive innovation and organic growth. A number of exciting new products in our pipeline are being driven by the Baptista's team and will come to market as we move into 2015. Our company is uniquely positioned to deliver what consumers are expecting when it comes to snacks that serve as a meal replacement, fuel a busy day or are part of healthy eating occasions. By staying focused on execution, we have launched a number of strategic initiatives to meet consumer trends and retailer expectations, while ensuring we stay ahead of the changing landscape. With a national Independent Business Owners (IBO) based DSD network, we have the capability to deliver new products quickly from our kitchens to store shelves, as consumers continue to search for unique and fulfilling snacks."

Mr. Lee continued, "Over the next 12 months, we'll complete the transition and integration of our recent transactions while reducing costs by $22 to $25 million through our Margin Enhancement & Restructuring initiative. At the same time, we will continue to invest in our Core branded products with advertising and marketing plans that are focused on driving top line and building long-term equity with consumers. The result will be expanded margins as we continue to drive growth with innovative new products, distribution gains and enhanced retail visibility. We'll continue to expand our better-for-you product offerings and leverage the manufacturing capabilities and innovation skills of the team at Baptista's, as well as other facilities and R&D Center. During our upcoming Second Quarter 2014 earnings call, we will discuss these changes and current sales trends as well as our projections for increasing revenues and reducing costs during the balance of 2014. A number of significant achievements have been realized during the past quarter and we are excited about what the future holds for our Company. I want to thank all of our team members at Snyder's-Lance who are working hard to serve our consumers, customers and shareholders on a daily basis."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on August 29, 2014 to stockholders of record at the close of business on August 21, 2014.

Estimates provided for 2014

The Company estimates net revenue for the full year 2014 will be in the range of $1.72 to $1.75 billion. Earnings per diluted share are expected to be between $1.10 and $1.18, adjusted for the recent transactions. Capital expenditures for 2014 are projected to be between $75 and $77 million, including capacity expansion for Baptista's.

Conference Call

Management will conduct a conference call and live webcast at 9:00 am eastern time on Thursday, August 7, 2014 to review the Company's second quarter results as well as the recently completed sale of Lance Private Brands to

Shearer's Foods and the recently completed acquisition of Baptista's Bakery. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com . In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at www.snyderslance.com . To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 78414145. A continuous telephone replay of the call will be available between 3:00pm on August 7 and midnight on August 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 78414145. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), Quitos(TM) and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions and statements regarding the Company's acquisition of Baptista's Bakery and the recent sale of Private Brands, which are subject to a number of risks and uncertainties, including our ability to generate revenues and earnings previously generated by Private Brands or cost reductions to offset overhead costs previously covered by Private Brands. Factors that could cause actual results to differ include general economic conditions; volatility in the price, or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions, including Baptista's Bakery; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES Condensed
Consolidated Statements of Income (Unaudited) For the
Quarters and Six Months Ended June 28, 2014 and June 29,
2013
                    Quarter Ended      Six Months Ended
```

7 Aug 2014 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -2-

| (in thousands, except per share data) | June 28, 2014 | June 29, 2013 | June 28, 2014 | June 29, 2013 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Net revenue | $399,596 | $378,489 | $772,612 | $737,030 |
| Cost of sales | 254,707 | 244,386 | 494,537 | 470,238 |
| | -------- | -------- | -------- | -------- |
| Gross margin | 144,889 | 134,103 | 278,075 | 266,792 |
| Selling, general and administrative | 121,312 | 118,036 | 237,376 | 223,411 |
| Impairment charges | 6,503 | 1,900 | 7,503 | 1,900 |
| Gain on sale of route businesses, net | (297) | (1,482) | (1,460) | (1,592) |
| Other loss/(income), net | 501 | (1,476) | 581 | (2,617) |
| | -------- | -------- | -------- | -------- |
| Income before interest and income taxes | 16,870 | 17,125 | 34,075 | 45,690 |
| Interest expense, net | 4,111 | 3,521 | 7,501 | 6,960 |
| | -------- | -------- | -------- | -------- |
| Income before income taxes | 12,759 | 13,604 | 26,574 | 38,730 |
| Income tax expense | 4,584 | 5,141 | 7,910 | 15,010 |
| | -------- | -------- | -------- | -------- |
| Income from continuing operations | 8,175 | 8,463 | 18,664 | 23,720 |
| Discontinued operations, net of income tax | 3,523 | 4,567 | 9,845 | 9,218 |
| Net income | 11,698 | 13,030 | 28,509 | 32,938 |
| Net income attributable to noncontrolling interests | 21 | 51 | 16 | 116 |
| Net income attributable to Snyder's-Lance, Inc. | $ 11,677 | $ 12,979 | $ 28,493 | $ 32,822 |
| | ======= | ======= | ======= | ======= |
| Amounts attributable to Snyder's-Lance, Inc.: | | | | |
| Continuing operations | 8,154 | 8,412 | 18,648 | 23,604 |
| Discontinued operations | 3,523 | 4,567 | 9,845 | 9,218 |
| Net income | $ 11,677 | $ 12,979 | $ 28,493 | $ 32,822 |
| | ======= | ======= | ======= | ======= |
| Basic earnings per share: | | | | |
| Continuing operations | 0.12 | 0.12 | 0.27 | 0.34 |

```
Discontinued
 operations       0.05     0.07     0.14     0.13
Net income        0.17     0.19     0.41     0.47
                ========  ======== ======== =======

Weighted average
 shares
 outstanding -
 Basic          70,162   69,279   70,080   69,136

Diluted earnings
per share:
Continuing
 operations       0.11     0.12     0.26     0.34
Discontinued
 operations       0.05     0.07     0.14     0.13
Net income        0.16     0.19     0.40     0.47
                ========  ======== ======== =======

Weighted average
 shares
 outstanding -
 Diluted        70,905   70,086   70,820   69,922

Cash dividends
 declared per
 share       $   0.16  $   0.16  $   0.32  $   0.32
```

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
 Condensed Consolidated Balance Sheets (Unaudited)
 As of June 28, 2014 and December 28, 2013

| (in thousands, except share data) | June 28, 2014 | December 28, 2013 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 18,450 | $ 14,080 |
| Accounts receivable, net of allowances of $1,490 and $1,535, respectively | 134,322 | 121,599 |
| Inventories | 126,237 | 100,447 |
| Prepaid income taxes | 7,079 | 9,094 |
| Deferred income taxes | 15,874 | 15,391 |
| Assets held for sale | 14,262 | 15,314 |
| Prepaid expenses and other current assets | 21,146 | 22,925 |
| Current assets of discontinued operations (Note 3) | 39,399 | 37,416 |
| Total current assets | 376,769 | 336,266 |
| Noncurrent assets: | | |
| Fixed assets | 423,379 | 312,527 |
| Goodwill | 479,502 | 422,318 |
| Other intangible assets, net | 513,462 | 516,607 |
| Other noncurrent assets | 22,413 | 22,250 |
| Noncurrrent assets of discontinued operations (Note 3) | 181,903 | 154,626 |
| Total assets | $1,997,428 | $ 1,764,594 |

LIABILITIES AND STOCKHOLDERS' EQUITY

Current liabilities:

| | | |
|---|---|---|
| Current portion of long-term debt | $ 8,894 | $ 17,291 |
| Accounts payable | 56,715 | 45,966 |
| Accrued compensation | 27,217 | 27,530 |
| Accrued casualty insurance claims | 5,096 | 6,262 |
| Accrued selling and promotional costs | 14,174 | 12,636 |
| Other payables and accrued liabilities | 22,459 | 22,016 |
| Current liabilities of discontinued operations (Note 3) | 15,219 | 14,503 |
| Total current liabilities | 149,774 | 146,204 |

Noncurrent liabilities:

| | | |
|---|---|---|
| Long-term debt | 695,208 | 480,082 |
| Deferred income taxes | 191,498 | 190,393 |
| Accrued casualty insurance claims | 7,439 | 5,567 |
| Other noncurrent liabilities | 21,981 | 24,143 |
| Noncurrent liabilities of discontinued operations (Note 3) | 269 | 305 |
| Total liabilities | 1,066,169 | 846,694 |

Commitments and contingencies

Stockholders' equity:

| | | |
|---|---|---|
| Common stock, $0.83 1/3 par value. Authorized 110,000,000 shares; 70,236,168 and 69,891,890 shares outstanding, respectively | 58,528 | 58,241 |
| Preferred stock, $1.00 par value. Authorized 5,000,000 shares; no shares outstanding | -- | -- |
| Additional paid-in capital | 771,673 | 765,172 |
| Retained earnings | 91,213 | 85,146 |
| Accumulated other comprehensive income | 10,659 | 10,171 |
| Total Snyder's-Lance, Inc. stockholders' equity | 932,073 | 918,730 |
| Noncontrolling interests | (814) | (830) |
| Total stockholders' equity | 931,259 | 917,900 |
| Total liabilities and stockholders' equity | $1,997,428 | $ 1,764,594 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Cash Flows (Unaudited)
For the Six Months Ended June 28, 2014 and June 29, 2013

| | Six Months Ended | |
|---|---|---|
| (in thousands) | June 28, 2014 | June 29, 2013 |
| Operating activities: | | |
| Net income | $ 28,509 | $ 32,938 |
| Adjustments to reconcile net income to cash from operating activities: | | |
| Depreciation and amortization | 29,742 | 29,641 |
| Stock-based compensation expense | 3,128 | 2,826 |
| Loss/(gain) on sale of fixed assets, net | 398 | (272) |
| Gain on sale of route businesses | (1,460) | (1,592) |
| Impairment charges | 7,503 | 1,900 |

| | | |
|---|---:|---:|
| Deferred income taxes | 544 | 3,509 |
| Provision for doubtful accounts | 811 | 1,302 |
| Changes in operating assets and liabilities, excluding business acquisition | (15,994) | (17,658) |
| Net cash provided by operating activities | 53,181 | 52,594 |

Investing activities:

| | | |
|---|---:|---:|
| Purchases of fixed assets | (33,891) | (39,869) |
| Purchases of route businesses | (15,018) | (21,353) |
| Proceeds from sale of fixed assets | 471 | 2,213 |
| Proceeds from sale of route businesses | 16,258 | 17,533 |
| Proceeds from sale of investments | -- | 921 |
| Business acquisition, net of cash acquired | (202,260) | -- |
| Net cash used in investing activities | (234,440) | (40,555) |

Financing activities:

| | | |
|---|---:|---:|
| Dividends paid to stockholders | (22,426) | (22,135) |
| Dividends paid to noncontrolling interests | -- | (232) |
| Debt issuance costs | (1,854) | -- |
| Issuances of common stock | 4,819 | 7,549 |
| Repurchases of common stock | (1,160) | (709) |
| Repayments of long-term debt | (8,750) | (16,029) |
| Net proceeds from existing credit facilities | 215,000 | 16,870 |
| Net cash provided by/(used in) financing activities | 185,629 | (14,686) |

## 7 Aug 2014 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -3-

| | | |
|---|---:|---:|
| Effect of exchange rate changes on cash | -- | (347) |
| Increase/(decrease) in cash and cash equivalents | 4,370 | (2,994) |
| Cash and cash equivalents at beginning of period | 14,080 | 9,276 |
| Cash and cash equivalents at end of period | $ 18,450 | $ 6,282 |

Supplemental information:

| | | |
|---|---:|---:|
| Cash paid for income taxes, net of refunds of $164 and $36, respectively | $ 13,925 | $ 21,257 |
| Cash paid for interest | $ 7,159 | $ 8,021 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
For the Quarters and Six Months Ended June 28, 2014 and June 29, 2013

| (in thousands, except share data) | Net of Tax | Per Diluted Share |
|---|---:|---:|
| Quarter Ended June 28, 2014 | | |
| Net income attributable to Snyder's-Lance, Inc. | $11,677  $ | 0.165 |
| Impairment charges | 4,188 | 0.059 |
| Restructuring charges | 1,968 | 0.028 |
| Professional fees | 1,477 | 0.021 |
| Discrete foreign income taxes | 1,309 | 0.018 |

```
Net income attributable to Snyder's-Lance,
  Inc., excluding special items              $20,619   $      0.291
                                             ======    =========


Quarter Ended June 29, 2013
Net income attributable to Snyder's-Lance,
  Inc.                                       $12,979   $      0.185

Self-funded medical insurance claim           2,732          0.039
Impairment charges                            1,192          0.017
                                             -------

Net income attributable to Snyder's-Lance,
  Inc., excluding special items              $16,903   $      0.241
                                             ======    =========

                                             Net of    Per Diluted
(in thousands, except share data)            Tax           Share
-----------------------------------------    -------   ---------------
Six Months Ended June 28, 2014
Net income attributable to Snyder's-Lance,
  Inc.                                       $28,493   $      0.402

Impairment charges                            4,819          0.068
Restructuring charges                         1,968          0.028
Professional fees                             1,691          0.024
Self-funded medical insurance claim             564          0.008
Discrete foreign income taxes                 1,309          0.018
                                             -------

Net income attributable to Snyder's-Lance,
  Inc., excluding special items              $38,844   $      0.548
                                             ======    =========


Six Months Ended June 29, 2013
Net income attributable to Snyder's-Lance,
  Inc.                                       $32,822   $      0.469

Self-funded medical insurance claim           2,732          0.040
Impairment charges                            1,192          0.017
                                             -------

Net income attributable to Snyder's-Lance,
  Inc., excluding special items              $36,746   $      0.526
                                             ======    =========
```

Logo -  http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

/Web site:  http://www.snyderslance.com

Access Investor Kit for Snyder's-Lance, Inc.

Visit  http://www.companyspotlight.com/partner?cp_code=A591&isin=US8335511049

7 Aug 2014 06:02 ET *Snyders-Lance 2Q Adj EPS 29c >LNCE

7 Aug 2014 06:05 ET *Snyders-Lance Sees 2014 Rev $1.72B-$1.75B >LNCE

7 Aug 2014 06:06 ET *Snyders-Lance Sees 2014 EPS $1.10-EPS $1.18 >LNCE

*Snyders-Lance 2Q EPS 16c >LNCE

7 Aug 2014 06:07 ET *Snyders-Lance Sees 2014 Capex of Between $75M and $77M>LNCE

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

August 07, 2014 06:07 ET (10:07 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** August 8, 2014

End of Document



# Snyder's-Lance, Inc. Reports Results for Second Quarter 2014; - Net revenue of $460 million, a 4.8% increase over prior year

PR Newswire

August 7, 2014 Thursday 6:00 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 2772 words

**Dateline:** CHARLOTTE, N.C., Aug. 7, 2014

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its second quarter of 2014.  Net revenue for the second quarter ended June 28, 2014 was $460 million, an increase of 4.8% compared to prior year net revenue of $439 million.  Net income excluding special items in the second quarter of 2014 was $20.6 million, or $0.29 per diluted share, as compared to net income of $16.9 million for the second quarter of 2013, or $0.24 per diluted share.  Net income including special items was $11.7 million for the second quarter of 2014, or $0.16 per diluted share, as compared to net income of $13.0 million for the second quarter of 2013, or $0.19 per diluted share.  Special items for the second quarter of 2014 included after-tax expenses of $6.1 million for restructuring and impairment charges and $2.8 million in transaction related expenses.  Special items for the second quarter of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense.

Net revenue for the first six months ended June 28, 2014 was $897 million, an increase of 4.6% compared to prior year net revenue of $858 million.  Net income excluding special items for the first six months of 2014 was $38.8 million, or $0.55 per diluted share, as compared to net income of $36.7 million for the first six months of 2013, or $0.53 per diluted share.  Net income including special items was $28.5 million for the first six months of 2014, or $0.40 per diluted share, as compared to net income of $32.8 million for the first six months of 2013, or $0.47 per diluted share.  Special items for the first six months of 2014 included after-tax expenses of $6.8 million for restructuring and impairment charges, $0.6 million for a self-funded medical insurance claim and $3.0 million in transaction related expenses.  Special items for the first six months of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense.

In the accompanying financial statements, the sale of Private Brands is classified as discontinued operations, which closed early in the Third Quarter.

Comments from Management

"The second quarter of 2014 was a key turning point for Snyder's-Lance," commented Carl E. Lee, Jr., President and Chief Executive Officer.  "Our recently completed sale of Private Brands supports our strategic plan to lead with differentiated branded products, while acquiring Baptista's significantly improves our ability to drive innovation and organic growth.  A number of exciting new products in our pipeline are being driven by the Baptista's team and will come to market as we move into 2015.  Our company is uniquely positioned to deliver what consumers are expecting when it comes to snacks that serve as a meal replacement, fuel a busy day or are part of healthy eating occasions.  By staying focused on execution, we have launched a number of strategic initiatives to meet consumer trends and retailer expectations, while ensuring we stay ahead of the changing landscape.  With a national Independent Business Owners (IBO) based DSD network, we have the capability to deliver new products quickly from our kitchens to store shelves, as consumers continue to search for unique and fulfilling snacks."

Snyder's-Lance, Inc. Reports Results for Second Quarter 2014; - Net revenue of $460 million, a 4.8% increase over prior year

Mr. Lee continued, "Over the next 12 months, we'll complete the transition and integration of our recent transactions while reducing costs by $22 to $25 million through our Margin Enhancement & Restructuring initiative. At the same time, we will continue to invest in our Core branded products with advertising and marketing plans that are focused on driving top line and building long-term equity with consumers. The result will be expanded margins as we continue to drive growth with innovative new products, distribution gains and enhanced retail visibility. We'll continue to expand our better-for-you product offerings and leverage the manufacturing capabilities and innovation skills of the team at Baptista's, as well as other facilities and R&D Center. During our upcoming Second Quarter 2014 earnings call, we will discuss these changes and current sales trends as well as our projections for increasing revenues and reducing costs during the balance of 2014. A number of significant achievements have been realized during the past quarter and we are excited about what the future holds for our Company. I want to thank all of our team members at Snyder's-Lance who are working hard to serve our consumers, customers and shareholders on a daily basis."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on August 29, 2014 to stockholders of record at the close of business on August 21, 2014.

Estimates provided for 2014

The Company estimates net revenue for the full year 2014 will be in the range of $1.72 to $1.75 billion. Earnings per diluted share are expected to be between $1.10 and $1.18, adjusted for the recent transactions. Capital expenditures for 2014 are projected to be between $75 and $77 million, including capacity expansion for Baptista's.

Conference Call

Management will conduct a conference call and live webcast at 9:00 am eastern time on Thursday, August 7, 2014 to review the Company's second quarter results as well as the recently completed sale of Lance Private Brands to Shearer's Foods and the recently completed acquisition of Baptista's Bakery. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website,http://www.snyderslance.com. In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at http://www.snyderslance.com. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 78414145. A continuous telephone replay of the call will be available between 3:00pm on August 7 and midnight on August 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 78414145. Investors may also access a web-based replay of the conference call at http://www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® Pretzel Crisps®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, Quitos(TM) and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions and statements regarding the Company's acquisition of Baptista's Bakery and the recent sale of Private Brands, which are subject to a number of risks and uncertainties,

including our ability to generate revenues and earnings previously generated by Private Brands or cost reductions to offset overhead costs previously covered by Private Brands. Factors that could cause actual results to differ include general economic conditions; volatility in the price, or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions, including Baptista's Bakery; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

SNYDER'S-LANCE, INC. AND SUBSIDIARIES  Condensed Consolidated Statements of Income (Unaudited)  For the Quarters and Six Months Ended June 28, 2014 and June 29, 2013

| (in thousands, except per share data) | Quarter Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 28, 2014 | June 29, 2013 | June 28, 2014 | June 29, 2013 |
| Net revenue | $ 399,596 | $ 378,489 | $ 772,612 | $ 737,030 |
| Cost of sales | 254,707 | 244,386 | 499,537 | 470,238 |

Snyder's-Lance, Inc. Reports Results for Second Quarter 2014; - Net revenue of $460 million, a 4.8% increase over prior year

| | | | | |
|---|---|---|---|---|
| Gross margin | 144,889 | 134,103 | 278,075 | 266,792 |
| Selling, general and administrative | 121,312 | 118,036 | 237,376 | 223,411 |
| Impairment charges | 6,503 | 1,900 | 7,503 | 1,900 |
| Gain on sale of route businesses, net | (297) | (1,482) | (1,460) | (1,592) |
| Other loss/(income), net | 501 | (1,476) | 581 | (2,617) |
| Income before interest and income taxes | 16,870 | 17,125 | 34,075 | 45,690 |
| Interest expense, net | 4,111 | 3,521 | 7,501 | 6,960 |
| Income before income taxes | 12,759 | 13,604 | 26,574 | 38,730 |
| Income tax expense | 4,584 | 5,141 | 7,910 | 15,001 |

| | | | | |
|---|---|---|---|---|
| Income from continuing operations | 8,175 | 8,463 | 18,664 | 23,720 |
| Discontinued operations, net of income tax | 3,523 | 4,567 | 9,845 | 9,218 |
| Net income | 11,698 | 13,030 | 28,509 | 32,938 |
| Net income attributable to noncontrolling interests | 21 | 51 | 16 | 116 |
| Net income attributable to Snyder's-Lance, Inc. | $ 11,677 | $ 12,979 | $ 28,493 | $ 32,822 |
| | | | | |
| Amounts attributable to Snyder's-Lance, Inc.: | | | | |
| Continuing operations | 8,154 | 8,412 | 18,648 | 23,604 |
| Discontinued operations | 3,523 | 4,567 | 9,845 | 9,218 |
| Net income | $ 11,677 | $ 12,979 | $ 28,493 | $ 32,822 |
| | | | | |
| Basic earnings per share: | | | | |
| Continuing operations | 0.12 | 0.12 | 0.27 | 0.34 |
| Discontinued operations | 0.05 | 0.07 | 0.14 | 0.13 |

| | | | | |
|---|---|---|---|---|
| Net income | 0.17 | 0.19 | 0.41 | 0.47 |
| Weighted average shares outstanding - Basic | 70,162 | 69,279 | 70,080 | 69,136 |
| Diluted earnings per share: | | | | |
| Continuing operations | 0.11 | 0.12 | 0.26 | 0.34 |
| Discontinued operations | 0.05 | 0.07 | 0.14 | 0.13 |
| Net income | 0.16 | 0.19 | 0.40 | 0.47 |
| Weighted average shares outstanding - Diluted | 70,905 | 70,086 | 70,820 | 69,922 |
| Cash dividends declared per share | $ 0.16 | $ 0.16 | $ 0.32 | $ 0.32 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES  Condensed Consolidated Balance Sheets (Unaudited)  As of June 28, 2014 and December 28, 2013

| (in thousands, except share data) | June 28, 2014 | December 28, 2013 |
|---|---|---|
| ASSETS | | |
| Current assets: | | |
| Cash and cash equivalents | $ 18,450 | $ 14,080 |
| Accounts receivable, net of allowances of $1,490 and $1,535, respectively | 134,322 | 121,599 |
| Inventories | 126,237 | 100,447 |
| Prepaid income taxes | 7,079 | 9,094 |
| Deferred income taxes | 15,874 | 15,391 |
| Assets held for sale | 14,262 | 15,314 |

| | | | | | |
|---|---|---|---|---|---|
| Prepaid expenses and other current assets | 21,146 | | | 22,925 | |
| Current assets of discontinued operations (Note 3) | 39,399 | | | 37,416 | |
| Total current assets | 376,769 | | | 336,266 | |
| | | | | | |
| Noncurrent assets: | | | | | |
| Fixed assets | 423,379 | | | 312,527 | |
| Goodwill | 479,502 | | | 422,318 | |
| Other intangible assets, net | 513,462 | | | 516,607 | |
| Other noncurrent assets | 22,413 | | | 22,250 | |
| Noncurrrent assets of discontinued operations (Note 3) | 181,903 | | | 154,626 | |
| Total assets | $ | 1,997,428 | | $ | 1,764,594 |

LIABILITIES AND STOCKHOLDERS' EQUITY

Current liabilities:

| | | | | | |
|---|---|---|---|---|---|
| Current portion of long-term debt | $ | 8,894 | | $ | 17,291 |
| Accounts payable | 56,715 | | | 45,966 | |
| Accrued compensation | 27,217 | | | 27,530 | |
| Accrued casualty insurance claims | 5,096 | | | 6,262 | |
| Accrued selling and promotional costs | 14,174 | | | 12,636 | |
| Other payables and accrued liabilities | 22,459 | | | 22,016 | |
| Current liabilities of discontinued operations (Note 3) | 15,219 | | | 14,503 | |
| Total current liabilities | 149,774 | | | 146,204 | |
| | | | | | |
| Noncurrent liabilities: | | | | | |
| Long-term debt | 695,208 | | | 480,082 | |
| Deferred income taxes | 191,498 | | | 190,393 | |
| Accrued casualty insurance claims | 7,439 | | | 5,567 | |
| Other noncurrent liabilities | 21,981 | | | 24,143 | |
| Noncurrent liabilities of discontinued operations (Note 3) | 269 | | | 305 | |
| Total liabilities | 1,066,169 | | | 846,694 | |

Commitments and contingencies

Stockholders' equity:

| | | | | | |
|---|---|---|---|---|---|
| Common stock, $0.83 1/3 par value. Authorized 110,000,000 shares; 70,236,168 | 58,528 | | | 58,241 | |

and 69,891,890 shares outstanding, respectively

| | | | | |
|---|---|---|---|---|
| Preferred stock, $1.00 par value. Authorized 5,000,000 shares; no shares outstanding | - | | - | |
| Additional paid-in capital | 771,673 | | 765,172 | |
| Retained earnings | 91,213 | | 85,146 | |
| Accumulated other comprehensive income | 10,659 | | 10,171 | |
| Total Snyder's-Lance, Inc. stockholders' equity | 932,073 | | 918,730 | |
| Noncontrolling interests | (814) | | (830) | |
| Total stockholders' equity | 931,259 | | 917,900 | |
| Total liabilities and stockholders' equity | $ | 1,997,428 | $ | 1,764,594 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Cash Flows (Unaudited)  For the Six Months Ended June 28, 2014 and June 29, 2013

| | Six Months Ended | | | |
|---|---|---|---|---|
| (in thousands) | June 28, 2014 | | June 29, 2013 | |
| Operating activities: | | | | |
| Net income | $ | 28,509 | $ | 32,938 |
| Adjustments to reconcile net income to cash from operating activities: | | | | |
| Depreciation and amortization | 29,742 | | 29,641 | |
| Stock-based compensation expense | 3,128 | | 2,826 | |
| Loss/(gain) on sale of fixed assets, net | 398 | | (272) | |
| Gain on sale of route businesses | (1,460) | | (1,592) | |
| Impairment charges | 7,503 | | 1,900 | |
| Deferred income taxes | 544 | | 3,509 | |
| Provision for doubtful accounts | 811 | | 1,302 | |
| Changes in operating assets and liabilities, excluding business acquisition | (15,994) | | (17,658) | |
| Net cash provided by operating activities | 53,181 | | 52,594 | |
| | | | | |
| Investing activities: | | | | |
| Purchases of fixed assets | (33,891) | | (39,869) | |
| Purchases of route businesses | (15,018) | | (21,353) | |
| Proceeds from sale of fixed assets | 471 | | 2,213 | |
| Proceeds from sale of route businesses | 16,258 | | 17,533 | |
| Proceeds from sale of investments | - | | 921 | |
| Business acquisition, net of cash acquired | (202,260) | | - | |

| | | |
|---|---|---|
| Net cash used in investing activities | (234,440) | (40,555) |
| | | |
| Financing activities: | | |
| Dividends paid to stockholders | (22,426) | (22,135) |
| Dividends paid to noncontrolling interests | - | (232) |
| Debt issuance costs | (1,854) | - |
| Issuances of common stock | 4,819 | 7,549 |
| Repurchases of common stock | (1,160) | (709) |
| Repayments of long-term debt | (8,750) | (16,029) |
| Net proceeds from existing credit facilities | 215,000 | 16,870 |
| Net cash provided by/(used in) financing activities | 185,629 | (14,686) |
| | | |
| Effect of exchange rate changes on cash | - | (347) |
| | | |
| Increase/(decrease) in cash and cash equivalents | 4,370 | (2,994) |
| Cash and cash equivalents at beginning of period | 14,080 | 9,276 |
| Cash and cash equivalents at end of period | $ 18,450 | $ 6,282 |
| | | |
| Supplemental information: | | |
| Cash paid for income taxes, net of refunds of $164 and $36, respectively | $ 13,925 | $ 21,257 |
| Cash paid for interest | $ 7,159 | $ 8,021 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
For the Quarters and Six Months Ended June 28, 2014 and June 29, 2013

| (in thousands, except share data) | Net of Tax | | Per Diluted Share |
|---|---|---|---|
| Quarter Ended June 28, 2014 | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ 11,677 | | $ 0.165 |
| | | | |
| Impairment charges | 4,188 | | 0.059 |
| Restructuring charges | 1,968 | | 0.028 |
| Professional fees | 1,477 | | 0.021 |
| Discrete foreign income taxes | 1,309 | | 0.018 |
| | | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ 20,619 | | $ 0.291 |

Snyder's-Lance, Inc. Reports Results for Second Quarter 2014; - Net revenue of $460 million, a 4.8% increase over prior year

| | Net of Tax | Per Diluted Share |
|---|---|---|
| **Quarter Ended June 29, 2013** | | |
| Net income attributable to Snyder's-Lance, Inc. | $ 12,979 | $ 0.185 |
| Self-funded medical insurance claim | 2,732 | 0.039 |
| Impairment charges | 1,192 | 0.017 |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ 16,903 | $ 0.241 |
| (in thousands, except share data) | Net of Tax | Per Diluted Share |
| **Six Months Ended June 28, 2014** | | |
| Net income attributable to Snyder's-Lance, Inc. | $ 28,493 | $ 0.402 |
| Impairment charges | 4,819 | 0.068 |
| Restructuring charges | 1,968 | 0.028 |
| Professional fees | 1,691 | 0.024 |
| Self-funded medical insurance claim | 564 | 0.008 |
| Discrete foreign income taxes | 1,309 | 0.018 |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ 38,844 | $ 0.548 |
| **Six Months Ended June 29, 2013** | | |
| Net income attributable to Snyder's-Lance, Inc. | $ 32,822 | $ 0.469 |
| Self-funded medical insurance claim | 2,732 | 0.040 |
| Impairment charges | 1,192 | 0.017 |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ 36,746 | $ 0.526 |

Logo -http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, VP Strategic Initiatives and Investor Relations Officer, (704) 557-8386

Snyder's-Lance, Inc. Reports Results for Second Quarter 2014; - Net revenue of $460 million, a 4.8% increase over prior year

**Load-Date:** August 12, 2014

---

End of Document



# US: Sales, underlying earnings up at Snyder's-Lance.(Financial report)

just-food.com

August 7, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 Aroq Limited

**Length:** 1506 words

## Body

Byline: Dean Best

US snack maker Snyder's-Lance has booked higher sales and underlying earnings for the first half of 2014.

Snyder's-Lance generated net income of US$28.5m in the six months to 28 June, compared to US$32.8m a year earlier, as impairment charges weighed on its bottom line. However, net income excluding special items was $38.8m, against net income of $36.7m a a year ago.

Net sales increased 4.8% to US$772.6m. The sales and earnings trends for the quarter echoed the half, with sales and underlying earnings up but reported earnings down.

Reflecting on the first half, president and CEO Carl Lee Jr said the second quarter had been a "key turning point for Snyder's-Lance".

He added: "Our recently-completed sale of private brands supports our strategic plan to lead with differentiated branded products, while acquiring Baptista's significantly improves our ability to drive innovation and organic growth. A number of exciting new products in our pipeline are being driven by the Baptista's team and will come to market as we move into 2015."

Shares in Snyder's-Lance were up 1.14% at US$25.74 at 13:23 ET.

press release follows:

Snyder's-Lance, Inc. Reports Results for Second Quarter 2014

- Net revenue of $460 million, a 4.8% increase over prior year

- Earnings per diluted share of $0.29 excluding special items, a 21% increase over prior year

- Earnings per diluted share of $0.16 including special items

- Closed on the Baptista's acquisition and finalized efforts to sell Private Brands

- Initiated Margin Improvement & Restructuring Plan

CHARLOTTE, N.C., Aug. 7, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its second quarter of 2014. Net revenue for the second quarter ended June 28, 2014 was $460 million, an increase of 4.8% compared to prior year net revenue of $439 million. Net income excluding special items in the second quarter of 2014 was $20.6 million, or $0.29 per diluted share, as compared to net income of $16.9 million for the second quarter of 2013, or $0.24 per diluted share. Net income including special items was $11.7 million for

the second quarter of 2014, or $0.16 per diluted share, as compared to net income of $13.0 million for the second quarter of 2013, or $0.19 per diluted share. Special items for the second quarter of 2014 included after-tax expenses of $6.1 million for restructuring and impairment charges and $2.8 million in transaction related expenses. Special items for the second quarter of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense.

Net revenue for the first six months ended June 28, 2014 was $897 million, an increase of 4.6% compared to prior year net revenue of $858 million. Net income excluding special items for the first six months of 2014 was $38.8 million, or $0.55 per diluted share, as compared to net income of $36.7 million for the first six months of 2013, or $0.53 per diluted share. Net income including special items was $28.5 million for the first six months of 2014, or $0.40 per diluted share, as compared to net income of $32.8 million for the first six months of 2013, or $0.47 per diluted share. Special items for the first six months of 2014 included after-tax expenses of $6.8 million for restructuring and impairment charges, $0.6 million for a self-funded medical insurance claim and $3.0 million in transaction related expenses. Special items for the first six months of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense.

In the accompanying financial statements, the sale of Private Brands is classified as discontinued operations, which closed early in the Third Quarter.

Comments from Management

"The second quarter of 2014 was a key turning point for Snyder's-Lance," commented Carl E. Lee, Jr., President and Chief Executive Officer. "Our recently completed sale of Private Brands supports our strategic plan to lead with differentiated branded products, while acquiring Baptista's significantly improves our ability to drive innovation and organic growth. A number of exciting new products in our pipeline are being driven by the Baptista's team and will come to market as we move into 2015. Our company is uniquely positioned to deliver what consumers are expecting when it comes to snacks that serve as a meal replacement, fuel a busy day or are part of healthy eating occasions. By staying focused on execution, we have launched a number of strategic initiatives to meet consumer trends and retailer expectations, while ensuring we stay ahead of the changing landscape. With a national Independent Business Owners (IBO) based DSD network, we have the capability to deliver new products quickly from our kitchens to store shelves, as consumers continue to search for unique and fulfilling snacks."

Mr. Lee continued, "Over the next 12 months, we'll complete the transition and integration of our recent transactions while reducing costs by $22 to $25 million through our Margin Enhancement & Restructuring initiative. At the same time, we will continue to invest in our Core branded products with advertising and marketing plans that are focused on driving top line and building long-term equity with consumers. The result will be expanded margins as we continue to drive growth with innovative new products, distribution gains and enhanced retail visibility. We'll continue to expand our better-for-you product offerings and leverage the manufacturing capabilities and innovation skills of the team at Baptista's, as well as other facilities and R&D Center. During our upcoming Second Quarter 2014 earnings call, we will discuss these changes and current sales trends as well as our projections for increasing revenues and reducing costs during the balance of 2014. A number of significant achievements have been realized during the past quarter and we are excited about what the future holds for our Company. I want to thank all of our team members at Snyder's-Lance who are working hard to serve our consumers, customers and shareholders on a daily basis."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on August 29, 2014 to stockholders of record at the close of business on August 21, 2014.

Estimates provided for 2014

The Company estimates net revenue for the full year 2014 will be in the range of $1.72 to $1.75 billion. Earnings per diluted share are expected to be between $1.10 and $1.18, adjusted for the recent transactions. Capital expenditures for 2014 are projected to be between $75 and $77 million, including capacity expansion for Baptista's.

Conference Call

Management will conduct a conference call and live webcast at 9:00 am eastern time on Thursday, August 7, 2014 to review the Company's second quarter results as well as the recently completed sale of Lance Private Brands to Shearer's Foods and the recently completed acquisition of Baptista's Bakery. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com. In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at        www.snyderslance.com. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 78414145. A continuous telephone replay of the call will be available between 3:00pm on August 7 and midnight on August 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 78414145. Investors may also access a web-based replay of the conference call at        www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina,Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover[R], Lance[R], Cape Cod[R], Snack Factory[R] **Pretzel Crisps**[R], Krunchers![R], Tom's[R], Archway[R], Jays[R], Stella D'oro[R], Eatsmart&trade;, O-Ke-Doke[R], Quitos&trade; and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

original source: Snyder's-Lance

This article was originally published on just-food.com on 7 August 2014. For authoritative and timely food business information visit http://www.just-food.com.

**Load-Date:** December 23, 2016

End of Document



# Defy Description

The Huffington Post

August 5, 2014 Tuesday 8:30 PM EST

Copyright 2014 Newstex LLC All Rights Reserved

**Length:** 437 words

**Byline:** Marc Hershon

# Body

Mar 10, 2014 (The Huffington Post:http://www.huffingtonpost.com/ Delivered by Newstex) Your brand name should be the one thing competitors can't take away from you. That's not the case if your name is too descriptive. The Trademark Trial and Appeal Board, the crime and punishment division of the United States Patent and Trademark Office (USPTO), doled out an important lesson out last month.

Two lessons, really.

The first was that, even though you may have a trademark for a number of years, as in the case of **Pretzel Crisps**, a brand of "flat pretzel cracker" introduced in 2008 by the Snack Factory of New Jersey, you still can end up losing it -- regardless of how well business is doing.

The second, and more important lesson, is that being too descriptive with your trademark can set you up for trouble... which is why Warren and Sara Wilson, the inventors of **Pretzel Crisps**, are now likely scrambling to figure out what to do where the name of their popular snack is concerned.

The **Pretzel Crisps** name had already been relegated to the Secondary Register, which is a kind of trademark purgatory reserved for brand names deemed descriptive enough that only minimal protection can be offered. In this case, both the words Pretzel and Crisps are widely regarded as being generic and only the instance of the two words appearing together is considered to constitute a trademark.

But then snack food giant Frito-Lay, owned by Pepsico, decided to oppose the mark, arguing that **Pretzel Crisps** cannot be registered as a trademark because it itself constitutes a generic term. "Like 'milk chocolate bar,' the combination of 'pretzel' and 'crisp' gains no meaning as a phrase over and above the generic meaning of its constituent terms", the company wrote in a motion to the USPTO back in 2010.

According to the New York Times, Princeton Vanguard, the LLC that owns **Pretzel Crisp** and Snack Factory, and filed for the trademark, has spent $1 million in legal fees. Not much, considering **Pretzel Crisps** has grown quickly, with over $100 million in sales in 2011. But it was a million bucks spent to find out that they no longer hold a trademark on their own name.

What the makers of **Pretzel Crisps** do next is anyone's guess, but an expensive name change is one likely scenario. A scenario that could have been avoided by considering names that could have effectively supported the snack chips' attributes and taste profiles, while steering clear of simply describing what they are.
(This blog entry was originally published on the Lexicon Blog[1], Mar. 10, 2014)
[1]: http://blog.lexiconbranding.com/2014/03/10/defy-description/

**Load-Date:** August 7, 2014

**End of Document**



# No Headline In Original

McClatchy-Tribune Photo Service

August 5, 2014 Tuesday

Copyright 2014 McClatchy-Tribune Business News All Rights Reserved

**Length:** 41 words

**Byline:** Anne Cusack, Los Angeles Times, MCT

## Body



Snack Factory **Pretzel Crisps**. There's something about "natural" food that appeals to consumers. (Anne Cusack/Los Angeles Times/MCT)

IMAGE ID: KRTPHOTOSLIVE2001331

Subject to copyright. Click here for information regarding redistribution of this image.

**Load-Date:** August 16, 2014

End of Document



# The Gourmet Retailer's Editors' Picks Winners: Foods

Gourmet Retailer

August 2014

Copyright 2014 Stagnito Media Food Group All Rights Reserved

**Length:** 3836 words

## Body

They say imitation is the sincerest form of flattery.

This month, The Gourmet Retailer borrows an annual favorite from our sister publication, Progressive Grocer: Editors' Picks. Loyal readers of PG are familiar with this yearly salute to the best new products of the year as selected by the editorial staff.

To kick off TGR's version, winners were selected by an exhaustive screening process that involved the entire staff of our Jersey City, N.J., office - the editorial staff of PG and Convenience Store News, and our non-editorial staff alike. Products were judged on three criteria: taste/functionality, innovation and value.

We put out a call for entries, and we were overwhelmed by the response. Our inaugural competition attracted nearly 500 entries. Our tireless testers weren't deterred by the task at hand. They sampled and tested fearlessly and contributed their honest, unbiased feedback. Armed with our colleagues' tasting and testing notes, we were able to determine which products were worthy of recognition in TGR's third annual class of Editors' Picks.

Bakery on Main Instant Oatmeal

SRP: $5.99

phone: 860-558-1689

WEB: www.bakeryonmain.com

WE PICKED IT BECAUSE: We came for the packaging, stayed for the oatmeal! Each packet is inviting and easy to open - just what we need in the morning - with nothing extraneous or damaging to the environment. The cereal is made with certified gluten-free oats and a blend of ancient grains including chia, quinoa, amaranth and flax. And it's Non-GMO Project Verified. Available in six flavors including Maple Multigrain Muffin, Traditional (unsweetened), Strawberry Shortcake, Apple Pie, Carrot Cake, and Blueberry Scone.

Best Boy & Co. Sriracha Mustard

SRP: $5.50

phone: 260-446-4513

WEB: www.bestboyandco.com

WE PICKED IT BECAUSE: We all have those condiments that seem to linger in the back corner of the refrigerator - sometimes for years after their best-by date. That is definitely not the case with Best Boy & Co. Sriracha Mustard. We went through the entire 9.5-ounce jar in less than two weeks. Hands down, this is one of the best sriracha-based products we've tried to date. To start, Best Boy & Co. takes fresh ground mustard seed - made from its antique granite-wheeled mustard grinder - and then infuses it with their sriracha sauce. Made in small batches. The end result is a full-bodied mustard that packs a delicious, somewhat addictive punch.

Best Cheese Corp. Winter Melkbus

SRP: $12.99/ pound

phone: 914-305-8244

WEB: www.bestcheeseusa.com

WE PICKED IT BECAUSE: We are still raving about Winter Melkbus. Melkbus, Dutch for milk can, signifies a series of farmstead raw milk cheeses made on small family farms outside the city of Gouda in Holland. We found the Winter Melkbus, a seasonal cheese, to be rich and complex with subtle undertones of cardamom and nutmeg. This cheese is at its best after four months of age. Delicious any time of year - if you can get it.

Bhakti Chai Green Tea Tulsi Artisan Dry Tea

SRP: $9.99

phone: 303-484-8770 ext. 2

WEB: www.bhaktichai.com

WE PICKED IT BECAUSE: This chai was a stand-out not only for its taste but for its sustainable measure. Bhakti Chai recently launched a line of artisan blended packaged tea but with a twist: Tulsi, an herb long revered in India for its health properties was added to an organic green tea base combined with Bhakti Chai's ginger spice blend. The resulting tea is delicious hot or iced. Each tin includes 14 pyramid tea bags that are 100 percent biodegradable without strings, tags or overwraps. After cold-pressing organic ginger root to make Bhakti Chai liquid products, the company gently dries the post-extraction ginger, which is still loaded with potent flavor and aroma. There is zero waste in this seamless field-to-cup process.

Brothers All Natural  Fruit Clusters Raspberry & Fuji Apple Fruit Clusters

SRP: $3.75

phone: 585-343-3007

WEB: www.brothersallnatural.com

WE PICKED IT BECAUSE: This healthy snack is a crowd-pleaser for all ages. The Brothers-All-Natural Fruit Clusters start with fruit that's picked at the peak of ripeness, cut into pieces, freeze-dried and rolled into a bite-sized cluster. Fruit Clusters are 100 percent fruit, no added sugars, additives or preservatives. They're suitable for a wide range of diets: gluten-free, peanut/tree nut-free, soy-free, vegan. They're also non-GMO and OU Kosher certified. Each 1.25-ounce packs six servings of fruit, and is resealable for convenience and anytime snacking.

Choctal Ghana  Chocolate Ice Cream

SRP: $8.79

phone: 626-791-8722

WEB: www.choctal.com

WE PICKED IT BECAUSE: We're fans of the entire line of Choctál's single-origin, super premium ice creams, but the Choctal Ghana Chocolate Ice Cream is the stand out. Rich, intense, decadent - the way a chocolate ice cream should be. Made with an all-natural all cream base with no artificial additives. The ice creams are made with less air resulting in a denser, richer and more satisfying ice cream experience.

Dave's Gourmet Oatmeal Cookie Butter

SRP: $5.99

phone: 415-401-9100

WEB: www.davesgourmet.com

WE PICKED IT BECAUSE: Cookie butters are a relatively new and hot category. And this one from Dave's Gourmet has a creamy oat flavor that's a great topping for everything from apple slices to toast. Try this sweet creamy butter with ice cream and as a sandwich cookie filling.

Earnest Eats' Hot & Fit Cereals Superfood Blueberry Chia

SRP: $4.99-$6.49

phone: 888-264-4599  or 858-255-9166

WEB: www.earnesteats.com

WE PICKED IT BECAUSE: A trifecta of superfood grains - whole oats, amaranth and quinoa - combined with blueberry and chia make this hot cereal a truly super food. Plus, we appreciate the option of buying single-serve cups (SRP: $2.50-$3.50) for a healthy breakfast on the go. Gluten-free and wheat-free versions are also available. Plus, this and other Earnest Eats cereals are Non-GMO Project Verified.

Enjoy Life Foods Dark Chocolate Baking Morsels

SRP: $4.99

phone: 847-260-0300

WEB: www.enjoylifefoods.com

WE PICKED IT BECAUSE: Who doesn't love chocolate? Now folks with food allergies can enjoy home-baked treats. Food allergies are serious business, and we have a deep appreciation of products that offer solutions. Enjoy Life Foods, a pioneer in the free-from category, added Dark Chocolate Baking Morsels to its line. To date, it's the only gluten-free dark chocolate morsel on the market that is also dairy-, nut- and soy-free. As with all Enjoy Life products, free-from the top eight common food allergens, certified kosher, verified non-GMO, and made with no artificial ingredients. And the best part - it tastes better than the alternatives. Let the baking begin!

G.H. Cretors Organic Popped Corn Extra Virgin Olive Oil

SRP: $3.99

phone: 847-263-7000

WEB: www.ghcretors.com

WE PICKED IT BECAUSE: G.H. Cretors' Organic Extra Virgin Olive Oil popped corn is the first ever popcorn to be popped in EVOO. Leaving us wondering, why didn't someone think of this sooner? Made with organic and non-GMO corn kernels, this delicious, practically guilt-free snack is free of artificial colors, flavors, and preservatives and is certified gluten-free.

Glutino **Pretzel Crisps**

SRP: $5.29

phone: 720-550-5038

WEB: www.boulderbrands.com

WE PICKED IT BECAUSE: We don't often use the words yummy and gluten-free analog in the same sentence, but Glutino **Pretzel Crisps** from Boulder Brands is one of the exceptions. These **pretzel crisps** are a great snack on their own - so thin and crunchy, even non-celiacs will enjoy this snack. These crisps are perfect for dipping into hummus, or eating with mustard, like one of our tireless tasters.

Gourmet International Chocolate Santander 53% Cacao Covered Coffee Beans & Cacao Nibs

SRP: $2.99

phone: 616-698-0666

WEB: www.gourmetint.com

WE PICKED IT BECAUSE: Chocolate and coffee are a natural pairing. Chocolate Santander's award-winning 53 percent chocolate contrasts beautifully with the sweet acidity of fresh ripe coffee berries. And the silky smooth chocolate highlights the satisfying crunch of the beans and nibs. GMO-free, all natural chocolate plays well with the magic touch of the Colombian mountains and forests.

Hankerings LLC Salvy Sousa  Bloody Bull Bloody Mary Mix

SRP: $12

phone: 620-442-2700

WEB: www.salvysousa.com

WE PICKED IT BECAUSE: Trendy cocktails may come and go but bloody marys are always in style. Especially ones that taste as good as those made with Salvy Sousa Bloody Bull Bloody Mary Mix. Zesty and bold without being too hot, the mix can also be used as a base for chili, soup and stew.

Hannah Max Baking  Oatmeal Raisin Cookie Chips
SRP: $4.99
phone: 310-380-6778
WEB: shop.hannahmax.com
WE PICKED IT BECAUSE: These crunchy, crispy Cookie Chips are a new take on an old classic. Filled with whole rolled oats, mini raisins, and a dash of cinnamon and nutmeg, these delicious bites will knock your socks off.

Kane Candy White Chocolate  Cordial & Toasting Cups
SRP: $7.99
phone: 800-875-5557
WEB: www.kanecandy.com
WE PICKED IT BECAUSE: One of our all-time favorite solutions for easy and elegant entertaining. Dessert cups, toasting cups - there's a chocolate variety for every occasion. We're partial to the new white chocolate.

Lark Oat Bark with Roasted Cacao Nibs
SRP: $5  phone: 978-768-0012
WEB: www.larkfinefoods.com
WE PICKED IT BECAUSE: Lark says they make "Cookies for Grown-ups" and the grown-ups at TGR agree! A cross between a cookie and candy, Oat Bark is thin, crisp, and flecked with organic unsweetened cacao nibs from one of our favorite chocolate companies, Taza Chocolate. The sweetness of the bark enhances the unsweetened cacao nibs, giving the cookie a delightful but not overpowering flavor of chocolate.

Lotus Foods' Forbidden Rice  Ramen 4 Pack
SRP: $5.99
phone: 510-525-3137
WEB: www.lotusfoods.com
WE PICKED IT BECAUSE: Ramen is hot, hot, hot and rice ramen - make that Forbidden rice ramen - is on fire. It's made from Lotus' award-winning heirloom Organic Forbidden Rice, so it has a rich nutty taste and exotic black color. It's gluten-free, low fat, vegan, and non-GMO. The 4-packs are noodles only while individual packs come with a packet of reduced-sodium white miso soup. We can't wait to try a Forbidden Rice Ramen-burger!

Love Grown Foods Original Power Os
SRP: $4.99
phone: 303-482-7095
WEB: www.lovegrownfoods.com
WE PICKED IT BECAUSE: Heart-healthy beans have never been disguised so well! This cereal is made from navy beans, lentils and garbanzo beans, and as a result of their wholesome ingredients, they're a good source of protein, containing 4-6 grams per serving. Plus each serving has 3 grams of fiber and less than 100 mg of sodium. But best of all, this healthy breakfast staple is great tasting. Honey, Strawberry and Chocolate flavors are also available.

Lucini Founders Reserve Premium  Select Extra Virgin  Olive Oil
SRP: $39.99 phone: 305-858-7200
WEB: www.lucini.com

WE PICKED IT BECAUSE: Each November, two estate-grown olive varieties, Frantoio and Olivastra Seggianese, are picked by hand and pressed within 12 hours, capturing the coveted flavor found only in the best, fresh olive fruit. This oil is very special - less than 5,000 bottles were produced.

Madécasse Madagascar Chocolate Salted Almond

SRP: $5.99

phone: 858-444-5523

WEB: www.madecasse.com

WE PICKED IT BECAUSE: Madécasse bean-to-bar chocolate bars are grown and made in Madagascar. Made with a rare heirloom variety cocoa, Salted Almond is 63 percent dark chocolate sprinkled with roasted almond nibs and sea salt. The luscious new flavor is Fair for Life certified and has four times the impact of fair trade cocoa.

Manitou Trading Co. Porcini Funghi Risotto

SRP: $8.99

phone: 847-693-7542

WEB: www.manitoutradingcompany.com

WE PICKED IT BECAUSE: Risotto is comfort food at its best. We love this easy-to-prepare mix that doesn't skimp on quality ingredients: Arborio rice, porcini, champignon and shiitake mushrooms with garlic, rosemary and chives. Makes a delicious entrée or side dish.

Mrs. Weinstein's Dark Chocolate Sea Salt Almond Toffee

SRP: $15

phone: 888-957-9338

WEB: www.sweetshopusa.com

WE PICKED IT BECAUSE: This sweet treat combines some of our favorite flavors: dark chocolate, sea salt, almond and toffee to create a well-balanced, buttery and unforgettable treat. The packaging, too, is top notch - making it a perfect hostess gift.

Naam Som LLC dba Pok Pok Som Thai Basil drinking vinegar

SRP: $15

phone: 503-235-0004

WEB: www.pokpoksom.com

WE PICKED IT BECAUSE: Drinking vinegar has been touted for centuries as a great boon to health. And even though Pok Pok Som makes no health claims, we decided to give it a try. What we found was a refreshing beverage with an intense basil flavor, mild acidity and sweet finish. Pok Pok Som drinking vinegar is a sweet and tart vinegar based concentrate that can be mixed with still or sparkling water, seltzer or club soda for a delicious soda alternative or unique cocktail mixer.

Napa Valley Vinegar Co. Champagne Pear Vinegar

SRP: $9.99 phone: 707-603-7153

WEB: www.winecountrykitchens.com

WE PICKED IT BECAUSE: We love how this fruit-flavored vinegar made our salads shine without the calories of a typical salad dressing. And it is a refreshing, low-calorie addition to seltzer. Better yet - this vinegar is one of six, all which are made with real fruit purée.

Nature's Habit Granola

SRP: $6.99

phone: 888-627-2859

WEB: www.natureshabit.com

WE PICKED IT BECAUSE: "Quality you can see, a taste you will love," said one of our tasters about the granola that's made with cocoa, cherries, almonds and pecans. The company uses only full-sized nuts and fruit pieces to create their granolas and trail mixes.

Nutiva Organic Shortening

SRP: $6.79

phone: 800-993-4367

WEB: www.nutiva.com

WE PICKED IT BECAUSE: This is a healthy one-to-one substitute for traditional shortening. Made with coconut and red palm oils, Nutiva Organic Shortening is vegan and free from dairy, trans fat, soy and canola. Excellent for baking and frying and ideal for producing flaky pie crusts and crisp cookies with the health benefits of coconut oil. Better yet, it is Fair Trade certified and Non-GMO Project Verified.

Owl's Brew Pink & Black Cocktail Mix

SRP: $8.99

phone: 646-790-1558

WEB: www.theowlsbrew.com

WE PICKED IT BECAUSE: Home entertainers looking to create sophisticated cocktails - look no further. This line of cocktail mixers is made with tea as the star ingredient. Our favorite: Pink & Black, a sophisticated concoction made with darjeeling tea, hibiscus and strawberries. The site's BrewLaLa recipe using equal parts Pink & Black and Pilsner has us singing Oh La La-licious. The entire Owl's Brew line is fresh-brewed in micro-batches from whole tea leaves and is ready to mix with spirits, beer and wine. The end result? Cocktails with a light and refreshing flavor profile.

Pamela's Products Mission Fig Figgies and Jammies

SRP: $4.99

phone: 707-462-6605

WEB: www.pamelasproducts.com

WE PICKED IT BECAUSE: The rich fig filling and a cake-like crust were enough to make us swoon. So tasty, we were shocked to learn these fig bars are certified gluten-free and egg-free to boot. A sweet addition to lunch boxes for kids of all ages.

Partners' Free for All Kitchen Gluten Free Double Chocolate Brownie Thins

SRP: $4.29

phone: 253-867-1580

WEB: www.partnerscrackers.com

WE PICKED IT BECAUSE: Gluten-free makes life more livable for so many folks. Whether you need to be gluten-free or want to be gluten-free, these Brownie Thins are a real treat. They're made with a blend of five ancient grains - amaranth, quinoa, millet, teff and sorghum - mixed with cassava root flour, Dutch process cocoa, chocolate flakes, cane sugar, butter and buttermilk. They're non-GMO, kosher and made in facility run on 100 percent green electric power.

Polska Foods Spinach and Feta Pierogi

SRP: $5.99

phone: 800-750-0817

WE PICKED IT BECAUSE: Dumplings have been on trend for years, and these Polish-inspired delights from Polska Foods do not disappoint. The masterminds behind this delight have taken a family recipe and fine-tuned it, making it with whole grains and certified organic ingredients. Our favorite flavor is the Spinach and Feta, but you can't go wrong with any of these frozen-fresh pierogis.

Prosperity  Organic Foods Chocolate Melt Organic

SRP: $4.99 phone: 888-557-5741

WEB: www.meltorganic.com

WE PICKED IT BECAUSE: How do you improve upon a great tasting product? In the case of Melt organic spread, they added a rich organic cocoa and wildflower honey. Unlike other chocolate spreads, Chocolate Melt has only 1 gram of sugar per serving and is dairy-, soy- and nut-free. Made with Fair Trade Fair for Life certified virgin coconut oil and Rainforest Alliance certified palm fruit oil. 'Health' food has never tasted so good!

Reed's Culture Club Coconut  Water Lime Kombucha

SRP: $3.69

phone: 800-997-3337

WEB: www.reedsinc.com

WE PICKED IT BECAUSE: Probiotics are hot, not only in yogurt but also kombucha, a fermented tea that has probiotics. Reed's starts with the finest organic and long-aged oolong and yerba mate teas to create their line of kombucha. Our judges found the Coconut Water Lime flavor refreshing and slightly effervescent.

Saffron Road Crunchy Chickpeas Korean BBQ

SRP: $4.49

phone: 212-209-1802

WEB: www.saffronroadfood.com

WE PICKED IT BECAUSE: Crunchy Chickpeas are great munchies. With only 2.5 grams of fat and 5 grams of protein per serving, we really can justify this gluten-free and Verified Non-GMO snack. Korean BBQ Crunchy Chickpeas are on trend, with Korean barbecue and bulgogi enjoying their time in the spotlight. The sweet and sour zing from the mixture of soy sauce, pear juice, sesame oil, garlic and red pepper dazzles the palate.

Sahale Snacks Mango Tango Almond Mix

SRP: 8-ounce $6.99; 1.5-ounce $1.75 phone: 206-456-3432

WEB: sahalesnacks.com

WE PICKED IT BECAUSE: We love to snack and Sahale always delivers delicious - and healthy - nuts and preservative-free dried fruit. This time it's a salty-spicy combination of whole almonds and peanuts, the sweet and tart chewiness of lime-infused mango and a subtle kick of chipotle chili. We want to eat the whole pouch!

Sanders Candy Single Serve Chocolate Fruit & Snack Dip

SRP: 75 cents phone: 800-651-7263

WEB: www.sanderscandy.com

WE PICKED IT BECAUSE: When it comes to chocolate, we need all the portion-control help we can get. Thanks to Sanders Candy's new Fruit & Snack Dips, we can indulge our sweet tooth. Plus, this chocolate dip is a welcome addition to our lunch box and perfect with fresh strawberries or pineapple. The individual 2-ounce size is microwave-safe, gluten-free and contain no artificial flavors, sweeteners, colors or preservatives. Caramel, Milk Chocolate & Dark Chocolate dips are available.

Sisters' Gourmet Coconut Salted Caramel Blondie Mix

SRP: $17.99 phone: 770-338-1388

WEB: www.sistersgourmet.com

WE PICKED IT BECAUSE: We admit the packaging - the mix is artfully packed and stacked into a tall Weck canning jar - first caught our eyes, but it was the Coconut Salted Caramel Blondies that won us over. The mix, plus butter and sugar, makes a pan of blondies that will be sure to impress any lover of coconut that's accented with caramel and a touch of sea salt.

**Stonewall Kitchen  Maple Bacon Jam**

SRP: $7.95

phone: 888-326-5678

WEB: www.stonewallkitchen.com

WE PICKED IT BECAUSE: Equally at home on a cheese plate or as the star ingredient in a dip, this Maple Bacon Jam is a winner. This complex savory jam has layers of flavor - the sweetness of brown sugar and apples balanced by the heartiness of bacon and the mild oniony flavor of shallots. A quick spread of this versatile condiment elevates a plain turkey sandwich into a gastronomic delight.

**Stubb's Hatch Chile Cookin' Sauce**

SRP: $3.99-$4.99

phone: 214-379-7000

WEB: www.stubbsbbq.com

WE PICKED IT BECAUSE: Hatch chiles deserve their turn in the spotlight. New Mexico is where Hatch chiles were developed and Stubb's makes these green beauties available across the country. The kit comes with a cooking sauce, spice mix and finishing sauce. It's best with chicken but does a great job with beef and pork, too.

**Taste Weaver's Hot Peppers and Peaches Glaze/Sauce**

SRP: $7.49-$8.49

phone: 888-810-8365

WEB: tasteweavers.com

WE PICKED IT BECAUSE: With its tasty blend of sweet peaches, zesty red peppers and just a hint of orange, this is a wonderful glaze for meats, especially pork, chicken and fish. Or pour it over cream cheese or chèvre for a quick appetizer. We want to try it as a dipping sauce for a grilled cheese sandwich.

**Tru Table Key Lime Caesar  with Asiago Protein Dressing**

SRP: $8.99

phone: 206-349-7501

WEB: www.trutable.com

WE PICKED IT BECAUSE: High protein is in. And the Tru Table line of four salad dressings, which are made from all-natural ingredients and enriched with whey protein isolate, make it easier to get more of this dietary essential. Our favorite is the Key Lime Caesar with Asiago, a tangy modern twist on a classic. It contains 12 grams of protein per serving, or as much protein as two large eggs.

**Urban Accents  Ginger Carrot Cake  Flapjack & Waffle Mix**

SRP: $7.99 phone: 773-528-9515 ext.109

WEB: www.urbanaccents.com

WE PICKED IT BECAUSE: Ginger Carrot Cake Pancakes for breakfast? Yes, please! The assertive ginger flavor is a perfect complement to the sweet carrot cake and walnuts. The resealable pouch has enough of this all-natural mix to create 12-14 pancakes or waffles. We suggest buying multiples, because you won't want to run out.

**White Coffee Corp.  Joltin' Joe Espresso Roast**

SRP: $7.99 phone: 718-204-7900 x.112

WEB: www.whitecoffee.com

WE PICKED IT BECAUSE: This Espresso Roast is the perfect go-to for a caffeine pick-me-up any time of day. We preferred the smooth finish in the Espresso Roast. Joltin' Joe, which is also available in a medium roast, is hand-roasted and delivers on its promise of smooth brew with a rich aroma. The coffee is part of the new Joltin' Joe lifestyle brand, named after the baseball great. We love eye-catching packaging, too.

Woolwich Dairy Goat Feta Crumbles

SRP: $4.99 phone: 705-280-0107

WEB: www.woolwichdairy.com

WE PICKED IT BECAUSE: We love feta, we adore goat cheese and we crave convenience. Woolwich makes life easier by combining all our favorites in one. A mild goat milk cheese with an authentic Mediterranean taste, these are already crumbled bits of firm-textured cheese with a sharp, tangy, salty flavor. They're made from fresh goat's milk and are rennet-free.

YZ Enterprises/Almondina Coconut Orange Toastees

SRP: $3.99

phone: 917-750-5505

WEB: www.almondina.com

WE PICKED IT BECAUSE: Almondina Toastees are crunchy little snacks that go down easy. On their own or topped with cheese or crumbled into ice cream or yogurt, the pack a lot of flavor into just 70 calories (4 pieces). Coconut Orange Almond Toastees combine a light citrus flavor with the dual nuttiness of toasted coconut and crunchy almonds. A perfect anytime snack.

**Load-Date:** September 1, 2014

---

End of Document

# The Gourmet Retailer's Editors' Picks Winners: Foods

Gourmet Retailer

August 2014

Copyright 2014 Stagnito Media Food Group All Rights Reserved

**Length:** 3836 words

## Body

They say imitation is the sincerest form of flattery.

This month, The Gourmet Retailer borrows an annual favorite from our sister publication, Progressive Grocer: Editors' Picks. Loyal readers of PG are familiar with this yearly salute to the best new products of the year as selected by the editorial staff.

To kick off TGR's version, winners were selected by an exhaustive screening process that involved the entire staff of our Jersey City, N.J., office - the editorial staff of PG and Convenience Store News, and our non-editorial staff alike. Products were judged on three criteria: taste/functionality, innovation and value.

We put out a call for entries, and we were overwhelmed by the response. Our inaugural competition attracted nearly 500 entries. Our tireless testers weren't deterred by the task at hand. They sampled and tested fearlessly and contributed their honest, unbiased feedback. Armed with our colleagues' tasting and testing notes, we were able to determine which products were worthy of recognition in TGR's third annual class of Editors' Picks.

Bakery on Main Instant Oatmeal

SRP: $5.99

phone: 860-558-1689

WEB: www.bakeryonmain.com

WE PICKED IT BECAUSE: We came for the packaging, stayed for the oatmeal! Each packet is inviting and easy to open - just what we need in the morning - with nothing extraneous or damaging to the environment. The cereal is made with certified gluten-free oats and a blend of ancient grains including chia, quinoa, amaranth and flax. And it's Non-GMO Project Verified. Available in six flavors including Maple Multigrain Muffin, Traditional (unsweetened), Strawberry Shortcake, Apple Pie, Carrot Cake, and Blueberry Scone.

Best Boy & Co. Sriracha Mustard

SRP: $5.50

phone: 260-446-4513

WEB: www.bestboyandco.com

WE PICKED IT BECAUSE: We all have those condiments that seem to linger in the back corner of the refrigerator - sometimes for years after their best-by date. That is definitely not the case with Best Boy & Co. Sriracha Mustard. We went through the entire 9.5-ounce jar in less than two weeks. Hands down, this is one of the best sriracha-based products we've tried to date. To start, Best Boy & Co. takes fresh ground mustard seed - made from its antique granite-wheeled mustard grinder - and then infuses it with their sriracha sauce. Made in small batches. The end result is a full-bodied mustard that packs a delicious, somewhat addictive punch.

Best Cheese Corp. Winter Melkbus

SRP: $12.99/ pound

phone: 914-305-8244

WEB: www.bestcheeseusa.com

WE PICKED IT BECAUSE: We are still raving about Winter Melkbus. Melkbus, Dutch for milk can, signifies a series of farmstead raw milk cheeses made on small family farms outside the city of Gouda in Holland. We found the Winter Melkbus, a seasonal cheese, to be rich and complex with subtle undertones of cardamom and nutmeg. This cheese is at its best after four months of age. Delicious any time of year - if you can get it.

Bhakti Chai Green Tea Tulsi Artisan Dry Tea

SRP: $9.99

phone: 303-484-8770 ext. 2

WEB: www.bhaktichai.com

WE PICKED IT BECAUSE: This chai was a stand-out not only for its taste but for its sustainable measure. Bhakti Chai recently launched a line of artisan blended packaged tea but with a twist: Tulsi, an herb long revered in India for its health properties was added to an organic green tea base combined with Bhakti Chai's ginger spice blend. The resulting tea is delicious hot or iced. Each tin includes 14 pyramid tea bags that are 100 percent biodegradable without strings, tags or overwraps. After cold-pressing organic ginger root to make Bhakti Chai liquid products, the company gently dries the post-extraction ginger, which is still loaded with potent flavor and aroma. There is zero waste in this seamless field-to-cup process.

Brothers All Natural  Fruit Clusters Raspberry & Fuji Apple Fruit Clusters

SRP: $3.75

phone: 585-343-3007

WEB: www.brothersallnatural.com

WE PICKED IT BECAUSE: This healthy snack is a crowd-pleaser for all ages. The Brothers-All-Natural Fruit Clusters start with fruit that's picked at the peak of ripeness, cut into pieces, freeze-dried and rolled into a bite-sized cluster. Fruit Clusters are 100 percent fruit, no added sugars, additives or preservatives. They're suitable for a wide range of diets: gluten-free, peanut/tree nut-free, soy-free, vegan. They're also non-GMO and OU Kosher certified. Each 1.25-ounce packs six servings of fruit, and is resealable for convenience and anytime snacking.

Choctal Ghana  Chocolate Ice Cream

SRP: $8.79

phone: 626-791-8722

WEB: www.choctal.com

WE PICKED IT BECAUSE: We're fans of the entire line of Choctál's single-origin, super premium ice creams, but the Choctal Ghana Chocolate Ice Cream is the stand out. Rich, intense, decadent - the way a chocolate ice cream should be. Made with an all-natural all cream base with no artificial additives. The ice creams are made with less air resulting in a denser, richer and more satisfying ice cream experience.

Dave's Gourmet Oatmeal Cookie Butter

SRP: $5.99

phone: 415-401-9100

WEB: www.davesgourmet.com

WE PICKED IT BECAUSE: Cookie butters are a relatively new and hot category. And this one from Dave's Gourmet has a creamy oat flavor that's a great topping for everything from apple slices to toast. Try this sweet creamy butter with ice cream and as a sandwich cookie filling.

Earnest Eats' Hot & Fit Cereals Superfood Blueberry Chia

SRP: $4.99-$6.49

phone: 888-264-4599  or 858-255-9166

WEB: www.earnesteats.com

WE PICKED IT BECAUSE: A trifecta of superfood grains - whole oats, amaranth and quinoa - combined with blueberry and chia make this hot cereal a truly super food. Plus, we appreciate the option of buying single-serve cups (SRP: $2.50-$3.50) for a healthy breakfast on the go. Gluten-free and wheat-free versions are also available. Plus, this and other Earnest Eats cereals are Non-GMO Project Verified.

Enjoy Life Foods Dark Chocolate Baking Morsels

SRP: $4.99

phone: 847-260-0300

WEB: www.enjoylifefoods.com

WE PICKED IT BECAUSE: Who doesn't love chocolate? Now folks with food allergies can enjoy home-baked treats. Food allergies are serious business, and we have a deep appreciation of products that offer solutions. Enjoy Life Foods, a pioneer in the free-from category, added Dark Chocolate Baking Morsels to its line. To date, it's the only gluten-free dark chocolate morsel on the market that is also dairy-, nut- and soy-free. As with all Enjoy Life products, free-from the top eight common food allergens, certified kosher, verified non-GMO, and made with no artificial ingredients. And the best part - it tastes better than the alternatives. Let the baking begin!

G.H. Cretors Organic Popped Corn Extra Virgin Olive Oil

SRP: $3.99

phone: 847-263-7000

WEB: www.ghcretors.com

WE PICKED IT BECAUSE: G.H. Cretors' Organic Extra Virgin Olive Oil popped corn is the first ever popcorn to be popped in EVOO. Leaving us wondering, why didn't someone think of this sooner? Made with organic and non-GMO corn kernels, this delicious, practically guilt-free snack is free of artificial colors, flavors, and preservatives and is certified gluten-free.

Glutino **Pretzel Crisps**

SRP: $5.29

phone: 720-550-5038

WEB: www.boulderbrands.com

WE PICKED IT BECAUSE: We don't often use the words yummy and gluten-free analog in the same sentence, but Glutino **Pretzel Crisps** from Boulder Brands is one of the exceptions. These **pretzel crisps** are a great snack on their own - so thin and crunchy, even non-celiacs will enjoy this snack. These crisps are perfect for dipping into hummus, or eating with mustard, like one of our tireless tasters.

Gourmet International Chocolate Santander 53% Cacao Covered Coffee Beans & Cacao Nibs

SRP: $2.99

phone: 616-698-0666

WEB: www.gourmetint.com

WE PICKED IT BECAUSE: Chocolate and coffee are a natural pairing. Chocolate Santander's award-winning 53 percent chocolate contrasts beautifully with the sweet acidity of fresh ripe coffee berries. And the silky smooth chocolate highlights the satisfying crunch of the beans and nibs. GMO-free, all natural chocolate plays well with the magic touch of the Colombian mountains and forests.

Hankerings LLC Salvy Sousa  Bloody Bull Bloody Mary Mix

SRP: $12

phone: 620-442-2700

WEB: www.salvysousa.com

WE PICKED IT BECAUSE: Trendy cocktails may come and go but bloody marys are always in style. Especially ones that taste as good as those made with Salvy Sousa Bloody Bull Bloody Mary Mix. Zesty and bold without being too hot, the mix can also be used as a base for chili, soup and stew.

Hannah Max Baking  Oatmeal Raisin Cookie Chips
SRP: $4.99
phone: 310-380-6778
WEB: shop.hannahmax.com
WE PICKED IT BECAUSE: These crunchy, crispy Cookie Chips are a new take on an old classic. Filled with whole rolled oats, mini raisins, and a dash of cinnamon and nutmeg, these delicious bites will knock your socks off.

Kane Candy White Chocolate  Cordial & Toasting Cups
SRP: $7.99
phone: 800-875-5557
WEB: www.kanecandy.com
WE PICKED IT BECAUSE: One of our all-time favorite solutions for easy and elegant entertaining. Dessert cups, toasting cups - there's a chocolate variety for every occasion. We're partial to the new white chocolate.

Lark Oat Bark with Roasted Cacao Nibs
SRP: $5  phone: 978-768-0012
WEB: www.larkfinefoods.com
WE PICKED IT BECAUSE: Lark says they make "Cookies for Grown-ups" and the grown-ups at TGR agree! A cross between a cookie and candy, Oat Bark is thin, crisp, and flecked with organic unsweetened cacao nibs from one of our favorite chocolate companies, Taza Chocolate. The sweetness of the bark enhances the unsweetened cacao nibs, giving the cookie a delightful but not overpowering flavor of chocolate.

Lotus Foods' Forbidden Rice  Ramen 4 Pack
SRP: $5.99
phone: 510-525-3137
WEB: www.lotusfoods.com
WE PICKED IT BECAUSE: Ramen is hot, hot, hot and rice ramen - make that Forbidden rice ramen - is on fire. It's made from Lotus' award-winning heirloom Organic Forbidden Rice, so it has a rich nutty taste and exotic black color. It's gluten-free, low fat, vegan, and non-GMO. The 4-packs are noodles only while individual packs come with a packet of reduced-sodium white miso soup. We can't wait to try a Forbidden Rice Ramen-burger!

Love Grown Foods Original Power Os
SRP: $4.99
phone: 303-482-7095
WEB: www.lovegrownfoods.com
WE PICKED IT BECAUSE: Heart-healthy beans have never been disguised so well! This cereal is made from navy beans, lentils and garbanzo beans, and as a result of their wholesome ingredients, they're a good source of protein, containing 4-6 grams per serving. Plus each serving has 3 grams of fiber and less than 100 mg of sodium. But best of all, this healthy breakfast staple is great tasting. Honey, Strawberry and Chocolate flavors are also available.

Lucini Founders Reserve Premium  Select Extra Virgin  Olive Oil
SRP: $39.99 phone: 305-858-7200
WEB: www.lucini.com

WE PICKED IT BECAUSE: Each November, two estate-grown olive varieties, Frantoio and Olivastra Seggianese, are picked by hand and pressed within 12 hours, capturing the coveted flavor found only in the best, fresh olive fruit. This oil is very special - less than 5,000 bottles were produced.

Madécasse Madagascar Chocolate Salted Almond

SRP: $5.99

phone: 858-444-5523

WEB: www.madecasse.com

WE PICKED IT BECAUSE: Madécasse bean-to-bar chocolate bars are grown and made in Madagascar. Made with a rare heirloom variety cocoa, Salted Almond is 63 percent dark chocolate sprinkled with roasted almond nibs and sea salt. The luscious new flavor is Fair for Life certified and has four times the impact of fair trade cocoa.

Manitou Trading Co. Porcini Funghi Risotto

SRP: $8.99

phone: 847-693-7542

WEB: www.manitoutradingcompany.com

WE PICKED IT BECAUSE: Risotto is comfort food at its best. We love this easy-to-prepare mix that doesn't skimp on quality ingredients: Arborio rice, porcini, champignon and shiitake mushrooms with garlic, rosemary and chives. Makes a delicious entrée or side dish.

Mrs. Weinstein's Dark Chocolate Sea Salt Almond Toffee

SRP: $15

phone: 888-957-9338

WEB: www.sweetshopusa.com

WE PICKED IT BECAUSE: This sweet treat combines some of our favorite flavors: dark chocolate, sea salt, almond and toffee to create a well-balanced, buttery and unforgettable treat. The packaging, too, is top notch - making it a perfect hostess gift.

Naam Som LLC dba Pok Pok Som Thai Basil drinking vinegar

SRP: $15

phone: 503-235-0004

WEB: www.pokpoksom.com

WE PICKED IT BECAUSE: Drinking vinegar has been touted for centuries as a great boon to health. And even though Pok Pok Som makes no health claims, we decided to give it a try. What we found was a refreshing beverage with an intense basil flavor, mild acidity and sweet finish. Pok Pok Som drinking vinegar is a sweet and tart vinegar based concentrate that can be mixed with still or sparkling water, seltzer or club soda for a delicious soda alternative or unique cocktail mixer.

Napa Valley Vinegar Co. Champagne Pear Vinegar

SRP: $9.99 phone: 707-603-7153

WEB: www.winecountrykitchens.com

WE PICKED IT BECAUSE: We love how this fruit-flavored vinegar made our salads shine without the calories of a typical salad dressing. And it is a refreshing, low-calorie addition to seltzer. Better yet - this vinegar is one of six, all which are made with real fruit purée.

Nature's Habit Granola

SRP: $6.99

phone: 888-627-2859

WEB: www.natureshabit.com

WE PICKED IT BECAUSE: "Quality you can see, a taste you will love," said one of our tasters about the granola that's made with cocoa, cherries, almonds and pecans. The company uses only full-sized nuts and fruit pieces to create their granolas and trail mixes.

Nutiva Organic Shortening

SRP: $6.79

phone: 800-993-4367

WEB: www.nutiva.com

WE PICKED IT BECAUSE: This is a healthy one-to-one substitute for traditional shortening. Made with coconut and red palm oils, Nutiva Organic Shortening is vegan and free from dairy, trans fat, soy and canola. Excellent for baking and frying and ideal for producing flaky pie crusts and crisp cookies with the health benefits of coconut oil. Better yet, it is Fair Trade certified and Non-GMO Project Verified.

Owl's Brew Pink &  Black Cocktail Mix

SRP: $8.99

phone: 646-790-1558

WEB: www.theowlsbrew.com

WE PICKED IT BECAUSE: Home entertainers looking to create sophisticated cocktails - look no further. This line of cocktail mixers is made with tea as the star ingredient. Our favorite: Pink & Black, a sophisticated concoction made with darjeeling tea, hibiscus and strawberries. The site's BrewLaLa recipe using equal parts Pink & Black and Pilsner has us singing Oh La La-licious. The entire Owl's Brew line is fresh-brewed in micro-batches from whole tea leaves and is ready to mix with spirits, beer and wine. The end result? Cocktails with a light and refreshing flavor profile.

Pamela's Products Mission  Fig Figgies and Jammies

SRP: $4.99

phone: 707-462-6605

WEB: www.pamelasproducts.com

WE PICKED IT BECAUSE: The rich fig filling and a cake-like crust were enough to make us swoon. So tasty, we were shocked to learn these fig bars are certified gluten-free and egg-free to boot. A sweet addition to lunch boxes for kids of all ages.

Partners' Free for All Kitchen Gluten Free Double Chocolate Brownie Thins

SRP: $4.29

phone: 253-867-1580

WEB: www.partnerscrackers.com

WE PICKED IT BECAUSE: Gluten-free makes life more livable for so many folks. Whether you need to be gluten-free or want to be gluten-free, these Brownie Thins are a real treat. They're made with a blend of five ancient grains - amaranth, quinoa, millet, teff and sorghum - mixed with cassava root flour, Dutch process cocoa, chocolate flakes, cane sugar, butter and buttermilk. They're non-GMO, kosher and made in facility run on 100 percent green electric power.

Polska Foods Spinach  and Feta Pierogi

SRP: $5.99

phone: 800-750-0817

WE PICKED IT BECAUSE: Dumplings have been on trend for years, and these Polish-inspired delights from Polska Foods do not disappoint. The masterminds behind this delight have taken a family recipe and fine-tuned it, making it with whole grains and certified organic ingredients. Our favorite flavor is the Spinach and Feta, but you can't go wrong with any of these frozen-fresh pierogis.

Prosperity Organic Foods Chocolate Melt Organic

SRP: $4.99 phone: 888-557-5741

WEB: www.meltorganic.com

WE PICKED IT BECAUSE: How do you improve upon a great tasting product? In the case of Melt organic spread, they added a rich organic cocoa and wildflower honey. Unlike other chocolate spreads, Chocolate Melt has only 1 gram of sugar per serving and is dairy-, soy- and nut-free. Made with Fair Trade Fair for Life certified virgin coconut oil and Rainforest Alliance certified palm fruit oil. 'Health' food has never tasted so good!

Reed's Culture Club Coconut Water Lime Kombucha

SRP: $3.69

phone: 800-997-3337

WEB: www.reedsinc.com

WE PICKED IT BECAUSE: Probiotics are hot, not only in yogurt but also kombucha, a fermented tea that has probiotics. Reed's starts with the finest organic and long-aged oolong and yerba mate teas to create their line of kombucha. Our judges found the Coconut Water Lime flavor refreshing and slightly effervescent.

Saffron Road Crunchy Chickpeas Korean BBQ

SRP: $4.49

phone: 212-209-1802

WEB: www.saffronroadfood.com

WE PICKED IT BECAUSE: Crunchy Chickpeas are great munchies. With only 2.5 grams of fat and 5 grams of protein per serving, we really can justify this gluten-free and Verified Non-GMO snack. Korean BBQ Crunchy Chickpeas are on trend, with Korean barbecue and bulgogi enjoying their time in the spotlight. The sweet and sour zing from the mixture of soy sauce, pear juice, sesame oil, garlic and red pepper dazzles the palate.

Sahale Snacks Mango Tango Almond Mix

SRP: 8-ounce $6.99; 1.5-ounce $1.75 phone: 206-456-3432

WEB: sahalesnacks.com

WE PICKED IT BECAUSE: We love to snack and Sahale always delivers delicious - and healthy - nuts and preservative-free dried fruit. This time it's a salty-spicy combination of whole almonds and peanuts, the sweet and tart chewiness of lime-infused mango and a subtle kick of chipotle chili. We want to eat the whole pouch!

Sanders Candy Single Serve Chocolate Fruit & Snack Dip

SRP: 75 cents phone: 800-651-7263

WEB: www.sanderscandy.com

WE PICKED IT BECAUSE: When it comes to chocolate, we need all the portion-control help we can get. Thanks to Sanders Candy's new Fruit & Snack Dips, we can indulge our sweet tooth. Plus, this chocolate dip is a welcome addition to our lunch box and perfect with fresh strawberries or pineapple. The individual 2-ounce size is microwave-safe, gluten-free and contain no artificial flavors, sweeteners, colors or preservatives. Caramel, Milk Chocolate & Dark Chocolate dips are available.

Sisters' Gourmet Coconut Salted Caramel Blondie Mix

SRP: $17.99 phone: 770-338-1388

WEB: www.sistersgourmet.com

WE PICKED IT BECAUSE: We admit the packaging - the mix is artfully packed and stacked into a tall Weck canning jar - first caught our eyes, but it was the Coconut Salted Caramel Blondies that won us over. The mix, plus butter and sugar, makes a pan of blondies that will be sure to impress any lover of coconut that's accented with caramel and a touch of sea salt.

Stonewall Kitchen  Maple Bacon Jam

SRP: $7.95

phone: 888-326-5678

WEB: www.stonewallkitchen.com

WE PICKED IT BECAUSE: Equally at home on a cheese plate or as the star ingredient in a dip, this Maple Bacon Jam is a winner. This complex savory jam has layers of flavor - the sweetness of brown sugar and apples balanced by the heartiness of bacon and the mild oniony flavor of shallots. A quick spread of this versatile condiment elevates a plain turkey sandwich into a gastronomic delight.

Stubb's Hatch Chile Cookin' Sauce

SRP: $3.99-$4.99

phone: 214-379-7000

WEB: www.stubbsbbq.com

WE PICKED IT BECAUSE: Hatch chiles deserve their turn in the spotlight. New Mexico is where Hatch chiles were developed and Stubb's makes these green beauties available across the country. The kit comes with a cooking sauce, spice mix and finishing sauce. It's best with chicken but does a great job with beef and pork, too.

Taste Weaver's Hot Peppers and Peaches Glaze/Sauce

SRP: $7.49-$8.49

phone: 888-810-8365

WEB: tasteweavers.com

WE PICKED IT BECAUSE: With its tasty blend of sweet peaches, zesty red peppers and just a hint of orange, this is a wonderful glaze for meats, especially pork, chicken and fish. Or pour it over cream cheese or chèvre for a quick appetizer. We want to try it as a dipping sauce for a grilled cheese sandwich.

Tru Table Key Lime Caesar  with Asiago Protein Dressing

SRP: $8.99

phone: 206-349-7501

WEB: www.trutable.com

WE PICKED IT BECAUSE: High protein is in. And the Tru Table line of four salad dressings, which are made from all-natural ingredients and enriched with whey protein isolate, make it easier to get more of this dietary essential. Our favorite is the Key Lime Caesar with Asiago, a tangy modern twist on a classic. It contains 12 grams of protein per serving, or as much protein as two large eggs.

Urban Accents  Ginger Carrot Cake  Flapjack & Waffle Mix

SRP: $7.99 phone: 773-528-9515 ext.109

WEB: www.urbanaccents.com

WE PICKED IT BECAUSE: Ginger Carrot Cake Pancakes for breakfast? Yes, please! The assertive ginger flavor is a perfect complement to the sweet carrot cake and walnuts. The resealable pouch has enough of this all-natural mix to create 12-14 pancakes or waffles. We suggest buying multiples, because you won't want to run out.

White Coffee Corp.  Joltin' Joe Espresso Roast

SRP: $7.99 phone: 718-204-7900 x.112

WEB: www.whitecoffee.com

WE PICKED IT BECAUSE: This Espresso Roast is the perfect go-to for a caffeine pick-me-up any time of day. We preferred the smooth finish in the Espresso Roast. Joltin' Joe, which is also available in a medium roast, is hand-roasted and delivers on its promise of smooth brew with a rich aroma. The coffee is part of the new Joltin' Joe lifestyle brand, named after the baseball great. We love eye-catching packaging, too.

Woolwich Dairy Goat Feta Crumbles

SRP: $4.99 phone: 705-280-0107

WEB: www.woolwichdairy.com

WE PICKED IT BECAUSE: We love feta, we adore goat cheese and we crave convenience. Woolwich makes life easier by combining all our favorites in one. A mild goat milk cheese with an authentic Mediterranean taste, these are already crumbled bits of firm-textured cheese with a sharp, tangy, salty flavor. They're made from fresh goat's milk and are rennet-free.

YZ Enterprises/Almondina  Coconut Orange Toastees

SRP: $3.99

phone: 917-750-5505

WEB: www.almondina.com

WE PICKED IT BECAUSE: Almondina Toastees are crunchy little snacks that go down easy. On their own or topped with cheese or crumbled into ice cream or yogurt, the pack a lot of flavor into just 70 calories (4 pieces). Coconut Orange Almond Toastees combine a light citrus flavor with the dual nuttiness of toasted coconut and crunchy almonds. A perfect  anytime snack.

**Load-Date:** September 1, 2014

---

End of Document



# BLOG: Decaturade: Decatur Brews News: St. Louis Craft Beer Week

Decaturade

July 26, 2014 Saturday 2:47 AM EST

Copyright 2014 Newstex LLC All Rights Reserved

**Length:** 430 words

**Byline:** Jim Vorel

## Body

Jul 25, 2014 (Decaturade:http://herald-review.com/blogs/decaturade/ Delivered by Newstex)

July 25--[ http://bloximages.chicago2.vip.townnews.com/herald-review.com/content/tncms/assets/v3/editorial/0/1c/01c5e9aa-143c-11e4-aeab-001a4bcf887a/53d2c100470be.preview-620.jpg]

There's a reason I usually request one of my vacation weeks from the Herald Review roughly around the second weekend of May, and it's because that time period typically coincides with Chicago Craft Beer Week. It's a wondrous, magical time to be in the city as a craft beer fan, when seemingly every bar and restaurant in town takes special time and effort to acknowledge not only the popularity of craft beer on a national scale but all the creativity and exciting developments being made in local brewing. That week represents the very best in Chicago's own beer community.

St. Louis has had its own beer week going since 2009 now, and judging from the website [http://www.stlbeerweek.com/] it looks to capture the same sort of aesthetic. I've never visited it before, but I will this weekend when it kicks off on Saturday, running all the way until Sunday, Aug. 3. I won't have time to visit many of the events, but at the very least I intend to hit "Sour Saturday," featuring a collection of tart, sour ales.

These events are some of the best ways to get to know the character of a city's brewing community, and they're remarkably effective in raising awareness among local residents of all the small breweries that are now surrounding them these days. St. Louis is a great contender for such an event, because it's a few years into a serious beer renaissance. As of 2009 when this event began, St. Louis wouldn't have been considered one of the country's better beer cities, but that has changed. Today, breweries such as Urban Chestnut, Four Hands, Civil Life, Perennial and 2nd Shift have carved out an entirely new reputation for the town best known as being the U.S. headquarters of Anheuser Busch...which is of course operated out of Belgium and Brazil these days, by the way.

If you do decided to visit, let me recommend one place for you: Burger/milkshake/craft beer haven Bailey's Range, located in downtown St. Louis. Their special burger in honor of St. Louis Craft Beer Week has the following: "Candied hop bacon jam, red onion, sharp cheddar, porter grain mustard, **pretzel crisps**." Yes, please. That's some prime Eating Badly material, right there.

___ (c)2014 the Herald Review (Decatur, Ill.) Visit the Herald Review (Decatur, Ill.) at www.herald-review.com Distributed by MCT Information Services

**Load-Date:** July 25, 2014

End of Document



# Press Release: Snyder's-Lance, Inc. to Release Second Quarter 2014 Results on Thursday, August 7, Before Market Opens. Will Host Conference Call and Webcast at 9:00 am Eastern on Thursday, August 7.

Dow Jones Institutional News

July 22, 2014 Tuesday 8:30 PM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 476 words

## Body

Snyder's-Lance, Inc. to Release Second Quarter 2014 Results on Thursday, August 7, Before Market Opens. Will Host Conference Call and Webcast at 9:00 am Eastern on Thursday, August 7.

PR Newswire

CHARLOTTE, N.C., July 22, 2014

CHARLOTTE, N.C., July 22, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it intends to release its 2014 second quarter results before the market opens on Thursday, August 7, 2014. Management will also conduct a conference call and live webcast at 9:00 am Eastern time on Thursday, August 7, 2014 to review the Company's results. Participating in the conference call will be Carl Lee, Jr, CEO and President, Rick Puckett, Executive Vice President and Chief Financial Officer and Mark Carter, Vice President and Investor Relations Officer.

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com . In addition, the slide presentation will be available at www.snyderslance.com to download and print approximately 30 minutes before the webcast.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 78414145. A continuous telephone replay of the call will be available between 3:00pm on August 7 and midnight on August 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 78414145. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers,

potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), Quitos(TM) and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo - http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

/Web site: http://www.snyderslance.com

Access Investor Kit for Snyder's-Lance, Inc.

Visit http://www.companyspotlight.com/partner?cp_code=A591&isin=US8335511049

(END) Dow Jones Newswires

July 22, 2014 16:30 ET (20:30 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** July 23, 2014

End of Document



# Snyder's-Lance, Inc. to Release Second Quarter 2014 Results on Thursday, August 7, Before Market Opens. Will Host Conference Call and Webcast at 9:00 am Eastern on Thursday, August 7.

PR Newswire

July 22, 2014 Tuesday 4:30 PM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 404 words

**Dateline:** CHARLOTTE, N.C., July 22, 2014

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it intends to release its 2014 second quarter results before the market opens on Thursday, August 7, 2014. Management will also conduct a conference call and live webcast at 9:00 am Eastern time on Thursday, August 7, 2014 to review the Company's results. Participating in the conference call will be Carl Lee, Jr, CEO and President, Rick Puckett, Executive Vice President and Chief Financial Officer and Mark Carter, Vice President and Investor Relations Officer.

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website,http://www.snyderslance.com. In addition, the slide presentation will be available at      http://www.snyderslance.com to download and print approximately 30 minutes before the webcast.

To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. The conference ID is 78414145. A continuous telephone replay of the call will be available between 3:00pm on August 7 and midnight on August 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 78414145. Investors may also access a web-based replay of the conference call athttp://www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, Quitos(TM) and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo -http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, Investor Relations Officer (704) 557-8386

**Load-Date:** July 23, 2014

Snyder's-Lance, Inc. to Release Second Quarter 2014 Results on Thursday, August 7, Before Market Opens. Will Host Conference Call and Webcast at 9:00 am Eastern....

**End of Document**



# Athletes and TV Stars Join Together for a Good Cause During ESPY Awards Week.

PRWeb Newswire

July 18, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2014 Vocus PRW Holdings LLC

**Length:** 985 words

## Body

Los Angeles, CA (PRWEB) July 18, 2014

GBK, the luxury lifestyle gift lounge and special events company, honored the 2014 ESPY Awards' Nominees and other special guests with their GBK Pre-Awards Lounge, hosted at the W Hollywood on July 16th. GBK's guests had the opportunity to enjoy a fun-filled day of excellent music, food, poker tournament, charity fundraising and memorable gifts.

GBK's blend of entertainment, celebrity marketing and charity fundraising consistently sets new standards for the industry and this event was no different. With the help of participating sponsors and generous celebrity guests, 100% of the buy-in to the tournament went to charity and approximately $60,000 was raised to benefit The Model Citizen Fund by the end of the event. The Model Citizen Fund distributes life-sustaining backpacks filled with 150 items that include food, health, and survival essentials to the homeless and disaster victims, giving them the tools and confidence to build/rebuild their lives.

The other benefiting charities of the GBK Luxury Lounge included Operation Gratitude, a 501(c)(3), non-profit, volunteer-based organization that annually sends 100,000 care packages filled with snacks, entertainment items and personal letters of appreciation addressed to individually named U.S. Service Members deployed in hostile regions, to their children left behind and to Veterans, First Responders, Wounded Warriors and their Care Givers (operationgratitude.com). Echoes of Hope, a non-profit that strives to awaken the spirit of hope in the lives of emancipated foster youth, as well as other vulnerable youth in the community by providing resources, knowledge, skills, love and support they need to reach their full potential (echoesofhope.org). My Life My Power, a 501(C)3 Charity which works with kids, parents and schools around the nation with issues like bullying, drugs and alcohol, and dropouts (mylifemypower.org).

At the lounge, celebrities and media guests were greeted by the sounds of DJ Wes Wes and enjoy complimentary refreshments from participating sponsors Jalisco's Mobile Taco Grill; Zipz Wines, wine in an elegant, portable wine glass made from high-quality PET plastic that looks and feels like traditional glassware, but is safe to use in places where glass is not an option; LIQRpop, a hard frozen confection with a full serving of alcohol contained separately inside which can be either injected over the frozen cocktail flavored surface, or sucked from inside the pop while enjoying the frozen outer confection; and The Better Chip(R), a fun, great tasting snack in bold flavors that is so dip-able that it is available in the deli section at grocery stores near the hummus, salsa and other dips rather than the chip aisle.

David Barton Gym was on site gifting complimentary 6 month memberships; Palace Resorts and Caribbean Living, gifted a 4 night stay for two at Moon Palace compliments of Palace Resorts; Phase-IV Scientific Health and Performance Center, offered a certificate to take the VO2 test which is a science-based snapshot of your current

fitness that will help you achieve your goals with an individual daily workout plan; products from Ripped Cream Protein Coffee Creamer, the first all natural protein coffee creamer in Chizzled Chocolate and Lean Vanilla Bean; ROBDECHI, a brand of patented hybrid scarves and outwear accessories, on site gifting premium Robdechi Snapbacks; The Pillow of Health, the first completely self adjustable healthy pillow where it is a perfect fit every time, gifting their deluxe pillows; Daniel Bass, a jewelry designer that makes jewelry for the rockstar in all of us, gifting Tribal Dog Tags made in silver and palladium; Geekbox Speakers, gifting their Mini Bluetooth Speaker/Jukebox; HYDRIVE Energy Water, a light, non-carbonated and refreshing energy boost with only 30 calories and nutrient enhanced formula; luxury beauty products from Beauty Kitchen; and Chattem, Inc. &#8211; one of the leading manufacturers of branded consumer healthcare products in the United States who was on site gifting Icy Hot Smart Relief.

Also on site was LG Electronics, gifting their Bluetooth headphones - The Ultimate Audio Solution for Life on the Go; 2K Sports gifting their video games including Borderlands, Civilization V, and NBA2K; Zumer Sport, an innovative company that makes products out of actual sports ball materials; was on site gifting their patented backpacks; Tryst Electronic Smoking Products, gifting Tryst electronic cigars and hookahs in gourmet e-juice flavors that are made in the USA; Maxim Mattress, providing limited edition, Luxury mattress, manufactured from hand-selected materials; Beauty Kitchen JH Design Group, a leader in the licensed apparel world, gifting high-end jackets; and BESTofLEGACY, known as the Rolls Royce of press clip scrapbooks, provided a $400 gift certificate towards their service.

Green Room snacks were provided by **Pretzel Crisps**, popchips, Combos, Marathon Bar, Pasta Chips, Vita Coco, and Monster Energy.

ABOUT GBK:

GBK, formerly GBK Productions, is a luxury lifestyle gifting and special events company, specializing in entertainment marketing integration. Formed in 2000 by Gavin Keilly, the company's Founder and CEO, GBK consists of five divisions: GBK Celebrity Gifting, GBK Special Events, GBK Weddings, GBK Charitable Consulting and GBK Marketing/Public Relations. Widely known in the entertainment industry for bringing that little extra something into the Gifting Lounge environment, GBK offers its clients a full range of marketing services. For more information on Gavin B. Keilly (CEO), Carla Domen (VP) or GBK, please go to gbkproductions.com.

GBK is not affiliated with, endorsed, or sponsored by ESPN, the ESPY Awards, ABC, Inc., The Walt Disney Company, or The Hearst Corporation.

Read the full story at http://www.prweb.com/releases/2014/07/prweb12031153.htm>> 000122837000001435

**Load-Date:** July 19, 2014

---

End of Document



# Look Out George Foreman, Bethenny Frankel Is Talking Kitchen Appliances -- WSJ Blog

Dow Jones Institutional News

July 11, 2014 Friday 3:44 PM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

 **DOW JONES** NEWSWIRES

**Length:** 771 words

**Byline:** By Suzanne Vranica

## Body

In 2011, reality TV star Bethenny Frankel sold her popular low-calorie Skinnygirl spirits line to Beam Inc.

Now the 43-year old entrepreneur is looking to slap the Skinnygirl name on everything from hummus to vitamin supplements to kitchen appliances.

ConAgra Foods has paid Ms. Frankel to license the Skinnygirl brand for a new line of Orville Redenbacher microwave popcorn that the company says will hit store shelves this month. The snacks will carry both brand names.

The food company declined to reveal the terms of the deal other than to say it's a three-year licensing agreement.

ConAgra is teaming up with Ms. Frankel, who was on the original "Real Housewives of New York," in hopes she can help its popcorn brand be more appealing to younger consumers, said Chris Sinta, director of partnership and sponsorships at ConAgra.

The Wall Street Journal's Advertising Editor, Suzanne Vranica, talked to Ms. Frankel about her latest deal and how she intends to keep herself in the public eye after her talk show was canceled.

WSJ: Why popcorn?

Ms. Frankel: I am always looking for a good partner and places where I think there is a void. My initial success in cocktails was because there was a problem that needed to be solved. Women wanted to drink but not feel guilty about it.

Microwave popcorn is convenient but it's something that can be fattening. It's unnecessary.

WSJ: How does this deal affect your relationship with Beam?

Ms. Frankel: When I sold to Beam--I am still partners with them-- I only sold the cocktails business. The reason I sold to Beam was because of their distribution and marketing power. I knew they would spend all of this money to market the Skinnygirl brand and I could piggyback on that and build an entire brand.

WSJ: What other products does Skinnygirl offer now and what's coming?

Ms. Frankel: I am doing snacks such as **pretzel crisps** and pita chips. There are non-alcoholic beverages called Skinnygirl Sparklers. I have a line of dips such as hummus, French onion and even salsa that are just launching. I am working on coffee that is not out yet and working on salad dressings and ice cream.

We also have a kitchen appliance coming out. It will be a health problem-solving product such as a personal blender. Blending will take over juicing.

WSJ: Is Orville Redenbacher the first co-branded product you've done?

Ms. Frankel: I usually don't co-brand where there is another name on the package. The only other one I have done is Skinnygirl Sparklers when I partnered with Arizona Beverage Co.

WSJ: Some conservative marketers are still wary of advertising on reality programs, yet you have been successful at landing endorsements and marketing deals with corporate America. Why?

Ms. Frankel: I have worked with brands such a Hanes, Clorox and Pampers. They know that moms curse and they are real. It's the women who are buying their products. They [corporations] have always liked that I am pretty straightforward and real.

Beam got into business with me knowing that I was going to get into other categories, but they trusted that I wouldn't F----up the brand and I trust them owning that one piece.

WSJ: Sales of the Skinnygirl alcohol brands have seen some softness. What do you attribute that to?

Ms. Frankel: The ready-to-drink category was a dead category. No one was drinking ready-made margaritas. I was the first person to make that category come alive. There were also tons of cheater brands and that takes away some of your business. You have to expect it [a slowdown] when you come out like gangbusters.

WSJ: How can you keep your brand popular now that your talk show has been canceled?

Ms. Frankel: The brand can stand on its own. There are many people who know Skinnygirl and have no idea who I am and that is the goal. I don't want a brand to live off Bethenny. I do have a couple of other TV offers but don't want to make a rash decision. I don't want to do something that isn't authentic.

A lot of reality stars have learned that just being famous is not enough to move product. You have to be in business with real good partners. You have to have distribution partners that also have marketing muscle. Shelf space is everything.

WSJ: Any chance you will sell off the food brands?

Ms. Frankel: No. If someone was going to come buy this company--not saying I want that-- but big companies like Procter & Gamble, Unilever or ConAgra, they want companies that are whole, not just one piece. Beam was my first big move. I am not looking to sell off pieces of it.

More at The Wall Street Journal's CMO Today blog, http://blogs.wsj.com/cmo/

(END) Dow Jones Newswires

July 11, 2014 11:44 ET (15:44 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** July 12, 2014

End of Document



# Snyder's of Hanover "Pretzel Guys" Serve up the Fun with America's Summertime Favorite Promotion

PR Newswire

July 10, 2014 Thursday 11:16 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 675 words

**Dateline:** HANOVER, Pa., July 10, 2014

## Body

As families map out plans for the warm weather months, Snyder's of Hanover is providing an extra bite of fun to this year's activities with the nationwide launch of America's Summertime Favorite seasonal promotion. The Snyder's of Hanover Facebook page is currently hosting weekly sweepstakes where fans can weigh in and share their favorite summer activities for the chance to win $10,000 towards their dream family vacation.

Featuring Hank and Bill, the popular Snyder's of Hanover "Pretzel Guys," the nine-week campaign is highlighting the many ways snack lovers enjoy their favorite summertime events, foods and vacation spots. Snyder's of Hanover Facebook fans can tag along with this comedic duo as they venture across the country to partake in the best summertime activities - a.k.a. "America's Summertime Favorite."

During this nine-week period, Snyder's of Hanover Facebook fans will have the chance to win an exciting summer prize pack loaded with snacks and fun giveaways. The sweepstakes' themes and entry details will be unveiled at the beginning of each week, filling fans in on how they can participate. Each entry throughout the promotion will also be automatically entered to win the America's Summertime Favorite grand prize of $10,000 towards their dream vacation.

"Summer is an action-packed time of year, full of exciting activities, trips and parties unique to this fun season" said Bob Gould, Marketing Manager for Snyder's of Hanover. "This year Snyder's of Hanover is adding to the enjoyment by offering fans an exciting way to share some of their favorite summer experiences for the chance to go on their dream vacation."

As the brand that offers the most variety, Snyder's of Hanover is a great addition to any summertime activity. Mix up your favorite dip and serve it alongsideNEW Snyder's of Hanover Pretzel Spoonzfor a crowd pleasing combination at the neighborhood cookout, or enjoy a car-full of happiness by picking up a bag ofNEW Snyder's of Hanover Sweet and Salty Pretzel Piecesbefore the family road trip. Join Snyder's of Hanover in making this summer the best summer ever.

More details about the specifics of the campaign can be found by visiting Snyder's of Hanover on Facebook athttp://www.facebook.com/SnydersOfHanover. Visit        http://www.snydersofhanover.comfor a full list of other great snacks and recipes.

About Snyder's of Hanover

For more than 100 years, Americans have enjoyed Snyder's of Hanover pretzels. With their unique sourdough heritage, Snyder's of Hanover pretzels today are available across the country in single-serve sizes as well as larger, 10, 12 and even 16-ounce bags perfect for sharing. Today, America's favorite pretzel is available in a wide variety of flavors, recipes and shapes, including traditional hard pretzels, flavored pretzel bites, sticks, rods, nibblers and

even gluten-free options. For more information, visithttp://www.snydersofhanover.com. Snyder's of Hanover can also be found onFacebook,Twitter, Instagram, YouTube andPinterest.

About Snyder's-Lance

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, EatSmart Naturals®, O-Ke-Doke® and Padrinos®, brand names. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets, and other channels. LNCE-G

Photo -http://photos.prnewswire.com/prnh/20140710/125988

SOURCE Snyder's of Hanover

CONTACT: Rachel Ryan, 410-234-2509 or 615-428-0820, Rachel.Ryan@GKV.com; Rick Hebert, 410-234-2392 or 410-458-2716, Rick.Hebert@GKV.com

**Load-Date:** July 11, 2014

---

End of Document



# Pretzel Crisps Found Generic And Unregistrable

Mondaq

July 9, 2014 Wednesday 11:10 AM EST

Copyright 2014 Newstex LLC All Rights Reserved

**Length:** 746 words

**Byline:** Ms Jennifer Insley-Pruitt

## Body

Jul 09, 2014 (Mondaq:http://mondaq.com/ Delivered by Newstex)

Frito-Lay North America, Inc. v. Princeton Vanguard, Inc., 109 U.S.P.Q.2d 1949 (T.T.A.B. 2014)

In a precedential decision released February 28, 2014, the Trademark Trial and Appeal Board ("TTAB" or the "Board") found that **PRETZEL CRISPS** was generic and could not be registered as a trademark. Princeton Vanguard, LLC, which had registered **PRETZEL CRISPS** for "pretzel crackers" in International Class 30 on the Supplemental Register in 2005, applied to register the mark on the Principal Register in 2009. Frito-Lay North America, Inc. ("Frito Lay") opposed the 2009 application based on genericness, and also petitioned to cancel the 2005 supplemental registration on the same ground. Following trial, the TTAB ruled in favor of Frito Lay.

Frito Lay and Princeton Vanguard compete in the field of salty pretzel snacks. Princeton Vanguard, a family-owned New Jersey company, introduced flat pretzels under the mark **PRETZEL CRISPS** in 2004, and the product grew to a $100 million-a-year brand by 2011. Frito Lay, meanwhile, markets ROLD-GOLD brand pretzels.

Before the TTAB, Princeton Vanguard argued that the **PRETZEL CRISPS** mark should be analyzed as a unified phrase comprised of terms not previously used together under the standard set forth in In re American Fertility Society, 188 F.3d 1341, 1347 (Fed. Cir. 1999) ("American Fertility"). Under the American Fertility standard, the Board "cannot simply cite definitions and generic uses of the constituent terms of a mark; it must conduct an inquiry into the meaning of the disputed phrase as a whole." In re Dial-A-Mattress Operating Corp., 240 F.3d 1341 (Fed. Cir. 2001). Frito Lay argued that **PRETZEL CRISPS** is a compound term to be analyzed under the standard established in In re Gould Paper Corp., 834 F.2d 1017 (Fed. Cir. 1987) ("Gould"). Under the Gould test, when a proposed mark is a combination of two or more terms in ordinary grammatical construction and communicates no more than the common meaning of the individual components of the term, genericness can be established with evidence of the meaning of the constituent terms. The Board agreed with Frito Lay, finding "no additional meaning added to '**PRETZEL CRISPS**' in relation to 'pretzel crackers,' when the individual terms are combined," and therefore analyzed the mark as simply a combined term under Gould rather than as a unified phrase.

In support of its argument for genericness, Frito Lay introduced dictionary evidence of the use of "crisps" for "crackers," as well as evidence of industry use of the words as synonyms, including in connection with such players as Special K Cracker Crisps and Triscuit Thin Crisps. Frito Lay further showed that Princeton Vanguard itself had employed "crackers" and "crisps" interchangeably on nutritional information, indicating that even Princeton Vanguard considered the words synonymous.

Both parties also did Teflon-type consumer surveys of genericness following the model first described in E.I. DuPont de Nemours Co. v. Yoshida International, Inc., 393 F. Supp. 502 (E.D.N.Y. 1975). As part of their Teflon

surveys, the parties read aloud to survey participants lists of generic and trademarked product names, and asked the respondents to indicate whether a given product name was generic or a brand. In the end, though, it appeared the Board gave little credence to either survey and ruled based on evidence submitted by Frito Lay of dictionary definitions, use by the public, and use by Princeton Vanguard itself. The Board noted that it performed its analysis under the "compound term" standard laid out in Gould, but that it would have reached the same conclusion under the more stringent "unified phrase" standard of American Fertility.

On April 22, 2014, Princeton Vanguard appealed the Board's decision to the Federal Circuit. We are monitoring the case and will report further once the appeals court ruling is issued.

The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.

Ms Jennifer Insley-Pruitt
Fross Zelnick Lehrman Zissu, P.C.
866 United Nations Plaza
New York
NY 10017
UNITED STATES

Click Here [1] for related articles (c) Mondaq Ltd, 2014 - Tel. +44 (0)20 8544 8300 - http://www.mondaq.com[2]
 [1]:                    http://www.mondaq.com/search/relate.asp?article_id=326280online_host_id=0                    [2]:
http://www.mondaq.com/default.asp?online_host_id=22id=326280

**Load-Date:** July 9, 2014

---

End of Document



# United States: Pretzel Crisps Found Generic And Unregistrable

Mondaq Business Briefing

July 9, 2014 Wednesday

Copyright 2014 Mondaq Ltd. All Rights Reserved



**Length:** 694 words

**Byline:** Jennifer Insley-Pruitt

## Body

Frito-Lay North America, Inc. v. Princeton Vanguard, Inc., 109 U.S.P.Q.2d 1949 (T.T.A.B. 2014)

In a precedential decision released February 28, 2014, the Trademark Trial and Appeal Board ("TTAB" or the "Board") found that **PRETZEL CRISPS** was generic and could not be registered as a trademark. Princeton Vanguard, LLC, which had registered **PRETZEL CRISPS** for "pretzel crackers" in International Class 30 on the Supplemental Register in 2005, applied to register the mark on the Principal Register in 2009. Frito-Lay North America, Inc. ("Frito Lay") opposed the 2009 application based on genericness, and also petitioned to cancel the 2005 supplemental registration on the same ground. Following trial, the TTAB ruled in favor of Frito Lay.

Frito Lay and Princeton Vanguard compete in the field of salty pretzel snacks. Princeton Vanguard, a family-owned New Jersey company, introduced flat pretzels under the mark **PRETZEL CRISPS** in 2004, and the product grew to a $100 million-a-year brand by 2011. Frito Lay, meanwhile, markets ROLD-GOLD brand pretzels.

Before the TTAB, Princeton Vanguard argued that the **PRETZEL CRISPS** mark should be analyzed as a unified phrase comprised of terms not previously used together under the standard set forth in In re American Fertility Society, 188 F.3d 1341, 1347 (Fed. Cir. 1999) ("American Fertility"). Under the American Fertility standard, the Board "cannot simply cite definitions and generic uses of the constituent terms of a mark; it must conduct an inquiry into the meaning of the disputed phrase as a whole." In re Dial-A-Mattress Operating Corp., 240 F.3d 1341 (Fed. Cir. 2001). Frito Lay argued that **PRETZEL CRISPS** is a compound term to be analyzed under the standard established in In re Gould Paper Corp., 834 F.2d 1017 (Fed. Cir. 1987) ("Gould"). Under the Gould test, when a proposed mark is a combination of two or more terms in ordinary grammatical construction and communicates no more than the common meaning of the individual components of the term, genericness can be established with evidence of the meaning of the constituent terms. The Board agreed with Frito Lay, finding "no additional meaning added to '**PRETZEL CRISPS**' in relation to 'pretzel crackers,' when the individual terms are combined," and therefore analyzed the mark as simply a combined term under Gould rather than as a unified phrase.

In support of its argument for genericness, Frito Lay introduced dictionary evidence of the use of "crisps" for "crackers," as well as evidence of industry use of the words as synonyms, including in connection with such players as Special K Cracker Crisps and Triscuit Thin Crisps. Frito Lay further showed that Princeton Vanguard itself had employed "crackers" and "crisps" interchangeably on nutritional information, indicating that even Princeton Vanguard considered the words synonymous.

Both parties also did Teflon-type consumer surveys of genericness following the model first described in E.I. DuPont de Nemours & Co. v. Yoshida International, Inc., 393 F. Supp. 502 (E.D.N.Y. 1975). As part of their Teflon surveys, the parties read aloud to survey participants lists of generic and trademarked product names, and asked the respondents to indicate whether a given product name was generic or a brand. In the end, though, it appeared the Board gave little credence to either survey and ruled based on evidence submitted by Frito Lay of dictionary definitions, use by the public, and use by Princeton Vanguard itself. The Board noted that it performed its analysis under the "compound term" standard laid out in Gould, but that it would have reached the same conclusion under the more stringent "unified phrase" standard of American Fertility.

On April 22, 2014, Princeton Vanguard appealed the Board's decision to the Federal Circuit. We are monitoring the case and will report further once the appeals court ruling is issued.

The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.

Ms Jennifer Insley-Pruitt
Fross Zelnick Lehrman ; Zissu, P.C.
866 United Nations Plaza
New York
NY 10017
UNITED STATES

**Load-Date:** July 9, 2014

End of Document



# Snyder's-Lance Inc., Charlotte, NC, completed its acquisition of Baptista's Bakery Inc., Franklin; MERGERS & ACQUISITIONS; Brief article

The Food Institute Report

July 7, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 The Food Institute

**Section:** Pg. 5; Vol. 87; No. 27; ISSN: 0745-4503

**Length:** 110 words

## Body

SNYDER'S-LANCE INC., Charlotte, NC, completed its acquisition of BAPTISTA'S BAKERY INC., Franklin, Wl--see Food Institute Report May 12, page 6.

In addition, Snyder's-Lance completed the sale of its Private Brands business to SHEARER'S FOODS LLC, Massillon, OH, for $430 million. The transaction also included two manufacturing facilities, one in the U.S. and one in Canada. Snyder's-Lance, which manufactures and markets snack foods throughout the U.S. and internationally, has a portfolio of brands including Snyder's of Hanover, Lance, Cape Cod, **Pretzel Crisps**, Toms, Krunchers! and Stella D'oro. For agreement, see Food Institute Report May 12, page 6.

**Load-Date:** September 19, 2014

End of Document



# It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, while cutting fat, gluten and more to meet consumer demand for exceptional quality.(SNACKS Crackers, crisps and puffs)

Snack Food & Wholesale Bakery

July 1, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 BNP Media

**Section:** Pg. 34; Vol. 103; No. 7; ISSN: 1096-4835

**Length:** 2066 words

**Byline:** Reilly, Melissa Kvidahl

## Body

Nearly everybody eats salty snacks. According to a new report from market research firm Packaged Facts, 90% of U.S. households reported to "chowing down" on chips, crisps, puffs and cheese snacks in the past 30 days, and very few of these snackers limit themselves to just one product variety. In fact, two out of three American households have at least three kinds of these crave-worthy mainstays in their rotation.

But this in-demand market is experiencing some growing pains, as a subset of what Packaged Facts calls "healthy snackers" wield more and more influence. Out of the 50 million consumers who snack between meals and cite salted snacks as their favorite, the healthy snackers are a powerful army of 14.2 million, Packaged Facts, says, and "usually only snack on healthy foods." These consumers exercise often and don't see a conflict between craving a chip (an option traditionally landing in the unhealthy camp) and pursuing a healthy snacking diet.

"The market for crackers and chips is growing as consumers snack more and. have fewer organized meals," explained Cara Figgins, executive vice president of Partners, a Tasteful Choice Co., Seattle. "However, consumers are no longer looking for just a cracker or a chip. They are looking for healthier options with more interesting ingredients and flavor profiles."

Indeed, according to Steve Sklar, senior vice president and general manager for Inventure Foods Inc., Phoenix, the on-the-go lifestyle of today's American family keeps them coming back time and time again for snacks, and as a result, he says, snacking is more popular today than it's ever been. "It's not been without challenges, however, as snack manufacturers have had to evolve to meet new consumer interests in better-for-you, natural ingredients," he cautions. "I do believe the industry has responded well overall, so in terms of the state of the industry, I'd say the snack food category isa healthy segment in terms of sales, and it's getting even healthier as it relates to ingredients, nutrition and variety"

Healthier profiles

When consumers scrutinize nutritional facts, they're often looking for added value. In the snack aisle, that value comes in the form of healthy ingredients and nutritional content to boost existing formulations or replace less-desired ingredients.

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

In March, Wheat Thins from Nabisco, East Hanover, NJ, a subsidiary of Mondelez International, launched a whole-grain product with its Wheat Thins Popped line, available in Sea Salt, Sour Cream and Onion, and Spicy Cheddar flavors. The product delivers 10 g. of whole grains per every 30-g. serving. It's also a low-calorie option, clocking in at just 130 calories for a 26-chip serving.

Triscuit, also from Nabisco, recently reimagined its crackers when it launched Brown Rice Triscuit last August. The baked line is made with brown rice, sweet potato and red bean, and in March, expanded to include Brown Rice Triscuit Thin Crisps in Sour Cream and Chive, Wasabi and Soy and Cinnamon Sugar varieties.

But for some consumers, whole grain isn't enough--they want the ever-exotic ancient grains. The category of ancient grains includes trend-topping mainstays like quinoa and cilia, but also lesser known varieties like amaranth, teff, spelt, millet, karnut and others. Ancient grains are in demand because they generally pack a more powerful nutritional punch than their conventional counterparts, with higher fiber and mineral content.

Partners launched 'Free for All 'Kitchen, a gluten-free, ancient grain and cassava flour cracker, in November. "It's a great alternative to the other gluten-free crackers on the market because us made without corn, rice or soy," notes Figgins. Free for All Kitchen crackers are nonGMO and available in the company's three top-selling flavors: Olive Oil and Sea Salt; Roasted Garlic and Rosemary; and Olive Oil and Herb.

"As food manufacturers, the biggest challenge for us is to make sure we keep up with what the consumer needs and expects," she adds. "Consumers want to know what is in the food they eat, they want it to taste good, and they want it to add value to their lives by providing nutrition and making their lives easier."

B&G Foods Inc., Parsippany, NJ, is also tapping into consumers' desire for ancient grains with Old London Ancient Grains Melba Toasts. "These are twice-baked toasts, perfect for easy appetizers, snacks and mini-meals," says executive vice president of snacks, Michael Sands. Old London Ancient Grains Melba Toasts have 60 calories per serving and boast a variety of ancient grains like millet, amaranth, buckwheat and quinoa.

We have seen a number of grains trending this year, particularly in the salty snack category," notes Sklar. "Sorghum, teff and amaranth, in particular, are growing in popularity"

Inventure Foods' Boulder Canyon brand launched Boulder Canyon Ancient Grains snack chips in May, which offer a blend of sorghum, teff, amaranth, quinoa, millet, chia and brown rice. "It makes for a hearty chip and an abundance of flavor," Sklar adds. "We didn't want to overcomplicate this unique blend with heavy-handed seasoning, so we use a touch of sea salt, a bit of garlic and a dash of red pepper. Early signs show this recipe is a winner."

Protein power

Once relegated to the sports nutrition or bar aisle, protein is another value-added item making a splash in the snack market. Inven-Lure Foods launched Boulder Protein Crisps in two flavors--Dark Chocolate and Asiago Cheese--in March. These crisps boast 10 g. of plant-based protein per serving and are minimally processed. "They will successfully bridge the gap between functional foods and great tasting snacks," Sklar points out,

Kitchen Table Bakers, Syosset, NY, also prides itself on offering a high-protein product for discerning consumers. Its Parmesan Crisps are baked entirely of aged parmesan cheese and are naturally free of gluten, wheat and sugar. As such, they fit into a number of specialty diets from Paleo and gluten-free to Atkins and low-glycemic, observes the company's founder and president, Barry Novick. "We are continuing to see growing interest from consumers looking for snacking options that are low in carbohydrates, but still high in protein," he explains. "More consumers want options they can bring on-the-go that will curb cravings, but won't leave them feeling guilty for snacking."

What a snack doesn't contain

Just as manufacturers are discovering how important it is to add healthy ingredients to their products, they're finding just as much success with what they're taking out of them, namely, gluten and "bad" fats.

Gluten-free continues to dominate the snack aisle, as the once-specialty diet expands beyond celiac disease patients to include consumers simply seeking what they perceive to be a healthier diet. "One of the biggest obstacles facing the category continues to be awareness and education as it pertains to healthier snacking (like nonGMO and gluten-free)," explains Dani Dahlberg, marketing manager for TH Foods and the Crunch-master brand, Loves Park, IL. "Many consumers have family or friends that are affected by celiac disease or gluten intolerance. However, they're not [always] aware of exactly what that means for their diet choices and on how to avoid gluten--especially hidden sources--in their diets."

The company's Popped Edamame Chips, launched in the fall of 2013, and are available in Sea Salt and Wasabi Soy varieties. They are certified gluten-free, nonGN10 and are made with a blend of California rice and edamame. They're also free of saturated fat and cholesterol, and boast 3 g. of protein per 18-chip serving,

B&G Foods recently rolled out gluten-free Pirate's Booty Crunchy "[Treasures, a snack made from puffed rice and corn, blended With real aged white cheddar cheese. The snack is school lunch-friendly in that it's also peanut- and tree nut-free, and features three pirate-themed shapes: Crunchy parrots; "X" marks the spots; and pirate ship wheels. Pirate's Booty Fruity Booty, a puffed rice and corn snack, coated in real berry, is also gluten-and nut-free.

"Today's snack consumer is an educated one," says Sands. "The AM first thing they do is flip over the package to see how the nutritionals stack up." Shoppers flipping over B&G Foods' packaging won't be confused--the company recently started highlighting product attributes like gluten-free, baked, and protein and fiber content right on the front of the package. "Consumers are getting smarter and faster every clay, with unlimited access to nutritional and ingredient information at their fingertips," adds Sands, "so we make it our mission to stay ahead of ingredient trends, make our products highly shoppable and develop portable packaging formats to fit consumers' fast-paced lifestyles."

The key for cracker, crisp and puff manufacturers is keeping their ears open for trends and their lines open for flexibility. "The greatest opportunity for growth in this category is via innovation," concludes Sofia Coluucci, Quaker Oats' marketing manager. "Consumers are constantly seeking new flavors, textures, shapes and options. The emphasis is on taste, versus just being purely good-for-you. From a consumer's perspective, brand loyalty is secondary; compared to new options within the category"

RELATED ARTICLE: Better snacks for the Earth

Shoppers that demand a healthy product often demand one that's also healthy for the environment. And manufacturers are stepping up to the plate.

Not only are consumers searching for great-tasting items with nutritional value, they're also increasingly in search of companies that reflect their values," says Cara Figgins, executive vice president of Partners, a Tasteful Choice Co., Seattle. "Consumers want (to buy from) companies that pay attention to their social and environmental impact." Partners meets this demand with aggressive recycling and green energy programs. All of its food scraps go to a chicken feed processor, and most of its waste is recycled. "Our building runs off of 100% green electricity sources," she adds.

Kitchen Table Bakers meets eco-demands with innovative packaging. "Our packaging is now 30% lighter than when we started and made from at least 30% post-consumer (-recycled) material," adds Barry Novick, the company's founder and president.

The same is happening at Nabisco, where Triscuit boxes are made from 100%-recycled paperboard.

Melissa Kvidahl Reilly, Contributing Writer

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

Crackers (For the latest 52 Weeks Ending April 20, 2014) Rank Brands Dollar Dollar Dollar Unit Sales Unit Sales (in Sales % Share (in Sales % millions) Change millions) Change vs. vs. Previous Previous Year Year 1. Sunshine $690.8 3.47 13.56 261.7 6.33 Cheez It 2. Nabisco $510.5 -8.97 10.02 186.2 -10.64 Ritz 3. Pepperidge $450.0 2.85 8.83 168.6 0.21 Farm Goldfish 4. Nabisco $376.8 0.43 7.40 137.5 2.08 Wheat Thins 5. Nabisco $345.3 1.03 6.78 129.2 2.79 Triscuit 6. Private $238.6 4.93 4.68 124.7 0.45 Label 7. Stacys $220.4 9.69 4.33 66.1 11.25 8. Keebler $210.0 1.30 4.12 73.0 -1.13 Club 9. Keebler $187.5 34.52 3.68 71.1 35.48 Townhouse 10. Snack $169.6 7.97 3.33 57.1 7.92 Factory **Pretzel Crisps** TOTAL* $5,095.4 4.40 100.00 1,902.4 4.58 ** Includes brands not shown Source: IRI, a Chicago-based market research firm (@iriworldwide) Total U.S. Multi-Outlet w/C-Store (Supermarkets, Drugstores. Mass Market Retailers. Gos/C-Stores. Military Commissaries and Select Club & Dollar Retail Chains) Other Salted Snacks (No Nuts) (For the latest 52 Weeks Ending April 20, 2014) Rank Brands Dollar Dollar Dollar Unit Sales Unit Sales (in Sales % Share (In Sales % millions) Change millions) Change vs. vs. Previous Previous Year Year 1. All Frito $1.026.6 4.87 28.84 136.0 5.07 Lay Products 2. General $31 6.6 -4.11 8.90 141.5 -3.18 Mills Chex Mix 3. Funyuns $310.9 4.56 8.74 187.7 0.61 4. Sunchips $234.0 -6.97 6.57 81.5 -2.88 5. Frito Lay $195.8 - 23.33 5.50 35.0 -18.15 6. Chesters $175.7 7.85 4.94 119.1 3.23 7. Munchies $175.1 -11.69 4.92 76.2 -6.41 8. Private $96.2 14.22 2.70 45.6 12.17 Label 9. Gardettos $91.5 -1.39 2.57 35.6 -0.82 10. Pirates $75.6 9.37 2.12 20.5 7.64 Booty TOTAL* $3,559.6 3.38 100.00 1,240.0 3.64 * Includes brands not shown Source: IRI. a Chicago-based market research firm (@lriworldwide) Total U.S. Multi-Outlet w/C-Store (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores. Military Commissaries and Select Club & Dollar Retail Chains)

**Load-Date:** August 7, 2018

---

End of Document



# It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, while cutting fat, gluten and more to meet consumer demand for exceptional quality.; United States top 10 salted snacks by retail sales, sales change, and share of sales in dollars, units, and percentages for the year through April 20, 2014

Snack Food & Wholesale Bakery

July 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 34; Vol. 103; No. 7; ISSN: 0037-7406

**Length:** 2053 words
**Highlight:** SNACKS Crackers, crisps and puffs

## Body

Nearly everybody eats salty snacks. According to a new report from market research firm Packaged Facts, 90% of U.S. households reported to "chowing down" on chips, crisps, puffs and cheese snacks in the past 30 days, and very few of these snackers limit themselves to just one product variety. In fact, two out of three American households have at least three kinds of these crave-worthy mainstays in their rotation.

But this in-demand market is experiencing some growing pains, as a subset of what Packaged Facts calls "healthy snackers" wield more and more influence. Out of the 50 million consumers who snack between meals and cite salted snacks as their favorite, the healthy snackers are a powerful army of 14.2 million, Packaged Facts, says, and "usually only snack on healthy foods." These consumers exercise often and don't see a conflict between craving a chip (an option traditionally landing in the unhealthy camp) and pursuing a healthy snacking diet.

[ILLUSTRATION OMITTED]

"The market for crackers and chips is growing as consumers snack more and. have fewer organized meals," explained Cara Figgins, executive vice president of Partners, a Tasteful Choice Co., Seattle. "However, consumers are no longer looking for just a cracker or a chip. They are looking for healthier options with more interesting ingredients and flavor profiles."

Indeed, according to Steve Sklar, senior vice president and general manager for Inventure Foods Inc., Phoenix, the on-the-go lifestyle of today's American family keeps them coming back time and time again for snacks, and as a result, he says, snacking is more popular today than it's ever been. "It's not been without challenges, however, as snack manufacturers have had to evolve to meet new consumer interests in better-for-you, natural ingredients," he cautions. "I do believe the industry has responded well overall, so in terms of the state of the industry, I'd say the snack food category isa healthy segment in terms of sales, and it's getting even healthier as it relates to ingredients, nutrition and variety"

Healthier profiles

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

When consumers scrutinize nutritional facts, they're often looking for added value. In the snack aisle, that value comes in the form of healthy ingredients and nutritional content to boost existing formulations or replace less-desired ingredients.

[ILLUSTRATION OMITTED]

In March, Wheat Thins from Nabisco, East Hanover, NJ, a subsidiary of Mondelez International, launched a whole-grain product with its Wheat Thins Popped line, available in Sea Salt, Sour Cream and Onion, and Spicy Cheddar flavors. The product delivers 10 g. of whole grains per every 30-g. serving. It's also a low-calorie option, clocking in at just 130 calories for a 26-chip serving.

[ILLUSTRATION OMITTED]

Triscuit, also from Nabisco, recently reimagined its crackers when it launched Brown Rice Triscuit last August. The baked line is made with brown rice, sweet potato and red bean, and in March, expanded to include Brown Rice Triscuit Thin Crisps in Sour Cream and Chive, Wasabi and Soy and Cinnamon Sugar varieties.

But for some consumers, whole grain isn't enough--they want the ever-exotic ancient grains. The category of ancient grains includes trend-topping mainstays like quinoa and cilia, but also lesser known varieties like amaranth, teff, spelt, millet, karnut and others. Ancient grains are in demand because they generally pack a more powerful nutritional punch than their conventional counterparts, with higher fiber and mineral content.

[ILLUSTRATION OMITTED]

Partners launched 'Free for All 'Kitchen, a gluten-free, ancient grain and cassava flour cracker, in November. "It's a great alternative to the other gluten-free crackers on the market because us made without corn, rice or soy," notes Figgins. Free for All Kitchen crackers are nonGMO and available in the company's three top-selling flavors: Olive Oil and Sea Salt; Roasted Garlic and Rosemary; and Olive Oil and Herb.

"As food manufacturers, the biggest challenge for us is to make sure we keep up with what the consumer needs and expects," she adds. "Consumers want to know what is in the food they eat, they want it to taste good, and they want it to add value to their lives by providing nutrition and making their lives easier."

[ILLUSTRATION OMITTED]

B&G Foods Inc., Parsippany, NJ, is also tapping into consumers' desire for ancient grains with Old London Ancient Grains Melba Toasts. "These are twice-baked toasts, perfect for easy appetizers, snacks and mini-meals," says executive vice president of snacks, Michael Sands. Old London Ancient Grains Melba Toasts have 60 calories per serving and boast a variety of ancient grains like millet, amaranth, buckwheat and quinoa.

We have seen a number of grains trending this year, particularly in the salty snack category," notes Sklar. "Sorghum, teff and amaranth, in particular, are growing in popularity"

Inventure Foods' Boulder Canyon brand launched Boulder Canyon Ancient Grains snack chips in May, which offer a blend of sorghum, teff, amaranth, quinoa, millet, chia and brown rice. "It makes for a hearty chip and an abundance of flavor," Sklar adds. "We didn't want to overcomplicate this unique blend with heavy-handed seasoning, so we use a touch of sea salt, a bit of garlic and a dash of red pepper. Early signs show this recipe is a winner."

Protein power

Once relegated to the sports nutrition or bar aisle, protein is another value-added item making a splash in the snack market. Inven-Lure Foods launched Boulder Protein Crisps in two flavors--Dark Chocolate and Asiago Cheese--in March. These crisps boast 10 g. of plant-based protein per serving and are minimally processed. "They will successfully bridge the gap between functional foods and great tasting snacks," Sklar points out,

Kitchen Table Bakers, Syosset, NY, also prides itself on offering a high-protein product for discerning consumers. Its Parmesan Crisps are baked entirely of aged parmesan cheese and are naturally free of gluten, wheat and sugar. As such, they fit into a number of specialty diets from Paleo and gluten-free to Atkins and low-glycemic, observes the company's founder and president, Barry Novick. "We are continuing to see growing interest from consumers looking for snacking options that are low in carbohydrates, but still high in protein," he explains. "More consumers want options they can bring on-the-go that will curb cravings, but won't leave them feeling guilty for snacking."

[ILLUSTRATION OMITTED]

What a snack doesn't contain

Just as manufacturers are discovering how important it is to add healthy ingredients to their products, they're finding just as much success with what they're taking out of them, namely, gluten and "bad" fats.

Gluten-free continues to dominate the snack aisle, as the once-specialty diet expands beyond celiac disease patients to include consumers simply seeking what they perceive to be a healthier diet. "One of the biggest obstacles facing the category continues to be awareness and education as it pertains to healthier snacking (like nonGMO and gluten-free)," explains Dani Dahlberg, marketing manager for TH Foods and the Crunch-master brand, Loves Park, IL. "Many consumers have family or friends that are affected by celiac disease or gluten intolerance. However, they're not [always] aware of exactly what that means for their diet choices and on how to avoid gluten--especially hidden sources--in their diets."

The company's Popped Edamame Chips, launched in the fall of 2013, and are available in Sea Salt and Wasabi Soy varieties. They are certified gluten-free, nonGN10 and are made with a blend of California rice and edamame. They're also free of saturated fat and cholesterol, and boast 3 g. of protein per 18-chip serving,

B&G Foods recently rolled out gluten-free Pirate's Booty Crunchy "[Treasures, a snack made from puffed rice and corn, blended With real aged white cheddar cheese. The snack is school lunch-friendly in that it's also peanut- and tree nut-free, and features three pirate-themed shapes: Crunchy parrots; "X" marks the spots; and pirate ship wheels. Pirate's Booty Fruity Booty, a puffed rice and corn snack, coated in real berry, is also gluten-and nut-free.

[ILLUSTRATION OMITTED]

"Today's snack consumer is an educated one," says Sands. "The AM first thing they do is flip over the package to see how the nutritionals stack up." Shoppers flipping over B&G Foods' packaging won't be confused--the company recently started highlighting product attributes like gluten-free, baked, and protein and fiber content right on the front of the package. "Consumers are getting smarter and faster every clay, with unlimited access to nutritional and ingredient information at their fingertips," adds Sands, "so we make it our mission to stay ahead of ingredient trends, make our products highly shoppable and develop portable packaging formats to fit consumers' fast-paced lifestyles."

The key for cracker, crisp and puff manufacturers is keeping their ears open for trends and their lines open for flexibility. "The greatest opportunity for growth in this category is via innovation," concludes Sofia Coluucci, Quaker Oats' marketing manager. "Consumers are constantly seeking new flavors, textures, shapes and options. The emphasis is on taste, versus just being purely good-for-you. From a consumer's perspective, brand loyalty is secondary; compared to new options within the category"

RELATED ARTICLE: Better snacks for the Earth

Shoppers that demand a healthy product often demand one that's also healthy for the environment. And manufacturers are stepping up to the plate.

Not only are consumers searching for great-tasting items with nutritional value, they're also increasingly in search of companies that reflect their values," says Cara Figgins, executive vice president of Partners, a Tasteful Choice Co.,

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

Seattle. "Consumers want (to buy from) companies that pay attention to their social and environmental impact." Partners meets this demand with aggressive recycling and green energy programs. All of its food scraps go to a chicken feed processor, and most of its waste is recycled. "Our building runs off of 100% green electricity sources," she adds.

Kitchen Table Bakers meets eco-demands with innovative packaging. "Our packaging is now 30% lighter than when we started and made from at least 30% post-consumer (-recycled) material," adds Barry Novick, the company's founder and president.

The same is happening at Nabisco, where Triscuit boxes are made from 100%-recycled paperboard.

Melissa Kvidahl Reilly, Contributing Writer

## Crackers

(For the latest 52 Weeks Ending April 20, 2014)

| Rank | Brands | Dollar Sales (in millions) | Dollar Sales % Change | Dollar Share | Unit Sales (in millions) vs. Previous Year | Unit Sales % Change vs. Previous Year |
|------|--------|------|------|------|------|------|
| 1. | Sunshine | $690.8 | 3.47 | 13.56 | 261.7 | 6.33 Chez It |
| 2. | Nabisco | $510.5 | -8.97 | 10.02 | 186.2 | -10.64 Ritz |
| 3. | Pepperidge | $450.0 | 2.85 | 8.83 | 168.6 | 0.21 Farm Goldfish |
| 4. | Nabisco | $376.8 | 0.43 | 7.40 | 137.5 | 2.08 Wheat Thins |
| 5. | Nabisco | $345.3 | 1.03 | 6.78 | 129.2 | 2.79 Triscuit |
| 6. | Private | $238.6 | 4.93 | 4.68 | 124.7 | 0.45 Label |
| 7. | Stacys | $220.4 | 9.69 | 4.33 | 66.1 | 11.25 |
| 8. | Keebler | $210.0 | 1.30 | 4.12 | 73.0 | -1.13 Club |
| 9. | Keebler | $187.5 | 34.52 | 3.68 | 71.1 | 35.4 |

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

| Rank | Brands | Dollar Sales | Dollar Sales % | Dollar Share | Unit Sales | Unit Sales % |
|---|---|---|---|---|---|---|
| | | | | | | 8 Townhouse |
| 10. | Snack | $169.6 | 7.97 | 3.33 | 57.1 | 7.92 Factory |
| | | | | | | **Pretzel Crisps** |
| | TOTAL* | $5,095.4 | 4.40 | 100.00 | 1,902.4 | 4.58 |

** Includes brands not shown

Source: IRI, a Chicago-based market research firm (@iriworldwide)

Total U.S. Multi-Outlet w/C-Store (Supermarkets, Drugstores. Mass Market Retailers. Gos/C-Stores. Military Commissaries and Select Club & Dollar Retail Chains)

## Other Salted Snacks (No Nuts)

### (For the latest 52 Weeks Ending April 20, 2014)

| Rank | Brands | Dollar Sales (in millions) | Dollar Sales % (millions) | Dollar Share Change | Unit Sales (In millions) vs. Previous Year | Unit Sales % Change vs. Previous Year |
|---|---|---|---|---|---|---|
| 1. | All Frito Lay Products | $1.026.6 | 4.87 | 28.84 | 136.0 | 5.07 |
| 2. | General Mills Chex Mix | $31 6.6 | -4.11 | 8.90 | 141.5 | -3.18 |
| 3. | Funyuns | $310.9 | 4.56 | 8.74 | 187.7 | 0.61 |
| 4. | Sunchips | $234.0 | -6.97 | 6.57 | 81.5 | -2.88 |
| 5. | Frito Lay | $195.8 | -23.33 | 5.50 | 35.0 | -18.15 |
| 6. | Chesters | $175.7 | 7.85 | 4.94 | 119.1 | 3.23 |
| 7. | Munchies | $175.1 | -11.69 | 4.92 | 76.2 | -6.41 |
| 8. | Private Label | $96.2 | 14.22 | 2.70 | 45.6 | 12.17 |
| 9. | Gardettos | $91.5 | -1.39 | 2.57 | 35.6 | -0.82 |
| 10. | Pirates Booty | $75.6 | 9.37 | 2.12 | 20.5 | 7.64 |
| | TOTAL* | $3,559.6 | 3.38 | 100.00 | 1,240.0 | 3.64 |

* Includes brands not shown

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

Source: IRI. a Chicago-based market research firm (@Iriworldwide)
Total U.S. Multi-Outlet w/C-Store (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores. Military Commissaries and Select Club & Dollar Retail Chains)

**Load-Date:** September 19, 2014

End of Document



# It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, while cutting fat, gluten and more to meet consumer demand for exceptional quality.; United States top 10 snack crackers by retail sales, sales change, and share of sales in dollars, units, and percentages for the year through April 20, 2014

Snack Food & Wholesale Bakery

July 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 34; Vol. 103; No. 7; ISSN: 0037-7406

**Length:** 2053 words
**Highlight:** SNACKS Crackers, crisps and puffs

## Body

Nearly everybody eats salty snacks. According to a new report from market research firm Packaged Facts, 90% of U.S. households reported to "chowing down" on chips, crisps, puffs and cheese snacks in the past 30 days, and very few of these snackers limit themselves to just one product variety. In fact, two out of three American households have at least three kinds of these crave-worthy mainstays in their rotation.

But this in-demand market is experiencing some growing pains, as a subset of what Packaged Facts calls "healthy snackers" wield more and more influence. Out of the 50 million consumers who snack between meals and cite salted snacks as their favorite, the healthy snackers are a powerful army of 14.2 million, Packaged Facts, says, and "usually only snack on healthy foods." These consumers exercise often and don't see a conflict between craving a chip (an option traditionally landing in the unhealthy camp) and pursuing a healthy snacking diet.

[ILLUSTRATION OMITTED]

"The market for crackers and chips is growing as consumers snack more and. have fewer organized meals," explained Cara Figgins, executive vice president of Partners, a Tasteful Choice Co., Seattle. "However, consumers are no longer looking for just a cracker or a chip. They are looking for healthier options with more interesting ingredients and flavor profiles."

Indeed, according to Steve Sklar, senior vice president and general manager for Inventure Foods Inc., Phoenix, the on-the-go lifestyle of today's American family keeps them coming back time and time again for snacks, and as a result, he says, snacking is more popular today than it's ever been. "It's not been without challenges, however, as snack manufacturers have had to evolve to meet new consumer interests in better-for-you, natural ingredients," he cautions. "I do believe the industry has responded well overall, so in terms of the state of the industry, I'd say the snack food category isa healthy segment in terms of sales, and it's getting even healthier as it relates to ingredients, nutrition and variety"

Healthier profiles

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

When consumers scrutinize nutritional facts, they're often looking for added value. In the snack aisle, that value comes in the form of healthy ingredients and nutritional content to boost existing formulations or replace less-desired ingredients.

[ILLUSTRATION OMITTED]

In March, Wheat Thins from Nabisco, East Hanover, NJ, a subsidiary of Mondelez International, launched a whole-grain product with its Wheat Thins Popped line, available in Sea Salt, Sour Cream and Onion, and Spicy Cheddar flavors. The product delivers 10 g. of whole grains per every 30-g. serving. It's also a low-calorie option, clocking in at just 130 calories for a 26-chip serving.

[ILLUSTRATION OMITTED]

Triscuit, also from Nabisco, recently reimagined its crackers when it launched Brown Rice Triscuit last August. The baked line is made with brown rice, sweet potato and red bean, and in March, expanded to include Brown Rice Triscuit Thin Crisps in Sour Cream and Chive, Wasabi and Soy and Cinnamon Sugar varieties.

But for some consumers, whole grain isn't enough--they want the ever-exotic ancient grains. The category of ancient grains includes trend-topping mainstays like quinoa and cilia, but also lesser known varieties like amaranth, teff, spelt, millet, karnut and others. Ancient grains are in demand because they generally pack a more powerful nutritional punch than their conventional counterparts, with higher fiber and mineral content.

[ILLUSTRATION OMITTED]

Partners launched 'Free for All 'Kitchen, a gluten-free, ancient grain and cassava flour cracker, in November. "It's a great alternative to the other gluten-free crackers on the market because us made without corn, rice or soy," notes Figgins. Free for All Kitchen crackers are nonGMO and available in the company's three top-selling flavors: Olive Oil and Sea Salt; Roasted Garlic and Rosemary; and Olive Oil and Herb.

"As food manufacturers, the biggest challenge for us is to make sure we keep up with what the consumer needs and expects," she adds. "Consumers want to know what is in the food they eat, they want it to taste good, and they want it to add value to their lives by providing nutrition and making their lives easier."

[ILLUSTRATION OMITTED]

B&G Foods Inc., Parsippany, NJ, is also tapping into consumers' desire for ancient grains with Old London Ancient Grains Melba Toasts. "These are twice-baked toasts, perfect for easy appetizers, snacks and mini-meals," says executive vice president of snacks, Michael Sands. Old London Ancient Grains Melba Toasts have 60 calories per serving and boast a variety of ancient grains like millet, amaranth, buckwheat and quinoa.

We have seen a number of grains trending this year, particularly in the salty snack category," notes Sklar. "Sorghum, teff and amaranth, in particular, are growing in popularity"

Inventure Foods' Boulder Canyon brand launched Boulder Canyon Ancient Grains snack chips in May, which offer a blend of sorghum, teff, amaranth, quinoa, millet, chia and brown rice. "It makes for a hearty chip and an abundance of flavor," Sklar adds. "We didn't want to overcomplicate this unique blend with heavy-handed seasoning, so we use a touch of sea salt, a bit of garlic and a dash of red pepper. Early signs show this recipe is a winner."

Protein power

Once relegated to the sports nutrition or bar aisle, protein is another value-added item making a splash in the snack market. Inven-Lure Foods launched Boulder Protein Crisps in two flavors--Dark Chocolate and Asiago Cheese--in March. These crisps boast 10 g. of plant-based protein per serving and are minimally processed. "They will successfully bridge the gap between functional foods and great tasting snacks," Sklar points out,

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

Kitchen Table Bakers, Syosset, NY, also prides itself on offering a high-protein product for discerning consumers. Its Parmesan Crisps are baked entirely of aged parmesan cheese and are naturally free of gluten, wheat and sugar. As such, they fit into a number of specialty diets from Paleo and gluten-free to Atkins and low-glycemic, observes the company's founder and president, Barry Novick. "We are continuing to see growing interest from consumers looking for snacking options that are low in carbohydrates, but still high in protein," he explains. "More consumers want options they can bring on-the-go that will curb cravings, but won't leave them feeling guilty for snacking."

[ILLUSTRATION OMITTED]

What a snack doesn't contain

Just as manufacturers are discovering how important it is to add healthy ingredients to their products, they're finding just as much success with what they're taking out of them, namely, gluten and "bad" fats.

Gluten-free continues to dominate the snack aisle, as the once-specialty diet expands beyond celiac disease patients to include consumers simply seeking what they perceive to be a healthier diet. "One of the biggest obstacles facing the category continues to be awareness and education as it pertains to healthier snacking (like nonGMO and gluten-free)," explains Dani Dahlberg, marketing manager for TH Foods and the Crunch-master brand, Loves Park, IL. "Many consumers have family or friends that are affected by celiac disease or gluten intolerance. However, they're not [always] aware of exactly what that means for their diet choices and on how to avoid gluten--especially hidden sources--in their diets."

The company's Popped Edamame Chips, launched in the fall of 2013, and are available in Sea Salt and Wasabi Soy varieties. They are certified gluten-free, nonGN10 and are made with a blend of California rice and edamame. They're also free of saturated fat and cholesterol, and boast 3 g. of protein per 18-chip serving,

B&G Foods recently rolled out gluten-free Pirate's Booty Crunchy "[Treasures, a snack made from puffed rice and corn, blended With real aged white cheddar cheese. The snack is school lunch-friendly in that it's also peanut- and tree nut-free, and features three pirate-themed shapes: Crunchy parrots; "X" marks the spots; and pirate ship wheels. Pirate's Booty Fruity Booty, a puffed rice and corn snack, coated in real berry, is also gluten-and nut-free.

[ILLUSTRATION OMITTED]

"Today's snack consumer is an educated one," says Sands. "The AM first thing they do is flip over the package to see how the nutritionals stack up." Shoppers flipping over B&G Foods' packaging won't be confused--the company recently started highlighting product attributes like gluten-free, baked, and protein and fiber content right on the front of the package. "Consumers are getting smarter and faster every clay, with unlimited access to nutritional and ingredient information at their fingertips," adds Sands, "so we make it our mission to stay ahead of ingredient trends, make our products highly shoppable and develop portable packaging formats to fit consumers' fast-paced lifestyles."

The key for cracker, crisp and puff manufacturers is keeping their ears open for trends and their lines open for flexibility. "The greatest opportunity for growth in this category is via innovation," concludes Sofia Coluucci, Quaker Oats' marketing manager. "Consumers are constantly seeking new flavors, textures, shapes and options. The emphasis is on taste, versus just being purely good-for-you. From a consumer's perspective, brand loyalty is secondary; compared to new options within the category"

RELATED ARTICLE: Better snacks for the Earth

Shoppers that demand a healthy product often demand one that's also healthy for the environment. And manufacturers are stepping up to the plate.

Not only are consumers searching for great-tasting items with nutritional value, they're also increasingly in search of companies that reflect their values," says Cara Figgins, executive vice president of Partners, a Tasteful Choice Co.,

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

Seattle. "Consumers want (to buy from) companies that pay attention to their social and environmental impact." Partners meets this demand with aggressive recycling and green energy programs. All of its food scraps go to a chicken feed processor, and most of its waste is recycled. "Our building runs off of 100% green electricity sources," she adds.

Kitchen Table Bakers meets eco-demands with innovative packaging. "Our packaging is now 30% lighter than when we started and made from at least 30% post-consumer (-recycled) material," adds Barry Novick, the company's founder and president.

The same is happening at Nabisco, where Triscuit boxes are made from 100%-recycled paperboard.

Melissa Kvidahl Reilly, Contributing Writer

## Crackers

(For the latest 52 Weeks Ending April 20, 2014)

| Rank | Brands | Dollar Sales (in millions) | Dollar Sales % Change | Dollar Share | Unit Sales (in millions) vs. Previous Year | Units % Change vs. Previous Year |
|---|---|---|---|---|---|---|
| 1. | Sunshine | $690.8 | 3.47 | 13.56 | 261.7 | 6.33 Chez It |
| 2. | Nabisco | $510.5 | -8.97 | 10.02 | 186.2 | -10.64 Ritz |
| 3. | Pepperidge | $450.0 | 2.85 | 8.83 | 168.6 | 0.21 Farm Goldfish |
| 4. | Nabisco | $376.8 | 0.43 | 7.40 | 137.5 | 2.08 Wheat Thins |
| 5. | Nabisco | $345.3 | 1.03 | 6.78 | 129.2 | 2.79 Triscuit |
| 6. | Private | $238.6 | 4.93 | 4.68 | 124.7 | 0.45 Label |
| 7. | Stacys | $220.4 | 9.69 | 4.33 | 66.1 | 11.25 |
| 8. | Keebler | $210.0 | 1.30 | 4.12 | 73.0 | -1.13 Club |
| 9. | Keebler | $187.5 | 34.52 | 3.68 | 71.1 | 35.4 |

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

| Rank | Brands | | | | | |
|------|--------|--------|------|------|------|------|
| | | | | | | 8 Townhouse |
| 10. | Snack | $169.6 | 7.97 | 3.33 | 57.1 | 7.92 Factory **Pretzel Crisps** |
| | TOTAL* | $5,095.4 | 4.40 | 100.00 | 1,902.4 | 4.58 |

** Includes brands not shown

Source: IRI, a Chicago-based market research firm (@iriworldwide)
Total U.S. Multi-Outlet w/C-Store (Supermarkets, Drugstores. Mass Market Retailers. Gos/C-Stores. Military Commissaries and Select Club & Dollar Retail Chains)

## Other Salted Snacks (No Nuts)

### (For the latest 52 Weeks Ending April 20, 2014)

| Rank | Brands | Dollar Sales (in millions) | Dollar Sales % Change | Dollar Share Change | Unit Sales (In millions) vs. Previous Year | Unit Sales % Change vs. Previous Year |
|------|--------|------|------|------|------|------|
| 1. | All Frito Lay Products | $1.026.6 | 4.87 | 28.84 | 136.0 | 5.07 |
| 2. | General Mills Chex Mix | $31 6.6 | -4.11 | 8.90 | 141.5 | -3.18 |
| 3. | Funyuns | $310.9 | 4.56 | 8.74 | 187.7 | 0.61 |
| 4. | Sunchips | $234.0 | -6.97 | 6.57 | 81.5 | -2.88 |
| 5. | Frito Lay | $195.8 | -23.33 | 5.50 | 35.0 | -18.15 |
| 6. | Chesters | $175.7 | 7.85 | 4.94 | 119.1 | 3.23 |
| 7. | Munchies | $175.1 | -11.69 | 4.92 | 76.2 | -6.41 |
| 8. | Private Label | $96.2 | 14.22 | 2.70 | 45.6 | 12.17 |
| 9. | Gardettos | $91.5 | -1.39 | 2.57 | 35.6 | -0.82 |
| 10. | Pirates Booty | $75.6 | 9.37 | 2.12 | 20.5 | 7.64 |
| | TOTAL* | $3,559.6 | 3.38 | 100.00 | 1,240.0 | 3.64 |

* Includes brands not shown

It's crunch time for crackers, crisps and puffs: manufacturers of crackers, crisps and puffs are adding nutrients and specialty ingredients to their products, w....

Source: IRI. a Chicago-based market
research firm (@Iriworldwide)
Total U.S. Multi-Outlet w/C-Store
(Supermarkets, Drugstores, Mass
Market Retailers, Gas/C-Stores. Military
Commissaries and Select
Club & Dollar Retail Chains)

**Load-Date:** September 19, 2014

End of Document



# Press Release: Snyder's-Lance, Inc. Completes Divestiture of Private Brands and Implements Margin Improvement & Restructuring Plan

Dow Jones Institutional News

June 30, 2014 Monday 8:50 PM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

**◘ DOW JONES** NEWSWIRES

**Length:** 803 words

## Body

Snyder's-Lance, Inc. Completes Divestiture of Private Brands and Implements Margin Improvement & Restructuring Plan

- Will focus efforts on branded products and growth categories such as "better-for-you" snacks

- Plans put in place to improve margins and offset stranded costs created by the sale of Private Brands

PR Newswire

CHARLOTTE, N.C., June 30, 2014

CHARLOTTE, N.C., June 30, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced the completion of the sale of its Private Brands business, along with two manufacturing facilities in the U.S. and Canada, to Shearer's Foods, LLC, a leading provider of private label snacks headquartered in Massillon, OH. The deal was first announced on May 7, 2014. As previously communicated, the selling price for Private Brands was $430 million, with after-tax proceeds of approximately $300 million. When combined with the recently completed acquisition of Baptista's Bakery, the company expects an annualized reduction in Net Revenue of approximately $250 million and an initial reduction in operating margins of around 20 basis points primarily due to stranded costs. "This is an important step forward for Snyder's-Lance as we dedicate our attention to our branded portfolio," said Carl E. Lee, Jr., President and Chief Executive Officer. "I want to thank all of our associates who have worked to make our Private Brands successful for many years, and wish everyone the greatest of success in the future."

Exiting Private Brands and acquiring the "better for you" product capabilities of Baptista's demonstrates the company's execution of its strategic plan to become a differentiated branded company focused on consumer trends and demand. Consistent with the company's strategy, these transactions will allow Snyder's-Lance to focus on its branded products by placing more resources to work on growth categories such as "better-for-you" and premium snacks. These growth categories will benefit from incremental new product innovation, category development and marketing investments. The company's brands are supported by one of the largest Direct Store Delivery ("DSD")

networks in the United States along with an expanding Direct Sales Force that complements its DSD operation with focus on high traffic perimeter locations such as the deli departments of major retailers.

Snyder's-Lance also announces the implementation of a Margin Improvement & Restructuring Plan to offset stranded costs that remain after the sale of private brands. This plan is designed to scale the company's operations appropriately with focus on branded products as well as the DSD and Direct Sales networks. Snyder's-Lance has increased its operating margin run rate by 140 basis points over the past 24 months and is moving quickly to attack these stranded costs while working to further expand margins. Savings are expected to come from a combination of operational initiatives and headcount reductions. Annualized cost reductions are anticipated to be in the range of $22 to $25 million dollars, 125 to 150 basis points, and will be realized progressively over the next 12 months starting in the third quarter. This is a major initiative for the company to ensure its cost base is managed aggressively. More details and specific goals will be communicated during the company's second quarter 2014 earnings call in early August.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), Quitos(TM) and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo - http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

/CONTACT: Mark Carter, Vice President and IRO - (704) 557-8386

/Web site: http://www.snyderslance.com

Access Investor Kit for Snyder's-Lance, Inc.

Visit http://www.companyspotlight.com/partner?cp_code=A591&isin=US8335511049

30 Jun 2014 16:50 ET *Snyder's-Lance, Inc. Completes Divestiture Of Private Brands And Implements Margin Improvement & Restructuring Plan

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

June 30, 2014 16:50 ET (20:50 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** July 1, 2014

End of Document



# Snyder's-Lance, Inc. Completes Divestiture of Private Brands and Implements Margin Improvement & Restructuring Plan; - Will focus efforts on branded products and growth categories such as "better-for-you" snacks

PR Newswire

June 30, 2014 Monday 4:50 PM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 670 words

**Dateline:** CHARLOTTE, N.C., June 30, 2014

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced the completion of the sale of its Private Brands business, along with two manufacturing facilities in the U.S. and Canada, to Shearer's Foods, LLC, a leading provider of private label snacks headquartered in Massillon, OH. The deal was first announced on May 7, 2014. As previously communicated, the selling price for Private Brands was $430 million, with after-tax proceeds of approximately $300 million. When combined with the recently completed acquisition of Baptista's Bakery, the company expects an annualized reduction in Net Revenue of approximately $250 million and an initial reduction in operating margins of around 20 basis points primarily due to stranded costs. "This is an important step forward for Snyder's-Lance as we dedicate our attention to our branded portfolio," said Carl E. Lee, Jr., President and Chief Executive Officer. "I want to thank all of our associates who have worked to make our Private Brands successful for many years, and wish everyone the greatest of success in the future."

Exiting Private Brands and acquiring the "better for you" product capabilities of Baptista's demonstrates the company's execution of its strategic plan to become a differentiated branded company focused on consumer trends and demand. Consistent with the company's strategy, these transactions will allow Snyder's-Lance to focus on its branded products by placing more resources to work on growth categories such as "better-for-you" and premium snacks. These growth categories will benefit from incremental new product innovation, category development and marketing investments. The company's brands are supported by one of the largest Direct Store Delivery ("DSD") networks in the United States along with an expanding Direct Sales Force that complements its DSD operation with focus on high traffic perimeter locations such as the deli departments of major retailers.

Snyder's-Lance also announces the implementation of a Margin Improvement & Restructuring Plan to offset stranded costs that remain after the sale of private brands. This plan is designed to scale the company's operations appropriately with focus on branded products as well as the DSD and Direct Sales networks. Snyder's-Lance has increased its operating margin run rate by 140 basis points over the past 24 months and is moving quickly to attack these stranded costs while working to further expand margins. Savings are expected to come from a combination of operational initiatives and headcount reductions. Annualized cost reductions are anticipated to be in the range of $22 to $25 million dollars, 125 to 150 basis points, and will be realized progressively over the next 12 months starting in the third quarter. This is a major initiative for the company to ensure its cost base is managed aggressively. More details and specific goals will be communicated during the company's second quarter 2014 earnings call in early August.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has

manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps®**, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, Quitos(TM) and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo -http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, Vice President and IRO - (704) 557-8386

**Load-Date:** July 1, 2014

---

End of Document



# Preliminary Financial Results, New Board Member, Recognition, and Acquisition - Analyst Notes on ConAgra Foods, The J.M. Smucker Company, Campbell Soup, McCormick and Snyder's-Lance; Editor Note: For more information about this release, please scroll to bottom

PR Newswire

June 23, 2014 Monday 6:40 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 1468 words

**Dateline:** NEW YORK, June 23, 2014

## Body

Today, Analysts Review released its analysts' notes regarding ConAgra Foods, Inc. (NYSE: CAG), The J.M. Smucker Company (NYSE: SJM), Campbell Soup Company (NYSE: CPB), McCormick & Company, Incorporated (NYSE: MKC) and Snyder's-Lance, Inc. (NASDAQ: LNCE). Private wealth members receive these notes ahead of publication. To reserve complementary membership, limited openings are available at:

http://www.analystsreview.com/3977-100free.

--

ConAgra Foods, Inc. Analyst Notes

On June 18, 2014, ConAgra Foods, Inc. (ConAgra Foods) reported its preliminary Q4 FY 2014 financial results (period ended May 25, 2014). Diluted loss per share from continuing operations is expected to be c.$0.76. After adjusting items impacting comparability, Q4 FY 2014 EPS is expected to be c.$0.55, lower than the previous anticipation of $0.60 EPS for the quarter. The anticipated reduction resulted from the 7% quarterly volume decline for the Consumer Foods segment, as well as weak profits for the Private Brands segment. Gary Rodkin, CEO of ConAgra Foods, said, "We are disappointed with the Consumer Foods volume performance, which negatively impacted comparable EPS. As we have communicated, we are in the process of improving product mix and promotion strategies in the Consumer Foods segment for better results and greater effectiveness, and we expect our volume performance to improve in fiscal 2015 as a result of this." The Company informed that the Q4 FY 2014 financial results will be reported in details on June 26, 2014. The full analyst notes on ConAgra Foods are available to download free of charge at:

http://www.analystsreview.com/Jun-23-2014/CAG/report.pdf

--

The J.M. Smucker Company Analyst Notes

On June 13, 2014, The J.M. Smucker Company's Board of Directors announced that a new director will be included in the Company's proxy statement for election at the next Annual Meeting of Shareholders to be held on Wednesday, August 13, 2014. According to the Company, the nominee, Sandra Pianalto, a retired President and CEO of the Federal Reserve Bank of Cleveland, will replace R. Douglas Cowan, former Chairman and CEO of The Davey Tree Expert Company, who will be retiring at the end of his term. The Company's Board of Directors concluded that Ms. Pianalto should serve as a Director primarily due to her vast experience in monetary policy and

financial services and her experience serving as a member of the boards of several non-profit organizations. The full analyst notes on The J.M. Smucker Company are available to download free of charge at:

http://www.analystsreview.com/Jun-23-2014/SJM/report.pdf

--

Campbell Soup Company Analyst Notes

On June 16, 2014, Campbell Soup Company (Campbell Soup) announced the election of Marc B. Lautenbach to the Board of Directors effective June 11, 2014. According to the Company, Lautenbach, has been President and CEO of Pitney Bowes, Inc. since December 2012 and it was under his leadership that Pitney Bowes, Inc. diversified its portfolio beyond core mailing business and moved into adjacent growth areas such as digital commerce. Prior to joining Pitney Bowes, Lautenbach spent 27 years in senior leadership roles at IBM, and was responsible for businesses and customer segments in the US and overseas. Paul R. Charron, Board Chairman, said, "We are pleased to welcome Marc to Campbell's Board of Directors as we continue to reshape the company for accelerated growth. He is an outstanding leader whose experience transforming businesses and pioneering new markets will be an asset to the Board and the shareholders." The full analyst notes on Campbell Soup are available to download free of charge at:

http://www.analystsreview.com/Jun-23-2014/CPB/report.pdf

--

McCormick & Company, Incorporated Analyst Notes

On June 16, 2014, McCormick & Company, Incorporated (McCormick) reported that it is the only food company to be recognised in the top 10 on Newsweek's 2014 Green Rankings for overall corporate sustainability and environmental performance, ranking 6th out of 500 U.S. companies. The Newsweek ranking, completed in partnership with Corporate Knights Capital, a media, research and financial products company, evaluated the largest publicly traded companies in the US on key performance indicators such as energy, water, waste, carbon, and reputation. Alan Wilson, Chairman, President and CEO of McCormick, said, "Today, environmental stewardship is a business imperative and McCormick aligns our corporate responsibility efforts with our business objectives to grow business globally, while driving positive change within our communities and for our employees." The full analyst notes on McCormick are available to download free of charge at:

http://www.analystsreview.com/Jun-23-2014/MKC/report.pdf

--

Snyder's-Lance, Inc. Analyst Notes

On June 16, 2014, Snyder's-Lance, Inc. announced that it has completed the acquisition of Baptista's Bakery, Inc., which was first announced on May 7, 2014. Baptista's, the manufacturer of the Snack Factory® **Pretzel Crisps®** brand, has unique capabilities consistent with strategic plans of the Company. The Company informed that the transaction supports efforts to sharpen focus on branded products in growth categories and other emerging products driven by consumer preferences and insights. The full analyst notes on Snyder's-Lance are available to download free of charge at:

http://www.analystsreview.com/Jun-23-2014/LNCE/report.pdf

--

About Analysts Review

We do things differently. Our goal is to provide the best content to our exclusive membership. We are constantly hiring researchers, writers, editors and analysts to add to our team and become better than yesterday. If being a part of a fast growing community with an edge in today's market sounds interesting to you, then sign-up today and experience the full benefits of membership.

==============
EDITOR'S NOTES:
==============

1. This is not company news. We are an independent source and our views do not reflect the companies mentioned.

2. Information in this release is produced on a best efforts basis by Rohit Tuli, a CFA charterholder. The content is then further fact checked and reviewed by an outsourced research provider. However, we are only human and are prone to make mistakes. If you notice any errors or omissions, please notify us below.

3. This information is submitted as a net-positive to companies mentioned, to increase awareness for mentioned companies to our subscriber base and the investing public.

4. If you wish to have your company covered in more detail by our team, or wish to learn more about our services, please contact us at pubco [at]        http://www.analystsreview.com.

5. For any urgent concerns or inquiries, please contact us at compliance [at]        http://www.analystsreview.com.

6. Are you a public company? Would you like to see similar coverage on your company? Send us a full investors' package to research [at]        http://www.analystsreview.comfor consideration.

COMPLIANCE PROCEDURE

Content is researched, written and reviewed on a best-effort basis. This document, article or report is prepared and authored by Analysts Review, represented by Rohit Tuli, CFA. An outsourced research services provider has only reviewed the information provided by Analysts Review in this article or report according to the procedures outlined by Analysts Review. Analysts Review is not entitled to veto or interfere in the application of such procedures by the outsourced provider to the articles, documents or reports, as the case may be.

NOT FINANCIAL ADVICE

Analysts Review makes no warranty, expressed or implied, as to the accuracy or completeness or fitness for a purpose (investment or otherwise), of the information provided in this document. This information is not to be construed as personal financial advice. Readers are encouraged to consult their personal financial advisor before making any decisions to buy, sell or hold any securities mentioned herein.

NO WARRANTY OR LIABILITY ASSUMED

Analysts Review is not responsible for any error which may be occasioned at the time of printing of this document or any error, mistake or shortcoming. No liability is accepted by Analysts Review whatsoever for any direct, indirect or consequential loss arising from the use of this document. Analysts Review expressly disclaims any fiduciary responsibility or liability for any consequences, financial or otherwise arising from any reliance placed on the information in this document. Analysts Review does not (1) guarantee the accuracy, timeliness, completeness or

correct sequencing of the information, or (2) warrant any results from use of the information. The included information is subject to change without notice.

CFA® and Chartered Financial Analyst® are registered trademarks owned by CFA Institute.

SOURCE Analysts Review

CONTACT: Adam Redford, +852-8191-3972

**Load-Date:** June 24, 2014

---

End of Document



# Snyder's-Lance acquires Wisconsin bakery

Central Penn Business Journal

June 20, 2014 Friday

Copyright 2014 ProQuest Information and Learning
All Rights Reserved
Copyright 2014 Journal Publications Inc.

**Section:** IN BRIEF; Pg. 10; Vol. 30; No. 26; ISSN: 1058-3599

**Length:** 178 words

**Byline:** Deinlein, Joseph

## Body

A snack-food maker with a facility in York County said it has completed the acquisition of a Wisconsin bakery.

Snyder's-Lance Inc. announced in May that it had plans to acquire Baptista's Bakery Inc., a baked snackfood maker that makes the Snack Factory **Pretzel Crisps** brand.

"The transaction supports efforts to sharpen focus on branded products in growth categories such as 'better for you' and other emerging products driven by consumer preferences and insights," Snyder's-Lance stated in a news release.

William Blair & Co. LLC acted as financial adviser, and Foley & Lardner LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

Headquartered in Charlotte, N.C., Snyder's-Lance has a manufacturing facility and a research and development operation outside Hanover. The company trades its shares on the Nasdaq under the ticker symbol LNCE.

These articles appeared first on our website at www.CPBJ.com. Register for our newsletters to receive midstate business news in your email inbox:    http://bit.ly/1dvhnk0

**Load-Date:** July 3, 2014

End of Document



# Snyder's-Lance acquires Wisconsin bakery

Central Penn Business Journal

June 20, 2014 Friday

Copyright 2014 ProQuest Information and Learning
All Rights Reserved
Copyright 2014 Journal Publications Inc. Jun 20, 2014

**Section:** Pg. 10; Vol 30; No. 26; ISSN: 10583599

**Length:** 179 words

**Byline:** Joseph Deinlein

**Dateline:** Harrisburg

## Body

**FULL TEXT**

A snack-food maker with a facility in York County said it has completed the acquisition of a Wisconsin bakery.

Snyder's-Lance Inc. announced in May that it had plans to acquire Baptista's Bakery Inc., a baked snackfood maker that makes the Snack Factory **Pretzel Crisps** brand.

"The transaction supports efforts to sharpen focus on branded products in growth categories such as 'better for you' and other emerging products driven by consumer preferences and insights," Snyder's-Lance stated in a news release.

William Blair & Co. LLC acted as financial adviser, and Foley & Lardner LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

Headquartered in Charlotte, N.C., Snyder's-Lance has a manufacturing facility and a research and development operation outside Hanover. The company trades its shares on the Nasdaq under the ticker symbol LNCE.

These articles appeared first on our website at www.CPBJ.com. Register for our newsletters to receive midstate business news in your email inbox: http://bit.ly/1dvhnk0

**Load-Date:** March 30, 2017

End of Document



# FORM 8-K: SNYDER'S-LANCE, INC FILES Current report

US Official News

June 19, 2014 Thursday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 850 words

**Dateline:** Washington

## Body

SNYDER'S-LANCE, INC, North Carolina, has filed FORM 8-K (Current report) with Securities and Exchange Commission on June 19, 2014

State or other Jurisdiction of Incorporation: North Carolina

Item 2.03. Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of a Registrant.

On June 13, 2014, Snyder's-Lance (the "Company") borrowed a total of $205 million under the revolving credit facility of its amended and restated credit agreement, dated May 30, 2014 (the "Credit Agreement"), from the lenders named therein, with Bank of America, N.A., as administrative agent. The borrowings under the Credit Agreement were used to fund (a) the acquisition of all of the outstanding shares and membership interests of Baptista's Bakery, Inc. and 5C Investments LLC, respectively, and (b) the reimbursement of certain capital expenditures in connection with the acquisition (both as described under Item 8.01 below). A summary of the material terms of the Credit Agreement is set forth in the Company's Current Report on Form 8-K filed on June 4, 2014.

Item 8.01. Other Events.

On June 13, 2014, S-L Snacks National, LLC ("S-L Snacks"), a North Carolina limited liability company and indirect wholly owned subsidiary of Snyder's-Lance, Inc. (the "Company"), completed the previously announced acquisition (the "Acquisition") of all of the issued and outstanding shares and membership interests of Baptista's Bakery, Inc. ("Baptista's") and 5C Investments LLC ("5C Investments" and, together with Baptista's, the "Target Companies") pursuant to the Stock and Membership Interest Purchase Agreement, dated as of May 6, 2014 (the "Purchase Agreement"), by and among the Company, S-L Snacks, the Target Companies, the Nannette M. Gardetto 1994 Trust (the "Seller") and Nannette M. Gardetto.

The Acquisition purchase price of approximately $197.3 million was funded by a drawing under the revolving credit facility of the Company's Credit Agreement. Pursuant to the terms of the Purchase Agreement, the Acquisition purchase price included approximately $1.1 million paid for estimated cash held by the Target Companies and a $1.2 million adjustment for estimated working capital.

In connection with the closing of the Acquisition, S-L Snacks also paid to the Seller approximately $7.0 million for the reimbursement of certain capital expenditures made by the Target Companies pursuant to the Capital

Expenditure Reimbursement Agreement, dated May 6, 2014 and the Amendment to Capital Expenditure Reimbursement Agreement, dated June 13, 2014 (as amended, the "CapEx Reimbursement Agreement"), by and among each of the parties to the Purchase Agreement.

A summary of the material terms of the Purchase Agreement is set forth in the Company's Current Report on Form 8-K filed on May 8, 2014. Such summary of the Purchase Agreement is not complete and is qualified in its entirety by reference to the full text of the Purchase Agreement, a copy of which is attached hereto as Exhibit 2.1 and incorporated herein by reference.

A summary of the material terms of the CapEx Reimbursement Agreement is set forth in the Company's Current Report on Form 8-K filed on May 8, 2014. Such summary of the CapEx Reimbursement Agreement is not complete and is qualified in its entirety by reference to the full text of the CapEx Reimbursement Agreement, a copy of which is attached hereto as Exhibit G to the Purchase Agreement which is attached hereto as Exhibit 2.1 and incorporated herein by reference.

A copy of the press release issued on June 16, 2014 by the Company announcing the completion of the Acquisition is attached hereto as Exhibit 99.1, which is incorporated herein by reference.

Item 9.01. Financial Statements and Exhibits.

(d) Exhibits

Exhibit No.

Exhibit Description

2.1

Stock and Membership Interest Purchase Agreement, dated as of May 6, 2014, by and among Snyder's-Lance, Inc., Baptista's Bakery, Inc., 5C Investments, LLC, Nannette M. Gardetto 1994 Trust, Nannette M. Gardetto and S-L Snacks National, LLC.

99.1

Press Release, dated June 16, 2014

Snyder's-Lance, Inc. Completes Acquisition of Baptista's Bakery, Inc.

Charlotte, NC., Snyder's-Lance, Inc. (Nasdaq-GS: LNCE), announced today the completion of its acquisition of Baptista's Bakery, Inc., first announced on May 7, 2014. Baptista's, an industry leader in baked snack foods and product innovation, is the manufacturer of the fast growing Snack Factory® **Pretzel Crisps®** brand and has unique capabilities consistent with the strategic plans of Snyder's-Lance. The transaction supports efforts to sharpen focus on branded products in growth categories such as "better for you" and other emerging products driven by consumer preferences and insights. William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

FORM 8-K: SNYDER'S-LANCE, INC FILES Current report

For more information please visit: http://www.sec.gov

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** June 20, 2014

End of Document



# Pineapple Classic raises $160,000 for blood cancer

Greenwich Post (Connecticut)

June 19, 2014

Copyright 2014 Main Street Connect, LLC (dba The Daily Voice)
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS; Pg. A14

**Length:** 411 words

## Body

The local chapter of the Leukemia & Lymphona Society (LLS) eld its fourth annual Pineapple Classic 5k at the Greenwich Polo Club May 17.

The Hawaiian-themed event brought in more than 950 participants and raised more than $160000 for blood cancer research and patient services. U.S. Rep. Jim Himes (D-4th), a Cos Cob resident, and Police Chief James Heavey were among those in attendance, and guests were able to sample local cuisine from vendors like Dinosaur Bar-B-Que of Stamford while live band Doghouse provided music.

Pineapple Classic Planning Commitee member and leukemia survivor Kevin Camera offered commented on the urgency shown by the LLS as they seek a cure for cancer "not someday, but today."

Jackqueline McClean Markes, who lost her son Kyle Markes to acute lymphoblastic leukemia (ALL) on Dec. 24, 2013 shared her experiences during the event. Dr. McClean has worked to raise awareness and African American participation in the national bone marrow registry since her son's diagnosis. Of the 10.5 million registered bone marrow donors, only seven percent are African-American or black.

Kyle's immediate family members were not a match, and though a donor was eventually found, the ALL spread before a transplant could take place. He fought the disease for more than a year before passing away on Christmas Eve. In his honor, Dr. McClean has established Kyle's Corner bone marrow drives, which have already produced lifechanging results for four people.

Dr. McClean also organized a team for the event under the name Kyle's Corner, and together they raised $23,000 for the event. Proceeds from the 2014 Pineapple Clsasic will benefit blood cancer patients and help fund new research.

LLS thanks sponsors Web MD Health Foundation, Whole Foods Market of Greenwich, Davenport Contracting of Stamford, Serendipity Magazine, Banksville Independant Fire Department, Greenwich Polo Club, Milow Cancer Hospital Greenwich Campus, CT Information Security, OOHA Wilkins, CertaPro Painters, Ultimate Grounds, BMW of Greenwich, Praxair, Benjamin Moore, and Jack and Jill of America. We also want to thank Nestle Waters, PepsiCo, Longford's Ice Cream, Ola Granola, AT&T, Star 99.9, Spiked Seltzer, Starbuck's of Greenwich, Trader Joe's of Stamford, Stamford Sports & Spine, Honest Tea, Skinny Pop, **Pretzel Crisps**, Keurig, Energizer-Schick of Stamford, Sweaty Betty of Greenwich, Pure Barre of Greenwich, Mavis Tire, Independent Residential and Runners Roost of Darien.

## Graphic

The Mighty Minions team of Gina Murray, Amy Girolametti, Erin Dyroff, Kristina Villamana and Stephanie Zowine were one of the teams at the classic.

**Load-Date:** June 21, 2014

---

End of Document



# Snyder's-Lance completes acquisition of Baptista's Bakery

The Evening Sun (Hanover, Pennsylvania)

June 18, 2014 Wednesday

Copyright 2014 MediaNews Group, Inc. All Rights Reserved

**Section:** BUSINESS

**Length:** 126 words

**Byline:** The Evening Sun

## Body

CHARLOTTE, N.C. >> Snyder's-Lance Inc. recently announced the completion of its acquisition of Baptista's Bakery Inc., first announced on May 7.

Baptista's, an industry leader in baked snack foods and product innovation, is the manufacturer of the fast growing Snack Factory **Pretzel Crisps** brand and has unique capabilities consistent with the strategic plans of Snyder's-Lance. The transaction supports efforts to sharpen focus on branded products in growth categories such as "better for you" and other emerging products driven by consumer preferences and insights. William Blair & Company LLC acted as financial advisor and Foley & Lardner LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

**Load-Date:** June 18, 2014

End of Document



# US: Snyder's-Lance seals Baptista's Bakery buy.

just-food.com

June 18, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 AROQ Limited

**Length:** 190 words

## Body

Byline: Hannah Abdulla

Snyder's-Lance has completed the acquisition of baked snacks firm Baptista's Bakery.

The US said the deal, first announced last month, "supports efforts to sharpen its focus on branded products in growth categories such as "better for you" and other emerging products driven by consumer preferences and insights".

Baptista's manufactures Snyder's-Lance's Snack Factory **Pretzel Crisps** brand. Snyder's-Lance said buying the business would help its innovation plans.

As part of its strategy to focus on branded products, Snyder's-Lance sold its private-label business in a US$430m deal.

BB&T Capital Markets analyst Brett Hundley suggested at the time the move could also boost Synder's-Lance margins. "We believe that a sale of its private-label business, combined with an improved business mix and further M&A, will help to improve operating margins to above 10% while unlocking equity value."

This article was originally published on just-food.com on 18 June 2014. For authoritative and timely food business information visit http://www.just-food.com.

**Load-Date:** July 18, 2014

---

End of Document



# Snyder's-Lance Acquires Baptista's Bakery - Analyst Blog

Zacks Investment Research

June 17, 2014 Tuesday 10:25 PM EST

Copyright 2014 Newstex LLC All Rights Reserved

**Length:** 525 words

**Byline:** Zacks Equity Research

## Body

Jun 17, 2014 (Zacks Investment Research:http://www.zacks.com/ Delivered by Newstex)

Snyder's-Lance, Inc. (LNCE[1]) recently completed the acquisition of a food company, Baptista's Bakery, Inc. Baptista's Bakery is the maker of 'better for you' snacks and other baked snacks. The acquisition was announced on May 7, 2014.

Baptista's Bakery has been the supplier of Snack Factory **Pretzel Crisps** brand for Snyder's-Lance. **Pretzel Crisps** crackers is one of Snyder's-Lance's four core brands, which also include Snyder's of Hanover pretzels, Lance sandwich crackers, and Cape Cod.

Post acquisition, Snyder's-Lance will also own Baptista's Bakery's manufacturing facility in Franklin, WI. Also, the acquisition will result in the integration of Baptista's Bakery team into Snyder's-Lance.

Innovation has always been one of the important strategies of consumer goods companies. Innovation helps these companies to cater to changing consumer preference and also strengthens their product portfolio. Thus, the acquisition is in line with Snyder's-Lance's focus on branded product innovation and increasing manufacturing capabilities. This will combine the resources and expertise of Baptista's Bakery with the scale of Snyder's-Lance.

Snyder's-Lance is engaged in the manufacture, marketing and distribution of a variety of branded and private label snack foods and bakery products. Its products include sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks.

Snyder's-Lance carries a Zacks Rank #5 (Strong Sell).

Some better-ranked stocks in the consumer goods sector include BRF S.A. (BRFS[2]), Aramark (ARMK[3]) and Inventure Foods, Inc. (SNAK[4]). BRF S.A sports a Zacks Rank #1 (Strong Buy ) while Aramark and Inventure Foods carry a Zacks Rank #2 (Buy).

Want the latest recommendations from Zacks Investment Research? Today, you can download 7 Best Stocks for the Next 30 Days. Click to get this free report[5] SNYDERS-LANCE (LNCE): Free Stock Analysis Report[6] INVENTURE FOODS (SNAK): Free Stock Analysis Report[7] BRF-BRASIL FOOD (BRFS): Free Stock Analysis Report[8] ARAMARK HOLDING (ARMK): Free Stock Analysis Report[9] To read this article on Zacks.com click here.[10] Zacks Investment Research[11]
[1]: http://www.zacks.com/stock/quote/LNCE [2]: http://www.zacks.com/stock/quote/BRFS [3]: http://www.zacks.com/stock/quote/ARMK [4]: http://www.zacks.com/stock/quote/SNAK [5]: http://www.zacks.com/registration/pfp/?ALERT=RPT_7BST_LP194ADID=ZC_CONTENT_ZER_ARTCAT_ANALYS

T_BLOG [6]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINKd_alert=rd_final_rankt=LNCEADID=ZC_CONTENT_ZR_A
RTCAT_ANALYST_BLOG [7]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINKd_alert=rd_final_rankt=SNAKADID=ZC_CONTENT_ZR_A
RTCAT_ANALYST_BLOG [8]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINKd_alert=rd_final_rankt=BRFSADID=ZC_CONTENT_ZR_A
RTCAT_ANALYST_BLOG [9]:
http://www.zacks.com/registration/pfp?ALERT=ZR_LINKd_alert=rd_final_rankt=ARMKADID=ZC_CONTENT_ZR_A
RTCAT_ANALYST_BLOG [10]: http://www.zacks.com/stock/news/137159/snyders-lance-acquires-baptistas-
bakery [11]: http://www.zacks.com/

**Load-Date:** June 17, 2014

---

End of Document



# BRIEF: Snyder's-Lance completes Baptista Bakery deal

York Daily Record (Pennsylvania)

June 17, 2014 Tuesday

Copyright 2014 York Daily Record

Distributed by McClatchy-Tribune Business News

**Section:** BUSINESS AND FINANCIAL NEWS

**Length:** 79 words

**Byline:** Gary Haber, York Daily Record, Pa.

## Body

June 17--Snyder's-Lance Inc. has completed its $195 million acquisition of snack food maker Baptista's Bakery Inc. The deal was announced on May 7.

Baptista's, which is based in Franklin, Wis., makes **pretzel crisps** and other "better for you snacks." Snyder's-Lance acquired Baptista's manufacturing plant in Franklin as part of the transaction.

___ (c)2014 York Daily Record (York, Pa.) Visit York Daily Record (York, Pa.) at www.ydr.com Distributed by MCT Information Services

**Load-Date:** June 18, 2014

End of Document



# Snyder's-Lance acquires Baptista's Bakery

Progressive Media - Company News

June 17, 2014 Tuesday

Copyright 2014 Progressive Media Group Limited All Rights Reserved

ProgressiveMedia :>:

**Section:** BAKERY AND CEREALS; Business Expansions

**Length:** 70 words

**Highlight:** Snyder's-Lance has completed the acquisition of Baptista's Bakery, a producer of baked snack foods and 'better for you' snacks.

## Body

The deal was originally announced on 7 May 2014. Financial details of the acquisition have not been disclosed.

According to Snyder's-Lance, Baptista's, the maker of Snack Factory **Pretzel Crisps** brand, has capabilities consistent with the strategic plans of the company.

The deal supports Snyder's-Lance's efforts to increase focus on branded products in growth categories such as 'better for you' and other emerging products.

**Load-Date:** June 18, 2014

End of Document



# Snyder's-Lance completes acquisition of baked snacks producer Baptista's Bakery

Progressive Media - Company News

June 17, 2014 Tuesday

Copyright 2014 Progressive Media Group Limited All Rights Reserved

ProgressiveMedia

**Section:** COMPANY NEWS; Business Expansions

**Length:** 339 words

**Highlight:** US-based snack food producer Snyder's-Lance has completed the acquisition of Baptista's Bakery, which produces baked snack foods and 'better for you' snacks.

## Body

US-based snack food producer Snyder's-Lance has completed the acquisition of Baptista's Bakery, which produces baked snack foods and 'better for you' snacks.

As part of the deal, Snyder's-Lance has acquired a 100% stake in Baptista's Bakery, along with its manufacturing facility in Franklin, Wisconsin.

Baptista's Bakery is a developer and manufacturer of baked snacks for snack companies and retailers across the US.

It also supplies Snack Factory **Pretzel Crisps** to Snyder's-Lance.

This acquisition by Snyder's-Lance is part of a plan to sharpen its focus on its branded products in growth categories such as 'better for you' and other emerging products which are driven by consumer preferences and insights.

At the time of signing the agreement, Snyder's-Lance president and CEO Carl Lee Jr said that the Baptista's team is strong and dedicated, with many new product ideas which will be an excellent pairing for the company's brands.

"We are committed to retaining and growing the Franklin, Wisconsin facility, which is strategically well positioned within our network," he added.

Baptista's Bakery CEO and founder Nan Gardetto said: "The combination of Baptista's quality and product innovation teamed with the marketing, sales and distribution capabilities of Snyder's-Lance means our best accomplishments are yet to come."

The financial details of the deal have not been disclosed.

Baptista's Bakery was established after Gardetto's Bakery was divested to General Mills in 1999.

Snyder's-Lance completes acquisition of baked snacks producer Baptista's Bakery

While Gardetto's operated two facilities at the time of the sale, one in Milwaukee and the other in Franklin, the Gardetto family retained the Franklin facility, which it built in 1997, and utilised it to establish Baptista's Bakery.

William Blair & Company served as financial advisor and Foley & Lardner as legal counsel to Baptista's in the transaction.

Snyder's-Lance, headquartered in Charlotte, North Carolina, manufactures and markets snack foods such as pretzels, sandwich crackers, pretzel crackers, potato chips and cookies in the US and internationally.

**Load-Date:** June 18, 2014

End of Document



# Snyder's-Lance completes Baptista's Bakery acquisition

Charlotte Business Journal

June 17, 2014 Tuesday

Copyright 2014 American City Business Journal, Inc. All Rights Reserved

## CHARLOTTE BUSINESS JOURNAL

**Length:** 247 words

**Byline:** Jen Wilson

## Body

Charlotte-based snack maker Snyder's-Lance Inc. (NASDAQ:LNCE) has completed its previously reported acquisition of Baptista's Bakery Inc. of Franklin, Wis.

Baptista's makes the Snack Factory **Pretzel Crisps** brand for Snyder's-Lance, and the bakery has "unique capabilities" consistent with the Charlotte company's strategic plans, including an effort to sharpen focus on "better for you" snacks and other growth categories that are in line with consumer preferences and feedback, according to a news release this week.

The value of the deal has not been disclosed.

Baptista's worked with William Blair & Co. as financial adviser and Foley & Lardner as legal counsel on the transaction. K&L Gates acted as legal counsel to Snyder's-Lance.

Snyder's-Lance is also selling its private brands and two manufacturing facilities in the U.S. and Canada to Shearer's Foods of Massillon, Ohio, for $430 million. That deal also was expected to close this quarter.

Last month, Snyder's-Lance reported net income attributable to its shareholders of $16.8 million, or 24 cents per diluted share, for the first quarter, marking a decline from a year earlier. However, its revenue of $436.8 million for the period represented an over-the-year increase, which the company attributed to its introduction of new products and expanded distribution.

Did you find this article useful? Why not subscribe to Charlotte Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** June 17, 2014

End of Document



# Snyder's-Lance, Inc. Completes Acquisition of Baptista's Bakery, Inc.

PR Newswire

June 16, 2014 Monday 8:00 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 308 words

**Dateline:** CHARLOTTE, N.C., June 16, 2014

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE), announced today the completion of its acquisition of Baptista's Bakery, Inc., first announced on May 7, 2014. Baptista's, an industry leader in baked snack foods and product innovation, is the manufacturer of the fast growing Snack Factory® **Pretzel Crisps**® brand and has unique capabilities consistent with the strategic plans of Snyder's-Lance. The transaction supports efforts to sharpen focus on branded products in growth categories such as "better for you" and other emerging products driven by consumer preferences and insights. William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, Quitos(TM) and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo -http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, Vice President and IRO, (704) 557-8386

**Load-Date:** June 17, 2014

End of Document

# *Snyder's-Lance, Inc. Completes Acquisition Of Baptista's Bakery, Inc.

Dow Jones Institutional News

June 16, 2014 Monday 12:00 PM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 393 words

## Body

16 Jun 2014 08:00 ET  Press Release: Snyder's-Lance, Inc. Completes Acquisition of Baptista's Bakery, Inc.

Snyder's-Lance, Inc. Completes Acquisition of Baptista's Bakery, Inc.

PR Newswire

CHARLOTTE, N.C., June 16, 2014

CHARLOTTE, N.C., June 16, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE), announced today the completion of its acquisition of Baptista's Bakery, Inc., first announced on May 7, 2014. Baptista's, an industry leader in baked snack foods and product innovation, is the manufacturer of the fast growing Snack Factory(R) **Pretzel Crisps**(R) brand and has unique capabilities consistent with the strategic plans of Snyder's-Lance. The transaction supports efforts to sharpen focus on branded products in growth categories such as "better for you" and other emerging products driven by consumer preferences and insights. William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), Quitos(TM) and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Logo -  http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

/CONTACT: Mark Carter, Vice President and IRO, (704) 557-8386

/Web site: http://www.snyderslance.com

Access Investor Kit for Snyder's-Lance, Inc.

Visit http://www.companyspotlight.com/partner?cp_code=A591&isin=US8335511049

(END) Dow Jones Newswires

June 16, 2014 08:00 ET (12:00 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** June 17, 2014

End of Document

 LexisNexis®

**User Name:** T8PVBDU

**Date and Time:** Monday, October 22, 2018 12:08:00 PM EDT

**Job Number:** 75986720

## Documents (50)

1. Snyderâ(EURO)(TM)s-Lance wraps up Baptistaâ(EURO)(TM)s Bakery buy

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. Snyderâ(EURO)(TM)s-Lance wraps up Baptistaâ(EURO)(TM)s Bakery buy

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. Snyder's-Lance Closes Acquisition Of Baptista's Bakery - Quick Facts

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. Snyder's-Lance, Inc. Completes Acquisition of Baptista's Bakery, Inc.

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. Snyder's-Lance wraps up Baptista's Bakery buy

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

6. B&G Foods, Inc. at Piper Jaffray Consumer Conference - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. Cape Cod® Potato Chips Teams with Tasting Table for the Fifth Annual Lobster Rumble

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. Pineapple Race In Greenwich Helps Leukemia & Lymphoma Society

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. LANCE® Announces Fan Activations At X Games Austin 2014 Featuring Pro Skate Boarder Nyjah Huston;LANCE® Hosts Live Chat and Fan Meet & Greet with Nyjah Huston on June 5th and 7th

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. Dr. Iaquinta: What's healthy in the snack aisle?

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. Snyder's-Lance to acquire Baptista's Bakery, sell Private Brands;Business Buzz

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

12. -Samsonite enters market for protective mobile device cases with acquisition of US-based company Speck Products

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

Content Type | Narrowed by
News | Timeline: Apr 21, 2012 to Dec 31, 2018

13. Samsonite Enters Market For Protective Mobile Device Cases With Acquisition Of US-Based Company Speck Products

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

Content Type | Narrowed by
News | Timeline: Apr 21, 2012 to Dec 31, 2018

14. *Samsonite Enters Market for Protective Mobile Device Cases With Acquisition of US-Based Co Speck Products

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

Content Type | Narrowed by
News | Timeline: Apr 21, 2012 to Dec 31, 2018

15. Washington: DISTRICT SALES MANAGER Job # 59307

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

Content Type | Narrowed by
News | Timeline: Apr 21, 2012 to Dec 31, 2018

16. Washington: MAINTENANCE MANAGER Job # 59263

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

Content Type | Narrowed by
News | Timeline: Apr 21, 2012 to Dec 31, 2018

17. Washington: SANITATION SUPERVISOR Job # 59264

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. Snyder's of Hanover Teams with NFCA to Support Celiac Awareness Month

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. Washington: REGIONAL MARKETING MANAGER - PRETZEL CRISPS BRAND Job # 59103

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. Cape Cod® Potato Chips Launches Two Savory New Cheese Flavors

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. Washington: AREA MARKETING MANAGER - PRETZEL CRISPS BRAND Job # 59003

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. Washington: KEY ACCOUNT MANAGER Job # 58906

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. Washington: MAINTENANCE MANAGER Job # 58907

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. Washington: QUALITY ASSURANCE SUPERVISOR Job # 58909

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. Washington: SANITATION MANAGER Job # 58915

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. Washington: SANITATION SUPERVISOR-OFF SHIFT Job # 58916

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. Washington: TEAM LEAD (PRODUCTION SUPERVISOR) 3RD SHIFT Job # 58918

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

28. Snyder's-Lance Inc., Charlotte, NC, will acquire Baptista's Bakery Inc., Franklin, WI;MERGERS & ACQUISITIONS;Brief article

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|

29. Snyder's-Lance reports results for first quarter 2014

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. US: Synyder's-Lance earnings slide on investment.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. Q1 2014 Snyder'sLance Inc Earnings Conference Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. Event Brief of Q1 2014 Snyder's-Lance Inc Earnings Conference Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. *Snyders-Lance 1Q EPS 24c >LNCE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

34. Snyder's-Lance, Inc. Reports Results for First Quarter 2014;- Reports 2014 first quarter net revenue of $437 million, a 4.4% increase over prior year

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

35. Snyder's-Lance to pay $195M for Baptista's

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. Franklin snack-maker sold | N.C. firm buying Baptista's Bakery hopes to expand

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Herbalife to repurchase $266 million shares

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. Herbalife to repurchase $266 million shares

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. Press Release: Snyder's-Lance, Inc. Announces Results from Annual Meeting of Stockholders

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

40. Snyder's-Lance, Inc. Announces Results from Annual Meeting of Stockholders

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

41. Snyder's-Lance profit falls in first quarter

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

42. Snyder's-Lance to acquire Baptista's Bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

43. Snyder's-Lance to buy snack foods producer Baptista's Bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

44. Press Release: Snyder's-Lance Inc. Signs Definitive Agreement to Acquire Baptista's Bakery Inc.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

45. FORM 8-K: SNYDER'S-LANCE, INC FILES Current report

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. Snyder's-Lance Inc. Signs Definitive Agreement to Acquire Baptista's Bakery Inc.;- Supports Snyder's-Lance focus on branded product innovation and manufacturing capabilities

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

47. Snyder's-Lance sells private-label business, acquires Baptista's Bakery

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. Snyder's-Lance to buy Baptista's Bakery of Franklin

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Ahead of the news

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. Baptista's Bakery to become part of Snyder's-Lance

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

# Snyderâ(EURO)(TM)s-Lance wraps up Baptistaâ(EURO)(TM)s Bakery buy

M&A Navigator

June 16, 2014 Monday

Copyright 2014 Normans Media Limited All Rights Reserved



**NAVIGATOR**

**Length:** 264 words

## Body

MANAVIGATOR-June 16, 2014-Snyderâ(EURO)(TM)s-Lance wraps up Baptistaâ(EURO)(TM)s Bakery buy

16 June 2014 - US snack foods maker Snyderâ(EURO)(TM)s-Lance Inc (NASDAQ:LNCE) on Monday said it had finalised the purchase of domestic baked snacks manufacturer Baptistaâ(EURO)(TM)s Bakery Inc.

Snyderâ(EURO)(TM)s-Lance announced the acquisition of a 100% stake in Baptistaâ(EURO)(TM)s on 7 May, without specifying a price.

The transaction includes the targetâ(EURO)(TM)s production facility in Franklin, Wisconsin.

The takeover of Baptistaâ(EURO)(TM)s, which boasts leadership in baked snack foods and â(EURO)oebetter for youâ(EURO) snacks and has been the manufacturer of the buyerâ(EURO)(TM)s rapidly growing Snack Factory **Pretzel Crisps** brand, serves Snyderâ(EURO)(TM)s-Lanceâ(EURO)(TM)s plan to zero in on its branded portfolio, the buyer has said.

As a result of the purchase, Snyderâ(EURO)(TM)s-Lance expands its â(EURO)~better for youâ(EURO)(TM) range and have the capacity necessary for its Snyderâ(EURO)(TM)s of Hanover pretzels, the company has said.

The deal will benefit Baptistaâ(EURO)(TM)s, on the back of the combination of its innovation with the buyerâ(EURO)(TM)s marketing, sales and distribution capabilities, founder and CEO, Nan Gardetto, has said.

K&L Gates LLP consulted Snyder's-Lance on the acquisition, while Baptista's was advised by William Blair & Company LLC and Foley & Lardner LLP.

Country: USA

Sector: Food/Beverages/Tobacco

Target: Baptista's Bakery Inc

Buyer: Snyder's-Lance Inc

Vendor: Nan Gardetto

Type: Corporate acquisition

Status: Closed

Buyer advisor: K&L Gates LLP

**Load-Date:** June 16, 2014

**End of Document**



# Snyderâ(EURO)(TM)s-Lance wraps up Baptistaâ(EURO)(TM)s Bakery buy

FinancialWire

June 16, 2014 Monday

Copyright 2014 Investrend Communications, Inc. All Rights Reserved



**Length:** 199 words

## Body

16 June 2014 - US snack foods maker Snyder's-Lance Inc (NASDAQ:LNCE) on Monday said it had finalised the purchase of domestic baked snacks manufacturer Baptista's Bakery Inc.

Snyder's-Lance announced the acquisition of a 100% stake in Baptista's on 7 May, without specifying a price.

The transaction includes the target's production facility in Franklin, Wisconsin.

The takeover of Baptista's, which boasts leadership in baked snack foods and "better for you" snacks and has been the manufacturer of the buyer's rapidly growing Snack Factory **Pretzel Crisps** brand, serves Snyder's-Lance's plan to zero in on its branded portfolio, the buyer has said.

As a result of the purchase, Snyder's-Lance expands its 'better for you' range and have the capacity necessary for its Snyder's of Hanover pretzels, the company has said.

The deal will benefit Baptista's, on the back of the combination of its innovation with the buyer's marketing, sales and distribution capabilities, founder and CEO, Nan Gardetto, has said.

K&L Gates LLP consulted Snyder's-Lance on the acquisition, while Baptista's was advised by William Blair & Company LLC and Foley & Lardner LLP.

(Distributed by M2 Communications (www.m2.com))

**Load-Date:** June 16, 2014

End of Document



# Snyder's-Lance Closes Acquisition Of Baptista's Bakery - Quick Facts

RTT News (United States)

June 16, 2014 Monday

Copyright 2014 RTT News All Rights Reserved

**Length:** 130 words

## Body

(RTTNews) - Snyder's-Lance, Inc. (LNCE) has completed its acquisition of Baptista's Bakery, Inc. Baptista's is the manufacturer of the fast growing Snack Factory **Pretzel Crisps** brand and has unique capabilities consistent with the strategic plans of Snyder's-Lance.

According to the company, the transaction supports efforts to sharpen focus on branded products in growth categories such as "better for you" and other emerging products driven by consumer preferences and insights.

William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2014 RTTNews.com. All Rights Reserved

**Load-Date:** June 16, 2014

End of Document



# Snyder's-Lance, Inc. Completes Acquisition of Baptista's Bakery, Inc.

India Investment News

June 16, 2014 Monday 6:30 AM EST

Copyright 2014 Contify.com All Rights Reserved

**Length:** 130 words

## Body

June 16 -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE), announced today the completion of its acquisition of Baptista's Bakery, Inc., first announced on May 7, 2014. Baptista's, an industry leader in baked snack foods and product innovation, is the manufacturer of the fast growing Snack Factory **Pretzel Crisps** brand and has unique capabilities consistent with the strategic plans of Snyder's-Lance. The transaction supports efforts to sharpen focus on branded products in growth categories such as "better for you" and other emerging products driven by consumer preferences and insights. William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LLP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

**Load-Date:** June 23, 2014

End of Document



# Snyder's-Lance wraps up Baptista's Bakery buy

Internet Business News

June 16, 2014 Monday

Copyright 2014 Normans Media Limited All Rights Reserved



**Length:** 191 words

## Body

16 June 2014 - US snack foods maker Snyder's-Lance Inc (NASDAQ:LNCE) on Monday said it had finalised the purchase of domestic baked snacks manufacturer Baptista's Bakery Inc.

Snyder's-Lance announced the acquisition of a 100% stake in Baptista's on 7 May, without specifying a price.

Thetransaction includesthe target's production facility in Franklin, Wisconsin.

The takeover of Baptista's, which boasts leadership in baked snack foods and "better for you" snacks and has been the manufacturer of the buyer's rapidly growing Snack Factory **Pretzel Crisps** brand, serves Snyder's-Lance's plan to zero in on its branded portfolio, the buyer has said.

As a result of the purchase, Snyder's-Lance expands its 'better for you' range and have the capacity necessary for its Snyder's of Hanover pretzels, the company has said.

The deal will benefit Baptista's, on the back of the combination of its innovation with the buyer's marketing, sales and distribution capabilities, founder and CEO, Nan Gardetto, has said.

K&L Gates LLP consulted Snyder's-Lance on the acquisition, while Baptista's was advised by William Blair & Company LLC and Foley & Lardner LLP.

**Load-Date:** June 16, 2014

End of Document



# B&G Foods, Inc. at Piper Jaffray Consumer Conference - Final

FD (Fair Disclosure) Wire

June 11, 2014 Wednesday

Copyright 2014  CQ-Roll Call, Inc.
All Rights Reserved


Copyright 2014  CCBN, Inc.

**Length:** 5922 words

# Body

Corporate Participants

* Dave Wenner

B&G Foods, Inc. - President, CEO

* Bob Cantwell

B&G Foods, Inc. - EVP Finance, CFO

Conference Call Participants

* Sean Naughton

Piper Jaffray & Co. - Analyst

Presentation

SEAN NAUGHTON, ANALYST, PIPER JAFFRAY & CO.: Okay, great. Thank you very much. Welcome. My name is Sean Naughton, Senior Research Analyst with Piper Jaffray. This is a fireside-chat format. We're fortunate to have with us here today B&G Foods. Thank you for being here, CEO Dave Wenner, and then CFO Bob Cantwell.

So, maybe we will just kick it off, start at just a level-setting question for the audience. Just give us a high-level overview. You guys have changed the portfolio up a lot recently, some more snack business, recent acquisition a little bit more traditional B&G. But paint us a picture of where you guys have been, where you are now, and where you see this thing going over the next few years.

DAVE WENNER, PRESIDENT, CEO, B&G FOODS, INC.: Underneath everything we do, we are still following the same strategy, which is acquiring businesses that are accretive as we acquire them, that have good cash flow characteristics, maintain superior margins, and generate strong cash flow. Out of all that that we pay out is -- a lot of it is the dividend.

Out of the five -- last five acquisitions, there have been five acquisitions in two years, so we have been pretty busy. Four of the last five have been in the snack area. Some we bought at very good prices because they were a little distressed. In the case of Pirate's, we paid a pretty good price for that business because it was a business that had very strong momentum and we thought it was a great brand.

I would say the four snack businesses that we bought, the average EBITDA multiple is probably 8.5 times, so we like to buy things at reasonable prices and I would argue the overall multiple of the businesses we bought was reasonable, and it gets us into a space where consumers are buying more and more and eating more and more snack type foods.

And it also gave us an entree into things like warehouse clubs that we weren't particularly strong in before and convenience and areas where we really hadn't had a lot of strength, but again, areas where consumer takeaway was starting to grow. Warehouse clubs, it's very easy to see how the momentum is going with the amount of food that is bought out of warehouse clubs. But the same is true with convenience stores and places like that.

So it gave us a location and a space in the food industry that is growing, and also geographically in terms of the outlets that they're growing.

But following that, in April we bought a business called Specialty Brands that is a very classic B&G Foods acquisition, dry grocery business. Primarily 60% of the business is a dry soup business that has a great niche in the soup category in that it is the number one in that area. When you go up to a shelf, that is the number one brand in that part of the soup business, very good margins.

And 30% of the business is in syrups, which we're already in with several brands, sugar-free syrup and maple syrup. And in the context of maple syrup, which is a small part of the overall syrup category, we now own the number one and number two brands in maple syrup.

So, even though that was a more boring part of the business, if you will, than the soup business, it had a very good strategic reason for buying it. And the soup business is pretty exciting. We're actually, as we dig into it here, in the last six weeks or so, we are very excited about the business and very happy to have bought it. It's a great business and it has good prospects.

SEAN NAUGHTON: Okay, great. Maybe you could just give us a quick update about the cash flow dynamics that are at work maybe for this year, what you are thinking about for free cash flow, walking us down from EBITDA, and then what your leverage rate is and where you're comfortable at this point.

BOB CANTWELL, EVP FINANCE, CFO, B&G FOODS, INC.: We have given guidance out this year of EBITDA of $209 million to $214 million. When you pro forma in the rest of the Specialty Brands acquisition, it is upwards of a little over $220 million.

On a go-forward basis where -- we have just recapitalized one more time. We just put a new bank debt in place, a $300 million term loan and a $500 million revolver with a little less than $50 million drawn on that revolver, at LIBOR plus 2%.

So when you look at our current debt structure today, our effective interest rate all in is about 3.7%. That is costing us about $42 million a year in cash interest. Cash taxes for our business today will be close to $30 million. And we are currently spending in 2014 about $20 million in CapEx and our normalized needs in CapEx are somewhere between $15 million and $17 million. So we are spending a little bit more because we are doing a couple of special projects.

So that basically puts over 65% of free cash flow from our EBITDA on our balance sheet, and we are currently paying out about 55% of that in the form of dividends, about $73 million. So we're putting -- after that, this Company still has free cash flow of around $50 million going on the balance sheet, paying down debt and delevering.

Current leverage today after our Specialty acquisition is 4.7 times. If we do nothing else the rest of the year except normal operating activities, we will take that leverage down to about 4.4 times by the end of the year.

SEAN NAUGHTON: And that's on a pro forma basis, the 4.7, right?

BOB CANTWELL: Yes, that's correct.

SEAN NAUGHTON: Great. Maybe just thinking about the industry overall, you guys obviously have been a very strong, solid operator, in here for a long time. Maybe just big picture, what do you guys see as some of the challenges with the industry? Center store seems to be a little bit more under pressure. Maybe there is some destocking. That's probably a normal course of business in and out, but just some high-level thoughts would be helpful.

DAVE WENNER: The inventory store is running a little thin after two years of (multiple speakers)

SEAN NAUGHTON: Sure.

DAVE WENNER: -- the store. To me, it really is not a massive shift in how consumers eat and where they buy food and all that, but it is an incremental shift that is ongoing in terms of what people eat, a lot more snacking going on, and you read a lot of articles that say the occasions for snacking are increasing. And if you look at younger people, they don't eat like people used to eat 20 years ago or somebody my age even today eats food.

So, center of the store is challenged for growth. And you see that -- I watch very carefully all my other center-of-the-store compatriots here and everybody is struggling to grow in the center of the store, and that's part of why we hedged our bet, if you will, by going into the snacking part of the business, because we thought that it was going to be challenging to ever get meaningful growth out of mature brands in center of the store.

They are great cash flow brands, and there are exceptions to that in categories like Mexican, where Ortega continues to do very well for us, but by and large, there is a great challenge there in terms of what consumers are eating and how much they are preparing food home versus buying food on the perimeter of the store that is already prepared or snacking or whatever.

The other part of the equation is, as I said before, people are buying food in different places. So to the extent your star is hitched to supermarkets, there are some very successful supermarket operators out there, but as a part of the industry, supermarkets are shrinking in their share of food, and everybody and anybody that has a reason to think you're going to buy food in their venue is starting to sell more food, be it dollar stores, be it convenience stores, be it drugstores, and even to the point that there is some food in Home Depot now.

So, you have to shift with that move, and as I said, it's not a quantum leap. It's a slow incremental move in terms of how behaviors change in terms of what people eat and where they are buying their food, and I think after a couple years of this, it is a trend that's hard to argue with.

SEAN NAUGHTON: So yes, outside of the home improvement food category, maybe you could outline your distribution, maybe where you guys have been selling in the past, where you are now, and I know you were able to bring on the Rickland Orchards individual -- his name is escaping me at this point, but he has obviously been very successful with the wholesale club channel. Maybe just talk about how that is evolving.

DAVE WENNER: With the snack acquisitions and with some growth in that portion of the business, we now are doing -- first quarter was -- about 12% of our sales were in warehouse clubs. First-quarter 2013, 3% of our sales were in warehouse clubs. So, as I say, part of that was acquisition driven, but part of that also was that we are doing more business with clubs in some of the brands that hadn't been doing it before, and that was part of the intent in buying in Rickland, especially, where they were very strong in clubs, was to get that access and to get the conversation going with warehouse clubs in terms of, what can we do with our other brands here and how can we innovate?

And that conversation had never really happened to the depth that it is happening now. So that's an important step forward, I think, in terms of what we are trying to do.

And so, supermarkets are now -- have shrunk to under half of our sales, partly because of the trends in supermarkets, partly because you're growing in other areas. Mass merchant continues to be not quite 20% of our sales. I frankly don't remember what the number is with Bear Creek, but Bear Creek that we just bought is very strong in places like Walmart, so that tends to beef that up a little bit.

And the trend there, though, is that we are pretty much flat. Even though we are gaining distribution at mass merchants, they're really not growing in terms of what they're selling to consumers, so we are holding our own there. We continue to grow in dollar stores, but it continues to be a very small part of the business, not quite 3% of the business.

And food service, which was close to 20% of our sales, is now about 16% of sales, not a real point of emphasis for us, but there are some brands of ours that sell -- have a good food service business with good margins, and so that's -- we keep working there.

SEAN NAUGHTON: One of the channels that's come up, obviously, in apparel and footwear, sporting goods, is the online channel at all. As Amazon just continues to seem to proliferate across the US into different categories, how do you guys foresee or is that potentially an opportunity to do a little bit more business or to think about how you might get involved in some of the online space for food? Packaged food seems to be a logical thing that could potentially work relatively easy there. Just curious about your thoughts on online.

DAVE WENNER: We look at it as an opportunity. We had been doing business for some years with an outfit called My Brands, whose concept was you grew up in New England and love B&M baked beans, and now you find yourself in southern California and good luck buying B&M baked beans. You go to My Brands and you can buy it there.

Amazon plays the same role.

SEAN NAUGHTON: Sure.

DAVE WENNER: And so, to the extent that we have any number of brands that are not in full distribution nationally, Amazon gives access to people to buy those brands that they may be familiar with, but now they are in a different geography.

And obviously, if you are an Amazon Prime customer and you're getting free delivery on these things, it's crazy not to start buying some products online, I guess.

So we are seeing -- it's still relatively small, but we are seeing Amazon growing in terms of the amount of products they are ordering. I am constantly amazed how much Pirate's Booty they are ordering, simply because it's got to be -- it's got to be very inefficient to ship Pirate's Booty. And so, yes, hopefully Amazon is creating a model that makes money for them down the road. I'm not sure it does right now, but that's their business, not mine.

But we are definitely seeing growth there. I watch the orders and there was an order the other day that had 100 cases of B&M baked beans going to one Amazon distribution center. I'm like, wow, that's pretty impressive. That's a lot of cans of baked beans that they are shipping out to somebody.

So, it's definitely something that's growing, at least from our perception, and we think it broadens our markets in terms of a lot of our products being offered in places they're not offered today.

SEAN NAUGHTON: If you think about inflation, this is always a topic in your business, some people seem to be getting more impacted right now than others. How does it -- I know you hedge out about 12 months, but how are you seeing the commodity aspect of the business trend?

DAVE WENNER: From our perspective, first off, except for maple syrup, we don't buy a whole lot of anything. So we don't have a tremendous amount of, quote unquote, commodity exposure to wheat, corn, whatever.

But we're seeing all the grains slowly creep down in cost, and as you said, we tend to be committed out 12 months. For instance, our commitments on almost all of our commodities are at least through the first quarter of next year. So as these things start creeping down, we're going to see benefit, but maybe not as immediate as you would see if you were buying on the spot market today. So those are positives for us.

What's really going crazy is meats and protein in general. We have very little exposure there. Basically, our Underwood Deviled Ham is the one piece of exposure we have. It is not easy to hedge what we buy there, so you are seeing a market play there, but it is a very small factor.

And then, like I said, the biggest thing we buy is maple syrup where we are now buying -- with the acquisition of Specialty Brands, we're probably buying $45 million of maple syrup a year. That's flat from a price point of view. The other factor is currency and the Canadian dollar has weakened, so that's a positive for us. So we are seeing modest deflation of our costs as we look out for the next 12 months.

SEAN NAUGHTON: Okay. And then, just on the maple syrup category, I think you have a pretty large food service customer that you have been doing business with for some time. Maybe just any sort of update. Talk about the down as a percentage of the total business, and maybe just an update on how that channel is performing for you.

DAVE WENNER: In general, that business is very good. Food service and that area particularly was very much impacted by weather in the first quarter. I think our food service sales of maple syrup to a variety of people was down about $1 million in the first quarter. And it was all related to weather and just people not going out to eat, snowed in or the roads were too dangerous in the specific geographies.

That has come back. We are back to normal. So, I don't see any problems there.

SEAN NAUGHTON: And then, maybe just touching on some of the brands in the portfolio, Pirate's obviously seems to be a faster growing brand or it was when you purchased it. Maybe just an update on where you are now. I think you just launched a new category there in the -- with the mac and cheese side of things. That was the bigger one that I saw. I don't know if there is anything else going there.

DAVE WENNER: Pirate's is still a very exciting brand for us. We found, I think, in the early part of our history with the brand that we had to run pretty hard to keep up with what the prior owner had been doing as they were getting the business pumped up for sale.

But I think we did a decent job of doing that, and business -- fourth quarter was challenging from that point of view. First quarter, I think we were up about 20% versus fourth quarter. So, we were doing good there.

As you say, we have launched a mac and cheese that's directly competitive with Annie's in terms of the product profile, four different products there. We have also launched a fruit-flavored variant of Pirate's Booty called Fruity Booty. You get to have fun with this stuff. You can't have very much fun with molasses, but you can have a lot of fun with Pirate's.

And we've also launched another variant of Pirate's called Treasures, which is kind of like Pirate's Booty, but shapes, anchor, parrots, some ships' wheel shapes, and a crunchier variant of Pirate's than the normal Pirate's Booty.

So we are executing pretty well in terms of new products out there. We have a lot of opportunity on the base business where we have wide variance in performance by customer, and we are showing customers that you are of equal size to this guy over here, but you are doing a 10th of the business, and it is all about execution. So that gives us opportunities to bring the low-performing customers up the best-performing customers on the base business.

So, we see a lot of prospects with the Pirate's business, and basically, that is all what we envisioned when we bought the business.

SEAN NAUGHTON: Then, I guess, acceptance of some of the new products. I'm assuming that the person that is doing a tenth versus the person [running this] grocery store may have a little bit different appetite for new product from you guys. What has been the acceptance of new product? Where can we look to see some of these things that you are talking about?

DAVE WENNER: It is going to roll out. So today, the mac and cheese, for instance, is in Target. It is in Ahold. It is going into Kroger. It is in the Wakefern group here in the northeast, so it's going into major retailers, and we will see how it fares.

And it really doesn't have anything to do with the performance of the baseline. Because the performance of the baseline really is all about execution. They have the base products in there, but they are not executing the promotions the right way, and there is things that they can do and we are showing them that this is significant incremental business you could be doing for our benefit and your benefit. So, that's a very positive conversation.

SEAN NAUGHTON: I guess on New York Style brand you owned, divested, brought back, done a whole repackaging campaign, education with the retailer again, and then I did see recently you also had some warehouse business with them as well. Maybe just talk about how that's doing and what the opportunity is there on the top line for that particular brand.

DAVE WENNER: We are holding our own, which, compared to prior ownership, is a significant improvement. But there are opportunities and challenges.

We have done a good job on the warehouse clubs front. We are doing significantly more business with warehouse clubs than we have done in the past. And part of that is our ability to be responsive and creative and do things like organic pita chips that we didn't have and now are in several regions in Costco.

Frankly, the retail part of the business is still a challenge. We're working hard in terms of getting the right display activity out there and everything. Deli snacks have become somewhat of a thermonuclear war here lately between **Pretzel Crisp** and Stacy's, and Stacy's now rolling the **Pretzel Crisp** variant and Rold Gold out into the marketplace. There's a lot of competition for that space where once upon a time, it was pretty sleepy. So we are fighting the good fight against all that competition in retail and taking advantage of opportunities just on the club side.

SEAN NAUGHTON: And then, maybe switching gears a little bit into the Ortega brand. You mentioned it at the top of the presentation that that category seems to be doing relatively well. You have had some new product introductions. I think the flatbread, et cetera. Maybe just talk a little bit about how that's being accepted and any sort of competition that is happening there, whether it's private label -- it seems like it's coming in a little bit more there, and then maybe any sort of -- is it a rational environment for the pricing in that category?

DAVE WENNER: It's interesting. Ortega really competes in about seven different categories, refried beans and seasoning and kits and taco shells and there's a lot of different pieces to it. And the answer is different depending on what piece.

So taco shells, our friends at General Mills are being very aggressive and have been very aggressive for Lord knows how long in terms of what they sell their products for. So that's a constant battle that we are holding our own on. Same thing with kits.

But then you get into things like taco sauce where we are the dominant player in taco sauce, without heavy promotional activity. There is a tremendous amount of consumer loyalty on that kind of product.

We do have some very good entrees into things like shells. The Fiesta Flats, which is, I don't know, for lack of a better explanation of the product, it is like a dugout canoe type of taco shell that is the teenage boy dream because you can load it up with all sorts of stuff where you are limited with a regular taco shell. This thing can really get loaded.

So, maybe it's -- it's kind of the follow on to what Taco Bell is doing and what Chipotle is doing in terms of mass quantity being fed to teenagers. And it's doing very, very well. And we are coming out with a kit on that.

We have launched a taco kit for two, which is a scaled-down version of the classic taco kits. It is also being received very well because I think consumers saw that the regular kits were too big for their purposes and, also, it is obviously a lower price point, too.

So between those two, that's a very successful product.

So we're innovating a lot in the Ortega brand. We are putting out things like reduced sodium seasonings that are resonating very well. So I think we have got a reputation that even though we are number two in that category, we're bringing as much innovation, if not more, than the number one guy is to the category.

SEAN NAUGHTON: Yes, I think you bring up a good point. There has clearly been a pretty big trend out there in the -- and you participate in it in some ways, whether it's non-GMO, gluten-free. I know you guys participate in organic. You are talking about reduced sodium.

How has that changed the portfolio at all and how are you looking to potentially, strategically, address some of those things that are out there in the marketplace today?

DAVE WENNER: There is still a lot of learning going on in a lot of these things. The question is, do consumers really care? How much of this is press and how much of it is consumers really care?

General Mills came out with, I think, gluten-free Cheerios or GMO-free Cheerios, and according to General Mills, there was a collective yawn from consumers about that particular product. So I think it's very specific where consumers care about certain things.

SEAN NAUGHTON: Sure.

DAVE WENNER: Having said that, to the extent we think that they care, we're trying to follow those trends and trying to innovate in front of the competition.

So our Polaner All Fruit product, for instance, we just altered the product so that it is, in fact, GMO-free project certified. And that's resonated with retailers so far in terms of, okay, point of difference, when we think consumers care about, we are going to go out there and support you as you try and sell this product.

So we are doing that kind of work. We have come out with a GMO-free variant of Pirate's to go to Whole Foods with, for instance, because we think the Whole Foods consumer, at least, cares about that.

So, we are doing that kind of work and trying to understand where consumers care and where they don't care about these various trends in the industry.

SEAN NAUGHTON: Maybe that's an interesting question, too, just on the sourcing for those products that you guys are doing. Is there anything -- maybe it's relatively small, so it doesn't make a big deal, but are you able to get contracts on some of that product or is it you are on the spot market a little bit more buying those items?

DAVE WENNER: So far, we're on the spot market because these are all relatively new, but we are trying to lock in pricing on those things.

I would say the only commodity that really is volume constrained and you really have to be careful is on the organic wheat, which that's been in the press that the rising demand for things like organic wheat has driven price up. But it is, again, a fairly small factor in the whole equation with us.

But I think to the extent that these trends continue and to the extent that a big merchant jumps into some of these commodities, somebody like Costco jumps into these things in a big way, that can be a real shock to the system in terms of supply.

One of the things about the food business, especially on the crop-based products, is there is a decent amount of lag between when the demand is created and the market can respond. So the price will spike and you're going to have

to wait until the next crop at the very least to get some cost relief, and in the case of organic, it is longer than that because you can't turn fields into qualified to grow organic foods overnight.

Questions and Answers

SEAN NAUGHTON: Are there any questions out there? Yes, go ahead.

UNIDENTIFIED AUDIENCE MEMBER: For some of these specialty products, like organic, where do you think of in terms of target gross margin? How do you think about that, given (inaudible)

DAVE WENNER: We try -- we don't have a lot of organic products, but things like organic maple syrup, for instance, which, believe it or not, is actually a thing and sells well, we try and maintain margins. We expect the consumer to understand that it costs us more and it's going to cost them more if they care about that. So we're trying to maintain our margins on these things.

The interesting thing that has just happened is Walmart has come with this Wild Oats that they are putting into the stores, and I'm not sure what the margin impact for them is, but they are pricing them extremely competitively to regular products and that is going to have an impact. You walk up to a shelf and for basically the same price, you can buy organic versus a regular product. If you care at all, you are probably going to buy the organic product.

And now, the question is it is hard to believe you're not giving up -- somebody, somewhere along the chain isn't giving up some margin in that equation. But that's not where we play right now.

UNIDENTIFIED AUDIENCE MEMBER: Maybe you can follow up on the channel migration out of supermarkets and into clubs and (inaudible). I think you mentioned that 12% of your sales are in the club channel --

DAVE WENNER: First quarter.

UNIDENTIFIED AUDIENCE MEMBER: For Q1. How have the dollar stores -- you talked about the penetration you have there and the (multiple speakers) challenges that you're finding, particularly maybe the dollar (inaudible) snack dollar pretty competitive. Maybe what kind of success and challenges you are having there.

DAVE WENNER: We're really not selling very much at all to dollar stores in the snack part of the business. We're actually doing a lot of our business in dry grocery.

It is not quite 3% of sales. And I look at dollar stores as not a huge opportunity, but it's a -- as everything grows, it's a place to be. But I think it's limited in the context of the depth that it can have, just because there is only -- there is very limited room in a store. They can only carry so many things.

So, on one side, the depth -- you are only going to have some many things in a dollar store, so when I see an order that has eight, nine, 10 items going into a dollar-store chain, I think that's pretty good.

The breadth is what is attractive. If you put one item in every dollar-store format, you are in 30,000, 40,000 stores, boom. And so, the pipeline is a real nice pipeline order when you do that kind of thing. But I really think that just given the limitation on how much they could have in the stores, it is not going to be a huge opportunity for anybody to grow substantially, as opposed to a Walmart or something like that where you can get a lot of variety in a store, in a Walmart.

But snacks, we're really not doing a lot in dollar stores. And our emphasis, actually, on snacks in those alternative channels has been in vend, where we are trying to format products and sell them into the vend channels and C stores, to some extent.

UNIDENTIFIED AUDIENCE MEMBER: And in Walmart itself, your penetration has been relatively [goodjet] over time?

DAVE WENNER: For dry grocery, yes. For snacks, that's a work in progress. In fact, one of the big holes that Pirate's had was Walmart. And (multiple speakers) that's what we are working on.

UNIDENTIFIED AUDIENCE MEMBER: I think you covered [cornco] Cream of Wheat in terms of (inaudible). Can you talk about the (inaudible) portfolio? (inaudible)

DAVE WENNER: Cream of Wheat still has its challenges. We had a tough quarter in the first quarter with Cream of Wheat, and it's a hold your own kind of business right now.

The hot cereal category has suddenly become a very active place in terms of products coming into the category, a lot of which have nothing to do with hot cereal. Things like these breakfast or protein drinks are coming in and being put in the hot cereal category for lack of a better place to put them, I guess as a breakfast replacement or something like that.

So you are seeing a lot of activity that is outside of the classic products that go into the hot cereal category that are coming into the category. And you have to work hard to hold onto the shelf space you have because of all that slotting money that is coming into the category with these kind of products.

So there is a challenge from that point of view, and we're revamping our export business as well, and that's a little challenging, too. So Cream of Wheat is one of those where our objective right now is trying to hold our own.

UNIDENTIFIED AUDIENCE MEMBER: (inaudible - microphone inaccessible)

DAVE WENNER: We get asked all the time, is there a business you want to sell? The problem we have with selling anything is our valuation versus what we're going to get for the business.

We are valued at over 13 times EBITDA. And a lot of these businesses that you might want to say, well, that's a pretty boring commodity -- Joan of Arc, boring commodity business. It is doing fine. It has margins that are probably half of our normal -- of our overall company margins, but generates cash flow. Why don't you sell that?

Well, you just described a business that isn't going to get a large purchase multiple, and for me to sell it and not be dilutive post-tax, I need to sell it for 20 times EBITDA. So, it's just not going to happen.

So, it's one of those things where you go, okay, it is what it is. We are going to enjoy the cash flow out of it. We're going to try and maintain it at what it is. We're certainly not going to invest a lot of money behind it, but it's very, very difficult to sell it in an event that isn't dilutive.

And frankly, I think that's a lot of the reason that you don't see a lot more brands spinning out of large food companies is where Unilever can sell their stuff, and I am not sure what Unilever's tax consequences are. They are not a US company, so arguably they don't have that to worry about. But some of these other large food companies are probably looking at it the same way. I am getting cash flow out of this thing. If I sell it post-tax, it is not going to be attractive versus the multiple it is valued at within my portfolio.

UNIDENTIFIED AUDIENCE MEMBER: (inaudible - microphone inaccessible)

DAVE WENNER: We haven't done anything else there. There are some nichey brands that we know of that we would love to buy. There are a lot of people who want to sell you detergent businesses.

We like Static Guard; we love Static Guard. It's a great brand, has wonderful margins. It's one of those niche brands that does very well. As I said, there are others out there that aren't for sale that we would like to own. We are looking for smaller niche type of things.

I frankly don't want to buy a business where I'm competing with Tide, and if Tide hiccups, I am not on the shelf anymore. So, that's the kind of thing you can buy today, but --

UNIDENTIFIED AUDIENCE MEMBER: (inaudible - microphone inaccessible)

DAVE WENNER: I'm sorry (multiple speakers)

UNIDENTIFIED AUDIENCE MEMBER: (inaudible - microphone inaccessible)

DAVE WENNER: Sales number. Actually, we have never bought a single brand over $100 million in sales.

And I think you have seen very recently one of the disincentives to go after larger brands is the multiples are very, very high, and you just get to the point where you look at it and go, okay, if I buy this at this multiple, what value do I create day one out of that? And the answer is arguably none. And in a bunch of these cases, people's stocks are going down so that people are seeing negative value out of the acquisition.

Now, we're much better served buying an $85 million Specialty Brands business at under 8 times multiple, having that come into the B&G portfolio and be valued at 13 times. That's a no-brainer value creation and that's the kind of thing we have done for many years.

UNIDENTIFIED AUDIENCE MEMBER: (inaudible - microphone inaccessible)

DAVE WENNER: We made somewhat of an exception with Pirate's, but we didn't pay 14 times for Pirate's. We paid about 10 times for Pirate's. And as I said, in the context of the overall snack portfolio that we've built, we look at it as we bought that portfolio for about 8.5 times, which in today's world is a very reasonable multiple.

SEAN NAUGHTON: Okay, great. Well, thank you very much for your time.

DAVE WENNER: Okay, thank you all for your interest.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** June 14, 2014

---

End of Document



# Cape Cod® Potato Chips Teams with Tasting Table for the Fifth Annual Lobster Rumble

PR Newswire

June 9, 2014 Monday 1:45 PM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 794 words

**Dateline:** HYANNIS, Mass., June 9, 2014

# Body

Cape Cod® Potato Chips joins in a culinary celebration as the official chip of the Lobster Rumble events hosted by Tasting Table. This summer, the combination of sumptuous lobster with the robust, full potato flavor and crunch of Cape Cod Potato Chips is sure to delight foodies from coast to coast.

To view the multimedia assets associated with this release, please click:http://www.multivu.com/players/English/65575-eat-cape-cod-potato-chips/

"We are excited to partner with Tasting Table for the Fifth Annual Lobster Rumble, as lobster rolls and Cape Cod Potato Chips create a dynamic flavor pair with true New England roots," said Faith Atwood, Marketing Manager, Cape Cod Potato Chips. "Being a part of this event allows us to take a deeper dive into the popular culture of food and beverage, which is something that Cape Cod has been working towards with both innovation and consumer engagement."

The Fifth Annual Lobster Rumble is Tasting Table's unforgettable culinary showdown featuring 23 of the country's top lobster rolls competing for top honors and benefiting Share Our Strength. Participants in the event get to enjoy an evening of lobster rolls paired with Cape Cod Potato Chips while casting their vote for the best lobster roll. Two events take place, one in NYC and one in LA, over the summer.

Whether attending the events or just dreaming about it, all consumers can participate in Cape Cod and Tasting Table's one-of-a-kind consumer sweepstakes. When visitinghttp://www.tastingtable.com/capecod, consumers are prompted to "Like" Cape Cod Potato Chips on Facebook. By doing so, they are entered to win a lobster dinner prepared by Tasting Table executive chef David Kirschner for themselves and 5 friends.

Lobster Rumble NYC:
Cape Cod and Tasting Table hosted a kick off to summer on June 5 with the Lobster Rumble in New York City. Chefs from 23 restaurants nationwide competed for the titles of "Editors' Choice" and "Fan Favorite." Robert's Maine Grill won for "Editors' Choice" and Thames Street Oyster House was awarded "Fan Favorite." Event attendees were encouraged to enter the sweepstakes, play a game of corn hole and try samples of Cape Cod Potato Chips. The event's photo booth allowed guests to pose in front of the iconic Cape Cod Lighthouse and feel like they had escaped to the shores of Cape Cod.

There will be another opportunity for chefs to compete come August when Cape Cod and Tasting Table travel to Los Angeles for the West Coast Lobster Rumble.

Lobster Rumble LA:

Cape Cod® Potato Chips Teams with Tasting Table for the Fifth Annual Lobster Rumble

Taking place on August 1 at the Cooper Design Space in downtown LA, the Cape Cod Lighthouse will again be shining bright for guests to capture memorable photos and sample a variety of products. Plus, there will still be time to enter to win the lobster dinner prepared by chef Kirschner!

For more information about Cape Cod and the Lobster Rumble, visit theCape Cod Chips Facebook page.

About Cape Cod Potato Chips

For 30 years the legendary crunch ofCape Cod® Potato Chipshas made them a favorite on the Cape and across the U.S. Their distinctive crunch, flavor and freshness are a welcome discovery for those looking for an extraordinary snack. Cape Cod® Potato Chips are made with all natural ingredients and are cooked in 100% canola oil with no trans fat or preservatives. Our process of cooking in only small kettle batches may take a little longer, but it offers a more satisfying and fulfilling snack experience. We apply the same care and commitment to quality when making our ready-made popcorn. Cape Cod® Potato Chips and Popcorn varieties are available at major U.S. retailers. Visithttp://www.CapeCodChips.comorFacebook.com/CapeCodChipsto locate a retailer or to order online.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., (Nasdaq-GS: LNCE) headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Krunchers!®, Cape Cod®, **Pretzel Crisps**®, EatSmart Naturals®, Jays®, Tom's®, Archway®, O-Ke-Doke®, Quitos®, Padrinos® and Stella D'oro® brand names along with a number of private label and third party brands. Products are distributed widely through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Cape Cod(R) Potato Chips

CONTACT: Jessica Farmer, 410-234-2531/443-904-3456, Jessica.Farmer@gkv.com; Rachel Ryan, 410-234-2509/615-428-0820, Rachel.Ryan@gkv.com

**Load-Date:** June 10, 2014

End of Document



# Pineapple Race In Greenwich Helps Leukemia & Lymphoma Society

Greenwich Post (Connecticut)

June 6, 2014

Copyright 2014 Main Street Connect, LLC (dba The Daily Voice)
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LIFESTYLE

**Length:** 557 words

**Byline:** Tom Renner

## Body

GREENWICH, Conn. -- After a soggy pre-race week, the sun shined on the local chapter of the Leukemia & Lymphoma Society's fourth annual Hawaiian-themed Pineapple Classic 5k with obstacles at the Greenwich Polo Club.

The event attracted over 950 runners and walkers and raised more than $160,000 for blood cancer research and patient services for the Wilton-based society.

 U.S. Rep. Jim Himes (D-4th District) and Greenwich Police Chief James Heavey topped the list of celebrities for the day.

 Stamford's Dinosaur Bar-B-Que served up a post-race lunch in the luau tent as runners sampled from local vendors and sipped on Kona Beer while rocking out to the band, Doghouse.

 Web MD Health Foundation was the presenting sponsor. Other companies that contributed included Whole Foods Market of Greenwich with 300 pineapples, Davenport Contracting of Stamford with obstacles, Serendipity Magazine with goody bags and photos, and the Banksville Independent Fire Department, which hosed down the runners.

 Greenwich Polo Club, Smilow Cancer Hospital Greenwich Campus, CT Information Security, OOHA Wilkins, CertaPro Painters, Ultimate Grounds, BMW of Greenwich, Praxair, Benjamin Moore, and Jack and Jill of America were other sponsors

 Nestle Waters, PepsiCo, Longford's Ice Cream, Ola Granola, AT&T, Star 99.9, Spiked Seltzer, Starbuck's of Greenwich, Trader Joe's of Stamford, Stamford Sports & Spine, Honest Tea, Skinny Pop, **Pretzel Crisps**, Keurig, Energizer-Schick of Stamford, Sweaty Betty of Greenwich, Pure Barre of Greenwich, Mavis Tire, Independent Residential, and Runners Roost of Darien also contributed to the success of the race.

 Kevin Cameron, member of the Pineapple Classic Planning Committee as well as leukemia survivor, spoke about the importance of the work of the Leukemia & Lymphoma Society in finding a cure for cancer, "not someday, but today."

 Dr. Jackqueline McLean-Markes, mother of Kyle Markes, a boy who lost his battle to leukemia, spoke about the journey and thanked supporters  "No mother ever wants to hear the words 'Your son has cancer.'"

 Kyle fought his battle with acute lymphoblastic leukemia for well over a year, and was brave until his death on Dec. 24, 2013.  Kyle, who was of Jamaican decent, lived in Stamford with his family and attended New Canaan Country School.

From the start, McLean-Markes sprung into action by trying to raise awareness to increase African-American registrants to the national bone marrow registry. There are 10.5 million registered bone marrow donors and only 7 percent are African-American or black - even fewer are Jamaican.

Although Kyle's immediate family was not a match, a match was eventually found but the aggressive nature of ALL spread before the transplant could be received.

To date, the Markes family has been told that four lives will have directly benefited from Kyle's Corner bone marrow drives.

McLean-Markes' commitment to building awareness for bone marrow donations and for better research and outcomes for blood cancer patients should be commended. She continues to hold donor drives, and now has groups reaching out to hold their own drives.

In addition, she set up a 2014 Pineapple Classic team called Kyle's Corner to raise money in her son's memory. The team raised over $23,000.

For more information or to get involved call 203-665-1400 or visit www.lls.org/ct.


# Graphic


The first wave of runners leaves the starting line at the Pineapple Race. Photo Credit: Contributed Dr. Jackqueline McLean Markes, mother of Kyle Markes, a Stamford boy who lost his battle to leukemia, speaks to the runners. Photo Credit: Contributed Kevin Cameron addresses the runners. Photo Credit: Contributed Spencer Lovely, William Lovely, Caitlyn Lovely and Katie Nedder celebrate after the race. Photo Credit: Contributed Gina Murray, Amy Girolametti, Erin Dyroff, Kristina Villamana, Stephanie Zowine of the Mighty Minions. Photo Credit: Contributed


**Load-Date:** June 7, 2014

End of Document



# LANCE® Announces Fan Activations At X Games Austin 2014 Featuring Pro Skate Boarder Nyjah Huston; LANCE® Hosts Live Chat and Fan Meet & Greet with Nyjah Huston on June 5th and 7th

PR Newswire

June 4, 2014 Wednesday 6:00 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 490 words

**Dateline:** NEW YORK, June 4, 2014

## Body

Lance®is pleased to announce that it will host two events at X Games Austin 2014 featuringLance®BOLDS(TM) brand champion, Nyjah Huston. As a proud sponsor of the professional skate boarder, Lance® has arranged for Nyjah to engage with his fans and games attendees via a live chat on the X Games Facebook page and a meet-and-greet at the Lance® tent on site.

On June 5th at 4:00 PM CST, immediately following the live stream of the day's events, fans can visit the X Games Facebook page to chat with the four-time X Games gold medalist.

On June 7th, from 3:00 to 4:30 PM CST, Nyjah will meet and greet fans at the Lance® tent, located in the Galleria Village.

"We are excited to support Nyjah at the X Games as he vies for his sixth gold medal," said Tom Ingram, Senior Brand Director, Bakery at Snyder's-Lance, Inc. "It's a privilege and a pleasure for us to host these interactive events for his fans and attendees of the games."

During the X Games,Lance®will also host fan activations with theBOLDS(TM) Snack Patrol team sampling three new extreme flavors including BOLDS(TM) Pizza, BOLDS(TM) Bacon Cheddar and BOLDS(TM) Buffalo Wing Blue Cheese. Fans can also engage with the brand with a 3-D photo experience, giveaways, swag and more.

To find out more about Nyjah Huston's partnership with BOLDS(TM), please visit -http://www.lance.com/bolds

About Lance Sandwich Crackers

The Lance® brand celebrated its 100th anniversary in 2013 by giving consumers "more of what they love." Lance® cracker sandwiches are available in more than 20 varieties, including ToastChee®, Whole Grain, Cracker Creations®, XtraFulls® and BoldsTM. Each product is made with baked, crispy crackers, real ingredients like freshly ground peanut butter, and contains up to 6 grams of protein. For more information about Lance® cracker sandwiches, please visithttp://www.lance.comor the Lance® SnacksFacebook pageand Twitter @LanceSnacks.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®,

Quitos®and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Lance

CONTACT:     Jodie     Thomas/Ashley     Pultz,     5W     Public     Relations,     212-999-5585, jthomas@5wpr.com/apultz@5wpr.com

**Load-Date:** June 5, 2014

---

End of Document



# Dr. Iaquinta: What's healthy in the snack aisle?

Marin Independent Journal (California)

June 1, 2014 Sunday

Copyright 2014 Marin Independent Journal, a MediaNews Group publication All Rights Reserved

**Section:** NEWS; Health; Lifestyle

**Length:** 767 words

**Byline:** Dr. Salvatore Iaquinta

## Body

As I jogged up and down the snack aisle of my local grocery store I noticed a strange game playing out on the front of almost every bag of chips, pretzels, cheese balls and the like. Each bag touted why it was better than some unnamed competitor: "40 percent less fat than regular potato chips," "Only 1.5 grams of fat," "A full serving of vegetables in every ounce," "Zero Trans Fat" or, my favorite, "The Smart Choice."

I almost wished cigarette labels were allowed to do the same. Because then it would be easier to see the irony in the situation. Such labels might say: "Only 1 gram tar per serving" or "Less toxic than Chernobyl" or even "Fat free."

But I get it, nutritionists have vilified the products of the snack aisle. And I understand why. They would much prefer the masses eat celery. But facts are facts, people don't crave celery. People like using celery as a spoon to eat whatever they can dip it into. This article is for the few of us that will not completely eliminate an occasional unhealthy snack from our lives.

The snack advertisers know your dedication to eating healthy, that's why they plaster the fronts of the bags with health "facts" about their products. But are any of them truly healthy? Is one better than the other?

Pretzel versus chip?

The upside of pretzels is that they have less fat per ounce than potato chips. And less calories per ounce. Most popular pretzel brands have about 110 calories per ounce and 0 to 15 calories from fat. If you add in flavors, you'll see a bump in calories and fat (think honey mustard).

Potato chips often have about 145 calories an ounce, with 90 of those calories coming from fat. And chips often have saturated fat   another no-no.

So, ounce for ounce, pretzels win. But that might not be good enough. Pretzels lack the very things that promote satiety: fat, protein, fiber, or resistant starch. And if you don't feel full, you might just keep on eating. Or you might dip the pretzel into something fatty, negating the benefit altogether. Take a close look at the front of the bag of **Pretzel Crisps**   it shows a slice of salami and cheese on top of the pretzel. Adorned with add-ons pretzels become a big loser ... or you become a big gainer.

Baked chip versus regular?

Comparing Baked Lay's to Classic Lay's shows a big reduction in fat, but calorie count is still higher than pretzels (120 calories an ounce) because of the increased carbohydrates. Compare the labels, Classic Lay's has just three ingredients   potatoes, vegetable oil, salt. Baked Lay's has corn starch, sugar, corn sugar and soy lecithin. Sure the calorie count wins, but I have to admit I like the simple purity of the bad guy.

What about sweet potato chips?

Only for flavor. They have identical calories and fat content as regular potato chips. Sweet potato chips are high in vitamin A, something lacking in regular potato chips.

Tortilla chips?

Same as potato chips from a calorie standpoint, but potato chips give you 10 percent of your recommended daily allowance of potassium. Tortilla chips don't have any. I give the edge to potato chips. But if you are dipping those tortilla chips into homemade salsa, now you've found an edible spoon for eating a healthy (but salty) low-cal concoction of tomatoes, onion and cilantro.

Popcorn?

It's all over the place. You can find popcorns with far more salt, calories and fat per ounce than any of the above snacks. Or you can pop it yourself and control exactly how much gets added on. One cup of air-popped white popcorn with nothing on it is only 31 calories. Behave yourself with the salt and butter and you might have a snack aisle winner.

What does all of this mean?

If you have the self-control to limit yourself to only 1 ounce or less a day of these generally unhealthy snacks, then have whatever one you love. To save 30 calories by eating a "healthier" alternative seems negligible during the course of a day. You can make that up by fidgeting more. The important thing to realize is that these should not be every day foods and not consumed in excess.

And of course, there are far healthier snack alternatives. Fruits and veggies have lower calorie counts and make you feel fuller than eating potato chips. Watermelon, carrots, grapes, apples and bananas are all great alternatives. A little food for thought as you work way through the smorgasbord at the upcoming summer barbecue or mosey down the aisles of your grocery store.

Dr. Salvatore Iaquinta is a head and neck surgeon at Kaiser Permanente San Rafael and the author of "The Year They Tried To Kill Me." He takes you on the Highway To Health every third Monday.

# Graphic

Beware of snacks that promote how healthy they are. (Michael Tercha/Chicago Tribune)

Dr. Sal Iaquinta Robert Tong

**Load-Date:** June 3, 2014

End of Document



# Snyder's-Lance to acquire Baptista's Bakery, sell Private Brands; Business Buzz

Snack Food & Wholesale Bakery

June 1, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 BNP Media

**Section:** Pg. 12(1); Vol. 103; No. 6; ISSN: 1096-4835

**Length:** 127 words

## Body

Snyder-Lance Inc., Charlotte, N.C., agrees ato acquire Baptista's Bakery Inc., a Franklin, Wis.-based producer of baked snack foods and better-for-you snacks, including the Snack Factory **Pretzel Crisps** brand. Under the transaction terms, Snyder's-Lance will acquire 100% of Baptista's bakery and its manufacturing facility. The transaction is expected to close in the second quarter of this year.

INCORPORATED

In addition to acquiring Baptista's Bakery Snyder's-Lance has sold its Private Brands, along with two manufacturing facilities in the U.S. and Canada, to Shearer's Foods LLC, a private-label snack manufacturer in Massillon, Ohio, for $430 million. The transaction is also expected to close in the 2014 second quarter.

Snyder's-Lance

**Load-Date:** July 11, 2014

End of Document



# -Samsonite enters market for protective mobile device cases with acquisition of US-based company Speck Products

ENP Newswire

May 30, 2014 Friday

Copyright 2014 Normans Media Limited All Rights Reserved



**Length:** 1225 words

## Body

ENP Newswire - 30 May 2014

Release date- 29052014 - Hong Kong - Samsonite International S.A. ('Samsonite' or the 'Company') today announced that it has acquired Speck Products ('Speck'), a leading U.S. designer and distributor of slim protective cases for personal electronic devices, from the private equity firm VMG Partners for US$ 85.0 million in cash, financed by Samsonite's internal resources as well as its revolving credit facility.

The acquisition enables Samsonite to extend its brand portfolio beyond its traditional strength in travel luggage products.

'Speck is the second strategic addition we have made to our growing portfolio of brands this year,' said Tim Parker, Chairman and Chief Executive Officer of Samsonite. 'It is an exciting acquisition for us, as it marks our first foray outside of what is considered the 'traditional' luggage space, into a different, yet complementary, product segment. Global smartphone and tablet shipments are forecast to grow by 14.4%1 and 15.7%1 CAGR respectively from 2013-2017, driving the growth of the protective case market, and with many consumers purchasing multiple cases for each device they own, there is enormous potential.'

Tom Korbas, President - Americas for Samsonite, remarked, 'Speck, like Samsonite, is a pioneer in its industry and brings a new dimension to our growing and diverse brand and product portfolio. It has established a reputation among young consumers for sleek, stylish and innovative products such as its CandyShell 'hard-soft' slim protection case. The acquisition offers Samsonite the opportunity to participate in the large and growing smartphone case market, which in the U.S. alone is estimated to be worth US$ 2.3 billion2 , as well as in the tablet case market, where Speck is also a leader. With Samsonite's resources, depth of experience and well-established distribution capability, we can further strengthen Speck's business in the U.S., which contributed approximately 80% of Speck's sales in 2013, and significantly expand the brand's presence across Asia, Europe and Latin America. We also see many possibilities for extending the brand into adjacent categories, leveraging the appeal that Speck's creative designs have with younger consumers and our own expertise in bags.'

Irene Baran, CEO of Speck Products, added, 'We are thrilled about joining Samsonite. Although Speck experienced a temporary setback in 2013 from its historically strong results when the business was impacted by an industry-wide overhang in inventory from 2012, efforts to restructure the business are already well underway. The

opportunity to leverage Samsonite's established infrastructure and excellence in operations and marketing will enable us to take advantage of the anticipated strong growth in the smartphone and tablet industries to position Speck as a global market leader. With our strong foundation in the U.S. mobile device protective case market and Samsonite's geographic reach, we see new and vast opportunities to grow the Speck brand to its full potential, and reach millions of new customers around the world.'

Michael Mauze, Managing Director, VMG Partners, said, 'I would like to take this opportunity to thank all of Speck's employees for their dedication and hard work since VMG made its investment. It has been an extremely rewarding experience working with the talented and passionate team at Speck, and helping them to build a market leading brand in their product category. We are confident that the brand will continue to thrive under Samsonite's ownership.'

Founded in Silicon Valley, California in 2001, Speck offers a diverse product range that is sleek, stylish and functionally innovative, and provides superior military-grade protection for smartphones, tablets and laptops from a range of manufacturers. The brand is particularly well-known for its award-winning 'slim protection' designs such as the iconic CandyShell 'hard-soft' material case, a technology that Speck pioneered. For the year ended December 31, 2013, Speck reported net sales of US$ 104.8 million.

This is Samsonite's second strategic acquisition in 2014. The Company also announced in April that it had acquired Lipault, a youthful French luggage brand known for its functional and fashionable products.

About Samsonite

Samsonite International S.A. (together with its consolidated subsidiaries, the 'Group') is the world's largest travel luggage company, with a heritage dating back more than 100 years. The Group is principally engaged in the design, manufacture, sourcing and distribution of luggage, business and computer bags, outdoor and casual bags, and travel accessories throughout the world, primarily under the Samsonite, American Tourister, High Sierra, Hartmann, Lipault and Speck brand names and other owned and licensed brand names. The Group's core brand, Samsonite, is one of the most well-known travel luggage brands in the world.

About VMG Partners

VMG Partners is an investor in branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has partnered closely with founders and management teams and provided financial resources and strategic guidance to drive growth and value creation. VMG's defined set of target industries includes food, beverage, wellness, pet and household products, personal care and lifestyle brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Vega, BabyGanics and Justin's. VMG Partners is headquartered in San Francisco and in Los Angeles. For more information about the fund please visit www.vmgpartners.com.

We're Speck.

And we're obsessed with creating a more perfect union between humans and machines. That's why we design award-winning, proven-protective cases for mobile devices, including smartphones, tablets and MacBooks that are bold, not bulky. That's why we insist on designing every case in-house and lab testing down to the details, often against rigorous military-grade standards. And that's why we hold patents on functional innovations that enhance the relationship between you and your devices-all without sacrificing protection or style. Since 2001, Speck has created cases with sleek lines, radiant colors, and military-grade protection that make your device live longer: LONG LIVE THE MACHINES. Get to know us at speckproducts.com or follow us on Twitter, Facebook, Instagram, and Pinterest.

-Samsonite enters market for protective mobile device cases with acquisition of US-based company Speck Products

1Source: International Data Corporation (IDC)

2Source: The NPD Group, Inc.

For more information, please contact:

Samsonite International S.A.

William Yue

Tel: +852 2422 2611

Email: william.yue@samsonite.com

Asia: Artemis Associates

Vanita Sehgal

Tel: +852 2861 3227

Mob: +852 9103 4626

Email: vanita.sehgal@artemisassociates.com

Jonathan Yang

Tel: +852 2861 3234

Mob: +852 6373 6676

Email: jonathan.yang@artemisassociates.com

North America: Hollywood Public Relations

Darlene Hollywood

Tel: +1 781 378 1483

Mob: +1 781 264 0511

Email: darlene@hollywoodpr.net

Jeff Dillow

Tel: +1 781 378 1483

Mob: +1 978 460 0555

Email: jeff@hollywoodpr.net

-Samsonite enters market for protective mobile device cases with acquisition of US-based company Speck Products

Europe: Newgate Communications

Jonathan Clare

Tel: +44 207 680 6500

Clotilde Gros

Tel: +44 207 680 6522

Mob: +44 789 9790 749

Stephanie Dobbs

Tel: +44 207 680 6561

Mob: +44 782 455 3230

Email: samsonite@newgatecomms.com

[Editorial queries for this story should be sent to newswire@enpublishing.co.uk ]

**Load-Date:** May 30, 2014

---

End of Document

# Samsonite Enters Market For Protective Mobile Device Cases With Acquisition Of US-Based Company Speck Products

PR Newswire

May 29, 2014 Thursday 8:37 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 1065 words

**Dateline:** HONG KONG, May 29, 2014

# Body

Samsonite International S.A. ("Samsonite" or the "Company") today announced that it has acquired Speck Products ("Speck"), a leading U.S. designer and distributor of slim protective cases for personal electronic devices, from the private equity firm VMG Partners for US$85.0 million in cash, financed by Samsonite's internal resources as well as its revolving credit facility. The acquisition enables Samsonite to extend its brand portfolio beyond its traditional strength in travel luggage products.

"Speck is the second strategic addition we have made to our growing portfolio of brands this year," said Tim Parker, Chairman and Chief Executive Officer of Samsonite. "It is an exciting acquisition for us, as it marks our first foray outside of what is considered the 'traditional' luggage space, into a different, yet complementary, product segment. Global smartphone and tablet shipments are forecast to grow by 14.4%1 and 15.7%1 CAGR respectively from 2013-2017, driving the growth of the protective case market, and with many consumers purchasing multiple cases for each device they own, there is enormous potential."

Tom Korbas, President - Americas for Samsonite, remarked, "Speck, like Samsonite, is a pioneer in its industry and brings a new dimension to our growing and diverse brand and product portfolio. It has established a reputation among young consumers for sleek, stylish and innovative products such as its CandyShell 'hard-soft' slim protection case. The acquisition offers Samsonite the opportunity to participate in the large and growing smartphone case market, which in the U.S. alone is estimated to be worth US$2.3 billion2, as well as in the tablet case market, where Speck is also a leader. With Samsonite's resources, depth of experience and well-established distribution capability, we can further strengthen Speck's business in the U.S., which contributed approximately 80% of Speck's sales in 2013, and significantly expand the brand's presence across Asia, Europe and Latin America. We also see many possibilities for extending the brand into adjacent categories, leveraging the appeal that Speck's creative designs have with younger consumers and our own expertise in bags."

Irene Baran, CEO of Speck Products, added, "We are thrilled about joining Samsonite. Although Speck experienced a temporary setback in 2013 from its historically strong results when the business was impacted by an industry-wide overhang in inventory from 2012, efforts to restructure the business are already well underway. The opportunity to leverage Samsonite's established infrastructure and excellence in operations and marketing will enable us to take advantage of the anticipated strong growth in the smartphone and tablet industries to position Speck as a global market leader. With our strong foundation in the U.S. mobile device protective case market and Samsonite's geographic reach, we see new and vast opportunities to grow the Speck brand to its full potential, and reach millions of new customers around the world."

Michael Mauze, Managing Director, VMG Partners, said, "I would like to take this opportunity to thank all of Speck's employees for their dedication and hard work since VMG made its investment. It has been an extremely rewarding experience working with the talented and passionate team at Speck, and helping them to build a market leading

brand in their product category. We are confident that the brand will continue to thrive under Samsonite's ownership."

Founded in Silicon Valley, California in 2001, Speck offers a diverse product range that is sleek, stylish and functionally innovative, and provides superior military-grade protection for smartphones, tablets and laptops from a range of manufacturers. The brand is particularly well-known for its award-winning 'slim protection' designs such as the iconic CandyShell 'hard-soft' material case, a technology that Speck pioneered. For the year ended December 31, 2013, Speck reported net sales of US$104.8 million.

This is Samsonite's second strategic acquisition in 2014. The Company also announced in April that it had acquired Lipault, a youthful French luggage brand known for its functional and fashionable products.

About Samsonite

Samsonite International S.A. (together with its consolidated subsidiaries, the "Group") is the world's largest travel luggage company, with a heritage dating back more than 100 years. The Group is principally engaged in the design, manufacture, sourcing and distribution of luggage, business and computer bags, outdoor and casual bags, and travel accessories throughout the world, primarily under the Samsonite®, American Tourister®, High Sierra®, Hartmann®, Lipault® and Speck® brand names and other owned and licensed brand names. The Group's core brand, Samsonite, is one of the most well-known travel luggage brands in the world.

About VMG Partners

VMG Partners is an investor in branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has partnered closely with founders and management teams and provided financial resources and strategic guidance to drive growth and value creation. VMG's defined set of target industries includes food, beverage, wellness, pet and household products, personal care and lifestyle brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Vega, BabyGanics and Justin's. VMG Partners is headquartered in San Francisco and in Los Angeles. For more information about the fund please visithttp://www.vmgpartners.com.

1Source: International Data Corporation (IDC)

2Source: The NPD Group, Inc.

SOURCE Samsonite

CONTACT: Samsonite International S.A.: William Yue, +852 2422 2611, william.yue@samsonite.com; Asia: Artemis Associates: Vanita Sehgal, +852 2861 3227, Mob: +852 9103 4626, vanita.sehgal@artemisassociates.com; Jonathan Yang, +852 2861 3234, Mob: +852 6373 6676, jonathan.yang@artemisassociates.com; North America: Hollywood Public Relations: Darlene Hollywood, +1 781 378 1483, Mob: +1 781 264 0511, darlene@hollywoodpr.net; Jeff Dillow, +1 781 378 1483, Mob: +1 978 460 0555, jeff@hollywoodpr.net; Europe: Newgate Communications: samsonite@newgatecomms.com; Jonathan Clare, +44 207 680 6500; Clotilde Gros, +44 207 680 6522, Mob: +44 789 9790 749; Stephanie Dobbs, +44 207 680 6561, Mob: +44 782 455 3230

**Load-Date:** May 30, 2014

_____

End of Document



# *Samsonite Enters Market for Protective Mobile Device Cases With Acquisition of US-Based Co Speck Products

Dow Jones Institutional News

May 29, 2014 Thursday 12:37 PM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

**D** DOW JONES NEWSWIRES

**Length:** 1148 words

# Body

29 May 2014 08:38 ET *Samsonite Acquired Speck Products From VMG Partners for $85 Million in Cash

29 May 2014 08:41 ET Press Release: Samsonite Enters Market For Protective Mobile Device Cases With Acquisition Of US-Based Company Speck Products

Samsonite Enters Market For Protective Mobile Device Cases With Acquisition Of US-Based Company Speck Products

PR Newswire

HONG KONG, May 29, 2014

HONG KONG, May 29, 2014 /PRNewswire/ -- Samsonite International S.A. ("Samsonite" or the "Company") today announced that it has acquired Speck Products ("Speck"), a leading U.S. designer and distributor of slim protective cases for personal electronic devices, from the private equity firm VMG Partners for US$85.0 million in cash, financed by Samsonite's internal resources as well as its revolving credit facility. The acquisition enables Samsonite to extend its brand portfolio beyond its traditional strength in travel luggage products.

"Speck is the second strategic addition we have made to our growing portfolio of brands this year," said Tim Parker, Chairman and Chief Executive Officer of Samsonite. "It is an exciting acquisition for us, as it marks our first foray outside of what is considered the 'traditional' luggage space, into a different, yet complementary, product segment. Global smartphone and tablet shipments are forecast to grow by 14.4%(1) and 15.7%(1) CAGR respectively from 2013-2017, driving the growth of the protective case market, and with many consumers purchasing multiple cases for each device they own, there is enormous potential."

Tom Korbas, President -- Americas for Samsonite, remarked, "Speck, like Samsonite, is a pioneer in its industry and brings a new dimension to our growing and diverse brand and product portfolio. It has established a reputation among young consumers for sleek, stylish and innovative products such as its CandyShell 'hard-soft' slim protection case. The acquisition offers Samsonite the opportunity to participate in the large and growing smartphone case

market, which in the U.S. alone is estimated to be worth US$2.3 billion(2) , as well as in the tablet case market, where Speck is also a leader. With Samsonite's resources, depth of experience and well-established distribution capability, we can further strengthen Speck's business in the U.S., which contributed approximately 80% of Speck's sales in 2013, and significantly expand the brand's presence across Asia, Europe and Latin America. We also see many possibilities for extending the brand into adjacent categories, leveraging the appeal that Speck's creative designs have with younger consumers and our own expertise in bags."

Irene Baran, CEO of Speck Products, added, "We are thrilled about joining Samsonite. Although Speck experienced a temporary setback in 2013 from its historically strong results when the business was impacted by an industry-wide overhang in inventory from 2012, efforts to restructure the business are already well underway. The opportunity to leverage Samsonite's established infrastructure and excellence in operations and marketing will enable us to take advantage of the anticipated strong growth in the smartphone and tablet industries to position Speck as a global market leader. With our strong foundation in the U.S. mobile device protective case market and Samsonite's geographic reach, we see new and vast opportunities to grow the Speck brand to its full potential, and reach millions of new customers around the world."

Michael Mauze, Managing Director, VMG Partners, said, "I would like to take this opportunity to thank all of Speck's employees for their dedication and hard work since VMG made its investment. It has been an extremely rewarding experience working with the talented and passionate team at Speck, and helping them to build a market leading brand in their product category. We are confident that the brand will continue to thrive under Samsonite's ownership."

Founded in Silicon Valley, California in 2001, Speck offers a diverse product range that is sleek, stylish and functionally innovative, and provides superior military-grade protection for smartphones, tablets and laptops from a range of manufacturers. The brand is particularly well-known for its award-winning 'slim protection' designs such as the iconic CandyShell 'hard-soft' material case, a technology that Speck pioneered. For the year ended December 31, 2013, Speck reported net sales of US$104.8 million.

This is Samsonite's second strategic acquisition in 2014. The Company also announced in April that it had acquired Lipault, a youthful French luggage brand known for its functional and fashionable products.

About Samsonite

Samsonite International S.A. (together with its consolidated subsidiaries, the "Group") is the world's largest travel luggage company, with a heritage dating back more than 100 years. The Group is principally engaged in the design, manufacture, sourcing and distribution of luggage, business and computer bags, outdoor and casual bags, and travel accessories throughout the world, primarily under the Samsonite(R), American Tourister(R), High Sierra(R), Hartmann(R), Lipault(R) and Speck(R) brand names and other owned and licensed brand names. The Group's core brand, Samsonite, is one of the most well-known travel luggage brands in the world.

About VMG Partners

VMG Partners is an investor in branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has partnered closely with founders and management teams and provided financial resources and strategic guidance to drive growth and value creation. VMG's defined set of target industries includes food, beverage, wellness, pet and household products, personal care and lifestyle brands. Representative past and present partner companies include KIND Healthy Snacks, **Pretzel Crisps**, Pirate's Booty, Waggin' Train, Vega, BabyGanics and Justin's. VMG Partners is headquartered in San Francisco and in Los Angeles. For more information about the fund please visit  www.vmgpartners.com .

(1) Source: International Data Corporation (IDC)

(2) Source: The NPD Group, Inc.

SOURCE Samsonite

/CONTACT: Samsonite International S.A.: William Yue, +852 2422 2611, william.yue@samsonite.com; Asia: Artemis Associates: Vanita Sehgal, +852 2861 3227, Mob: +852 9103 4626, vanita.sehgal@artemisassociates.com; Jonathan Yang, +852 2861 3234, Mob: +852 6373 6676, jonathan.yang@artemisassociates.com; North America: Hollywood Public Relations: Darlene Hollywood, +1 781 378 1483, Mob: +1 781 264 0511, darlene@hollywoodpr.net; Jeff Dillow, +1 781 378 1483, Mob: +1 978 460 0555, jeff@hollywoodpr.net; Europe: Newgate Communications: samsonite@newgatecomms.com; Jonathan Clare, +44 207 680 6500; Clotilde Gros, +44 207 680 6522, Mob: +44 789 9790 749; Stephanie Dobbs, +44 207 680 6561, Mob: +44 782 455 3230

(END) Dow Jones Newswires

May 29, 2014 08:41 ET (12:41 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** May 30, 2014

End of Document



# Washington: DISTRICT SALES MANAGER Job # 59307

US Official News

May 23, 2014 Friday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1051 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  Sales - Other

Title:  DISTRICT SALES MANAGER

Job Location:  Houston

Percent Travel:  ABOVE 50%

Hiring Co.:  SNYDER`S-LANCE, INC.

Specialty Area:  Snack Food Production

Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -
Bonus Potential:  Yes   Bonus Percent:
Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  No   How Many Options:
Car:  Yes   Allowance:  -   Sign-On Bonus:  No
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel chips, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover, Lance, Cape Cod, Snack Factory **Pretzel Crisps**, Krunchers!, Tom`s, Archway, Jays, Stella D`oro, Eatsmart, O-Ke-Doke, Quitos and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels.

Position Responsibilities:  Job Summary

Under the general direction of the Zone Sales Manager, is responsible for the attainment of the quarterly route sales plan with respect to sales, stales and expenses through management of Route Sales Representatives and/or direct contacts with customers and distributors.

Job Responsibilities

Achieves or exceeds quarterly district sales plan.

Effectively manage district in order to deliver Sales, Operation and Expense Plans within the district and Zone.

Controls stales by keeping out-of-code and damaged merchandise within the designated percent to plan by proper use of the buildup system.

Assures staffing remains within authorized levels.

Provides continuing training for experienced route salespersons by riding routes as needed.

Routinely inspects market to insure adherence to Company merchandising policies and to measure progress in sales development.

Ability to develop marketplace and exhibit high degree of execution on organizational goals and objectives.

Assists Route Sales Representatives and distributors in achieving additional sales increases by identifying route opportunities, providing merchandising and promotional guidance and assisting in the placement of in-store displays, point-of-purchase material and racks.

Establishes and revises route schedules to maximize sales distribution by route and to improve service to customers.

Maintains open lines of communication with DSD Accounting, Customer Service, Human Resources, Traffic/Distribution, etc.

Schedules and implements weekly meetings to review goals and progress; plans future action and solves problems, i.e. the Dock Program.

Improves sales distribution by obtaining additional shelf space, new product authorizations, secondary in-store locations, adjustments in product mix, approval of promotions and acquiring new accounts in conjunction with the Route Sales Representatives and distributors.

Performs all required administrative duties.

Recruits and interviews Route Sales candidates and discuss business opportunities with external parties proactively and as route openings occur. Refers top candidates/interested parties to the Zone Sales Manager and HR as necessary for interview and hiring approval.

Coordinates hiring and processing of new employees with the Human Resources Department to ensure they are properly set up in the Payroll and Benefit Programs.

Works to improve customer relations and develop new sales distribution.

Makes account calls as designated by the Zone Sales Manager.

Communicate and partner with Account Team members to drive and execute sales plan.

Makes recommendations to the Zone Sales Manager concerning route revisions, adjustments and additions. Responsible for implementation of approved projects.

Accountability for full operational compliance including SOX guidelines.

Evaluates activity of competitors and overall market conditions. Reports this information weekly to the Zone Sales Manager.

Maintains responsibility for the implementation of and adherence to the Corporate Safety and Fleet Safety Programs within the District.

Supports to maintain the overall security and general welfare of the sales warehouse and/or sales bin (s).

Monitor and manage achievements and conflict and provide feedback to RSRs through performance management functions, including coaching, counseling and evaluations in accordance with policies and procedures.

Performs other job related projects, duties and assignments as directed by Sales Management.

Weekend work may be required.

Scope of Responsibility

Carry out supervisory responsibilities in accordance with the organization`s policies and procedures. Provides guidance to Independent Business Owners and Route Sales Representatives in order to execute the district sales plan. Reports to the Zone Sales Manager.

Education and Experience

Bachelors degree preferred; along with 1-5 years related experience and/or training; or equivalent combination of education and experience. Must have a valid driver`s license.

Travel: most of job, but within territory and no overnights.
Territory: NW Houston to College Station.
Number Direct Reports: -
Position Experience Required:
Class of Trade Experience Required:
Education Required: BS/BA pref. Paid Relocation: No
Other Remarks: Clicking on "Apply Now" will send you to the company`s website to complete your submission.
The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com

**Load-Date:** May 24, 2014

---

**End of Document**



# Washington: MAINTENANCE MANAGER Job # 59263

US Official News

May 22, 2014 Thursday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1183 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category: Operations

Title: MAINTENANCE MANAGER

Job Location: Charlotte

Percent Travel: NONE

Hiring Co.: SNYDER`S-LANCE

Specialty Area: Snack food production

Size of Company: -   Sales Volume of Position:

Base Salary: $ -

Bonus Potential: Yes   Bonus Percent:

Bonus Dollars: $ -  Total Compensation: Based on Experience
Stock Options: -   How Many Options:
Car: -  Allowance: -  Sign-On Bonus: -
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description: Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover, Lance, Cape Cod, Snack Factory **Pretzel Crisps**, Krunchers!, Tom`s, Archway, Jays, Stella D`oro, Eatsmart, O-Ke-Doke, Quitos and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities: Job Summary
Manages the core maintenance, repair, installation and modification of manufacturing machinery, plant equipment, and parts/tools/supplies inventories.

Essential Job Duties
• Manages and leads the maintenance process of equipment, machinery, and reliability processes. Coordinates activities between departments; ensures established costs, safety, and delivery (downtime) commitments are met.
• Manages and/or initiates the preparation of project proposals and manages to completion. Monitors and evaluates project execution; establishes priorities and sequences. Ensures achievement of project goals.
• Manages the development of, and monitoring of maintenance budgets including expenses and labor.
• Oversees the preventative maintenance (PM) program and operational assessment.
• Controls costs. Reviews costs; analyzes records and reports; modifies maintenance and inventory control programs to maintain and enhance profitable operations. Recommends budgets to management.
• Manages safe work practices with team members and observes safe work practices. Interprets company safety policies, procedures, and regulations; familiarizes team members. Ensures a safe working environment.
• Analyzes and resolves work problems or assists team members in solving work problems. Troubleshoots unusual or difficult issues requiring coordination and communication across cross-functional departments; follows through with process improvement.
• Develops, trains, coaches and/or mentors direct reports and team members. Familiarizes team with established policies, procedures, rules and regulations. Provides technical guidance. Interprets and ensures consistent application of company policies.
• Oversees the preparation and distribution of reports for regulatory compliance, preventative maintenance audit results, work order completion ratios, etc. Communicates issues and leads problem solving initiatives.
• Leads and/or guides continuous improvement development. Participates and/or leads continuous improvement teams, assessment teams, and special project teams.
• Interacts and confers with leadership members within organization to include Manufacturing, R&D, Quality, Safety, and other operational facilities and departments. Attends performance review and planning meetings.
• Interactions with teams; assists in grievance resolution; overseers operation and leadership training; engages in employee relations.
• May perform other duties as required.

Scope of Responsibility
Somewhat independent; work frequently done independently by following practices and procedures. Makes independent decisions.

Supervisory Responsibility
Directly supervises 7 employees; 55 indirect reports. Carries out supervisory responsibilities in accordance with the Lance policies and applicable laws. Responsibilities include interviewing, hiring, and training employees; planning, assigning, and directing work; appraising performance; rewarding and disciplining employees; addressing complaints and resolving problems.

Knowledge and Skill Requirements
Language Ability: Ability to read, analyze, and interpret common technical journals, synthesizing complex or diverse information. Ability to respond to common inquiries or complaints, varying writing style to meet needs and or speaking clearly and persuasively in positive or negative situations. Manages projects and communicates changes and progress.
Reasoning Ability: Ability to define problems, collect data, establish facts, and draw valid conclusions. Develops and coordinates projects, project plans, and completing projects on time and within budget. Ability to exercise discretion while managing confidential information.
Computer Skills: Knowledge of Word Processing software, Spreadsheet software, and Internet software. Experience with Computerized Maintenance Management Software (CMMS).

Education and Experience
Bachelor`s degree from four-year college or university; or 7 -10 years related experience and/or training, or equivalent combination of education and experience.

Physical Demands
The employee must occasionally lift and/or move up to 25 pounds. Specific vision abilities required by this job include close vision. While performing the duties of this job, the employee is frequently required to stand, walk, use hands to finger, handle, or feel, and talk or hear. The employee is occasionally required to sit, taste or smell, and climb.

Work Environment

Office environment; noise level is usually moderate. Production floor noise level may require ear plugs.
Travel Required
Occasional travel - < 5% of time.
To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed above are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Number Direct Reports: -
Position Experience Required:
Class of Trade Experience Required:
Education Required: BS/BA pref. Paid Relocation: Maybe
Other Remarks: Clicking on "Apply Now" will send you to the company`s website to complete your submission. The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com

**Load-Date:** May 23, 2014

---

End of Document



# Washington: SANITATION SUPERVISOR Job # 59264

US Official News

May 22, 2014 Thursday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 1135 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  710

Title:  SANITATION SUPERVISOR

Job Location:  Burlington

Percent Travel:  NONE

Hiring Co.:  SNYDER`S-LANCE

Specialty Area:  Snack Food production

Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -

Bonus Potential:  -   Bonus Percent:

Bonus Dollars:  $ -  Total Compensation:  Based on Experience
Stock Options:  -   How Many Options:
Car:  -  Allowance:  -  Sign-On Bonus:  -
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover, Lance, Cape Cod, Snack Factory **Pretzel Crisps**, Krunchers!, Tom`s, Archway, Jays, Stella D`oro, Eatsmart, O-Ke-Doke, Quitos and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities:  Job Summary
Under the general supervision of the Sanitation Manager, coordinates the activities of the plant sanitation and food safety programs. Maintains sanitation and Food Safety procedures, policies, and training.

Essential Job Duties
• Responsible for the sanitation department's chemical usage and safety training. Maintains training and safety certifications required by Snyder's-Lance and/or by state or other governmental bodies.
• Builds the team by developing hourly sanitation associates and sanitation coordinator.
• Provides appropriate leadership to ensure compliance with industry and internal food safety / sanitation standards, as well as FDA, and/or other state and local Food Safety regulatory agencies.
• Manages the facility's custodial and waste removal service.
• Manages responsibilities across multiple shifts.
• Responsible for ordering cleaning supplies and chemicals as needed.
• Maintains a cost effective Sanitation budget.
• Inspects products and equipment for conformity to federal and state sanitation laws and plant standards.
• Partners with production personnel in developing sanitary procedures, training, and auditing tools.
• Directs cleaning of equipment, facilities, and all work areas in conjunction with other departments.
• Manages the internal sanitation audit program.
• Confers with management and production personnel on sanitation issues and Food Safety; recommends changes in equipment, plant layout, lighting, ventilation, or work practices to improve sanitation standards and purity of product.
• Compiles required reports regarding regular inspections, sanitation violations, and steps taken to resolve deficiencies.
• Studies production schedules and estimates hours required by associate to complete job assignment.
• Reviews company policies with associates and enforces safety regulations.
• Works with production, maintenance, and other departments to assure that Snyder's-Lance meets the appropriate sanitation and Food Safety requirements while assuring the most efficient work flow and the lowest cost.
• Analyzes and resolves work problems or assists associates in solving work problems.
• Partners with and helps other supervisors to coordinate activities of all departments.
• Documents Pre-Start up conditions and follow though actions.
• Coaches associates on job performance, expectations and safety issues.
• Performs other tasks/duties as assigned or required.

Scope of Responsibility
Works closely with the Sanitation Manager. Carries out supervisory responsibilities in accordance with the organization's policies and applicable laws. Responsibilities include interviewing, hiring, and training associates; planning, assigning and directing work; appraising performance; rewarding and disciplining associates; addressing complaints and resolving problems

Supervisory Responsibility
Direct reports for this position include all off shift Sanitation associates.

Knowledge and Skill Requirements
Must have good written and verbal communication skills; able to effectively present information to groups via department meetings and email communications.
Knowledge of Good Manufacturing Practices and industry standard cleaning procedures; knowledge of HACCP, allergens and pest control required. Attention to detail and a sense of urgency in matters of food safety required. Basic knowledge of the function and operation of sanitation equipment required.

Education and Experience
BS or BA degree from an accredited college and two or more years of Sanitation/Food Safety experience preferably in a Food Production setting or other equivalent education and/or work experience.

Physical Demands
The physical demands of the job include extended periods of walking and/or standing, bending, lifting and squatting; good eyesight needed. Constantly lifting and moving stock by hand or with manual equipment. Must be able to lift 50+ lbs. on a regular basis.

Work Environment
The noise level in the work environment is quiet in the office areas but loud in the plant (hearing protection required). The work environment may be hot, dirty, dusty, damp or wet at times. May be required to work outdoors at times.

Travel Required

Limited travel may be required for continuing education and special projects, but is expected to be limited to less than 10%.

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed above are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Number Direct Reports:  -
Position Experience Required:
Class of Trade Experience Required:
Education Required:  BS/BA pref.    Paid Relocation:  No
Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission. The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com

**Load-Date:** May 23, 2014

---

End of Document



# Snyder's of Hanover Teams with NFCA to Support Celiac Awareness Month

PR Newswire

May 20, 2014 Tuesday 1:04 PM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 880 words

**Dateline:** HANOVER, Pa., May 20, 2014

## Body

Snyder's of Hanover continues to support gluten free living and has partnered with the National Foundation for Celiac Awareness (NFCA) for the month of May in recognition of National Celiac Awareness Month. The partnership is focused on educating consumers about the risks, symptoms and impact of celiac disease - an autoimmune digestive disease that damages the villi of the small intestine and interferes with absorption of nutrients from food.

According to the NFCA, celiac disease impacts an estimated three million Americans, but of those three million, only about 17 percent are accurately diagnosed and treating symptoms. Snyder's of Hanover and the NFCA have leveraged popular social media platforms to host a variety of online engagement activities throughout the month to educate consumers while also raising money for the NFCA. Consumers can simply "click and share" Celiac facts from Snyder's of HanoverFacebook pageand Snyder's of Hanover will make a one dollar donation for each "share."

Detailed activities being conducted throughout the month include:

Project Celiac Awareness - Facebook users are encouraged to visit the "Project Celiac Awareness" tab on the Snyder's of Hanover Facebook page and "Share" one of 12 facts about celiac disease/gluten-free living with their own networks. For every individual Facebook user who shares a fact, Snyder's of Hanover will donate $1 to the NFCA. Gluten Free Sweepstakes - Fans who share a fact through the Project Celiac Awareness tab are prompted to visit the Gluten Free Sweepstakes tab (located on the Snyder's of Hanover Facebook page) and submit their information as an entry in the Gluten Free Sweepstakes. Each week throughout Celiac Awareness Month (four weeks total), Snyder's of Hanover will select 10 winners who will receive a Snyder's of Hanover Gluten Free Prize Pack. Gluten-Free Product Highlights - The NFCA will publish "Product Highlights" on their Facebook page throughout the month, featuring two of the new Snyder's of Hanover's gluten-free products: Honey Mustard & Onion and Hot Buffalo Wing Gluten Free Flavored Pretzel Sticks.

"We're extremely excited to be a part of this important partnership with the NFCA, and happy to support the great educational efforts currently taking place across the country during Celiac Awareness Month," said Bob Gould, Marketing Manager for Snyder's of Hanover. "Through our combined work, we hope to spread awareness about the disease and its symptoms."

Snyder's of Hanover offers a variety of gluten-free products for those in search of tasty, gluten-free snacks. Current offerings include Gluten Free Honey Mustard & Onion Pretzel Sticks, Gluten Free Hot Buffalo Wing Pretzel Sticks, Gluten Free Mini Pretzels, Gluten Free Pretzel Sticks and an 8-pack Gluten Free 100-Calorie Pretzel Sticks.

More details about the specifics of the campaign can be found here by visiting Snyder's of Hanover on Facebook, athttp://www.facebook.com/SnydersOfHanover. Visit          http://www.SnydersofHanover.comfor a full gluten-free product listing or to locate a retailer near you.

About Snyder's of Hanover

For more than 100 years, Americans have enjoyed Snyder's of Hanover pretzels. With their unique sourdough heritage, Snyder's of Hanover pretzels today are available across the country in single-serve sizes as well as larger, 10, 12 and even 16-ounce bags perfect for sharing. Today, America's favorite pretzel is available in a wide variety of flavors, recipes and shapes, including traditional hard pretzels, flavored pretzel bites, sticks, rods, nibblers and even gluten-free options. For more information, visithttp://www.snydersofhanover.com. Snyder's of Hanover can also be found onFacebook,Twitter,  Instagram,YouTubeandPinterest.

About Snyder's-Lance

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, EatSmart Naturals®, O-Ke-Doke® and  Padrinos®, brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets, and other channels. LNCE-G

About National Foundation for Celiac Awareness

The National Foundation for Celiac Awareness (NFCA) is a 501(c)(3) non-profit organization that drives diagnoses of celiac disease and other gluten-related disorders and improves quality of life for those on a lifelong gluten-free diet. NFCA owns and operates GREAT Kitchens TM, a web-based gluten-free training program for foodservice professionals.  Learn more athttp://www.celiaccentral.org/GREAT/.

Photo -http://photos.prnewswire.com/prnh/20140520/89519

SOURCE Snyder's of Hanover


CONTACT: Rachel Ryan, Rachel.Ryan@GKV.com, 410-234-2509 or 615-428-0820; Rick Hebert, 410-234-2392 or 410-458-2716; Rick.Hebert@GKV.com


**Load-Date:** May 21, 2014

---

End of Document



# Washington: REGIONAL MARKETING MANAGER - PRETZEL CRISPS BRAND Job # 59103

US Official News

May 16, 2014 Friday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 849 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  Marketing

Title:  REGIONAL MARKETING MANAGER - **PRETZEL CRISPS** BRAND

Job Location:  Philadelphia

Percent Travel:  ABOVE 50%

Hiring Co.:  SNYDER`S-LANCE

Specialty Area:  Snack Food/Production

Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -
Bonus Potential:  Yes   Bonus Percent:
Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  No   How Many Options:
Car:  No   Allowance:  -   Sign-On Bonus:  No
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  **PRETZEL CRISPS**:

Snyder`s-Lance family of snack foods acquired Snack Factory and its fast-growing **Pretzel Crisps®** brand in October 2012! Since 2004, the world`s first, flat-baked, exceptionally thin pretzel cracker has been a favorite among snackers of all ages. Known for its innovative flavor profiles and its commitment to providing high-quality ingredients, Snyder`s-Lance and Snack Factory will continue to build the **Pretzel Crisps** brand and offer great-tasting, better-for-you snacks for its broadening base of passionate, influential consumers nationwide.

Position Responsibilities:  NOTE: Must live in Philadelphia or within 20 miles of Philly proper. Will not relocate for position. Territory consists of Philly, surrounding suburbs, Northern Delaware and South Jersey.

Job Summary:

The Regional Marketing Manager (RMM) creates awareness and trial of the **Pretzel Crisps®** brand through the development, customization and implementation of national and local marketing plans.

Charged with creating excitement around sampling **Pretzel Crisps** at the retail store level and at strategic local events; educating and engaging crowd with full product knowledge and health benefits

Successful marketing activation and integration via influencer seeding and product drops to create a personal connection with the consumer

Hires, manages, trains and directs a team of Area Marketing Managers and Demo Specialists (2-6)

Responsible for owning your market, managing a team and budget, execution of retailer/event logistics which include: pre-event preparations (product, collateral materials, coupons, exhibit/table, scheduling manpower, etc.), set up and break down of event materials

Develops and nurtures local and national relationships with key retailers, influencers and impactful companies; creating and maintaining excitement and a positive brand experience

Proactively identity and spearhead new opportunities in the market, creating programs that maximize brand awareness and affinity

Responsible for developing weekly and monthly market goals, tracking and sharing success with teams and top level executives via PowerPoint recaps

Responsible for content development and management for all local social media outlets; including Facebook, Twitter, Pinterest and Instagram. Create ongoing excitement and awareness while adhering to all company social media guidelines.

Manage the creative process for all local generated POS and brand content, ensuring our brand receives the highest quality of exposure

Collaborate and effectively communicate with sales team to build relationships at store level that will foster driving incremental display activity, sampling opportunities and retail events

Understand local retailer activation; including but not limited to: product sell in, display building, re-merchandising, store hierarchy and community events

Reports to Division Marketing Manager

Job Requirements/Qualifications:

BA/BS degree in marketing, communications or related field a plus

3-5 years of experience with brand management, CPG and/or field marketing activation

Strong management skills, with proven success in managing team and running a market

Strong experience in developing local and national marketing plans

Must be proficient in developing and executing programs and plans around local social media marketing

Experience with consumer promotions and field events

Adept at time management, critical thinking and problem solving skills

Pulse on local current events in and around the metro area

Thinks creatively and outside the box

Strong networking and relationship building skills

Will require 50%-75% travel within territory. Will use personal vehicle with mileage reimbursement. Will be able to work nights and weekends as dictated by business.

Number Direct Reports:  -

Position Experience Required:

Class of Trade Experience Required:

Education Required:  BS/BA pref.   Paid Relocation:  No

Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission. The online application MUST be completed.

Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.

If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com

**Load-Date:** May 17, 2014

---

End of Document



# Cape Cod® Potato Chips Launches Two Savory New Cheese Flavors

PR Newswire

May 16, 2014 Friday 5:08 PM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 686 words

**Dateline:** HYANNIS, Mass., May 16, 2014

## Body

Cape Cod® Potato Chips, known for kettle-cooked potato chips with a ridiculously good crunch, adds two savory new cheese varieties to the snack aisle with the launch of Buffalo Cheddar Waffle Cut and 40% Less Fat Aged White Cheddar & Sour Cream.

To view multimedia assets associated with this release, please click:http://www.multivu.com/players/English/65575-eat-cape-cod-potato-chips/

"At Cape Cod we're always looking for enticing new flavor combinations that complement the hearty texture of our kettle-cooked chips," said Faith Atwood, Marketing Manager, Cape Cod Potato Chips. "After listening to consumer feedback and evaluating food trends, we worked hard to develop new flavors that deliver the full taste and crunch that make our chips distinct, while continuing to deliver 'on trend' flavors in the ever-changing snack food category."

The two latest varieties from Cape Cod Potato Chips deliver a delicious cheese flavor that the entire family can enjoy, but with a classic Cape Cod taste. The new products feature a bold, spicy option or a tasty health-conscious alternative.

Buffalo Cheddar Waffle Cut kettle-cooked chips deliver the full spicy flavor synonymous with Buffalo wings in every crunch, combined with the creamy flavor of cheddar cheese. These extra hearty, waffle-cut chips stand up especially well to creamy dips, such as a ranch or spinach dip. 40% Less Fat Aged White Cheddar & Sour Cream chips blend Cheddar, Monterey Jack and Swiss cheeses with a hint of sour cream. Every crunchy chip has rich, creamy flavor and 40 percent less fat than the leading variety of potato chips. Pair these flavorful chips with a classic chicken sandwich for a satisfying lunch.

The new Cape Cod Chips retail for $3.79 and can be found at major retailers or ordered online athttp://www.CapeCodChips.com.

The entire line of Cape Cod kettle-cooked chips are made with all-natural ingredients, gluten-free, preservative-free and kettle-cooked in 100% canola oil. The well-known Cape Cod lighthouse makes it easy for consumers to find Cape Cod Chips in the snack aisle. For more chip pairing ideas and recipes, visit theCape Cod Chips Instagramor theCape Cod Chips Facebook page.

About Cape Cod Potato Chips

For 30 years the legendary crunch ofCape Cod® Potato Chipshas made them a favorite on the Cape and across the U.S. Their distinctive crunch, flavor and freshness are a welcome discovery for those looking for an extraordinary snack. Cape Cod® Potato Chips are made with all-natural ingredients and are cooked in 100% canola oil with no trans fat or preservatives. Our process of cooking in only small kettle batches may take a little longer, but it offers a more satisfying and fulfilling snack experience. We apply the same care and commitment to quality when making our ready-made popcorn. Cape Cod® Potato Chips and Popcorn varieties are available at

major U.S. retailers. Visithttp://www.CapeCodChips.comorFacebook.com/CapeCodChipsto locate a retailer or to order online.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., (Nasdaq-GS: LNCE) headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Krunchers!®, Cape Cod®, **Pretzel Crisps**®, EatSmart Naturals®, Jays®, Tom's®, Archway®, O-Ke-Doke®, Quitos®, Padrinos® and Stella D'oro® brand names along with a number of private label and third party brands. Products are distributed widely through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

Photo -http://photos.prnewswire.com/prnh/20140516/88602

SOURCE Cape Cod Potato Chips

CONTACT: Jessica Farmer, 410-234-2531/443-904-3456, Jessica.Farmer@gkv.com; Rachel Ryan, 410-234-2509/615-428-0820, Rachel.Ryan@gkv.com

**Load-Date:** May 17, 2014

---

End of Document

# Washington: AREA MARKETING MANAGER - PRETZEL CRISPS BRAND Job # 59003

US Official News

May 13, 2014 Tuesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1043 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  Marketing

Title:  AREA MARKETING MANAGER - **PRETZEL CRISPS** BRAND
Job Location:  New York City
Percent Travel:  ABOVE 50%
Hiring Co.:  SNYDER`S-LANCE, INC.
Specialty Area:  Snack Food/Production
Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -
Bonus Potential:  Yes   Bonus Percent:
Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  No   How Many Options:
Car:  No   Allowance:  -   Sign-On Bonus:  No
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  **PRETZEL CRISPS**:

Snyder's-Lance family of snack foods acquired Snack Factory and its fast-growing **Pretzel Crisps®** brand in October 2012! Since 2004, the world's first, flat-baked, exceptionally thin pretzel cracker has been a favorite among snackers of all ages. Known for its innovative flavor profiles and its commitment to providing high-quality ingredients, Snyder's-Lance and Snack Factory will continue to build the **Pretzel Crisps** brand and offer great-tasting, better-for-you snacks for its broadening base of passionate, influential consumers nationwide.
Position Responsibilities:  THE SUCCESSFUL CANDIDATE WILL RESIDE IN NEW YORK CITY or on LONG ISLAND. THE COMPANY WILL NOT RELOCATE SOMEONE FOR THIS POSITION, NOR DO WE WANT SOMEONE TO COMMUTE TO THIS MARKET. THIS IS AN INDIVIDUAL CONTRIBUTOR ROLE FOR SOMEONE WHO HAS FOOD/BEVERAGE FIELD MARKETING EXPERIENCE.

Job Summary

To create awareness and trial of the **Pretzel Crisps®** brand at strategic local events and retail store level; activate sampling events, influencer seeding, social media initiatives and product drops to create a personal connection with the consumer.

Job Responsibilities

· Works closely with Regional Marketing Manager to provide creative and strategic input in local and national program planning; including branding, advertising, community building and overall timeline.

· Develop effective and breakthrough local marketing initiatives that help create and increase brand affinity along all channels (customers, in store staff and event attendees) and help drive sales back to retail – you are the face of the brand.

· Influential leader who hires, trains and manages a team of Demo Specialists; responsible for all team moral, scheduling, timesheets and invoices.

· Responsible for developing and implementing rich content across various social media channels; well versed in all channels and creative conversation mining via Twitter, FB, Instagram and Pinterest.

· Ability to take online conversations offline; creating breakthrough activation and relationships that aligns our brand with influential consumers.

· Works with RMM to develop sampling and seeding schedules, focusing on key influencers and event activation.

· Connect with local key influencers, securing breakthrough events where the **Pretzel Crisps** brand can thrive among attendees, creating future connections and brand affinity.

· Planning, scheduling, set up, execution and recap of all marketing events.

· Provide feedback and ideas, while assisting in developing daily/weekly recap reports to the Regional Marketing Manager.

· Work closely with sales team to research and track effectiveness of demo programs and retail sales initiatives. In store sampling one day per week.

· Embrace, understand and implement our brand strategy. Every day.

· Maintain accuracy of product inventory and tracking – highly organized

Scope of Responsibility

· Must be from the city area and have knowledge of surrounding city areas

· Must be able to work independently and make decisions on the spot

· Experience in managing teams, with the ability to prioritize and manage multiple initiatives.

· Strong networking and relationship building skills; energetic, motivated, outgoing, competitive and embraces the brand.

· Multi-tasker who creatively and effectively solve problems

· High attention to detail – you are on top of your game and always looking for new opportunities

Supervisory Responsibility

Supervises a team of 1–5 Demonstration Specialists, who are temporary associates and must be managed through a temporary placement agency

Knowledge & Skill Requirements

· Strong networking and relationship building skills; energetic, motivated, outgoing, competitive and embraces the brand.

· Ability to take direction well and contribute insights and knowledge gained in the field – your opinion matters

· Must be proficient in all social media outlets and developing content for all sites.

· Must be proficient in MS office (Word, Excel, PowerPoint)

· Must have a smart phone with ability to take/upload/identify photos; internet access for social networking sites (Twitter, Facebook, Instagram, Pinterest) – constantly connected to what is going on in the area

· Creative, innovative, self-starter.

· Remarkably outgoing personality – willing to talk to anyone at anytime

· Multi-tasker who creatively and effectively solve problems

· High attention to detail – you are on top of your game and always looking for new opportunities

· Must be able to engage a crowd with your wit and charm – all smiles, all the time. You are a cheerleader for the brand.

Education and Experience
· 4 year BA/BS degree in marketing, communications or related field preferred.
· 2+ years' experience in field marketing, consumer promotions, brand activation and/or events management.
· Valid state issued driver's license with clean driving record
Travel Required
Extensive travel within territory (NYC and Long Island). Personal vehicle required with mileage reimbursed. Or there is an opportunity to share a company vehicle if you live in the City and do not own one, but again it is shared with the team, so you will still be required to receive product from our warehouse in Queens.
Number Direct Reports:  -
Position Experience Required:
Class of Trade Experience Required:
Education Required:  BS/BA pref.   Paid Relocation:  No
Other Remarks:  TO APPLY PLEASE CLICK ON THE LINK BELOW:
https://lance.taleo.net/careersection/jobdetail.ftl?job=94160&lang=en&sns_id=addthis-service-code
OR go to        www.snyderslance.com/careers, Search Jobs, Job Number is 14741.

For further information please visit: http://jobboard.cpgjoblist.com


**Load-Date:** May 13, 2014

---

End of Document

# Washington: KEY ACCOUNT MANAGER Job # 58906

US Official News

May 13, 2014 Tuesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 815 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  Sales - Other

Title:  KEY ACCOUNT MANAGER

Job Location:  Springfield

Percent Travel:  ABOVE 50%

Hiring Co.:  SNYDER`S-LANCE

Specialty Area:  Snack Food/Production

Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -
Bonus Potential:  Yes   Bonus Percent:
Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  No   How Many Options:
Car:  Yes   Allowance:  -   Sign-On Bonus:  No
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities:  Territory is Central and Southern IL and Southern IN. A relocation package is not offered for this position.
Job Summary

The Key Account Manager is responsible for managing customer relationships and sales volume activities in the Field Sales organization.

Essential Job Duties

· Accountable for the ongoing development of customer specific plans that lead to the achievement of annual operating plan objectives and the continued growth of our brands.

· Achieve or exceeds customers sales objectives.

· Acts as primary selling interface at customers' Headquarters as well as field interface with Snyder's-Lance regional, cross-regional, and retail operation teammates.

· Effectively communicates/collaborates with the Region team to ensure information is shared in a timely manner and to drive team alignment around customer plans and objectives. This is to include, but not limited to, period promotions, pricing, display execution, merchandising activity, service opportunities, and period results.

· Works closely with customers to build sales and distribution, grow market share and improve shelf space for the Snyder's-Lance brands.

· Leads and supports store level execution of growth activities and the ongoing identification of new opportunities to build our business.

· Development and sell-in of field activated promotions such as secondary location placement, displays, and shelf space.

· Ongoing assessment, identification, and communication of competitive activities.

· Ability to effectively manage trade spending.

· Accountability for full operational compliance including SOX guidelines.

· Assists Snyder's-Lance Credit Department in researching and resolving customer payment issues within assigned accounts.

Scope of Responsibility

Distributor responsibility is predominantly within regional boundaries. Primary responsibility will be focused on Headquarters and field level selling in the Grocery and Convenience Channels to include key retailers. Position will be responsible for developing customer relationships with key multiple field level positions to include Cross-Regional, Regional, Zone, District, Market, Distributor, as well as store level calls that support our field sales team. Accounts are regionally and/or cross-regionally managed accounts that may be more complex in nature.

Supervisory Responsibility

The Key Account Manager has no direct reports.

Education and Experience

Bachelor's Degree preferred. Three (3) plus years of experience is preferred or equivalent combination of education and experience.

Travel Required

Travel required up to 70% percent of the time.


Number Direct Reports: -

Position Experience Required:

Class of Trade Experience Required:

Education Required: BS/BA pref. Paid Relocation: No

Other Remarks: Clicking on "Apply Now" will send you to the company`s website to complete your submission.

The online application MUST be completed.

Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.

If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

No phone calls, email or third party agencies please.


For further information please visit: http://jobboard.cpgjoblist.com


**Load-Date:** May 13, 2014

**End of Document**

# Washington: MAINTENANCE MANAGER Job # 58907

US Official News

May 13, 2014 Tuesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1083 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category:  Operations

Title:  MAINTENANCE MANAGER

Job Location:  Columbus

Percent Travel:  SOME

Hiring Co.:  SNYDER`S-LANCE

Specialty Area:  Snack Food/Production

Size of Company:  -  Sales Volume of Position:

Base Salary:  $ -

Bonus Potential:  Yes   Bonus Percent:

Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  No   How Many Options:
Car:  No  Allowance:  -  Sign-On Bonus:  -
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities:  Job Summary
Manage a cost effective, service oriented team in the maintenance of Company equipment, fixtures and facilities so manufacturing can achieve its goals and implement Company improvements.

Essential Job Duties
• Ability to provide scope of work, cost of project including payback calculations and execution of work in complex capital projects
• Provide leadership in plant safety programs
• Develops and coordinates the preventative maintenance, down time reporting and work order programs to maintain equipment in proper working condition
• Leads, develops and coordinates activities of associates in the maintenance department
• Ensures proper maintenance of facility machinery and buildings for efficient production
• Ensures adequate inventories of maintenance materials, supplies, and parts
• Coordinates staff training in maintenance of all equipment
• Works with outside vendors and Corporate engineering resources on Capital projects or repairs
• Reviews maintenance logs and downtime reports for equipment failure and make necessary corrections
• Champion of Department and leadership 5S teams
• Maintains employee relations and adheres to company policies taking disciplinary action when necessary
• Completes documentation in an efficient and timely manner
• Keep Management informed of deadlines and issues on a regular basis

Scope of Responsibility
Supervises 5 mechanics and a licensed waste water treatment operator covering 3 shifts. Independent decision maker. Accountable for a department budget.

Supervisory Responsibility
Supervises all maintenance department employees. Works independently under general instructions; expected to determine how to accomplish the work assignment.

Knowledge and Skill Requirements
Ability to read, analyzes, and interprets general business periodicals, professional journals, technical procedures, or governmental regulations. Ability to write reports, business correspondence, and procedure manuals. Ability to effectively present information and respond to questions from groups of managers, employees and vendors. No foreign language skill required. Ability to calculate figures and amounts such as plan vs. actual metric performance, cost vs. payback capital requirements. Ability to apply concepts of basic algebra and geometry. Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form. To perform this job successfully, an individual should have knowledge of Database software; Internet software; Spreadsheet software, MP2 and Word Processing software.

Education and Experience
Mechanical engineering degree is required or similar field experience/ equivalent combination of education and experience with project engineering and manufacturing experience. 4-5 years of experience minimum, Supervisory experience is required.

Physical Demands
While performing the duties of this Job, the employee is regularly required to talk or hear. The employee is frequently required to sit, walk, lift, push, pull, and stand. The employee is occasionally required to drive; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl. The employee must be able to lift and/or move up to 30 pounds and occasionally lift and/or move up to 25 pounds. Weekend work as required, off shift coverage as needed

Work Environment
The noise level in the work environment is quiet in the office areas but loud and hearing protection is required in the plant.

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed above are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed above are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Number Direct Reports: -

Position Experience Required:

Class of Trade Experience Required:

Education Required: BS/BA   Paid Relocation:  Maybe

Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission. The online application MUST be completed.

Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.

If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com


**Load-Date:** May 13, 2014

---

End of Document

# Washington: QUALITY ASSURANCE SUPERVISOR Job # 58909

US Official News

May 13, 2014 Tuesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 973 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category: 710

Title:  QUALITY ASSURANCE SUPERVISOR

Job Location:  Charlotte

Percent Travel:  SOME

Hiring Co.:  SNYDER`S-LANCE

Specialty Area:  Snack Food Production

Size of Company:  -   Sales Volume of Position:

Base Salary:  $ -

Bonus Potential:  Yes   Bonus Percent:

Bonus Dollars:  $ -   Total Compensation:  Based on Experience
Stock Options:  No   How Many Options:
Car:  No   Allowance:  -   Sign-On Bonus:  -
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description:  Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities:  Job Summary
The role is for 2nd Shift

This position is responsible for managing quality systems in the day-to-day plant setting. Scope includes all business units at the facility.

Essential Job Duties

• Schedules Quality Technicians and other support for all business units as needed. Verifies performance of quality technicians (conformance to routine, understandings and effectiveness, corrective action communication).

• Assures Quality conformance to specifications and expectations for all products and processes. Follows up with supervision/management on all exceptions and corrective actions. Communicates quality programs and specifications to quality team.

• Disposition of held goods (raw, finished and in process) including communication and execution of sampling plans.

• Execute Safe Quality Foods (SQF) programs at the front line/shop floor level

• Works with sensory teams to assure that program is operating in accordance with expectations.

• Develops/trains quality team members and hourly personnel in quality awareness, food safety and other related areas.

• Monitors SQF program effectiveness and conformance

• Reassessment and implementation of the HACCP plan

• Performs plant sanitation and food safety audits according to program, including with visitors from our customer food manufacturing companies, the Food and Drug Administration or the State Dept. of Agriculture.

• Collects Quality scoring (QI) data and constructs regular reporting per program.

• Works with customers on quality initiatives for products, programs and processes as directed.

• Works with R & D team on new product and product improvement initiatives. Coordinates collection and shipment of samples and data as requested.

• Reviews raw material quality information for conformance to standards.

• Monitors pest control documentation and assist with program maintenance.

• May perform other duties as required.

Scope of Responsibility

Supervisor is responsible for overseeing day-to-day quality and food safety initiatives. This position oversees all quality technicians for all plant business units for all shifts. Authority includes communication and appropriate policy and programs, identification of quality opportunities, corrective action initiatives and follow-up.

Supervisory Responsibility

This position reports directly to the Quality Manager for the facility. Direct reports of the position include lab technicians for all business units.

Knowledge and Skill Requirements

Ability to communicate effectively and work well with others individually and in team setting. Excellent verbal and written skills. Ability to work in Microsoft Office efficiently (Word, Excel, Powerpoint, Outlook).

Good problem solving skills

Education and Experience

Bachelors degree, in food science or a related field, and 1 year experience minimum, 3 – 5 years of experience preferred, depending on quality of experience, or an equivalent combination of education and experience.

Physical Demands

While performing the duties of this job, the employee is regularly required to sit; use hands to finger, handle, or feel; and reach with hands and arms. The employee is required to stand, walk, and talk or hear. The employee is occasionally required to climb to extended heights (inspection) or balance and stoop, kneel, crouch, or crawl. The employee must frequently lift and/or move up to 10 pounds.

Work Environment

Typical plant setting for peanut shelling operation & manufacturing plant.

Travel Required

Minimal travel required. Must be willing to occasionally travel to other Snyder`s-Lance plants for continuous improvement or other initiatives.


Number Direct Reports:  -

Position Experience Required:

Class of Trade Experience Required:

Education Required:  BS/BA   Paid Relocation:  No

Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission. The online application MUST be completed.

Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.

If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com

**Load-Date:** May 13, 2014

---

End of Document

# Washington: SANITATION MANAGER Job # 58915

US Official News

May 13, 2014 Tuesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 850 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category: 710

Title: SANITATION MANAGER

Job Location: Columbus

Percent Travel: SOME

Hiring Co.: SNYDER`S-LANCE

Specialty Area: Snack Food Production

Size of Company: - Sales Volume of Position:

Base Salary: $ -

Bonus Potential: Yes Bonus Percent:

Bonus Dollars: $ - Total Compensation: Based on Experience
Stock Options: No How Many Options:
Car: No Allowance: - Sign-On Bonus: Maybe
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description: Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities: Job Summary
Supervises a group of employees engaged in performing miscellaneous manual labor at an industrial or commercial establishment.

Essential Job Duties
• Responsible for directing Crew/Supervisor(s) on weekend for sanitation/janitorial duties (20-25 employees).
• Responsible for safety training, monthly safety meeting and daily safety activities.
• Responsible for inputting data into Kleanz system ( computerized master sanitation cleaning schedule)
• Responsible for completion of corrective action for monthly PSCL sanitation audits.
• 5's program (area champion) for Sanitation Dept
• Inventory of sanitation supplies
• Maintain and troubleshoot equipment (ex: high lifts, scrubbers, pressure washers) • Schedule corrective actions for Sanitarian's daily log (inspections)
• Promote good manufacturing practices compliance and improved sanitation methods for all depts.
• Approve Kronos time
• May perform other duties as required.

Scope of Responsibility
The Manager will direct 2 Supervisor(s), 1 Coordinator and 40-45 Snyder`s-Lance sanitation technicians and temporary laborers. The Manager will have the authority to issue disciplinary notices and warnings regarding violations of company policies and procedures.

Knowledge and Skill Requirements
The position calls for knowledge of Good Manufacturing Practices and industry standard cleaning procedures. Knowledge of HACCP, allergens and pest control would be expected. Attention to detail and a sense of urgency in matters of food safety would be required. Basic knowledge of the function and operation of sanitation equipment would be required in order to trouble-shoot problems.

Education and Experience
Minimum education and experience- high school graduate with 3-5 years in leadership role in food processing manufacturing environment. Preferred requirements- two year or more college degree, 3-5 years experience as above along with AIB-type courses and certificates, pest control certification.
Food processing experience is a must.

Physical Demands
The physical demands of the job would include extended periods of walking and/or standing, bending, lifting and squatting. Good eyesight would also be needed.

Work Environment
The work environment would be hot, dirty and dusty at times and would also require outdoor work at times. Wet and damp conditions may also be encountered on the job.

Travel Required
Travel to otherSnyder`s- Lance, Inc. facilities may be required as well as trips to visit trade shows, equipment displays and in the fulfilling of continuing educational requirements.

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed above are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions


Number Direct Reports:  -
Position Experience Required:
Class of Trade Experience Required:
Education Required:  BS/BA pref.   Paid Relocation:  No
Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission.
The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com

**Load-Date:** May 13, 2014

---

End of Document

# Washington: SANITATION SUPERVISOR-OFF SHIFT Job # 58916

US Official News

May 13, 2014 Tuesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1142 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category: 710

Title: SANITATION SUPERVISOR-OFF SHIFT

Job Location: Jeffersonville

Percent Travel: NONE

Hiring Co.: SNYDER`S-LANCE

Specialty Area: Snack Food Production

Size of Company: - Sales Volume of Position:

Base Salary: $ -
Bonus Potential: Yes Bonus Percent:
Bonus Dollars: $ - Total Compensation: Based on Experience
Stock Options: No How Many Options:
Car: No Allowance: - Sign-On Bonus: Maybe
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description: Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities: Job Summary
Under the general supervision of the QA Manager, coordinates the activities of the plant sanitation and food safety programs. Maintains sanitation and Food Safety procedures, policies, and training.
Essential Job Duties

• Responsible for the sanitation department`s chemical usage and safety training. Maintains training and safety certifications required by Snyder's-Lance and/or by state or other governmental bodies.
• Builds the team by developing hourly sanitation associates and sanitation coordinator.
• Provides appropriate leadership to ensure compliance with industry and internal food safety / sanitation standards, as well as FDA, and/or other state and local Food Safety regulatory agencies.
• Manages the facility`s custodial and waste removal service.
• Manages responsibilities across multiple shifts.
• Responsible for ordering cleaning supplies and chemicals as needed.
• Maintains a cost effective Sanitation budget.
• Inspects products and equipment for conformity to federal and state sanitation laws and plant standards.
• Partners with production personnel in developing sanitary procedures, training, and auditing tools.
• Directs cleaning of equipment, facilities, and all work areas in conjunction with other departments.
• Manages the internal sanitation audit program.
• Confers with management and production personnel on sanitation issues and Food Safety; recommends changes in equipment, plant layout, lighting, ventilation, or work practices to improve sanitation standards and purity of product.
• Compiles required reports regarding regular inspections, sanitation violations, and steps taken to resolve deficiencies.
• Studies production schedules and estimates hours required by associate to complete job assignment.
• Reviews company policies with associates and enforces safety regulations.
• Works with production, maintenance, and other departments to assure that Snyder's-Lance meets the appropriate sanitation and Food Safety requirements while assuring the most efficient work flow and the lowest cost.
• Analyzes and resolves work problems or assists associates in solving work problems.
• Partners with and helps other supervisors to coordinate activities of all departments.
• Documents Pre-Start up conditions and follow though actions.
• Coaches associates on job performance, expectations and safety issues.
• Performs other tasks/duties as assigned or required.

Scope of Responsibility
Works closely with the Quality Assurance Manager. Carries out supervisory responsibilities in accordance with the organization's policies and applicable laws. Responsibilities include interviewing, hiring, and training associates; planning, assigning and directing work; appraising performance; rewarding and disciplining associates; addressing complaints and resolving problems

Supervisory Responsibility
Direct reports for this position include all third shift Sanitation associates.

Knowledge and Skill Requirements
Must have good written and verbal communication skills; able to effectively present information to groups via department meetings and email communications.
Knowledge of Good Manufacturing Practices and industry standard cleaning procedures; knowledge of HACCP, allergens and pest control required. Attention to detail and a sense of urgency in matters of food safety required. Basic knowledge of the function and operation of sanitation equipment required.

Education and Experience
BS or BA degree from an accredited college and two or more years of Sanitation/Food Safety experience preferably in a Food Production setting or other equivalent education and/or work experience.

Physical Demands
The physical demands of the job include extended periods of walking and/or standing, bending, lifting and squatting; good eyesight needed. Constantly lifting and moving stock by hand or with manual equipment. Must be able to lift 50+ lbs. on a regular basis.

Work Environment
The noise level in the work environment is quiet in the office areas but loud in the plant (hearing protection required). The work environment may be hot, dirty, dusty, damp or wet at times. May be required to work outdoors at times.

Travel Required

Limited travel may be required for continuing education and special projects, but is expected to be limited to less than 10%.

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed above are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Number Direct Reports: -

Position Experience Required:

Class of Trade Experience Required:

Education Required: BS/BA pref.  Paid Relocation: No

Other Remarks: Clicking on "Apply Now" will send you to the company`s website to complete your submission. The online application MUST be completed.

Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.

If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com

**Load-Date:** May 13, 2014

---

End of Document

# Washington: TEAM LEAD (PRODUCTION SUPERVISOR) 3RD SHIFT Job # 58918

US Official News

May 13, 2014 Tuesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1227 words

**Dateline:** Washington

## Body

American Herbal Products Association has issued the following job vacancy:

Job Category: Operations

Title: TEAM LEAD (PRODUCTION SUPERVISOR) 3RD SHIFT

Job Location: Columbus

Percent Travel: SOME

Hiring Co.: SNYDER`S-LANCE

Specialty Area: Snack Food Production

Size of Company: - Sales Volume of Position:

Base Salary: $ -
Bonus Potential: Yes   Bonus Percent:
Bonus Dollars: $ -   Total Compensation: Based on Experience
Stock Options: No   How Many Options:
Car: No   Allowance: -   Sign-On Bonus: Maybe
Other Benefits:
Position Level in Co.:
Position Reports to Whom:

Company Description: Snyder`s-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder`s-Lance`s products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder`s-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder`s of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom`s®, Archway®, Jays®, Stella D`oro®, Eatsmart™, O-Ke-Doke®, Quitos™ and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E
Position Responsibilities: Job Summary

This position is a supervisory role in the Columbus, GA manufacturing facility. The overall purpose of this position is to provide leadership to our team members in the delivery of manufacturing objectives. This purpose is achieved through establishing boundary conditions, effective coaching, total employee involvement, disciplinary administration and a broad understanding of the processes in which our team members perform their duties.

Responsibilities

1. Quarterly one-on-one coaching discussion with all team members in their work group.
2. Maintains responsibility for monitoring and maintaining effective cost controls, in regards to efficiencies, waste, pounds/hour, overtime and crewing adhering to budgetary guidelines as established by plant management.
3. Provide leadership and training for efficient, maximum utilization of available resources.
4. Daily direction setting for work group including:
5. Effective staffing levels to deliver department budgets and performance goals
6. Conduct Pre-Shift Meetings.
7. Schedule set-up support and communication
8. Problem solving in support of issue resolution (entire process)
9. Coaching sessions for tactical, day-to-day observations and behavior modification
10. Conflict resolution
11. Standard Work process audits
12. 5S Implementation and audits.
13. Maintains responsibility for overseeing maintenance of acceptable standards of sanitation within the plant and its immediate surroundings outside perimeters of operation.
14. Monitors and maintains equipment speeds at established production specifications.
15. Maintains open communications between adjoining shift supervision to insure smooth transition of operation from shift to shift. Communicates with support departments as needed.
16. Conduct disciplinary coaching sessions as required with the intent of correcting team member behaviors that are not conducive to the stated values and mission of Snyder's-Lance.
17. Lead Continuous Improvement teams that include both peers and direct reports.
18. Lead problem solving efforts that involve both technical and human capital issues that hinder the performance of our team members.
19. Periodically inspect product and process to insure compliance to GMP and OSHA standards.
20. Maintains responsibility for keeping processed and packaged items within established quality standards.
21. Lead the performance of their designated systems from bake-shop through packaging in support of performance, financial, quality and safety goals.
22. Insure delivery and understanding all required training and communication for team members (Alchemy, policy changes, quarterly video, etc.).
23. Administer vacation guidelines and FMLA policies in an effective manner that supports the needs of the individual while maintaining consistency and adhering to written guidelines.
24. Make decisions on product holds with support from the lab technicians.
25. Support the continuous improvement of their systems through daily, effective communication with line leadership and plant technical resources.
26. Ensures completion of all forms, paperwork and records on a timely basis.
27. Maximizes production efficiency and yields by constant attention to shift operating equipment and people, minimizing downtime by coordinating most effective change-over procedures and providing guidance to maintenance to insure most efficient coordination of plant functions during shift operations.
28. Maintains responsibility for the implementation of and adherence to the corporate safety program for the respective shift.
29. Maintains responsibility for overall security and general welfare of the plant during the respective shift.
30. Maintains responsibility for employee complaint resolution and the implementation of and adherence to the corporate progressive disciplinary program for the respective shift.
31. Optimize product quality by identifying and correcting process variability.
32. Produce to Sales orders in the most efficient manner.
33. Maintains and enhances the non-union participative work environment we have established.
34. Performs other job-related projects, duties and assignments as directed by Plant Management.

Scope of Responsibility

Under the general direction of the Department Manager, provide support to team members, make daily decisions on crewing and issue resolution as well as being responsible for managing set controllable spending budget.

Supervisory Responsibility

Production Supervisors oversee a variety of wage roles that include operators, mechanics, general help, mixers, and temporary labor. The Production Supervisor owns the performance, product delivery, quality, safety and personnel development on their assigned system, as well as support for process leaders in other parts of the plant. This responsibility needs to be balanced with need to participate in various strategic initiatives such as Continuous Improvement teams, Vision Stream, Autonomous Maintenance events, Leader Standard Work
and other team-based development activities.

Requirements

Bachelor's degree preferred. Progressive food manufacturing experience is a plus.


Number Direct Reports:  -
Position Experience Required:
Class of Trade Experience Required:
Education Required:  BS/BA   Paid Relocation:  No
Other Remarks:  Clicking on "Apply Now" will send you to the company`s website to complete your submission.
The online application MUST be completed.
Remember, you have a greater chance of being reviewed if you indicate that you found this job on CPGjobs.
If the URL link for this job does work OR the job is no longer active on the company`s career site, please let us know by sending an email to loraine@cpgjobs.com We will remove it right away. Thank you for helping us keep our job board up to date!

For further information please visit: http://jobboard.cpgjoblist.com


**Load-Date:** May 13, 2014

---

End of Document



# Snyder's-Lance Inc., Charlotte, NC, will acquire Baptista's Bakery Inc., Franklin, WI; MERGERS & ACQUISITIONS; Brief article

The Food Institute Report

May 12, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 The Food Institute

**Section:** Pg. 6; Vol. 87; No. 19; ISSN: 0745-4503

**Length:** 51 words

## Body

SNYDER'S-LANCE INC., Charlotte, NC, will acquire BAPTISTA'S BAKERY INC., Franklin, WI. Baptista's Bakery produces Snyder's Snack Factory **Pretzel Crisps** and will be used to further expand the company's portfolio of better-for-you snack foods. The transaction is expected to close in the second quarter of 2014.

**Load-Date:** September 16, 2014

End of Document



# Snyder's-Lance reports results for first quarter 2014

Progressive Media - Company News

May 9, 2014 Friday

Copyright 2014 Progressive Media Group Limited All Rights Reserved

ProgressiveMedia >>:

**Section:** ANNOUNCEMENTS OF FINANCIAL RESULTS; Announcements Of Financial Results

**Length:** 593 words
**Highlight:** Snyder's-Lance, Inc. reported results for its first quarter of 2014.

## Body

Net revenue for the first quarter ended March 29, 2014 was $437 million, an increase of 4.4% compared to prior year net revenue of $419 million. Net income excluding special items in the first quarter of 2014 was $18.2 million, or $0.26 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Net income including special items was $16.8 million for the first quarter of 2014, or $0.24 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Special items for the first quarter of 2014 included after-tax charges of $1.4 million consisting primarily of an impairment charge and certain acquisition related costs. There were no special items in the first quarter of 2013.

Comments from Management

"Snyder's-Lance is off to a good start in 2014. As we discussed in our last earnings call, we continued developing our core brands with stepped up investments to support the first quarter new products roll out by significantly increasing our spend over last year", commented Carl E. Lee, Jr., President and Chief Executive Officer. "In addition to these marketing initiatives, during the first quarter we introduced a substantial number of innovative new product offerings including Snyder's of Hanover Sweet and Salty pretzel pieces, Korn Kruncherstm and our successful line of Lance Bolds sandwich crackers. Snyder's of Hanover pretzels had strong growth, driven by the new products and innovation while we also expanded the distribution of our Cape Cod kettle-cooked chips in the western regions of the country, helping to increase revenues substantially when compared to the first quarter of 2013. Just as exciting, we once again saw double-digit revenue growth and market share growth compared to the prior year for our Snack Factory **Pretzel Crisps** pretzel crackers and we have put in place robust marketing and development initiatives focused on our Lance sandwich crackers. We continued to show growth in our Partner brand and Other product categories due to increased distribution."

"I'm proud of how our team continues to drive our business, making Snyder's-Lance a stronger company every day. As announced earlier this week, we have two important transactions in process as we look to acquire Baptista's Bakery and sell our Private Brands to Shearer's Foods. These two events are important steps along our overall strategic plan and are significant advancements in our drive to focus on branded products and on-trend product innovation. Credit for our success goes to our associates who are dedicated and hard working. I want to say "Thanks" for a good start to 2014, and look forward to the balance of 2014 with enthusiasm."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on May 30, 2014 to stockholders of record at the close of business on May 22, 2014.

Estimates provided for 2014

The Company estimates remain unchanged with net revenue for the full year 2014 expected to be up 3% to 5% organically when compared to 2013. Earnings per diluted share are expected to increase between 10% and 16% compared to 2013 earnings per diluted share, excluding special items. Capital expenditures for 2014 are projected to be between $70 and $75 million as investments are made in plant improvements, quality, capacity and innovation. Once the pending transactions are closed, we will provide updated estimates for 2014.

**Load-Date:** May 12, 2014

---

End of Document



# US: Synyder's-Lance earnings slide on investment.

just-food.com

May 9, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 AROQ Limited

**Length:** 891 words

# Body

Byline: Katy Askew

Snyder's-Lance saw first-quarter earnings come under pressure as the group stepped up its brand investment.

Net income fell to US$16.8m, down from $18.8m in the first quarter of last year. Excluding impairment charges and acquisition costs, net earnings totalled $18.2m.

President and CEO Carl Lee said that the firm has raised its investment behind its brands. "We continued developing our core brands with stepped up investments to support the first quarter new products roll out by significantly increasing our spend over last year," he said.

Sales were up 4.4% as a result.

BB&T Capital Markets analyst Brett Hundley said that the result beat street expectations. "The company is innovating heavily, and supporting this activity with added MAP spend. This is indeed good to see," he wrote in an investor note.

Shares dipped 0.68% following the announcement yesterday (8 May). 

press release follows:

Snyder's-Lance, Inc. Reports Results for First Quarter 2014

Reports 2014 first quarter net revenue of $437 million, a 4.4% increase over prior year

Reports 2014 first quarter earnings per diluted share of $0.26 excluding special items

Reports 2014 first quarter earnings per diluted share of $0.24 including special items

Declares quarterly dividend of $0.16 per share of common stock

CHARLOTTE, N.C., May 8, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its first quarter of 2014. Net revenue for the first quarter ended March 29, 2014 was $437 million, an increase of 4.4% compared to prior year net revenue of $419 million. Net income excluding special items in the first quarter of 2014 was $18.2 million, or $0.26 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Net income including special items was $16.8 million for the first quarter of 2014, or $0.24 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Special items for the first quarter of 2014 included after-tax charges of $1.4 million consisting primarily of an impairment charge and certain acquisition related costs. There were no special items in the first quarter of 2013.

Comments from Management "Snyder's-Lance is off to a good start in 2014. As we discussed in our last earnings call, we continued developing our core brands with stepped up investments to support the first quarter new products roll out by significantly increasing our spend over last year", commented Carl E. Lee, Jr., President and Chief Executive Officer. "In addition to these marketing initiatives, during the first quarter we introduced a substantial number of innovative new product offerings including Snyder's of Hanover&reg; Sweet and Salty pretzel pieces, Korn Krunchers(tm) and our successful line of Lance&reg; Bolds sandwich crackers. Snyder's of Hanover pretzels had strong growth, driven by the new products and innovation while we also expanded the distribution of our Cape Cod&reg; kettle-cooked chips in the western regions of the country, helping to increase revenues substantially when compared to the first quarter of 2013. Just as exciting, we once again saw double-digit revenue growth and market share growth compared to the prior year for our Snack Factory&reg; **Pretzel Crisps**&reg; pretzel crackers and we have put in place robust marketing and development initiatives focused on our Lance&reg; sandwich crackers. We continued to show growth in our Partner brand and Other product categories due to increased distribution."

"I'm proud of how our team continues to drive our business, making Snyder's-Lance a stronger company every day. As announced earlier this week, we have two important transactions in process as we look to acquire Baptista's Bakery and sell our Private Brands to Shearer's Foods. These two events are important steps along our overall strategic plan and are significant advancements in our drive to focus on branded products and on-trend product innovation. Credit for our success goes to our associates who are dedicated and hard working. I want to say "Thanks" for a good start to 2014, and look forward to the balance of 2014 with enthusiasm."

Dividend Declared The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on May 30, 2014 to stockholders of record at the close of business on May 22, 2014.

Estimates provided for 2014 The Company estimates remain unchanged with net revenue for the full year 2014 expected to be up 3% to 5% organically when compared to 2013. Earnings per diluted share are expected to increase between 10% and 16% compared to 2013 earnings per diluted share, excluding special items. Capital expenditures for 2014 are projected to be between $70 and $75 million as investments are made in plant improvements, quality, capacity and innovation. Once the pending transactions are closed, we will provide updated estimates for 2014.

original source: Snyder's-Lance

This article was originally published on just-food.com on 9 May 2014. For authoritative and timely food business information visit http://www.just-food.com.

**Load-Date:** July 18, 2014

---

**End of Document**



# Q1 2014 Snyder'sLance Inc Earnings Conference Call - Final

FD (Fair Disclosure) Wire

May 8, 2014 Thursday

Copyright 2014  CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2014  CCBN, Inc.

**Length:** 6788 words

# Body

Corporate Participants

* Mark Carter

Lance, Inc. - VP, Strategic Initiatives, IR

* Carl Lee

Lance, Inc. - CEO, President

* Rick Puckett

Lance, Inc. - EVP, CFO

Conference Call Participants

* Bill Chappell

SunTrust Robinson Humphrey - Analyst

* Michael Gallo

CL King & Associates - Analyst

Presentation

OPERATOR: Welcome to the Synder's-Lance Inc. first quarter 2014 earnings call. I will turn the call over to Mr. Mark Carter, Vice President and Investor Relations Officer.

MARK CARTER, VP, STRATEGIC INITIATIVES, IR, LANCE, INC.: Thank you very much, Jonathan, and good morning, everyone. With me today are Carl Lee, our President and Chief Executive Officer, Rick Puckett, our Executive Vice President and Chief Financial Officer,and today's -- during today's call we're going to be discussing our 2014 first quarter results as well as estimates for 2014.

As a reminder, we are web casting this conference call along with supporting slide presentations on our website at www.SnydersLance.com. Before we begin I would like to point out during today's presentation management may make forward-looking statements about our Company's performance.

Please refer to the safe harbor language that's included in each of our presentations and also to the language that's included in our most recent press releases. I will now turn the call over to Carl Lee, Chief Executive Officer, to begin management comments.

CARL LEE, CEO, PRESIDENT, LANCE, INC.: Thank you, Mark. Good morning, everyone. And we appreciate you joining us on this call. If you are following on the deck I would suggest you turn to page four. And we will cover the topics for today.

We will give you some overview on first quarter performance. We'll talk to you about these transformative steps we are taking as corporation. And we're going to give you a little bit more of a look forward onwhere we are taking our business. And then also, with Rick's help, we're going to dig into our first quarter financial results.

If I could ask you now to turn on page five, we'll begin to give you some highlights from the first quarter. Starting at the very top revenue was up 4.4% versus last year. We're very pleased with the overall revenue growth.

And we will give you some more color around what grows that and we'll also share with you a few areas that we're going to continue to work on to improve. We did see both volume growth and revenue growth for the quarter. Now moving on to our investments during quarter one.

If you will recall, at the last call, Rick was very clear that we were going to invest $0.10 of EPS to be able toput more against our marketing and our new products during the first quarter. This was a very strategic to move to begin to balance our marketing spend throughout the year because, traditionally,we spent in Q2 and Q3, and were not able to spend in Q1.

This positions us into much better shape for years that are forthcoming when we've got marketing funds to roll out at the very beginning of the year. And they were put to good use and we saw some good progress in support of our new items.

EPS ahead of expectations,and in light of the fact that we did have a tax benefit that was offset by some extra healthcare costs that Rick will share with you in a few minutes. Our new product rollouts. We're very pleased with the progress. We like performance we are seeing.

The [Snyder's] (inaudible) over Sweet and Salty has exceeded expectations. Our gluten free pretzels are also performing extremely well. What makes us the most pleased with our performance is, in the gluten free example, we're truly building overall category performance. It's expanding the category.

We are not trading out sales with other people in the industry. We are helping retailers reach more consumers in this important segment. Our Lance Bolds, again, extremely -- performing extremely well and exceeding expectations and has really helped to lift our Sandwich Crackers performance.

We are very pleased with Cape Cod, as we worked some expansion plans this past quarter, and we also launched some exciting new flavors. And we are very pleased with the initial read on our popcorn that was rolled during the first quarter. Our **Pretzel Crisps** launched Minis, and we're beginning to expand our ACV coverage on that.

There you have, again, another opportunity to expand the overall reach of our category and our product line to the benefit of our retailers and our consumers. And we are not swapping out revenue. We're trying, again, reach more opportunities to sell our products. Cape Cod, we've expanded out west.

And we've been rolling out our ACV coverage and we're very pleased with what we are seeing in performing in California and throughout the west coast. We saw, once again, double-digit growth on snack pack **Pretzel Crisps**. And very pleasedwith not only the innovation but our ongoing opportunity to expand to ACV and, again, to be able to draw additional distribution for that very profitable and fast growing item.

Now to be careful and to also share with you some of the things that we need to do better. What we discovered in Q1. We saw extremely good growth across all of our salty franchise. Very pleased with all the initiative plans we put in place. Very pleased with the results of the marketing investment that we put behind those.

We do, however, have an opportunity on our Sandwich Crackers and we just want to be clear. We have seen good progress with Bolds. And our initiatives to add innovation and expand the category are working but our base business and the overall base category [is softer] than we expected.

And -- but, therefore, we put together some stronger marketing plans and some -- developed initiatives to help us improve progress there through the balance of the year. Turning now to page six. We had the blessing of being able to share with you yesterday two important transactions that we've entered into. We've signed two definitive agreements.

The first being to sell our private label business to Shearer's. The second is to acquire Baptista's Bakery, which is a very innovativeproducer of very premium better-for-you snacks. We've had a strong relationship with them through the Snack Factory business for some time. And we are very pleased and very excited to have them joining our family.

If you look over to the right,this is, indeed, a transformation for our Company. Before, our [branded] business was roughly 61% of our overall revenue.

After both of these transactions are closed, and have [been] pending 30 to 45 days, we will readjust our overall portfolio. And now 73% of our sales will come from our branded business. Our partner brands, which is something we enjoy doing andis very beneficial to our Company and to our partners,will be at 19%.

And the balance of our business will be roughly around 8%, two important moves going forward. Page seven. We'll talk about our strategic focus and some of the benefits to these two transactions. First of all, the sale of the private brands. We are very complementary and very impressed with [the buyer].

The new owner can indeed improve the progress that we've been making over the past couple of years and be able to take this business to new heights. They are going to be able to focus on private brands and we are going to be able to focus on our branded portfolio.

I have to admit, we found it very difficult to try to really focus on both brands and private brands,and this is a good opportunity for our Companies to be able to step forward in new directions.

With the transaction from our side comes a very, very strong management team that is excited about joining Shearer's and the vision and strategy that that company has for not only the business they're acquiring but the great progress and success they've had already with their salty snack business.

It provides financial resources for us to do additional M and A growth. It also comes at a very good time. We'll able to optimize the business --We've been able to optimize the business and it should be available to grow much more profitably for the new owner. And the innovation that we put into the pipeline will give them some new tools to work with as they look to expand the business.

Now talking about Baptista's Bakery. Clearly, it solidifies our competitive position in **Pretzel Crisps** and ensure control of our product's supply. As I mentioned earlier, that brand continues to grow double digits, andwe are excited about the future growth and being able to work with Baptista's Bakery as not only our manufacturer but now one of our -- our businesses is going to be very important.

It fuels our innovative capabilities because they have a very strong R and D team, which has a long successful track record of creating very innovative, very premium items. It enhances our focus on premium high growth categories. And one of the things that we find very attractive is recently their facility was certified for organic production.

It clearly expands our better-for-you product portfolio beyond the [day's] current level [of] 25%. It adds some very needed production capabilities. It also creates some real synergies, from a purchasing standpoint, for both of the Companies to be much more efficient together.

Turning to page eight and just talking a little bit about the Baptista's Bakery facility and the great team and great leadership that they have within that organization. It's a 260,000 square foot facility that's very new. Strategically located in the Midwest. As you recall that both our pretzel factories, one's on the east, one's on the west coast.

This give us an exciting location in the middle of the country. They develop and produce, again, very premium, very specialized items with very flexible and very capable production equipment. The organic and gluten free status are very important to our consumers and also to our ability to reach and expand our portfolio.

Many of their products include wheat and rice and multi grain corn and potato, all leading ingredients for better-for-you items. They also are able to enrich with calcium and fiber and other ways to, again, fortify and improve our product offering. They have a wide variety of packaging capabilities which are very important, because you can indeedlead innovation with packaging by itself, and a very new and well managed plant that was built within the last 15 years.

Turning to page nine. This indeed allows us to continue to improve our strategic direction and execute the strategic plan that we've been rolled over the past couple years, and we continue to enhance every December.

If we step back to 2012 and 2013 the strategic moves during that time frame were to acquire snack pack [new] **Pretzel Crisps**, to strengthen our overall ability to be an innovator and to truly drive great new products, enhance our marketing and also build up a very talented and very qualified innovations team.

And we also brought online, (inaudible) I think we are very proud of in Hanover, and that's our new R and D center. Now looking at 2014. This past quarter we launched an aggressive slate of new items and we are very pleased with the performance, almost across the board, with each of them.

Now we're acquiring the Baptista's Bakery and bringing that online. We are executing the sale of our private bands, which was, again, part of our strategic plan. And now, going forward, we will continue to reduce and optimize our costs.

And I think we've got a track record of success there as we proved through the integration our two great Companies. As far as innovation driven strategy, we're focused on more on-trend productsby a better leverage of our distribution system and allowing us to leverage our DSD, by which you've heard me refer to as our railroad tracks, as we put new, higher quality, premium items out there for distribution by our IBOs.

We will also be able to expand our margins by focusing on more premium items. The benefit for the sale of the private brands and the purchase of Baptista's Bakery, hopefully, is very clear.

And we're going to continue to add some more color around it. It allows us to be very strategically focused on what we see really as the bright spot in the future growth for our Company

by focusing on high growth categories more centered around health and nutritional benefits for consumers. It enhances our manufacturing and innovation capabilities. I have to emphasize, again, the quality R and D team at Baptista's Bakery is something that is very exciting for us. It allows us to position ourselves for the long term growth with an exciting new product pipeline.

Turning to page ten. The statistics that we want to share with you today is that 25% of our portfolio today is better-for-you. That is a very important clarification. We have seen many companies refer to their goal of trying to get to 25%. We are starting on that path at a very high level already.

I want to help you understand how we come to that 25% number. Again, it is based on consumer input and consumers recognizing claim-based definitions. When I refer to claim-based,it's a product that has a reduced fat status. One that maybe has gluten free or one that has a whole-grain as the key component.

Those all would be claim-based, clearly defined nutritional benefits that allow us to be considered a better-for-you item. What we are not including is equally as important. We are not including better-than items in our definition.

Better-than would be to say that pretzels, in general, are better than potato chips. While that is very true, that is not part of our definition of better-for-you products. It has to be a substantiated claim to be able to qualify for that status.

Again, it's items such as reduced fat, GMO free and organic all provide for a clear definition of a better-for-you item. And starting with 25% is a great place to be starting.

But with the innovation team that we have in place, the focus on the new products that we rolled out this year, the current pipeline that we have and now the exciting news of Baptista's Bakery, we're going to be able to focus even more on organic and gluten free products, more around multi grain products and more around enrichment products to be able to expand our portfolio into highly profitable and [desired] area, better-for-you.

Turning to page 11. Enhancing our manufacturing and innovation capabilities is something very important to us. And we've been building that steadily. Over the past year we've really strengthened our team and our ability to innovate.

Again, very pleased with what we have seen roll out in Q1 and even more pleased with the revenue results that we're seeing from it. The opening of our R and D center was absolutely important milestone in our corporation and we're very good progress and results there day in and day out.

The expansion of our innovation team working hand and hand with our R and D team is allowing us to focus on new better-for-you items. The successful launch of products in 2014 speaks for itself.

And all of this is all geared to building a stronger pipeline of products to support our DSD system and our very important IBOs, clearly a partner of ours that we want to give more selling tools and more of our new products for our day in and day out.

But it also helps us with our Deli line and our direct sales force to, once again, be able to give them more ammunition for growing the top line. You take that as a base,you add the acquisition of Baptista's Bakery, it really expands our capabilities.

Once again, it brings another talented R and D team with proven innovation under the belt to work with our team day in and day out. It resonates especially well with our desire to focus on healthy snacks while we continue to develop our full portfolio of products as consumers continue to eat indulgent snacks as well as other items besides better-for-you.

It enables us to expand our usage occasion and be able to focus on snacks that are eaten throughout the day. It allows us, again, to clearly focus on differentiation and setting ourselves apart from others.

Turning to page 12. As we look now through the balance of 2014 we have some key projects and objectives that we've had to work against. Clearly, we are very proud of our private label team, and we'reexcited about their progress.

We also are excited about them moving on to a new opportunity with Shearer's and we're going to support them day in and day out up until the closing, and we're going to wish them the best as they have found a very good home for them to go and work.

We're going to support our Baptista's Bakery associates as they begin to get read to join our team. We're going to pursue synergies with Baptista's Bakery around purchasing, around revenue, clearly areas that we think are some opportunities for us to just be more efficient and more effective as we combine our scale.

And then we're also going to look across the entire Company, as we have been for the past couple of years, for additional opportunities to just reduce our overall operating cost base. Turning to page 13. We want to give you a little bit more insight into the transactions themselves. First of all the purchase price for Baptista's Bakery was $195 million.

The sales price, as we shared with you yesterday, for private brands was up $430 million. Our after tax proceeds will be over $300 million. At this point, I'd like to invite Rick into the conversation and ask him to cover a little bit more of the summary of our transactions.

RICK PUCKETT, EVP, CFO, LANCE, INC.: Yes, as Carl mentioned, we were able to sell private brands for $430 million,with after tax proceeds approximately a little over $300 million. This has, obviously, been an impediment to our transactions but with the complexities of other structures we do believe this is the right strategic direction for us.

As part of this agreement we will have a supply agreement for the some of the production that we're producing in some of the plants that did not -- were not part of the transaction. The plant transactions that we have talked about and announced yesterday will result in an annualized reduction in net revenue of approximately $250 million.

Baptista's Bakery, obviously, was doing a fair amount of revenue butsince most of that -- or a big part of that was snack factory, that gets eliminated in consolidation. There will be also an annualized reduction in EPS initially of $0.17 to $0.22.

We do expect to close that gap with cost actions and additional M and A activity going forward. Operating margins initially will decline by about 20 basis points but then will recover in the following year through a deduction in the [stranded] costs left and created by the sale of private brands.

The guidance for 2014 will be updated as we close the transactions later on in the second quarter. We are also refinancing existing debt with changes in [covenants] and terms. In the first quarter we negotiated a bank debt, which we expect to close in early second quarter.

And the major items that we addressed here was the requirement to pay down some of the term loan, which was eliminated in our previous term loan covenants. We also increased the capacity by approximately $100 million. We revised the rates. We revised the [tenor] -- now it goes through 2019 and even 2024 for part of that debt.

The private placement is still in place, which expires in 2017. We also made other modifications, or plan to make other modifications, that will make it more flexible to actually support our growth plans in the future through M and A. We do expect to reinvest the net proceeds as well as the additional debt capacity on other strategic acquisitions going forward.

CARL LEE: Thank you, Rick. Appreciate the overview there. Turning now to page 14 just to give you a little bit more color around the future. I think we're very proud of our team. And we're blessed with a great organization and people who work day in and day out very hard to continue to build our Company and take care of customers and consumers.

Well, along with that we've got category leading core brands that continue to perform quite well. We have also built, and continue to build, our innovation capabilities, so we've strengthened ourselves in that area.

With Rick's overview just a second ago we are clearly strengthening our balance sheet. And we continue to focus on our distribution capabilities, both with building out more and more our DSD system and supporting our IBOs but also through our direct selling force.

Our objectives going forward is just to out pace the overall food category and provide leadership in our brands so that we support our retailers expectations, to address important market trends as they develop so that we support them and take advantage of those and, again, provide consumers with what they are looking for.

We will continue to reduce cost base and, once again, I think our track record is doing that through an integration. It should give some comfort in the fact that we do have [stranded] costs and we're going to go after them.

And we're going to continue to reinvest in our overall capabilities as an organization. And, certainly, we are going to continue to reinvest in our people. At this point I would like to direct you to page 15 and I'd like to, once again, turn it over to Rick to give you some more color on our financial results for Q1.

RICK PUCKETT: And on page 16?

CARL LEE: Yes.

RICK PUCKETT: Okay. Page 16 -- I just wanted to make sure we're on the right page -- we talked the first quarter revenue summary. And you can see the branded revenue was up 0.4%. I will tell that our branded volume was actually up 2%. We did spend additional trade, as we mentioned before, to support our new product roll out of the difference there of almost 1.6%.

Core branded revenue, while up versus last year, reflected very good growth in Cape [Cod] and Snack Factory, bothdouble digit growth, and Snyder's high single digit growth. And as Carl mentioned, the Sandwich Crackers saw a decline from last year, driven by category softness as well as the fact that we do need to spend more time and energy around driving initiatives to grow this category in the future.

We are the category leader hereso we will be taking that leadership responsibility seriously in driving this category. We do expect to see renewed growth in the Sandwich Crackers category from the second quarter forward. We did have strong growth (inaudible) together [in other] parts of business as well.

If you look at the first quarter financial summary you'll see that our gross margin was 34.1% versus 34.6% last year. It's down 50 basis points.

The higher trade span actually was 140 basis points to 150 basis points in the quarter and we saw continued manufacturing efficiencies and favorable mix in some of the branded categories that offset much of this higher trade spend investment in the first quarter.

Our operating margins were at 6.4% versus 8.1% last year, down 170 basis points. The higher marketing and advertising spend is the headline there. We supported new products with 120 basis points of new spend versus last year.

We had talked about spending $0.10 in EPS in the first quarter. We actually spent $0.10 in EPS supporting these product launches in the first quarter. We actually did have, however, a successful launch of our new products. About 85% of the new products are meeting or exceeding their initial targets.

We are very pleased with that success and of this year's innovation. And we're learning from the whole process that will continue to make that better going forward. We also had about 20 basis points of higher transportation costs driven by the weather issues that were experienced in the first quarter across the country.

Carl mentioned a few minutes ago that we had a favorable tax benefit of about $0.02. That was actually offset by a $0.02 hit in higher medical costs. And then we expect the medical costs to go back to norm going forward. If we look at page 18, the cash flow items, you can see that we, in the trailing 12 months, and that's what this represents, is $74 million.

We continue to see increases in this metric as we moderate our capital spending and also drive working capital improvements and inventories and other parts of the working capital. This positive cash flow has been used to pay down our debts and our leverage is only [2.6] now at the end of the first quarter.

You can see also CapEx being down $12 million on a trailing 12 month basis relative to its comparison in 2013. Let's look at page 19 now and talk about the estimates. As you can see I have not changed the estimates for 2014, at this point, anticipating the fact that we would be updating these estimates on the closing of the two transactions that we have out there.

So even though we surpassed our Q1 expectations I have not reflected that in full year guidance at this point knowing that when we talk again we will be updating the guidance for 2014. So don't read anything into that other than the fact that it is going to change anyway and I didn't want to put another set of numbers out there that might be confusing.

So we will, in fact, change the guidance and update that as the two transactions close later on this quarter and we will adjust our guidance to reflect those transactions after that is completed. At this point, we'll turn it back over to Jonathan for questions.

Questions and Answers

OPERATOR: (Operator Instructions). Our first question comes from the line of Bill Chappell from SunTrust. Your question, please.

BILL CHAPPELL, ANALYST, SUNTRUST ROBINSON HUMPHREY: I just want to go back a little bit to Baptista's Bakery and just understandwere there any brands that came with that? And then maybe -- going back (inaudible), why wasn't -- was this ever in consideration, when you originally bought Snack Factory, of buying this at that time? And why now?

What else is does it bring in terms of what else is Baptista's Bakery doing right now other than making the Snack Factory products?

CARL LEE: Bill, I appreciate the question. This is Carl. I think that while we were aware of Baptista's Bakery's products prior to the acquisition of Snack Factory, we were able to really begin to understand their capabilities from (inaudible) organization as we work with them on expanding and growing the Snack Factory business.

What we have there is a very highly innovative plant. As far as the equipment and their ability, from a packaging standpoint and from a production standpoint, to make a lot, again, very premium items. So why no brands come with it, other than you could possible say Snack Factory, the ability to create a lot of other items is very important.

They do produce some additional items today beyond Snack Factory. And those partnerships will be veryimportant for us going forward. But the ability to continue to develop and innovate items that are much in line with what consumers are expecting, that is the excitement, that's the draw of the Snack -- to the Baptista's Bakery operation.

So we are very excited about this. We see it as accretive and we see it as a very important new component of our overall strategic plan that we continue to build out.

BILL CHAPPELL: And then I'm trying to understand what percentage of Baptista's Bakery now is Snack Factory? And then do you have the ability to take over, with your own brands, the full business or would eventually -- you'll keep those partnerships long-term?

CARL LEE: Okay. Good question. I think that [there's] several ways to answer that. I think that the majority of their production today is for Snack Factory. The balance is for our very important partners that have been part of that distribution -- part of that company for a long time.

In fact, it is very similar to what we have done and the way we built our DSD system. We built our DSD system by distributing partner brands. It's been very beneficial for us. It allows us to put more routes on the street covering more customers, covering them more frequently.

So we like the distribution of partner brands. We also like the manufacturing of what we would consider strong partners. Very innovative, very value added items. But there is additional capacity, there's additional innovation there in Baptista's Bakery that we will be able to use to expand some of the current brands. It will be very much a feeder for new items for **Pretzel Crisps**.

It'll be a feeder for new items for our pretzels under Synder's of Hanover. We believe it'll even be a feeder for items possibly under Cape Cod and other places. So using their additional capacity and capacity that we can help them expand, it would open up the opportunity for lots of other new products to be created there.

But we want to product and continue to build the relationships we have with some very strategic partners there. [We] can also have their production. But, again, very similar to what we have done for a long, long time with the distribution of partner brands on DSD. We'll just do more of it now with manufacturing.

BILL CHAPPELL: Okay. (Inaudible) the base snack cracker business. Is there a point where additional marketing and advertising is just not moving the needle? It sounds like Bolds has done very well but the base just can't get off the ground. Is it just -- is there anything different in that category?How should we look at that through the remainder of the year?

CARL LEE: I think what we are seeing it is just a -- the category is soft in general. It's had an incredibly strong run over five years. And I think that to offset commodities, pricing moved a little bit ahead of it. And then we also saw, in the past 24 months -- really in the last 12 -- innovation, outside of Bolds, was almost next to none when there has been a lot of innovation in the category prior to that.

We also saw a lot less overall advertising and consumer communication. And when you have prices moving up slightly for commodities, you have overall communications to consumers going down and then you also have a lack of innovation, the category does have a tendency to slow down. And that's what we've seen.

So we're busy building it back up and feel very comfortable where we're going to be able to go on Sandwich Crackers. But we're very honest. It's an opportunity for us now. Outside of that, though, Bolds, again, is expanding the category and expanding our reach. And it's adding new consumers.

BILL CHAPPELL: Great. And then one last one for me. Just in general, and I might have missed this, was there a meaningful impact in the quarter, from either weather or Easter shift, that we should look [at] as we look into second quarter?

RICK PUCKETT: Bill, I think that the only thing that we have identified of any materiality was the 20 basis points of [op] [inc] on the shipping and distribution as we were trying to move goods around the country amongst all the snowstorms. But, other than that, we didn't see really any drain on the top line or anything.

BILL CHAPPELL: Okay. And actually I have one more. When I look at the $0.17 to $0.22 issue on EPS, the divestiture, is that including [dissynergies] from excluding that business?

RICK PUCKETT: It is. And we refer to them as stranded costs, basically, which is the same thing. And keep in mind also that that is, essentially, a net of the transaction. So it's -- it's got a little bit of synergy in that number for Baptista's Bakery but not very much.

BILL CHAPPELL: Alright. Well, thanks, and congratulations on the transactions.

RICK PUCKETT: Thank you.

CARL LEE: Thank you, Bill.

OPERATOR: Thank you. Our next question comes from the line of [Brett Hundley] from BB and T. Your question, please.

UNIDENTIFIED PARTICIPANT: Good morning, guys. This is (inaudible) on for [Brett].

CARL LEE: Good morning.

UNIDENTIFIED PARTICIPANT: My first question is related to the growth on the branded sale side and whether you feel that [you're seeing some type of] sales lift, given the level of innovation and advertising spent year to date?

Also if you could provide any additional color on which brands are doing better than expected and which ones could be performing better. That would be in relation to the level of spending. Thanks.

CARL LEE: I'll deal with that and [tell you to look] at our core brand portfolio. Just -- while we don't give a lot of details around it, I think that thatwe can share with you that we were very pleased with Cape Cod throughout the quarter.

The base business grew very well. The new markets also performed very well and then the addition of the innovation on flavors and the popcorn all continued to allow us to expand that overall consumer franchise. We really like the positioning in Cape Cod. The reduced fat positioning. We were first in the category with that. We were the very first with the waffle cut.

So those both benefited us along with the things I mentioned. So Cape Cod performed well through the quarter. **Pretzel Crisps** continues to perform well quarter after quarter. And then we also saw good results with SOH, or Snyder's of Hanover.

So those three core brands, in particular, we are pleased with what we're seeing and we're going to continue to strive to do even more. Sandwich Crackers, some good news on innovation, a little bit of opportunity on base business. And we've got a lot of plans in place to address that (inaudible) in Q2.

UNIDENTIFIED PARTICIPANT: Great. That is very helpful. And just to follow up. I think you mentioned something about excess capacity on Baptista's Bakery. I just want to know if you could quantify that?

How much is excess capacity there? And [are there] any plans to continue to expand in the Franklin, Wisconsin area or any expectations on that [front]?Thanks.

CARL LEE: It is a little early to get into a lot of details about Baptista's Bakery. I think that they have been very good about adding capacity, expanding [their] capacity and driving efficiency to support their business on Snack Factory and some of the other items.

So we do see some additional growth opportunities with the current capacity that's in place. So we'repleased with, again, the team and their capabilities,and see some additional growth coming out of it,in addition to where -- their ability to expand Snack Factory.

UNIDENTIFIED PARTICIPANT: Alright, guys. Thanks for taking my questions.

OPERATOR: Thank you. (Operator Instructions). Our next question comes from the line of Michael Gallo from CL King. Your question, please.

MICHAEL GALLO, ANALYST, CL KING & ASSOCIATES: Hi. Good morning.

RICK PUCKETT: Good morning.

MICHAEL GALLO: My question is on the stranded costs. How much is there in stranded costs from the private brand sale? And how much of that do you think you'll be able to cut versus how much you'll need to add volume growth back through either acquisition or organically in order to offset? And then, also, how long do you think it will take to get those stranded costs [out]? Thank you.

RICK PUCKETT: Michael, I think I will start with the third part of that question first because the rest of it I probably won't disclose too much at this point. But we do expect, over the next 12 months, to give most of that back either through the reduction in costs or the expansion through some M and A activity.

I think, as you look at our cost structure over the last three years, we have actually reduced our G and A costs by 50% over the last three years. So we have already been at reducing a lot of costs and I think that we will focus, still, on optimizing things where we need to optimize it.

But we do expect to continue to be down the path of M and A. And we've set ourselves up with a new bank line and some other things to help us accommodate that activity.

MICHAEL GALLO: And then just a follow up question. What drove the sales growth in partner brands?

CARL LEE: It was primarily around the expanded distribution. Working with some of our key retailers,we picked up some distribution with them and provided some more partnerships with some of our key partners.

MICHAEL GALLO: Do you expect that to recur going forward?

CARL LEE: I think we will continue to see some of this for some timebecause, again, we are pleased with the ability to distribute and retailers are asking us to do a little bit more of it. So we'll continue to see it as a way to, again, buoy up our routes so that we're getting to the stores more frequently. It's also a way for us to have fewer stores per route. So while it's beneficial to the partner it's also very beneficial to us.

MICHAEL GALLO: Alright. Okay, great. Thanks very much.

OPERATOR: Thank you. This does concludes the question and answer session of today's program. I will now turn the call over to Mr. Carl Lee, President and CEO,for closing remarks.

CARL LEE: Thank you very much. And, again, thanks to everyone for joining us. Just in summary, I think, a couple of key points that I want to share with you. Again, you've heard me allude to the quality and the talented team that we have here at Snyder's-Lance. And I'm just absolutely impressed with it.

And it's very much appreciated. We're very appreciative, in particular, for our private brands team, who've done a phenomenal job of really building and strengthening that business. And we wish them the very best,as we feel that we found a great home for them to go and join and continue to be successful.

Also, in addition to that, I think you see us clearly, step-by-step, brick-by-brick executing our strategic plan. The [exit] of fiber brands and the entry into expanding our better-for-you offering through Baptista's Bakery were part of our strategic plan for some time. And, thanks to the quality of our team, we've been able to execute that.

One thing I'm impressed with and pleased with is most of the work, a lot of the work for both of these transactions were done internally. And it takes a lot of time and energy to handle the carve out at the same, exact time you're handling a major acquisition. And while we did have some help, and we're pleased with the help from the external, themajority of the work went on right here inside.

And it just shows, again, our capability. So we have a very strong team to be able to do two transactions at the same time. I think, also, we'rewilling to make some very important decisions when it comes to building our business for the long-term.

The bold move of investing about $0.10 of EPS in Q1 to be able to re-position our marketing so that we have marketing dollars to launch new itemsQ1 this year but also Q1 going forward -- was another important move. And one that we think was well justified, and we're pleased with the results.

So we are thankful for you for joining us today. We're grateful for your time. We're very grateful for our results. We consider ourselves blessed as we get ready to move into Q2 and continue to execute our strategy and execute the things that our shareholders are expecting us to do. So we wish everybody a very good day. And, once again, thanks for joining us.

OPERATOR: Thank you, ladies and gentlemen, for your participation in today's conference. This does conclude the program. You may now disconnect. Good day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** May 11, 2014

---

End of Document



# Event Brief of Q1 2014 Snyder's-Lance Inc Earnings Conference Call - Final

FD (Fair Disclosure) Wire

May 8, 2014 Thursday

Copyright 2014 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2014 CCBN, Inc.

**Length:** 4660 words

## Body

CORPORATE PARTICIPANTS

. Mark Carter - Lance, Inc.,VP, Strategic Initiatives, IR . Carl Lee - Lance, Inc.,CEO, President . Rick Puckett - Lance, Inc.,EVP, CFO

CONFERENCE CALL PARTICIPANTS

. Bill Chappell - SunTrust Robinson Humphrey,Analyst . Michael Gallo - CL King & Associates,Analyst

OVERVIEW

Co. reported 1Q14 YoverY revenue growth of 4.4%.

FINANCIAL DATA

1. 1Q14 YoverY revenue growth = 4.4%. 2. 1Q14 GM = 34.1%.

PRESENTATION SUMMARY -

1Q14 Review (C.L.) 1. Highlights: 1. Revenue up 4.4% vs. last year. 2. Volume and revenue grew. 3. Investments during 1Q: 1. In last call discussed Co. is going to invest $0.10 of EPS to be able to put more against marketing and new products during 1Q. 1. This was a strategic move to begin to balance marketing spin throughout year because traditionally Co. spent in 2Q and 3Q and was not able to spend in 1Q. 2. This positions Co. in much better shape for years forthcoming when Co. got marketing plans to roll out at beginning of the year; they were put good use. 3. Saw some good progress in support of new items. 4. EPS: 1. Ahead of expectations. 2. Tax benefit, offset by some extra healthcare costs. 2. New Product Rollouts: 1. Snyder's of Hanover Sweet & Salty exceeded expectations. 2. Gluten Free Pretzels performing well. 1. In Gluten Free, building overall category performance; expanding category. 3. Lance Bolds: 1. Performing well. 2. Exceeding expectations. 3. Helped to lift overall sandwich cracker performance. 4. Cape Cod: 1. Worked on some expansion plans. 2. Launched some new flavors. 3. Released with initial read on Popcorn rolled out. 5. **Pretzel Crisps**: 1. Launched Minis. 2. Beginning to expand ACV coverage. 3. Opportunity to expand overall reach of category in product line to benefit of retailers and consumers. 4. Not swopping out revenue. 5. Trying [to gain reach] more opportunities to sell products. 6. Cape Cod: 1. Expanded out West. 2. Rolling out ACV coverage. 7. Double-digit growth on Snack Factory **Pretzel Crisps**. 1. Pleased with innovation and ongoing opportunity to expand ACV and to be able to draw additional distribution for profitable and fast-growing item. 3. Sandwich Crackers: 1. Good growth across all salty franchise. 2. Pleased with: 1. All initiative plans put in place. 2. Results of marketing investment put behind. 3. Has opportunity on sandwich crackers. 1. Good progress with Bolds and initiatives to add innovation and expand category of working. 2. Base business and overall base category has

been softer-than-expected. 3. Put together some stronger marketing plans and some development initiatives to help improve progress for balance of year. 4. Transactions: 1. Signed two definitive agreements. 1. Selling private label business to Shearer's. 2. Acquiring Baptista; innovative producer of premium Better For You snacks. 2. Before, branded business were roughly 61% of overall revenue. 3. After both of these transactions are closed in pending 30-45 days, will readjust overall portfolio. 1. 73% of sales will come from branded business. 2. Partner brand will be at 19%. 3. Balance of business will be roughly around 8%. 5. Sale of Private Brands: 1. Complementary and impressed with buyer. 2. New owner can improve progress that Co. has been making over past couple of years and be able to take this business to new heights. 3. They are going to be able to focus on private brands. 1. Co. is going to be able to focus on branded portfolio. 4. Found it difficult to focus on brands and private brands. 5. Provides financial resources for Co. to do additional M&A growth. 6. Has been able to optimize business. 1. It's available to grow much more profitably for new owner. 6. Baptista Purchase: 1. Brand continues to grow double-digits. 2. Excited about future growth. 3. Fuels innovative capabilities, because they have strong R&D team. 4. Enhances Co.'s focus on premium, high-growth categories. 5. One of things Co. finds attractive is recently their facility was certified for organic production. 6. Expands Better For You product portfolio, beyond current 25% level. 7. Adds needed production capabilities. 8. Creates synergies from purchasing standpoint for both companies to be much more efficient together. 7. Baptista's Facility Details: 1. 260,000 sq. ft. facility that's new. 1. Strategically located in Midwest. 2. They develops and produce premium, specialized items with flexible and capable production equipment. 3. Organic and Gluten Free status, important to Co.'s consumers and to its ability to reach and expand portfolio. 1. Many products include wheat, rice, multigrain, corn and potato. 4. They are able to enrich for calcium and fiber in other ways to fortify and improve Co.'s product offering. 5. They have wide variety of packaging capabilities which are important. 8. Strategic Details: 1. 2012 & 2013 Strategic Moves: 1. To acquire Snack Factory **Pretzel Crisps**. 2. To strengthen overall ability to be innovator and truly drive great new products. 3. To enhance marketing and build up talented and qualified innovations team. 4. Brought on line new R&D center. 2. 2014: 1. Launched aggressive slate of new items. 2. Acquiring Baptista's Bakery; bringing it on line. 3. Executing sale of private brands as part of strategic plan. 4. Going forward, will reduce and optimize costs. 3. Innovation-driven strategy: 1. Focused on more on-trend products. 2. Has better leverage of distribution system in allowing Co. to leverage DSD (inaudible) IBOs. 3. Will be able to expand margins by focusing on more premium items. 4. Benefit from sale of private brands and purchase of Baptista's: 1. Allows Co. to be strategically focused on what Co. sees as bright spot of future growth by focusing on high-growth categories more centered around health and nutritional benefits for consumers. 2. Enhances manufacturing and innovation capabilities. 3. Allows Co. to position itself for long-term growth with exciting new product pipeline. 9. Better For You Snacks: 1. 25% of Co.'s portfolio today is Better For You. 2. Came to 25% number based on consumer input and consumers recognizing claim base definitions. 1. Claim base is product that has reduced fat status, one that may be has Gluten Free or one it has whole grain as key component. 3. Items like reduced fat, GMO-free and organic all provide for definition of Better For You item. 4. Starting with 25% is a great place to be starting. 10. Enhancing Manufacturing & Innovation Capabilities: 1. Over past year, strengthened team and ability to innovate. 1. Pleased with: 1. What Co. seen rolled out in 1Q. 2. Revenue results. 2. Opening of R&D center important milestone. 1. Seeing good progress in results. 3. Expansion of innovation team working hand-in-hand with R&D team is allowing Co. to focus on new Better For You items. 4. All aforementioned is geared to building stronger pipeline of products to support DSD system and important IBOs, clearly a partner of Co. that it wants to give more selling tools and more new products. 1. Helps Co. with Deli line and direct sales force to be able to give them more ammunition for growing topline. 5. Taking aforementioned as base and adding acquisition of Baptista, expands capabilities. 11. Balance of 2014 Agenda: 1. Excited about private label's progress. 1. Moving onto new opportunity with Shearer's. 2. Going to support them. 2. Support Baptista associates. 3. Going to pursue synergies with Baptista around purchasing, revenue, areas that Co. believes are some opportunities for it to be more efficient and more effective as Co. combines scale. 4. Going to look to across entire Co. as it had for past couple of years for additional opportunities to reduce overall operating cost base. 12. Transactions Insights: 1. Purchase price for Baptista's, $195m. 2. Sale price for private brands, $430m. 1. After tax proceeds will be over $300m.

Transaction Summary (R.P.) 1. Details: 1. Sold private brands for $430m. 1. After-tax proceeds approximate little over $300m. 2. As part of this agreement, will have supply agreement for some production that Co. is producing in some plants that were not part of transaction. 2. Planned transactions announced on 05/07/14 will result in annualized reduction in net revenue of approx. $250m. 1. Baptista was doing a fair amount of revenue since most

of that or a big part of that was Snack Factory that gets eliminated in consolidation. 2. There will be annualized reduction in EPS of $0.17-0.22. 1. Expects to close gap with cost actions in additional M&A activity going forward. 3. Operating margins initially will decline by about 20 BP. 1. Will recover in following year through reduction in stranded costs left and created by sale of private brands. 4. 2014 guidance will be updated as Co. closes transactions later on 2Q. 5. Refinancing existing debt with changes in covenants and terms. 1. In 1Q, negotiated bank debt, which Co. expects to close in early 2Q. 2. Major items Co. addressed was requirements of paydown some term-loan, which was eliminated in previous term-loan covenants. 3. Increased capacity by approx. $100m. 4. Revised rates. 5. Revised tenure. 1. Now it goes through 2019 and even 2024 for part of that debt. 6. Private placement is still in place; expires in 2017. 7. Planned to make other modifications that will make it more flexible to actually support growth plans in future through M&A. 8. Expects reinvest net proceeds and additional debt capacity on other strategic acquisitions going forward.

1Q14 Additional Details (C.L.) 1. Accomplishments: 1. Category-leading core brands performing quite well. 2. Built and continued to build innovation capabilities while Co. strengthens sales. 3. Strengthening balance sheet. 4. Focused on distribution capabilities with building out more DSD system and supporting IBOs, and direct selling force. 2. Objectives: 1. To outpace overall food category and provide leadership in brands. 2. To address important market trends as they develop so that Co. supports them and take advantage of those and again provide consumers what they are looking for. 3. Will continue to reduce cost base. 4. Going to reinvest in overall capabilities in organization and reinvest in people.

1Q14 Financials (R.P.) 1. Revenue Summary: 1. Branded revenue, up 0.4%. 1. Branded volume actually up 2%. 2. Spent additional trade to support new products rollout. 3. Difference, almost 1.6%. 2. Core branded revenue up vs. last year. 1. Good growth in Cape and Snack Factory both double-digit growth. 2. [Co.] high-single digit growth. 3. Sandwich crackers saw decline from last year driven by category softness and fact that Co. does need to spend more time and energy around driving initiatives to grow this category in future. 4. Expects to see renewed growth in sandwich cracker category from 2Q forward. 3. Strong growth across other parts of business. 2. Financial Summary: 1. GM 34.1%. vs. 1Q13's 34.6%. 1. Down 50 BP. 2. Higher trade spend actually was about 140-150 BP. 1. Saw continued manufacturing efficiencies and favorable mix in some branded categories that offset much of this higher trade spend investment in 1Q. 2. Operating margins 6.4% vs. 1Q13's 8.1%. 1. Down 170 BP. 2. Higher marketing and advertising spend, headline. 3. Supported new products with 120 BP of new spend vs. last year. 4. Discussed about spending $0.10 in EPS in 1Q. 1. Actually spent $0.10 in EPS, supporting product launches. 3. Had successful launch of new products. 1. About 85% of new products are meeting or exceeding their initial targets. 2. Learning from whole process that will continue to make that better going forward. 4. Had about 20 BP higher transportation cost driven by weather issues experienced across the country. 5. Favorable tax benefit about $0.02. 1. Offset by $0.02 hit in higher medical cost. 2. Expects medical cost to go back to norm going forward. 3. Cash flow items (trailing 12-months): 1. Trailing 12-months, $74m. 1. Seeing increases as Co. moderates CapEx and drives working capital improvements in inventories and other parts of working capital. 2. This part of cash flow has been used to paydown debt and leverage is only 2.6 at 1Q14-end. 2. CapEx being down $12m on trailing 12-months basis vs. 2013. 4. 2014 Estimates: 1. Not changed estimates anticipating fact that Co. wouldn't be updating estimates on closing of two transactions. 2. Even though Co. surpassed 1Q expectations, not reflected that in full-year guidance. 3. Will change guidance and update as two transactions close later on this qtr. 1. Will adjust guidance to reflect those transactions after that's completed.

QUESTIONS AND ANSWERS

OPERATOR: (Operator Instructions). Our first question comes from the line of Bill Chappell from SunTrust. Your question, please.

BILL CHAPPELL, ANALYST, SUNTRUST ROBINSON HUMPHREY: I just want to go back a little bit to Baptista's Bakery and just understand were there any brands that came with that? And then maybe -- going back (inaudible), why wasn't -- was this ever in consideration, when you originally bought Snack Factory, of buying this at that time? And why now?

What else is does it bring in terms of what else is Baptista's Bakery doing right now other than making the Snack Factory products?

CARL LEE, CEO, PRESIDENT, LANCE, INC.: Bill, I appreciate the question. This is Carl. I think that while we were aware of Baptista's Bakery's products prior to the acquisition of Snack Factory, we were able to really begin to understand their capabilities from (inaudible) organization as we work with them on expanding and growing the Snack Factory business.

What we have there is a very highly innovative plant. As far as the equipment and their ability, from a packaging standpoint and from a production standpoint, to make a lot, again, very premium items. So why no brands come with it, other than you could possible say Snack Factory, the ability to create a lot of other items is very important.

They do produce some additional items today beyond Snack Factory. And those partnerships will be veryimportant for us going forward. But the ability to continue to develop and innovate items that are much in line with what consumers are expecting, that is the excitement, that's the draw of the Snack -- to the Baptista's Bakery operation.

So we are very excited about this. We see it as accretive and we see it as a very important new component of our overall strategic plan that we continue to build out.

BILL CHAPPELL: And then I'm trying to understand what percentage of Baptista's Bakery now is Snack Factory? And then do you have the ability to take over, with your own brands, the full business or would eventually -- you'll keep those partnerships long-term?

CARL LEE: Okay. Good question. I think that [there's] several ways to answer that. I think that the majority of their production today is for Snack Factory. The balance is for our very important partners that have been part of that distribution -- part of that company for a long time.

In fact, it is very similar to what we have done and the way we built our DSD system. We built our DSD system by distributing partner brands. It's been very beneficial for us. It allows us to put more routes on the street covering more customers, covering them more frequently.

So we like the distribution of partner brands. We also like the manufacturing of what we would consider strong partners. Very innovative, very value added items. But there is additional capacity, there's additional innovation there in Baptista's Bakery that we will be able to use to expand some of the current brands. It will be very much a feeder for new items for **Pretzel Crisps**.

It'll be a feeder for new items for our pretzels under Synder's of Hanover. We believe it'll even be a feeder for items possibly under Cape Cod and other places. So using their additional capacity and capacity that we can help them expand, it would open up the opportunity for lots of other new products to be created there.

But we want to product and continue to build the relationships we have with some very strategic partners there. [We] can also have their production. But, again, very similar to what we have done for a long, long time with the distribution of partner brands on DSD. We'll just do more of it now with manufacturing.

BILL CHAPPELL: Okay. (Inaudible) the base snack cracker business. Is there a point where additional marketing and advertising is just not moving the needle? It sounds like Bolds has done very well but the base just can't get off the ground. Is it just -- is there anything different in that category?How should we look at that through the remainder of the year?

CARL LEE: I think what we are seeing it is just a -- the category is soft in general. It's had an incredibly strong run over five years. And I think that to offset commodities, pricing moved a little bit ahead of it. And then we also saw, in the past 24 months -- really in the last 12 -- innovation, outside of Bolds, was almost next to none when there has been a lot of innovation in the category prior to that.

We also saw a lot less overall advertising and consumer communication. And when you have prices moving up slightly for commodities, you have overall communications to consumers going down and then you also have a lack of innovation, the category does have a tendency to slow down. And that's what we've seen.

So we're busy building it back up and feel very comfortable where we're going to be able to go on Sandwich Crackers. But we're very honest. It's an opportunity for us now. Outside of that, though, Bolds, again, is expanding the category and expanding our reach. And it's adding new consumers.

BILL CHAPPELL: Great. And then one last one for me. Just in general, and I might have missed this, was there a meaningful impact in the quarter, from either weather or Easter shift, that we should look [at] as we look into second quarter?

RICK PUCKETT, EVP, CFO, LANCE, INC.: Bill, I think that the only thing that we have identified of any materiality was the 20 basis points of [op] [inc] on the shipping and distribution as we were trying to move goods around the country amongst all the snowstorms. But, other than that, we didn't see really any drain on the top line or anything.

BILL CHAPPELL: Okay. And actually I have one more. When I look at the $0.17 to $0.22 issue on EPS, the divestiture, is that including [dissynergies] from excluding that business?

RICK PUCKETT: It is. And we refer to them as stranded costs, basically, which is the same thing. And keep in mind also that that is, essentially, a net of the transaction. So it's -- it's got a little bit of synergy in that number for Baptista's Bakery but not very much.

BILL CHAPPELL: Alright. Well, thanks, and congratulations on the transactions.

RICK PUCKETT: Thank you.

CARL LEE: Thank you, Bill.

OPERATOR: Thank you. Our next question comes from the line of [Brett Hundley] from BB and T. Your question, please.

UNIDENTIFIED PARTICIPANT: Good morning, guys. This is (inaudible) on for [Brett].

CARL LEE: Good morning.

UNIDENTIFIED PARTICIPANT: My first question is related to the growth on the branded sale side and whether you feel that [you're seeing some type of] sales lift, given the level of innovation and advertising spent year to date?

Also if you could provide any additional color on which brands are doing better than expected and which ones could be performing better. That would be in relation to the level of spending. Thanks.

CARL LEE: I'll deal with that and [tell you to look] at our core brand portfolio. Just -- while we don't give a lot of details around it, I think thatwe can share with you that we were very pleased with Cape Cod throughout the quarter.

The base business grew very well. The new markets also performed very well and then the addition of the innovation on flavors and the popcorn all continued to allow us to expand that overall consumer franchise. We really like the positioning in Cape Cod. The reduced fat positioning. We were first in the category with that. We were the very first with the waffle cut.

So those both benefited us along with the things I mentioned. So Cape Cod performed well through the quarter. **Pretzel Crisps** continues to perform well quarter after quarter. And then we also saw good results with SOH, or Snyder's of Hanover.

So those three core brands, in particular, we are pleased with what we're seeing and we're going to continue to strive to do even more. Sandwich Crackers, some good news on innovation, a little bit of opportunity on base business. And we've got a lot of plans in place to address that (inaudible) in Q2.

UNIDENTIFIED PARTICIPANT: Great. That is very helpful. And just to follow up. I think you mentioned something about excess capacity on Baptista's Bakery. I just want to know if you could quantify that?

How much is excess capacity there? And [are there] any plans to continue to expand in the Franklin, Wisconsin area or any expectations on that [front]?Thanks.

CARL LEE: It is a little early to get into a lot of details about Baptista's Bakery. I think that they have been very good about adding capacity, expanding [their] capacity and driving efficiency to support their business on Snack Factory and some of the other items.

So we do see some additional growth opportunities with the current capacity that's in place. So we'repleased with, again, the team and their capabilities,and see some additional growth coming out of it,in addition to where -- their ability to expand Snack Factory.

UNIDENTIFIED PARTICIPANT: Alright, guys. Thanks for taking my questions.

OPERATOR: Thank you. (Operator Instructions). Our next question comes from the line of Michael Gallo from CL King. Your question, please.

MICHAEL GALLO, ANALYST, CL KING & ASSOCIATES: Hi. Good morning.

RICK PUCKETT: Good morning.

MICHAEL GALLO: My question is on the stranded costs. How much is there in stranded costs from the private brand sale? And how much of that do you think you'll be able to cut versus how much you'll need to add volume growth back through either acquisition or organically in order to offset? And then, also, how long do you think it will take to get those stranded costs [out]? Thank you.

RICK PUCKETT: Michael, I think I will start with the third part of that question first because the rest of it I probably won't disclose too much at this point. But we do expect, over the next 12 months, to give most of that back either through the reduction in costs or the expansion through some M and A activity.

I think, as you look at our cost structure over the last three years, we have actually reduced our G and A costs by 50% over the last three years. So we have already been at reducing a lot of costs and I think that we will focus, still, on optimizing things where we need to optimize it.

But we do expect to continue to be down the path of M and A. And we've set ourselves up with a new bank line and some other things to help us accommodate that activity.

MICHAEL GALLO: And then just a follow up question. What drove the sales growth in partner brands?

CARL LEE: It was primarily around the expanded distribution. Working with some of our key retailers,we picked up some distribution with them and provided some more partnerships with some of our key partners.

MICHAEL GALLO: Do you expect that to recur going forward?

CARL LEE: I think we will continue to see some of this for some timebecause, again, we are pleased with the ability to distribute and retailers are asking us to do a little bit more of it. So we'll continue to see it as a way to, again, buoy up our routes so that we're getting to the stores more frequently. It's also a way for us to have fewer stores per route. So while it's beneficial to the partner it's also very beneficial to us.

MICHAEL GALLO: Alright. Okay, great. Thanks very much.

OPERATOR: Thank you. This does concludes the question and answer session of today's program. I will now turn the call over to Mr. Carl Lee, President and CEO,for closing remarks.

CARL LEE: Thank you very much. And, again, thanks to everyone for joining us. Just in summary, I think, a couple of key points that I want to share with you. Again, you've heard me allude to the quality and the talented team that we have here at Snyder's-Lance. And I'm just absolutely impressed with it.

And it's very much appreciated. We're very appreciative, in particular, for our private brands team, who've done a phenomenal job of really building and strengthening that business. And we wish them the very best,as we feel that we found a great home for them to go and join and continue to be successful.

Also, in addition to that, I think you see us clearly, step-by-step, brick-by-brick executing our strategic plan. The [exit] of fiber brands and the entry into expanding our better-for-you offering through Baptista's Bakery were part of our strategic plan for some time. And, thanks to the quality of our team, we've been able to execute that.

One thing I'm impressed with and pleased with is most of the work, a lot of the work for both of these transactions were done internally. And it takes a lot of time and energy to handle the carve out at the same, exact time you're handling a major acquisition. And while we did have some help, and we're pleased with the help from the external, the majority of the work went on right here inside.

And it just shows, again, our capability. So we have a very strong team to be able to do two transactions at the same time. I think, also, we're willing to make some very important decisions when it comes to building our business for the long-term.

The bold move of investing about $0.10 of EPS in Q1 to be able to re-position our marketing so that we have marketing dollars to launch new items Q1 this year but also Q1 going forward -- was another important move. And one that we think was well justified, and we're pleased with the results.

So we are thankful for you for joining us today. We're grateful for your time. We're very grateful for our results. We consider ourselves blessed as we get ready to move into Q2 and continue to execute our strategy and execute the things that our shareholders are expecting us to do. So we wish everybody a very good day. And, once again, thanks for joining us.

OPERATOR: Thank you, ladies and gentlemen, for your participation in today's conference. This does conclude the program. You may now disconnect. Good day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON FINANCIAL'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW

THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** May 11, 2014

---

End of Document



# *Snyders-Lance 1Q EPS 24c >LNCE

Dow Jones Institutional News

May 8, 2014 Thursday 10:00 AM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

⌐ **DOW JONES** NEWSWIRES

**Length:** 3393 words

## Body

8 May 2014 06:00 ET *Snyders-Lance 1Q Net $16.8M >LNCE

8 May 2014 06:00 ET *Snyders-Lance 1Q Rev $436.8M >LNCE

8 May 2014 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports Results for First Quarter 2014

Snyder's-Lance, Inc. Reports Results for First Quarter 2014

- Reports 2014 first quarter net revenue of $437 million, a 4.4% increase over prior year

- Reports 2014 first quarter earnings per diluted share of $0.26 excluding special items

- Reports 2014 first quarter earnings per diluted share of $0.24 including special items

- Declares quarterly dividend of $0.16 per share of common stock

PR Newswire

CHARLOTTE, N.C., May 8, 2014

CHARLOTTE, N.C., May 8, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its first quarter of 2014. Net revenue for the first quarter ended March 29, 2014 was $437 million, an increase of 4.4% compared to prior year net revenue of $419 million. Net income excluding special items in the first quarter of 2014 was $18.2 million, or $0.26 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Net income including special items was $16.8 million for the first quarter of 2014, or $0.24 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Special items for the first quarter of 2014 included after-tax charges of $1.4 million consisting primarily of an impairment charge and certain acquisition related costs. There were no special items in the first quarter of 2013.

Comments from Management

"Snyder's-Lance is off to a good start in 2014. As we discussed in our last earnings call, we continued developing our core brands with stepped up investments to support the first quarter new products roll out by significantly increasing our spend over last year", commented Carl E. Lee, Jr., President and Chief Executive Officer. "In addition to these marketing initiatives, during the first quarter we introduced a substantial number of innovative new product offerings including Snyder's of Hanover(R) Sweet and Salty pretzel pieces, Korn Krunchers(tm) and our successful line of Lance(R) Bolds sandwich crackers. Snyder's of Hanover pretzels had strong growth, driven by the new products and innovation while we also expanded the distribution of our Cape Cod(R) kettle-cooked chips in the western regions of the country, helping to increase revenues substantially when compared to the first quarter of 2013. Just as exciting, we once again saw double-digit revenue growth and market share growth compared to the prior year for our Snack Factory(R) **Pretzel Crisps**(R) pretzel crackers and we have put in place robust marketing and development initiatives focused on our Lance(R) sandwich crackers. We continued to show growth in our Partner brand and Other product categories due to increased distribution."

"I'm proud of how our team continues to drive our business, making Snyder's-Lance a stronger company every day. As announced earlier this week, we have two important transactions in process as we look to acquire Baptista's Bakery and sell our Private Brands to Shearer's Foods. These two events are important steps along our overall strategic plan and are significant advancements in our drive to focus on branded products and on-trend product innovation. Credit for our success goes to our associates who are dedicated and hard working. I want to say "Thanks" for a good start to 2014, and look forward to the balance of 2014 with enthusiasm."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on May 30, 2014 to stockholders of record at the close of business on May 22, 2014.

Estimates provided for 2014

The Company estimates remain unchanged with net revenue for the full year 2014 expected to be up 3% to 5% organically when compared to 2013. Earnings per diluted share are expected to increase between 10% and 16% compared to 2013 earnings per diluted share, excluding special items. Capital expenditures for 2014 are projected to be between $70 and $75 million as investments are made in plant improvements, quality, capacity and innovation. Once the pending transactions are closed, we will provide updated estimates for 2014.

Conference Call

Management will conduct a conference call and live webcast at 9:00 am eastern time on Thursday, May 8, 2014 to review the Company's first quarter results as well as the recently announced agreement to sell Private Brands to Shearer's Foods and the recently announced agreement to acquire Baptista's Bakery. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com . In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at www.snyderslance.com . To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. A continuous telephone replay of the call will be available between 3:00pm on May 8 and midnight on May 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 35042167. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack

Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), Quitos(TM) and Padrinos(R) brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions and statements regarding the Company's pending acquisition of Baptista's Bakery and the sale of its Private Brands to Shearer's Foods, which are subject to a number of risks and uncertainties, including the ability of Shearer's Foods to obtain financing to complete the purchase of Private Brands and our ability to generate revenues and earnings currently generated by Private Brands and cost reductions to offset overhead costs previously covered by Private Brands. Factors that could cause actual results to differ include general economic conditions; volatility in the price, or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions; failure to close the announced transactions with Baptista's Bakery and Shearer's Foods, loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Income (Unaudited)
For the Quarters Ended March 29, 2014 and March 30, 2013
```

|                                              | Quarter Ended       |                |
|----------------------------------------------|--------------------:|---------------:|
| (in thousands, except per share data)        | March 29,<br>2014   | March 30,<br>2013 |
| Net revenue                                  | $        436,828    | $    418,572   |
| Cost of sales                                |          288,027    |      273,776   |
| Gross margin                                 |          148,801    |      144,796   |
| Selling, general and administrative          |          122,106    |      110,996   |
| Impairment charges                           |            1,000    |          --    |
| Gain on sale of route businesses, net        |           (1,163)   |        (110)   |
| Other income, net                            |            (254)    |      (1,476)   |
| Income before interest and income<br> taxes  |           27,112    |       35,386   |
| Interest expense, net                        |            3,390    |        3,439   |
| Income before income taxes                   |           23,722    |       31,947   |
| Income tax expense                           |            6,911    |       12,039   |

8 May 2014 06:00 ET  Press Release: Snyder's-Lance, Inc. Reports -2-

Case 3:17-cv-00652-KDB-DSC   Document 42-3   Filed 10/29/18   Page 281 of 325

```
                              ------------------  ----------
Net income                                16,811     19,908
Net (loss)/income attributable to
 noncontrolling interests                     (5)         65
Net income attributable to
 Snyder's-Lance, Inc.        $        16,816  $    19,843
                             =========  =======    =======


Basic earnings per share     $          0.24  $       0.29
Weighted average shares outstanding
 -- basic                             69,997     68,992

Diluted earnings per share   $          0.24  $       0.28
Weighted average shares outstanding
 -- diluted                           70,771     69,839

Cash dividends declared per share  $    0.16  $       0.16
```

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Balance Sheets (Unaudited)
As of March 29, 2014 and December 28, 2013

| (in thousands, except share data) | March 29, 2014 | December 28, 2013 |
|---|---|---|
| ASSETS | | |
| Current assets: | | |
| Cash and cash equivalents | $    5,638 | $      14,080 |
| Accounts receivable, net of allowances of $1,396 and $1,579, respectively | 152,604 | 144,988 |
| Inventories | 123,929 | 113,750 |
| Prepaid income taxes | 5,072 | 9,094 |
| Deferred income taxes | 14,990 | 15,391 |
| Assets held for sale | 13,036 | 15,314 |
| Prepaid expenses and other current assets | 24,047 | 23,649 |
| Total current assets | 339,316 | 336,266 |
| Noncurrent assets: | | |
| Fixed assets | 353,709 | 349,256 |
| Goodwill | 535,757 | 537,141 |
| Other intangible assets, net | 517,775 | 519,669 |
| Other noncurrent assets | 21,726 | 22,262 |
| Total assets | $1,768,283 | $    1,764,594 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| Current liabilities: | | |
| Current portion of long-term debt | $   17,291 | $      17,291 |
| Accounts payable | 67,991 | 54,510 |
| Accrued compensation | 22,085 | 29,792 |
| Accrued casualty insurance claims | 6,262 | 6,262 |
| Accrued selling and promotional costs | 13,922 | 13,257 |
| Other payables and accrued liabilities | 27,837 | 25,092 |

```
Total current liabilities                 155,388              146,204

Noncurrent liabilities:
Long-term debt                            470,760              480,082
Deferred income taxes                     190,146              190,393
Accrued casualty insurance claims           6,027                5,567
Other noncurrent liabilities               21,459               24,448
                                       ----------     --------------------
Total liabilities                         843,780              846,694

Commitments and contingencies

Stockholders' equity:
Common stock, $0.83 1/3 par value.
 Authorized 110,000,000 shares;
 70,079,148 and 69,891,890 shares
 outstanding, respectively                 58,397               58,241
Preferred stock, $1.00 par value.
Authorized 5,000,000 shares; no
shares outstanding                            --                   --
Additional paid-in capital                767,860              765,172
Retained earnings                          90,760               85,146
Accumulated other comprehensive
 income                                     8,321               10,171
                                       ----------     --------------------
Total Snyder's-Lance, Inc.
 stockholders' equity                     925,338              918,730
Noncontrolling interests                     (835)                (830)
                                       ----------     --------------------
Total stockholders' equity                924,503              917,900
Total liabilities and stockholders'
 equity                              $1,768,283    $    1,764,594
                                       =========      ================
```

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Cash Flows (Unaudited)
For the Quarters Ended March 29, 2014 and March 30, 2013

|  | Quarter Ended | |
| --- | --- | --- |
| (in thousands) | March 29, 2014 | March 30, 2013 |
| Operating activities: | | |
| Net income | $   16,811 | $   19,908 |
| Adjustments to reconcile net income to cash from operating activities: | | |
| Depreciation and amortization | 14,654 | 14,778 |
| Stock-based compensation expense | 1,514 | 1,181 |
| Loss/(gain) on sale of fixed assets, net | 136 | (510) |
| Gain on sale of route businesses | (1,163) | (110) |
| Impairment charges | 1,000 | -- |
| Deferred income taxes | 154 | 1,353 |
| Provision for doubtful accounts | 363 | 852 |
| Changes in operating assets and liabilities | (7,870) | (9,977) |
| Net cash provided by operating activities | 25,599 | 27,475 |
| Investing activities: | | |
| Purchases of fixed assets | (17,242) | (18,572) |
| Purchases of route businesses | (4,393) | (11,142) |
| Proceeds from sale of fixed assets | 165 | 1,600 |

```
Proceeds from sale of route businesses              6,364      4,528
Net cash used in investing activities             (15,106)   (23,586)
                                                  ----------- -----------

Financing activities:
Dividends paid to stockholders                    (11,202)   (11,043)
Issuances of common stock                           2,481      4,567
Repurchases of common stock                        (1,152)      (703)
Repayments of long-term debt                       (4,062)    (8,652)
Net (repayments)/proceeds from existing
 credit facilities                                 (5,000)    14,935
Net cash used in financing activities             (18,935)      (896)
                                                  ----------- -----------

Effect of exchange rate changes on cash                --       (185)
                                                  ----------- -----------

(Decrease)/increase in cash and cash
 equivalents                                       (8,442)     2,808
Cash and cash equivalents at beginning of
 period                                            14,080      9,276
Cash and cash equivalents at end of period  $      5,638 $    12,084
                                            ===  ======  === ======

Supplemental information:
Cash paid for income taxes, net of refunds
 of $- and $30, respectively                $      3,795 $    10,196
Cash paid for interest                      $      2,126 $     2,700
```

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Reconciliation of Non-GAAP Measures (Unaudited)
For the Quarters Ended March 29, 2014 and March 30, 2013

| (in thousands, except share data) | Net of Tax | Per Diluted Share |
|---|---|---|
| Quarter Ended March 29, 2014 | | |
| Net income attributable to Snyder's-Lance, Inc. | $16,816 $ | 0.238 |
| Impairment charges | 631 | 0.009 |
| Self-funded medical insurance claim | 564 | 0.008 |
| Professional fees | 214 | 0.003 |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $18,225 $ | 0.258 |
| Quarter Ended March 30, 2013 | | |
| Net income attributable to Snyder's-Lance, Inc. | $19,843 $ | 0.284 |
| * No special items in the first quarter of 2013 | -- | -- |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $19,843 $ | 0.284 |

SOURCE Snyder's-Lance, Inc.

/CONTACT: Mark Carter, VP Strategic Initiatives and Investor Relations Officer (704) 557-8386

/Web site: http://www.snyderslance.com

Access Investor Kit for Snyder's-Lance, Inc.

Visit http://www.companyspotlight.com/partner?cp_code=A591&isin=US8335511049

8 May 2014 06:03 ET *Snyders-Lance 1Q Adj EPS 26c >LNCE

8 May 2014 06:04 ET *Snyders-Lance Sees 2014 Revenue Up 3%-5%>LNCE

Corrections & Amplifications

This item was corrected at 6:06 a.m. ET to adjust date from 2013 to 2014.

8 May 2014 06:04 ET *Correct: Snyders-Lance Sees 2014 Revenue Up 3%-5%>LNCE

8 May 2014 06:04 ET *Snyders-Lance Sees 2014 Adj EPS Up 10%-16%>LNCE

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

May 08, 2014 06:04 ET (10:04 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** May 9, 2014

End of Document



# Snyder's-Lance, Inc. Reports Results for First Quarter 2014; - Reports 2014 first quarter net revenue of $437 million, a 4.4% increase over prior year

PR Newswire

May 8, 2014 Thursday 6:00 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 2211 words

**Dateline:** CHARLOTTE, N.C., May 8, 2014

# Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its first quarter of 2014. Net revenue for the first quarter ended March 29, 2014 was $437 million, an increase of 4.4% compared to prior year net revenue of $419 million. Net income excluding special items in the first quarter of 2014 was $18.2 million, or $0.26 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Net income including special items was $16.8 million for the first quarter of 2014, or $0.24 per diluted share, as compared to net income of $19.8 million for the first quarter of 2013, or $0.28 per diluted share. Special items for the first quarter of 2014 included after-tax charges of $1.4 million consisting primarily of an impairment charge and certain acquisition related costs. There were no special items in the first quarter of 2013.

Comments from Management

"Snyder's-Lance is off to a good start in 2014. As we discussed in our last earnings call, we continued developing our core brands with stepped up investments to support the first quarter new products roll out by significantly increasing our spend over last year", commented Carl E. Lee, Jr., President and Chief Executive Officer. "In addition to these marketing initiatives, during the first quarter we introduced a substantial number of innovative new product offerings including Snyder's of Hanover® Sweet and Salty pretzel pieces, Korn Kruncherstm and our successful line of Lance® Bolds sandwich crackers. Snyder's of Hanover pretzels had strong growth, driven by the new products and innovation while we also expanded the distribution of our Cape Cod® kettle-cooked chips in the western regions of the country, helping to increase revenues substantially when compared to the first quarter of 2013. Just as exciting, we once again saw double-digit revenue growth and market share growth compared to the prior year for our Snack Factory® **Pretzel Crisps**® pretzel crackers and we have put in place robust marketing and development initiatives focused on our Lance® sandwich crackers. We continued to show growth in our Partner brand and Other product categories due to increased distribution."

"I'm proud of how our team continues to drive our business, making Snyder's-Lance a stronger company every day. As announced earlier this week, we have two important transactions in process as we look to acquire Baptista's Bakery and sell our Private Brands to Shearer's Foods. These two events are important steps along our overall strategic plan and are significant advancements in our drive to focus on branded products and on-trend product innovation. Credit for our success goes to our associates who are dedicated and hard working. I want to say "Thanks" for a good start to 2014, and look forward to the balance of 2014 with enthusiasm."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on May 30, 2014 to stockholders of record at the close of business on May 22, 2014.

Estimates provided for 2014

Snyder's-Lance, Inc. Reports Results for First Quarter 2014; - Reports 2014 first quarter net revenue of $437 million, a 4.4% increase over prior year

The Company estimates remain unchanged with net revenue for the full year 2014 expected to be up 3% to 5% organically when compared to 2013. Earnings per diluted share are expected to increase between 10% and 16% compared to 2013 earnings per diluted share, excluding special items. Capital expenditures for 2014 are projected to be between $70 and $75 million as investments are made in plant improvements, quality, capacity and innovation. Once the pending transactions are closed, we will provide updated estimates for 2014.

Conference Call

Management will conduct a conference call and live webcast at 9:00 am eastern time on Thursday, May 8, 2014 to review the Company's first quarter results as well as the recently announced agreement to sell Private Brands to Shearer's Foods and the recently announced agreement to acquire Baptista's Bakery. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website,http://www.snyderslance.com. In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at http://www.snyderslance.com. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. A continuous telephone replay of the call will be available between 3:00pm on May 8 and midnight on May 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 35042167. Investors may also access a web-based replay of the conference call at http://www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, Quitos(TM) and Padrinos® brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions and statements regarding the Company's pending acquisition of Baptista's Bakery and the sale of its Private Brands to Shearer's Foods, which are subject to a number of risks and uncertainties, including the ability of Shearer's Foods to obtain financing to complete the purchase of Private Brands and our ability to generate revenues and earnings currently generated by Private Brands and cost reductions to offset overhead costs previously covered by Private Brands. Factors that could cause actual results to differ include general economic conditions; volatility in the price, or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions; failure to close the announced transactions with Baptista's Bakery and Shearer's Foods, loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Snyder's-Lance, Inc. Reports Results for First Quarter 2014; - Reports 2014 first quarter net revenue of $437 million, a 4.4% increase over prior year

SNYDER'S-LANCE, INC. AND SUBSIDIARIES

Condensed Consolidated Statements of Income (Unaudited)

For the Quarters Ended March 29, 2014 and March 30, 2013

| (in thousands, except per share data) | Quarter Ended March 29, 2014 | | March 30, 2013 | |
|---|---|---|---|---|
| Net revenue | $ | 436,828 | $ | 418,572 |
| Cost of sales | 288,027 | | 273,776 | |
| Gross margin | 148,801 | | 144,796 | |
| | | | | |
| Selling, general and administrative | 122,106 | | 110,996 | |
| Impairment charges | 1,000 | | - | |
| Gain on sale of route businesses, net | (1,163) | | (110) | |
| Other income, net | (254) | | (1,476) | |
| Income before interest and income taxes | 27,112 | | 35,386 | |
| | | | | |
| Interest expense, net | 3,390 | | 3,439 | |
| Income before income taxes | 23,722 | | 31,947 | |
| | | | | |
| Income tax expense | 6,911 | | 12,039 | |
| Net income | 16,811 | | 19,908 | |
| Net (loss)/income attributable to noncontrolling interests | (5) | | 65 | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 16,816 | $ | 19,843 |
| | | | | |
| Basic earnings per share | $ | 0.24 | $ | 0.29 |
| Weighted average shares outstanding - basic | 69,997 | | 68,992 | |
| | | | | |
| Diluted earnings per share | $ | 0.24 | $ | 0.28 |
| Weighted average shares outstanding - diluted | 70,771 | | 69,839 | |
| | | | | |
| Cash dividends declared per share | $ | 0.16 | $ | 0.16 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES

Condensed Consolidated Balance Sheets (Unaudited)

As of March 29, 2014 and December 28, 2013

Snyder's-Lance, Inc. Reports Results for First Quarter 2014; - Reports 2014 first quarter net revenue of $437 million, a 4.4% increase over prior year

| (in thousands, except share data) | March 29, 2014 | | December 28, 2013 | |
|---|---|---|---|---|
| ASSETS | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 5,638 | | $ 14,080 |
| Accounts receivable, net of allowances of $1,396 and $1,579, respectively | 152,604 | | 144,988 | |
| Inventories | 123,929 | | 113,750 | |
| Prepaid income taxes | 5,072 | | 9,094 | |
| Deferred income taxes | 14,990 | | 15,391 | |
| Assets held for sale | 13,036 | | 15,314 | |
| Prepaid expenses and other current assets | 24,047 | | 23,649 | |
| Total current assets | 339,316 | | 336,266 | |
| | | | | |
| Noncurrent assets: | | | | |
| Fixed assets | 353,709 | | 349,256 | |
| Goodwill | 535,757 | | 537,141 | |
| Other intangible assets, net | 517,775 | | 519,669 | |
| Other noncurrent assets | 21,726 | | 22,262 | |
| Total assets | $ | 1,768,283 | | $ 1,764,594 |
| | | | | |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | |
| | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | 17,291 | | $ 17,291 |
| Accounts payable | 67,991 | | 54,510 | |
| Accrued compensation | 22,085 | | 29,792 | |
| Accrued casualty insurance claims | 6,262 | | 6,262 | |
| Accrued selling and promotional costs | 13,922 | | 13,257 | |
| Other payables and accrued liabilities | 27,837 | | 25,092 | |
| Total current liabilities | 155,388 | | 146,204 | |
| | | | | |
| Noncurrent liabilities: | | | | |
| Long-term debt | 470,760 | | 480,082 | |
| Deferred income taxes | 190,146 | | 190,393 | |
| Accrued casualty insurance claims | 6,027 | | 5,567 | |
| Other noncurrent liabilities | 21,459 | | 24,448 | |
| Total liabilities | 843,780 | | 846,694 | |

Commitments and contingencies

Stockholders' equity:

| | | |
|---|---|---|
| Common stock, $0.83 1/3 par value. Authorized 110,000,000 shares; 70,079,148 and 69,891,890 shares outstanding, respectively | 58,397 | 58,241 |
| Preferred stock, $1.00 par value. Authorized 5,000,000 shares; no shares outstanding | - | - |
| Additional paid-in capital | 767,860 | 765,172 |
| Retained earnings | 90,760 | 85,146 |
| Accumulated other comprehensive income | 8,321 | 10,171 |
| Total Snyder's-Lance, Inc. stockholders' equity | 925,338 | 918,730 |
| Noncontrolling interests | (835) | (830) |
| Total stockholders' equity | 924,503 | 917,900 |
| Total liabilities and stockholders' equity | $ 1,768,283 | $ 1,764,594 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES

Condensed Consolidated Statements of Cash Flows (Unaudited)

For the Quarters Ended March 29, 2014 and March 30, 2013

| (in thousands) | Quarter Ended March 29, 2014 | March 30, 2013 |
|---|---|---|
| Operating activities: | | |
| Net income | $ 16,811 | $ 19,908 |
| Adjustments to reconcile net income to cash from operating activities: | | |
| Depreciation and amortization | 14,654 | 14,778 |
| Stock-based compensation expense | 1,514 | 1,181 |
| Loss/(gain) on sale of fixed assets, net | 136 | (510) |
| Gain on sale of route businesses | (1,163) | (110) |
| Impairment charges | 1,000 | - |
| Deferred income taxes | 154 | 1,353 |
| Provision for doubtful accounts | 363 | 852 |
| Changes in operating assets and liabilities | (7,870) | (9,977) |
| Net cash provided by operating activities | 25,599 | 27,475 |

Investing activities:

| | | |
|---|---|---|
| Purchases of fixed assets | (17,242 ) | (18,572 ) |
| Purchases of route businesses | (4,393) | (11,142 ) |
| Proceeds from sale of fixed assets | 165 | 1,600 |
| Proceeds from sale of route businesses | 6,364 | 4,528 |
| Net cash used in investing activities | (15,106 ) | (23,586 ) |

Financing activities:

| | | |
|---|---|---|
| Dividends paid to stockholders | (11,202 ) | (11,043 ) |
| Issuances of common stock | 2,481 | 4,567 |
| Repurchases of common stock | (1,152) | (703) |
| Repayments of long-term debt | (4,062) | (8,652) |
| Net (repayments)/proceeds from existing credit facilities | (5,000) | 14,935 |
| Net cash used in financing activities | (18,935 ) | (896) |
| Effect of exchange rate changes on cash | - | (185) |
| (Decrease)/increase in cash and cash equivalents | (8,442) | 2,808 |
| Cash and cash equivalents at beginning of period | 14,080 | 9,276 |
| Cash and cash equivalents at end of period | $ 5,638 | $ 12,084 |

Supplemental information:

| | | |
|---|---|---|
| Cash paid for income taxes, net of refunds of $- and $30, respectively | $ 3,795 | $ 10,196 |
| Cash paid for interest | $ 2,126 | $ 2,700 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES

Reconciliation of Non-GAAP Measures (Unaudited)

For the Quarters Ended March 29, 2014 and March 30, 2013

| (in thousands, except share data) | Net of Tax | Per Diluted Share | |
|---|---|---|---|
| Quarter Ended March 29, 2014 | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ 16,816 | | $ 0.238 |
| Impairment charges | 631 | 0.009 | |

| | | | | |
|---|---|---|---|---|
| Self-funded medical insurance claim | | 564 | | 0.008 |
| Professional fees | | 214 | | 0.003 |
| | | | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 18,225 | $ | 0.258 |
| | | | | |
| Quarter Ended March 30, 2013 | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 19,843 | $ | 0.284 |
| | | | | |
| * No special items in the first quarter of 2013 | - | | - | |
| | | | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 19,843 | $ | 0.284 |

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, VP Strategic Initiatives and Investor Relations Officer (704) 557-8386

**Load-Date:** May 14, 2014

---

End of Document



# Snyder's-Lance to pay $195M for Baptista's

Milwaukee Business Journal (Wisconsin)

May 8, 2014 Thursday

Copyright 2014 American City Business Journal, Inc. All Rights Reserved



**Length:** 230 words

**Byline:** David Schuyler

## Body

Snyder's-Lance Inc., the snack manufacturer that produces Snyder's of Hanover pretzels, is paying $195 million to acquire Baptista's Bakery Inc. in Franklin, Snyder's-Lance said Thursday in a conference call.

Charlotte, N.C.-based Snyder's-Lance (Nasdaq: LNCE) announced Wednesday its agreement to buy Baptista's, a snack food manufacturer with a 260,000-square-foot plant in Franklin and 337 employees. Nan Gardetto is the owner of Baptista's Bakery.

Baptista's supplies Snyder's-Lance with its Snack Factory **Pretzel Crisp** brand, a growing brand for the publicly traded company. Snyder's-Lance president and CEO Carl Lee Jr. said the acquisition will help the company grow its lines of healthier and nutritional snacks, including organic and gluten-free, multi-grain and enriched products.

The deal represents the second time a large food company has acquired a local Gardetto-owned company. The family owned Gardetto's Bakery Inc. was sold to General Mills Inc. in 1999. Gardetto's operated two facilities at the time, one on South Sixth Street in Milwaukee and one on Oakwood Park Drive in Franklin. The Gardetto family retained the Franklin facility, which it built in 1997, and used it to establish Baptista's Bakery.

Did you find this article useful? Why not subscribe to Milwaukee Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** May 8, 2014

End of Document



# Franklin snack-maker sold | N.C. firm buying Baptista's Bakery hopes to expand

Milwaukee Journal Sentinel (Wisconsin)

May 8, 2014 Thursday, Final Edition

Copyright 2014 Journal Sentinel Inc.

**Section:** D Business; Pg. 3

**Length:** 393 words

**Byline:** RICK ROMELL, rromell@journalsentinel.com Milwaukee Journal Sentinel, , Milwaukee Journal Sentinel (WI)

## Body

Growing Milwaukee-area snack food maker Baptista's Bakery Inc. is being sold to a North Carolina company.

The buyer, Charlottebased food producer Snyder's-Lance Inc., said it is "committed to retaining and growing" the 375-employee Baptista's operation in Franklin.

The pending acquisition appears to be another victory for Baptista's owner and CEO, Nan Gardetto.

She helped build a previous family-owned business, Gardetto's Bakery, into a $100 million-a-year firm that was purchased in 1999 by General Mills. Gardetto then helped launch Baptista's, which started with 45 employees and has grown into one of the 75 largest closely held companies in Wisconsin. Gardetto's Bakery made its name with Snak-Ens, a savory mix of rye chips, bread sticks and other goodies based on a recipe from Gardetto's mother.

Baptista's has been a snack-food innovator, too, developing such products as tortilla chips with a dippingfriendly basket shape.

The company has more than doubled employment since 2011, when it had a workforce of 160. In 2012, it completed a $70 million expansion and equipment upgrade that roughly doubled the size of its building to 260, 000 square feet. Baptista's received up to $2.26 million in state tax credits and a $500,000 grant from the City of Franklin.

Baptista's is a contract manufacturer, making products for other companies. One of those is Snyder's-Lance, for which Baptista's produces the **Pretzel Crisps** line.

Among other Snyder's-Lance brands are Snyder's of Hanover pretzels, Jays potato chips and Archway cookies.

Snacks are a bright spot in the slow-growth food industry, said Harry Balzer, chief industry analyst with NPD Group, a consumer marketing research firm.

In a still-tight economy, he said, Americans have been forced to eat more meals at home and have been seeking ways to make that as convenient as possible. One answer: snack foods, particularly those that can accompany a meal.

"The No. 1 food eaten in America is a sandwich, and the No. 1 side dish to that sandwich is a chip," Balzer said. "It's the hot property in the food business, so you can see why there's an interest in it."

Copyright 2014, Journal Sentinel Inc. All rights reserved. (Note: This notice does not apply to those news items already copyrighted and received through wire services or other media.)

Copyright, 2014, Journal Sentinel, All Rights Reserved.

**Load-Date:** May 9, 2014

End of Document



# Herbalife to repurchase $266 million shares

Winston-Salem Journal (North Carolina)

May 8, 2014 Thursday, DAILY Edition

Copyright 2014 Media General Communications Holdings, LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** A; Pg. 11

**Length:** 744 words

**Byline:** JOURNAL STAFF REPORT

## Body

Herbalife Ltd. said in a regulatory filing Wednesday that it has entered into an agreement with Merrill Lynch International to repurchase $266 million of Herbalife's common shares as part of its share repurchase program.

Herbalife said in its firstquarter earnings report it had spent $255 million during April to repurchase about 4.5 million outstanding common shares. The company's board of directors expected to spend up to $581 million on the program during the second quarter.

Herbalife said it would use cash on hand to make the repurchase. It will receive a portion of the repurchased shares on pre-determined dates, and the remainder upon completion of the program.

The transaction is expected to be completed no later than June 30. Shares that are repurchased will be retired.

Herbalife says it is on pace for opening its $130 million manufacturing plant in Winston-Salem this year, with powder production beginning early next week.

Spokesman Julian Cacchioli said April 15 that the company started receiving raw ingredients into the facility ahead of initial production runs. 'Our workforce is now approaching 200,' he said. It expects to complete the hiring of 493 fulltime employees by the end of 2015.

Richard Craver

Mediation to be completed in discrimination suit

A discrimination lawsuit involving a Thomasville mattress company is expected to complete the mediation process by May 14, according to a legal filing issued Wednesday.

The Equal Employment Opportunity Commission filed a complaint against Carolina Mattress Guild Inc. on Aug. 28 in the U.S. District Court for the Middle District of N.C. The EEOC has requested a jury trial. The site of the trial has not been set.

The lawsuit alleges the company 'unlawfully fired' a black employee, Ricky Clark, who complained about racial comments that included the 'N-word' made by a white employee between June and August 2012. The suit identified another black employee, Kenneth Clark, who was subjected to the same racial epithet by the white employee. The men are not related.

The company has said it let go of a former worker for 'legitimate, nondiscriminatory reasons.' If mediation does not resolve the dispute, the lawsuit has been placed on a master calendar for April.

Richard Craver

Snyder's-Lance plans purchase and sale

Snyder's-Lance Inc. announced Wednesday two major transactions in which it plans to buy Baptista's Bakery Inc., maker of Snack Factory **Pretzel Crisps**, and sell off its Private Brands division, along with two manufacturing plants in the United States and Canada, to Shearer's Foods LLC of Massillon, Ohio.

The price of the Baptista deal was not disclosed. Snyder's-Lance said it is selling Private Brands and the plants for $430 million.

Baptista, based in Franklin, Wis., is known for making baked snack foods. Snyder-Lance said it plans to keep the Baptista plant.

Snyder's-Lance said the decision to sell Private Brands is to 'focus entirely on its branded products by placing more resources to work on growth categories, such as better for you, nutritional and premium snacks.'

Richard Craver

BorgWarner Turbo Systems to expand in Buncombe

BorgWarner Turbo Systems said Wednesday it is expanding its manufacturing operations in Buncombe County. The company plans to create 63 jobs and spend more than $32 million on capital investments over three years in Arden.

BorgWarner is a manufacturer of turbocharging technologies designed to improve fuel economy, emissions and performance for a wide range of vehicles, from commercial trucks and off-highway equipment to high-performance race cars.

The average annual wage for the new jobs will be $69,524 plus benefits. By comparison, the Buncombe County average annual wage is $35,784.

The company has been made eligible for up to $126,000 in performancebased incentives from the One North Carolina Fund, as well as matching local incentives.

Richard Craver

U-Haul opens center in Wake Forest

U-Haul Co. of Raleigh said Wednesday it has opened a moving and storage center in a former Burlington Mills plant in Wake Forest.

The property sits on 35.2 acres and contains several buildings totaling 324,841 square feet, including, two brick buildings that were formerly used as an old boiler house and water-filtration plant.

Preliminary plans call for this property to be used for selfstorage, climate-controlled selfstorage, U-Box pod storage, recreational vehicle parking and possibly a future repair shop.

Richard Craver

**Load-Date:** May 11, 2014

End of Document



# Herbalife to repurchase $266 million shares

Winston-Salem Journal (North Carolina)

May 8, 2014 Thursday, DAILY EDITION

Copyright 2014 Winston-Salem Journal All Rights Reserved

**Section:** A; Pg. 11

**Length:** 739 words

# Body

Herbalife Ltd. said in a regulatory filing Wednesday that it has entered into an agreement with Merrill Lynch International to repurchase $266 million of Herbalife's common shares as part of its share repurchase program.

Herbalife said in its firstquarter earnings report it had spent $255 million during April to repurchase about 4.5 million outstanding common shares. The company's board of directors expected to spend up to $581 million on the program during the second quarter.

Herbalife said it would use cash on hand to make the repurchase. It will receive a portion of the repurchased shares on pre-determined dates, and the remainder upon completion of the program.

The transaction is expected to be completed no later than June 30. Shares that are repurchased will be retired.

Herbalife says it is on pace for opening its $130 million manufacturing plant in Winston-Salem this year, with powder production beginning early next week.

Spokesman Julian Cacchioli said April 15 that the company started receiving raw ingredients into the facility ahead of initial production runs. 'Our workforce is now approaching 200,' he said. It expects to complete the hiring of 493 fulltime employees by the end of 2015.

Richard Craver

Mediation to be completed in discrimination suit

A discrimination lawsuit involving a Thomasville mattress company is expected to complete the mediation process by May 14, according to a legal filing issued Wednesday.

The Equal Employment Opportunity Commission filed a complaint against Carolina Mattress Guild Inc. on Aug. 28 in the U.S. District Court for the Middle District of N.C. The EEOC has requested a jury trial. The site of the trial has not been set.

The lawsuit alleges the company 'unlawfully fired' a black employee, Ricky Clark, who complained about racial comments that included the 'N-word' made by a white employee between June and August 2012. The suit identified another black employee, Kenneth Clark, who was subjected to the same racial epithet by the white employee. The men are not related.

The company has said it let go of a former worker for 'legitimate, nondiscriminatory reasons.' If mediation does not resolve the dispute, the lawsuit has been placed on a master calendar for April.

Richard Craver

Herbalife to repurchase $266 million shares

Snyder's-Lance plans purchase and sale

Snyder's-Lance Inc. announced Wednesday two major transactions in which it plans to buy Baptista's Bakery Inc., maker of Snack Factory **Pretzel Crisps**, and sell off its Private Brands division, along with two manufacturing plants in the United States and Canada, to Shearer's Foods LLC of Massillon, Ohio.

The price of the Baptista deal was not disclosed. Snyder's-Lance said it is selling Private Brands and the plants for $430 million.

Baptista, based in Franklin, Wis., is known for making baked snack foods. Snyder-Lance said it plans to keep the Baptista plant.

Snyder's-Lance said the decision to sell Private Brands is to 'focus entirely on its branded products by placing more resources to work on growth categories, such as better for you, nutritional and premium snacks.'

Richard Craver

BorgWarner Turbo Systems to expand in Buncombe

BorgWarner Turbo Systems said Wednesday it is expanding its manufacturing operations in Buncombe County. The company plans to create 63 jobs and spend more than $32 million on capital investments over three years in Arden.

BorgWarner is a manufacturer of turbocharging technologies designed to improve fuel economy, emissions and performance for a wide range of vehicles, from commercial trucks and off-highway equipment to high-performance race cars.

The average annual wage for the new jobs will be $69,524 plus benefits. By comparison, the Buncombe County average annual wage is $35,784.

The company has been made eligible for up to $126,000 in performancebased incentives from the One North Carolina Fund, as well as matching local incentives.

Richard Craver

U-Haul opens center in Wake Forest

U-Haul Co. of Raleigh said Wednesday it has opened a moving and storage center in a former Burlington Mills plant in Wake Forest.

The property sits on 35.2 acres and contains several buildings totaling 324,841 square feet, including, two brick buildings that were formerly used as an old boiler house and water-filtration plant.

Preliminary plans call for this property to be used for selfstorage, climate-controlled selfstorage, U-Box pod storage, recreational vehicle parking and possibly a future repair shop.

Richard Craver

**Load-Date:** May 11, 2014

---

End of Document



# Press Release: Snyder's-Lance, Inc. Announces Results from Annual Meeting of Stockholders

Dow Jones Institutional News

May 8, 2014 Thursday 10:30 PM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

**◻ DOW JONES** NEWSWIRES

**Length:** 520 words

## Body

Snyder's-Lance, Inc. Announces Results from Annual Meeting of Stockholders

PR Newswire

CHARLOTTE, N.C., May 8, 2014

CHARLOTTE, N.C., May 8, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced the results from its Annual Meeting of Stockholders held on May 6, 2014. The stockholders approved each of the proposals voted on at the meeting.

Election of Directors

The following nominees were elected to the Snyder's-Lance, Inc. Board of Directors to serve until the Annual Meeting of Stockholders in 2017:

    -- C. Peter Carlucci, Jr.

    -- James W. Johnston

    -- W. J. Prezzano

    -- Patricia A. Warehime

The Board of Directors is currently comprised of eleven members, each of whom serves a three-year term.

Advisory Vote on Executive Compensation

The stockholders approved the advisory resolution approving the compensation paid to Snyder's-Lance, Inc. named executive officers.

Snyder's-Lance, Inc. 2014 Director Stock Plan

The stockholders approved the Snyder's-Lance, Inc. 2014 Director Stock Plan effective May 6, 2014.

Number of the Members of the Board of Directors

The stockholders approved an amendment to Section 3.2 of the Snyder's-Lance, Inc. Bylaws changing the number of the members of the Board of Directors to a minimum of 7 and a maximum of 13.

Ratification of Selection of PricewaterhouseCoopers LLP as Independent Public Accountants

The stockholders ratified the selection of PricewaterhouseCoopers LLP as the independent registered public accounting firm for fiscal year 2014.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), Quitos(TM) and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

SOURCE Snyder's-Lance, Inc.

/CONTACT: Mark Carter, VP and Investor Relations Officer (704) 557-8386

/Web site: http://www.snyderslance.com

Access Investor Kit for Snyder's-Lance, Inc.

Visit http://www.companyspotlight.com/partner?cp_code=A591&isin=US8335511049

8 May 2014 18:30 ET *Snyders-Lance: Stockholders Approved All Proposals Voted on at Meeting >LNCE

8 May 2014 18:31 ET *Snyders-Lance: C. Peter Carlucci, Jr, James W. Johnston, W. J. Prezzano, Patricia A. Warehime Elected to Board

8 May 2014 18:32 ET *Snyders-Lance: Board of 11 Members, Each of Whom Serves Three-Year Term

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

May 08, 2014 18:32 ET (22:32 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** May 9, 2014

End of Document



# Snyder's-Lance, Inc. Announces Results from Annual Meeting of Stockholders

PR Newswire

May 8, 2014 Thursday 6:30 PM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 391 words

**Dateline:** CHARLOTTE, N.C., May 8, 2014

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced the results from its Annual Meeting of Stockholders held on May 6, 2014. The stockholders approved each of the proposals voted on at the meeting.

Election of Directors

The following nominees were elected to the Snyder's-Lance, Inc. Board of Directors to serve until the Annual Meeting of Stockholders in 2017:

C. Peter Carlucci, Jr. James W. Johnston W. J. Prezzano Patricia A. Warehime

The Board of Directors is currently comprised of eleven members, each of whom serves a three-year term.

Advisory Vote on Executive Compensation

The stockholders approved the advisory resolution approving the compensation paid to Snyder's-Lance, Inc. named executive officers.

Snyder's-Lance, Inc. 2014 Director Stock Plan

The stockholders approved the Snyder's-Lance, Inc. 2014 Director Stock Plan effective May 6, 2014.

Number of the Members of the Board of Directors

The stockholders approved an amendment to Section 3.2 of the Snyder's-Lance, Inc. Bylaws changing the number of the members of the Board of Directors to a minimum of 7 and a maximum of 13.

Ratification of Selection of PricewaterhouseCoopers LLP as Independent Public Accountants

The stockholders ratified the selection of PricewaterhouseCoopers LLP as the independent registered public accounting firm for fiscal year 2014.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, Quitos(TM) and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, VP and Investor Relations Officer (704) 557-8386

**Load-Date:** May 9, 2014

End of Document



# Snyder's-Lance profit falls in first quarter

Charlotte Observer (North Carolina)

May 8, 2014 Thursday

Copyright 2014 The Charlotte Observer All Rights Reserved

## The Charlotte Observer

Found on Charlotte ● com

**Length:** 254 words

**Byline:** Andrew Dunn

adunn@charlotteobserver.com

**Dateline:** May 8 2014

# Body

Charlotte-based Snyder's-Lance said Thursday that its net income shrank slightly in the first quarter as it launched new products and worked through acquisitions.

The snack maker earned $16.8 million in the quarter, down about 15 percent from the year before.

But executives said their earnings exceeded expectations. Revenue rose 4 percent, to $437 million, as new products sold better than hoped. That includes the company's new Snyder's of Hanover Sweet and Salty and Korn Krunchers pretzels.

The company also said it spent more than it usually does on marketing in the quarter to help launch those new lines.

The earnings report came a day after Snyder's-Lance announced two significant transactions that bolster its presence in relatively healthier snacks and refocus the company on name brands.

The company agreed to buy Wisconsin-based Baptista's Bakery Inc., a private-label baked snack manufacturer. It already produces the Snyder's-Lance Snack Factory **Pretzel Crisps** line and is known for "better for you" snacks. The category encompasses snacks that have a redeeming nutritional value, such as a gluten-free snack or one that has whole grains.

Snyder's-Lance also said it would sell its private brands business, which makes cookies and crackers under names that are alternatives to national brands. Ohio-based Shearer's Foods LLC will acquire the business and two manufacturing facilities in the deal.

Shares in Snyder's-Lance closed Thursday at $26.88, down less than 1 percent.

Dunn: 704-358-5235; Twitter: @andrew_dunn

**Load-Date:** May 9, 2014

Snyder's-Lance profit falls in first quarter

End of Document



# Snyder's-Lance to acquire Baptista's Bakery

Progressive Media - Company News

May 8, 2014 Thursday

Copyright 2014 Progressive Media Group Limited All Rights Reserved

ProgressiveMedia :>:

**Section:** COMPANY NEWS; Business Expansions

**Length:** 388 words

**Highlight:** US-based snack food producer Snyder's-Lance has signed a definitive agreement to acquire Baptista's Bakery, which produces baked snack foods and 'better for you' snacks.

## Body

US-based snack food producer Snyder's-Lance has signed a definitive agreement to acquire Baptista's Bakery, which produces baked snack foods and 'better for you' snacks.

As part of the deal, Snyder's-Lance will acquire a 100% stake in Baptista's Bakery, along with its manufacturing facility in Franklin, Wisconsin.

Baptista's Bakery is a developer and manufacturer of baked snacks for snack companies and retailers across the US.

It is also supplies Snack Factory **Pretzel Crisps** to Snyder's-Lance.

This deal is part of Snyder's-Lance's plan to sharpen its focus on its branded products in growth categories such as 'better for you' and other emerging products which are driven by consumer preferences and insights.

Snyder's-Lance president and CEO Carl Lee Jr said that the Baptista's team is strong and dedicated, with many new product ideas which will be an excellent pairing for the company's brands.

"We are committed to retaining and growing the Franklin, Wisconsin facility, which is strategically well positioned within our network.

"By combining the resources and expertise of Baptista's with the scale of Snyder's-Lance, we will accelerate our ability to deliver exciting, on-trend snacks and product innovation while expanding our 'better for you' products and gaining needed capacity for our growing Snyder's of Hanover pretzels," Lee added.

Baptista's Bakery CEO and founder Nan Gardetto said, "The combination of Baptista's quality and product innovation teamed with the marketing, sales and distribution capabilities of Snyder's-Lance means our best accomplishments are yet to come."

The transaction, which is expected to be completed in the second quarter of 2014, is subject to regulatory approvals and customary closing conditions.

The financial details of the deal were not disclosed.

Baptista's Bakery was established after Gardetto's Bakery was divested to General Mills in 1999.

While Gardetto's operated two facilities at the time of the sale, one in Milwaukee and the other in Franklin, the Gardetto family retained the Franklin facility, which it built in 1997, and utilised it to establish Baptista's Bakery.

Headquartered in Charlotte, North Carolina, Snyder's-Lance manufactures and markets snack foods such as pretzels, sandwich crackers, pretzel crackers, potato chips and cookies in the US and internationally.

**Load-Date:** May 9, 2014

---

End of Document



# Snyder's-Lance to buy snack foods producer Baptista's Bakery

Progressive Media - Company News

May 8, 2014 Thursday

Copyright 2014 Progressive Media Group Limited All Rights Reserved

ProgressiveMedia :>:

**Section:** SAVORY SNACKS; Business Expansions

**Length:** 214 words

**Highlight:** Snyder's-Lance, a US-based salty snack maker, has agreed to buy Baptista's Bakery, a producer of baked snack foods and 'better for you' snacks.

## Body

As part of the agreement, Snyder's-Lance will acquire 100% stake in Baptista's Bakery, and its manufacturing facility.

Baptista's is a supplier of Snyder's-Lance's Snack Factory Snack Factory **Pretzel Crisps** brand.

Snyder's-Lance noted that Baptista's holds capabilities consistent with its innovation plans. The deal is expected to allow Snyder's-Lance to sharpen its focus on its branded products in growth categories.

Baptista's Bakery was established in 1999 following the sale of Gardetto's Bakery to General mills.

Snyder's-Lance president and CEO Carl Lee said the team at Baptista's is strong and dedicated, with many new product ideas which will be an excellent pairing for company's brands.

"By combining the resources and expertise of Baptista's with the scale of Snyder's-Lance, we will accelerate our ability to deliver exciting, on-trend snacks and product innovation while expanding our 'better for you' products and gaining needed capacity for our growing Snyder's of Hanover pretzels," Lee added.

The transaction, which is expected to be completed in the second quarter of 2014, is subject to regulatory approvals and customary closing conditions.

Image: Snyder's-Lance to acquire snack foods producer Baptista's Bakery. Photo: courtesy of phanlop88/ FreeDigitalPhotos.net.

**Load-Date:** May 9, 2014

End of Document



# Press Release: Snyder's-Lance Inc. Signs Definitive Agreement to Acquire Baptista's Bakery Inc.

Dow Jones Institutional News

May 7, 2014 Wednesday 9:45 AM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

⌐ **DOW JONES** NEWSWIRES

**Length:** 1679 words

# Body

Snyder's-Lance Inc. Signs Definitive Agreement to Acquire Baptista's Bakery Inc.

- Supports Snyder's-Lance focus on branded product innovation and manufacturing capabilities

- Supplier of our fast growing Snack Factory(R) **Pretzel Crisps**(R) brand

- Includes innovative manufacturing facility in Franklin, WI

- Commentary from management during Snyder's-Lance first quarter earnings call, scheduled for Thursday, May 8th

PR Newswire

CHARLOTTE, N.C., May 7, 2014

CHARLOTTE, N.C., May 7, 2014 /PRNewswire/ -- Snyder's-Lance, Inc. (NASDAQ: LNCE) ("Snyder's-Lance") today announced a definitive agreement has been signed to acquire Baptista's Bakery, Inc. ("Baptista's"), an industry leader in baked snack foods and "better for you" snacks consistent with emerging consumer trends. They are the manufacturer of our fast growing Snack Factory(R) **Pretzel Crisps**(R) brand and have unique capabilities consistent with the innovation plans of Snyder's-Lance. This transaction supports efforts by Snyder's-Lance to sharpen its focus on our branded products in growth categories such as "better for you" and other emerging products which are driven by consumer preferences and insights.

"Baptista's is a leader in highly differentiated snacks, and we're excited to be working with their talented, creative team" said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "Baptista's is a company that has excelled in providing exceptional product quality and innovation while commercializing production in ways that are effective and unique. The team at Baptista's is strong and dedicated, with many new product ideas which will be an excellent pairing for our brands. Our culture and values fit well with those of Baptista's which are focused on a dedication to employees and to the community. We are committed to retaining and growing the Franklin, Wisconsin facility, which is strategically well positioned within our network. By combining the resources and expertise of

Baptista's with the scale of Snyder's-Lance, we will accelerate our ability to deliver exciting, on-trend snacks and product innovation while expanding our 'better for you' products and gaining needed capacity for our growing Snyder's of Hanover pretzels. We welcome the Baptista's team to the Snyder's-Lance family and look forward to winning together!"

"I am so proud of everyone at Baptista's and am very grateful for the outstanding success we have had these past 15 years," commented Nan Gardetto, CEO and founder of Baptista's. "Our success is a direct result of the dedicated, talented group of people who make up our employee team. Foremost in my mind, as I entered into conversations that led to this transaction, was my desire to find an organization that would be equally committed to our people and our community. Certainly we believe we have found an excellent steward for our business in Snyder's-Lance. The combination of Baptista's quality and product innovation teamed with the marketing, sales and distribution capabilities of Snyder's-Lance means our best accomplishments are yet to come. I am personally excited for our company's future and the success that lies ahead."

Summary of the Transaction

Under the transaction terms, Snyder's-Lance will acquire 100% of Baptista's Bakery, Inc. and its manufacturing facility. William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance. Completion of the transaction is subject to regulatory approvals as well as customary closing conditions and is expected to close in the second quarter of this year.

Conference Call

In compliance with applicable regulations, management will discuss this transaction, other transactions and first quarter 2014 earnings results during the previously scheduled Snyder's-Lance First Quarter Earnings Call, which is scheduled to begin at 9:00am eastern time on Thursday, May 8, 2014. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of Snyder's-Lance website, www.snyderslance.com . In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at        www.snyderslance.com . To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. A continuous telephone replay of the call will be available between 3:00pm on May 8 and midnight on May 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 35042167. Investors may also access a web-based replay of the conference call at        www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Snack Factory(R) **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(TM), O-Ke-Doke(R), Quitos(TM) and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

About Baptista's Bakery, Inc.

Baptista's Bakery was established following the sale of Gardetto's Bakery, Inc. to General Mills in 1999. Gardetto's operated two facilities at the time of the sale, one on Sixth Street in Milwaukee and one on Oakwood Park Drive in Franklin. The Gardetto family retained the Franklin facility, which it built in 1997, and utilized it to establish Baptista's Bakery. Baptista's is a product developer and manufacturer of baked, "better for you" snacks for high quality snack companies and retailers across the United States.

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include the expected completion of the acquisition of Baptista's, the time frame in which the acquisition will occur, and the expected benefits to Snyder's-Lance from completing the acquisition, including acceleration of its ability to deliver on-trend snacks and product innovation. The statements are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include, among other things, regulatory approval of the proposed acquisition or that other conditions to the closing of the deal may not be satisfied, the potential impact on the business of Baptista's due to the announcement of the acquisition, the occurrence of any event, change or other circumstances that could give rise to the termination of the definitive agreement, the successful integration and realization of the anticipated benefits from the proposed acquisition, the ability of Snyder's-Lance to achieve its strategic initiatives, and general economic conditions. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. For information regarding other related risks, see the "Risk Factors" section of Snyder's-Lance's most recent Annual Report on Form 10-K. Except as required by law, the Snyder's-Lance undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

This news release also includes projections regarding future revenues, earnings and other results which are based upon Snyder's-Lance's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions; loss of key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Logo - http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

/CONTACT: Mark Carter, 704-557-8386

/Web site: http://www.snyderslance.com

Access Investor Kit for Snyder's-Lance, Inc.

Visit http://www.companyspotlight.com/partner?cp_code=A591&isin=US8335511049

7 May 2014 05:45 ET *Snyder's-Lance Inc. Signs Definitive Agreement To Acquire Baptista's Bakery Inc.

7 May 2014 05:45 ET *Snyder's-Lance Inc. Signs Definitive Agreement To Acquire Baptista's Bakery >LNCE

(MORE TO FOLLOW) Dow Jones Newswires (212-416-2800)

May 07, 2014 05:45 ET (09:45 GMT)

# Notes

Press Release: Snyder's-Lance Inc. Signs Definitive Agreement to Acquire Baptista's Bakery Inc.

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** October 30, 2014

End of Document



# FORM 8-K: SNYDER'S-LANCE, INC FILES Current report

US Official News

May 7, 2014 Wednesday

Copyright 2014 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 776 words

**Dateline:** Washington

## Body

SNYDER'S-LANCE, INC, North Carolina, has filed FORM 8-K (Current report) with Securities and Exchange Commission on May 07, 2014

State or other Jurisdiction of Incorporation: North Carolina

Item 8.01. Other Events.
On May 7, 2014, Snyder's-Lance, Inc. (the "Company") issued a press release announcing that it has signed a definitive agreement to acquire Baptista's Bakery, Inc.

A copy of the press release is being filed as Exhibit 99.1 hereto. The press release contains forward-looking statements regarding the Company and includes cautionary statements identifying important factors that could cause actual results to differ materially.

Item 9.01. Financial Statements and Exhibits.

(d) Exhibits

Exhibit No.

Exhibit Description
99.1

Press Release, dated May 7, 2014, announcing that Snyder's-Lance, Inc. has signed a definitive agreement to acquire Baptista's Bakery, Inc.

Snyder's-Lance Inc. Signs Definitive Agreement

to Acquire Baptista's Bakery Inc.

- Supports Snyder's-Lance focus on branded product innovation and manufacturing capabilities

- Supplier of our fast growing Snack Factory® **Pretzel Crisps**® brand

- Includes innovative manufacturing facility in Franklin, WI

- Commentary from management during Snyder's-Lance first quarter earnings call, scheduled for Thursday, May 8th

Charlotte, North Carolina – Snyder's-Lance, Inc. (NASDAQ: LNCE) ("Snyder's-Lance") today announced a definitive agreement has been signed to acquire Baptista's Bakery, Inc. ("Baptista's"), an industry leader in baked snack foods and "better for you" snacks consistent with emerging consumer trends. They are the manufacturer of our fast growing Snack Factory® **Pretzel Crisps**® brand and have unique capabilities consistent with the innovation plans of Snyder's-Lance. This transaction supports efforts by Snyder's-Lance to sharpen its focus on our branded products in growth categories such as "better for you" and other emerging products which are driven by consumer preferences and insights.

"Baptista's is a leader in highly differentiated snacks, and we're excited to be working with their talented, creative team" said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "Baptista's is a company that has excelled in providing exceptional product quality and innovation while commercializing production in ways that are effective and unique. The team at Baptista's is strong and dedicated, with many new product ideas which will be an excellent pairing for our brands. Our culture and values fit well with those of Baptista's which are focused on a dedication to employees and to the community. We are committed to retaining and growing the Franklin, Wisconsin facility, which is strategically well positioned within our network. By combining the resources and expertise of Baptista's with the scale of Snyder's-Lance, we will accelerate our ability to deliver exciting, on-trend snacks and product innovation while expanding our "better for you" products and gaining needed capacity for our growing Snyder's of Hanover pretzels. We welcome the Baptista's team to the Snyder's-Lance family and look forward to winning together!"

"I am so proud of everyone at Baptista's and am very grateful for the outstanding success we have had these past 15 years," commented Nan Gardetto, CEO and founder of Baptista's. "Our success is a direct result of the dedicated, talented group of people who make up our employee team. Foremost in my mind, as I entered into conversations that led to this transaction, was my desire to find an organization that would be equally committed to our people and our community. Certainly we believe we have found an excellent steward for our business in Snyder's-Lance. The combination of Baptista's quality and product innovation teamed with the marketing, sales and distribution capabilities of Snyder's-Lance means our best accomplishments are yet to come. I am personally excited for our company's future and the success that lies ahead."

Summary of the Transaction

Under the transaction terms, Snyder's-Lance will acquire 100% of Baptista's Bakery, Inc. and its manufacturing facility. William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance. Completion of the transaction is subject to regulatory approvals as well as customary closing conditions and is expected to close in the second quarter of this year.

For more information please visit: http://www.sec.gov

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** May 9, 2014

End of Document



# Snyder's-Lance Inc. Signs Definitive Agreement to Acquire Baptista's Bakery Inc.; - Supports Snyder's-Lance focus on branded product innovation and manufacturing capabilities

PR Newswire

May 7, 2014 Wednesday 5:45 AM EST

Copyright 2014 PR Newswire Association LLC All Rights Reserved

**Length:** 1521 words

**Dateline:** CHARLOTTE, N.C., May 7, 2014

# Body

Snyder's-Lance, Inc. (NASDAQ: LNCE) ("Snyder's-Lance") today announced a definitive agreement has been signed to acquire Baptista's Bakery, Inc. ("Baptista's"), an industry leader in baked snack foods and "better for you" snacks consistent with emerging consumer trends. They are the manufacturer of our fast growing Snack Factory® **Pretzel Crisps®** brand and have unique capabilities consistent with the innovation plans of Snyder's-Lance. This transaction supports efforts by Snyder's-Lance to sharpen its focus on our branded products in growth categories such as "better for you" and other emerging products which are driven by consumer preferences and insights.

"Baptista's is a leader in highly differentiated snacks, and we're excited to be working with their talented, creative team" said Carl E. Lee, Jr., President and Chief Executive Officer of Snyder's-Lance. "Baptista's is a company that has excelled in providing exceptional product quality and innovation while commercializing production in ways that are effective and unique. The team at Baptista's is strong and dedicated, with many new product ideas which will be an excellent pairing for our brands. Our culture and values fit well with those of Baptista's which are focused on a dedication to employees and to the community. We are committed to retaining and growing the Franklin, Wisconsin facility, which is strategically well positioned within our network. By combining the resources and expertise of Baptista's with the scale of Snyder's-Lance, we will accelerate our ability to deliver exciting, on-trend snacks and product innovation while expanding our 'better for you' products and gaining needed capacity for our growing Snyder's of Hanover pretzels. We welcome the Baptista's team to the Snyder's-Lance family and look forward to winning together!"

"I am so proud of everyone at Baptista's and am very grateful for the outstanding success we have had these past 15 years," commented Nan Gardetto, CEO and founder of Baptista's. "Our success is a direct result of the dedicated, talented group of people who make up our employee team. Foremost in my mind, as I entered into conversations that led to this transaction, was my desire to find an organization that would be equally committed to our people and our community. Certainly we believe we have found an excellent steward for our business in Snyder's-Lance. The combination of Baptista's quality and product innovation teamed with the marketing, sales and distribution capabilities of Snyder's-Lance means our best accomplishments are yet to come. I am personally excited for our company's future and the success that lies ahead."

Summary of the Transaction

Under the transaction terms, Snyder's-Lance will acquire 100% of Baptista's Bakery, Inc. and its manufacturing facility. William Blair & Company, L.L.C. acted as financial advisor, and Foley & Lardner, LP acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance. Completion of the transaction is subject to regulatory approvals as well as customary closing conditions and is expected to close in the second quarter of this year.

Conference Call

Snyder's-Lance Inc. Signs Definitive Agreement to Acquire Baptista's Bakery Inc.; - Supports Snyder's-Lance focus on branded product innovation and manufacturin....

In compliance with applicable regulations, management will discuss this transaction, other transactions and first quarter 2014 earnings results during the previously scheduled Snyder's-Lance First Quarter Earnings Call, which is scheduled to begin at 9:00am eastern time on Thursday, May 8, 2014. The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of Snyder's-Lance website,http://www.snyderslance.com. In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at http://www.snyderslance.com. To participate in the conference call, the dial-in number is (844) 830-1960 for U.S. callers or (315) 625-6883 for international callers. A continuous telephone replay of the call will be available between 3:00pm on May 8 and midnight on May 15. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 35042167. Investors may also access a web-based replay of the conference call at http://www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart(TM), O-Ke-Doke®, Quitos(TM) and other brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

About Baptista's Bakery, Inc.

Baptista's Bakery was established following the sale of Gardetto's Bakery, Inc. to General Mills in 1999. Gardetto's operated two facilities at the time of the sale, one on Sixth Street in Milwaukee and one on Oakwood Park Drive in Franklin. The Gardetto family retained the Franklin facility, which it built in 1997, and utilized it to establish Baptista's Bakery. Baptista's is a product developer and manufacturer of baked, "better for you" snacks for high quality snack companies and retailers across the United States.

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include the expected completion of the acquisition of Baptista's, the time frame in which the acquisition will occur, and the expected benefits to Snyder's-Lance from completing the acquisition, including acceleration of its ability to deliver on-trend snacks and product innovation. The statements are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include, among other things, regulatory approval of the proposed acquisition or that other conditions to the closing of the deal may not be satisfied, the potential impact on the business of Baptista's due to the announcement of the acquisition, the occurrence of any event, change or other circumstances that could give rise to the termination of the definitive agreement, the successful integration and realization of the anticipated benefits from the proposed acquisition, the ability of Snyder's-Lance to achieve its strategic initiatives, and general economic conditions. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. For information regarding other related risks, see the "Risk Factors" section of Snyder's-Lance's most recent Annual Report on Form 10-K. Except as required by law, the Snyder's-Lance undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

This news release also includes projections regarding future revenues, earnings and other results which are based upon Snyder's-Lance's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include general economic conditions; volatility in the price or availability of inputs, including raw materials, packaging, energy and labor; price competition and industry consolidation; changes in our top retail customer relationships; failure to successfully integrate acquisitions; loss of

key personnel; failure to execute and accomplish our strategy; concerns with the safety and quality of certain food products or ingredients; adulterated, misbranded or mislabeled products or product recalls; disruption of our supply chain or information technology systems; improper use of social media; changes in consumer preferences and tastes or inability to innovate or market our products effectively; reliance on distribution through a significant number of independent business owners; protection of our trademarks and other intellectual property rights; impairment in the carrying value of goodwill or other intangible assets; new regulations or legislation; interest and foreign currency exchange rate volatility and the interests of a few individuals who control a significant portion of our outstanding shares of common stock may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission.

Logo -http://photos.prnewswire.com/prnh/20110411/CL80943LOGO

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, 704-557-8386

**Load-Date:** May 8, 2014

---

End of Document



# Snyder's-Lance sells private-label business, acquires Baptista's Bakery

The Evening Sun (Hanover, Pennsylvania)

May 7, 2014 Wednesday

Copyright 2014 MediaNews Group, Inc. All Rights Reserved

**Section:** NEWS; Business

**Length:** 254 words

**Byline:** Evening Sun

## Body

Snyder's-Lance Inc. is selling its private-label business, including two factories in Iowa and Canada, to an Ohio company.

The owner of Snyder's of Hanover also said Wednesday it's acquiring Wisconsin-based snack food maker Baptista's Bakery Inc., a move that will boost Snyder's-Lance branded snack food business and production of healthier snacks.

Charlotte, N.C.-based Snyder's-Lance made both announcements the day before the company releases first-quarter financial results Thursday.

Shearer's Foods of Massillon, Ohio, will pay $430 million for Snyder's-Lance's private-label business which makes snack foods that grocery stores and other retailers sell under their own name. Shearer's will acquire Snyder's-Lance manufacturing plants in Burlington, Iowa and Ontario, Canada as part of the deal. The transaction is expected to close in second quarter 2014.

Private-label products accounted for $287.8 million in net revenue for Snyder's-Lance in 2013, the company said in its annual report. That was 16 percent of the company's $1.76 billion in net revenue for the year.

Baptista's Bakery, based in Franklin, Wis., makes potato crisps, **pretzel crisps** and other "better for you" baked snacks for retailers and other snack food companies. Its products include **pretzel crisps** which Snyder's-Lance sells under the Snack Factory brand.

Snyder's-Lance will acquire Baptista's manufacturing plant in Franklin, Wis., as part of the deal, which is expected to close in the second quarter. The purchase price was not disclosed.

Gary Haber

**Load-Date:** May 7, 2014

End of Document



# Snyder's-Lance to buy Baptista's Bakery of Franklin

Milwaukee Business Journal (Wisconsin)

May 7, 2014 Wednesday

Copyright 2014 American City Business Journal, Inc. All Rights Reserved



**Length:** 332 words

**Byline:** David Schuyler

## Body

Baptista's Bakery Inc. of Franklin has agreed to be purchased by Snyder's of Hanover pretzel manufacturer Snyder's-Lance Inc. for an undisclosed price.

Baptista's is a snack manufacturer that has supplied Snyder's-Lance with its Snack Factory **Pretzel Crisp** brand. The company intends to retain and grow the Franklin facility, Snyder's-Lance president and CEO Carl Lee Jr. said Wednesday in a press release.

Privately held Baptista's has about 337 employees, according to the Milwaukee Business Journal's Top 25 list of food and beverage manufacturers to be released Friday. Charlotte, N.C.-based Snyder's-Lance (Nasdaq: LNCE) is a publicly traded snack company that had 2013 revenue of $1.76 billion.

Baptista's Bakery was established following the sale of Gardetto's Bakery Inc. to General Mills Inc. in 1999. Gardetto's operated two facilities at the time, one on South Sixth Street in Milwaukee and one on Oakwood Park Drive in Franklin. The Gardetto family retained the Franklin facility, which it built in 1997, and used it to establish Baptista's Bakery.

Separately, Snyder's-Lance said Wednesday that it has agreed to sell its private brands unit to Shearer's Foods LLC, a private label snack manufacturer in Brewster, Ohio, for $430 million. The company said the transaction allows Snyder's-Lance to place more resources on growing product categories, like the products the company calls "better for you," which is how it describes Baptista's products.

Under terms of the transaction, Snyder's-Lance will acquire 100 percent of Baptista's and its plant in Franklin. Closing of the transaction is expected in the second quarter. William Blair & Co. LLC acted as financial adviser and Foley & Lardner LLP, Milwaukee, acted as legal counsel to Baptista's in the transaction. K&L Gates LLP acted as legal counsel to Snyder's-Lance.

Did you find this article useful? Why not subscribe to Milwaukee Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** May 7, 2014

End of Document



# Ahead of the news

The Deal Pipeline

May 7, 2014 Wednesday

Copyright 2014 The Deal, L.L.C. All Rights Reserved

**Length:** 1244 words

**Byline:** Edited by Michael D. Brown

## Body

This report is an exclusive compilation of advance intelligence gathered by The Deal Pipeline's editorial staff. Today's highlights include:

Snack foods prove tasty for PE, strategic acquirers

LightSquared litigation comes to a head

Mondelez, D.E. Master Blenders put beans in one pot

Norwegian Air Shuttle's bumpy ride to U.S.

Yahoo! shares decline on Alibaba IPO filing

From Wednesday's First Take: Meru Networks Inc.

The full report follows.

Snack foods prove tasty for PE, strategic acquirers

The snack food space continues to crackle with activity for deals involving both private label and branded businesses, with a hunger to buy demonstrated by both private equity firms and strategics acquirers. On Wednesday, Snyder's-Lance Inc. sold its private label snack food business for $430 million to Shearer's Foods LLC, while acquiring Baptista's Bakery Inc., the maker of its Snack Factory's **Pretzel Crisps** brand. Snyder's-Lance in 2012 had bought Snack Factory LLC from VMG Partners for $340 million in cash. The Charlotte, N.C.-based snack food player said the announced moves would help it focus on its branded business. Although no financials were provided concerning Snyder's-Lance's acquisition of Baptista's Bakery, that bolt-on generates more than $100 million in sales, according to a BB&T Capital Markets analyst report. The buyer of Snyder's-Lance's private label manufacturing business, Shearer's Foods, is a portfolio company of private equity firm Wind Point Partners. That firm recently sold Hearthside Food Solutions LLC, yet another private label snack food and baked goods manufacturer, to Goldman, Sachs & Co. and Vestar Capital Partners. A number of other snack food labels are up for sale this year. Full report

LightSquared litigation comes to a head

Judge Shelley Chapman will rule Thursday on a reorganization plan that would resolve the two-year bankruptcy of LightSquared Inc., a case that could be captioned as Philip Falcone vs. Charlie Ergen. Falcone-backed LightSquared aims to exit Chapter 11 with $2.65 billion in new financing from Fortress Investment Group and others. LightSquared plans to pay all creditors in full, largely because it would push out payments to Ergen, the

largest creditor, by seven years. Chapman will rule on the plan and on a lawsuit Falcone's Harbinger Capital Partners LLC and the debtor brought against Ergen. The debtor and creditors claimed during closing arguments on Monday and Tuesday that Ergen improperly bought debt of LightSquared and schemed to derail the bankruptcy after pulling a $2.22 billion. The confirmation hearings are taking place in the U.S. Bankruptcy Court for the Southern District of New York in Manhattan. Full report

Mondelez, D.E. Master Blenders put beans in one pot

Mondelez International Inc. on Wednesday said it intends to spin its coffee business into a new venture with D.E. Master Blenders 1753 BV as part of a broader streamlining at the food and snack giant. The combination, to be called Jacobs Douwe Egberts and to be based in the Netherlands, is expected to generate more than $7 billion in sales and have Ebitda margins in the high teens. The new company would rank as the world's largest pure-play coffee operation, boasting brands including Jacobs, Carte Noire, Gevalia, Douwe Egberts and Senseo. Mondelez's wholly owned coffee business generated about $3.9 billion in sales in 2013, while D.E. Master Blenders produced revenue of about $3.4 billion during the same period. The deal does not include Mondelez's coffee operations in France, but D.E. Master will make a separate offer for that business. Full report

Norwegian Air Shuttle's bumpy ride to U.S.

A campaign by U.S. airlines and the industry's largest labor group to block a Norwegian discount carrier from offering transatlantic service is getting more vocal, with the Air Line Pilots Association launching radio ads in certain U.S. markets calling for the U.S. Department of Transportation to deny Norwegian Air Shuttle ASA's application to operate its international affiliate in the United States. The U.S. groups are upset with Norwegian's attempt to set up an Ireland-based subsidiary, Norwegian Air International Ltd., in order to take advantage of the liberalized "open skies" agreement between European Union nations and the United States that would allow it to operate a broad route map between the two regions. The company would be Irish in registration only, as NAI has not announced any plans to fly to North America or Asia from the Emerald Isle. ALPA president Lee Moak in January warned Norwegian Air International was seeking to compete unfairly "by sidestepping its national laws and regulations and creating a race to the bottom on labor and working conditions." Norwegian is currently operating its flights out of New York, Orlando, Los Angeles, Fort Lauderdale and Oakland under a temporary permit pending official DOT approval. Full report

Yahoo! shares decline on Alibaba IPO filing

Shares of Yahoo! Inc. fell sharply Wednesday after Alibaba Group Holdings Inc. filed a registration statement for a $1 billion initial public offering that may have dampened valuation expectations. Sunnyvale, Calif.-based Yahoo! is one of the largest backers of the Hong Kong e-commerce group. While CEO Marissa Mayer has raised Yahoo!'s profile in the tech community, expectations of the Alibaba IPO have supported the company's stock. Shares of Yahoo! dropped $2.58 per share, or about 7%, to $33.91 on Wednesday morning only to close at about $34.07. "The item that has drawn attention is that [Alibaba] valued [itself] at about $120 billion in April," said Colin Gillis of BGC Financial LP. "That's below where a lot of people were valuing the company." Alibaba has not disclosed the price range at which it plans to sell shares. However, the registration statement states that the company put the fair value of its stock at $50 in April 2014. The company lists the outstanding stock at more than 2.32 billion shares, implying a valuation of close to $120 billion. Full report

From Wednesday's First Take: Meru Networks Inc.

MERU NETWORKS GETS STRATEGIC INTEREST AS ACTIVISTS PUSH FOR SALE [MERU]: From Paula Schaap - Technology focused hedge fund Castle Union Partners LP revealed a 5.7% stake in wireless provider Meru Networks Inc. [MERU] in a 13D filing Wednesday, and told the board to immediately begin selling the company. The company has already signed non-disclosure agreements with several strategic acquirers, according to an industry observer. Though the companies that had expressed interest could not be determined, those that might be interested in the company's wireless products include Dell Inc. and Hewlett Packard Co. [HPQ], as well as peers like Aruba Networks Inc. [AUN] and Ruckus Wireless inc. [RKUS], this person said. Meru's board, which

already includes activist Potomac Capital Partners' Eric Singer, as well as his nominee Stephen Domenik of venture capital firm Sevin Rosen Funds, has at least one holdout on the sale issue, a source said--lead director Harold Copperman. One of the things Castle Union's Toan Tran pegged in his critique was Meru's management and director compensation, saying that $5.4 million was too rich for the $86.4 million market cap company. Castle Union said it was planning to withhold its votes for all the company's directors except Singer and Domenik at the company's annual meeting scheduled for May 22. Full report

**DEAL SIZE**

Undisclosed

**Load-Date:** May 21, 2014

End of Document



# Baptista's Bakery to become part of Snyder's-Lance

M&A Navigator

May 7, 2014 Wednesday

Copyright 2014 Normans Media Limited All Rights Reserved



**Length:** 275 words

## Body

MANAVIGATOR-May 7, 2014-Baptista's Bakery to become part of Snyder's-Lance

7 May 2014 - US snack foods maker Snyder's-Lance Inc (NASDAQ:LNCE) said today it had inked a definitive accord to purchase a 100% stake in domestic baked snacks manufacturer Baptista's Bakery Inc, without specifying a price.

The deal, which includes the targetâ(EURO)(TM)s production facility in Franklin, Wisconsin, is seen to be finalised in the second quarter of 2014, pending receipt of regulatory go-ahead.

The takeover of Baptista's Bakery, which boasts leadership in baked snack foods and "better for you" snacks and has been the manufacturer of the buyerâ(EURO)(TM)s rapidly growing Snack Factory **Pretzel Crisps** brand, serves Snyder's-Lanceâ(EURO)(TM)s plan to zero in on its branded portfolio, the company said.

In line with the strategy, as part of which Snyder's-Lance aims to channel more resources into growth segments such as "better for you," nutritional and premium snacks, the company announced today also a deal to divest its Private Brands business together with two production plants to Shearer's Foods LLC for USD430m (EUR308.7m).

As a result of the acquisition, Snyder's-Lance will expand its 'better for you' range and have the capacity necessary for its Snyder's of Hanover pretzels, the buyer said.

The deal will benefit Baptista's, on the back of the combination of its innovation with the buyerâ(EURO)(TM)s marketing, sales and distribution capabilities, founder and CEO, Nan Gardetto, said.

Country: USA

Sector: Food/Beverages/Tobacco

Target: Baptista's Bakery Inc

Buyer: Snyder's-Lance Inc

Vendor: Nan Gardetto

Type: Corporate acquisition

Status: Agreed

**Load-Date:** May 7, 2014

**End of Document**