# EXHIBIT 2

## Part 16



**User Name:** T8PVBDU
**Date and Time:** Tuesday, October 23, 2018 4:01:00 PM EDT
**Job Number:** 76112735

## Documents (50)

1. These Are the 16 Best Burgers of 2013
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. Lance® Sandwich Crackers Teams Up With Little League® To Fuel Young Athletes In 2014
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. Press Release: Snyder's-Lance Revamps Corporate Websites
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. Snyder's-Lance Revamps Corporate Websites
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. Snyder's-Lance Revamps Corporate Websites.
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

6. Dessert Dreams | Salted Chocolate Covered Pretzel Nutella Turtle Cookies

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

|  |  |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. Snyder's-Lance Posts Results for Third Quarter 2013

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

|  |  |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. No Headline In Original

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

|  |  |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. Q3 2013 Snyder'sLance Inc Earnings Conference Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

|  |  |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. Event Brief of Q3 2013 Snyder's-Lance Inc Earnings Conference Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

|  |  |
|---|---|
| **Content Type** | **Narrowed by** |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. *Snyders-Lance 3Q EPS 33c >LNCE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

12. Snyder's-Lance, Inc. Reports Results for Third Quarter 2013;- Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

13. Snyder's-Lance sales of core products drive Q3 earnings growth

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

14. FORM 8-K: SNYDER'S-LANCE, INC FILES Current report

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

15. Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists show who the industry's major players are and what they bring to the table.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

16. Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists show who the industry's major players are and what they bring to the table.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

17. Press Release: Snyder's-Lance, Inc. to Release Third Quarter 2013 Results on Thursday, November 7, Before Market Opens. Will Host Conference Call and Webcast at 10:00 am Eastern on Thursday, November 7.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. Snyder's-Lance, Inc. to Release Third Quarter 2013 Results on Thursday, November 7, Before Market Opens. Will Host Conference Call and Webcast at 10:00 am Eastern on Thursday, November 7.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. Ed Davidson Retiring After 45 Years in the Industry

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.(CATEGORY INSIGHTS snacks & Candy BY JAMIE GRILL-GOODMAN)

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design;CATEGORY INSIGHTS snacks & Candy BY JAMIE GRILL-GOODMAN

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.;United States candy and snack foods retail sales, sales change, and share of sales by

product type broken down for total sales and private-label sales in dollars, units, and percentages for the year ended August 11, 2013

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. Sheila's Out Shopping: Check out fall's patterns;Checks and balances

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. 7-Eleven Introduces New Snack Section

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. Pinterest to start offering ads as promoted pins

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. Snyder's of Hanover's Rolls Out 'School Smarts' Snacks

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. Brand Building Through Random Acts of Kindness

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
| --- | --- |

28. 7-Eleven Launches New Snack Section Offering Gourmet and Healthy Selections

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

29. Book Review: An Apple a Day

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. Snyder's of Hanover's Offers 'School Smarts' Snacks

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. Better Bites: New 7-Eleven® Snack Section Offers Gourmet, Better-for-You Selections

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

34. School Smarts: Keep Kids' Brains Going Through the School Year with a Crunchy, Wholesome Snack

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

35. B&G Foods, Inc. at Barclays Back to School Conference - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. BOOK REVIEW

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Lance Buys Stateline Service Corp - Analyst Blog

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. Snyder's-Lance acquires distributor Stateline

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. Snyder's-Lance Acquires Stateline Service Corporation

**Client/Matter:** 23756-1001

LexisNexis® | About LexisNexis | Privacy Policy | Terms & Conditions | Copyright © 2018 LexisNexis

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

40. Snyder's-Lance Acquires Stateline Service Corporation

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

41. Lance® Sandwich Crackers Launches Back to School Sweepstakes Filled with Tuition Prizes, Gift Cards and Lunch Boxes

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

42. Lance® Sandwich Crackers Launches Back to School Sweepstakes Filled with Tuition Prizes, Gift Cards and Lunch Boxes;Sweepstakes features nearly 4,000 prizes to make the back to school transition easier for families

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

43. THE $1 MENU TASTING

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

44. Snyder's-Lance Reports Results for 2nd Quarter 2013

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|

45. Analysts' Corner Releases Research Reports on Mondelez International, Cosan, The Andersons, Universal, and Snyder's-Lance

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. Companies Announce Quarterly Results and Declare Dividends- Research Report on Mondelez International, Cosan, The Andersons, Universal, and Snyder's-Lance;Editor Note: For more information about this release, please scroll to bottom

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

47. Snyder's-Lance Posts Results for 2nd Quarter 2013

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. Snyder's-Lance Reports Results for 2Q 2013

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Q2 2013 Snyder'sLance Inc. Earnings Conference Call - Final

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. Snyder's-Lance, Inc. Reports Results for Second Quarter 2013;-- Reports 2013 second quarter net revenue of $439 million, an increase of 9.9% over prior year

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

# These Are the 16 Best Burgers of 2013

The Huffington Post

December 25, 2013 Wednesday 7:47 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 613 words

**Byline:** Thrillist

# Body

Dec 25, 2013 (The Huffington Post:http://www.huffingtonpost.com/ Delivered by Newstex)

http://images.huffingtonpost.com/2013-12-25-burg.jpg

Twinkie, ramen, and Cronut buns. Pockets of deep-fried PBR. More bacon than Louie Anderson eats for second breakfast. 2013 was more than a slightly ridiculous year in the burger creation game, and we were there to greasily chronicle it all. While it was a torturous task, we picked out the 16 finest examples that hit the grill this year in order to help you satisfy your meat-lust needs.

Please resist the urge to squirt ketchup onto your computer. Unless it's a really old computer and you've been looking for an excuse to buy a new one -- in which case, do that.
Click here to see all the crazy delicious burgers in the full story![1]
http://images.huffingtonpost.com/2013-12-25-burg1.jpg
Most Likely to Wear Vans and Flannel and Ride a Bike with No Brakes: The Beerger[2]
PYT[3], Philadelphia

Philly's PYT goes nuts all the time. For this, we got a patty, house-made pickles, and frozen PBR inside a deep-fried **pretzel crisp**-crusted wonton. Plus a dousing of mustard-dill aioli.
http://images.huffingtonpost.com/2013-12-25-burg2.jpg
Most Likely to Make You Sing Its Praises: The Gallow's Pole[4]
Leadbelly[5], Chicago
This one honors the resto's namesake blues singer with a house-ground beef pork belly patty with caramelized mushrooms onions, smashed potatoes, Swiss, and bearnaise sauce -- just like he ate every day in 1902.
http://images.huffingtonpost.com/2013-12-25-burg4.jpg
Most Likely to Make You Wait on a Line in the Rain for Four Hours: The Ramen Burger[6]
Smorgasburg[7], New York
This infamous noodle-bunned miracle made headlines this year thanks to a beef patty, sweet/savory sauce, and scallions. Oh, and a BUN MADE OF RAMEN.
http://images.huffingtonpost.com/2013-12-25-burgtb.jpg
Most Likely to Make You Cheat on T-Bell: The Supreme Nacho Burger[8]
Slater's 50/50[9], San Diego
This is a taco-nacho-burrito-something on very American steroids. Taco-seasoned patty, cheddar, tomato, onion, black beans, salsa, guac, bacon, and tortilla chips, wrapped in a tortilla and deep-fried. Throw some cheese sauce, sour cream, and pickled jalapeños on top, and you're set to breathe into people's faces allllll afternoon.
http://images.huffingtonpost.com/2013-12-25-bugm.jpg
Most Likely to Scold You for Not Doing Your Homework: The Mother of All Burgers[10]
B-52 Burgers Brew[11], Minneapolis
Four 1/2lb patties, four slices of cheese, four eggs, a 1/2lb of BBQ pulled pork, 12 pieces of bacon, and onion rings, stuffed into an Italian loaf. You won't be able to dance to fit in this resto's namesake after you eat it.

See all the best burgers in the country, including a mac and cheese burger, a Twinkie burger, and way, way more, in the full story on Thrillist.com![12]

[1]: http://www.thrillist.com/eat/nation/best-burgers-of-2013-the-year-s-best-burgers-thrillist-nation [2]: http://www.thrillist.com/eat/philadelphia/pyt-s-deep-fried-pbr-beerger-pyt-philly-thrillist-nation [3]: http://www.thrillist.com/venues/pyt-burger [4]: http://www.thrillist.com/eat/chicago/portage-park/leadbelly [5]: http://www.thrillist.com/venues/leadbelly-60634 [6]: http://www.thrillist.com/eat/new-york/the-ramen-burger-has-arrived [7]: http://www.thrillist.com/venues/smorgasburg-williamsburg [8]: http://www.thrillist.com/eat/nation/behold-this-deep-fried-supreme-nacho-burger [9]: http://www.thrillist.com/venues/slaters-5050 [10]: http://www.thrillist.com/eat/minneapolis/b-52-slider-squad [11]: http://www.thrillist.com/venues/b-52-burgers-brew [12]: http://www.thrillist.com/eat/nation/best-burgers-of-2013-the-year-s-best-burgers-thrillist-nation

**Load-Date:** December 30, 2013

End of Document



# Lance® Sandwich Crackers Teams Up With Little League® To Fuel Young Athletes In 2014

PR Newswire

December 18, 2013 Wednesday 11:54 AM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 797 words

**Dateline:** CHARLOTTE, N.C., Dec. 18, 2013

## Body

Lance sandwich crackershave teamed up with Little League Baseball and Softball - the world's largest youth sports organization - to fuel and encourage young athletes to do their best, both on and off the field.

(Photo: http://photos.prnewswire.com/prnh/20131218/DC35614)

As part of the multiyear agreement,Lance is named "The Official Sandwich Cracker of Little League Baseball and Softball." Lance offers more than 16 kinds of sandwich crackers, including varieties made with whole grains, real peanut butter and real cheese. The wholesome snacks deliver up to 6 grams of protein - giving kids plenty of fuel for game day and parents another reason to cheer.

"We are excited to welcome Lance sandwich crackers into the Little League family of sponsors," said Liz DiLullo Brown, Little League Vice President of Marketing and Strategic Partnerships. "Little League strives to find partners who not only fit our mission to develop good citizens, but also meet the needs of our local leagues and their families. Lance is one of the most recognizable names in the industry, and their products can already be found in many concession stands at local Little Leagues around the nation. We look forward to working with Lance to make this a successful partnership."

As the partnership kicks off in 2014, Lance will roll out a number of exciting initiatives including a sweepstakes, in-store activations, web page (http://www.Lance.com/LittleLeague), and a special program for Little League coaches and parents. The Lance Snack Patrol will also host experiential sampling events at local games throughout the country and regional tournaments leading up to the Little League Baseball® World Series, which is scheduled to be held in South Williamsport, Pa. on August 14 - 24, 2014.

"The core values that Little League promotes are a great fit for a partnership with Lance," said Tom Ingram, Senior Brand Director at Snyder's-Lance. "We're excited about the opportunity and we share their commitment to fueling and inspiring young athletes, helping them reach their potential on-and-off the field and, most importantly, having fun."

Both Lance and Little League have a long-standing history of promoting wholesome fun and activities that families enjoy - with Lance celebrating its 100th anniversary in 2013 and Little League celebrating 75 years in 2014. Together, Little League and Lance will create an entire "snack-time league of their own," to inspire and energize young athletes.

Lance sandwich crackers are available in more than 16 varieties, including Lance Xtra Fulls®, which were launched this year to give consumers "more of what they love" for the brand's 100th anniversary. For more information about Lance sandwich crackers and the Little League partnership, visithttp://www.Lance.com/LittleLeague.

About Lance Sandwich Crackers

Lance® Sandwich Crackers Teams Up With Little League® To Fuel Young Athletes In 2014

Lance is celebrating its 100th anniversary in 2013 by giving consumers "more of what they love." Lance sandwich crackers are available in more than 16 varieties, including ToastChee®, Whole Grain, Cracker Creations® and Xtra Fulls®. Each product is made with freshly baked, crispy crackers, real ingredients like freshly ground peanut butter, and contains up to 6 grams of protein. For more information about Lance sandwich crackers, visithttp://www.lance.comor the Lance SnacksFacebook page.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart®, O-Ke-Doke®, Quitos® and Padrinos® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visithttp://www.snyderslance.com. LNCE-G

About Little League®

Little League® Baseball and Softball is the world's largest organized youth sports program, with 2.4 million players and one million adult volunteers in every U.S. state and more than 80 of other countries. In 2014, Little League is celebrating its 75th Anniversary of developing major league people. For more information, visitLittleLeague.org, or follow the Little League on Facebook (facebook.com/LittleLeague) or Twitter (twitter.com/LittleLeague).

SOURCE Lance® Sandwich Crackers

**Load-Date:** December 19, 2013

End of Document



# Press Release: Snyder's-Lance Revamps Corporate Websites

Dow Jones Institutional News

December 11, 2013 Wednesday 6:16 PM GMT

Copyright 2013 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2013, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 422 words

## Body

Snyder's-Lance Revamps Corporate Websites

PR Newswire

CHARLOTTE, N.C., Dec. 11, 2013

CHARLOTTE, N.C., Dec. 11, 2013 /PRNewswire/ -- Leading snack food company Snyder's-Lance announced today that its redesigned corporate website is now fully up-and-running, providing key stakeholders with quick and easy access to the latest Company news and insights.

"Although the previous website design included a wealth of information on our products and the Company, we felt that there was an opportunity to improve the way we delivered relevant information to our stakeholders, " explains Sid Levy, Senior Director of Communications and Community Relations for Snyder's-Lance, Inc. "By focusing more on our brands, the new site provides a richer user experience as a whole."

The new website is designed to provide visitors with quick and easy access to tools and information about Snyder's-Lance. Key information has been reorganized into specific tabs for Investor Relations, Career Opportunities and Community Involvement. Additionally, the Company launched a mobile version of the website which includes similar elements that appear on the main site. Although the rendering and functionality of the website will vary slightly between devices and the desktop environment, the overall website is designed to be responsive and will adjust to allow for a streamlined user experience and quick load times. To experience the new site and explore its features, visit  www.SnydersLance.com

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., (Nasdaq-GS: LNCE) headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Krunchers!(R), Cape Cod(R), **Pretzel Crisps**(R), EatSmart Naturals(R), Jays(R), Tom's(R), Archway(R), O-Ke-Doke(R), Quitos(R),

Padrinos(R) and Stella D'oro(R) brand names along with a number of private label and third party brands. Products are distributed widely through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Snyder's-Lance, Inc.

/Web site: www.SnydersLance.com

(END) Dow Jones Newswires

December 11, 2013 13:16 ET (18:16 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** December 12, 2013

End of Document



# Snyder's-Lance Revamps Corporate Websites

PR Newswire

December 11, 2013 Wednesday 1:15 PM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 380 words

**Dateline:** CHARLOTTE, N.C., Dec. 11, 2013

## Body

Leading snack food companySnyder's-Lanceannounced today that its redesigned corporate website is now fully up-and-running, providing key stakeholders with quick and easy access to the latest Company news and insights.

"Although the previous website design included a wealth of information on our products and the Company, we felt that there was an opportunity to improve the way we delivered relevant information to our stakeholders," explains Sid Levy, Senior Director of Communications and Community Relations for Snyder's-Lance, Inc. "By focusing more on our brands, the new site provides a richer user experience as a whole."

The new website is designed to provide visitors with quick and easy access to tools and information about Snyder's-Lance. Key information has been reorganized into specific tabs for Investor Relations, Career Opportunities and Community Involvement. Additionally, the Company launched a mobile version of the website which includes similar elements that appear on the main site. Although the rendering and functionality of the website will vary slightly between devices and the desktop environment, the overall website is designed to be responsive and will adjust to allow for a streamlined user experience and quick load times. To experience the new site and explore its features, visithttp://www.SnydersLance.com

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., (Nasdaq-GS: LNCE) headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Krunchers!®, Cape Cod®, **Pretzel Crisps**®, EatSmart Naturals®, Jays®, Tom's®, Archway®, O-Ke-Doke®, Quitos®, Padrinos® and Stella D'oro® brand names along with a number of private label and third party brands. Products are distributed widely through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Snyder's-Lance, Inc.

**Load-Date:** December 12, 2013

End of Document



# Snyder's-Lance Revamps Corporate Websites.

PR Newswire

December 11, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 PR Newswire Association LLC

**Length:** 391 words

# Body

CHARLOTTE, N.C., Dec. 11, 2013 /PRNewswire/ -- Leading snack food company Snyder's-Lance announced today that its redesigned corporate website is now fully up-and-running, providing key stakeholders with quick and easy access to the latest Company news and insights.

"Although the previous website design included a wealth of information on our products and the Company, we felt that there was an opportunity to improve the way we delivered relevant information to our stakeholders," explains Sid Levy, Senior Director of Communications and Community Relations for Snyder's-Lance, Inc. "By focusing more on our brands, the new site provides a richer user experience as a whole."

The new website is designed to provide visitors with quick and easy access to tools and information about Snyder's-Lance. Key information has been reorganized into specific tabs for Investor Relations, Career Opportunities and Community Involvement. Additionally, the Company launched a mobile version of the website which includes similar elements that appear on the main site. Although the rendering and functionality of the website will vary slightly between devices and the desktop environment, the overall website is designed to be responsive and will adjust to allow for a streamlined user experience and quick load times. To experience the new site and explore its features, visit www.SnydersLance.com

About Snyder's-Lance, Inc.Snyder's-Lance, Inc., (Nasdaq-GS: LNCE) headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally.

The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover, Lance, Krunchers!, Cape Cod, **Pretzel Crisps**, EatSmart Naturals, Jays, Tom's, Archway, O-Ke-Doke, Quitos, Padrinos and Stella D'oro brand names along with a number of private label and third party brands. Products are distributed widely through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Snyder's-Lance, Inc.

**Load-Date:** December 13, 2013

End of Document



# Dessert Dreams | Salted Chocolate Covered Pretzel Nutella Turtle Cookies

stupidDOPE

November 29, 2013 Friday 3:50 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 320 words

**Byline:** Tamika Frye

## Body

Nov 29, 2013 (stupidDOPE:http://stupidDOPE.com Delivered by Newstex)

http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-1/

As it is Thanksgiving and all, epic deserts should be the thought for the holiday. There are thousands and thousands of recipes to choose from. This recipe for Salted Chocolate Covered Pretzel Nutella Turtle Cookies[1] is definitely worth a try.

The recipe calls for a combination of pretzel and chocolate. **Pretzel Crisps** are recommended as they are flat enough to help build the foundation of the cookie with the salt and crisp of a pretzel. The cookie is stacked with caramel, Nutella, pecans, chocolate, and more chocolate. The best thing about these cookies is that they do not require any baking. Simply stack, sit, and serve. DELISH! Check out the full recipe and 'How To' on Half Baked Harvest[2].

http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-6/ http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-4/ http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-2/ http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-3/

Signed, Tamika Frye[3]

[1]: http://www.halfbakedharvest.com/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies/ [2]: http://www.halfbakedharvest.com/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies/ [3]: http://www.twitter.com/Ladyblogga

**Load-Date:** November 29, 2013

End of Document



# Snyder's-Lance Posts Results for Third Quarter 2013

Food & Beverage Close-up

November 13, 2013 Wednesday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 741 words

## Body

Snyder's-Lance, Inc. reported results for its third quarter of 2013.

In a release on November 7, the company noted earnings details:

Net revenue for the third quarter ended September 28, was $453 million, an increase of 11.4 percent compared to prior year net revenue of $407 million. Net income excluding special items in the third quarter of 2013 was $22.4 million, or $0.32 per diluted share, as compared to third quarter 2012 net income excluding special items of $19.2 million, or $0.28 per diluted share. Net income was $22.9 million for the third quarter of 2013, or $0.33 per diluted share, compared to a net income of $17.8 million for the third quarter of 2012, or $0.26 per diluted share. Special items for the third quarter of 2013 were $0.5 million in after-tax income primarily from the gain on the sale of assets associated with the consolidation of our Canadian manufacturing facilities. Special items for the third quarter of 2012 were $1.4 million in after-tax expense which included expenses associated with the acquisition of Snack Factory and other merger related costs.

Net income excluding special items for the first nine months of 2013 was $59.1 million, or $0.84 per diluted share, a gain of 27 percent as compared to net income excluding special items of $45.7 million, or $0.66 per diluted share, for the first nine months of 2012. Net income was $55.7 million for the first nine months of 2013, or $0.80 per diluted share, compared to net income of $51.3 million for the first nine months of 2012, or $0.74 per diluted share. Special items for 2013 include after-tax income from the gain on the sale of assets, impairment charges and a substantial self-funded medical expense. Special items for 2012 include after-tax gains on the sale of route businesses from the merger integration and after-tax expenses for other merger related expenses.

"Net revenue for core branded products was up 20 percent, driven by Snack Factory and core brand market share gains that were supported with increased advertising and social media marketing efforts, including a movie tie-in promotion," commented Carl E. Lee, Jr., President and CEO. "We are pleased with our EPS performance in the third quarter of 2013 as we focus on finishing the year strong and building momentum as we head into 2014. With our continued focus on emphasizing core brands and widening margins, our team delivered solid results including continued benefits from our acquisition of Snack Factory **Pretzel Crisps** which posted significant year over year sales. In the third quarter, we were able to improve our gross margin as a percentage of net revenue on a higher mix of branded products, supported by good overall performance from our private brands team."

Lee continued, "Looking ahead, we are excited about our product lineup for next year. We have a number of great new items and flavors in our core brands along with improvements in several of our more regional allied brands. This pipeline of innovation is very robust and we anticipate solid growth as we move into 2014. We also continue to grow our independent business owner (IBO) based distribution network, and have recently acquired additional routes in a key geography. Snyder's-Lance is making progress on a number of fronts, and I want to thank everyone involved and especially our associates for their hard work and dedication that drives this company forward every day."

Dividend Declared The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on November 29, to stockholders of record at the close of business on November 19.

2013 Estimates The Company has updated its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 9 percent to 10 percent and earnings per diluted share will increase between 25 percent and 30 percent, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $73 and $75 million.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks.

More Information:

snyderslance.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** November 13, 2013

End of Document



# No Headline In Original

just-food.com

November 8, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 AROQ Limited

**Length:** 1007 words

# Body

Byline: Katy Askew

Shares in Snyder's-Lance fell almost 10% yesterday (7 November) despite an increase in third-quarter sales and earnings, driven down by concerns over the US snack maker's sales outlook.

Snyder's-Lance closed down 9.24% yesterday, with shares dropping to US$27.01 on the New York Stock Exchange. The decline reflected investor concerns over Snyder's-Lance's top-line performance. While the group booked an 11.4% rise in third-quarter sales, which climbed to $453m, the performance missed consensus expectations by $9m. The company also lowered its full-year sales outlook to a range of 9-10% from 10-12%.

Nevertheless, Snyder's-Lance said third-quarter net income, excluding special items, was $22.4m, compared to $19.2m in 2012. The firm also narrowed its EPS guidance range to 25-30%, from previous guidance of 22-32%.

"Profit margins appear to be benefiting from [Snyder's-Lance's] internal productivity initiatives and input cost relief, particularly in the sticky, lower-margin private label business," Janney analyst Jonathan Feeney wrote in a note to investors.

Gross margin expanded 110 basis points and EBIT margin rose 120 basis points during the period.

Press release follows:

Snyder's-Lance, Inc. Reports Results for Third Quarter 2013 - Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

- Reports 2013 third quarter earnings per diluted share of $0.32 excluding special items
- Reports 2013 third quarter earnings per diluted share of $0.33 including special items
- Declares quarterly dividend of $0.16 per share of common stock

CHARLOTTE, N.C., Nov. 7, 2013 /PRNewswire/ -- Snyder's-Lance, Inc. (LNCE) today reported results for its third quarter of 2013. Net revenue for the third quarter ended September 28, 2013 was $453 million, an increase of 11.4% compared to prior year net revenue of $407 million. Net income excluding special items in the third quarter of 2013 was $22.4 million, or $0.32 per diluted share, as compared to third quarter 2012 net income excluding special items of $19.2 million, or $0.28 per diluted share. Net income was $22.9 million for the third quarter of 2013, or $0.33 per diluted share, compared to a net income of $17.8 million for the third quarter of 2012, or $0.26 per diluted share. Special items for the third quarter of 2013 were $0.5 million in after-tax income primarily from the gain on the sale of assets associated with the consolidation of our Canadian manufacturing facilities. Special items for the third quarter of 2012 were $1.4 million in after-tax expense which included expenses associated with the acquisition of Snack Factory and other merger related costs.

(Logo: http://photos.prnewswire.com/prnh/20110411/CL80943LOGO )

Net income excluding special items for the first nine months of 2013 was $59.1 million, or $0.84 per diluted share, a gain of 27% as compared to net income excluding special items of $45.7 million, or $0.66 per diluted share, for the first nine months of 2012. Net income was $55.7 million for the first nine months of 2013, or $0.80 per diluted share, compared to net income of $51.3 million for the first nine months of 2012, or $0.74 per diluted share. Special items for 2013 include after-tax income from the gain on the sale of assets, impairment charges and a substantial self-funded medical expense. Special items for 2012 include after-tax gains on the sale of route businesses from the merger integration and after-tax expenses for other merger related expenses.

No Headline In Original

"Net revenue for core branded products was up 20%, driven by Snack Factory and core brand market share gains that were supported with increased advertising and social media marketing efforts, including a movie tie-in promotion," commented Carl E. Lee, Jr., President and Chief Executive Officer. "We are pleased with our EPS performance in the third quarter of 2013 as we focus on finishing the year strong and building momentum as we head into 2014. With our continued focus on emphasizing core brands and widening margins, our team delivered solid results including continued benefits from our acquisition of Snack Factory&reg; **Pretzel Crisps**&reg;which posted significant year over year sales. In the third quarter, we were able to improve our gross margin as a percentage of net revenue on a higher mix of branded products, supported by good overall performance from our private brands team."

Mr. Lee continued, "Looking ahead, we are excited about our product lineup for next year. We have a number of great new items and flavors in our core brands along with improvements in several of our more regional allied brands. This pipeline of innovation is very robust and we anticipate solid growth as we move into 2014. We also continue to grow our independent business owner (IBO) based distribution network, and have recently acquired additional routes in a key geography. Snyder's-Lance is making progress on a number of fronts, and I want to thank everyone involved and especially our associates for their hard work and dedication that drives this company forward every day."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on November 29, 2013 to stockholders of record at the close of business on November 19, 2013.

2013 Estimates

The Company has updated its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 9% to 10% and earnings per diluted share will increase between 25% and 30%, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $73 and $75 million.

Original source: Snyder's-Lance

This article was originally published on just-food.com on 8 November 2013. For authoritative and timely food business information visit http://www.just-food.com.

**Load-Date:** March 5, 2014

End of Document



# Q3 2013 Snyder'sLance Inc Earnings Conference Call - Final

FD (Fair Disclosure) Wire

November 7, 2013 Thursday

Copyright 2013 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2013 CCBN, Inc.

**Length:** 4866 words

# Body

Corporate Participants

* Mark Carter

Snyder's-Lance, Inc. - VP Strategic Initiatives, IR

* Carl Lee

Snyder's-Lance, Inc. - President, CEO

* Rick Puckett

Snyder's-Lance, Inc. - EVP, CFO, Treasurer, Secretary

Conference Call Participants

* Brett Hundley

BB&T Capital Markets - Analyst

* Theo Reid

Jefferies & Company - Analyst

* Rohini Nair

Deutsche Bank - Analyst

* Sara Miller

SunTrust Robinson Humphrey - Analyst

Presentation

OPERATOR: Good morning. My name is Rob, and I will be your conference operator today. At this time, I would like to welcome everyone to Snyder's-Lance third quarter 2013 earnings conference call. (Operator Instructions). Thank you. Mr. Mark Carter, VP and IR officer, you may begin your conference.

MARK CARTER, VP STRATEGIC INITIATIVES, IR, SNYDER'S-LANCE, INC.: Thank you very much, Rob. Good morning, everyone. With me today are Carl Lee, President and CEO, as well as Rick Puckett, EVP & CFO, of Snyder's-Lance Inc. During today's call we will discuss our 2013 third quarter results as well as well as estimates for the full year.

As a reminder, we are web-casting this conference call including the supporting slide presentation on our website at www.snyderslance.com. Before we begin, I would like to point out that during today's presentations, management may make forward-looking statements about our Company's performance. Please refer to the safe harbor language that's included in each of our presentations. I'll now turn the call over to Carl Lee, President and CEO, to begin management's comments.

CARL LEE, PRESIDENT, CEO, SNYDER'S-LANCE, INC.: Thank you, Mark. Good morning, everyone, and thank you for joining our conference call. Today we're going to review a number of slides that have been made available online as we discuss our 2013 third quarter results,and the progress we're making against our strategic priorities.

If you're following along with the slides, I invite you to turn to slide number four. We will a begin by reviewing just our overall third quarter review. Our team delivered 11.4% revenue growth driven by our four brands.

Our Q3 sales volume growth rates were higher than Q2 due to strong retail execution, marketing support and product news. Considering our positive volume growth for the quarter, we are outpacing the trends you see across the food industry.

On a year-to-date basis, we have achieved market share gains with the support of increased advertising, social media campaigns, and our Q3 movie tie-in promotion. We've also posted distribution gains for our quarter, for our core brand on a year-to-date basis, leveraging our DSD network, and efforts of our direct sales team.

Our private brand business is doing well when you look across the strong underlying sales growth of our large, and diverse customer base. Our revenue is growing ahead of the category across most of our customers, with the exception of a couple of them that have difficulty with their packaging changes, or promotional challenges that are being addressed.

In the third quarter, we were able to improve our gross margin by over 100 basis points year-over-yearon a higher mix of branded products and cost control across our organization. We launched several major initiatives to support our IBOs as we celebrate the first anniversary of our DSD transformation.

We improved incentives, selling tools, information availability, and customer service so that they can take even better care of our retailers. We're very proud of our IBO partners and are working hard to help them develop their independent businesses.

We are pleased with our EPS performance in the third quarter, and we're proud of the progress we have made in 2013. Our EPS of $0.84 year-to-date compares to $0.66 last year, for 27% growth. Now, if you'll join me and turn to page five, we'll talk about **Pretzel Crisps**.

We are celebrating our first year anniversary with snack factory, and are very proud of our team's continued success and driving the exciting results on this incredible brand. Snack factory had a solid quarter with very strong growth on a year-over-year basis. Our team has delivered strong market share gains for the quarter, and year-to-date, driven by higher velocity, or turnover at the point of sale.

Our distribution, ACV coverage is up double digits as we expand our store level authorizations, assortment, and number of retailers carrying our products. We're excited about serving our deli managers and see long-term growth potential as consumers continue to focus more and more on convenience.

It's great to be out pacing the deli category which is showing very strong growth trends. We have expanded our team this past year as we activate new markets. We've added sales and local marketing team members in a number of key markets and we'll continue to do so next year to further drive our ACV and distribution.

Now, let's turn to slide number six. On a full year basis, we've seen positive distribution gains in retail price movement across our four core brands. As a result, our core brand revenue was up over 20% to prior year. Market share numbers for each of our core brands is up for 2013. As mentioned earlier, we delivered a positive volume growth as our brands grew faster than their respective categories.

Allied brands grew around 2% for the quarter year-over-year which is a strong statement of our team effort to improve margins while repositioning these brands to be more competitive in the marketplace. As an important part of our plans going forward, we are focused on product news, distribution, and leveraging our DSD system is to avoid the discounting that our competitors may pursue. With that in mind, during Q3 we announced to our retail partners, a number of new innovative products for 2014.

We believe this is one of the most exciting new product offerings that we've been able to bring to market in some time, and they're very much on trend and up-to-date with recent consumer expectations. I've shared with you just a few examples, as we turn to page seven. We'll begin with Snyder's Of Hanover. We have a number of new offerings including an expanding line of product gluten-free pretzels will be launching actually, this quarter, including two new seasoned gluten free products that are going to be a hit with consumers who want great taste and exciting flavors.

In addition, we have a variety of new products on the way for 2014 to support our fast-growing Pretzel Pieces line. For example, we're going to have a new offering of spicy pretzels that deliver a unique crunch and texture, along with a sweet line to satisfy consumer's desire for great snacking. We have several other new products on deck for SOH that we'll be introducing in the coming months.

Now, focusing on Lance. We're beginning to roll out our improved graphics in our home-pack line of products, contemporizing the look and feel of our product with our new closed carton packaging. Our new line of highly flavored sandwich crackers for 2014 have been met with very positive reception from our retailers and is expected to reach new consumers that prefer spicier and bolder flavors.

Cape Cod is seeing innovation in both packaging and product offering for 2014. First, we're expanding our very successful waffle cup line with new flavors and packaging enhancements to call out attention to this highly differentiated product.

Lastly, we're introducing new popcorn items in the Cape Cod line to respond to consumer requests and a very favorable category dynamics. And **Pretzel Crisps**, our fast growing line will be introducing two new flavors this coming year that compliment the already exciting items that we already have in the deli section. Additionally, we have plans to expand our (inaudible) product line as well. **Pretzel Crisp** is growing at a great rate so it's exciting to see how the Snack Factory team continues to expand their very successful line.

Now, turning to page eight and reviewing our advertising and market being plans. As you know, we've stepped up our advertising and marketing dollars for 2013. At the same time, we refined our approach. We are targeting our efforts for each of our core brands in a way that best resonates with current and future consumers. As an example, we've had very positive reception with Snyder's of Hanover flavored piece television campaign that's been running throughout the summer.

Our Lance and **Pretzel Crisp** brands have been responding positively to interactive digital marketing, and our mobile snack patrols. Our marketing and advertising plans are supported by innovative in-store activity that allow our consumers to sample our products and driving great results in trial.

Now, turning to page nine, and looking forward. We're driving to finish 2013 with solid full year EPS performance as we begin rolling out our new initiatives for 2014. Our focus continues to be on emphasizing core brands and widening our margins across all product lines. We're working hard to drive our top-line growth with product news, innovative new items and distribution gains to avoid the industry's potential temptation of discounting.

Additionally, we continue to grow our IBO base distribution network and have recently acquired additional routes in some very important key geographies. We also continue to look for opportunities that fit our strategic plan to expand our DSD network, our core brands and manufacturing capabilities.

Snyder's-Lance is making progress on a number of fronts and I want to thank everyone involved, especially our associates, for their hard work and dedication that drives this great Company on a daily basis. At this time, I would like to turn it over to Rick Puckett.

RICK PUCKETT, EVP, CFO, TREASURER, SECRETARY, SNYDER'S-LANCE, INC.: Thank you very much, Carl, and good morning everyone. Let go to page eleven in the deck that was posted earlier this morning which shows a great job of our net revenue for the third quarter. Branded revenue was up 15% and core brands were up 20%,as Carl mentioned a few minutes ago.

Excluding pricing and acquisitions, core branded volume was up about 3% for the quarter. As Carl mentioned, we had market share and distribution gains in each of the core brands in the quarter. Private brand revenue, while down, was impacted primarily by continued slower growth in a couple of our customers. Our partner brands are up as other manufacturers began to utilize our national distribution networks.

On page twelve, you'll see the year-to-date summary of revenue. A similar picture, with branded revenue up versus last year at 14% and core brands actually were up 21%. You can also see partner brands up there as well, as we continue to use our distribution systems to make more efficient use by distributing other manufacturing products.

On page 13, you'll see the third quarter financial statistics. Gross margin was 34.8% versus 33% last year, up about 110 basis points, driven primarily by better branded mix and lower manufacturing cost. Operating margins were at 7.9%, versus 7.8% last year. This quarter included higher marketing and advertising investments of approximately 70 basis points.

As you know, we have stated that we intend to reinvest back into long-term loyalty activities through advertising on our core brands. Significant TV advertising for Snyder's of Hanover pretzels occurred during the quarter with correspondingly good lift. In addition, we find that our social media and other online activities are demonstrating good results for some of the other core brands, instead of TV advertising. This is also a more efficient spend.

You might have noticed our tax rate was higher at 38.3%, versus 35% last year. It is possible that the full year tax rate will be closer to 35% as guided up to this point, versus our current rate of almost 38%. I will say that we have revised EPS guidance, which I'll talk to in a minute, to reflect the higher, more conservative position. A reduction could result from potential changes in timing in our expectations of certain full your tax items in the fourth quarter.

Other income included an anticipated settlement of an insurance claim related to loss revenue of property from earlier in the year, and was originally included in the guidance for the year. Netting the insurance claim and the higher tax rate resulted in a pickup of approximately $0.015 to $0.02 in earnings per share for the quarter.

Page 14. Looking at year-to-date activity, revenue is up 9.3%. Gross margin is up 120 basis points. We see an improvement of 100 basis points in operating income, and a 27% increase in diluted EPS.

Let's look at cash flow on page 15. Pre-cash flow was approximately $33 million for the last four quarters. This is compared to last year's $38 million.

Cash from operations is up approximately $9 million over last year despite higher working capital this year and specifically, the inventories that are supporting our increased holiday activity this year. We do expect to realize significant inventory reductions by year-end as we sell through this holiday inventory.

Last year's numbers also included a tax refund of approximately $13 million. CapEx is up $14 million on a trailing 12-month basis, but for the year of 2013 we do expect to spend approximately $5 million to $7 million less capital when compared to last year.

Turning to our guidance and our revised estimates, we are changing our net revenue guidance to reflect the trends we continue to see in the industry. We now estimate net revenue to grow by 9% to 10% for the year. EPS guidance is being adjusted entirely from the impact of the expected tax rate, as I mentioned before.

There's a chance that the tax rate will still fall to approximately 35%, or slightly less, which is consistent with prior years, but we have reflected a more conservative view in our revised guidance this quarter. This difference is actually worth approximately $0.03 to $0.04 in EPS. Continued cost controls and efficiencies will help offset the revenue trends.

We've also reduced the CapEx guidance to $73 million to $75 million for the year which is reflecting the timing of major projects that are going on. At this time, I'll turn it back over to Rob for any questions.

Questions and Answers

OPERATOR: (Operator Instructions). Your first question comes from the line of Brett Hundley, from BB&T Capital Markets. Your line is open.

BRETT HUNDLEY, ANALYST, BB&T CAPITAL MARKETS: Good morning, gentlemen.

CARL LEE: Hello, Brett.

BRETT HUNDLEY: I have a detail question to start. Carl, you mentioned the new gluten-free product shipping this quarter. What aisle will that actually be placed in?

CARL LEE: Very good question. I appreciate it and I hope you're doing well today. We're excited about it because we will primarily put in the gluten-free sections in stores. A lot of our retailers have set up a dedicated section for gluten-free products and it offers a comprehensive variety of products basically that someone who wants to shop that section can find. That's our primary placement, but in a few case where is those don't exist, we may put it in our section and as you noticed the packaging, that bright yellow color with the package design, it will really stand out in our section as well. So, that's basically where we're going to merchandise it. First in the gluten-free dedicated sections, if possible, and then if the fall-back plan is our sections. We made sure the packaging would stand out. We have got two gluten-free items out there now that have done phenomenally well this year, and adding these two these two new ones, and updating our packaging, we expect to continue to see tremendous growth as more and more people include that in their diet.

BRETT HUNDLEY: Your core branded growth outside M&A pricing looks like it was in line sequentially and it's been talked aboutad nauseam, the current market environment. I'm curious if you would give some commentary on the competitive landscape across your different categories and if you expect to be impacted any differently in your specific categories going forward.

CARL LEE: What we tried to cover in our opening remarks was, you saw the emphasis on new products. You saw the emphasis on our marketing campaigns. We're going to do our very best to leverage those, because we think that consumers still want to buy excitement. They want to buy news, they want to buy quality and value. So we're going to do our best to avoid the temptation others may have, and that's discounting. But the quality of our products, and the great reach of our brand, that's going to continue to be our focus. So we're just going to watch the categories very carefully. We're going to play defensive ball as much as we can and launching things like gluten-free pretzels during Q4 is a good way for us to be aggressive with Snyder's. Versus falling to temptations that may be more widely spread throughout the industry.

BRETT HUNDLEY: If some categories do become more price competitive, do you feel that your earnings guidance range accounts for potential behavior there?

RICK PUCKETT: Brett, it's Rick. Yes, we have taken that into consideration in our guidance projections.

BRETT HUNDLEY: I appreciate it. And then just my last one is on Snack Factory. Can you talk a little bit about the growth that company is seeing with its **Pretzel Crisp** brand? Particularly, I'm interested in ACV growth versus velocity. If you can just give some qualitative color there, it would be helpful and I appreciate the questions, guys.

CARL LEE: Brett, I appreciate the question. I think that to answer without going into a lot of detail,to your point, we monitor a couple of key things as we look at brand performance. The first and foremost is just the overall growth

year-over-year. But then as we peel it back, we do look at ACV growth and we've seen that up dramatically year-to-date. We begin to look at pricing and that's headed in the right direction. We look at promotional activity and that's clearly headed in the right direction, along with display coverage. More importantly, as you're expanding distribution and display coverage, or you're actually increasing velocity, and we've seen that go up as well. So all four of the key dynamics that we track are leading to very strong market share gains in a very fast paced category. It's pretty much across the board, a very good foundation of continued growth for one of our exciting new brands.

BRETT HUNDLEY: Thank you.

OPERATOR: Your next question comes from the line of Theo Reid, from Jefferies & Company. Your line is open

THEO REID, ANALYST, JEFFERIES & COMPANY: Good morning, everybody.

CARL LEE: Good morning.

THEO REID: Carl, I appreciate your intention to avoid the temptation of discounting and I think that's a sentiment that quite a few of your peers have voiced over the last few weeks, and months as well. My question is, though, if volumes continue to be weak, if retail traffic continues to be weak, if pressure from retailers increases to maybe invest more price, and if one of your competitors starts losing that steadfastness and starts promoting more, how do you avoid not participating in that as well?

CARL LEE: Again that's the key question of the day, and it's going to be asked over and over across the entire food industry. I think that being proactive, as we're trying to do, is the key. Brett asked about our gluten-free pretzels. That's a great initiate to support our pretzel initiatives. We're rolling out a new 20-count large family size of our sandwich crackers, so is we're improving value by offering more in a box. That improves our price point, and improves our value, and improves our overall sale-through. We're taking as many initiatives like that as possible to continue to move forward with maintaining our margins, maintaining our volume, but doing it with a little bit of creativity and value, versus trying to do it with price. I can't tell you exactly what our competitors are going to do, but we've got a proactive plan, and we're going to stick to it.

THEO REID: You're going to stick to it no matter what the competition is doing?

CARL LEE: Let's wait and see what comes. There's no need to fear, fear itself. But so far we have not necessarily seen a lot of pickup in salty snacks. And the cracker aisle is pretty much about what it was before. And so we'll get our new initiatives out for Q4. We'll get some additional new products out for Q1. And we'll have our sales team very busy with their retail execution supporting product news.

THEO REID: Okay. The other question I had was around the Quitos product that you highlighted on the innovation slide. I think it's an interesting product and I think it's a growing category with the rolled tortilla product. My question is, a lot of large packaged food companies have avoided over the last decade, to introduce new brands. This is a new brand for you. What's your level of confidence that you can grow this, that you can establish a new brand in this very competitive space?

CARL LEE: Be glad to address that. I think if you take a look at the product itself, it's a high quality, high value product with the rolled tortilla chip. It's much bigger than just rolled tortilla chips. There's some very important pork rind products in there as well, and some corn based products that is gives us a little variety. The key there is that this is going to be pretty much an up and down the street type item. You'll see if in our C stores.

There, you have a very high impulse channel, not quite as price sensitive, and we've got a great DSD organization to back it up. If you put our retail muscle behind it, and a high volume, high velocity channel, and focus more on those where you have a good push strategy, we feel very comfortable. So we've got some sampling going on, some trial going on, some marketing support, so we're going to drive awareness. But then we've got the power of our DSD system behind it to push it. And by focusing on the up and down the street channels, C stores, small mom and pops, I think we're going to be in a good position to drive some trial.

THEO REID: okay. That's all I have for you, thank you.

CARL LEE: Thank you.

OPERATOR: Your next question comes from the line of Rohini Nair, from Deutsche Bank.

ROHINI NAIR, ANALYST, DEUTSCHE BANK: Thank you. Good morning, everyone.

CARL LEE: Hi, Rohini.

ROHINI NAIR: I had a question about growth on your core brands. I know in the past you had talked about long-term 3% to 5% growth, maybe even a little bit better than that when you add in **Pretzel Crisps**, which has been growing a little faster than your other three core brands. So, give the current industry environment, the general weakness you've been seeing in the categories, volumes, disappearing to some extent, do you think it's likely you'll come in below those long-term expectations looking out to 2014?

RICK PUCKETT: I will start that and I'll let Carl add to it because he's already started emphasizing where we're going to focus as it relates to driving that growth which is in fact a higher innovation pipeline. We've invested significant resources in bringing in new marketing talents, new innovation talents, invested as you know in an R&D center to help drive new platforms for growth, and we're very excited, as Carl mentioned, about what's coming out next year. So we still feel comfortable with that 3% to 5% long-term on an organic basis. We're not that far away from it this year quite honestly, even with the consumer issues that we've been seeing across the industry. Carl, you might want to add.

CARL LEE: Good morning. I think, again, we're just trying to be out in front of it as much as possible. I think that we're dealing with a very high impulse category, and one that's driven by quality and value. Price is always a component for any category. But if you're trying to stay in front of it with product news and then our marketing campaigns, I think we're going to be in good shape as we continue to move forward. Just executing our strategy.

RICK PUCKETT: Going back to when we actually put these two companies together back a couple years ago, one of the big drivers of that was the ability to use our national distribution system to continue to drive ACV, and there's still ACV to be gained. So there's growth opportunities for us in distribution, there's growth opportunities for us in velocity, as well as our enhanced marketing skills and advertising skills, as well as the pipeline of new products. So, we're pretty excited.

ROHINI NAIR: Thanks for that. And just one more. A lot of companies we've been talking to have been alluding to maybe a more benign cost environment, even deflation in some cases. Can you give us a sense of your commodity cost outlook going forward and whether you're seeing something similar?

OPERATOR: Ladies and gentlemen, please stand by while we reconnect your speakers.

And we are live in the conference.

CARL LEE: Rohini, I apologize for that. We dropped off and it wasn't because of your question. We are seeing some moderation in prices on commodities, and especially going into next year. As you know we're six months out typically on our major commodities anyway. There's a little bit of tailwind I would say. I wouldn't say it's so dramatic that it's as significant as you might have heard from other places. Whatever we have, we're certainly going to reinvest into continuing to invest in advertising and marketing on our long-term loyalty plans.

ROHINI NAIR: Perfect. Thank you so much. I'll pass it on.

RICK PUCKETT: Thank you.

OPERATOR: (Operator Instructions). Your next question comes from the line of Bill Chapelle, from SunTrust. Your line is open

SARA MILLER, ANALYST, SUNTRUST ROBINSON HUMPHREY: Good morning, this is Sara Miller, on for Bill. Can you talk about the timing of your new product launches for both Quitos and Lance Bold, and then into some of your other lines?

CARL LEE: We'll be glad to. I think the Quitos we started rolling out this summer, so it's been a gradual roll out and with the up and down the street channel you can start mid-year and work your way through your retailer base. The Lance Sandwich Crackers you refer to, those will be coming out early 2014 and so we have and got a wide range of products coming out at different times. Gluten-free pretzels hits this quarter. There's some new SOH product news coming out in Q1. It's pretty much spread out. The majority of it is coming early 2014, but some of it leaking into the market even now.

SARA MILLER: Okay, great. Thanks. On some of the private brand weakness, you talked about packaging changes that some of the retailers had. Can you quantify the effect that had on the sales number in the quarter?

CARL LEE: The way we would quantify that is private brand would have been up had it not been for those issues.

SARA MILLER: Okay. Great. Thanks so much.

OPERATOR: There are no further questions at this time. I'll turn the call back over to Carl Lee, CEO, for closing remarks.

CARL LEE: We're just very grateful for everyone who joined us this morning. We appreciate the time we have spent together. We're very pleased with our Q3 results. Our team is working very hard to continue to build our business, and build it with product news, and innovation and marketing. And I'm very pleased and very blessed with a great team that we are a working with day in and day out and we're excited about the future. We wish everybody a very good day, and thanks for sharing your valuable time. Thank you.

OPERATOR: Ladies and gentlemen, this conclude today's conference call and you may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** November 10, 2013

End of Document

Case 3:17-cv-00652-KDB-DSC   Document 42-6   Filed 10/29/18   Page 33 of 212

# Event Brief of Q3 2013 Snyder's-Lance Inc Earnings Conference Call - Final

FD (Fair Disclosure) Wire

November 7, 2013 Thursday

Copyright 2013  CQ-Roll Call, Inc.
All Rights Reserved


Copyright 2013  CCBN, Inc.

**Length:** 4157 words

## Body

CORPORATE PARTICIPANTS

. Mark Carter - Snyder's-Lance, Inc.,VP Strategic Initiatives, IR . Carl Lee - Snyder's-Lance, Inc.,President, CEO . Rick Puckett - Snyder's-Lance, Inc.,EVP, CFO, Treasurer, Secretary

CONFERENCE CALL PARTICIPANTS

. Brett Hundley - BB&T Capital Markets,Analyst . Theo Reid - Jefferies & Company,Analyst . Rohini Nair - Deutsche Bank,Analyst . Sara Miller - SunTrust Robinson Humphrey,Analyst

OVERVIEW

LNCE reported YTD EPS of $0.84. Estimates net revenue to grow by 9-10% for 2013.

FINANCIAL DATA

1. YTD EPS = $0.84. 2. YTD revenue growth = 9.3%. 3. 3Q13 YoverY revenue growth = 11.4%. 4. 3Q13 GM = 34.8%. 5. Estimates net revenue to grow by 9-10% for 2013.

PRESENTATION SUMMARY -

3Q13 Review (C.L.) 1. Highlights: 1. Delivered 11.4% revenue growth, driven by core brands. 2. Sales and volume growth rates were higher than 2Q due to: 1. Strong retail execution. 2. Marketing support. 3. Product news. 3. Considering positive volume growth, outpacing trends across food industry. 4. On YTD basis, has achieved market share gains with support of increased advertising, social media campaigns and 3Q movie tie-in promotion. 5. Posted distribution gains for core brands on YTD basis, leveraging DSD network and efforts of direct sales team. 6. Private brand business is doing well when looking across strong underlying sales growth of large and diverse customer base. 1. Revenue is growing ahead of category across most of customers with exception of couple of them that had difficulty with their packaging changes or promotional challenges that are being addressed. 7. Improved GM over 100 BP YoverY on higher mix of branded products and cost control across organization. 8. Launched several major initiatives to support IBOs as Co. celebrates first anniversary of DSD transformation. 1. Improved incentives, selling tools, information availability and customer service so that they can take even better care of Co.'s retailers. 2. Working hard to help IBOs develop their independent businesses. 9. EPS $0.84 YTD vs. $0.66 last year for 27% growth. 2. **Pretzel Crisps**: 1. Celebrating first year anniversary with Snack Factory. 1. Proud of team's continued success in driving exciting results on this incredible brand. 2. Snack Factory had solid qtr. with strong growth on YoverY basis. 2. Team has delivered strong market share gains for qtr. and YTD, driven by higher velocity or turnover at point-of-sale. 3. Distribution (ACV) coverage up double-digits, as Co. expands store

level authorizations, assortment, and number of retailers carrying its products. 4. Excited about serving daily managers and see long-term growth potential, as consumers continue to focus more and more on convenience. 1. Great to be outpacing deli category, which is showing strong growth trends. 5. Expanded team this past year as Co. activates new markets. 6. Added sales and local marketing team members in number of key markets. 1. Will continue to do so next year to further drive ACV and distribution. 3. Core Brands: 1. On full-year basis, has seen positive distribution gains and retail price movement across four core brands. 2. Core brand revenue up over 20% to prior-year. 3. Market share numbers for each core brands is up for 2013. 1. Delivered positive volume growth as brands grew faster in their respective categories. 4. Allied brands grew around 2% YoverY, which is strong statement of team effort to improve margins while repositioning these brands to be more competitive in marketplace. 5. As an important part of plans going forward, focused on product news, distribution and leveraging DSD system to avoid discounting that competitors may pursue. 6. Announced to retail partners a number of new innovative products for 2014. 1. Believes this is one of most exciting new product offerings that Co. has been able to bring market in some time. 4. Snyder's Of Hanover: 1. Has number of new offerings, including expanded lineup of gluten-free pretzels, Co. is launching actually this qtr. including two new season gluten-free products that are going to be hit for consumers who want great taste and exciting flavors. 2. Has variety of new products underway for 2014 to support fast-growing pretzel pieces line. 1. Has new offering of spicy pretzels. 3. Several other new products that Co. will be introducing in coming months. 4. Lance: 1. Beginning to rollout improved graphics in home-pack line of products, contemporizing look and feel of product with news closed carton packaging. 2. New line of highly flavored sandwich cracker for 2014 met with positive reception from retailers. 5. Cape Cod: 1. Seeing innovation in packaging and product offering for 2014. 2. Expanding successful Waffle Cut line with new flavors and packaging enhancements to callout attention to this highly differentiated product. 3. Introducing new popcorn items in Cape Cod line to respond to consumer request and favorable category dynamics. 6. **Pretzel Crisps**: 1. Fast-growing line will be introducing two new flavors this coming year that complement already exciting items that Co. has in deli section. 1. Plans to expand enrolled product line. 2. Growing at great rate. 3. Exciting see how Snack Factory team continues to expand their successful line. 5. Advertising & Marketing Plans: 1. Stepped up advertising and marketing dollars for 2013. 1. At same time, refined approach. 2. Targeting efforts for each core brands in way that best resonates with current and future consumers. 3. Positive reception with Snyder's of Hanover flavored pretzel piece television campaign that's been running throughout this summer. 4. Lance and **Pretzel Crisps** brands have been responding positively to interactive digital marketing and mobile snack patrols. 5. Marketing and advertising plans are supported by innovative in-store activities that allow consumers to sample products and driving great results in trial. 6. Looking Forward: 1. Driving to finish 2013 with solid full-year EPS performance as Co. begins rolling out new initiatives for 2014. 2. Focus continues to be on emphasizing core brands and widening margins across all product lines. 3. Working hard to drive topline growth with product news, innovative new items and distribution gains to avoid industry's potential temptation of discounting. 4. Growing IBO-based distribution network. 5. Has recently acquired additional routes in some important key geographies. 6. Looking for opportunities that fit strategic plan to expand DSD network, core brands and manufacturing capabilities. 7. Lance is making progress on number of fronts.

3Q13 Financials (R.P.) 1. Results: 1. Branded revenue up 15%. 2. Core brands up 20%. 3. Excluding pricing and acquisitions, core branded volume up about 3%. 4. Had market share and distribution gains in each of core brands. 5. Private brands revenue down impacted primarily by continued slower growth in couple of customers. 6. Partner brands up as other manufacturers begin to utilize national distribution networks. 7. YTD revenue: 1. Branded revenue up 14% vs. last year. 2. Core brands actually up 21%. 3. Partner brands up, as Co. continues to use distribution system to make more efficient use by distributing other manufacturing products. 2. Financial Statistics: 1. GM 34.8% vs. 33% last year. 1. Up about 110 BP, driven primarily by better branded mix and lower manufacturing cost. 2. Operating margins 7.9% vs. 7.8% last year. 1. Included higher marketing and advertising investments of approx. 70 BP. 3. Has stated that Co. intends to reinvest back into long-term loyalty activities through advertising on core brands. 4. Significant TV advertising for Snyder's of Hanover pretzels occurred with correspondingly good lift. 5. Finds that social media and other online activities are demonstrating good results for some of other core brands instead of TV advertising. 1. More efficient spend. 6. Tax rate was higher at 38.3% vs. 35% last year. 1. It is possible that full-year tax rate will be closer to 35%, as Co. has guided up to this point vs. current rate of almost 38%. 7. Has revised EPS guidance to reflect higher more conservative position. 8. Reduction could result from potential changes in timing in expectations to certain full-year tax items in 4Q. 9. Other income

included anticipated settlement of insurance claim related to lost revenue and profit from earlier in year and was originally included in guidance for year. 10. Netting insurance claim and higher tax rate resulted in pickup of approx. $0.015-0.020 in EPS. 11. YTD activity: 1. Revenue up 9.3%. 2. GM up 120 BP. 3. Saw improvement of 100 BP in operating income. 4. 27% increase in diluted EPS. 3. Cash Flow: 1. Free cash flow was approx. $33m for last four quarters vs. last year's $38m. 2. Cash from operations up approx. $9m over last year, despite higher working capital this year and specifically, inventories that are supporting increased holiday activity this year. 3. Expects to realize significant inventory reductions by year-end as Co. sells through this holiday inventory. 4. Last year's numbers included tax refund of approx. $13m. 5. CapEx up $14m on trailing 12-month basis. 1. For 2013, expects to spend approx. $5-7m less capital vs. last year. 4. Guidance: 1. Changing net revenue guidance to reflect trends Co. continues to see in industry. 2. Now estimate net revenue to grow by 9-10% for year. 3. EPS guidance is being adjusted entirely from impact of expected tax rate. 1. There is chance that tax rate will still fall to approx. 35% or slightly less, which is consistent with prior years, but Co. has reflected more conservative view in revised guidance this qtr. 1. Difference has actually worth approx. $0.03-0.04 in EPS. 4. Continued cost controls and efficiencies will help offset revenue trends. 5. Reduced CapEx guidance to $73-75m for year. 1. Reflecting timing of major projects that are going on.

QUESTIONS AND ANSWERS

OPERATOR: (Operator Instructions). Your first question comes from the line of Brett Hundley, from BB&T Capital Markets. Your line is open.

BRETT HUNDLEY, ANALYST, BB&T CAPITAL MARKETS: Good morning, gentlemen.

CARL LEE, LANCE, INC. - PRESIDENT, CEO, SNYDER'S: Hello, Brett.

BRETT HUNDLEY: I have a detail question to start. Carl, you mentioned the new gluten-free product shipping this quarter. What aisle will that actually be placed in?

CARL LEE: Very good question. I appreciate it and I hope you're doing well today. We're excited about it because we will primarily put in the gluten-free sections in stores. A lot of our retailers have set up a dedicated section for gluten-free products and it offers a comprehensive variety of products basically that someone who wants to shop that section can find. That's our primary placement, but in a few case where is those don't exist, we may put it in our section and as you noticed the packaging, that bright yellow color with the package design, it will really stand out in our section as well. So, that's basically where we're going to merchandise it. First in the gluten-free dedicated sections, if possible, and then if the fall-back plan is our sections. We made sure the packaging would stand out. We have got two gluten-free items out there now that have done phenomenally well this year, and adding these two these two new ones, and updating our packaging, we expect to continue to see tremendous growth as more and more people include that in their diet.

BRETT HUNDLEY: Your core branded growth outside M&A pricing looks like it was in line sequentially and it's been talked aboutad nauseam, the current market environment. I'm curious if you would give some commentary on the competitive landscape across your different categories and if you expect to be impacted any differently in your specific categories going forward.

CARL LEE: What we tried to cover in our opening remarks was, you saw the emphasis on new products. You saw the emphasis on our marketing campaigns. We're going to do our very best to leverage those, because we think that consumers still want to buy excitement. They want to buy news, they want to buy quality and value. So we're going to do our best to avoid the temptation others may have, and that's discounting. But the quality of our products, and the great reach of our brand, that's going to continue to be our focus. So we're just going to watch the categories very carefully. We're going to play defensive ball as much as we can and launching things like gluten-free pretzels during Q4 is a good way for us to be aggressive with Snyder's. Versus falling to temptations that may be more widely spread throughout the industry.

BRETT HUNDLEY: If some categories do become more price competitive, do you feel that your earnings guidance range accounts for potential behavior there?

RICK PUCKETT, LANCE, INC. - EVP, CFO, TREASURER, SECRETARY, SNYDER'S: Brett, it's Rick. Yes, we have taken that into consideration in our guidance projections.

BRETT HUNDLEY: I appreciate it. And then just my last one is on Snack Factory. Can you talk a little bit about the growth that company is seeing with its **Pretzel Crisp** brand? Particularly, I'm interested in ACV growth versus velocity. If you can just give some qualitative color there, it would be helpful and I appreciate the questions, guys.

CARL LEE: Brett, I appreciate the question. I think that to answer without going into a lot of detail,to your point, we monitor a couple of key things as we look at brand performance. The first and foremost is just the overall growth year-over-year. But then as we peel it back, we do look at ACV growth and we've seen that up dramatically year-to-date. We begin to look at pricing and that's headed in the right direction. We look at promotional activity and that's clearly headed in the right direction, along with display coverage. More importantly, as you're expanding distribution and display coverage, or you're actually increasing velocity, and we've seen that go up as well. So all four of the key dynamics that we track are leading to very strong market share gains in a very fast paced category. It's pretty much across the board, a very good foundation of continued growth for one of our exciting new brands.

BRETT HUNDLEY: Thank you.

OPERATOR: Your next question comes from the line of Theo Reid, from Jefferies & Company. Your line is open

THEO REID, ANALYST, JEFFERIES & COMPANY: Good morning, everybody.

CARL LEE: Good morning.

THEO REID: Carl, I appreciate your intention to avoid the temptation of discounting and I think that's a sentiment that quite a few of your peers have voiced over the last few weeks, and months as well. My question is, though, if volumes continue to be weak, if retail traffic continues to be weak, if pressure from retailers increases to maybe invest more price, and if one of your competitors starts losing that steadfastness and starts promoting more, how do you avoid not participating in that as well?

CARL LEE: Again that's the key question of the day, and it's going to be asked over and over across the entire food industry. I think that being proactive, as we're trying to do, is the key. Brett asked about our gluten-free pretzels. That's a great initiate to support our pretzel initiatives. We're rolling out a new 20-count large family size of our sandwich crackers, so is we're improving value by offering more in a box. That improves our price point, and improves our value, and improves our overall sale-through. We're taking as many initiatives like that as possible to continue to move forward with maintaining our margins, maintaining our volume, but doing it with a little bit of creativity and value, versus trying to do it with price. I can't tell you exactly what our competitors are going to do, but we've got a proactive plan, and we're going to stick to it.

THEO REID: You're going to stick to it no matter what the competition is doing?

CARL LEE: Let's wait and see what comes. There's no need to fear, fear itself. But so far we have not necessarily seen a lot of pickup in salty snacks. And the cracker aisle is pretty much about what it was before. And so we'll get our new initiatives out for Q4. We'll get some additional new products out for Q1. And we'll have our sales team very busy with their retail execution supporting product news.

THEO REID: Okay. The other question I had was around the Quitos product that you highlighted on the innovation slide. I think it's an interesting product and I think it's a growing category with the rolled tortilla product. My question is, a lot of large packaged food companies have avoided over the last decade, to introduce new brands. This is a new brand for you. What's your level of confidence that you can grow this, that you can establish a new brand in this very competitive space?

CARL LEE: Be glad to address that. I think if you take a look at the product itself, it's a high quality, high value product with the rolled tortilla chip. It's much bigger than just rolled tortilla chips. There's some very important pork

rind products in there as well, and some corn based products that is gives us a little variety. The key there is that this is going to be pretty much an up and down the street type item. You'll see if in our C stores.

There, you have a very high impulse channel, not quite as price sensitive, and we've got a great DSD organization to back it up. If you put our retail muscle behind it, and a high volume, high velocity channel, and focus more on those where you have a good push strategy, we feel very comfortable. So we've got some sampling going on, some trial going on, some marketing support, so we're going to drive awareness. But then we've got the power of our DSD system behind it to push it. And by focusing on the up and down the street channels, C stores, small mom and pops, I think we're going to be in a good position to drive some trial.

THEO REID: okay. That's all I have for you, thank you.

CARL LEE: Thank you.

OPERATOR: Your next question comes from the line of Rohini Nair, from Deutsche Bank.

ROHINI NAIR, ANALYST, DEUTSCHE BANK: Thank you. Good morning, everyone.

CARL LEE: Hi, Rohini.

ROHINI NAIR: I had a question about growth on your core brands. I know in the past you had talked about long-term 3% to 5% growth, maybe even a little bit better than that when you add in **Pretzel Crisps**, which has been growing a little faster than your other three core brands. So, give the current industry environment, the general weakness you've been seeing in the categories, volumes, disappearing to some extent, do you think it's likely you'll come in below those long-term expectations looking out to 2014?

RICK PUCKETT: I will start that and I'll let Carl add to it because he's already started emphasizing where we're going to focus as it relates to driving that growth which is in fact a higher innovation pipeline. We've invested significant resources in bringing in new marketing talents, new innovation talents, invested as you know in an R&D center to help drive new platforms for growth, and we're very excited, as Carl mentioned, about what's coming out next year. So we still feel comfortable with that 3% to 5% long-term on an organic basis. We're not that far away from it this year quite honestly, even with the consumer issues that we've been seeing across the industry. Carl, you might want to add.

CARL LEE: Good morning. I think, again, we're just trying to be out in front of it as much as possible. I think that we're dealing with a very high impulse category, and one that's driven by quality and value. Price is always a component for any category. But if you're trying to stay in front of it with product news and then our marketing campaigns, I think we're going to be in good shape as we continue to move forward. Just executing our strategy.

RICK PUCKETT: Going back to when we actually put these two companies together back a couple years ago, one of the big drivers of that was the ability to use our national distribution system to continue to drive ACV, and there's still ACV to be gained. So there's growth opportunities for us in distribution, there's growth opportunities for us in velocity, as well as our enhanced marketing skills and advertising skills, as well as the pipeline of new products. So, we're pretty excited.

ROHINI NAIR: Thanks for that. And just one more. A lot of companies we've been talking to have been alluding to maybe a more benign cost environment, even deflation in some cases. Can you give us a sense of your commodity cost outlook going forward and whether you're seeing something similar?

OPERATOR: Ladies and gentlemen, please stand by while we reconnect your speakers.

And we are live in the conference.

CARL LEE: Rohini, I apologize for that. We dropped off and it wasn't because of your question. We are seeing some moderation in prices on commodities, and especially going into next year. As you know we're six months out typically on our major commodities anyway. There's a little bit of tailwind I would say. I wouldn't say it's so dramatic

that it's as significant as you might have heard from other places. Whatever we have, we're certainly going to reinvest into continuing to invest in advertising and marketing on our long-term loyalty plans.

ROHINI NAIR: Perfect. Thank you so much. I'll pass it on.

RICK PUCKETT: Thank you.

OPERATOR: (Operator Instructions). Your next question comes from the line of Bill Chapelle, from SunTrust. Your line is open

SARA MILLER, ANALYST, SUNTRUST ROBINSON HUMPHREY: Good morning, this is Sara Miller, on for Bill. Can you talk about the timing of your new product launches for both Quitos and Lance Bold, and then into some of your other lines?

CARL LEE: We'll be glad to. I think the Quitos we started rolling out this summer, so it's been a gradual roll out and with the up and down the street channel you can start mid-year and work your way through your retailer base. The Lance Sandwich Crackers you refer to, those will be coming out early 2014 and so we have and got a wide range of products coming out at different times. Gluten-free pretzels hits this quarter. There's some new SOH product news coming out in Q1. It's pretty much spread out. The majority of it is coming early 2014, but some of it leaking into the market even now.

SARA MILLER: Okay, great. Thanks. On some of the private brand weakness, you talked about packaging changes that some of the retailers had. Can you quantify the effect that had on the sales number in the quarter?

CARL LEE: The way we would quantify that is private brand would have been up had it not been for those issues.

SARA MILLER: Okay. Great. Thanks so much.

OPERATOR: There are no further questions at this time. I'll turn the call back over to Carl Lee, CEO, for closing remarks.

CARL LEE: We're just very grateful for everyone who joined us this morning. We appreciate the time we have spent together. We're very pleased with our Q3 results. Our team is working very hard to continue to build our business, and build it with product news, and innovation and marketing. And I'm very pleased and very blessed with a great team that we are a working with day in and day out and we're excited about the future. We wish everybody a very good day, and thanks for sharing your valuable time. Thank you.

OPERATOR: Ladies and gentlemen, this conclude today's conference call and you may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON FINANCIAL'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE

INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** November 10, 2013

End of Document



# *Snyders-Lance 3Q EPS 33c >LNCE

Dow Jones Institutional News

November 7, 2013 Thursday 11:00 AM GMT

Copyright 2013 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2013, Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 3948 words

## Body

7 Nov 2013 06:00 EDT  Press Release: Snyder's-Lance, Inc. Reports Results for Third Quarter 2013

Snyder's-Lance, Inc. Reports Results for Third Quarter 2013

- Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

- Reports 2013 third quarter earnings per diluted share of $0.32 excluding special items

- Reports 2013 third quarter earnings per diluted share of $0.33 including special items

- Declares quarterly dividend of $0.16 per share of common stock

PR Newswire

CHARLOTTE, N.C., Nov. 7, 2013

CHARLOTTE, N.C., Nov. 7, 2013 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its third quarter of 2013. Net revenue for the third quarter ended September 28, 2013 was $453 million, an increase of 11.4% compared to prior year net revenue of $407 million. Net income excluding special items in the third quarter of 2013 was $22.4 million, or $0.32 per diluted share, as compared to third quarter 2012 net income excluding special items of $19.2 million, or $0.28 per diluted share. Net income was $22.9 million for the third quarter of 2013, or $0.33 per diluted share, compared to a net income of $17.8 million for the third quarter of 2012, or $0.26 per diluted share. Special items for the third quarter of 2013 were $0.5 million in after-tax income primarily from the gain on the sale of assets associated with the consolidation of our Canadian manufacturing facilities. Special items for the third quarter of 2012 were $1.4 million in after-tax expense which included expenses associated with the acquisition of Snack Factory and other merger related costs.

(Logo:  http://photos.prnewswire.com/prnh/20110411/CL80943LOGO  )

Net income excluding special items for the first nine months of 2013 was $59.1 million, or $0.84 per diluted share, a gain of 27% as compared to net income excluding special items of $45.7 million, or $0.66 per diluted share, for the

first nine months of 2012. Net income was $55.7 million for the first nine months of 2013, or $0.80 per diluted share, compared to net income of $51.3 million for the first nine months of 2012, or $0.74 per diluted share. Special items for 2013 include after-tax income from the gain on the sale of assets, impairment charges and a substantial self-funded medical expense. Special items for 2012 include after-tax gains on the sale of route businesses from the merger integration and after-tax expenses for other merger related expenses.

"Net revenue for core branded products was up 20%, driven by Snack Factory and core brand market share gains that were supported with increased advertising and social media marketing efforts, including a movie tie-in promotion," commented Carl E. Lee, Jr., President and Chief Executive Officer. "We are pleased with our EPS performance in the third quarter of 2013 as we focus on finishing the year strong and building momentum as we head into 2014. With our continued focus on emphasizing core brands and widening margins, our team delivered solid results including continued benefits from our acquisition of Snack Factory(R) **Pretzel Crisps**(R) which posted significant year over year sales. In the third quarter, we were able to improve our gross margin as a percentage of net revenue on a higher mix of branded products, supported by good overall performance from our private brands team."

Mr. Lee continued, "Looking ahead, we are excited about our product lineup for next year. We have a number of great new items and flavors in our core brands along with improvements in several of our more regional allied brands. This pipeline of innovation is very robust and we anticipate solid growth as we move into 2014. We also continue to grow our independent business owner (IBO) based distribution network, and have recently acquired additional routes in a key geography. Snyder's-Lance is making progress on a number of fronts, and I want to thank everyone involved and especially our associates for their hard work and dedication that drives this company forward every day."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on November 29, 2013 to stockholders of record at the close of business on November 19, 2013.

2013 Estimates

The Company has updated its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 9% to 10% and earnings per diluted share will increase between 25% and 30%, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $73 and $75 million.

Conference Call

Snyder's-Lance, Inc. has scheduled a conference call and presentation with investors at 10:00 am eastern time on Thursday, November 7, 2013 to discuss financial results. To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers. A continuous telephone replay of the call will be available between 3:00 pm on November 7 and midnight on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 90854513. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(R), O-Ke-Doke(R), Quitos(R) and Padrinos(R) brand names along with a number of private label and third party brands. Products are distributed

nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include: general economic conditions; increases in cost or availability of ingredients, packaging, energy and employees; price competition and industry consolidation; loss of major customers or changes in product offerings with significant customers; successful integration and realization of anticipated benefits of acquisitions; loss of key personnel; ability to execute strategic initiatives; product recalls and concerns surrounding the quality or safety of products and ingredients; adulterated or misbranded products; disruptions to our supply chain or information technology systems; improper use of social media; changes in consumer preferences; distribution through independent business owners; inability to maintain existing markets or expand to other geographic markets; protection of trademarks and other proprietary intellectual rights; impairment in the carrying value of goodwill or other intangible assets; food industry and regulatory factors; interest rate and foreign exchange rate risks; and the interests of significant stockholders may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission. Except as required by law, the Company undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

```
SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Income (Unaudited)
For the Quarters and Nine Months Ended September 28, 2013 and September 29, 2012
(in thousands, except per share data)
```

| | Quarter Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 28, 2013 | September 29, 2012 | September 28, 2013 | September 29, 2012 |
| Net revenue | $ 453,023 | $ 406,565 | $ 1,310,646 | $ 1,198,808 |
| Cost of sales | 295,429 | 269,626 | 862,286 | 802,568 |
| Gross margin | 157,594 | 136,939 | 448,360 | 396,240 |
| Selling, general and administrative | 122,110 | 106,512 | 356,610 | 324,864 |
| Impairment charges | -- | 80 | 1,900 | 207 |
| Gain on sale of route businesses, net | (465) | (1,427) | (2,057) | (21,596) |
| Other (income)/expense, net | (5,099) | 537 | (8,603) | (124) |
| Income before interest and income taxes | 41,048 | 31,237 | 100,510 | 92,889 |
| Interest expense, net | 3,742 | 1,692 | 10,702 | 6,258 |
| Income before income taxes | 37,306 | 29,545 | 89,808 | 86,631 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Income tax expense | | 14,194 | | 11,634 | | 33,758 | 34,930 |

**7 Nov 2013 06:00 EDT  Press Release: Snyder's-Lance, Inc. Reports -2-**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | --------------- | | --------------- | | --------------- | --------------- |
| Net income | | 23,112 | | 17,911 | | 56,050 | 51,701 |
| Net income attributable to noncontrolling interests | | 213 | | 146 | | 329 | 397 |
| | | --------------- | | --------------- | | --------------- | --------------- |
| Net income attributable to Snyder's-Lance, Inc. | $ | 22,899 | $ | 17,765 | $ | 55,721 | $ 51,304 |
| | | =========== | === | =========== | | =========== | =========== |
| Basic earnings per share | $ | 0.33 | $ | 0.26 | $ | 0.80 | $ 0.75 |
| Weighted average shares outstanding -- basic | | 69,459 | | 68,598 | | 69,243 | 68,268 |
| Diluted earnings per share | $ | 0.33 | $ | 0.26 | $ | 0.80 | $ 0.74 |
| Weighted average shares outstanding -- diluted | | 70,294 | | 69,526 | | 70,013 | 69,190 |
| Cash dividends declared per share | $ | 0.16 | $ | 0.16 | $ | 0.48 | $ 0.48 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Balance Sheets
As of September 28, 2013 (Unaudited) and December 29, 2012
(in thousands, except share data)

| | September 28, 2013 | December 29, 2012 |
|---|---|---|
| | --------------- | ------------------- |
| **ASSETS** | | |
| --------------------------------------- | | |
| Current assets: | | |
| Cash and cash equivalents | $ 16,702 | $ 9,276 |
| Accounts receivable, net of allowances of $2,300 and $2,159, respectively | 152,266 | 141,862 |
| Inventories | 139,764 | 118,256 |
| Prepaid income taxes | 5,272 | -- |
| Deferred income taxes | 9,361 | 11,625 |
| Assets held for sale | 22,707 | 11,038 |
| Prepaid expenses and other current assets | 26,492 | 28,676 |
| | --------------- | ------------------- |
| Total current assets | 372,564 | 320,733 |
| Noncurrent assets: | | |
| Fixed assets, net of accumulated depreciation of $351,985 and $331,053, respectively | 344,746 | 331,385 |
| Goodwill | 536,655 | 540,389 |

| | | | | |
|---|---|---:|---|---:|
| Other intangible assets, net | | 519,517 | | 531,735 |
| Other noncurrent assets | | 23,139 | | 22,490 |
| Total assets | $ | 1,796,621 | $ | 1,746,732 |

LIABILITIES AND STOCKHOLDERS' EQUITY
----------------------------------------

| | | | | |
|---|---|---:|---|---:|
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | 18,389 | $ | 20,462 |
| Accounts payable | | 59,276 | | 54,791 |
| Accrued compensation | | 26,780 | | 31,037 |
| Accrued selling and promotional costs | | 15,097 | | 16,240 |
| Income tax payable | | -- | | 1,263 |
| Other payables and accrued liabilities | | 32,511 | | 30,830 |
| Total current liabilities | | 152,053 | | 154,623 |
| Noncurrent liabilities: | | | | |
| Long-term debt | | 526,405 | | 514,587 |
| Deferred income taxes | | 182,830 | | 176,037 |
| Other noncurrent liabilities | | 28,607 | | 29,310 |
| Total liabilities | | 889,895 | | 874,557 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common stock, 69,508,697 and 68,863,974 shares outstanding, respectively | | 57,922 | | 57,384 |
| Preferred stock, no shares outstanding | | -- | | -- |
| Additional paid-in capital | | 759,839 | | 746,155 |
| Retained earnings | | 73,324 | | 50,847 |
| Accumulated other comprehensive income | | 12,874 | | 15,118 |
| Total Snyder's-Lance, Inc. stockholders' equity | | 903,959 | | 869,504 |
| Noncontrolling interests | | 2,767 | | 2,671 |
| Total stockholders' equity | | 906,726 | | 872,175 |
| Total liabilities and stockholders' equity | $ | 1,796,621 | $ | 1,746,732 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
 Condensed Consolidated Statements of Cash Flows (Unaudited)
 For the Nine Months Ended September 28, 2013 and September 29, 2012
 (in thousands)

| | Nine Months Ended | | | |
|---|---|---|---|---|
| | September 28, 2013 | | September 29, 2012 | |
| Operating activities: | | | | |
| Net income | $ | 56,050 | $ | 51,701 |
| Adjustments to reconcile net income to cash from operating activities: | | | | |
| Depreciation and amortization | | 44,805 | | 39,255 |
| Stock-based compensation expense | | 4,397 | | 3,487 |
| (Gain)/loss on sale of fixed assets, net | | (1,022) | | 87 |
| Gain on sale of route businesses | | (2,057) | | (21,596) |
| Impairment charges | | 1,900 | | 207 |

| | | | |
|---|---:|---|---:|
| Deferred income taxes | 8,962 | | (7,419) |
| Changes in operating assets and liabilities, excluding business acquisitions | (38,562) | | (5,938) |
| Net cash provided by operating activities | 74,473 | | 59,784 |

Investing activities:

| | | | |
|---|---:|---|---:|
| Purchases of fixed assets | (55,874) | | (55,962) |
| Purchases of route businesses | (26,798) | | (27,747) |
| Proceeds from sale of fixed assets | 4,552 | | 8,185 |
| Proceeds from sale of route businesses | 25,004 | | 88,672 |
| Proceeds from sale of investments | 921 | | -- |
| Business acquisitions, net of cash acquired | (1,513) | | -- |
| Net cash (used in)/provided by investing activities | (53,708) | | 13,148 |

Financing activities:

| | | | |
|---|---:|---|---:|
| Dividends paid to stockholders | (33,243) | | (32,790) |
| Dividends paid to noncontrolling interests | (232) | | (234) |
| Debt issuance costs | -- | | (567) |
| Issuances of common stock | 10,514 | | 10,741 |
| Repurchases of common stock | (709) | | (333) |
| Repayments of long-term debt | (16,279) | | (1,647) |
| Net proceeds/(repayments) from revolving credit facilities | 26,805 | | (59,869) |
| Net cash used in financing activities | (13,144) | | (84,699) |
| Effect of exchange rate changes on cash | (195) | | (274) |
| Increase/(decrease) in cash and cash equivalents | 7,426 | | (12,041) |
| Cash and cash equivalents at beginning of period | 9,276 | | 20,841 |
| Cash and cash equivalents at end of period | $ 16,702 | $ | 8,800 |

Supplemental information:

| | | | |
|---|---:|---|---:|
| Cash paid for income taxes, net of refunds of $36 and $12,361, respectively | $ 29,056 | $ | 20,636 |
| Cash paid for interest | $ 9,806 | $ | 5,801 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES Reconciliation of Non-GAAP Measures (Unaudited) For the Quarters and Nine Months Ended September 28, 2013 and September 29, 2012 (in thousands, except per share data)

| | Net of Tax | Per Diluted Share |
|---|---:|---:|
| Quarter Ended September 28, 2013 | | |
| Net income attributable to Snyder's-Lance, Inc. | $22,899 | $ 0.326 |
| Self-funded medical insurance claim | 263 | 0.004 |
| Gain on sale of Canadian assets | (799) | (0.012) |

Net income attributable to Snyder's-Lance,

7 Nov 2013 06:00 EDT  Press Release: Snyder's-Lance, Inc. Reports -3-

```
   Inc., excluding special items            $22,363      $        0.318
                                            ======     =====   ============


Quarter Ended September 29, 2012
-----------------------------------------------
Net income attributable to Snyder's-Lance,
   Inc.                                     $17,765      $        0.256

Merger related items                            115               0.002
Snack Factory acquisition costs                 304               0.004
Greenville closure costs                        487               0.007
Gain on the sale of route businesses           (674)             (0.010)
Incremental income tax associated with
   non-deductible goodwill on the sale of route
   businesses                                 1,250               0.018
                                            -------

Net income attributable to Snyder's-Lance,
   Inc., excluding special items            $19,247      $        0.277
                                            ======     =====   ============


                                            Net of
                                            Tax       Per Diluted Share
                                         ----------   -------------------
Nine Months Ended September 28, 2013
-----------------------------------------------
Net income attributable to Snyder's-Lance,
   Inc.                                   $  55,721      $        0.796

Self-funded medical insurance claim           2,995             0.043
Impairment charges                            1,192             0.017
Gain on sale of Canadian assets                (799)           (0.012)
                                          ----------

Net income attributable to Snyder's-Lance,
   Inc., excluding special items          $  59,109      $        0.844
                                          ======     =====   ============


Nine Months Ended September 29, 2012
-----------------------------------------------
Net income attributable to Snyder's-Lance,
   Inc.                                   $  51,304      $        0.741

Merger related items                          1,452             0.021
Snack Factory acquisition costs                 304             0.004
Corsicana/Greenville closure costs            1,751             0.025
Gain on the sale of route businesses        (13,465)           (0.194)
Incremental income tax associated with
   non-deductible goodwill on the sale of route
   businesses                                 4,341             0.063
                                          ----------   -------------------

Net income attributable to Snyder's-Lance,
   Inc., excluding special items          $  45,687      $        0.660
                                          ======     =====   ============
```

SOURCE Snyder's-Lance, Inc.

*Snyders-Lance 3Q EPS 33c >LNCE

/CONTACT: Mark Carter, VP and Investor Relations Officer (704) 557-8386, or Joe Calabrese, Financial Relations Board (212) 827-3772

/Web site:  http://www.snyderslance.com

(END) Dow Jones Newswires

November 07, 2013 06:00 ET (11:00 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** November 8, 2013

End of Document

# Snyder's-Lance, Inc. Reports Results for Third Quarter 2013; - Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

PR Newswire

November 7, 2013 Thursday 6:00 AM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 2389 words

**Dateline:** CHARLOTTE, N.C., Nov. 7, 2013

## Body

---

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its third quarter of 2013. Net revenue for the third quarter ended September 28, 2013 was $453 million, an increase of 11.4% compared to prior year net revenue of $407 million. Net income excluding special items in the third quarter of 2013 was $22.4 million, or $0.32 per diluted share, as compared to third quarter 2012 net income excluding special items of $19.2 million, or $0.28 per diluted share. Net income was $22.9 million for the third quarter of 2013, or $0.33 per diluted share, compared to a net income of $17.8 million for the third quarter of 2012, or $0.26 per diluted share. Special items for the third quarter of 2013 were $0.5 million in after-tax income primarily from the gain on the sale of assets associated with the consolidation of our Canadian manufacturing facilities. Special items for the third quarter of 2012 were $1.4 million in after-tax expense which included expenses associated with the acquisition of Snack Factory and other merger related costs.

(Logo:http://photos.prnewswire.com/prnh/20110411/CL80943LOGO)

Net income excluding special items for the first nine months of 2013 was $59.1 million, or $0.84 per diluted share, a gain of 27% as compared to net income excluding special items of $45.7 million, or $0.66 per diluted share, for the first nine months of 2012. Net income was $55.7 million for the first nine months of 2013, or $0.80 per diluted share, compared to net income of $51.3 million for the first nine months of 2012, or $0.74 per diluted share. Special items for 2013 include after-tax income from the gain on the sale of assets, impairment charges and a substantial self-funded medical expense. Special items for 2012 include after-tax gains on the sale of route businesses from the merger integration and after-tax expenses for other merger related expenses.

"Net revenue for core branded products was up 20%, driven by Snack Factory and core brand market share gains that were supported with increased advertising and social media marketing efforts, including a movie tie-in promotion," commented Carl E. Lee, Jr., President and Chief Executive Officer. "We are pleased with our EPS performance in the third quarter of 2013 as we focus on finishing the year strong and building momentum as we head into 2014. With our continued focus on emphasizing core brands and widening margins, our team delivered solid results including continued benefits from our acquisition of Snack Factory® **Pretzel Crisps**® which posted significant year over year sales. In the third quarter, we were able to improve our gross margin as a percentage of net revenue on a higher mix of branded products, supported by good overall performance from our private brands team."

Mr. Lee continued, "Looking ahead, we are excited about our product lineup for next year. We have a number of great new items and flavors in our core brands along with improvements in several of our more regional allied brands. This pipeline of innovation is very robust and we anticipate solid growth as we move into 2014. We also continue to grow our independent business owner (IBO) based distribution network, and have recently acquired additional routes in a key geography. Snyder's-Lance is making progress on a number of fronts, and I want to

thank everyone involved and especially our associates for their hard work and dedication that drives this company forward every day."

## Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock.  The dividend is payable on November 29, 2013 to stockholders of record at the close of business on November 19, 2013.

## 2013 Estimates

The Company has updated its estimates for the full year 2013.  The Company estimates that its net revenue for the full year 2013 will be up 9% to 10% and earnings per diluted share will increase between 25% and 30%, excluding special items, compared to 2012.  Capital expenditures for 2013 are projected to be between $73 and $75 million.

## Conference Call

Snyder's-Lance, Inc. has scheduled a conference call and presentation with investors at 10:00 am eastern time on Thursday, November 7, 2013 to discuss financial results.  To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers.  A continuous telephone replay of the call will be available between 3:00 pm on November 7 and midnight on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers.  The replay access code is 90854513. Investors may also access a web-based replay of the conference call athttp://www.snyderslance.com.

## About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart®, O-Ke-Doke®, Quitos® and Padrinos® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

## Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include: general economic conditions; increases in cost or availability of ingredients, packaging, energy and employees; price competition and industry consolidation; loss of major customers or changes in product offerings with significant customers; successful integration and realization of anticipated benefits of acquisitions; loss of key personnel; ability to execute strategic initiatives; product recalls and concerns surrounding the quality or safety of products and ingredients; adulterated or misbranded products; disruptions to our supply chain or information technology systems; improper use of social media; changes in consumer preferences; distribution through independent business owners; inability to maintain existing markets or expand to other geographic markets; protection of trademarks and other proprietary intellectual rights; impairment in the carrying value of goodwill or other intangible assets; food industry and regulatory factors; interest rate and foreign exchange rate risks; and the interests of significant stockholders may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission. Except as required by law, the Company undertakes no obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

SNYDER'S-LANCE, INC. AND

Snyder's-Lance, Inc. Reports Results for Third Quarter 2013; - Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

SUBSIDIARIES  Condensed Consolidated Statements of Income (Unaudited)  For the Quarters and Nine Months Ended September 28, 2013 and September 29, 2012   (in thousands, except per share data)

| | Quarter Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 28, 2013 | September 29, 2012 | September 28, 2013 | September 29, 2012 |
| Net revenue | $ 453,023 | $ 406,565 | $ 1,310,646 | $ 1,198,808 |
| Cost of sales | 295,429 | 269,296 | 862,868 | 802,568 |
| Gross margin | 157,594 | 137,939 | 448,360 | 396,240 |

| | | | | |
|---|---|---|---|---|
| Selling, general and administrative | 122,110 | 106,512 | 356,610 | 324,864 |
| Impairment charges | - | 80 | 1,900 | 207 |
| Gain on sale of route businesses, net | (465) | (1,427) | (2,057) | (21,596) |
| Other (income)/expense, net | (5,099) | 537 | (8,603) | (124) |
| Income before interest and income taxes | 41,048 | 31,237 | 100,510 | 92,889 |
| Interest expense, net | 3,742 | 1,692 | 10,702 | 6,258 |
| Income before income taxes | 37,306 | 29,545 | 89,808 | 86,631 |
| Income tax expense | 14,194 | 11,634 | 33,758 | 34,930 |
| Net income | 23,11 | 17,91 | 56,05 | 51,70 |

# Snyder's-Lance, Inc. Reports Results for Third Quarter 2013; - Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

|  |  |  |  |  |
|---|---|---|---|---|
| Net income attributable to noncontrolling interests | 2,213 | 1,146 | 0,329 | 1,397 |
| Net income attributable to Snyder's-Lance, Inc. | $ 22,899 | $ 17,765 | $ 55,721 | $ 51,304 |
| Basic earnings per share | $ 0.33 | $ 0.26 | $ 0.80 | $ 0.75 |
| Weighted average shares outstanding - basic | 69,459 | 68,598 | 69,243 | 68,268 |
| Diluted earnings per share | $ 0.33 | $ 0.26 | $ 0.80 | $ 0.74 |
| Weighted average shares outstanding - diluted | 70,294 | 69,526 | 70,013 | 69,190 |
| Cash dividends declared per share | $ 0.16 | $ 0.16 | $ 0.48 | $ 0.48 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES  Condensed Consolidated Balance Sheets  As of September 28, 2013 (Unaudited) and December 29, 2012   (in thousands, except share data)

|  | September 28, 2013 | December 29, 2012 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 16,702 | $ 9,276 |
| Accounts receivable, net of allowances of $2,300 and $2,159, respectively | 152,266 | 141,862 |
| Inventories | 139,764 | 118,256 |
| Prepaid income taxes | 5,272 | - |
| Deferred income taxes | 9,361 | 11,625 |
| Assets held for sale | 22,707 | 11,038 |

| | | |
|---|---|---|
| Prepaid expenses and other current assets | 26,492 | 28,676 |
| Total current assets | 372,564 | 320,733 |
| | | |
| Noncurrent assets: | | |
| Fixed assets, net of accumulated depreciation of $351,985 and $331,053, respectively | 344,746 | 331,385 |
| Goodwill | 536,655 | 540,389 |
| Other intangible assets, net | 519,517 | 531,735 |
| Other noncurrent assets | 23,139 | 22,490 |
| Total assets | $ 1,796,621 | $ 1,746,732 |

LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---|---|
| Current liabilities: | | |
| Current portion of long-term debt | $ 18,389 | $ 20,462 |
| Accounts payable | 59,276 | 54,791 |
| Accrued compensation | 26,780 | 31,037 |
| Accrued selling and promotional costs | 15,097 | 16,240 |
| Income tax payable | - | 1,263 |
| Other payables and accrued liabilities | 32,511 | 30,830 |
| Total current liabilities | 152,053 | 154,623 |
| | | |
| Noncurrent liabilities: | | |
| Long-term debt | 526,405 | 514,587 |
| Deferred income taxes | 182,830 | 176,037 |
| Other noncurrent liabilities | 28,607 | 29,310 |
| Total liabilities | 889,895 | 874,557 |
| | | |
| Commitments and contingencies | | |
| | | |
| Stockholders' equity: | | |
| Common stock, 69,508,697 and 68,863,974 shares outstanding, respectively | 57,922 | 57,384 |
| Preferred stock, no shares outstanding | - | - |
| Additional paid-in capital | 759,839 | 746,155 |
| Retained earnings | 73,324 | 50,847 |
| Accumulated other comprehensive income | 12,874 | 15,118 |
| Total Snyder's-Lance, Inc. stockholders' equity | 903,959 | 869,504 |

Snyder's-Lance, Inc. Reports Results for Third Quarter 2013; - Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

| | | |
|---|---|---|
| Noncontrolling interests | 2,767 | 2,671 |
| Total stockholders' equity | 906,726 | 872,175 |
| Total liabilities and stockholders' equity | $ 1,796,621 | $ 1,746,732 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES
Condensed Consolidated Statements of Cash Flows (Unaudited)  For the Nine Months Ended September 28, 2013 and September 29, 2012 (in thousands)

| | Nine Months Ended September 28, 2013 | September 29, 2012 |
|---|---|---|
| Operating activities: | | |
| Net income | $ 56,050 | $ 51,701 |
| Adjustments to reconcile net income to cash from operating activities: | | |
| Depreciation and amortization | 44,805 | 39,255 |
| Stock-based compensation expense | 4,397 | 3,487 |
| (Gain)/loss on sale of fixed assets, net | (1,022) | 87 |
| Gain on sale of route businesses | (2,057) | (21,596) |
| Impairment charges | 1,900 | 207 |
| Deferred income taxes | 8,962 | (7,419) |
| Changes in operating assets and liabilities, excluding business acquisitions | (38,562) | (5,938) |
| Net cash provided by operating activities | 74,473 | 59,784 |
| | | |
| Investing activities: | | |
| Purchases of fixed assets | (55,874) | (55,962) |
| Purchases of route businesses | (26,798) | (27,747) |
| Proceeds from sale of fixed assets | 4,552 | 8,185 |
| Proceeds from sale of route businesses | 25,004 | 88,672 |
| Proceeds from sale of investments | 921 | - |
| Business acquisitions, net of cash acquired | (1,513) | - |
| Net cash (used in)/provided by investing activities | (53,708) | 13,148 |
| | | |
| Financing activities: | | |
| Dividends paid to stockholders | (33,243) | (32,790) |
| Dividends paid to noncontrolling interests | (232) | (234) |
| Debt issuance costs | - | (567) |
| Issuances of common stock | 10,514 | 10,741 |

| | | | | |
|---|---|---:|---|---:|
| Repurchases of common stock | | (709) | | (333) |
| Repayments of long-term debt | | (16,279 ) | | (1,647) |
| Net proceeds/(repayments) from revolving credit facilities | | 26,805 | | (59,869 ) |
| Net cash used in financing activities | | (13,144 ) | | (84,699 ) |
| | | | | |
| Effect of exchange rate changes on cash | | (195) | | (274) |
| | | | | |
| Increase/(decrease) in cash and cash equivalents | | 7,426 | | (12,041 ) |
| Cash and cash equivalents at beginning of period | | 9,276 | | 20,841 |
| Cash and cash equivalents at end of period | $ | 16,702 | $ | 8,800 |
| | | | | |
| Supplemental information: | | | | |
| Cash paid for income taxes, net of refunds of $36 and $12,361, respectively | $ | 29,056 | $ | 20,636 |
| Cash paid for interest | $ | 9,806 | $ | 5,801 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES  Reconciliation of Non-GAAP Measures (Unaudited)  For the Quarters and Nine Months Ended September 28, 2013 and September 29, 2012   (in thousands, except per share data)

| | Net of Tax | | Per Diluted Share | |
|---|---|---:|---|---:|
| **Quarter Ended September 28, 2013** | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 22,899 | $ | 0.326 |
| | | | | |
| Self-funded medical insurance claim | | 263 | | 0.004 |
| Gain on sale of Canadian assets | | (799) | | (0.012) |
| | | | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 22,363 | $ | 0.318 |
| | | | | |
| **Quarter Ended September 29, 2012** | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 17,765 | $ | 0.256 |
| | | | | |
| Merger related items | | 115 | | 0.002 |
| Snack Factory acquisition costs | | 304 | | 0.004 |
| Greenville closure costs | | 487 | | 0.007 |
| Gain on the sale of route businesses | | (674) | | (0.010) |
| Incremental income tax associated with non-deductible goodwill on the sale of route businesses | | 1,250 | | 0.018 |

Snyder's-Lance, Inc. Reports Results for Third Quarter 2013; - Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

| | | | | | |
|---|---|---|---|---|---|
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 19,247 | | $ | 0.277 |
| | Net ofTax | | Per Diluted Share | | |
| **Nine Months Ended September 28, 2013** | | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 55,721 | | $ | 0.796 |
| Self-funded medical insurance claim | 2,995 | | 0.043 | | |
| Impairment charges | 1,192 | | 0.017 | | |
| Gain on sale of Canadian assets | (799) | | (0.012) | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 59,109 | | $ | 0.844 |
| **Nine Months Ended September 29, 2012** | | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 51,304 | | $ | 0.741 |
| Merger related items | 1,452 | | 0.021 | | |
| Snack Factory acquisition costs | 304 | | 0.004 | | |
| Corsicana/Greenville closure costs | 1,751 | | 0.025 | | |
| Gain on the sale of route businesses | (13,465) | | (0.194) | | |
| Incremental income tax associated with non-deductible goodwill on the sale of route businesses | 4,341 | | 0.063 | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 45,687 | | $ | 0.660 |

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, VP and Investor Relations Officer (704) 557-8386, or Joe Calabrese, Financial Relations Board (212) 827-3772

**Load-Date:** November 8, 2013

End of Document



# Snyder's-Lance sales of core products drive Q3 earnings growth

Charlotte Business Journal

November 7, 2013 Thursday

Copyright 2013 American City Business Journal, Inc. All Rights Reserved

## CHARLOTTE BUSINESS JOURNAL

**Length:** 271 words

**Byline:** Ken Elkins

## Body

Snyder's-Lance Inc. (NASDAQ:LNCE) earned $22.4 million, or 32 cents per diluted share, in the third quarter, improving on its income of $19.2 million, or 28 cents per share, a year earlier.

The snack maker's earnings per share for the latest quarter topped analysts' average expectations by a penny.

Carl Lee Jr., CEO of Charlotte-based Snyder's-Lance, says a combination of increased advertising, more social media efforts and a marketing tie-in with the movie Cloudy with a Chance of Meatballs 2 helped boost the third-quarter results.

A gain in market share for the company's core sandwich cracker snacks, chips and pretzels helped drive a 20 percent increase in revenue for the quarter. Snyder's-Lance's purchase of Snack Factory **Pretzel Crisps**, which the company closed in October 2012, also contributed to an increase in sales.

Across the company, net sales totaled $453 million, up 11.4 percent from $407 million in the third quarter of 2012.

The company also today declared a quarterly cash dividend of 16 cents per share on its common stock, payable to shareholders on Nov. 29.

Snyder's-Lance products are sold under brand names that include Snyder's of Hanover, Lance, Cape Cod, Tom's, Archway and **Pretzel Crisps**, as well as private-label and third-party brands.

The company has more than 1,000 employees in Charlotte.

As of 11:30 a.m. Thursday, Snyder's-Lance's stock was trading at $28.76 per share, down more than 3 percent from Wednesday's closing price.

Did you find this article useful? Why not subscribe to Charlotte Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** November 7, 2013

End of Document



# FORM 8-K: SNYDER'S-LANCE, INC FILES Current report

US Official News

November 7, 2013 Thursday

Copyright 2013 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1151 words

**Dateline:** Washington

## Body

SNYDER'S-LANCE, INC, North Carolina, has filed FORM 8-K (Current report) with Securities and Exchange Commission on November 07, 2013

State or other Jurisdiction of Incorporation: North Carolina

Item 2.02. Results of Operations and Financial Condition.

On November 7, 2013, Snyder's-Lance, Inc. (the "Company") issued a press release with respect to its financial results for the third quarter ended September 28, 2013. A copy of the press release is being furnished as Exhibit 99.1 hereto. The Company will also hold a conference call and live webcast on November 7, 2013 to discuss its financial results. The press release contains forward-looking statements regarding the Company and includes cautionary statements identifying important factors that could cause actual results to differ materially.

The exhibit attached hereto also presents measures not derived in accordance with generally accepted accounting principles ("GAAP"). The Company believes these non-GAAP financial measures provide useful information to investors as the measures emphasize core on-going operations and are helpful in comparing past and present operating results. The Company uses these measures to evaluate past performance and prospects for future performance. The presentation of non-GAAP financial measures by the Company should not be considered in isolation or as a substitute for the Company's financial results prepared in accordance with GAAP.

The information furnished under this Item 2.02 shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth by specific reference in a filing.

Item 9.01.    Financial Statements and Exhibits.

(d) Exhibits

Exhibit No.

Exhibit Description
99.1

Press Release, dated November 7, 2013, with respect to the Company's financial results for the third quarter ended September 28, 2013.

The information furnished as exhibits hereto shall not be deemed to be "filed" for purposes of Section 18 of the Securities and Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth in specific reference in a filing.

Snyder's-Lance, Inc. Reports Results for Third Quarter 2013

- Reports 2013 third quarter net revenue of $453 million, an increase of 11.4% over prior year

- Reports 2013 third quarter earnings per diluted share of $0.32 excluding special items

- Reports 2013 third quarter earnings per diluted share of $0.33 including special items

- Declares quarterly dividend of $0.16 per share of common stock

Charlotte, NC, - – Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its third quarter of 2013. Net revenue for the third quarter ended September 28, 2013 was $453 million, an increase of 11.4% compared to prior year net revenue of $407 million. Net income excluding special items in the third quarter of 2013 was $22.4 million, or $0.32 per diluted share, as compared to third quarter 2012 net income excluding special items of $19.2 million, or $0.28 per diluted share.  Net income was $22.9 million for the third quarter of 2013, or $0.33 per diluted share, compared to a net income of $17.8 million for the third quarter of 2012, or $0.26 per diluted share.  Special items for the third quarter of 2013 were $0.5 million in after-tax income primarily from the gain on the sale of assets associated with the consolidation of our Canadian manufacturing facilities.  Special items for the third quarter of 2012 were $1.4 million in after-tax expense which included expenses associated with the acquisition of Snack Factory and other merger related costs.

Net income excluding special items for the first nine months of 2013 was $59.1 million, or $0.84 per diluted share, a gain of 27% as compared to net income excluding special items of $45.7 million, or $0.66 per diluted share, for the first nine months of 2012.  Net income was $55.7 million for the first nine months of 2013, or $0.80 per diluted share, compared to net income of $51.3 million for the first nine months of 2012, or $0.74 per diluted share. Special items for 2013 include after-tax income from the gain on the sale of assets, impairment charges and a substantial self-funded medical expense. Special items for 2012 include after-tax gains on the sale of route businesses from the merger integration and after-tax expenses for other merger related expenses.

"Net revenue for core branded products was up 20%, driven by Snack Factory and core brand market share gains that were supported with increased advertising and social media marketing efforts, including a movie tie-in promotion," commented Carl E. Lee, Jr., President and Chief Executive Officer. "We are pleased with our EPS performance in the third quarter of 2013 as we focus on finishing the year strong and building momentum as we head into 2014. With our continued focus on emphasizing core brands and widening margins, our team delivered solid results including continued benefits from our acquisition of Snack Factory® **Pretzel Crisps**® which posted significant year over year sales. In the third quarter, we were able to improve our gross margin as a percentage of net revenue on a higher mix of branded products, supported by good overall performance from our private brands team."

Mr. Lee continued, "Looking ahead, we are excited about our product lineup for next year. We have a number of great new items and flavors in our core brands along with improvements in several of our more regional allied brands. This pipeline of innovation is very robust and we anticipate solid growth as we move into 2014. We also continue to grow our independent business owner (IBO) based distribution network, and have recently acquired additional routes in a key geography. Snyder's-Lance is making progress on a number of fronts, and I want to thank everyone involved and especially our associates for their hard work and dedication that drives this company forward every day."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on November 29, 2013 to stockholders of record at the close of business on November 19, 2013.

2013 Estimates

The Company has updated its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 9% to 10% and earnings per diluted share will increase between 25% and 30%, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $73 and $75 million.

For more information please visit: http://www.sec.gov

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 8, 2013

---

End of Document

# Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists show who the industry's major players are and what they bring to the table.

Snack Food & Wholesale Bakery

November 1, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 BNP Media

**Section:** Pg. 36(6); Vol. 102; No. 11; ISSN: 1096-4835

**Length:** 4748 words

**Byline:** Schafer, Romy

## Body

Alot has happened in the baking and snack industries since Snack Food & Wholesale Bakery published its lists of top U.S. bakers and snack manufacturers a year ago. Acquisitions, mergers, plant openings and closings, anniversary celebrations and other events have kept well-known industry names in the news this year.

The most notable of these was Texas-based Hostess Brands Inc. ("Old HB"), which filed for bankruptcy at the end of 2012, and began accepting bids for its assets and brands shortly thereafter. Four bakeries eventually prevailed. Flowers Foods in Thomasville, Ga., now owns the majority of Hostess' bread brands, including Wonder, Nature's Pride, Merita, Home Pride and Butternut. McKee Foods in Collegedale, Tenn., acquired the Drake's snack cakes brand. United States Bakery (a.k.a Franz Family Bakeries) in Portland, Ore., added the Sweetheart, Eddy's, Standish Farms and Grandma Emilie's bread brands to its offerings. Grupo Bimbo S.A.B. de C.V. in Mexico City now owns the Beefsteak bread brand.

The majority of Old HB's snack cake business, including Hostess and Dolly Madison branded products, was purchased by Apollo Global Management LLC and Metropoulos & Co. The resulting company--Hostess Brands LLC in Kansas City, Mo.--delighted consumers young and old this summer by returning Hostess snack cakes, including the iconic Twinkies, to store shelves in July. McKee Foods and Flower Foods followed suit, relaunching Drake's snack cakes and Wonder, Merita, Home Pride and Butternut products, respectively, in September.

But these companies weren't the only ones making big news in the baking and snack industry in 2013, although it sometimes seemed like it. Other prominent names contributed this year to the industry's ever-changing landscape:

* Industry giant ConAgra Foods Inc. purchased St. Louis-based Ralcorp Holdings, becoming one of the largest packaged food companies in North America and positioning itself as the largest private-label packaged food business in North America.

* Tyson Mexican Original Inc., a subsidiary of Tyson Foods Inc., Springdale, Ark., and the second-largest tortilla manufacturer in the U.S., acquired the assets of Don Julio Foods, a tortilla and salty snack manufacturer in Clearfield, Utah.

* The Hillshire Brands Co., Chicago, bought Golden Island Jerky, a gourmet jerky manufacturer in Rancho Cucamonga, Calif.

* Hearthside Food Solutions LLC, Downers Grove, Ill., and Ryt-Way Industries, Lakeville, Minn., two Wind Point Partners portfolio companies, merged in May.

And the list goes on and on.

Some bakers and snack manufacturers opted to expand their operations by building new plants, rather than by buying or merging with other companies. Angelic Bakehouse, Waukesha, Wis.; Aunt Millie's Bakeries, Fort Wayne, Ind.; Oberto Brands, Kent, Wash.; and Mondelez International, Deerfield, Ill., all announced plans to add facilities in the U.S. or abroad.

**Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....**

Celebrations abounded this year as well: Love and Quiches, Freeport, N.Y., enjoyed its 40th anniversary; Pepperidge Farm, Norwalk, Conn., celebrated the 60[th] anniversary of its Downers Grove, Ill., bakery; Golden Flake Snack Foods, Birmingham, Ala., turned 90; and sandwich cracker manufacturer Lance, Charlotte, N.C., and Sanders Bumpy Cake, a creation of Sanders Fine Chocolates in Clinton Township, Mich., became the industry's latest centenarians.

While some companies were celebrating their longevity in the baking and snack food industries, others were just entering it. Minneapolis-based Green Giant, a General Mills brand known for its canned and frozen vegetables, launched two veggie chips in March. Who knows who or what will venture into the market next year?

Methodology

All of these occurrences can make it difficult to keep track the industry's major players, their brands, changes in top management and so on. Snack Food & Wholesale Bakery's second annual Top Bakers & Snack Manufacturers lists, while not definitive, are intended to give readers a better understanding of their industry.

The information for these lists comes numerous sources. We sent privately-held companies a copy of their 2012 listing and asked them to update the existing information. We consulted a variety of online sources to update as much of the information as possible on unreturned forms. We referred to the most recent annual reports of publicly-held companies for their information. We also invited companies to complete a Top Bakers & Snack Manufacturers response form on our website, www.snackandbakery.com.

We'd like to thank those companies that contributed to this report, and hope that those that declined our invitation to participate will get involved next year. With all the changes taking place in the baking and snack industry each year, it's important for companies to keep their brands and products on customers' and consumers' must-have lists.

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| Alfred Nickles Bakery Inc. Navarre, Ohio | David A. Gardner, president | $177.2 M* | Bagels, bread, buns, cakes, donuts, rolls, sweet rolls |
| Aryzta LLC Los Angeles | Owen Killian, CEO | $1.8 B | Artisan breads, buns, cookies, donuts, English muffins, frozen bread dough, fillings, glazes, icings, laminated dough and puff pastry, mixes, muffins, pastries, sweet goods, take-and-bake pizza |
| Aunt Millie's Bakeries Fort Wayne, Ind. | John F Popp, president &CEO | S210M* | Bagels, bread, bread sticks, buns, croutons, dinner rolls, English muffins, muffins |

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

```
The Bama Cos.     Paula      $260 M*      Biscuits,
Tulsa, Okla.      Marshall-Chapman,      pies, pizza
     CEO          crusts

Bimbo Bakeries    Gary Prince,    $6 B        Bagels, bread,
USA Horsham,      president & CEO      buns, cookies,
Pa.  donuts,
     English
     muffins, pies,
     pizza crust,
     rolls, snack
     cakes, sweet
     goods, thins,
     tortillas

Bridgford Food    William L.        $127.4 M    Beef jerky,
Corp. Anaheim,    Bridgford,biscuits,
Calif.chairman    bread dough
     items, meat
     snacks, monkey
     bread,
     pepperoni,
     roll dough
     items, salami,
     summer
     sausage

CSM Bakery        Bret Weaver,      $2.1 B (1)  Cake, cookies,
Supplies North    president &CEO        dough, frozen
America Tucker,   baked goods,
Ga.  mixes,
     muffins, pie
     crust, sweet
     goods

Dawn Food         Carrie L.$409 M*      Bread,
Products Inc.     Jones-Barber, CEO     brownies,
Jackson, Mich.    cakes,
     cookies,
     croissants,
     donuts,
     fillings,
     glazes,
     icings, mixes,
     muffins, puff
     dough

Flowers Foods     Allen L. Shiver,  $3 B        Breads, buns,
Inc. president &CEO        pastries,
Thomasville.      rolls, snack
Ga.  cokes,
     tortillas

Franz Family      Bob Albers, CEO   $278.7 M*   Bagels,
Bakery
Portland,         breads, buns,
Ore. cookies,
     donuts,
     muffins,
     pastries,
     rolls
```

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

```
Gonnella Baking    Nicholas Marcucci,   $182 M        Bread, bread
Co. Schaumburg,    president crumbs, frozen

III. dough, rolls
Harlan Bakeries    Hugh Harlan,         $300 M*       Bagels, bread,
Inc. Avon, Ind.    president cakes,
      granola,
      muffins,
      mixes, pies,
      rolls
COMPANY NAME       SUBSIDIARIES/BRANDS
(HEADQ(OWN OR PRODUCE)
UARTERS)

Alfred Nickles     Nickles
Bakery Inc.
Navarre, Ohio

Aryzta LLC Los     Fresh Start
Angeles            Bakeries, Great
      Kitchens, La Brea
      Bakery, Maidstone
      Bakeries, Otis
      Spunkmeyer

Aunt Millie's      Aunt Millie's, Aunt
Bakeries Fort      Millie's Bakehouse,
Wayne, Ind.        Hillbilly,
      Koepplinger Recipe,
      Perfection Deli,
      Soft 'N Good,
      Sunbeam

The Bama Cos.
Tulsa, Okla.

Bimbo Bakeries     Arnold, Ball Park,
USA Horsham,       Bimbo, Boboli,
Pa.   Brownberry,
      Earthgrains,
      Entenmann's,
      Francisco,
      Freihofer's,
      Marinela, Mrs.
      Baird's, Old
      Country, Oroweat,
      Sara Lee,
      Stroehmann, Thomas',
      Tia Rosa, Weber's

Bridgford Food     Bridgford,
Corp. Anaheim,     Frozen-Rite,
Calif.Superior Foods,
      Sweet Baby Ray's
      Beef Jerky

CSM Bakery         BakeMark USA, CSM
Supplies North     Bakery Products
America Tucker,
Ga.
```

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

```
Dawn Food        Baker's Request,
Products Inc.    Cake Boss,
Jackson, Mich.   Celebration
      Fillings, Majestic
      Mixes, Mi Panaderia,
      R&H Mixes, Raised A
      Mixes, Weight
      Watchers


Flowers Foods    Barowsky's, Betsy
Inc. Ross, Blue Bird,
Thomasville.     Bunny, ButterKrust,
Ga.   Butternut, Captain
      John Derst,
      Cobblestone Mill,
      Country Kitchen,
      Evangeline Maid,
      Home Pride, Mary
      Jane, Merita, Mrs.
      Freshley's, Nature's
      Own, Sara Lee,
      Sunbeam, Tastykake,
      Whitewheat, Wonder


Franz Family     Ail-American Pie,
Bakery
Portland,        Bread Lover's,
Ore.  Franz, Holsum
      Hearth, Seattle
      International,
      Seattle Sourdough
      Baking Co.,

      Svenhard's
Gonnella Baking  Gonnella
Co. Schaumburg,

III.
Harlan Bakeries
Inc. Avon, Ind.
```

* 2011/2012 soles. A variety of industry sources show sales change for company in 2012/13.

(1) Consolidated revenue for CSM BSNAs three divisions: Bakery Products, Caravan Ingredients and BakeMark

(2) 2012 sales from the company's Retail segment, which sells packaged meat and frozen bakery products

(3) 2012 companywide net sales

(4) 2013 net sales for the Specialty Foods segment, which includes biscuits; croutons; frozen dinner and sweet rolls; and frozen garlic breads

(5) 2012 net revenues for North America

(6) Listing information also includes H&S Bakery, Schmidt Baking Co., Mid-Atlantic Baking Co. and Crispy Bagel Co., all In Baltimore;

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

Ottenberg Bakery, Eldersburg, Md.; and Mid-South Baking, Dallas

(7) Companywide revenue

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| Hearthside Food Solutions LLC Downers Grove, Ill. | Rich Scalise, chairman &CEO | $839.6 M | Baked components, bread crumbs, cookies, crackers, croutons, filled bars, granola, granola bars, snacks |
| Hillshire Brands Co. Downers Grove, Ill. | Sean Connolly, president & CEO | $2.9 B (2) | Cakes, pies, sweet goods |
| Kellogg Co. Battle Creek, Mich. | John Bryant, chairman & CEO | $13.2 B (3) | Bars, cookies, crackers, toaster pastries |
| Lancaster Colony Corp. Columbus, Ohio | John Gerlach Jr., chairman, president & CEO | $1 B (4) | Biscuits, croutons, frozen dinner and sweet rolls, frozen garlic breads |
| McKee Foods Corp. Collegedale, Tenn. | Michael McKee, president &CEO | $782,3 M* | Cookie, crackers, cereal bars, granola bars, snack cakes |
| Mondelez International Deerfield, Ill. | Irene Rosenfeld, chairman | $6.9 B (5) | Biscuits, cookies, crackers |
| Northeast Foods Inc. Baltimore (6) | William Paterakis, president | $500 M* | Bagels, bread, buns, English muffins, rolls |
| Rich Products Corp. Buffalo, N.Y. | Bill Gisel, president & CEO | $1.4 B | Bagels, biscuits, bread, buns, coke, cookies, dough, frozen |

```
               baked foods,
               frozen pizza
               dough, ice
               cream cakes,
               ice
               cream-filled
               cupcakes,
               muffins,
               rolls, sweet
               goods

The Schwan      Dimitrios    $3 B (7)    Cakes,
Food Co.        Smyrnios,        desserts,
Marshall,       CEOpies, pizza,
Minn.   Asian
        appetizers

Sweet Street    Sandy        $20 M*      Bars,
Desserts        Solmon,          brownies,
Reading, Pa.    founder         cakes,
     &CEO            cupcakes,
        pies

Turano Baking   Joseph       $200 M*     Bread, bread
Co. Berwyn,     Turano,         crumbs,
III. president     croutons,
        buns, rolls,
        artisan bread
        and rolls
COMPANY NAME    SUBSIDIARIES/BRANDS
(HEADQ          (OWN OR PRODUCE)
UARTERS)

Hearthside
Food Solutions
LLC Downers
Grove, III.

Hillshire       Sara Lee, Chef
Brands Co.      Pierre
Downers Grove,
III.

Kellogg Co.     Austin, Cheez-It,
Battle Creek,   Chips Deluxe, Club,
Mich.E.L. Fudge, Famous
        Amos, Fudge Shoppe,
        Gripz, Kashi,
        Keebler, Kellogg's
        FiberPlus, Krispy,
        Mother's, Murray,
        Murray Sugar Free,
        Nutri-Grain,
        Pop-Tarts, Ready
        Crust, Rice
        Krispies, Right
        Bites, Sandies, Soft
        Batch, Special K,
        Stretch Island,
        Sunshine, TLC,
        Toasteds, Town
```

```
          House, Vienna
          Creams, Vienna
          Fingers, Wheatables,
          Zesta

Lancaster        Chatham Village,
Colony Corp.     Mamma Bella,
Columbus,        Marshall's, Mary
Ohio B's, New York BRAND,
          Sister Schubert's,
          Texas Toast

McKee Foods       Drake's, Fieldstone
Corp.Bakery, Heartland,
Collegedale,      Little Debbie,
Tenn.Sunbelt

Mondelez          BelVita, Chips
International      Ahoy!, Lu, Nabisco,
Deerfield,        Newtons, Nilla,
III. Nutter Butter, Oreo,
          Premium, Prince,
          Ritz, Triscuits,
          Wheat Thins

Northeast         Blue Ribbon,
Foods Inc.        Gourmet, Harvest
Baltimore*6'      Pride, Holsum,
          Manischewitz,
          Milano, Milton's,
          Northeast Foods, Old
          Tyme, Ottenberg's,
          Perfect Balance,
          Perfect Portion,
          Roman Meal,
          Schmidt's, Sunbeam,
          Ultimate Grains,
          other private-label
          brands

Rich Products     Casa di Bertacchi,
Corp. Buffalo,    f'real, Farm Rich,
N.Y. French Meadow
          Bakery

The Schwan        Big Daddy's,
Food Co.          Edwards, Freschetta,
Marshall,         Mrs. Smith's, Pagoda
Minn.Express, Red Baron,
          Schwan's, Tony's

Sweet Street
Desserts
Reading, Pa.

Turano Baking     Turano
Co. Berwyn,
III.

* 2011/201 2 sales. A variety of industry sources show sales
change for company in 2012/13.
```

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

(1) Consoudatei revenue (or CSM BSNA's tttree divisions: Bakery Products, Caravan Ingredients and BakeMark

(2) 2012 sales from the company's Retail segment, which sells packaged meat and frozen bakery products

(3) 2012 companywide net sales

(4) 2013 net sales for the Specialty Foods segment, which includes biscuits; croutons; frozen dinner and sweet rolls; and frozen garlic breads

(5) 2012 net revenues for North America

(6) Listing information also includes H&S Bakery. Schmidt Baking Co., Mid-Atlantic Baking Co. and Crispy Bagel Co., all in Baltimore; Ottenberg Bakery, Eldersburg, Md.; and Mid-South Baking, Dallas

(7) Companywide revenue

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| Better Made Snack Foods Inc. Detroit | Salvotore Cipriano, president & CEO | $28 M* | Chips, pork rinds, pretzels, puffed snacks, tortilla chips, beef jerky |
| Bickers Snack Foods Inc. York, Pa. | Dan Leonardi, GM | $38 M* | Corn chips and snacks, party mixes, popcorn, pork rinds, potato chips, pretzels, puffed snacks, tortilla and tostada chips |
| ConAgra Foods Inc. Omaha, Neb. | Gary M. Rodkin, president & CEO | $15.5 B (3) | Artisan bread, baked appetizers, crackers, granola, meat snacks, nuts, pie, popcorn, sunflower seeds |
| Diamond Foods | Brian J. | $606 M (2) | Chips, dried |

```
Inc.
San Driscoll,       fruit,
Francisco    president &    popcorn,
    CEOsnack nuts,
        trail mixes,

        seeds
Frito-Lay    Indra K.    $13.6 B    Chips, corn
North America Nooyi,     (3)        chips,
Purchase,    chairman &    crisps,
N.Y.CEOpuffed
        snacks,
        tortilla
        chips,

General Mills Ken Powell,  $12.6 B    Prepared
Minneapolis  chairman &   (4)        dough,
    CEObread,
        cookies,
        sweet goods,
        pastries,
        pizza, pizza
        rolls, corn
        snacks,
        bars, snack
        mixes,

        chips
Golden Flake  Mark        $141 M     Corn chips,
Snack Foods   McCutcheon,  pork rinds,
Birmingham,   CEO &        potato
Ala.president              chips,
        puffed
        snacks,
        tortilla

        chips
The Hain      Irwin D.    $1.4 B (5)  Chips, pita
Celestial     Simon,       bites,
Group Inc.    president &  popcorn,
Melville,     CEOstraws,
N.Y.   puffed
        snacks,
        tortilla

        chips
Herr Foods    J.M. Herr,  $250 M     Chips,
Inc.chairman &   popcorn,
Nottingham,   CEOpretzels,
Pa.    puffed
        snacks,
        tortilla

        chips
Hi-Country    James       $5.6 M*    Beef jerky
Snack Foods   Johnson,
Inc. Lincoln, president

Mont.
Inventure     Terry       $94.4 M    Chips,
Foods         McDaniel,    (3)        crisps,
```

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

```
Phoenix          CEOpotato
        skins,
        puffed
        snacks,
        sheeted

        dough bases
J&J Snack        Gerald B.    $831 M      Soft
Foods Corp.      Shreiber,      pretzels,
Pennsauken,      president &   biscuits,
N.J.CEObars,
        cookies,
        muffins,
        donuts


John B.          Jeffrey      $734 M      Dried fruit,
Sanfillppo &     Sanfilippo,   nuts, trail
Son Inc.         CEOmix
Elgin, III.
COMPANY NAME     SUBSIDIARIES/BRANDS
(HEADQU          (OWN OR PRODUCE)
ARTERS)

Better Made      Better Made
Snack Foods
Inc. Detroit

Bickers Snack    Aunt Kitty's,
Foods Inc.       Bickel's, Dan Dee,
York, Pa.        Seyfert's, Troyer
    Farms, Wege of
    Hanover

ConAgra Foods    ACT II, Alexia, Andy
Inc. Omaha,      Capp's, Crunch 'n
Neb.Munch, David Seeds,
    Fiddle Faddle, H.K.
    Anderson, Jiffy Pop,
    Kangaroo, Odom's
    Tennesse Pride,
    Orville
    Redenbacher's,
    Penrose, Poppycock,
    Slim Jim

Diamond Foods    Emerald, Kettle
Inc.
San Brand, Pop Secret
Francisco

Frito-Lay        Baked!, Baken-ets,
North America    Cheetos, Chester's
Purchase,        Puffcorn, Cracker
N.Y.Jack, Cracker
    Jack'D, Doritos, EI
    Isleno, Fritos,
    Funyuns, Gamesa,
    Grandma's, Lay's,
    Matador, Maui Style,
    Miss Vickie's,
    Munchies, Munchos,
```

Nut Harvest, Quaker,
Rold Gold, Ruffles,
Sabritones,
Santitas, Simply,
Spitz, Stacy's,

SunChips, Tostitos
General Mills    Bugles, Chex, Fibre
Minneapolis    One, Food Should
Taste Good,
Gardetto's, Jeno's,
Larabar, Nature
Valley, Pillsbury,
Totino's

Golden Flake    Golden Flake,
Snack Foods    Tostados
Birmingham,
Ala.

The Hain    Bearitos,
Celestial    Bostons-The Best
Group Inc.    You've Every Tasted,
Melville,    Garden of Eatin',
N.Y.Little Bear Snack
Foods, Sensible
Portions, Terra

Herr Foods    Herr's
Inc.
Nottingham,
Pa.

Hi-Country    Hi-Country
Snack Foods
Inc. Lincoln,

Mont.
Inventure    Boulder Canyon,
Foods    Nathan's Famous,
Phoenix    Poore Brothers,
T.G.I. Friday's,
Tato Skins, Vidalia
Brands

J&J Snack    Bavarian Bakery,
Foods Corp.    Country Home Bakery,
Pennsauken,    Daddy Ray's, Federal
N.J.Pretzel Baking Co.,
Kim & Scoffs Gourmet
Pretzels, Pretzel
Fillers, Readi-Bake,
Superpretzel, Sweet
Stutters, Texas

Twist
John B.    Fisher, Orchard
Sanfillppo &    Volley Harvest,
Son Inc.    Sunshine Country
Elgin, Ill.

**Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....**

* 2011/2012 sales. A variety of industry sources show sales change for company in 2012/2013.

(1) $9.1 B in consumer foods; $5.2 B in commercial foods; $924 M for Ralcorp Food Group; $330 M for Ralcorp Frozen Bakery Products

(2) Approximate net sales for snacks

(3) Net revenue

(4) Combined net sales for U.S. Retail segment ($10.6 B) and Bakeries and Foodservice segment ($1,959 M)

(5) Companywtde

(6) Net revenue for Grocery segment. which Includes Planters nuts, peanut buffer and trail mixes

(7) Global Baking and Snocking, which comprises Pepperidge Farm (U.S.) and Arnott's (Australia and Asia Pacific)

(8) Combined net sales for Birds Eye Frozen division ($1.1 B) and Specialty Foods division ($397 M)

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| KLN Family Brands Perham, Minn. | Kurt Nelson, COO | $260 M | Caramel corn, pellet products, potato chips, popcorn, pops, pretzels, puffed corn snacks, tortilla and corn chips |
| Kraft Foods Group Inc. Northfield, III. | W. Anthony Vernon, CEO | $4.6 B (6) | Nuts, trail mix |
| Pepperidge Farm Norwalk, Conn. | Irene Chang Britt, president | $2.2 B (7) | Cookies, chips, crisps, crackers, flats, fresh/frozen bread and rolls, frozen desserts, puff pastry |
| Quaker Foods North America Chicago | Indra K. Nooyi, chairman & CEO | $2.6 B (3) | Bars, cookies, crisps, granola |

```
                              bites,
                              muffins,
                              popped chips
                              and snacks,
                              oatmeal
                              squares, rice
                              snacks

Paramount Farms    Stewart A.    $111 M*      Almonds,
Inc. Los           Resnick,        pistachios
Angeles            president

Pinnacle Foods     Bob           $1.5 B (8)  Bagels,
Group, LLC         Gamgort,        chips, pizza,
Parsippany,        CEO             popcorn,
N.J.    pretzels,
        puffed
        snacks

Rudolph Foods      Rich          $120 M+      Chips,
Co. Inc. Lima,     Rudolph,        crackers,
Ohio  president      crisps,
        granola,
        jerky, meat
        snacks, nuts,
        popcorn, pork
        rinds,
        pretzels,
        puffed
        snacks,
        tortilla
        chips,
        tostada
        chips, frail
        mix

Shearer's Foods    Scott         $179 M*      Chips,
Inc. (3)           Smith,          pretzels,
Brewster, Ohio     president       puffed
        snacks,
        tortilla
        chips

Snyder's-Lance     David V.      $207 M (2)  Chips,
Inc. Charlotte,    Singer,         cookies, corn
N.C.   CEO           snacks,
        crackers,
        popcorn,
        pretzels,
        sugar wafers,
        tortilla
        chips, other
        salty snacks

Utz Quality        Michael       $186 M (2)  Chips,
Foods Inc.         Rice,           crisps,
Hanover, Pa.       chairman &      popcorn, pork
      CEO            rinds,
        pretzels,
        puffed
        snacks,
```

```
                 tortilla
                 chips

Wise Foods Inc.  Edward       $72 M*    Chips, corn
Berwick, Pa.     Lambert,     chips, onion
      chairman &   rings,
      CEO          popcorn,
            pretzels,
            puffed
            snacks,
            tortilla
            chips
COMPANY NAME     SUBSIDIARIES/BRANDS
(HEADQU          (OWN OR PRODUCE)
ARTERS)

KLN Family       Barrel O'Fun,
Brands Perham,   Rachel's Kettle
Minn. Chips, Salveo, Vic's
      Popcorn

Kraft Foods      Planters
Group Inc.
Northfield,
III.

Pepperidge Farm  Goldfish, Milano,
Norwalk, Conn.   Baked Naturals,
      Pepperidge Farm

Quaker Foods     Quaker, Quaker
North America    Chewy
Chicago

Paramount Farms  Everybody's Nuts!,
Inc. Los         Wonderful, Almond
Angeles          Accents

Pinnacle Foods   Lender's, Celeste
Group, LLC       Pizza, Erin's,
Parsippany,      Hawaiian Snacks,
N.J.  Husman's, Snyder of
      Berlin, Tim's
      Cascade Snacks

Rudolph Foods    Gaslamp Popcorn,
Co. Inc. Lima,   Grandpa John's,
Ohio  Lee's Pigs Skins,
      Pepe's, Rudolph
      Foods, Rudy's,
      Smithfield Farms,
      Southern Recipe,
      Whitefeather Foods

Shearer's Foods  Riceworks,
Inc. (3)         Shearer's, Tangos
Brewster, Ohio

Snyder's-Lance   Archway, Cape Cod,
Inc. Charlotte,  eatsmart Naturals,
N.C.  Jay's, Krunchers!,
```

```
    Lance, O*Ke*Doke,

    Padrinos, Pretzel

    Crisps, Quitos,
    Snyder's of Hanover,
    Stella D'Oro, Tom's

Utz Quality       Utz
Foods Inc.
Hanover, Pa.

Wise Foods Inc.  Wise
Berwick, Pa.

* 2011/2012 sales. A variety of industry sources show sales
change for company in 2012/2013.

(1) $9.1 B in consumer foods; $5.2 B in commercial foods;
$924 M for Ralcorp Food Group; $330 M for Ralcorp Frozen
Bakery Products

(2) Approximate net sales for snacks

(3) Net revenue

(4) Combined net sales for U.S. Retail segment ($10.6 B)
and Bakeries and Foodservice segment ($1,959 M)

(5) Companywide

(6) Net revenue for Grocery segment, which includes Planters
nuts, peanut butter and trail mixes

(7) Global Baking and Snacking, which comprises Pepperidge
Farm (U.S.) and Arnott's (Australia and Asia Pacific)

(8) Combined net sales for Birds Eye Frozen division ($1.1 B)
and Specialty Foods division ($397 M)
```

**Load-Date:** December 19, 2013

---

End of Document

# Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists show who the industry's major players are and what they bring to the table.

Snack Food & Wholesale Bakery

November 1, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 BNP Media

**Section:** Pg. 36(6); Vol. 102; No. 11; ISSN: 1096-4835

**Length:** 4748 words

**Byline:** Schafer, Romy

## Body

Alot has happened in the baking and snack industries since Snack Food & Wholesale Bakery published its lists of top U.S. bakers and snack manufacturers a year ago. Acquisitions, mergers, plant openings and closings, anniversary celebrations and other events have kept well-known industry names in the news this year.

The most notable of these was Texas-based Hostess Brands Inc. ("Old HB"), which filed for bankruptcy at the end of 2012, and began accepting bids for its assets and brands shortly thereafter. Four bakeries eventually prevailed. Flowers Foods in Thomasville, Ga., now owns the majority of Hostess' bread brands, including Wonder, Nature's Pride, Merita, Home Pride and Butternut. McKee Foods in Collegedale, Tenn., acquired the Drake's snack cakes brand. United States Bakery (a.k.a Franz Family Bakeries) in Portland, Ore., added the Sweetheart, Eddy's, Standish Farms and Grandma Emilie's bread brands to its offerings. Grupo Bimbo S.A.B. de C.V. in Mexico City now owns the Beefsteak bread brand.

The majority of Old HB's snack cake business, including Hostess and Dolly Madison branded products, was purchased by Apollo Global Management LLC and Metropoulos & Co. The resulting company--Hostess Brands LLC in Kansas City, Mo.--delighted consumers young and old this summer by returning Hostess snack cakes, including the iconic Twinkies, to store shelves in July. McKee Foods and Flower Foods followed suit, relaunching Drake's snack cakes and Wonder, Merita, Home Pride and Butternut products, respectively, in September.

But these companies weren't the only ones making big news in the baking and snack industry in 2013, although it sometimes seemed like it. Other prominent names contributed this year to the industry's ever-changing landscape:

* Industry giant ConAgra Foods Inc. purchased St. Louis-based Ralcorp Holdings, becoming one of the largest packaged food companies in North America and positioning itself as the largest private-label packaged food business in North America.

* Tyson Mexican Original Inc., a subsidiary of Tyson Foods Inc., Springdale, Ark., and the second-largest tortilla manufacturer in the U.S., acquired the assets of Don Julio Foods, a tortilla and salty snack manufacturer in Clearfield, Utah.

* The Hillshire Brands Co., Chicago, bought Golden Island Jerky, a gourmet jerky manufacturer in Rancho Cucamonga, Calif.

* Hearthside Food Solutions LLC, Downers Grove, Ill., and Ryt-Way Industries, Lakeville, Minn., two Wind Point Partners portfolio companies, merged in May.

And the list goes on and on.

Some bakers and snack manufacturers opted to expand their operations by building new plants, rather than by buying or merging with other companies. Angelic Bakehouse, Waukesha, Wis.; Aunt Millie's Bakeries, Fort Wayne, Ind.; Oberto Brands, Kent, Wash.; and Mondelez International, Deerfield, Ill., all announced plans to add facilities in the U.S. or abroad.

# Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

Celebrations abounded this year as well: Love and Quiches, Freeport, N.Y., enjoyed its 40th anniversary; Pepperidge Farm, Norwalk, Conn., celebrated the 60[th] anniversary of its Downers Grove, Ill., bakery; Golden Flake Snack Foods, Birmingham, Ala., turned 90; and sandwich cracker manufacturer Lance, Charlotte, N.C., and Sanders Bumpy Cake, a creation of Sanders Fine Chocolates in Clinton Township, Mich., became the industry's latest centenarians.

While some companies were celebrating their longevity in the baking and snack food industries, others were just entering it. Minneapolis-based Green Giant, a General Mills brand known for its canned and frozen vegetables, launched two veggie chips in March. Who knows who or what will venture into the market next year?

Methodology

All of these occurrences can make it difficult to keep track the industry's major players, their brands, changes in top management and so on. Snack Food & Wholesale Bakery's second annual Top Bakers & Snack Manufacturers lists, while not definitive, are intended to give readers a better understanding of their industry.

The information for these lists comes numerous sources. We sent privately-held companies a copy of their 2012 listing and asked them to update the existing information. We consulted a variety of online sources to update as much of the information as possible on unreturned forms. We referred to the most recent annual reports of publicly-held companies for their information. We also invited companies to complete a Top Bakers & Snack Manufacturers response form on our website, www.snackandbakery.com.

We'd like to thank those companies that contributed to this report, and hope that those that declined our invitation to participate will get involved next year. With all the changes taking place in the baking and snack industry each year, it's important for companies to keep their brands and products on customers' and consumers' must-have lists.

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| Alfred Nickles Bakery Inc. Navarre, Ohio | David A. Gardner, president | $177.2 M* | Bagels, bread, buns, cakes, donuts, rolls, sweet rolls |
| Aryzta LLC Los Angeles | Owen Killian, CEO | $1.8 B | Artisan breads, buns, cookies, donuts, English muffins, frozen bread dough, fillings, glazes, icings, laminated dough and puff pastry, mixes, muffins, pastries, sweet goods, take-and-bake pizza |
| Aunt Millie's Bakeries Fort Wayne, Ind. | John F Popp, president &CEO | S210M* | Bagels, bread, bread sticks, buns, croutons, dinner rolls, English muffins, muffins |

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

| The Bama Cos. Tulsa, Okla. | Paula Marshall-Chapman, CEO | $260 M* | Biscuits, pies, pizza crusts |
|---|---|---|---|
| Bimbo Bakeries USA Horsham, Pa. | Gary Prince, president & CEO | $6 B | Bagels, bread, buns, cookies, donuts, English muffins, pies, pizza crust, rolls, snack cakes, sweet goods, thins, tortillas |
| Bridgford Food Corp. Anaheim, Calif. | William L. Bridgford, chairman | $127.4 M | Beef jerky, biscuits, bread dough items, meat snacks, monkey bread, pepperoni, roll dough items, salami, summer sausage |
| CSM Bakery Supplies North America | Bret Weaver, president &CEO | $2.1 B (1) | Cake, cookies, dough, frozen baked goods, mixes, muffins, pie crust, sweet goods |
| Dawn Food Products Inc. Jackson, Mich. | Carrie L. Jones-Barber, CEO | $409 M* | Bread, brownies, cakes, cookies, croissants, donuts, fillings, glazes, icings, mixes, muffins, puff dough |
| Flowers Foods Inc. Thomasville. Ga. | Allen L. Shiver, president &CEO | $3 B | Breads, buns, pastries, rolls, snack cokes, tortillas |
| Franz Family Bakery Portland, Ore. | Bob Albers, CEO | $278.7 M* | Bagels, breads, buns, cookies, donuts, muffins, pastries, rolls |

```
Gonnella Baking   Nicholas Marcucci,  $182 M      Bread, bread
Co. Schaumburg,   president crumbs, frozen
```

```
III. dough, rolls
Harlan Bakeries   Hugh Harlan,         $300 M*     Bagels, bread,
Inc. Avon, Ind.   president cakes,
     granola,
     muffins,
     mixes, pies,
     rolls
COMPANY NAME      SUBSIDIARIES/BRANDS
(HEADQ(OWN OR PRODUCE)
UARTERS)
```

```
Alfred Nickles    Nickles
Bakery Inc.
Navarre, Ohio
```

```
Aryzta LLC Los    Fresh Start
Angeles           Bakeries, Great
     Kitchens, La Brea
     Bakery, Maidstone
     Bakeries, Otis
     Spunkmeyer
```

```
Aunt Millie's     Aunt Millie's, Aunt
Bakeries Fort     Millie's Bakehouse,
Wayne, Ind.       Hillbilly,
     Koepplinger Recipe,
     Perfection Deli,
     Soft 'N Good,
     Sunbeam
```

```
The Bama Cos.
Tulsa, Okla.
```

```
Bimbo Bakeries    Arnold, Ball Park,
USA Horsham,      Bimbo, Boboli,
Pa.   Brownberry,
     Earthgrains,
     Entenmann's,
     Francisco,
     Freihofer's,
     Marinela, Mrs.
     Baird's, Old
     Country, Oroweat,
     Sara Lee,
     Stroehmann, Thomas',
     Tia Rosa, Weber's
```

```
Bridgford Food    Bridgford,
Corp. Anaheim,    Frozen-Rite,
Calif.Superior Foods,
     Sweet Baby Ray's
     Beef Jerky
```

```
CSM Bakery        BakeMark USA, CSM
Supplies North    Bakery Products
America Tucker,
Ga.
```

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

```
Dawn Food        Baker's Request,
Products Inc.    Cake Boss,
Jackson, Mich.   Celebration
        Fillings, Majestic
        Mixes, Mi Panaderia,
        R&H Mixes, Raised A
        Mixes, Weight
        Watchers


Flowers Foods    Barowsky's, Betsy
Inc.  Ross, Blue Bird,
Thomasville.     Bunny, ButterKrust,
Ga.   Butternut, Captain
        John Derst,
        Cobblestone Mill,
        Country Kitchen,
        Evangeline Maid,
        Home Pride, Mary
        Jane, Merita, Mrs.
        Freshley's, Nature's
        Own, Sara Lee,
        Sunbeam, Tastykake,
        Whitewheat, Wonder


Franz Family     All-American Pie,
Bakery
Portland,        Bread Lover's,
Ore.  Franz, Holsum
        Hearth, Seattle
        International,
        Seattle Sourdough
        Baking Co.,

        Svenhard's
Gonnella Baking  Gonnella
Co. Schaumburg,

III.
Harlan Bakeries
Inc. Avon, Ind.
```

* 2011/2012 soles. A variety of industry sources show sales change for company in 2012/13.

(1) Consolidated revenue for CSM BSNAs three divisions: Bakery Products, Caravan Ingredients and BakeMark

(2) 2012 sales from the company's Retail segment, which sells packaged meat and frozen bakery products

(3) 2012 companywide net sales

(4) 2013 net sales for the Specialty Foods segment, which includes biscuits; croutons; frozen dinner and sweet rolls; and frozen garlic breads

(5) 2012 net revenues for North America

(6) Listing information also includes H&S Bakery, Schmidt Baking Co., Mid-Atlantic Baking Co. and Crispy Bagel Co., all In Baltimore;

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

Ottenberg Bakery, Eldersburg, Md.; and Mid-South Baking, Dallas

(7) Companywide revenue

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| Hearthside Food Solutions LLC Downers Grove, Ill. | Rich Scalise, chairman &CEO | $839.6 M | Baked components, bread crumbs, cookies, crackers, croutons, filled bars, granola, granola bars, snacks |
| Hillshire Brands Co. Downers Grove, Ill. | Sean Connolly, president & CEO | $2.9 B (2) | Cakes, pies, sweet goods |
| Kellogg Co. Battle Creek, Mich. | John Bryant, chairman & CEOtoaster | $13.2 B (3) | Bars, cookies, crackers, pastries |
| Lancaster Colony Corp. Columbus, Ohio | John Gerlach Jr., chairman, president & CEOgarlic | $1 B (4) | Biscuits, croutons, frozen dinner and sweet rolls, frozen breads |
| McKee Foods Corp.McKee, Collegedale, Tenn. | Michael McKee, president &CEO | $782,3 M* | Cookie, crackers, cereal bars, granola bars, snack cakes |
| Mondelez International Deerfield, Ill. | Irene Rosenfeld, chairman &CEO | $6.9 B (5) | Biscuits, cookies, crackers |
| Northeast Foods Inc. Baltimore (6) | William Paterakis, president | $500 M* | Bagels, bread, buns, English muffins, rolls |
| Rich Products Corp. Buffalo, N.Y. | Bill Gisel, president & CEObread, buns, | $1.4 B | Bagels, biscuits, coke, cookies, dough, frozen |

```
                baked foods,
                frozen pizza
                dough, ice
                cream cakes,
                ice
                cream-filled
                cupcakes,
                muffins,
                rolls, sweet
                goods

The Schwan      Dimitrios    $3 B (7)    Cakes,
Food Co.        Smyrnios,        desserts,
Marshall,       CEOpies, pizza,
Minn.  Asian
                appetizers

Sweet Street    Sandy        $20 M*      Bars,
Desserts        Solmon,          brownies,
Reading, Pa.    founder          cakes,
     &CEO            cupcakes,
                pies

Turano Baking   Joseph       $200 M*    Bread, bread
Co. Berwyn,     Turano,          crumbs,
III. president      croutons,
                buns, rolls,
                artisan bread
                and rolls
COMPANY NAME    SUBSIDIARIES/BRANDS
(HEADQ              (OWN OR PRODUCE)
UARTERS)

Hearthside
Food Solutions
LLC Downers
Grove, III.

Hillshire       Sara Lee, Chef
Brands Co.      Pierre
Downers Grove,
III.

Kellogg Co.     Austin, Cheez-It,
Battle Creek,   Chips Deluxe, Club,
Mich.E.L. Fudge, Famous
     Amos, Fudge Shoppe,
     Gripz, Kashi,
     Keebler, Kellogg's
     FiberPlus, Krispy,
     Mother's, Murray,
     Murray Sugar Free,
     Nutri-Grain,
     Pop-Tarts, Ready
     Crust, Rice
     Krispies, Right
     Bites, Sandies, Soft
     Batch, Special K,
     Stretch Island,
     Sunshine, TLC,
     Toasteds, Town
```

```
       House, Vienna
       Creams, Vienna
       Fingers, Wheatables,
       Zesta

Lancaster        Chatham Village,
Colony Corp.     Mamma Bella,
Columbus,        Marshall's, Mary
Ohio B's, New York BRAND,
       Sister Schubert's,
       Texas Toast

McKee Foods      Drake's, Fieldstone
Corp.Bakery, Heartland,
Collegedale,     Little Debbie,
Tenn.Sunbelt

Mondelez         BelVita, Chips
International     Ahoy!, Lu, Nabisco,
Deerfield,       Newtons, Nilla,
Ill. Nutter Butter, Oreo,
       Premium, Prince,
       Ritz, Triscuits,
       Wheat Thins

Northeast        Blue Ribbon,
Foods Inc.       Gourmet, Harvest
Baltimore*6'     Pride, Holsum,
       Manischewitz,
       Milano, Milton's,
       Northeast Foods, Old
       Tyme, Ottenberg's,
       Perfect Balance,
       Perfect Portion,
       Roman Meal,
       Schmidt's, Sunbeam,
       Ultimate Grains,
       other private-label
       brands

Rich Products    Casa di Bertacchi,
Corp. Buffalo,   f'real, Farm Rich,
N.Y. French Meadow
       Bakery

The Schwan       Big Daddy's,
Food Co.         Edwards, Freschetta,
Marshall,        Mrs. Smith's, Pagoda
Minn.Express, Red Baron,
       Schwan's, Tony's

Sweet Street
Desserts
Reading, Pa.

Turano Baking    Turano
Co. Berwyn,
Ill.

* 2011/201 2 sales. A variety of industry sources show sales
change for company in 2012/13.
```

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food &
Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

(1) Consoudatei revenue (or CSM BSNA's tttree divisions:
Bakery Products, Caravan Ingredients and BakeMark

(2) 2012 sales from the company's Retail segment, which
sells packaged meat and frozen bakery products

(3) 2012 companywide net sales

(4) 2013 net sales for the Specialty Foods segment, which
includes biscuits; croutons; frozen dinner and sweet rolls;
and frozen garlic breads

(5) 2012 net revenues for North America

(6) Listing information also includes H&S Bakery. Schmidt
Baking Co., Mid-Atlantic Baking Co. and Crispy Bagel Co.,
all in Baltimore; Ottenberg Bakery, Eldersburg, Md.; and
Mid-South Baking, Dallas

(7) Companywide revenue

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| Better Made Snack Foods Inc. Detroit | Salvotore Cipriano, president & CEO | $28 M* | Chips, pork rinds, pretzels, puffed snacks, tortilla chips, beef jerky |
| Bickers Snack Foods Inc. York, Pa. | Dan Leonardi, GM | $38 M* | Corn chips and snacks, party mixes, popcorn, pork rinds, potato chips, pretzels, puffed snacks, tortilla and tostada chips |
| ConAgra Foods Inc. Omaha, Neb. | Gary M. Rodkin, president & CEO | $15.5 B (3) | Artisan bread, baked appetizers, crackers, granola, meat snacks, nuts, pie, popcorn, sunflower seeds |
| Diamond Foods | Brian J. | $606 M (2) | Chips, dried |

| Company | Executive | Revenue | Products |
|---|---|---|---|
| Inc. San Francisco | Driscoll, president & CEO | | fruit, popcorn, snack nuts, trail mixes, seeds |
| Frito-Lay North America Purchase, N.Y. | Indra K. Nooyi, chairman & CEO | $13.6 B (3) | Chips, corn chips, crisps, puffed snacks, tortilla chips, |
| General Mills Minneapolis | Ken Powell, chairman & CEO | $12.6 B (4) | Prepared dough, bread, cookies, sweet goods, pastries, pizza, pizza rolls, corn snacks, bars, snack mixes, chips |
| Golden Flake Snack Foods Birmingham, Ala. | Mark McCutcheon, CEO & president | $141 M | Corn chips, pork rinds, potato chips, puffed snacks, tortilla chips |
| The Hain Celestial Group Inc. Melville, N.Y. | Irwin D. Simon, president & CEO | $1.4 B (5) | Chips, pita bites, popcorn, straws, puffed snacks, tortilla chips |
| Herr Foods Inc. Nottingham, Pa. | J.M. Herr, chairman & CEO | $250 M | Chips, popcorn, pretzels, puffed snacks, tortilla chips |
| Hi-Country Snack Foods Inc. Lincoln, Mont. | James Johnson, president | $5.6 M* | Beef jerky |
| Inventure Foods | Terry McDaniel, | $94.4 M (3) | Chips, crisps, |

Chart toppers: 2013 has been an event-packed year for the snack food and bakery industry. Snack Food & Wholesale Bakery's Top Bakers & Snack Manufacturers lists....

```
Phoenix          CEOpotato
        skins,
        puffed
        snacks,
        sheeted

        dough bases
J&J Snack        Gerald B.    $831 M      Soft
Foods Corp.      Shreiber,       pretzels,
Pennsauken,      president &   biscuits,
N.J.CEObars,
        cookies,
        muffins,
        donuts


John B.          Jeffrey      $734 M      Dried fruit,
Sanfillppo &     Sanfilippo,    nuts, trail
Son Inc.         CEOmix
Elgin, III.
COMPANY NAME     SUBSIDIARIES/BRANDS
(HEADQU          (OWN OR PRODUCE)
ARTERS)


Better Made      Better Made
Snack Foods
Inc. Detroit

Bickers Snack    Aunt Kitty's,
Foods Inc.       Bickel's, Dan Dee,
York, Pa.        Seyfert's, Troyer
        Farms, Wege of
        Hanover

ConAgra Foods    ACT II, Alexia, Andy
Inc. Omaha,      Capp's, Crunch 'n
Neb.Munch, David Seeds,
        Fiddle Faddle, H.K.
        Anderson, Jiffy Pop,
        Kangaroo, Odom's
        Tennesse Pride,
        Orville
        Redenbacher's,
        Penrose, Poppycock,
        Slim Jim

Diamond Foods    Emerald, Kettle
Inc.
San Brand, Pop Secret
Francisco

Frito-Lay        Baked!, Baken-ets,
North America    Cheetos, Chester's
Purchase,        Puffcorn, Cracker
N.Y.Jack, Cracker
        Jack'D, Doritos, EI
        Isleno, Fritos,
        Funyuns, Gamesa,
        Grandma's, Lay's,
        Matador, Maui Style,
        Miss Vickie's,
        Munchies, Munchos,
```

|  |  |
|---|---|
|  | Nut Harvest, Quaker, Rold Gold, Ruffles, Sabritones, Santitas, Simply, Spitz, Stacy's, SunChips, Tostitos |
| General Mills Minneapolis | Bugles, Chex, Fibre One, Food Should Taste Good, Gardetto's, Jeno's, Larabar, Nature Valley, Pillsbury, Totino's |
| Golden Flake Snack Foods Birmingham, Ala. | Golden Flake, Tostados |
| The Hain Celestial Group Inc. Melville, N.Y. | Bearitos, Bostons-The Best You've Every Tasted, Garden of Eatin', Little Bear Snack Foods, Sensible Portions, Terra |
| Herr Foods Inc. Nottingham, Pa. | Herr's |
| Hi-Country Snack Foods Inc. Lincoln, Mont. | Hi-Country |
| Inventure Foods Phoenix | Boulder Canyon, Nathan's Famous, Poore Brothers, T.G.I. Friday's, Tato Skins, Vidalia Brands |
| J&J Snack Foods Corp. Pennsauken, N.J. | Bavarian Bakery, Country Home Bakery, Daddy Ray's, Federal Pretzel Baking Co., Kim & Scoffs Gourmet Pretzels, Pretzel Fillers, Readi-Bake, Superpretzel, Sweet Stutters, Texas Twist |
| John B. Sanfillppo & Son Inc. Elgin, Ill. | Fisher, Orchard Volley Harvest, Sunshine Country |

* 2011/2012 sales. A variety of industry sources show sales
change for company in 2012/2013.

(1) $9.1 B in consumer foods; $5.2 B in commercial foods;
$924 M for Ralcorp Food Group; $330 M for Ralcorp Frozen
Bakery Products

(2) Approximate net sales for snacks

(3) Net revenue

(4) Combined net sales for U.S. Retail segment ($10.6 B)
and Bakeries and Foodservice segment ($1,959 M)

(5) Companywtde

(6) Net revenue for Grocery segment. which Includes Planters
nuts, peanut buffer and trail mixes

(7) Global Baking and Snocking, which comprises Pepperidge
Farm (U.S.) and Arnott's (Australia and Asia Pacific)

(8) Combined net sales for Birds Eye Frozen division ($1.1 B)
and Specialty Foods division ($397 M)

| COMPANY NAME (HEADQUARTERS) | TOP EXECUTIVE | NET SALES (2012/2013 ESTIMATED) | PRODUCTS |
|---|---|---|---|
| KLN Family Brands Perham, Minn. | Kurt Nelson, COO | $260 M | Caramel corn, pellet products, potato chips, popcorn, pops, pretzels, puffed corn snacks, tortilla and corn chips |
| Kraft Foods Group Inc. Northfield, III. | W. Anthony Vernon, CEO | $4.6 B (6) | Nuts, trail mix |
| Pepperidge Farm Norwalk, Conn. | Irene Chang Britt, president | $2.2 B (7) | Cookies, chips, crisps, crackers, flats, fresh/frozen bread and rolls, frozen desserts, puff pastry |
| Quaker Foods North America Chicago | Indra K. Nooyi, chairman & CEO | $2.6 B (3) | Bars, cookies, crisps, granola |

```
                                        bites,
                                        muffins,
                                        popped chips
                                        and snacks,
                                        oatmeal
                                        squares, rice
                                        snacks

Paramount Farms      Stewart A.   $111 M*      Almonds,
Inc. Los             Resnick,          pistachios
Angeles              president

Pinnacle Foods       Bob          $1.5 B (8)  Bagels,
Group, LLC           Gamgort,          chips, pizza,
Parsippany,          CEO               popcorn,
N.J.   pretzels,
       puffed
       snacks

Rudolph Foods        Rich         $120 M+      Chips,
Co. Inc. Lima,       Rudolph,          crackers,
Ohio   president     crisps,
       granola,
       jerky, meat
       snacks, nuts,
       popcorn, pork
       rinds,
       pretzels,
       puffed
       snacks,
       tortilla
       chips,
       tostada
       chips, frail
       mix

Shearer's Foods      Scott        $179 M*      Chips,
Inc. (3)             Smith,            pretzels,
Brewster, Ohio       president    puffed
       snacks,
       tortilla
       chips

Snyder's-Lance       David V.     $207 M (2)  Chips,
Inc. Charlotte,      Singer,           cookies, corn
N.C.   CEO           snacks,
       crackers,
       popcorn,
       pretzels,
       sugar wafers,
       tortilla
       chips, other
       salty snacks

Utz Quality          Michael      $186 M (2)  Chips,
Foods Inc.           Rice,             crisps,
Hanover, Pa.         chairman &        popcorn, pork
       CEO           rinds,
       pretzels,
       puffed
       snacks,
```

```
                  tortilla
                  chips

Wise Foods Inc.   Edward        $72 M*      Chips, corn
Berwick, Pa.      Lambert,                  chips, onion
      chairman &   rings,
      CEO          popcorn,
        pretzels,
        puffed
        snacks,
        tortilla
        chips
COMPANY NAME      SUBSIDIARIES/BRANDS
(HEADQU           (OWN OR PRODUCE)
ARTERS)

KLN Family        Barrel O'Fun,
Brands Perham,    Rachel's Kettle
Minn. Chips, Salveo, Vic's
      Popcorn

Kraft Foods       Planters
Group Inc.
Northfield,
Ill.

Pepperidge Farm   Goldfish, Milano,
Norwalk, Conn.    Baked Naturals,
      Pepperidge Farm

Quaker Foods      Quaker, Quaker
North America     Chewy
Chicago

Paramount Farms   Everybody's Nuts!,
Inc. Los          Wonderful, Almond
Angeles           Accents

Pinnacle Foods    Lender's, Celeste
Group, LLC        Pizza, Erin's,
Parsippany,       Hawaiian Snacks,
N.J.  Husman's, Snyder of
      Berlin, Tim's
      Cascade Snacks

Rudolph Foods     Gaslamp Popcorn,
Co. Inc. Lima,    Grandpa John's,
Ohio  Lee's Pigs Skins,
      Pepe's, Rudolph
      Foods, Rudy's,
      Smithfield Farms,
      Southern Recipe,
      Whitefeather Foods

Shearer's Foods   Riceworks,
Inc. (3)          Shearer's, Tangos
Brewster, Ohio

Snyder's-Lance    Archway, Cape Cod,
Inc. Charlotte,   eatsmart Naturals,
N.C.  Jay's, Krunchers!,
```

Lance, O*Ke*Doke,

Padrinos, **Pretzel**

**Crisps**, Quitos,
Snyder's of Hanover,
Stella D'Oro, Tom's

Utz Quality       Utz
Foods Inc.
Hanover, Pa.

Wise Foods Inc.  Wise
Berwick, Pa.

* 2011/2012 sales. A variety of industry sources show sales
change for company in 2012/2013.

(1) $9.1 B in consumer foods; $5.2 B in commercial foods;
$924 M for Ralcorp Food Group; $330 M for Ralcorp Frozen
Bakery Products

(2) Approximate net sales for snacks

(3) Net revenue

(4) Combined net sales for U.S. Retail segment ($10.6 B)
and Bakeries and Foodservice segment ($1,959 M)

(5) Companywide

(6) Net revenue for Grocery segment, which includes Planters
nuts, peanut butter and trail mixes

(7) Global Baking and Snacking, which comprises Pepperidge
Farm (U.S.) and Arnott's (Australia and Asia Pacific)

(8) Combined net sales for Birds Eye Frozen division ($1.1 B)
and Specialty Foods division ($397 M)

**Load-Date:** December 20, 2013

---

End of Document



# Press Release: Snyder's-Lance, Inc. to Release Third Quarter 2013 Results on Thursday, November 7, Before Market Opens. Will Host Conference Call and Webcast at 10:00 am Eastern on Thursday, November 7.

Dow Jones Institutional News

October 22, 2013 Tuesday 7:00 PM GMT

Copyright 2013 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2013, Dow Jones & Company, Inc.

☐ **DOW JONES** NEWSWIRES

**Length:** 474 words

## Body

Snyder's-Lance, Inc. to Release Third Quarter 2013 Results on Thursday, November 7, Before Market Opens. Will Host Conference Call and Webcast at 10:00 am Eastern on Thursday, November 7.

PR Newswire

CHARLOTTE, N.C., Oct. 22, 2013

CHARLOTTE, N.C., Oct. 22, 2013 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it intends to release its 2013 third quarter results before the market opens on Thursday, November 7, 2013. Management will also conduct a conference call and live webcast at 10:00 am Eastern time on Thursday, November 7, 2013 to review the Company's results. Participating in the conference call will be Carl Lee, Jr, CEO and President, Rick Puckett, Executive Vice President and Chief Financial Officer and Mark Carter, Vice President and Investor Relations Officer.

(Logo: http://photos.prnewswire.com/prnh/20110411/CL80943LOGO )

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com . In addition, the slide presentation will be available at www.snyderslance.com to download and print approximately 30 minutes before the webcast.

To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers. A continuous telephone replay of the call will be available between 3:00pm on November 7 and midnight on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 90854513. Investors may also access a web-based replay of the conference call at www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), **Pretzel Crisps**(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), Eatsmart(R), O-Ke-Doke(R) and Padrinos(R) brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

SOURCE Snyder's-Lance, Inc.

/CONTACT: Mark Carter, Investor Relations Officer, (704) 557-8386; Joe Calabrese, Financial Relations Board, (212) 827-3772

/Web site: http://www.snyderslance.com

(END) Dow Jones Newswires

October 22, 2013 15:00 ET (19:00 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** October 23, 2013

End of Document

# Snyder's-Lance, Inc. to Release Third Quarter 2013 Results on Thursday, November 7, Before Market Opens. Will Host Conference Call and Webcast at 10:00 am Eastern on Thursday, November 7.

PR Newswire

October 22, 2013 Tuesday 3:00 PM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 410 words

**Dateline:** CHARLOTTE, N.C., Oct. 22, 2013

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) announced today that it intends to release its 2013 third quarter results before the market opens on Thursday, November 7, 2013. Management will also conduct a conference call and live webcast at 10:00 am Eastern time on Thursday, November 7, 2013 to review the Company's results. Participating in the conference call will be Carl Lee, Jr, CEO and President, Rick Puckett, Executive Vice President and Chief Financial Officer and Mark Carter, Vice President and Investor Relations Officer.

(Logo:http://photos.prnewswire.com/prnh/20110411/CL80943LOGO)

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website,http://www.snyderslance.com. In addition, the slide presentation will be available at http://www.snyderslance.comto download and print approximately 30 minutes before the webcast.

To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers. A continuous telephone replay of the call will be available between 3:00pm on November 7 and midnight on November 14. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 90854513. Investors may also access a web-based replay of the conference call athttp://www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart®, O-Ke-Doke® and Padrinos® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, Investor Relations Officer, (704) 557-8386; Joe Calabrese, Financial Relations Board, (212) 827-3772

Snyder's-Lance, Inc. to Release Third Quarter 2013 Results on Thursday, November 7, Before Market Opens.
Will Host Conference Call and Webcast at 10:00 am Easte....

**Load-Date:** October 23, 2013

---

End of Document



# Ed Davidson Retiring After 45 Years in the Industry

Convenience Store News

October 2013

Copyright 2013 Stagnito Media Food Group All Rights Reserved

**Length:** 3011 words

## Body

Ed Davidson has seen his career come full circle and now, he is ready to take a step back from the convenience store industry and conquer his bucket list.

Ed Davidson

Last month, Davidson exclusively told Convenience Store News that he planned to retire from 7-Eleven Inc. on Oct. 1. This decision comes 45 years after he first joined the c-store industry by taking a summer job as a clerk at a 7-Eleven convenience store in Woodbridge, N.J.

In 1970, he joined the Dallas-based retail chain's management trainee program. From there, several career changes took him through the convenience retail landscape. He held positions at Majik Markets in Atlanta; Charter Marketing in Jacksonville, Fla.; Amoco Oil in Chicago; and BP Amoco in Virginia.

Davidson also served as president of the New England Convenience Store Association from 1987 to 1988, an experience he said taught him to lead by example and strive to create win-win, long-term relationships.

In 2007, Davidson made his way back to 7-Eleven as a new business development representative in the Virginia area. He most recently served as senior real estate manager.

Throughout his long career, Davidson experienced many major industry changes for the better and worse, he said. These include oil companies merging and consolidating and coming on board with c-stores where service stations used to stand; c-stores becoming major gasoline operations themselves; companies getting into or out of the foodservice market; major oil companies returning to their roots of gasoline production and improving green energy programs; and weathering the storms of recession, international crises abroad and bankruptcies.

A graduate of Seton Hall University's Business and Teaching School, Davidson is married to his teenage sweetheart Gae. They have a daughter, Jill, and two grandchildren, Connor and Abby.

"Through it all, it gave me 45 years of enjoyment that all started out as a job and went on to be a career," Davidson told CSNews. "[I] will miss the excitement, the changes and the ups and downs, but the time has come to chase the items on my bucket list with my bride of 45 years."

Eye on growth

 Casey's General Stores Inc. is readying for growth as it enters the final due diligence stage of its location search for a second distribution center. The retailer expects to further expand its convenience store business into Tennessee, Kentucky and even farther south via both acquisitions and new store builds. The company's goal is to build or acquire 40 to 45 new stores by the end of its 2014 fiscal year.

Ed Davidson Retiring After 45 Years in the Industry

Supermarket retailer Big Y Foods Inc. is partnering with F.L. Roberts & Co., an independent petroleum marketer in western Massachusetts, to launch a new brand of convenience stores with fuel under the banner Big Y Express. The first store will open this fall in Lee, Mass.

The bankruptcy sale of Jump Oil Co.'s assets has been completed, with Lion Petroleum Inc. and Casey's General Stores on the list of buyers. Thirty-two of the sites were purchased by Lion Petroleum, while Casey's picked up four locations. The remaining 12 stores were purchased by other buyers pursuant to an order of the U.S. Bankruptcy Court for the Eastern District of Missouri.

Petroleum marketer PAPCO Inc. acquired 23 Shell-branded gas stations and one Exxon location from SMO Inc., a wholly owned subsidiary of The Wills Group Inc. PAPCO began servicing the sites on Aug. 30.

WNS Holdings LLC has taken title to all four D&C Gas and Convenience stores in Duluth, Ga. City property records show the new owner recently acquired the convenience store and gas station combos for a total of $2.2 million. WNS is a holding company for C&B Warehouse Distributing, which now operates the stores.

CST Brands Inc. acquired two convenience stores in the Houston metropolitan area. The locations, in Burnet and Conroe, Texas, each measure 4,650 square feet and feature indoor and outdoor dining, a beer cave, an ATM, seven gasoline dispensers, diesel and E85 flex fuel.

Marketing Moves

The Spinx Co. launched a new mobile app, Spinx Xtras, which allows consumers to manage their Spinx Xtras loyalty card by earning gas discount rewards, redeeming these rewards at the pump and paying for their purchases at the store via mobile payment. Spinx is the first c-store retailer to offer a mobile app that combines a loyalty program with a method of payment, the company said.

Nice N Easy Grocery Shoppes awarded a 2013 Kia Soul to Gary Dillon of Westmoreland, N.Y. Dillon's name was drawn on Aug. 25 from 50 qualifiers at the Nice N Easy Grocery Shoppes' Summer with Soul Promotion Grand Finale held at NBT Bank Stadium in Syracuse. Dillon registered for the Summer with Soul Promotion by purchasing a Pepsi fountain drink and entering his unique cup code online.

Kangaroo Express celebrated National Coffee Day on Sept. 29 by offering 12-ounce cups of its Bean Street Coffee for just one penny at the chain's more than 1,550 locations. The c-store chain also began offering its 2013 Roo Mug, which retails for $6.99 plus tax and can be refilled for just 50 cents plus tax through the end of March.

New York Gov. Andrew Cuomo announced that the New Baltimore Service Area on the New York State Thruway is now the first location in the state to offer "Taste NY" products year-round. HMS Host remodeled the plaza's Travel Mart convenience store to create a "store within a store" that highlights the locally produced products.

Retailer tidbits

7-Eleven Inc. took ownership of several Chicago-area convenience stores from franchise owners following allegations they were selling non-approved items. As a result, 7-Eleven assumed control of the stores, which are now open and operating under corporate management.

Calling April 15 the second worst day of his life, Pilot Flying J Founder and Chairman Jim Haslam said he's sprung into action ever since the federal raid that day to help rebuild Pilot Flying J's reputation. He continues to visit stores and meet with team members. The company is paying back its customers, putting all contracts in writing and strengthening its sales force. Haslam said the company's troubles will not affect Pilot Flying J's involvement in the community.

Murphy USA Inc. has begun trading on the New York Stock Exchange under the ticker symbol MUSA. The retail pure-play company, which operates 1,179 convenience stores and gas stations, was officially spun off from former parent Murphy Oil Corp. in early September. During the same timeframe, Murphy USA also joined the Standard & Poor's MidCap Index.

At least five Swifty gas stations in Louisville, Ky., closed without warning in mid-September. Signage was removed or painted over and fueling equipment was removed. Corporate officials from the company's Seymour, Ind., headquarters did not comment on the closings. Other Swifty gas stations near Louisville and elsewhere remained open.

Wawa Inc. opened one of its 25 new Florida stores just outside Orlando International Airport. In this area known for high gas prices, the store sparked a price war with its grand-opening promotion price of $2.99 per gallon. The move caused two nearby stations to lower their prices to $2.99. However, two other stations closest to the airport kept their prices at $5.95 and $5.99.

Enmark Stations Inc., founded in 1963 as Interstate Stations by Robert Demere, is celebrating its 50th anniversary this year. The Savannah, Ga.-based company operates 59 gas stations in Georgia, South Carolina and North Carolina and has remained in the Demere family throughout its five decades in business.

LSAA LLC selected PriceAdvantage's SMART Fuel Pricing management solution for its 60 Sam's Mart convenience stores in the Carolinas and Georgia. The company chose the PriceAdvantage software for its centralized fuel pricing control, which it can utilize from its Matthews, N.C., headquarters.

Supplier tidbits

Krispy Kreme is planning to boost its revenue by offering retail-only sales - as opposed to retail and wholesale operations - at some of its new, smaller stores. The doughnut chain plans to add 157 more U.S. stores to the 243 it currently operates by 2017. The new store design is approximately 2,300 square feet, will offer retail-only sales and be able to produce 65 to 110 dozen doughnuts per hour. Reported reasons for the change include declining profitability of wholesale and the short, two-day shelf life of Krispy Kreme's yeast-raised doughnuts.

Sunny Sky Products LLC completed its acquisition of Turbo Energy Drink in an all-cash transaction, expanding its dispensed beverage offering. Turbo Energy Drink was created by Chris Hannemann, a former marketing manager for Red Bull, who has since guided other energy drink companies to national success. Turbo Energy is available in four flavors: Regular, Diet, Orange and Blue Revitalizer.

After a 43-year hiatus, Reynolds American Inc. (RAI) returned to television. In an effort to promote its new Vuse electronic cigarette, RAI debuted a 60-second television ad that focuses on the technology behind the product. The commercial is intended to call attention to e-cigarettes, which are currently being assessed by the Food and Drug Administration.

Bud Light, the official beer sponsor of the National Football League, launched a new marketing campaign to coincide with the start of football season last month. Bud Light's new television campaign, "Dilemmas," is an evolution of last year's popular "Superstitions" campaign and documents the origins of superstitions. The ads explore the link between fans' beliefs that they can affect the outcome of a game.

Snyder's-Lance Inc. acquired substantially all the assets of Stateline Service Corp., a snack food distributor. The acquisition is in line with Snyder's-Lance's plans to continue growing and strengthening its national direct-store delivery distribution network. Snyder's-Lance manufactures and markets snack foods under the Snyder's of Hanover, Lance, Cape Cod, **Pretzel Crisps**, Krunchers!, Tom's, Archway, Jays, Stella D'oro, Eatsmart, O-Ke-Doke and Padrinos brands, along with a number of private label and third-party brands.

Green Mountain Coffee Roasters Inc. teamed up with Grammy winner Kelly Clarkson to get the message out about Fair Trade-certified products. As part of the campaign, Clarkson, the first winner of "American Idol," visited a coffee farm in Peru to experience firsthand the impact Fair Trade can have on coffee-farming communities. Clarkson will share her experience with fans through the "Great Coffee, Good Vibes, Choose Fair Trade" campaign through ChooseFairTrade.com, Facebook, retail activations and digital advertising.

People on the move

Tony Miller assumed the role of acting president at MAPCO Express Inc. following the July departure of Igal Zamir. Miller previously served as vice president of operations at MAPCO and has been meeting with management frequently in a "seamless transition" of leadership, the company said.

The Parker Cos. added convenience store industry veteran Jon Mangum as its new director of operations. Mangum is a graduate of the NACS Leadership Executive Program at Cornell University and the former retail operations manager for Stinker Stores, where he played a key role in its acquisition of 14 Super Values stores.

Royal Dutch Shell plc appointed John Abbott its downstream director, in place of Ben van Beurden who is stepping up to CEO. Previously Shell's executive vice president of manufacturing, Abbott joined the company in 1981 and has held a variety of management positions in refining, chemicals and upstream heavy oil.

Susser Holdings Corp. (SUSS) and Susser Petroleum Partners LP (SUSP) announced several changes to their board of directors and management positions. Sam L. Susser has been appointed chairman of the SUSS board of directors and will retain his position as CEO of SUSS, while current chairman Bruce W. Krysiak will become lead independent director. Frank A. Risch has been elected to the Susser Petroleum Partners board of directors and Andrew M. "Drew" Alexander has been elected to the SUSS board of directors. Additionally, Rocky Dewbre was named president and CEO of Susser Petroleum Partners; Gail Workman was promoted to senior vice president and chief operating officer of SUSP; and Kevin Mahany was promoted to senior vice president, merchandising at Stripes LLC.

Tom and Judy Love, the founders of Love's Travel Stops & Country Stores, and Jimmy Haslam, CEO of Pilot Flying J, were named to The Forbes 400 list of the richest people in America. The Loves are ranked No. 132 with a net worth of $3.6 billion, while Haslam occupies the No. 369 spot with a net worth of $1.45 billion.

Community Service Spotlight

Aloha Petroleum Ltd. presented the March of Dimes, Hawaii Chapter, with a $17,916.64 donation to support the organization's mission to improve the health of babies and expectant mothers. The company raised the money through a combination of canister donations and by selling World's Finest Chocolate at its Aloha Island Mart convenience stores.

BP America announced its sponsorship of six U.S. Olympic and Paralympic athletes who are training for the Sochi 2014 Olympic and Paralympic Winter Games. This is part of the company's ongoing commitment to the U.S. Olympic Committee and Team USA.

C.N. Brown Co. and its Big Apple Food Stores in New England launched the "Apple of Our Eye" mobile program, selling paper apples for $1 from Sept. 1 through Oct. 12, with all proceeds going to the Muscular Dystrophy Association.

n ExxonMobil of Baton Rouge recently donated $100,000 to the Mayor's Office of Homeland Security and Emergency Preparedness. The grant will be used to update and improve the Red Stick Ready smartphone app and purchase an interactive mobile trailer that simulates emergency scenarios to educate children.

Sixty Maverik Inc. stores in Utah collected donations for the family of slain hero Sgt. Derek Ray Johnson of the Draper City Police Department, who was killed in the line of duty.

The National Coalition of Associations of 7-Eleven Franchisees partnered with 7-Eleven Inc. and 15 vendors to make a $750,000 commitment to Hire Heroes USA, which offers transition and job search assistance to military veterans and their spouses.

Competitive watch

As part of its goal of opening more than 100 Texas locations over the next few years, Dunkin' Brands Group Inc. signed multi-unit store development agreements with two franchise groups - Niknud LLC and Alamo Donuts LLC - to develop 17 new restaurants in west and central Texas. Four of these locations will be Dunkin' Donuts/Baskin-

Robbins combinations. Both franchise groups plan to open their first restaurants in 2014 and the remaining restaurants by 2019.

Walgreen Co. acquired Kerr Drug, a privately held regional pharmacy chain in North Carolina. The deal includes its 76 retail drugstores, specialty pharmacy business and distribution center. According to Deerfield, Ill.-based Walgreen, it seeks to grow its presence in North Carolina, a fast-growing market.

Burger King Worldwide Inc. unveiled the French Fry Burger as the headliner of its fall menu, which also includes the Chicken Parmesan Sandwich, offered through the end of the year, and Buffalo Chicken Strips, offered through Oct. 27. Burger King also expanded its BK Delivers program to Minneapolis, and Spokane, Wash.

Visits to fast-casual restaurants have continued to increase even while total restaurant industry traffic has shown little growth, according to NPD's latest restaurant census. The study identified the Collins-Loveland, Colo., area as the U.S. metro area with the most fast-casual chains per resident, followed by Denver-Aurora-Broomfield, Colo.; Boulder, Colo.; Tallahassee, Fla.; Lexington-Fayette, Ky.; and Gainesville, Fla.

Legislative Corner

Jay Ricker, owner of Ricker's Convenience Stores, spoke out against the Food and Drug Administration's (FDA) impending menu labeling regulations in an op-ed piece for The Journal Gazette. Ricker questioned how long a c-store customer will spend reading nutritional information inside the store. He also argued that the proposed law is the answer to a "patchwork" of different state laws regarding menu labeling, but will treat pizzerias, grocery stores and convenience stores as if they're all the same.

In a letter to FDA Commissioner Margaret A. Hamburg, four Democrats in the House of Representatives urged the agency to act quickly to regulate electronic cigarettes. The lawmakers noted that flavored traditional cigarettes are banned; however, the ban does not apply to e-cigarettes. Also, unlike traditional cigarettes, e-cigarettes are not subject to a television advertising ban.

The Federal Reserve is appealing the July 31 court decision that struck down its swipe fee rules governing debit card transactions. The judge presiding over the case granted the Fed's request to keep the existing rules, which cap the fees at 21 cents, in place during the appeals process. The Fed said maintaining the current regulations will provide stability in the debit card marketplace while disagreements on the rules are settled.

Valero Energy Corp. sent a letter to Environmental Protection Agency Administrator Gina McCarthy, calling on the agency to immediately waive the ethanol mandate under the Renewable Fuel Standard (RFS). The RFS requires refiners to use 13.8 billion gallons of ethanol this year and 15 billion by 2015. Ethanol is typically combined with gasoline in a formula of up to 10 percent. Renewable identification numbers (RINs) are attached to each gallon of ethanol to ensure compliance. However, in his letter, Valero CEO Bill Klesse wrote that RIN prices have risen more than eightfold this year.

The Federal Trade Commission (FTC) is investigating allegations that Big Oil companies are blocking the distribution of renewable fuels. The agency will "evaluate" claims that oil companies are requiring retailers to carry premium gasoline. The FTC is launching the investigation in response to a written request authored by Sens. Charles Grassley (R-Iowa) and Amy Klobuchar (D-Minn.).

**Load-Date:** October 10, 2013

---

End of Document



# Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.(CATEGORY INSIGHTS snacks & Candy BY JAMIE GRILL-GOODMAN)

Private Label Buyer

October 1, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 BNP Media

**Section:** Pg. 32; Vol. 27; No. 10; ISSN: 1532-8899

**Length:** 3542 words

## Body

There's no doubt about it--snacking continues to grow in America. While some consumers seek out healthy snacks, others still rely on old standards like potato chips, looking for new flavors to spice things up.

No matter what the snack of choice, some 64 percent of consumers often snack between meals, according to Mintel's March 2013 "Cereal Bars and Snack Bars--U.S." report. What's more, in 2012, 52 percent of all eating occasions among American consumers were snacking occasions, up from 49 percent in 2010.

"The once-dominant concept of snacking as a special occasion has gone by the wayside as consumers look to small bites to bridge gaps between meals," said the report.

According to a new study of 6,600 consumers conducted by Market Force Information, of the categories studied, snacks were the second-most-frequently purchased type of private label groceries. More than half of respondents said that they buy private label snacks some of the time, 22 percent choose them most of the time, and 7 percent always opt for private label snacks.

On the Salty Side

Mintel estimates that sales of the salty snacks measured in its January 2013 "Salty Snacks--U.S." report, reached an estimated $17.1 billion in 2012, a 30 percent growth in sales since 2007. The category is forecast to grow another 17 percent from 2012-17(8 percent when adjusted for inflation). The report noted consumers ages 25-44 have above-average tendencies toward purchasing most kinds of salty snacks, a smart target market for these products.

In salty snacks, potato chips still reign, but David Hyland, director of global business development, snacks for Daymon Worldwide, said he's been seeing new potato chip flavors emerge, including Hot Dog, Ketchup, Steak, and Maple Bacon.

Potato chips represent the largest share of category sales, according to Mintel, comprising 43.2 percent of the market in 2012. Private label potato chips have a 3 percent share (more than any other private label salty snack), and while sales have dropped over 6 percent, private label potato chips still hi-ought in over $402 million for the latest 52 weeks ending August 11, 2013, according to SymphonyIRI Group data.

Another snack category, often appealing to health-conscious shoppers, is private label snack nuts--a more than $1 billion category, up 8 percent according to the IRI data.

"Consumers are knowledgeable about the overall health benefits that nuts and mixes can offer, and there is a general acceptance that these types of products are good- for-you," said Vonnie Veldman, director of business development for Wythe Will Tzetzo Companies. "Mainstream purchasers are not driven by a particular attribute, but more so the overall eating experience and benefit."

Despite the attractiveness of tried-and-true approaches to nuts, some retailers are experimenting. Trader Joe's offers Sesame Honey Cashews, with the nuts coated with sweet Thai honey and sesame seeds.

IRI reports that ready-to-eat popcorn is up nearly 30 percent in unit sales compared to a year ago. Flavor is also driving some store brands here, as seen in the 365 Everyday Value Applewood Smoked White Cheddar Popcorn from Whole Foods Market.

Go "Yogurt

Yogurt-covered snacks have been breaking onto the scene this year. IRI reports private label carob/ yogurt coated snacks up 47 percent to more than $1.8 million with about a 3 percent share of this growing category, most likely attributed to the recent overall popularity of yogurt items.

"The explosion of growth for yogurt items in the dairy case has had a halo effect for all yogurt-coated dried fruit, nut, and pretzel products," said Mark Devencenzi, national sales director for Falcon Trading Company and SunRidge Farms. "Better-for-you snacks continue to surge in popularity and this is reflected in private label programs. The very successful Kroger Simple Truth private label launch includes three yogurt-coated items: Almonds, Raisins, and Pretzels."

"The introduction of Greek-yogurt-coated items has capitalized on the tremendous popularity of the Greek yogurt dairy market segment," said Devencenzi. "SunRidge Farms is currently introdudng the first USDA-certified-organic Greek yogurt coating available in the U.S., and this will most likely spur further growth for the category."

Candy Cravings

IRI data reports sales increases across many of the candy and chocolate categories. Perhaps this is in part to the perennial mass appeal the sweet stuff has to Americans.

"Candy purchasers are not limited in age, locale, or economic condition, because candy is a fun reward with a price point to suit any purchaser," said Veldman.

According to Veldman, a diverse set that offers a breadth of favorites will have the most retail success versus a "flavor of the month" trend-based approach. "Traditional favorites remain the core sellers in packaged candy sets, and the assortment should include a cross section of all candy categories," she said. "Private label programs with the consumer purchaser in mind will contain both branded and unbranded candies in the set."

Veldman said seasonal extensions work well in private label, because the customer already knows and trusts the store brand.

"Retailers such as convenience stores have a great opportunity for added sales that seasonal will bring," said Veldman. "A large amount of seasonally themed products are purchased for instant consumption, so placing them in retail settings that may not he a destination point for seasonal purchases is plus sales for the retailer."

The trends in candy are nothing shocking. IRI reported private label non-chocolate chewy candy to be up more than 10 percent to $212 million, with just about a 5 percent share, showing room for growth (52 weeks ending August 11, 2013).

"Gummies continue to remain at the top of the list in movement, primarily due to traditional sellers such as bears and worms," said Veldman. "Novelty shapes and flavors in gummies are growing in sales and establishing permanent placements in everyday sets."

Other trends Veldman sees are actually throwbacks. "Many traditional favorites are seeing new growth as the primary consumer set ages and introduces younger consumers to familiar products," she said. "It doesn't have to be 'new' to be introduced to new consumers."

Premium chocolate is making a mark on the U.S. retail landscape, according to Leslie Sabin[degrees], manager, global business development, beverages/candy/cereal for Daymon Worldwide.

"Dark, milk, and even white chocolate are engaging the consumer, with interesting flavor combinations from nuts and fruits to seeds and fillings," said Sabino. "The consumer's palate has grown more sophisticated, and retail is taking advantage of new opportunities. Caramels--of all kinds, but especially chocolate caramels--are dominating consumer attention today. This flavor is found not just in candy, but across categories such as desserts, ice cream, cereal, cereal bars, coffee, nuts, snacks, etc."

Packaging Pointers

Beyond new flavor trends, repackaging in snacks has been abundant.

Topco's Old Fashioned Kettle Chips under its Full Circle brand have recently been repackaged in 100 percent compostable bags made from plants. The tan bags run nutrition information on front of pack (FOP), along with a callout for their eco-friendly efforts. The kettle chips come in such flavors as Original, Salt and Vinegar, Salt and Pepper, and BBQ.

"Packaging design and materials should flow from the consumer target and the brand the retailer is trying to build," said Hyland. "If you have a premium or natural brand, then you should pursue higher-end functionality and appearance for the product with things such as redosability, thicker packaging stock, or recyclability. For a mainstream brand, you would want to match something doser to what the largest mainstream national brand in the category is using."

Cultivating character on packaging can do much to build brand identity. The previous packaging for Roundy's salty snacks had a uniform look that depended on changes in fonts to identify individual groupings (chips, pretzels, tortillas, or popcorn). As seen on Daymon Design's website, the company restyled the entire snack line with livelier, edgier, brighter graphics, and added personality to each subgroup. For example, the potato chip bags now have individual illustrated characters for each flavor, while the popcorn makes sound use of a transparent section on the packaging so consumers can see the product. The Roundy's logo is used consistently on all products to unify the line.

"Retailers should have the same branding and design elements across similar segments of salty snacks," said Hyland. "For example, mainstream-type salty snacks should all have one unified brand and one unified design look and feel, while perhaps a salty snacks line of natural and organic items would have a different brand/design. At the same time, different varieties within a segment need to dearly designate the different flavors (e.g., regular, sour cream Ex onion, and barbecue variety potato chips) clearly, so that the consumer can easily find the variety they are seeking."

Safeway launched its new The Snack Artist line of salty snacks in late 2010. The playful packaging features resealable bags and dever names such as "Mariacheese" for nacho cheese tortilla chips. This year, Safeway redesigned the packaging, replacing the tan background with bright-yellow, increasing "The Snack Artist" brand text in size, and reducing the quirky product illustrations in size (which now look as if they were doodled on a white napkin).

Resealable packages are important in multiple snack and candy categories.

"They are easy to 'take along' and keep the product shelf stable and fresh," said Veldman. "A new package type that we are seeing take off is something we call on the go cups,' which are designed to fit in a car cup holder. It is easy to open and close, and keeps snacks 'at the ready' while travelling or commuting."

Many new product introductions, including nuts, are being launched in stand-up resealable bags, according to Veldman.

"Great graphics are also mainstream in nuts and snacks today," said Vekiman. "Store brands are gaining more shelf presence with this pack type and graphic punch."

The preferred packaging type preference for yogurt-covered snacks is zip-top, resealable pouches, according to Devencenzi.

In packaging for candy, Veldman sees a lot of growth opportunity in resealable bags, as consumers want to enjoy the fun of candy, hut sometimes just not all at once.

"Typically retail price points drive the everyday set assortments, with multiple purchases for a better cost versus a single purchase as the predominant strategy," Veldman further explained. "Higher single-unit price points with value-added attributes, such as a resealable container, are continuing to gain shelf space, as well."

Gusseted bag or pouch packaging is a category driver, according to Sabino. "This packaging form was made popular as the national brands (Hershey, Nestle, and Mars) came out with their legacy brands in shareable-size bags," she said. "This expanded the category and drove consumption of candy, exploiting the social aspect of candy consumption. Private brand was a fast follower, and many retailers have driven successful innovation in their private brand candy program with this packaging segment. Take, for example, the popularity and explosive growth of Walgreens Nice! and Delish programs."

Sabino added that tub packaging is also very successful, and has been a driver behind best-in-class retailers such as Trader Joe's and Whole Foods Market.

"Tub packaging comes in several sizes, as well as pegable, and is stackable to display almost anywhere throughout the store," said Sabin[degrees]. "No longer just for the alternative grocer, tub programs are very present across grocery, convenience, drug, and other channels."

Merchandising Matters

No matter what the snack, Hyland advises that, ideally, retailers should display private brand snacks together as a "brand block" to help create a destination for their consumers.

"This is typically done when retailers have very developed private brand programs and a loyal consumer following," he said.

"For retailers with a less-developed private brand program," Hyland continued, "placing private brand items next to their comparable branded items makes the most sense to better introduce the retailers' consumers to the private brand option. Traditional merchandising display vehides such as end caps, shippers, racks, etc. are also very helpful to build awareness and trial of private brand snacks."

And don't forget social-media promotions.

"For major new brand launches, we have seen aggressive spending in blogger sampling and other social-media awareness-building initiatives, as well as aggressive in-store merchandising, including trial-size pack displays, end caps, BOG0s, etc.," said Hyland.

Where retailers display their private label candy will make a difference as well.

"Finding the right balance of space devoted to store brands while continuing to sell branded products is key to the success of the set overall," Veldman advised.

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.(CATEGORY INSIGHTS snacks & Candy BY ....

"Candy should be displayed throughout the store, not just in the candy aisle," advised Sabin[degrees]. "The national brands have known this, and have been pushing for execution outside the aisle for more than a decade simply because consumers avoid the candy aisle. The fact that candy is no longer just for special occasions or holidays helps get secondary and even tertiary, display elsewhere. It is indisputable that the category is impulse-driven, and displaying candy throughout the store is the best way to generate impulse purchases and drive excitement/ traffic. Most people think of checkout and floral as the two most-obvious locations, to leverage gift-giving opportunities, but placing candy programs in produce, deli, bakery, store lobby, end caps, cooler doors, electronics departments, movie rental, and checkout is also effective."

For retailers who haven't established a private label candy program yet, Veldman recommends partnering with a supplier who will develop the program with the customer's best sales opportunities in mind.

"Some suppliers will only offer items they manufacture for inclusion in a private label line," said Veldman. "A private label program should be designed to maximize the selling opportunity that each peg or shelf space offers, and be representative of the overall store brand image. A combination of general-line candies with certain branded 'workhorse' products is the best mix for the set. The top private label packagers will offer what sells best overall, without a self-serving agenda of pushing only what they manufacture."

For those who have a private label program in place, redesign is often key to keeping a private brand candy program contemporary and exciting, advised Sabina "Packaging design and format is the personality of the program," she said. "Big and small, across channels, it will be difficult not to find a retailer that hasn't engaged in redesign in the last two years."

Retailer-led R&D--whether outright manufacturing or simply developing unique specifications for a manufacturing partner--is the true leading edge today. "Development is where the retailer can take their program to the next level," said Sabino.

"The retailer can enter a segment of candy (chocolate vs. nonchocolate) or a packaging form (gusseted bag, vs. tub or platter) that they haven't been in yet. This can engage the consumer, generate excitement and traffic, and stir market share within their rest of market." PLB

Eye on the National Brands

Salty Snack Flavor Trends

Although traditional potato chips, pretzels, and the like drive the bulk of the salty snack business, that hasn't stopped branded product manufacturers from experimenting with potentially enticing flavors, which run the gamut from culinary inspirations to Latin riffs, even hints at health-and-wellness.

* Snack Factory Tuscan Three Cheese **Pretzel Crisps**

* Lay's Kettle Cooked Maui Onion Potato Chips

* Quinn Popcorn Parmesan & Rosemary

* Terra Crinkles Sweet Potato Sea Salt Chips

* Kettle Brand Maple Bacon Potato Chips

* Sunc_hips Sweet & Spicy BBQ Multigrain Snacks

* Doritos Dinamita Chile Lim811 Rolled Tortilla Chips

* Way Better Snacks Simply Sprouted Black Bean Tortilla Chips

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.(CATEGORY INSIGHTS snacks & Candy BY ....

SNACKS AND CANDY Dollar Sales Dollar Dollar Sales % Share Chg YAgo CATEGORY - SALTY $15,363,900,000 3.60 100.00 SNACKS PRIVATE LABEL $45,414,620 (10.75) 0.30 CHEESE SNACKS PRIVATE LABEL CORN $16,982,800 (7.62) 0.11 SNACKS (NO TORTILLA CHIPS) PRIVATE LABEL OTHER $89,610,580 35.85 0.58 SALTED SNACKS (NO NUTS) PRIVATE LABEL PORK $10,164,820 (6.16) 0.07 RINDS PRIVATE LABEL $402,645,000 (6.17) 2.62 POTATO CHIPS PRIVATE LABEL $144,207,800 5.25 0.94 PRETZELS PRIVATE LABEL $33,934,070 1447 0.22 READY-TQ-EAT POPCORN/CARAMEL CORN PRIVATE LABEL $190,337,400 2.44 1.24 TORTILLA/TOSTADA CHIPS CATEGORY-MISC. $1,013,548,000 12.43 100.00 SNACKS PRIVATE LABEL $18,659,450 47.75 1.84 CAROB/YOGURT COATED SNACKS PRIVATE LABEL $11,774,670 (9-44) 1.16 CHOCOLATE COVERED SALTED SNACK PRIVATE LABEL $413,713,000 16.65 40.82 NUTRITIONAL SNACKS/TRAIL MIXES CATEGORY - SNACK $3,867,343,000 5.07 100.00 NUTS/SEEDS/CORN NUTS PRIVATE LABEL SNACK $1,103,865,000 8.62 23.54 NUTS PRIVATE LABEL $38,922,420 9.91 1.01 SUNFLOWER/PUMPKIN SEEDS PRIVATE LABEL 51,115,857 9.75 0.03 TOASTED CORN NUT SNACKS CATEGORY - TOTAL $10,071,150,000 3.64 100.00 CHOCOLATE CANDY PRIVATE LABEL $10,898,150 43.20 0.11 CHOCOLATE CANDY BOX/BAG/BAR < 3.502 PRIVATE LABEL $116,325,900 10.25 1.16 CHOCOLATE CANDY BOX/BAG/BAR > 3.50Z PRIVATE LABEL $- - CHOCOLATE CANDY SNACK SIZE PRIVATE LABEL GIFT $496,323 (26.56) 0.00 BOX CHOCOLATES PRIVATE LABEL $190,969 0.00 NOVELTY CHOCOLATE CANDY PRIVATE LABEL SUGAR $4,421 (43.44) 0.00 FREE CHOCOLATE CANDY CATEGORY - TOTAL $5,240,867,000 3.56 100.00 NON-CHOCOLATE CANDY PRIVATE LABEL $293 (99.25) 0.00 BREATH FRESHENER PRIVATE LABEL $19,652,9B0 28.96 0.37 CARAMEL/TAFFY APPLES/KITS/DIPS PRIVATE LABEL HARD $41,313,110 17.87 0.79 SUGAR CANDY/PKG S ROLL CANDY PRIVATE LABEL $7,403,704 (12.97) 0.14 LICORICE BOX/BAG PRIVATE LABEL NON $212,163,000 10.72 4.05 CHOCOLATE CHEWY CANDY PRIVATE LABEL $20,010,480 5.74 0.38 NOVELTY NON-CHOCOLATE CANDY PRIVATE LABEL PLAIN $66,204,660 14.98 1.26 MINTS PRIVATE LABEL $15,769,870 3.29 0.30 SPECIALTY NUT/COCONUT CANDY PRIVATE LABEL SUGAR $0,279,262 12.83 0.16 FREE DIET CANDY CATEGORY-GUM $2,115,367,000 (5.39) 100.00 PRIVATE LABEL $6,906,359 62.B1 0.33 REGULAR GUM (NO SUGARLESS) PRIVATE LABEL $540,746 83.01 0.03 SUGARLESS GUM SNACKS AND CANDY Unit Sales Unit Unit Sales % Share Chg YAgo CATEGORY - SALTY 6,230,698,000 2.69 100.00 SNACKS PRIVATE LABEL 24,768,620 (14.00) 0.40 CHEESE SNACKS PRIVATE LABEL CORN 9,743,637 (12.97) 0.16 SNACKS (NO TORTILLA CHIPS) PRIVATE LABEL OTHER 42,479,290 29.14 0.68 SALTED SNACKS (NO NUTS) PRIVATE LABEL PORK 6,340,B07 (10.41) 0.10 RINDS PRIVATE LABEL 204,855,300 (5.75) 3.29 POTATO CHIPS PRIVATE LABEL 75,921,130 (2.03) 1.22 PRETZELS PRIVATE LABEL 18,663,810 29.35 0.30 READY-TQ-EAT POPCORN/CARAMEL CORN PRIVATE LABEL 102,172,800 (0.46) 1.64 TORTILLA/TOSTADA CHIPS CATEGORY-MISC. 293,426,300 828 100.00 SNACKS PRIVATE LABEL 9,407,401 43.51 3.21 CAROB/YOGURT COATED SNACKS PRIVATE LABEL 5,309,533 (4.23) 1.81 CHOCOLATE COVERED SALTED SNACK PRIVATE LABEL 95,677,620 9.79 32.61 NUTRITIONAL SNACKS/TRAIL MIXES CATEGORY - SNACK 1,001,503,000 151 100.00 NUTS/SEEDS/CORN NUTS PRIVATE LABEL SNACK 260,511,600 7.42 26.01 NUTS PRIVATE LABEL 17,860,750 5.12 1.78 SUNFLOWER/PUMPKIN SEEDS PRIVATE LABEL 980,983 3,16 0.10 TOASTED CORN NUT SNACKS CATEGORY - TOTAL 5,034,105,000 (0.64) 100.00 CHOCOLATE CANDY PRIVATE LABEL B,772,253 36.44 0.17 CHOCOLATE CANDY BOX/BAG/BAR < 3.502 PRIVATE LABEL 48,510,410 S.98 0.96 CHOCOLATE CANDY BOX/BAG/BAR > 3.50Z PRIVATE LABEL - - CHOCOLATE CANDY SNACK SIZE PRIVATE LABEL GIFT 73,489 (27.15) 0.00 BOX CHOCOLATES PRIVATE LABEL 20,056 0.00 NOVELTY CHOCOLATE CANDY PRIVATE LABEL SUGAR 3,854 65.70 0.00 FREE CHOCOLATE CANDY CATEGORY - TOTAL 3,125,822,000 029 100.00 NON-CHOCOLATE CANDY PRIVATE LABEL 231 (98.67) 0.00 BREATH FRESHENER PRIVATE LABEL 7,116,813 22.45 023 CARAMEL/TAFFY APPLES/KITS/DIPS PRIVATE LABEL HARD 36,978,260 18.70 1.18 SUGAR CANDY/PKG S ROLL CANDY PRIVATE LABEL 4,450,579 (17.23) 0.14 LICORICE BOX/BAG PRIVATE LABEL NON 175,447,400 13.49 5.61 CHOCOLATE CHEWY CANDY PRIVATE LABEL 12,223,910 (0.88) 0.39 NOVELTY NON-CHOCOLATE CANDY PRIVATE LABEL PLAIN 48,454,070 12.80 1.55 MINTS PRIVATE LABEL 5,947,069 5.54 0.19 SPECIALTY NUT/COCONUT CANDY PRIVATE LABEL SUGAR 5,877,448 (566) 0.19 FREE DIET CANDY CATEGORY-GUM 1,347,326,000 (6,80) 100.00 PRIVATE LABEL 4,950,387 48.77 0.37 REGULAR GUM (NO SUGARLESS) PRIVATE LABEL 432,407 114.82 0.03 SUGARLESS GUM Top-line takeaivays: Private label snack nuts rose S percent to more than $1 billion dollars with a 26 percent share, according to IRI. Other hot segments include chewing gum, yogurt-covered snacks, and popcorn. Source: Symphany IRI Group. Chicago. Total U.S. Multi-Outlet

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.(CATEGORY INSIGHTS snacks & Candy BY ....

(Supermarkets, Drugstores, Mass Market Retallers. Miliary Commissaries and Select Club & Milltary Commissaries and Seiect Club & Dollar Retall Chains). data for the lastest 52 weeks ending Aug 11.2013

**Load-Date:** June 14, 2018

---

End of Document



# Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design; CATEGORY INSIGHTS snacks & Candy BY JAMIE GRILL-GOODMAN

Private Label Buyer

October 1, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 BNP Media

**Section:** Pg. 32(4); Vol. 27; No. 10; ISSN: 1532-8899

**Length:** 3932 words

## Body

There's no doubt about it--snacking continues to grow in America. While some consumers seek out healthy snacks, others still rely on old standards like potato chips, looking for new flavors to spice things up.

No matter what the snack of choice, some 64 percent of consumers often snack between meals, according to Mintel's March 2013 "Cereal Bars and Snack Bars--U.S." report. What's more, in 2012, 52 percent of all eating occasions among American consumers were snacking occasions, up from 49 percent in 2010.

[ILLUSTRATION OMITTED]
[ILLUSTRATION OMITTED]

"The once-dominant concept of snacking as a special occasion has gone by the wayside as consumers look to small bites to bridge gaps between meals," said the report.

According to a new study of 6,600 consumers conducted by Market Force Information, of the categories studied, snacks were the second-most-frequently purchased type of private label groceries. More than half of respondents said that they buy private label snacks some of the time, 22 percent choose them most of the time, and 7 percent always opt for private label snacks.

On the Salty Side

Mintel estimates that sales of the salty snacks measured in its January 2013 "Salty Snacks--U.S." report, reached an estimated $17.1 billion in 2012, a 30 percent growth in sales since 2007. The category is forecast to grow another 17 percent from 2012-17(8 percent when adjusted for inflation). The report noted consumers ages 25-44 have above-average tendencies toward purchasing most kinds of salty snacks, a smart target market for these products.

In salty snacks, potato chips still reign, but David Hyland, director of global business development, snacks for Daymon Worldwide, said he's been seeing new potato chip flavors emerge, including Hot Dog, Ketchup, Steak, and Maple Bacon.

Potato chips represent the largest share of category sales, according to Mintel, comprising 43.2 percent of the market in 2012. Private label potato chips have a 3 percent share (more than any other private label salty snack), and while sales have dropped over 6 percent, private label potato chips still hi-cught in over $402 million for the latest 52 weeks ending August 11, 2013, according to SymphonyIRI Group data.

Another snack category, often appealing to health-conscious shoppers, is private label snack nuts--a more than $1 billion category, up 8 percent according to the IRI data.

"Consumers are knowledgeable about the overall health benefits that nuts and mixes can offer, and there is a general acceptance that these types of products are good- for-you," said Vonnie Veldman, director of business development for Wythe Will Tzetzo Companies. "Mainstream purchasers are not driven by a particular attribute, but more so the overall eating experience and benefit."

Despite the attractiveness of tried-and-true approaches to nuts, some retailers are experimenting. Trader Joe's offers Sesame Honey Cashews, with the nuts coated with sweet Thai honey and sesame seeds.

## Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design; CATEGORY INSIGHTS snacks & Candy BY ....

IRI reports that ready-to-eat popcorn is up nearly 30 percent in unit sales compared to a year ago. Flavor is also driving some store brands here, as seen in the 365 Everyday Value Applewood Smoked White Cheddar Popcorn from Whole Foods Market.

Go "Yogurt

Yogurt-covered snacks have been breaking onto the scene this year. IRI reports private label carob/yogurt coated snacks up 47 percent to more than $1.8 million with about a 3 percent share of this growing category, most likely attributed to the recent overall popularity of yogurt items.

"The explosion of growth for yogurt items in the dairy case has had a halo effect for all yogurt-coated dried fruit, nut, and pretzel products," said Mark Devencenzi, national sales director for Falcon Trading Company and SunRidge Farms. "Better-for-you snacks continue to surge in popularity and this is reflected in private label programs. The very successful Kroger Simple Truth private label launch includes three yogurt-coated items: Almonds, Raisins, and Pretzels."

"The introduction of Greek-yogurt-coated items has capitalized on the tremendous popularity of the Greek yogurt dairy market segment," said Devencenzi. "SunRidge Farms is currently introducing the first USDA-certified-organic Greek yogurt coating available in the U.S., and this will most likely spur further growth for the category."

Candy Cravings

IRI data reports sales increases across many of the candy and chocolate categories. Perhaps this is in part to the perennial mass appeal the sweet stuff has to Americans.

"Candy purchasers are not limited in age, locale, or economic condition, because candy is a fun reward with a price point to suit any purchaser," said Veldman.

According to Veldman, a diverse set that offers a breadth of favorites will have the most retail success versus a "flavor of the month" trend-based approach. "Traditional favorites remain the core sellers in packaged candy sets, and the assortment should include a cross section of all candy categories," she said. "Private label programs with the consumer purchaser in mind will contain both branded and unbranded candies in the set."

Veldman said seasonal extensions work well in private label, because the customer already knows and trusts the store brand.

"Retailers such as convenience stores have a great opportunity for added sales that seasonal will bring," said Veldman. "A large amount of seasonally themed products are purchased for instant consumption, so placing them in retail settings that may not he a destination point for seasonal purchases is plus sales for the retailer."

The trends in candy are nothing shocking. IRI reported private label non-chocolate chewy candy to be up more than 10 percent to $212 million, with just about a 5 percent share, showing room for growth (52 weeks ending August 11, 2013).

[ILLUSTRATION OMITTED]

"Gummies continue to remain at the top of the list in movement, primarily due to traditional sellers such as bears and worms," said Veldman. "Novelty shapes and flavors in gummies are growing in sales and establishing permanent placements in everyday sets."

Other trends Veldman sees are actually throwbacks. "Many traditional favorites are seeing new growth as the primary consumer set ages and introduces younger consumers to familiar products," she said. "It doesn't have to be 'new' to be introduced to new consumers."

Premium chocolate is making a mark on the U.S. retail landscape, according to Leslie Sabin[degrees], manager, global business development, beverages/candy/cereal for Daymon Worldwide.

"Dark, milk, and even white chocolate are engaging the consumer, with interesting flavor combinations from nuts and fruits to seeds and fillings," said Sabino. "The consumer's palate has grown more sophisticated, and retail is taking advantage of new opportunities. Caramels--of all kinds, but especially chocolate caramels--are dominating consumer attention today. This flavor is found not just in candy, but across categories such as desserts, ice cream, cereal, cereal bars, coffee, nuts, snacks, etc."

Packaging Pointers

Beyond new flavor trends, repackaging in snacks has been abundant.

Topco's Old Fashioned Kettle Chips under its Full Circle brand have recently been repackaged in 100 percent compostable bags made from plants. The tan bags run nutrition information on front of pack (FOP), along with a callout for their eco-friendly efforts. The kettle chips come in such flavors as Original, Salt and Vinegar, Salt and Pepper, and BBQ.

"Packaging design and materials should flow from the consumer target and the brand the retailer is trying to build," said Hyland. "If you have a premium or natural brand, then you should pursue higher-end functionality and appearance for the product with things such as redosability, thicker packaging stock, or recyclability. For a mainstream brand, you would want to match something doser to what the largest mainstream national brand in the category is using."

# Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design; CATEGORY INSIGHTS snacks & Candy BY ....

Cultivating character on packaging can do much to build brand identity. The previous packaging for Roundy's salty snacks had a uniform look that depended on changes in fonts to identify individual groupings (chips, pretzels, tortillas, or popcorn). As seen on Daymon Design's website, the company restyled the entire snack line with livelier, edgier, brighter graphics, and added personality to each subgroup. For example, the potato chip bags now have individual illustrated characters for each flavor, while the popcorn makes sound use of a transparent section on the packaging so consumers can see the product. The Roundy's logo is used consistently on all products to unify the line.

"Retailers should have the same branding and design elements across similar segments of salty snacks," said Hyland. "For example, mainstream-type salty snacks should all have one unified brand and one unified design look and feel, while perhaps a salty snacks line of natural and organic items would have a different brand/design. At the same time, different varieties within a segment need to dearly designate the different flavors (e.g., regular, sour cream Ex onion, and barbecue variety potato chips) clearly, so that the consumer can easily find the variety they are seeking."

Safeway launched its new The Snack Artist line of salty snacks in late 2010. The playful packaging features resealable bags and dever names such as "Mariacheese" for nacho cheese tortilla chips. This year, Safeway redesigned the packaging, replacing the tan background with bright-yellow, increasing "The Snack Artist" brand text in size, and reducing the quirky product illustrations in size (which now look as if they were doodled on a white napkin).

Resealable packages are important in multiple snack and candy categories.

"They are easy to 'take along' and keep the product shelf stable and fresh," said Veldman. "A new package type that we are seeing take off is something we call on the go cups,' which are designed to fit in a car cup holder. It is easy to open and close, and keeps snacks 'at the ready' while travelling or commuting."

[ILLUSTRATION OMITTED]

Many new product introductions, including nuts, are being launched in stand-up resealable bags, according to Veldman.

"Great graphics are also mainstream in nuts and snacks today," said Vekiman. "Store brands are gaining more shelf presence with this pack type and graphic punch."

The preferred packaging type preference for yogurt-covered snacks is zip-top, resealable pouches, according to Devencenzi.

In packaging for candy, Veldman sees a lot of growth opportunity in resealable bags, as consumers want to enjoy the fun of candy, hut sometimes just not all at once.

"Typically retail price points drive the everyday set assortments, with multiple purchases for a better cost versus a single purchase as the predominant strategy," Veldman further explained. "Higher single-unit price points with value-added attributes, such as a resealable container, are continuing to gain shelf space, as well."

Gusseted bag or pouch packaging is a category driver, according to Sabino. "This packaging form was made popular as the national brands (Hershey, Nestle, and Mars) came out with their legacy brands in shareable-size bags," she said. "This expanded the category and drove consumption of candy, exploiting the social aspect of candy consumption. Private brand was a fast follower, and many retailers have driven successful innovation in their private brand candy program with this packaging segment. Take, for example, the popularity and explosive growth of Walgreens Nice! and Delish programs."

Sabino added that tub packaging is also very successful, and has been a driver behind best-in-class retailers such as Trader Joe's and Whole Foods Market.

"Tub packaging comes in several sizes, as well as pegable, and is stackable to display almost anywhere throughout the store," said Sabin[degrees]. "No longer just for the alternative grocer, tub programs are very present across grocery, convenience, drug, and other channels."

Merchandising Matters

No matter what the snack, Hyland advises that, ideally, retailers should display private brand snacks together as a "brand block" to help create a destination for their consumers.

"This is typically done when retailers have very developed private brand programs and a loyal consumer following," he said.

"For retailers with a less-developed private brand program," Hyland continued, "placing private brand items next to their comparable branded items makes the most sense to better introduce the retailers' consumers to the private brand option. Traditional merchandising display vehides such as end caps, shippers, racks, etc. are also very helpful to build awareness and trial of private brand snacks."

And don't forget social-media promotions.

"For major new brand launches, we have seen aggressive spending in blogger sampling and other social-media awareness-building initiatives, as well as aggressive in-store merchandising, including trial-size pack displays, end caps, BOGOs, etc.," said Hyland.

Where retailers display their private label candy will make a difference as well.

"Finding the right balance of space devoted to store brands while continuing to sell branded products is key to the success of the set overall," Veldman advised.

"Candy should be displayed throughout the store, not just in the candy aisle," advised Sabin[degrees]. "The national brands have known this, and have been pushing for execution outside the aisle for more than a decade simply because consumers avoid the candy aisle. The fact that candy is no longer just for special occasions or holidays helps get secondary and even tertiary, display elsewhere. It is indisputable that the category is impulse-driven, and displaying candy throughout the store is the best way to generate impulse purchases and drive excitement/ traffic. Most people think of checkout and floral as the two most-obvious locations, to leverage gift-giving opportunities, but placing candy programs in produce, deli, bakery, store lobby, end caps, cooler doors, electronics departments, movie rental, and checkout is also effective."

For retailers who haven't established a private label candy program yet, Veldman recommends partnering with a supplier who will develop the program with the customer's best sales opportunities in mind.

"Some suppliers will only offer items they manufacture for inclusion in a private label line," said Veldman. "A private label program should be designed to maximize the selling opportunity that each peg or shelf space offers, and be representative of the overall store brand image. A combination of general-line candies with certain branded 'workhorse' products is the best mix for the set. The top private label packagers will offer what sells best overall, without a self-serving agenda of pushing only what they manufacture."

For those who have a private label program in place, redesign is often key to keeping a private brand candy program contemporary and exciting, advised Sabina "Packaging design and format is the personality of the program," she said. "Big and small, across channels, it will be difficult to find a retailer that hasn't engaged in redesign in the last two years."

Retailer-led R&D--whether outright manufacturing or simply developing unique specifications for a manufacturing partner--is the true leading edge today. "Development is where the retailer can take their program to the next level," said Sabino.

"The retailer can enter a segment of candy (chocolate vs. nonchocolate) or a packaging form (gusseted bag, vs. tub or platter) that they haven't been in yet. This can engage the consumer, generate excitement and traffic, and stir market share within their rest of market." PLB

Eye on the National Brands

Salty Snack Flavor Trends

Although traditional potato chips, pretzels, and the like drive the bulk of the salty snack business, that hasn't stopped branded product manufacturers from experimenting with potentially enticing flavors, which run the gamut from culinary inspirations to Latin riffs, even hints at health-and-wellness.

* Snack Factory Tuscan Three Cheese **Pretzel Crisps**
* Lay's Kettle Cooked Maui Onion Potato Chips
* Quinn Popcorn Parmesan & Rosemary
* Terra Crinkles Sweet Potato Sea Salt Chips
* Kettle Brand Maple Bacon Potato Chips
* Sunc_hips Sweet & Spicy BBQ Multigrain Snacks
* Doritos Dinamita Chile Lim8ll Rolled Tortilla Chips
* Way Better Snacks Simply Sprouted Black Bean Tortilla Chips

SNACKS AND CANDY

| | Dollar Sales | Dollar Sales % Chg YAgo | Dollar Share |
|---|---|---|---|
| CATEGORY - SALTY SNACKS | $15,363,900,000 | 3.60 | 100.00 |
| PRIVATE LABEL CHEESE SNACKS | $45,414,620 | (10.75) | 0.30 |
| PRIVATE LABEL CORN SNACKS (NO TORTILLA CHIPS) | $16,982,800 | (7.62) | 0.11 |
| PRIVATE LABEL OTHER SALTED SNACKS (NO | $89,610,580 | 35.85 | 0.58 |

NUTS)

PRIVATE LABEL PORK      $10,164,820    (6.16)    0.07
RINDS

PRIVATE LABEL$402,645,000    (6.17)    2.62
POTATO CHIPS

PRIVATE LABEL$144,207,800    5.25    0.94
PRETZELS

PRIVATE LABEL $33,934,070    1447    0.22
READY-TQ-EAT
POPCORN/CARAMEL
CORN

PRIVATE LABEL$190,337,400    2.44    1.24
TORTILLA/TOSTADA
CHIPS

CATEGORY-MISC.    $1,013,548,000    12.43    100.00
SNACKS

PRIVATE LABEL $18,659,450    47.75    1.84
CAROB/YOGURT COATED
SNACKS

PRIVATE LABEL $11,774,670    (9-44)    1.16
CHOCOLATE COVERED
SALTED SNACK

PRIVATE LABEL$413,713,000    16.65    40.82
NUTRITIONAL
SNACKS/TRAIL MIXES

CATEGORY - SNACK    $3,867,343,000    5.07    100.00
NUTS/SEEDS/CORN
NUTS

PRIVATE LABEL SNACK   $1,103,865,000    8.62    23.54
NUTS

PRIVATE LABEL $38,922,420    9.91    1.01
SUNFLOWER/PUMPKIN
SEEDS

PRIVATE LABEL  51,115,857    9.75    0.03
TOASTED CORN NUT
SNACKS

CATEGORY - TOTAL    $10,071,150,000    3.64    100.00
CHOCOLATE CANDY

PRIVATE LABEL $10,898,150    43.20    0.11
CHOCOLATE CANDY
BOX/BAG/BAR <
3.502

PRIVATE LABEL$116,325,900    10.25    1.16
CHOCOLATE CANDY
BOX/BAG/BAR >

```
3.50Z

PRIVATE LABEL          $-      -
CHOCOLATE CANDY
SNACK SIZE

PRIVATE LABEL GIFT     $496,323   (26.56)   0.00
BOX CHOCOLATES

PRIVATE LABEL    $190,969   0.00
NOVELTY CHOCOLATE
CANDY

PRIVATE LABEL SUGAR$4,421   (43.44)   0.00
FREE CHOCOLATE
CANDY

CATEGORY - TOTAL     $5,240,867,000   3.56   100.00
NON-CHOCOLATE
CANDY

PRIVATE LABEL        $293   (99.25)   0.00
BREATH FRESHENER

PRIVATE LABEL $19,652,9B0   28.96   0.37
CARAMEL/TAFFY
APPLES/KITS/DIPS

PRIVATE LABEL HARD     $41,313,110   17.87   0.79
SUGAR CANDY/PKG S
ROLL CANDY

PRIVATE LABEL  $7,403,704   (12.97)   0.14
LICORICE BOX/BAG

PRIVATE LABEL NON      $212,163,000   10.72   4.05
CHOCOLATE CHEWY
CANDY

PRIVATE LABEL $20,010,480   5.74   0.38
NOVELTY
NON-CHOCOLATE
CANDY

PRIVATE LABEL PLAIN    $66,204,660   14.98   1.26
MINTS

PRIVATE LABEL $15,769,870   3.29   0.30
SPECIALTY
NUT/COCONUT CANDY

PRIVATE LABEL SUGAR    $0,279,262   12.83   0.16
FREE DIET CANDY

CATEGORY-GUM     $2,115,367,000   (5.39)   100.00

PRIVATE LABEL  $6,906,359   62.B1   0.33
REGULAR GUM (NO
SUGARLESS)

PRIVATE LABEL     $540,746   83.01   0.03
```

SUGARLESS GUM

SNACKS AND CANDY

| | Unit Sales | Unit Sales % Chg YAgo | Unit Share |
|---|---|---|---|
| CATEGORY - SALTY SNACKS | 6,230,698,000 | 2.69 | 100.00 |
| PRIVATE LABEL CHEESE SNACKS | 24,768,620 | (14.00) | 0.40 |
| PRIVATE LABEL CORN SNACKS (NO TORTILLA CHIPS) | 9,743,637 | (12.97) | 0.16 |
| PRIVATE LABEL OTHER SALTED SNACKS (NO NUTS) | 42,479,290 | 29.14 | 0.68 |
| PRIVATE LABEL PORK RINDS | 6,340,B07 | (10.41) | 0.10 |
| PRIVATE LABEL POTATO CHIPS | 204,855,300 | (5.75) | 3.29 |
| PRIVATE LABEL PRETZELS | 75,921,130 | (2.03) | 1.22 |
| PRIVATE LABEL READY-TQ-EAT POPCORN/CARAMEL CORN | 18,663,810 | 29.35 | 0.30 |
| PRIVATE LABEL TORTILLA/TOSTADA CHIPS | 102,172,800 | (0.46) | 1.64 |
| CATEGORY-MISC. SNACKS | 293,426,300 | 828 | 100.00 |
| PRIVATE LABEL CAROB/YOGURT COATED SNACKS | 9,407,401 | 43.51 | 3.21 |
| PRIVATE LABEL CHOCOLATE COVERED SALTED SNACK | 5,309,533 | (4.23) | 1.81 |
| PRIVATE LABEL NUTRITIONAL SNACKS/TRAIL MIXES | 95,677,620 | 9.79 | 32.61 |
| CATEGORY - SNACK NUTS/SEEDS/CORN NUTS | 1,001,503,000 | 151 | 100.00 |
| PRIVATE LABEL SNACK NUTS | 260,511,600 | 7.42 | 26.01 |

PRIVATE LABEL17,860,750        5.12    1.78
SUNFLOWER/PUMPKIN
SEEDS

PRIVATE LABEL    980,983    3,16    0.10
TOASTED CORN NUT
SNACKS

CATEGORY - TOTAL    5,034,105,000    (0.64)  100.00
CHOCOLATE CANDY

PRIVATE LABEL B,772,253    36.44   0.17
CHOCOLATE CANDY
BOX/BAG/BAR <
3.50Z

PRIVATE LABEL48,510,410    S.98    0.96
CHOCOLATE CANDY
BOX/BAG/BAR >
3.50Z

PRIVATE LABEL            -      -
CHOCOLATE CANDY
SNACK SIZE

PRIVATE LABEL GIFT        73,489   (27.15)  0.00
BOX CHOCOLATES

PRIVATE LABEL    20,056   0.00
NOVELTY CHOCOLATE
CANDY

PRIVATE LABEL SUGAR        3,854   65.70   0.00
FREE CHOCOLATE
CANDY

CATEGORY - TOTAL    3,125,822,000        029  100.00
NON-CHOCOLATE
CANDY

PRIVATE LABEL        231   (98.67)  0.00
BREATH FRESHENER

PRIVATE LABEL 7,116,813    22.45    023
CARAMEL/TAFFY
APPLES/KITS/DIPS

PRIVATE LABEL HARD    36,978,260   18.70   1.18
SUGAR CANDY/PKG S
ROLL CANDY

PRIVATE LABEL 4,450,579   (17.23)  0.14
LICORICE BOX/BAG

PRIVATE LABEL NON    175,447,400   13.49   5.61
CHOCOLATE CHEWY
CANDY

PRIVATE LABEL12,223,910   (0.88)   0.39
NOVELTY

```
NON-CHOCOLATE
CANDY

PRIVATE LABEL PLAIN      48,454,070     12.80     1.55
MINTS

PRIVATE LABEL 5,947,069      5.54     0.19
SPECIALTY
NUT/COCONUT CANDY

PRIVATE LABEL SUGAR      5,877,448     (566)     0.19
FREE DIET CANDY

CATEGORY-GUM           1,347,326,000   (6,80)  100.00

PRIVATE LABEL 4,950,387     48.77     0.37
REGULAR GUM (NO
SUGARLESS)

PRIVATE LABEL    432,407    114.82     0.03
SUGARLESS GUM
```

Top-line takeaivays: Private label snack nuts rose S percent
to more than $1 billion dollars with a 26 percent share,
according to IRI. Other hot segments include chewing gum,
yogurt-covered snacks, and popcorn.

Source: Symphany IRI Group. Chicago. Total U.S. Multi-Outlet
(Supermarkets, Drugstores, Mass Market Retailers. Miliary
Commissaries and Select Club & Milltary Commissaries and
Seiect Club & Dollar Retall Chains). data for the lastest
52 weeks ending Aug 11.2013

**Load-Date:** May 6, 2014

---

End of Document

# Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods retail sales, sales change, and share of sales by product type broken down for total sales and private-label sales in dollars, units, and percentages for the year ended August 11, 2013

Private Label Buyer

October 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 32; Vol. 27; No. 10; ISSN: 0892-6727

**Length:** 3483 words
**Highlight:** CATEGORY INSIGHTS snacks & Candy BY JAMIE GRILL-GOODMAN

## Body

There's no doubt about it--snacking continues to grow in America. While some consumers seek out healthy snacks, others still rely on old standards like potato chips, looking for new flavors to spice things up.

No matter what the snack of choice, some 64 percent of consumers often snack between meals, according to Mintel's March 2013 "Cereal Bars and Snack Bars--U.S." report. What's more, in 2012, 52 percent of all eating occasions among American consumers were snacking occasions, up from 49 percent in 2010.

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

"The once-dominant concept of snacking as a special occasion has gone by the wayside as consumers look to small bites to bridge gaps between meals," said the report.

According to a new study of 6,600 consumers conducted by Market Force Information, of the categories studied, snacks were the second-most-frequently purchased type of private label groceries. More than half of respondents said that they buy private label snacks some of the time, 22 percent choose them most of the time, and 7 percent always opt for private label snacks.

On the Salty Side

Mintel estimates that sales of the salty snacks measured in its January 2013 "Salty Snacks--U.S." report, reached an estimated $17.1 billion in 2012, a 30 percent growth in sales since 2007. The category is forecast to grow another 17 percent from 2012-17(8 percent when adjusted for inflation). The report noted consumers ages 25-44 have above-average tendencies toward purchasing most kinds of salty snacks, a smart target market for these products.

In salty snacks, potato chips still reign, but David Hyland, director of global business development, snacks for Daymon Worldwide, said he's been seeing new potato chip flavors emerge, including Hot Dog, Ketchup, Steak, and Maple Bacon.

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

Potato chips represent the largest share of category sales, according to Mintel, comprising 43.2 percent of the market in 2012. Private label potato chips have a 3 percent share (more than any other private label salty snack), and while sales have dropped over 6 percent, private label potato chips still hi-ought in over $402 million for the latest 52 weeks ending August 11, 2013, according to SymphonyIRI Group data.

Another snack category, often appealing to health-conscious shoppers, is private label snack nuts--a more than $1 billion category, up 8 percent according to the IRI data.

"Consumers are knowledgeable about the overall health benefits that nuts and mixes can offer, and there is a general acceptance that these types of products are good- for-you," said Vonnie Veldman, director of business development for Wythe Will Tzetzo Companies. "Mainstream purchasers are not driven by a particular attribute, but more so the overall eating experience and benefit."

Despite the attractiveness of tried-and-true approaches to nuts, some retailers are experimenting. Trader Joe's offers Sesame Honey Cashews, with the nuts coated with sweet Thai honey and sesame seeds.

IRI reports that ready-to-eat popcorn is up nearly 30 percent in unit sales compared to a year ago. Flavor is also driving some store brands here, as seen in the 365 Everyday Value Applewood Smoked White Cheddar Popcorn from Whole Foods Market.

Go "Yogurt

Yogurt-covered snacks have been breaking onto the scene this year. IRI reports private label carob/ yogurt coated snacks up 47 percent to more than $1.8 million with about a 3 percent share of this growing category, most likely attributed to the recent overall popularity of yogurt items.

"The explosion of growth for yogurt items in the dairy case has had a halo effect for all yogurt-coated dried fruit, nut, and pretzel products," said Mark Devencenzi, national sales director for Falcon Trading Company and SunRidge Farms. "Better-for-you snacks continue to surge in popularity and this is reflected in private label programs. The very successful Kroger Simple Truth private label launch includes three yogurt-coated items: Almonds, Raisins, and Pretzels."

"The introduction of Greek-yogurt-coated items has capitalized on the tremendous popularity of the Greek yogurt dairy market segment," said Devencenzi. "SunRidge Farms is currently introdudng the first USDA-certified-organic Greek yogurt coating available in the U.S., and this will most likely spur further growth for the category."

Candy Cravings

IRI data reports sales increases across many of the candy and chocolate categories. Perhaps this is in part to the perennial mass appeal the sweet stuff has to Americans.

"Candy purchasers are not limited in age, locale, or economic condition, because candy is a fun reward with a price point to suit any purchaser," said Veldman.

According to Veldman, a diverse set that offers a breadth of favorites will have the most retail success versus a "flavor of the month" trend-based approach. "Traditional favorites remain the core sellers in packaged candy sets, and the assortment should include a cross section of all candy categories," she said. "Private label programs with the consumer purchaser in mind will contain both branded and unbranded candies in the set."

Veldman said seasonal extensions work well in private label, because the customer already knows and trusts the store brand.

"Retailers such as convenience stores have a great opportunity for added sales that seasonal will bring," said Veldman. "A large amount of seasonally themed products are purchased for instant consumption, so placing them in retail settings that may not he a destination point for seasonal purchases is plus sales for the retailer."

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

The trends in candy are nothing shocking. IRI reported private label non-chocolate chewy candy to be up more than 10 percent to $212 million, with just about a 5 percent share, showing room for growth (52 weeks ending August 11, 2013).

[ILLUSTRATION OMITTED]

"Gummies continue to remain at the top of the list in movement, primarily due to traditional sellers such as bears and worms," said Veldman. "Novelty shapes and flavors in gummies are growing in sales and establishing permanent placements in everyday sets."

Other trends Veldman sees are actually throwbacks. "Many traditional favorites are seeing new growth as the primary consumer set ages and introduces younger consumers to familiar products," she said. "It doesn't have to be 'new' to be introduced to new consumers."

Premium chocolate is making a mark on the U.S. retail landscape, according to Leslie Sabin[degrees], manager, global business development, beverages/candy/cereal for Daymon Worldwide.

"Dark, milk, and even white chocolate are engaging the consumer, with interesting flavor combinations from nuts and fruits to seeds and fillings," said Sabino. "The consumer's palate has grown more sophisticated, and retail is taking advantage of new opportunities. Caramels--of all kinds, but especially chocolate caramels--are dominating consumer attention today. This flavor is found not just in candy, but across categories such as desserts, ice cream, cereal, cereal bars, coffee, nuts, snacks, etc."

Packaging Pointers

Beyond new flavor trends, repackaging in snacks has been abundant.

Topco's Old Fashioned Kettle Chips under its Full Circle brand have recently been repackaged in 100 percent compostable bags made from plants. The tan bags run nutrition information on front of pack (FOP), along with a callout for their eco-friendly efforts. The kettle chips come in such flavors as Original, Salt and Vinegar, Salt and Pepper, and BBQ.

"Packaging design and materials should flow from the consumer target and the brand the retailer is trying to build," said Hyland. "If you have a premium or natural brand, then you should pursue higher-end functionality and appearance for the product with things such as redosability, thicker packaging stock, or recyclability. For a mainstream brand, you would want to match something doser to what the largest mainstream national brand in the category is using."

Cultivating character on packaging can do much to build brand identity. The previous packaging for Roundy's salty snacks had a uniform look that depended on changes in fonts to identify individual groupings (chips, pretzels, tortillas, or popcorn). As seen on Daymon Design's website, the company restyled the entire snack line with livelier, edgier, brighter graphics, and added personality to each subgroup. For example, the potato chip bags now have individual illustrated characters for each flavor, while the popcorn makes sound use of a transparent section on the packaging so consumers can see the product. The Roundy's logo is used consistently on all products to unify the line.

"Retailers should have the same branding and design elements across similar segments of salty snacks," said Hyland. "For example, mainstream-type salty snacks should all have one unified brand and one unified design look and feel, while perhaps a salty snacks line of natural and organic items would have a different brand/design. At the same time, different varieties within a segment need to dearly designate the different flavors (e.g., regular, sour cream Ex onion, and barbecue variety potato chips) clearly, so that the consumer can easily find the variety they are seeking."

Safeway launched its new The Snack Artist line of salty snacks in late 2010. The playful packaging features resealable bags and clever names such as "Mariacheese" for nacho cheese tortilla chips. This year, Safeway redesigned the packaging, replacing the tan background with bright-yellow, increasing "The Snack Artist" brand text in size, and reducing the quirky product illustrations in size (which now look as if they were doodled on a white napkin).

Resealable packages are important in multiple snack and candy categories.

"They are easy to 'take along' and keep the product shelf stable and fresh," said Veldman. "A new package type that we are seeing take off is something we call on the go cups,' which are designed to fit in a car cup holder. It is easy to open and close, and keeps snacks 'at the ready' while travelling or commuting."

[ILLUSTRATION OMITTED]

Many new product introductions, including nuts, are being launched in stand-up resealable bags, according to Veldman.

"Great graphics are also mainstream in nuts and snacks today," said Vekiman. "Store brands are gaining more shelf presence with this pack type and graphic punch."

The preferred packaging type preference for yogurt-covered snacks is zip-top, resealable pouches, according to Devencenzi.

In packaging for candy, Veldman sees a lot of growth opportunity in resealable bags, as consumers want to enjoy the fun of candy, hut sometimes just not all at once.

"Typically retail price points drive the everyday set assortments, with multiple purchases for a better cost versus a single purchase as the predominant strategy," Veldman further explained. "Higher single-unit price points with value-added attributes, such as a resealable container, are continuing to gain shelf space, as well."

Gusseted bag or pouch packaging is a category driver, according to Sabino. "This packaging form was made popular as the national brands (Hershey, Nestle, and Mars) came out with their legacy brands in shareable-size bags," she said. "This expanded the category and drove consumption of candy, exploiting the social aspect of candy consumption. Private brand was a fast follower, and many retailers have driven successful innovation in their private brand candy program with this packaging segment. Take, for example, the popularity and explosive growth of Walgreens Nice! and Delish programs."

Sabino added that tub packaging is also very successful, and has been a driver behind best-in-class retailers such as Trader Joe's and Whole Foods Market.

"Tub packaging comes in several sizes, as well as pegable, and is stackable to display almost anywhere throughout the store," said Sabin[degrees]. "No longer just for the alternative grocer, tub programs are very present across grocery, convenience, drug, and other channels."

Merchandising Matters

No matter what the snack, Hyland advises that, ideally, retailers should display private brand snacks together as a "brand block" to help create a destination for their consumers.

"This is typically done when retailers have very developed private brand programs and a loyal consumer following," he said.

"For retailers with a less-developed private brand program," Hyland continued, "placing private brand items next to their comparable branded items makes the most sense to better introduce the retailers' consumers to the private

brand option. Traditional merchandising display vehides such as end caps, shippers, racks, etc. are also very helpful to build awareness and trial of private brand snacks."

And don't forget social-media promotions.

"For major new brand launches, we have seen aggressive spending in blogger sampling and other social-media awareness-building initiatives, as well as aggressive in-store merchandising, including trial-size pack displays, end caps, BOG0s, etc.," said Hyland.

Where retailers display their private label candy will make a difference as well.

"Finding the right balance of space devoted to store brands while continuing to sell branded products is key to the success of the set overall," Veldman advised.

"Candy should be displayed throughout the store, not just in the candy aisle," advised Sabin[degrees]. "The national brands have known this, and have been pushing for execution outside the aisle for more than a decade simply because consumers avoid the candy aisle. The fact that candy is no longer just for special occasions or holidays helps get secondary and even tertiary, display elsewhere. It is indisputable that the category is impulse-driven, and displaying candy throughout the store is the best way to generate impulse purchases and drive excitement/ traffic. Most people think of checkout and floral as the two most-obvious locations, to leverage gift-giving opportunities, but placing candy programs in produce, deli, bakery, store lobby, end caps, cooler doors, electronics departments, movie rental, and checkout is also effective."

For retailers who haven't established a private label candy program yet, Veldman recommends partnering with a supplier who will develop the program with the customer's best sales opportunities in mind.

"Some suppliers will only offer items they manufacture for inclusion in a private label line," said Veldman. "A private label program should be designed to maximize the selling opportunity that each peg or shelf space offers, and be representative of the overall store brand image. A combination of general-line candies with certain branded 'workhorse' products is the best mix for the set. The top private label packagers will offer what sells best overall, without a self-serving agenda of pushing only what they manufacture."

For those who have a private label program in place, redesign is often key to keeping a private brand candy program contemporary and exciting, advised Sabina "Packaging design and format is the personality of the program," she said. "Big and small, across channels, it will be difficult not to find a retailer that hasn't engaged in redesign in the last two years."

Retailer-led R&D--whether outright manufacturing or simply developing unique specifications for a manufacturing partner--is the true leading edge today. "Development is where the retailer can take their program to the next level," said Sabino.

"The retailer can enter a segment of candy (chocolate vs. nonchocolate) or a packaging form (gusseted bag, vs. tub or platter) that they haven't been in yet. This can engage the consumer, generate excitement and traffic, and stir market share within their rest of market." PLB

Eye on the National Brands

Salty Snack Flavor Trends

Although traditional potato chips, pretzels, and the like drive the bulk of the salty snack business, that hasn't stopped branded product manufacturers from experimenting with potentially enticing flavors, which run the gamut from culinary inspirations to Latin riffs, even hints at health-and-wellness.

* Snack Factory Tuscan Three Cheese **Pretzel Crisps**

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

* Lay's Kettle Cooked Maui Onion Potato Chips

* Quinn Popcorn Parmesan & Rosemary

* Terra Crinkles Sweet Potato Sea Salt Chips

* Kettle Brand Maple Bacon Potato Chips

* Sunc_hips Sweet & Spicy BBQ Multigrain Snacks

* Doritos Dinamita Chile Lim811 Rolled Tortilla Chips

* Way Better Snacks Simply Sprouted Black Bean Tortilla Chips

## SNACKS AND CANDY

| | Dollar Sales | Dollar Sales % | Dollar Share Chg YAgo |
|---|---|---|---|
| CATEGORY - SALTY SNACKS | $15,363,900,000 | 3.60 | 100.00 |
| PRIVATE LABEL CHEESE SNACKS | $45,414,620 | (10.75) | 0.30 |
| PRIVATE LABEL CORN SNACKS (NO TORTILLA CHIPS) | $16,982,800 | (7.62) | 0.11 |
| PRIVATE LABEL OTHER SALTED SNACKS (NO NUTS) | $89,610,580 | 35.85 | 0.58 |
| PRIVATE LABEL PORK RINDS | $10,164,820 | (6.16) | 0.07 |
| PRIVATE LABEL POTATO CHIPS | $402,645,000 | (6.17) | 2.62 |
| PRIVATE LABEL PRETZELS | $144,207,800 | 5.25 | 0.94 |
| PRIVATE LABEL READY-TQ-EAT POPCORN/CARAMEL CORN | $33,934,070 | 1447 | 0.22 |
| PRIVATE LABEL TORTILLA/TOSTADA CHIPS | $190,337,400 | 2.44 | 1.24 |
| CATEGORY-MISC. SNACKS | $1,013,548,000 | 12.43 | 100.00 |
| PRIVATE LABEL CAROB/YOGURT COATED SNACKS | $18,659,450 | 47.75 | 1.84 |
| PRIVATE LABEL CHOCOLATE COVERED | $11,774,670 | (9-44) | 1.16 |

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

| | | | |
|---|---|---|---|
| SALTED SNACK | | | |
| PRIVATE LABEL NUTRITIONAL SNACKS/TRAIL MIXES | $413,713,000 | 16.65 | 40.82 |
| CATEGORY - SNACK NUTS/SEEDS/CORN NUTS | $3,867,343,000 | 5.07 | 100.00 |
| PRIVATE LABEL SNACK NUTS | $1,103,865,000 | 8.62 | 23.54 |
| PRIVATE LABEL SUNFLOWER/PUMPKIN SEEDS | $38,922,420 | 9.91 | 1.01 |
| PRIVATE LABEL TOASTED CORN NUT SNACKS | 51,115,857 | 9.75 | 0.03 |
| CATEGORY - TOTAL CHOCOLATE CANDY | $10,071,150,000 | 3.64 | 100.00 |
| PRIVATE LABEL CHOCOLATE CANDY BOX/BAG/BAR < 3.50Z | $10,898,150 | 43.20 | 0.11 |
| PRIVATE LABEL CHOCOLATE CANDY BOX/BAG/BAR > 3.50Z | $116,325,900 | 10.25 | 1.16 |
| PRIVATE LABEL CHOCOLATE CANDY SNACK SIZE | $- | - | |
| PRIVATE LABEL GIFT BOX CHOCOLATES | $496,323 | (26.56) | 0.00 |
| PRIVATE LABEL NOVELTY CHOCOLATE CANDY | $190,969 | 0.00 | |
| PRIVATE LABEL SUGAR FREE CHOCOLATE CANDY | $4,421 | (43.44) | 0.00 |
| CATEGORY - TOTAL NON-CHOCOLATE CANDY | $5,240,867,000 | 3.56 | 100.00 |
| PRIVATE LABEL BREATH FRESHENER | $293 | (99.25) | 0.00 |
| PRIVATE LABEL CARAMEL/TAFFY APPLES/KITS/DIPS | $19,652,9B0 | 28.96 | 0.37 |

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

| | | | |
|---|---|---|---|
| PRIVATE LABEL HARD SUGAR CANDY/PKG S ROLL CANDY | $41,313,110 | 17.87 | 0.79 |
| PRIVATE LABEL LICORICE BOX/BAG | $7,403,704 | (12.97) | 0.14 |
| PRIVATE LABEL NON CHOCOLATE CHEWY CANDY | $212,163,000 | 10.72 | 4.05 |
| PRIVATE LABEL NOVELTY NON-CHOCOLATE CANDY | $20,010,480 | 5.74 | 0.38 |
| PRIVATE LABEL PLAIN MINTS | $66,204,660 | 14.98 | 1.26 |
| PRIVATE LABEL SPECIALTY NUT/COCONUT CANDY | $15,769,870 | 3.29 | 0.30 |
| PRIVATE LABEL SUGAR FREE DIET CANDY | $0,279,262 | 12.83 | 0.16 |
| CATEGORY-GUM | $2,115,367,000 | (5.39) | 100.00 |
| PRIVATE LABEL REGULAR GUM (NO SUGARLESS) | $6,906,359 | 62.B1 | 0.33 |
| PRIVATE LABEL SUGARLESS GUM | $540,746 | 83.01 | 0.03 |

SNACKS AND CANDY

| | Unit Sales | Unit Sales % | Unit Share Chg YAgo |
|---|---|---|---|
| CATEGORY - SALTY SNACKS | 6,230,698,000 | 2.69 | 100.00 |
| PRIVATE LABEL CHEESE SNACKS | 24,768,620 | (14.00) | 0.40 |
| PRIVATE LABEL CORN SNACKS (NO TORTILLA CHIPS) | 9,743,637 | (12.97) | 0.16 |
| PRIVATE LABEL OTHER SALTED SNACKS (NO NUTS) | 42,479,290 | 29.14 | 0.68 |
| PRIVATE LABEL PORK RINDS | 6,340,B07 | (10.41) | 0.10 |
| PRIVATE LABEL POTATO CHIPS | 204,855,300 | (5.75) | 3.29 |
| PRIVATE LABEL PRETZELS | 75,921,130 | (2.03) | 1.22 |

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

| | | | |
|---|---|---|---|
| PRIVATE LABEL READY-TQ-EAT POPCORN/CARAMEL CORN | 18,663,810 | 29.35 | 0.30 |
| PRIVATE LABEL TORTILLA/TOSTADA CHIPS | 102,172,800 | (0.46) | 1.64 |
| CATEGORY-MISC. SNACKS | 293,426,300 | 828 | 100.00 |
| PRIVATE LABEL CAROB/YOGURT COATED SNACKS | 9,407,401 | 43.51 | 3.21 |
| PRIVATE LABEL CHOCOLATE COVERED SALTED SNACK | 5,309,533 | (4.23) | 1.81 |
| PRIVATE LABEL NUTRITIONAL SNACKS/TRAIL MIXES | 95,677,620 | 9.79 | 32.61 |
| CATEGORY - SNACK NUTS/SEEDS/CORN NUTS | 1,001,503,000 | 151 | 100.00 |
| PRIVATE LABEL SNACK NUTS | 260,511,600 | 7.42 | 26.01 |
| PRIVATE LABEL SUNFLOWER/PUMPKIN SEEDS | 17,860,750 | 5.12 | 1.78 |
| PRIVATE LABEL TOASTED CORN NUT SNACKS | 980,983 | 3,16 | 0.10 |
| CATEGORY - TOTAL CHOCOLATE CANDY | 5,034,105,000 | (0.64) | 100.00 |
| PRIVATE LABEL CHOCOLATE CANDY BOX/BAG/BAR < 3.502 | B,772,253 | 36.44 | 0.17 |
| PRIVATE LABEL CHOCOLATE CANDY BOX/BAG/BAR > 3.50Z | 48,510,410 | S.98 | 0.96 |
| PRIVATE LABEL CHOCOLATE CANDY SNACK SIZE | | - | - |
| PRIVATE LABEL GIFT BOX CHOCOLATES | 73,489 | (27.15) | 0.00 |
| PRIVATE LABEL | | 20,056 | 0.00 |

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

| | | | |
|---|---|---|---|
| NOVELTY CHOCOLATE CANDY | | | |
| PRIVATE LABEL SUGAR FREE CHOCOLATE CANDY | 3,854 | 65.70 | 0.00 |
| CATEGORY - TOTAL NON-CHOCOLATE CANDY | 3,125,822,000 | 029 | 100.00 |
| PRIVATE LABEL BREATH FRESHENER | 231 | (98.67) | 0.00 |
| PRIVATE LABEL CARAMEL/TAFFY APPLES/KITS/DIPS | 7,116,813 | 22.45 | 023 |
| PRIVATE LABEL HARD SUGAR CANDY/PKG S ROLL CANDY | 36,978,260 | 18.70 | 1.18 |
| PRIVATE LABEL LICORICE BOX/BAG | 4,450,579 | (17.23) | 0.14 |
| PRIVATE LABEL NON CHOCOLATE CHEWY CANDY | 175,447,400 | 13.49 | 5.61 |
| PRIVATE LABEL NOVELTY NON-CHOCOLATE CANDY | 12,223,910 | (0.88) | 0.39 |
| PRIVATE LABEL PLAIN MINTS | 48,454,070 | 12.80 | 1.55 |
| PRIVATE LABEL SPECIALTY NUT/COCONUT CANDY | 5,947,069 | 5.54 | 0.19 |
| PRIVATE LABEL SUGAR FREE DIET CANDY | 5,877,448 | (566) | 0.19 |
| CATEGORY-GUM | 1,347,326,000 | (6,80) | 100.00 |
| PRIVATE LABEL REGULAR GUM (NO SUGARLESS) | 4,950,387 | 48.77 | 0.37 |
| PRIVATE LABEL SUGARLESS GUM | 432,407 | 114.82 | 0.03 |

Top-line takeaivays: Private label snack nuts rose S percent to more than $1 billion dollars with a 26 percent share, according to IRI. Other hot segments include chewing gum, yogurt-covered snacks, and popcorn.

Source: Symphany IRI Group. Chicago. Total U.S. Multi-Outlet (Supermarkets, Drugstores, Mass Market Retailers. Miliary Commissaries and Select Club & Milltary Commissaries and

Snack Attack: Private label chips, nuts, and candy offer boundless potential in terms of new flavors--and packaging design.; United States candy and snack foods....

Seiect Club & Dollar Retall Chains). data for the lastest

52 weeks ending Aug 11.2013

**Load-Date:** May 9, 2014

End of Document



# Sheila's Out Shopping: Check out fall's patterns; Checks and balances

Naples Daily News (Florida)

September 30, 2013 Monday

Copyright 2013 Collier County Publishing Company All Rights Reserved

**Section:** NEAPOLITAN

**Length:** 385 words

## Body

It is still quite warm in Southwest Florida, but stores are featuring Halloween candy, pumpkins patches are sprouting up and fall clothing with the look of autumn is being featured in lightweight fabrics. I found myself attracted to the check patterns on pants, dresses and skirts. They balanced well with white or black accessories, or, if you really want to add color, go for a splash of red. Banana Republic had its own colorful checks in the turquoise houndstooth cardigan ($79.50)

I flipped for the jacket ($179) and flounced skirt ($98) from Ann Taylor that sports all the checks and prints of the season. It makes a conservative suit fun.

White House Black Market has a Chanel-style jacket ($148) in checks that goes with a shift dress ($150). The dress has a black top and when combined with the jacket makes the outfit look like a suit. This store also has a window pane pant ($88) that will give a new look to your wardrobe.

If you like cropped pants Gap has a gray, blue and black check pair ($54.50) that will ease you into fall. They also have a pair with a bolder look in a black-and-white window pane ($54.50). Larger squares are the pattern on this black-and-white sweater ($44.95) that can be paired with solids and small print pants. If you are seeing too much black and white try this navy and white shirt ($49.95) that will quickly feel like an old friend. Gap Inc. also has a houndstooth scarf ($29.95) that can be worn all year. It will give you the look of fall without buying a complete outfit.

Check out a new look and balance your wardrobe with the feel of the new season.

Where to shop

" Ann Taylor, Waterside Shops, 5495 U.S. 41 N., Naples, 239-598-4454

" Banana Republic, Waterside Shops, 5555 U.S. 41 N., Naples, 239-597-3161

" Gap, Waterside Shops, 5495 U.S. 41 N., Naples, 239-598-1175

" White House Black Market, Waterside Shops, 5485 U.S. 41 N., Naples, 239-596-3356

IKE LIKES IT

Ike found some new crisps that he liked.

The verdict: Waiting for my turn in the deli department at Publix I noticed Stacy's Bake Shop crisps. I was attracted to the **Pretzel Crisps** ($3.79, 5 ounces) because I really like pretzels. These didn't disappoint and on my next trip I will try the banana nut and the herbed baguette.

Connect with Sheila Mesulam at www.naplesnews.com/staff/sheila_mesulam

## Graphic

Houndstooth cardigan at Banana Republic Black and white sweater at the Gap Checked jacket at Ann Taylor Checked cropped pant at the Gap Houndstooth scarf at the Gap

**Load-Date:** October 1, 2013

End of Document



# 7-Eleven Introduces New Snack Section

Entertainment Close-up

September 21, 2013 Saturday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 765 words

## Body

7-Eleven, Inc. announced that it has introduced a new selection of gourmet, organic and better-for-you snacks.

According to a release, 7-Eleven has studied dining trends* that show consumers are snacking more often than ever. Long counted on by customers for a convenient snack or a drink, 7-Eleven stores now offer a broader assortment that reflects consumer desires for snacks made with premium ingredients and more healthful options, but also at competitive prices.

Displayed together at participating 7-Eleven stores, the new assortment includes the company's 7-Select private brand along with nationally branded, upscale snacks, some making their debut at a convenience retailer.

The company noted that the centerpiece of the new snack selection is a collection of 13 bulk-type 7-Select snacks. Flavored trail mixes, nuts, dried fruits and veggie chips are packaged in clear, plastic containers with minimal labeling so the contents can be seen. This type of packaging reflects a trend that has found traction in grocery store: snacks in generic containers typically displayed near the bulk food, fresh produce or prepared food departments.

"Better-for-you is one of the fastest-growing segments of the snacking category," said Rebecca Frechette, a 7-Eleven VP of merchandising. "People are snacking throughout the day, and they're looking for ways to improve what they eat without sacrificing taste. Our selection includes our own 7-Select line of trail mixes and snacks alongside top-shelf and gourmet brands that you might not expect to find in a convenience store.

"Our goal is to provide great tasting, healthy food options at an outstanding, everyday value to our guests," added Frechette. "These are still tough economic times, and we are passionate about providing our guests with a broad assortment at great prices."

7-Select Snacks

The new 7-Select snacks, sold mostly in 7-ounce containers that contain multiple servings, are priced from $2.49 to $3.99 and include:

-Raisin & Nut Trail Mix raisins, peanuts, sunflower seeds, almonds, cashews and pepitas

-Santa Fe-style Trail Mix peanuts, roasted corn, chili crackers, sesame sticks, chili lemon sticks and pepitas

7-Eleven Introduces New Snack Section

-Organic Nature's Trail Mix pepitas, soy nuts, sunflower seeds, cranberries, dates and raisins

-Tropical Trail Mix dates, raisins, dried pineapple, banana chips, dried papaya and coconut

- Berry Trail Mix peanuts, dried cranberries, raisins, golden raisins, almonds and walnuts

-Veggie Chips yellow and purple sweet potatoes, squash, carrots, taro and green beans

-Dried Fruit Blend apricots, mango, kiwi, pineapple, cherries and apples

-Chocolate Nut Mix peanuts, raisins, chocolate candy pieces, golden raisins, cashews

-Raw Almonds whole natural almonds

-Banana Chips crispy dried bananas

-Yogurt-covered Pretzels pretzels in a yogurt coating

-Chocolate Pretzels pretzels in a chocolate coating

Premium Brands

7-Eleven announced that its premium snack section also features name-brand snacks more commonly found in gourmet and organic grocery stores. Indeed, for several of these food companies Skinny Pop All-Natural Popcorn, Seapoint Farms Dry Roasted Edamame and Harvest Snaps Snapea Crisps 7-Eleven marks their first venture into a convenience store setting. Nationally branded items being introduced are:

-Sahale Snacks Honey Almond, Pomegranate Pistachio, Maple Pecan, and Cashew with Vanilla gourmet nut mixes

-Terra Exotic Vegetable Chips Original flavor (sweet potato, parsnip, batata, taro and yucca)

-**Pretzel Crisps** Original, Buffalo, Jalapeno flavors

-Stacy's Pita Chips Simply Naked, Cinnamon Sugar, Parmesan Garlic flavors

-Stacy's C'est La Cheese Flavored Pita Crisps

-Skinny Pop All-Natural Low-Calorie Popcorn

-Popcorn, Indiana Movie Theater Popcorn in microwaveable "Warm Your Corn" packaging and Kettle Korn

-Seapoint Farms Dry Roasted Edamame

-Harvest Snaps Snapea Original Green Pea Crisps

"Our goal was to create a selection of great-tasting, upscale snacks while still providing our guests with value," Frechette said. "Our prices are comparable to those found at other retail channels, like supermarkets and discount mass-merchandise stores. I think people will be pleasantly surprised not only by the selection and quality of the snacks we are adding, but also the value we offer."

7-Eleven, Inc. is a chain in the convenience retailing industry. Based in Dallas, Texas, 7-Eleven operates, franchises or licenses nearly 10,200 7-Eleven stores in North America. Globally, 7-Eleven has some 51,000 stores in 16 countries.

More Information:

7-Eleven.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** September 20, 2013

End of Document



# Pinterest to start offering ads as promoted pins

Social Fresh

September 20, 2013 Friday 12:21 AM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 374 words

## Body

Sep 19, 2013 (Social Fresh:http://socialfresh.com Delivered by Newstex)

In a blog post by company CEO Ben Silbermann today, Pinterest announced[1] that they are going to be rolling out advertising with select partners.

The announcement comes as no surprise, more of an 'it's about time' actually. Pinterest currently has around 70 Million total users, with roughly 80% of those users female[2]. Though they have done partnerships in the past, they have never before offered a true native advertising platform.

In a rather light-hearted post, Silbermann explains that 'I know some of you may be thinking, 'Oh great…here come the banner ads," but assures that they will be working to make these promoted pins a truly native experience for users.

While Pinterest admits they haven't figured out all the details yet, they make a few promises to be:

Tasteful. No flashy banners or pop-up ads. Transparent. We'll always let you know if someone paid for what you see, or where you see it. Relevant. These pins should be about stuff you're actually interested in, like a delicious recipe, or a jacket that's your style. Improved based on your feedback. Keep letting us know what you think, and we'll keep working to make things better.

The first set of Promoted Pins will target searches and categories feeds, for example, Cabot Cheese[3] (one of my favorite brands on Pinterest) could promote this recipe pin about Sports Night **Pretzel Crisps** to users who are searching for tailgate recipes.

What's interesting about this tactic is that Pinterest has been promoting their 'rich pins[4]' which were introduced in May of this year with additional information contained inside each pin. For food and beverage companies, this might be particularly impactful around seasonal campaigns like The Super Bowl and family-centric holidays to connect with consumers without forcing a click-through to a website.

What do you think about Promoted Pins, and would you be interested in running a campaign with them? Let us know in the comments.

[1]: http://blog.pinterest.com/post/61688351103/planning-for-the-future [2]: http://socialfresh.com/the-power-of-the-pinner/ [3]: http://www.pinterest.com/cabotcheese/appetizers-tasty-snacks/ [4]: http://socialfresh.com/richpins/

**Load-Date:** September 25, 2013

End of Document



# Snyder's of Hanover's Rolls Out 'School Smarts' Snacks

Entertainment Close-up

September 18, 2013 Wednesday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 430 words

## Body

When it comes to snacking, it won't be hard for parents to keep children satisfied yet healthy with the help of Snyder's of Hanover's more than 30 different sizes, shapes and flavors of pretzels, the company reported.

In a release, Snyder's of Hanover provided tips on how to help students establish healthy eating habits and stay fulfilled throughout long, busy days:

-Always be prepared Schedules can be hectic, but Snyder's of Hanover 100-Calorie Packs, Honey Wheat Braided Twists, Pretzel Sandwiches and Gluten-Free Pretzels are wonderful options for packing in lunches and tossing in backpacks or cars for on-the-go snacks. Each Snyder's of Hanover variety contains up to 60 percent less sodium than other leading brands of pretzels.

-Keep children hydrated It is a common mistake to confuse thirst with hunger, especially in children, which is why it is important to send them to school with plenty of fluids. A refillable water bottle is a great option to have on hand. Also, be sure to have refreshing beverages handy when picking up children from a long day at school.

-Add some crunch Studies show a link between chewing crunchy food and increasing blood flow to the brain, which helps stimulate thinking. This makes Snyder's of Hanover pretzels a great lunch box or afternoon option to keep alert and ready to conquer the rest of the day.

-Incorporate nutritious ingredients in a fun way In addition to enjoying pretzels on their own, you can add in other ingredients to create recipes and snack mixes for extra flavor and nutrition. Try a party mix with a variety of nuts for added protein. Snyder's "apple critter" recipe is fun way to incorporate fruit into your child's diet. Children will have just as much fun making these snacks as eating them!

"Snyder's of Hanover offers parents and children alike endless snacking options, from the great variety of pretzels to our fun recipe ideas," said Bob Gould, Marketing Manager for Snyder's of Hanover. "And with studies showing how important it is to snack on crunchy foods to help stimulate learning, pretzels really are a no-brainer."

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Products are sold under the Snyder's of Hanover, Lance, Cape Cod, **Pretzel Crisps**, Krunchers!, Tom's, Archway, Jays, Stella D'oro, EatSmart Naturals, O-Ke-Doke and Grande brand names along with a number of private label and third party brands.

More information:

www.SnydersofHanover.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** September 17, 2013

End of Document



# Brand Building Through Random Acts of Kindness

Business 2 Community.com

September 17, 2013 Tuesday 5:41 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 578 words

## Body

Sep 17, 2013 (Business 2 Community.com:http://www.business2community.com Delivered by Newstex)

Everyone likes free stuff.

Everyone enjoys an unexpected act of kindness.

Put the two together, and you've got a killer branding-building exercise[1]. Before I talk about **Pretzel Crisps** - which I've enjoyed for some time as an alternative to the typical chips marinated in saturated or trans fats - some background …

My second oldest son, Elliot, has got the disc golf religion. For those not familiar with disc golf, it follows the same concept as golf with the objective of landing the disc in the basket. You've got driver discs, putting discs, wind-cutting discs and the list goes on. The only thing missing is the disc that will do a double pike and smile for the judges.

Elliot asked me to caddy for a disc golf tournament in Novato two weekends ago.

Upon accepting, I figured how much can a bag of 25 or so plastic discs weigh? I didn't account for close to a gallon of water and sundry snacks to keep Elliot fortified while trekking up and down hills for 27 holes on the first day.

He needed a Sherpa, not a caddy.

Still, channeling the great Carl Spackler, I performed my duties with dignity always walking five paces behind the boss and keeping my visions of grandeur to myself ('IT'S IN THE BASKET!!!').

And it worked.

Elliot won the intermediate division[2], his first experience in winner's circle at a PDGA sanctioned tournament. Lest you think this is just a dad bragging, you can see the trophy below:

Right, it's a beauty.

After rehydrating, I turned to Twitter.

This is where **Pretzel Crisps** enters the picture.

I don't know if this was completely random or if they follow the @PDGA a la Red Bull to get in on the ground floor on nascent sports. Regardless, they've made two and half friends for life (Elliot's girlfriend was mildly impressed).

Combining free and the unexpected does conjure a psychology that cuts through the noise. Judging from its tweet stream, **Pretzel Crisps** sifts through the rubble to identify five to 10 people or organizations each day to send a box of free snacks. It's the multiplier effect in action with these 1000+ folks morphing into mini brand ambassadors who spread the word. I'm guessing the out-of-pocket cost for the campaign over a year is less than $10,000 with postage consuming most of it.

I'm reminded of a post from Dick Costolo[3] before he took the reins at Twitter. After placing an order with a company called Moosejaw.com, he received this note:

'If you are actually reading this note you should be super happy. First, you have received your order, reading is fun and getting something in the mail (even if you bought it yourself) has got to make the day better. Second, I put your order together all by myself.'

Costolo goes on to say:

'That's a fun note to read. I like Moosejaw more because of that note. Is it silly? Sure, it's a silly note and it's pre-printed, so I know that everybody else gets one. Why does the note make me like Moosejaw more? People like it when companies have personalities.'

That's exactly what **Pretzel Crisps** is doing - only better.

By leveraging Twitter for random acts of kindness, the company cultivates a fun personality.

[1]: http://www.ishmaelscorner.com/2012/01/09/storytelling-from-southwest-airlines-brings-out-its-humanity/ [2]: http://www.pdga.com/tournament_results/105531 [3]: http://www.ishmaelscorner.com/2010/10/07/one-asset-from-twitters-new-ceo-receives-scant-attention/

**Load-Date:** September 24, 2013

---

End of Document



# 7-Eleven Launches New Snack Section Offering Gourmet and Healthy Selections

Food & Beverage Close-up

September 17, 2013 Tuesday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 765 words

## Body

7-Eleven, Inc. announced that it has introduced a new selection of gourmet, organic and better-for-you snacks.

According to a release, 7-Eleven has studied dining trends* that show consumers are snacking more often than ever. Long counted on by customers for a convenient snack or a drink, 7-Eleven stores now offer a broader assortment that reflects consumer desires for snacks made with premium ingredients and more healthful options, but also at competitive prices.

Displayed together at participating 7-Eleven stores, the new assortment includes the company's 7-Select private brand along with nationally branded, upscale snacks, some making their debut at a convenience retailer.

The company noted that the centerpiece of the new snack selection is a collection of 13 bulk-type 7-Select snacks. Flavored trail mixes, nuts, dried fruits and veggie chips are packaged in clear, plastic containers with minimal labeling so the contents can be seen. This type of packaging reflects a trend that has found traction in grocery store: snacks in generic containers typically displayed near the bulk food, fresh produce or prepared food departments.

"Better-for-you is one of the fastest-growing segments of the snacking category," said Rebecca Frechette, a 7-Eleven VP of merchandising. "People are snacking throughout the day, and they're looking for ways to improve what they eat without sacrificing taste. Our selection includes our own 7-Select line of trail mixes and snacks alongside top-shelf and gourmet brands that you might not expect to find in a convenience store.

"Our goal is to provide great tasting, healthy food options at an outstanding, everyday value to our guests," added Frechette. "These are still tough economic times, and we are passionate about providing our guests with a broad assortment at great prices."

7-Select Snacks

The new 7-Select snacks, sold mostly in 7-ounce containers that contain multiple servings, are priced from $2.49 to $3.99 and include:

-Raisin & Nut Trail Mix raisins, peanuts, sunflower seeds, almonds, cashews and pepitas

# 7-Eleven Launches New Snack Section Offering Gourmet and Healthy Selections

-Santa Fe-style Trail Mix peanuts, roasted corn, chili crackers, sesame sticks, chili lemon sticks and pepitas

-Organic Nature's Trail Mix pepitas, soy nuts, sunflower seeds, cranberries, dates and raisins

-Tropical Trail Mix dates, raisins, dried pineapple, banana chips, dried papaya and coconut

- Berry Trail Mix peanuts, dried cranberries, raisins, golden raisins, almonds and walnuts

-Veggie Chips yellow and purple sweet potatoes, squash, carrots, taro and green beans

-Dried Fruit Blend apricots, mango, kiwi, pineapple, cherries and apples

-Chocolate Nut Mix peanuts, raisins, chocolate candy pieces, golden raisins, cashews

-Raw Almonds whole natural almonds

-Banana Chips crispy dried bananas

-Yogurt-covered Pretzels pretzels in a yogurt coating

-Chocolate Pretzels pretzels in a chocolate coating

Premium Brands

7-Eleven announced that its premium snack section also features name-brand snacks more commonly found in gourmet and organic grocery stores. Indeed, for several of these food companies Skinny Pop All-Natural Popcorn, Seapoint Farms Dry Roasted Edamame and Harvest Snaps Snapea Crisps 7-Eleven marks their first venture into a convenience store setting. Nationally branded items being introduced are:

-Sahale Snacks Honey Almond, Pomegranate Pistachio, Maple Pecan, and Cashew with Vanilla gourmet nut mixes

-Terra Exotic Vegetable Chips Original flavor (sweet potato, parsnip, batata, taro and yucca)

-**Pretzel Crisps** Original, Buffalo, Jalapeno flavors

-Stacy's Pita Chips Simply Naked, Cinnamon Sugar, Parmesan Garlic flavors

-Stacy's C'est La Cheese Flavored Pita Crisps

-Skinny Pop All-Natural Low-Calorie Popcorn

-Popcorn, Indiana Movie Theater Popcorn in microwaveable "Warm Your Corn" packaging and Kettle Korn

-Seapoint Farms Dry Roasted Edamame

-Harvest Snaps Snapea Original Green Pea Crisps

"Our goal was to create a selection of great-tasting, upscale snacks while still providing our guests with value," Frechette said. "Our prices are comparable to those found at other retail channels, like supermarkets and discount mass-merchandise stores. I think people will be pleasantly surprised not only by the selection and quality of the snacks we are adding, but also the value we offer."

7-Eleven, Inc. is a chain in the convenience retailing industry. Based in Dallas, Texas, 7-Eleven operates, franchises or licenses nearly 10,200 7-Eleven stores in North America. Globally, 7-Eleven has some 51,000 stores in 16 countries.

More Information:

7-Eleven.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** September 17, 2013

---

End of Document



# Book Review: An Apple a Day

Food Management (Penton)

September 17, 2013

Copyright 2013 Penton Business Media, Inc All Rights Reserved

**Length:** 105 words

## Body

  With all the hype surrounding 'super foods,' it seems like we sometimes forget about the good old apple. And that's a mistake, because it's one of the most versatile (not to mention all-American) fruits around.

  An Apple a Day contains 365 recipes and fun facts, all showcasing the different flavors and textures apples can bring to the menu.

  Seasonal ideas range from sweet to savory: paninis, slaws, tarts, cupcakes, risotto, chicken dishes and more. Cool combinations of flavors abound: from the well known tart apple and cheddar cheese combo to the inventive mix of sweet Honeycrisp apples, **pretzel crisps**, mozzarella and basil.

**Load-Date:** September 17, 2013

End of Document



# The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

PRWeb Newswire

September 15, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2013 Vocus PRW Holdings LLC

**Length:** 359 words

## Body

MBS Media Campus 1600 Rosecrans Ave Manhattan Beach, CA 90266 (PRWEB) September 15, 2013

"The Third Annual ASPCA Rock n Roll LA Benefit"

WHAT: Kick off the Fall season with The 3rd Annual ASPCA Rock n' Roll LA Benefit hosted by Nadji Jeter! Listen to live music, dance to DJ KIIS, participate in raffles to win amazing prizes, and more!

Benefiting ASPCA: Founded in 1866, the ASPCA was the first humane organization in the Western Hemisphere. Our mission, as stated by founder Henry Bergh, is "to provide effective means for the prevention of cruelty to animals throughout the United States." The ASPCA works to rescue animals from abuse, pass humane laws and share resources with shelters nationwide.

On Saturday, October 5, 2013, will be the 3rd Annual "ASPCA Rock nRoll LA Benefit " Concert at the MBS Media Campus formerly known as Raleigh Studios, to raise money and awareness, ASPCA serves to rescueanimals from abuse, pass humane laws and share resources with shelters nationwide.

.

WHO: Hosted by Nadji Jeter (Grown Ups and Grown Ups 2) and Nick Mara (America's Best Dance Crew)

Featuring Performances Aaron Landon, ColtonB, Lexi, Noah Urrea, Trevor Moran, L2, Brogan Burnside, Tyler Matl , Stefon4u, Lucki Gurlz, Lauren Suthers aka lil L, Marisa Lander, Above Seclusion, Aaron Fresh, Dylan Hyde, Angelina Heart , Miss Lela Brown featuring special guest appearance with Flavah Crew, Eric Dash, Diamante.

SPONSORS: Goodie Girls Cupcakes, Souverazzi Photo Booth, Bellaboo Teen Skin Care, Epic Boards, Tooks-- Hats You Can Hear, Yuli n' Grace Couture, Chobani Greek Yogurt, Home Baked Beanies, FouFou Dog, StarBright Whitening Toothpaste, Snikiddy Snacks, Paddywacks, SeaSnax, Plush Salon, BonBliss, xingtea, EOS, Designer Skin, Viva Beads, UnMarx, Furry & Fabulous, Origami Owl, **Pretzel Crisps**, Kyoui and many more.

WHEN: Saturday, October 5, 2013

Media Check in: 12:00pm

VIP Reception and Carpet Arrivals: 1:00PM

General doors open:2:00pm

Show commences: 2:00pm

The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

WHERE: MBS Media Campus 1600 Rosecrans Ave Manhattan Beach, CA 90266

Media & Talent Submissions: lastinglegacypr(at)gmail(dot)com

Read the full story at http://www.prweb.com/releases/2013/9/prweb11119415.htm

**Load-Date:** September 17, 2013

---

End of Document



# The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

PRWeb Newswire

September 15, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 Vocus PRW Holdings LLC

**Length:** 359 words

## Body

MBS Media Campus 1600 Rosecrans Ave Manhattan Beach, CA 90266 (PRWEB) September 15, 2013

"The Third Annual ASPCA Rock n Roll LA Benefit"

WHAT: Kick off the Fall season with The 3rd Annual ASPCA Rock n' Roll LA Benefit hosted by Nadji Jeter! Listen to live music, dance to DJ KIIS, participate in raffles to win amazing prizes, and more!

Benefiting ASPCA: Founded in 1866, the ASPCA was the first humane organization in the Western Hemisphere. Our mission, as stated by founder Henry Bergh, is "to provide effective means for the prevention of cruelty to animals throughout the United States." The ASPCA works to rescue animals from abuse, pass humane laws and share resources with shelters nationwide.

On Saturday, October 5, 2013, will be the 3rd Annual "ASPCA Rock nRoll LA Benefit " Concert at the MBS Media Campus formerly known as Raleigh Studios, to raise money and awareness, ASPCA serves to rescueanimals from abuse, pass humane laws and share resources with shelters nationwide.

.

WHO: Hosted by Nadji Jeter (Grown Ups and Grown Ups 2) and Nick Mara (America's Best Dance Crew)

Featuring Performances Aaron Landon, ColtonB, Lexi, Noah Urrea, Trevor Moran, L2, Brogan Burnside, Tyler Matl , Stefon4u, Lucki Gurlz, Lauren Suthers aka lil L, Marisa Lander, Above Seclusion, Aaron Fresh, Dylan Hyde, Angelina Heart , Miss Lela Brown featuring special guest appearance with Flavah Crew, Eric Dash, Diamante.

SPONSORS: Goodie Girls Cupcakes, Souverazzi Photo Booth, Bellaboo Teen Skin Care, Epic Boards, Tooks-- Hats You Can Hear, Yuli n' Grace Couture, Chobani Greek Yogurt, Home Baked Beanies, FouFou Dog, StarBright Whitening Toothpaste, Snikiddy Snacks, Paddywacks, SeaSnax, Plush Salon, BonBliss, xingtea, EOS, Designer Skin, Viva Beads, UnMarx, Furry & Fabulous, Origami Owl, **Pretzel Crisps**, Kyoui and many more.

WHEN: Saturday, October 5, 2013

Media Check in: 12:00pm

VIP Reception and Carpet Arrivals: 1:00PM

General doors open:2:00pm

Show commences: 2:00pm

The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

WHERE: MBS Media Campus 1600 Rosecrans Ave Manhattan Beach, CA 90266

Media & Talent Submissions: lastinglegacypr(at)gmail(dot)com

Read the full story at http://www.prweb.com/releases/2013/9/prweb11119415.htm

**Load-Date:** November 22, 2013

End of Document



# Snyder's of Hanover's Offers 'School Smarts' Snacks

Food & Beverage Close-up

September 13, 2013 Friday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 430 words

## Body

When it comes to snacking, it won't be hard for parents to keep children satisfied yet healthy with the help of Snyder's of Hanover's more than 30 different sizes, shapes and flavors of pretzels, the company reported.

In a release, Snyder's of Hanover provided tips on how to help students establish healthy eating habits and stay fulfilled throughout long, busy days:

-Always be prepared Schedules can be hectic, but Snyder's of Hanover 100-Calorie Packs, Honey Wheat Braided Twists, Pretzel Sandwiches and Gluten-Free Pretzels are wonderful options for packing in lunches and tossing in backpacks or cars for on-the-go snacks. Each Snyder's of Hanover variety contains up to 60 percent less sodium than other leading brands of pretzels.

-Keep children hydrated It is a common mistake to confuse thirst with hunger, especially in children, which is why it is important to send them to school with plenty of fluids. A refillable water bottle is a great option to have on hand. Also, be sure to have refreshing beverages handy when picking up children from a long day at school.

-Add some crunch Studies show a link between chewing crunchy food and increasing blood flow to the brain, which helps stimulate thinking. This makes Snyder's of Hanover pretzels a great lunch box or afternoon option to keep alert and ready to conquer the rest of the day.

-Incorporate nutritious ingredients in a fun way In addition to enjoying pretzels on their own, you can add in other ingredients to create recipes and snack mixes for extra flavor and nutrition. Try a party mix with a variety of nuts for added protein. Snyder's "apple critter" recipe is fun way to incorporate fruit into your child's diet. Children will have just as much fun making these snacks as eating them!

"Snyder's of Hanover offers parents and children alike endless snacking options, from the great variety of pretzels to our fun recipe ideas," said Bob Gould, Marketing Manager for Snyder's of Hanover. "And with studies showing how important it is to snack on crunchy foods to help stimulate learning, pretzels really are a no-brainer."

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Products are sold under the Snyder's of Hanover, Lance, Cape Cod, **Pretzel Crisps**, Krunchers!, Tom's, Archway, Jays, Stella D'oro, EatSmart Naturals, O-Ke-Doke and Grande brand names along with a number of private label and third party brands.

More information:

www.SnydersofHanover.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** September 13, 2013

---

End of Document



# Better Bites: New 7-Eleven® Snack Section Offers Gourmet, Better-for-You Selections

PR Newswire

September 12, 2013 Thursday 9:30 AM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 1213 words

**Dateline:** DALLAS, Sept. 12, 2013

## Body

Dry roasted edamame, organic trail mix, veggie chips and premium nut blends ... 7-Eleven, Inc. has upped its packaged snacks game with the introduction of a new selection of gourmet, organic and better-for-you snacks.

(Photo: http://photos.prnewswire.com/prnh/20130912/DA78573)

(Logo: http://photos.prnewswire.com/prnh/20101208/DA14293LOGO)

7-Eleven has studied dining trends* that show consumers are snacking more often than ever. Long counted on by customers for a convenient snack or a drink, 7-Eleven stores now offer a broader assortment that reflects consumer desires for snacks made with premium ingredients and more healthful options, but also at competitive prices.

Displayed together at participating 7-Eleven® stores, the new assortment includes the company's 7-Select® private brand along with nationally branded, upscale snacks, some making their debut at a convenience retailer. Competitively priced in comparison with other retailers, the single-serve and shareable portions range in cost from $1.49 to $4.99.

The centerpiece of the new snack selection is a collection of 13 bulk-type 7-Select snacks. Flavored trail mixes, nuts, dried fruits and veggie chips are packaged in clear, plastic containers with minimal labeling so the contents can be seen easily. This type of packaging reflects a trend that has found traction in high-end grocery store: premium snacks in generic containers typically displayed near the bulk food, fresh produce or prepared food departments.

"Better-for-you is one of the fastest-growing segments of the snacking category," said Rebecca Frechette, a 7-Eleven vice president of merchandising. "People are snacking throughout the day, and they're looking for ways to improve what they eat without sacrificing taste. Our selection includes our own 7-Select line of trail mixes and snacks alongside top-shelf and gourmet brands that you might not expect to find in a convenience store.

"Our goal is to provide great tasting, healthy food options at an outstanding, everyday value to our guests," added Frechette. "These are still tough economic times, and we are passionate about providing our guests with a broad assortment at great prices."

7-Select Snacks

The new 7-Select snacks, sold mostly in 7-ounce containers that contain multiple servings, are priced from $2.49 to $3.99 and include:

Raisin & Nut Trail Mix - raisins, peanuts, sunflower seeds, almonds, cashews and pepitas Santa Fe-style Trail Mix - peanuts, roasted corn, chili crackers, sesame sticks, chili lemon sticks and pepitas Organic Nature's Trail Mix - pepitas, soy nuts, sunflower seeds, cranberries, dates and raisins Tropical Trail Mix - dates, raisins, dried

pineapple, banana chips, dried papaya and coconut Berry Trail Mix - peanuts, dried cranberries, raisins, golden raisins, almonds and walnuts Veggie Chips - yellow and purple sweet potatoes, squash, carrots, taro and green beans Dried Fruit Blend - apricots, mango, kiwi, pineapple, cherries and apples Chocolate Nut Mix - peanuts, raisins, chocolate candy pieces, golden raisins, cashews Raw Almonds - whole natural almonds Banana Chips - crispy dried bananas Yogurt-covered Pretzels - pretzels in a yogurt coating Chocolate Pretzels - pretzels in a chocolate coating

Premium Brands

7-Eleven's premium snack section also features high-quality, name-brand snacks more commonly found in gourmet and organic grocery stores. Indeed, for several of these food companies - Skinny Pop All-Natural Popcorn, Seapoint Farms Dry Roasted Edamame and Harvest Snaps Snapea Crisps - 7-Eleven marks their first venture into a convenience store setting. Nationally branded items being introduced are:

Sahale Snacks - Honey Almond, Pomegranate Pistachio, Maple Pecan, and Cashew with Vanilla gourmet nut mixes Terra Exotic Vegetable Chips - Original flavor (sweet potato, parsnip, batata, taro and yucca) **Pretzel Crisps** - Original, Buffalo, Jalapeno flavors Stacy's Pita Chips - Simply Naked, Cinnamon Sugar, Parmesan Garlic flavors Stacy's C'est La Cheese Flavored Pita Crisps Skinny Pop All-Natural Low-Calorie Popcorn Popcorn, Indiana - Movie Theater Popcorn in microwaveable "Warm Your Corn" packaging and Kettle Korn Seapoint Farms Dry Roasted Edamame Harvest Snaps Snapea Original Green Pea Crisps

 "Our goal was to create a selection of great-tasting, upscale snacks while still providing our guests with value," Frechette said.  "Our prices are comparable to those found at other retail channels, like supermarkets and discount mass-merchandise stores. I think people will be pleasantly surprised not only by the selection and quality of the snacks we are adding, but also the value we offer."

Before rolling out the premium and better-for-you snack selection nationally, 7-Eleven tested dozens of snack items in a select group of stores in business centers and residential neighborhoods with differing demographics and traffic patterns. The offer proved popular across all segments, and the final product mix was narrowed to reflect test stores' top-sellers.

"Many of our customers want to indulge without feeling guilty when they grab a snack," Frechette said. "Or they want a healthier choice without giving up taste. These new snacks provide the best of both worlds."

*For the last several years, designated meal times have given way to multiple eating opportunities. In 2012, more than half of all eating occasions among Americans were snacking occasions, according toThe Hartman Group's Eating Occasions Database. Instead of three meals, the day's eating occasions have morphed into all-day snacking for many. And while eating several smaller mini-meals may be perceived as healthier, and consumers express preferences for more nutritional snacks, the reality is that they choose both better-for-you and indulgent snacks. The challenge is to find snacks that fill both needs.

About 7-Eleven, Inc.

7-Eleven, Inc. is the premier name and largest chain in the convenience retailing industry. Based in Dallas, Texas, 7-Eleven operates, franchises or licenses nearly 10,200 7-Eleven® stores in North America. Globally, 7-Eleven has some 51,000 stores in 16 countries. During 2012, 7-Eleven stores generated total worldwide sales close to $84.8 billion. 7-Eleven has been honored by a number of companies and organizations recently. Accolades include: #2 on Forbes magazine's 2011 list of Top Franchises for the Money; #3 spot on Entrepreneur magazine's Franchise 500 list for 2012, #3 in Forbes magazine's Top 20 Franchises to Start, and #2 in Franchise Times Top 200 Franchise Companies. 7-Eleven is No. 3 on Fast Company magazine's 2013 list of the "World's Top 10 Most Innovative Companies in Retail" and among the Top Veteran-Friendly Companies for 2013 by U.S. Veterans Magazine. Hispanic Magazine named 7-Eleven among its Hispanic Corporate Top 100 Companies that provide the most opportunities to Hispanics. 7-Eleven received the 2010 Retailer of the Year honor from PL Buyer because of the company's private-label brand initiative. 7-Eleven is franchising its stores in the U.S. and expanding through organic growth, acquisitions and its Business Conversion Program. Find out more online athttp://www.7-Eleven.com.

SOURCE 7-Eleven, Inc.

CONTACT: Margaret Chabris, 7-Eleven, Inc., +1-972-828-7285, margaret.chabris@7-11.com

**Load-Date:** September 13, 2013

---

End of Document



# School Smarts: Keep Kids' Brains Going Through the School Year with a Crunchy, Wholesome Snack

PR Newswire

September 10, 2013 Tuesday 12:31 PM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 771 words

**Dateline:** HANOVER, Pa., Sept. 10, 2013

## Body

As students pack up their book bags and head back to school, parents must determine how to keep their children healthy and nourished for the coming year. From the time the alarm goes off in the morning till the bell rings at the end of the day, children have the opportunity to excel in the classroom, on the field and in the lunchroom.

When it comes to snacking, it won't be hard for parents to keep their children satisfied yet healthy with the help of Snyder's of Hanover's more than 30 different sizes, shapes and flavors of pretzels. Here are some tips for how to help students establish healthy eating habits and stay fulfilled throughout long, busy days:

Always be prepared - Schedules can be hectic, but Snyder's of Hanover 100-Calorie Packs, Honey Wheat Braided Twists, Pretzel Sandwiches and Gluten-Free Pretzels are wonderful options for packing in lunches and tossing in backpacks or cars for on-the-go snacks. Each Snyder's of Hanover variety contains up to 60 percent less sodium than other leading brands of pretzels. Keep children hydrated - It is a common mistake to confuse thirst with hunger, especially in children, which is why it is important to send them to school with plenty of fluids. A refillable water bottle is a great option to have on hand. Also, be sure to have refreshing beverages handy when picking up children from a long day at school. Add some crunch - Studies show a link between chewing crunchy food and increasing blood flow to the brain, which helps stimulate thinking. This makes Snyder's of Hanover pretzels a great lunch box or afternoon option to keep alert and ready to conquer the rest of the day. Incorporate nutritious ingredients in a fun way - In addition to enjoying pretzels on their own, you can add in other ingredients to create recipes and snack mixes for extra flavor and nutrition. Try a party mix with a variety of nuts for added protein. Snyder's "apple critter" recipe is fun way to incorporate fruit into your child's diet. Children will have just as much fun making these snacks as eating them!

"Snyder's of Hanover offers parents and children alike endless snacking options, from the great variety of pretzels to our fun recipe ideas," said Bob Gould, Marketing Manager for Snyder's of Hanover. "And with studies showing how important it is to snack on crunchy foods to help stimulate learning, pretzels really are a no-brainer."

For more information on pretzel snacks for back to school and recipe ideas for afterschool fun, visithttp://www.SnydersofHanover.comor find Snyder's of Hanover onFacebookorPinterest.

About Snyder's of Hanover

For more than 100 years, Americans have enjoyed Snyder's of Hanover pretzels. With their unique sourdough heritage, Snyder's of Hanover pretzels today are available across the country in single-serve sizes as well as larger, 10, 12 and even 16-ounce bags perfect for sharing. Today, America's favorite pretzel is available in a wide variety of flavors, recipes and shapes, including traditional hard pretzels, flavored pretzel bites, sticks, rods, nibblers and even gluten-free options. For more information, visithttp://www.snydersofhanover.com. Or find Snyder's of Hanover onFacebook,TwitterorPinterest.

About Snyder's-Lance

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, EatSmart Naturals®, O-Ke-Doke® and Grande® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

Image with caption: "Snyder's of Hanover Apple Critter." Image available at:http://photos.prnewswire.com/prnh/20130909/MM76404-a

Image with caption: "Apple Critter Recipe Card." Image available at:http://photos.prnewswire.com/prnh/20130909/MM76404-b

Image with caption: "After School Snacking." Image available at:http://photos.prnewswire.com/prnh/20130909/MM76404-c

SOURCE Snyder's of Hanover

CONTACT: Jessica Farmer, 410-234-2531 or 443-904-3456, Jessica.Farmer@GKV.com; or Heather Woolford, 410-234-2519 or 410-375-2334, Heather.Woolford@GKV.com

**Load-Date:** September 11, 2013

---

End of Document



# B&G Foods, Inc. at Barclays Back to School Conference - Final

FD (Fair Disclosure) Wire

September 4, 2013 Wednesday

Copyright 2013  CQ-Roll Call, Inc.
All Rights Reserved


Copyright 2013  CCBN, Inc.

**Length:** 5729 words

## Body

---

Corporate Participants

* Bob Cantwell

B&G Foods, Inc. - CFO and EVP, Finance

Conference Call Participants

* Andrew Lazar

Barclays Capital - Analyst

Presentation

ANDREW LAZAR, ANALYST, BARCLAYS CAPITAL: Our final presenter of the day will be B&G Foods. The phrase imitation is the sincerest form of flattery comes to mind when thinking about B&G, one of the first North American food companies to position its investment case less around top-line growth for growth's sake and more around margins and the use of free cash flow for M&A and returns to shareholders.

This model has, of course, since become a successful framework for others, as well. While recent deals have established B&G as a presence within snacking, which could with it bring a growth-year element, such deals are also very consistent with the Company's ongoing consolidation strategy.

We are delighted to have Executive Vice President and Finance CFO, Bob Cantwell, with us today to discuss B&G in more detail. So with that, I turn it over to you, Bob. Thanks for being here.

BOB CANTWELL, CFO AND EVP, FINANCE, B&G FOODS, INC.: Thank you, Andrew, and good afternoon, everyone. I will pass through the forward-looking statements and non-GAAP financial matters disclosure and get right into it.

B&G has had a consistent track record of growth and profitability. First-in-class in this industry going back to 2004, but this chart is showing from 2006 forward. B&G has grown its sales from $411 million to -- we finished last year at $634 million, and our LTM number is about $660 million. We're up 7.5%. And we have done that through focusing on profitable sales growth of our Tier 1 and top of our Tier 2 brands; a lot of implementing cost savings that has improved EBITDA; and improving productivity; and accretive acquisitions along the way.

Adjusted EBITDA has grown very quickly, also, from $69 million back in 2006 to an LTM number of almost $175 million. EBITDA as a percentage of sales has grown into the 26% range. A small mistake on the last bar -- we are

actually on an LTM basis 26.5% EBITDA margin to sales. So continued growth in EBITDA, up over 15% on a compounded annual growth rate.

And as Andrew mentioned, we have been about returning cash to shareholders along the way. We have paid quarterly dividends since first going public in October 2004. 2009 our dividend was $0.68 a share.

Today, with our increase in dividend that we did again in July, we are at $1.28 a share. Current total dividends that we pay out on an annual basis is $67.7 million. We have grown that dividend at a rate of 14% over the last 5 years.

And we do that with accretive acquisitions. Our goal on acquisitions is fundamentally we return about 50% to 60% of our free cash flow to shareholders, and acquisitions are always accretive to us. Out of the box they generate over 50% of free cash flow as a percentage of EBITDA. Most of our acquisitions since 2007 have been closer to 70%. And we are returning 50% to 60% of that 70% back to shareholders and immediately increasing the dividend in the following quarter.

Since 2004 as a small company, we still have returned $332 million back to shareholders in the form of dividends of $323 million; and some minor share repurchases back in the 2008/2009 period, when the market was a little below valuation. And we bought some shares back at very reasonable prices. But our goal, again, is to continue to take both a substantial piece of our cash flow and return it to shareholders.

When you look at us compared to what we consider our mid-cap peers, our EBITDA margin on an LTM basis is 26.5%. You can read who our peers are across the chart, but their average is 14.4%, with the closest one being over 5 percentage points below us at 21.1%. And it continues to drop off.

And our EBITDA turns into free cash flow. And I will show you on a chart later how much that turns into free cash flow, but our EBITDA of 26.5% of sales equates to 25% free cash flow after CapEx as a percentage of sales. Again, substantially higher than the peer average; the peer average a little over 11%, with the next closest being post that -- a little over 18% compared to our 25%.

Also, again, we are committed to returning cash to shareholders in the form of dividends. Our dividend now -- we just increased it in July to $0.32 a quarter per share or $1.28 annualized, which is, again, about $67.7 million in total dividend payout on an annual basis.

Dividend rate has been ranging between 3.5% and 4%, depending on where our share price is. Again, the peer group is much lower, a little over 1%. And our closest peer is in the mid-2%s. So we are a percentage point above most of the players in the mid-cap space.

And we will continue to look at increasing that dividend as we add accretive acquisitions. And accretive acquisitions are all about accretive cash flow to us.

And we have really returned a substantial amount of shareholder return back to shareholders over the last number of years. In the last 5 years our total shareholder return has been 465%. And you can see on the chart, substantially ahead of everybody else on that chart.

And we have taken that EBITDA during that time from $69 million to $175 million. Again, this is without the Pirate's Booty acquisition; that adds another $20 million on top of that. That has been a compound annual growth rate of 15.5%.

We have done that through aggressively innovating new product offerings, reducing costs throughout our organization. And during that time we have added a little over 25 brands into this portfolio.

Again, as you saw in the prior charts, our LTM adjusted EBITDA of almost 27%, substantially higher than the average of 14%. Even this year our stock price has grown close to 20% since the beginning of the year. So we continue that return to shareholders, and we expect to continue to do that.

I mentioned before, we're all about free cash flow. When we look at our LTM EBITDA of almost $175 million, when you add the Pirates brand acquisition pro forma for Pirates Brands, we're about $194 million of EBITDA. We got some noncash share-based comp of $4 million.

So our cash EBITDA is about $198 million. Very modest CapEx expenditures. We are spending about 1.6% of sales, so very low. With Pirates acquisition, a little more than 40% of the products we make now are co-packed; Pirates is also co-packed. Our CapEx in total is about $12 million, $13 million a year.

Cash tax is now about $10 million. We have a little over $63 million of tax shield amortized each year, which goes out -- it starts declining, but goes out 15 years from now. So substantial tax shields. Total tax shield is about $700 million in total that is being amortized over the next 15 years.

And with everything we've done -- we recapitalized this Company back in early June. We took our debt; we refinanced most of our debt and took it out in an 8-year bond at 4 5/8%. So we have substantially fixed lower cost interest. We have some small bank debt still outstanding that is floating around 3% today. But our total net cash interest is only $37 million on that $194 million.

So before dividends, our $194 million turns into almost $140 million of excess cash before dividends. And again, we are paying a little less than $68 million today. So about half is going out to shareholders in the form of dividends; and half is going on our balance sheet, either cash in the bank and to be used to pay down our Term A and our revolver.

Today, as we look at our capital structure right now, we used most of this cash to buy Pirate's Booty in the beginning of July. So the cash was gone. We do have a Term A bank debt outstanding of $135 million. Again, we did that $700 million of 4 5/8% notes that are sitting out there for 8 years. We no longer have the 7 5/8% notes. That was paid off in July. And we have a revolver outstanding today of about $40 million.

Our net leverage today, after the Pirate Brands acquisition, is about 4.3 times. Market value of our equity is somewhere around almost $1.8 billion. Total cap is about $2.7 billion in total. And our pro forma adjusted EBITDA we're looking at is $194 million.

This team at B&G has been doing this for over 15 years. We really started this process in early 1997, and it is truly the same team. Dave Wenner has been with the organization over 20 years. I have been there -- he's 22 or 23 years now; I have been there 30 years, since the early 80s.

We look for acquisitions that are immediately accretive. And we're about cash flow. So we're looking at businesses that are going to generate more than 50% of the EBITDA back to us in free cash flow, day one. And as I said, our typical acquisition, really, since 2007, that EBITDA generation has been really about -- cash flow has been about 70% of that EBITDA generation.

We aggressively look for brands in the dry grocery category that have been around a long time, that have been kind of ignored in big food companies that we can take on. They are either flat to a little bit of a declining business -- businesses that wouldn't go away, even in the big companies, but businesses that they just weren't paying attention to. And they might have had 6 SKUs on the shelf, and now they are down to 3 or 4.

That was the example at Cream of Wheat. Cream of Wheat, if you look at ShopRite in New Jersey, a couple of years prior to us buying that business, there was anywhere -- depending on the store -- 7 to 9 different SKUs on the shelf. When we bought the business, it was down to 4. Those 4 SKUs are probably never going away. Cream of Wheat has a right to be in ShopRite, and it would have been there for another 100 years.

Today it has over 9 SKUs back. So what we are very good at is getting the distribution back; creating new products; creating new line extensions for those products; helping to halt the sales decline and move the needle going the right way.

We have also created 3 tiers, which I will show you in a little bit. Our Tier 1 brands are the brands we're really trying to spend the most money behind. We think they have the most opportunity.

Tier 2 is more of the stable brands. Some of those are higher margin than Tier 1 brands. Harder to grow, but very flat to up a little bit, but huge cash flow metrics.

And Tier 3 is kind of where we don't spend a lot of money on, typically our lower-margin brands. All of our brands are profitable in their EBITDA. All of our brands generate EBITDA margins in excess of 10%. The Tier 3 brands tend to be in that low double-digit multiple on an EBITDA basis.

Again, we have superior margin structure in this industry. Our EBITDA margin today is 26.5%, far above everybody in our peer group. And we have a very strong commitment to continue to return meaningful portion of our cash flow back to shareholders in the form of dividends and hopefully growth in the stock.

Again, just looking at where we have come from. Back in 1996 we were really just a pickle company doing -- and a couple of other small things -- doing about $82 million in sales. Our LTM sales number through June is $660 million.

When you add pro forma for the acquisitions, the Pirate's Booty acquisition and rolling in a few of the other acquisitions on a few-year basis, we are a little less than $800 million in sales today. And during that time we did 26 acquisitions; bought 26 brands during that time.

Again, our goal is to really look at those bands; take cost out of the structure; invest in the higher-margin brands where we see opportunities; and we have now moved in, which I will talk about a little bit, into the snack category. We see a lot of opportunities there.

All of these acquisitions need to be day one cash flow and EPS accretive. Cash flow needs to be more than 50% of EBITDA. If there are cost synergies, we are aggressive.

We typically are buying brands. So we are buying a brand from Kraft; we are buying their product contribution. So we think we could do certain things better, but it's not like buying a whole business, where we are getting rid of a huge amount of people. That is not what we are really buying.

We are really buying a brand, a stripped-out brand from a large company. And we're really set today, at leverage of 4.3 times, in an equity position in the marketplace that is trading very well to be well positioned to continue to do accretive acquisitions.

Very diverse portfolio. We sell in all of the US; everywhere in Canada and Puerto Rico; and a little bit elsewhere internationally, but really we are just really a US/Canada business more than anything else. Typically what we are buying are number 1 and number 2 brands. We have a lot of number 1 and number 2 brands in smaller categories nationally.

A lot of regional brands. And a lot of these regional brands are driven in the Northeast, B&M, B&G, Joan of Arc, Vermont Maid -- those were all -- and Ac'cent -- those are all North -- the Sa-son Ac'cent piece is all Northeast driven.

Sugar Twin is a Canadian business. It is the number 1 brand of sugar sweetener in Canada. We call it regional. And we have a bunch of niche products.

So we don't really think we compete with anybody. Ac'cent is very unique; over 60% EBITDA margins, and it is MSG in a canister. And there is really nobody who competes with that, because nobody wants to tell people that they are selling MSG. So people buy Ac'cent. So it's a very unique product.

The same as Static Guard -- very unique. It says what it is, and it's really -- you don't have any real competition, because it is what it is. And Static Guard is a very small brand, small brand to us, about $10 million, but it makes over $5 million EBITDA. A very profitable business, very stable business.

And what we look for from a shelf-stable side is products with defensible market positions; products that can go through our -- we have a national sales and distribution structure. We sell every customer in the US and Canada some of our products. So anywhere you go in this country, whether it is a supermarket, it's a club, any of those alternative channels, a bodega in New York City, there's some of B&G products somewhere. So we cover the full gamut across this country, and now we cover the full gamut into Canada, also.

And really, what that provides us on our smaller acquisitions is -- we tend on smaller acquisitions to go up against private equity buyers. And they really can't compete, because we can drop these acquisitions into our system and go. There are fundamentally more lines on our invoice and more SKUs in our warehouses, and they are all going on the same invoice, same trucks, and sold by the same sales team.

And we really look at businesses under $100 million in sales in dry grocery, because we have found historically -- and this is 15-plus years -- that the competition for those businesses are lower, and we can keep the multiples down to a more reasonable number for us. In this market multiples have jumped up because financing is so cheap. But we try to stay disciplined, because we're in this for the long term.

We just think the right answer is what we have been following on a multiple basis. And we're looking today only for businesses that have very strong margins, margins close to where we are today, if not better. And certainly those margins dropping to significant excess cash flow.

And as I said, this financing environment has really moved the multiples. We have moved with it, but we're also very careful how far that should go. Because we have been doing this a long time, and we have a really good feeling of what ultimately -- as financing changes, what some of these brands will be worth long-term.

Just a quick look at our tiers and what we're doing. When we talk our Tier 1 brands, those are brands like Ortega and Mrs. Dash, and certainly all our new snack brands. We spend most of our consumer support money, our marketing money, behind those brands.

We market our existing products, and we are also actively looking at launching and have launched a number of new products. We have recently launched, and it has been well accepted, a product called Fiesta Flats. It is like a taco boat. It is very unique. Nobody else has it.

We have launched Ortega Fish Taco seasoning mixes. We have taken the line of Ortega seasoning packets -- and typically, these Mexican seasonings have been sold in packets -- and launched a line in canisters also, which have been well accepted and doing extremely well. We've got some other taco shells.

And we have just launched a line of these Skillet Sauces you will see more and more in supermarkets. Skillet Sauces seem to becoming a bigger category. A lot of the big guys have launched Skillet Sauces, and we just think this is a Mexican skillet sauce theme, and we just think we need to be there under the Ortega label.

Mrs. Dash has been another one of those product lines we've been very aggressive at. Mrs. Dash is a salt-free seasoning. It had various flavor profiles in salt-free, a number of SKUs. We are now launching, really, more of a meal solution packet, which McCormick has done very successfully. A lot more of a mix of spices that is a one-use. You put it in; you're making your beef stew, or you are making your meatloaf, and it's all the seasoning you need. You just need the vegetables in the meat. That has been accepted well.

We've also launched a lot more packets in the Mexican side under Mrs. Dash. We're really trying to get that no-salt seasoning where we have had other products. So we have most of these products under the Ortega name. We have now made them salt-free and put them under Mrs. Dash.

We have a product called Baker's Joy, which is a baking powder spray which is somewhat unique. Other people have it, but Baker's Joy is the biggest baking powder spray out there. We have now created a line off of the Baker's Joy line called Chef's Joy basically, Griller's Joy, which really competes with PAM and all the other baking sprays.

And we have had some very good success over the years on an Emeril spray that we have launched. We are getting good feedback on this. Walmart has accepted a few of these items. Most of this does sell during certain times of the season, but we are seeing that.

And then, again, we have a product called Static Guard. We launched a product called Shed Guard recently over the last few months. It's really, too, for cleaning pet hair. The same product as Static Guard, but it is what Static Guard is able to do, too. And we're just looking for additional incremental sales. It's in a different place in the store. We're trying to also get it into pet stores through pet distributors, but we have found at least initially we've had really good success in supermarkets, in the pet side of the supermarkets.

As we go into our Tier 2 and Tier 3, we get very tactical. The Maple Grove business has grown consistently for us. It's a Tier 2 brand. We continually have to update -- it's a maple syrup business; it is a pancake syrup business. It does a decent business in specialty salad dressings, along with a number of other things. We're continuing updating the flavors of salad dressings, pushing new products out.

Emeril Lagasse has developed a nice little space in pasta sauces. It didn't have a white sauce. White sauce is actually very large as you get into the middle of the country. You go to a Walmart in the middle of the country, it's more white sauce than red sauce. We just didn't have it. We actually have a very good white sauce line now under the Emeril Lagasse label.

We're also willing to look at license agreements. We entered into a license agreement with Crock-Pot. And what we use these kind of license agreement for is immediate marketing. People get, when you put Crock-Pot on the label, what it might be. They kind of understand Crock-Pot means seasoning for Crock-Pots.

So we launched a line of seasonings under Crock-Pot. That continues to grow for us. And it's growing very nicely. It's not going to be a huge business, but it's a nice little add-on business. It was very easy to do. It was very easy to take a lot of recipes we had from the co-packer -- we don't make those ourselves; somebody else makes those -- and used the Crock-Pot name to get it in distribution.

So we're always looking for licensing arrangements like this. It is kind of how we launched the Emeril Lagasse line -- really used that name to sell it in. Crock-Pot is a different version of that, but it's working in a very nice way.

B&G cost structure, and you will see from the next slide, which is our commodities, is very unique. Early on in 2008, when everybody in this industry had large cost increases which led to large price increases, that all worked for people once they got pricing above cost. We continued to see cost increases in 2011 and 2012, but easily covered by our pricing and our other cost savings.

2013, we've seen a reduction in cost. This is pretty locked in now. It's almost $1.5 million of cost reductions. And as we look out at 2014, we're actually seeing some bigger savings going forward. So we should achieve this $1.5 million incrementally on top of that -- this $1.5 million plus more in 2014.

And we are not commodity-intensive at all. We got -- because we are the largest guy in maple syrup; maple syrup usually is more mom-and-pop people, but we happen to be the largest maple syrup seller in the United States. We actually -- our largest piece of purchase was coming, from a commodity side, maple syrup.

And that all comes out of Canada. Basically 90% of this comes out of Quebec. And it all comes out of the trees in April and May. So we have bought our maple syrup supply that takes us through next June/July. No real cost increase, and actually a small cost decrease over the next 12 months here. But this is our biggest purchase, about $34 million a year.

The next biggest purchase drops down dramatically. Wheat is not quite $11 million in annual dollars spent, and then it really drops off. Fruit concentrate is $3.5 million; sugar, $3.5 million; high fructose, almost $3 million; molasses, a little less than $3 million. So not big commodity exposure.

That is why we haven't had -- when costs rose on a lot of guys, we didn't have those huge cost increases. And again, if costs decrease dramatically across the board, we are not going to have those huge cost decreases.

I want to talk a little bit about where we're heading as a company. And the one thing is we still like the dry grocery acquisitions. And we still want to be opportunistic and look at what those -- look for those acquisitions. And when those acquisitions come on the market, be very aggressive, if they fit our model, to buy those. Because we still think we have a lot more room to continue to fill out dry grocery. But in addition to that, we've started down a different track which has opened up a lot more opportunities for us.

In October of 2012 we made our first snack acquisition, the New York Style/Old London acquisition. And New York Style is a bagel chip, pita chip business that is sold in delis, and we actually owned that business in the late 90s. As we were building up a dry grocery business, it was really a -- and we were still very small -- it was very much an outlier to us. And it was the only business we sold. But as we proved, the first and only business we sold, we ended up buying back.

This is a business that the prior owners who bought it in 2008/2009 consolidated plants and really built what we would call a superplant in North Carolina. They spent over $100 million on machinery in this plant.

They had huge expectations for this brand. This band was twice the size it was today when they bought it. They really just hurt this brand dramatically. They just didn't know how to manage a brand in the United States.

We were able to buy this brand for $62 million, so less than the value of this plant. We have this under-utilized, really state-of-the-art plant that is a first-class baking and packaging operation that we can put a lot of snacks into as we build a snack business. And we think there's a lot of upside on the sales, which I will talk about in a minute.

The TrueNorth acquisition was a small acquisition, a nut cluster business that was originally started out by Pepsi in 2005 or 2006. They built it to a small level of sales, and then actually reached out to us a few years ago to see if we wanted it.

We weren't in the snack business at that point. They ended up selling it to a small P/E shop who put it in one of their candy businesses. And they managed it. They didn't do anything with it, but they kept it flat. Again, we think there's a lot of real opportunity on this, as we built a snack organization to really try to sell this.

And then our last acquisition here, the Pirate Brand acquisition -- all kinds of opportunities with this. We think the Pirate's Booty name is a great name. It's been growing at over 20% a year. There's a lot more growth to it and a lot more ability to take that Pirate's Booty name outside of its existing product line.

So when we look at where we were today and where we are with snacks, our Tier 1 brands without snacks are about 40% of our total sales. And that had grown through the first half of the year, up 1.6%. Our Tier 2 is about 31%; that grew about 1% of sales.

Our Tier 3, which is 20% of sales, is really what hurt us through the first half of the year and basically kept our sales flat. That was down 4%. A lot of those Tier 3 brands are Northeast regional brands, and we have struggled in the Northeast on volume. Northeast has been very problematic in the last -- almost 2 years now in the Northeast.

As we go forward, the snacks in our portfolio, the snack business -- the 3 businesses combined are about $150 million in sales. Snacks becomes 19% of our business, and everything else gets reduced, because snacks fall into that.

So there is less stress on the system and a lot more opportunity on growing them. We look at our base businesses, our dry grocery brands, as Dave Wenner would always look at, is we are trying to strive to 2% to 3% growth on those businesses. And really very happy with 2% growth. We think the snacks have a lot more upside to us.

When we talk about the 3 pieces of the business, the New York Style business is truly half the size it was not more than 5 years ago, and it declined until we got it. That decline has stopped. There is a full relaunch going on now that

really started in September. There is brand-new packaging on all the products. This active display is getting set in stores.

This is a product line that is sold in the deli department of stores. This is a deli snack business like Stacy's and **Pretzel Crisps**. And really, **Pretzel Crisps** and Stacy's grew as this thing -- they expanded sales in the deli substantially, but really took away from this brand because nobody was watching the store.

So there's brand-new packaging. Consumers are very loyal. Consumers who buy this are very loyal to this product, and it just hasn't been paid attention to. And there were a lot of issues when we bought the business, and it really took us 9 months to stop the decline and really make this plan for this push, starting now. So we see good things in the fourth quarter.

Just a lot of what these displays -- various displays that have been launched into the marketplace -- are much more aggressive into the marketplace where delis and supermarkets are very important. We have hired temporary street -- what they call a street sales force, who goes into these deli departments, talks to the store managers. We will do demos in the stores, really make sure these racks are always full once they are there. So very aggressive, kind of guerrilla tactic at store level to try to get this brand moving in the right direction.

And then we are launching new products at the beginning of 2014. We're going to take this product line -- in addition to really firming up the bagel chip business and trying to get the pita piece of the business and a few of the other pieces of the business moving, we're going to go into a sweet side of this business.

So we have licensed the Cinnabon name, that has been very good for us in Cream of Wheat, to begin that launch, and using Cinnabon to help this launch of the sweet products. So right now we've got a chocolate and a Cinnabon product that will be launched in the early part of 2014. And we have a lineup of other new products that we're going to launch against this brand and let people know we are truly paying attention as we go forward.

One of the little diamonds in the rough here is this TrueNorth brand is a very small brand. It's a very good nut cluster product. It's all-natural, it is gluten-free; it is what people would want to eat once they've had this.

It doesn't sell in a lot of places today. It's a huge club business. It has ended up in a lot of where candy has sold, because it's been sold by a candy distributor. A huge opportunity on this brand.

And the Pirate Brand acquisition has allowed us to -- we have added 15 people from Pirate Brands, all in sales and marketing. They are top-notch people. We now have a real sales snack organization to go after these snack brands and really move the needle. So there's a huge upside to this brand as we go forward.

And then the other gem, and we were very happy we were able to get this brand back in July -- we paid $195 million for Pirate's Booty; a little over 10 times EBITDA multiple, kind of at the midpoint of our guidance, and we gave out guidance of $18 million to $20 million. When you look at a tax-adjusted basis, because this was all stepped up, so we get to amortized at $195 million for tax purposes -- it's about 8.3 times. So a present value of the tax benefit of $37 million.

It is all-natural. It is truly sold -- the consumer who eats this is typically kids 13 and under and young women 18 to 40-ish. And it is young moms who eat this product. I have a 25-year-old daughter who called me when we bought this product and immediately said, Dad, you finally bought something that is good.

This is a very young woman's product. It's a better-for-you snack. It is still a salty snack, but it is better for you. It is fairly low calories for a 1-ounce bag.

It has been growing at a double-digit, close to 20% rate. The business today is heavily distributed on the East Coast, pretty good distribution on the West Coast, not very good in the center of this country. It's spotty.

So it has all the grocery stores on the East Coast. It sells Coscos; it is in Target. Target is growing substantially for this brand. You will find it in CVSs. You don't usually find it in 7-11s yet. It should be there.

And the biggest customer it doesn't sell in today, which we need to get it in, is Walmart. Walmart is a huge -- the first huge opportunity for this brand. It just hasn't sold in Walmart for various issues. But it is too big of a brand, and it needs to be in Walmart.

Walmart struggles with the whole natural category, too. So it is problematic within their store. But it needs to be there. It's not that high-priced. It should be in Walmart, and it needs to get there.

And then all of this is all co-packed, so there's no CapEx with this. So huge cash flow. This kind of $18 million, $20 million -- $20 million of EBITDA for us turned into free cash flow of over $16 million on this business. So very positive free cash flow.

And we think this Pirate's Booty brand has the ability to expand outside -- right now, 90% of what is sold in this line in various sizes is an aged white cheddar product. Because again, it is skewed to young children. So the young children are not looking for sour cream and onion and other flavors. It has other flavors, but it's not aggressively in a lot of distribution.

So this is an item that we think we can take outside. Pirate's Booty can mean in a lot of things to a lot of people. It could be kids' crackers in shapes of Pirates; it could be lots of things. We could be in mac and cheese. We could be in fruit roll-ups. There's a lot of things that this brand, we think, could translate to.

There's a lot of brand loyalty here. It's known as an all-natural, better-for-you product, and we think that we have a lot of possibilities.

With that, I will open it up for questions.

ANDREW LAZAR: Thanks very much, Bob. Why don't we do this. I want to be respectful -- it is 3.40, so I want to be respectful of people's time and those that need to scoot out for the holiday and such. Maybe if you've got a couple of minutes, maybe what we will do is those that need to leave, feel free to do that. And others, maybe come on up, chat with Bob; he'll be here.

BOB CANTWELL: Sure.

ANDREW LAZAR: And then let's go from there. So please join me in thanking Bob for being here.

BOB CANTWELL: Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE

APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** September 9, 2013

---

End of Document



# BOOK REVIEW

Food Management (Penton)

September 1, 2013

Copyright 2013 Penton Business Media, Inc All Rights Reserved

**Section:** Pg. 44; 48; No. 9

**Length:** 134 words

**Byline:** Edited By Tara Fitzpatrick

## Body

An Apple a Day                By Karen Berman and Melissa Petitto, Race Point Publishing, 2013 With all the hype surrounding 'super foods,' it seems like we sometimes forget about the good old apple. And that's a mistake, because it's one of the most versatile (not to mention all-American) fruits around.                An Apple a Day contains 365 recipes and fun facts, all showcasing the different flavors and textures apples can bring to the menu.        Seasonal ideas range from sweet to savory: paninis, slaws, tarts, cupcakes, risotto, chicken dishes and more. Cool combinations of flavors abound: from the well known tart apple and cheddar cheese combo to the inventive mix of sweet Honeycrisp apples, **pretzel crisps**, mozzarella and basil.

**Load-Date:** September 7, 2013

End of Document



# Lance Buys Stateline Service Corp - Analyst Blog

Zacks Investment Research

August 28, 2013 Wednesday 8:30 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 471 words

# Body

Aug 28, 2013 (Zacks Investment Research:http://www.zacks.com/ Delivered by Newstex)

In order to strengthen its distribution network, Snyder's-Lance, Inc. (LNCE[1]) recently acquired substantially all assets of Mass.-based snack food distributor, Stateline Service Corporation, for an undisclosed amount. Terms of the transaction were not disclosed.

Stateline distributes Snyder's-Lance's branded products as well as several additional partner-brand product lines. Both the distribution networks will be merged, thus expanding Snyder's-Lance's direct store delivery distribution network and allowing it to better serve its key retailers.

Snyder's-Lance manufactures markets and distributes a variety of branded and private-label snack foods and bakery products including sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant-style crackers, nuts and other snacks.

The company currently owns four core brands namely, Snyder's of Hanover pretzels, Lance sandwich crackers, Cape Cod potato chips and **Pretzel Crisps** cracker. **Pretzel Crisps** was acquired in October last year as part of Snyder's-Lance's acquisition of the Princeton, N.J.-based company, Snack Factory, from VMG Partners for $340 million. **Pretzel Crisps** is the world's first pretzel-shaped low-calorie cracker.

Earlier this month, Snyder's-Lance reported dismal second-quarter 2013 results missing the Zacks Consensus Estimate for both revenues and earnings. However, both earnings and revenues grew 9.1% and 9.9%, respectively.

Snyder's-Lance carries a Zacks Rank #4 (Sell). Other food companies which are currently doing well include Pinnacle Foods Inc. (PF[2]), Kraft Foods Group, Inc. (KRFT[3]) and Dole Food Company Inc. (DOLE[4]). All the three companies carry a Zacks Rank #2 (Buy).

DOLE FOOD CO (DOLE): Free Stock Analysis Report[5] KRAFT FOODS GRP (KRFT): Free Stock Analysis Report[6] SNYDERS-LANCE (LNCE): Free Stock Analysis Report[7] PINNACLE FOODS (PF): Free Stock Analysis Report[8] To read this article on Zacks.com click here.[9] Zacks Investment Research[10]

[1]: http://www.zacks.com/stock/quote/LNCE [2]: http://www.zacks.com/stock/quote/PF [3]: http://www.zacks.com/stock/quote/KRFT [4]: http://www.zacks.com/stock/quote/DOLE [5]: http://www.zacks.com/registration/pfp?ALERT=ZR_LINKd_alert=rd_final_rankt=DOLEADID=ZC_CONTENT_ZR_ARTCAT_ANALYST_BLOG [6]: http://www.zacks.com/registration/pfp?ALERT=ZER_LINKd_alert=ZER_CONFt=KRFTADID=ZC_CONTENT_ZER_ARTCAT_ANALYST_BLOG [7]: http://www.zacks.com/registration/pfp?ALERT=ZR_LINKd_alert=rd_final_rankt=LNCEADID=ZC_CONTENT_ZR_ARTCAT_ANALYST_BLOG [8]: http://www.zacks.com/registration/pfp?ALERT=ZR_LINKd_alert=rd_final_rankt=PFADID=ZC_CONTENT_ZR_ART

CAT_ANALYST_BLOG    [9]:    http://www.zacks.com/stock/news/107867/lance-buys-stateline-service-corp    [10]:
http://www.zacks.com/

**Load-Date:** August 28, 2013

---

End of Document



# Snyder's-Lance acquires distributor Stateline

Charlotte Business Journal

August 28, 2013 Wednesday

Copyright 2013 American City Business Journal, Inc. All Rights Reserved

## CHARLOTTE BUSINESS JOURNAL

**Length:** 260 words

**Byline:** Jen Wilson

## Body

Snyder's-Lance Inc. (NASDAQ:LNCE) has acquired Stateline Service Corp., a Massachusetts distributor of snack foods, according to a company news release.

Stateline operates a direct-store delivery, or DSD, distribution system that includes branded products from Charlotte-based Snyder's-Lance as well as several other partner-brand product lines. The Stateline routes will be integrated with Snyder's-Lance's existing DSD network.

"We're excited to expand our direct store delivery distribution network through this acquisition," Ed Good, president of Snyder's-Lance subsidiary S-L Distribution Co., says in the news release. "Through closer working relationships with key retailers, we expect to build on the successful business that Stateline has developed in this important geographic area. We see an opportunity to expand our DSD network, enhance service to retail customers and develop long term opportunities for our independent business owners in the region."

The purchase price and other terms of the deal were not disclosed.

Snyder's-Lance products are sold under brand names that include Snyder's of Hanover, Lance, Cape Cod, Tom's, Archway and **Pretzel Crisps**, as well as private-label and third-party brands.

The company reported net income of $13 million, or 19 cents per diluted share, in the second quarter, with revenue totaling $439 million. It has more than 1,000 employees in Charlotte.

Did you find this article useful? Why not subscribe to Charlotte Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** August 28, 2013

End of Document



# Snyder's-Lance Acquires Stateline Service Corporation

PR Newswire

August 27, 2013 Tuesday 4:30 PM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 412 words

**Dateline:** CHARLOTTE, N.C., Aug. 27, 2013

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE), has acquired substantially all assets of Stateline Service Corporation ("Stateline"), a snack food distributor in Massachusetts. This acquisition is part of the Company's plans to continue growing and strengthening its national distribution network.

(Logo:http://photos.prnewswire.com/prnh/20110411/CL80943LOGO)

"We're excited to expand our direct store delivery ("DSD") distribution network through this acquisition," said Ed Good, President of S-L Distribution Company, a subsidiary of Snyder's-Lance, Inc. "Through closer working relationships with key retailers, we expect to build on the successful business that Stateline has developed in this important geographic area. We see an opportunity to expand our DSD network, enhance service to retail customers and develop long term opportunities for our independent business owners ("IBO") in the region."

For a number of years, Snyder's-Lance, Inc. has built its DSD network through a blend of selective acquisitions and organic growth. Stateline operates a DSD distribution system and distributes Snyder's-Lance Inc.'s branded products as well as several additional partner-brand product lines. The Stateline routes will be integrated with the Company's extensive DSD network, providing a number of benefits including the ability to better service retail partners with the company's branded products while leveraging supply chain and other efficiencies. The purchase price was not disclosed.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart®, O-Ke-Doke®, and Padrinos® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, Vice President and IRO - (704) 557-8386

**Load-Date:** August 28, 2013

End of Document



# Snyder's-Lance Acquires Stateline Service Corporation

Benzinga

August 27, 2013 Tuesday 9:50 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 420 words

## Body

Aug 27, 2013 (Benzinga:http://www.benzinga.com/ Delivered by Newstex)

Snyder's-Lance (Nasdaq: LNCE[1]), has acquired substantially all assets of Stateline Service Corporation ("Stateline"), a snack food distributor in Massachusetts. This acquisition is part of the Company's plans to continue growing and strengthening its national distribution network.

"We're excited to expand our direct store delivery ("DSD") distribution network through this acquisition," said Ed Good, President of S-L Distribution Company, a subsidiary of Snyder's-Lance, Inc. "Through closer working relationships with key retailers, we expect to build on the successful business that Stateline has developed in this important geographic area. We see an opportunity to expand our DSD network, enhance service to retail customers and develop long term opportunities for our independent business owners ("IBO") in the region."

For a number of years, Snyder's-Lance, Inc. has built its DSD network through a blend of selective acquisitions and organic growth. Stateline operates a DSD distribution system and distributes Snyder's-Lance Inc.'s branded products as well as several additional partner-brand product lines. The Stateline routes will be integrated with the Company's extensive DSD network, providing a number of benefits including the ability to better service retail partners with the company's branded products while leveraging supply chain and other efficiencies. The purchase price was not disclosed.

About Snyder's-Lance, Inc. Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart®, O-Ke-Doke®, and Padrinos® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

(c) 2013 Benzinga.com. Benzinga does not provide investment advice. All rights reserved.
[1]: http://www.benzinga.com/stock/lnce#Nasdaq

**Load-Date:** August 27, 2013

End of Document

# Lance® Sandwich Crackers Launches Back to School Sweepstakes Filled with Tuition Prizes, Gift Cards and Lunch Boxes

MultiVu

August 26, 2013 Monday 7:53 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 878 words

## Body

Aug 26, 2013 (MultiVu:http://www.multivu.com Delivered by Newstex)

CHARLOTTE, N.C., Aug. 26, 2013 /PRNewswire/ -- Lance® sandwich crackers are giving parents and students more reasons to head back to school with a smile. In addition to baking a variety of great-tasting snacks with up to 6 grams of protein per serving, the leading sandwich cracker brand has launched the Lance® "Back to School" Sweepstakes to help alleviate some of the stress associated with tuition costs and school supplies.

To view the multimedia content associated with this release, please click: http://www.multivu.com/players/English/62703-lance-sandwich-crackers-back-to-school-sweepstakes/

(Photo: http://photos.prnewswire.com/prnh/20130826/MM67662)

"At Lance we have the easy part in supporting kids —making sandwich crackers filled with protein and real peanut butter or cheese," said Tom Ingram, Senior Brand Director, Bakery at Snyder's-Lance, Inc. "We applaud the parents and educators who nourish kids of all ages with essential reading, writing, math, science and critical thinking skills. The education focused sweepstakes and prizes further demonstrate our commitment to support learning and education for kids of all ages."

As part of the brand's ongoing 100th anniversary celebration, Lance® is offering parents and students an abundance of instant win and weekly prize opportunities. The online sweepstakes also features three grand prizes of $10,000 to help defray rising tuition costs. The average cost of annual tuition and fees at a four-year higher-education public institution has nearly doubled in the past ten years, according to data from the College Board.

School supply shopping is no small matter, either. The National Retail Federation estimates that families with school-age children will spend an average of $634.78 this summer on apparel, shoes, supplies and electronics in preparation for the 2013-14 school year. That's why Lance® sandwich crackers will also select a total of 200 entrants to receive a $100 Visa® gift card and another 3,500 consumers to win a limited edition Lance lunch bag during the nine-week Lance "Back to School" Sweepstakes.

Consumers can enter the contest every day through September 15, 2013 via the Lance® Facebook page or www.Happy100Lance.com. Nearly two dozen gift card winners will be announced each week, while about 55 consumers per day will win the lunch bag prize as part of the Instant Win play.

In addition to holding several sweepstakes as part of its 100th celebration, Lance has been giving consumers more to love about America's favorite sandwich cracker throughout this year.
Traveled the country in search of hungry snackers The Lance Snack Patrol team and its cars have been showing up at parks and community events across the U.S., surprising kids and adults with free sandwich crackers and fun-

filled activities. Increased the amount of whole grains in its Whole Grain sandwich crackers Each serving of Lance® Whole Grain sandwich crackers is now 51 percent whole grains and has 11 grams of whole grains per serving (previously 9 grams). All three varieties have real peanut butter, cheddar cheese or sharp cheddar cheese sandwiched between two crisp, baked crackers. Launched Xtra Fulls™ Toastchee® and Xtra Fulls™ Toasty™ These newest sandwich cracker varieties have even more of the real, whip-churned peanut butter filling which consumers love as well as up to 6 grams of protein per serving. Lance makes its own freshly-ground peanut butter in Georgia. For more information about the 100-year history of Lance® sandwich crackers or its anniversary events, visit www.lance.com.

About Lance® Sandwich Crackers Lance® sandwich crackers and Lance® Cracker Creations® are available in nearly twenty varieties, including Toastchee®, Whole Grain and the Cracker Creations® Granola, Graham and 5 Grain varieties. Each product is made with freshly-baked, crispy crackers, granola wafers or graham cracker wafers and real peanut butter, cheese, cream cheese or chocolate filling. Lance® sandwich crackers and Lance® Cracker Creations® have 0 grams trans fat, no preservatives and no high fructose corn syrup. For more information about Lance® sandwich crackers, visit the brand on social media (@LanceSnacks on Twitter, Facebook/LanceSnacks or Pinterest/LanceSnacks) or the Internet at www.lance.com.

About Snyder's-Lance Snyder's-Lance, Inc. (NASDAQ: LNCE), headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, eatsmart naturals™, O-Ke-Doke® and Grande® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Snyder's-Lance, Inc.

**Load-Date:** August 27, 2013

---

End of Document



# Lance® Sandwich Crackers Launches Back to School Sweepstakes Filled with Tuition Prizes, Gift Cards and Lunch Boxes; Sweepstakes features nearly 4,000 prizes to make the back to school transition easier for families

PR Newswire

August 26, 2013 Monday 3:30 PM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 875 words

**Dateline:** CHARLOTTE, N.C., Aug. 26, 2013

## Body

Lance® sandwich crackersare giving parents and students more reasons to head back to school with a smile. In addition to baking a variety of great-tasting snacks with up to 6 grams of protein per serving, the leading sandwich cracker brand has launched theLance® "Back to School" Sweepstakesto help alleviate some of the stress associated with tuition costs and school supplies.

To view the multimedia content associated with this release, please click:http://www.multivu.com/players/English/62703-lance-sandwich-crackers-back-to-school-sweepstakes/

(Photo:http://photos.prnewswire.com/prnh/20130826/MM67662)

"At Lance we have the easy part in supporting kids -making sandwich crackers filled with protein and real peanut butter or cheese," said Tom Ingram, Senior Brand Director, Bakery at Snyder's-Lance, Inc. "We applaud the parents and educators who nourish kids of all ages with essential reading, writing, math, science and critical thinking skills. The education focused sweepstakes and prizes further demonstrate our commitment to support learning and education for kids of all ages."

As part of the brand's ongoing 100th anniversary celebration, Lance® is offering parents and students an abundance of instant win and weekly prize opportunities. The online sweepstakes also features three grand prizes of $10,000 to help defray rising tuition costs. The average cost of annual tuition and fees at a four-year higher-education public institution has nearly doubled in the past ten years, according to data from the College Board.

School supply shopping is no small matter, either. TheNational Retail Federationestimates that families with school-age children will spend an average of $634.78 this summer on apparel, shoes, supplies and electronics in preparation for the 2013-14 school year. That's why Lance® sandwich crackers will also select a total of 200 entrants to receive a $100 Visa® gift card and another 3,500 consumers to win a limited edition Lance lunch bag during the nine-week Lance "Back to School" Sweepstakes.

Consumers can enter the contest every day through September 15, 2013 via the Lance® Facebook page orhttp://www.Happy100Lance.com. Nearly two dozen gift card winners will be announced each week, while about 55 consumers per day will win the lunch bag prize as part of the Instant Win play.

In addition to holding several sweepstakes as part of its 100th celebration, Lance has been giving consumers more to love about America's favorite sandwich cracker throughout this year.

Traveled the country in search of hungry snackers

Lance® Sandwich Crackers Launches Back to School Sweepstakes Filled with Tuition Prizes, Gift Cards and Lunch Boxes; Sweepstakes features nearly 4,000 prizes to....

TheLance Snack Patrol teamand its cars have been showing up at parks and community events across the U.S., surprising kids and adults with free sandwich crackers and fun-filled activities. Increased the amount of whole grains in its Whole Grain sandwich crackers

Each serving of Lance® Whole Grain sandwich crackers is now 51 percent whole grains and has 11 grams of whole grains per serving (previously 9 grams). All three varieties have real peanut butter, cheddar cheese or sharp cheddar cheese sandwiched between two crisp, baked crackers. Launched Xtra Fulls(TM) Toastchee® and Xtra Fulls(TM) Toasty(TM)

These newest sandwich cracker varieties have even more of the real, whip-churned peanut butter filling which consumers love as well as up to 6 grams of protein per serving. Lance makes its own freshly-ground peanut butter in Georgia.

For more information about the 100-year history of Lance® sandwich crackers or its anniversary events, visithttp://www.lance.com.

About Lance® Sandwich Crackers

Lance® sandwich crackers and Lance® Cracker Creations® are available in nearly twenty varieties, including Toastchee®, Whole Grain and the Cracker Creations® Granola, Graham and 5 Grain varieties. Each product is made with freshly-baked, crispy crackers, granola wafers or graham cracker wafers and real peanut butter, cheese, cream cheese or chocolate filling. Lance® sandwich crackers and Lance® Cracker Creations® have 0 grams trans fat, no preservatives and no high fructose corn syrup. For more information about Lance® sandwich crackers, visit the brand on social media (@LanceSnacks on Twitter, Facebook/LanceSnacks orPinterest/LanceSnacks) or the Internet athttp://www.lance.com.

About Snyder's-Lance

Snyder's-Lance, Inc. (NASDAQ: LNCE), headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, eatsmart naturals(TM), O-Ke-Doke® and Grande® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

SOURCE Snyder's-Lance, Inc.

CONTACT: Heather Woolford, (o) 410-234-2519 or (c) 410-375-2334, Heather.Woolford@GKV.com

**Load-Date:** August 27, 2013

End of Document



# THE $1 MENU TASTING

Tampa Bay Times

August 18, 2013 Sunday

Copyright 2013 Times Publishing Company All Rights Reserved

**Tampa Bay Times**
tampabay.com

**Section:** CITY TIMES; Pg. 1

**Length:** 1263 words

**Byline:** DOUG BENNETT, Times Staff Writer
**Highlight:** Trying the good, the bad and the "sourcreme."

## Body

It started out as an office joke, then turned into a dare: Eat only dollar store food, and see what happens.

All eyes fell on me, the one with a toaster oven close by at work. More gourmand than gourmet, accepting the challenge was the only way to stop the jokes: He'll eat anything.He's going to regret this.

But even a trip to culinary purgatory has its serious side. Is dollar store food really less expensive? Can it be healthy? And how does it taste?

At the Dollar Tree in Brandon, my heart sank faster than a poorly made cheesecake. Say goodbye to fresh vegetables, some dairy products and fresh protein. But there was a ray of hope: a bigger dollar store, with a decent selection of frozen and refrigerated items. Maybe this wouldn't be a food re-education camp after all.

Yet the landscape is different - obscure brands, smaller packages, a few oil-based products and some foreign-made food. Less than 20 miles from Plant City, the frozen strawberries come from China. Authentically, so do the canned mandarin oranges. The German potato salad is from upstate New York. Clam chowder hails from Pennsylvania. There's even "sourcreme" (Unreal! the label exclaims). Indeed, it's not sour cream but an oil-based "sourcreme." Lurking nearby is a bag of "American shreds," another oil-based food that resembles shredded cheese. Just don't call it cheese. They don't.

The taste

It's the first question everyone asks: So how was it? The simple answer: mostly average, with a few surprises - good and bad. Some items are just duds: nacho cheese with a chemical burn aftertaste. Honey-nut oat cereal that lacks a bold honey note. Flavorless canned chicken that is mashed into tiny bits and swimming in brine. Frozen blueberries and strawberries that are suitable only for smoothies, and barely that. Clam chowder with almost no sign of clams.

Most everything else falls into the average category. Sardines, canned tuna and chicken-flavored rice are indistinguishable from their store-brand counterparts. For some of the packaged goods, it isn't what's in the box or can, it's what's missing. Jambalaya mix lacks the traditional punch of Zatarain's. The boxed pasta salad mix offers a

thin dressing that's short on flavor. Despite being a bargain, dollar store cream cheese doesn't deliver the tang of better-known brands.

Still, there were some pleasant surprises. The $1 rib eye steak was tender with a deep, meaty flavor. Maybe it was the up to 30 percent "enhancing solution." Or the pineapple-based tenderizer. Just don't pretend you're getting a real steak. It's almost sandwich-style thin, but could be parlayed into a great cheesesteak.

Other things worth buying include peanut butter (a great bargain, and almost indistinguishable from Jif), deli-style pepper jack cheese, frozen pancakes and shelf-stable milk that rivals the refrigerated variety.

The cost

Here's where it gets tricky. To hit the $1 threshold, packages are sometimes smaller. Five mozzarella sticks for $1 is no bargain. That $1 steak seems like a steal. But at 3.8 ounces, it comes to $4.20 a pound - about the price of supermarket sirloin when it's on sale. Same goes for the 4-ounce, $1 barbecued pork patty. Supermarket pork chops can be had for less.

In the end, the value largely depends on the item. Walmart trumps the dollar stores for canned vegetables and tuna, while dollar stores have the upper hand on pantry staples such as peanut butter and cereal.

A good shopping strategy is comparing prices to package sizes, says Nan Jensen, a nutritionist with the Pinellas County Extension Office.

"People need to be aware, and be price-savvy," she says. "The unit price (at a dollar store) may be more than at Walmart."

Is it healthy?

Ask Jensen about dollar-store dining, and she admits to being intrigued. Plan in advance, shop carefully and take a few extra steps and it becomes doable. Don't look askance at boxed milk, she says. Nutritionally, it's mostly equal to the refrigerated variety.

"Honestly, I don't think there's a big difference between store brands and what you'd find in the dollar store," Jensen says.

Still, there are adjustments. Canned meat and fish should be rinsed to clear out excess sodium, Jensen suggests. Spices are inexpensive, but might lack the usual punch, she says. Go for frozen vegetables because, Jensen says, they can be slightly more nutritious and typically have less sodium than canned varieties. (The Canned Food Alliance points to a study published by the University of California at Davis that shows that fresh, frozen and canned fruits and vegetables may be nutritionally similar by the time they're eaten. The Alliance also funded the study.)

And then there's a mental hurdle for some shoppers: unfamiliar brands and foreign-made food. Of all the foreign food imported to the United States each year, just 2.3 percent of it undergoes inspection, according to the U.S. Food and Drug Administration.

For shoppers, Jensen suggests a hybrid approach. Get to know the true bargain items at the dollar stores, and augment them with items from the grocery store and farmers markets.

"It's perfectly fine to incorporate (dollar store food) into meals," she says. "If you compare it label to label (with regular brands), you probably won't see a huge difference."

Doug Bennett can be reached at dbennett@tampabay.com or (813) 226-3371.

* * *

Tale of the (register) tape

## THE $1 MENU TASTING

Among 27 selected items, dollar stores were less expensive on a per-unit basis than Walmart Supercenter on 16 items. Walmart charged less for nine of the items. Prices were the same on two items. (Note: Prices as of July 31 at Dollar Tree in Brandon; Aug. 1 at Family Dollar in Riverview; and Aug. 15 at Walmart Supercenter, Gibsonton.)

* * *

Dollar menu

Day 1

Breakfast: honey-nut scooters, shelf-stable milk, frozen fruit, coffee

Lunch: clam chowder, canned green beans

Dinner: chicken stir-fry (canned chicken, canned stir-fry vegetables, rice)

Day 2

Breakfast: bagel, cream cheese, frozen fruit

Lunch: canned jambalaya, mandarin oranges

Dinner: deluxe macaroni and cheese, pork rib patty, canned corn, coffee

Day 3

Breakfast: cereal, milk, bagel, mandarin oranges

Lunch: Mongolian beef with rice (canned)

Dinner: rib eye steak, German potato salad, canned peas, coffee

Snacks: sardine sandwich, **pretzel crisps**, nacho cheese sauce, peanut butter, mozzarella sticks, tuna salad

Unexpected surprises: peanut butter, frozen pancakes, pepper jack cheese, **pretzel crisps**, pork rib patty, chicken nuggets, shelf-stable milk

Biggest disappointments: frozen blueberries and strawberries, nacho cheese sauce, canned chicken

Best deals: chocolate milk (20 ounces), cream cheese (6 ounces)

* * *

Scanning the menu

Tampa Bay Times staff writer Doug Bennett purchased and dined on a weekend's worth of groceries from area dollar stores for his review. Times staff photographer Edmund D. Fountain used a unique approach to illustrate the story - creating the images by placing the food directly on a flatbed scanner. Get an eyeful of some of his menu options.

Canned peas; German-style potato salad;preseasoned, boneless 3.5-ounce rib eye steak

TJ Farms Select frozen strawberries

Canned sardines in oil

Echo Lake Foods frozen buttermilk pancakes with Harvest Hill light syrup

Southgate Creole-style jambalaya flavored with andouille sausage, chicken and ham

THE $1 MENU TASTING

Polar brand canned stir-fry vegetables

Circle Ranch frozen, fully cooked breaded nugget-shaped chicken

Old-Fashioned Bagel Shop frozen bagel with Greenbrier Farms creamy peanut butter

Island Choice canned mandarin oranges, light syrup

4-ounce boneless pork rib "pattie" in barbecue sauce, fully cooked

## Graphic

PHOTO ILLUSTRATION - Edmund D. Fountain - Times (10)

**Load-Date:** August 19, 2013

End of Document



# Snyder's-Lance Reports Results for 2nd Quarter 2013

Wireless News

August 18, 2013 Sunday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 638 words

## Body

Snyder's-Lance, Inc. reported results for its second quarter of 2013.

In a release on August 6, the Company reported that net revenue for the second quarter ended June 29, was $439 million, an increase of 9.9 percent compared to prior year net revenue of $399 million. Net income excluding special items in the second quarter of 2013 was $16.9 million, or $0.24 per diluted share, as compared to second quarter 2012 net income excluding special items of $15.0 million, or $0.22 per diluted share. Net income was $13.0 million for the second quarter of 2013, or $0.19 per diluted share, compared to net income of $19.5 million, or $0.28 per diluted share, for the second quarter of 2012. Special items for the second quarter of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense. Special items for the second quarter of 2012 included after-tax gains of $4.8 million on the sale of route businesses from the merger integration as well as after-tax expenses of $0.5 million for other merger related expenses.

"We are pleased with our performance in the second quarter of 2013 as Snyder's-Lance continues to execute on the fundamentals of our strategic plan to build a stronger, premium and differentiated snack foods company," said Carl E. Lee, Jr., President and Chief Executive Officer. "Growing our top line at 10 percent year over year through a combination of acquired and organic growth demonstrates our team is capable of winning on many fronts. Our plan of emphasizing core brands, while expanding margins for our Private Brands and other products over time, is proving to be a solid path forward for creating shareholder value. As previously discussed, we increased our investment in marketing and advertising during the second quarter to build brand awareness and drive sales in the second half of the year. During the quarter, we stepped up our advertising spending to launch a new television advertising campaign for Snyder's of Hanover pretzels. We also increased social media promotional activities for the 100-year anniversary of the Lance brand, a significant milestone for our company. We continued to benefit from our acquisition of Snack Factory **Pretzel Crisps** which posted significant year over year revenue and market share gains. Net revenue for our core branded products was up 22 percent for the second quarter, largely driven by acquired volume. In addition, all of these core brands posted market share gains for full year 2013. We expect solid sales momentum in the second half of 2013 as our core brand advertising, marketing and promotional efforts begin to influence retail sales."

Lee continued, "Ongoing consumer and marketing efforts are planned for the third quarter. We firmly believe that our strategic plan remains solid and we have a number of product innovations and initiatives for the remainder of 2013 and beyond to build our brands and expand their distribution. Snyder's-Lance is very excited about the future, and I want to thank our associates and partners for their continued commitment and dedication."

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on August 30, to stockholders of record at the close of business on August 21.

The Company has maintained its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 10 percent to 12 percent and earnings per diluted share will increase between 22 percent and 32 percent, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $78 and $83 million.

More company information,

www.snyderslance.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** August 18, 2013

---

End of Document



# Analysts' Corner Releases Research Reports on Mondelez International, Cosan, The Andersons, Universal, and Snyder's-Lance

Food & Beverage Close-up

August 15, 2013 Thursday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 793 words

## Body

Analysts' Corner announced new research reports highlighting Mondelez International, Inc., Cosan, The Andersons, Inc., Universal Corp., and Snyder's-Lance, Inc.

According to a release, research reports include:

Mondelez International, Inc. Research Report

On August 7, Mondelez International, Inc. reported its Q2 2013 financial results, posting revenue increase of 0.8 percent YoY to $8.6 billion. Net loss attributable to Mondelez International was $616 million or $0.34 per diluted share, compared to $1.0 billion or $0.58 per diluted share in Q2 2012.

Chairman and CEO, Irene Rosenfeld, said, "Faster top-line growth in emerging markets, strong volume/mix gains and increasing market shares globally drove our first-half business performance, which was in line with the expectations we outlined earlier in the year. For the second half of 2013, we expect our top-line growth to accelerate from investments in emerging markets and continued momentum on our global snacking platforms and Power Brands, despite indications of slowing category growth in key markets such as China, Brazil and Russia."

Cosan Research Report

On August 7, Cosan reported its financial results for Q2 2013. Revenue increased 427.2 percent YoY to (Brazilian Real) R$2.2 billion, while Rumo, its Logistics Operations business unit, reached R$85 million EBITDA compared to R$42.8 million in Q2 2012. Net loss was R$198 million compared to net loss of R$17.1 million in Q2 2012. Cosan informed that it has adopted IFRS 11, consequent to which Cosan's investment in Raizen will be reported under equity accounting. Cosan further stated that its fiscal year will be in line with the calendar year and for 2013, fiscal year will end on December 31, (comprising of only nine months).

The Andersons, Inc. Research Report

On August 6, The Andersons, Inc. reported its Q2 2013 financial results with revenue increase of 19.1 percent YoY to $1.6 billion. Net income was $30.7 million or $1.57 per diluted share, compared to net income of $28.5 million or $1.56 per diluted share in Q2 2012.

CEO Mike Anderson said, "We had record quarterly results in both our Rail and Ethanol groups, and strong results in our Plant Nutrient Group. The Rail Group continues to manage its railcar portfolio in a skillful manner. The 2012 drought continues to have a strong impact on our Grain Group, as was expected, and the largest impact may be seen in the third quarter. A projected record corn crop, however, should positively impact the group the last three or four months of 2013."

Universal Corp. Research Report

On August 6, Universal Corp. announced that its Board of Directors has approved a quarterly dividend of $0.50 per share on the common shares of Universal, payable on November 12, to common shareholders of record at the close of business on October 15. The Company also informed that the Board of Directors declared a quarterly dividend of $16.88 per share on the Series B 6.75 percent Convertible Perpetual Preferred Stock (Series B Preferred Stock), payable on September 16, to shareholders of record as of 5 p.m. ET on September 1. According to the Company, it will make changes in the conversion rate on its Series B Preferred Stock, with effect from the payment of the Company's common stock dividend on August 12. Universal further stated that the adjusted conversion rate on the Series B Preferred Stock will be 21.90 common shares per $1,000 of liquidation preference of Series B Preferred Stock and the new rate will be equivalent to a conversion price of approximately $45.7 per common share.

Snyder's-Lance, Inc. Research Report

On August 6, Snyder's-Lance, Inc. reported its Q2 2013 financial results with revenue up 9.9 percent YoY to $439.1 million. Net income attributable to the Company was $13.0 million or $0.19 per diluted share, compared to net income of $19.3 million or $0.28 per diluted share in Q2 2012.

President and CEO, Carl E. Lee, Jr., said, "As previously discussed, we increased our investment in marketing and advertising during the second quarter to build brand awareness and drive sales in the second half of the year."

Lee added, "We continued to benefit from our acquisition of Snack Factory **Pretzel Crisps** which posted significant year over year revenue and market share gains."

The Company also declared a quarterly cash dividend of $0.16 per share on its common stock, which is payable on August 30, to stockholders of record at the close of business on August 21. Snyder's-Lance expects 2013 net revenue and earnings per diluted share (excluding special items) will increase by 10 percent to 12 percent YoY and between 22 percent and 32 percent YoY, respectively.

More information:

www.analystscorner.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** August 15, 2013

End of Document



# Companies Announce Quarterly Results and Declare Dividends- Research Report on Mondelez International, Cosan, The Andersons, Universal, and Snyder's-Lance; Editor Note: For more information about this release, please scroll to bottom

PR Newswire

August 12, 2013 Monday 8:00 AM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 1483 words

**Dateline:** NEW YORK, August 12, 2013

## Body

Today, Analysts' Corner announced new research reports highlighting Mondelez International, Inc. (NASDAQ: MDLZ), Cosan Ltd. (NYSE: CZZ), The Andersons, Inc. (NASDAQ: ANDE), Universal Corp. (NYSE: UVV), and Snyder's-Lance, Inc. (NASDAQ: LNCE). Today's readers may access these reports free of charge - including full price targets, industry analysis and analyst ratings - via the links below.

Mondelez International, Inc. Research Report

On August 7, 2013, Mondelez International, Inc. (Mondelez International) reported its Q2 2013 financial results, posting revenue increase of 0.8% YoY to $8.6 billion. Net loss attributable to Mondelez International was $616 million or $0.34 per diluted share, compared to $1.0 billion or $0.58 per diluted share in Q2 2012. Chairman and CEO, Irene Rosenfeld, said, "Faster top-line growth in emerging markets, strong volume/mix gains and increasing market shares globally drove our first-half business performance, which was in line with the expectations we outlined earlier in the year. For the second half of 2013, we expect our top-line growth to accelerate from investments in emerging markets and continued momentum on our global snacking platforms and Power Brands, despite indications of slowing category growth in key markets such as China, Brazil and Russia." The Full Research Report on Mondelez International, Inc. - including full detailed breakdown, analyst ratings and price targets - is available to download free of charge at: [http://www.analystscorner.com/r/full_research_report/4023_MDLZ]

--

Cosan Ltd. Research Report

On August 7, 2013, Cosan Ltd. (Cosan) reported its financial results for Q2 2013. Revenue increased 427.2% YoY to (Brazilian Real) R$2.2 billion, while Rumo, its Logistics Operations business unit, reached R$85 million EBITDA compared to R$42.8 million in Q2 2012. Net loss was R$198 million compared to net loss of R$17.1 million in Q2 2012. Cosan informed that it has adopted IFRS 11, consequent to which Cosan's investment in Raizen will be reported under equity accounting. Cosan further stated that its fiscal year will be in line with the calendar year and for 2013, fiscal year will end on December 31, 2013 (comprising of only nine months). The Full Research Report on Cosan Ltd. - including full detailed breakdown, analyst ratings and price targets - is available to download free of charge at: [http://www.analystscorner.com/r/full_research_report/9a22_CZZ]

--

The Andersons, Inc. Research Report

On August 6, 2013, The Andersons, Inc. (The Andersons) reported its Q2 2013 financial results with revenue increase of 19.1% YoY to $1.6 billion. Net income was $30.7 million or $1.57 per diluted share, compared to net income of $28.5 million or $1.56 per diluted share in Q2 2012. CEO Mike Anderson stated, "We had record quarterly results in both our Rail and Ethanol groups, and strong results in our Plant Nutrient Group. The Rail Group continues to manage its railcar portfolio in a skillful manner. The 2012 drought continues to have a strong impact on our Grain Group, as was expected, and the largest impact may be seen in the third quarter. A projected record corn crop, however, should positively impact the group the last three or four months of 2013." The Full Research Report on The Andersons, Inc. - including full detailed breakdown, analyst ratings and price targets - is available to download free of charge at: [http://www.analystscorner.com/r/full_research_report/6bfc_ANDE]

--

Universal Corp. Research Report

On August 6, 2013, Universal Corp. (Universal) announced that its Board of Directors has approved a quarterly dividend of $0.50 per share on the common shares of Universal, payable on November 12, 2013, to common shareholders of record at the close of business on October 15, 2013. The Company also informed that the Board of Directors declared a quarterly dividend of $16.88 per share on the Series B 6.75% Convertible Perpetual Preferred Stock (Series B Preferred Stock), payable on September 16, 2013, to shareholders of record as of 5:00 p.m. ET on September 1, 2013. According to the Company, it will make changes in the conversion rate on its Series B Preferred Stock, with effect from the payment of the Company's common stock dividend on August 12, 2013. Universal further stated that the adjusted conversion rate on the Series B Preferred Stock will be 21.90 common shares per $1,000 of liquidation preference of Series B Preferred Stock and the new rate will be equivalent to a conversion price of approximately $45.7 per common share. The Full Research Report on Universal Corp. - including full detailed breakdown, analyst ratings and price targets - is available to download free of charge at: [http://www.analystscorner.com/r/full_research_report/254b_UVV]

--

Snyder's-Lance, Inc. Research Report

On August 6, 2013, Snyder's-Lance, Inc. (Snyder's-Lance) reported its Q2 2013 financial results with revenue up 9.9% YoY to $439.1 million. Net income attributable to the Company was $13.0 million or $0.19 per diluted share, compared to net income of $19.3 million or $0.28 per diluted share in Q2 2012. President and CEO, Carl E. Lee, Jr., said, "As previously discussed, we increased our investment in marketing and advertising during the second quarter to build brand awareness and drive sales in the second half of the year." Lee added, "We continued to benefit from our acquisition of Snack Factory **Pretzel Crisps** which posted significant year over year revenue and market share gains." The Company also declared a quarterly cash dividend of $0.16 per share on its common stock, which is payable on August 30, 2013 to stockholders of record at the close of business on August 21, 2013. Snyder's-Lance expects 2013 net revenue and earnings per diluted share (excluding special items) will increase by 10% to 12% YoY and between 22% and 32% YoY, respectively. The Full Research Report on Snyder's-Lance, Inc. - including full detailed breakdown, analyst ratings and price targets - is available to download free of charge at: [http://www.analystscorner.com/r/full_research_report/f5f2_LNCE]

----

EDITOR NOTES:

This is not company news. We are an independent source and our views do not reflect the companies mentioned. Information in this release is fact checked and produced on a best efforts basis and reviewed by a CFA. However, we are only human and are prone to make mistakes. If you notice any errors or omissions, please notify us below. This information is submitted as a net-positive to companies mentioned, to increase awareness for mentioned companies to our subscriber base and the investing public. If you wish to have your company covered in more detail by our team, or wish to learn more about our services, please contact us atpubco@EquityNewsNetwork.com

For any urgent concerns or inquiries, please contact us atcompliance@EquityNewsNetwork.com Are you a public company? Would you like to see similar coverage on your company? Send us a full investors' package toresearch@EquityNewsNetwork.comfor consideration.

COMPLIANCE PROCEDURE

Content is researched, written and reviewed on a best-effort basis. This document, article or report is prepared and authored by Equity News Network. An outsourced research services provider has, through Chartered Financial Analysts, only reviewed the information provided by Equity News Network in this article or report according to the Procedures outlined by Equity News Network. Equity News Network is not entitled to veto or interfere in the application of such procedures by the outsourced provider to the articles, documents or reports, as the case may be.

NOT FINANCIAL ADVICE

Equity News Network makes no warranty, expressed or implied, as to the accuracy or completeness or fitness for a purpose (investment or otherwise), of the information provided in this document. This information is not to be construed as personal financial advice. Readers are encouraged to consult their personal financial advisor before making any decisions to buy, sell or hold any securities mentioned herein.

NO WARRANTY OR LIABILITY ASSUMED

Equity News Network is not responsible for any error which may be occasioned at the time of printing of this document or any error, mistake or shortcoming. No liability is accepted by Equity News Network whatsoever for any direct, indirect or consequential loss arising from the use of this document. Equity News Network expressly disclaims any fiduciary responsibility or liability for any consequences, financial or otherwise arising from any reliance placed on the information in this document. Equity News Network does not (1) guarantee the accuracy, timeliness, completeness or correct sequencing of the information, or (2) warrant any results from use of the information. The included information is subject to change without notice.

SOURCE Analysts' Corner

CONTACT: Joe Thomas; +1-310-496-8071 (North America)

**Load-Date:** August 13, 2013

---

End of Document



# Snyder's-Lance Posts Results for 2nd Quarter 2013

Entertainment Close-up

August 9, 2013 Friday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 638 words

## Body

Snyder's-Lance, Inc. reported results for its second quarter of 2013.

In a release on August 6, the Company reported that net revenue for the second quarter ended June 29, was $439 million, an increase of 9.9 percent compared to prior year net revenue of $399 million. Net income excluding special items in the second quarter of 2013 was $16.9 million, or $0.24 diluted share, as compared to second quarter 2012 net income excluding special items of $15.0 million, or $0.22 per diluted share. Net income was $13.0 million for the second quarter of 2013, or $0.19 per diluted share, compared to net income of $19.5 million, or $0.28 per diluted share, for the second quarter of 2012. Special items for the second quarter of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense. Special items for the second quarter of 2012 included after-tax gains of $4.8 million on the sale of route businesses from the merger integration as well as after-tax expenses of $0.5 million for other merger related expenses.

"We are pleased with our performance in the second quarter of 2013 as Snyder's-Lance continues to execute on the fundamentals of our strategic plan to build a stronger, premium and differentiated snack foods company," said Carl E. Lee, Jr., President and Chief Executive Officer. "Growing our top line at 10 percent year over year through a combination of acquired and organic growth demonstrates our team is capable of winning on many fronts. Our plan of emphasizing core brands, while expanding margins for our Private Brands and other products over time, is proving to be a solid path forward for creating shareholder value. As previously discussed, we increased our investment in marketing and advertising during the second quarter to build brand awareness and drive sales in the second half of the year. During the quarter, we stepped up our advertising spending to launch a new television advertising campaign for Snyder's of Hanover pretzels. We also increased social media promotional activities for the 100-year anniversary of the Lance brand, a significant milestone for our company. We continued to benefit from our acquisition of Snack Factory **Pretzel Crisps** which posted significant year over year revenue and market share gains. Net revenue for our core branded products was up 22 percent for the second quarter, largely driven by acquired volume. In addition, all of these core brands posted market share gains for full year 2013. We expect solid sales momentum in the second half of 2013 as our core brand advertising, marketing and promotional efforts begin to influence retail sales."

Lee continued, "Ongoing consumer and marketing efforts are planned for the third quarter. We firmly believe that our strategic plan remains solid and we have a number of product innovations and initiatives for the remainder of 2013 and beyond to build our brands and expand their distribution. Snyder's-Lance is very excited about the future, and I want to thank our associates and partners for their continued commitment and dedication."

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on August 30, to stockholders of record at the close of business on August 21.

The Company has maintained its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 10 percent to 12 percent and earnings per diluted share will increase between 22 percent and 32 percent, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $78 and $83 million.

More company information,

www.snyderslance.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** August 9, 2013

End of Document



# Snyder's-Lance Reports Results for 2Q 2013

Food & Beverage Close-up

August 9, 2013 Friday

Copyright 2013 Close-Up Media, Inc. All Rights Reserved



**Length:** 630 words

## Body

Snyder's-Lance, Inc. reported results for its second quarter of 2013.

In a release on Aug. 6, the Company said that net revenue for the second quarter ended June 29, was $439 million, an increase of 9.9 percent compared to prior year net revenue of $399 million. Net income excluding special items in the second quarter of 2013 was $16.9 million, or $0.24 per diluted share, as compared to second quarter 2012 net income excluding special items of $15.0 million, or $0.22 per diluted share. Net income was $13.0 million for the second quarter of 2013, or $0.19 per diluted share, compared to net income of $19.5 million, or $0.28 per diluted share, for the second quarter of 2012. Special items for the second quarter of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense. Special items for the second quarter of 2012 included after-tax gains of $4.8 million on the sale of route businesses from the merger integration as well as after-tax expenses of $0.5 million for other merger related expenses.

"We are pleased with our performance in the second quarter of 2013 as Snyder's-Lance continues to execute on the fundamentals of our strategic plan to build a stronger, premium and differentiated snack foods company," said Carl Lee, President and Chief Executive Officer. "Growing our top line at 10 percent year over year through a combination of acquired and organic growth demonstrates our team is capable of winning on many fronts. Our plan of emphasizing core brands, while expanding margins for our Private Brands and other products over time, is proving to be a solid path forward for creating shareholder value. As previously discussed, we increased our investment in marketing and advertising during the second quarter to build brand awareness and drive sales in the second half of the year. During the quarter, we stepped up our advertising spending to launch a new television advertising campaign for Snyder's of Hanover pretzels. We also increased social media promotional activities for the 100-year anniversary of the Lance brand, a significant milestone for our company. We continued to benefit from our acquisition of Snack Factory **Pretzel Crisps** which posted significant year over year revenue and market share gains. Net revenue for our core branded products was up 22 percent for the second quarter, largely driven by acquired volume. In addition, all of these core brands posted market share gains for full year 2013. We expect solid sales momentum in the second half of 2013 as our core brand advertising, marketing and promotional efforts begin to influence retail sales.

"Ongoing consumer and marketing efforts are planned for the third quarter. We firmly believe that our strategic plan remains solid and we have a number of product innovations and initiatives for the remainder of 2013 and beyond to build our brands and expand their distribution. Snyder's-Lance is very excited about the future, and I want to thank our associates and partners for their continued commitment and dedication."

Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on Aug. 30, to stockholders of record at the close of business on Aug. 21.

2013 Estimates

The Company has maintained its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 10 percent to 12 percent and earnings per diluted share will increase between 22 percent and 32 percent, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $78 and $83 million.

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** August 9, 2013

End of Document

# Q2 2013 Snyder'sLance Inc. Earnings Conference Call - Final

FD (Fair Disclosure) Wire

August 6, 2013 Tuesday

Copyright 2013  CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2013  CCBN, Inc.

**Length:** 7539 words

# Body

Corporate Participants

* Mark Carter

Snyder's-Lance Inc - VP & Industrial Relations Officer

* Carl Lee

Snyder's-Lance Inc - President & CEO

* Rick Puckett

Snyder's-Lance Inc - EVP & CFO

Conference Call Participants

* Bill Chappell

SunTrust Robinson Humphrey - Analyst

* Rohini Nair

Deutsche Bank - Analyst

* Akshay Jagdale

KeyBanc Capital Markets - Analyst

* Brett Hundley

BB&T Capital Markets - Analyst

* Thilo Breda

Jefferies & Co. - Analyst

* Amit Sharma

BMO Capital Markets - Analyst

Presentation

OPERATOR: Good morning. My name is Stephanie, and I'll be your conference operator for today. At this time I would like to welcome everyone to the Second Quarter Earnings Conference Call. All lines have been placed on mute to prevent any background noise. After speakers' remarks, there will be a question and answer session.

(Operator Instructions)

I'd like to turn the call over to Mark Carter, Vice President and Industrial Relations Officer. You may begin your conference.

MARK CARTER, VP & INDUSTRIAL RELATIONS OFFICER, SNYDER'S-LANCE INC: Thank you Stephanie, and good morning everyone. With me today are Carl Lee, our President and Chief Executive Officer, as well as Rick Puckett, Executive Vice President and Chief Financial Officer Snyder's-Lance Incorporated. During today's call, we'll discuss our 2013 second quarter results, as well as estimates for the full year. As a reminder, we're webcasting this conference call, including the supporting slide presentation on our website at www.snyderslance.com. Before we begin, I'd like to point out that during today's presentation management may make forward-looking statements about our Company's performance. Please refer to the Safe Harbor Language that's included in all of our presentations.

And I'll now turn the call over to Carl Lee, President and Chief Executive Officer, to begin management's comments.

CARL LEE, PRESIDENT & CEO, SNYDER'S-LANCE INC: Thank you Mark. Good morning, and thanks for joining our conference call today. We're excited to be here, and we're pleased with our performance in the second quarter of 2013. As you would expect, we are busy executing our strategic plan, and building our core brands through a combination of incremental marketing investments, innovative new products, and distribution gains. I'm pleased to announce we're making good progress on all of our key initiatives. We'll go into more details on these drivers of our business during the course of the call, but let's begin by turning to page 4 of the deck that was posted online.

So if you'll follow me to page 4, framing up the year and the quarter, during the first half of 2013 our EPS performance had been in line with expectations as we delivered a very solid first and second quarter combined. As we discussed during our last conference call, we invested more in marketing and advertising to build our Snyder's of Hanover and Lance brands throughout quarter two. Our EPS of $0.24 is 11% over last year, and reflects our investment in brand building activities, as we increased our spend by $0.05 to $0.06 on marketing and advertising over the first quarter run rate of this year.

For the second quarter, our overall net sales growth of 10% year-over-year is exciting, and is driven by a combination of acquired and organic sales. Our plan of emphasizing our core brand of Snyder's of Hanover, Lance, Cape Cod, and Snack Factory **Pretzel Crisps** is proving to be a solid path forward for creating shareholder value. And we're finding more and more ways to connect with the needs of our consumers with our traditional snacks. Our gluten-free pretzels, our reduced fat Cape Cod, our whole grain sandwich crackers, are just a couple examples, and they all are performing quite well. I believe the first half of 2013 shows our team is capable of winning in many ways. We are counting our blessings, and thankful for everyone's hard work to make these results possible.

Now turning to slide 5, core brands. And looking specifically at the second quarter, net revenue in our four brand products was up 22% compared to 2012, when adjusted for impact of last year's DSD conversion to and IBO or Independent Business Owners or IBO model. As you recall, we completed our DSD conversion during the second quarter of last year when we had successfully converted over 1,700 routes in just over a year's time. Our Snack Factory team has driven significant market share and ACV gains year-over-year as they expand their consumer reach and coverage. **Pretzel Crisp** continues to out pace the category finding new consumers in both established and newly activated markets. We are very pleased with the results our Snack Factory team is delivering.

Looking at performances measured by Nielsen, our sales and marketing teams have expanded market share on all four of our core brands for the past 13 weeks and also the 52 week readings. We expect our largest core brand products to have solid momentum in the back half of 2013, as our investments in advertising, marketing, and

promotions have a very positive influence on sales. We are extremely excited about the consumer response to our Snyder's of Hanover advertising campaign, and the results that we are seeing so far. Our grassroots consumer activation programs, mobile snack patrol, and digital advertising campaigns for Lance Sandwich Crackers are driving incremental trial and awareness as we celebrate our all important 100th anniversary.

Now turning to slide 6, allied and private brands. Along with partner brands, had sales up over 2% for the quarter as compared to the last year. Building on the performance we saw during Q1, we continue to improve our private brand and allied brand contribution year-over-year as we reduce the cost structure and improve sales mix.

I want to give our supply chain leaders credit for the progress they have made in improving our contribution and service across all of our plans. The private brand sales team has done a great job revamping their portfolio, as well as their sales mix to drive long term top line growth while optimizing contributions. At the same time, our DSD team have worked hard to develop new business in 2013, as they expand our distribution in small format stores, while improving channel execution and customer service.

Now turning to page 7. As planned, we increased our advertising and marketing spending in order to support long term growth on our branded items. The increased spending is directly in support of our annual plan, and has been well received by consumers and retailers. Our initiatives go even further to build our brands, as we've been equally busy working on new products. For example, here are just a few samples of what we've launched this year. Lance Xtra Fulls, Snyder's of Hanover's Reduced Fat Tortilla Chips, Cape Cod Form Stand Ranch, Jalapeno Sandwich Cracker, Snyder's [Deps], and a number of other new items for 2013. And the even better news is that for 2014, we have a very strong offering of new products ready to go. We will continue our advertising and marketing programs, which are planned for the third quarter, to support our Snyder's of Hanover Pretzels and our Lance Sandwich Crackers.

Now turning to page 8, our investment center on expanding capacity and driving additional productivity gains to support our long term plans as we've been spending as you see on CapEx but also on innovation. For example, over the course of the quarter, we combined two private brand plants in Canada into one facility that improves our cost structure and service levels. While it did create incremental costs during the quarter, it will improve overall margins and service levels going forward. Another example, we upgraded our kettle operation to expand capacity and enhance quality. During the quarter, we also had the official opening of our brand new R&D Center in Hanover. This completely new facility supports our in house consumer research, new product development, ongoing quality enhancements, and food safety. Thanks to our dedicated R&D leaders at the Hanover Center and R&D leaders across our network of plants, we are building a multi-year innovation pipeline to support our premium and differentiated line of products.

Our major [cattle] projects for 2013 are on schedule, and also on budget. The team has turned a great half in for the first year, for the first six months of the year, driving a number of major products while delivering in our planned cost savings. Our manufacturing, operations, and logistic teams have delivered great results across the supply chain, driving down cost of goods and operating expenses. Our plant leaders and associates are actively working together on productivity projects to improve planned efficiency, and improve our already great quality. Planned associates are highly engaged and eager to participate in our fund the future savings programs. We are very grateful for their enthusiasm and results. We are blessed to have such a talented team.

Balance of year, turning to page 9. Summarizing, we have a lot of good things going on here at Snyder's-Lance. Our Company-wide team is very dedicated in focusing on delivering our plans for the second half. Everyone is committed to meeting our financial goals, while we manage our cost base and drive our top line. Our marketing, innovation, and R&D teams are prepared to deliver break through new products for the grocery, mass, and convenient channels in 2014, and we're pleased with our new product performance for this year. The Snack Factory team is set to derive their aggressive growth plans as they gain distribution on their chocolate line, also closing a few remaining distribution [bards], and also continuing to capture new consumers with our in store activities. The DSD and direct sales teams have lined up a number of new initiatives for the balance of this year, with the new and established retailers to support our product portfolios and our consumer promotions. Our private brands team will

continue to make progress on their contribution through manufacturing improvements and also our new product plans.

Summarizing a little further, our results have been solid in 2013, as you look at first quarter and second quarter combined. All of our efforts are designed to help us achieve our financial goals and reach new consumers, as we drive performance and shareholder value. Snyders-Lance is a great Company that is growing and building on a solid foundation. We have accomplished a great deal so far this year, and we have a lot that we want to do through the balance of this year, and well into 2014. As always, my sincere thanks go to all team members for their dedication and hard work. I'd also like to say again, say thank you to our IBO partners and our retailers. Our future is bright, and we're all excited to continue to grow and win as we develop our great Company.

At this time, I'd like to turn it over to Rick for some further review on our financials.

RICK PUCKETT, EVP & CFO, SNYDER'S-LANCE INC: Well thanks Carl, and good morning everyone. As Carl mentioned, we're very pleased with our results in the second quarter and in the first half of this year. We look forward to more exciting things in the back half of this year.

So let's go to page 11 in your deck as we look at the break down of revenue. Consistent with our strategic focus on the branded categories, you'll see that the quarter reflects very good branded growth. There was a change in some promotional timing this year between Q2 and Q3 in some core brands, which will result in additional sales gains in Q3 as well. Branded revenue was up last year 15%, and core brands were up 22% as Carl mentioned. We will not be providing sales numbers excluding Snack Factory for competitive reasons, although positive sales growth was experienced in branded category without Snack Factory. As Carl mentioned, we gained market share in each of our core brands. The private brands revenue was up this quarter over last year, as we've now completed the optimization process that we started last year, and we now expect to see further growth going forward in this category.

Turning to page 12, looking at the six months revenue summary, a similar story, branded up almost 14% with core brands up to 22%. One thing you might notice there is, there is a negative on the other category. That's really a bulk sale last year that was not repeated this year. So other than the bulk sale, that's relatively flat year over year.

Looking at page 13, let's take some of the key financial metrics and talk to them in more detail. We talked about the revenue on the previous pages. Gross margin for the quarter was at 33.8% versus 33.2% last year. Included in this year's gross margin was a higher spend in trade of about 30 basis points. In addition, as Carl mentioned, we consolidated our Canadian facilities this past quarter, which hit our gross margin by an additional 25 basis points. The operating margins were at 6.1% versus 6.3% last year. This was driven by the higher marketing and advertising expense that Carl mentioned a few minutes ago of 90 basis points year over year. Again, the 30 basis points and 25 basis points that impacted gross margin also impacted operating margins.

The tax rate at 36.8% versus last year at 35.1%, it is possible actually that the full year tax rate will be closer to 35% versus our current rate of 36.8%. This is resulting for potential changes in our expectations of certain full year tax items. You might have also noticed, well first of all, the EPS of $0.24 verses $0.22 was increase of 11% year over year. You actually may have noticed a change in the way we speak to gains on sale of routes this year versus last year.

During the integration, we had over 1,700 routes that had to be sold with 1,300 of those routes being sold for the first time. This was not business as usual, but rather a significant gain that resulted from simply changing the Company-owned model to an IBO model. After the completion of the integration however of these routes, we moved into a normalized business environment where routes are bought and sold on a regular basis, albeit at a much less volume than what we did throughout the integration. As we turn over routes and grow our business, we will add routes by buying them back and reselling more new routes to increase our coverage. This does not result in any change in the IBO system that was put into place as part of the integration. Therefore, we treated gains last year as a special items coming out of the integration, as they were driven entirely from the change to an IBO model.

This year, gains and losses are simply the normal course of business, and are not driven by any change to any IBO model.

If we look at page 14, the first six months financial summary reflects an 8% gain year over year on revenue. Efficiency gains showing up in the gross margin year over year as we've completed the integration, and also started to consolidate some assets. As a matter of fact, the Canadian asset consolidation will not show in the numbers until starting in Q3 of this year. The operating income is up 27%. The tax rate we do expect, as I mentioned, to be closer to 35% by the end of the year, and we have it shown so far at 40% increase in EPS for the year.

Looking at page 15, cash flow from operating activities was up $30 million year over year. This was offset by capital expenditures being up a similar amount, as we are continuing to invest in innovation, quality, and capacity needs to meet our strategic plan growth initiatives. So therefore, our free cash flow on a rolling 12 month basis is similar to, although higher than last year, but similar, $28 million versus $26.5 million.

Now let's turn to the estimates on page 17. With the positive momentum in the back half of the year that Carl has spoken to, we do believe that we will achieve the full year guidance with revenue. We also expect EPS to remain strong due to our initiatives enhancing operating margins through cost reduction, asset rationalization, and continued spend optimization. And the CapEx, as you can see, has not been changed either. We expect to come in somewhere around midpoint of that range.

At this point, I'll turn it back over to Stephanie for any questions.

Questions and Answers

OPERATOR: (Operator Instructions)

Bill Chappell of SunTrust.

BILL CHAPPELL, ANALYST, SUNTRUST ROBINSON HUMPHREY: Good morning.

RICK PUCKETT: Good morning Bill.

CARL LEE: Morning Bill.

BILL CHAPPELL: All right. Just first a question on talking about when you talk about the promo shift and also kind of on the new products and overall step up on advertising and marketing. I know you had said a lot of things would be rolled out this Summer and promotions will be stepped up. So how should we look at 2Q verses 3Q in terms of are we still on an upward trend? Do we still have more new products to roll out? Or are we -- is everything now in the market and you're at the levels you would expect for the rest of the year?

CARL LEE: I appreciate the question. I think that to answer it a couple different ways. Number one, we do have a few new products still rolling out this Summer. In the Summer time frame you can roll out products to your up and down the street accounts, your C-store accounts, the Summer is actually a good cycle with them seeing increased consumer drive to bring in some excitement for the retailers and the consumers. So we've got some positive things happening there. But also, we're very pleased with what we're seeing so far on our Snyder's of Hanover TV advertising. And we saw some good results when we initiated it in the second quarter. We're continuing it through third quarter, and we expect some continued momentum from that.

And then we also are very happy with the grass root activity that we've got with Lance Sandwich Cracker that's running all Summer and into the latter part of this year. So I think to your point, it's more around long-term brand building as we carry out a few new items, as we also focus on advertising so we reach new consumers with our great products, and really reach out in some cases and touch consumers right wherever they may be by putting our great sandwich crackers in their hands through our [field] [patrol]. So, there's a lot of activity and a lot of momentum as far as executing.

BILL CHAPPELL: Okay. And just maybe tying into that, can you give us any color on kind of West Coast or West of the Mississippi efforts? Have you been looking at new routes for new gains there that kind of give you some encouragement? And then one for Rick, just as I look at the tax rate for the back half, will there be a catch up in one quarter versus the next, or would you expect that to be pretty even for both quarters? Thanks so much.

CARL LEE: Dealing first of all Bill with your question about the West, we're very encouraged. We are blessed to have a very good and very capable talented team out there who's working day in and day out to drive our business, and making very good strides on both our distribution, our execution, supporting our national accounts that are out there. We're very optimistic about what we're seeing on the East and the West. But I think we're achieving what we would expect to be at this point as far as developing business out West. I'll turn it over to Rick now.

RICK PUCKETT: Yes and then Bill, your question on the tax rate, I think what you will find in Q3 is a similar tax rate somewhere around 37% or so for Q3, and then if we're able to get it 35% it would be a catch up in the fourth quarter.

BILL CHAPPELL: Great. Thanks for the color.

CARL LEE: Thank you.

OPERATOR: Rohini Nair of Deutsche Bank.

ROHINI NAIR, ANALYST, DEUTSCHE BANK: Thank you. Good morning everyone.

RICK PUCKETT: Hello Rohini.

CARL LEE: Good morning.

ROHINI NAIR: Just wanted to ask about the core brand. So you had mentioned that you didn't want to break out what the core brand growth was ex acquisitions for competitive reasons. But if I try to back it out based on what we've been seeing out of data, it looks like the core brand ex Snack Factory were up maybe low single digits or so at best. I just wanted to know if I'm thinking about that right. And that seems like a deceleration from the first quarter, and even what we saw in 2012. So, just wondering if you could give color around that. I know you talked about the promotion, but it does seem like a slow down versus what we would expect to see at this point.

RICK PUCKETT: Yes Rohini, I would say that your assumptions are probably pretty close. As you look at even our peer group, I think it's pretty much in line with what we're seeing across our peer group.

ROHINI NAIR: But though, I guess when you talk about your core brands mid to high single digits seems to be the long-term aim that you're looking at for those brands. So is it below what you had hoped to see at this point? Is the advertising maybe not kicking in as you thought it might by this point?

CARL LEE: I think quite the contrary. I think that we're seeing very nice lifts with our advertising on our two major core brands. We've got other activity on Cape Cod that we're also happy with, some additional activity coming out the balance of year there. And so, I think as we're choosing not to break it out because it won't be long before we will not have overlap with Snack Factory. So we're trying to get ahead of that. But I think I'm very pleased with what I'm seeing on all of our core brands, and pretty much where we would expect. And as we just continue to invest in the brands with the advertising and marketing in new products, we've got a long runway with all of them. And I think we'll continue to achieve that.

ROHINI NAIR: Okay, great. And maybe for Rick, could you update us on the commodity cost outlook, what you're thinking of for 2013?

RICK PUCKETT: Well we are seeing commodities moderate a bit going into 2014. The weather and throughout the growing areas have been somewhat favorable this year, so. But again, the commodity costs are not to a level historically that we would call low, for sure. They're still moderately high. So we have some positive thoughts

around commodities going into next year, and I hope everyone else does because it does in fact (inaudible) inflation.

ROHINI NAIR: Great. And lastly if I could, just the guidance. If I could just ask about the range, what is keeping you from narrowing the range at this point? We're halfway through the year. It seems like you might have a better sense of, as you said, the commodity environment and some of the other input. So where is the uncertainty still?

RICK PUCKETT: Yes, I think there's very little uncertainty. Very little, don't take that literally, but there's always -- there's six months to go, right? But we do feel very comfortable with the EPS guidance. The revenue guidance is we believe still very solid as well. I think if there's a risk, it would be on the top line based on where the economic environment is today. But we still believe with all the things we have going that we'll be able to meet our guidance. After six months, one might say I could reduce the range a bit. But I will certainly make that happen at the end of Q3 when we know a little bit more.

ROHINI NAIR: Okay. Great. Thank you. I'll pass it on.

OPERATOR: Akshay Jagdale of KeyBanc.

AKSHAY JAGDALE, ANALYST, KEYBANC CAPITAL MARKETS: Good morning.

CARL LEE: Hello Akshay.

AKSHAY JAGDALE: Hello. I just wanted to follow up on the organic sales growth question on the core brands. Can you get a little bit into what's exciting about what are you seeing that is encouraging on your brand support and your core brands? Because in the reported numbers, we're seeing obviously a deceleration and below your long-term growth rate. So help us understand what you're seeing that we're not seeing.

CARL LEE: I think it's clear to me, and I'll be glad to share with you. I'm seeing the response from our advertising. We've got some great brands, but we have never been able to invest at the levels we're investing at right now. And one of the benefits of bringing these two great companies together, we're to have the scale to be able to continue to build our very strong core brands. And so, why I can't share with you, but the response we're seeing from our TV advertising on our pretzel pieces, hopefully you've seen that in Atlanta, is very encouraging. And we've got a long chance to continue to build our household penetration and reach some new consumers there.

The activity and excitement that we see when we go to a local kind of grassroots effort where there's a big national race or some other big event in one of our major cities with our snacks patrol on Lance Sandwich Crackers, and we have that personal interaction with the consumers, we see an admiration for our brand. And a clear commitment to our brands. So we're seeing all of that, and we continue to be very encouraged by it. I think we all know that the overall economy is what it is, and we're focused on just making sure that whatever hand we get dealt, we're going to continue to invest in our brands and then continue to grow them. So, the second quarter we're pleased. Third quarter we are looking for a little bit more momentum, and we'll continue to see innovation kick in more and more as we go through the balance of the year as well.

AKSHAY JAGDALE: So in other words, should we expect an acceleration in the next quarter for these core branded organic growth, or what you're saying is that you already saw an acceleration perhaps in your share gains and the market just slowed down significantly?

CARL LEE: Yes, I think you're bringing up a good point. To be able to say that we've gained share year to date on all of our core brands, is a very significant and very important statement. So obviously, we're committed to growing our brands, and because of our leadership in each of the categories we've got to continue to drive the innovation that's going to pick up the entire category. So if we have an opportunity right now as to what the overall category performance and as we do that, we would expect to continue to get a little bit more growth for our brand.

AKSHAY JAGDALE: That's helpful. And then just on the margin, I just wanted to ask a couple of questions on margins. Sequentially, why did gross margins come down? I understand that you spending more on SG&A, as far

as the advertising goes, but you had sort of your gross margin in the 34.5% range for the last couple of quarters. I'm wondering why it came down from the first quarter into the second quarter.

RICK PUCKETT: Well I'll tell you we spent quite a bit more on trade activities in the second quarter versus the first quarter. And that drove a lot of that differential, plus obviously the one time items that I mentioned a few minutes ago. But manufacturing continues to perform extremely well, and there's some consolidating activities on the Canadian facility. Certainly although planned in terms of our own internal benchmarks, were a significant change quarter over quarter.

AKSHAY JAGDALE: So how should we think of the progression of the gross margin sequentially from here? That's the first question.

RICK PUCKETT: Yes, I think what you'll see is the gross margins go back towards the Q1 gross margins as we move throughout the rest of the year. Because the one time costs are essentially behind us. We do believe with our advertising and our other efforts that we will be able to spend trade more effectively or in a more optimized way. So I think that we'll find gross margins go back towards where they were in the first quarter.

AKSHAY JAGDALE: And what was the promotion that -- where did you spend these promotional dollars? Can you give us some color on that, and how did those promotions perform?

RICK PUCKETT: He's talking about the overlap. I think, so --

CARL LEE: Yes, a couple things that we did. We launched our new Lance Xtra Fulls that we're very excited about, because it gives our consumers exactly what they've been asking for and it's more peanut butter. And we had additional promotional support behind it. And we're meeting our forecast on the sales for that new item already. So that's just one example actually of some of the areas that we probably spent a little bit more this year than we did last year.

RICK PUCKETT: And actually, the promotion change that I mentioned year over year is really we had a movie tie in in Q2 of last year that we did not have this year. And we pushed that into Q3 of this year.

AKSHAY JAGDALE: And so that would reduce the rate of promotion, right? So why would that impact negatively impact gross margins this quarter?

RICK PUCKETT: Well, I'm not talking about -- I'm just talking about the overall -- (multiple speakers)

AKSHAY JAGDALE: All right. That's fine. Just one last one on the M&A environment. Can you just of course just give us a sense of is the accretion on Snack Factory still tracking at the levels you had guided to, or above? Or give us a sense of that. And then your appetite for the acquisitions and sort of what you're seeing in the space in general in terms of activity and multiples.

RICK PUCKETT: Go ahead.

CARL LEE: I appreciate the question Akshay. I wish you could see me smiling as we think about the performance of our Snack Factory team. So we are very pleased with that acquisition. And we've had a chance to share with the in the past, it was multiple, multiple reasons why that was a very important strategic acquisition for us. And we're very fortunate to have it in our portfolio. So, we're very pleased with that one, and see that as long-term driver of our growth, not only for the category but what it brought us for is other abilities to create new business force going forward.

And I'll also let Rick jump in here, but as far as M&A, I think our very first priority is organic growth. Considering the potential we see with our current brands, including Snack Factory, we've got a lot of work ahead of us and a lot of growth potential there. Having said that, we're always open to considering very strategic new opportunity, and one that would bring some of the same benefits with that we saw with Snack Factory, and we're going to be very careful to make sure that we really analyze what we're buying and why. So again, the appetite is there, but we're going to be very cautious and careful as to what we go after.

AKSHAY JAGDALE: Great. I'll pass it on. Thank you.

OPERATOR: Brett Hundley of BB&T Capital Markets.

BRETT HUNDLEY, ANALYST, BB&T CAPITAL MARKETS: Hello. Good morning gentlemen.

RICK PUCKETT: Hello Brett.

CARL LEE: Morning.

BRETT HUNDLEY: Rick, can you quantify the change in the promo timing from a top line standpoint?

RICK PUCKETT: Not really Brett, because it hasn't happened yet in Q3. So it might be something we can talk to at the end of Q3.

BRETT HUNDLEY: Okay. But you're saying you expect a lift in your branded sales growth in Q3 relative to Q2.

RICK PUCKETT: Yes. It's one of the things that is driving the increased growth rate, if you will, in the back half of the year. So, it's a small piece relative to all the other things that Carl mentioned. But it still is a piece.

BRETT HUNDLEY: Okay. And then I wanted to go back to the focus on your core brands ex Snack Factory, and Carl really your confidence that comes behind what you expect in the back half. And you've noted a number of things. And I guess I just wanted you to see if you can give further clarity on that confidence, because when we look across the industry we see a lot of companies pouring capital into innovation, advertising, spend, et cetera. And so I guess I just wanted to get some commentary on what gives you confidence along side that, particularly with a tougher consumer environment. But really what sets Lance apart in that regard?

CARL LEE: Brett, I appreciate the question. And I think that you're absolutely right. This continues to be a very tough consumer environment out there. It's also a very tough environment for our retailers. And lots of people have innovation. I would agree with everything that you said.

I think the that key there is we've had brands that over time have not been able to advertise as much or promote as much or reach out to consumers as much as we have. But again, because of our new scale we're able do that. So we're going continue to do that. We think our innovation is going to continue to take hold for the back half of the year. And so it also boils down to the fact that we've got a very dedicated group of IBOs that we are incentivizing more and more to drive their business, and grow their independent business, and in the process grow ours.

And so I think that it boils down to our team and desire to win, and our desire to execute, and the ability to begin to support our brands. Going back to what Akshay said earlier, our categories are under pressure. And there's no doubt about that. And so, while we're lifting up our brand, we're trying to lift up the categories. So we're encouraged, but we do have some heavy lifting going forward.

BRETT HUNDLEY: Okay. So I guess out of your core branded sales growth then, what do you attribute to cross selling opportunities, versus innovation, versus faster turns? Is innovation still the clear leader in sales growth there?

CARL LEE: It's a key driver. But to your point, it takes the whole equation working together. It's ACV gains, which we've been able to achieve. And our ACV is up on our brand, especially the ones that we've taken West into California. But it's also then it's the display execution at store level. It's making sure you reach the right price points, you've got the right shelf space. So it's the overall retail execution, as I call it. And when you get that equation right and then you throw on top of it some innovative news and some really neat consumer events, that's when you begin to hit your running path.

BRETT HUNDLEY: Okay. And then just lastly on margins, very quickly, is the $15 million to $20 million in commodity headwinds for 2013, is that still a good number?

CARL LEE: For 2013 or 2014?

BRETT HUNDLEY: For '13.

CARL LEE: From last year, yes, I think so. That's kind of what we had said coming into this year, and it's no different. So, it's coming pretty much as we expected.

BRETT HUNDLEY: Okay. And so given the outlook for commodity costs into 2014, some of the capital projects that you guys have put in place, is it feasible for operating margins to be above 10% in 2014? Can you talk about kind of the puts and takes as you think about margin expansion into 2014? Because I think it's been important for a lot of the packaged foods players as far as thinking about margin expansion into next year. You guys have a nice story with your potential top line or continued top line growth happening. And so I'm just trying to understand how margins evolve into 2014 as well.

RICK PUCKETT: Yes. What we've said in the past Brett, is that we do believe we can get to the 10% margins, not necessarily by the end of 2014, but certainly in 2015 and on a run rate basis there. So that really hasn't changed. We've stated that pretty specifically and consistently all along. So we're methodically going through our strategic plan and doing the things we've said we were going do. The Canadian consolidation is an example of that. That we just finished the whole optimization of the private brands part of business is an example of that. We'll continue to pick off those things.

The Allied brands have been improved in terms of pricing, in terms of packaging, in terms of quality, also in terms of distribution. The distribution gains that Carl just mentioned on core brands, will help drive that. All of those things will continue to drive margins as we get better leverage in our facilities, and get the better capacity innovation in some of our [salty] plants. So with that, we'll methodically move towards the 10% number, and we don't see the timing changing at this point from what we originally stated.

BRETT HUNDLEY: Okay. Great. Thank you very much.

OPERATOR: [Thilo] [Breda] of Jefferies.

THILO BREDA, ANALYST, JEFFERIES & CO.: Good morning everybody.

CARL LEE: Good morning.

THILO BREDA: Carl, you completed the IBO conversion a year ago. All the benefits that you're getting from it with the year under your belt now, are the benefits what you expected they would be, and are there more benefits to come?

CARL LEE: I think that I give our team a lot of credit. Because it's a tremendous amount of work to be able to convert from the conventional routes to IBO in the speed that we did. So I'm very thankful for our team's ability to execute. But I'm even more thankful for the fact that they delivered everything that they said they we're going to deliver. So when it came down to reaching our expectations on savings, improvements, better operations, things like that, our team has come through. So I think most of those gains are behind us.

We'll continue to enjoy the benefit of better execution, because of the independent nature of the IBOs and them sharing in the benefit of them growing their routes. So we won't expect any significant financial savings. We just expect to be able to build, continue the drive the that growth we're looking for. Excuse me.

THILO BREDA: So would an acceleration of your organic growth rate that wouldn't be driven by further IBO benefits it would be more driven by increased trade spending?

CARL LEE: No, I wouldn't say so. I think that it's really a combination. The IBOs are incentivized to continue to grow their routes and grow our business as quickly as they can, so you take that as your foundation and then you add on top of that some marketing support, some innovation, some ACV gains, and things like that that it all begins to tie

together. So it really takes a combination of factors. But when you tie it together, it really works out for the opportunity to maximize the potential to the top line.

THILO BREDA: Okay. And what changed in the competitive environment for Snack Factory that you're not willing to break out the organic versus non-organic growth for the branded business anymore?

RICK PUCKETT: Yes, I wouldn't say that anything has changed dramatically. Although there is a bit more competition in that space, and therefore we're just being cautious.

CARL LEE: And I would say it's got nothing do with the competition. If you take a look at our ACV gains over the last six months, you take a look at the year over year growth even comparing it to prior to us owning it, and you take a look at our market share, we're ramping up. We're not by any means in any way doing anything other than that. So I think it's just our approach to be able to that say sooner or later we won't have those numbers to report as incremental, so there's no need to break them out the last quarter before we roll over that year mark.

THILO BREDA: Okay. So has the organic growth rate for the Company as a whole, has that accelerated from the first quarter?

RICK PUCKETT: I think it has. We are at 9.9%. Well organic rate, we haven't provided, so I wouldn't answer that one then. But overall, it has because we're doing quite well on Snack Factory and other branded products. Plus private brands has turned around and some other things.

THILO BREDA: Okay. Thanks a lot.

CARL LEE: Thank you.

OPERATOR: (Operator Instructions)

Amit Sharma from BMO Capital Markets.

AMIT SHARMA, ANALYST, BMO CAPITAL MARKETS: Hello. Good morning everyone.

RICK PUCKETT: Hello Amit.

CARL LEE: Good morning.

AMIT SHARMA: Carl, you talked about increasing distribution as one of the drivers of accelerated growth in the back half. Can I go back and over the last 12 months after new distribution that year perceives inside your conversion, is there any metric to look at internally? How much of that extra shelf space you held out? And how much has been given back? Or is there any way to think about it?

CARL LEE: That's not really the way we approach it. I think that the clear measure there for us is our ACV gains year over year. So we look at our all commodity volume and our distribution is a measure there. And when you take a look at that, we picked up space for our new items as we moved out West and we're continuing to come behind those with some additional support to make sure that we keep velocity on the shelves turning for us. So, we've picked up space. We're very fortunate and very blessed with it, and have not given and space back. So it's just a matter of brick by brick continuing to build our brands in their new markets.

AMIT SHARMA: Got it. That's encouraging. And then as we look at advertising for this quarter you said $0.04 or $0.05 in fact, Rick what's your trajectory for the next two quarters? Should we expect a similar impact on EPS from high advertising expense?

RICK PUCKETT: Yes I think what we should expect in the back half is probably a $0.03 more spend in the second six months versus the first six months.

AMIT SHARMA: $0.03, okay. Okay. And then overall, I think people what people are trying to ask, at least what I would like to know about the IBO conversion is clearly the cost synergies are already achieved, but on the revenue synergy side, are there more opportunities? Or are you finding more opportunities from that conversion, or those are also pretty much realized at this point?

CARL LEE: I think just ongoing we're going to continue to have some positive opportunities there. I think that we've still got a lot of C-stores to get into, a lot of mom and pops, a lot of cash accounts. The IBOs, you know those accounts much better than we do as they work their local market. So there's a strong incentive for them to get in there and open those accounts, because it's all incremental growth for them. And so as you incentivize them and then also make sure that we support them, because we've got a very strong national sales force of district managers, zone managers, account managers out there who I'm very proud of working day in and day out with all the accounts we'll just continue to leverage both of those for some new distribution going forward.

AMIT SHARMA: All right. And one final question is the Canadian consolidation, will it have meaningful impact on EPS or operating numbers in the back half?

RICK PUCKETT: That's one of the drivers that was originally planned in our guidance on it. So yes, it will contribute.

AMIT SHARMA: Okay.

RICK PUCKETT: In the back half.

AMIT SHARMA: Are you able to talk about it Rick how much is that?

RICK PUCKETT: I'd rather not, because of the sensitivity of the location and everything else. So --

AMIT SHARMA: And it was already included in your guidance.

RICK PUCKETT: It is.

AMIT SHARMA: Okay. Great. Thank you.

OPERATOR: And there are no further questions at this time. I would like to turn the call over to Carl Lee, Chief Executive Officer for closing remarks.

CARL LEE: Well we're real excited that everyone had a chance to join us this morning. We appreciate the questions. We also really value your time, and our relationship with each of you. We're very pleased with the second quarter. We would encourage all of us to take a look at the first half of the year, and then also look at 2013 as a total year, because we're really focused on the long-term growth of our Company.

We're going to continue to invest in our brands. We're going to continue to invest in our people. And we're building a Company here for the long-term. So again, thanks very much for your time. And we appreciate your interest in our great Company. Have a great day.

OPERATOR: And this does conclude today's conference call. You may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or

incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** August 10, 2013

End of Document



# Snyder's-Lance, Inc. Reports Results for Second Quarter 2013; -- Reports 2013 second quarter net revenue of $439 million, an increase of 9.9% over prior year

PR Newswire

August 6, 2013 Tuesday 6:00 AM EST

Copyright 2013 PR Newswire Association LLC All Rights Reserved

**Length:** 2328 words

**Dateline:** CHARLOTTE, N.C., Aug. 6, 2013

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today reported results for its second quarter of 2013. Net revenue for the second quarter ended June 29, 2013 was $439 million, an increase of 9.9% compared to prior year net revenue of $399 million. Net income excluding special items in the second quarter of 2013 was $16.9 million, or $0.24 per diluted share, as compared to second quarter 2012 net income excluding special items of $15.0 million, or $0.22 per diluted share. Net income was $13.0 million for the second quarter of 2013, or $0.19 per diluted share, compared to net income of $19.5 million, or $0.28 per diluted share, for the second quarter of 2012. Special items for the second quarter of 2013 included after-tax expenses of $1.2 million for impairment charges and $2.7 million for a substantial self-funded medical expense. Special items for the second quarter of 2012 included after-tax gains of $4.8 million on the sale of route businesses from the merger integration as well as after-tax expenses of $0.5 million for other merger related expenses.

(Logo:http://photos.prnewswire.com/prnh/20110411/CL80943LOGO)

Comments from Management

"We are pleased with our performance in the second quarter of 2013 as Snyder's-Lance continues to execute on the fundamentals of our strategic plan to build a stronger, premium and differentiated snack foods company," commented Carl E. Lee, Jr., President and Chief Executive Officer. "Growing our top line at 10% year over year through a combination of acquired and organic growth demonstrates our team is capable of winning on many fronts. Our plan of emphasizing core brands, while expanding margins for our Private Brands and other products over time, is proving to be a solid path forward for creating shareholder value. As previously discussed, we increased our investment in marketing and advertising during the second quarter to build brand awareness and drive sales in the second half of the year. During the quarter, we stepped up our advertising spending to launch a new television advertising campaign for Snyder's of Hanover® pretzels. We also increased social media promotional activities for the 100-year anniversary of the Lance® brand, a significant milestone for our company. We continued to benefit from our acquisition of Snack Factory® **Pretzel Crisps**® which posted significant year over year revenue and market share gains. Net revenue for our core branded products was up 22% for the second quarter, largely driven by acquired volume. In addition, all of these core brands posted market share gains for full year 2013. We expect solid sales momentum in the second half of 2013 as our core brand advertising, marketing and promotional efforts begin to influence retail sales."

Mr. Lee continued, "Ongoing consumer and marketing efforts are planned for the third quarter. We firmly believe that our strategic plan remains solid and we have a number of product innovations and initiatives for the remainder of 2013 and beyond to build our brands and expand their distribution. Snyder's-Lance is very excited about the future, and I want to thank our associates and partners for their continued commitment and dedication."

Snyder's-Lance, Inc. Reports Results for Second Quarter 2013; -- Reports 2013 second quarter net revenue of $439 million, an increase of 9.9% over prior year

## Dividend Declared

The Company also announced the declaration of a quarterly cash dividend of $0.16 per share on the Company's common stock. The dividend is payable on August 30, 2013 to stockholders of record at the close of business on August 21, 2013.

## 2013 Estimates

The Company has maintained its estimates for the full year 2013. The Company estimates that its net revenue for the full year 2013 will be up 10% to 12% and earnings per diluted share will increase between 22% and 32%, excluding special items, compared to 2012. Capital expenditures for 2013 are projected to be between $78 and $83 million.

## Conference Call

Snyder's-Lance, Inc. has scheduled a conference call and presentation with investors at 9:00 am eastern time on Tuesday, August 6, 2013 to discuss financial results. To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers. A continuous telephone replay of the call will be available between 1:00 pm on August 6 and midnight on August 13. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 21891279. Investors may also access a web-based replay of the conference call at http://www.snyderslance.com.

The conference call and accompanying slide presentation will be webcast live through the Investor Relations section of the Company's website, http://www.snyderslance.com. In addition, the slide presentation will be available to download and print approximately 30 minutes before the webcast at        http://www.snyderslance.com.

## About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, **Pretzel Crisps**®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart®, O-Ke-Doke®, and Padrinos® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-E

## Cautionary Information about Forward Looking Statements

This news release contains statements which may be forward looking within the meaning of applicable securities laws. The statements include projections regarding future revenues, earnings and other results which are based upon the Company's current expectations and assumptions, which are subject to a number of risks and uncertainties. Factors that could cause actual results to differ include: general economic conditions; increases in cost or availability of ingredients, packaging, energy and employees; price competition and industry consolidation; loss of major customers or changes in product offerings with significant customers; successful integration and realization of anticipated benefits of acquisitions; loss of key personnel; ability to execute strategic initiatives; product recalls and concerns surrounding the quality or safety of products and ingredients; adulterated or misbranded products; disruptions to our supply chain or information technology systems; improper use of social media; changes in consumer preferences; distribution through independent business owners; inability to maintain existing markets or expand to other geographic markets; protection of trademarks and other proprietary intellectual rights; impairment in the carrying value of goodwill or other intangible assets; food industry and regulatory factors; interest rate and foreign exchange rate risks; and the interests of significant stockholders may conflict with those of other stockholders, which have been discussed in greater detail in our most recent Form 10-K and other reports filed with the Securities and Exchange Commission. Except as required by law, the Company undertakes no

obligation to update or revise publicly any forward-looking statement as a result of new information, future developments or otherwise.

SNYDER'S-LANCE, INC. AND SUBSIDIARIES

Condensed Consolidated Statements of Income (Unaudited)

For the Quarters and Six Months Ended June 29, 2013 and June 30, 2012

(in thousands, except per share data)

| | Quarter Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 29, 2013 | June 30, 2012 | June 29, 2013 | June 30, 2012 |
| Net revenue | $ 439,051 | $ 399,400 | $ 857,623 | $ 792,243 |
| Cost of sales | 293,081 | 267,482 | 566,857 | 532,942 |
| Gross margin | 145,970 | 131,918 | 290,766 | 259,301 |
| Selling, general and administrative | 123,504 | 100,649 | 234,500 | 218,352 |
| Impairment charges | 1,900 | 127 | 1,900 | 127 |

## Snyder's-Lance, Inc. Reports Results for Second Quarter 2013; -- Reports 2013 second quarter net revenue of $439 million, an increase of 9.9% over prior year

| | | | |
|---|---|---|---|
| Gain on sale of route businesses, net | (1,482) | (10,882) | (1,592) | (20,169) |
| Other income, net | (2,028) | (572) | (3,504) | (661) |
| Income before interest and income taxes | 24,076 | 35,596 | 59,462 | 61,652 |
| Interest expense, net | 3,521 | 2,303 | 6,960 | 4,566 |
| Income before income taxes | 20,555 | 33,293 | 52,502 | 57,086 |
| Income tax expense | 7,525 | 13,828 | 19,564 | 23,296 |
| Net income | 13,030 | 19,465 | 32,938 | 33,790 |
| Net income attributable to noncontrolling interests | 51 | 140 | 116 | 251 |
| Net income attributable to Snyder's-Lance, Inc. | $ 12,979 | $ 19,325 | $ 32,822 | $ 33,539 |
| Basic earnings per share | $ 0.19 | $ 0.28 | $ 0.47 | $ 0.49 |

| | | | |
|---|---|---|---|
| Weighted average shares outstanding - basic | 69,279 | 68,294 | 69,136 | 68,103 |
| Diluted earnings per share | $ 0.19 | $ 0.28 | $ 0.47 | $ 0.49 |
| Weighted average shares outstanding - diluted | 70,086 | 69,319 | 69,922 | 69,086 |
| Cash dividends declared per share | $ 0.16 | $ 0.16 | $ 0.32 | $ 0.32 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES

Condensed Consolidated Balance Sheets

As of June 29, 2013 (Unaudited) and December 29, 2012

(in thousands, except share data)

| | June 29, 2013 | December 29, 2012 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 6,282 | $ 9,276 |
| Accounts receivable, net of allowances of $2,697 and $2,159, respectively | 152,942 | 141,862 |
| Inventories | 124,158 | 118,256 |
| Prepaid income taxes | 5,715 | - |
| Deferred income taxes | 11,334 | 11,625 |
| Assets held for sale | 15,032 | 11,038 |
| Prepaid expenses and other current assets | 27,308 | 28,676 |
| Total current assets | 342,771 | 320,733 |
| | | |
| Noncurrent assets: | | |
| Fixed assets, net of accumulated depreciation of $349,431 and $331,053, respectively | 344,864 | 331,385 |
| Goodwill | 537,419 | 540,389 |

| | | | | |
|---|---|---|---|---|
| Other intangible assets, net | | 526,148 | | 531,735 |
| Other noncurrent assets | | 22,971 | | 22,490 |
| Total assets | $ | 1,774,173 | $ | 1,746,732 |

LIABILITIES AND STOCKHOLDERS' EQUITY

Current liabilities:

| | | | | |
|---|---|---|---|---|
| Current portion of long-term debt | $ | 18,704 | $ | 20,462 |
| Accounts payable | | 64,831 | | 54,791 |
| Accrued compensation | | 23,602 | | 31,037 |
| Accrued selling and promotional costs | | 20,038 | | 16,240 |
| Income tax payable | | - | | 1,263 |
| Other payables and accrued liabilities | | 34,325 | | 30,830 |
| Total current liabilities | | 161,500 | | 154,623 |

Noncurrent liabilities:

| | | | |
|---|---|---|---|
| Long-term debt | 516,665 | | 514,587 |
| Deferred income taxes | 179,210 | | 176,037 |
| Other noncurrent liabilities | 28,299 | | 29,310 |
| Total liabilities | 885,674 | | 874,557 |

| | | |
|---|---|---|
| Commitments and contingencies | - | - |

Stockholders' equity:

| | | | |
|---|---|---|---|
| Common stock, 69,359,846 and 68,863,974 shares outstanding, respectively | 57,798 | | 57,384 |
| Preferred stock, no shares outstanding | - | | - |
| Additional paid-in capital | 755,418 | | 746,155 |
| Retained earnings | 61,533 | | 50,847 |
| Accumulated other comprehensive income | 11,195 | | 15,118 |
| Total Snyder's-Lance, Inc. stockholders' equity | 885,944 | | 869,504 |
| Noncontrolling interests | 2,555 | | 2,671 |
| Total stockholders' equity | 888,499 | | 872,175 |

| | | | | |
|---|---|---|---|---|
| Total liabilities and stockholders' equity | $ | 1,774,173 | $ | 1,746,732 |

SNYDER'S-LANCE, INC. AND
SUBSIDIARIES
Condensed Consolidated Statements
of Cash Flows (Unaudited)

Snyder's-Lance, Inc. Reports Results for Second Quarter 2013; -- Reports 2013 second quarter net revenue of $439 million, an increase of 9.9% over prior year

For the Six Months Ended June 29,
2013 and June 30, 2012
(in thousands)

| | Six Months Ended June 29, 2013 | June 30, 2012 | |
|---|---|---|---|
| Operating activities: | | | |
| Net income | 32,938 | $ | 33,790 |
| Adjustments to reconcile net income to cash from operating activities: | | | |
| Depreciation and amortization | 29,641 | 25,956 | |
| Stock-based compensation expense | 2,826 | 2,266 | |
| Gain on sale of fixed assets, net | (272) | (123) | |
| Gain on sale of route businesses | (1,592) | (20,169) | |
| Impairment charges | 1,900 | 127 | |
| Changes in operating assets and liabilities | (12,847) | (11,412) | |
| Net cash provided by operating activities | 52,594 | 30,435 | |
| | | | |
| Investing activities: | | | |
| Purchases of fixed assets | (39,869) | (33,106) | |
| Purchases of route businesses | (21,353) | (26,683) | |
| Proceeds from sale of fixed assets | 2,213 | 6,803 | |
| Proceeds from sale of route businesses | 17,533 | 80,055 | |
| Proceeds from sale of investments | 921 | - | |
| Net cash (used in)/provided by investing activities | (40,555) | 27,069 | |
| | | | |
| Financing activities: | | | |
| Dividends paid to stockholders | (22,135) | (21,815) | |
| Dividends paid to noncontrolling interests | (232) | (234) | |
| Issuances of common stock | 7,549 | 9,260 | |
| Repurchases of common stock | (709) | (333) | |
| Repayments of long-term debt | (16,029) | (1,127) | |
| Net proceeds/(repayments) from revolving credit facilities | 16,870 | (38,805) | |
| Net cash used in financing activities | (14,686) | (53,054) | |

| | | | | |
|---|---|---|---|---|
| Effect of exchange rate changes on cash | (347) | | 19 | |
| (Decrease)/increase in cash and cash equivalents | (2,994) | | 4,469 | |
| Cash and cash equivalents at beginning of period | 9,276 | | 20,841 | |
| Cash and cash equivalents at end of period | $ | 6,282 | $ | 25,310 |
| Supplemental information: | | | | |
| Cash paid for income taxes, net of refunds of $36 and $12,329, respectively | $ | 21,257 | $ | 249 |
| Cash paid for interest | $ | 8,021 | $ | 5,125 |

SNYDER'S-LANCE, INC. AND SUBSIDIARIES

Reconciliation of Non-GAAP Measures (Unaudited)

For the Quarters and Six Months Ended June 29, 2013 and June 30, 2012

(in thousands, except per share data)

| | Net of Tax | | Per Diluted Share | |
|---|---|---|---|---|
| Six Months Ended June 29, 2013 | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 32,822 | $ | 0.469 |
| Self-funded medical insurance claim | 2,732 | | 0.040 | |
| Impairment charges | 1,192 | | 0.017 | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 36,746 | $ | 0.526 |
| Six Months Ended June 30, 2012 | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 33,539 | $ | 0.485 |
| Merger related items | 1,337 | | 0.019 | |
| Corsicana asset transfer expenses | 1,264 | | 0.018 | |
| Gain on the sale of route businesses | (9,700) | | (0.139) | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ | 26,440 | $ | 0.383 |
| Quarter Ended June 29, 2013 | | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ | 12,979 | $ | 0.185 |

| | | | |
|---|---|---|---|
| Self-funded medical insurance claim | 2,732 | | 0.039 |
| Impairment charges | 1,192 | | 0.017 |
| | | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ 16,903 | $ | 0.241 |
| | | | |
| Quarter Ended June 30, 2012 | | | |
| Net income attributable to Snyder's-Lance, Inc. | $ 19,325 | $ | 0.279 |
| | | | |
| Merger related items | 112 | | 0.002 |
| Corsicana asset transfer expenses | 365 | | 0.005 |
| Gain on the sale of route businesses | (4,757) | | (0.069) |
| | | | |
| Net income attributable to Snyder's-Lance, Inc., excluding special items | $ 15,045 | $ | 0.217 |

SOURCE Snyder's-Lance, Inc.

CONTACT: Mark Carter, VP and Investor Relations Officer, (704) 557-8386; Joe Calabrese, Financial Relations Board, (212) 827-3772

**Load-Date:** August 7, 2013

---

End of Document