# EXHIBIT 2

## Part 20



**User Name:** T8PVBDU
**Date and Time:** Tuesday, October 23, 2018 4:10:00 PM EDT
**Job Number:** 76114009

## Documents (50)

1. WSJ BLOG/MarketBeat: Stocks to Watch: OCZ Technology, VeriFone Systems, Men's Wearhouse
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. WSJ BLOG/MarketBeat: Stocks to Watch: OCZ Technology, VeriFone Systems, Men's Wearhouse
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. PRESS RELEASE: Snyder's-Lance, Inc. Announces Agreement to Acquire Snack Factory, LLC
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. Snyder's-Lance, Inc. Announces Agreement to Acquire Snack Factory, LLC.
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. Snyder's-Lance, Inc. Announces Agreement to Acquire Snack Factory, LLC;Transaction adds a fast-growing innovative brand to the portfolio that is expected to be accretive to margins and EPS
   **Client/Matter:** 23756-1001
   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp
   **Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

6. Snyder's-Lance to buy Snack Factory

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. Snyder's-Lance to Buy Snack Factory for $340 Million in Cash

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. Snyder's-Lance To Buy Snack Factory, LLC For $340 Mln Cash

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. FALL INTO FLAVOR

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. Pretzel Crisps cruises the New Jersey shoreline;Snack Food Today

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. TEAM UP WITH THE HOTTEST SNACK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 12. IF YOU'RE GONNA HAVE A

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 13. WHAT'S UP IT'S YOUR GIRL NIK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 14. IF YOU'RE LOOKING FOR A

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 15. Unclassified

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 16. Unclassified

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 17. IT'S ALWAYS IN THEIR LUNCH

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. THIS LABOR DAY WEEKEND

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. Players

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

20. Baked potato dip

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

21. THE HOTTEST SNACK BRAND IN THE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

22. New Product Central

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| **Content Type** | **Narrowed by** |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

23. New Product Central

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

24. New Product Central

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

25. New Product Central.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

26. New Product Central

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

27. New Product Central

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

28. New Product Central

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

29. Snack Factory, L.L.C., Skillman, N.J;peopleCM Ernst & Young L.L.P.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

30. Couple snags crispy prize

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

31. Elizabeth Olsen snacks on pretzel crisps during filming break - as shrinking Dakota Fanning looks glum holding popcorn kernel

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

32. A refreshing approach to food: Elizabeth Olsen fears no carbs as she shops in a pretty petal dress

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

33. BEACH BAG

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

34. A MATCH MADE IN HEAVEN THE DEL

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| | |

35. Unclassified

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

36. Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

37. Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better;Pretzels

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

38. Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.;United States top 10 pretzel brands ranked by dollar sales, dollar share, unit sales, and percent change for year ending April 15, 2012

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

39. RED, WHITE AND BLUE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

40. ALL OF US AROUND HERE AT THE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

### 41. SO WHAT'S MORE AMERICAN THAN

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

### 42. YOU READY FOR THE WEEKEND

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

### 43. HELLO IT'S NIK THE WEB CHICK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

### 44. HEY IT'S NIK THE WEB CHICK

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

### 45. IPO 40th Annual Meeting in San Antonio

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

46. Change in snackers' tastes pushes Frito-Lay to major shift in strategy

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

47. New Tack on Snacks

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

48. Pretzel Crisp Crab Rangoon with Sweet Chili Sauce

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

49. Blending cultures makes for a winning recipe

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

50. MISS THEM AND YOU'LL HAVE TO W

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |



# WSJ BLOG/MarketBeat: Stocks to Watch: OCZ Technology, VeriFone Systems, Men's Wearhouse

Dow Jones News Service

September 6, 2012 Thursday 1:12 PM GMT

Copyright 2012 Factiva ®, from Dow Jones
All Rights Reserved



© 2012 Dow Jones & Company, Inc.

[ ] **DOW JONES** NEWSWIRES

**Length:** 1032 words

## Body

(This story has been posted on The Wall Street Journal Online's Market Beat blog at http://blogs.wsj.com/marketbeat .)

By Mia Lamar

Among the companies with shares expected to actively trade in Thursday's session are OCZ Technology Group Inc . (OCZ) VeriFone Systems Inc</strong>. (PAY) and Men's Wearhouse Inc. (MW).

Data-storage firm OCZ Technology Group Inc. (OCZ) cut its fiscal second-quarter revenue forecast, pointing to constraints in the supply of NAND flash memory, which is used in solid-state drives. Shares tumbled 24% to $4.05 premarket.

VeriFone Systems Inc.'s (PAY) fiscal third-quarter income rose 43% as the electronic-payments company's revenue strengthened, led by its services business. Still, shares dropped 11% to $31.50 premarket after the company predicted weak fourth-quarter revenue.

Men's Wearhouse Inc. (MW) turned in a 4.1% increase in fiscal second-quarter earnings as same-store sales grew for its namesake and Moores brands. Shares rose 9.9% to $35 premarket as earnings beat the retailer's expectations and the company lifted its full-year view.

Realty Income Corp.(O) agreed to buy American Realty Capital Trust Inc. (ARCT) for roughly $1.93 billion as the real-estate investment trust looks to diversify its portfolio outside the retail industry. Shareholders will get about 0.29 Realty Income share for each share of American Realty, valuing the company at $12.21 a share, a 2.1% premium over Wednesday's close. Shares of American Realty were up 7% premarket, to $12.80.

Branded drug maker Warner Chilcott PLC (WCRX) on Thursday detailed pending stock sales by private-equity owners Bain Capital Partners, J.P. Morgan Partners and Thomas H. Lee Partners, as well as members of its senior management. In total, the group of shareholders will sell 42.9 million shares, boosting Warner Chilcott's public float by roughly 25%. Shares slid 9.4% to $12.85 premarket.

BreitBurn Energy Partners LP's (BBEP) offering of 10 million common units representing limited-partner interests priced at $18.51 a piece, a 4% discount to its Wednesday close. Units fell 4.4% to $18.44 premarket. Enbridge Energy Partners LP (EEP) plans to offer roughly 14 million Class A units representing limited-partner interests. The oil and gas transporter's shares slid 4.7% to $28.31 premarket. ABM Industries Inc.'s(ABM) fiscal third-quarter profit fell 55% as the company said lower government spending sapped revenue, while expenses rose.

Aircraft leasing and maintenance company AAR Corp. (AIR) reported preliminary fiscal first-quarter results above analyst expectations, pointing to stronger commercial sales.

AeroVironment Inc . (AVAV) swung to a worse-than-expected fiscal first-quarter loss as sales of its unmanned aircraft slipped. Enbridge Inc. (ENB, ENB.T) said President Al Monaco will take on the additional title of chief executive, effective Oct. 1, succeeding Patrick D. Daniel, who will retire at that time. Encana Corp. (ECA, ECA.T) said Wednesday an internal investigation concluded the natural-gas producer didn't engage in collusion with competitor Chesapeake Energy Corp. (CHK) regarding Michigan land leasing in 2010. FuelCell Energy Inc.'s (FCEL) fiscal third-quarter loss widened as the power-equipment maker's product sales weakened and expenses increased. Results missed analyst expectations. Harry Winston Diamond Corp.'s (HWD, HW.T) fiscal second-quarter earnings slumped 52% as the jewelry retailer reported weaker sales in both its mining and luxury brand segments. Earnings missed analyst expectations. H&R Block Inc.'s (HRB) fiscal first-quarter loss narrowed as the tax-preparer recorded fewer expenses but revenue missed analyst expectations. Home Loan Servicing Solutions Ltd. (HLSS) said it is commencing a public offering of 11.5 million shares, intending to use the proceeds to buy the right to receive servicing and other fees and assets from Ocwen Loan Servicing LLC. Korn/Ferry International's (KFY) fiscal first-quarter earnings fell 32% as the company reported lower fee revenue at its executive-search business and as currency fluctuations hurt its overall revenue. M/I Homes Inc. (MHO) said its offering of 2.2 million common shares priced at $17.63, matching Wednesday's closing price. Mitcham Industries Inc.'s (MIND) fiscal second-quarter profit surged as the seismic equipment supplier recorded a favorable tax impact, masking a decline in equipment leasing revenue. Earnings beat analyst expectations. Nordion Inc. (NDZ, NDN.T) swung to a fiscal third-quarter profit as the medical-technology company logged fewer one-time expenses, and sales grew modestly. SeaChange International Inc . (SEAC) swung to a fiscal second-quarter loss as the video-gear maker's sales fell and its profit margin narrowed. Sigma Designs Inc.'s (SIGM) fiscal second-quarter loss narrowed as the company's revenue climbed with help from a recent acquisition. Snyder's-Lance Inc. (LNCE) has agreed to acquire Snack Factory LLC and certain affiliates for $340 million in cash, adding the fast-growing **Pretzel Crisps** brand to the snack company's portfolio. Stewart Enterprises Inc.'s (STEI) fiscal third-quarter profit fell 20% as the funeral-services company logged fewer one-time gains, masking an increase in revenue. Supervalu Inc.(SVU) said it will close about 60 underperforming or "nonstrategic" stores this year, as the struggling supermarket operator looks to cut costs, which could make it attractive to a potential buyer.

The U.S. Department of Defense's Tricare health plan has decided it won't let its nearly 10 million beneficiaries who get drug coverage through Express Scripts Holding Co. (ESRX) resume getting prescriptions filled at Walgreen Co. (WAG) outlets.

Wright Express Corp. (WXS) has agreed to acquire fueling company Fleet One from private equity firms for $369 million in cash as the payment processing company seeks to expand its presence in the heavy truck market in North America. Zillow Inc. (Z) said it will offer 3.18 million Class A shares as the real-estate information provider raises funds for general purposes.

 -For continuously updated news from The Wall Street Journal, see WSJ.com at  http://wsj.com .

[ 09-06-12 0912ET ]

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** September 7, 2012

---

End of Document



# WSJ BLOG/MarketBeat: Stocks to Watch: OCZ Technology, VeriFone Systems, Men's Wearhouse

Dow Jones News Service

September 6, 2012 Thursday 1:19 PM GMT

Copyright 2012 Factiva ®, from Dow Jones
All Rights Reserved



© 2012 Dow Jones & Company, Inc.

[] **DOW JONES** NEWSWIRES

**Length:** 1019 words

## Body

(This story has been posted on The Wall Street Journal Online's Market Beat blog at http://blogs.wsj.com/marketbeat .)

By Mia Lamar

Among the companies with shares expected to actively trade in Thursday's session are OCZ Technology Group Inc. (OCZ) VeriFone Systems Inc. (PAY) and Men's Wearhouse Inc. (MW).

Data-storage firm OCZ Technology cut its fiscal second-quarter revenue forecast, pointing to constraints in the supply of NAND flash memory, which is used in solid-state drives. Shares tumbled 24% to $4.05 premarket.

VeriFone's fiscal third-quarter income rose 43% as the electronic-payments company's revenue strengthened, led by its services business. Still, shares dropped 11% to $31.50 premarket after the company predicted weak fourth-quarter revenue.

Men's Wearhouse turned in a 4.1% increase in fiscal second-quarter earnings as same-store sales grew for its namesake and Moores brands. Shares rose 9.9% to $35 premarket as earnings beat the retailer's expectations and the company lifted its full-year view.

Realty Income Corp. (O) agreed to buy American Realty Capital Trust Inc. (ARCT) for roughly $1.93 billion as the real-estate investment trust looks to diversify its portfolio outside the retail industry. Shareholders will get about 0.29 Realty Income share for each share of American Realty, valuing the company at $12.21 a share, a 2.1% premium over Wednesday's close. Shares of American Realty were up 7% premarket, to $12.80.

Branded drug maker Warner Chilcott PLC (WCRX) on Thursday detailed pending stock sales by private-equity owners Bain Capital Partners, J.P. Morgan Partners and Thomas H. Lee Partners, as well as members of its senior management. In total, the group of shareholders will sell 42.9 million shares, boosting Warner Chilcott's public float by roughly 25%. Shares slid 9.4% to $12.85 premarket.

BreitBurn Energy Partners LP's (BBEP) offering of 10 million common units representing limited-partner interests priced at $18.51 a piece, a 4% discount to its Wednesday close. Units fell 4.4% to $18.44 premarket.

Enbridge Energy Partners LP (EEP) plans to offer roughly 14 million Class A units representing limited-partner interests. The oil and gas transporter's shares slid 4.7% to $28.31 premarket.

ABM Industries Inc.'s (ABM) fiscal third-quarter profit fell 55% as the company said lower government spending sapped revenue, while expenses rose.

Aircraft leasing and maintenance company AAR Corp. (AIR) reported preliminary fiscal first-quarter results above analyst expectations, pointing to stronger commercial sales.

AeroVironment Inc. (AVAV) swung to a worse-than-expected fiscal first-quarter loss as sales of its unmanned aircraft slipped.

Enbridge Inc. (ENB, ENB.T) said President Al Monaco will take on the additional title of chief executive, effective Oct. 1, succeeding Patrick D. Daniel, who will retire at that time.

Encana Corp. (ECA, ECA.T) said Wednesday an internal investigation concluded that the natural-gas producer didn't engage in collusion with competitor Chesapeake Energy Corp. (CHK) regarding Michigan land leasing in 2010.

FuelCell Energy Inc.'s (FCEL) fiscal third-quarter loss widened as the power-equipment maker's product sales weakened and expenses increased. Results missed analyst expectations.

Harry Winston Diamond Corp.'s (HWD, HW.T) fiscal second-quarter earnings slumped 52% as the jewelry retailer reported weaker sales in both its mining and luxury brand segments. Earnings missed analyst expectations.

H&R Block Inc.'s (HRB) fiscal first-quarter loss narrowed as the tax-preparer recorded fewer expenses but revenue missed analyst expectations.

Home Loan Servicing Solutions Ltd. (HLSS) said it is commencing a public offering of 11.5 million shares, intending to use the proceeds to buy the right to receive servicing and other fees and assets from Ocwen Loan Servicing LLC.

Korn/Ferry International's (KFY) fiscal first-quarter earnings fell 32% as the company reported lower fee revenue at its executive-search business and as currency fluctuations hurt its overall revenue.

M/I Homes Inc. (MHO) said its offering of 2.2 million common shares priced at $17.63, matching Wednesday's closing price.

Mitcham Industries Inc.'s (MIND) fiscal second-quarter profit surged as the seismic equipment supplier recorded a favorable tax impact, masking a decline in equipment leasing revenue. Earnings beat analyst expectations.

Nordion Inc. (NDZ, NDN.T) swung to a fiscal third-quarter profit as the medical-technology company logged fewer one-time expenses, and sales grew modestly.

SeaChange International Inc. (SEAC) swung to a fiscal second-quarter loss as the video-gear maker's sales fell and its profit margin narrowed.

Sigma Designs Inc.'s (SIGM) fiscal second-quarter loss narrowed as the company's revenue climbed with help from a recent acquisition.

Snyder's-Lance Inc. (LNCE) has agreed to acquire Snack Factory LLC and certain affiliates for $340 million in cash, adding the fast-growing **Pretzel Crisps** brand to the snack company's portfolio.

Stewart Enterprises Inc.'s (STEI) fiscal third-quarter profit fell 20% as the funeral-services company logged fewer one-time gains, masking an increase in revenue.

Supervalu Inc. (SVU) said it will close about 60 underperforming or "nonstrategic" stores this year, as the struggling supermarket operator looks to cut costs, which could make it attractive to a potential buyer.

The U.S. Department of Defense's Tricare health plan has decided it won't let its nearly 10 million beneficiaries who get drug coverage through Express Scripts Holding Co. (ESRX) resume getting prescriptions filled at Walgreen Co. (WAG) outlets.

Wright Express Corp. (WXS) has agreed to acquire fueling company Fleet One from private equity firms for $369 million in cash as the payment processing company seeks to expand its presence in the heavy truck market in North America.

Zillow Inc. (Z) said it will offer 3.18 million Class A shares as the real-estate information provider raises funds for general purposes.

 -For continuously updated news from The Wall Street Journal, see WSJ.com at  http://wsj.com .

[ 09-06-12 0919ET ]

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** September 8, 2012

End of Document



# PRESS RELEASE: Snyder's-Lance, Inc. Announces Agreement to Acquire Snack Factory, LLC

Dow Jones Institutional News

September 5, 2012 Wednesday 8:15 PM GMT

Copyright 2012 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2012, Dow Jones & Company, Inc.

◌ **DOW JONES** NEWSWIRES

**Length:** 1637 words

## Body

Transaction adds a fast-growing innovative brand to the portfolio that is expected to be accretive to margins and EPS

CHARLOTTE, N.C., Sept. 5, 2012 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced that it has entered into a definitive agreement to acquire Snack Factory, LLC and certain affiliates, for $340 million in cash. This includes approximately $60 million of net present value of future tax benefits. Snyder's-Lance, Inc. (Snyder's-Lance) expects to close the transaction early in the fourth quarter. The completion of the transaction is subject to customary conditions, including receipt of required regulatory approvals. Snyder's-Lance was advised by Edgeview Partners in the transaction and was supported by the law firm of K&L Gates, LLP. Snack Factory and VMG Partners were represented by Houlihan Lokey and the law firm of Kirkland & Ellis.

Transaction highlights:

    -- Adds a fast growing differentiated national core brand to our existing
       portfolio

    -- Provides entry into the deli-bakery section of grocery stores, an
       attractive and growing retail area for snacks

    -- Expected to add approximately $0.02 to Snyder's-Lance earnings per share,
       excluding transaction related costs, in 2012 and approximately $0.10 to
       earnings in 2013

    -- Expected to add approximately $160 million to estimated 2013 net revenues

    -- Transaction brings an experienced management team and sales force who can
       provide new marketing and sales abilities to augment our current
       expertise

As the world's rst pretzel-shaped cracker, Snack Factory's market-leading **Pretzel Crisps**(R) are exceptionally thin, at crackers that are all natural and have multiple uses in snacking. The **Pretzel Crisps**(R) brand is known for its portfolio of innovative flavor profiles, its commitment to providing the highest-quality, natural ingredients, and its

broadening base of passionate, influential consumers. As a result, the brand has become the fastest-growing brand in premium snacking and has developed strong relationships with retail partners. At only 110 calories per serving, the line features avors such as Original, Garlic and Parmesan, Everything and Sesame. The products are sold nationally in leading retailers across multiple channels, and have developed a passionate following with consumers looking for a unique snack that's great on its own while also being perfect for dips, spreads and other toppings.

"We are excited about the opportunity to add the Snack Factory family of products to our growing portfolio of outstanding snack food brands," said David V. Singer, Chief Executive Officer of Snyder's-Lance. "We believe that the passion for quality and excellence at Snyder's-Lance will further enhance the success already achieved by these outstanding products. The team at Snack Factory has done an amazing job of developing such a successful brand with a loyal following. We look forward to bringing together our collective strengths as Snyder's-Lance continues to build an even stronger snack foods company. Snack Factory is truly a welcome addition, and we are certain that customers and consumers alike will be excited at the possibilities for this premium, unique line of great tasting products."

"We couldn't be more excited for the future of **Pretzel Crisps**(R)," said Tom O'Rourke, Chief Executive Officer of Snack Factory LLC. "Together with Snyder's-Lance, we can reach more consumers, continue to build exceptional brand equity, and bring more exciting innovation to the marketplace."

Kara Cissell-Roell, Managing Director of VMG Partners said, "When founders Warren and Sara Wilson selected VMG as their strategic partner in 2009, we all recognized **Pretzel Crisps**(R) as an innovative brand with enormous potential. The Snack Factory team accelerated consumer trial and awareness of the brand and won the hearts of a passionate consumer base. I am extremely excited to see the next phase of **Pretzel Crisps**(R) remarkable success story as part of the Snyder's-Lance family of brands."

Analysts Conference Call

Snyder's-Lance, Inc. has scheduled a conference call with investors at 9:00 am eastern time on Thursday, September 6, 2012. To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers. A continuous telephone replay of the call will be available between 1:00 pm on September 6, 2012 and midnight on September 13, 2012. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 28024420. Investors may also access a web-based replay of the conference call at www.snyderslance.com . The conference call will be webcast live through the Investor Relations section of the Company's website, www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Krunchers!(R), Tom's(R), Archway(R), Jays(R), Stella D'oro(R), O-Ke-Doke(R) and Grande(R) brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

About Snack Factory

Snack Factory LLC, based in Princeton, New Jersey, was founded by snack food pioneers Sara and Warren Wilson in 2004. The Wilsons pioneered the first flat pretzel-shaped cracker under the **Pretzel Crisps**(R) brand and rapidly gained distribution in the deli-bakery section of grocery stores. The natural, baked product immediately attracted a loyal following, and it quickly became one of the most dynamic snack brands in the U.S. The brand remains committed to providing the highest-quality, natural ingredients and exceptional taste that this growing set of consumers like to enjoy and share. Snack Factory products are distributed nationally in grocery, mass

merchandisers, club stores, and other channels. Additional information regarding the brand history, recipes, health benefits and more can be found at www.pretzelcrisps.com .

About VMG Partners

VMG Partners is an investor in branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has participated meaningfully in the better-for-you food and beverage sector with investments in Snack Factory **Pretzel Crisps**(R), KIND Healthy Snacks, Pirate Brands Pirate's Booty, Mighty Leaf Tea, Sequel Naturals Vega(R) and Kernel Season's. Other investments within VMG's portfolio include Waggin' Train Pet Treats, sold to Nestle Purina PetCare Company in 2010, Natural Balance Pet Food, Speck Products, Timbuk2, Colorescience and PLV Studio. VMG's defined set of target industries includes food, beverage, wellness, pet and household products, personal care and lifestyle brands. VMG Partners is headquartered in San Francisco and in Los Angeles. For more information about the fund please visit www.vmgpartners.com .

Cautionary Note Regarding Forward-Looking Statements

This press release includes statements about future economic performance, finances, expectations, plans and prospects of Snyder's- Lance, that constitute forward-looking statements for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements are based on Snyder's-Lance current plans, estimates and expectations. Some forward-looking statements may be identified by use of terms such as "believe," "anticipate," "intend," "expect," "project," "plan," "may," "should," "could," "will," "estimate," "predict," "potential," "continue," and similar words, terms or statements of a future or forward-looking nature. Such forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from those expressed in or suggested by such statements.

Risks and uncertainties relating to the transaction include the risks that: (1) the parties will not obtain the requisite regulatory approvals for the transaction; (2) the anticipated benefits of the transaction will not be realized; (3) the parties may not be able to retain key personnel; and (4) the conditions to the closing of the proposed transaction may not be satisfied or waived. These risks, as well as other risks of the company and its subsidiaries may be different from what the company expects.

For further information regarding cautionary statements and factors affecting future results, please refer to the most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q filed subsequent to the Annual Report and other documents filed by Snyder's-Lance with the SEC. The Company undertakes no obligation to update or revise publicly any forward-looking statement whether as a result of new information, future developments or otherwise.

SOURCE Snyder's-Lance, Inc.

/CONTACT: Investor Relations: Rick Puckett, Executive Vice President and CFO, +1-704-557-8021; Media Inquiries: Heather Woolford, GKV Associate Director of Public Relations, +1-410-234-2519 (office), +1-410-375-2334 (cell) or heather.woolford@gkv.com

/Web site: http://www.snyderslance.com

Order free Annual Report for Snyder's-Lance, Inc.

Visit http://djnweurope.ar.wilink.com/?ticker=US8335511049 or call +44 (0)208 391 6028

(END) Dow Jones Newswires

September 05, 2012 16:15 ET (20:15 GMT)

# Notes

PRESS RELEASE: Snyder's-Lance, Inc. Announces Agreement to Acquire Snack Factory, LLC

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** November 8, 2014

End of Document



# Snyder's-Lance, Inc. Announces Agreement to Acquire Snack Factory, LLC.

Benzinga.com

September 5, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Accretive Capital LLC dba Benzinga.com

**Length:** 1542 words

# Body

Byline: Newswire

Transaction adds a fast-growing innovative brand to the portfolio that is expected to be accretive to margins and EPS

CHARLOTTE, N.C., Sept. 5, 2012 /PRNewswire/ -- Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced that it has entered into a definitive agreement to acquire Snack Factory, LLC and certain affiliates, for $340 million in cash. This includes approximately $60 million of net present value of future tax benefits. Snyder's-Lance, Inc. (Snyder's-Lance) expects to close the transaction early in the fourth quarter. The completion of the transaction is subject to customary conditions, including receipt of required regulatory approvals. Snyder's-Lance was advised by Edgeview Partners in the transaction and was supported by the law firm of K&L Gates, LLP. Snack Factory and VMG Partnerswere represented by Houlihan Lokey and the law firm of Kirkland & Ellis.

Transaction highlights:

* Adds a fast growing differentiated national core brand to our existing portfolio

* Provides entry into the deli-bakery section of grocery stores, an attractive and growing retail area for snacks

* Expected to add approximately $0.02 to Snyder's-Lance earnings per share, excluding transaction related costs, in 2012 and approximately $0.10 to earnings in 2013

* Expected to add approximately $160 million to estimated 2013 netrevenues

* Transaction brings an experienced management team and sales force who can provide new marketing and sales abilities to augment our current expertise

As the world's 1/4urst pretzel-shaped cracker, Snack Factory's market-leading **Pretzel Crisps**(R) are exceptionally thin, flat crackers that are all natural and have multiple uses in snacking. The **Pretzel Crisps**(R) brand is known for its portfolio of innovative flavor profiles, its commitment to providing the highest-quality, natural ingredients, and its broadening base of passionate, influential consumers. Asa result, the brand has become the fastest-growing brand in premium snacking and has developed strong relationships with retail partners.At only 110 calories per serving, the line features flavors such as Original, Garlic and Parmesan, Everything and Sesame. The products are sold nationally in leading retailers across multiple channels, and have developed a passionate following with consumers looking for a unique snack that's great on its own while also being perfect for dips,spreads and other toppings.

"We are excited about the opportunity to add the Snack Factory family of products to our growing portfolio of outstanding snack food brands," said David V. Singer, Chief Executive Officer of Snyder's-Lance. "We believe that the passion for quality and excellence at Snyder's-Lance will further enhance the success already achieved by

these outstanding products. The team at Snack Factory has done an amazing jobof developing such a successful brand with a loyal following. We look forward to bringing together our collective strengths as Snyder's-Lance continues to build an even stronger snack foods company. Snack Factory is truly a welcome addition, and we are certain that customersand consumers alike will be excited at the possibilities for this premium, unique line of great tasting products."

"We couldn't be more excited for the future of **Pretzel Crisps**(R),"said Tom O'Rourke, Chief Executive Officer of Snack Factory LLC. "Together with Snyder's-Lance, we can reach more consumers, continue to build exceptional brand equity, and bring more exciting innovation tothe marketplace."

Kara Cissell-Roell, Managing Director of VMG Partners said, "When founders Warren and Sara Wilson selected VMG as their strategic partner in 2009, we all recognized **Pretzel Crisps**(R) as an innovative brand with enormous potential. The Snack Factory team accelerated consumer trial and awareness of the brand and won the hearts of a passionateconsumer base. I am extremely excited to see the next phase of **Pretzel Crisps**(R) remarkable success story as part of the Snyder's-Lance family of brands."

Analysts Conference Call

Snyder's-Lance, Inc. has scheduled a conference call with investors at 9:00 am eastern time on Thursday, September 6, 2012. To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers. A continuous telephone replay of the call will be available between 1:00 pm on September 6, 2012 and midnight on September 13, 2012. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 28024420. Investors may also access a web-based replay of the conference call at www.snyderslance.com. The conference call will be webcast live through the Investor Relations section of the Company's website,          www.snyderslance.com.

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufacturesand markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in NorthCarolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover(R), Lance(R), Cape Cod(R), Krunchers!(R), Tom's(R),Archway(R), Jays(R), Stella D'oro(R), O-Ke-Doke(R) and Grande(R) brand names along with a number of private label and third party brands.Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

About Snack Factory

Snack Factory LLC, based in Princeton, New Jersey, was founded by snack food pioneers Sara and Warren Wilson in 2004. The Wilsons pioneered the first flat pretzel-shaped cracker under the **Pretzel Crisps**(R) brand and rapidly gained distribution in the deli-bakery section ofgrocery stores. The natural, baked product immediately attracted a loyal following, and it quickly became one of the most dynamic snack brands in the U.S. The brand remains committed to providing the highest-quality, natural ingredients and exceptional taste that this growing set of consumers like to enjoy and share. Snack Factory products are distributed nationally in grocery, mass merchandisers, club stores,and other channels. Additional information regarding the brand history, recipes, health benefits and more can be found at www.pretzelcrisps.com.

About VMG Partners

VMG Partners is an investor in branded consumer products companiesin the lower middle market. Since its inception in 2005, VMG has participated meaningfully in the better-for-you food and beverage sectorwith investments in Snack Factory **Pretzel Crisps**(R), KIND Healthy Snacks, Pirate Brands Pirate's Booty, Mighty Leaf Tea, Sequel Naturals Vega(R) and Kernel Season's. Other investments within VMG's portfolioinclude Waggin' Train Pet Treats, sold to Nestle Purina PetCare Company in 2010, Natural Balance Pet Food, Speck Products, Timbuk2,

Colorescience and PLV Studio. VMG's defined set of target industries includes food, beverage, wellness, pet and household products, personal care and lifestyle brands. VMG Partners is headquartered in San Francisco and in Los Angeles. For more information about the fund please visit www.vmgpartners.com.

Cautionary Note Regarding Forward-Looking Statements

This press release includes statements about future economic performance, finances, expectations, plans and prospects of Snyder's- Lance, that constitute forward-looking statements for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements are based on Snyder's-Lance current plans, estimates and expectations. Some forward-looking statements may be identified by use of terms such as "believe,""anticipate,""intend,""expect,""project,""plan,""may,""should,""could,""will,""estimate,""predict,""potential,""c ontinue," and similar words, terms or statements of a future or forward-looking nature. Such forward-looking statements are subject to certain risks and uncertainties that could cause actualresults to differ materially from those expressed in or suggested bysuch statements.

Risks and uncertainties relating to the transaction include the risks that: (1) the parties will not obtain the requisite regulatory approvals for the transaction; (2) the anticipated benefits of the transaction will not be realized; (3) the parties may not be able to retain key personnel; and (4) the conditions to the closing of the proposed transaction may not be satisfied or waived. These risks, as well as other risks of the company and its subsidiaries may be different from what the company expects.

For further information regarding cautionary statements and factors affecting future results, please refer to the most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q filed subsequent tothe Annual Report and other documents filed by Snyder's-Lance with the SEC. The Company undertakes no obligation to update or revise publicly any forward-looking statement whether as a result of new information, future developments or otherwise.

SOURCE Snyder's-Lance, Inc.

[Graphic omitted]

**Load-Date:** September 7, 2012

End of Document

# Snyder's-Lance, Inc. Announces Agreement to Acquire Snack Factory, LLC; Transaction adds a fast-growing innovative brand to the portfolio that is expected to be accretive to margins and EPS

PR Newswire

September 5, 2012 Wednesday 4:15 PM EST

Copyright 2012 PR Newswire Association LLC All Rights Reserved

**Length:** 1560 words

**Dateline:** CHARLOTTE, N.C., Sept. 5, 2012

## Body

Snyder's-Lance, Inc. (Nasdaq-GS: LNCE) today announced that it has entered into a definitive agreement to acquire Snack Factory, LLC and certain affiliates, for $340 million in cash. This includes approximately $60 million of net present value of future tax benefits. Snyder's-Lance, Inc. (Snyder's-Lance) expects to close the transaction early in the fourth quarter. The completion of the transaction is subject to customary conditions, including receipt of required regulatory approvals. Snyder's-Lance was advised by Edgeview Partners in the transaction and was supported by the law firm of K&L Gates, LLP. Snack Factory and VMG Partners were represented by Houlihan Lokey and the law firm of Kirkland & Ellis.

Transaction highlights:

Adds a fast growing differentiated national core brand to our existing portfolio Provides entry into the deli-bakery section of grocery stores, an attractive and growing retail area for snacks Expected to add approximately $0.02 to Snyder's-Lance earnings per share, excluding transaction related costs, in 2012 and approximately $0.10 to earnings in 2013 Expected to add approximately $160 million to estimated 2013 net revenues Transaction brings an experienced management team and sales force who can provide new marketing and sales abilities to augment our current expertise

As the world's first pretzel-shaped cracker, Snack Factory's market-leading **Pretzel Crisps®** are exceptionally thin, flat crackers that are all natural and have multiple uses in snacking. The **Pretzel Crisps®** brand is known for its portfolio of innovative flavor profiles, its commitment to providing the highest-quality, natural ingredients, and its broadening base of passionate, influential consumers. As a result, the brand has become the fastest-growing brand in premium snacking and has developed strong relationships with retail partners. At only 110 calories per serving, the line features flavors such as Original, Garlic and Parmesan, Everything and Sesame. The products are sold nationally in leading retailers across multiple channels, and have developed a passionate following with consumers looking for a unique snack that's great on its own while also being perfect for dips, spreads and other toppings.

"We are excited about the opportunity to add the Snack Factory family of products to our growing portfolio of outstanding snack food brands," said David V. Singer, Chief Executive Officer of Snyder's-Lance. "We believe that the passion for quality and excellence at Snyder's-Lance will further enhance the success already achieved by these outstanding products. The team at Snack Factory has done an amazing job of developing such a successful brand with a loyal following. We look forward to bringing together our collective strengths as Snyder's-Lance continues to build an even stronger snack foods company. Snack Factory is truly a welcome addition, and we are certain that customers and consumers alike will be excited at the possibilities for this premium, unique line of great tasting products."

"We couldn't be more excited for the future of **Pretzel Crisps®**," said Tom O'Rourke, Chief Executive Officer of Snack Factory LLC. "Together with Snyder's-Lance, we can reach more consumers, continue to build exceptional brand equity, and bring more exciting innovation to the marketplace."

Kara Cissell-Roell, Managing Director of VMG Partners said, "When founders Warren and Sara Wilson selected VMG as their strategic partner in 2009, we all recognized **Pretzel Crisps®** as an innovative brand with enormous potential. The Snack Factory team accelerated consumer trial and awareness of the brand and won the hearts of a passionate consumer base. I am extremely excited to see the next phase of **Pretzel Crisps®** remarkable success story as part of the Snyder's-Lance family of brands."

Analysts Conference Call

Snyder's-Lance, Inc. has scheduled a conference call with investors at 9:00 am eastern time on Thursday, September 6, 2012. To participate in the conference call, the dial-in number is (866) 814-7293 for U.S. callers or (702) 696-4943 for international callers. A continuous telephone replay of the call will be available between 1:00 pm on September 6, 2012 and midnight on September 13, 2012. The replay telephone number is (855) 859-2056 for U.S. callers or (404) 537-3406 for international callers. The replay access code is 28024420. Investors may also access a web-based replay of the conference call at . The conference call will be webcast live through the Investor Relations section of the Company's website, http://www.snyderslance.com .

About Snyder's-Lance, Inc.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. The Company's products include pretzels, sandwich crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Iowa, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Ontario, Canada. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, O-Ke-Doke® and Grande® brand names along with a number of private label and third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

About Snack Factory

Snack Factory LLC, based in Princeton, New Jersey, was founded by snack food pioneers Sara and Warren Wilson in 2004. The Wilsons pioneered the first flat pretzel-shaped cracker under the **Pretzel Crisps®** brand and rapidly gained distribution in the deli-bakery section of grocery stores. The natural, baked product immediately attracted a loyal following, and it quickly became one of the most dynamic snack brands in the U.S. The brand remains committed to providing the highest-quality, natural ingredients and exceptional taste that this growing set of consumers like to enjoy and share. Snack Factory products are distributed nationally in grocery, mass merchandisers, club stores, and other channels. Additional information regarding the brand history, recipes, health benefits and more can be found at .

About VMG Partners

VMG Partners is an investor in branded consumer products companies in the lower middle market. Since its inception in 2005, VMG has participated meaningfully in the better-for-you food and beverage sector with investments in Snack Factory **Pretzel Crisps®**, KIND Healthy Snacks, Pirate Brands Pirate's Booty, Mighty Leaf Tea, Sequel Naturals Vega® and Kernel Season's. Other investments within VMG's portfolio include Waggin' Train Pet Treats, sold to Nestle Purina PetCare Company in 2010, Natural Balance Pet Food, Speck Products, Timbuk2, Colorescience and PLV Studio. VMG's defined set of target industries includes food, beverage, wellness, pet and household products, personal care and lifestyle brands. VMG Partners is headquartered in San Francisco and in Los Angeles. For more information about the fund please visit .

Cautionary Note Regarding Forward-Looking Statements

This press release includes statements about future economic performance, finances, expectations, plans and prospects of Snyder's- Lance, that constitute forward-looking statements for purposes of the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements are based on Snyder's-Lance current plans, estimates and expectations. Some forward-looking statements may be identified by use of terms such as "believe," "anticipate," "intend," "expect," "project," "plan," "may," "should," "could," "will," "estimate," "predict," "potential," "continue," and similar words, terms or statements of a future or forward-looking nature. Such forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from those expressed in or suggested by such statements.

Risks and uncertainties relating to the transaction include the risks that: (1) the parties will not obtain the requisite regulatory approvals for the transaction; (2) the anticipated benefits of the transaction will not be realized; (3) the parties may not be able to retain key personnel; and (4) the conditions to the closing of the proposed transaction may not be satisfied or waived. These risks, as well as other risks of the company and its subsidiaries may be different from what the company expects.

For further information regarding cautionary statements and factors affecting future results, please refer to the most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q filed subsequent to the Annual Report and other documents filed by Snyder's-Lance with the SEC. The Company undertakes no obligation to update or revise publicly any forward-looking statement whether as a result of new information, future developments or otherwise.

SOURCE Snyder's-Lance, Inc.

CONTACT: Investor Relations: Rick Puckett, Executive Vice President and CFO, +1-704-557-8021; Media Inquiries: Heather Woolford, GKV Associate Director of Public Relations, +1-410-234-2519 (office), +1-410-375-2334 (cell) or heather.woolford@gkv.com

**Load-Date:** September 6, 2012

---

End of Document

# Snyder's-Lance to buy Snack Factory

Charlotte Business Journal

September 5, 2012 Wednesday

Copyright 2012 American City Business Journal, Inc. All Rights Reserved

## CHARLOTTE BUSINESS JOURNAL

**Length:** 216 words

**Byline:** Ken Elkins

## Body

Snyder's-Lance Inc. has an agreement to buy Snack Factory, a Princeton, N.J., maker of pretzel-shaped snack crackers, for $340 million in cash.

Snack Factory makes crackers called **Pretzel Crisps**. The purchase is expected to contribute 2 cents per share to Snyder's-Lance's earnings this year and 10 cents per share next year. Snack Factory also will add $160 million to the 2012 net revenue of Snyder's-Lance, the Charlotte-based snack producer says.

The company expects to close on the deal early in the fourth quarter. The purchase will add about 65 employees to the work force at Snyder's-Lance.

"We look forward to bringing together our collective strengths as Snyder's-Lance continues to build an even stronger snack-foods company," says David Singer, Snyder's-Lance chief executive.

Singer says **Pretzel Crisps** have a loyal following that will continue to buy the products. The snack crackers are sold nationally in supermarkets and other retail locations.

Snyder's-Lance was advised by Edgeview Partners in the purchase and represented by law firm K&L Gates. Houlihan Lokey and the Kirkland & Ellis law firm represented Snack Factory.

Did you find this article useful? Why not subscribe to Charlotte Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** October 18, 2012

End of Document



# Snyder's-Lance to Buy Snack Factory for $340 Million in Cash

Dow Jones News Service

September 5, 2012 Wednesday 9:38 PM GMT

Copyright 2012 Factiva ®, from Dow Jones
All Rights Reserved



© 2012 Dow Jones & Company, Inc.

DOW JONES NEWSWIRES

**Length:** 233 words

**Byline:** By Nathalie Tadena

## Body

Snyder's-Lance Inc. (LNCE) has agreed to acquire Snack Factory LLC and certain affiliates for $340 million in cash, adding the fast-growing **Pretzel Crisps** brand to the snack company's portfolio.

The deal is expected to close early in the fourth quarter and will add about two cents to the company's adjusted earnings per share in 2012 and about 10 cents to earnings in 2013. Snack Factory is expected to add about $160 million to revenue in 2013.

Snyder's-Lance said Snack Factory's **Pretzel Crisps**, thin crackers with 110 calories per serving, has become the fastest-growing brand in premium snacking and the brand has developed strong relationships with retail partners.

Snyder's-Lance, whose products include Snyder's of Hanover pretzels, Lance sandwich crackers and Cape Code kettle chips, also noted the acquisition provides an entry into the deli-bakery section of grocery stores, a growing retail area for snacks.

Last month, the company reported it swung to a second-quarter profit as special gains boosted bottom-line results. Snyder's-Lance has mostly posted revenue gains every quarter for the past several years, though sales slipped 3.2% in the latest quarter.

Shares slipped by 89 cents to $21.61 after hours. The stock has fallen 12% over the past three months.

Write to Nathalie Tadena at nathalie.tadena@dowjones.com

Subscribe to WSJ: http://online.wsj.com?mod=djnwires [ 09-05-12 1738ET ]

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** September 6, 2012

End of Document



# Snyder's-Lance To Buy Snack Factory, LLC For $340 Mln Cash

RTT News (United States)

September 5, 2012 Wednesday

Copyright 2012 RTT News All Rights Reserved

**Length:** 168 words

## Body

(RTTNews) - Snyder's-Lance, Inc. (LNCE) said Wednesday that it has agreed to buy Snack Factory, LLC and certain affiliates, for $340 million in cash, which includes about $60 million of net present value of future tax benefits.

As the world's ?rst pretzel-shaped cracker, Snack Factory's market-leading **Pretzel Crisps** are exceptionally thin, ?at crackers that are all natural and have multiple uses in snacking.

Snyder's-Lance expects to close the deal early in the fourth quarter.

Snyder's-Lance said the deal adds a fast growing differentiated national core brand to its existing portfolio and provides entry into the deli-bakery section of grocery stores.

The acquisition is expected to add about $0.02 to Snyder's-Lance earnings per share, excluding deal related costs, in 2012 and about $0.10 to earnings in 2013 The acquisition is also expected to add about $160 million to estimated 2013 net revenues.

For comments and feedback: contact editorial@rttnews.com

Copyright(c) 2012 RTTNews.com. All Rights Reserved

**Load-Date:** September 5, 2012

End of Document



# FALL INTO FLAVOR

GlobalAdSource (English)

September 4, 2012 Tuesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 43 words

## Body

| | |
|---|---|
| ID | 112781286 |
| Description | FOOD/PRODUCTS / HARVEST THE GREAT TASTE / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Internet |
| Country | United States |
| Region | National |
| City | United States |
| Source | http://www.lifescript.com |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 14, 2012

End of Document



# Pretzel Crisps cruises the New Jersey shoreline; Snack Food Today

Snack Food & Wholesale Bakery

September 1, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 BNP Media

**Section:** Pg. 81(1); Vol. 101; ISSN: 1096-4835

**Length:** 159 words

## Body

**Pretzel Crisps'** New York, New Jersey and Philadelphia field sales and marketing teams took to the road in May for **Pretzel Crisps** 2012 Jersey Shore Crew Drive. Their mission: To build in-store displays in grocery stores along New Jersey's coastline and promote the company's products from Exit 1 off of the Garden State Parkway to Exit 123.

[ILLUSTRATION OMITTED]

The product is produced by Snack Factory L.L.C. in Skillman, N.J.

During the five-day drive, which involved two box trucks filled with product and display materials, the crew visited 107 retailers, building 43 branded beach umbrella displays, 30 basket racks, 29 six-tier wire racks, three spinner racks and two five-tier racks. The field marketing team also took advantage of the Jersey Shore Crew Drive to introduce new users to the brand through impromptu samplings at 28 stores. Several more umbrella displays and other racks were built the following week.

**Load-Date:** December 19, 2013

End of Document



# TEAM UP WITH THE HOTTEST SNACK

GlobalAdSource (English)

September 1, 2012 Saturday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 47 words

## Body

| | |
|---|---|
| ID | 123422951 |
| Description | PRODUCTS/STADIUM / **PRETZEL CRISPS** GROWTH OVE / **Pretzel Crisps** Business Image |
| Price | $12.0 USD |
| Media Type | Print |
| Country | United States |
| Region | National |
| City | United States |
| Source | Progressive Grocer |
| Product | **Pretzel Crisps** Business Image |
| Productbrand | Snack Factory |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** October 26, 2012

End of Document



# IF YOU'RE GONNA HAVE A

GlobalAdSource (English)

August 27, 2012 Monday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 39 words

## Body

| | |
|---|---|
| ID | 111421683 |
| Description | Live-read / Healthy Snack / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | District of Columbia |
| City | Washington, DC |
| Source | WASH-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 11, 2012

End of Document



# WHAT'S UP IT'S YOUR GIRL NIK

GlobalAdSource (English)

August 27, 2012 Monday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 38 words

## Body

| | |
|---|---|
| ID | 111421681 |
| Description | Live-read / Super Healthy / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Pennsylvania |
| City | Philadelphia |
| Source | WIOQ-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 11, 2012

End of Document



# IF YOU'RE LOOKING FOR A

GlobalAdSource (English)

August 26, 2012 Sunday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 39 words

# Body

| | |
|---|---|
| ID | 111421678 |
| Description | Live-read / Healthy Snack / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | District of Columbia |
| City | Washington, DC |
| Source | WASH-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 11, 2012

End of Document



# Unclassified

GlobalAdSource (English)

August 26, 2012 Sunday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 35 words

# Body

| | |
|---|---|
| ID | 111428171 |
| Description | Unclassified / Unclassified |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Pennsylvania |
| City | Philadelphia |
| Source | WIOQ-FM |
| Product | Unclassified |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 11, 2012

End of Document



# Unclassified

GlobalAdSource (English)

August 25, 2012 Saturday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 34 words

# Body

| | |
|---|---|
| ID | 111428168 |
| Description | Unclassified / Unclassified |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | California |
| City | Los Angeles |
| Source | KOST-FM |
| Product | Unclassified |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 11, 2012

End of Document



# IT'S ALWAYS IN THEIR LUNCH

GlobalAdSource (English)

August 22, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 39 words

## Body

| | |
|---|---|
| ID | 111421674 |
| Description | Live-read / Healthy Alternative To Chips / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Illinois |
| City | Chicago |
| Source | WLIT-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 11, 2012

End of Document



# THIS LABOR DAY WEEKEND

GlobalAdSource (English)

August 22, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 38 words

## Body

| | |
|---|---|
| ID | 111421676 |
| Description | Live-read / Your Choice Of Flavors / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Illinois |
| City | Chicago |
| Source | WLIT-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 11, 2012

End of Document



# Players

Morning Call (Allentown, Pennsylvania)

August 10, 2012 Friday, FIFTH Edition

Copyright 2012 The Morning Call, Inc. All Rights Reserved

**Section:** News; Pg. A25

**Length:** 395 words

**Byline:** The Morning Call

## Body

Peter B. McEvoy

of Pen Argyl has joined KingSpry as an associate. He will concentrate his practice in the areas of family and education law.

McEvoy graduated from Tulane University with a bachelor's degree in political science with a minor in history. He earned his juris doctorate from Tulane University School of Law, where he was the recipient of the Cali Award for Excellence. He was admitted to practice in Pennsylvania this year.

Christine Russell

has joined Silberline Manufacturing Co. Inc. as executive accounts manager. Silberline Manufacturing, the global supplier of effect pigments, has its corporate headquarters in Tamaqua.

Russell is a graduate of Marietta College, Marietta, Ohio, where she earned a bachelor's degree in chemistry. Russell has more than 20 years of broad-based sales experience in the coatings, pigments, plastics and auto industries.

Russell's home base will be in Mentor, Ohio.

Chris Ann Smith

of Catasauqua has been hired by NAI Summit as a commercial real estate agent. Prior to joining NAI Summit, Smith gained extensive leasing experience working for DeSouza Brown, a Philadelphia-based real estate investment company. Smith is also owner of Crane Properties, a successful local real estate company specializing in rehabilitation and adaptive reuse of blighted properties with a focus on downtown revitalization.

Smith serves on Catasauqua's Planning Commission, is a board member on LVEDC's Lehigh Valley Land Recycling Initiative, and serves as secretary for both the Catasauqua Main Streets Council and the Rising Tide Loan Fund of the Community Action Committee of the Lehigh Valley.

She earned a bachelor's degree in accounting from Cedar Crest College in Allentown.

Lauren Williams

has been added to the client services team as an account executive at Allebach Communications, a full-service advertising and communications firm.

Prior to joining Allebach, Williams was an account manager at Sparks, a senior account executive at GSW Worldwide, and a project manager at Cadient Group. She is a graduate of Bloomsburg University, with a bachelor's degree in marketing.

Allebach has been in business for 20 years servicing regional, national and global clients such as Hatfield Quality Meats, Univest Bank & Trust, Amoroso, All American Stetson, Atkins Nutritionals, Alouette Cheese, Aramark, Bell & Evans, Icelandic, **Pretzel Crisps** and Olympus.

# Graphic

Headshots of McEvoy and Williams;2 Photos by Unknown

**Load-Date:** August 11, 2012

End of Document



# Baked potato dip

Arab Times

August 2, 2012 Thursday

Copyright 2012 Arab Times Kuwait English Daily Provided by Syndigate.info, an Albawaba.com company All Rights Reserved



**Length:** 60 words

## Body

Ingredients: 16 ounces sour cream 2 cups sharp cheddar cheese, shredded 1/3 cup thinly sliced scallions or chives Method: Combine all ingredients in a medium bowl and refrigerate for at least one hour before serving to allow flavors to meld together. Garnish with extra shredded cheese and chopped chives. Serve with your favorite potato chips or **pretzel crisps**.

**Load-Date:** December 6, 2012

End of Document



# THE HOTTEST SNACK BRAND IN THE

GlobalAdSource (English)

August 1, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 43 words

## Body

| | |
|---|---|
| ID | 118093912 |
| Description | BAGS OF **PRETZEL CRISPS** / BOLD & SPICY BOLD & SPICY / **Pretzel Crisps** |
| Price | $12.0 USD |
| Media Type | Print |
| Country | United States |
| Region | National |
| City | United States |
| Source | Progressive Grocer |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** October 3, 2012

End of Document



# New Product Central

The Progressive Grocer

August 2012

Copyright 2012 Stagnito Media Food Group All Rights Reserved

**Length:** 11230 words

**Byline:** PG Editors

## Body

**Our annual roundup of the best retail product launches of the past year offers an assortment of winners from all parts of the aisles.**

It's that time again, when Progressive Grocer's seasoned editors, aided by a contingent of eager tasters at our Jersey City, N.J., office-otherwise known as New Product Central-get to sample a broad selection of the cream of the retail product crop.

But despite all of the fun we had road-testing so many great items, the process of narrowing down the final winners was no easy task, given the careful deliberation we applied to the many varied entries that came our way.

As always, not all products made the cut, but for the choice ones that did, a few noteworthy trends among recently released products readily emerged.

Better-for-you foods, including those targeting such specialized demographics as gluten-free, are now more mainstream than ever, with their healthy halo not all displaced by an implicit (and most welcome) tendency toward indulgence. Indeed, healthier foods that taste far better than their trailblazing predecessors are more frequently landing in the shopping carts of many customers now buying them for their sheer scrumptiousness rather than their nutritional content.

Another notable trend is toward innovative, highly functional-in some cases, multifunctional-packaging. In the produce sector alone, we encountered bite-size tomatoes that could be rinsed in their snack pack; a twin-pack of microwavable artichokes that could be preseasoned and steamed right in the bag; table grapes in a streamlined colander bag designed for easier carrying, display and storage; and breathable packaging that helps keep fresh blueberries tasting great.

Among other categories, we saw proprietary cigar packaging that eliminates the need for a humidor, opening up big selling opportunities for supermarkets, and a heat-and-eat line of deli meals in both modified-atmosphere and vacuum skin packaging to retain freshness and quality.

The deli meals in particular exemplified yet another big trend: convenience, which is still king, but with the growing recognition that shoppers want to put their own stamp on things. To that end, products we sampled included an ingenious cake mix with frosting and even a disposable pan, so home bakers can whip up a sweet treat with ease, and ready-to-eat hard-cooked and peeled eggs that purchasers can use to prepare nearly homemade deviled eggs, egg salads and the like.

With that, we extend sincere congrats to our most recent group of new product winners and invite you, our readers, to dig into the latest iteration of our smorgasbord of Editors' Picks.

320 Main Street Hoagies and Burritos

SRPs: $3.99 each (hoagies); $2.99 each (burritos) www.320foodsystems.com

The 320 Main Street Burrito line from Fort Collins, Colo.-based Fast Food Systems consists of three breakfast burritos: Beef and Green Chili, Chicken and Green Chili, and American with ham, sausage, bacon and potato in country gravy. The hoagie line features seven 8-inch varieties: Italian Sausage; Cajun Chicken BBQ; Pulled Pork BBQ; Italian with Ham, Capicola, Salami and Provolone; Smoked Turkey and Provolone; Pizza Steak; and Meatball. All products come frozen and can be sold frozen, thawed or in a hot box.

Almondina Milk Chocolate Delights and Yogurt Dipped BranTreats

SRP: $4.99 (both) www.almondina.com

It might be difficult to improve upon the original Almondina, offered by San Francisco-based WorldPantry.com Inc., but it's been done, and quite exquisitely at that, by smothering the irresistible cookie, with its yummy roasted almonds and sweet raisins, in rich premium milk chocolate. Additionally, a delicious take on Grandma Dina's Almondinas is the new healthful BranTreat breakfast cookie line featuring tasty, tangy cinnamon and a smooth, sweet yogurt coating. In both instances, these crispy, crunchy, all-natural cookies truly hit the sweet spot for great taste and guilt-free indulgence.

Alouette Portions

SRP: $3.99 www.alouettecheese.com

These 100 percent all-natural, 40-calorie-per-serving portions of America's favorite spreadable cheese, New Holland, Pa.-based Alouette, provide consumers (and hungry PG tasters) with a convenient and tasty snacking option. The product comes in two flavors: Original and Italian Herbs.

Amy's Light & Lean Pizzas

SRP: $4.29 www.amyskitchen.com

Petaluma, Calif.-based Amy's now offers two pizzas as part of its lower-calorie and -fat Light & Lean line, each containing half the fat of the company's original product versions. Italian Vegetable Pizza and Cheese Pizza each have fewer than 300 calories and just 6 grams of fat per 8-ounce single-serve size.

Andros Fruit Me Up Real 100% Fruit Sauces

SRPs: $3.69 (4-pack); $1.29 (4-ounce pouch) www.andros.com.fr

Andros Foods USA Inc., the Harrison, N.Y.-based subsidiary of a French fruit processor, offers pure applesauce and three exciting blends, all with a healthy twist. Containing only fruit puree and vitamin C, the all-natural, U.S.-made product offers one serving of fruit in each 4-ounce pouch. The available varieties are Apple, Apple Strawberry Banana, Apple Mango Pineapple, and Apple Peach Apricot.

Annie's Homegrown Organic Rising Crust Pizza

SRP: $9.99 www.annies.com

Crafted from whole grains, real cheeses, and organic meats and vegetables, these family-sized rising-crust pizzas from Berkeley, Calif.-based Annie's represent a departure for natural pizzas, most of which are single-serve vegetarian items of the thin-crust or flatbread type. By contrast, Annie's offers the hearty meat options of Uncured Pepperoni and Supreme, along with popular varieties Four Cheese and Spinach & Mushroom.

ArtiSun Farms Redi Bites

SRP: $3.99 www.eurofresh.com

These addictive grape-sized tomatoes from Willcox, Ariz.-based Eurofresh are perfect for a quick snack on the run or as a sweet accompaniment to a mealtime salad. The cute yet functional clamshell packaging is designed to allow for rinsing in the container, so snackers can pop one morsel at a time straight from the resealable opening if they wish.

Bakery On Main Truebar

SRP: $1.99 www.bakeryonmain.com

Gluten-free never tasted so good. This fruit-and-nut bar from East Hartford, Conn.-based Bakery On Main is billed as having "nothing to hide," and clear packaging certainly reinforces that all-natural message. Available in six flavors, including Hazelnut Chocolate Cherry, Walnut Cappuccino, Coconut Cashew and Apricot Almond Chai, the dense, chewy bars are bound to appeal not only to those with gluten intolerance, but also athletes in need of energy and people who just appreciate a delicious on-the-go snack. Additionally, Truebars are Non-GMO Project Verified, kosher, dairy- and casein-free, low in sodium, and a good source of fiber and omega-3, as well as containing no trans fats or cholesterol.

Barista Baking Co. Break & Bake Scones

SRP: $2.49 www.championfoods.com

Champion Foods' new line of Break & Bake scone dough, under the New Boston, Mich.-based company's upscale Barista Baking Co. brand, brings the local bakery to the home kitchen. Available in three flavors-Almond, Blueberry and Chocolate Chip-the oven-ready dough yields eight scones per package that bake up quickly, easily and tastily in home ovens in a matter of minutes.

Beemster 10-Month Aged Goat Cheese

SRP: $15-$20 per pound www.beemster.us

 Yes, it's a bit on the pricey side, but one taste and you'll know why PG's tasters flipped for this firm-bodied, full-flavored 10-month-aged goat cheese from the Beemster co-op in north Holland (the company's U.S. presence is coincidentally in this publication's hometown of Jersey City, N.J.). Offering a rich, long-lasting flavor packed with floral and grassy tones, and a unique texture, this cheese is ideal for grating over salads or pasta, and pairs well with dark breads, avocados and walnuts.

Benedetto Pinot Grigio

SRP: $11.99 www.gkskaggs.com

Fruit flavors of pear and apple with hints of melon and mineral make this light- to medium-bodied, dry, crisp and fresh wine imported by Irvine, Calif.-based G.K. Skaggs Inc. perfectly suited to poultry, fish, appetizers, aperitifs and other light fare. Hailing from Veneto, Italy, Benedetto Pinot Grigio offers a delicate complexity and elegance, merging the well-known qualities of the popular grape variety with just a touch of sweetness.

Benelact Reduced Cholesterol Cheeses and Butter

SRPs: $3.99 (butter); $3.29-$3.49 (7-ounce cheese shreds or slices); $2.99-$3.39 (8-ounce cheese blocks); $5.35-$5.75 (16-ounce cheese blocks); $6.49-$6.99 (5-pound blocks) www.benelact.com

For those looking to reduce their cholesterol intake without giving up the great taste of real cheese and butter, Sturtevant, Wis.-based Benelact Dairy has come to the rescue. Benelact's reduced-cholesterol butter and cheeses offer the same taste and functionality as traditional products, but with a third less cholesterol. Made using patented technology that removes cholesterol mechanically during processing, the products are all natural with a clean label, and they're priced competitively with traditional items. Cheeses are offered in multiple sizes and formats, in Cheddar, Colby Jack, Mozzarella and Provolone varieties.

Blake's Upside Down Chicken and Waffle Pie

SRP: $5.99 www.blakesallnatural.com

Concord, N.H.-based Blake's All Natural Foods has put its own spin on this classic southern meal. Each "pie" is made by hand in small batches with hand-pulled white-meat chicken, mashed sweet and russet potatoes, gravy, and a hint of real Vermont maple syrup, all topped with an organic waffle. You bake the item, flip it over onto your plate and enjoy. It's a tasty change of pace from run-of-the-mill pot pies, and the express instructions shorten cooking time without impairing flavor.

Blimpie Best Sub Sandwich Kit

SRP: $6.25 www.landofrost.com

Since almost 60 percent of consumers make sandwiches at home during tough economic times, family-owned packaged lunchmeat company Land O'Frost, based in Lansing, Ill., embraced this consumer trend and created a national partnership with Blimpie to offer the Scottsdale, Ariz.-based sub shop chain's signature meats in its popular Sub Sandwich Kits for consumers. The kits offer the four signature meats of Blimpie's most famous sandwich, Blimpie Best. Each kit contains Prosciutto Cotto Ham, Smoked Ham, Capicola Ham and Salami interleaved with parchment paper for ease of separation and portion control, and enough meat for six sandwiches. Additionally, the product is gluten-free and offers 14 grams of protein per serving.

Blu eCigs Disposable Electronic Cigarettes

SRP: $9.99 www.blucigs.com

Blu eCigs give users the look and feel of traditional cigarettes with a water vapor "puff" instead of smoke and ash. Blu eCigs are available in convenient disposables or rechargeable packs for regular use, with or without nicotine and in a variety of flavors. Each combines the battery, atomizer and cartridge in one single piece, and the Charlotte, N.C.-based company's signature blue LED tip glows with each puff. Designed with a single hole for maximized draw and resistance, the mouthpiece is engineered to prevent leakage. Blu eCigs offers two flavors: Magnificent Menthol provides a surge of minty flavor, but for rich, full-flavored tobacco taste, Classic is ideal. Each eCig is equal to 400 puffs or about 1 1/2 packs of cigarettes.

BonSavor Whole Wheat Flour Naan

SRP: $3.49 www.bonsavorfoods.com

With ethnic cuisine catching on in a big way among mainstream consumers, Dallas-based BonSavor is on the right track with its line of whole wheat flatbreads inspired by a range of cultures. The company's authentically crafted, flame-baked naan (a type of flatbread hailing from India) is naturally low in fat; has no saturated fat or cholesterol and O grams of trans fat per serving; is high in vitamin B1 and a good source of dietary fiber, vitamin B3, folate and calcium; and offers 37 grams of whole wheat per serving. Oh, and it tastes really good. too.

Brioni's Healthy Morning Coffee

SRP: $8.99 www.brionis.com

Prebiotic coffee? As long as it doesn't alter the product's taste (and in this case, it definitely doesn't), why not? Brioni's Healthy Morning Coffee is the first coffee to provide digestive health benefits while delivering the taste and aroma of true gourmet coffee, according to Glastonbury, Conn.-based Brioni Coffee Co. Each 12-ounce cup is a good source of fiber and a prebiotic, delivering 4 grams of dietary fiber, O grams of fat and cholesterol and just 35 calories. So, go ahead, enjoy that second cup.

Buff Lo Dip

SRP: $5 www.bufflodip.com

Buff Lo Dip from Londonderry, Ohio-based Dzalt Enterprises LLC is ideal not only as a dip for chips, chicken nuggets or tenders, and veggies, but also as a sauce for many different foods. It can be used on tacos, pizza, hot dogs, hamburgers, subs, turkey sandwiches, chicken sandwiches, steamed or fried rice, chicken wraps, and grilled cheese, as well as in chili, soups and many other foods.

Califia Farms Cuties Juice and Almondmilk

SRP: N/A www.califiafarms.com

Those wildly popular Cuties seedless Clementinesare now available in juice form from Bakersfield, Calif.-based Califia Farms, which scored big with its tangerine juice blends. At 100 to 130 calories per serving, the all-natural juices have no added sugar and deliver two full servings of fruit, along with 150 percent RDV of vitamin C. The Clementine-mandarin, tangerine-orange-mango and tangerine-orange-pineapple blends come in "whimsical 8-ounce PET bottles designed for maximum kid appeal," as well as 12- and 48-ounce sizes. Califia also made a splash with its three varieties of Almondmilk, a great option for the lactose-intolerant or others avoiding dairy. The antioxidant-rich line is free of lactose, soy and gluten, and claims to deliver 50 percent more calcium than 1 percent dairy milk. Califia's Almondmilk comes in 48-ounce bottles, in Unsweetened, Creamy and Vanilla varieties.

Cedarlean Egg White Frittatas

SRP: $3.99 www.cedarlanefoods.com

As Carson, Calif.-based Cedarlane Foods aptly notes, there's nothing "lean" about the taste of its gluten-free frozen Cedarlean Egg White Frittata line, which is available in Broccoli & Cheddar, Roasted Chile & Cheese, and Spinach & Roasted Tomato varieties. Each all-natural frittata melds fluffy egg whites, fresh cheeses, chunky vegetables and a blend of spices in a scalloped potato crust. High in protein and fiber, and containing no more than 200 calories, the product line comes in packaging with a prominent "gluten-free" icon on the front, helping gluten-intolerant consumers find what they need quickly.

Celestial Seasonings Sweet Harvest Pumpkin Holiday Black Tea

SRP: $2.99 www.hain-celestial.com

This autumnal tea, available seasonally from Boulder, Colo.-based Celestial Seasonings, a division of The Hain Celestial Group in Melville, N.Y., creates its own warm glow. Featuring rich black tea, harvest-fresh pumpkin flavor and traditional spices such as cinnamon, ginger and nutmeg, plus a hint of natural sweetness, the product made PG's resident sippers fall for fall all over again.

Chobani Champions Vanilla Chocolate Chunk Greek Yogurt

SRP: $1.29 www.chobani.com

Aiming to bring kids to the current big yogurt trend, Norwich, N.Y.-based Chobani's Champions is authentic strained Greek yogurt made with low-fat milk and real chocolate chunks. Each 3.5-ounce cup is chockfull of protein, calcium and vitamin D. It's a tasty and healthy alternative to other kids' snacks, and should be welcomed by parents looking for something different for kids' lunchboxes,after-school treats or the cooler for handing out following soccer games or other children's activities.

Clemmy's Ice Cream Bars

SRP: $4.29 www.clemmysicecream.com

These sugar-free, gluten-free and lactose-free ice cream bars from Rancho Mirage, Calif.-based Clemmy's are almost too good to be true. Especially sublime were Clemmy's Orange Crème Bars, featuring the citrusy tang of

oranges swirled together with rich, creamy vanilla ice cream. All of the bars achieve their luscious taste by using superior, all-natural ingredients.

Country Time Lemonade Chewy Candy

SRP: $1.99 www.sorbee.com

Aiming to leverage some recent category growth, Trevose, Pa.-based Sorbee International LLC launched these chewy candies as a follow-up to its previous hard candy released under the iconic soft-drink brand name. Available in four flavors (Lemonade, Peach Lemonade, Raspberry Lemonade and Pink Lemonade), these refreshing chews capture their namesake's flavor profile-not too tart, not too sweet. Available in 7-ounce peg bags, the candies promise 150 calories per eight-piece serving.

Dancing Deer Baking Co. Whole Grain Cranberry Orange Cookies with White Chocolate Chips

SRP: $5.99 www.dancingdeer.com

These soft and chewy indulgences from Boston-based Dancing Deer Baking Co. went fast at the PG office-gone-within-the-hour fast! Sweet cranberries, orange and creamy white chocolate chips are crammed into every whole grain cookie. The scratch-baked, all-natural and kosher treats come eight to a package-although that won't seem like nearly enough.

Del Destino Tapenades

SRP: $1.99 www.atalanta1.com

Del Destino gourmet tapenades from Elizabeth, N.J.-based Atalanta Corp., available in such savory varieties as Piquillo & Jalapeno, Olive, Asparagus, and Artichoke, do multiple duty as dips, sandwich spreads, marinades, pasta flavorings and even salad dressing ingredients. A particular-and tasty-use one PG editor found for the product was as an impromptu "pizza" sauce on a whole wheat pita that was then heaped with veggies and melted cheese.

Disney Berry Quick Snacks

SRP: $2.99 www.naturipefarms.com

These ready-to-eat fresh blueberries from Salinas, Calif.-based Naturipe Farms feature a harvest-to-package system that lengthens the shelf life of the product for up to three weeks when properly refrigerated. The succulent berries are triple-inspected, triple-washed and placed in breathable packaging, resulting in a high-quality healthy snack that's perfect for Disney-loving kids of all ages to take along anywhere.

Dole Frozen Fruit Single-serve Cups

SRP: $2.49 (pack of two 3-ounce cups of strawberry or pineapple); $2.79 (pack of two 3-ounce cups of blueberries) www.dole.com

Employing cutting-edge, patent-pending technology to minimize texture loss during the defrosting process for a just-like-fresh appearance, taste and mouth-feel, Frozen Fruit Single-serve Cups from Westlake Village, Calif.-based Dole can be enjoyed as a healthy snack any time of the day. Besides being eaten on their own, they can be popped into smoothies, sprinkled on top of various dishes and incorporated into various recipes.

Dove Milk Chocolate Covered Raisins & Peanuts

SRP: $3.49 (5-ounce resealable pouch) www.mars.com

Lovers of peanuts, raisins and chocolate are sure to enjoy this combination of taste and textures in a bite-sized candy. These milk chocolate-enrobed treats from Hackettstown, N.J.-based Mars Chocolate North America are packaged in an eye-catching standup pouch with great shelf presence. As a "hand to mouth" candy, this new treat

is part of the increasingly popular unwrapped-bite segment, which has expanded to $1.6 billion annually and emerged as a growth category for manufacturers and retailers alike.

Eat Well Enjoy Life Hummus

SRP: $3.99-$4.99 http://eatwell-enjoylife.com

The creamy hummus made by Alpharetta, Ga.-based Tryst Gourmet/Eat Well Enjoy Life features various beans, making it easy for consumers to add more protein, fiber and healthy fat to their diets. The gluten-and cholesterol-free, kosher product line comes in three zesty flavors: Sweet & Spicy Black Bean, whose topping of spicy roasted corn, sweet pineapple and red-pepper relish offers complementary flavors; high-protein Spicy Red Lentil Chipotle, set off by a topping of milder poblano chili peppers and corn; and Wasabi Edamame, topped by black beans and pickled ginger, and offering just the right kick of wasabi backed with horseradish.

Eggland's Best Hard-Cooked Peeled Eggs

SRP: $2.59 www.egglandsbest.com

No time to hard-cook eggs? Just reach for Eggland's Best's ready-to-eat Hard-Cooked Peeled Eggs. Produced and selected from the Jeffersonville, Pa.-based company's Grade AA farm-fresh eggs, and delivering all of the same nutritional benefits with a large added serving of convenience, the item is a resealable pouch of six medium-sized hard-cooked and peeled eggs that contain 25 percent less saturated fat than ordinary eggs, and are an excellent source of vitamins D, B12 and E, and a good source of riboflavin-all for just 60 calories per egg.

Entenmann's Cake Pop Set

SRP: $19.99 www.durakleen.com

With cake pops all the rage, home bakers can easily replicate the charm and whimsy of the tasty single-serve treats with the Entenmann's brand bakeware product line from Brooklyn, N.Y.-based Euro-Ware. Suitable for making sweets on a stick for any celebration, the new bakeware line is affordably priced and ideal as a cross-merchandising candidate for your baking department.

Freshpet Select Roasted Meals for Cats/Dogs

SRPs: $4.29 (1-pound bag of cat food); $10.99 (3-pound bag of dog food); $6.49 (1.75-pound bag of dog food) www.freshpet.com

With its Select Roasted Meals, Secaucus, N.J.-based Freshpet offers consumers' four-legged companions tender chicken pieces accented with carrots and spinach for well-balanced meals pet parents can feel good about serving. The cat food marries the taste and texture of the wet food preferred by felines to the convenience of dry food.

Front Porch Ice Cream

SRP: $4.99 www.mooresvilleicecream.com

Just when it seems like we've seen or tasted just about every ice cream on the market, there comes a new 15-SKU line of Southern-inspired flavors from North Carolina-based Mooresville Ice Cream Co. Packed under the Front Porch brand, the line was a tremendous hit with our team, with the Nana's Banana Pudding, Lemony Sunshine, Peachy Keen and Blackberry Crumble varieties proving especially popular. The line features uniquely crafted flavors based on homespun recipes that will make you feel as though you're rocking on your own front porch on a summer night, no matter where you might be.

Früsh

SRP: $1.99 www.gofrush.com

The Früsh line of refrigerated yogurt fruit shakes from based Origin Food Group LLC, available in four refreshing flavors-strawberry, blueberry, peach and strawberry banana-blends real fruit with creamy yogurt, resulting in a delicious on-the-go treat. Upping the ante with proprietary, health-enhancing ingredients that optimize bone health and probiotics to boost immunity and aid digestion, the line of functional beverages in 8.4-ounce bottles is perfectly positioned for convenience-seeking, nutritionally minded consumers.

Glutino Rosemary & Olive Oil Gluten Free Snack Crackers and Gluten Free Tortilla Dippers

SRPs: $3.49 www.glutino.com

Glutino Rosemary & Olive Oil Gluten-Free Snack Crackers, the unanimous favorite flavor of PG's tasters, makes for a satisfying gluten-free snack. The flavorful, all-natural crackers go great with soup or salad, but are equally fine on their own. Seasoned with a just touch of salt, the Laval, Quebec-based company's Gluten Free Tortilla Dippers-also all-natural-feature a sturdy scoop shell design that easily accommodates a large dollop of salsa or dip.

Gourmet Trading Co. Superblues Blueberries and Peeled White Asparagus

SRPs: $1.99( 5-ounce package of blueberries); $3.49 (10-ounce package of blueberries); $4.99 (16-ounce package of blueberries); $2.49 (9-ounce package of asparagus); $3.49 (12-ounce package of asparagus), $4.39 (1-pound package of asparagus); $6.49 (1.5-pound package of asparagus) www.gourmettrading.net

Now available in new pack sizes providing lower price points, the appropriately named Superblues from Gourmet Trading Co. boast twice the size and crunch of their standard counterparts. Our PG tasters certainly found them firm, flavorful and filling, with the added bonus that they held up well to freezing. The Peeled White Asparagus, introduced to market by the Los Angeles-based company, comes in a bag proven to lower shrink. Pre-peeled for greater preparation convenience, the elegant side dish can be displayed in a two-piece shipper that can be assembled in minutes without a box cutter and features a moisture pad at the bottom of the tray to keep the asparagus fresh.

Goya Fiesta Baked Beans

SRP: $1.69 www.goya.com

Secaucus, N.J.-based Goya, the Latin foods leader, continues to expand into new avenues, as evidenced by its line of Fiesta Baked Beans. With more Latin-inspired flavors and recipes gaining mass appeal, coupled with data that finds more than half of all general-population American households consuming baked beans, grocers can't miss with Goya's Fiesta Baked Beans, whose robust flavor and Latin flair easily complements a variety of meals.

G.S. Caramel Sea Salt Gelato

SRP: $4.79 www.gsgelato.com

This luscious gelato from Fort Walton Beach, Fla.-based G.S. Gelato & Desserts Inc. seizes upon the sweet-and-salty trend, along with the popularity of sea salt as an ingredient. It features a deep, creamy texture with a rich taste reminiscent of a soft, warm caramel, plus a delicate touch of Mediterranean sea salt. The fusion of flavors is quite pleasant, making for a unique and delicious treat.

Hammond's Candies

SRPs: 95 cents-$9.95 www.hammondscandies.com

Denver-based Hammond's released several new products this year, but these in particular caught our editors' fancies. The individually wrapped Caramel Marshmallows offer soft, chewy, buttery goodness. Of the company's latest Pantry Classics dip flavors, designed for snacking and recipes, we were most taken with Cinnamon Bun. But Hammond's new line of chocolate bars really shows off the brand's decadent creativity. The editors were split on

their favorites, but the Malted Milkshake, PB&J Sandwich, chocolate-and-raspberry Crackle Crunch, and chipotle-laced Sweet 'N Spicy were definite standouts.

Hartz UltraGuard Pro Flea & Tick Treatment

SRP: $19.99 www.hartz.com

Providing effective and affordable flea and tick protection for 30 days at a fraction of the price of veterinarian-recommended products, Hartz UltraGuard Pro Flea & Tick Treatment for Dogs and Puppies starts killing our furry friends' tormentors within 15 minutes. The product from the Secaucus, N.J.-based Hartz Mountain Corp. includes the patented Pro-Glide applicator, which easily penetrates pet fur for application directly to dogs' skin.

Hawaiian Kettle Style Mango Habanero Chips

SRP: $2.99-$3.49 www.timschips.com

These new Mango Habanero chips come from Hawaiian Brand Snacks, made by Peoria, Ill.-based Tim's Cascade Snacks, part of the Pinnacle Foods Group. The crunchy chips feature a unique taste that combines the heat of habanero peppers with the sweetness of mangoes. There's just enough heat to give these chips some authority while not overpowering the overall spicy-sweet flavor.

Hershey's Candies

SRPs: $1-$3.79 www.hersheys.com

Pennsylvania-based Hershey Co. supplied many sweet favorites among the PG crew. Hershey's Simple Pleasures Chocolates, boasting 30 percent less fat compared with average milk chocolates, deliver all of the deliciousness expected from a Hershey's product. Consisting of a smooth chocolate outside with a rich creme-filled center, Simple Pleasures come in three varieties and are individually wrapped for easy portion control in 24-count, 5.6-ounce pouches. Rolo Minis feature the classic combination of chewy caramel and milk chocolate of their full-size counterparts in a calorie-friendly size that make life sweeter for consumers who want to enjoy their chocolate without the guilt. Ice Breakers Duo Mints offer a tasty, refreshing lift with a "fruit+cool" flavor sensation. Combining a textured fruit-flavored side (available in raspberry and strawberry varieties) with a cooling, smooth side that features Ice Breakers Mints' signature flavor and cooling crystals, Duo Mints come in 1.3-ounce tins. With a crunchy candy shell and a soft, chewy center, Jolly Rancher Crunch 'N Chew combines the unmistakably bold fruit flavors of the original hard-candy version with a chewy texture. The result is a candy experience that satisfies both crunchy and chewy candy fans' respective sweet spots.

Hormel Cure 81 Ham Steaks, Natural Choice Chicken Sausages and Natural Choice Smoked Sausages

SRPs: $3.09-4.99 (ham steaks); $4.99 (chicken sausages); $5.99 (smoked sausages) www.hormel.com

Easy-to-prepare, fully cooked Cure 81 ham steaks satisfy PG tasters' need for a quick, single-serve weekday meal idea in a variety of flavors: Classic, Brown Sugar, Peppered and Honey Cured. As their name implies, Natural Choice chicken sausages have no preservatives or artificial ingredients, and grill up nicely in three cheese-studded varieties: Jalapeno Cheddar, Apple Gouda and Spinach Asiago. Also boasting no preservatives or artificial ingredients, Natural Choice smoked sausages feature a blend of spices that, along with the smoking process, result in a savory taste sensation. A particular standout is the Turkey variety, which provides a lighter alternative, having half the calories of, and 70 percent less fat than, the Original sausage.

IHOP at Home Syrups

SRP: $3.99-$4.29 (24 ounce); $2.99-$3.19 (12 ounce) www.sorbee.com

The latest iconic brand to be brought to grocery store shelves by Trevose, Pa.-based Sorbee International LLC is IHOP-specifically, the syrup enjoyed for years by breakfast diners. The IHOP at Home line of retail breakfast syrups

includes classic flavors such as Original, Lite and Sugar Free in 24-ounce bottles, and unique flavors like Rooty Tooty Fresh 'N Fruity Blueberry in 12-ounce bottles. It was really a no-brainer to put the IHOP brand in the retail channel, and these syrups live up to the name.

International Delight Coffee Beverage

SRP: $3.99 www.whitewave.com

Coffeehouse indulgence is now as close as the refrigerator with International Delight Iced Coffee, a sweet and creamy, ready-to-drink iced beverage made with 100 percent premium Arabica coffee and available in three luscious flavors: Vanilla, Mocha and Original. The generous half-gallon packaging was another plus. This gourmet-stylethirst-quencher from Broomfield, Colo.-based WhiteWave Foods was particularly satisfying over ice on broiling Jersey City afternoons.

Ivy-Dry Super Continuous Spray

SRP: $10.99 www.ivydry.com

The first continuous spray for the treatment of poison ivy, Ivy-Dry is godsend for hikers, campers and others who enjoy outdoor activities. It can be easily applied to hard-to-reach areas of the body while keeping hands mess-free and lowering the chance of spreading infection or recontamination. PG's testers particularly loved the fact that users can spray at any angle-even upside-down-and the product requires less effort than traditional finger-pump sprays, according to Fairfield, N.J.-based Ivy-Dry Inc.

Kane Candy Chocolate Dessert Cups

SRP: $5.99-$7.99 www.kanecandy.com

Because they're as functional as they are pretty, we like these candy cups quite a choco-lot! A quick and easy dessert solution, Kane's Chocolate Party Cups, offered by Caledonia, Mich.-based Niche Gourmet, can be filled and topped with a limitless number of sweet possibilities. The line's five varieties include chocolate flowers, white and dark chocolate Tuxedo cups, chocolate cordial and toasting cups, chocolate heart cups, and large Kane Candy Chocolate Party cups. Great for parties of all kinds and sizes, these items lend a special, elegant touch to the dessert course.

Kellogg's Krave Cereal and Eggo Wafflers

SRP: $3.99 (Krave); $2.99 (Wafflers) www.kellogg.com

Kellogg's Krave is aimed at teens, of whom 50 percent reportedly skip breakfast. The product features a sweet, crispy cereal shell exterior with a smooth real chocolate center, delivering an "intense chocolate experience," according to the iconic Battle Creek, Mich.-based company. A good source of fiber and made with whole grains, Krave is available in Chocolate and Double Chocolate. Eggo Wafflers are hand-held, tear-apart waffle bars-crispy on the outside, fluffy on the inside-that are designed to be eaten right out of the toaster, no syrup required. They are available in Brown Sugar Cinnamon Roll and Strawberry Strudel flavors.

Kind Nuts & Spices

SRP: $1.99 (bar) www.kindsnacks.com

New York-based Kind Healthy Snacks offers this line of snack bars crafted from high-quality whole nuts and spices. The clean-label bars deliver indulgent recipes with all-natural protein, fiber and no more than 5 grams of sugar. The product line is available in four varieties-Dark Chocolate Nuts & Sea Salt, Madagascar Vanilla Almond, Dark Chocolate Cinnamon Pecan and Cashew & Ginger Spice-that provide unique flavors in a great-tasting, better-for-you snack.

Klondike Shelf-stable Baby Potatoes

SRP: $1.99 www.potandon.com

Potandon Produce's Klondike Goldust Express joins Klondike Rose Express as part of the Idaho Falls, Idaho-based company's shelf-stable line of microwavable fresh potatoes. Klondike Express combines cutting-edge packaging technology with two market-proven potato varieties, enabling convenience-driven consumers to prepare 1 pound of whole fresh Klondike baby potatoes from pantry to plate in just six minutes. They're positioned as high-velocity impulse items that can be cross-merchandised as part of a meal solution display, or as a quick potato side-dish to complement outdoor grilling in summer. In addition, the Klondike Rose Express package has been updated with an enhanced nutritional panel on the front, highlighting the fact that fresh potatoes are fat- and sodium-free, and contain 18 percent of the recommended daily amount of potassium per serving and 45 percent of vitamin C.

Kraft Fresh Take

SRP: $1.99 www.kraft.com

Northfield, Ill.-based Kraft aims to simplify the process and ease the mess of preparing crusty baked poultry, pork and seafood dishes. Each refrigerated Fresh Take sectioned bag contains natural Kraft Cheese and seasoned breadcrumbs; you break the divider, mix the cheese and crumbs, coat your protein and bake. The bag is your bowl, so cleanup is minimal. It's an easy way for budding cooks to try something new, and veterans should like having fewer dishes to wash. Fresh Take comes in six varieties: Southwest Three Cheese, Rosemary & Roasted Garlic, Chile Lime & Panko, Cheddar Jack and Bacon, Italian Parmesan, and Savory Four Cheese.

Krave300 Disposable Electronic Cigarettes

SRP: $8.99-$11.99 www.vapor-corp.com

Krave Electronic Cigarettes from Fort Lauderdale, Fla.-based Vapor Corp. offers a large selection of disposable e-cigs designed to stylishly fit any smoker's needs. Available in traditional tobacco or menthol flavors, the Krave300 disposable line also comes in an assortment of 10 other flavors merchandised in 10-unit point-of-purchase boxes. The Fruits Collection includes Sour Apple, Blueberry, Great Grape, Juicy Peach and Strawberry flavors, while the Sweets Collection offers Cappuccino, Chocolate, Red Wine, Spiced Rum and Very Vanilla flavors, among others. In addition, Krave300 e-cigs are available in a variety of colors and tattoo-inspired looks, all equipped with jewel-cut tips to really make them stand out. Users can enjoy 300 puffs without the second-hand smoke, flame, ash or odor of traditional cigarettes.

Larry the Cable Guy Smokin' Chips, Wraps and Firestarters

SRP: $5.99 (chips); $6.99 (wraps); $8.99 (8-pack of firestarters, which are 98 cents apiece) www.tailgatingplanks.com

Chef Locke's It's Hi-Time Home Décor & More Inc., based in Spokane Valley, Wash., has extended its easy BBQ prep line with flavor and smoke accessories under the Larry the Cable Guy brand-in the process taking grill-friendly fare to the next level. The Smokin' Chips, Wraps and Firestarters are suitable for all proteins and infuse a tangy, smoky flavor in a fun and easy preparation method to help folks "git-R-done" and enjoy.

Lake Champlain Chocolates Organic Dark Chocolate Bars

SRP:$4.59 www.lakechamplainchocolates.com

Inspired by Peru's world-class cocoa, Burlington, Vt.-based Lake Champlain Chocolates added two organic chocolate bars to its organic chocolate line. The scrumptious single-origin 70 percent cocoa bars are Peru Organic and Cherry Peruvian, the latter of which features organic tart dried cherries from northern Michigan that perfectly complement the fruitiness already present in the chocolate, along with Madagascar Bourbon vanilla beans, considered the finest and most balanced vanilla beans available.

Lawry's and McCormick Seasoning Blends and Coffee Extract

SRPs: $3.29 (Lawry's items); $4.59 (Gourmet Seasoning items); $1.40 (Grill Mates); $2.89 (Perfect Pinch) and $4.42 (extract) www.mccormick.com

These fabulous flavors from Hunt Valley, Md.-McCormick & Co. enlivened PG tasters' various culinary endeavors. Lawry's Fire Roasted Chile & Garlic Blend and Oregano & Basil provided authentic Southwestern and Mediterranean zing, respectively, while McCormick Gourmet Cuban and Gourmet Tuscan Seasoning items were robust ambassadors for two time-honored cuisines. Specially designed for larger cuts of meat that require more time on the grill, the Slow & Low Memphis Pit BBQ Rub in the Grill Mates line went over big at one summer cookout we know of, and for the sodium-conscious among us, nothing could top the Perfect Pinch salt-free Fiesta Citrus and Southwest Sweet 'n Smoky varieties, both of which are treats for the taste buds. Last-but certainly not least-the Pure Coffee Extract proved an irresistible addition to cookies, cakes, pies, hot beverages and anything else that occurred to us.

Lipton Pure Leaf Real Brewed Tea

SRPs: $2.49-$2.69 (carafe); $1.69-$1.79 (single) www.pepsico.com

This Lipton/Pepsi joint project is a great addition to the growing ranks of bottled brewed teas. Brewed from Rainforest Alliance Certified tea leaves from China, India, Africa and South America, Pure Leaf comes in unique square PET bottles, and in nine assorted flavor and calorie combinations, including lemon, peach and raspberry. The sweet varieties-Sweetened and Southern-style Extra Sweet-are made with all-natural sugar, but the Unsweetened is a benchmark for a bold, clean-tasting, refreshing iced tea.

M&M'S Mint Dark Chocolate Candies

SRP: $1.09 (1.5-ounce single); $2.99 (8-ounce resealable pouch) www.mars.com

The latest new variety of M&M'S is delicious, refreshing and a sure winner in the candy aisle. This time, the familiar candy shell encases creamy dark chocolate laced with refreshing mint. Mars Chocolate North America had offered this flavor only during the winter holiday season, but now consumers can enjoy it year-round-a smart move, since the Hackettstown, N.J.-based company notes that mint chocolate is a popular flavor enjoyed by consumers anytime (80 percent of sales are nonseasonal), and sales in the mint segment are growing faster than in the chocolate category.

Macanudo Cigar with Locked-In Humidity Packaging

SRP: $6.99 www.cigarworld.com

For grocers that want to sell premium handmade cigars but not install a humidor, Miami-based General Cigar Co. has brought "Locked-In Humidity" packaging to its top-selling Macanudo cigar brand. This innovative, proprietary wrapping provides an airtight barrier that guarantees fresh-from-the-factory flavor in an

attractive package and display. This packaging also presents grocers with merchandising opportunities away from the traditional tobacco section, such as the wine and spirits department. The sample was of Macanudo's typical high quality, and the packaging delivered the 5.5-inch-by-50-ring-gauge cigar in perfect smoking condition. The pouch is also available on same-size cigars from General's Partagas, Punch and Excalibur brands.

Manischewitz Gluten Free Chocolate Cake Mix

SRP: $4.69 www.manischewitz.com

Including nearly everything needed to make-and bake-a cake, including cake mix, frosting mix and even a disposable pan, Manischewitz Gluten Free Chocolate Cake Mix from the respected Newark, N.J.-based kosher food company is ideal for convenience-seeking gluten-intolerant consumers. With a preparation time of less than 10

minutes and a baking time of about 40 minutes, the packaging features an on-pack icon communicating the healthier attributes of the all-natural item, which is an excellent source of fiber and low in sodium, as well as having no MSG, sulfites, and artificial preservatives or ingredients.

Mann's Rainbow Salad

SRP: $1.99-$2.99 www.mannpacking.com

With mini broccoli florettes now added to its already healthy and delicious mix of shredded carrots, cabbage and cauliflower for extra crunch and texture, the reformulated Rainbow Salad from Salinas, Calif.-based Mann Packing Co. is truly better than ever. The microwaveable pre-washed product works well in salads, wraps, sandwiches and more- one veggie-loving PG editor naturally used it as the basis of a super Fourth of July slaw.

Mediterranean Snacks HummuZ Crispz and Lentil Crackers

SRP: $3.49-$3.99 www.mediterraneansnackfoods.com

Tasty, crunchy snacks that boast enhanced wellness profiles without sacrificing taste, HummuZ Crispz and Lentil Crackers from Boonton, N.J.-based Mediterranean Snacks are low in fat, high in protein, gluten-free and non-GMO certified. Baked with real garbanzo beans, HummuZ Crispz are a good source of fiber and protein. Lentil Crackers- the first crackers made with protein-rich lentils-contain only 110 calories in a hearty 18-cracker portion and come in three flavors: Sea Salt, Cracked Pepper and Rosemary Herb.

Melt Organic Buttery Spreads

SRP: $3.99-$4.99 www.meltbutteryspread.com

Hailey, Idaho-based Prosperity Organic Foods launched this new line of certified-organic buttery spreads made from a blend of virgin coconut, flax-seed and sunflower oils. With no trans fats, hydrogenated oils, gluten, soy or artificial preservatives, Melt delivers a fresh, rich taste and creamy texture; the honey variety is particularly nice on wheat toast. Additionally, Melt tops, sautés and bakes just like butter, with half the saturated fat and fewer calories.

Meow Mix Tender Centers

SRP: $4.99 (small bag); $12.99 (large bag) www.delmonte.com

These dual-textured kibbles from San Francisco-based Del Monte Foods are crunchy outside with a meaty center-a combination that proved to be a big hit with our resident feline taste-testers. Available in tuna and white fish and salmon and white meat chicken flavors, the line was launched by the return of the memorable Meow Mix jingle, which last aired 16 years ago.

MiO Energy

SRP: $4.99 www.kraft.com

An extension of Northfield, Ill.-based Kraft's MiO water "personalizer," MiO Energy adds a boost of energy and B vitamins with 60 milligrams of caffeine per 8-ounce serving, about the same as a 6-ounce cup of coffee. A few squirts of colorful flavor really do jazz up an otherwise mundane glass or bottle of water, and the energy boost can be a welcome mid-afternoon pick-me-up. It comes in Black Cherry and Green Thunder (sort of a tropical fruit flavor).

MOAB Açai Superfruit Blend

SRP: $2.99 www.friedas.com

A new fusion of exotic juices, Açai Superfruit Blend from Los Alamitos, Calif.-based specialty produce supplier Frieda's Inc. is a polyphenol powerhouse, with antioxidant strength to neutralize damaging free radicals and

supercharge health. Enhanced with freeze-dried açaí, organic açaí juice from the Brazilian Amazon mingles with the nutrient-rich juices from Concord grapes, mangoes and other key players, along with the juices of acerola and passion fruit and the fruit purees of camu camu and capuaçu from Brazil. The beverage also features vegetarian omega-3 DHA to promote heart and brain health, and plant-derived glucosamine (vegetarian) for joint health. Açaí Superfruit Blend is gluten-free, dairy-free, GMO-free, wheat-free, vegetarian, and vegan. Other MOAB Superfruit Blend varieties include Pomegranate and Wild Blueberry.

Mr. Clean Bliss Gloves

SRP: $3.99 www.thebutler.com

Cleaning is sheer bliss with these premium household gloves from Marlborough, Mass.-based Butler Home Products, which are latex-free and boast a plush, pillow-soft lining that keeps hands dry and comfortable. Additionally, an embossed palm grip helps to provide a safe grip.

Nature Made 100% Vegetarian Omega-3

SRP: $29.79 www.pharmavite.net

There's nothing fishy about Nature Made 100% Vegetarian Omega-3, which enables vegetarian, vegans and those who can't tolerate or are allergic to fish to get the right dose of omega-3 fatty acids as recommended by heart-health experts. One of the first products to deliver a completely vegetarian alternative to regular fish oil supplements, the item from Northridge, Calif.-based Pharmavite contains EPA and DHA from a non-animal source made in an ocean-free environment.

Nature's Path Love Crunch Granolas

SRP: $4.99 www.naturespath.com

Shoppers are sure to love Love Crunch from Richmond, British Columbia-based Nature's Path Organic Foods as much as we did. Available in four delectable flavors- Carrot Cake, Apple Crumble, Aloha Blend, and Dark Chocolate & Red Berries-the USDA-certified organic, non-GMO granola line is packed with nutrients and whole grains, but no cholesterol or trans fats, and less sodium. And if all of that isn't enough to do your heart good, the brand's "Bite4Bite" initiative helps the needy: For each bag of Love Crunch sold, Nature's Path will donate the equivalent in cereal or cash, up to $1 million, to food banks. Additionally, the cereals come in eco-friendly standup resealable bags.

Ocean Mist Farms Season & Steam Microwavable Artichoke Pack

SRP: $3.99 www.oceanmist.com

Find artichoke preparation a hassle? You won't with the Season & Steam microwavable artichoke pack from Castro-ville,Calif.-based Ocean Mist Farms. The innovative item offers two fresh Globe artichokes that are cleaned, trimmed and ready to cook in first-of-its-kind packaging that gives users the option to open the bag, pre-season the artichokes to taste, reseal the package and steam by microwave all within the same bag. And the results are utterly-not to mention effortlessly-delicious.

Oscar Mayer Selects

SRPs: $4.99 (9 ounces of cold cuts); $3.99 (8-count hot dogs); $6.99 (12 ounces of bacon) www.kraft.com

Some would say it's enough just to be bacon, but Oscar Mayer, a brand of Northfield, Ill.-based Kraft, goes one further with its delicious new Selects line, which has no artificial preservatives, flavors or colors. The bacon is uncured and the hot dogs contain no byproducts. Two of the hot dog varieties-New York Style and Chicago Recipe-attempt to capture those regional flavors with ingredients instead of toppings-not quite, but nice try. Still, the taste,

texture and label of the dogs (which also include Turkey, Beef, Angus and Angus Bun-Length) are excellent, as are the cold cuts, especially the Slow Roasted Turkey Breast and Applewood Smoked Ham.

Pacific Soup Starters Vietnamese-style Pho

$3.49-$3.69 www.pacificfoods.com

Tualatin, Ore.-based Pacific Natural Foods' innovative Soup Starters line, including three varieties of Vietnamese-style Pho, meets growing consumer interest in cooking ethnic dishes at home. Not only do these items have an immediate impact on retailers' bottom lines by encouraging consumers to pick up additional items across multiple departments to assemble the soups, but their satisfyingly tasty flavors will have shoppers coming back for more.

Panera Bread Salad Dressing

SRP: $4.99 www.arcobasso.com

Arcobasso Foods, a full-service custom manufacturer and bottler of salad dressings, sauces and marinades, helped Panera Bread launch its retail line of dressings in 2009. Since then, Hazelwood, Mo.-based Arcobasso has extended the Panera dressings line to 18 national grocery retailers, with 1,800 retail locations and counting. Among its newest dressings to bow in the past year, we give a healthy thumbs-up to the Fuji Apple and Cherry Balsamic varieties, which add unique restaurant flair to homemade salads.

Pearls/Early California Reduced Salt Olives

SRP: $1.79 www.olives.com

Although they contain 25 percent less sodium than regular black olives, these items sold under two trusted brands from Tracy, Calif.-based Musco Family Olive Co. don't disappoint on taste. Olive lovers-even those not watching their salt intake-will be hard-pressed to stop at the serving size of four.

Pepsi Next

SRPs: 99 cents (20-ounce and 2-liter); $2.99 (introductory pricing for 12-pack) www.pepsico.com

Research has shown that there's a segment of consumers who are resistant to both regular, full-sugar cola and diet offerings. While these consumers love the taste of Pepsi, they don't believe you can achieve full-flavor taste with a diet cola. Purchase, N.Y.-based PespiCo developed Pepsi Next with these consumers in mind. Pepsi Next delivers real cola taste with 60 percent less sugar than Pepsi-Cola, which it achieves by offering just the right mix of cola flavor and a blend of sweeteners to closely mimic the taste curve of a regular cola. And the calorie-counters will be happy, too- Pepsi Next has only 40 calories per 8-ounce can.

Planters Nut-rition Men's Health

SRP: $5.99 (10.25-ounce can); $7.89 (six 1.5-ounce pouches) www.kraft.com

Co-branded with the leading men's magazine, this tasty nut mix delivers a delicious, crunchy and healthy snack. Recent stats show that men these days are doing more grocery shopping and are more interested in wellness, so Planters Nut-rition from Northfield, Ill.-based Kraft is a perfect match. This blend of almonds, peanuts and pistachios contains 6 grams of protein and six vitamins and minerals per 1-ounce serving.

Pretty Lady for the Holidays Table Grapes Packaging

SRP: N/A www.dulcich.com

Introduced last November by Delano, Calif.-based Sunlight International Sales as a seasonal promotion for Pretty Lady brand table grapes from J. Dulcich & Sons in McFarland, Calif., this creative packaging and merchandising program featured colorful, eye-catching packaging with holiday-themed designs to appeal to customers of all ages,

as well as accompanying POS materials such as display bins and shelf danglers. Consumers can rinse the grapes right in the innovative standup grab-and-go colander bags, which also enable easy and efficient carrying, displaying and storage. More themed promotions using the same innovative packaging are on the way from Sunlight-we can't wait!

**Pretzel Crisps** Dark Chocolate and Peppermint Variety

SRP: $2.99 www.pretzelcrisps.com

Sweet and salty meets chocolate mint for this new winner from Skillman, N.J.-based Snack Factory. Joining the brand's Holiday Indulgents line, Dark Chocolate & Peppermint **Pretzel Crisps** combines rich, dark chocolate with flat-baked pretzel crackers, topped off by peppermint candy pieces. This seasonal flavor is available at supermarkets and select specialty stores nationwide during the winter holiday season.

Proxi-Plus

SRP: $5.99 www.majesticdrug.com

This unique dental cleaning product from South Fallsburg, N.Y.-based Majestic Drug features an ultra-fine, super-gentle interdental brush on one end and a flosser on the other-the only such product on the market to offer this combination in a single item. Additionally, innovative clamshell packaging holds 30 disposable brushes, one a day for a month, so PG staffers who are diligent about their midday dental hygiene don't need to replenish their stocks as often as previously.

Ritz Crackerfuls Big Stuff

SRP: $3.99 (box of 5 1.25-ounce packs) www.kraft.com

These days, when it comes to food, bigger isn't always better. But Ritz Crackerfuls Big Stuff from Northfield, Ill.-based Kraft is a winner, especially for those (editors included) who travel and often find themselves hungry but trapped on the tarmac. Made with 6 grams of whole grain per serving, it's perfect for tiding you over until that next mealtime. The Extreme Peanut Butter and Colossal Cheddar fillings bring a nice creamy contrast to the crunchy crackers.

Rubi Automated Coffee Kiosks

SRPs: $1 (12-ounce brewed coffee); $1.50 (café mocha or vanilla); 50 cents extra (16-ounce size) www.coinstar.com

The folks up in Bellevue, Wash., who brought us Coinstar and Redbox are now offering a turnkey solution for grocers looking to improve their in-store coffee programs. In partnership with Seattle's Best Coffee, the Rubi system features touchscreen ordering and French press technology that grinds the beans and delivers steaming cups of great-tasting fresh-brewed coffee in about a minute. Supported by a Web-based frequent-customer program that remembers your previous order and e-mails your receipts, Rubi is bound to be embraced by retailers looking to save on labor and waste while providing their shoppers with a great cup o' joe.

Russo's Gluten-Free New York Style Pizza

SRP: $10.99-$11.99 www.nypizzeria.com

Russo's New York Style Gluten-Free Pizza features a vegan crust made with rice flour, tapioca flour, potato starch and extra-virgin olive oil, infused with honey and Italian seasonings. It's available in six varieties: Greek, New York Style, Margherita, Chicken Rustica, Pepperoni and Italian Mozzarella, and Mulberry. Founded in 1992 by chef Anthony Russo, Houston-based Russo's New York Pizzeria is known as the only place to find authentic New York pizza and Italian dishes in Texas. It operates 28 restaurants in Texas, Florida, Tennessee and Arkansas, and will soon be expanding to New York and New Jersey.

Sahale Crunchers

SRP: $3.99 www.sahalesnacks.com

It's always great to see new twists on snacks that make healthy noshing delicious. With several innovative flavor combinations, Seattle-based Sahale's new Sahale Crunchers team lightly roasted sliced almonds with fruits and spices, offering unique mixes like Almonds with Cherries, Apples & Maple; Almonds with Cranberries, Sesame Seeds & Honey; and Almonds with Parmesan & Herbs. With less than 140 calories per serving, Sahale Crunchers add zing to healthy snacking.

Salem Baking Co. Cookies

SRP: $5.99 www.salembaking.com

It would be a shock to find a product from Winston-Salem, N.C.-based Salem that we didn't like, especially after experiencing its full line at a trade show. So it was no surprise how much their new releases impressed us. The Moravian sugar cookies, so delicately crisp on their own, are more decadent in holiday shapes, enrobed in chocolate and topped with crushed peppermint. The Butter Pecan Praline Shortbread Cookies are buttery rich, and the Pumpkin Spice Shortbread-laced with cinnamon, ginger, nutmeg and allspice- evokes images of the fall and winter holidays.

Sea Best Signature Entrées

SRPs: $5.72-$7.80 www.seabest.com

The Sea Best Signature line from Jacksonville, Fla.-based Beaver Street Fisheries features complete seafood dishes in a variety of flavor profiles. The line was developed to give consumers a foolproof method of preparing sophisticated seafood culinary creations at home. All items within the line are preseasoned, packaged in microwave-safe/oven-safe containers and ready in about six minutes. The tray itself is self-venting, creating a steam environment that gives the consumer a better-finished product than conventional microwave cooking. The line includes seven original recipes based on consumer input and research: Maine Lobster Cakes, Mango Crusted Swai, Potato Crusted Cod, Spinach & Artichoke Stuffed Flounder, Shrimp & Grits, Stuffed Clams, and Tilapia Florentine.

Seattle Chocolates Baby, It's Cold Outside

SRPs: $3.50 (2-ounce bar); $11.95 (6-ounce box of truffles) www.seattlechocolates.com

This special 2012 holiday collection of vintage-style truffle bars from the chocolate purveyor unsurprisingly based in Seattle was created to evoke the romance, glamour and innocence of a bygone era. There are five "cozy and family" flavors: Christmas Cookie Bar (milk chocolate, white chocolate center, vanilla, cinnamon oil, raw sugar crystals); Hot Buttered Rum Bar (milk chocolate with a hint of rum and toffee crunch); Holiday Cheer Eggnog Bar (milk chocolate with sweet vanilla, cream and nutmeg); Mom's Hot Cocoa Bar (milk chocolate bar with marshmallow bits); and Candy Cane Crunch Bar (minty dark chocolate truffle with candy cane chips). The truffles are also available in a holiday party box illustrated with scenes of a 1950s holiday shindig, and a fun "snow day" box with a wintry backdrop.

Snyder's of Hanover Eatsmart Potato Crisps and Bacon Cheddar Pretzel Pieces

SRPs: $3.49-$3.99 www.snyderslance.com

Our picks from Hanover, Pa.-based Snyder's could be described as both naughty and nice. You can rarely go wrong with bacon or cheese, so both is better: generous chunks of sourdough hard pretzels with hearty bacon and cheddar cheese flavors. Meanwhile, the brand has added potato crisps to its better-for-you Eatsmart line. These crunchy all-natural popped snacks have 65 percent less fat than regular potato chips and come in Original, Sea Salt & Vinegar, and sweet-spicy Mesquite BBQ flavors.

**Sunkist Blends**

SRP: $5.99 www.trifectafoods.com

Add some sunshine to your day with this rejuvenated take on trail mix from Pacoima, Calif.-based Trifecta Foods LLC that blends best-of-class ingredients with a proprietary process enhancing flavor and aroma. Sold under the Sunkist brand-synonymous in consumers' minds with quality citrus fruits-these tasty anytime snacks are designed to be marketed in the fresh produce section.

**SunRidge Farms Items**

SRP: Various www.sunridgefarms.com

Among among the slew of tasty new snacks from Royal Oaks, Calif.-based SunRidge Farms, two stood out as our particular favorites. Mango Almonds are all-natural dry-roasted almonds coated with a creamy mango coating, and made with real vanilla and natural flavors. They contain no preservatives, O grams of trans fats, no hydrogenated oils, and are GMO- and rBST-free. Vanilla Chai Raisins (above) consist of all-natural exotic chai spices and green tea blended together in a creamy real-vanilla coating poured over sun-ripened raisins. They contain no hydrogenated oils, titanium dioxide or trans fats, and are GMO-free.

**SunRype Just Fruit & Grains**

SRP: $1.29 www.sunrype.com

This dense, chewy bar from Kelowna, British Columbia-based SunRype Products Ltd. is made up of 70 percent fruit and 30 percent grains, with nothing else added. The simple, healthy all-natural ingredient list includes fruit purees, fruit and vegetable juice concentrates, oats, barley, rice crisps, sunflower seeds and flax seeds. What's more, there are two great flavors to choose from: Summer Berries and Strawberry Mango.

**SweetLeaf SugarLeaf**

SRP: $7.99 www.wisdomnaturalbrands.com

For those who love baking and whipping up other sweet treats but aren't keen to cut down on their sugar intake, SugarLeaf is a 100 percent natural low-calorie sweetener from Gilbert, Ariz.-based Wisdom Natural Brands, the maker of SweetLeaf Stevia Sweetener. Made by bonding SweetLeaf Stevia and raw cane sugar, SugarLeaf offers the sweet taste and browning and bulking qualities of sugar, but with two-thirds fewer calories and carbohydrates. And we were particularly glad to find out that since SugarLeaf is three times sweeter than sugar, less is needed in recipes.

**Talenti Gelato e Sorbetto**

SRP: $4.99-$5.99 www.talentigelato.com

Great-tasting, all-natural Talenti gelati and sorbetti are uniquely creamy and intensely flavored, made in small batches using traditional Italian equipment. Featuring milk from cows not treated with artificial hormones, Talenti's newest gelati are not only incredibly rich and creamy but, with about 30 percent less fat than regular ice cream, they're also a healthier alternative. In true Talenti tradition, the five new gelati are made from scratch with only the best all-natural ingredients. Chocolate Peanut Butter Cup, Banana Chocolate Swirl, Black Raspberry Chocolate Chip and Chocolate Chip-Stracciatella went over big with PG's road-testers, as did the mess-free screw-top lids.

**Tastykake and Mrs. Freshley's Doughnuts and Pastries**

SRPs: 85 cents-$4.49 www.flowersfoods.com

Flowers Foods impressed us with some of its latest releases under its Mrs. Freshley's and Tastykake brands. The co-branded Cinnabon Honey Bun is a sweet and moist breakfast treat, topped with cinnamon and icing. The Little Layer Cakes offer rich vanilla icing and a drizzle of chocolate-enrobed soft yellow cake with crème filling. The mini doughnuts from Tastykake make it too easy to eat more than one, especially the powdered sugar variety, and the Crème Filled Chocolate Bells are rich, chocolaty crème-filled morsels. The Cinnabon products are great for folks looking for that trademark cinnamon roll taste outside the mall. And with Flowers' distribution network, Tastykake products can be enjoyed by Philadelphia expats around the country.

Thai Kitchen Rice Noodles

SRP: $3.79 www.simplyasiafoods.com

Making authentic Asian noodle dishes has gotten much easier with this new line of all-natural rice noodles from Thai Kitchen, a brand of Berkeley, Calif.-based Simply Asia Foods LLC that's available in three gluten-free varieties (Brown Rice, Red Rice, and Purple Corn & Rice Noodles). Perhaps best of all is that they're packaged in four individual servings that allow consumers to add variety and personality to their favorite dishes, including stir-fries, soups and salads. Add the vegetables, protein and seasonings of your choice, and you're eating a unique and flavorful dish in minutes.

TruRoots Sprouted Trios

SRP: $4.19-$5.49 www.truroots.com

PG tasters took the opportunity to get in touch with their roots with this shelf-stable, quick-cooking, naturally gluten-free, vegan and certified GMO-free product line featuring three types of sprouted rice, lentils and quinoa, respectively. Offering mosaics of color that are as lovely to look at as they are to eat-especially the quinoa combo-Livermore, Calif.-based TruRoots offers products that are directly sourced and sustainably grown.

Turkey Hill SunBrew Iced Tea

SRP: N/A www.turkeyhill.com

The folks at Conestoga, Pa.-based Turkey Hill are pioneers in chilled bottled tea in a multitude of flavors, and their latest release is a masterpiece. SunBrew aims to capture a homebrewed taste and truly hits the mark. With cane sugar and no added preservatives or colors, SunBrew comes in a 25-calorie Lightly Sweetened variety, as well as 80-calorie Sweetened and calorie-free Unsweetened. Our editors who live on the fringes of Turkey Hill's marketing area hope SunBrew will soon arrive at their local stores.

Tyson Deli Market Products and Pork Sparerib Mini Racks

SRPs: $3.99-$4.99 (Deli Market items); $5.49 per pound for a $8.50-$9.50 retail unit price (spareribs) www.tyson.com

We were frankly wowed by the Tyson Deli Market line, which features a whole range of fully cooked meal solutions, from restaurant-inspired pasta entrées, to glazed chicken breast fillets, to chicken fajita strips. The Springdale, Ark.-based company's heat-and-serve products come in both modified-atmosphere and vacuum skin packaging to retain freshness and quality. Meanwhile, for rib lovers, Tyson Pork Sparerib Mini Racks offer vacuum-packaged, pre-seasoned and portioned products that require minimal preparation and quick cooking times to deliver easy, no-fuss meals with no waste or mess. Available in Applewood and Teriyaki flavors, the line also provides smaller portion sizes-ideal for those of us who don't have an army to feed.

Udi's Gluten Free Foods Items

SRPs: $5.99-$6.99 www.udisglutenfree.com

Chocolate Chia Muffin Tops, Classic French Dinner Rolls and Millet-Chia Bread are among Udi's new line of products. The muffin tops allow the nutritionally minded to indulge in a little chocolate decadence. The dinner rolls are ideal for sharing at dinner with family or friends. The Ancient Grain Breads have more protein and fiber than Udi's original white and whole grain varieties, but are just as tasty. Baked with hearty ancient grains, this bread contains a wholesome balance of nutrients vitamins and earthy flavors. It's baked with chia, a naturally gluten-free seed that supplies beneficial nutrients and a delicious flavor.

Velveeta Cheesy Skillets

SRP: $3.25 www.kraft.com

There were a lot of smiles around the table on the night these samples from Northfield, Ill.-based Kraft were tested. The creamy cheese sauce takes these boxed meals up a notch or two. Just combine the pasta and seasonings with chicken, ground beef or tuna; mix in the sauce; and you've got a dinnertime crowd-pleaser in about 20 minutes. The biggest raves went to the Chicken Alfredo; new varieties also include Chili Cheese Mac and Tuna Melt.

Warheads Sour Twists

SRP: 99 cents www.impactconfections.com

Warheads Sour Twists from Littleton, Colo.-based Impact Confections is a three-color, three-flavor extruded chewy candy that's intertwined for a mouthwatering treat. It can be eaten as one combined twist, or untwisted so each flavor can be savored individually. Each twist has a fruity center and sour sanding, and is made to appeal to all taste buds. The product comes in a 2-ounce tray of twists in green apple, lemon and watermelon flavors. Warheads is supporting the new product launch online through sponsorships with Cartoon Network and Nickelodeon, as well as engagement with the Warheads Facebook community of more than 1.3 million fans.

Willamette Valley Granola Co. Granola Chips

SRP: $3.99 www.willamettevalleygranola.com

Granola's been marketed as a snack before, but never quite like this. Portland, Ore.-based Willamette Valley has introduced lightly sweetened, crispy bite-sized chips featuring a whole grain blend of oats, quinoa, amaranth and barley that enabled PG tasters to feel virtuous as they indulged. The product line's resealable pouches come in four toothsome flavors: Butter Pecan, Wild Berry, Honey Nut and Vanilla Bean.

Wrigley's Gum and Candy

SRPs: 69 cents-$3.19 www.wrigley.com

There was lots to love from Chicago-based Wrigley. Life Savers Gummies new 4.2-ounce Share Size Pouches replace the 2-ounce individual pouches launched in 2009. These pouches offer consumers more gummies in three flavor varieties: 5 Flavors, Mix-O-Reds, Sours and Collisions. The Micro Pack versions of 5 and Orbit gums were designed to make it convenient and affordable for consumers to keep their favorite chewing gums handy all of the time. The new 6-tab envelopes are available in 5 Rain (a tingling spearmint) and 5 Cobalt (a cooling peppermint), and Orbit Spearmint, Wintermint and Strawberry Remix. Skittles Riddles are a new bite-sized chewy candy with colors that don't match the flavors to keep consumers guessing as they make their way through bites of Strawberry, Apple, Watermelon, Fruit Punch and Raspberry. Starburst Flavor Morph chews start as one fruit flavor and transform into another as special flavor beads burst with a second flavor, creating a unique and new-to-the category experience. Each package contains an assortment of two juicy changing flavors: Cherry, Cherry Lime, Orange and Orange Strawberry.

Yes To Carrots Leave-in Conditioner with Argan Oil

SRP: $8.99 www.yestocarrots.com

Go ahead, say yes. San Francisco-based Yes To Carrots' Leave-In Conditioner sends a mix of proteins and amino acids deep into hair cuticles for some serious restructuring and rejuvenating benefits. Formulated for normal to dry and damaged hair types, the easy-to-apply, 98 percent natural formula provides a more intense level of benefit for hair that needs a little TLC, with argan oil and keratin proteins getting to the root of each strand of hair to strengthen and renew.

**Load-Date:** October 9, 2015

---

End of Document



# New Product Central

The Progressive Grocer

August 2012

Copyright 2012 Stagnito Media Food Group All Rights Reserved

**Length:** 11230 words

**Byline:** PG Editors

# Body

**Our annual roundup of the best retail product launches of the past year offers an assortment of winners from all parts of the aisles.**

It's that time again, when Progressive Grocer's seasoned editors, aided by a contingent of eager tasters at our Jersey City, N.J., office-otherwise known as New Product Central-get to sample a broad selection of the cream of the retail product crop.

But despite all of the fun we had road-testing so many great items, the process of narrowing down the final winners was no easy task, given the careful deliberation we applied to the many varied entries that came our way.

As always, not all products made the cut, but for the choice ones that did, a few noteworthy trends among recently released products readily emerged.

Better-for-you foods, including those targeting such specialized demographics as gluten-free, are now more mainstream than ever, with their healthy halo not all displaced by an implicit (and most welcome) tendency toward indulgence. Indeed, healthier foods that taste far better than their trailblazing predecessors are more frequently landing in the shopping carts of many customers now buying them for their sheer scrumptiousness rather than their nutritional content.

Another notable trend is toward innovative, highly functional-in some cases, multifunctional-packaging. In the produce sector alone, we encountered bite-size tomatoes that could be rinsed in their snack pack; a twin-pack of microwavable artichokes that could be preseasoned and steamed right in the bag; table grapes in a streamlined colander bag designed for easier carrying, display and storage; and breathable packaging that helps keep fresh blueberries tasting great.

Among other categories, we saw proprietary cigar packaging that eliminates the need for a humidor, opening up big selling opportunities for supermarkets, and a heat-and-eat line of deli meals in both modified-atmosphere and vacuum skin packaging to retain freshness and quality.

The deli meals in particular exemplified yet another big trend: convenience, which is still king, but with the growing recognition that shoppers want to put their own stamp on things. To that end, products we sampled included an ingenious cake mix with frosting and even a disposable pan, so home bakers can whip up a sweet treat with ease, and ready-to-eat hard-cooked and peeled eggs that purchasers can use to prepare nearly homemade deviled eggs, egg salads and the like.

With that, we extend sincere congrats to our most recent group of new product winners and invite you, our readers, to dig into the latest iteration of our smorgasbord of Editors' Picks.

320 Main Street Hoagies and Burritos

SRPs: $3.99 each (hoagies); $2.99 each (burritos) www.320foodsystems.com

The 320 Main Street Burrito line from Fort Collins, Colo.-based Fast Food Systems consists of three breakfast burritos: Beef and Green Chili, Chicken and Green Chili, and American with ham, sausage, bacon and potato in country gravy. The hoagie line features seven 8-inch varieties: Italian Sausage; Cajun Chicken BBQ; Pulled Pork BBQ; Italian with Ham, Capicola, Salami and Provolone; Smoked Turkey and Provolone; Pizza Steak; and Meatball. All products come frozen and can be sold frozen, thawed or in a hot box.

Almondina Milk Chocolate Delights and Yogurt Dipped BranTreats

SRP: $4.99 (both) www.almondina.com

It might be difficult to improve upon the original Almondina, offered by San Francisco-based WorldPantry.com Inc., but it's been done, and quite exquisitely at that, by smothering the irresistible cookie, with its yummy roasted almonds and sweet raisins, in rich premium milk chocolate. Additionally, a delicious take on Grandma Dina's Almondinas is the new healthful BranTreat breakfast cookie line featuring tasty, tangy cinnamon and a smooth, sweet yogurt coating. In both instances, these crispy, crunchy, all-natural cookies truly hit the sweet spot for great taste and guilt-free indulgence.

Alouette Portions

SRP: $3.99 www.alouettecheese.com

These 100 percent all-natural, 40-calorie-per-serving portions of America's favorite spreadable cheese, New Holland, Pa.-based Alouette, provide consumers (and hungry PG tasters) with a convenient and tasty snacking option. The product comes in two flavors: Original and Italian Herbs.

Amy's Light & Lean Pizzas

SRP: $4.29 www.amyskitchen.com

Petaluma, Calif.-based Amy's now offers two pizzas as part of its lower-calorie and -fat Light & Lean line, each containing half the fat of the company's original product versions. Italian Vegetable Pizza and Cheese Pizza each have fewer than 300 calories and just 6 grams of fat per 8-ounce single-serve size.

Andros Fruit Me Up Real 100% Fruit Sauces

SRPs: $3.69 (4-pack); $1.29 (4-ounce pouch) www.andros.com.fr

Andros Foods USA Inc., the Harrison, N.Y.-based subsidiary of a French fruit processor, offers pure applesauce and three exciting blends, all with a healthy twist. Containing only fruit puree and vitamin C, the all-natural, U.S.-made product offers one serving of fruit in each 4-ounce pouch. The available varieties are Apple, Apple Strawberry Banana, Apple Mango Pineapple, and Apple Peach Apricot.

Annie's Homegrown Organic Rising Crust Pizza

SRP: $9.99 www.annies.com

Crafted from whole grains, real cheeses, and organic meats and vegetables, these family-sized rising-crust pizzas from Berkeley, Calif.-based Annie's represent a departure for natural pizzas, most of which are single-serve vegetarian items of the thin-crust or flatbread type. By contrast, Annie's offers the hearty meat options of Uncured Pepperoni and Supreme, along with popular varieties Four Cheese and Spinach & Mushroom.

ArtiSun Farms Redi Bites

SRP: $3.99 www.eurofresh.com

These addictive grape-sized tomatoes from Willcox, Ariz.-based Eurofresh are perfect for a quick snack on the run or as a sweet accompaniment to a mealtime salad. The cute yet functional clamshell packaging is designed to allow for rinsing in the container, so snackers can pop one morsel at a time straight from the resealable opening if they wish.

Bakery On Main Truebar

SRP: $1.99 www.bakeryonmain.com

Gluten-free never tasted so good. This fruit-and-nut bar from East Hartford, Conn.-based Bakery On Main is billed as having "nothing to hide," and clear packaging certainly reinforces that all-natural message. Available in six flavors, including Hazelnut Chocolate Cherry, Walnut Cappuccino, Coconut Cashew and Apricot Almond Chai, the dense, chewy bars are bound to appeal not only to those with gluten intolerance, but also athletes in need of energy and people who just appreciate a delicious on-the-go snack. Additionally, Truebars are Non-GMO Project Verified, kosher, dairy- and casein-free, low in sodium, and a good source of fiber and omega-3, as well as containing no trans fats or cholesterol.

Barista Baking Co. Break & Bake Scones

SRP: $2.49 www.championfoods.com

Champion Foods' new line of Break & Bake scone dough, under the New Boston, Mich.-based company's upscale Barista Baking Co. brand, brings the local bakery to the home kitchen. Available in three flavors-Almond, Blueberry and Chocolate Chip-the oven-ready dough yields eight scones per package that bake up quickly, easily and tastily in home ovens in a matter of minutes.

Beemster 10-Month Aged Goat Cheese

SRP: $15-$20 per pound www.beemster.us

Yes, it's a bit on the pricey side, but one taste and you'll know why PG's tasters flipped for this firm-bodied, full-flavored 10-month-aged goat cheese from the Beemster co-op in north Holland (the company's U.S. presence is coincidentally in this publication's hometown of Jersey City, N.J.). Offering a rich, long-lasting flavor packed with floral and grassy tones, and a unique texture, this cheese is ideal for grating over salads or pasta, and pairs well with dark breads, avocados and walnuts.

Benedetto Pinot Grigio

SRP: $11.99 www.gkskaggs.com

Fruit flavors of pear and apple with hints of melon and mineral make this light- to medium-bodied, dry, crisp and fresh wine imported by Irvine, Calif.-based G.K. Skaggs Inc. perfectly suited to poultry, fish, appetizers, aperitifs and other light fare. Hailing from Veneto, Italy, Benedetto Pinot Grigio offers a delicate complexity and elegance, merging the well-known qualities of the popular grape variety with just a touch of sweetness.

Benelact Reduced Cholesterol Cheeses and Butter

SRPs: $3.99 (butter); $3.29-$3.49 (7-ounce cheese shreds or slices); $2.99-$3.39 (8-ounce cheese blocks); $5.35-$5.75 (16-ounce cheese blocks); $6.49-$6.99 (5-pound blocks) www.benelact.com

For those looking to reduce their cholesterol intake without giving up the great taste of real cheese and butter, Sturtevant, Wis.-based Benelact Dairy has come to the rescue. Benelact's reduced-cholesterol butter and cheeses offer the same taste and functionality as traditional products, but with a third less cholesterol. Made using patented technology that removes cholesterol mechanically during processing, the products are all natural with a clean label, and they're priced competitively with traditional items. Cheeses are offered in multiple sizes and formats, in Cheddar, Colby Jack, Mozzarella and Provolone varieties.

Blake's Upside Down Chicken and Waffle Pie

SRP: $5.99 www.blakesallnatural.com

Concord, N.H.-based Blake's All Natural Foods has put its own spin on this classic southern meal. Each "pie" is made by hand in small batches with hand-pulled white-meat chicken, mashed sweet and russet potatoes, gravy, and a hint of real Vermont maple syrup, all topped with an organic waffle. You bake the item, flip it over onto your plate and enjoy. It's a tasty change of pace from run-of-the-mill pot pies, and the express instructions shorten cooking time without impairing flavor.

Blimpie Best Sub Sandwich Kit

SRP: $6.25 www.landofrost.com

Since almost 60 percent of consumers make sandwiches at home during tough economic times, family-owned packaged lunchmeat company Land O'Frost, based in Lansing, Ill., embraced this consumer trend and created a national partnership with Blimpie to offer the Scottsdale, Ariz.-based sub shop chain's signature meats in its popular Sub Sandwich Kits for consumers. The kits offer the four signature meats of Blimpie's most famous sandwich, Blimpie Best. Each kit contains Prosciutto Cotto Ham, Smoked Ham, Capicola Ham and Salami interleaved with parchment paper for ease of separation and portion control, and enough meat for six sandwiches. Additionally, the product is gluten-free and offers 14 grams of protein per serving.

Blu eCigs Disposable Electronic Cigarettes

SRP: $9.99 www.blucigs.com

Blu eCigs give users the look and feel of traditional cigarettes with a water vapor "puff" instead of smoke and ash. Blu eCigs are available in convenient disposables or rechargeable packs for regular use, with or without nicotine and in a variety of flavors. Each combines the battery, atomizer and cartridge in one single piece, and the Charlotte, N.C.-based company's signature blue LED tip glows with each puff. Designed with a single hole for maximized draw and resistance, the mouthpiece is engineered to prevent leakage. Blu eCigs offers two flavors: Magnificent Menthol provides a surge of minty flavor, but for rich, full-flavored tobacco taste, Classic is ideal. Each eCig is equal to 400 puffs or about 1 1/2 packs of cigarettes.

BonSavor Whole Wheat Flour Naan

SRP: $3.49 www.bonsavorfoods.com

With ethnic cuisine catching on in a big way among mainstream consumers, Dallas-based BonSavor is on the right track with its line of whole wheat flatbreads inspired by a range of cultures. The company's authentically crafted, flame-baked naan (a type of flatbread hailing from India) is naturally low in fat; has no saturated fat or cholesterol and O grams of trans fat per serving; is high in vitamin B1 and a good source of dietary fiber, vitamin B3, folate and calcium; and offers 37 grams of whole wheat per serving. Oh, and it tastes really good. too.

Brioni's Healthy Morning Coffee

SRP: $8.99 www.brionis.com

Prebiotic coffee? As long as it doesn't alter the product's taste (and in this case, it definitely doesn't), why not? Brioni's Healthy Morning Coffee is the first coffee to provide digestive health benefits while delivering the taste and aroma of true gourmet coffee, according to Glastonbury, Conn.-based Brioni Coffee Co. Each 12-ounce cup is a good source of fiber and a prebiotic, delivering 4 grams of dietary fiber, O grams of fat and cholesterol and just 35 calories. So, go ahead, enjoy that second cup.

Buff Lo Dip

SRP: $5 www.bufflodip.com

Buff Lo Dip from Londonderry, Ohio-based Dzalt Enterprises LLC is ideal not only as a dip for chips, chicken nuggets or tenders, and veggies, but also as a sauce for many different foods. It can be used on tacos, pizza, hot dogs, hamburgers, subs, turkey sandwiches, chicken sandwiches, steamed or fried rice, chicken wraps, and grilled cheese, as well as in chili, soups and many other foods.

Califia Farms Cuties Juice and Almondmilk

SRP: N/A www.califiafarms.com

Those wildly popular Cuties seedless Clementines are now available in juice form from Bakersfield, Calif.-based Califia Farms, which scored big with its tangerine juice blends. At 100 to 130 calories per serving, the all-natural juices have no added sugar and deliver two full servings of fruit, along with 150 percent RDV of vitamin C. The Clementine-mandarin, tangerine-orange-mango and tangerine-orange-pineapple blends come in "whimsical 8-ounce PET bottles designed for maximum kid appeal," as well as 12- and 48-ounce sizes. Califia also made a splash with its three varieties of Almondmilk, a great option for the lactose-intolerant or others avoiding dairy. The antioxidant-rich line is free of lactose, soy and gluten, and claims to deliver 50 percent more calcium than 1 percent dairy milk. Califia's Almondmilk comes in 48-ounce bottles, in Unsweetened, Creamy and Vanilla varieties.

Cedarlean Egg White Frittatas

SRP: $3.99 www.cedarlanefoods.com

As Carson, Calif.-based Cedarlane Foods aptly notes, there's nothing "lean" about the taste of its gluten-free frozen Cedarlean Egg White Frittata line, which is available in Broccoli & Cheddar, Roasted Chile & Cheese, and Spinach & Roasted Tomato varieties. Each all-natural frittata melds fluffy egg whites, fresh cheeses, chunky vegetables and a blend of spices in a scalloped potato crust. High in protein and fiber, and containing no more than 200 calories, the product line comes in packaging with a prominent "gluten-free" icon on the front, helping gluten-intolerant consumers find what they need quickly.

Celestial Seasonings Sweet Harvest Pumpkin Holiday Black Tea

SRP: $2.99 www.hain-celestial.com

This autumnal tea, available seasonally from Boulder, Colo.-based Celestial Seasonings, a division of The Hain Celestial Group in Melville, N.Y., creates its own warm glow. Featuring rich black tea, harvest-fresh pumpkin flavor and traditional spices such as cinnamon, ginger and nutmeg, plus a hint of natural sweetness, the product made PG's resident sippers fall for fall all over again.

Chobani Champions Vanilla Chocolate Chunk Greek Yogurt

SRP: $1.29 www.chobani.com

Aiming to bring kids to the current big yogurt trend, Norwich, N.Y.-based Chobani's Champions is authentic strained Greek yogurt made with low-fat milk and real chocolate chunks. Each 3.5-ounce cup is chockfull of protein, calcium and vitamin D. It's a tasty and healthy alternative to other kids' snacks, and should be welcomed by parents looking for something different for kids' lunchboxes, after-school treats or the cooler for handing out following soccer games or other children's activities.

Clemmy's Ice Cream Bars

SRP: $4.29 www.clemmysicecream.com

These sugar-free, gluten-free and lactose-free ice cream bars from Rancho Mirage, Calif.-based Clemmy's are almost too good to be true. Especially sublime were Clemmy's Orange Crème Bars, featuring the citrusy tang of

oranges swirled together with rich, creamy vanilla ice cream. All of the bars achieve their luscious taste by using superior, all-natural ingredients.

Country Time Lemonade Chewy Candy

SRP: $1.99 www.sorbee.com

Aiming to leverage some recent category growth, Trevose, Pa.-based Sorbee International LLC launched these chewy candies as a follow-up to its previous hard candy released under the iconic soft-drink brand name. Available in four flavors (Lemonade, Peach Lemonade, Raspberry Lemonade and Pink Lemonade), these refreshing chews capture their namesake's flavor profile-not too tart, not too sweet. Available in 7-ounce peg bags, the candies promise 150 calories per eight-piece serving.

Dancing Deer Baking Co. Whole Grain Cranberry Orange Cookies with White Chocolate Chips

SRP: $5.99 www.dancingdeer.com

These soft and chewy indulgences from Boston-based Dancing Deer Baking Co. went fast at the PG office-gone-within-the-hour fast! Sweet cranberries, orange and creamy white chocolate chips are crammed into every whole grain cookie. The scratch-baked, all-natural and kosher treats come eight to a package-although that won't seem like nearly enough.

Del Destino Tapenades

SRP: $1.99 www.atalanta1.com

Del Destino gourmet tapenades from Elizabeth, N.J.-based Atalanta Corp., available in such savory varieties as Piquillo & Jalapeno, Olive, Asparagus, and Artichoke, do multiple duty as dips, sandwich spreads, marinades, pasta flavorings and even salad dressing ingredients. A particular-and tasty-use one PG editor found for the product was as an impromptu "pizza" sauce on a whole wheat pita that was then heaped with veggies and melted cheese.

Disney Berry Quick Snacks

SRP: $2.99 www.naturipefarms.com

These ready-to-eat fresh blueberries from Salinas, Calif.-based Naturipe Farms feature a harvest-to-package system that lengthens the shelf life of the product for up to three weeks when properly refrigerated. The succulent berries are triple-inspected, triple-washed and placed in breathable packaging, resulting in a high-quality healthy snack that's perfect for Disney-loving kids of all ages to take along anywhere.

Dole Frozen Fruit Single-serve Cups

SRP: $2.49 (pack of two 3-ounce cups of strawberry or pineapple); $2.79 (pack of two 3-ounce cups of blueberries) www.dole.com

Employing cutting-edge, patent-pending technology to minimize texture loss during the defrosting process for a just-like-fresh appearance, taste and mouth-feel, Frozen Fruit Single-serve Cups from Westlake Village, Calif.-based Dole can be enjoyed as a healthy snack any time of the day. Besides being eaten on their own, they can be popped into smoothies, sprinkled on top of various dishes and incorporated into various recipes.

Dove Milk Chocolate Covered Raisins & Peanuts

SRP: $3.49 (5-ounce resealable pouch) www.mars.com

Lovers of peanuts, raisins and chocolate are sure to enjoy this combination of taste and textures in a bite-sized candy. These milk chocolate-enrobed treats from Hackettstown, N.J.-based Mars Chocolate North America are packaged in an eye-catching standup pouch with great shelf presence. As a "hand to mouth" candy, this new treat

is part of the increasingly popular unwrapped-bite segment, which has expanded to $1.6 billion annually and emerged as a growth category for manufacturers and retailers alike.

Eat Well Enjoy Life Hummus

SRP: $3.99-$4.99 http://eatwell-enjoylife.com

The creamy hummus made by Alpharetta, Ga.-based Tryst Gourmet/Eat Well Enjoy Life features various beans, making it easy for consumers to add more protein, fiber and healthy fat to their diets. The gluten-and cholesterol-free, kosher product line comes in three zesty flavors: Sweet & Spicy Black Bean, whose topping of spicy roasted corn, sweet pineapple and red-pepper relish offers complementary flavors; high-protein Spicy Red Lentil Chipotle, set off by a topping of milder poblano chili peppers and corn; and Wasabi Edamame, topped by black beans and pickled ginger, and offering just the right kick of wasabi backed with horseradish.

Eggland's Best Hard-Cooked Peeled Eggs

SRP: $2.59 www.egglandsbest.com

No time to hard-cook eggs? Just reach for Eggland's Best's ready-to-eat Hard-Cooked Peeled Eggs. Produced and selected from the Jeffersonville, Pa.-based company's Grade AA farm-fresh eggs, and delivering all of the same nutritional benefits with a large added serving of convenience, the item is a resealable pouch of six medium-sized hard-cooked and peeled eggs that contain 25 percent less saturated fat than ordinary eggs, and are an excellent source of vitamins D, B12 and E, and a good source of riboflavin-all for just 60 calories per egg.

Entenmann's Cake Pop Set

SRP: $19.99 www.durakleen.com

With cake pops all the rage, home bakers can easily replicate the charm and whimsy of the tasty single-serve treats with the Entenmann's brand bakeware product line from Brooklyn, N.Y.-based Euro-Ware. Suitable for making sweets on a stick for any celebration, the new bakeware line is affordably priced and ideal as a cross-merchandising candidate for your baking department.

Freshpet Select Roasted Meals for Cats/Dogs

SRPs: $4.29 (1-pound bag of cat food); $10.99 (3-pound bag of dog food); $6.49 (1.75-pound bag of dog food) www.freshpet.com

With its Select Roasted Meals, Secaucus, N.J.-based Freshpet offers consumers' four-legged companions tender chicken pieces accented with carrots and spinach for well-balanced meals pet parents can feel good about serving. The cat food marries the taste and texture of the wet food preferred by felines to the convenience of dry food.

Front Porch Ice Cream

SRP: $4.99 www.mooresvilleicecream.com

Just when it seems like we've seen or tasted just about every ice cream on the market, there comes a new 15-SKU line of Southern-inspired flavors from North Carolina-based Mooresville Ice Cream Co. Packed under the Front Porch brand, the line was a tremendous hit with our team, with the Nana's Banana Pudding, Lemony Sunshine, Peachy Keen and Blackberry Crumble varieties proving especially popular. The line features uniquely crafted flavors based on homespun recipes that will make you feel as though you're rocking on your own front porch on a summer night, no matter where you might be.

Früsh

SRP: $1.99 www.gofrush.com

The Früsh line of refrigerated yogurt fruit shakes from based Origin Food Group LLC, available in four refreshing flavors-strawberry, blueberry, peach and strawberry banana-blends real fruit with creamy yogurt, resulting in a delicious on-the-go treat. Upping the ante with proprietary, health-enhancing ingredients that optimize bone health and probiotics to boost immunity and aid digestion, the line of functional beverages in 8.4-ounce bottles is perfectly positioned for convenience-seeking, nutritionally minded consumers.

Glutino Rosemary & Olive Oil Gluten Free Snack Crackers and Gluten Free Tortilla Dippers

SRPs: $3.49 www.glutino.com

Glutino Rosemary & Olive Oil Gluten-Free Snack Crackers, the unanimous favorite flavor of PG's tasters, makes for a satisfying gluten-free snack. The flavorful, all-natural crackers go great with soup or salad, but are equally fine on their own. Seasoned with a just touch of salt, the Laval, Quebec-based company's Gluten Free Tortilla Dippers-also all-natural-feature a sturdy scoop shell design that easily accommodates a large dollop of salsa or dip.

Gourmet Trading Co. Superblues Blueberries and Peeled White Asparagus

SRPs: $1.99( 5-ounce package of blueberries); $3.49 (10-ounce package of blueberries); $4.99 (16-ounce package of blueberries); $2.49 (9-ounce package of asparagus); $3.49 (12-ounce package of asparagus), $4.39 (1-pound package of asparagus); $6.49 (1.5-pound package of asparagus) www.gourmettrading.net

Now available in new pack sizes providing lower price points, the appropriately named Superblues from Gourmet Trading Co. boast twice the size and crunch of their standard counterparts. Our PG tasters certainly found them firm, flavorful and filling, with the added bonus that they held up well to freezing. The Peeled White Asparagus, introduced to market by the Los Angeles-based company, comes in a bag proven to lower shrink. Pre-peeled for greater preparation convenience, the elegant side dish can be displayed in a two-piece shipper that can be assembled in minutes without a box cutter and features a moisture pad at the bottom of the tray to keep the asparagus fresh.

Goya Fiesta Baked Beans

SRP: $1.69 www.goya.com

Secaucus, N.J.-based Goya, the Latin foods leader, continues to expand into new avenues, as evidenced by its line of Fiesta Baked Beans. With more Latin-inspired flavors and recipes gaining mass appeal, coupled with data that finds more than half of all general-population American households consuming baked beans, grocers can't miss with Goya's Fiesta Baked Beans, whose robust flavor and Latin flair easily complements a variety of meals.

G.S. Caramel Sea Salt Gelato

SRP: $4.79 www.gsgelato.com

This luscious gelato from Fort Walton Beach, Fla.-based G.S. Gelato & Desserts Inc. seizes upon the sweet-and-salty trend, along with the popularity of sea salt as an ingredient. It features a deep, creamy texture with a rich taste reminiscent of a soft, warm caramel, plus a delicate touch of Mediterranean sea salt. The fusion of flavors is quite pleasant, making for a unique and delicious treat.

Hammond's Candies

SRPs: 95 cents-$9.95 www.hammondscandies.com

Denver-based Hammond's released several new products this year, but these in particular caught our editors' fancies. The individually wrapped Caramel Marshmallows offer soft, chewy, buttery goodness. Of the company's latest Pantry Classics dip flavors, designed for snacking and recipes, we were most taken with Cinnamon Bun. But Hammond's new line of chocolate bars really shows off the brand's decadent creativity. The editors were split on

their favorites, but the Malted Milkshake, PB&J Sandwich, chocolate-and-raspberry Crackle Crunch, and chipotle-laced Sweet 'N Spicy were definite standouts.

Hartz UltraGuard Pro Flea & Tick Treatment

SRP: $19.99 www.hartz.com

Providing effective and affordable flea and tick protection for 30 days at a fraction of the price of veterinarian-recommended products, Hartz UltraGuard Pro Flea & Tick Treatment for Dogs and Puppies starts killing our furry friends' tormentors within 15 minutes. The product from the Secaucus, N.J.-based Hartz Mountain Corp. includes the patented Pro-Glide applicator, which easily penetrates pet fur for application directly to dogs' skin.

Hawaiian Kettle Style Mango Habanero Chips

SRP: $2.99-$3.49 www.timschips.com

These new Mango Habanero chips come from Hawaiian Brand Snacks, made by Peoria, Ill.-based Tim's Cascade Snacks, part of the Pinnacle Foods Group. The crunchy chips feature a unique taste that combines the heat of habanero peppers with the sweetness of mangoes. There's just enough heat to give these chips some authority while not overpowering the overall spicy-sweet flavor.

Hershey's Candies

SRPs: $1-$3.79 www.hersheys.com

Pennsylvania-based Hershey Co. supplied many sweet favorites among the PG crew. Hershey's Simple Pleasures Chocolates, boasting 30 percent less fat compared with average milk chocolates, deliver all of the deliciousness expected from a Hershey's product. Consisting of a smooth chocolate outside with a rich creme-filled center, Simple Pleasures come in three varieties and are individually wrapped for easy portion control in 24-count, 5.6-ounce pouches. Rolo Minis feature the classic combination of chewy caramel and milk chocolate of their full-size counterparts in a calorie-friendly size that make life sweeter for consumers who want to enjoy their chocolate without the guilt. Ice Breakers Duo Mints offer a tasty, refreshing lift with a "fruit+cool" flavor sensation. Combining a textured fruit-flavored side (available in raspberry and strawberry varieties) with a cooling, smooth side that features Ice Breakers Mints' signature flavor and cooling crystals, Duo Mints come in 1.3-ounce tins. With a crunchy candy shell and a soft, chewy center, Jolly Rancher Crunch 'N Chew combines the unmistakably bold fruit flavors of the original hard-candy version with a chewy texture. The result is a candy experience that satisfies both crunchy and chewy candy fans' respective sweet spots.

Hormel Cure 81 Ham Steaks, Natural Choice Chicken Sausages and Natural Choice Smoked Sausages

SRPs: $3.09-4.99 (ham steaks); $4.99 (chicken sausages); $5.99 (smoked sausages) www.hormel.com

Easy-to-prepare, fully cooked Cure 81 ham steaks satisfy PG tasters' need for a quick, single-serve weekday meal idea in a variety of flavors: Classic, Brown Sugar, Peppered and Honey Cured. As their name implies, Natural Choice chicken sausages have no preservatives or artificial ingredients, and grill up nicely in three cheese-studded varieties: Jalapeno Cheddar, Apple Gouda and Spinach Asiago. Also boasting no preservatives or artificial ingredients, Natural Choice smoked sausages feature a blend of spices that, along with the smoking process, result in a savory taste sensation. A particular standout is the Turkey variety, which provides a lighter alternative, having half the calories of, and 70 percent less fat than, the Original sausage.

IHOP at Home Syrups

SRP: $3.99-$4.29 (24 ounce); $2.99-$3.19 (12 ounce) www.sorbee.com

The latest iconic brand to be brought to grocery store shelves by Trevose, Pa.-based Sorbee International LLC is IHOP-specifically, the syrup enjoyed for years by breakfast diners. The IHOP at Home line of retail breakfast syrups

includes classic flavors such as Original, Lite and Sugar Free in 24-ounce bottles, and unique flavors like Rooty Tooty Fresh 'N Fruity Blueberry in 12-ounce bottles. It was really a no-brainer to put the IHOP brand in the retail channel, and these syrups live up to the name.

International Delight Coffee Beverage

SRP: $3.99 www.whitewave.com

Coffeehouse indulgence is now as close as the refrigerator with International Delight Iced Coffee, a sweet and creamy, ready-to-drink iced beverage made with 100 percent premium Arabica coffee and available in three luscious flavors: Vanilla, Mocha and Original. The generous half-gallon packaging was another plus. This gourmet-stylethirst-quencher from Broomfield, Colo.-based WhiteWave Foods was particularly satisfying over ice on broiling Jersey City afternoons.

Ivy-Dry Super Continuous Spray

SRP: $10.99 www.ivydry.com

The first continuous spray for the treatment of poison ivy, Ivy-Dry is godsend for hikers, campers and others who enjoy outdoor activities. It can be easily applied to hard-to-reach areas of the body while keeping hands mess-free and lowering the chance of spreading infection or recontamination. PG's testers particularly loved the fact that users can spray at any angle-even upside-down-and the product requires less effort than traditional finger-pump sprays, according to Fairfield, N.J.-based Ivy-Dry Inc.

Kane Candy Chocolate Dessert Cups

SRP: $5.99-$7.99 www.kanecandy.com

Because they're as functional as they are pretty, we like these candy cups quite a choco-lot! A quick and easy dessert solution, Kane's Chocolate Party Cups, offered by Caledonia, Mich.-based Niche Gourmet, can be filled and topped with a limitless number of sweet possibilities. The line's five varieties include chocolate flowers, white and dark chocolate Tuxedo cups, chocolate cordial and toasting cups, chocolate heart cups, and large Kane Candy Chocolate Party cups. Great for parties of all kinds and sizes, these items lend a special, elegant touch to the dessert course.

Kellogg's Krave Cereal and Eggo Wafflers

SRP: $3.99 (Krave); $2.99 (Wafflers) www.kellogg.com

Kellogg's Krave is aimed at teens, of whom 50 percent reportedly skip breakfast. The product features a sweet, crispy cereal shell exterior with a smooth real chocolate center, delivering an "intense chocolate experience," according to the iconic Battle Creek, Mich.-based company. A good source of fiber and made with whole grains, Krave is available in Chocolate and Double Chocolate. Eggo Wafflers are hand-held, tear-apart waffle bars-crispy on the outside, fluffy on the inside-that are designed to be eaten right out of the toaster, no syrup required. They are available in Brown Sugar Cinnamon Roll and Strawberry Strudel flavors.

Kind Nuts & Spices

SRP: $1.99 (bar) www.kindsnacks.com

New York-based Kind Healthy Snacks offers this line of snack bars crafted from high-quality whole nuts and spices. The clean-label bars deliver indulgent recipes with all-natural protein, fiber and no more than 5 grams of sugar. The product line is available in four varieties-Dark Chocolate Nuts & Sea Salt, Madagascar Vanilla Almond, Dark Chocolate Cinnamon Pecan and Cashew & Ginger Spice-that provide unique flavors in a great-tasting, better-for-you snack.

Klondike Shelf-stable Baby Potatoes

SRP: $1.99 www.potandon.com

Potandon Produce's Klondike Goldust Express joins Klondike Rose Express as part of the Idaho Falls, Idaho-based company's shelf-stable line of microwavable fresh potatoes. Klondike Express combines cutting-edge packaging technology with two market-proven potato varieties, enabling convenience-driven consumers to prepare 1 pound of whole fresh Klondike baby potatoes from pantry to plate in just six minutes. They're positioned as high-velocity impulse items that can be cross-merchandised as part of a meal solution display, or as a quick potato side-dish to complement outdoor grilling in summer. In addition, the Klondike Rose Express package has been updated with an enhanced nutritional panel on the front, highlighting the fact that fresh potatoes are fat- and sodium-free, and contain 18 percent of the recommended daily amount of potassium per serving and 45 percent of vitamin C.

Kraft Fresh Take

SRP: $1.99 www.kraft.com

Northfield, Ill.-based Kraft aims to simplify the process and ease the mess of preparing crusty baked poultry, pork and seafood dishes. Each refrigerated Fresh Take sectioned bag contains natural Kraft Cheese and seasoned breadcrumbs; you break the divider, mix the cheese and crumbs, coat your protein and bake. The bag is your bowl, so cleanup is minimal. It's an easy way for budding cooks to try something new, and veterans should like having fewer dishes to wash. Fresh Take comes in six varieties: Southwest Three Cheese, Rosemary & Roasted Garlic, Chile Lime & Panko, Cheddar Jack and Bacon, Italian Parmesan, and Savory Four Cheese.

Krave300 Disposable Electronic Cigarettes

SRP: $8.99-$11.99 www.vapor-corp.com

Krave Electronic Cigarettes from Fort Lauderdale, Fla.-based Vapor Corp. offers a large selection of disposable e-cigs designed to stylishly fit any smoker's needs. Available in traditional tobacco or menthol flavors, the Krave300 disposable line also comes in an assortment of 10 other flavors merchandised in 10-unit point-of-purchase boxes. The Fruits Collection includes Sour Apple, Blueberry, Great Grape, Juicy Peach and Strawberry flavors, while the Sweets Collection offers Cappuccino, Chocolate, Red Wine, Spiced Rum and Very Vanilla flavors, among others. In addition, Krave300 e-cigs are available in a variety of colors and tattoo-inspired looks, all equipped with jewel-cut tips to really make them stand out. Users can enjoy 300 puffs without the second-hand smoke, flame, ash or odor of traditional cigarettes.

Larry the Cable Guy Smokin' Chips, Wraps and Firestarters

SRP: $5.99 (chips); $6.99 (wraps); $8.99 (8-pack of firestarters, which are 98 cents apiece) www.tailgatingplanks.com

Chef Locke's It's Hi-Time Home Décor & More Inc., based in Spokane Valley, Wash., has extended its easy BBQ prep line with flavor and smoke accessories under the Larry the Cable Guy brand-in the process taking grill-friendly fare to the next level. The Smokin' Chips, Wraps and Firestarters are suitable for all proteins and infuse a tangy, smoky flavor in a fun and easy preparation method to help folks "git-R-done" and enjoy.

Lake Champlain Chocolates Organic Dark Chocolate Bars

SRP:$4.59 www.lakechamplainchocolates.com

Inspired by Peru's world-class cocoa, Burlington, Vt.-based Lake Champlain Chocolates added two organic chocolate bars to its organic chocolate line. The scrumptious single-origin 70 percent cocoa bars are Peru Organic and Cherry Peruvian, the latter of which features organic tart dried cherries from northern Michigan that perfectly complement the fruitiness already present in the chocolate, along with Madagascar Bourbon vanilla beans, considered the finest and most balanced vanilla beans available.

Lawry's and McCormick Seasoning Blends and Coffee Extract

SRPs: $3.29 (Lawry's items); $4.59 (Gourmet Seasoning items); $1.40 (Grill Mates); $2.89 (Perfect Pinch) and $4.42 (extract) www.mccormick.com

These fabulous flavors from Hunt Valley, Md.-McCormick & Co. enlivened PG tasters' various culinary endeavors. Lawry's Fire Roasted Chile & Garlic Blend and Oregano & Basil provided authentic Southwestern and Mediterranean zing, respectively, while McCormick Gourmet Cuban and Gourmet Tuscan Seasoning items were robust ambassadors for two time-honored cuisines. Specially designed for larger cuts of meat that require more time on the grill, the Slow & Low Memphis Pit BBQ Rub in the Grill Mates line went over big at one summer cookout we know of, and for the sodium-conscious among us, nothing could top the Perfect Pinch salt-free Fiesta Citrus and Southwest Sweet 'n Smoky varieties, both of which are treats for the taste buds. Last-but certainly not least-the Pure Coffee Extract proved an irresistible addition to cookies, cakes, pies, hot beverages and anything else that occurred to us.

Lipton Pure Leaf Real Brewed Tea

SRPs: $2.49-$2.69 (carafe); $1.69-$1.79 (single) www.pepsico.com

This Lipton/Pepsi joint project is a great addition to the growing ranks of bottled brewed teas. Brewed from Rainforest Alliance Certified tea leaves from China, India, Africa and South America, Pure Leaf comes in unique square PET bottles, and in nine assorted flavor and calorie combinations, including lemon, peach and raspberry. The sweet varieties-Sweetened and Southern-style Extra Sweet-are made with all-natural sugar, but the Unsweetened is a benchmark for a bold, clean-tasting, refreshing iced tea.

M&M'S Mint Dark Chocolate Candies

SRP: $1.09 (1.5-ounce single); $2.99 (8-ounce resealable pouch) www.mars.com

The latest new variety of M&M'S is delicious, refreshing and a sure winner in the candy aisle. This time, the familiar candy shell encases creamy dark chocolate laced with refreshing mint. Mars Chocolate North America had offered this flavor only during the winter holiday season, but now consumers can enjoy it year-round-a smart move, since the Hackettstown, N.J.-based company notes that mint chocolate is a popular flavor enjoyed by consumers anytime (80 percent of sales are nonseasonal), and sales in the mint segment are growing faster than in the chocolate category.

Macanudo Cigar with Locked-In Humidity Packaging

SRP: $6.99 www.cigarworld.com

For grocers that want to sell premium handmade cigars but not install a humidor, Miami-based General Cigar Co. has brought "Locked-In Humidity" packaging to its top-selling Macanudo cigar brand. This innovative, proprietary wrapping provides an airtight barrier that guarantees fresh-from-the-factory flavor in an

attractive package and display. This packaging also presents grocers with merchandising opportunities away from the traditional tobacco section, such as the wine and spirits department. The sample was of Macanudo's typical high quality, and the packaging delivered the 5.5-inch-by-50-ring-gauge cigar in perfect smoking condition. The pouch is also available on same-size cigars from General's Partagas, Punch and Excalibur brands.

Manischewitz Gluten Free Chocolate Cake Mix

SRP: $4.69 www.manischewitz.com

Including nearly everything needed to make-and bake-a cake, including cake mix, frosting mix and even a disposable pan, Manischewitz Gluten Free Chocolate Cake Mix from the respected Newark, N.J.-based kosher food company is ideal for convenience-seeking gluten-intolerant consumers. With a preparation time of less than 10

minutes and a baking time of about 40 minutes, the packaging features an on-pack icon communicating the healthier attributes of the all-natural item, which is an excellent source of fiber and low in sodium, as well as having no MSG, sulfites, and artificial preservatives or ingredients.

Mann's Rainbow Salad

SRP: $1.99-$2.99 www.mannpacking.com

With mini broccoli florettes now added to its already healthy and delicious mix of shredded carrots, cabbage and cauliflower for extra crunch and texture, the reformulated Rainbow Salad from Salinas, Calif.-based Mann Packing Co. is truly better than ever. The microwaveable pre-washed product works well in salads, wraps, sandwiches and more- one veggie-loving PG editor naturally used it as the basis of a super Fourth of July slaw.

Mediterranean Snacks HummuZ Crispz and Lentil Crackers

SRP: $3.49-$3.99 www.mediterraneansnackfoods.com

Tasty, crunchy snacks that boast enhanced wellness profiles without sacrificing taste, HummuZ Crispz and Lentil Crackers from Boonton, N.J.-based Mediterranean Snacks are low in fat, high in protein, gluten-free and non-GMO certified. Baked with real garbanzo beans, HummuZ Crispz are a good source of fiber and protein. Lentil Crackers- the first crackers made with protein-rich lentils-contain only 110 calories in a hearty 18-cracker portion and come in three flavors: Sea Salt, Cracked Pepper and Rosemary Herb.

Melt Organic Buttery Spreads

SRP: $3.99-$4.99 www.meltbutteryspread.com

Hailey, Idaho-based Prosperity Organic Foods launched this new line of certified-organic buttery spreads made from a blend of virgin coconut, flax-seed and sunflower oils. With no trans fats, hydrogenated oils, gluten, soy or artificial preservatives, Melt delivers a fresh, rich taste and creamy texture; the honey variety is particularly nice on wheat toast. Additionally, Melt tops, sautés and bakes just like butter, with half the saturated fat and fewer calories.

Meow Mix Tender Centers

SRP: $4.99 (small bag); $12.99 (large bag) www.delmonte.com

These dual-textured kibbles from San Francisco-based Del Monte Foods are crunchy outside with a meaty center-a combination that proved to be a big hit with our resident feline taste-testers. Available in tuna and white fish and salmon and white meat chicken flavors, the line was launched by the return of the memorable Meow Mix jingle, which last aired 16 years ago.

MiO Energy

SRP: $4.99 www.kraft.com

An extension of Northfield, Ill.-based Kraft's MiO water "personalizer," MiO Energy adds a boost of energy and B vitamins with 60 milligrams of caffeine per 8-ounce serving, about the same as a 6-ounce cup of coffee. A few squirts of colorful flavor really do jazz up an otherwise mundane glass or bottle of water, and the energy boost can be a welcome mid-afternoon pick-me-up. It comes in Black Cherry and Green Thunder (sort of a tropical fruit flavor).

MOAB Açai Superfruit Blend

SRP: $2.99 www.friedas.com

A new fusion of exotic juices, Açai Superfruit Blend from Los Alamitos, Calif.-based specialty produce supplier Frieda's Inc. is a polyphenol powerhouse, with antioxidant strength to neutralize damaging free radicals and

supercharge health. Enhanced with freeze-dried açaí, organic açaí juice from the Brazilian Amazon mingles with the nutrient-rich juices from Concord grapes, mangoes and other key players, along with the juices of acerola and passion fruit and the fruit purees of camu camu and capuaçu from Brazil. The beverage also features vegetarian omega-3 DHA to promote heart and brain health, and plant-derived glucosamine (vegetarian) for joint health. Açaí Superfruit Blend is gluten-free, dairy-free, GMO-free, wheat-free, vegetarian, and vegan. Other MOAB Superfruit Blend varieties include Pomegranate and Wild Blueberry.

Mr. Clean Bliss Gloves

SRP: $3.99 www.thebutler.com

Cleaning is sheer bliss with these premium household gloves from Marlborough, Mass.-based Butler Home Products, which are latex-free and boast a plush, pillow-soft lining that keeps hands dry and comfortable. Additionally, an embossed palm grip helps to provide a safe grip.

Nature Made 100% Vegetarian Omega-3

SRP: $29.79 www.pharmavite.net

There's nothing fishy about Nature Made 100% Vegetarian Omega-3, which enables vegetarian, vegans and those who can't tolerate or are allergic to fish to get the right dose of omega-3 fatty acids as recommended by heart-health experts. One of the first products to deliver a completely vegetarian alternative to regular fish oil supplements, the item from Northridge, Calif.-based Pharmavite contains EPA and DHA from a non-animal source made in an ocean-free environment.

Nature's Path Love Crunch Granolas

SRP: $4.99 www.naturespath.com

Shoppers are sure to love Love Crunch from Richmond, British Columbia-based Nature's Path Organic Foods as much as we did. Available in four delectable flavors- Carrot Cake, Apple Crumble, Aloha Blend, and Dark Chocolate & Red Berries-the USDA-certified organic, non-GMO granola line is packed with nutrients and whole grains, but no cholesterol or trans fats, and less sodium. And if all of that isn't enough to do your heart good, the brand's "Bite4Bite" initiative helps the needy: For each bag of Love Crunch sold, Nature's Path will donate the equivalent in cereal or cash, up to $1 million, to food banks. Additionally, the cereals come in eco-friendly standup resealable bags.

Ocean Mist Farms Season & Steam Microwavable Artichoke Pack

SRP: $3.99 www.oceanmist.com

Find artichoke preparation a hassle? You won't with the Season & Steam microwavable artichoke pack from Castro-ville,Calif.-based Ocean Mist Farms. The innovative item offers two fresh Globe artichokes that are cleaned, trimmed and ready to cook in first-of-its-kind packaging that gives users the option to open the bag, pre-season the artichokes to taste, reseal the package and steam by microwave all within the same bag. And the results are utterly-not to mention effortlessly-delicious.

Oscar Mayer Selects

SRPs: $4.99 (9 ounces of cold cuts); $3.99 (8-count hot dogs); $6.99 (12 ounces of bacon) www.kraft.com

Some would say it's enough just to be bacon, but Oscar Mayer, a brand of Northfield, Ill.-based Kraft, goes one further with its delicious new Selects line, which has no artificial preservatives, flavors or colors. The bacon is uncured and the hot dogs contain no byproducts. Two of the hot dog varieties-New York Style and Chicago Recipe-attempt to capture those regional flavors with ingredients instead of toppings-not quite, but nice try. Still, the taste,

texture and label of the dogs (which also include Turkey, Beef, Angus and Angus Bun-Length) are excellent, as are the cold cuts, especially the Slow Roasted Turkey Breast and Applewood Smoked Ham.

Pacific Soup Starters Vietnamese-style Pho

$3.49-$3.69 www.pacificfoods.com

Tualatin, Ore.-based Pacific Natural Foods' innovative Soup Starters line, including three varieties of Vietnamese-style Pho, meets growing consumer interest in cooking ethnic dishes at home. Not only do these items have an immediate impact on retailers' bottom lines by encouraging consumers to pick up additional items across multiple departments to assemble the soups, but their satisfyingly tasty flavors will have shoppers coming back for more.

Panera Bread Salad Dressing

SRP: $4.99 www.arcobasso.com

Arcobasso Foods, a full-service custom manufacturer and bottler of salad dressings, sauces and marinades, helped Panera Bread launch its retail line of dressings in 2009. Since then, Hazelwood, Mo.-based Arcobasso has extended the Panera dressings line to 18 national grocery retailers, with 1,800 retail locations and counting. Among its newest dressings to bow in the past year, we give a healthy thumbs-up to the Fuji Apple and Cherry Balsamic varieties, which add unique restaurant flair to homemade salads.

Pearls/Early California Reduced Salt Olives

SRP: $1.79 www.olives.com

Although they contain 25 percent less sodium than regular black olives, these items sold under two trusted brands from Tracy, Calif.-based Musco Family Olive Co. don't disappoint on taste. Olive lovers-even those not watching their salt intake-will be hard-pressed to stop at the serving size of four.

Pepsi Next

SRPs: 99 cents (20-ounce and 2-liter); $2.99 (introductory pricing for 12-pack) www.pepsico.com

Research has shown that there's a segment of consumers who are resistant to both regular, full-sugar cola and diet offerings. While these consumers love the taste of Pepsi, they don't believe you can achieve full-flavor taste with a diet cola. Purchase, N.Y.-based PespiCo developed Pepsi Next with these consumers in mind. Pepsi Next delivers real cola taste with 60 percent less sugar than Pepsi-Cola, which it achieves by offering just the right mix of cola flavor and a blend of sweeteners to closely mimic the taste curve of a regular cola. And the calorie-counters will be happy, too- Pepsi Next has only 40 calories per 8-ounce can.

Planters Nut-rition Men's Health

SRP: $5.99 (10.25-ounce can); $7.89 (six 1.5-ounce pouches) www.kraft.com

Co-branded with the leading men's magazine, this tasty nut mix delivers a delicious, crunchy and healthy snack. Recent stats show that men these days are doing more grocery shopping and are more interested in wellness, so Planters Nut-trition from Northfield, Ill.-based Kraft is a perfect match. This blend of almonds, peanuts and pistachios contains 6 grams of protein and six vitamins and minerals per 1-ounce serving.

Pretty Lady for the Holidays Table Grapes Packaging

SRP: N/A www.dulcich.com

Introduced last November by Delano, Calif.-based Sunlight International Sales as a seasonal promotion for Pretty Lady brand table grapes from J. Dulcich & Sons in McFarland, Calif., this creative packaging and merchandising program featured colorful, eye-catching packaging with holiday-themed designs to appeal to customers of all ages,

as well as accompanying POS materials such as display bins and shelf danglers. Consumers can rinse the grapes right in the innovative standup grab-and-go colander bags, which also enable easy and efficient carrying, displaying and storage. More themed promotions using the same innovative packaging are on the way from Sunlight-we can't wait!

**Pretzel Crisps** Dark Chocolate and Peppermint Variety

SRP: $2.99 www.pretzelcrisps.com

Sweet and salty meets chocolate mint for this new winner from Skillman, N.J.-based Snack Factory. Joining the brand's Holiday Indulgents line, Dark Chocolate & Peppermint **Pretzel Crisps** combines rich, dark chocolate with flat-baked pretzel crackers, topped off by peppermint candy pieces. This seasonal flavor is available at supermarkets and select specialty stores nationwide during the winter holiday season.

Proxi-Plus

SRP: $5.99 www.majesticdrug.com

This unique dental cleaning product from South Fallsburg, N.Y.-based Majestic Drug features an ultra-fine, super-gentle interdental brush on one end and a flosser on the other-the only such product on the market to offer this combination in a single item. Additionally, innovative clamshell packaging holds 30 disposable brushes, one a day for a month, so PG staffers who are diligent about their midday dental hygiene don't need to replenish their stocks as often as previously.

Ritz Crackerfuls Big Stuff

SRP: $3.99 (box of 5 1.25-ounce packs) www.kraft.com

These days, when it comes to food, bigger isn't always better. But Ritz Crackerfuls Big Stuff from Northfield, Ill.-based Kraft is a winner, especially for those (editors included) who travel and often find themselves hungry but trapped on the tarmac. Made with 6 grams of whole grain per serving, it's perfect for tiding you over until that next mealtime. The Extreme Peanut Butter and Colossal Cheddar fillings bring a nice creamy contrast to the crunchy crackers.

Rubi Automated Coffee Kiosks

SRPs: $1 (12-ounce brewed coffee); $1.50 (café mocha or vanilla); 50 cents extra (16-ounce size) www.coinstar.com

The folks up in Bellevue, Wash., who brought us Coinstar and Redbox are now offering a turnkey solution for grocers looking to improve their in-store coffee programs. In partnership with Seattle's Best Coffee, the Rubi system features touchscreen ordering and French press technology that grinds the beans and delivers steaming cups of great-tasting fresh-brewed coffee in about a minute. Supported by a Web-based frequent-customer program that remembers your previous order and e-mails your receipts, Rubi is bound to be embraced by retailers looking to save on labor and waste while providing their shoppers with a great cup o' joe.

Russo's Gluten-Free New York Style Pizza

SRP: $10.99-$11.99 www.nypizzeria.com

Russo's New York Style Gluten-Free Pizza features a vegan crust made with rice flour, tapioca flour, potato starch and extra-virgin olive oil, infused with honey and Italian seasonings. It's available in six varieties: Greek, New York Style, Margherita, Chicken Rustica, Pepperoni and Italian Mozzarella, and Mulberry. Founded in 1992 by chef Anthony Russo, Houston-based Russo's New York Pizzeria is known as the only place to find authentic New York pizza and Italian dishes in Texas. It operates 28 restaurants in Texas, Florida, Tennessee and Arkansas, and will soon be expanding to New York and New Jersey.

Sahale Crunchers

SRP: $3.99 www.sahalesnacks.com

It's always great to see new twists on snacks that make healthy noshing delicious. With several innovative flavor combinations, Seattle-based Sahale's new Sahale Crunchers team lightly roasted sliced almonds with fruits and spices, offering unique mixes like Almonds with Cherries, Apples & Maple; Almonds with Cranberries, Sesame Seeds & Honey; and Almonds with Parmesan & Herbs. With less than 140 calories per serving, Sahale Crunchers add zing to healthy snacking.

Salem Baking Co. Cookies

SRP: $5.99 www.salembaking.com

It would be a shock to find a product from Winston-Salem, N.C.-based Salem that we didn't like, especially after experiencing its full line at a trade show. So it was no surprise how much their new releases impressed us. The Moravian sugar cookies, so delicately crisp on their own, are more decadent in holiday shapes, enrobed in chocolate and topped with crushed peppermint. The Butter Pecan Praline Shortbread Cookies are buttery rich, and the Pumpkin Spice Shortbread-laced with cinnamon, ginger, nutmeg and allspice- evokes images of the fall and winter holidays.

Sea Best Signature Entrées

SRPs: $5.72-$7.80 www.seabest.com

The Sea Best Signature line from Jacksonville, Fla.-based Beaver Street Fisheries features complete seafood dishes in a variety of flavor profiles. The line was developed to give consumers a foolproof method of preparing sophisticated seafood culinary creations at home. All items within the line are preseasoned, packaged in microwave-safe/oven-safe containers and ready in about six minutes. The tray itself is self-venting, creating a steam environment that gives the consumer a better-finished product than conventional microwave cooking. The line includes seven original recipes based on consumer input and research: Maine Lobster Cakes, Mango Crusted Swai, Potato Crusted Cod, Spinach & Artichoke Stuffed Flounder, Shrimp & Grits, Stuffed Clams, and Tilapia Florentine.

Seattle Chocolates Baby, It's Cold Outside

SRPs: $3.50 (2-ounce bar); $11.95 (6-ounce box of truffles) www.seattlechocolates.com

This special 2012 holiday collection of vintage-style truffle bars from the chocolate purveyor unsurprisingly based in Seattle was created to evoke the romance, glamour and innocence of a bygone era. There are five "cozy and family" flavors: Christmas Cookie Bar (milk chocolate, white chocolate center, vanilla, cinnamon oil, raw sugar crystals); Hot Buttered Rum Bar (milk chocolate with a hint of rum and toffee crunch); Holiday Cheer Eggnog Bar (milk chocolate with sweet vanilla, cream and nutmeg); Mom's Hot Cocoa Bar (milk chocolate bar with marshmallow bits); and Candy Cane Crunch Bar (minty dark chocolate truffle with candy cane chips). The truffles are also available in a holiday party box illustrated with scenes of a 1950s holiday shindig, and a fun "snow day" box with a wintry backdrop.

Snyder's of Hanover Eatsmart Potato Crisps and Bacon Cheddar Pretzel Pieces

SRPs: $3.49-$3.99 www.snyderslance.com

Our picks from Hanover, Pa.-based Snyder's could be described as both naughty and nice. You can rarely go wrong with bacon or cheese, so both is better: generous chunks of sourdough hard pretzels with hearty bacon and cheddar cheese flavors. Meanwhile, the brand has added potato crisps to its better-for-you Eatsmart line. These crunchy all-natural popped snacks have 65 percent less fat than regular potato chips and come in Original, Sea Salt & Vinegar, and sweet-spicy Mesquite BBQ flavors.

**Sunkist Blends**

SRP: $5.99 www.trifectafoods.com

Add some sunshine to your day with this rejuvenated take on trail mix from Pacoima, Calif.-based Trifecta Foods LLC that blends best-of-class ingredients with a proprietary process enhancing flavor and aroma. Sold under the Sunkist brand-synonymous in consumers' minds with quality citrus fruits-these tasty anytime snacks are designed to be marketed in the fresh produce section.

**SunRidge Farms Items**

SRP: Various www.sunridgefarms.com

Among among the slew of tasty new snacks from Royal Oaks, Calif.-based SunRidge Farms, two stood out as our particular favorites. Mango Almonds are all-natural dry-roasted almonds coated with a creamy mango coating, and made with real vanilla and natural flavors. They contain no preservatives, O grams of trans fats, no hydrogenated oils, and are GMO- and rBST-free. Vanilla Chai Raisins (above) consist of all-natural exotic chai spices and green tea blended together in a creamy real-vanilla coating poured over sun-ripened raisins. They contain no hydrogenated oils, titanium dioxide or trans fats, and are GMO-free.

**SunRype Just Fruit & Grains**

SRP: $1.29 www.sunrype.com

This dense, chewy bar from Kelowna, British Columbia-based SunRype Products Ltd. is made up of 70 percent fruit and 30 percent grains, with nothing else added. The simple, healthy all-natural ingredient list includes fruit purees, fruit and vegetable juice concentrates, oats, barley, rice crisps, sunflower seeds and flax seeds. What's more, there are two great flavors to choose from: Summer Berries and Strawberry Mango.

**SweetLeaf SugarLeaf**

SRP: $7.99 www.wisdomnaturalbrands.com

For those who love baking and whipping up other sweet treats but aren't keen to cut down on their sugar intake, SugarLeaf is a 100 percent natural low-calorie sweetener from Gilbert, Ariz.-based Wisdom Natural Brands, the maker of SweetLeaf Stevia Sweetener. Made by bonding SweetLeaf Stevia and raw cane sugar, SugarLeaf offers the sweet taste and browning and bulking qualities of sugar, but with two-thirds fewer calories and carbohydrates. And we were particularly glad to find out that since SugarLeaf is three times sweeter than sugar, less is needed in recipes.

**Talenti Gelato e Sorbetto**

SRP: $4.99-$5.99 www.talentigelato.com

Great-tasting, all-natural Talenti gelati and sorbetti are uniquely creamy and intensely flavored, made in small batches using traditional Italian equipment. Featuring milk from cows not treated with artificial hormones, Talenti's newest gelati are not only incredibly rich and creamy but, with about 30 percent less fat than regular ice cream, they're also a healthier alternative. In true Talenti tradition, the five new gelati are made from scratch with only the best all-natural ingredients. Chocolate Peanut Butter Cup, Banana Chocolate Swirl, Black Raspberry Chocolate Chip and Chocolate Chip-Stracciatella went over big with PG's road-testers, as did the mess-free screw-top lids.

**Tastykake and Mrs. Freshley's Doughnuts and Pastries**

SRPs: 85 cents-$4.49 www.flowersfoods.com

Flowers Foods impressed us with some of its latest releases under its Mrs. Freshley's and Tastykake brands. The co-branded Cinnabon Honey Bun is a sweet and moist breakfast treat, topped with cinnamon and icing. The Little Layer Cakes offer rich vanilla icing and a drizzle of chocolate-enrobed soft yellow cake with crème filling. The mini doughnuts from Tastykake make it too easy to eat more than one, especially the powdered sugar variety, and the Crème Filled Chocolate Bells are rich, chocolaty crème-filled morsels. The Cinnabon products are great for folks looking for that trademark cinnamon roll taste outside the mall. And with Flowers' distribution network, Tastykake products can be enjoyed by Philadelphia expats around the country.

Thai Kitchen Rice Noodles

SRP: $3.79 www.simplyasiafoods.com

Making authentic Asian noodle dishes has gotten much easier with this new line of all-natural rice noodles from Thai Kitchen, a brand of Berkeley, Calif.-based Simply Asia Foods LLC that's available in three gluten-free varieties (Brown Rice, Red Rice, and Purple Corn & Rice Noodles). Perhaps best of all is that they're packaged in four individual servings that allow consumers to add variety and personality to their favorite dishes, including stir-fries, soups and salads. Add the vegetables, protein and seasonings of your choice, and you're eating a unique and flavorful dish in minutes.

TruRoots Sprouted Trios

SRP: $4.19-$5.49 www.truroots.com

PG tasters took the opportunity to get in touch with their roots with this shelf-stable, quick-cooking, naturally gluten-free, vegan and certified GMO-free product line featuring three types of sprouted rice, lentils and quinoa, respectively. Offering mosaics of color that are as lovely to look at as they are to eat-especially the quinoa combo-Livermore, Calif.-based TruRoots offers products that are directly sourced and sustainably grown.

Turkey Hill SunBrew Iced Tea

SRP: N/A www.turkeyhill.com

The folks at Conestoga, Pa.-based Turkey Hill are pioneers in chilled bottled tea in a multitude of flavors, and their latest release is a masterpiece. SunBrew aims to capture a homebrewed taste and truly hits the mark. With cane sugar and no added preservatives or colors, SunBrew comes in a 25-calorie Lightly Sweetened variety, as well as 80-calorie Sweetened and calorie-free Unsweetened. Our editors who live on the fringes of Turkey Hill's marketing area hope SunBrew will soon arrive at their local stores.

Tyson Deli Market Products and Pork Sparerib Mini Racks

SRPs: $3.99-$4.99 (Deli Market items); $5.49 per pound for a $8.50-$9.50 retail unit price (spareribs) www.tyson.com

We were frankly wowed by the Tyson Deli Market line, which features a whole range of fully cooked meal solutions, from restaurant-inspired pasta entrées, to glazed chicken breast fillets, to chicken fajita strips. The Springdale, Ark.-based company's heat-and-serve products come in both modified-atmosphere and vacuum skin packaging to retain freshness and quality. Meanwhile, for rib lovers, Tyson Pork Sparerib Mini Racks offer vacuum-packaged, pre-seasoned and portioned products that require minimal preparation and quick cooking times to deliver easy, no-fuss meals with no waste or mess. Available in Applewood and Teriyaki flavors, the line also provides smaller portion sizes-ideal for those of us who don't have an army to feed.

Udi's Gluten Free Foods Items

SRPs: $5.99-$6.99 www.udisglutenfree.com

Chocolate Chia Muffin Tops, Classic French Dinner Rolls and Millet-Chia Bread are among Udi's new line of products. The muffin tops allow the nutritionally minded to indulge in a little chocolate decadence. The dinner rolls are ideal for sharing at dinner with family or friends. The Ancient Grain Breads have more protein and fiber than Udi's original white and whole grain varieties, but are just as tasty. Baked with hearty ancient grains, this bread contains a wholesome balance of nutrients vitamins and earthy flavors. It's baked with chia, a naturally gluten-free seed that supplies beneficial nutrients and a delicious flavor.

Velveeta Cheesy Skillets

SRP: $3.25 www.kraft.com

There were a lot of smiles around the table on the night these samples from Northfield, Ill.-based Kraft were tested. The creamy cheese sauce takes these boxed meals up a notch or two. Just combine the pasta and seasonings with chicken, ground beef or tuna; mix in the sauce; and you've got a dinnertime crowd-pleaser in about 20 minutes. The biggest raves went to the Chicken Alfredo; new varieties also include Chili Cheese Mac and Tuna Melt.

Warheads Sour Twists

SRP: 99 cents www.impactconfections.com

Warheads Sour Twists from Littleton, Colo.-based Impact Confections is a three-color, three-flavor extruded chewy candy that's intertwined for a mouthwatering treat. It can be eaten as one combined twist, or untwisted so each flavor can be savored individually. Each twist has a fruity center and sour sanding, and is made to appeal to all taste buds. The product comes in a 2-ounce tray of twists in green apple, lemon and watermelon flavors. Warheads is supporting the new product launch online through sponsorships with Cartoon Network and Nickelodeon, as well as engagement with the Warheads Facebook community of more than 1.3 million fans.

Willamette Valley Granola Co. Granola Chips

SRP: $3.99 www.willamettevalleygranola.com

Granola's been marketed as a snack before, but never quite like this. Portland, Ore.-based Willamette Valley has introduced lightly sweetened, crispy bite-sized chips featuring a whole grain blend of oats, quinoa, amaranth and barley that enabled PG tasters to feel virtuous as they indulged. The product line's resealable pouches come in four toothsome flavors: Butter Pecan, Wild Berry, Honey Nut and Vanilla Bean.

Wrigley's Gum and Candy

SRPs: 69 cents-$3.19 www.wrigley.com

There was lots to love from Chicago-based Wrigley. Life Savers Gummies new 4.2-ounce Share Size Pouches replace the 2-ounce individual pouches launched in 2009. These pouches offer consumers more gummies in three flavor varieties: 5 Flavors, Mix-O-Reds, Sours and Collisions. The Micro Pack versions of 5 and Orbit gums were designed to make it convenient and affordable for consumers to keep their favorite chewing gums handy all of the time. The new 6-tab envelopes are available in 5 Rain (a tingling spearmint) and 5 Cobalt (a cooling peppermint), and Orbit Spearmint, Wintermint and Strawberry Remix. Skittles Riddles are a new bite-sized chewy candy with colors that don't match the flavors to keep consumers guessing as they make their way through bites of Strawberry, Apple, Watermelon, Fruit Punch and Raspberry. Starburst Flavor Morph chews start as one fruit flavor and transform into another as special flavor beads burst with a second flavor, creating a unique and new-to-the category experience. Each package contains an assortment of two juicy changing flavors: Cherry, Cherry Lime, Orange and Orange Strawberry.

Yes To Carrots Leave-in Conditioner with Argan Oil

SRP: $8.99 www.yestocarrots.com

Go ahead, say yes. San Francisco-based Yes To Carrots' Leave-In Conditioner sends a mix of proteins and amino acids deep into hair cuticles for some serious restructuring and rejuvenating benefits. Formulated for normal to dry and damaged hair types, the easy-to-apply, 98 percent natural formula provides a more intense level of benefit for hair that needs a little TLC, with argan oil and keratin proteins getting to the root of each strand of hair to strengthen and renew.

**Load-Date:** October 9, 2015

End of Document

# New Product Central

The Progressive Grocer

August 2012

Copyright 2012 Stagnito Media Food Group All Rights Reserved

**Length:** 11230 words

**Byline:** PG Editors

## Body

**Our annual roundup of the best retail product launches of the past year offers an assortment of winners from all parts of the aisles.**

It's that time again, when Progressive Grocer's seasoned editors, aided by a contingent of eager tasters at our Jersey City, N.J., office-otherwise known as New Product Central-get to sample a broad selection of the cream of the retail product crop.

But despite all of the fun we had road-testing so many great items, the process of narrowing down the final winners was no easy task, given the careful deliberation we applied to the many varied entries that came our way.

As always, not all products made the cut, but for the choice ones that did, a few noteworthy trends among recently released products readily emerged.

Better-for-you foods, including those targeting such specialized demographics as gluten-free, are now more mainstream than ever, with their healthy halo not all displaced by an implicit (and most welcome) tendency toward indulgence. Indeed, healthier foods that taste far better than their trailblazing predecessors are more frequently landing in the shopping carts of many customers now buying them for their sheer scrumptiousness rather than their nutritional content.

Another notable trend is toward innovative, highly functional-in some cases, multifunctional-packaging. In the produce sector alone, we encountered bite-size tomatoes that could be rinsed in their snack pack; a twin-pack of microwavable artichokes that could be preseasoned and steamed right in the bag; table grapes in a streamlined colander bag designed for easier carrying, display and storage; and breathable packaging that helps keep fresh blueberries tasting great.

Among other categories, we saw proprietary cigar packaging that eliminates the need for a humidor, opening up big selling opportunities for supermarkets, and a heat-and-eat line of deli meals in both modified-atmosphere and vacuum skin packaging to retain freshness and quality.

The deli meals in particular exemplified yet another big trend: convenience, which is still king, but with the growing recognition that shoppers want to put their own stamp on things. To that end, products we sampled included an ingenious cake mix with frosting and even a disposable pan, so home bakers can whip up a sweet treat with ease, and ready-to-eat hard-cooked and peeled eggs that purchasers can use to prepare nearly homemade deviled eggs, egg salads and the like.

With that, we extend sincere congrats to our most recent group of new product winners and invite you, our readers, to dig into the latest iteration of our smorgasbord of Editors' Picks.

320 Main Street Hoagies and Burritos

SRPs: $3.99 each (hoagies); $2.99 each (burritos) www.320foodsystems.com

The 320 Main Street Burrito line from Fort Collins, Colo.-based Fast Food Systems consists of three breakfast burritos: Beef and Green Chili, Chicken and Green Chili, and American with ham, sausage, bacon and potato in country gravy. The hoagie line features seven 8-inch varieties: Italian Sausage; Cajun Chicken BBQ; Pulled Pork BBQ; Italian with Ham, Capicola, Salami and Provolone; Smoked Turkey and Provolone; Pizza Steak; and Meatball. All products come frozen and can be sold frozen, thawed or in a hot box.

Almondina Milk Chocolate Delights and Yogurt Dipped BranTreats

SRP: $4.99 (both) www.almondina.com

It might be difficult to improve upon the original Almondina, offered by San Francisco-based WorldPantry.com Inc., but it's been done, and quite exquisitely at that, by smothering the irresistible cookie, with its yummy roasted almonds and sweet raisins, in rich premium milk chocolate. Additionally, a delicious take on Grandma Dina's Almondinas is the new healthful BranTreat breakfast cookie line featuring tasty, tangy cinnamon and a smooth, sweet yogurt coating. In both instances, these crispy, crunchy, all-natural cookies truly hit the sweet spot for great taste and guilt-free indulgence.

Alouette Portions

SRP: $3.99 www.alouettecheese.com

These 100 percent all-natural, 40-calorie-per-serving portions of America's favorite spreadable cheese, New Holland, Pa.-based Alouette, provide consumers (and hungry PG tasters) with a convenient and tasty snacking option. The product comes in two flavors: Original and Italian Herbs.

Amy's Light & Lean Pizzas

SRP: $4.29 www.amyskitchen.com

Petaluma, Calif.-based Amy's now offers two pizzas as part of its lower-calorie and -fat Light & Lean line, each containing half the fat of the company's original product versions. Italian Vegetable Pizza and Cheese Pizza each have fewer than 300 calories and just 6 grams of fat per 8-ounce single-serve size.

Andros Fruit Me Up Real 100% Fruit Sauces

SRPs: $3.69 (4-pack); $1.29 (4-ounce pouch) www.andros.com.fr

Andros Foods USA Inc., the Harrison, N.Y.-based subsidiary of a French fruit processor, offers pure applesauce and three exciting blends, all with a healthy twist. Containing only fruit puree and vitamin C, the all-natural, U.S.-made product offers one serving of fruit in each 4-ounce pouch. The available varieties are Apple, Apple Strawberry Banana, Apple Mango Pineapple, and Apple Peach Apricot.

Annie's Homegrown Organic Rising Crust Pizza

SRP: $9.99 www.annies.com

Crafted from whole grains, real cheeses, and organic meats and vegetables, these family-sized rising-crust pizzas from Berkeley, Calif.-based Annie's represent a departure for natural pizzas, most of which are single-serve vegetarian items of the thin-crust or flatbread type. By contrast, Annie's offers the hearty meat options of Uncured Pepperoni and Supreme, along with popular varieties Four Cheese and Spinach & Mushroom.

ArtiSun Farms Redi Bites

SRP: $3.99 www.eurofresh.com

These addictive grape-sized tomatoes from Willcox, Ariz.-based Eurofresh are perfect for a quick snack on the run or as a sweet accompaniment to a mealtime salad. The cute yet functional clamshell packaging is designed to allow for rinsing in the container, so snackers can pop one morsel at a time straight from the resealable opening if they wish.

Bakery On Main Truebar

SRP: $1.99 www.bakeryonmain.com

Gluten-free never tasted so good. This fruit-and-nut bar from East Hartford, Conn.-based Bakery On Main is billed as having "nothing to hide," and clear packaging certainly reinforces that all-natural message. Available in six flavors, including Hazelnut Chocolate Cherry, Walnut Cappuccino, Coconut Cashew and Apricot Almond Chai, the dense, chewy bars are bound to appeal not only to those with gluten intolerance, but also athletes in need of energy and people who just appreciate a delicious on-the-go snack. Additionally, Truebars are Non-GMO Project Verified, kosher, dairy- and casein-free, low in sodium, and a good source of fiber and omega-3, as well as containing no trans fats or cholesterol.

Barista Baking Co. Break & Bake Scones

SRP: $2.49 www.championfoods.com

Champion Foods' new line of Break & Bake scone dough, under the New Boston, Mich.-based company's upscale Barista Baking Co. brand, brings the local bakery to the home kitchen. Available in three flavors-Almond, Blueberry and Chocolate Chip-the oven-ready dough yields eight scones per package that bake up quickly, easily and tastily in home ovens in a matter of minutes.

Beemster 10-Month Aged Goat Cheese

SRP: $15-$20 per pound www.beemster.us

 Yes, it's a bit on the pricey side, but one taste and you'll know why PG's tasters flipped for this firm-bodied, full-flavored 10-month-aged goat cheese from the Beemster co-op in north Holland (the company's U.S. presence is coincidentally in this publication's hometown of Jersey City, N.J.). Offering a rich, long-lasting flavor packed with floral and grassy tones, and a unique texture, this cheese is ideal for grating over salads or pasta, and pairs well with dark breads, avocados and walnuts.

Benedetto Pinot Grigio

SRP: $11.99 www.gkskaggs.com

Fruit flavors of pear and apple with hints of melon and mineral make this light- to medium-bodied, dry, crisp and fresh wine imported by Irvine, Calif.-based G.K. Skaggs Inc. perfectly suited to poultry, fish, appetizers, aperitifs and other light fare. Hailing from Veneto, Italy, Benedetto Pinot Grigio offers a delicate complexity and elegance, merging the well-known qualities of the popular grape variety with just a touch of sweetness.

Benelact Reduced Cholesterol Cheeses and Butter

SRPs: $3.99 (butter); $3.29-$3.49 (7-ounce cheese shreds or slices); $2.99-$3.39 (8-ounce cheese blocks); $5.35-$5.75 (16-ounce cheese blocks); $6.49-$6.99 (5-pound blocks) www.benelact.com

For those looking to reduce their cholesterol intake without giving up the great taste of real cheese and butter, Sturtevant, Wis.-based Benelact Dairy has come to the rescue. Benelact's reduced-cholesterol butter and cheeses offer the same taste and functionality as traditional products, but with a third less cholesterol. Made using patented technology that removes cholesterol mechanically during processing, the products are all natural with a clean label, and they're priced competitively with traditional items. Cheeses are offered in multiple sizes and formats, in Cheddar, Colby Jack, Mozzarella and Provolone varieties.

Blake's Upside Down Chicken and Waffle Pie

SRP: $5.99 www.blakesallnatural.com

Concord, N.H.-based Blake's All Natural Foods has put its own spin on this classic southern meal. Each "pie" is made by hand in small batches with hand-pulled white-meat chicken, mashed sweet and russet potatoes, gravy, and a hint of real Vermont maple syrup, all topped with an organic waffle. You bake the item, flip it over onto your plate and enjoy. It's a tasty change of pace from run-of-the-mill pot pies, and the express instructions shorten cooking time without impairing flavor.

Blimpie Best Sub Sandwich Kit

SRP: $6.25 www.landofrost.com

Since almost 60 percent of consumers make sandwiches at home during tough economic times, family-owned packaged lunchmeat company Land O'Frost, based in Lansing, Ill., embraced this consumer trend and created a national partnership with Blimpie to offer the Scottsdale, Ariz.-based sub shop chain's signature meats in its popular Sub Sandwich Kits for consumers. The kits offer the four signature meats of Blimpie's most famous sandwich, Blimpie Best. Each kit contains Prosciutto Cotto Ham, Smoked Ham, Capicola Ham and Salami interleaved with parchment paper for ease of separation and portion control, and enough meat for six sandwiches. Additionally, the product is gluten-free and offers 14 grams of protein per serving.

Blu eCigs Disposable Electronic Cigarettes

SRP: $9.99 www.blucigs.com

Blu eCigs give users the look and feel of traditional cigarettes with a water vapor "puff" instead of smoke and ash. Blu eCigs are available in convenient disposables or rechargeable packs for regular use, with or without nicotine and in a variety of flavors. Each combines the battery, atomizer and cartridge in one single piece, and the Charlotte, N.C.-based company's signature blue LED tip glows with each puff. Designed with a single hole for maximized draw and resistance, the mouthpiece is engineered to prevent leakage. Blu eCigs offers two flavors: Magnificent Menthol provides a surge of minty flavor, but for rich, full-flavored tobacco taste, Classic is ideal. Each eCig is equal to 400 puffs or about 1 1/2 packs of cigarettes.

BonSavor Whole Wheat Flour Naan

SRP: $3.49 www.bonsavorfoods.com

With ethnic cuisine catching on in a big way among mainstream consumers, Dallas-based BonSavor is on the right track with its line of whole wheat flatbreads inspired by a range of cultures. The company's authentically crafted, flame-baked naan (a type of flatbread hailing from India) is naturally low in fat; has no saturated fat or cholesterol and O grams of trans fat per serving; is high in vitamin B1 and a good source of dietary fiber, vitamin B3, folate and calcium; and offers 37 grams of whole wheat per serving. Oh, and it tastes really good. too.

Brioni's Healthy Morning Coffee

SRP: $8.99 www.brionis.com

Prebiotic coffee? As long as it doesn't alter the product's taste (and in this case, it definitely doesn't), why not? Brioni's Healthy Morning Coffee is the first coffee to provide digestive health benefits while delivering the taste and aroma of true gourmet coffee, according to Glastonbury, Conn.-based Brioni Coffee Co. Each 12-ounce cup is a good source of fiber and a prebiotic, delivering 4 grams of dietary fiber, O grams of fat and cholesterol and just 35 calories. So, go ahead, enjoy that second cup.

Buff Lo Dip

SRP: $5 www.bufflodip.com

Buff Lo Dip from Londonderry, Ohio-based Dzalt Enterprises LLC is ideal not only as a dip for chips, chicken nuggets or tenders, and veggies, but also as a sauce for many different foods. It can be used on tacos, pizza, hot dogs, hamburgers, subs, turkey sandwiches, chicken sandwiches, steamed or fried rice, chicken wraps, and grilled cheese, as well as in chili, soups and many other foods.

Califia Farms Cuties Juice and Almondmilk

SRP: N/A www.califiafarms.com

Those wildly popular Cuties seedless Clementinesare now available in juice form from Bakersfield, Calif.-based Califia Farms, which scored big with its tangerine juice blends. At 100 to 130 calories per serving, the all-natural juices have no added sugar and deliver two full servings of fruit, along with 150 percent RDV of vitamin C. The Clementine-mandarin, tangerine-orange-mango and tangerine-orange-pineapple blends come in "whimsical 8-ounce PET bottles designed for maximum kid appeal," as well as 12- and 48-ounce sizes. Califia also made a splash with its three varieties of Almondmilk, a great option for the lactose-intolerant or others avoiding dairy. The antioxidant-rich line is free of lactose, soy and gluten, and claims to deliver 50 percent more calcium than 1 percent dairy milk. Califia's Almondmilk comes in 48-ounce bottles, in Unsweetened, Creamy and Vanilla varieties.

Cedarlean Egg White Frittatas

SRP: $3.99 www.cedarlanefoods.com

As Carson, Calif.-based Cedarlane Foods aptly notes, there's nothing "lean" about the taste of its gluten-free frozen Cedarlean Egg White Frittata line, which is available in Broccoli & Cheddar, Roasted Chile & Cheese, and Spinach & Roasted Tomato varieties. Each all-natural frittata melds fluffy egg whites, fresh cheeses, chunky vegetables and a blend of spices in a scalloped potato crust. High in protein and fiber, and containing no more than 200 calories, the product line comes in packaging with a prominent "gluten-free" icon on the front, helping gluten-intolerant consumers find what they need quickly.

Celestial Seasonings Sweet Harvest Pumpkin Holiday Black Tea

SRP: $2.99 www.hain-celestial.com

This autumnal tea, available seasonally from Boulder, Colo.-based Celestial Seasonings, a division of The Hain Celestial Group in Melville, N.Y., creates its own warm glow. Featuring rich black tea, harvest-fresh pumpkin flavor and traditional spices such as cinnamon, ginger and nutmeg, plus a hint of natural sweetness, the product made PG's resident sippers fall for fall all over again.

Chobani Champions Vanilla Chocolate Chunk Greek Yogurt

SRP: $1.29 www.chobani.com

Aiming to bring kids to the current big yogurt trend, Norwich, N.Y.-based Chobani's Champions is authentic strained Greek yogurt made with low-fat milk and real chocolate chunks. Each 3.5-ounce cup is chockfull of protein, calcium and vitamin D. It's a tasty and healthy alternative to other kids' snacks, and should be welcomed by parents looking for something different for kids' lunchboxes,after-school treats or the cooler for handing out following soccer games or other children's activities.

Clemmy's Ice Cream Bars

SRP: $4.29 www.clemmysicecream.com

These sugar-free, gluten-free and lactose-free ice cream bars from Rancho Mirage, Calif.-based Clemmy's are almost too good to be true. Especially sublime were Clemmy's Orange Crème Bars, featuring the citrusy tang of

oranges swirled together with rich, creamy vanilla ice cream. All of the bars achieve their luscious taste by using superior, all-natural ingredients.

Country Time Lemonade Chewy Candy

SRP: $1.99 www.sorbee.com

Aiming to leverage some recent category growth, Trevose, Pa.-based Sorbee International LLC launched these chewy candies as a follow-up to its previous hard candy released under the iconic soft-drink brand name. Available in four flavors (Lemonade, Peach Lemonade, Raspberry Lemonade and Pink Lemonade), these refreshing chews capture their namesake's flavor profile-not too tart, not too sweet. Available in 7-ounce peg bags, the candies promise 150 calories per eight-piece serving.

Dancing Deer Baking Co. Whole Grain Cranberry Orange Cookies with White Chocolate Chips

SRP: $5.99 www.dancingdeer.com

These soft and chewy indulgences from Boston-based Dancing Deer Baking Co. went fast at the PG office-gone-within-the-hour fast! Sweet cranberries, orange and creamy white chocolate chips are crammed into every whole grain cookie. The scratch-baked, all-natural and kosher treats come eight to a package-although that won't seem like nearly enough.

Del Destino Tapenades

SRP: $1.99 www.atalanta1.com

Del Destino gourmet tapenades from Elizabeth, N.J.-based Atalanta Corp., available in such savory varieties as Piquillo & Jalapeno, Olive, Asparagus, and Artichoke, do multiple duty as dips, sandwich spreads, marinades, pasta flavorings and even salad dressing ingredients. A particular-and tasty-use one PG editor found for the product was as an impromptu "pizza" sauce on a whole wheat pita that was then heaped with veggies and melted cheese.

Disney Berry Quick Snacks

SRP: $2.99 www.naturipefarms.com

These ready-to-eat fresh blueberries from Salinas, Calif.-based Naturipe Farms feature a harvest-to-package system that lengthens the shelf life of the product for up to three weeks when properly refrigerated. The succulent berries are triple-inspected, triple-washed and placed in breathable packaging, resulting in a high-quality healthy snack that's perfect for Disney-loving kids of all ages to take along anywhere.

Dole Frozen Fruit Single-serve Cups

SRP: $2.49 (pack of two 3-ounce cups of strawberry or pineapple); $2.79 (pack of two 3-ounce cups of blueberries) www.dole.com

Employing cutting-edge, patent-pending technology to minimize texture loss during the defrosting process for a just-like-fresh appearance, taste and mouth-feel, Frozen Fruit Single-serve Cups from Westlake Village, Calif.-based Dole can be enjoyed as a healthy snack any time of the day. Besides being eaten on their own, they can be popped into smoothies, sprinkled on top of various dishes and incorporated into various recipes.

Dove Milk Chocolate Covered Raisins & Peanuts

SRP: $3.49 (5-ounce resealable pouch) www.mars.com

Lovers of peanuts, raisins and chocolate are sure to enjoy this combination of taste and textures in a bite-sized candy. These milk chocolate-enrobed treats from Hackettstown, N.J.-based Mars Chocolate North America are packaged in an eye-catching standup pouch with great shelf presence. As a "hand to mouth" candy, this new treat

is part of the increasingly popular unwrapped-bite segment, which has expanded to $1.6 billion annually and emerged as a growth category for manufacturers and retailers alike.

Eat Well Enjoy Life Hummus

SRP: $3.99-$4.99 http://eatwell-enjoylife.com

The creamy hummus made by Alpharetta, Ga.-based Tryst Gourmet/Eat Well Enjoy Life features various beans, making it easy for consumers to add more protein, fiber and healthy fat to their diets. The gluten-and cholesterol-free, kosher product line comes in three zesty flavors: Sweet & Spicy Black Bean, whose topping of spicy roasted corn, sweet pineapple and red-pepper relish offers complementary flavors; high-protein Spicy Red Lentil Chipotle, set off by a topping of milder poblano chili peppers and corn; and Wasabi Edamame, topped by black beans and pickled ginger, and offering just the right kick of wasabi backed with horseradish.

Eggland's Best Hard-Cooked Peeled Eggs

SRP: $2.59 www.egglandsbest.com

No time to hard-cook eggs? Just reach for Eggland's Best's ready-to-eat Hard-Cooked Peeled Eggs. Produced and selected from the Jeffersonville, Pa.-based company's Grade AA farm-fresh eggs, and delivering all of the same nutritional benefits with a large added serving of convenience, the item is a resealable pouch of six medium-sized hard-cooked and peeled eggs that contain 25 percent less saturated fat than ordinary eggs, and are an excellent source of vitamins D, B12 and E, and a good source of riboflavin-all for just 60 calories per egg.

Entenmann's Cake Pop Set

SRP: $19.99 www.durakleen.com

With cake pops all the rage, home bakers can easily replicate the charm and whimsy of the tasty single-serve treats with the Entenmann's brand bakeware product line from Brooklyn, N.Y.-based Euro-Ware. Suitable for making sweets on a stick for any celebration, the new bakeware line is affordably priced and ideal as a cross-merchandising candidate for your baking department.

Freshpet Select Roasted Meals for Cats/Dogs

SRPs: $4.29 (1-pound bag of cat food); $10.99 (3-pound bag of dog food); $6.49 (1.75-pound bag of dog food) www.freshpet.com

With its Select Roasted Meals, Secaucus, N.J.-based Freshpet offers consumers' four-legged companions tender chicken pieces accented with carrots and spinach for well-balanced meals pet parents can feel good about serving. The cat food marries the taste and texture of the wet food preferred by felines to the convenience of dry food.

Front Porch Ice Cream

SRP: $4.99 www.mooresvilleicecream.com

Just when it seems like we've seen or tasted just about every ice cream on the market, there comes a new 15-SKU line of Southern-inspired flavors from North Carolina-based Mooresville Ice Cream Co. Packed under the Front Porch brand, the line was a tremendous hit with our team, with the Nana's Banana Pudding, Lemony Sunshine, Peachy Keen and Blackberry Crumble varieties proving especially popular. The line features uniquely crafted flavors based on homespun recipes that will make you feel as though you're rocking on your own front porch on a summer night, no matter where you might be.

Früsh

SRP: $1.99 www.gofrush.com

The Früsh line of refrigerated yogurt fruit shakes from based Origin Food Group LLC, available in four refreshing flavors-strawberry, blueberry, peach and strawberry banana-blends real fruit with creamy yogurt, resulting in a delicious on-the-go treat. Upping the ante with proprietary, health-enhancing ingredients that optimize bone health and probiotics to boost immunity and aid digestion, the line of functional beverages in 8.4-ounce bottles is perfectly positioned for convenience-seeking, nutritionally minded consumers.

Glutino Rosemary & Olive Oil Gluten Free Snack Crackers and Gluten Free Tortilla Dippers

SRPs: $3.49 www.glutino.com

Glutino Rosemary & Olive Oil Gluten-Free Snack Crackers, the unanimous favorite flavor of PG's tasters, makes for a satisfying gluten-free snack. The flavorful, all-natural crackers go great with soup or salad, but are equally fine on their own. Seasoned with a just touch of salt, the Laval, Quebec-based company's Gluten Free Tortilla Dippers-also all-natural-feature a sturdy scoop shell design that easily accommodates a large dollop of salsa or dip.

Gourmet Trading Co. Superblues Blueberries and Peeled White Asparagus

SRPs: $1.99( 5-ounce package of blueberries); $3.49 (10-ounce package of blueberries); $4.99 (16-ounce package of blueberries); $2.49 (9-ounce package of asparagus); $3.49 (12-ounce package of asparagus), $4.39 (1-pound package of asparagus); $6.49 (1.5-pound package of asparagus) www.gourmettrading.net

Now available in new pack sizes providing lower price points, the appropriately named Superblues from Gourmet Trading Co. boast twice the size and crunch of their standard counterparts. Our PG tasters certainly found them firm, flavorful and filling, with the added bonus that they held up well to freezing. The Peeled White Asparagus, introduced to market by the Los Angeles-based company, comes in a bag proven to lower shrink. Pre-peeled for greater preparation convenience, the elegant side dish can be displayed in a two-piece shipper that can be assembled in minutes without a box cutter and features a moisture pad at the bottom of the tray to keep the asparagus fresh.

Goya Fiesta Baked Beans

SRP: $1.69 www.goya.com

Secaucus, N.J.-based Goya, the Latin foods leader, continues to expand into new avenues, as evidenced by its line of Fiesta Baked Beans. With more Latin-inspired flavors and recipes gaining mass appeal, coupled with data that finds more than half of all general-population American households consuming baked beans, grocers can't miss with Goya's Fiesta Baked Beans, whose robust flavor and Latin flair easily complements a variety of meals.

G.S. Caramel Sea Salt Gelato

SRP: $4.79 www.gsgelato.com

This luscious gelato from Fort Walton Beach, Fla.-based G.S. Gelato & Desserts Inc. seizes upon the sweet-and-salty trend, along with the popularity of sea salt as an ingredient. It features a deep, creamy texture with a rich taste reminiscent of a soft, warm caramel, plus a delicate touch of Mediterranean sea salt. The fusion of flavors is quite pleasant, making for a unique and delicious treat.

Hammond's Candies

SRPs: 95 cents-$9.95 www.hammondscandies.com

Denver-based Hammond's released several new products this year, but these in particular caught our editors' fancies. The individually wrapped Caramel Marshmallows offer soft, chewy, buttery goodness. Of the company's latest Pantry Classics dip flavors, designed for snacking and recipes, we were most taken with Cinnamon Bun. But Hammond's new line of chocolate bars really shows off the brand's decadent creativity. The editors were split on

their favorites, but the Malted Milkshake, PB&J Sandwich, chocolate-and-raspberry Crackle Crunch, and chipotle-laced Sweet 'N Spicy were definite standouts.

Hartz UltraGuard Pro Flea & Tick Treatment

SRP: $19.99 www.hartz.com

Providing effective and affordable flea and tick protection for 30 days at a fraction of the price of veterinarian-recommended products, Hartz UltraGuard Pro Flea & Tick Treatment for Dogs and Puppies starts killing our furry friends' tormentors within 15 minutes. The product from the Secaucus, N.J.-based Hartz Mountain Corp. includes the patented Pro-Glide applicator, which easily penetrates pet fur for application directly to dogs' skin.

Hawaiian Kettle Style Mango Habanero Chips

SRP: $2.99-$3.49 www.timschips.com

These new Mango Habanero chips come from Hawaiian Brand Snacks, made by Peoria, Ill.-based Tim's Cascade Snacks, part of the Pinnacle Foods Group. The crunchy chips feature a unique taste that combines the heat of habanero peppers with the sweetness of mangoes. There's just enough heat to give these chips some authority while not overpowering the overall spicy-sweet flavor.

Hershey's Candies

SRPs: $1-$3.79 www.hersheys.com

Pennsylvania-based Hershey Co. supplied many sweet favorites among the PG crew. Hershey's Simple Pleasures Chocolates, boasting 30 percent less fat compared with average milk chocolates, deliver all of the deliciousness expected from a Hershey's product. Consisting of a smooth chocolate outside with a rich creme-filled center, Simple Pleasures come in three varieties and are individually wrapped for easy portion control in 24-count, 5.6-ounce pouches. Rolo Minis feature the classic combination of chewy caramel and milk chocolate of their full-size counterparts in a calorie-friendly size that make life sweeter for consumers who want to enjoy their chocolate without the guilt. Ice Breakers Duo Mints offer a tasty, refreshing lift with a "fruit+cool" flavor sensation. Combining a textured fruit-flavored side (available in raspberry and strawberry varieties) with a cooling, smooth side that features Ice Breakers Mints' signature flavor and cooling crystals, Duo Mints come in 1.3-ounce tins. With a crunchy candy shell and a soft, chewy center, Jolly Rancher Crunch 'N Chew combines the unmistakably bold fruit flavors of the original hard-candy version with a chewy texture. The result is a candy experience that satisfies both crunchy and chewy candy fans' respective sweet spots.

Hormel Cure 81 Ham Steaks, Natural Choice Chicken Sausages and Natural Choice Smoked Sausages

SRPs: $3.09-4.99 (ham steaks); $4.99 (chicken sausages); $5.99 (smoked sausages) www.hormel.com

Easy-to-prepare, fully cooked Cure 81 ham steaks satisfy PG tasters' need for a quick, single-serve weekday meal idea in a variety of flavors: Classic, Brown Sugar, Peppered and Honey Cured. As their name implies, Natural Choice chicken sausages have no preservatives or artificial ingredients, and grill up nicely in three cheese-studded varieties: Jalapeno Cheddar, Apple Gouda and Spinach Asiago. Also boasting no preservatives or artificial ingredients, Natural Choice smoked sausages feature a blend of spices that, along with the smoking process, result in a savory taste sensation. A particular standout is the Turkey variety, which provides a lighter alternative, having half the calories of, and 70 percent less fat than, the Original sausage.

IHOP at Home Syrups

SRP: $3.99-$4.29 (24 ounce); $2.99-$3.19 (12 ounce) www.sorbee.com

The latest iconic brand to be brought to grocery store shelves by Trevose, Pa.-based Sorbee International LLC is IHOP-specifically, the syrup enjoyed for years by breakfast diners. The IHOP at Home line of retail breakfast syrups

includes classic flavors such as Original, Lite and Sugar Free in 24-ounce bottles, and unique flavors like Rooty Tooty Fresh 'N Fruity Blueberry in 12-ounce bottles. It was really a no-brainer to put the IHOP brand in the retail channel, and these syrups live up to the name.

International Delight Coffee Beverage

SRP: $3.99 www.whitewave.com

Coffeehouse indulgence is now as close as the refrigerator with International Delight Iced Coffee, a sweet and creamy, ready-to-drink iced beverage made with 100 percent premium Arabica coffee and available in three luscious flavors: Vanilla, Mocha and Original. The generous half-gallon packaging was another plus. This gourmet-stylethirst-quencher from Broomfield, Colo.-based WhiteWave Foods was particularly satisfying over ice on broiling Jersey City afternoons.

Ivy-Dry Super Continuous Spray

SRP: $10.99 www.ivydry.com

The first continuous spray for the treatment of poison ivy, Ivy-Dry is godsend for hikers, campers and others who enjoy outdoor activities. It can be easily applied to hard-to-reach areas of the body while keeping hands mess-free and lowering the chance of spreading infection or recontamination. PG's testers particularly loved the fact that users can spray at any angle-even upside-down-and the product requires less effort than traditional finger-pump sprays, according to Fairfield, N.J.-based Ivy-Dry Inc.

Kane Candy Chocolate Dessert Cups

SRP: $5.99-$7.99 www.kanecandy.com

Because they're as functional as they are pretty, we like these candy cups quite a choco-lot! A quick and easy dessert solution, Kane's Chocolate Party Cups, offered by Caledonia, Mich.-based Niche Gourmet, can be filled and topped with a limitless number of sweet possibilities. The line's five varieties include chocolate flowers, white and dark chocolate Tuxedo cups, chocolate cordial and toasting cups, chocolate heart cups, and large Kane Candy Chocolate Party cups. Great for parties of all kinds and sizes, these items lend a special, elegant touch to the dessert course.

Kellogg's Krave Cereal and Eggo Wafflers

SRP: $3.99 (Krave); $2.99 (Wafflers) www.kellogg.com

Kellogg's Krave is aimed at teens, of whom 50 percent reportedly skip breakfast. The product features a sweet, crispy cereal shell exterior with a smooth real chocolate center, delivering an "intense chocolate experience," according to the iconic Battle Creek, Mich.-based company. A good source of fiber and made with whole grains, Krave is available in Chocolate and Double Chocolate. Eggo Wafflers are hand-held, tear-apart waffle bars-crispy on the outside, fluffy on the inside-that are designed to be eaten right out of the toaster, no syrup required. They are available in Brown Sugar Cinnamon Roll and Strawberry Strudel flavors.

Kind Nuts & Spices

SRP: $1.99 (bar) www.kindsnacks.com

New York-based Kind Healthy Snacks offers this line of snack bars crafted from high-quality whole nuts and spices. The clean-label bars deliver indulgent recipes with all-natural protein, fiber and no more than 5 grams of sugar. The product line is available in four varieties-Dark Chocolate Nuts & Sea Salt, Madagascar Vanilla Almond, Dark Chocolate Cinnamon Pecan and Cashew & Ginger Spice-that provide unique flavors in a great-tasting, better-for-you snack.

Klondike Shelf-stable Baby Potatoes

SRP: $1.99 www.potandon.com

Potandon Produce's Klondike Goldust Express joins Klondike Rose Express as part of the Idaho Falls, Idaho-based company's shelf-stable line of microwavable fresh potatoes. Klondike Express combines cutting-edge packaging technology with two market-proven potato varieties, enabling convenience-driven consumers to prepare 1 pound of whole fresh Klondike baby potatoes from pantry to plate in just six minutes. They're positioned as high-velocity impulse items that can be cross-merchandised as part of a meal solution display, or as a quick potato side-dish to complement outdoor grilling in summer. In addition, the Klondike Rose Express package has been updated with an enhanced nutritional panel on the front, highlighting the fact that fresh potatoes are fat- and sodium-free, and contain 18 percent of the recommended daily amount of potassium per serving and 45 percent of vitamin C.

Kraft Fresh Take

SRP: $1.99 www.kraft.com

Northfield, Ill.-based Kraft aims to simplify the process and ease the mess of preparing crusty baked poultry, pork and seafood dishes. Each refrigerated Fresh Take sectioned bag contains natural Kraft Cheese and seasoned breadcrumbs; you break the divider, mix the cheese and crumbs, coat your protein and bake. The bag is your bowl, so cleanup is minimal. It's an easy way for budding cooks to try something new, and veterans should like having fewer dishes to wash. Fresh Take comes in six varieties: Southwest Three Cheese, Rosemary & Roasted Garlic, Chile Lime & Panko, Cheddar Jack and Bacon, Italian Parmesan, and Savory Four Cheese.

Krave300 Disposable Electronic Cigarettes

SRP: $8.99-$11.99 www.vapor-corp.com

Krave Electronic Cigarettes from Fort Lauderdale, Fla.-based Vapor Corp. offers a large selection of disposable e-cigs designed to stylishly fit any smoker's needs. Available in traditional tobacco or menthol flavors, the Krave300 disposable line also comes in an assortment of 10 other flavors merchandised in 10-unit point-of-purchase boxes. The Fruits Collection includes Sour Apple, Blueberry, Great Grape, Juicy Peach and Strawberry flavors, while the Sweets Collection offers Cappuccino, Chocolate, Red Wine, Spiced Rum and Very Vanilla flavors, among others. In addition, Krave300 e-cigs are available in a variety of colors and tattoo-inspired looks, all equipped with jewel-cut tips to really make them stand out. Users can enjoy 300 puffs without the second-hand smoke, flame, ash or odor of traditional cigarettes.

Larry the Cable Guy Smokin' Chips, Wraps and Firestarters

SRP: $5.99 (chips); $6.99 (wraps); $8.99 (8-pack of firestarters, which are 98 cents apiece) www.tailgatingplanks.com

Chef Locke's It's Hi-Time Home Décor & More Inc., based in Spokane Valley, Wash., has extended its easy BBQ prep line with flavor and smoke accessories under the Larry the Cable Guy brand-in the process taking grill-friendly fare to the next level. The Smokin' Chips, Wraps and Firestarters are suitable for all proteins and infuse a tangy, smoky flavor in a fun and easy preparation method to help folks "git-R-done" and enjoy.

Lake Champlain Chocolates Organic Dark Chocolate Bars

SRP:$4.59 www.lakechamplainchocolates.com

Inspired by Peru's world-class cocoa, Burlington, Vt.-based Lake Champlain Chocolates added two organic chocolate bars to its organic chocolate line. The scrumptious single-origin 70 percent cocoa bars are Peru Organic and Cherry Peruvian, the latter of which features organic tart dried cherries from northern Michigan that perfectly complement the fruitiness already present in the chocolate, along with Madagascar Bourbon vanilla beans, considered the finest and most balanced vanilla beans available.

Lawry's and McCormick Seasoning Blends and Coffee Extract

SRPs: $3.29 (Lawry's items); $4.59 (Gourmet Seasoning items); $1.40 (Grill Mates); $2.89 (Perfect Pinch) and $4.42 (extract) www.mccormick.com

These fabulous flavors from Hunt Valley, Md.-McCormick & Co. enlivened PG tasters' various culinary endeavors. Lawry's Fire Roasted Chile & Garlic Blend and Oregano & Basil provided authentic Southwestern and Mediterranean zing, respectively, while McCormick Gourmet Cuban and Gourmet Tuscan Seasoning items were robust ambassadors for two time-honored cuisines. Specially designed for larger cuts of meat that require more time on the grill, the Slow & Low Memphis Pit BBQ Rub in the Grill Mates line went over big at one summer cookout we know of, and for the sodium-conscious among us, nothing could top the Perfect Pinch salt-free Fiesta Citrus and Southwest Sweet 'n Smoky varieties, both of which are treats for the taste buds. Last-but certainly not least-the Pure Coffee Extract proved an irresistible addition to cookies, cakes, pies, hot beverages and anything else that occurred to us.

Lipton Pure Leaf Real Brewed Tea

SRPs: $2.49-$2.69 (carafe); $1.69-$1.79 (single) www.pepsico.com

This Lipton/Pepsi joint project is a great addition to the growing ranks of bottled brewed teas. Brewed from Rainforest Alliance Certified tea leaves from China, India, Africa and South America, Pure Leaf comes in unique square PET bottles, and in nine assorted flavor and calorie combinations, including lemon, peach and raspberry. The sweet varieties-Sweetened and Southern-style Extra Sweet-are made with all-natural sugar, but the Unsweetened is a benchmark for a bold, clean-tasting, refreshing iced tea.

M&M'S Mint Dark Chocolate Candies

SRP: $1.09 (1.5-ounce single); $2.99 (8-ounce resealable pouch) www.mars.com

The latest new variety of M&M'S is delicious, refreshing and a sure winner in the candy aisle. This time, the familiar candy shell encases creamy dark chocolate laced with refreshing mint. Mars Chocolate North America had offered this flavor only during the winter holiday season, but now consumers can enjoy it year-round-a smart move, since the Hackettstown, N.J.-based company notes that mint chocolate is a popular flavor enjoyed by consumers anytime (80 percent of sales are nonseasonal), and sales in the mint segment are growing faster than in the chocolate category.

Macanudo Cigar with Locked-In Humidity Packaging

SRP: $6.99 www.cigarworld.com

For grocers that want to sell premium handmade cigars but not install a humidor, Miami-based General Cigar Co. has brought "Locked-In Humidity" packaging to its top-selling Macanudo cigar brand. This innovative, proprietary wrapping provides an airtight barrier that guarantees fresh-from-the-factory flavor in an

attractive package and display. This packaging also presents grocers with merchandising opportunities away from the traditional tobacco section, such as the wine and spirits department. The sample was of Macanudo's typical high quality, and the packaging delivered the 5.5-inch-by-50-ring-gauge cigar in perfect smoking condition. The pouch is also available on same-size cigars from General's Partagas, Punch and Excalibur brands.

Manischewitz Gluten Free Chocolate Cake Mix

SRP: $4.69 www.manischewitz.com

Including nearly everything needed to make-and bake-a cake, including cake mix, frosting mix and even a disposable pan, Manischewitz Gluten Free Chocolate Cake Mix from the respected Newark, N.J.-based kosher food company is ideal for convenience-seeking gluten-intolerant consumers. With a preparation time of less than 10

minutes and a baking time of about 40 minutes, the packaging features an on-pack icon communicating the healthier attributes of the all-natural item, which is an excellent source of fiber and low in sodium, as well as having no MSG, sulfites, and artificial preservatives or ingredients.

Mann's Rainbow Salad

SRP: $1.99-$2.99 www.mannpacking.com

With mini broccoli florettes now added to its already healthy and delicious mix of shredded carrots, cabbage and cauliflower for extra crunch and texture, the reformulated Rainbow Salad from Salinas, Calif.-based Mann Packing Co. is truly better than ever. The microwaveable pre-washed product works well in salads, wraps, sandwiches and more- one veggie-loving PG editor naturally used it as the basis of a super Fourth of July slaw.

Mediterranean Snacks HummuZ Crispz and Lentil Crackers

SRP: $3.49-$3.99 www.mediterraneansnackfoods.com

Tasty, crunchy snacks that boast enhanced wellness profiles without sacrificing taste, HummuZ Crispz and Lentil Crackers from Boonton, N.J.-based Mediterranean Snacks are low in fat, high in protein, gluten-free and non-GMO certified. Baked with real garbanzo beans, HummuZ Crispz are a good source of fiber and protein. Lentil Crackers-the first crackers made with protein-rich lentils-contain only 110 calories in a hearty 18-cracker portion and come in three flavors: Sea Salt, Cracked Pepper and Rosemary Herb.

Melt Organic Buttery Spreads

SRP: $3.99-$4.99 www.meltbutteryspread.com

Hailey, Idaho-based Prosperity Organic Foods launched this new line of certified-organic buttery spreads made from a blend of virgin coconut, flax-seed and sunflower oils. With no trans fats, hydrogenated oils, gluten, soy or artificial preservatives, Melt delivers a fresh, rich taste and creamy texture; the honey variety is particularly nice on wheat toast. Additionally, Melt tops, sautés and bakes just like butter, with half the saturated fat and fewer calories.

Meow Mix Tender Centers

SRP: $4.99 (small bag); $12.99 (large bag) www.delmonte.com

These dual-textured kibbles from San Francisco-based Del Monte Foods are crunchy outside with a meaty center-a combination that proved to be a big hit with our resident feline taste-testers. Available in tuna and white fish and salmon and white meat chicken flavors, the line was launched by the return of the memorable Meow Mix jingle, which last aired 16 years ago.

MiO Energy

SRP: $4.99 www.kraft.com

An extension of Northfield, Ill.-based Kraft's MiO water "personalizer," MiO Energy adds a boost of energy and B vitamins with 60 milligrams of caffeine per 8-ounce serving, about the same as a 6-ounce cup of coffee. A few squirts of colorful flavor really do jazz up an otherwise mundane glass or bottle of water, and the energy boost can be a welcome mid-afternoon pick-me-up. It comes in Black Cherry and Green Thunder (sort of a tropical fruit flavor).

MOAB Açai Superfruit Blend

SRP: $2.99 www.friedas.com

A new fusion of exotic juices, Açai Superfruit Blend from Los Alamitos, Calif.-based specialty produce supplier Frieda's Inc. is a polyphenol powerhouse, with antioxidant strength to neutralize damaging free radicals and

supercharge health. Enhanced with freeze-dried açaí, organic açaí juice from the Brazilian Amazon mingles with the nutrient-rich juices from Concord grapes, mangoes and other key players, along with the juices of acerola and passion fruit and the fruit purees of camu camu and capuaçu from Brazil. The beverage also features vegetarian omega-3 DHA to promote heart and brain health, and plant-derived glucosamine (vegetarian) for joint health. Açaí Superfruit Blend is gluten-free, dairy-free, GMO-free, wheat-free, vegetarian, and vegan. Other MOAB Superfruit Blend varieties include Pomegranate and Wild Blueberry.

Mr. Clean Bliss Gloves

SRP: $3.99 www.thebutler.com

Cleaning is sheer bliss with these premium household gloves from Marlborough, Mass.-based Butler Home Products, which are latex-free and boast a plush, pillow-soft lining that keeps hands dry and comfortable. Additionally, an embossed palm grip helps to provide a safe grip.

Nature Made 100% Vegetarian Omega-3

SRP: $29.79 www.pharmavite.net

There's nothing fishy about Nature Made 100% Vegetarian Omega-3, which enables vegetarian, vegans and those who can't tolerate or are allergic to fish to get the right dose of omega-3 fatty acids as recommended by heart-health experts. One of the first products to deliver a completely vegetarian alternative to regular fish oil supplements, the item from Northridge, Calif.-based Pharmavite contains EPA and DHA from a non-animal source made in an ocean-free environment.

Nature's Path Love Crunch Granolas

SRP: $4.99 www.naturespath.com

Shoppers are sure to love Love Crunch from Richmond, British Columbia-based Nature's Path Organic Foods as much as we did. Available in four delectable flavors- Carrot Cake, Apple Crumble, Aloha Blend, and Dark Chocolate & Red Berries-the USDA-certified organic, non-GMO granola line is packed with nutrients and whole grains, but no cholesterol or trans fats, and less sodium. And if all of that isn't enough to do your heart good, the brand's "Bite4Bite" initiative helps the needy: For each bag of Love Crunch sold, Nature's Path will donate the equivalent in cereal or cash, up to $1 million, to food banks. Additionally, the cereals come in eco-friendly standup resealable bags.

Ocean Mist Farms Season & Steam Microwavable Artichoke Pack

SRP: $3.99 www.oceanmist.com

Find artichoke preparation a hassle? You won't with the Season & Steam microwavable artichoke pack from Castro-ville,Calif.-based Ocean Mist Farms. The innovative item offers two fresh Globe artichokes that are cleaned, trimmed and ready to cook in first-of-its-kind packaging that gives users the option to open the bag, pre-season the artichokes to taste, reseal the package and steam by microwave all within the same bag. And the results are utterly-not to mention effortlessly-delicious.

Oscar Mayer Selects

SRPs: $4.99 (9 ounces of cold cuts); $3.99 (8-count hot dogs); $6.99 (12 ounces of bacon) www.kraft.com

Some would say it's enough just to be bacon, but Oscar Mayer, a brand of Northfield, Ill.-based Kraft, goes one further with its delicious new Selects line, which has no artificial preservatives, flavors or colors. The bacon is uncured and the hot dogs contain no byproducts. Two of the hot dog varieties-New York Style and Chicago Recipe-attempt to capture those regional flavors with ingredients instead of toppings-not quite, but nice try. Still, the taste,

texture and label of the dogs (which also include Turkey, Beef, Angus and Angus Bun-Length) are excellent, as are the cold cuts, especially the Slow Roasted Turkey Breast and Applewood Smoked Ham.

Pacific Soup Starters Vietnamese-style Pho

$3.49-$3.69 www.pacificfoods.com

Tualatin, Ore.-based Pacific Natural Foods' innovative Soup Starters line, including three varieties of Vietnamese-style Pho, meets growing consumer interest in cooking ethnic dishes at home. Not only do these items have an immediate impact on retailers' bottom lines by encouraging consumers to pick up additional items across multiple departments to assemble the soups, but their satisfyingly tasty flavors will have shoppers coming back for more.

Panera Bread Salad Dressing

SRP: $4.99 www.arcobasso.com

Arcobasso Foods, a full-service custom manufacturer and bottler of salad dressings, sauces and marinades, helped Panera Bread launch its retail line of dressings in 2009. Since then, Hazelwood, Mo.-based Arcobasso has extended the Panera dressings line to 18 national grocery retailers, with 1,800 retail locations and counting. Among its newest dressings to bow in the past year, we give a healthy thumbs-up to the Fuji Apple and Cherry Balsamic varieties, which add unique restaurant flair to homemade salads.

Pearls/Early California Reduced Salt Olives

SRP: $1.79 www.olives.com

Although they contain 25 percent less sodium than regular black olives, these items sold under two trusted brands from Tracy, Calif.-based Musco Family Olive Co. don't disappoint on taste. Olive lovers-even those not watching their salt intake-will be hard-pressed to stop at the serving size of four.

Pepsi Next

SRPs: 99 cents (20-ounce and 2-liter); $2.99 (introductory pricing for 12-pack) www.pepsico.com

Research has shown that there's a segment of consumers who are resistant to both regular, full-sugar cola and diet offerings. While these consumers love the taste of Pepsi, they don't believe you can achieve full-flavor taste with a diet cola. Purchase, N.Y.-based PespiCo developed Pepsi Next with these consumers in mind. Pepsi Next delivers real cola taste with 60 percent less sugar than Pepsi-Cola, which it achieves by offering just the right mix of cola flavor and a blend of sweeteners to closely mimic the taste curve of a regular cola. And the calorie-counters will be happy, too- Pepsi Next has only 40 calories per 8-ounce can.

Planters Nut-rition Men's Health

SRP: $5.99 (10.25-ounce can); $7.89 (six 1.5-ounce pouches) www.kraft.com

Co-branded with the leading men's magazine, this tasty nut mix delivers a delicious, crunchy and healthy snack. Recent stats show that men these days are doing more grocery shopping and are more interested in wellness, so Planters Nut-trition from Northfield, Ill.-based Kraft is a perfect match. This blend of almonds, peanuts and pistachios contains 6 grams of protein and six vitamins and minerals per 1-ounce serving.

Pretty Lady for the Holidays Table Grapes Packaging

SRP: N/A www.dulcich.com

Introduced last November by Delano, Calif.-based Sunlight International Sales as a seasonal promotion for Pretty Lady brand table grapes from J. Dulcich & Sons in McFarland, Calif., this creative packaging and merchandising program featured colorful, eye-catching packaging with holiday-themed designs to appeal to customers of all ages,

as well as accompanying POS materials such as display bins and shelf danglers. Consumers can rinse the grapes right in the innovative standup grab-and-go colander bags, which also enable easy and efficient carrying, displaying and storage. More themed promotions using the same innovative packaging are on the way from Sunlight-we can't wait!

**Pretzel Crisps** Dark Chocolate and Peppermint Variety

SRP: $2.99 www.pretzelcrisps.com

Sweet and salty meets chocolate mint for this new winner from Skillman, N.J.-based Snack Factory. Joining the brand's Holiday Indulgents line, Dark Chocolate & Peppermint **Pretzel Crisps** combines rich, dark chocolate with flat-baked pretzel crackers, topped off by peppermint candy pieces. This seasonal flavor is available at supermarkets and select specialty stores nationwide during the winter holiday season.

Proxi-Plus

SRP: $5.99 www.majesticdrug.com

This unique dental cleaning product from South Fallsburg, N.Y.-based Majestic Drug features an ultra-fine, super-gentle interdental brush on one end and a flosser on the other-the only such product on the market to offer this combination in a single item. Additionally, innovative clamshell packaging holds 30 disposable brushes, one a day for a month, so PG staffers who are diligent about their midday dental hygiene don't need to replenish their stocks as often as previously.

Ritz Crackerfuls Big Stuff

SRP: $3.99 (box of 5 1.25-ounce packs) www.kraft.com

These days, when it comes to food, bigger isn't always better. But Ritz Crackerfuls Big Stuff from Northfield, Ill.-based Kraft is a winner, especially for those (editors included) who travel and often find themselves hungry but trapped on the tarmac. Made with 6 grams of whole grain per serving, it's perfect for tiding you over until that next mealtime. The Extreme Peanut Butter and Colossal Cheddar fillings bring a nice creamy contrast to the crunchy crackers.

Rubi Automated Coffee Kiosks

SRPs: $1 (12-ounce brewed coffee); $1.50 (café mocha or vanilla); 50 cents extra (16-ounce size) www.coinstar.com

The folks up in Bellevue, Wash., who brought us Coinstar and Redbox are now offering a turnkey solution for grocers looking to improve their in-store coffee programs. In partnership with Seattle's Best Coffee, the Rubi system features touchscreen ordering and French press technology that grinds the beans and delivers steaming cups of great-tasting fresh-brewed coffee in about a minute. Supported by a Web-based frequent-customer program that remembers your previous order and e-mails your receipts, Rubi is bound to be embraced by retailers looking to save on labor and waste while providing their shoppers with a great cup o' joe.

Russo's Gluten-Free New York Style Pizza

SRP: $10.99-$11.99 www.nypizzeria.com

Russo's New York Style Gluten-Free Pizza features a vegan crust made with rice flour, tapioca flour, potato starch and extra-virgin olive oil, infused with honey and Italian seasonings. It's available in six varieties: Greek, New York Style, Margherita, Chicken Rustica, Pepperoni and Italian Mozzarella, and Mulberry. Founded in 1992 by chef Anthony Russo, Houston-based Russo's New York Pizzeria is known as the only place to find authentic New York pizza and Italian dishes in Texas. It operates 28 restaurants in Texas, Florida, Tennessee and Arkansas, and will soon be expanding to New York and New Jersey.

Sahale Crunchers

SRP: $3.99 www.sahalesnacks.com

It's always great to see new twists on snacks that make healthy noshing delicious. With several innovative flavor combinations, Seattle-based Sahale's new Sahale Crunchers team lightly roasted sliced almonds with fruits and spices, offering unique mixes like Almonds with Cherries, Apples & Maple; Almonds with Cranberries, Sesame Seeds & Honey; and Almonds with Parmesan & Herbs. With less than 140 calories per serving, Sahale Crunchers add zing to healthy snacking.

Salem Baking Co. Cookies

SRP: $5.99 www.salembaking.com

It would be a shock to find a product from Winston-Salem, N.C.-based Salem that we didn't like, especially after experiencing its full line at a trade show. So it was no surprise how much their new releases impressed us. The Moravian sugar cookies, so delicately crisp on their own, are more decadent in holiday shapes, enrobed in chocolate and topped with crushed peppermint. The Butter Pecan Praline Shortbread Cookies are buttery rich, and the Pumpkin Spice Shortbread-laced with cinnamon, ginger, nutmeg and allspice- evokes images of the fall and winter holidays.

Sea Best Signature Entrées

SRPs: $5.72-$7.80 www.seabest.com

The Sea Best Signature line from Jacksonville, Fla.-based Beaver Street Fisheries features complete seafood dishes in a variety of flavor profiles. The line was developed to give consumers a foolproof method of preparing sophisticated seafood culinary creations at home. All items within the line are preseasoned, packaged in microwave-safe/oven-safe containers and ready in about six minutes. The tray itself is self-venting, creating a steam environment that gives the consumer a better-finished product than conventional microwave cooking. The line includes seven original recipes based on consumer input and research: Maine Lobster Cakes, Mango Crusted Swai, Potato Crusted Cod, Spinach & Artichoke Stuffed Flounder, Shrimp & Grits, Stuffed Clams, and Tilapia Florentine.

Seattle Chocolates Baby, It's Cold Outside

SRPs: $3.50 (2-ounce bar); $11.95 (6-ounce box of truffles) www.seattlechocolates.com

This special 2012 holiday collection of vintage-style truffle bars from the chocolate purveyor unsurprisingly based in Seattle was created to evoke the romance, glamour and innocence of a bygone era. There are five "cozy and family" flavors: Christmas Cookie Bar (milk chocolate, white chocolate center, vanilla, cinnamon oil, raw sugar crystals); Hot Buttered Rum Bar (milk chocolate with a hint of rum and toffee crunch); Holiday Cheer Eggnog Bar (milk chocolate with sweet vanilla, cream and nutmeg); Mom's Hot Cocoa Bar (milk chocolate bar with marshmallow bits); and Candy Cane Crunch Bar (minty dark chocolate truffle with candy cane chips). The truffles are also available in a holiday party box illustrated with scenes of a 1950s holiday shindig, and a fun "snow day" box with a wintry backdrop.

Snyder's of Hanover Eatsmart Potato Crisps and Bacon Cheddar Pretzel Pieces

SRPs: $3.49-$3.99 www.snyderslance.com

Our picks from Hanover, Pa.-based Snyder's could be described as both naughty and nice. You can rarely go wrong with bacon or cheese, so both is better: generous chunks of sourdough hard pretzels with hearty bacon and cheddar cheese flavors. Meanwhile, the brand has added potato crisps to its better-for-you Eatsmart line. These crunchy all-natural popped snacks have 65 percent less fat than regular potato chips and come in Original, Sea Salt & Vinegar, and sweet-spicy Mesquite BBQ flavors.

Sunkist Blends

SRP: $5.99 www.trifectafoods.com

Add some sunshine to your day with this rejuvenated take on trail mix from Pacoima, Calif.-based Trifecta Foods LLC that blends best-of-class ingredients with a proprietary process enhancing flavor and aroma. Sold under the Sunkist brand-synonymous in consumers' minds with quality citrus fruits-these tasty anytime snacks are designed to be marketed in the fresh produce section.

SunRidge Farms Items

SRP: Various www.sunridgefarms.com

Among among the slew of tasty new snacks from Royal Oaks, Calif.-based SunRidge Farms, two stood out as our particular favorites. Mango Almonds are all-natural dry-roasted almonds coated with a creamy mango coating, and made with real vanilla and natural flavors. They contain no preservatives, O grams of trans fats, no hydrogenated oils, and are GMO- and rBST-free. Vanilla Chai Raisins (above) consist of all-natural exotic chai spices and green tea blended together in a creamy real-vanilla coating poured over sun-ripened raisins. They contain no hydrogenated oils, titanium dioxide or trans fats, and are GMO-free.

SunRype Just Fruit & Grains

SRP: $1.29 www.sunrype.com

This dense, chewy bar from Kelowna, British Columbia-based SunRype Products Ltd. is made up of 70 percent fruit and 30 percent grains, with nothing else added. The simple, healthy all-natural ingredient list includes fruit purees, fruit and vegetable juice concentrates, oats, barley, rice crisps, sunflower seeds and flax seeds. What's more, there are two great flavors to choose from: Summer Berries and Strawberry Mango.

SweetLeaf SugarLeaf

SRP: $7.99 www.wisdomnaturalbrands.com

For those who love baking and whipping up other sweet treats but aren't keen to cut down on their sugar intake, SugarLeaf is a 100 percent natural low-calorie sweetener from Gilbert, Ariz.-based Wisdom Natural Brands, the maker of SweetLeaf Stevia Sweetener. Made by bonding SweetLeaf Stevia and raw cane sugar, SugarLeaf offers the sweet taste and browning and bulking qualities of sugar, but with two-thirds fewer calories and carbohydrates. And we were particularly glad to find out that since SugarLeaf is three times sweeter than sugar, less is needed in recipes.

Talenti Gelato e Sorbetto

SRP: $4.99-$5.99 www.talentigelato.com

Great-tasting, all-natural Talenti gelati and sorbetti are uniquely creamy and intensely flavored, made in small batches using traditional Italian equipment. Featuring milk from cows not treated with artificial hormones, Talenti's newest gelati are not only incredibly rich and creamy but, with about 30 percent less fat than regular ice cream, they're also a healthier alternative. In true Talenti tradition, the five new gelati are made from scratch with only the best all-natural ingredients. Chocolate Peanut Butter Cup, Banana Chocolate Swirl, Black Raspberry Chocolate Chip and Chocolate Chip-Stracciatella went over big with PG's road-testers, as did the mess-free screw-top lids.

Tastykake and Mrs. Freshley's Doughnuts and Pastries

SRPs: 85 cents-$4.49 www.flowersfoods.com

Flowers Foods impressed us with some of its latest releases under its Mrs. Freshley's and Tastykake brands. The co-branded Cinnabon Honey Bun is a sweet and moist breakfast treat, topped with cinnamon and icing. The Little Layer Cakes offer rich vanilla icing and a drizzle of chocolate-enrobed soft yellow cake with crème filling. The mini doughnuts from Tastykake make it too easy to eat more than one, especially the powdered sugar variety, and the Crème Filled Chocolate Bells are rich, chocolaty crème-filled morsels. The Cinnabon products are great for folks looking for that trademark cinnamon roll taste outside the mall. And with Flowers' distribution network, Tastykake products can be enjoyed by Philadelphia expats around the country.

Thai Kitchen Rice Noodles

SRP: $3.79 www.simplyasiafoods.com

Making authentic Asian noodle dishes has gotten much easier with this new line of all-natural rice noodles from Thai Kitchen, a brand of Berkeley, Calif.-based Simply Asia Foods LLC that's available in three gluten-free varieties (Brown Rice, Red Rice, and Purple Corn & Rice Noodles). Perhaps best of all is that they're packaged in four individual servings that allow consumers to add variety and personality to their favorite dishes, including stir-fries, soups and salads. Add the vegetables, protein and seasonings of your choice, and you're eating a unique and flavorful dish in minutes.

TruRoots Sprouted Trios

SRP: $4.19-$5.49 www.truroots.com

    PG tasters took the opportunity to get in touch with their roots with this shelf-stable, quick-cooking, naturally gluten-free, vegan and certified GMO-free product line featuring three types of sprouted rice, lentils and quinoa, respectively. Offering mosaics of color that are as lovely to look at as they are to eat-especially the quinoa combo-Livermore, Calif.-based TruRoots offers products that are directly sourced and sustainably grown.

Turkey Hill SunBrew Iced Tea

SRP: N/A www.turkeyhill.com

The folks at Conestoga, Pa.-based Turkey Hill are pioneers in chilled bottled tea in a multitude of flavors, and their latest release is a masterpiece. SunBrew aims to capture a homebrewed taste and truly hits the mark. With cane sugar and no added preservatives or colors, SunBrew comes in a 25-calorie Lightly Sweetened variety, as well as 80-calorie Sweetened and calorie-free Unsweetened. Our editors who live on the fringes of Turkey Hill's marketing area hope SunBrew will soon arrive at their local stores.

Tyson Deli Market Products and Pork Sparerib Mini Racks

SRPs: $3.99-$4.99 (Deli Market items); $5.49 per pound for a $8.50-$9.50 retail unit price (spareribs) www.tyson.com

We were frankly wowed by the Tyson Deli Market line, which features a whole range of fully cooked meal solutions, from restaurant-inspired pasta entrées, to glazed chicken breast fillets, to chicken fajita strips. The Springdale, Ark.-based company's heat-and-serve products come in both modified-atmosphere and vacuum skin packaging to retain freshness and quality. Meanwhile, for rib lovers, Tyson Pork Sparerib Mini Racks offer vacuum-packaged, pre-seasoned and portioned products that require minimal preparation and quick cooking times to deliver easy, no-fuss meals with no waste or mess. Available in Applewood and Teriyaki flavors, the line also provides smaller portion sizes-ideal for those of us who don't have an army to feed.

Udi's Gluten Free Foods Items

SRPs: $5.99-$6.99 www.udisglutenfree.com

Chocolate Chia Muffin Tops, Classic French Dinner Rolls and Millet-Chia Bread are among Udi's new line of products. The muffin tops allow the nutritionally minded to indulge in a little chocolate decadence. The dinner rolls are ideal for sharing at dinner with family or friends. The Ancient Grain Breads have more protein and fiber than Udi's original white and whole grain varieties, but are just as tasty. Baked with hearty ancient grains, this bread contains a wholesome balance of nutrients vitamins and earthy flavors. It's baked with chia, a naturally gluten-free seed that supplies beneficial nutrients and a delicious flavor.

Velveeta Cheesy Skillets

SRP: $3.25 www.kraft.com

There were a lot of smiles around the table on the night these samples from Northfield, Ill.-based Kraft were tested. The creamy cheese sauce takes these boxed meals up a notch or two. Just combine the pasta and seasonings with chicken, ground beef or tuna; mix in the sauce; and you've got a dinnertime crowd-pleaser in about 20 minutes. The biggest raves went to the Chicken Alfredo; new varieties also include Chili Cheese Mac and Tuna Melt.

Warheads Sour Twists

SRP: 99 cents www.impactconfections.com

Warheads Sour Twists from Littleton, Colo.-based Impact Confections is a three-color, three-flavor extruded chewy candy that's intertwined for a mouthwatering treat. It can be eaten as one combined twist, or untwisted so each flavor can be savored individually. Each twist has a fruity center and sour sanding, and is made to appeal to all taste buds. The product comes in a 2-ounce tray of twists in green apple, lemon and watermelon flavors. Warheads is supporting the new product launch online through sponsorships with Cartoon Network and Nickelodeon, as well as engagement with the Warheads Facebook community of more than 1.3 million fans.

Willamette Valley Granola Co. Granola Chips

SRP: $3.99 www.willamettevalleygranola.com

Granola's been marketed as a snack before, but never quite like this. Portland, Ore.-based Willamette Valley has introduced lightly sweetened, crispy bite-sized chips featuring a whole grain blend of oats, quinoa, amaranth and barley that enabled PG tasters to feel virtuous as they indulged. The product line's resealable pouches come in four toothsome flavors: Butter Pecan, Wild Berry, Honey Nut and Vanilla Bean.

Wrigley's Gum and Candy

SRPs: 69 cents-$3.19 www.wrigley.com

There was lots to love from Chicago-based Wrigley. Life Savers Gummies new 4.2-ounce Share Size Pouches replace the 2-ounce individual pouches launched in 2009. These pouches offer consumers more gummies in three flavor varieties: 5 Flavors, Mix-O-Reds, Sours and Collisions. The Micro Pack versions of 5 and Orbit gums were designed to make it convenient and affordable for consumers to keep their favorite chewing gums handy all of the time. The new 6-tab envelopes are available in 5 Rain (a tingling spearmint) and 5 Cobalt (a cooling peppermint), and Orbit Spearmint, Wintermint and Strawberry Remix. Skittles Riddles are a new bite-sized chewy candy with colors that don't match the flavors to keep consumers guessing as they make their way through bites of Strawberry, Apple, Watermelon, Fruit Punch and Raspberry. Starburst Flavor Morph chews start as one fruit flavor and transform into another as special flavor beads burst with a second flavor, creating a unique and new-to-the category experience. Each package contains an assortment of two juicy changing flavors: Cherry, Cherry Lime, Orange and Orange Strawberry.

Yes To Carrots Leave-in Conditioner with Argan Oil

SRP: $8.99 www.yestocarrots.com

Go ahead, say yes. San Francisco-based Yes To Carrots' Leave-In Conditioner sends a mix of proteins and amino acids deep into hair cuticles for some serious restructuring and rejuvenating benefits. Formulated for normal to dry and damaged hair types, the easy-to-apply, 98 percent natural formula provides a more intense level of benefit for hair that needs a little TLC, with argan oil and keratin proteins getting to the root of each strand of hair to strengthen and renew.

**Load-Date:** October 12, 2015

End of Document

# New Product Central.

Progressive Grocer

August 1, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
Business and Industry
Copyright 2012 VNU Business Media

**Section:** ISSN: 0033-0787

**Length:** 11192 words

## Body

By PG Editors

It's that time again, when Progressive Grocer's seasoned editors, aided by a contingent of eager tasters at our Jersey City, N.J., office-otherwise known as New Product Central-get to sample a broad selection of the cream of the retail product crop.

But despite all of the fun we had road-testing so many great items, the process of narrowing down the final winners was no easy task, given the careful deliberation we applied to the many varied entries that came our way.

As always, not all products made the cut, but for the choice ones that did, a few noteworthy trends among recently released products readily emerged.

Better-for-you foods, including those targeting such specialized demographics as gluten-free, are now more mainstream than ever, with their healthy halo not all displaced by an implicit (and most welcome) tendency toward indulgence. Indeed, healthier foods that taste far better than their trailblazing predecessors are more frequently landing in the shopping carts of many customers now buying them for their sheer scrumptiousness rather than their nutritional content.

Another notable trend is toward innovative, highly functional-in some cases, multifunctional-packaging. In the produce sector alone, we encountered bite-size tomatoes that could be rinsed in their snack pack; a twin-pack of microwavable artichokes that could be preseasoned and steamed right in the bag; table grapes in a streamlined colander bag designed for easier carrying, display and storage; and breathable packaging that helps keep fresh blueberries tasting great.

Among other categories, we saw proprietary cigar packaging that eliminates the need for a humidor, opening up big selling opportunities for supermarkets, and a heat-and-eat line of deli meals in both modified-atmosphere and vacuum skin packaging to retain freshness and quality.

The deli meals in particular exemplified yet another big trend: convenience, which is still king, but with the growing recognition that shoppers want to put their own stamp on things. To that end, products we sampled included an ingenious cake mix with frosting and even a disposable pan, so home bakers can whip up a sweet treat with ease, and ready-to-eat hard-cooked and peeled eggs that purchasers can use to prepare nearly homemade deviled eggs, egg salads and the like.

With that, we extend sincere congrats to our most recent group of new product winners and invite you, our readers, to dig into the latest iteration of our smorgasbord of Editors' Picks.

320 Main Street Hoagies and Burritos

SRPs: $3.99 each (hoagies);

$2.99 each (burritos)

www.320foodsystems.com

The 320 Main Street Burrito line from Fort Collins, Colo.-based Fast Food Systems consists of three breakfast burritos: Beef and Green Chili, Chicken and Green Chili, and American with ham, sausage, bacon and potato in country gravy. The hoagie line features seven 8-inch varieties: Italian Sausage; Cajun Chicken BBQ; Pulled Pork BBQ; Italian with Ham, Capicola, Salami and Provolone; Smoked Turkey and Provolone; Pizza Steak; and Meatball. All products come frozen and can be sold frozen, thawed or in a hot box.

Almondina Milk Chocolate Delights and Yogurt Dipped BranTreats

SRP: $4.99 (both)

www.almondina.com

It might be difficult to improve upon the original Almondina, offered by San Francisco-based WorldPantry.com Inc., but it's been done, and quite exquisitely at that, by smothering the irresistible cookie, with its yummy roasted almonds and sweet raisins, in rich premium milk chocolate. Additionally, a delicious take on Grandma Dina's Almondinas is the new healthful BranTreat breakfast cookie line featuring tasty, tangy cinnamon and a smooth, sweet yogurt coating. In both instances, these crispy, crunchy, all-natural cookies truly hit the sweet spot for great taste and guilt-free indulgence.

Alouette Portions

SRP: $3.99

www.alouettecheese.com

These 100 percent all-natural, 40-calorie-per-serving portions of America's favorite spreadable cheese, New Holland, Pa.-based Alouette, provide consumers (and hungry PG tasters) with a convenient and tasty snacking option. The product comes in two flavors: Original and Italian Herbs.

Amy's Light & Lean Pizzas

SRP: $4.29

www.amyskitchen.com

Petaluma, Calif.-based Amy's now offers two pizzas as part of its lower-calorie and -fat Light & Lean line, each containing half the fat of the company's original product versions. Italian Vegetable Pizza and Cheese Pizza each have fewer than 300 calories and just 6 grams of fat per 8-ounce single-serve size.

Andros Fruit Me Up Real 100% Fruit Sauces

SRPs: $3.69 (4-pack);

$1.29 (4-ounce pouch)

www.andros.com.fr

Andros Foods USA Inc., the Harrison, N.Y.-based subsidiary of a French fruit processor, offers pure applesauce and three exciting blends, all with a healthy twist. Containing only fruit puree and vitamin C, the all-natural, U.S.-

made product offers one serving of fruit in each 4-ounce pouch. The available varieties are Apple, Apple Strawberry Banana, Apple Mango Pineapple, and Apple Peach Apricot.

Annie's Homegrown Organic Rising Crust Pizza

SRP: $9.99

www.annies.com

Crafted from whole grains, real cheeses, and organic meats and vegetables, these family-sized rising-crust pizzas from Berkeley, Calif.-based Annie's represent a departure for natural pizzas, most of which are single-serve vegetarian items of the thin-crust or flatbread type. By contrast, Annie's offers the hearty meat options of Uncured Pepperoni and Supreme, along with popular varieties Four Cheese and Spinach & Mushroom.

ArtiSun Farms Redi Bites

SRP: $3.99

www.eurofresh.com

These addictive grape-sized tomatoes from Willcox, Ariz.-based Eurofresh are perfect for a quick snack on the run or as a sweet accompaniment to a mealtime salad. The cute yet functional clamshell packaging is designed to allow for rinsing in the container, so snackers can pop one morsel at a time straight from the resealable opening if they wish.

Bakery On Main Truebar

SRP: $1.99

www.bakeryonmain.com

Gluten-free never tasted so good. This fruit-and-nut bar from East Hartford, Conn.-based Bakery On Main is billed as having "nothing to hide," and clear packaging certainly reinforces that all-natural message. Available in six flavors, including Hazelnut Chocolate Cherry, Walnut Cappuccino, Coconut Cashew and Apricot Almond Chai, the dense, chewy bars are bound to appeal not only to those with gluten intolerance, but also athletes in need of energy and people who just appreciate a delicious on-the-go snack. Additionally, Truebars are Non-GMO Project Verified, kosher, dairy- and casein-free, low in sodium, and a good source of fiber and omega-3, as well as containing no trans fats or cholesterol.

Barista Baking Co. Break & Bake Scones

SRP: $2.49

www.championfoods.com

Champion Foods' new line of Break & Bake scone dough, under the New Boston, Mich.-based company's upscale Barista Baking Co. brand, brings the local bakery to the home kitchen. Available in three flavors-Almond, Blueberry and Chocolate Chip-the oven-ready dough yields eight scones per package that bake up quickly, easily and tastily in home ovens in a matter of minutes.

Beemster 10-Month Aged Goat Cheese

SRP: $15-$20 per pound

www.beemster.us

Yes, it's a bit on the pricey side, but one taste and you'll know why PG's tasters flipped for this firm-bodied, full-flavored 10-month-aged goat cheese from the Beemster co-op in north Holland (the company's U.S. presence is coincidentally in this publication's hometown of Jersey City, N.J.). Offering a rich, long-lasting flavor packed with floral and grassy tones, and a unique texture, this cheese is ideal for grating over salads or pasta, and pairs well with dark breads, avocados and walnuts.

Benedetto Pinot Grigio

SRP: $11.99

www.gkskaggs.com

Fruit flavors of pear and apple with hints of melon and mineral make this light- to medium-bodied, dry, crisp and fresh wine imported by Irvine, Calif.-based G.K. Skaggs Inc. perfectly suited to poultry, fish, appetizers, aperitifs and other light fare. Hailing from Veneto, Italy, Benedetto Pinot Grigio offers a delicate complexity and elegance, merging the well-known qualities of the popular grape variety with just a touch of sweetness.

Benelact Reduced Cholesterol Cheeses and Butter

SRPs: $3.99 (butter);

$3.29-$3.49 (7-ounce cheese shreds or slices);

$2.99-$3.39 (8-ounce cheese blocks);

$5.35-$5.75 (16-ounce cheese blocks);

$6.49-$6.99 (5-pound blocks)

www.benelact.com

For those looking to reduce their cholesterol intake without giving up the great taste of real cheese and butter, Sturtevant, Wis.-based Benelact Dairy has come to the rescue. Benelact's reduced-cholesterol butter and cheeses offer the same taste and functionality as traditional products, but with a third less cholesterol. Made using patented technology that removes cholesterol mechanically during processing, the products are all natural with a clean label, and they're priced competitively with traditional items. Cheeses are offered in multiple sizes and formats, in Cheddar, Colby Jack, Mozzarella and Provolone varieties.

Blake's Upside Down Chicken and Waffle Pie

SRP: $5.99

www.blakesallnatural.com

Concord, N.H.-based Blake's All Natural Foods has put its own spin on this classic southern meal. Each "pie" is made by hand in small batches with hand-pulled white-meat chicken, mashed sweet and russet potatoes, gravy, and a hint of real Vermont maple syrup, all topped with an organic waffle. You bake the item, flip it over onto your plate and enjoy. It's a tasty change of pace from run-of-the-mill pot pies, and the express instructions shorten cooking time without impairing flavor.

Blimpie Best Sub Sandwich Kit

SRP: $6.25

www.landofrost.com

Since almost 60 percent of consumers make sandwiches at home during tough economic times, family-owned packaged lunchmeat company Land O'Frost, based in Lansing, Ill., embraced this consumer trend and created a national partnership with Blimpie to offer the Scottsdale, Ariz.-based sub shop chain's signature meats in its popular Sub Sandwich Kits for consumers. The kits offer the four signature meats of Blimpie's most famous sandwich, Blimpie Best. Each kit contains Prosciutto Cotto Ham, Smoked Ham, Capicola Ham and Salami interleaved with parchment paper for ease of separation and portion control, and enough meat for six sandwiches. Additionally, the product is gluten-free and offers 14 grams of protein per serving.

Blu eCigs Disposable Electronic Cigarettes

SRP: $9.99

www.blucigs.com

Blu eCigs give users the look and feel of traditional cigarettes with a water vapor "puff" instead of smoke and ash. Blu eCigs are available in convenient disposables or rechargeable packs for regular use, with or without nicotine and in a variety of flavors. Each combines the battery, atomizer and cartridge in one single piece, and the Charlotte, N.C.-based company's signature blue LED tip glows with each puff. Designed with a single hole for maximized draw and resistance, the mouthpiece is engineered to prevent leakage. Blu eCigs offers two flavors: Magnificent Menthol provides a surge of minty flavor, but for rich, full-flavored tobacco taste, Classic is ideal. Each eCig is equal to 400 puffs or about 11/2 packs of cigarettes.

BonSavor Whole Wheat Flour Naan

SRP: $3.49

www.bonsavorfoods.com

With ethnic cuisine catching on in a big way among mainstream consumers, Dallas-based BonSavor is on the right track with its line of whole wheat flatbreads inspired by a range of cultures. The company's authentically crafted, flame-baked naan (a type of flatbread hailing from India) is naturally low in fat; has no saturated fat or cholesterol and O grams of trans fat per serving; is high in vitamin B1 and a good source of dietary fiber, vitamin B3, folate and calcium; and offers 37 grams of whole wheat per serving. Oh, and it tastes really good, too.

Brioni's Healthy Morning Coffee

SRP: $8.99

www.brionis.com

Prebiotic coffee? As long as it doesn't alter the product's taste (and in this case, it definitely doesn't), why not? Brioni's Healthy Morning Coffee is the first coffee to provide digestive health benefits while delivering the taste and aroma of true gourmet coffee, according to Glastonbury, Conn.-based Brioni Coffee Co. Each 12-ounce cup is a good source of fiber and a prebiotic, delivering 4 grams of dietary fiber, O grams of fat and cholesterol and just 35 calories. So, go ahead, enjoy that second cup.

Buff Lo Dip

SRP: $5

www.bufflodip.com

Buff Lo Dip from Londonderry, Ohio-based Dzalt Enterprises LLC is ideal not only as a dip for chips, chicken nuggets or tenders, and veggies, but also as a sauce for many different foods. It can be used on tacos, pizza, hot dogs, hamburgers, subs, turkey sandwiches, chicken sandwiches, steamed or fried rice, chicken wraps, and grilled cheese, as well as in chili, soups and many other foods.

Califia Farms Cuties Juice and Almondmilk

SRP: N/A

www.califiafarms.com

Those wildly popular Cuties seedless Clementinesare now available in juice form from Bakersfield, Calif.-based Califia Farms, which scored big with its tangerine juice blends. At 100 to 130 calories per serving, the all-natural juices have no added sugar and deliver two full servings of fruit, along with 150 percent RDV of vitamin C. The Clementine-mandarin, tangerine-orange-mango and tangerine-orange-pineapple blends come in "whimsical 8-ounce PET bottles designed for maximum kid appeal," as well as 12- and 48-ounce sizes. Califia also made a splash with its three varieties of Almondmilk, a great option for the lactose-intolerant or others avoiding dairy. The antioxidant-rich line is free of lactose, soy and gluten, and claims to deliver 50 percent more calcium than 1 percent dairy milk. Califia's Almondmilk comes in 48-ounce bottles, in Unsweetened, Creamy and Vanilla varieties.

Cedarlean Egg White Frittatas

SRP: $3.99

www.cedarlanefoods.com

As Carson, Calif.-based Cedarlane Foods aptly notes, there's nothing "lean" about the taste of its gluten-free frozen Cedarlean Egg White Frittata line, which is available in Broccoli & Cheddar, Roasted Chile & Cheese, and Spinach & Roasted Tomato varieties. Each all-natural frittata melds fluffy egg whites, fresh cheeses, chunky vegetables and a blend of spices in a scalloped potato crust. High in protein and fiber, and containing no more than 200 calories, the product line comes in packaging with a prominent "gluten-free" icon on the front, helping gluten-intolerant consumers find what they need quickly.

Celestial Seasonings Sweet Harvest Pumpkin Holiday Black Tea

SRP: $2.99

www.hain-celestial.com

This autumnal tea, available seasonally from Boulder, Colo.-based Celestial Seasonings, a division of The Hain Celestial Group in Melville, N.Y., creates its own warm glow. Featuring rich black tea, harvest-fresh pumpkin flavor and traditional spices such as cinnamon, ginger and nutmeg, plus a hint of natural sweetness, the product made PG's resident sippers fall for fall all over again.

Chobani Champions Vanilla Chocolate Chunk Greek Yogurt

SRP: $1.29

www.chobani.com

Aiming to bring kids to the current big yogurt trend, Norwich, N.Y.-based Chobani's Champions is authentic strained Greek yogurt made with low-fat milk and real chocolate chunks. Each 3.5-ounce cup is chockfull of protein, calcium and vitamin D. It's a tasty and healthy alternative to other kids' snacks, and should be welcomed by parents looking for something different for kids' lunchboxes, after-school treats or the cooler for handing out following soccer games or other children's activities.

Clemmy's Ice Cream Bars

SRP: $4.29

www.clemmysicecream.com

These sugar-free, gluten-free and lactose-free ice cream bars from Rancho Mirage, Calif.-based Clemmy's are almost too good to be true. Especially sublime were Clemmy's Orange Creme Bars, featuring the citrusy tang of oranges swirled together with rich, creamy vanilla ice cream. All of the bars achieve their luscious taste by using superior, all-natural ingredients.

Country Time Lemonade Chewy Candy

SRP: $1.99

www.sorbee.com

Aiming to leverage some recent category growth, Trevose, Pa.-based Sorbee International LLC launched these chewy candies as a follow-up to its previous hard candy released under the iconic soft-drink brand name. Available in four flavors (Lemonade, Peach Lemonade, Raspberry Lemonade and Pink Lemonade), these refreshing chews capture their namesake's flavor profile-not too tart, not too sweet. Available in 7-ounce peg bags, the candies promise 150 calories per eight-piece serving.

Dancing Deer Baking Co. Whole Grain Cranberry Orange Cookies with White Chocolate Chips

SRP: $5.99

www.dancingdeer.com

These soft and chewy indulgences from Boston-based Dancing Deer Baking Co. went fast at the PG office-gone-within-the-hour fast! Sweet cranberries, orange and creamy white chocolate chips are crammed into every whole grain cookie. The scratch-baked, all-natural and kosher treats come eight to a package-although that won't seem like nearly enough.

Del Destino Tapenades

SRP: $1.99

www.atalanta1.com

Del Destino gourmet tapenades from Elizabeth, N.J.-based Atalanta Corp., available in such savory varieties as Piquillo & Jalapeno, Olive, Asparagus, and Artichoke, do multiple duty as dips, sandwich spreads, marinades, pasta flavorings and even salad dressing ingredients. A particular-and tasty-use one PG editor found for the product was as an impromptu "pizza" sauce on a whole wheat pita that was then heaped with veggies and melted cheese.

Disney Berry Quick Snacks

SRP: $2.99

www.naturipefarms.com

These ready-to-eat fresh blueberries from Salinas, Calif.-based Naturipe Farms feature a harvest-to-package system that lengthens the shelf life of the product for up to three weeks when properly refrigerated. The succulent berries are triple-inspected, triple-washed and placed in breathable packaging, resulting in a high-quality healthy snack that's perfect for Disney-loving kids of all ages to take along anywhere.

Dole Frozen Fruit Single-serve Cups

SRP: $2.49 (pack of two 3-ounce cups of strawberry or pineapple);

$2.79 (pack of two 3-ounce cups of blueberries)

www.dole.com

Employing cutting-edge, patent-pending technology to minimize texture loss during the defrosting process for a just-like-fresh appearance, taste and mouthfeel, Frozen Fruit Single-serve Cups from Westlake Village, Calif.-based Dole can be enjoyed as a healthy snack any time of the day. Besides being eaten on their own, they can be popped into smoothies, sprinkled on top of various dishes and incorporated into various recipes.

Dove Milk Chocolate Covered Raisins & Peanuts

SRP: $3.49 (5-ounce resealable pouch)

www.mars.com

Lovers of peanuts, raisins and chocolate are sure to enjoy this combination of taste and textures in a bite-sized candy. These milk chocolate-enrobed treats from Hackettstown, N.J.-based Mars Chocolate North America are packaged in an eye-catching standup pouch with great shelf presence. As a "hand to mouth" candy, this new treat is part of the increasingly popular unwrapped-bite segment, which has expanded to $1.6 billion annually and emerged as a growth category for manufacturers and retailers alike.

Eat Well Enjoy Life Hummus

SRP: $3.99-$4.99

http://eatwell-enjoylife.com

The creamy hummus made by Alpharetta, Ga.-based Tryst Gourmet/Eat Well Enjoy Life features various beans, making it easy for consumers to add more protein, fiber and healthy fat to their diets. The gluten- and cholesterol-free, kosher product line comes in three zesty flavors: Sweet & Spicy Black Bean, whose topping of spicy roasted corn, sweet pineapple and red-pepper relish offers complementary flavors; high-protein Spicy Red Lentil Chipotle, set off by a topping of milder poblano chili peppers and corn; and Wasabi Edamame, topped by black beans and pickled ginger, and offering just the right kick of wasabi backed with horseradish.

Eggland's Best Hard-Cooked Peeled Eggs

SRP: $2.59

www.egglandsbest.com

No time to hard-cook eggs? Just reach for Eggland's Best's ready-to-eat Hard-Cooked Peeled Eggs. Produced and selected from the Jeffersonville, Pa.-based company's Grade AA farm-fresh eggs, and delivering all of the same nutritional benefits with a large added serving of convenience, the item is a resealable pouch of six medium-sized hard-cooked and peeled eggs that contain 25 percent less saturated fat than ordinary eggs, and are an excellent source of vitamins D, B12 and E, and a good source of riboflavin-all for just 60 calories per egg.

Entenmann's Cake Pop Set

SRP: $19.99

www.durakleen.com

With cake pops all the rage, home bakers can easily replicate the charm and whimsy of the tasty single-serve treats with the Entenmann's brand bakeware product line from Brooklyn, N.Y.-based Euro-Ware. Suitable for making sweets on a stick for any celebration, the new bakeware line is affordably priced and ideal as a cross-merchandising candidate for your baking department.

Freshpet Select Roasted Meals for Cats/Dogs

SRPs: $4.29 (1-pound bag of cat food);

$10.99 (3-pound bag of dog food);

$6.49 (1.75-pound bag of dog food)

www.freshpet.com

With its Select Roasted Meals, Secaucus, N.J.-based Freshpet offers consumers' four-legged companions tender chicken pieces accented with carrots and spinach for well-balanced meals pet parents can feel good about serving. The cat food marries the taste and texture of the wet food preferred by felines to the convenience of dry food.

Front Porch Ice Cream

SRP: $4.99

www.mooresvilleicecream.com

Just when it seems like we've seen or tasted just about every ice cream on the market, there comes a new 15-SKU line of Southern-inspired flavors from North Carolina-based Mooresville Ice Cream Co. Packed under the Front Porch brand, the line was a tremendous hit with our team, with the Nana's Banana Pudding, Lemony Sunshine, Peachy Keen and Blackberry Crumble varieties proving especially popular. The line features uniquely crafted flavors based on homespun recipes that will make you feel as though you're rocking on your own front porch on a summer night, no matter where you might be.

Frush

SRP: $1.99

www.gofrush.com

The Frush line of refrigerated yogurt fruit shakes from Statesville, N.C.-based Origin Food Group LLC, available in four refreshing flavors-strawberry, blueberry, peach and strawberry banana-blends real fruit with creamy yogurt, resulting in a delicious on-the-go treat. Upping the ante with proprietary, health-enhancing ingredients that optimize bone health and probiotics to boost immunity and aid digestion, the line of functional beverages in 8.4-ounce bottles is perfectly positioned for convenience-seeking, nutritionally minded consumers.

Glutino Rosemary & Olive Oil Gluten Free Snack Crackers and Gluten Free Tortilla Dippers

SRPs: $3.49

www.glutino.com

Glutino Rosemary & Olive Oil Gluten-Free Snack Crackers, the unanimous favorite flavor of PG's tasters, makes for a satisfying gluten-free snack. The flavorful, all-natural crackers go great with soup or salad, but are equally fine on their own. Seasoned with a just touch of salt, the Laval, Quebec-based company's Gluten Free Tortilla Dippers-also all-natural-feature a sturdy scoop shell design that easily accommodates a large dollop of salsa or dip.

Gourmet Trading Co. Superblues Blueberries and Peeled White Asparagus

SRPs: $1.99( 5-ounce package of blueberries);

$3.49 (10-ounce package of blueberries);

$4.99 (16-ounce package of blueberries);

$2.49 (9-ounce package of asparagus);

$3.49 (12-ounce package of asparagus),

New Product Central.

$4.39 (1-pound package of asparagus);

$6.49 (1.5-pound package of asparagus)

www.gourmettrading.net

Now available in new pack sizes providing lower price points, the appropriately named Superblues from Gourmet Trading Co. boast twice the size and crunch of their standard counterparts. Our PG tasters certainly found them firm, flavorful and filling, with the added bonus that they held up well to freezing. The Peeled White Asparagus, introduced to market by the Los Angeles-based company, comes in a bag proven to lower shrink. Pre-peeled for greater preparation convenience, the elegant side dish can be displayed in a two-piece shipper that can be assembled in minutes without a box cutter and features a moisture pad at the bottom of the tray to keep the asparagus fresh.

Goya Fiesta Baked Beans

SRP: $1.69

www.goya.com

Secaucus, N.J.-based Goya, the Latin foods leader, continues to expand into new avenues, as evidenced by its line of Fiesta Baked Beans. With more Latin-inspired flavors and recipes gaining mass appeal, coupled with data that finds more than half of all general-population American households consuming baked beans, grocers can't miss with Goya's Fiesta Baked Beans, whose robust flavor and Latin flair easily complements a variety of meals.

G.S. Caramel Sea Salt Gelato

SRP: $4.79

www.gsgelato.com

This luscious gelato from Fort Walton Beach, Fla.-based G.S. Gelato & Desserts Inc. seizes upon the sweet-and-salty trend, along with the popularity of sea salt as an ingredient. It features a deep, creamy texture with a rich taste reminiscent of a soft, warm caramel, plus a delicate touch of Mediterranean sea salt. The fusion of flavors is quite pleasant, making for a unique and delicious treat.

Hammond's Candies

SRPs: 95 cents-$9.95

www.hammondscandies.com

Denver-based Hammond's released several new products this year, but these in particular caught our editors' fancies. The individually wrapped Caramel Marshmallows offer soft, chewy, buttery goodness. Of the company's latest Pantry Classics dip flavors, designed for snacking and recipes, we were most taken with Cinnamon Bun. But Hammond's new line of chocolate bars really shows off the brand's decadent creativity. The editors were split on their favorites, but the Malted Milkshake, PB&J Sandwich, chocolate-and-raspberry Crackle Crunch, and chipotle-laced Sweet 'N Spicy were definite standouts.

Hartz UltraGuard Pro Flea & Tick Treatment

SRP: $19.99

www.hartz.com

Providing effective and affordable flea and tick protection for 30 days at a fraction of the price of veterinarian-recommended products, Hartz UltraGuard Pro Flea & Tick Treatment for Dogs and Puppies starts killing our furry

friends' tormentors within 15 minutes. The product from the Secaucus, N.J.-based Hartz Mountain Corp. includes the patented Pro-Glide applicator, which easily penetrates pet fur for application directly to dogs' skin.

Hawaiian Kettle Style Mango Habanero Chips

SRP: $2.99-$3.49

www.timschips.com

These new Mango Habanero chips come from Hawaiian Brand Snacks, made by Peoria, Ill.-based Tim's Cascade Snacks, part of the Pinnacle Foods Group. The crunchy chips feature a unique taste that combines the heat of habanero peppers with the sweetness of mangoes. There's just enough heat to give these chips some authority while not overpowering the overall spicy-sweet flavor.

Hershey's Candies

SRPs: $1-$3.79

www.hersheys.com

Pennsylvania-based Hershey Co. supplied many sweet favorites among the PG crew. Hershey's Simple Pleasures Chocolates, boasting 30 percent less fat compared with average milk chocolates, deliver all of the deliciousness expected from a Hershey's product. Consisting of a smooth chocolate outside with a rich creme-filled center, Simple Pleasures come in three varieties and are individually wrapped for easy portion control in 24-count, 5.6-ounce pouches. Rolo Minis feature the classic combination of chewy caramel and milk chocolate of their full-size counterparts in a calorie-friendly size that make life sweeter for consumers who want to enjoy their chocolate without the guilt. Ice Breakers Duo Mints offer a tasty, refreshing lift with a "fruit+cool" flavor sensation. Combining a textured fruit-flavored side (available in raspberry and strawberry varieties) with a cooling, smooth side that features Ice Breakers Mints' signature flavor and cooling crystals, Duo Mints come in 1.3-ounce tins. With a crunchy candy shell and a soft, chewy center, Jolly Rancher Crunch 'N Chew combines the unmistakably bold fruit flavors of the original hard-candy version with a chewy texture. The result is a candy experience that satisfies both crunchy and chewy candy fans' respective sweet spots.

Hormel Cure 81 Ham Steaks, Natural Choice Chicken Sausages and Natural Choice Smoked Sausages

SRPs: $3.09-4.99 (ham steaks);

$4.99 (chicken sausages);

$5.99 (smoked sausages)

www.hormel.com

Easy-to-prepare, fully cooked Cure 81 ham steaks satisfy PG tasters' need for a quick, single-serve weekday meal idea in a variety of flavors: Classic, Brown Sugar, Peppered and Honey Cured. As their name implies, Natural Choice chicken sausages have no preservatives or artificial ingredients, and grill up nicely in three cheese-studded varieties: Jalapeno Cheddar, Apple Gouda and Spinach Asiago. Also boasting no preservatives or artificial ingredients, Natural Choice smoked sausages feature a blend of spices that, along with the smoking process, result in a savory taste sensation. A particular standout is the Turkey variety, which provides a lighter alternative, having half the calories of, and 70 percent less fat than, the Original sausage.

IHOP at Home Syrups

SRP: $3.99-$4.29 (24 ounce);

$2.99-$3.19 (12 ounce)

New Product Central.

www.sorbee.com

The latest iconic brand to be brought to grocery store shelves by Trevose, Pa.-based Sorbee International LLC is IHOP-specifically, the syrup enjoyed for years by breakfast diners. The IHOP at Home line of retail breakfast syrups includes classic flavors such as Original, Lite and Sugar Free in 24-ounce bottles, and unique flavors like Rooty Tooty Fresh 'N Fruity Blueberry in 12-ounce bottles. It was really a no-brainer to put the IHOP brand in the retail channel, and these syrups live up to the name.

International Delight Coffee Beverage

SRP: $3.99

www.whitewave.com

Coffeehouse indulgence is now as close as the refrigerator with International Delight Iced Coffee, a sweet and creamy, ready-to-drink iced beverage made with 100 percent premium Arabica coffee and available in three luscious flavors: Vanilla, Mocha and Original. The generous half-gallon packaging was another plus. This gourmet-style thirst-quencher from Broomfield, Colo.-based WhiteWave Foods was particularly satisfying over ice on broiling Jersey City afternoons.

Ivy-Dry Super Continuous Spray

SRP: $10.99

www.ivydry.com

The first continuous spray for the treatment of poison ivy, Ivy-Dry is godsend for hikers, campers and others who enjoy outdoor activities. It can be easily applied to hard-to-reach areas of the body while keeping hands mess-free and lowering the chance of spreading infection or recontamination. PG's testers particularly loved the fact that users can spray at any angle-even upside-down-and the product requires less effort than traditional finger-pump sprays, according to Fairfield, N.J.-based Ivy-Dry Inc.

Kane Candy Chocolate Dessert Cups

SRP: $5.99-$7.99

www.kanecandy.com

Because they're as functional as they are pretty, we like these candy cups quite a choco-lot! A quick and easy dessert solution, Kane's Chocolate Party Cups, offered by Caledonia, Mich.-based Niche Gourmet, can be filled and topped with a limitless number of sweet possibilities. The line's five varieties include chocolate flowers, white and dark chocolate Tuxedo cups, chocolate cordial and toasting cups, chocolate heart cups, and large Kane Candy Chocolate Party cups. Great for parties of all kinds and sizes, these items lend a special, elegant touch to the dessert course.

Kellogg's Krave Cereal and Eggo Wafflers

SRP: $3.99 (Krave);

$2.99 (Wafflers)

www.kellogg.com

Kellogg's Krave is aimed at teens, of whom 50 percent reportedly skip breakfast. The product features a sweet, crispy cereal shell exterior with a smooth real chocolate center, delivering an "intense chocolate experience," according to the iconic Battle Creek, Mich.-based company. A good source of fiber and made with whole grains, Krave is available in Chocolate and Double Chocolate. Eggo Wafflers are hand-held, tear-apart waffle bars-crispy

on the outside, fluffy on the inside-that are designed to be eaten right out of the toaster, no syrup required. They are available in Brown Sugar Cinnamon Roll and Strawberry Strudel flavors.

Kind Nuts & Spices

SRP: $1.99 (bar)

www.kindsnacks.com

New York-based Kind Healthy Snacks offers this line of snack bars crafted from high-quality whole nuts and spices. The clean-label bars deliver indulgent recipes with all-natural protein, fiber and no more than 5 grams of sugar. The product line is available in four varieties-Dark Chocolate Nuts & Sea Salt, Madagascar Vanilla Almond, Dark Chocolate Cinnamon Pecan and Cashew & Ginger Spice-that provide unique flavors in a great-tasting, better-for-you snack.

Klondike Shelf-stable Baby Potatoes

SRP: $1.99

www.potandon.com

Potandon Produce's Klondike Goldust Express joins Klondike Rose Express as part of the Idaho Falls, Idaho-based company's shelf-stable line of microwavable fresh potatoes. Klondike Express combines cutting-edge packaging technology with two market-proven potato varieties, enabling convenience-driven consumers to prepare 1 pound of whole fresh Klondike baby potatoes from pantry to plate in just six minutes. They're positioned as high-velocity impulse items that can be cross-merchandised as part of a meal solution display, or as a quick potato side-dish to complement outdoor grilling in summer. In addition, the Klondike Rose Express package has been updated with an enhanced nutritional panel on the front, highlighting the fact that fresh potatoes are fat- and sodium-free, and contain 18 percent of the recommended daily amount of potassium per serving and 45 percent of vitamin C.

Kraft Fresh Take

SRP: $1.99

www.kraft.com

Northfield, Ill.-based Kraft aims to simplify the process and ease the mess of preparing crusty baked poultry, pork and seafood dishes. Each refrigerated Fresh Take sectioned bag contains natural Kraft Cheese and seasoned breadcrumbs; you break the divider, mix the cheese and crumbs, coat your protein and bake. The bag is your bowl, so cleanup is minimal. It's an easy way for budding cooks to try something new, and veterans should like having fewer dishes to wash. Fresh Take comes in six varieties: Southwest Three Cheese, Rosemary & Roasted Garlic, Chile Lime & Panko, Cheddar Jack and Bacon, Italian Parmesan, and Savory Four Cheese.

Krave300 Disposable Electronic Cigarettes

SRP: $8.99-$11.99

www.vapor-corp.com

Krave Electronic Cigarettes from Fort Lauderdale, Fla.-based Vapor Corp. offers a large selection of disposable e-cigs designed to stylishly fit any smoker's needs. Available in traditional tobacco or menthol flavors, the Krave300 disposable line also comes in an assortment of 10 other flavors merchandised in 10-unit point-of-purchase boxes. The Fruits Collection includes Sour Apple, Blueberry, Great Grape, Juicy Peach and Strawberry flavors, while the Sweets Collection offers Cappuccino, Chocolate, Red Wine, Spiced Rum and Very Vanilla flavors, among others. In addition, Krave300 e-cigs are available in a variety of colors and tattoo-inspired looks, all equipped with jewel-cut

tips to really make them stand out. Users can enjoy 300 puffs without the second-hand smoke, flame, ash or odor of traditional cigarettes.

Larry the Cable Guy Smokin' Chips, Wraps and Firestarters

SRP: $5.99 (chips);

$6.99 (wraps);

$8.99 (8-pack of firestarters, which are 98 cents apiece)

www.tailgatingplanks.com

Chef Locke's It's Hi-Time Home Decor & More Inc., based in Spokane Valley, Wash., has extended its easy BBQ prep line with flavor and smoke accessories under the Larry the Cable Guy brand-in the process taking grill-friendly fare to the next level. The Smokin' Chips, Wraps and Firestarters are suitable for all proteins and infuse a tangy, smoky flavor in a fun and easy preparation method to help folks "git-R-done" and enjoy.

Lake Champlain Chocolates Organic Dark Chocolate Bars

SRP:$4.59

www.lakechamplainchocolates.com

Inspired by Peru's world-class cocoa, Burlington, Vt.-based Lake Champlain Chocolates added two organic chocolate bars to its organic chocolate line. The scrumptious single-origin 70 percent cocoa bars are Peru Organic and Cherry Peruvian, the latter of which features organic tart dried cherries from northern Michigan that perfectly complement the fruitiness already present in the chocolate, along with Madagascar Bourbon vanilla beans, considered the finest and most balanced vanilla beans available.

Lawry's and McCormick Seasoning Blends and Coffee Extract

SRPs: $3.29 (Lawry's items);

$4.59 (Gourmet Seasoning items);

$1.40 (Grill Mates); $2.89 (Perfect Pinch)

and $4.42 (extract)

www.mccormick.com

These fabulous flavors from Hunt Valley, Md.-McCormick & Co. enlivened PG tasters' various culinary endeavors. Lawry's Fire Roasted Chile & Garlic Blend and Roasted Garlic Salt with Oregano & Basil provided authentic Southwestern and Mediterranean zing, respectively, while McCormick Gourmet Cuban and Gourmet Tuscan Seasoning items were robust ambassadors for two time-honored cuisines. Specially designed for larger cuts of meat that require more time on the grill, the Slow & Low Memphis Pit BBQ Rub in the Grill Mates line went over big at one summer cookout we know of, and for the sodium-conscious among us, nothing could top the Perfect Pinch salt-free Fiesta Citrus and Southwest Sweet 'n Smoky varieties, both of which are treats for the taste buds. Last-but certainly not least-the Pure Coffee Extract proved an irresistible addition to cookies, cakes, pies, hot beverages and anything else that occurred to us.

Lipton Pure Leaf Real Brewed Tea

SRPs: $2.49-$2.69 (carafe); $1.69-$1.79 (single)

www.pepsico.com

This Lipton/Pepsi joint project is a great addition to the growing ranks of bottled brewed teas. Brewed from Rainforest Alliance Certified tea leaves from China, India, Africa and South America, Pure Leaf comes in unique square PET bottles, and in nine assorted flavor and calorie combinations, including lemon, peach and raspberry. The sweet varieties-Sweetened and Southern-style Extra Sweet-are made with all-natural sugar, but the Unsweetened is a benchmark for a bold, clean-tasting, refreshing iced tea.

M&M'S Mint Dark Chocolate Candies

SRP: $1.09 (1.5-ounce single);

$2.99 (8-ounce resealable pouch)

www.mars.com

The latest new variety of M&M'S is delicious, refreshing and a sure winner in the candy aisle. This time, the familiar candy shell encases creamy dark chocolate laced with refreshing mint. Mars Chocolate North America had offered this flavor only during the winter holiday season, but now consumers can enjoy it year-round-a smart move, since the Hackettstown, N.J.-based company notes that mint chocolate is a popular flavor enjoyed by consumers anytime (80 percent of sales are nonseasonal), and sales in the mint segment are growing faster than in the chocolate category.

Macanudo Cigar with Locked-In Humidity Packaging

SRP: $6.99

www.cigarworld.com

For grocers that want to sell premium handmade cigars but not install a humidor, General Cigar Co. has brought "Locked-In Humidity" packaging to its top-selling Macanudo cigar brand. This innovative, proprietary wrapping provides an airtight barrier that guarantees fresh-from-the-factory flavor in an attractive package and display. This packaging also presents grocers with merchandising opportunities away from the traditional tobacco section, such as the wine and spirits department. The sample was of Macanudo's traditional high quality, and the packaging delivered the 5.5-inch-by-50-ring-gauge cigar in perfect smoking condition. The pouch is also available on same-size cigars from General Cigar's Partagas, Punch and Excalibur brands.

Manischewitz Gluten Free Chocolate Cake Mix

SRP: $4.69

www.manischewitz.com

Including nearly everything needed to make-and bake-a cake, including cake mix, frosting mix and even a disposable pan, Manischewitz Gluten Free Chocolate Cake Mix from the respected Newark, N.J.-based kosher food company is ideal for convenience-seeking gluten-intolerant consumers. With a preparation time of less than 10 minutes and a baking time of about 40 minutes, the packaging features an on-pack icon communicating the healthier attributes of the all-natural item, which is an excellent source of fiber and low in sodium, as well as having no MSG, sulfites, and artificial preservatives or ingredients.

Mann's Rainbow Salad

SRP: $1.99-$2.99

www.mannpacking.com

With mini broccoli florettes now added to its already healthy and delicious mix of shredded carrots, cabbage and cauliflower for extra crunch and texture, the reformulated Rainbow Salad from Salinas, Calif.-based Mann Packing

Co. is truly better than ever. The microwaveable pre-washed product works well in salads, wraps, sandwiches and more-one veggie-loving PG editor naturally used it as the basis of a super Fourth of July slaw.

Mediterranean Snacks HummuZ Crispz and Lentil Crackers

SRP: $3.49-$3.99

www.mediterraneansnackfoods.com

Tasty, crunchy snacks that boast enhanced wellness profiles without sacrificing taste, HummuZ Crispz and Lentil Crackers from Boonton, N.J.-based Mediterranean Snacks are low in fat, high in protein, gluten-free and non-GMO certified. Baked with real garbanzo beans, HummuZ Crispz are a good source of fiber and protein. Lentil Crackers-the first crackers made with protein-rich lentils-contain only 110 calories in a hearty 18-cracker portion and come in three flavors: Sea Salt, Cracked Pepper and Rosemary Herb.

Melt Organic Buttery Spreads

SRP: $3.99-$4.99

www.meltbutteryspread.com

Hailey, Idaho-based Prosperity Organic Foods launched this new line of certified-organic buttery spreads made from a blend of virgin coconut, flaxseed and sunflower oils. With no trans fats, hydrogenated oils, gluten, soy or artificial preservatives, Melt delivers a fresh, rich taste and creamy texture; the honey variety is particularly nice on wheat toast. Additionally, Melt tops, sautes and bakes just like butter, with half the saturated fat and fewer calories.

Meow Mix Tender Centers

SRP: $4.99 (small bag); $12.99 (large bag)

www.delmonte.com

These dual-textured kibbles from San Francisco-based Del Monte Foods are crunchy outside with a meaty center-a combination that proved to be a big hit with our resident feline taste-testers. Available in tuna and white fish and salmon and white meat chicken flavors, the line was launched by the return of the memorable Meow Mix jingle, which last aired 16 years ago.

MiO Energy

SRP: $4.99

www.kraft.com

An extension of Northfield, Ill.-based Kraft's MiO water "personalizer," MiO Energy adds a boost of energy and B vitamins with 60 milligrams of caffeine per 8-ounce serving, about the same as a 6-ounce cup of coffee. A few squirts of colorful flavor really do jazz up an otherwise mundane glass or bottle of water, and the energy boost can be a welcome mid-afternoon pick-me-up. It comes in Black Cherry and Green Thunder (sort of a tropical fruit flavor).

MOAB Acai Superfruit Blend

SRP: $2.99

www.friedas.com

A new fusion of exotic juices, Acai Superfruit Blend from Los Alamitos, Calif.-based specialty produce supplier Frieda's Inc. is a polyphenol powerhouse, with antioxidant strength to neutralize damaging free radicals and

supercharge health. Enhanced with freeze-dried acai, organic acai juice from the Brazilian Amazon mingles with the nutrient-rich juices from Concord grapes, mangoes and other key players, along with the juices of acerola and passion fruit and the fruit purees of camu camu and capuacu from Brazil. The beverage also features vegetarian omega-3 DHA to promote heart and brain health, and plant-derived glucosamine (vegetarian) for joint health.

Acai Superfruit Blend is gluten-free, dairy-free,

GMO-free, wheat-free, vegetarian, and vegan.

Other MOAB Superfruit Blend varieties include

Pomegranate and Wild Blueberry.

Mr. Clean Bliss Gloves

SRP: $3.99

www.thebutler.com

Cleaning is sheer bliss with these premium household gloves from Marlborough, Mass.-based Butler Home Products, which are latex-free and boast a plush, pillow-soft lining that keeps hands dry and comfortable. Additionally, an embossed palm grip helps to provide a safe grip.

Nature Made 100% Vegetarian Omega-3

SRP: $29.79

www.pharmavite.net

There's nothing fishy about Nature Made 100% Vegetarian Omega-3, which enables vegetarian, vegans and those who can't tolerate or are allergic to fish to get the right dose of omega-3 fatty acids as recommended by heart-health experts. One of the first products to deliver a completely vegetarian alternative to regular fish oil supplements, the item from Northridge, Calif.-based Pharmavite contains EPA and DHA from a non-animal source made in an ocean-free environment.

Nature's Path Love Crunch Granolas

SRP: $4.99

www.naturespath.com

Shoppers are sure to love Love Crunch from Richmond, British Columbia-based Nature's Path Organic Foods as much as we did. Available in four delectable flavors-Carrot Cake, Apple Crumble, Aloha Blend, and Dark Chocolate & Red Berries-the USDA-certified organic, non-GMO granola line is packed with nutrients and whole grains, but no cholesterol or trans fats, and less sodium. And if all of that isn't enough to do your heart good, the brand's "Bite4Bite" initiative helps the needy: For each bag of Love Crunch sold, Nature's Path will donate the equivalent in cereal or cash, up to $1 million, to food banks. Additionally, the cereals come in eco-friendly standup resealable bags.

Ocean Mist Farms Season & Steam Microwavable Artichoke Pack

SRP: $3.99

www.oceanmist.com

Find artichoke preparation a hassle? You won't with the Season & Steam microwavable artichoke pack from Castroville, Calif.-based Ocean Mist Farms. The innovative item offers two fresh Globe artichokes that are cleaned,

trimmed and ready to cook in first-of-its-kind packaging that gives users the option to open the bag, pre-season the artichokes to taste, reseal the package and steam by microwave all within the same bag. And the results are utterly-not to mention effortlessly-delicious.

Oscar Mayer Selects

SRPs: $4.99 (9 ounces of cold cuts);

$3.99 (8-count hot dogs);

$6.99 (12 ounces of bacon)

www.kraft.com

Some would say it's enough just to be bacon, but Oscar Mayer, a brand of Northfield, Ill.-based Kraft, goes one further with its delicious new Selects line, which has no artificial preservatives, flavors or colors. The bacon is uncured and the hot dogs contain no byproducts. Two of the hot dog varieties-New York Style and Chicago Recipe-attempt to capture those regional flavors with ingredients instead of toppings-not quite, but nice try. Still, the taste, texture and label of the dogs (which also include Turkey, Beef, Angus and Angus Bun-Length) are excellent, as are the cold cuts, especially the Slow Roasted Turkey Breast and Applewood Smoked Ham.

Pacific Soup Starters Vietnamese-style Pho

$3.49-$3.69

www.pacificfoods.com

Tualatin, Ore.-based Pacific Natural Foods' innovative Soup Starters line, including three varieties of Vietnamese-style Pho, meets growing consumer interest in cooking ethnic dishes at home. Not only do these items have an immediate impact on retailers' bottom lines by encouraging consumers to pick up additional items across multiple departments to assemble the soups, but their satisfyingly tasty flavors will have shoppers coming back for more.

Panera Bread Salad Dressing

SRP: $4.99

www.arcobasso.com

Arcobasso Foods, a full-service custom manufacturer and bottler of salad dressings, sauces and marinades, helped Panera Bread launch its retail line of dressings in 2009. Since then, Hazelwood, Mo.-based Arcobasso has extended the Panera dressings line to 18 national grocery retailers, with 1,800 retail locations and counting. Among its newest dressings to bow in the past year, we give a healthy thumbs-up to the Fuji Apple and Cherry Balsamic varieties, which add unique restaurant flair to homemade salads.

Pearls/Early California Reduced Salt Olives

SRP: $1.79

www.olives.com

Although they contain 25 percent less sodium than regular black olives, these items sold under two trusted brands from Tracy, Calif.-based Musco Family Olive Co. don't disappoint on taste. Olive lovers-even those not watching their salt intake-will be hard-pressed to stop at the serving size of four.

Pepsi Next

SRPs: 99 cents (20-ounce and 2-liter);

$2.99 (introductory pricing for 12-pack)

www.pepsico.com

Research has shown that there's a segment of consumers who are resistant to both regular, full-sugar cola and diet offerings. While these consumers love the taste of Pepsi, they don't believe you can achieve full-flavor taste with a diet cola. Purchase, N.Y.-based PespiCo developed Pepsi Next with these consumers in mind. Pepsi Next delivers real cola taste with 60 percent less sugar than Pepsi-Cola, which it achieves by offering just the right mix of cola flavor and a blend of sweeteners to closely mimic the taste curve of a regular cola. And the calorie-counters will be happy, too-Pepsi Next has only 40 calories per 8-ounce can.

Planters Nut-rition Men's Health

SRP: $5.99 (10.25-ounce can);

$7.89 (six 1.5-ounce pouches)

www.kraft.com

Co-branded with the leading men's magazine, this tasty nut mix delivers a delicious, crunchy and healthy snack. Recent stats show that men these days are doing more grocery shopping and are more interested in wellness, so Planters Nut-rition from Northfield, Ill.-based Kraft is a perfect match. This blend of almonds, peanuts and pistachios contains 6 grams of protein and six vitamins and minerals per 1-ounce serving.

Pretty Lady for the Holidays Table Grapes Packaging

SRP: N/A

www.dulcich.com

Introduced last November by Delano, Calif.-based Sunlight International Sales as a seasonal promotion for Pretty Lady brand table grapes from J. Dulcich & Sons in McFarland, Calif., this creative packaging and merchandising program featured colorful, eye-catching packaging with holiday-themed designs to appeal to customers of all ages, as well as accompanying POS materials such as display bins and shelf danglers. Consumers can rinse the grapes right in the innovative standup grab-and-go colander bags, which also enable easy and efficient carrying, displaying and storage. More themed promotions using the same innovative packaging are on the way from Sunlight-we can't wait!

**Pretzel Crisps** Dark Chocolate and Peppermint Variety

SRP: $2.99

www.pretzelcrisps.com

Sweet and salty meets chocolate mint for this new winner from Skillman, N.J.-based Snack Factory. Joining the brand's Holiday Indulgents line, Dark Chocolate & Peppermint **Pretzel Crisps** combines rich, dark chocolate with flat-baked pretzel crackers, topped off by peppermint candy pieces. This seasonal flavor is available at supermarkets and select specialty stores nationwide during the winter holiday season.

Proxi-Plus

SRP: $5.99

www.majesticdrug.com

This unique dental cleaning product from South Fallsburg, N.Y.-based Majestic Drug features an ultra-fine, super-gentle interdental brush on one end and a flosser on the other-the only such product on the market to offer this

combination in a single item. Additionally, innovative clamshell packaging holds 30 disposable brushes, one a day for a month, so PG staffers who are diligent about their midday dental hygiene don't need to replenish their stocks as often as previously.

Ritz Crackerfuls Big Stuff

SRP: $3.99 (box of 5 1.25-ounce packs)

www.kraft.com

These days, when it comes to food, bigger isn't always better. But Ritz Crackerfuls Big Stuff from Northfield, Ill.-based Kraft is a winner, especially for those (editors included) who travel and often find themselves hungry but trapped on the tarmac. Made with 6 grams of whole grain per serving, it's perfect for tiding you over until that next mealtime. The Extreme Peanut Butter and Colossal Cheddar fillings bring a nice creamy contrast to the crunchy crackers.

Rubi Automated Coffee Kiosks

SRPs: $1 (12-ounce brewed coffee);

$1.50 (cafe mocha or vanilla);

50 cents extra (16-ounce size)

www.coinstar.com

The folks up in Bellevue, Wash., who brought us Coinstar and Redbox are now offering a turnkey solution for grocers looking to improve their in-store coffee programs. In partnership with Seattle's Best Coffee, the Rubi system features touchscreen ordering and French press technology that grinds the beans and delivers steaming cups of great-tasting fresh-brewed coffee in about a minute. Supported by a Web-based frequent-customer program that remembers your previous order and e-mails your receipts, Rubi is bound to be embraced by retailers looking to save on labor and waste while providing their shoppers with a great cup o' joe.

Russo's Gluten-Free New York Style Pizza

SRP: $10.99-$11.99

www.nypizzeria.com

Russo's New York Style Gluten-Free Pizza features a vegan crust made with rice flour, tapioca flour, potato starch and extra-virgin olive oil, infused with honey and Italian seasonings. It's available in six varieties: Greek, New York Style, Margherita, Chicken Rustica, Pepperoni and Italian Mozzarella, and Mulberry. Founded in 1992 by chef Anthony Russo, Houston-based Russo's New York Pizzeria is known as the only place to find authentic New York pizza and Italian dishes in Texas. It operates 28 restaurants in Texas, Florida, Tennessee and Arkansas, and will soon be expanding to New York and New Jersey.

Sahale Crunchers

SRP: $3.99

www.sahalesnacks.com

It's always great to see new twists on snacks that make healthy noshing delicious. With several innovative flavor combinations, Seattle-based Sahale's new Sahale Crunchers team lightly roasted sliced almonds with fruits and spices, offering unique mixes like Almonds with Cherries, Apples & Maple; Almonds with Cranberries, Sesame Seeds & Honey; and Almonds with Parmesan & Herbs. With less than 140 calories per serving, Sahale Crunchers add zing to healthy snacking.

Salem Baking Co. Cookies

SRP: $5.99

www.salembaking.com

It would be a shock to find a product from Winston-Salem, N.C.-based Salem that we didn't like, especially after experiencing its full line at a trade show. So it was no surprise how much their new releases impressed us. The Moravian sugar cookies, so delicately crisp on their own, are more decadent in holiday shapes, enrobed in chocolate and topped with crushed peppermint. The Butter Pecan Praline Shortbread Cookies are buttery rich, and the Pumpkin Spice Shortbread-laced with cinnamon, ginger, nutmeg and allspice- evokes images of the fall and winter holidays.

Sea Best Signature Entrees

SRPs: $5.72-$7.80

www.seabest.com

The Sea Best Signature line from Jacksonville, Fla.-based Beaver Street Fisheries features complete seafood dishes in a variety of flavor profiles. The line was developed to give consumers a foolproof method of preparing sophisticated seafood culinary creations at home. All items within the line are preseasoned, packaged in microwave-safe/oven-safe containers and ready in about six minutes. The tray itself is self-venting, creating a steam environment that gives the consumer a better-finished product than conventional microwave cooking. The line includes seven original recipes based on consumer input and research: Maine Lobster Cakes, Mango Crusted Swai, Potato Crusted Cod, Spinach & Artichoke Stuffed Flounder, Shrimp & Grits, Stuffed Clams, and Tilapia Florentine.

Seattle Chocolates Baby, It's Cold Outside

SRPs: $3.50 (2-ounce bar);

$11.95 (6-ounce box of truffles)

www.seattlechocolates.com

This special 2012 holiday collection of vintage-style truffle bars from the chocolate purveyor unsurprisingly based in Seattle was created to evoke the romance, glamour and innocence of a bygone era. There are five "cozy and family" flavors: Christmas Cookie Bar (milk chocolate, white chocolate center, vanilla, cinnamon oil, raw sugar crystals); Hot Buttered Rum Bar (milk chocolate with a hint of rum and toffee crunch); Holiday Cheer Eggnog Bar (milk chocolate with sweet vanilla, cream and nutmeg); Mom's Hot Cocoa Bar (milk chocolate bar with marshmallow bits); and Candy Cane Crunch Bar (minty dark chocolate truffle with candy cane chips). The truffles are also available in a holiday party box illustrated with scenes of a 1950s holiday shindig, and a fun "snow day" box with a wintry backdrop.

Snyder's of Hanover Eatsmart Potato Crisps and Bacon Cheddar Pretzel Pieces

SRPs: $3.49-$3.99

www.snyderslance.com

Our picks from Hanover, Pa.-based Snyder's could be described as both naughty and nice. You can rarely go wrong with bacon or cheese, so both is better: generous chunks of sourdough hard pretzels with hearty bacon and cheddar cheese flavors. Meanwhile, the brand has added potato crisps to its better-for-you Eatsmart line. These crunchy all-natural popped snacks have 65 percent less fat than regular potato chips and come in Original, Sea Salt & Vinegar, and sweet-spicy Mesquite BBQ flavors.

New Product Central.

Sunkist Blends

SRP: $5.99

www.trifectafoods.com

Add some sunshine to your day with this rejuvenated take on trail mix from Pacoima, Calif.-based Trifecta Foods LLC that blends best-of-class ingredients with a proprietary process enhancing flavor and aroma. Sold under the Sunkist brand-synonymous in consumers' minds with quality citrus fruits-these tasty anytime snacks are designed to be marketed in the fresh produce section.

SunRidge Farms Items

SRP: Various

www.sunridgefarms.com

Among among the slew of tasty new snacks from Royal Oaks, Calif.-based SunRidge Farms, two stood out as our particular favorites. Mango Almonds are all-natural dry-roasted almonds coated with a creamy mango coating, and made with real vanilla and natural flavors. They contain no preservatives, O grams of trans fats, no hydrogenated oils, and are GMO- and rBST-free. Vanilla Chai Raisins (above) consist of all-natural exotic chai spices and green tea blended together in a creamy real-vanilla coating poured over sun-ripened raisins. They contain no hydrogenated oils, titanium dioxide or trans fats, and are GMO-free.

SunRype Just Fruit & Grains

SRP: $1.29

www.sunrype.com

This dense, chewy bar from Kelowna, British Columbia-based SunRype Products Ltd. is made up of 70 percent fruit and 30 percent grains, with nothing else added. The simple, healthy all-natural ingredient list includes fruit purees, fruit and vegetable juice concentrates, oats, barley, rice crisps, sunflower seeds and flax seeds. What's more, there are two great flavors to choose from: Summer Berries and Strawberry Mango.

SweetLeaf SugarLeaf

SRP: $7.99

www.wisdomnaturalbrands.com

For those who love baking and whipping up other sweet treats but aren't keen to cut down on their sugar intake, SugarLeaf is a 100 percent natural low-calorie sweetener from Gilbert, Ariz.-based Wisdom Natural Brands, the maker of SweetLeaf Stevia Sweetener. Made by bonding SweetLeaf Stevia and raw cane sugar, SugarLeaf offers the sweet taste and browning and bulking qualities of sugar, but with two-thirds fewer calories and carbohydrates. And we were particularly glad to find out that since SugarLeaf is three times sweeter than sugar, less is needed in recipes.

Talenti Gelato e Sorbetto

SRP: $4.99-$5.99

www.talentigelato.com

Great-tasting, all-natural Talenti gelati and sorbetti are uniquely creamy and intensely flavored, made in small batches using traditional Italian equipment. Featuring milk from cows not treated with artificial hormones, Talenti's newest gelati are not only incredibly rich and creamy but, with about 30 percent less fat than regular ice cream,

they're also a healthier alternative. In true Talenti tradition, the five new gelati are made from scratch with only the best all-natural ingredients. Chocolate Peanut Butter Cup, Banana Chocolate Swirl, Black Raspberry Chocolate Chip and Chocolate Chip-Stracciatella went over big with PG's road-testers, as did the mess-free screw-top lids.

Tastykake and Mrs. Freshley's Doughnuts and Pastries

SRPs: 85 cents-$4.49

www.flowersfoods.com

Flowers Foods impressed us with some of its latest releases under its Mrs. Freshley's and Tastykake brands. The co-branded Cinnabon Honey Bun is a sweet and moist breakfast treat, topped with cinnamon and icing. The Little Layer Cakes offer rich vanilla icing and a drizzle of chocolate-enrobed soft yellow cake with creme filling. The mini doughnuts from Tastykake make it too easy to eat more than one, especially the powdered sugar variety, and the Creme Filled Chocolate Bells are rich, chocolaty creme-filled morsels. The Cinnabon products are great for folks looking for that trademark cinnamon roll taste outside the mall. And with Flowers' distribution network, Tastykake products can be enjoyed by Philadelphia expats around the country.

Thai Kitchen Rice Noodles

SRP: $3.79

www.simplyasiafoods.com

Making authentic Asian noodle dishes has gotten much easier with this new line of all-natural rice noodles from Thai Kitchen, a brand of Berkeley, Calif.-based Simply Asia Foods LLC that's available in three gluten-free varieties (Brown Rice, Red Rice, and Purple Corn & Rice Noodles). Perhaps best of all is that they're packaged in four individual servings that allow consumers to add variety and personality to their favorite dishes, including stir-fries, soups and salads. Add the vegetables, protein and seasonings of your choice, and you're eating a unique and flavorful dish in minutes.

TruRoots Sprouted Trios

SRP: $4.19-$5.49

www.truroots.com

PG tasters took the opportunity to get in touch with their roots with this shelf-stable, quick-cooking, naturally gluten-free, vegan and certified GMO-free product line featuring three types of sprouted rice, lentils and quinoa, respectively. Offering mosaics of color that are as lovely to look at as they are to eat-especially the quinoa combo-Livermore, Calif.-based TruRoots offers products that are directly sourced and sustainably grown.

Turkey Hill SunBrew Iced Tea

SRP: N/A

www.turkeyhill.com

The folks at Conestoga, Pa.-based Turkey Hill are pioneers in chilled bottled tea in a multitude of flavors, and their latest release is a masterpiece. SunBrew aims to capture a home-brewed taste and truly hits the mark. With cane sugar and no added preservatives or colors, SunBrew comes in a 25-calorie Lightly Sweetened variety, as well as 80-calorie Sweetened and calorie-free Unsweetened. Our editors who live on the fringes of Turkey Hill's marketing area hope SunBrew will soon arrive at their local stores.

Tyson Deli Market Products and Pork Sparerib Mini Racks

SRPs: $3.99-$4.99 (Deli Market items); $5.49 per pound for a $8.50-$9.50 retail unit price (spareribs)

www.tyson.com

We were frankly wowed by the Tyson Deli Market line, which features a whole range of fully cooked meal solutions, from restaurant-inspired pasta entrees, to glazed chicken breast fillets, to chicken fajita strips. The Springdale, Ark.-based company's heat-and-serve products come in both modified-atmosphere and vacuum skin packaging to retain freshness and quality. Meanwhile, for rib lovers, Tyson Pork Sparerib Mini Racks offer vacuum-packaged, pre-seasoned and portioned products that require minimal preparation and quick cooking times to deliver easy, no-fuss meals with no waste or mess. Available in Applewood and Teriyaki flavors, the line also provides smaller portion sizes-ideal for those of us who don't have an army to feed.

Udi's Gluten Free Foods Items

SRPs: $5.99-$6.99

www.udisglutenfree.com

Chocolate Chia Muffin Tops, Classic French Dinner Rolls and Millet-Chia Bread are among Udi's new line of products. The muffin tops allow the nutritionally minded to indulge in a little chocolate decadence. The dinner rolls are ideal for sharing at dinner with family or friends. The Ancient Grain Breads have more protein and fiber than Udi's original white and whole grain varieties, but are just as tasty. Baked with hearty ancient grains, this bread contains a wholesome balance of nutrients vitamins and earthy flavors. It's baked with chia, a naturally gluten-free seed that supplies beneficial nutrients and a delicious flavor.

Velveeta Cheesy Skillets

SRP: $3.25

www.kraft.com

There were a lot of smiles around the table on the night these samples from Northfield, Ill.-based Kraft were tested. The creamy cheese sauce takes these boxed meals up a notch or two. Just combine the pasta and seasonings with chicken, ground beef or tuna; mix in the sauce; and you've got a dinnertime crowd-pleaser in about 20 minutes. The biggest raves went to the Chicken Alfredo; new varieties also include Chili Cheese Mac and Tuna Melt.

Warheads Sour Twists

SRP: 99 cents

www.impactconfections.com

Warheads Sour Twists from Littleton, Colo.-based Impact Confections is a three-color, three-flavor extruded chewy candy that's intertwined for a mouthwatering treat. It can be eaten as one combined twist, or untwisted so each flavor can be savored individually. Each twist has a fruity center and sour sanding, and is made to appeal to all taste buds. The product comes in a 2-ounce tray of twists in green apple, lemon and watermelon flavors. Warheads is supporting the new product launch online through sponsorships with Cartoon Network and Nickelodeon, as well as engagement with the Warheads Facebook community of more than 1.3 million fans.

Willamette Valley Granola Co. Granola Chips

SRP: $3.99

www.willamettevalleygranola.com

Granola's been marketed as a snack before, but never quite like this. Portland, Ore.-based Willamette Valley has introduced lightly sweetened, crispy bite-sized chips featuring a whole grain blend of oats, quinoa, amaranth and

barley that enabled PG tasters to feel virtuous as they indulged. The product line's resealable pouches come in four toothsome flavors: Butter Pecan, Wild Berry, Honey Nut and Vanilla Bean.

Wrigley's Gum and Candy

SRPs: 69 cents-$3.19

www.wrigley.com

There was lots to love from Chicago-based Wrigley. Life Savers Gummies new 4.2-ounce Share Size Pouches replace the 2-ounce individual pouches launched in 2009. These pouches offer consumers more gummies in three flavor varieties: 5 Flavors, Mix-O-Reds, Sours and Collisions. The Micro Pack versions of 5 and Orbit gums were designed to make it convenient and affordable for consumers to keep their favorite chewing gums handy all of the time. The new 6-tab envelopes are available in 5 Rain (a tingling spearmint) and 5 Cobalt (a cooling peppermint), and Orbit Spearmint, Wintermint and Strawberry Remix. Skittles Riddles are a new bite-sized chewy candy with colors that don't match the flavors to keep consumers guessing as they make their way through bites of Strawberry, Apple, Watermelon, Fruit Punch and Raspberry. Starburst Flavor Morph chews start as one fruit flavor and transform into another as special flavor beads burst with a second flavor, creating a unique and new-to-the category experience. Each package contains an assortment of two juicy changing flavors: Cherry, Cherry Lime, Orange and Orange Strawberry.

Yes To Carrots Leave-in Conditioner with Argan Oil

SRP: $8.99

www.yestocarrots.com

Go ahead, say yes. San Francisco-based Yes To Carrots' Leave-In Conditioner sends a mix of proteins and amino acids deep into hair cuticles for some serious restructuring and rejuvenating benefits. Formulated for normal to dry and damaged hair types, the easy-to-apply, 98 percent natural formula provides a more intense level of benefit for hair that needs a little TLC, with argan oil and keratin proteins getting to the root of each strand of hair to strengthen and renew

**Load-Date:** August 26, 2012

End of Document

# New Product Central

The Progressive Grocer

August 2012

Copyright 2012 Stagnito Media Food Group All Rights Reserved

**Length:** 11230 words

**Byline:** PG Editors

## Body

**Our annual roundup of the best retail product launches of the past year offers an assortment of winners from all parts of the aisles.**

It's that time again, when Progressive Grocer's seasoned editors, aided by a contingent of eager tasters at our Jersey City, N.J., office-otherwise known as New Product Central-get to sample a broad selection of the cream of the retail product crop.

But despite all of the fun we had road-testing so many great items, the process of narrowing down the final winners was no easy task, given the careful deliberation we applied to the many varied entries that came our way.

As always, not all products made the cut, but for the choice ones that did, a few noteworthy trends among recently released products readily emerged.

Better-for-you foods, including those targeting such specialized demographics as gluten-free, are now more mainstream than ever, with their healthy halo not all displaced by an implicit (and most welcome) tendency toward indulgence. Indeed, healthier foods that taste far better than their trailblazing predecessors are more frequently landing in the shopping carts of many customers now buying them for their sheer scrumptiousness rather than their nutritional content.

Another notable trend is toward innovative, highly functional-in some cases, multifunctional-packaging. In the produce sector alone, we encountered bite-size tomatoes that could be rinsed in their snack pack; a twin-pack of microwavable artichokes that could be preseasoned and steamed right in the bag; table grapes in a streamlined colander bag designed for easier carrying, display and storage; and breathable packaging that helps keep fresh blueberries tasting great.

Among other categories, we saw proprietary cigar packaging that eliminates the need for a humidor, opening up big selling opportunities for supermarkets, and a heat-and-eat line of deli meals in both modified-atmosphere and vacuum skin packaging to retain freshness and quality.

The deli meals in particular exemplified yet another big trend: convenience, which is still king, but with the growing recognition that shoppers want to put their own stamp on things. To that end, products we sampled included an ingenious cake mix with frosting and even a disposable pan, so home bakers can whip up a sweet treat with ease, and ready-to-eat hard-cooked and peeled eggs that purchasers can use to prepare nearly homemade deviled eggs, egg salads and the like.

With that, we extend sincere congrats to our most recent group of new product winners and invite you, our readers, to dig into the latest iteration of our smorgasbord of Editors' Picks.

320 Main Street Hoagies and Burritos

SRPs: $3.99 each (hoagies); $2.99 each (burritos) www.320foodsystems.com

The 320 Main Street Burrito line from Fort Collins, Colo.-based Fast Food Systems consists of three breakfast burritos: Beef and Green Chili, Chicken and Green Chili, and American with ham, sausage, bacon and potato in country gravy. The hoagie line features seven 8-inch varieties: Italian Sausage; Cajun Chicken BBQ; Pulled Pork BBQ; Italian with Ham, Capicola, Salami and Provolone; Smoked Turkey and Provolone; Pizza Steak; and Meatball. All products come frozen and can be sold frozen, thawed or in a hot box.

Almondina Milk Chocolate Delights and Yogurt Dipped BranTreats

SRP: $4.99 (both) www.almondina.com

It might be difficult to improve upon the original Almondina, offered by San Francisco-based WorldPantry.com Inc., but it's been done, and quite exquisitely at that, by smothering the irresistible cookie, with its yummy roasted almonds and sweet raisins, in rich premium milk chocolate. Additionally, a delicious take on Grandma Dina's Almondinas is the new healthful BranTreat breakfast cookie line featuring tasty, tangy cinnamon and a smooth, sweet yogurt coating. In both instances, these crispy, crunchy, all-natural cookies truly hit the sweet spot for great taste and guilt-free indulgence.

Alouette Portions

SRP: $3.99 www.alouettecheese.com

These 100 percent all-natural, 40-calorie-per-serving portions of America's favorite spreadable cheese, New Holland, Pa.-based Alouette, provide consumers (and hungry PG tasters) with a convenient and tasty snacking option. The product comes in two flavors: Original and Italian Herbs.

Amy's Light & Lean Pizzas

SRP: $4.29 www.amyskitchen.com

Petaluma, Calif.-based Amy's now offers two pizzas as part of its lower-calorie and -fat Light & Lean line, each containing half the fat of the company's original product versions. Italian Vegetable Pizza and Cheese Pizza each have fewer than 300 calories and just 6 grams of fat per 8-ounce single-serve size.

Andros Fruit Me Up Real 100% Fruit Sauces

SRPs: $3.69 (4-pack); $1.29 (4-ounce pouch) www.andros.com.fr

Andros Foods USA Inc., the Harrison, N.Y.-based subsidiary of a French fruit processor, offers pure applesauce and three exciting blends, all with a healthy twist. Containing only fruit puree and vitamin C, the all-natural, U.S.-made product offers one serving of fruit in each 4-ounce pouch. The available varieties are Apple, Apple Strawberry Banana, Apple Mango Pineapple, and Apple Peach Apricot.

Annie's Homegrown Organic Rising Crust Pizza

SRP: $9.99 www.annies.com

Crafted from whole grains, real cheeses, and organic meats and vegetables, these family-sized rising-crust pizzas from Berkeley, Calif.-based Annie's represent a departure for natural pizzas, most of which are single-serve vegetarian items of the thin-crust or flatbread type. By contrast, Annie's offers the hearty meat options of Uncured Pepperoni and Supreme, along with popular varieties Four Cheese and Spinach & Mushroom.

ArtiSun Farms Redi Bites

SRP: $3.99 www.eurofresh.com

These addictive grape-sized tomatoes from Willcox, Ariz.-based Eurofresh are perfect for a quick snack on the run or as a sweet accompaniment to a mealtime salad. The cute yet functional clamshell packaging is designed to allow for rinsing in the container, so snackers can pop one morsel at a time straight from the resealable opening if they wish.

Bakery On Main Truebar

SRP: $1.99 www.bakeryonmain.com

Gluten-free never tasted so good. This fruit-and-nut bar from East Hartford, Conn.-based Bakery On Main is billed as having "nothing to hide," and clear packaging certainly reinforces that all-natural message. Available in six flavors, including Hazelnut Chocolate Cherry, Walnut Cappuccino, Coconut Cashew and Apricot Almond Chai, the dense, chewy bars are bound to appeal not only to those with gluten intolerance, but also athletes in need of energy and people who just appreciate a delicious on-the-go snack. Additionally, Truebars are Non-GMO Project Verified, kosher, dairy- and casein-free, low in sodium, and a good source of fiber and omega-3, as well as containing no trans fats or cholesterol.

Barista Baking Co. Break & Bake Scones

SRP: $2.49 www.championfoods.com

Champion Foods' new line of Break & Bake scone dough, under the New Boston, Mich.-based company's upscale Barista Baking Co. brand, brings the local bakery to the home kitchen. Available in three flavors-Almond, Blueberry and Chocolate Chip-the oven-ready dough yields eight scones per package that bake up quickly, easily and tastily in home ovens in a matter of minutes.

Beemster 10-Month Aged Goat Cheese

SRP: $15-$20 per pound www.beemster.us

Yes, it's a bit on the pricey side, but one taste and you'll know why PG's tasters flipped for this firm-bodied, full-flavored 10-month-aged goat cheese from the Beemster co-op in north Holland (the company's U.S. presence is coincidentally in this publication's hometown of Jersey City, N.J.). Offering a rich, long-lasting flavor packed with floral and grassy tones, and a unique texture, this cheese is ideal for grating over salads or pasta, and pairs well with dark breads, avocados and walnuts.

Benedetto Pinot Grigio

SRP: $11.99 www.gkskaggs.com

Fruit flavors of pear and apple with hints of melon and mineral make this light- to medium-bodied, dry, crisp and fresh wine imported by Irvine, Calif.-based G.K. Skaggs Inc. perfectly suited to poultry, fish, appetizers, aperitifs and other light fare. Hailing from Veneto, Italy, Benedetto Pinot Grigio offers a delicate complexity and elegance, merging the well-known qualities of the popular grape variety with just a touch of sweetness.

Benelact Reduced Cholesterol Cheeses and Butter

SRPs: $3.99 (butter); $3.29-$3.49 (7-ounce cheese shreds or slices); $2.99-$3.39 (8-ounce cheese blocks); $5.35-$5.75 (16-ounce cheese blocks); $6.49-$6.99 (5-pound blocks) www.benelact.com

For those looking to reduce their cholesterol intake without giving up the great taste of real cheese and butter, Sturtevant, Wis.-based Benelact Dairy has come to the rescue. Benelact's reduced-cholesterol butter and cheeses offer the same taste and functionality as traditional products, but with a third less cholesterol. Made using patented technology that removes cholesterol mechanically during processing, the products are all natural with a clean label, and they're priced competitively with traditional items. Cheeses are offered in multiple sizes and formats, in Cheddar, Colby Jack, Mozzarella and Provolone varieties.

Blake's Upside Down Chicken and Waffle Pie

SRP: $5.99 www.blakesallnatural.com

Concord, N.H.-based Blake's All Natural Foods has put its own spin on this classic southern meal. Each "pie" is made by hand in small batches with hand-pulled white-meat chicken, mashed sweet and russet potatoes, gravy, and a hint of real Vermont maple syrup, all topped with an organic waffle. You bake the item, flip it over onto your plate and enjoy. It's a tasty change of pace from run-of-the-mill pot pies, and the express instructions shorten cooking time without impairing flavor.

Blimpie Best Sub Sandwich Kit

SRP: $6.25 www.landofrost.com

Since almost 60 percent of consumers make sandwiches at home during tough economic times, family-owned packaged lunchmeat company Land O'Frost, based in Lansing, Ill., embraced this consumer trend and created a national partnership with Blimpie to offer the Scottsdale, Ariz.-based sub shop chain's signature meats in its popular Sub Sandwich Kits for consumers. The kits offer the four signature meats of Blimpie's most famous sandwich, Blimpie Best. Each kit contains Prosciutto Cotto Ham, Smoked Ham, Capicola Ham and Salami interleaved with parchment paper for ease of separation and portion control, and enough meat for six sandwiches. Additionally, the product is gluten-free and offers 14 grams of protein per serving.

Blu eCigs Disposable Electronic Cigarettes

SRP: $9.99 www.blucigs.com

Blu eCigs give users the look and feel of traditional cigarettes with a water vapor "puff" instead of smoke and ash. Blu eCigs are available in convenient disposables or rechargeable packs for regular use, with or without nicotine and in a variety of flavors. Each combines the battery, atomizer and cartridge in one single piece, and the Charlotte, N.C.-based company's signature blue LED tip glows with each puff. Designed with a single hole for maximized draw and resistance, the mouthpiece is engineered to prevent leakage. Blu eCigs offers two flavors: Magnificent Menthol provides a surge of minty flavor, but for rich, full-flavored tobacco taste, Classic is ideal. Each eCig is equal to 400 puffs or about 1 1/2 packs of cigarettes.

BonSavor Whole Wheat Flour Naan

SRP: $3.49 www.bonsavorfoods.com

With ethnic cuisine catching on in a big way among mainstream consumers, Dallas-based BonSavor is on the right track with its line of whole wheat flatbreads inspired by a range of cultures. The company's authentically crafted, flame-baked naan (a type of flatbread hailing from India) is naturally low in fat; has no saturated fat or cholesterol and O grams of trans fat per serving; is high in vitamin B1 and a good source of dietary fiber, vitamin B3, folate and calcium; and offers 37 grams of whole wheat per serving. Oh, and it tastes really good. too.

Brioni's Healthy Morning Coffee

SRP: $8.99 www.brionis.com

Prebiotic coffee? As long as it doesn't alter the product's taste (and in this case, it definitely doesn't), why not? Brioni's Healthy Morning Coffee is the first coffee to provide digestive health benefits while delivering the taste and aroma of true gourmet coffee, according to Glastonbury, Conn.-based Brioni Coffee Co. Each 12-ounce cup is a good source of fiber and a prebiotic, delivering 4 grams of dietary fiber, O grams of fat and cholesterol and just 35 calories. So, go ahead, enjoy that second cup.

Buff Lo Dip

SRP: $5 www.bufflodip.com

Buff Lo Dip from Londonderry, Ohio-based Dzalt Enterprises LLC is ideal not only as a dip for chips, chicken nuggets or tenders, and veggies, but also as a sauce for many different foods. It can be used on tacos, pizza, hot dogs, hamburgers, subs, turkey sandwiches, chicken sandwiches, steamed or fried rice, chicken wraps, and grilled cheese, as well as in chili, soups and many other foods.

Califia Farms Cuties Juice and Almondmilk

SRP: N/A www.califiafarms.com

Those wildly popular Cuties seedless Clementinesare now available in juice form from Bakersfield, Calif.-based Califia Farms, which scored big with its tangerine juice blends. At 100 to 130 calories per serving, the all-natural juices have no added sugar and deliver two full servings of fruit, along with 150 percent RDV of vitamin C. The Clementine-mandarin, tangerine-orange-mango and tangerine-orange-pineapple blends come in "whimsical 8-ounce PET bottles designed for maximum kid appeal," as well as 12- and 48-ounce sizes. Califia also made a splash with its three varieties of Almondmilk, a great option for the lactose-intolerant or others avoiding dairy. The antioxidant-rich line is free of lactose, soy and gluten, and claims to deliver 50 percent more calcium than 1 percent dairy milk. Califia's Almondmilk comes in 48-ounce bottles, in Unsweetened, Creamy and Vanilla varieties.

Cedarlean Egg White Frittatas

SRP: $3.99 www.cedarlanefoods.com

As Carson, Calif.-based Cedarlane Foods aptly notes, there's nothing "lean" about the taste of its gluten-free frozen Cedarlean Egg White Frittata line, which is available in Broccoli & Cheddar, Roasted Chile & Cheese, and Spinach & Roasted Tomato varieties. Each all-natural frittata melds fluffy egg whites, fresh cheeses, chunky vegetables and a blend of spices in a scalloped potato crust. High in protein and fiber, and containing no more than 200 calories, the product line comes in packaging with a prominent "gluten-free" icon on the front, helping gluten-intolerant consumers find what they need quickly.

Celestial Seasonings Sweet Harvest Pumpkin Holiday Black Tea

SRP: $2.99 www.hain-celestial.com

This autumnal tea, available seasonally from Boulder, Colo.-based Celestial Seasonings, a division of The Hain Celestial Group in Melville, N.Y., creates its own warm glow. Featuring rich black tea, harvest-fresh pumpkin flavor and traditional spices such as cinnamon, ginger and nutmeg, plus a hint of natural sweetness, the product made PG's resident sippers fall for fall all over again.

Chobani Champions Vanilla Chocolate Chunk Greek Yogurt

SRP: $1.29 www.chobani.com

Aiming to bring kids to the current big yogurt trend, Norwich, N.Y.-based Chobani's Champions is authentic strained Greek yogurt made with low-fat milk and real chocolate chunks. Each 3.5-ounce cup is chockfull of protein, calcium and vitamin D. It's a tasty and healthy alternative to other kids' snacks, and should be welcomed by parents looking for something different for kids' lunchboxes,after-school treats or the cooler for handing out following soccer games or other children's activities.

Clemmy's Ice Cream Bars

SRP: $4.29 www.clemmysicecream.com

These sugar-free, gluten-free and lactose-free ice cream bars from Rancho Mirage, Calif.-based Clemmy's are almost too good to be true. Especially sublime were Clemmy's Orange Crème Bars, featuring the citrusy tang of

oranges swirled together with rich, creamy vanilla ice cream. All of the bars achieve their luscious taste by using superior, all-natural ingredients.

Country Time Lemonade Chewy Candy

SRP: $1.99 www.sorbee.com

Aiming to leverage some recent category growth, Trevose, Pa.-based Sorbee International LLC launched these chewy candies as a follow-up to its previous hard candy released under the iconic soft-drink brand name. Available in four flavors (Lemonade, Peach Lemonade, Raspberry Lemonade and Pink Lemonade), these refreshing chews capture their namesake's flavor profile-not too tart, not too sweet. Available in 7-ounce peg bags, the candies promise 150 calories per eight-piece serving.

Dancing Deer Baking Co. Whole Grain Cranberry Orange Cookies with White Chocolate Chips

SRP: $5.99 www.dancingdeer.com

These soft and chewy indulgences from Boston-based Dancing Deer Baking Co. went fast at the PG office-gone-within-the-hour fast! Sweet cranberries, orange and creamy white chocolate chips are crammed into every whole grain cookie. The scratch-baked, all-natural and kosher treats come eight to a package-although that won't seem like nearly enough.

Del Destino Tapenades

SRP: $1.99 www.atalanta1.com

Del Destino gourmet tapenades from Elizabeth, N.J.-based Atalanta Corp., available in such savory varieties as Piquillo & Jalapeno, Olive, Asparagus, and Artichoke, do multiple duty as dips, sandwich spreads, marinades, pasta flavorings and even salad dressing ingredients. A particular-and tasty-use one PG editor found for the product was as an impromptu "pizza" sauce on a whole wheat pita that was then heaped with veggies and melted cheese.

Disney Berry Quick Snacks

SRP: $2.99 www.naturipefarms.com

These ready-to-eat fresh blueberries from Salinas, Calif.-based Naturipe Farms feature a harvest-to-package system that lengthens the shelf life of the product for up to three weeks when properly refrigerated. The succulent berries are triple-inspected, triple-washed and placed in breathable packaging, resulting in a high-quality healthy snack that's perfect for Disney-loving kids of all ages to take along anywhere.

Dole Frozen Fruit Single-serve Cups

SRP: $2.49 (pack of two 3-ounce cups of strawberry or pineapple); $2.79 (pack of two 3-ounce cups of blueberries) www.dole.com

Employing cutting-edge, patent-pending technology to minimize texture loss during the defrosting process for a just-like-fresh appearance, taste and mouth-feel, Frozen Fruit Single-serve Cups from Westlake Village, Calif.-based Dole can be enjoyed as a healthy snack any time of the day. Besides being eaten on their own, they can be popped into smoothies, sprinkled on top of various dishes and incorporated into various recipes.

Dove Milk Chocolate Covered Raisins & Peanuts

SRP: $3.49 (5-ounce resealable pouch) www.mars.com

Lovers of peanuts, raisins and chocolate are sure to enjoy this combination of taste and textures in a bite-sized candy. These milk chocolate-enrobed treats from Hackettstown, N.J.-based Mars Chocolate North America are packaged in an eye-catching standup pouch with great shelf presence. As a "hand to mouth" candy, this new treat

is part of the increasingly popular unwrapped-bite segment, which has expanded to $1.6 billion annually and emerged as a growth category for manufacturers and retailers alike.

Eat Well Enjoy Life Hummus

SRP: $3.99-$4.99 http://eatwell-enjoylife.com

The creamy hummus made by Alpharetta, Ga.-based Tryst Gourmet/Eat Well Enjoy Life features various beans, making it easy for consumers to add more protein, fiber and healthy fat to their diets. The gluten-and cholesterol-free, kosher product line comes in three zesty flavors: Sweet & Spicy Black Bean, whose topping of spicy roasted corn, sweet pineapple and red-pepper relish offers complementary flavors; high-protein Spicy Red Lentil Chipotle, set off by a topping of milder poblano chili peppers and corn; and Wasabi Edamame, topped by black beans and pickled ginger, and offering just the right kick of wasabi backed with horseradish.

Eggland's Best Hard-Cooked Peeled Eggs

SRP: $2.59 www.egglandsbest.com

No time to hard-cook eggs? Just reach for Eggland's Best's ready-to-eat Hard-Cooked Peeled Eggs. Produced and selected from the Jeffersonville, Pa.-based company's Grade AA farm-fresh eggs, and delivering all of the same nutritional benefits with a large added serving of convenience, the item is a resealable pouch of six medium-sized hard-cooked and peeled eggs that contain 25 percent less saturated fat than ordinary eggs, and are an excellent source of vitamins D, B12 and E, and a good source of riboflavin-all for just 60 calories per egg.

Entenmann's Cake Pop Set

SRP: $19.99 www.durakleen.com

With cake pops all the rage, home bakers can easily replicate the charm and whimsy of the tasty single-serve treats with the Entenmann's brand bakeware product line from Brooklyn, N.Y.-based Euro-Ware. Suitable for making sweets on a stick for any celebration, the new bakeware line is affordably priced and ideal as a cross-merchandising candidate for your baking department.

Freshpet Select Roasted Meals for Cats/Dogs

SRPs: $4.29 (1-pound bag of cat food); $10.99 (3-pound bag of dog food); $6.49 (1.75-pound bag of dog food) www.freshpet.com

With its Select Roasted Meals, Secaucus, N.J.-based Freshpet offers consumers' four-legged companions tender chicken pieces accented with carrots and spinach for well-balanced meals pet parents can feel good about serving. The cat food marries the taste and texture of the wet food preferred by felines to the convenience of dry food.

Front Porch Ice Cream

SRP: $4.99 www.mooresvilleicecream.com

Just when it seems like we've seen or tasted just about every ice cream on the market, there comes a new 15-SKU line of Southern-inspired flavors from North Carolina-based Mooresville Ice Cream Co. Packed under the Front Porch brand, the line was a tremendous hit with our team, with the Nana's Banana Pudding, Lemony Sunshine, Peachy Keen and Blackberry Crumble varieties proving especially popular. The line features uniquely crafted flavors based on homespun recipes that will make you feel as though you're rocking on your own front porch on a summer night, no matter where you might be.

Früsh

SRP: $1.99 www.gofrush.com

The Früsh line of refrigerated yogurt fruit shakes from based Origin Food Group LLC, available in four refreshing flavors-strawberry, blueberry, peach and strawberry banana-blends real fruit with creamy yogurt, resulting in a delicious on-the-go treat. Upping the ante with proprietary, health-enhancing ingredients that optimize bone health and probiotics to boost immunity and aid digestion, the line of functional beverages in 8.4-ounce bottles is perfectly positioned for convenience-seeking, nutritionally minded consumers.

Glutino Rosemary & Olive Oil Gluten Free Snack Crackers and Gluten Free Tortilla Dippers

SRPs: $3.49 www.glutino.com

Glutino Rosemary & Olive Oil Gluten-Free Snack Crackers, the unanimous favorite flavor of PG's tasters, makes for a satisfying gluten-free snack. The flavorful, all-natural crackers go great with soup or salad, but are equally fine on their own. Seasoned with a just touch of salt, the Laval, Quebec-based company's Gluten Free Tortilla Dippers-also all-natural-feature a sturdy scoop shell design that easily accommodates a large dollop of salsa or dip.

Gourmet Trading Co. Superblues Blueberries and Peeled White Asparagus

SRPs: $1.99( 5-ounce package of blueberries); $3.49 (10-ounce package of blueberries); $4.99 (16-ounce package of blueberries); $2.49 (9-ounce package of asparagus); $3.49 (12-ounce package of asparagus), $4.39 (1-pound package of asparagus); $6.49 (1.5-pound package of asparagus) www.gourmettrading.net

Now available in new pack sizes providing lower price points, the appropriately named Superblues from Gourmet Trading Co. boast twice the size and crunch of their standard counterparts. Our PG tasters certainly found them firm, flavorful and filling, with the added bonus that they held up well to freezing. The Peeled White Asparagus, introduced to market by the Los Angeles-based company, comes in a bag proven to lower shrink. Pre-peeled for greater preparation convenience, the elegant side dish can be displayed in a two-piece shipper that can be assembled in minutes without a box cutter and features a moisture pad at the bottom of the tray to keep the asparagus fresh.

Goya Fiesta Baked Beans

SRP: $1.69 www.goya.com

Secaucus, N.J.-based Goya, the Latin foods leader, continues to expand into new avenues, as evidenced by its line of Fiesta Baked Beans. With more Latin-inspired flavors and recipes gaining mass appeal, coupled with data that finds more than half of all general-population American households consuming baked beans, grocers can't miss with Goya's Fiesta Baked Beans, whose robust flavor and Latin flair easily complements a variety of meals.

G.S. Caramel Sea Salt Gelato

SRP: $4.79 www.gsgelato.com

This luscious gelato from Fort Walton Beach, Fla.-based G.S. Gelato & Desserts Inc. seizes upon the sweet-and-salty trend, along with the popularity of sea salt as an ingredient. It features a deep, creamy texture with a rich taste reminiscent of a soft, warm caramel, plus a delicate touch of Mediterranean sea salt. The fusion of flavors is quite pleasant, making for a unique and delicious treat.

Hammond's Candies

SRPs: 95 cents-$9.95 www.hammondscandies.com

Denver-based Hammond's released several new products this year, but these in particular caught our editors' fancies. The individually wrapped Caramel Marshmallows offer soft, chewy, buttery goodness. Of the company's latest Pantry Classics dip flavors, designed for snacking and recipes, we were most taken with Cinnamon Bun. But Hammond's new line of chocolate bars really shows off the brand's decadent creativity. The editors were split on

their favorites, but the Malted Milkshake, PB&J Sandwich, chocolate-and-raspberry Crackle Crunch, and chipotle-laced Sweet 'N Spicy were definite standouts.

Hartz UltraGuard Pro Flea & Tick Treatment

SRP: $19.99 www.hartz.com

Providing effective and affordable flea and tick protection for 30 days at a fraction of the price of veterinarian-recommended products, Hartz UltraGuard Pro Flea & Tick Treatment for Dogs and Puppies starts killing our furry friends' tormentors within 15 minutes. The product from the Secaucus, N.J.-based Hartz Mountain Corp. includes the patented Pro-Glide applicator, which easily penetrates pet fur for application directly to dogs' skin.

Hawaiian Kettle Style Mango Habanero Chips

SRP: $2.99-$3.49 www.timschips.com

These new Mango Habanero chips come from Hawaiian Brand Snacks, made by Peoria, Ill.-based Tim's Cascade Snacks, part of the Pinnacle Foods Group. The crunchy chips feature a unique taste that combines the heat of habanero peppers with the sweetness of mangoes. There's just enough heat to give these chips some authority while not overpowering the overall spicy-sweet flavor.

Hershey's Candies

SRPs: $1-$3.79 www.hersheys.com

Pennsylvania-based Hershey Co. supplied many sweet favorites among the PG crew. Hershey's Simple Pleasures Chocolates, boasting 30 percent less fat compared with average milk chocolates, deliver all of the deliciousness expected from a Hershey's product. Consisting of a smooth chocolate outside with a rich creme-filled center, Simple Pleasures come in three varieties and are individually wrapped for easy portion control in 24-count, 5.6-ounce pouches. Rolo Minis feature the classic combination of chewy caramel and milk chocolate of their full-size counterparts in a calorie-friendly size that make life sweeter for consumers who want to enjoy their chocolate without the guilt. Ice Breakers Duo Mints offer a tasty, refreshing lift with a "fruit+cool" flavor sensation. Combining a textured fruit-flavored side (available in raspberry and strawberry varieties) with a cooling, smooth side that features Ice Breakers Mints' signature flavor and cooling crystals, Duo Mints come in 1.3-ounce tins. With a crunchy candy shell and a soft, chewy center, Jolly Rancher Crunch 'N Chew combines the unmistakably bold fruit flavors of the original hard-candy version with a chewy texture. The result is a candy experience that satisfies both crunchy and chewy candy fans' respective sweet spots.

Hormel Cure 81 Ham Steaks, Natural Choice Chicken Sausages and Natural Choice Smoked Sausages

SRPs: $3.09-4.99 (ham steaks); $4.99 (chicken sausages); $5.99 (smoked sausages) www.hormel.com

Easy-to-prepare, fully cooked Cure 81 ham steaks satisfy PG tasters' need for a quick, single-serve weekday meal idea in a variety of flavors: Classic, Brown Sugar, Peppered and Honey Cured. As their name implies, Natural Choice chicken sausages have no preservatives or artificial ingredients, and grill up nicely in three cheese-studded varieties: Jalapeno Cheddar, Apple Gouda and Spinach Asiago. Also boasting no preservatives or artificial ingredients, Natural Choice smoked sausages feature a blend of spices that, along with the smoking process, result in a savory taste sensation. A particular standout is the Turkey variety, which provides a lighter alternative, having half the calories of, and 70 percent less fat than, the Original sausage.

IHOP at Home Syrups

SRP: $3.99-$4.29 (24 ounce); $2.99-$3.19 (12 ounce) www.sorbee.com

The latest iconic brand to be brought to grocery store shelves by Trevose, Pa.-based Sorbee International LLC is IHOP-specifically, the syrup enjoyed for years by breakfast diners. The IHOP at Home line of retail breakfast syrups

includes classic flavors such as Original, Lite and Sugar Free in 24-ounce bottles, and unique flavors like Rooty Tooty Fresh 'N Fruity Blueberry in 12-ounce bottles. It was really a no-brainer to put the IHOP brand in the retail channel, and these syrups live up to the name.

International Delight Coffee Beverage

SRP: $3.99 www.whitewave.com

Coffeehouse indulgence is now as close as the refrigerator with International Delight Iced Coffee, a sweet and creamy, ready-to-drink iced beverage made with 100 percent premium Arabica coffee and available in three luscious flavors: Vanilla, Mocha and Original. The generous half-gallon packaging was another plus. This gourmet-stylethirst-quencher from Broomfield, Colo.-based WhiteWave Foods was particularly satisfying over ice on broiling Jersey City afternoons.

Ivy-Dry Super Continuous Spray

SRP: $10.99 www.ivydry.com

The first continuous spray for the treatment of poison ivy, Ivy-Dry is godsend for hikers, campers and others who enjoy outdoor activities. It can be easily applied to hard-to-reach areas of the body while keeping hands mess-free and lowering the chance of spreading infection or recontamination. PG's testers particularly loved the fact that users can spray at any angle-even upside-down-and the product requires less effort than traditional finger-pump sprays, according to Fairfield, N.J.-based Ivy-Dry Inc.

Kane Candy Chocolate Dessert Cups

SRP: $5.99-$7.99 www.kanecandy.com

Because they're as functional as they are pretty, we like these candy cups quite a choco-lot! A quick and easy dessert solution, Kane's Chocolate Party Cups, offered by Caledonia, Mich.-based Niche Gourmet, can be filled and topped with a limitless number of sweet possibilities. The line's five varieties include chocolate flowers, white and dark chocolate Tuxedo cups, chocolate cordial and toasting cups, chocolate heart cups, and large Kane Candy Chocolate Party cups. Great for parties of all kinds and sizes, these items lend a special, elegant touch to the dessert course.

Kellogg's Krave Cereal and Eggo Wafflers

SRP: $3.99 (Krave); $2.99 (Wafflers) www.kellogg.com

Kellogg's Krave is aimed at teens, of whom 50 percent reportedly skip breakfast. The product features a sweet, crispy cereal shell exterior with a smooth real chocolate center, delivering an "intense chocolate experience," according to the iconic Battle Creek, Mich.-based company. A good source of fiber and made with whole grains, Krave is available in Chocolate and Double Chocolate. Eggo Wafflers are hand-held, tear-apart waffle bars-crispy on the outside, fluffy on the inside-that are designed to be eaten right out of the toaster, no syrup required. They are available in Brown Sugar Cinnamon Roll and Strawberry Strudel flavors.

Kind Nuts & Spices

SRP: $1.99 (bar) www.kindsnacks.com

New York-based Kind Healthy Snacks offers this line of snack bars crafted from high-quality whole nuts and spices. The clean-label bars deliver indulgent recipes with all-natural protein, fiber and no more than 5 grams of sugar. The product line is available in four varieties-Dark Chocolate Nuts & Sea Salt, Madagascar Vanilla Almond, Dark Chocolate Cinnamon Pecan and Cashew & Ginger Spice-that provide unique flavors in a great-tasting, better-for-you snack.

Klondike Shelf-stable Baby Potatoes

SRP: $1.99 www.potandon.com

Potandon Produce's Klondike Goldust Express joins Klondike Rose Express as part of the Idaho Falls, Idaho-based company's shelf-stable line of microwavable fresh potatoes. Klondike Express combines cutting-edge packaging technology with two market-proven potato varieties, enabling convenience-driven consumers to prepare 1 pound of whole fresh Klondike baby potatoes from pantry to plate in just six minutes. They're positioned as high-velocity impulse items that can be cross-merchandised as part of a meal solution display, or as a quick potato side-dish to complement outdoor grilling in summer. In addition, the Klondike Rose Express package has been updated with an enhanced nutritional panel on the front, highlighting the fact that fresh potatoes are fat- and sodium-free, and contain 18 percent of the recommended daily amount of potassium per serving and 45 percent of vitamin C.

Kraft Fresh Take

SRP: $1.99 www.kraft.com

Northfield, Ill.-based Kraft aims to simplify the process and ease the mess of preparing crusty baked poultry, pork and seafood dishes. Each refrigerated Fresh Take sectioned bag contains natural Kraft Cheese and seasoned breadcrumbs; you break the divider, mix the cheese and crumbs, coat your protein and bake. The bag is your bowl, so cleanup is minimal. It's an easy way for budding cooks to try something new, and veterans should like having fewer dishes to wash. Fresh Take comes in six varieties: Southwest Three Cheese, Rosemary & Roasted Garlic, Chile Lime & Panko, Cheddar Jack and Bacon, Italian Parmesan, and Savory Four Cheese.

Krave300 Disposable Electronic Cigarettes

SRP: $8.99-$11.99 www.vapor-corp.com

Krave Electronic Cigarettes from Fort Lauderdale, Fla.-based Vapor Corp. offers a large selection of disposable e-cigs designed to stylishly fit any smoker's needs. Available in traditional tobacco or menthol flavors, the Krave300 disposable line also comes in an assortment of 10 other flavors merchandised in 10-unit point-of-purchase boxes. The Fruits Collection includes Sour Apple, Blueberry, Great Grape, Juicy Peach and Strawberry flavors, while the Sweets Collection offers Cappuccino, Chocolate, Red Wine, Spiced Rum and Very Vanilla flavors, among others. In addition, Krave300 e-cigs are available in a variety of colors and tattoo-inspired looks, all equipped with jewel-cut tips to really make them stand out. Users can enjoy 300 puffs without the second-hand smoke, flame, ash or odor of traditional cigarettes.

Larry the Cable Guy Smokin' Chips, Wraps and Firestarters

SRP: $5.99 (chips); $6.99 (wraps); $8.99 (8-pack of firestarters, which are 98 cents apiece) www.tailgatingplanks.com

Chef Locke's It's Hi-Time Home Décor & More Inc., based in Spokane Valley, Wash., has extended its easy BBQ prep line with flavor and smoke accessories under the Larry the Cable Guy brand-in the process taking grill-friendly fare to the next level. The Smokin' Chips, Wraps and Firestarters are suitable for all proteins and infuse a tangy, smoky flavor in a fun and easy preparation method to help folks "git-R-done" and enjoy.

Lake Champlain Chocolates Organic Dark Chocolate Bars

SRP:$4.59 www.lakechamplainchocolates.com

Inspired by Peru's world-class cocoa, Burlington, Vt.-based Lake Champlain Chocolates added two organic chocolate bars to its organic chocolate line. The scrumptious single-origin 70 percent cocoa bars are Peru Organic and Cherry Peruvian, the latter of which features organic tart dried cherries from northern Michigan that perfectly complement the fruitiness already present in the chocolate, along with Madagascar Bourbon vanilla beans, considered the finest and most balanced vanilla beans available.

Lawry's and McCormick Seasoning Blends and Coffee Extract

SRPs: $3.29 (Lawry's items); $4.59 (Gourmet Seasoning items); $1.40 (Grill Mates); $2.89 (Perfect Pinch) and $4.42 (extract) www.mccormick.com

These fabulous flavors from Hunt Valley, Md.-McCormick & Co. enlivened PG tasters' various culinary endeavors. Lawry's Fire Roasted Chile & Garlic Blend and Oregano & Basil provided authentic Southwestern and Mediterranean zing, respectively, while McCormick Gourmet Cuban and Gourmet Tuscan Seasoning items were robust ambassadors for two time-honored cuisines. Specially designed for larger cuts of meat that require more time on the grill, the Slow & Low Memphis Pit BBQ Rub in the Grill Mates line went over big at one summer cookout we know of, and for the sodium-conscious among us, nothing could top the Perfect Pinch salt-free Fiesta Citrus and Southwest Sweet 'n Smoky varieties, both of which are treats for the taste buds. Last-but certainly not least-the Pure Coffee Extract proved an irresistible addition to cookies, cakes, pies, hot beverages and anything else that occurred to us.

Lipton Pure Leaf Real Brewed Tea

SRPs: $2.49-$2.69 (carafe); $1.69-$1.79 (single) www.pepsico.com

This Lipton/Pepsi joint project is a great addition to the growing ranks of bottled brewed teas. Brewed from Rainforest Alliance Certified tea leaves from China, India, Africa and South America, Pure Leaf comes in unique square PET bottles, and in nine assorted flavor and calorie combinations, including lemon, peach and raspberry. The sweet varieties-Sweetened and Southern-style Extra Sweet-are made with all-natural sugar, but the Unsweetened is a benchmark for a bold, clean-tasting, refreshing iced tea.

M&M'S Mint Dark Chocolate Candies

SRP: $1.09 (1.5-ounce single); $2.99 (8-ounce resealable pouch) www.mars.com

The latest new variety of M&M'S is delicious, refreshing and a sure winner in the candy aisle. This time, the familiar candy shell encases creamy dark chocolate laced with refreshing mint. Mars Chocolate North America had offered this flavor only during the winter holiday season, but now consumers can enjoy it year-round-a smart move, since the Hackettstown, N.J.-based company notes that mint chocolate is a popular flavor enjoyed by consumers anytime (80 percent of sales are nonseasonal), and sales in the mint segment are growing faster than in the chocolate category.

Macanudo Cigar with Locked-In Humidity Packaging

SRP: $6.99 www.cigarworld.com

For grocers that want to sell premium handmade cigars but not install a humidor, Miami-based General Cigar Co. has brought "Locked-In Humidity" packaging to its top-selling Macanudo cigar brand. This innovative, proprietary wrapping provides an airtight barrier that guarantees fresh-from-the-factory flavor in an

attractive package and display. This packaging also presents grocers with merchandising opportunities away from the traditional tobacco section, such as the wine and spirits department. The sample was of Macanudo's typical high quality, and the packaging delivered the 5.5-inch-by-50-ring-gauge cigar in perfect smoking condition. The pouch is also available on same-size cigars from General's Partagas, Punch and Excalibur brands.

Manischewitz Gluten Free Chocolate Cake Mix

SRP: $4.69 www.manischewitz.com

Including nearly everything needed to make-and bake-a cake, including cake mix, frosting mix and even a disposable pan, Manischewitz Gluten Free Chocolate Cake Mix from the respected Newark, N.J.-based kosher food company is ideal for convenience-seeking gluten-intolerant consumers. With a preparation time of less than 10

minutes and a baking time of about 40 minutes, the packaging features an on-pack icon communicating the healthier attributes of the all-natural item, which is an excellent source of fiber and low in sodium, as well as having no MSG, sulfites, and artificial preservatives or ingredients.

Mann's Rainbow Salad

SRP: $1.99-$2.99 www.mannpacking.com

With mini broccoli florettes now added to its already healthy and delicious mix of shredded carrots, cabbage and cauliflower for extra crunch and texture, the reformulated Rainbow Salad from Salinas, Calif.-based Mann Packing Co. is truly better than ever. The microwaveable pre-washed product works well in salads, wraps, sandwiches and more- one veggie-loving PG editor naturally used it as the basis of a super Fourth of July slaw.

Mediterranean Snacks HummuZ Crispz and Lentil Crackers

SRP: $3.49-$3.99 www.mediterraneansnackfoods.com

Tasty, crunchy snacks that boast enhanced wellness profiles without sacrificing taste, HummuZ Crispz and Lentil Crackers from Boonton, N.J.-based Mediterranean Snacks are low in fat, high in protein, gluten-free and non-GMO certified. Baked with real garbanzo beans, HummuZ Crispz are a good source of fiber and protein. Lentil Crackers-the first crackers made with protein-rich lentils-contain only 110 calories in a hearty 18-cracker portion and come in three flavors: Sea Salt, Cracked Pepper and Rosemary Herb.

Melt Organic Buttery Spreads

SRP: $3.99-$4.99 www.meltbutteryspread.com

Hailey, Idaho-based Prosperity Organic Foods launched this new line of certified-organic buttery spreads made from a blend of virgin coconut, flax-seed and sunflower oils. With no trans fats, hydrogenated oils, gluten, soy or artificial preservatives, Melt delivers a fresh, rich taste and creamy texture; the honey variety is particularly nice on wheat toast. Additionally, Melt tops, sautés and bakes just like butter, with half the saturated fat and fewer calories.

Meow Mix Tender Centers

SRP: $4.99 (small bag); $12.99 (large bag) www.delmonte.com

These dual-textured kibbles from San Francisco-based Del Monte Foods are crunchy outside with a meaty center-a combination that proved to be a big hit with our resident feline taste-testers. Available in tuna and white fish and salmon and white meat chicken flavors, the line was launched by the return of the memorable Meow Mix jingle, which last aired 16 years ago.

MiO Energy

SRP: $4.99 www.kraft.com

An extension of Northfield, Ill.-based Kraft's MiO water "personalizer," MiO Energy adds a boost of energy and B vitamins with 60 milligrams of caffeine per 8-ounce serving, about the same as a 6-ounce cup of coffee. A few squirts of colorful flavor really do jazz up an otherwise mundane glass or bottle of water, and the energy boost can be a welcome mid-afternoon pick-me-up. It comes in Black Cherry and Green Thunder (sort of a tropical fruit flavor).

MOAB Açai Superfruit Blend

SRP: $2.99 www.friedas.com

A new fusion of exotic juices, Açai Superfruit Blend from Los Alamitos, Calif.-based specialty produce supplier Frieda's Inc. is a polyphenol powerhouse, with antioxidant strength to neutralize damaging free radicals and

supercharge health. Enhanced with freeze-dried açai, organic açai juice from the Brazilian Amazon mingles with the nutrient-rich juices from Concord grapes, mangoes and other key players, along with the juices of acerola and passion fruit and the fruit purees of camu camu and capuaçu from Brazil. The beverage also features vegetarian omega-3 DHA to promote heart and brain health, and plant-derived glucosamine (vegetarian) for joint health. Açai Superfruit Blend is gluten-free, dairy-free, GMO-free, wheat-free, vegetarian, and vegan. Other MOAB Superfruit Blend varieties include Pomegranate and Wild Blueberry.

Mr. Clean Bliss Gloves

SRP: $3.99 www.thebutler.com

Cleaning is sheer bliss with these premium household gloves from Marlborough, Mass.-based Butler Home Products, which are latex-free and boast a plush, pillow-soft lining that keeps hands dry and comfortable. Additionally, an embossed palm grip helps to provide a safe grip.

Nature Made 100% Vegetarian Omega-3

SRP: $29.79 www.pharmavite.net

There's nothing fishy about Nature Made 100% Vegetarian Omega-3, which enables vegetarian, vegans and those who can't tolerate or are allergic to fish to get the right dose of omega-3 fatty acids as recommended by heart-health experts. One of the first products to deliver a completely vegetarian alternative to regular fish oil supplements, the item from Northridge, Calif.-based Pharmavite contains EPA and DHA from a non-animal source made in an ocean-free environment.

Nature's Path Love Crunch Granolas

SRP: $4.99 www.naturespath.com

Shoppers are sure to love Love Crunch from Richmond, British Columbia-based Nature's Path Organic Foods as much as we did. Available in four delectable flavors- Carrot Cake, Apple Crumble, Aloha Blend, and Dark Chocolate & Red Berries-the USDA-certified organic, non-GMO granola line is packed with nutrients and whole grains, but no cholesterol or trans fats, and less sodium. And if all of that isn't enough to do your heart good, the brand's "Bite4Bite" initiative helps the needy: For each bag of Love Crunch sold, Nature's Path will donate the equivalent in cereal or cash, up to $1 million, to food banks. Additionally, the cereals come in eco-friendly standup resealable bags.

Ocean Mist Farms Season & Steam Microwavable Artichoke Pack

SRP: $3.99 www.oceanmist.com

Find artichoke preparation a hassle? You won't with the Season & Steam microwavable artichoke pack from Castro-ville,Calif.-based Ocean Mist Farms. The innovative item offers two fresh Globe artichokes that are cleaned, trimmed and ready to cook in first-of-its-kind packaging that gives users the option to open the bag, pre-season the artichokes to taste, reseal the package and steam by microwave all within the same bag. And the results are utterly-not to mention effortlessly-delicious.

Oscar Mayer Selects

SRPs: $4.99 (9 ounces of cold cuts); $3.99 (8-count hot dogs); $6.99 (12 ounces of bacon) www.kraft.com

Some would say it's enough just to be bacon, but Oscar Mayer, a brand of Northfield, Ill.-based Kraft, goes one further with its delicious new Selects line, which has no artificial preservatives, flavors or colors. The bacon is uncured and the hot dogs contain no byproducts. Two of the hot dog varieties-New York Style and Chicago Recipe-attempt to capture those regional flavors with ingredients instead of toppings-not quite, but nice try. Still, the taste,

texture and label of the dogs (which also include Turkey, Beef, Angus and Angus Bun-Length) are excellent, as are the cold cuts, especially the Slow Roasted Turkey Breast and Applewood Smoked Ham.

Pacific Soup Starters Vietnamese-style Pho

$3.49-$3.69 www.pacificfoods.com

Tualatin, Ore.-based Pacific Natural Foods' innovative Soup Starters line, including three varieties of Vietnamese-style Pho, meets growing consumer interest in cooking ethnic dishes at home. Not only do these items have an immediate impact on retailers' bottom lines by encouraging consumers to pick up additional items across multiple departments to assemble the soups, but their satisfyingly tasty flavors will have shoppers coming back for more.

Panera Bread Salad Dressing

SRP: $4.99 www.arcobasso.com

Arcobasso Foods, a full-service custom manufacturer and bottler of salad dressings, sauces and marinades, helped Panera Bread launch its retail line of dressings in 2009. Since then, Hazelwood, Mo.-based Arcobasso has extended the Panera dressings line to 18 national grocery retailers, with 1,800 retail locations and counting. Among its newest dressings to bow in the past year, we give a healthy thumbs-up to the Fuji Apple and Cherry Balsamic varieties, which add unique restaurant flair to homemade salads.

Pearls/Early California Reduced Salt Olives

SRP: $1.79 www.olives.com

Although they contain 25 percent less sodium than regular black olives, these items sold under two trusted brands from Tracy, Calif.-based Musco Family Olive Co. don't disappoint on taste. Olive lovers-even those not watching their salt intake-will be hard-pressed to stop at the serving size of four.

Pepsi Next

SRPs: 99 cents (20-ounce and 2-liter); $2.99 (introductory pricing for 12-pack) www.pepsico.com

Research has shown that there's a segment of consumers who are resistant to both regular, full-sugar cola and diet offerings. While these consumers love the taste of Pepsi, they don't believe you can achieve full-flavor taste with a diet cola. Purchase, N.Y.-based PepsiCo developed Pepsi Next with these consumers in mind. Pepsi Next delivers real cola taste with 60 percent less sugar than Pepsi-Cola, which it achieves by offering just the right mix of cola flavor and a blend of sweeteners to closely mimic the taste curve of a regular cola. And the calorie-counters will be happy, too- Pepsi Next has only 40 calories per 8-ounce can.

Planters Nut-rition Men's Health

SRP: $5.99 (10.25-ounce can); $7.89 (six 1.5-ounce pouches) www.kraft.com

Co-branded with the leading men's magazine, this tasty nut mix delivers a delicious, crunchy and healthy snack. Recent stats show that men these days are doing more grocery shopping and are more interested in wellness, so Planters Nut-trition from Northfield, Ill.-based Kraft is a perfect match. This blend of almonds, peanuts and pistachios contains 6 grams of protein and six vitamins and minerals per 1-ounce serving.

Pretty Lady for the Holidays Table Grapes Packaging

SRP: N/A www.dulcich.com

Introduced last November by Delano, Calif.-based Sunlight International Sales as a seasonal promotion for Pretty Lady brand table grapes from J. Dulcich & Sons in McFarland, Calif., this creative packaging and merchandising program featured colorful, eye-catching packaging with holiday-themed designs to appeal to customers of all ages,

as well as accompanying POS materials such as display bins and shelf danglers. Consumers can rinse the grapes right in the innovative standup grab-and-go colander bags, which also enable easy and efficient carrying, displaying and storage. More themed promotions using the same innovative packaging are on the way from Sunlight-we can't wait!

**Pretzel Crisps** Dark Chocolate and Peppermint Variety

SRP: $2.99 www.pretzelcrisps.com

Sweet and salty meets chocolate mint for this new winner from Skillman, N.J.-based Snack Factory. Joining the brand's Holiday Indulgents line, Dark Chocolate & Peppermint **Pretzel Crisps** combines rich, dark chocolate with flat-baked pretzel crackers, topped off by peppermint candy pieces. This seasonal flavor is available at supermarkets and select specialty stores nationwide during the winter holiday season.

Proxi-Plus

SRP: $5.99 www.majesticdrug.com

This unique dental cleaning product from South Fallsburg, N.Y.-based Majestic Drug features an ultra-fine, super-gentle interdental brush on one end and a flosser on the other-the only such product on the market to offer this combination in a single item. Additionally, innovative clamshell packaging holds 30 disposable brushes, one a day for a month, so PG staffers who are diligent about their midday dental hygiene don't need to replenish their stocks as often as previously.

Ritz Crackerfuls Big Stuff

SRP: $3.99 (box of 5 1.25-ounce packs) www.kraft.com

These days, when it comes to food, bigger isn't always better. But Ritz Crackerfuls Big Stuff from Northfield, Ill.-based Kraft is a winner, especially for those (editors included) who travel and often find themselves hungry but trapped on the tarmac. Made with 6 grams of whole grain per serving, it's perfect for tiding you over until that next mealtime. The Extreme Peanut Butter and Colossal Cheddar fillings bring a nice creamy contrast to the crunchy crackers.

Rubi Automated Coffee Kiosks

SRPs: $1 (12-ounce brewed coffee); $1.50 (café mocha or vanilla); 50 cents extra (16-ounce size) www.coinstar.com

The folks up in Bellevue, Wash., who brought us Coinstar and Redbox are now offering a turnkey solution for grocers looking to improve their in-store coffee programs. In partnership with Seattle's Best Coffee, the Rubi system features touchscreen ordering and French press technology that grinds the beans and delivers steaming cups of great-tasting fresh-brewed coffee in about a minute. Supported by a Web-based frequent-customer program that remembers your previous order and e-mails your receipts, Rubi is bound to be embraced by retailers looking to save on labor and waste while providing their shoppers with a great cup o' joe.

Russo's Gluten-Free New York Style Pizza

SRP: $10.99-$11.99 www.nypizzeria.com

Russo's New York Style Gluten-Free Pizza features a vegan crust made with rice flour, tapioca flour, potato starch and extra-virgin olive oil, infused with honey and Italian seasonings. It's available in six varieties: Greek, New York Style, Margherita, Chicken Rustica, Pepperoni and Italian Mozzarella, and Mulberry. Founded in 1992 by chef Anthony Russo, Houston-based Russo's New York Pizzeria is known as the only place to find authentic New York pizza and Italian dishes in Texas. It operates 28 restaurants in Texas, Florida, Tennessee and Arkansas, and will soon be expanding to New York and New Jersey.

Sahale Crunchers

SRP: $3.99 www.sahalesnacks.com

It's always great to see new twists on snacks that make healthy noshing delicious. With several innovative flavor combinations, Seattle-based Sahale's new Sahale Crunchers team lightly roasted sliced almonds with fruits and spices, offering unique mixes like Almonds with Cherries, Apples & Maple; Almonds with Cranberries, Sesame Seeds & Honey; and Almonds with Parmesan & Herbs. With less than 140 calories per serving, Sahale Crunchers add zing to healthy snacking.

Salem Baking Co. Cookies

SRP: $5.99 www.salembaking.com

It would be a shock to find a product from Winston-Salem, N.C.-based Salem that we didn't like, especially after experiencing its full line at a trade show. So it was no surprise how much their new releases impressed us. The Moravian sugar cookies, so delicately crisp on their own, are more decadent in holiday shapes, enrobed in chocolate and topped with crushed peppermint. The Butter Pecan Praline Shortbread Cookies are buttery rich, and the Pumpkin Spice Shortbread-laced with cinnamon, ginger, nutmeg and allspice- evokes images of the fall and winter holidays.

Sea Best Signature Entrées

SRPs: $5.72-$7.80 www.seabest.com

The Sea Best Signature line from Jacksonville, Fla.-based Beaver Street Fisheries features complete seafood dishes in a variety of flavor profiles. The line was developed to give consumers a foolproof method of preparing sophisticated seafood culinary creations at home. All items within the line are preseasoned, packaged in microwave-safe/oven-safe containers and ready in about six minutes. The tray itself is self-venting, creating a steam environment that gives the consumer a better-finished product than conventional microwave cooking. The line includes seven original recipes based on consumer input and research: Maine Lobster Cakes, Mango Crusted Swai, Potato Crusted Cod, Spinach & Artichoke Stuffed Flounder, Shrimp & Grits, Stuffed Clams, and Tilapia Florentine.

Seattle Chocolates Baby, It's Cold Outside

SRPs: $3.50 (2-ounce bar); $11.95 (6-ounce box of truffles) www.seattlechocolates.com

This special 2012 holiday collection of vintage-style truffle bars from the chocolate purveyor unsurprisingly based in Seattle was created to evoke the romance, glamour and innocence of a bygone era. There are five "cozy and family" flavors: Christmas Cookie Bar (milk chocolate, white chocolate center, vanilla, cinnamon oil, raw sugar crystals); Hot Buttered Rum Bar (milk chocolate with a hint of rum and toffee crunch); Holiday Cheer Eggnog Bar (milk chocolate with sweet vanilla, cream and nutmeg); Mom's Hot Cocoa Bar (milk chocolate bar with marshmallow bits); and Candy Cane Crunch Bar (minty dark chocolate truffle with candy cane chips). The truffles are also available in a holiday party box illustrated with scenes of a 1950s holiday shindig, and a fun "snow day" box with a wintry backdrop.

Snyder's of Hanover Eatsmart Potato Crisps and Bacon Cheddar Pretzel Pieces

SRPs: $3.49-$3.99 www.snyderslance.com

Our picks from Hanover, Pa.-based Snyder's could be described as both naughty and nice. You can rarely go wrong with bacon or cheese, so both is better: generous chunks of sourdough hard pretzels with hearty bacon and cheddar cheese flavors. Meanwhile, the brand has added potato crisps to its better-for-you Eatsmart line. These crunchy all-natural popped snacks have 65 percent less fat than regular potato chips and come in Original, Sea Salt & Vinegar, and sweet-spicy Mesquite BBQ flavors.

Sunkist Blends

SRP: $5.99 www.trifectafoods.com

Add some sunshine to your day with this rejuvenated take on trail mix from Pacoima, Calif.-based Trifecta Foods LLC that blends best-of-class ingredients with a proprietary process enhancing flavor and aroma. Sold under the Sunkist brand-synonymous in consumers' minds with quality citrus fruits-these tasty anytime snacks are designed to be marketed in the fresh produce section.

SunRidge Farms Items

SRP: Various www.sunridgefarms.com

Among among the slew of tasty new snacks from Royal Oaks, Calif.-based SunRidge Farms, two stood out as our particular favorites. Mango Almonds are all-natural dry-roasted almonds coated with a creamy mango coating, and made with real vanilla and natural flavors. They contain no preservatives, O grams of trans fats, no hydrogenated oils, and are GMO- and rBST-free. Vanilla Chai Raisins (above) consist of all-natural exotic chai spices and green tea blended together in a creamy real-vanilla coating poured over sun-ripened raisins. They contain no hydrogenated oils, titanium dioxide or trans fats, and are GMO-free.

SunRype Just Fruit & Grains

SRP: $1.29 www.sunrype.com

This dense, chewy bar from Kelowna, British Columbia-based SunRype Products Ltd. is made up of 70 percent fruit and 30 percent grains, with nothing else added. The simple, healthy all-natural ingredient list includes fruit purees, fruit and vegetable juice concentrates, oats, barley, rice crisps, sunflower seeds and flax seeds. What's more, there are two great flavors to choose from: Summer Berries and Strawberry Mango.

SweetLeaf SugarLeaf

SRP: $7.99 www.wisdomnaturalbrands.com

For those who love baking and whipping up other sweet treats but aren't keen to cut down on their sugar intake, SugarLeaf is a 100 percent natural low-calorie sweetener from Gilbert, Ariz.-based Wisdom Natural Brands, the maker of SweetLeaf Stevia Sweetener. Made by bonding SweetLeaf Stevia and raw cane sugar, SugarLeaf offers the sweet taste and browning and bulking qualities of sugar, but with two-thirds fewer calories and carbohydrates. And we were particularly glad to find out that since SugarLeaf is three times sweeter than sugar, less is needed in recipes.

Talenti Gelato e Sorbetto

SRP: $4.99-$5.99 www.talentigelato.com

Great-tasting, all-natural Talenti gelati and sorbetti are uniquely creamy and intensely flavored, made in small batches using traditional Italian equipment. Featuring milk from cows not treated with artificial hormones, Talenti's newest gelati are not only incredibly rich and creamy but, with about 30 percent less fat than regular ice cream, they're also a healthier alternative. In true Talenti tradition, the five new gelati are made from scratch with only the best all-natural ingredients. Chocolate Peanut Butter Cup, Banana Chocolate Swirl, Black Raspberry Chocolate Chip and Chocolate Chip-Stracciatella went over big with PG's road-testers, as did the mess-free screw-top lids.

Tastykake and Mrs. Freshley's Doughnuts and Pastries

SRPs: 85 cents-$4.49 www.flowersfoods.com

Flowers Foods impressed us with some of its latest releases under its Mrs. Freshley's and Tastykake brands. The co-branded Cinnabon Honey Bun is a sweet and moist breakfast treat, topped with cinnamon and icing. The Little Layer Cakes offer rich vanilla icing and a drizzle of chocolate-enrobed soft yellow cake with crème filling. The mini doughnuts from Tastykake make it too easy to eat more than one, especially the powdered sugar variety, and the Crème Filled Chocolate Bells are rich, chocolaty crème-filled morsels. The Cinnabon products are great for folks looking for that trademark cinnamon roll taste outside the mall. And with Flowers' distribution network, Tastykake products can be enjoyed by Philadelphia expats around the country.

Thai Kitchen Rice Noodles

SRP: $3.79 www.simplyasiafoods.com

Making authentic Asian noodle dishes has gotten much easier with this new line of all-natural rice noodles from Thai Kitchen, a brand of Berkeley, Calif.-based Simply Asia Foods LLC that's available in three gluten-free varieties (Brown Rice, Red Rice, and Purple Corn & Rice Noodles). Perhaps best of all is that they're packaged in four individual servings that allow consumers to add variety and personality to their favorite dishes, including stir-fries, soups and salads. Add the vegetables, protein and seasonings of your choice, and you're eating a unique and flavorful dish in minutes.

TruRoots Sprouted Trios

SRP: $4.19-$5.49 www.truroots.com

   PG tasters took the opportunity to get in touch with their roots with this shelf-stable, quick-cooking, naturally gluten-free, vegan and certified GMO-free product line featuring three types of sprouted rice, lentils and quinoa, respectively. Offering mosaics of color that are as lovely to look at as they are to eat-especially the quinoa combo-Livermore, Calif.-based TruRoots offers products that are directly sourced and sustainably grown.

Turkey Hill SunBrew Iced Tea

SRP: N/A www.turkeyhill.com

The folks at Conestoga, Pa.-based Turkey Hill are pioneers in chilled bottled tea in a multitude of flavors, and their latest release is a masterpiece. SunBrew aims to capture a homebrewed taste and truly hits the mark. With cane sugar and no added preservatives or colors, SunBrew comes in a 25-calorie Lightly Sweetened variety, as well as 80-calorie Sweetened and calorie-free Unsweetened. Our editors who live on the fringes of Turkey Hill's marketing area hope SunBrew will soon arrive at their local stores.

Tyson Deli Market Products and Pork Sparerib Mini Racks

SRPs: $3.99-$4.99 (Deli Market items); $5.49 per pound for a $8.50-$9.50 retail unit price (spareribs) www.tyson.com

We were frankly wowed by the Tyson Deli Market line, which features a whole range of fully cooked meal solutions, from restaurant-inspired pasta entrées, to glazed chicken breast fillets, to chicken fajita strips. The Springdale, Ark.-based company's heat-and-serve products come in both modified-atmosphere and vacuum skin packaging to retain freshness and quality. Meanwhile, for rib lovers, Tyson Pork Sparerib Mini Racks offer vacuum-packaged, pre-seasoned and portioned products that require minimal preparation and quick cooking times to deliver easy, no-fuss meals with no waste or mess. Available in Applewood and Teriyaki flavors, the line also provides smaller portion sizes-ideal for those of us who don't have an army to feed.

Udi's Gluten Free Foods Items

SRPs: $5.99-$6.99 www.udisglutenfree.com

Chocolate Chia Muffin Tops, Classic French Dinner Rolls and Millet-Chia Bread are among Udi's new line of products. The muffin tops allow the nutritionally minded to indulge in a little chocolate decadence. The dinner rolls are ideal for sharing at dinner with family or friends. The Ancient Grain Breads have more protein and fiber than Udi's original white and whole grain varieties, but are just as tasty. Baked with hearty ancient grains, this bread contains a wholesome balance of nutrients vitamins and earthy flavors. It's baked with chia, a naturally gluten-free seed that supplies beneficial nutrients and a delicious flavor.

Velveeta Cheesy Skillets

SRP: $3.25 www.kraft.com

There were a lot of smiles around the table on the night these samples from Northfield, Ill.-based Kraft were tested. The creamy cheese sauce takes these boxed meals up a notch or two. Just combine the pasta and seasonings with chicken, ground beef or tuna; mix in the sauce; and you've got a dinnertime crowd-pleaser in about 20 minutes. The biggest raves went to the Chicken Alfredo; new varieties also include Chili Cheese Mac and Tuna Melt.

Warheads Sour Twists

SRP: 99 cents www.impactconfections.com

Warheads Sour Twists from Littleton, Colo.-based Impact Confections is a three-color, three-flavor extruded chewy candy that's intertwined for a mouthwatering treat. It can be eaten as one combined twist, or untwisted so each flavor can be savored individually. Each twist has a fruity center and sour sanding, and is made to appeal to all taste buds. The product comes in a 2-ounce tray of twists in green apple, lemon and watermelon flavors. Warheads is supporting the new product launch online through sponsorships with Cartoon Network and Nickelodeon, as well as engagement with the Warheads Facebook community of more than 1.3 million fans.

Willamette Valley Granola Co. Granola Chips

SRP: $3.99 www.willamettevalleygranola.com

Granola's been marketed as a snack before, but never quite like this. Portland, Ore.-based Willamette Valley has introduced lightly sweetened, crispy bite-sized chips featuring a whole grain blend of oats, quinoa, amaranth and barley that enabled PG tasters to feel virtuous as they indulged. The product line's resealable pouches come in four toothsome flavors: Butter Pecan, Wild Berry, Honey Nut and Vanilla Bean.

Wrigley's Gum and Candy

SRPs: 69 cents-$3.19 www.wrigley.com

There was lots to love from Chicago-based Wrigley. Life Savers Gummies new 4.2-ounce Share Size Pouches replace the 2-ounce individual pouches launched in 2009. These pouches offer consumers more gummies in three flavor varieties: 5 Flavors, Mix-O-Reds, Sours and Collisions. The Micro Pack versions of 5 and Orbit gums were designed to make it convenient and affordable for consumers to keep their favorite chewing gums handy all of the time. The new 6-tab envelopes are available in 5 Rain (a tingling spearmint) and 5 Cobalt (a cooling peppermint), and Orbit Spearmint, Wintermint and Strawberry Remix. Skittles Riddles are a new bite-sized chewy candy with colors that don't match the flavors to keep consumers guessing as they make their way through bites of Strawberry, Apple, Watermelon, Fruit Punch and Raspberry. Starburst Flavor Morph chews start as one fruit flavor and transform into another as special flavor beads burst with a second flavor, creating a unique and new-to-the category experience. Each package contains an assortment of two juicy changing flavors: Cherry, Cherry Lime, Orange and Orange Strawberry.

Yes To Carrots Leave-in Conditioner with Argan Oil

SRP: $8.99 www.yestocarrots.com

Go ahead, say yes. San Francisco-based Yes To Carrots' Leave-In Conditioner sends a mix of proteins and amino acids deep into hair cuticles for some serious restructuring and rejuvenating benefits. Formulated for normal to dry and damaged hair types, the easy-to-apply, 98 percent natural formula provides a more intense level of benefit for hair that needs a little TLC, with argan oil and keratin proteins getting to the root of each strand of hair to strengthen and renew.

**Load-Date:** August 15, 2015

End of Document

# New Product Central

The Progressive Grocer

August 2012

Copyright 2012 Stagnito Media Food Group All Rights Reserved

**Length:** 11230 words

**Byline:** PG Editors

## Body

**Our annual roundup of the best retail product launches of the past year offers an assortment of winners from all parts of the aisles.**

It's that time again, when Progressive Grocer's seasoned editors, aided by a contingent of eager tasters at our Jersey City, N.J., office-otherwise known as New Product Central-get to sample a broad selection of the cream of the retail product crop.

But despite all of the fun we had road-testing so many great items, the process of narrowing down the final winners was no easy task, given the careful deliberation we applied to the many varied entries that came our way.

As always, not all products made the cut, but for the choice ones that did, a few noteworthy trends among recently released products readily emerged.

Better-for-you foods, including those targeting such specialized demographics as gluten-free, are now more mainstream than ever, with their healthy halo not all displaced by an implicit (and most welcome) tendency toward indulgence. Indeed, healthier foods that taste far better than their trailblazing predecessors are more frequently landing in the shopping carts of many customers now buying them for their sheer scrumptiousness rather than their nutritional content.

Another notable trend is toward innovative, highly functional-in some cases, multifunctional-packaging. In the produce sector alone, we encountered bite-size tomatoes that could be rinsed in their snack pack; a twin-pack of microwavable artichokes that could be preseasoned and steamed right in the bag; table grapes in a streamlined colander bag designed for easier carrying, display and storage; and breathable packaging that helps keep fresh blueberries tasting great.

Among other categories, we saw proprietary cigar packaging that eliminates the need for a humidor, opening up big selling opportunities for supermarkets, and a heat-and-eat line of deli meals in both modified-atmosphere and vacuum skin packaging to retain freshness and quality.

The deli meals in particular exemplified yet another big trend: convenience, which is still king, but with the growing recognition that shoppers want to put their own stamp on things. To that end, products we sampled included an ingenious cake mix with frosting and even a disposable pan, so home bakers can whip up a sweet treat with ease, and ready-to-eat hard-cooked and peeled eggs that purchasers can use to prepare nearly homemade deviled eggs, egg salads and the like.

With that, we extend sincere congrats to our most recent group of new product winners and invite you, our readers, to dig into the latest iteration of our smorgasbord of Editors' Picks.

320 Main Street Hoagies and Burritos

SRPs: $3.99 each (hoagies); $2.99 each (burritos) www.320foodsystems.com

The 320 Main Street Burrito line from Fort Collins, Colo.-based Fast Food Systems consists of three breakfast burritos: Beef and Green Chili, Chicken and Green Chili, and American with ham, sausage, bacon and potato in country gravy. The hoagie line features seven 8-inch varieties: Italian Sausage; Cajun Chicken BBQ; Pulled Pork BBQ; Italian with Ham, Capicola, Salami and Provolone; Smoked Turkey and Provolone; Pizza Steak; and Meatball. All products come frozen and can be sold frozen, thawed or in a hot box.

Almondina Milk Chocolate Delights and Yogurt Dipped BranTreats

SRP: $4.99 (both) www.almondina.com

It might be difficult to improve upon the original Almondina, offered by San Francisco-based WorldPantry.com Inc., but it's been done, and quite exquisitely at that, by smothering the irresistible cookie, with its yummy roasted almonds and sweet raisins, in rich premium milk chocolate. Additionally, a delicious take on Grandma Dina's Almondinas is the new healthful BranTreat breakfast cookie line featuring tasty, tangy cinnamon and a smooth, sweet yogurt coating. In both instances, these crispy, crunchy, all-natural cookies truly hit the sweet spot for great taste and guilt-free indulgence.

Alouette Portions

SRP: $3.99 www.alouettecheese.com

These 100 percent all-natural, 40-calorie-per-serving portions of America's favorite spreadable cheese, New Holland, Pa.-based Alouette, provide consumers (and hungry PG tasters) with a convenient and tasty snacking option. The product comes in two flavors: Original and Italian Herbs.

Amy's Light & Lean Pizzas

SRP: $4.29 www.amyskitchen.com

Petaluma, Calif.-based Amy's now offers two pizzas as part of its lower-calorie and -fat Light & Lean line, each containing half the fat of the company's original product versions. Italian Vegetable Pizza and Cheese Pizza each have fewer than 300 calories and just 6 grams of fat per 8-ounce single-serve size.

Andros Fruit Me Up Real 100% Fruit Sauces

SRPs: $3.69 (4-pack); $1.29 (4-ounce pouch) www.andros.com.fr

Andros Foods USA Inc., the Harrison, N.Y.-based subsidiary of a French fruit processor, offers pure applesauce and three exciting blends, all with a healthy twist. Containing only fruit puree and vitamin C, the all-natural, U.S.-made product offers one serving of fruit in each 4-ounce pouch. The available varieties are Apple, Apple Strawberry Banana, Apple Mango Pineapple, and Apple Peach Apricot.

Annie's Homegrown Organic Rising Crust Pizza

SRP: $9.99 www.annies.com

Crafted from whole grains, real cheeses, and organic meats and vegetables, these family-sized rising-crust pizzas from Berkeley, Calif.-based Annie's represent a departure for natural pizzas, most of which are single-serve vegetarian items of the thin-crust or flatbread type. By contrast, Annie's offers the hearty meat options of Uncured Pepperoni and Supreme, along with popular varieties Four Cheese and Spinach & Mushroom.

ArtiSun Farms Redi Bites

SRP: $3.99 www.eurofresh.com

These addictive grape-sized tomatoes from Willcox, Ariz.-based Eurofresh are perfect for a quick snack on the run or as a sweet accompaniment to a mealtime salad. The cute yet functional clamshell packaging is designed to allow for rinsing in the container, so snackers can pop one morsel at a time straight from the resealable opening if they wish.

Bakery On Main Truebar

SRP: $1.99 www.bakeryonmain.com

Gluten-free never tasted so good. This fruit-and-nut bar from East Hartford, Conn.-based Bakery On Main is billed as having "nothing to hide," and clear packaging certainly reinforces that all-natural message. Available in six flavors, including Hazelnut Chocolate Cherry, Walnut Cappuccino, Coconut Cashew and Apricot Almond Chai, the dense, chewy bars are bound to appeal not only to those with gluten intolerance, but also athletes in need of energy and people who just appreciate a delicious on-the-go snack. Additionally, Truebars are Non-GMO Project Verified, kosher, dairy- and casein-free, low in sodium, and a good source of fiber and omega-3, as well as containing no trans fats or cholesterol.

Barista Baking Co. Break & Bake Scones

SRP: $2.49 www.championfoods.com

Champion Foods' new line of Break & Bake scone dough, under the New Boston, Mich.-based company's upscale Barista Baking Co. brand, brings the local bakery to the home kitchen. Available in three flavors-Almond, Blueberry and Chocolate Chip-the oven-ready dough yields eight scones per package that bake up quickly, easily and tastily in home ovens in a matter of minutes.

Beemster 10-Month Aged Goat Cheese

SRP: $15-$20 per pound www.beemster.us

Yes, it's a bit on the pricey side, but one taste and you'll know why PG's tasters flipped for this firm-bodied, full-flavored 10-month-aged goat cheese from the Beemster co-op in north Holland (the company's U.S. presence is coincidentally in this publication's hometown of Jersey City, N.J.). Offering a rich, long-lasting flavor packed with floral and grassy tones, and a unique texture, this cheese is ideal for grating over salads or pasta, and pairs well with dark breads, avocados and walnuts.

Benedetto Pinot Grigio

SRP: $11.99 www.gkskaggs.com

Fruit flavors of pear and apple with hints of melon and mineral make this light- to medium-bodied, dry, crisp and fresh wine imported by Irvine, Calif.-based G.K. Skaggs Inc. perfectly suited to poultry, fish, appetizers, aperitifs and other light fare. Hailing from Veneto, Italy, Benedetto Pinot Grigio offers a delicate complexity and elegance, merging the well-known qualities of the popular grape variety with just a touch of sweetness.

Benelact Reduced Cholesterol Cheeses and Butter

SRPs: $3.99 (butter); $3.29-$3.49 (7-ounce cheese shreds or slices); $2.99-$3.39 (8-ounce cheese blocks); $5.35-$5.75 (16-ounce cheese blocks); $6.49-$6.99 (5-pound blocks) www.benelact.com

For those looking to reduce their cholesterol intake without giving up the great taste of real cheese and butter, Sturtevant, Wis.-based Benelact Dairy has come to the rescue. Benelact's reduced-cholesterol butter and cheeses offer the same taste and functionality as traditional products, but with a third less cholesterol. Made using patented technology that removes cholesterol mechanically during processing, the products are all natural with a clean label, and they're priced competitively with traditional items. Cheeses are offered in multiple sizes and formats, in Cheddar, Colby Jack, Mozzarella and Provolone varieties.

Blake's Upside Down Chicken and Waffle Pie

SRP: $5.99 www.blakesallnatural.com

Concord, N.H.-based Blake's All Natural Foods has put its own spin on this classic southern meal. Each "pie" is made by hand in small batches with hand-pulled white-meat chicken, mashed sweet and russet potatoes, gravy, and a hint of real Vermont maple syrup, all topped with an organic waffle. You bake the item, flip it over onto your plate and enjoy. It's a tasty change of pace from run-of-the-mill pot pies, and the express instructions shorten cooking time without impairing flavor.

Blimpie Best Sub Sandwich Kit

SRP: $6.25 www.landofrost.com

Since almost 60 percent of consumers make sandwiches at home during tough economic times, family-owned packaged lunchmeat company Land O'Frost, based in Lansing, Ill., embraced this consumer trend and created a national partnership with Blimpie to offer the Scottsdale, Ariz.-based sub shop chain's signature meats in its popular Sub Sandwich Kits for consumers. The kits offer the four signature meats of Blimpie's most famous sandwich, Blimpie Best. Each kit contains Prosciutto Cotto Ham, Smoked Ham, Capicola Ham and Salami interleaved with parchment paper for ease of separation and portion control, and enough meat for six sandwiches. Additionally, the product is gluten-free and offers 14 grams of protein per serving.

Blu eCigs Disposable Electronic Cigarettes

SRP: $9.99 www.blucigs.com

Blu eCigs give users the look and feel of traditional cigarettes with a water vapor "puff" instead of smoke and ash. Blu eCigs are available in convenient disposables or rechargeable packs for regular use, with or without nicotine and in a variety of flavors. Each combines the battery, atomizer and cartridge in one single piece, and the Charlotte, N.C.-based company's signature blue LED tip glows with each puff. Designed with a single hole for maximized draw and resistance, the mouthpiece is engineered to prevent leakage. Blu eCigs offers two flavors: Magnificent Menthol provides a surge of minty flavor, but for rich, full-flavored tobacco taste, Classic is ideal. Each eCig is equal to 400 puffs or about 1 1/2 packs of cigarettes.

BonSavor Whole Wheat Flour Naan

SRP: $3.49 www.bonsavorfoods.com

With ethnic cuisine catching on in a big way among mainstream consumers, Dallas-based BonSavor is on the right track with its line of whole wheat flatbreads inspired by a range of cultures. The company's authentically crafted, flame-baked naan (a type of flatbread hailing from India) is naturally low in fat; has no saturated fat or cholesterol and O grams of trans fat per serving; is high in vitamin B1 and a good source of dietary fiber, vitamin B3, folate and calcium; and offers 37 grams of whole wheat per serving. Oh, and it tastes really good. too.

Brioni's Healthy Morning Coffee

SRP: $8.99 www.brionis.com

Prebiotic coffee? As long as it doesn't alter the product's taste (and in this case, it definitely doesn't), why not? Brioni's Healthy Morning Coffee is the first coffee to provide digestive health benefits while delivering the taste and aroma of true gourmet coffee, according to Glastonbury, Conn.-based Brioni Coffee Co. Each 12-ounce cup is a good source of fiber and a prebiotic, delivering 4 grams of dietary fiber, O grams of fat and cholesterol and just 35 calories. So, go ahead, enjoy that second cup.

Buff Lo Dip

SRP: $5 www.bufflodip.com

Buff Lo Dip from Londonderry, Ohio-based Dzalt Enterprises LLC is ideal not only as a dip for chips, chicken nuggets or tenders, and veggies, but also as a sauce for many different foods. It can be used on tacos, pizza, hot dogs, hamburgers, subs, turkey sandwiches, chicken sandwiches, steamed or fried rice, chicken wraps, and grilled cheese, as well as in chili, soups and many other foods.

Califia Farms Cuties Juice and Almondmilk

SRP: N/A www.califiafarms.com

Those wildly popular Cuties seedless Clementinesare now available in juice form from Bakersfield, Calif.-based Califia Farms, which scored big with its tangerine juice blends. At 100 to 130 calories per serving, the all-natural juices have no added sugar and deliver two full servings of fruit, along with 150 percent RDV of vitamin C. The Clementine-mandarin, tangerine-orange-mango and tangerine-orange-pineapple blends come in "whimsical 8-ounce PET bottles designed for maximum kid appeal," as well as 12- and 48-ounce sizes. Califia also made a splash with its three varieties of Almondmilk, a great option for the lactose-intolerant or others avoiding dairy. The antioxidant-rich line is free of lactose, soy and gluten, and claims to deliver 50 percent more calcium than 1 percent dairy milk. Califia's Almondmilk comes in 48-ounce bottles, in Unsweetened, Creamy and Vanilla varieties.

Cedarlean Egg White Frittatas

SRP: $3.99 www.cedarlanefoods.com

As Carson, Calif.-based Cedarlane Foods aptly notes, there's nothing "lean" about the taste of its gluten-free frozen Cedarlean Egg White Frittata line, which is available in Broccoli & Cheddar, Roasted Chile & Cheese, and Spinach & Roasted Tomato varieties. Each all-natural frittata melds fluffy egg whites, fresh cheeses, chunky vegetables and a blend of spices in a scalloped potato crust. High in protein and fiber, and containing no more than 200 calories, the product line comes in packaging with a prominent "gluten-free" icon on the front, helping gluten-intolerant consumers find what they need quickly.

Celestial Seasonings Sweet Harvest Pumpkin Holiday Black Tea

SRP: $2.99 www.hain-celestial.com

This autumnal tea, available seasonally from Boulder, Colo.-based Celestial Seasonings, a division of The Hain Celestial Group in Melville, N.Y., creates its own warm glow. Featuring rich black tea, harvest-fresh pumpkin flavor and traditional spices such as cinnamon, ginger and nutmeg, plus a hint of natural sweetness, the product made PG's resident sippers fall for fall all over again.

Chobani Champions Vanilla Chocolate Chunk Greek Yogurt

SRP: $1.29 www.chobani.com

Aiming to bring kids to the current big yogurt trend, Norwich, N.Y.-based Chobani's Champions is authentic strained Greek yogurt made with low-fat milk and real chocolate chunks. Each 3.5-ounce cup is chockfull of protein, calcium and vitamin D. It's a tasty and healthy alternative to other kids' snacks, and should be welcomed by parents looking for something different for kids' lunchboxes,after-school treats or the cooler for handing out following soccer games or other children's activities.

Clemmy's Ice Cream Bars

SRP: $4.29 www.clemmysicecream.com

These sugar-free, gluten-free and lactose-free ice cream bars from Rancho Mirage, Calif.-based Clemmy's are almost too good to be true. Especially sublime were Clemmy's Orange Crème Bars, featuring the citrusy tang of

oranges swirled together with rich, creamy vanilla ice cream. All of the bars achieve their luscious taste by using superior, all-natural ingredients.

Country Time Lemonade Chewy Candy

SRP: $1.99 www.sorbee.com

Aiming to leverage some recent category growth, Trevose, Pa.-based Sorbee International LLC launched these chewy candies as a follow-up to its previous hard candy released under the iconic soft-drink brand name. Available in four flavors (Lemonade, Peach Lemonade, Raspberry Lemonade and Pink Lemonade), these refreshing chews capture their namesake's flavor profile-not too tart, not too sweet. Available in 7-ounce peg bags, the candies promise 150 calories per eight-piece serving.

Dancing Deer Baking Co. Whole Grain Cranberry Orange Cookies with White Chocolate Chips

SRP: $5.99 www.dancingdeer.com

These soft and chewy indulgences from Boston-based Dancing Deer Baking Co. went fast at the PG office-gone-within-the-hour fast! Sweet cranberries, orange and creamy white chocolate chips are crammed into every whole grain cookie. The scratch-baked, all-natural and kosher treats come eight to a package-although that won't seem like nearly enough.

Del Destino Tapenades

SRP: $1.99 www.atalanta1.com

Del Destino gourmet tapenades from Elizabeth, N.J.-based Atalanta Corp., available in such savory varieties as Piquillo & Jalapeno, Olive, Asparagus, and Artichoke, do multiple duty as dips, sandwich spreads, marinades, pasta flavorings and even salad dressing ingredients. A particular-and tasty-use one PG editor found for the product was as an impromptu "pizza" sauce on a whole wheat pita that was then heaped with veggies and melted cheese.

Disney Berry Quick Snacks

SRP: $2.99 www.naturipefarms.com

These ready-to-eat fresh blueberries from Salinas, Calif.-based Naturipe Farms feature a harvest-to-package system that lengthens the shelf life of the product for up to three weeks when properly refrigerated. The succulent berries are triple-inspected, triple-washed and placed in breathable packaging, resulting in a high-quality healthy snack that's perfect for Disney-loving kids of all ages to take along anywhere.

Dole Frozen Fruit Single-serve Cups

SRP: $2.49 (pack of two 3-ounce cups of strawberry or pineapple); $2.79 (pack of two 3-ounce cups of blueberries) www.dole.com

Employing cutting-edge, patent-pending technology to minimize texture loss during the defrosting process for a just-like-fresh appearance, taste and mouth-feel, Frozen Fruit Single-serve Cups from Westlake Village, Calif.-based Dole can be enjoyed as a healthy snack any time of the day. Besides being eaten on their own, they can be popped into smoothies, sprinkled on top of various dishes and incorporated into various recipes.

Dove Milk Chocolate Covered Raisins & Peanuts

SRP: $3.49 (5-ounce resealable pouch) www.mars.com

Lovers of peanuts, raisins and chocolate are sure to enjoy this combination of taste and textures in a bite-sized candy. These milk chocolate-enrobed treats from Hackettstown, N.J.-based Mars Chocolate North America are packaged in an eye-catching standup pouch with great shelf presence. As a "hand to mouth" candy, this new treat

is part of the increasingly popular unwrapped-bite segment, which has expanded to $1.6 billion annually and emerged as a growth category for manufacturers and retailers alike.

Eat Well Enjoy Life Hummus

SRP: $3.99-$4.99 http://eatwell-enjoylife.com

The creamy hummus made by Alpharetta, Ga.-based Tryst Gourmet/Eat Well Enjoy Life features various beans, making it easy for consumers to add more protein, fiber and healthy fat to their diets. The gluten-and cholesterol-free, kosher product line comes in three zesty flavors: Sweet & Spicy Black Bean, whose topping of spicy roasted corn, sweet pineapple and red-pepper relish offers complementary flavors; high-protein Spicy Red Lentil Chipotle, set off by a topping of milder poblano chili peppers and corn; and Wasabi Edamame, topped by black beans and pickled ginger, and offering just the right kick of wasabi backed with horseradish.

Eggland's Best Hard-Cooked Peeled Eggs

SRP: $2.59 www.egglandsbest.com

No time to hard-cook eggs? Just reach for Eggland's Best's ready-to-eat Hard-Cooked Peeled Eggs. Produced and selected from the Jeffersonville, Pa.-based company's Grade AA farm-fresh eggs, and delivering all of the same nutritional benefits with a large added serving of convenience, the item is a resealable pouch of six medium-sized hard-cooked and peeled eggs that contain 25 percent less saturated fat than ordinary eggs, and are an excellent source of vitamins D, B12 and E, and a good source of riboflavin-all for just 60 calories per egg.

Entenmann's Cake Pop Set

SRP: $19.99 www.durakleen.com

With cake pops all the rage, home bakers can easily replicate the charm and whimsy of the tasty single-serve treats with the Entenmann's brand bakeware product line from Brooklyn, N.Y.-based Euro-Ware. Suitable for making sweets on a stick for any celebration, the new bakeware line is affordably priced and ideal as a cross-merchandising candidate for your baking department.

Freshpet Select Roasted Meals for Cats/Dogs

SRPs: $4.29 (1-pound bag of cat food); $10.99 (3-pound bag of dog food); $6.49 (1.75-pound bag of dog food) www.freshpet.com

With its Select Roasted Meals, Secaucus, N.J.-based Freshpet offers consumers' four-legged companions tender chicken pieces accented with carrots and spinach for well-balanced meals pet parents can feel good about serving. The cat food marries the taste and texture of the wet food preferred by felines to the convenience of dry food.

Front Porch Ice Cream

SRP: $4.99 www.mooresvilleicecream.com

Just when it seems like we've seen or tasted just about every ice cream on the market, there comes a new 15-SKU line of Southern-inspired flavors from North Carolina-based Mooresville Ice Cream Co. Packed under the Front Porch brand, the line was a tremendous hit with our team, with the Nana's Banana Pudding, Lemony Sunshine, Peachy Keen and Blackberry Crumble varieties proving especially popular. The line features uniquely crafted flavors based on homespun recipes that will make you feel as though you're rocking on your own front porch on a summer night, no matter where you might be.

Früsh

SRP: $1.99 www.gofrush.com

The Frūsh line of refrigerated yogurt fruit shakes from based Origin Food Group LLC, available in four refreshing flavors-strawberry, blueberry, peach and strawberry banana-blends real fruit with creamy yogurt, resulting in a delicious on-the-go treat. Upping the ante with proprietary, health-enhancing ingredients that optimize bone health and probiotics to boost immunity and aid digestion, the line of functional beverages in 8.4-ounce bottles is perfectly positioned for convenience-seeking, nutritionally minded consumers.

Glutino Rosemary & Olive Oil Gluten Free Snack Crackers and Gluten Free Tortilla Dippers

SRPs: $3.49 www.glutino.com

Glutino Rosemary & Olive Oil Gluten-Free Snack Crackers, the unanimous favorite flavor of PG's tasters, makes for a satisfying gluten-free snack. The flavorful, all-natural crackers go great with soup or salad, but are equally fine on their own. Seasoned with a just touch of salt, the Laval, Quebec-based company's Gluten Free Tortilla Dippers-also all-natural-feature a sturdy scoop shell design that easily accommodates a large dollop of salsa or dip.

Gourmet Trading Co. Superblues Blueberries and Peeled White Asparagus

SRPs: $1.99( 5-ounce package of blueberries); $3.49 (10-ounce package of blueberries); $4.99 (16-ounce package of blueberries); $2.49 (9-ounce package of asparagus); $3.49 (12-ounce package of asparagus), $4.39 (1-pound package of asparagus); $6.49 (1.5-pound package of asparagus) www.gourmettrading.net

Now available in new pack sizes providing lower price points, the appropriately named Superblues from Gourmet Trading Co. boast twice the size and crunch of their standard counterparts. Our PG tasters certainly found them firm, flavorful and filling, with the added bonus that they held up well to freezing. The Peeled White Asparagus, introduced to market by the Los Angeles-based company, comes in a bag proven to lower shrink. Pre-peeled for greater preparation convenience, the elegant side dish can be displayed in a two-piece shipper that can be assembled in minutes without a box cutter and features a moisture pad at the bottom of the tray to keep the asparagus fresh.

Goya Fiesta Baked Beans

SRP: $1.69 www.goya.com

Secaucus, N.J.-based Goya, the Latin foods leader, continues to expand into new avenues, as evidenced by its line of Fiesta Baked Beans. With more Latin-inspired flavors and recipes gaining mass appeal, coupled with data that finds more than half of all general-population American households consuming baked beans, grocers can't miss with Goya's Fiesta Baked Beans, whose robust flavor and Latin flair easily complements a variety of meals.

G.S. Caramel Sea Salt Gelato

SRP: $4.79 www.gsgelato.com

This luscious gelato from Fort Walton Beach, Fla.-based G.S. Gelato & Desserts Inc. seizes upon the sweet-and-salty trend, along with the popularity of sea salt as an ingredient. It features a deep, creamy texture with a rich taste reminiscent of a soft, warm caramel, plus a delicate touch of Mediterranean sea salt. The fusion of flavors is quite pleasant, making for a unique and delicious treat.

Hammond's Candies

SRPs: 95 cents-$9.95 www.hammondscandies.com

Denver-based Hammond's released several new products this year, but these in particular caught our editors' fancies. The individually wrapped Caramel Marshmallows offer soft, chewy, buttery goodness. Of the company's latest Pantry Classics dip flavors, designed for snacking and recipes, we were most taken with Cinnamon Bun. But Hammond's new line of chocolate bars really shows off the brand's decadent creativity. The editors were split on

their favorites, but the Malted Milkshake, PB&J Sandwich, chocolate-and-raspberry Crackle Crunch, and chipotle-laced Sweet 'N Spicy were definite standouts.

Hartz UltraGuard Pro Flea & Tick Treatment

SRP: $19.99 www.hartz.com

Providing effective and affordable flea and tick protection for 30 days at a fraction of the price of veterinarian-recommended products, Hartz UltraGuard Pro Flea & Tick Treatment for Dogs and Puppies starts killing our furry friends' tormentors within 15 minutes. The product from the Secaucus, N.J.-based Hartz Mountain Corp. includes the patented Pro-Glide applicator, which easily penetrates pet fur for application directly to dogs' skin.

Hawaiian Kettle Style Mango Habanero Chips

SRP: $2.99-$3.49 www.timschips.com

These new Mango Habanero chips come from Hawaiian Brand Snacks, made by Peoria, Ill.-based Tim's Cascade Snacks, part of the Pinnacle Foods Group. The crunchy chips feature a unique taste that combines the heat of habanero peppers with the sweetness of mangoes. There's just enough heat to give these chips some authority while not overpowering the overall spicy-sweet flavor.

Hershey's Candies

SRPs: $1-$3.79 www.hersheys.com

Pennsylvania-based Hershey Co. supplied many sweet favorites among the PG crew. Hershey's Simple Pleasures Chocolates, boasting 30 percent less fat compared with average milk chocolates, deliver all of the deliciousness expected from a Hershey's product. Consisting of a smooth chocolate outside with a rich creme-filled center, Simple Pleasures come in three varieties and are individually wrapped for easy portion control in 24-count, 5.6-ounce pouches. Rolo Minis feature the classic combination of chewy caramel and milk chocolate of their full-size counterparts in a calorie-friendly size that make life sweeter for consumers who want to enjoy their chocolate without the guilt. Ice Breakers Duo Mints offer a tasty, refreshing lift with a "fruit+cool" flavor sensation. Combining a textured fruit-flavored side (available in raspberry and strawberry varieties) with a cooling, smooth side that features Ice Breakers Mints' signature flavor and cooling crystals, Duo Mints come in 1.3-ounce tins. With a crunchy candy shell and a soft, chewy center, Jolly Rancher Crunch 'N Chew combines the unmistakably bold fruit flavors of the original hard-candy version with a chewy texture. The result is a candy experience that satisfies both crunchy and chewy candy fans' respective sweet spots.

Hormel Cure 81 Ham Steaks, Natural Choice Chicken Sausages and Natural Choice Smoked Sausages

SRPs: $3.09-4.99 (ham steaks); $4.99 (chicken sausages); $5.99 (smoked sausages) www.hormel.com

Easy-to-prepare, fully cooked Cure 81 ham steaks satisfy PG tasters' need for a quick, single-serve weekday meal idea in a variety of flavors: Classic, Brown Sugar, Peppered and Honey Cured. As their name implies, Natural Choice chicken sausages have no preservatives or artificial ingredients, and grill up nicely in three cheese-studded varieties: Jalapeno Cheddar, Apple Gouda and Spinach Asiago. Also boasting no preservatives or artificial ingredients, Natural Choice smoked sausages feature a blend of spices that, along with the smoking process, result in a savory taste sensation. A particular standout is the Turkey variety, which provides a lighter alternative, having half the calories of, and 70 percent less fat than, the Original sausage.

IHOP at Home Syrups

SRP: $3.99-$4.29 (24 ounce); $2.99-$3.19 (12 ounce) www.sorbee.com

The latest iconic brand to be brought to grocery store shelves by Trevose, Pa.-based Sorbee International LLC is IHOP-specifically, the syrup enjoyed for years by breakfast diners. The IHOP at Home line of retail breakfast syrups

includes classic flavors such as Original, Lite and Sugar Free in 24-ounce bottles, and unique flavors like Rooty Tooty Fresh 'N Fruity Blueberry in 12-ounce bottles. It was really a no-brainer to put the IHOP brand in the retail channel, and these syrups live up to the name.

International Delight Coffee Beverage

SRP: $3.99 www.whitewave.com

Coffeehouse indulgence is now as close as the refrigerator with International Delight Iced Coffee, a sweet and creamy, ready-to-drink iced beverage made with 100 percent premium Arabica coffee and available in three luscious flavors: Vanilla, Mocha and Original. The generous half-gallon packaging was another plus. This gourmet-stylethirst-quencher from Broomfield, Colo.-based WhiteWave Foods was particularly satisfying over ice on broiling Jersey City afternoons.

Ivy-Dry Super Continuous Spray

SRP: $10.99 www.ivydry.com

The first continuous spray for the treatment of poison ivy, Ivy-Dry is godsend for hikers, campers and others who enjoy outdoor activities. It can be easily applied to hard-to-reach areas of the body while keeping hands mess-free and lowering the chance of spreading infection or recontamination. PG's testers particularly loved the fact that users can spray at any angle-even upside-down-and the product requires less effort than traditional finger-pump sprays, according to Fairfield, N.J.-based Ivy-Dry Inc.

Kane Candy Chocolate Dessert Cups

SRP: $5.99-$7.99 www.kanecandy.com

Because they're as functional as they are pretty, we like these candy cups quite a choco-lot! A quick and easy dessert solution, Kane's Chocolate Party Cups, offered by Caledonia, Mich.-based Niche Gourmet, can be filled and topped with a limitless number of sweet possibilities. The line's five varieties include chocolate flowers, white and dark chocolate Tuxedo cups, chocolate cordial and toasting cups, chocolate heart cups, and large Kane Candy Chocolate Party cups. Great for parties of all kinds and sizes, these items lend a special, elegant touch to the dessert course.

Kellogg's Krave Cereal and Eggo Wafflers

SRP: $3.99 (Krave); $2.99 (Wafflers) www.kellogg.com

Kellogg's Krave is aimed at teens, of whom 50 percent reportedly skip breakfast. The product features a sweet, crispy cereal shell exterior with a smooth real chocolate center, delivering an "intense chocolate experience," according to the iconic Battle Creek, Mich.-based company. A good source of fiber and made with whole grains, Krave is available in Chocolate and Double Chocolate. Eggo Wafflers are hand-held, tear-apart waffle bars-crispy on the outside, fluffy on the inside-that are designed to be eaten right out of the toaster, no syrup required. They are available in Brown Sugar Cinnamon Roll and Strawberry Strudel flavors.

Kind Nuts & Spices

SRP: $1.99 (bar) www.kindsnacks.com

New York-based Kind Healthy Snacks offers this line of snack bars crafted from high-quality whole nuts and spices. The clean-label bars deliver indulgent recipes with all-natural protein, fiber and no more than 5 grams of sugar. The product line is available in four varieties-Dark Chocolate Nuts & Sea Salt, Madagascar Vanilla Almond, Dark Chocolate Cinnamon Pecan and Cashew & Ginger Spice-that provide unique flavors in a great-tasting, better-for-you snack.

Klondike Shelf-stable Baby Potatoes

SRP: $1.99 www.potandon.com

Potandon Produce's Klondike Goldust Express joins Klondike Rose Express as part of the Idaho Falls, Idaho-based company's shelf-stable line of microwavable fresh potatoes. Klondike Express combines cutting-edge packaging technology with two market-proven potato varieties, enabling convenience-driven consumers to prepare 1 pound of whole fresh Klondike baby potatoes from pantry to plate in just six minutes. They're positioned as high-velocity impulse items that can be cross-merchandised as part of a meal solution display, or as a quick potato side-dish to complement outdoor grilling in summer. In addition, the Klondike Rose Express package has been updated with an enhanced nutritional panel on the front, highlighting the fact that fresh potatoes are fat- and sodium-free, and contain 18 percent of the recommended daily amount of potassium per serving and 45 percent of vitamin C.

Kraft Fresh Take

SRP: $1.99 www.kraft.com

Northfield, Ill.-based Kraft aims to simplify the process and ease the mess of preparing crusty baked poultry, pork and seafood dishes. Each refrigerated Fresh Take sectioned bag contains natural Kraft Cheese and seasoned breadcrumbs; you break the divider, mix the cheese and crumbs, coat your protein and bake. The bag is your bowl, so cleanup is minimal. It's an easy way for budding cooks to try something new, and veterans should like having fewer dishes to wash. Fresh Take comes in six varieties: Southwest Three Cheese, Rosemary & Roasted Garlic, Chile Lime & Panko, Cheddar Jack and Bacon, Italian Parmesan, and Savory Four Cheese.

Krave300 Disposable Electronic Cigarettes

SRP: $8.99-$11.99 www.vapor-corp.com

Krave Electronic Cigarettes from Fort Lauderdale, Fla.-based Vapor Corp. offers a large selection of disposable e-cigs designed to stylishly fit any smoker's needs. Available in traditional tobacco or menthol flavors, the Krave300 disposable line also comes in an assortment of 10 other flavors merchandised in 10-unit point-of-purchase boxes. The Fruits Collection includes Sour Apple, Blueberry, Great Grape, Juicy Peach and Strawberry flavors, while the Sweets Collection offers Cappuccino, Chocolate, Red Wine, Spiced Rum and Very Vanilla flavors, among others. In addition, Krave300 e-cigs are available in a variety of colors and tattoo-inspired looks, all equipped with jewel-cut tips to really make them stand out. Users can enjoy 300 puffs without the second-hand smoke, flame, ash or odor of traditional cigarettes.

Larry the Cable Guy Smokin' Chips, Wraps and Firestarters

SRP: $5.99 (chips); $6.99 (wraps); $8.99 (8-pack of firestarters, which are 98 cents apiece) www.tailgatingplanks.com

Chef Locke's It's Hi-Time Home Décor & More Inc., based in Spokane Valley, Wash., has extended its easy BBQ prep line with flavor and smoke accessories under the Larry the Cable Guy brand-in the process taking grill-friendly fare to the next level. The Smokin' Chips, Wraps and Firestarters are suitable for all proteins and infuse a tangy, smoky flavor in a fun and easy preparation method to help folks "git-R-done" and enjoy.

Lake Champlain Chocolates Organic Dark Chocolate Bars

SRP:$4.59 www.lakechamplainchocolates.com

Inspired by Peru's world-class cocoa, Burlington, Vt.-based Lake Champlain Chocolates added two organic chocolate bars to its organic chocolate line. The scrumptious single-origin 70 percent cocoa bars are Peru Organic and Cherry Peruvian, the latter of which features organic tart dried cherries from northern Michigan that perfectly complement the fruitiness already present in the chocolate, along with Madagascar Bourbon vanilla beans, considered the finest and most balanced vanilla beans available.

Lawry's and McCormick Seasoning Blends and Coffee Extract

SRPs: $3.29 (Lawry's items); $4.59 (Gourmet Seasoning items); $1.40 (Grill Mates); $2.89 (Perfect Pinch) and $4.42 (extract) www.mccormick.com

These fabulous flavors from Hunt Valley, Md.-McCormick & Co. enlivened PG tasters' various culinary endeavors. Lawry's Fire Roasted Chile & Garlic Blend and Oregano & Basil provided authentic Southwestern and Mediterranean zing, respectively, while McCormick Gourmet Cuban and Gourmet Tuscan Seasoning items were robust ambassadors for two time-honored cuisines. Specially designed for larger cuts of meat that require more time on the grill, the Slow & Low Memphis Pit BBQ Rub in the Grill Mates line went over big at one summer cookout we know of, and for the sodium-conscious among us, nothing could top the Perfect Pinch salt-free Fiesta Citrus and Southwest Sweet 'n Smoky varieties, both of which are treats for the taste buds. Last-but certainly not least-the Pure Coffee Extract proved an irresistible addition to cookies, cakes, pies, hot beverages and anything else that occurred to us.

Lipton Pure Leaf Real Brewed Tea

SRPs: $2.49-$2.69 (carafe); $1.69-$1.79 (single) www.pepsico.com

This Lipton/Pepsi joint project is a great addition to the growing ranks of bottled brewed teas. Brewed from Rainforest Alliance Certified tea leaves from China, India, Africa and South America, Pure Leaf comes in unique square PET bottles, and in nine assorted flavor and calorie combinations, including lemon, peach and raspberry. The sweet varieties-Sweetened and Southern-style Extra Sweet-are made with all-natural sugar, but the Unsweetened is a benchmark for a bold, clean-tasting, refreshing iced tea.

M&M'S Mint Dark Chocolate Candies

SRP: $1.09 (1.5-ounce single); $2.99 (8-ounce resealable pouch) www.mars.com

The latest new variety of M&M'S is delicious, refreshing and a sure winner in the candy aisle. This time, the familiar candy shell encases creamy dark chocolate laced with refreshing mint. Mars Chocolate North America had offered this flavor only during the winter holiday season, but now consumers can enjoy it year-round-a smart move, since the Hackettstown, N.J.-based company notes that mint chocolate is a popular flavor enjoyed by consumers anytime (80 percent of sales are nonseasonal), and sales in the mint segment are growing faster than in the chocolate category.

Macanudo Cigar with Locked-In Humidity Packaging

SRP: $6.99 www.cigarworld.com

For grocers that want to sell premium handmade cigars but not install a humidor, Miami-based General Cigar Co. has brought "Locked-In Humidity" packaging to its top-selling Macanudo cigar brand. This innovative, proprietary wrapping provides an airtight barrier that guarantees fresh-from-the-factory flavor in an

attractive package and display. This packaging also presents grocers with merchandising opportunities away from the traditional tobacco section, such as the wine and spirits department. The sample was of Macanudo's typical high quality, and the packaging delivered the 5.5-inch-by-50-ring-gauge cigar in perfect smoking condition. The pouch is also available on same-size cigars from General's Partagas, Punch and Excalibur brands.

Manischewitz Gluten Free Chocolate Cake Mix

SRP: $4.69 www.manischewitz.com

Including nearly everything needed to make-and bake-a cake, including cake mix, frosting mix and even a disposable pan, Manischewitz Gluten Free Chocolate Cake Mix from the respected Newark, N.J.-based kosher food company is ideal for convenience-seeking gluten-intolerant consumers. With a preparation time of less than 10

minutes and a baking time of about 40 minutes, the packaging features an on-pack icon communicating the healthier attributes of the all-natural item, which is an excellent source of fiber and low in sodium, as well as having no MSG, sulfites, and artificial preservatives or ingredients.

Mann's Rainbow Salad

SRP: $1.99-$2.99 www.mannpacking.com

With mini broccoli florettes now added to its already healthy and delicious mix of shredded carrots, cabbage and cauliflower for extra crunch and texture, the reformulated Rainbow Salad from Salinas, Calif.-based Mann Packing Co. is truly better than ever. The microwaveable pre-washed product works well in salads, wraps, sandwiches and more- one veggie-loving PG editor naturally used it as the basis of a super Fourth of July slaw.

Mediterranean Snacks HummuZ Crispz and Lentil Crackers

SRP: $3.49-$3.99 www.mediterraneansnackfoods.com

Tasty, crunchy snacks that boast enhanced wellness profiles without sacrificing taste, HummuZ Crispz and Lentil Crackers from Boonton, N.J.-based Mediterranean Snacks are low in fat, high in protein, gluten-free and non-GMO certified. Baked with real garbanzo beans, HummuZ Crispz are a good source of fiber and protein. Lentil Crackers-the first crackers made with protein-rich lentils-contain only 110 calories in a hearty 18-cracker portion and come in three flavors: Sea Salt, Cracked Pepper and Rosemary Herb.

Melt Organic Buttery Spreads

SRP: $3.99-$4.99 www.meltbutteryspread.com

Hailey, Idaho-based Prosperity Organic Foods launched this new line of certified-organic buttery spreads made from a blend of virgin coconut, flax-seed and sunflower oils. With no trans fats, hydrogenated oils, gluten, soy or artificial preservatives, Melt delivers a fresh, rich taste and creamy texture; the honey variety is particularly nice on wheat toast. Additionally, Melt tops, sautés and bakes just like butter, with half the saturated fat and fewer calories.

Meow Mix Tender Centers

SRP: $4.99 (small bag); $12.99 (large bag) www.delmonte.com

These dual-textured kibbles from San Francisco-based Del Monte Foods are crunchy outside with a meaty center-a combination that proved to be a big hit with our resident feline taste-testers. Available in tuna and white fish and salmon and white meat chicken flavors, the line was launched by the return of the memorable Meow Mix jingle, which last aired 16 years ago.

MiO Energy

SRP: $4.99 www.kraft.com

An extension of Northfield, Ill.-based Kraft's MiO water "personalizer," MiO Energy adds a boost of energy and B vitamins with 60 milligrams of caffeine per 8-ounce serving, about the same as a 6-ounce cup of coffee. A few squirts of colorful flavor really do jazz up an otherwise mundane glass or bottle of water, and the energy boost can be a welcome mid-afternoon pick-me-up. It comes in Black Cherry and Green Thunder (sort of a tropical fruit flavor).

MOAB Açaí Superfruit Blend

SRP: $2.99 www.friedas.com

A new fusion of exotic juices, Açaí Superfruit Blend from Los Alamitos, Calif.-based specialty produce supplier Frieda's Inc. is a polyphenol powerhouse, with antioxidant strength to neutralize damaging free radicals and

supercharge health. Enhanced with freeze-dried açai, organic açai juice from the Brazilian Amazon mingles with the nutrient-rich juices from Concord grapes, mangoes and other key players, along with the juices of acerola and passion fruit and the fruit purees of camu camu and capuaçu from Brazil. The beverage also features vegetarian omega-3 DHA to promote heart and brain health, and plant-derived glucosamine (vegetarian) for joint health. Açai Superfruit Blend is gluten-free, dairy-free, GMO-free, wheat-free, vegetarian, and vegan. Other MOAB Superfruit Blend varieties include Pomegranate and Wild Blueberry.

Mr. Clean Bliss Gloves

SRP: $3.99 www.thebutler.com

Cleaning is sheer bliss with these premium household gloves from Marlborough, Mass.-based Butler Home Products, which are latex-free and boast a plush, pillow-soft lining that keeps hands dry and comfortable. Additionally, an embossed palm grip helps to provide a safe grip.

Nature Made 100% Vegetarian Omega-3

SRP: $29.79 www.pharmavite.net

There's nothing fishy about Nature Made 100% Vegetarian Omega-3, which enables vegetarian, vegans and those who can't tolerate or are allergic to fish to get the right dose of omega-3 fatty acids as recommended by heart-health experts. One of the first products to deliver a completely vegetarian alternative to regular fish oil supplements, the item from Northridge, Calif.-based Pharmavite contains EPA and DHA from a non-animal source made in an ocean-free environment.

Nature's Path Love Crunch Granolas

SRP: $4.99 www.naturespath.com

Shoppers are sure to love Love Crunch from Richmond, British Columbia-based Nature's Path Organic Foods as much as we did. Available in four delectable flavors- Carrot Cake, Apple Crumble, Aloha Blend, and Dark Chocolate & Red Berries-the USDA-certified organic, non-GMO granola line is packed with nutrients and whole grains, but no cholesterol or trans fats, and less sodium. And if all of that isn't enough to do your heart good, the brand's "Bite4Bite" initiative helps the needy: For each bag of Love Crunch sold, Nature's Path will donate the equivalent in cereal or cash, up to $1 million, to food banks. Additionally, the cereals come in eco-friendly standup resealable bags.

Ocean Mist Farms Season & Steam Microwavable Artichoke Pack

SRP: $3.99 www.oceanmist.com

Find artichoke preparation a hassle? You won't with the Season & Steam microwavable artichoke pack from Castro-ville,Calif.-based Ocean Mist Farms. The innovative item offers two fresh Globe artichokes that are cleaned, trimmed and ready to cook in first-of-its-kind packaging that gives users the option to open the bag, pre-season the artichokes to taste, reseal the package and steam by microwave all within the same bag. And the results are utterly-not to mention effortlessly-delicious.

Oscar Mayer Selects

SRPs: $4.99 (9 ounces of cold cuts); $3.99 (8-count hot dogs); $6.99 (12 ounces of bacon) www.kraft.com

Some would say it's enough just to be bacon, but Oscar Mayer, a brand of Northfield, Ill.-based Kraft, goes one further with its delicious new Selects line, which has no artificial preservatives, flavors or colors. The bacon is uncured and the hot dogs contain no byproducts. Two of the hot dog varieties-New York Style and Chicago Recipe-attempt to capture those regional flavors with ingredients instead of toppings-not quite, but nice try. Still, the taste,

texture and label of the dogs (which also include Turkey, Beef, Angus and Angus Bun-Length) are excellent, as are the cold cuts, especially the Slow Roasted Turkey Breast and Applewood Smoked Ham.

Pacific Soup Starters Vietnamese-style Pho

$3.49-$3.69 www.pacificfoods.com

Tualatin, Ore.-based Pacific Natural Foods' innovative Soup Starters line, including three varieties of Vietnamese-style Pho, meets growing consumer interest in cooking ethnic dishes at home. Not only do these items have an immediate impact on retailers' bottom lines by encouraging consumers to pick up additional items across multiple departments to assemble the soups, but their satisfyingly tasty flavors will have shoppers coming back for more.

Panera Bread Salad Dressing

SRP: $4.99 www.arcobasso.com

Arcobasso Foods, a full-service custom manufacturer and bottler of salad dressings, sauces and marinades, helped Panera Bread launch its retail line of dressings in 2009. Since then, Hazelwood, Mo.-based Arcobasso has extended the Panera dressings line to 18 national grocery retailers, with 1,800 retail locations and counting. Among its newest dressings to bow in the past year, we give a healthy thumbs-up to the Fuji Apple and Cherry Balsamic varieties, which add unique restaurant flair to homemade salads.

Pearls/Early California Reduced Salt Olives

SRP: $1.79 www.olives.com

Although they contain 25 percent less sodium than regular black olives, these items sold under two trusted brands from Tracy, Calif.-based Musco Family Olive Co. don't disappoint on taste. Olive lovers-even those not watching their salt intake-will be hard-pressed to stop at the serving size of four.

Pepsi Next

SRPs: 99 cents (20-ounce and 2-liter); $2.99 (introductory pricing for 12-pack) www.pepsico.com

Research has shown that there's a segment of consumers who are resistant to both regular, full-sugar cola and diet offerings. While these consumers love the taste of Pepsi, they don't believe you can achieve full-flavor taste with a diet cola. Purchase, N.Y.-based PepsiCo developed Pepsi Next with these consumers in mind. Pepsi Next delivers real cola taste with 60 percent less sugar than Pepsi-Cola, which it achieves by offering just the right mix of cola flavor and a blend of sweeteners to closely mimic the taste curve of a regular cola. And the calorie-counters will be happy, too- Pepsi Next has only 40 calories per 8-ounce can.

Planters Nut-rition Men's Health

SRP: $5.99 (10.25-ounce can); $7.89 (six 1.5-ounce pouches) www.kraft.com

Co-branded with the leading men's magazine, this tasty nut mix delivers a delicious, crunchy and healthy snack. Recent stats show that men these days are doing more grocery shopping and are more interested in wellness, so Planters Nut-trition from Northfield, Ill.-based Kraft is a perfect match. This blend of almonds, peanuts and pistachios contains 6 grams of protein and six vitamins and minerals per 1-ounce serving.

Pretty Lady for the Holidays Table Grapes Packaging

SRP: N/A www.dulcich.com

Introduced last November by Delano, Calif.-based Sunlight International Sales as a seasonal promotion for Pretty Lady brand table grapes from J. Dulcich & Sons in McFarland, Calif., this creative packaging and merchandising program featured colorful, eye-catching packaging with holiday-themed designs to appeal to customers of all ages,

as well as accompanying POS materials such as display bins and shelf danglers. Consumers can rinse the grapes right in the innovative standup grab-and-go colander bags, which also enable easy and efficient carrying, displaying and storage. More themed promotions using the same innovative packaging are on the way from Sunlight-we can't wait!

**Pretzel Crisps** Dark Chocolate and Peppermint Variety

SRP: $2.99 www.pretzelcrisps.com

Sweet and salty meets chocolate mint for this new winner from Skillman, N.J.-based Snack Factory. Joining the brand's Holiday Indulgents line, Dark Chocolate & Peppermint **Pretzel Crisps** combines rich, dark chocolate with flat-baked pretzel crackers, topped off by peppermint candy pieces. This seasonal flavor is available at supermarkets and select specialty stores nationwide during the winter holiday season.

Proxi-Plus

SRP: $5.99 www.majesticdrug.com

This unique dental cleaning product from South Fallsburg, N.Y.-based Majestic Drug features an ultra-fine, super-gentle interdental brush on one end and a flosser on the other-the only such product on the market to offer this combination in a single item. Additionally, innovative clamshell packaging holds 30 disposable brushes, one a day for a month, so PG staffers who are diligent about their midday dental hygiene don't need to replenish their stocks as often as previously.

Ritz Crackerfuls Big Stuff

SRP: $3.99 (box of 5 1.25-ounce packs) www.kraft.com

These days, when it comes to food, bigger isn't always better. But Ritz Crackerfuls Big Stuff from Northfield, Ill.-based Kraft is a winner, especially for those (editors included) who travel and often find themselves hungry but trapped on the tarmac. Made with 6 grams of whole grain per serving, it's perfect for tiding you over until that next mealtime. The Extreme Peanut Butter and Colossal Cheddar fillings bring a nice creamy contrast to the crunchy crackers.

Rubi Automated Coffee Kiosks

SRPs: $1 (12-ounce brewed coffee); $1.50 (café mocha or vanilla); 50 cents extra (16-ounce size) www.coinstar.com

The folks up in Bellevue, Wash., who brought us Coinstar and Redbox are now offering a turnkey solution for grocers looking to improve their in-store coffee programs. In partnership with Seattle's Best Coffee, the Rubi system features touchscreen ordering and French press technology that grinds the beans and delivers steaming cups of great-tasting fresh-brewed coffee in about a minute. Supported by a Web-based frequent-customer program that remembers your previous order and e-mails your receipts, Rubi is bound to be embraced by retailers looking to save on labor and waste while providing their shoppers with a great cup o' joe.

Russo's Gluten-Free New York Style Pizza

SRP: $10.99-$11.99 www.nypizzeria.com

Russo's New York Style Gluten-Free Pizza features a vegan crust made with rice flour, tapioca flour, potato starch and extra-virgin olive oil, infused with honey and Italian seasonings. It's available in six varieties: Greek, New York Style, Margherita, Chicken Rustica, Pepperoni and Italian Mozzarella, and Mulberry. Founded in 1992 by chef Anthony Russo, Houston-based Russo's New York Pizzeria is known as the only place to find authentic New York pizza and Italian dishes in Texas. It operates 28 restaurants in Texas, Florida, Tennessee and Arkansas, and will soon be expanding to New York and New Jersey.

Sahale Crunchers

SRP: $3.99 www.sahalesnacks.com

It's always great to see new twists on snacks that make healthy noshing delicious. With several innovative flavor combinations, Seattle-based Sahale's new Sahale Crunchers team lightly roasted sliced almonds with fruits and spices, offering unique mixes like Almonds with Cherries, Apples & Maple; Almonds with Cranberries, Sesame Seeds & Honey; and Almonds with Parmesan & Herbs. With less than 140 calories per serving, Sahale Crunchers add zing to healthy snacking.

Salem Baking Co. Cookies

SRP: $5.99 www.salembaking.com

It would be a shock to find a product from Winston-Salem, N.C.-based Salem that we didn't like, especially after experiencing its full line at a trade show. So it was no surprise how much their new releases impressed us. The Moravian sugar cookies, so delicately crisp on their own, are more decadent in holiday shapes, enrobed in chocolate and topped with crushed peppermint. The Butter Pecan Praline Shortbread Cookies are buttery rich, and the Pumpkin Spice Shortbread-laced with cinnamon, ginger, nutmeg and allspice- evokes images of the fall and winter holidays.

Sea Best Signature Entrées

SRPs: $5.72-$7.80 www.seabest.com

The Sea Best Signature line from Jacksonville, Fla.-based Beaver Street Fisheries features complete seafood dishes in a variety of flavor profiles. The line was developed to give consumers a foolproof method of preparing sophisticated seafood culinary creations at home. All items within the line are preseasoned, packaged in microwave-safe/oven-safe containers and ready in about six minutes. The tray itself is self-venting, creating a steam environment that gives the consumer a better-finished product than conventional microwave cooking. The line includes seven original recipes based on consumer input and research: Maine Lobster Cakes, Mango Crusted Swai, Potato Crusted Cod, Spinach & Artichoke Stuffed Flounder, Shrimp & Grits, Stuffed Clams, and Tilapia Florentine.

Seattle Chocolates Baby, It's Cold Outside

SRPs: $3.50 (2-ounce bar); $11.95 (6-ounce box of truffles) www.seattlechocolates.com

This special 2012 holiday collection of vintage-style truffle bars from the chocolate purveyor unsurprisingly based in Seattle was created to evoke the romance, glamour and innocence of a bygone era. There are five "cozy and family" flavors: Christmas Cookie Bar (milk chocolate, white chocolate center, vanilla, cinnamon oil, raw sugar crystals); Hot Buttered Rum Bar (milk chocolate with a hint of rum and toffee crunch); Holiday Cheer Eggnog Bar (milk chocolate with sweet vanilla, cream and nutmeg); Mom's Hot Cocoa Bar (milk chocolate bar with marshmallow bits); and Candy Cane Crunch Bar (minty dark chocolate truffle with candy cane chips). The truffles are also available in a holiday party box illustrated with scenes of a 1950s holiday shindig, and a fun "snow day" box with a wintry backdrop.

Snyder's of Hanover Eatsmart Potato Crisps and Bacon Cheddar Pretzel Pieces

SRPs: $3.49-$3.99 www.snyderslance.com

Our picks from Hanover, Pa.-based Snyder's could be described as both naughty and nice. You can rarely go wrong with bacon or cheese, so both is better: generous chunks of sourdough hard pretzels with hearty bacon and cheddar cheese flavors. Meanwhile, the brand has added potato crisps to its better-for-you Eatsmart line. These crunchy all-natural popped snacks have 65 percent less fat than regular potato chips and come in Original, Sea Salt & Vinegar, and sweet-spicy Mesquite BBQ flavors.

Sunkist Blends

SRP: $5.99 www.trifectafoods.com

Add some sunshine to your day with this rejuvenated take on trail mix from Pacoima, Calif.-based Trifecta Foods LLC that blends best-of-class ingredients with a proprietary process enhancing flavor and aroma. Sold under the Sunkist brand-synonymous in consumers' minds with quality citrus fruits-these tasty anytime snacks are designed to be marketed in the fresh produce section.

SunRidge Farms Items

SRP: Various www.sunridgefarms.com

Among among the slew of tasty new snacks from Royal Oaks, Calif.-based SunRidge Farms, two stood out as our particular favorites. Mango Almonds are all-natural dry-roasted almonds coated with a creamy mango coating, and made with real vanilla and natural flavors. They contain no preservatives, O grams of trans fats, no hydrogenated oils, and are GMO- and rBST-free. Vanilla Chai Raisins (above) consist of all-natural exotic chai spices and green tea blended together in a creamy real-vanilla coating poured over sun-ripened raisins. They contain no hydrogenated oils, titanium dioxide or trans fats, and are GMO-free.

SunRype Just Fruit & Grains

SRP: $1.29 www.sunrype.com

This dense, chewy bar from Kelowna, British Columbia-based SunRype Products Ltd. is made up of 70 percent fruit and 30 percent grains, with nothing else added. The simple, healthy all-natural ingredient list includes fruit purees, fruit and vegetable juice concentrates, oats, barley, rice crisps, sunflower seeds and flax seeds. What's more, there are two great flavors to choose from: Summer Berries and Strawberry Mango.

SweetLeaf SugarLeaf

SRP: $7.99 www.wisdomnaturalbrands.com

For those who love baking and whipping up other sweet treats but aren't keen to cut down on their sugar intake, SugarLeaf is a 100 percent natural low-calorie sweetener from Gilbert, Ariz.-based Wisdom Natural Brands, the maker of SweetLeaf Stevia Sweetener. Made by bonding SweetLeaf Stevia and raw cane sugar, SugarLeaf offers the sweet taste and browning and bulking qualities of sugar, but with two-thirds fewer calories and carbohydrates. And we were particularly glad to find out that since SugarLeaf is three times sweeter than sugar, less is needed in recipes.

Talenti Gelato e Sorbetto

SRP: $4.99-$5.99 www.talentigelato.com

Great-tasting, all-natural Talenti gelati and sorbetti are uniquely creamy and intensely flavored, made in small batches using traditional Italian equipment. Featuring milk from cows not treated with artificial hormones, Talenti's newest gelati are not only incredibly rich and creamy but, with about 30 percent less fat than regular ice cream, they're also a healthier alternative. In true Talenti tradition, the five new gelati are made from scratch with only the best all-natural ingredients. Chocolate Peanut Butter Cup, Banana Chocolate Swirl, Black Raspberry Chocolate Chip and Chocolate Chip-Stracciatella went over big with PG's road-testers, as did the mess-free screw-top lids.

Tastykake and Mrs. Freshley's Doughnuts and Pastries

SRPs: 85 cents-$4.49 www.flowersfoods.com

Flowers Foods impressed us with some of its latest releases under its Mrs. Freshley's and Tastykake brands. The co-branded Cinnabon Honey Bun is a sweet and moist breakfast treat, topped with cinnamon and icing. The Little Layer Cakes offer rich vanilla icing and a drizzle of chocolate-enrobed soft yellow cake with crème filling. The mini doughnuts from Tastykake make it too easy to eat more than one, especially the powdered sugar variety, and the Crème Filled Chocolate Bells are rich, chocolaty crème-filled morsels. The Cinnabon products are great for folks looking for that trademark cinnamon roll taste outside the mall. And with Flowers' distribution network, Tastykake products can be enjoyed by Philadelphia expats around the country.

Thai Kitchen Rice Noodles

SRP: $3.79 www.simplyasiafoods.com

Making authentic Asian noodle dishes has gotten much easier with this new line of all-natural rice noodles from Thai Kitchen, a brand of Berkeley, Calif.-based Simply Asia Foods LLC that's available in three gluten-free varieties (Brown Rice, Red Rice, and Purple Corn & Rice Noodles). Perhaps best of all is that they're packaged in four individual servings that allow consumers to add variety and personality to their favorite dishes, including stir-fries, soups and salads. Add the vegetables, protein and seasonings of your choice, and you're eating a unique and flavorful dish in minutes.

TruRoots Sprouted Trios

SRP: $4.19-$5.49 www.truroots.com

PG tasters took the opportunity to get in touch with their roots with this shelf-stable, quick-cooking, naturally gluten-free, vegan and certified GMO-free product line featuring three types of sprouted rice, lentils and quinoa, respectively. Offering mosaics of color that are as lovely to look at as they are to eat-especially the quinoa combo-Livermore, Calif.-based TruRoots offers products that are directly sourced and sustainably grown.

Turkey Hill SunBrew Iced Tea

SRP: N/A www.turkeyhill.com

The folks at Conestoga, Pa.-based Turkey Hill are pioneers in chilled bottled tea in a multitude of flavors, and their latest release is a masterpiece. SunBrew aims to capture a homebrewed taste and truly hits the mark. With cane sugar and no added preservatives or colors, SunBrew comes in a 25-calorie Lightly Sweetened variety, as well as 80-calorie Sweetened and calorie-free Unsweetened. Our editors who live on the fringes of Turkey Hill's marketing area hope SunBrew will soon arrive at their local stores.

Tyson Deli Market Products and Pork Sparerib Mini Racks

SRPs: $3.99-$4.99 (Deli Market items); $5.49 per pound for a $8.50-$9.50 retail unit price (spareribs) www.tyson.com

We were frankly wowed by the Tyson Deli Market line, which features a whole range of fully cooked meal solutions, from restaurant-inspired pasta entrées, to glazed chicken breast fillets, to chicken fajita strips. The Springdale, Ark.-based company's heat-and-serve products come in both modified-atmosphere and vacuum skin packaging to retain freshness and quality. Meanwhile, for rib lovers, Tyson Pork Sparerib Mini Racks offer vacuum-packaged, pre-seasoned and portioned products that require minimal preparation and quick cooking times to deliver easy, no-fuss meals with no waste or mess. Available in Applewood and Teriyaki flavors, the line also provides smaller portion sizes-ideal for those of us who don't have an army to feed.

Udi's Gluten Free Foods Items

SRPs: $5.99-$6.99 www.udisglutenfree.com

Chocolate Chia Muffin Tops, Classic French Dinner Rolls and Millet-Chia Bread are among Udi's new line of products. The muffin tops allow the nutritionally minded to indulge in a little chocolate decadence. The dinner rolls are ideal for sharing at dinner with family or friends. The Ancient Grain Breads have more protein and fiber than Udi's original white and whole grain varieties, but are just as tasty. Baked with hearty ancient grains, this bread contains a wholesome balance of nutrients vitamins and earthy flavors. It's baked with chia, a naturally gluten-free seed that supplies beneficial nutrients and a delicious flavor.

Velveeta Cheesy Skillets

SRP: $3.25 www.kraft.com

There were a lot of smiles around the table on the night these samples from Northfield, Ill.-based Kraft were tested. The creamy cheese sauce takes these boxed meals up a notch or two. Just combine the pasta and seasonings with chicken, ground beef or tuna; mix in the sauce; and you've got a dinnertime crowd-pleaser in about 20 minutes. The biggest raves went to the Chicken Alfredo; new varieties also include Chili Cheese Mac and Tuna Melt.

Warheads Sour Twists

SRP: 99 cents www.impactconfections.com

Warheads Sour Twists from Littleton, Colo.-based Impact Confections is a three-color, three-flavor extruded chewy candy that's intertwined for a mouthwatering treat. It can be eaten as one combined twist, or untwisted so each flavor can be savored individually. Each twist has a fruity center and sour sanding, and is made to appeal to all taste buds. The product comes in a 2-ounce tray of twists in green apple, lemon and watermelon flavors. Warheads is supporting the new product launch online through sponsorships with Cartoon Network and Nickelodeon, as well as engagement with the Warheads Facebook community of more than 1.3 million fans.

Willamette Valley Granola Co. Granola Chips

SRP: $3.99 www.willamettevalleygranola.com

Granola's been marketed as a snack before, but never quite like this. Portland, Ore.-based Willamette Valley has introduced lightly sweetened, crispy bite-sized chips featuring a whole grain blend of oats, quinoa, amaranth and barley that enabled PG tasters to feel virtuous as they indulged. The product line's resealable pouches come in four toothsome flavors: Butter Pecan, Wild Berry, Honey Nut and Vanilla Bean.

Wrigley's Gum and Candy

SRPs: 69 cents-$3.19 www.wrigley.com

There was lots to love from Chicago-based Wrigley. Life Savers Gummies new 4.2-ounce Share Size Pouches replace the 2-ounce individual pouches launched in 2009. These pouches offer consumers more gummies in three flavor varieties: 5 Flavors, Mix-O-Reds, Sours and Collisions. The Micro Pack versions of 5 and Orbit gums were designed to make it convenient and affordable for consumers to keep their favorite chewing gums handy all of the time. The new 6-tab envelopes are available in 5 Rain (a tingling spearmint) and 5 Cobalt (a cooling peppermint), and Orbit Spearmint, Wintermint and Strawberry Remix. Skittles Riddles are a new bite-sized chewy candy with colors that don't match the flavors to keep consumers guessing as they make their way through bites of Strawberry, Apple, Watermelon, Fruit Punch and Raspberry. Starburst Flavor Morph chews start as one fruit flavor and transform into another as special flavor beads burst with a second flavor, creating a unique and new-to-the category experience. Each package contains an assortment of two juicy changing flavors: Cherry, Cherry Lime, Orange and Orange Strawberry.

Yes To Carrots Leave-in Conditioner with Argan Oil

SRP: $8.99 www.yestocarrots.com

Go ahead, say yes. San Francisco-based Yes To Carrots' Leave-In Conditioner sends a mix of proteins and amino acids deep into hair cuticles for some serious restructuring and rejuvenating benefits. Formulated for normal to dry and damaged hair types, the easy-to-apply, 98 percent natural formula provides a more intense level of benefit for hair that needs a little TLC, with argan oil and keratin proteins getting to the root of each strand of hair to strengthen and renew.

**Load-Date:** September 17, 2015

End of Document

# New Product Central

The Progressive Grocer

August 2012

Copyright 2012 Stagnito Media Food Group All Rights Reserved

**Length:** 11754 words

# Body

By PG Editors

It's that time again, when Progressive Grocer's seasoned editors, aided by a contingent of eager tasters at our Jersey City, N.J., office-otherwise known as New Product Central-get to sample a broad selection of the cream of the retail product crop.

But despite all of the fun we had road-testing so many great items, the process of narrowing down the final winners was no easy task, given the careful deliberation we applied to the many varied entries that came our way.

As always, not all products made the cut, but for the choice ones that did, a few noteworthy trends among recently released products readily emerged.

Better-for-you foods, including those targeting such specialized demographics as gluten-free, are now more mainstream than ever, with their healthy halo not all displaced by an implicit (and most welcome) tendency toward indulgence. Indeed, healthier foods that taste far better than their trailblazing predecessors are more frequently landing in the shopping carts of many customers now buying them for their sheer scrumptiousness rather than their nutritional content.

Another notable trend is toward innovative, highly functional-in some cases, multifunctional-packaging. In the produce sector alone, we encountered bite-size tomatoes that could be rinsed in their snack pack; a twin-pack of microwavable artichokes that could be preseasoned and steamed right in the bag; table grapes in a streamlined colander bag designed for easier carrying, display and storage; and breathable packaging that helps keep fresh blueberries tasting great.

Among other categories, we saw proprietary cigar packaging that eliminates the need for a humidor, opening up big selling opportunities for supermarkets, and a heat-and-eat line of deli meals in both modified-atmosphere and vacuum skin packaging to retain freshness and quality.

The deli meals in particular exemplified yet another big trend: convenience, which is still king, but with the growing recognition that shoppers want to put their own stamp on things. To that end, products we sampled included an ingenious cake mix with frosting and even a disposable pan, so home bakers can whip up a sweet treat with ease, and ready-to-eat hard-cooked and peeled eggs that purchasers can use to prepare nearly homemade deviled eggs, egg salads and the like.

With that, we extend sincere congrats to our most recent group of new product winners and invite you, our readers, to dig into the latest iteration of our smorgasbord of Editors' Picks.

320 Main Street Hoagies and Burritos

   SRPs: $3.99 each (hoagies);

   $2.99 each (burritos)

www.320foodsystems.com

The 320 Main Street Burrito line from Fort Collins, Colo.-based Fast Food Systems consists of three breakfast burritos: Beef and Green Chili, Chicken and Green Chili, and American with ham, sausage, bacon and potato in country gravy. The hoagie line features seven 8-inch varieties: Italian Sausage; Cajun Chicken BBQ; Pulled Pork BBQ; Italian with Ham, Capicola, Salami and Provolone; Smoked Turkey and Provolone; Pizza Steak; and Meatball. All products come frozen and can be sold frozen, thawed or in a hot box.

Almondina Milk Chocolate Delights and Yogurt Dipped BranTreats

SRP: $4.99 (both)

www.almondina.com

It might be difficult to improve upon the original Almondina, offered by San Francisco-based WorldPantry.com Inc., but it's been done, and quite exquisitely at that, by smothering the irresistible cookie, with its yummy roasted almonds and sweet raisins, in rich premium milk chocolate. Additionally, a delicious take on Grandma Dina's Almondinas is the new healthful BranTreat breakfast cookie line featuring tasty, tangy cinnamon and a smooth, sweet yogurt coating. In both instances, these crispy, crunchy, all-natural cookies truly hit the sweet spot for great taste and guilt-free indulgence.

Alouette Portions

SRP: $3.99

www.alouettecheese.com

These 100 percent all-natural, 40-calorie-per-serving portions of America's favorite spreadable cheese, New Holland, Pa.-based Alouette, provide consumers (and hungry PG tasters) with a convenient and tasty snacking option. The product comes in two flavors: Original and Italian Herbs.

Amy's Light & Lean Pizzas

SRP: $4.29

www.amyskitchen.com

Petaluma, Calif.-based Amy's now offers two pizzas as part of its lower-calorie and -fat Light & Lean line, each containing half the fat of the company's original product versions. Italian Vegetable Pizza and Cheese Pizza each have fewer than 300 calories and just 6 grams of fat per 8-ounce single-serve size.

Andros Fruit Me Up Real 100% Fruit Sauces

SRPs: $3.69 (4-pack);

$1.29 (4-ounce pouch)

www.andros.com.fr

Andros Foods USA Inc., the Harrison, N.Y.-based subsidiary of a French fruit processor, offers pure applesauce and three exciting blends, all with a healthy twist. Containing only fruit puree and vitamin C, the all-natural, U.S.-made product offers one serving of fruit in each 4-ounce pouch. The available varieties are Apple, Apple Strawberry Banana, Apple Mango Pineapple, and Apple Peach Apricot.

Annie's Homegrown Organic Rising Crust Pizza

SRP: $9.99

www.annies.com

Crafted from whole grains, real cheeses, and organic meats and vegetables, these family-sized rising-crust pizzas from Berkeley, Calif.-based Annie's represent a departure for natural pizzas, most of which are single-serve vegetarian items of the thin-crust or flatbread type. By contrast, Annie's offers the hearty meat options of Uncured Pepperoni and Supreme, along with popular varieties Four Cheese and Spinach & Mushroom.

ArtiSun Farms Redi Bites

SRP: $3.99

www.eurofresh.com

These addictive grape-sized tomatoes from Willcox, Ariz.-based Eurofresh are perfect for a quick snack on the run or as a sweet accompaniment to a mealtime salad. The cute yet functional clamshell packaging is designed to allow for rinsing in the container, so snackers can pop one morsel at a time straight from the resealable opening if they wish.

**Bakery On Main Truebar**

SRP: $1.99

www.bakeryonmain.com

Gluten-free never tasted so good. This fruit-and-nut bar from East Hartford, Conn.-based Bakery On Main is billed as having "nothing to hide," and clear packaging certainly reinforces that all-natural message. Available in six flavors, including Hazelnut Chocolate Cherry, Walnut Cappuccino, Coconut Cashew and Apricot Almond Chai, the dense, chewy bars are bound to appeal not only to those with gluten intolerance, but also athletes in need of energy and people who just appreciate a delicious on-the-go snack. Additionally, Truebars are Non-GMO Project Verified, kosher, dairy- and casein-free, low in sodium, and a good source of fiber and omega-3, as well as containing no trans fats or cholesterol.

**Barista Baking Co. Break & Bake Scones**

SRP: $2.49

www.championfoods.com

Champion Foods' new line of Break & Bake scone dough, under the New Boston, Mich.-based company's upscale Barista Baking Co. brand, brings the local bakery to the home kitchen. Available in three flavors-Almond, Blueberry and Chocolate Chip-the oven-ready dough yields eight scones per package that bake up quickly, easily and tastily in home ovens in a matter of minutes.

**Beemster 10-Month Aged Goat Cheese**

SRP: $15-$20 per pound

www.beemster.us

Yes, it's a bit on the pricey side, but one taste and you'll know why PG's tasters flipped for this firm-bodied, full-flavored 10-month-aged goat cheese from the Beemster co-op in north Holland (the company's U.S. presence is coincidentally in this publication's hometown of Jersey City, N.J.). Offering a rich, long-lasting flavor packed with floral and grassy tones, and a unique texture, this cheese is ideal for grating over salads or pasta, and pairs well with dark breads, avocados and walnuts.

**Benedetto Pinot Grigio**

SRP: $11.99

www.gkskaggs.com

Fruit flavors of pear and apple with hints of melon and mineral make this light- to medium-bodied, dry, crisp and fresh wine imported by Irvine, Calif.-based G.K. Skaggs Inc. perfectly suited to poultry, fish, appetizers, aperitifs and other light fare. Hailing from Veneto, Italy, Benedetto Pinot Grigio offers a delicate complexity and elegance, merging the well-known qualities of the popular grape variety with just a touch of sweetness.

**Benelact Reduced Cholesterol Cheeses and Butter**

SRPs: $3.99 (butter);

$3.29-$3.49 (7-ounce cheese shreds or slices);

$2.99-$3.39 (8-ounce cheese blocks);

$5.35-$5.75 (16-ounce cheese blocks);

$6.49-$6.99 (5-pound blocks)

www.benelact.com

For those looking to reduce their cholesterol intake without giving up the great taste of real cheese and butter, Sturtevant, Wis.-based Benelact Dairy has come to the rescue. Benelact's reduced-cholesterol butter and cheeses offer the same taste and functionality as traditional products, but with a third less cholesterol. Made using patented technology that removes cholesterol mechanically during processing, the products are all natural with a clean label, and they're priced competitively with traditional items. Cheeses are offered in multiple sizes and formats, in Cheddar, Colby Jack, Mozzarella and Provolone varieties.

Blake's Upside Down Chicken and Waffle Pie
    SRP: $5.99

www.blakesallnatural.com

Concord, N.H.-based Blake's All Natural Foods has put its own spin on this classic southern meal. Each "pie" is made by hand in small batches with hand-pulled white-meat chicken, mashed sweet and russet potatoes, gravy, and a hint of real Vermont maple syrup, all topped with an organic waffle. You bake the item, flip it over onto your plate and enjoy. It's a tasty change of pace from run-of-the-mill pot pies, and the express instructions shorten cooking time without impairing flavor.

Blimpie Best Sub Sandwich Kit
    SRP: $6.25

www.landofrost.com

Since almost 60 percent of consumers make sandwiches at home during tough economic times, family-owned packaged lunchmeat company Land O'Frost, based in Lansing, Ill., embraced this consumer trend and created a national partnership with Blimpie to offer the Scottsdale, Ariz.-based sub shop chain's signature meats in its popular Sub Sandwich Kits for consumers. The kits offer the four signature meats of Blimpie's most famous sandwich, Blimpie Best. Each kit contains Prosciutto Cotto Ham, Smoked Ham, Capicola Ham and Salami interleaved with parchment paper for ease of separation and portion control, and enough meat for six sandwiches. Additionally, the product is gluten-free and offers 14 grams of protein per serving.

Blu eCigs Disposable Electronic Cigarettes
    SRP: $9.99

www.blucigs.com

Blu eCigs give users the look and feel of traditional cigarettes with a water vapor "puff" instead of smoke and ash. Blu eCigs are available in convenient disposables or rechargeable packs for regular use, with or without nicotine and in a variety of flavors. Each combines the battery, atomizer and cartridge in one single piece, and the Charlotte, N.C.-based company's signature blue LED tip glows with each puff. Designed with a single hole for maximized draw and resistance, the mouthpiece is engineered to prevent leakage. Blu eCigs offers two flavors: Magnificent Menthol provides a surge of minty flavor, but for rich, full-flavored tobacco taste, Classic is ideal. Each eCig is equal to 400 puffs or about 1½ packs of cigarettes.

BonSavor Whole Wheat Flour Naan
    SRP: $3.49

www.bonsavorfoods.com

With ethnic cuisine catching on in a big way among mainstream consumers, Dallas-based BonSavor is on the right track with its line of whole wheat flatbreads inspired by a range of cultures. The company's authentically crafted, flame-baked naan (a type of flatbread hailing from India) is naturally low in fat; has no saturated fat or cholesterol and O grams of trans fat per serving; is high in vitamin B1 and a good source of dietary fiber, vitamin B3, folate and calcium; and offers 37 grams of whole wheat per serving. Oh, and it tastes really good, too.

Brioni's Healthy Morning Coffee
    SRP: $8.99

www.brionis.com

Prebiotic coffee? As long as it doesn't alter the product's taste (and in this case, it definitely doesn't), why not? Brioni's Healthy Morning Coffee is the first coffee to provide digestive health benefits while delivering the taste and aroma of true gourmet coffee, according to Glastonbury, Conn.-based Brioni Coffee Co. Each 12-ounce cup is a good source of fiber and a prebiotic, delivering 4 grams of dietary fiber, O grams of fat and cholesterol and just 35 calories. So, go ahead, enjoy that second cup.

Buff Lo Dip

SRP: $5

www.bufflodip.com

Buff Lo Dip from Londonderry, Ohio-based Dzalt Enterprises LLC is ideal not only as a dip for chips, chicken nuggets or tenders, and veggies, but also as a sauce for many different foods. It can be used on tacos, pizza, hot dogs, hamburgers, subs, turkey sandwiches, chicken sandwiches, steamed or fried rice, chicken wraps, and grilled cheese, as well as in chili, soups and many other foods.

Califia Farms Cuties Juice and Almondmilk

SRP: N/A

www.califiafarms.com

Those wildly popular Cuties seedless Clementines are now available in juice form from Bakersfield, Calif.-based Califia Farms, which scored big with its tangerine juice blends. At 100 to 130 calories per serving, the all-natural juices have no added sugar and deliver two full servings of fruit, along with 150 percent RDV of vitamin C. The Clementine-mandarin, tangerine-orange-mango and tangerine-orange-pineapple blends come in "whimsical 8-ounce PET bottles designed for maximum kid appeal," as well as 12- and 48-ounce sizes. Califia also made a splash with its three varieties of Almondmilk, a great option for the lactose-intolerant or others avoiding dairy. The antioxidant-rich line is free of lactose, soy and gluten, and claims to deliver 50 percent more calcium than 1 percent dairy milk. Califia's Almondmilk comes in 48-ounce bottles, in Unsweetened, Creamy and Vanilla varieties.

Cedarlean Egg White Frittatas

SRP: $3.99

www.cedarlanefoods.com

As Carson, Calif.-based Cedarlane Foods aptly notes, there's nothing "lean" about the taste of its gluten-free frozen Cedarlean Egg White Frittata line, which is available in Broccoli & Cheddar, Roasted Chile & Cheese, and Spinach & Roasted Tomato varieties. Each all-natural frittata melds fluffy egg whites, fresh cheeses, chunky vegetables and a blend of spices in a scalloped potato crust. High in protein and fiber, and containing no more than 200 calories, the product line comes in packaging with a prominent "gluten-free" icon on the front, helping gluten-intolerant consumers find what they need quickly.

Celestial Seasonings Sweet Harvest Pumpkin Holiday Black Tea

SRP: $2.99

www.hain-celestial.com

This autumnal tea, available seasonally from Boulder, Colo.-based Celestial Seasonings, a division of The Hain Celestial Group in Melville, N.Y., creates its own warm glow. Featuring rich black tea, harvest-fresh pumpkin flavor and traditional spices such as cinnamon, ginger and nutmeg, plus a hint of natural sweetness, the product made PG's resident sippers fall for fall all over again.

Chobani Champions Vanilla Chocolate Chunk Greek Yogurt

SRP: $1.29

www.chobani.com

Aiming to bring kids to the current big yogurt trend, Norwich, N.Y.-based Chobani's Champions is authentic strained Greek yogurt made with low-fat milk and real chocolate chunks. Each 3.5-ounce cup is chockfull of protein, calcium and vitamin D. It's a tasty and healthy alternative to other kids' snacks, and should be welcomed by parents

looking for something different for kids' lunchboxes, after-school treats or the cooler for handing out following soccer games or other children's activities.

Clemmy's Ice Cream Bars

SRP: $4.29

www.clemmysicecream.com

These sugar-free, gluten-free and lactose-free ice cream bars from Rancho Mirage, Calif.-based Clemmy's are almost too good to be true. Especially sublime were Clemmy's Orange Crème Bars, featuring the citrusy tang of oranges swirled together with rich, creamy vanilla ice cream. All of the bars achieve their luscious taste by using superior, all-natural ingredients.

Country Time Lemonade Chewy Candy

SRP: $1.99

www.sorbee.com

Aiming to leverage some recent category growth, Trevose, Pa.-based Sorbee International LLC launched these chewy candies as a follow-up to its previous hard candy released under the iconic soft-drink brand name. Available in four flavors (Lemonade, Peach Lemonade, Raspberry Lemonade and Pink Lemonade), these refreshing chews capture their namesake's flavor profile-not too tart, not too sweet. Available in 7-ounce peg bags, the candies promise 150 calories per eight-piece serving.

Dancing Deer Baking Co. Whole Grain Cranberry Orange Cookies with White Chocolate Chips

SRP: $5.99

www.dancingdeer.com

These soft and chewy indulgences from Boston-based Dancing Deer Baking Co. went fast at the PG office-gone-within-the-hour fast! Sweet cranberries, orange and creamy white chocolate chips are crammed into every whole grain cookie. The scratch-baked, all-natural and kosher treats come eight to a package-although that won't seem like nearly enough.

Del Destino Tapenades

SRP: $1.99

www.atalanta1.com

Del Destino gourmet tapenades from Elizabeth, N.J.-based Atalanta Corp., available in such savory varieties as Piquillo & Jalapeno, Olive, Asparagus,           and Artichoke, do multiple duty as dips, sandwich spreads, marinades, pasta flavorings and even salad dressing ingredients. A particular-and tasty-use one PG editor found for the product was as an impromptu "pizza" sauce on a whole wheat pita that was then heaped with veggies and melted cheese.

Disney Berry Quick Snacks

SRP: $2.99

www.naturipefarms.com

These ready-to-eat fresh blueberries from Salinas, Calif.-based Naturipe Farms feature a harvest-to-package system that lengthens the shelf life of the product for up to three weeks when properly refrigerated. The succulent berries are triple-inspected, triple-washed and placed in breathable packaging, resulting in a high-quality healthy snack that's perfect for Disney-loving kids of all ages to take along anywhere.

Dole Frozen Fruit Single-serve Cups

SRP: $2.49 (pack of two 3-ounce cups of strawberry or pineapple);

$2.79 (pack of two 3-ounce cups of blueberries)

www.dole.com

Employing cutting-edge, patent-pending technology to minimize texture loss during the defrosting process for a just-like-fresh appearance, taste and mouthfeel, Frozen Fruit Single-serve Cups from Westlake Village, Calif.-based Dole can be enjoyed as a healthy snack any time of the day. Besides being eaten on their own, they can be popped into smoothies, sprinkled on top of various dishes and incorporated into various recipes.

Dove Milk Chocolate Covered Raisins & Peanuts

SRP: $3.49 (5-ounce resealable pouch)

www.mars.com

Lovers of peanuts, raisins and chocolate are sure to enjoy this combination of taste and textures in a bite-sized candy. These milk chocolate-enrobed treats from Hackettstown, N.J.-based Mars Chocolate North America are packaged in an eye-catching standup pouch with great shelf presence. As a "hand to mouth" candy, this new treat is part of the increasingly popular unwrapped-bite segment, which has expanded to $1.6 billion annually and emerged as a growth category for manufacturers and retailers alike.

Eat Well Enjoy Life Hummus

SRP: $3.99-$4.99

http://eatwell-enjoylife.com

The creamy hummus made by Alpharetta, Ga.-based Tryst Gourmet/Eat Well Enjoy Life features various beans, making it easy for consumers to add more protein, fiber and healthy fat to their diets. The gluten- and cholesterol-free, kosher product line comes in three zesty flavors: Sweet & Spicy Black Bean, whose topping of spicy roasted corn, sweet pineapple and red-pepper relish offers complementary flavors; high-protein Spicy Red Lentil Chipotle, set off by a topping of milder poblano chili peppers and corn; and Wasabi Edamame, topped by black beans and pickled ginger, and offering just the right kick of wasabi backed with horseradish.

Eggland's Best Hard-Cooked Peeled Eggs

SRP: $2.59

www.egglandsbest.com

No time to hard-cook eggs? Just reach for Eggland's Best's ready-to-eat Hard-Cooked Peeled Eggs. Produced and selected from the Jeffersonville, Pa.-based company's Grade AA farm-fresh eggs, and delivering all of the same nutritional benefits with a large added serving of convenience, the item is a resealable pouch of six medium-sized hard-cooked and peeled eggs that contain 25 percent less saturated fat than ordinary eggs, and are an excellent source of vitamins D, B12 and E, and a good source of riboflavin-all for just 60 calories per egg.

Entenmann's Cake Pop Set

SRP: $19.99

www.durakleen.com

With cake pops all the rage, home bakers can easily replicate the charm and whimsy of the tasty single-serve treats with the Entenmann's brand bakeware product line from Brooklyn, N.Y.-based Euro-Ware. Suitable for making sweets on a stick for any celebration, the new bakeware line is affordably priced and ideal as a cross-merchandising candidate for your baking department.

Freshpet Select Roasted Meals for Cats/Dogs

SRPs: $4.29 (1-pound bag of cat food);

$10.99 (3-pound bag of dog food);

$6.49 (1.75-pound bag of dog food)

www.freshpet.com

With its Select Roasted Meals, Secaucus, N.J.-based Freshpet offers consumers' four-legged companions tender chicken pieces accented with carrots and spinach for well-balanced meals pet parents can feel good about serving. The cat food marries the taste and texture of the wet food preferred by felines to the convenience of dry food.

Front Porch Ice Cream

SRP: $4.99

www.mooresvilleicecream.com

Just when it seems like we've seen or tasted just about every ice cream on the market, there comes a new 15-SKU line of Southern-inspired flavors from North Carolina-based Mooresville Ice Cream Co. Packed under the Front Porch brand, the line was a tremendous hit with our team, with the Nana's Banana Pudding, Lemony Sunshine, Peachy Keen and Blackberry Crumble varieties proving especially popular. The line features uniquely crafted flavors based on homespun recipes that will make you feel as though you're rocking on your own front porch on a summer night, no matter where you might be.

Früsh

SRP: $1.99

www.gofrush.com

The Früsh line of refrigerated yogurt fruit shakes from Statesville, N.C.-based Origin Food Group LLC, available in four refreshing flavors-strawberry, blueberry, peach and strawberry banana-blends real fruit with creamy yogurt, resulting in a delicious on-the-go treat. Upping the ante with proprietary, health-enhancing ingredients that optimize bone health and probiotics to boost immunity and aid digestion, the line of functional beverages in 8.4-ounce bottles is perfectly positioned for convenience-seeking, nutritionally minded consumers.

Glutino Rosemary & Olive Oil Gluten Free Snack Crackers and Gluten Free Tortilla Dippers

SRPs: $3.49

www.glutino.com

Glutino Rosemary & Olive Oil Gluten-Free Snack Crackers, the unanimous favorite flavor of PG's tasters, makes for a satisfying gluten-free snack. The flavorful, all-natural crackers go great with soup or salad, but are equally fine on their own. Seasoned with a just touch of salt, the Laval, Quebec-based company's Gluten Free Tortilla Dippers-also all-natural-feature a sturdy scoop shell design that easily accommodates a large dollop of salsa or dip.

Gourmet Trading Co. Superblues Blueberries and Peeled White Asparagus

SRPs: $1.99( 5-ounce package of blueberries);

$3.49 (10-ounce package of blueberries);

$4.99 (16-ounce package of blueberries);

$2.49 (9-ounce package of asparagus);

$3.49 (12-ounce package of asparagus),

$4.39 (1-pound package of asparagus);

$6.49 (1.5-pound package of asparagus)

www.gourmettrading.net

Now available in new pack sizes providing lower price points, the appropriately named Superblues from Gourmet Trading Co. boast twice the size and crunch of their standard counterparts. Our PG tasters certainly found them firm, flavorful and filling, with the added bonus that they held up well to freezing. The Peeled White Asparagus, introduced to market by the Los Angeles-based company, comes in a bag proven to lower shrink. Pre-peeled for greater preparation convenience, the elegant side dish can be displayed in a two-piece shipper that can be assembled in minutes without a box cutter and features a moisture pad at the bottom of the tray to keep the asparagus fresh.

Goya Fiesta Baked Beans

SRP: $1.69

www.goya.com

Secaucus, N.J.-based Goya, the Latin foods leader, continues to expand into new avenues, as evidenced by its line of Fiesta Baked Beans. With more Latin-inspired flavors and recipes gaining mass appeal, coupled with data that finds more than half of all general-population American households consuming baked beans, grocers can't miss with Goya's Fiesta Baked Beans, whose robust flavor and Latin flair easily complements a variety of meals.

**G.S. Caramel Sea Salt Gelato**
SRP: $4.79

www.gsgelato.com

This luscious gelato from Fort Walton Beach, Fla.-based G.S. Gelato & Desserts Inc. seizes upon the sweet-and-salty trend, along with the popularity of sea salt as an ingredient. It features a deep, creamy texture with a rich taste reminiscent of a soft, warm caramel, plus a delicate touch of Mediterranean sea salt. The fusion of flavors is quite pleasant, making for a unique and delicious treat.

**Hammond's Candies**
SRPs: 95 cents-$9.95

www.hammondscandies.com

Denver-based Hammond's released several new products this year, but these in particular caught our editors' fancies. The individually wrapped Caramel Marshmallows offer soft, chewy, buttery goodness. Of the company's latest Pantry Classics dip flavors, designed for snacking and recipes, we were most taken with Cinnamon Bun. But Hammond's new line of chocolate bars really shows off the brand's decadent creativity. The editors were split on their favorites, but the Malted Milkshake, PB&J Sandwich, chocolate-and-raspberry Crackle Crunch, and chipotle-laced Sweet 'N Spicy were definite standouts.

**Hartz UltraGuard Pro Flea & Tick Treatment**
SRP: $19.99

www.hartz.com

Providing effective and affordable flea and tick protection for 30 days at a fraction of the price of veterinarian-recommended products, Hartz UltraGuard Pro Flea & Tick Treatment for Dogs and Puppies starts killing our furry friends' tormentors within 15 minutes. The product from the Secaucus, N.J.-based Hartz Mountain Corp. includes the patented Pro-Glide applicator, which easily penetrates pet fur for application directly to dogs' skin.

**Hawaiian Kettle Style Mango Habanero Chips**
SRP: $2.99-$3.49

www.timschips.com

These new Mango Habanero chips come from Hawaiian Brand Snacks, made by Peoria, Ill.-based Tim's Cascade Snacks, part of the Pinnacle Foods Group. The crunchy chips feature a unique taste that combines the heat of habanero peppers with the sweetness of mangoes. There's just enough heat to give these chips some authority while not overpowering the overall spicy-sweet flavor.

**Hershey's Candies**
SRPs: $1-$3.79

www.hersheys.com

Pennsylvania-based Hershey Co. supplied many sweet favorites among the PG crew. Hershey's Simple Pleasures Chocolates, boasting 30 percent less fat compared with average milk chocolates, deliver all of the deliciousness expected from a Hershey's product. Consisting of a smooth chocolate outside with a rich creme-filled center, Simple Pleasures come in three varieties and are individually wrapped for easy portion control in 24-count, 5.6-ounce pouches. Rolo Minis feature the classic combination of chewy caramel and milk chocolate of their full-size counterparts in a calorie-friendly size that make life sweeter for consumers who want to enjoy their chocolate without the guilt. Ice Breakers Duo Mints offer a tasty, refreshing lift with a "fruit+cool" flavor sensation. Combining a

textured fruit-flavored side (available in raspberry and strawberry varieties) with a cooling, smooth side that features Ice Breakers Mints' signature flavor and cooling crystals, Duo Mints come in 1.3-ounce tins. With a crunchy candy shell and a soft, chewy center, Jolly Rancher Crunch 'N Chew combines the unmistakably bold fruit flavors of the original hard-candy version with a chewy texture. The result is a candy experience that satisfies both crunchy and chewy candy fans' respective sweet spots.

Hormel Cure 81 Ham Steaks, Natural Choice Chicken Sausages and Natural Choice Smoked Sausages

SRPs: $3.09-4.99 (ham steaks);

$4.99 (chicken sausages);

$5.99 (smoked sausages)

www.hormel.com

Easy-to-prepare, fully cooked Cure 81 ham steaks satisfy PG tasters' need for a quick, single-serve weekday meal idea in a variety of flavors: Classic, Brown Sugar, Peppered and Honey Cured. As their name implies, Natural Choice chicken sausages have no preservatives or artificial ingredients, and grill up nicely in three cheese-studded varieties: Jalapeno Cheddar, Apple Gouda and Spinach Asiago. Also boasting no preservatives or artificial ingredients, Natural Choice smoked sausages feature a blend of spices that, along with the smoking process, result in a savory taste sensation. A particular standout is the Turkey variety, which provides a lighter alternative, having half the calories of, and 70 percent less fat than, the Original sausage.

IHOP at Home Syrups

SRP: $3.99-$4.29 (24 ounce);

$2.99-$3.19 (12 ounce)

www.sorbee.com

The latest iconic brand to be brought to grocery store shelves by Trevose, Pa.-based Sorbee International LLC is IHOP-specifically, the syrup enjoyed for years by breakfast diners. The IHOP at Home line of retail breakfast syrups includes classic flavors such as Original, Lite and Sugar Free in 24-ounce bottles, and unique flavors like Rooty Tooty Fresh 'N Fruity Blueberry in 12-ounce bottles. It was really a no-brainer to put the IHOP brand in the retail channel, and these syrups live up to the name.

International Delight Coffee Beverage

SRP: $3.99

www.whitewave.com

Coffeehouse indulgence is now as close as the refrigerator with International Delight Iced Coffee, a sweet and creamy, ready-to-drink iced beverage made with 100 percent premium Arabica coffee and available in three luscious flavors: Vanilla, Mocha and Original. The generous half-gallon packaging was another plus. This gourmet-style thirst-quencher from Broomfield, Colo.-based WhiteWave Foods was particularly satisfying over ice on broiling Jersey City afternoons.

Ivy-Dry Super Continuous Spray

SRP: $10.99

www.ivydry.com

The first continuous spray for the treatment of poison ivy, Ivy-Dry is godsend for hikers, campers and others who enjoy outdoor activities. It can be easily applied to hard-to-reach areas of the body while keeping hands mess-free and lowering the chance of spreading infection or recontamination. PG's testers particularly loved the fact that users can spray at any angle-even upside-down-and the product requires less effort than traditional finger-pump sprays, according to Fairfield, N.J.-based Ivy-Dry Inc.

Kane Candy Chocolate Dessert Cups

SRP: $5.99-$7.99

www.kanecandy.com

Because they're as functional as they are pretty, we like these candy cups quite a choco-lot! A quick and easy dessert solution, Kane's Chocolate Party Cups, offered by Caledonia, Mich.-based Niche Gourmet, can be filled and topped with a limitless number of sweet possibilities. The line's five varieties include chocolate flowers, white and dark chocolate Tuxedo cups, chocolate cordial and toasting cups, chocolate heart cups, and large Kane Candy Chocolate Party cups. Great for parties of all kinds and sizes, these items lend a special, elegant touch to the dessert course.

Kellogg's Krave Cereal and Eggo Wafflers

SRP: $3.99 (Krave);

$2.99 (Wafflers)

www.kellogg.com

Kellogg's Krave is aimed at teens, of whom 50 percent reportedly skip breakfast. The product features a sweet, crispy cereal shell exterior with a smooth real chocolate center, delivering an "intense chocolate experience," according to the iconic Battle Creek, Mich.-based company. A good source of fiber and made with whole grains, Krave is available in Chocolate and Double Chocolate. Eggo Wafflers are hand-held, tear-apart waffle bars-crispy on the outside, fluffy on the inside-that are designed to be eaten right out of the toaster, no syrup required. They are available in Brown Sugar Cinnamon Roll and Strawberry Strudel flavors.

Kind Nuts & Spices

SRP: $1.99 (bar)

www.kindsnacks.com

New York-based Kind Healthy Snacks offers this line of snack bars crafted from high-quality whole nuts and spices. The clean-label bars deliver indulgent recipes with all-natural protein, fiber and no more than 5 grams of sugar. The product line is available in four varieties-Dark Chocolate Nuts & Sea Salt, Madagascar Vanilla Almond, Dark Chocolate Cinnamon Pecan and Cashew & Ginger Spice-that provide unique flavors in a great-tasting, better-for-you snack.

Klondike Shelf-stable Baby Potatoes

SRP: $1.99

www.potandon.com

Potandon Produce's Klondike Goldust Express joins Klondike Rose Express as part of the Idaho Falls, Idaho-based company's shelf-stable line of microwavable fresh potatoes. Klondike Express combines cutting-edge packaging technology with two market-proven potato varieties, enabling convenience-driven consumers to prepare 1 pound of whole fresh Klondike baby potatoes from pantry to plate in just six minutes. They're positioned as high-velocity impulse items that can be cross-merchandised as part of a meal solution display, or as a quick potato side-dish to complement outdoor grilling in summer. In addition, the Klondike Rose Express package has been updated with an enhanced nutritional panel on the front, highlighting the fact that fresh potatoes are fat- and sodium-free, and contain 18 percent of the recommended daily amount of potassium per serving and 45 percent of vitamin C.

Kraft Fresh Take

SRP: $1.99

www.kraft.com

Northfield, Ill.-based Kraft aims to simplify the process and ease the mess of preparing crusty baked poultry, pork and seafood dishes. Each refrigerated Fresh Take sectioned bag contains natural Kraft Cheese and seasoned breadcrumbs; you break the divider, mix the cheese and crumbs, coat your protein and bake. The bag is your bowl, so cleanup is minimal. It's an easy way for budding cooks to try something new, and veterans should like having fewer dishes to wash. Fresh Take comes in six varieties: Southwest Three Cheese, Rosemary & Roasted Garlic, Chile Lime & Panko, Cheddar Jack and Bacon, Italian Parmesan, and Savory Four Cheese.

Krave300 Disposable Electronic Cigarettes

SRP: $8.99-$11.99

www.vapor-corp.com

Krave Electronic Cigarettes from Fort Lauderdale, Fla.-based Vapor Corp. offers a large selection of disposable e-cigs designed to stylishly fit any smoker's needs. Available in traditional tobacco or menthol flavors, the Krave300 disposable line also comes in an assortment of 10 other flavors merchandised in 10-unit point-of-purchase boxes. The Fruits Collection includes Sour Apple, Blueberry, Great Grape, Juicy Peach and Strawberry flavors, while the Sweets Collection offers Cappuccino, Chocolate, Red Wine, Spiced Rum and Very Vanilla flavors, among others. In addition, Krave300 e-cigs are available in a variety of colors and tattoo-inspired looks, all equipped with jewel-cut tips to really make them stand out. Users can enjoy 300 puffs without the second-hand smoke, flame, ash or odor of traditional cigarettes.

Larry the Cable Guy Smokin' Chips, Wraps and Firestarters

SRP: $5.99 (chips);

$6.99 (wraps);

$8.99 (8-pack of firestarters, which are 98 cents apiece)

www.tailgatingplanks.com

Chef Locke's It's Hi-Time Home Décor & More Inc., based in Spokane Valley, Wash., has extended its easy BBQ prep line with flavor and smoke accessories under the Larry the Cable Guy brand-in the process taking grill-friendly fare to the next level. The Smokin' Chips, Wraps and Firestarters are suitable for all proteins and infuse a tangy, smoky flavor in a fun and easy preparation method to help folks "git-R-done" and enjoy.

Lake Champlain Chocolates Organic Dark Chocolate Bars

SRP:$4.59

www.lakechamplainchocolates.com

Inspired by Peru's world-class cocoa, Burlington, Vt.-based Lake Champlain Chocolates added two organic chocolate bars to its organic chocolate line. The scrumptious single-origin 70 percent cocoa bars are Peru Organic and Cherry Peruvian, the latter of which features organic tart dried cherries from northern Michigan that perfectly complement the fruitiness already present in the chocolate, along with Madagascar Bourbon vanilla beans, considered the finest and most balanced vanilla beans available.

Lawry's and McCormick Seasoning Blends and Coffee Extract

SRPs: $3.29 (Lawry's items);

$4.59 (Gourmet Seasoning items);

$1.40 (Grill Mates); $2.89 (Perfect Pinch)

and $4.42 (extract)

www.mccormick.com

These fabulous flavors from Hunt Valley, Md.-McCormick & Co. enlivened PG tasters' various culinary endeavors. Lawry's Fire Roasted Chile & Garlic Blend and Roasted Garlic Salt with Oregano & Basil provided authentic Southwestern and Mediterranean zing, respectively, while McCormick Gourmet Cuban and Gourmet Tuscan Seasoning items were robust ambassadors for two time-honored cuisines. Specially designed for larger cuts of meat that require more time on the grill, the Slow & Low Memphis Pit BBQ Rub in the Grill Mates line went over big at one summer cookout we know of, and for the sodium-conscious among us, nothing could top the Perfect Pinch salt-free Fiesta Citrus and Southwest Sweet 'n Smoky varieties, both of which are treats for the taste buds. Last-but certainly not least-the Pure Coffee Extract proved an irresistible addition to cookies, cakes, pies, hot beverages and anything else that occurred to us.

Lipton Pure Leaf Real Brewed Tea

SRPs: $2.49-$2.69 (carafe); $1.69-$1.79 (single)

www.pepsico.com

This Lipton/Pepsi joint project is a great addition to the growing ranks of bottled brewed teas. Brewed from Rainforest Alliance Certified tea leaves from China, India, Africa and South America, Pure Leaf comes in unique square PET bottles, and in nine assorted flavor and calorie combinations, including lemon, peach and raspberry. The sweet varieties-Sweetened and Southern-style Extra Sweet-are made with all-natural sugar, but the Unsweetened is a benchmark for a bold, clean-tasting, refreshing iced tea.

M&M'S Mint Dark Chocolate Candies

SRP: $1.09 (1.5-ounce single);

$2.99 (8-ounce resealable pouch)

www.mars.com

The latest new variety of M&M'S is delicious, refreshing and a sure winner in the candy aisle. This time, the familiar candy shell encases creamy dark chocolate laced with refreshing mint. Mars Chocolate North America had offered this flavor only during the winter holiday season, but now consumers can enjoy it year-round-a smart move, since the Hackettstown, N.J.-based company notes that mint chocolate is a popular flavor enjoyed by consumers anytime (80 percent of sales are nonseasonal), and sales in the mint segment are growing faster than in the chocolate category.

Macanudo Cigar with Locked-In Humidity Packaging

SRP: $6.99

www.cigarworld.com

For grocers that want to sell premium handmade cigars but not install a humidor, General Cigar Co. has brought "Locked-In Humidity" packaging to its top-selling Macanudo cigar brand. This innovative, proprietary wrapping provides an airtight barrier that guarantees fresh-from-the-factory flavor in an attractive package and display. This packaging also presents grocers with merchandising opportunities away from the traditional tobacco section, such as the wine and spirits department. The sample was of Macanudo's traditional high quality, and the packaging delivered the 5.5-inch-by-50-ring-gauge cigar in perfect smoking condition. The pouch is also available on same-size cigars from General Cigar's Partagas, Punch and Excalibur brands.

Manischewitz Gluten Free Chocolate Cake Mix

SRP: $4.69

www.manischewitz.com

Including nearly everything needed to make-and bake-a cake, including cake mix, frosting mix and even a disposable pan, Manischewitz Gluten Free Chocolate Cake Mix from the respected Newark, N.J.-based kosher food company is ideal for convenience-seeking gluten-intolerant consumers. With a preparation time of less than 10 minutes and a baking time of about 40 minutes, the packaging features an on-pack icon communicating the healthier attributes of the all-natural item, which is an excellent source of fiber and low in sodium, as well as having no MSG, sulfites, and artificial preservatives or ingredients.

Mann's Rainbow Salad

SRP: $1.99-$2.99

www.mannpacking.com

With mini broccoli florettes now added to its already healthy and delicious mix of shredded carrots, cabbage and cauliflower for extra crunch and texture, the reformulated Rainbow Salad from Salinas, Calif.-based Mann Packing Co. is truly better than ever. The microwaveable pre-washed product works well in salads, wraps, sandwiches and more-one veggie-loving PG editor naturally used it as the basis of a super Fourth of July slaw.

Mediterranean Snacks HummuZ Crispz and Lentil Crackers

SRP: $3.49-$3.99

www.mediterraneansnackfoods.com

Tasty, crunchy snacks that boast enhanced wellness profiles without sacrificing taste, HummuZ Crispz and Lentil Crackers from Boonton, N.J.-based Mediterranean Snacks are low in fat, high in protein, gluten-free and non-GMO certified. Baked with real garbanzo beans, HummuZ Crispz are a good source of fiber and protein. Lentil Crackers-the first crackers made with protein-rich lentils-contain only 110 calories in a hearty 18-cracker portion and come in three flavors: Sea Salt, Cracked Pepper and Rosemary Herb.

Melt Organic Buttery Spreads

SRP: $3.99-$4.99

www.meltbutteryspread.com

Hailey, Idaho-based Prosperity Organic Foods launched this new line of certified-organic buttery spreads made from a blend of virgin coconut, flaxseed and sunflower oils. With no trans fats, hydrogenated oils, gluten, soy or artificial preservatives, Melt delivers a fresh, rich taste and creamy texture; the honey variety is particularly nice on wheat toast. Additionally, Melt tops, sautés and bakes just like butter, with half the saturated fat and fewer calories.

Meow Mix Tender Centers

SRP: $4.99 (small bag); $12.99 (large bag)

www.delmonte.com

These dual-textured kibbles from San Francisco-based Del Monte Foods are crunchy outside with a meaty center-a combination that proved to be a big hit with our resident feline taste-testers. Available in tuna and white fish and salmon and white meat chicken flavors, the line was launched by the return of the memorable Meow Mix jingle, which last aired 16 years ago.

MiO Energy

SRP: $4.99

www.kraft.com

An extension of Northfield, Ill.-based Kraft's MiO water "personalizer," MiO Energy adds a boost of energy and B vitamins with 60 milligrams of caffeine per 8-ounce serving, about the same as a 6-ounce cup of coffee. A few squirts of colorful flavor really do jazz up an otherwise mundane glass or bottle of water, and the energy boost can be a welcome mid-afternoon pick-me-up. It comes in Black Cherry and Green Thunder (sort of a tropical fruit flavor).

MOAB Açai Superfruit Blend

SRP: $2.99

www.friedas.com

A new fusion of exotic juices, Açai Superfruit Blend from Los Alamitos, Calif.-based specialty produce supplier Frieda's Inc. is a polyphenol powerhouse, with antioxidant strength to neutralize damaging free radicals and supercharge health. Enhanced with freeze-dried açai, organic açai juice from the Brazilian Amazon mingles with the nutrient-rich juices from Concord grapes, mangoes and other key players, along with the juices of acerola and passion fruit and the fruit purees of camu camu and capuaçu from Brazil. The beverage also features vegetarian omega-3 DHA to promote heart and brain health, and plant-derived glucosamine (vegetarian) for joint health.

Açai Superfruit Blend is gluten-free, dairy-free,

GMO-free, wheat-free, vegetarian, and vegan.

Other MOAB Superfruit Blend varieties include

Pomegranate and Wild Blueberry.

Mr. Clean Bliss Gloves

SRP: $3.99

www.thebutler.com

Cleaning is sheer bliss with these premium household gloves from Marlborough, Mass.-based Butler Home Products, which are latex-free and boast a plush, pillow-soft lining that keeps hands dry and comfortable. Additionally, an embossed palm grip helps to provide a safe grip.

Nature Made 100% Vegetarian Omega-3

SRP: $29.79

www.pharmavite.net

There's nothing fishy about Nature Made 100% Vegetarian Omega-3, which enables vegetarian, vegans and those who can't tolerate or are allergic to fish to get the right dose of omega-3 fatty acids as recommended by heart-health experts. One of the first products to deliver a completely vegetarian alternative to regular fish oil supplements, the item from Northridge, Calif.-based Pharmavite contains EPA and DHA from a non-animal source made in an ocean-free environment.

Nature's Path Love Crunch Granolas

SRP: $4.99

www.naturespath.com

Shoppers are sure to love Love Crunch from Richmond, British Columbia-based Nature's Path Organic Foods as much as we did. Available in four delectable flavors-Carrot Cake, Apple Crumble, Aloha Blend, and Dark Chocolate & Red Berries-the USDA-certified organic, non-GMO granola line is packed with nutrients and whole grains, but no cholesterol or trans fats, and less sodium. And if all of that isn't enough to do your heart good, the brand's "Bite4Bite" initiative helps the needy: For each bag of Love Crunch sold, Nature's Path will donate the equivalent in cereal or cash, up to $1 million, to food banks. Additionally, the cereals come in eco-friendly standup resealable bags.

Ocean Mist Farms Season & Steam Microwavable Artichoke Pack

SRP: $3.99

www.oceanmist.com

Find artichoke preparation a hassle? You won't with the Season & Steam microwavable artichoke pack from Castroville, Calif.-based Ocean Mist Farms. The innovative item offers two fresh Globe artichokes that are cleaned, trimmed and ready to cook in first-of-its-kind packaging that gives users the option to open the bag, pre-season the artichokes to taste, reseal the package and steam by microwave all within the same bag. And the results are utterly-not to mention effortlessly-delicious.

Oscar Mayer Selects

SRPs: $4.99 (9 ounces of cold cuts);

$3.99 (8-count hot dogs);

$6.99 (12 ounces of bacon)

www.kraft.com

Some would say it's enough just to be bacon, but Oscar Mayer, a brand of Northfield, Ill.-based Kraft, goes one further with its delicious new Selects line, which has no artificial preservatives, flavors or colors. The bacon is uncured and the hot dogs contain no byproducts. Two of the hot dog varieties-New York Style and Chicago Recipe-attempt to capture those regional flavors with ingredients instead of toppings-not quite, but nice try. Still, the taste, texture and label of the dogs (which also include Turkey, Beef, Angus and Angus Bun-Length) are excellent, as are the cold cuts, especially the Slow Roasted Turkey Breast and Applewood Smoked Ham.

Pacific Soup Starters Vietnamese-style Pho

$3.49-$3.69

www.pacificfoods.com

Tualatin, Ore.-based Pacific Natural Foods' innovative Soup Starters line, including three varieties of Vietnamese-style Pho, meets growing consumer interest in cooking ethnic dishes at home. Not only do these items

have an immediate impact on retailers' bottom lines by encouraging consumers to pick up additional items across multiple departments to assemble the soups, but their satisfyingly tasty flavors will have shoppers coming back for more.

Panera Bread Salad Dressing

SRP: $4.99

www.arcobasso.com

Arcobasso Foods, a full-service custom manufacturer and bottler of salad dressings, sauces and marinades, helped Panera Bread launch its retail line of dressings in 2009. Since then, Hazelwood, Mo.-based Arcobasso has extended the Panera dressings line to 18 national grocery retailers, with 1,800 retail locations and counting. Among its newest dressings to bow in the past year, we give a healthy thumbs-up to the Fuji Apple and Cherry Balsamic varieties, which add unique restaurant flair to homemade salads.

Pearls/Early California Reduced Salt Olives

SRP: $1.79

www.olives.com

Although they contain 25 percent less sodium than regular black olives, these items sold under two trusted brands from Tracy, Calif.-based Musco Family Olive Co. don't disappoint on taste. Olive lovers-even those not watching their salt intake-will be hard-pressed to stop at the serving size of four.

Pepsi Next

SRPs: 99 cents (20-ounce and 2-liter);

$2.99 (introductory pricing for 12-pack)

www.pepsico.com

Research has shown that there's a segment of consumers who are resistant to both regular, full-sugar cola and diet offerings. While these consumers love the taste of Pepsi, they don't believe you can achieve full-flavor taste with a diet cola. Purchase, N.Y.-based PespiCo developed Pepsi Next with these consumers in mind. Pepsi Next delivers real cola taste with 60 percent less sugar than Pepsi-Cola, which it achieves by offering just the right mix of cola flavor and a blend of sweeteners to closely mimic the taste curve of a regular cola. And the calorie-counters will be happy, too-Pepsi Next has only 40 calories per 8-ounce can.

Planters Nut-rition Men's Health

SRP: $5.99 (10.25-ounce can);

$7.89 (six 1.5-ounce pouches)

www.kraft.com

Co-branded with the leading men's magazine, this tasty nut mix delivers a delicious, crunchy and healthy snack. Recent stats show that men these days are doing more grocery shopping and are more interested in wellness, so Planters Nut-trition from Northfield, Ill.-based Kraft is a perfect match. This blend of almonds, peanuts and pistachios contains 6 grams of protein and six vitamins and minerals per 1-ounce serving.

Pretty Lady for the Holidays Table Grapes Packaging

SRP: N/A

www.dulcich.com

Introduced last November by Delano, Calif.-based Sunlight International Sales as a seasonal promotion for Pretty Lady brand table grapes from J. Dulcich & Sons in McFarland, Calif., this creative packaging and merchandising program featured colorful, eye-catching packaging with holiday-themed designs to appeal to customers of all ages, as well as accompanying POS materials such as display bins and shelf danglers. Consumers can rinse the grapes right in the innovative standup grab-and-go colander bags, which also enable easy and efficient carrying, displaying and storage. More themed promotions using the same innovative packaging are on the way from Sunlight-we can't wait!

**Pretzel Crisps** Dark Chocolate and Peppermint Variety
> SRP: $2.99

www.pretzelcrisps.com

Sweet and salty meets chocolate mint for this new winner from Skillman, N.J.-based Snack Factory. Joining the brand's Holiday Indulgents line, Dark Chocolate & Peppermint **Pretzel Crisps** combines rich, dark chocolate with flat-baked pretzel crackers, topped off by peppermint candy pieces. This seasonal flavor is available at supermarkets and select specialty stores nationwide during the winter holiday season.

Proxi-Plus
> SRP: $5.99

www.majesticdrug.com

This unique dental cleaning product from South Fallsburg, N.Y.-based Majestic Drug features an ultra-fine, super-gentle interdental brush on one end and a flosser on the other-the only such product on the market to offer this combination in a single item. Additionally, innovative clamshell packaging holds 30 disposable brushes, one a day for a month, so PG staffers who are diligent about their midday dental hygiene don't need to replenish their stocks as often as previously.

Ritz Crackerfuls Big Stuff
> SRP: $3.99 (box of 5 1.25-ounce packs)

www.kraft.com

These days, when it comes to food, bigger isn't always better. But Ritz Crackerfuls Big Stuff from Northfield, Ill.-based Kraft is a winner, especially for those (editors included) who travel and often find themselves hungry but trapped on the tarmac. Made with 6 grams of whole grain per serving, it's perfect for tiding you over until that next mealtime. The Extreme Peanut Butter and Colossal Cheddar fillings bring a nice creamy contrast to the crunchy crackers.

Rubi Automated Coffee Kiosks
> SRPs: $1 (12-ounce brewed coffee);
> $1.50 (café mocha or vanilla);
> 50 cents extra (16-ounce size)

www.coinstar.com

The folks up in Bellevue, Wash., who brought us Coinstar and Redbox are now offering a turnkey solution for grocers looking to improve their in-store coffee programs. In partnership with Seattle's Best Coffee, the Rubi system features touchscreen ordering and French press technology that grinds the beans and delivers steaming cups of great-tasting fresh-brewed coffee in about a minute. Supported by a Web-based frequent-customer program that remembers your previous order and e-mails your receipts, Rubi is bound to be embraced by retailers looking to save on labor and waste while providing their shoppers with a great cup o' joe.

Russo's Gluten-Free New York Style Pizza
> SRP: $10.99-$11.99

www.nypizzeria.com

Russo's New York Style Gluten-Free Pizza features a vegan crust made with rice flour, tapioca flour, potato starch and extra-virgin olive oil, infused with honey and Italian seasonings. It's available in six varieties: Greek, New York Style, Margherita, Chicken Rustica, Pepperoni and Italian Mozzarella, and Mulberry. Founded in 1992 by chef Anthony Russo, Houston-based Russo's New York Pizzeria is known as the only place to find authentic New York pizza and Italian dishes in Texas. It operates 28 restaurants in Texas, Florida, Tennessee and Arkansas, and will soon be expanding to New York and New Jersey.

Sahale Crunchers

SRP: $3.99

www.sahalesnacks.com

It's always great to see new twists on snacks that make healthy noshing delicious. With several innovative flavor combinations, Seattle-based Sahale's new Sahale Crunchers team lightly roasted sliced almonds with fruits and spices, offering unique mixes like Almonds with Cherries, Apples & Maple; Almonds with Cranberries, Sesame Seeds & Honey; and Almonds with Parmesan & Herbs. With less than 140 calories per serving, Sahale Crunchers add zing to healthy snacking.

Salem Baking Co. Cookies

SRP: $5.99

www.salembaking.com

It would be a shock to find a product from Winston-Salem, N.C.-based Salem that we didn't like, especially after experiencing its full line at a trade show. So it was no surprise how much their new releases impressed us. The Moravian sugar cookies, so delicately crisp on their own, are more decadent in holiday shapes, enrobed in chocolate and topped with crushed peppermint. The Butter Pecan Praline Shortbread Cookies are buttery rich, and the Pumpkin Spice Shortbread-laced with cinnamon, ginger, nutmeg and allspice- evokes images of the fall and winter holidays.

Sea Best Signature Entrées

SRPs: $5.72-$7.80

www.seabest.com

The Sea Best Signature line from Jacksonville, Fla.-based Beaver Street Fisheries features complete seafood dishes in a variety of flavor profiles. The line was developed to give consumers a foolproof method of preparing sophisticated seafood culinary creations at home. All items within the line are preseasoned, packaged in microwave-safe/oven-safe containers and ready in about six minutes. The tray itself is self-venting, creating a steam environment that gives the consumer a better-finished product than conventional microwave cooking. The line includes seven original recipes based on consumer input and research: Maine Lobster Cakes, Mango Crusted Swai, Potato Crusted Cod, Spinach & Artichoke Stuffed Flounder, Shrimp & Grits, Stuffed Clams, and Tilapia Florentine.

Seattle Chocolates Baby, It's Cold Outside

SRPs: $3.50 (2-ounce bar);

$11.95 (6-ounce box of truffles)

www.seattlechocolates.com

This special 2012 holiday collection of vintage-style truffle bars from the chocolate purveyor unsurprisingly based in Seattle was created to evoke the romance, glamour and innocence of a bygone era. There are five "cozy and family" flavors: Christmas Cookie Bar (milk chocolate, white chocolate center, vanilla, cinnamon oil, raw sugar crystals); Hot Buttered Rum Bar (milk chocolate with a hint of rum and toffee crunch); Holiday Cheer Eggnog Bar (milk chocolate with sweet vanilla, cream and nutmeg); Mom's Hot Cocoa Bar (milk chocolate bar with marshmallow bits); and Candy Cane Crunch Bar (minty dark chocolate truffle with candy cane chips). The truffles are also available in a holiday party box illustrated with scenes of a 1950s holiday shindig, and a fun "snow day" box with a wintry backdrop.

Snyder's of Hanover Eatsmart Potato Crisps and Bacon Cheddar Pretzel Pieces

SRPs: $3.49-$3.99

www.snyderslance.com

Our picks from Hanover, Pa.-based Snyder's could be described as both naughty and nice. You can rarely go wrong with bacon or cheese, so both is better: generous chunks of sourdough hard pretzels with hearty bacon and cheddar cheese flavors. Meanwhile, the brand has added potato crisps to its better-for-you Eatsmart line.

These crunchy all-natural popped snacks have 65 percent less fat than regular potato chips and come in Original, Sea Salt & Vinegar, and sweet-spicy Mesquite BBQ flavors.

Sunkist Blends

SRP: $5.99

www.trifectafoods.com

Add some sunshine to your day with this rejuvenated take on trail mix from Pacoima, Calif.-based Trifecta Foods LLC that blends best-of-class ingredients with a proprietary process enhancing flavor and aroma. Sold under the Sunkist brand-synonymous in consumers' minds with quality citrus fruits-these tasty anytime snacks are designed to be marketed in the fresh produce section.

SunRidge Farms Items

SRP: Various

www.sunridgefarms.com

Among among the slew of tasty new snacks from Royal Oaks, Calif.-based SunRidge Farms, two stood out as our particular favorites. Mango Almonds are all-natural dry-roasted almonds coated with a creamy mango coating, and made with real vanilla and natural flavors. They contain no preservatives, O grams of trans fats, no hydrogenated oils, and are GMO- and rBST-free. Vanilla Chai Raisins (above) consist of all-natural exotic chai spices and green tea blended together in a creamy real-vanilla coating poured over sun-ripened raisins. They contain no hydrogenated oils, titanium dioxide or trans fats, and are GMO-free.

SunRype Just Fruit & Grains

SRP: $1.29

www.sunrype.com

This dense, chewy bar from Kelowna, British Columbia-based SunRype Products Ltd. is made up of 70 percent fruit and 30 percent grains, with nothing else added. The simple, healthy all-natural ingredient list includes fruit purees, fruit and vegetable juice concentrates, oats, barley, rice crisps, sunflower seeds and flax seeds. What's more, there are two great flavors to choose from: Summer Berries and Strawberry Mango.

SweetLeaf SugarLeaf

SRP: $7.99

www.wisdomnaturalbrands.com

For those who love baking and whipping up other sweet treats but aren't keen to cut down on their sugar intake, SugarLeaf is a 100 percent natural low-calorie sweetener from Gilbert, Ariz.-based Wisdom Natural Brands, the maker of SweetLeaf Stevia Sweetener. Made by bonding SweetLeaf Stevia and raw cane sugar, SugarLeaf offers the sweet taste and browning and bulking qualities of sugar, but with two-thirds fewer calories and carbohydrates. And we were particularly glad to find out that since SugarLeaf is three times sweeter than sugar, less is needed in recipes.

Talenti Gelato e Sorbetto

SRP: $4.99-$5.99

www.talentigelato.com

Great-tasting, all-natural Talenti gelati and sorbetti are uniquely creamy and intensely flavored, made in small batches using traditional Italian equipment. Featuring milk from cows not treated with artificial hormones, Talenti's newest gelati are not only incredibly rich and creamy but, with about 30 percent less fat than regular ice cream, they're also a healthier alternative. In true Talenti tradition, the five new gelati are made from scratch with only the best all-natural ingredients. Chocolate Peanut Butter Cup, Banana Chocolate Swirl, Black Raspberry Chocolate Chip and Chocolate Chip-Stracciatella went over big with PG's road-testers, as did the mess-free screw-top lids.

Tastykake and Mrs. Freshley's Doughnuts and Pastries

SRPs: 85 cents-$4.49

www.flowersfoods.com

Flowers Foods impressed us with some of its latest releases under its Mrs. Freshley's and Tastykake brands. The co-branded Cinnabon Honey Bun is a sweet and moist breakfast treat, topped with cinnamon and icing. The Little Layer Cakes offer rich vanilla icing and a drizzle of chocolate-enrobed soft yellow cake with crème filling. The mini doughnuts from Tastykake make it too easy to eat more than one, especially the powdered sugar variety, and the Crème Filled Chocolate Bells are rich, chocolaty crème-filled morsels. The Cinnabon products are great for folks looking for that trademark cinnamon roll taste outside the mall. And with Flowers' distribution network, Tastykake products can be enjoyed by Philadelphia expats around the country.

Thai Kitchen Rice Noodles

SRP: $3.79

www.simplyasiafoods.com

Making authentic Asian noodle dishes has gotten much easier with this new line of all-natural rice noodles from Thai Kitchen, a brand of Berkeley, Calif.-based Simply Asia Foods LLC that's available in three gluten-free varieties (Brown Rice, Red Rice, and Purple Corn & Rice Noodles). Perhaps best of all is that they're packaged in four individual servings that allow consumers to add variety and personality to their favorite dishes, including stir-fries, soups and salads. Add the vegetables, protein and seasonings of your choice, and you're eating a unique and flavorful dish in minutes.

TruRoots Sprouted Trios

SRP: $4.19-$5.49

www.truroots.com

PG tasters took the opportunity to get in touch with their roots with this shelf-stable, quick-cooking, naturally gluten-free, vegan and certified GMO-free product line featuring three types of sprouted rice, lentils and quinoa, respectively. Offering mosaics of color that are as lovely to look at as they are to eat-especially the quinoa combo-Livermore, Calif.-based TruRoots offers products that are directly sourced and sustainably grown.

Turkey Hill SunBrew Iced Tea

SRP: N/A

www.turkeyhill.com

The folks at Conestoga, Pa.-based Turkey Hill are pioneers in chilled bottled tea in a multitude of flavors, and their latest release is a masterpiece. SunBrew aims to capture a home-brewed taste and truly hits the mark. With cane sugar and no added preservatives or colors, SunBrew comes in a 25-calorie Lightly Sweetened variety, as well as 80-calorie Sweetened and calorie-free Unsweetened. Our editors who live on the fringes of Turkey Hill's marketing area hope SunBrew will soon arrive at their local stores.

Tyson Deli Market Products and Pork Sparerib Mini Racks

SRPs: $3.99-$4.99 (Deli Market items); $5.49 per pound for a $8.50-$9.50 retail unit price (spareribs)

www.tyson.com

We were frankly wowed by the Tyson Deli Market line, which features a whole range of fully cooked meal solutions, from restaurant-inspired pasta entrées, to glazed chicken breast fillets, to chicken fajita strips. The Springdale, Ark.-based company's heat-and-serve products come in both modified-atmosphere and vacuum skin packaging to retain freshness and quality. Meanwhile, for rib lovers, Tyson Pork Sparerib Mini Racks offer vacuum-packaged, pre-seasoned and portioned products that require minimal preparation and quick cooking times to deliver easy, no-fuss meals with no waste or mess. Available in Applewood and Teriyaki flavors, the line also provides smaller portion sizes-ideal for those of us who don't have an army to feed.

Udi's Gluten Free Foods Items

SRPs: $5.99-$6.99

www.udisglutenfree.com

Chocolate Chia Muffin Tops, Classic French Dinner Rolls and Millet-Chia Bread are among Udi's new line of products. The muffin tops allow the nutritionally minded to indulge in a little chocolate decadence. The dinner rolls are ideal for sharing at dinner with family or friends. The Ancient Grain Breads have more protein and fiber than Udi's original white and whole grain varieties, but are just as tasty. Baked with hearty ancient grains, this bread contains a wholesome balance of nutrients vitamins and earthy flavors. It's baked with chia, a naturally gluten-free seed that supplies beneficial nutrients and a delicious flavor.

## Velveeta Cheesy Skillets

SRP: $3.25

www.kraft.com

There were a lot of smiles around the table on the night these samples from Northfield, Ill.-based Kraft were tested. The creamy cheese sauce takes these boxed meals up a notch or two. Just combine the pasta and seasonings with chicken, ground beef or tuna; mix in the sauce; and you've got a dinnertime crowd-pleaser in about 20 minutes. The biggest raves went to the Chicken Alfredo; new varieties also include Chili Cheese Mac and Tuna Melt.

## Warheads Sour Twists

SRP: 99 cents

www.impactconfections.com

Warheads Sour Twists from Littleton, Colo.-based Impact Confections is a three-color, three-flavor extruded chewy candy that's intertwined for a mouthwatering treat. It can be eaten as one combined twist, or untwisted so each flavor can be savored individually. Each twist has a fruity center and sour sanding, and is made to appeal to all taste buds. The product comes in a 2-ounce tray of twists in green apple, lemon and watermelon flavors. Warheads is supporting the new product launch online through sponsorships with Cartoon Network and Nickelodeon, as well as engagement with the Warheads Facebook community of more than 1.3 million fans.

## Willamette Valley Granola Co. Granola Chips

SRP: $3.99

www.willamettevalleygranola.com

Granola's been marketed as a snack before, but never quite like this. Portland, Ore.-based Willamette Valley has introduced lightly sweetened, crispy bite-sized chips featuring a whole grain blend of oats, quinoa, amaranth and barley that enabled PG tasters to feel virtuous as they indulged. The product line's resealable pouches come in four toothsome flavors: Butter Pecan, Wild Berry, Honey Nut and Vanilla Bean.

## Wrigley's Gum and Candy

SRPs: 69 cents-$3.19

www.wrigley.com

There was lots to love from Chicago-based Wrigley. Life Savers Gummies new 4.2-ounce Share Size Pouches replace the 2-ounce individual pouches launched in 2009. These pouches offer consumers more gummies in three flavor varieties: 5 Flavors, Mix-O-Reds, Sours and Collisions. The Micro Pack versions of 5 and Orbit gums were designed to make it convenient and affordable for consumers to keep their favorite chewing gums handy all of the time. The new 6-tab envelopes are available in 5 Rain (a tingling spearmint) and 5 Cobalt (a cooling peppermint), and Orbit Spearmint, Wintermint and Strawberry Remix. Skittles Riddles are a new bite-sized chewy candy with colors that don't match the flavors to keep consumers guessing as they make their way through bites of Strawberry, Apple, Watermelon, Fruit Punch and Raspberry. Starburst Flavor Morph chews start as one fruit flavor and transform into another as special flavor beads burst with a second flavor, creating a unique and new-to-the-category experience. Each package contains an assortment of two juicy changing flavors: Cherry, Cherry Lime, Orange and Orange Strawberry.

Yes To Carrots Leave-in Conditioner with Argan Oil

SRP: $8.99

www.yestocarrots.com

Go ahead, say yes. San Francisco-based Yes To Carrots' Leave-In Conditioner sends a mix of proteins and amino acids deep into hair cuticles for some serious restructuring and rejuvenating benefits. Formulated for normal to dry and damaged hair types, the easy-to-apply, 98 percent natural formula provides a more intense level of benefit for hair that needs a little TLC, with argan oil and keratin proteins getting to the root of each strand of hair to strengthen and renew

**Load-Date:** August 22, 2012

End of Document



# Snack Factory, L.L.C., Skillman, N.J; peopleCM Ernst & Young L.L.P.

Snack Food & Wholesale Bakery

August 1, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 BNP Media

**Section:** Pg. 9(1); Vol. 101; No. 8SH ACCOUNTING FIRMS; ISSN: 1096-4835

**Length:** 61 words

## Body

Sara and Warren Wilson, company founders and creators of **Pretzel Crisps**, received the Ernst & Young Entrepreneur of the Year 2012 Award in the Master category in New Jersey. The award recognizes outstanding entrepreneurs who demonstrate excellence and extraordinary success in such areas as innovation, financial performance and personal commitment to their businesses.

**Load-Date:** December 19, 2013

End of Document



# Couple snags crispy prize

The Times of Trenton (New Jersey)

July 10, 2012 Tuesday, TRENTON FULL RUN EDITION

Copyright 2012 The Republican Company, Springfield, MA. All Rights Reserved

**Section:** BUSINESS; Pg. B09

**Length:** 185 words

**Byline:** Emily Brill, STAFF WRITER

## Body

Thin pretzels have led to fat profits for business owners Sara and Warren Wilson of Princeton Township, who took home Ernst & Young's Entrepreneur of the Year award last month.

The Wilsons' most recent endeavor, **Pretzel Crisps**, brought in more than $100 million in retail sales last year, according to their parent company, Princeton Vanguard. The entrepreneurs hold a patent for the snack, a flat, crispy pretzel cracker.

The Wilsons also lay claim to the invention of bagel chips, the thin, baked bagel slices they sold for seven years under the name New York Style Bagel Chips before selling the company to Nabisco in 1992.

Before pioneering sales of the two hybrid snacks, the Wilsons hawked funnel cake, fat-free deli snacks and "bottle banks" emblazoned with sports logos.

Ernst & Young recognized the "resilience" of the Wilsons' company, Snack Factory, during the award ceremony in New Brunswick, Warren Wilson said.

"They categorized us as a company that develops many products time and time again," Warren said. "We're on our fourth business already."

Contact Emily Brill at (609) 989-5721 or ebrill@njtimes.com

**Load-Date:** July 10, 2012

End of Document



# Elizabeth Olsen snacks on pretzel crisps during filming break - as shrinking Dakota Fanning looks glum holding popcorn kernel

MailOnline

July 8, 2012 Sunday 2:43 AM GMT

Copyright 2012 Associated Newspapers Ltd. All Rights Reserved



**Section:** TV&SHOWBIZ

**Length:** 307 words

**Byline:** DAILY MAIL REPORTER

## Body

She's the former child star who appeared to have a wise head on her young body.

But it seems even Dakota Fanning has succumbed to the pressures of staying uber-trim.

Despite celebrating her 18th birthday earlier this year, the pencil-thin actress lacked the feminine curves most ladies develop by the time they are nearing their twenties.

As co-star Elizabeth Olsen tucked into **Pretzel Crisps** on set of Very Good Girls, Dakota held a mini water bottle under her arm and looked glum while holding what appeared to be a popcorn kernel.

With both girls dressed in sleeveless black dresses and flat shoes, Mary-Kate and Ashley's sister, 23, showcased a shapelier silhouette compared to the straight up and down catwalk look of Fanning.

The girls looked rather sullen compared to earlier this week when they were seen having a blast against the muggy air backdrop of New York City's heatwave.

They had been dressed in shorts and T-shirts as they rode their bicycles along a Brooklyn street.

The two play 15-year-old chums who have made a pact to lose their virginity during their first summer out of high school.

The plot centres on whether that friendship can endure when they both fall for the same cute street artist, played by Boyd Holbrook.

The bicycles the girls rode appear to be circa 1970s, as the blue Schwinn Olsen uses is equipped with an old-school bell on the handle and an old style two-toned seat.

Both wore cut off Levis' shorts and T-shirts. At one point the heat seemed to be getting to the actresses. As they rode their bikes in one scene, they were both grimacing.

Light-skinned Fanning's face was beet red and her hair was matted with sweat.

Earlier in the day, the Man on Fire actress shot a solo scene dressed in a navy blue work shirt.

Elizabeth Olsen snacks on pretzel crisps during filming break - as shrinking Dakota Fanning looks glum holding popcorn kernel

The movie also stars actress Demi Moore and Peter Sarsgaard and is set to be released in 2013.

**Load-Date:** July 11, 2012

---

End of Document



# A refreshing approach to food: Elizabeth Olsen fears no carbs as she shops in a pretty petal dress

MailOnline

July 8, 2012 Sunday 9:51 PM GMT

Copyright 2012 Associated Newspapers Ltd. All Rights Reserved



**Section:** TV&SHOWBIZ

**Length:** 552 words

**Byline:** CASSIE CARPENTER

## Body

Many Hollywood actresses deprive themselves of bread in order to avoid carbs and remain ultra-thin.

But Elizabeth 'Lizzie' Olsen showed no fear of indulging in a French baguette on a trip to Whole Foods Market in New York yesterday, and she proudly showed off her curves in a pretty petal print dress.

       Scroll down for trailer...

The younger sister of Mary-Kate and Ashley Olsen looked stunning as she pushed her cart through the aisles of the healthy market, as her long brown hair fell around her shoulders.

And the 23-year-old indie princess, who brought along her own environmentally-friendly shopping bags, was seen wearing a burgundy shirt unbuttoned over a matching dress and stylish brown booties.

Elizabeth looked relaxed and happy to be on break from filming Very Good Girls in Brooklyn alongside Dakota Fanning, who was seen earlier this week on set looking glum eating what appeared to be a popcorn kernel as the Martha Marcy May Marlene star happily dug into her bag of **Pretzel Crisps**.

'I'm the curvy one of the family,' Olsen told Marie Claire last year.

'It's very clear that I'm the younger sister. My whole life they've been like women, while I've been trying to be a woman but still a kid.'

In the film, which is directed Oscar-nominated screenwriter Naomi Foner, who is mother to Maggie Gyllenhaal and Jake Gyllenhaal, Dakota and Elizabeth play life-long best friends who are determined to lose their virginity in the summer after high school graduation.

However, things get complicated when they fall for the same street artist, played by Star Trek actor Anton Yelchin.

Demi Moore, Peter Sarsgaard, and Richard Dreyfuss also star in the drama which is due in theatres next year.

'A lot of times with female relationships and young women [in the movies], it's either Sisterhood of the Traveling Pants or catty b--,' Olsen said.

A refreshing approach to food: Elizabeth Olsen fears no carbs as she shops in a pretty petal dress

'I just have a problem with that. They're supposed to be either as perfect as how they're portrayed on Disney or as mean as they're portrayed in high school movies. And in real life it's neither of those.'

It's fortunate they're filming Very Good Girls in the summer as to not affect Elizabeth's class schedule as a senior at New York University.

'That's the only time in my life I ever felt different for having sisters in the public eye,' said Olsen, who's a member of the prestigious Atlantic Theater Company at the university's Tisch School of the Arts.

'People would knock on my door and be like, "I heard there was a party here," just because they knew that I lived in that room. It was so weird.'

Here's hoping her next big-budget movie, Red Lights, coming out next Friday will help get Olsen out of her tiny Manhattan apartment.

'It's like a closet - I need to stop doing independent films so I don't have to live in 300 square feet,' she said.

The thriller, starring Robert De Niro, Sigourney Weaver, and Cillian Murphy, focuses on a psychologist who investigates a world-renowned psychic who has resurfaced years after his toughest critic mysteriously passed away.

In September, Elizabeth's college-set dramedy Liberals Arts will be released, in which she plays Josh Radnor's younger friend and love interest.

And a month ago, the pretty brunette wrapped filming the title role in the erotic period thriller Therese in Budapest, Hungary.

**Load-Date:** July 11, 2012

---

End of Document



# BEACH BAG

GlobalAdSource (English)

July 7, 2012 Saturday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 42 words

## Body

| | |
|---|---|
| ID | 100636040 |
| Description | PRODUCTS / FIND **PRETZEL CRISPS** IN TH / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Internet |
| Country | United States |
| Region | National |
| City | United States |
| Source | http://www.healthline.com |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# A MATCH MADE IN HEAVEN THE DEL

GlobalAdSource (English)

July 4, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 42 words

## Body

| | |
|---|---|
| ID | 98163717 |
| Description | PACKETS / FIND PRETZEL CRIPS IN THE / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Internet |
| Country | United States |
| Region | National |
| City | United States |
| Source | http://www.contactmusic.com |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# Unclassified

GlobalAdSource (English)

July 2, 2012 Monday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 34 words

# Body

| | |
|---|---|
| ID | 98164705 |
| Description | Unclassified / Unclassified |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | California |
| City | Los Angeles |
| Source | KOST-FM |
| Product | Unclassified |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.

Snack Food & Wholesale Bakery

July 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
Business and Industry
Copyright 2012 Stagnito Publishing Company

**Section:** Pg. 36; Vol. 101; No. 7; ISSN: 0037-7406

**Length:** 1641 words
**Highlight:** Pretzels

## Body

Pretzels have been around for more than a thousand years, originating in southern Europe around 610 A.D., according to historians. Today, crispy, hard pretzels are consumed by people in many of the countries represented at the 2012 Olympics.

And why not? Health-conscious consumers around the world appreciate a flavorful treat that typically has fewer calories than most other salty snacks on the market, as well as no trans-fat, saturated fat or cholesterol. Many pretzel manufacturers today are also offering products made with "all-natural" ingredients and no artificial colors, flavors or gluten. Even people mindful of their sodium intake can snack on pretzels, thanks to unsalted offerings from numerous pretzel makers.

Still, like the 2008 Olympic silver-medal winners preparing for their shot at the gold in London, pretzel manufacturers are continuously looking for ways to improve their products and meet consumer demand for a better-for-you snack.

"Consumers continue to seek healthier snack foods," says Perry Abbenante, vice president of marketing for Snack Factory, LLC, Princeton, N.J., which makes **Pretzel Crisps**. "They want options they can feel good about eating without having to give up their favorite snacks or the flavors they've come to enjoy. Better-for-you snacks made with natural ingredients, low fat, whole grains and fewer calories are just some of the things consumers seek when choosing a snack for themselves as well as their families. You'll also find consumers looking for munchies they can eat between meals that are not full of additives or artificial ingredients."

[ILLUSTRATION OMITTED]

The company has been offering a healthier snack alternative for several years with its Modern Classics and Deli Style **Pretzel Crisps**. "All **Pretzel Crisps** flavors are low in fat, contain 110 calories and are made without any trans-fat, saturated fat or cholesterol," says Abbenante. "Incredibly thin and crunchy, **Pretzel Crisps** are the best part of the pretzel, but lighter and more versatile than other pretzels."

The Modern Classics line comprises four flavors (Cinnamon Toast, Classic, Supreme and Tuscan Three Cheese), while the Deli Style line offers seven flavors (Buffalo Wing, Chipotle Cheddar, Everything, Garlic Parmesan, Jalapeno Jack, Original and Sesame).

Just in time for the 2011 holidays, **Pretzel Crisps** added a second flavor to its third line, Holiday Indulgents. Like White Chocolate & Peppermint **Pretzel Crisps**, Dark Chocolate & Peppermint **Pretzel Crisps** are covered in

chocolate and sprinkled with peppermint candy pieces. Each bag holds 4 oz. of the sweet-and-salty crisps and retails for $2.99. A 1-oz. serving has 120 calories and 5 g. of fat, allowing consumers to enjoy a little holiday treat, as well as the health benefits of dark chocolate.

Yogurt, sweet and salty

Greek-style yogurt, a product hailing from the birthplace of the Olympics, is also garnering a lot of consumer attention, thanks to its numerous nutritional benefits. It has more protein and calcium than regular yogurt, but fewer carbohydrates and less sodium and sugar. Not surprisingly, it's turning up on a variety of other edibles, including pretzels.

[ILLUSTRATION OMITTED]

"Tropical [Nut & Fruit Inc.] follows food trends and works to be first to market with new ideas," says Alicia LeHota, president of the Grove City, Ohio-based manufacturer of nuts, snacks, chocolate and yogurt products. "Greek yogurt is one of the fastest-growing segments in a grocery store, and we hope to bring these consumers into the candy/snack segment."

To that end, Tropical Nut & Fruit recently introduced Greek Yogurt Covered Pretzels that contain no partially hydrogenated oils, artificial colors or flavors. A 5-oz., resealable bag has a suggested retail price of $2.99 and will be targeted at drug, warehouse and grocery stores. "It is an item that will go into candy and snack departments, but can be cross-merchandised with Greek yogurt in dairy departments," LeHota explains. A 40-oz. bulk bag also will be available.

[ILLUSTRATION OMITTED]

"Consumers value the sweet-and-salty combo of a chocolate or yogurt pretzel," says LeHota. "We have experienced significant growth in our flavored pretzels without a decrease in our yogurt and chocolate pretzels."

Utz Quality Foods Inc., meanwhile, has introduced pretzel sticks made with whole wheat, flax, oats, rye, millet, barley and buckwheat, all grains garnering more attention from health-conscious consumers. Introduced in March 2012, 7 Whole Grain Pretzel Sticks are the latest addition to the Hanover, Pa., company's Select line of artisan, deli-style pretzels.

Other Select products are Honey Wheat Braided Twists, Butter Sticks, Sesame Sticks, Pumpernickel Sticks, Everything Pretzels, Honey Mustard & Onion Pretzel Pieces, Buttermilk Ranch Pretzel Pieces and Cheddar Cheese Pretzel Pieces.

7 Whole Grain Pretzel Sticks are available in grocery, convenience and Walmart stores on the East Coast, from Maine to Atlanta. The suggested retail price for a 9-oz. bag is $3.29.

Utz Quality Foods also offers Utz Pretzel Pieces, Special Pretzels, Extra Dark Specials, Unsalted Specials, Multigrain Specials, Thin Pretzels, Country Stix, Hard Pretzels, Wheel Pretzels, Nuggets, Butter Waffles and Organic Pretzels.

[ILLUSTRATION OMITTED]

Twisting and turning

While healthier ingredients make an already better-for-you snack better, innovative shapes improve pretzels' taste and functionality as well. It's hard to believe that pretzel manufacturers continue to come up with new shapes for their products, which already are available in knots, sticks, wheels, nuggets, twists, fish shapes and countless other forms, but they do.

Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.

"As a classic, all-American snack, pretzels are expected to look and taste a certain way," says Abbenante. "Over the years, many brands have taken the traditional pretzel and made it their own. At Snack Factory, we rethought the pretzel category and created **Pretzel Crisps**, a modern twist on an old favorite, by taking out the middle and baking it flat. While we've added sweet, savory and spicy flavors to our pretzel crackers, we've maintain the traditional qualities of a pretzel. Our Original **Pretzel Crisps** is our bestselling [stock-keeping unit] and our simplest flavor (just salt)."

The flat shape enables consumers to top **Pretzel Crisps** with sliced fruits and vegetables, herbs, cheese, shrimp and more. The company even offers pretzel pairings and recipes on its website.

Consumers who like heartier toppings--salsa, hummus, spinach dip--will also appreciate Harvest Road Trussetts from Pretzels Inc., a North American pretzel and snack food supplier in Bluffton, Ind. Introduced in November 2011, Trussetts have a crisscross shape makes them "incredibly dip-friendly," according to the company, while still delicious on their own.

Baked with whole wheat, the all-natural pretzels are flat, thin and crispy, yet strong enough to make a great platform for dips. Harvest Road and private-label Trussetts are available in a variety of flavors, including Original, Barbecue, Buffalo and Honey Mustard and Onion, at grocery stores, mass merchandisers and warehouse clubs nation-wide. The suggested retail price for a 7.2-oz. bag is $2.99.

Pretzel predictions

Just like the Olympics, pretzels have fans all over the world. And new products with all-natural, better-for-you ingredients and more versatile shapes will have even more people cheering for these enduring snack favorites.

"While the overall pretzel category was up slightly in 2011, **Pretzel Crisps** was up an astounding 106% in total U.S. food sales from the previous year," says Abbenante.

"Similarly, we expect the pretzel category to perform just as well with comparable results in 2012 for **Pretzel Crisps**. Between our field marketing and sales teams, our innovative approach to social media, consistent public relations push and perfect combination of grass roots and ground-breaking marketing strategies, our focus has been to raise brand awareness and increase the number of new users at every possible moment. The IRI data for this year (ending May 13) shows we have been successful with an 86.7% increase over the last 52 weeks. This monthly percentage increase is juxtaposed against incredible results from last year, and we are confident this trend will continue with **Pretzel Crisps** sales increasing through the end of 2012."

[ILLUSTRATION OMITTED]

Tropical Nut & Fruit's LeHota is equally optimistic about her company's performance in 2012: "The [pretzel] category continued to grow for Tropical in 2011. More national brands are releasing coated pretzels. With the addition of new flavors (Orange and Lemon Creme), as well as our new Greek Yogurt Pretzels, we [expect to] see continued growth of this category in 2012."

For more information about pretzels and pretzel trends, see "Pleasing Pretzels" in the May 2012 issue of Snack Food & Whole-sale Bakery.

### Pretzels

(For the latest 52 weeks ending April 15,2012)

| | Brands | DollarSales (in millions) | %Changevs. PreviousYear | Dollar Share | Unit Sales (inmillions) |
|---|---|---|---|---|---|
| 1. | Snyders Of Hanover | $312.6 | 5.02 | 34.82 | 122.6 |

Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.

| | | | | | |
|---|---|---|---|---|---|
| 2. | Rold Gold | $152.1 | 824.73 | 16.94 | 63.4 |
| | Natural | | | | |
| 3. | Private | $129.0 | 11.21 | 14.37 | 86.2 |
| | Label | | | | |
| 4. | Combos | $91.4' | 14.96 | f 10.18 | 51.5 |
| 5. | Utz | $45.1 | 4.68 | 5.03 | 17.4 |
| 6. | Rold Gold | $32.2 | -82.84 | 3.58 | 12.6 |
| 7. | Herrs | $19.0 | -7.53 | 2.11 | 7.5 |
| 8. | Snyders Of | $11.5 | -5.03 | 1.28 | 2.9 |
| | Hanovr100 | | | | |
| | Calori Pck | | | | |
| 9. | Bachman | $11.3 | -4.00 | 1.25 | 3.9 |
| 10. | Glutino | $9.4 | 20.33 | 1.04 | 1.7 |
| | TOTAL * | $897.8 | 2.35 | 100.00 | 410.5 |

| | | | Brands | Unit Sales |
|---|---|---|---|---|
| | | | | % Previous |
| | | | | Year |
| 1. | Snyders Of | | | -1.62 |
| | Hanover | | | |
| 2. | Rold Gold | | | 716.04 |
| | Natural | | | |
| 3. | Private | | | 6.76 |
| | Label | | | |
| 4. | Combos | | | 4.82 |
| 5. | Utz | | | -0.84 |
| 6. | Rold Gold | | | -85.32 |
| 7. | Herrs | | | -12.64 |
| 8. | Snyders Of | | | -10.06 |
| | Hanovr100 | | | |
| | Calori Pck | | | |
| 9. | Bachman | | | -5.33 |
| 10. | Glutino | | | 21.58 |
| | | | TOTAL * | -3.33 |

* Includes brands not shown

Source: SymphonyIRI Group, a Chicago-based market research

firm - www.symphonyiri.com

Total US FDMx (Supermarkets, Drugstores and Mass Market

retailers excluding Walmart, Clubstores and Gas/C-Stores

Romy Schafer, Associate Editor

**Load-Date:** July 29, 2012

Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.

End of Document

# Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better; Pretzels

Snack Food & Wholesale Bakery

July 1, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 BNP Media

**Section:** Pg. 36(3); Vol. 101; No. 7; ISSN: 1096-4835

**Length:** 1794 words

**Byline:** Schafer, Romy

## Body

Pretzels have been around for more than a thousand years, originating in southern Europe around 610 A.D., according to historians. Today, crispy, hard pretzels are consumed by people in many of the countries represented at the 2012 Olympics.

And why not? Health-conscious consumers around the world appreciate a flavorful treat that typically has fewer calories than most other salty snacks on the market, as well as no trans-fat, saturated fat or cholesterol. Many pretzel manufacturers today are also offering products made with "all-natural" ingredients and no artificial colors, flavors or gluten. Even people mindful of their sodium intake can snack on pretzels, thanks to unsalted offerings from numerous pretzel makers.

Still, like the 2008 Olympic silver-medal winners preparing for their shot at the gold in London, pretzel manufacturers are continuously looking for ways to improve their products and meet consumer demand for a better-for-you snack.

"Consumers continue to seek healthier snack foods," says Perry Abbenante, vice president of marketing for Snack Factory, LLC, Princeton, N.J., which makes **Pretzel Crisps**. "They want options they can feel good about eating without having to give up their favorite snacks or the flavors they've come to enjoy. Better-for-you snacks made with natural ingredients, low fat, whole grains and fewer calories are just some of the things consumers seek when choosing a snack for themselves as well as their families. You'll also find consumers looking for munchies they can eat between meals that are not full of additives or artificial ingredients."

[ILLUSTRATION OMITTED]

The company has been offering a healthier snack alternative for several years with its Modern Classics and Deli Style **Pretzel Crisps**. "All **Pretzel Crisps** flavors are low in fat, contain 110 calories and are made without any trans-fat, saturated fat or cholesterol," says Abbenante. "Incredibly thin and crunchy, **Pretzel Crisps** are the best part of the pretzel, but lighter and more versatile than other pretzels."

The Modern Classics line comprises four flavors (Cinnamon Toast, Classic, Supreme and Tuscan Three Cheese), while the Deli Style line offers seven flavors (Buffalo Wing, Chipotle Cheddar, Everything, Garlic Parmesan, Jalapeno Jack, Original and Sesame).

Just in time for the 2011 holidays, **Pretzel Crisps** added a second flavor to its third line, Holiday Indulgents. Like White Chocolate & Peppermint **Pretzel Crisps**, Dark Chocolate & Peppermint Pretzel Crisps are covered in chocolate and sprinkled with peppermint candy pieces. Each bag holds 4 oz. of the sweet-and-salty crisps and retails for $2.99. A 1-oz. serving has 120 calories and 5 g. of fat, allowing consumers to enjoy a little holiday treat, as well as the health benefits of dark chocolate.

Yogurt, sweet and salty

Greek-style yogurt, a product hailing from the birthplace of the Olympics, is also garnering a lot of consumer attention, thanks to its numerous nutritional benefits. It has more protein and calcium than

regular yogurt, but fewer carbohydrates and less sodium and sugar. Not surprisingly, it's turning up on a variety of other edibles, including pretzels.

[ILLUSTRATION OMITTED]

"Tropical [Nut & Fruit Inc.] follows food trends and works to be first to market with new ideas," says Alicia LeHota, president of the Grove City, Ohio-based manufacturer of nuts, snacks, chocolate and yogurt products. "Greek yogurt is one of the fastest-growing segments in a grocery store, and we hope to bring these consumers into the candy/snack segment."

To that end, Tropical Nut & Fruit recently introduced Greek YogurtCovered Pretzels that contain no partially hydrogenated oils, artificial colors or flavors. A 5-oz., resealable bag has a suggested retail price of $2.99 and will be targeted at drug, warehouse and grocery stores. "It is an item that will go into candy and snack departments,but can be cross-merchandised with Greek yogurt in dairy departments," LeHota explains. A 40-oz. bulk bag also will be available.

[ILLUSTRATION OMITTED]

"Consumers value the sweet-and-salty combo of a chocolate or yogurt pretzel," says LeHota. "We have experienced significant growth in our flavored pretzels without a decrease in our yogurt and chocolate pretzels."

Utz Quality Foods Inc., meanwhile, has introduced pretzel sticks made with whole wheat, flax, oats, rye, millet, barley and buckwheat, all grains garnering more attention from health-conscious consumers. Introduced in March 2012, 7 Whole Grain Pretzel Sticks are the latestaddition to the Hanover, Pa., company's Select line of artisan, deli-style pretzels.

Other Select products are Honey Wheat Braided Twists, Butter Sticks, Sesame Sticks, Pumpernickel Sticks, Everything Pretzels, Honey Mustard & Onion Pretzel Pieces, Buttermilk Ranch Pretzel Pieces and Cheddar Cheese Pretzel Pieces.

7 Whole Grain Pretzel Sticks are available in grocery, convenienceand Walmart stores on the East Coast, from Maine to Atlanta. The suggested retail price for a 9-oz. bag is $3.29.

Utz Quality Foods also offers Utz Pretzel Pieces, Special Pretzels, Extra Dark Specials, Unsalted Specials, Multigrain Specials, Thin Pretzels, Country Stix, Hard Pretzels, Wheel Pretzels, Nuggets, ButterWaffles and Organic Pretzels.

[ILLUSTRATION OMITTED]

Twisting and turning

While healthier ingredients make an already better-for-you snack better, innovative shapes improve pretzels' taste and functionality aswell. It's hard to believe that pretzel manufacturers continue to come up with new shapes for their products, which already are availablein knots, sticks, wheels, nuggets, twists, fish shapes and countlessother forms, but they do.

"As a classic, all-American snack, pretzels are expected to look and taste a certain way," says Abbenante. "Over the years, many brandshave taken the traditional pretzel and made it their own. At Snack Factory, we rethought the pretzel category and created **Pretzel Crisps**,a modern twist on an old favorite, by taking out the middle and baking it flat. While we've added sweet, savory and spicy flavors to our pretzel crackers, we've maintain the traditional qualities of a pretzel. Our Original **Pretzel Crisps** is our bestselling [stock-keeping unit] and our simplest flavor (just salt)."

The flat shape enables consumers to top **Pretzel Crisps** with slicedfruits and vegetables, herbs, cheese, shrimp and more. The company even offers pretzel pairings and recipes on its website.

Consumers who like heartier toppings--salsa, hummus, spinach dip--will also appreciate Harvest Road Trussetts from Pretzels Inc., a North American pretzel and snack food supplier in Bluffton, Ind. Introduced in November 2011, Trussetts have a crisscross shape makes them "incredibly dip-friendly," according to the company, while still delicious on their own.

Baked with whole wheat, the all-natural pretzels are flat, thin and crispy, yet strong enough to make a great platform for dips. Harvest Road and private-label Trussetts are available in a variety of flavors, including Original, Barbecue, Buffalo and Honey Mustard and Onion, at grocery stores, mass merchandisers and warehouse clubs nation-wide. The suggested retail price for a 7.2-oz. bag is $2.99.

Pretzel predictions

Just like the Olympics, pretzels have fans all over the world. Andnew products with all-natural, better-for-you ingredients and more versatile shapes will have even more people cheering for these enduring snack favorites.

"While the overall pretzel category was up slightly in 2011, **Pretzel Crisps** was up an astounding 106% in total U.S. food sales from theprevious year," says Abbenante.

"Similarly, we expect the pretzel category to perform just as wellwith comparable results in 2012 for **Pretzel Crisps**. Between our field marketing and sales teams, our innovative approach to social

# Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better; Pretzels

media,consistent public relations push and perfect combination of grass roots and ground-breaking marketing strategies, our focus has been to raise brand awareness and increase the number of new users at every possible moment. The IRI data for this year (ending May 13) shows we have been successful with an 86.7% increase over the last 52 weeks. This monthly percentage increase is juxtaposed against incredible results from last year, and we are confident this trend will continue with **Pretzel Crisps** sales increasing through the end of 2012."

[ILLUSTRATION OMITTED]

Tropical Nut & Fruit's LeHota is equally optimistic about her company's performance in 2012: "The [pretzel] category continued to grow for Tropical in 2011. More national brands are releasing coated pretzels. With the addition of new flavors (Orange and Lemon Creme), as well as our new Greek Yogurt Pretzels, we [expect to] see continued growth of this category in 2012."

For more information about pretzels and pretzel trends, see "Pleasing Pretzels" in the May 2012 issue of Snack Food & Whole-sale Bakery.

Pretzels

(For the latest 52 weeks ending April 15,2012)

|  | Brands | DollarSales (in millions) | %Changevs. PreviousYear | Dollar Share | Unit Sales (inmillions) |
|---|---|---|---|---|---|
| 1. | Snyders Of Hanover | $312.6 | 5.02 | 34.82 | 122.6 |
| 2. | Rold Gold Natural | $152.1 | 824.73 | 16.94 | 63.4 |
| 3. | Private Label | $129.0 | 11.21 | 14.37 | 86.2 |
| 4. | Combos | $91.4' | 14.96 | f 10.18 | 51.5 |
| 5. | Utz | $45.1 | 4.68 | 5.03 | 17.4 |
| 6. | Rold Gold | $32.2 | -82.84 | 3.58 | 12.6 |
| 7. | Herrs | $19.0 | -7.53 | 2.11 | 7.5 |
| 8. | Snyders Of Hanovr100 Calori Pck | $11.5 | -5.03 | 1.28 | 2.9 |
| 9. | Bachman | $11.3 | -4.00 | 1.25 | 3.9 |
| 10. | Glutino | $9.4 | 20.33 | 1.04 | 1.7 |
|  | TOTAL * | $897.8 | 2.35 | 100.00 | 410.5 |

|  | Brands | Unit Sales % Previous Year |
|---|---|---|
| 1. | Snyders Of Hanover | -1.62 |
| 2. | Rold Gold Natural | 716.04 |
| 3. | Private Label | 6.76 |
| 4. | Combos | 4.82 |

```
5.   Utz               -0.84

6.   Rold Gold         -85.32

7.   Herrs             -12.64

8.   Snyders Of        -10.06
     Hanovr100
     Calori Pck

9.   Bachman           -5.33

10.  Glutino            21.58

     TOTAL *            -3.33
```

* Includes brands not shown

Source: SymphonyIRI Group, a Chicago-based market research firm - www.symphonyiri.com

Total US FDMx (Supermarkets, Drugstores and Mass Market retailers excluding Walmart, Clubstores and Gas/C-Stores
  Romy Schafer, Associate Editor

**Load-Date:** July 28, 2012

End of Document

# Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.; United States top 10 pretzel brands ranked by dollar sales, dollar share, unit sales, and percent change for year ending April 15, 2012

Snack Food & Wholesale Bakery

July 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
Tablebase

**Section:** Pg. 36; Vol. 101; No. 7; ISSN: 0037-7406

**Length:** 1641 words
**Highlight:** Pretzels

## Body

Pretzels have been around for more than a thousand years, originating in southern Europe around 610 A.D., according to historians. Today, crispy, hard pretzels are consumed by people in many of the countries represented at the 2012 Olympics.

And why not? Health-conscious consumers around the world appreciate a flavorful treat that typically has fewer calories than most other salty snacks on the market, as well as no trans-fat, saturated fat or cholesterol. Many pretzel manufacturers today are also offering products made with "all-natural" ingredients and no artificial colors, flavors or gluten. Even people mindful of their sodium intake can snack on pretzels, thanks to unsalted offerings from numerous pretzel makers.

Still, like the 2008 Olympic silver-medal winners preparing for their shot at the gold in London, pretzel manufacturers are continuously looking for ways to improve their products and meet consumer demand for a better-for-you snack.

"Consumers continue to seek healthier snack foods," says Perry Abbenante, vice president of marketing for Snack Factory, LLC, Princeton, N.J., which makes **Pretzel Crisps**. "They want options they can feel good about eating without having to give up their favorite snacks or the flavors they've come to enjoy. Better-for-you snacks made with natural ingredients, low fat, whole grains and fewer calories are just some of the things consumers seek when choosing a snack for themselves as well as their families. You'll also find consumers looking for munchies they can eat between meals that are not full of additives or artificial ingredients."

[ILLUSTRATION OMITTED]

The company has been offering a healthier snack alternative for several years with its Modern Classics and Deli Style **Pretzel Crisps**. "All **Pretzel Crisps** flavors are low in fat, contain 110 calories and are made without any trans-fat, saturated fat or cholesterol," says Abbenante. "Incredibly thin and crunchy, **Pretzel Crisps** are the best part of the pretzel, but lighter and more versatile than other pretzels."

The Modern Classics line comprises four flavors (Cinnamon Toast, Classic, Supreme and Tuscan Three Cheese), while the Deli Style line offers seven flavors (Buffalo Wing, Chipotle Cheddar, Everything, Garlic Parmesan, Jalapeno Jack, Original and Sesame).

Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.; United Stat....

Just in time for the 2011 holidays, **Pretzel Crisps** added a second flavor to its third line, Holiday Indulgents. Like White Chocolate & Peppermint **Pretzel Crisps**, Dark Chocolate & Peppermint **Pretzel Crisps** are covered in chocolate and sprinkled with peppermint candy pieces. Each bag holds 4 oz. of the sweet-and-salty crisps and retails for $2.99. A 1-oz. serving has 120 calories and 5 g. of fat, allowing consumers to enjoy a little holiday treat, as well as the health benefits of dark chocolate.

Yogurt, sweet and salty

Greek-style yogurt, a product hailing from the birthplace of the Olympics, is also garnering a lot of consumer attention, thanks to its numerous nutritional benefits. It has more protein and calcium than regular yogurt, but fewer carbohydrates and less sodium and sugar. Not surprisingly, it's turning up on a variety of other edibles, including pretzels.

[ILLUSTRATION OMITTED]

"Tropical [Nut & Fruit Inc.] follows food trends and works to be first to market with new ideas," says Alicia LeHota, president of the Grove City, Ohio-based manufacturer of nuts, snacks, chocolate and yogurt products. "Greek yogurt is one of the fastest-growing segments in a grocery store, and we hope to bring these consumers into the candy/snack segment."

To that end, Tropical Nut & Fruit recently introduced Greek Yogurt Covered Pretzels that contain no partially hydrogenated oils, artificial colors or flavors. A 5-oz., resealable bag has a suggested retail price of $2.99 and will be targeted at drug, warehouse and grocery stores. "It is an item that will go into candy and snack departments, but can be cross-merchandised with Greek yogurt in dairy departments," LeHota explains. A 40-oz. bulk bag also will be available.

[ILLUSTRATION OMITTED]

"Consumers value the sweet-and-salty combo of a chocolate or yogurt pretzel," says LeHota. "We have experienced significant growth in our flavored pretzels without a decrease in our yogurt and chocolate pretzels."

Utz Quality Foods Inc., meanwhile, has introduced pretzel sticks made with whole wheat, flax, oats, rye, millet, barley and buckwheat, all grains garnering more attention from health-conscious consumers. Introduced in March 2012, 7 Whole Grain Pretzel Sticks are the latest addition to the Hanover, Pa., company's Select line of artisan, deli-style pretzels.

Other Select products are Honey Wheat Braided Twists, Butter Sticks, Sesame Sticks, Pumpernickel Sticks, Everything Pretzels, Honey Mustard & Onion Pretzel Pieces, Buttermilk Ranch Pretzel Pieces and Cheddar Cheese Pretzel Pieces.

7 Whole Grain Pretzel Sticks are available in grocery, convenience and Walmart stores on the East Coast, from Maine to Atlanta. The suggested retail price for a 9-oz. bag is $3.29.

Utz Quality Foods also offers Utz Pretzel Pieces, Special Pretzels, Extra Dark Specials, Unsalted Specials, Multigrain Specials, Thin Pretzels, Country Stix, Hard Pretzels, Wheel Pretzels, Nuggets, Butter Waffles and Organic Pretzels.

[ILLUSTRATION OMITTED]

Twisting and turning

While healthier ingredients make an already better-for-you snack better, innovative shapes improve pretzels' taste and functionality as well. It's hard to believe that pretzel manufacturers continue to come up with new shapes for their products, which already are available in knots, sticks, wheels, nuggets, twists, fish shapes and countless other forms, but they do.

Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.; United Stat....

"As a classic, all-American snack, pretzels are expected to look and taste a certain way," says Abbenante. "Over the years, many brands have taken the traditional pretzel and made it their own. At Snack Factory, we rethought the pretzel category and created **Pretzel Crisps**, a modern twist on an old favorite, by taking out the middle and baking it flat. While we've added sweet, savory and spicy flavors to our pretzel crackers, we've maintain the traditional qualities of a pretzel. Our Original **Pretzel Crisps** is our bestselling [stock-keeping unit] and our simplest flavor (just salt)."

The flat shape enables consumers to top **Pretzel Crisps** with sliced fruits and vegetables, herbs, cheese, shrimp and more. The company even offers pretzel pairings and recipes on its website.

Consumers who like heartier toppings--salsa, hummus, spinach dip--will also appreciate Harvest Road Trussetts from Pretzels Inc., a North American pretzel and snack food supplier in Bluffton, Ind. Introduced in November 2011, Trussetts have a crisscross shape makes them "incredibly dip-friendly," according to the company, while still delicious on their own.

Baked with whole wheat, the all-natural pretzels are flat, thin and crispy, yet strong enough to make a great platform for dips. Harvest Road and private-label Trussetts are available in a variety of flavors, including Original, Barbecue, Buffalo and Honey Mustard and Onion, at grocery stores, mass merchandisers and warehouse clubs nation-wide. The suggested retail price for a 7.2-oz. bag is $2.99.

Pretzel predictions

Just like the Olympics, pretzels have fans all over the world. And new products with all-natural, better-for-you ingredients and more versatile shapes will have even more people cheering for these enduring snack favorites.

"While the overall pretzel category was up slightly in 2011, **Pretzel Crisps** was up an astounding 106% in total U.S. food sales from the previous year," says Abbenante.

"Similarly, we expect the pretzel category to perform just as well with comparable results in 2012 for **Pretzel Crisps**. Between our field marketing and sales teams, our innovative approach to social media, consistent public relations push and perfect combination of grass roots and ground-breaking marketing strategies, our focus has been to raise brand awareness and increase the number of new users at every possible moment. The IRI data for this year (ending May 13) shows we have been successful with an 86.7% increase over the last 52 weeks. This monthly percentage increase is juxtaposed against incredible results from last year, and we are confident this trend will continue with **Pretzel Crisps** sales increasing through the end of 2012."

[ILLUSTRATION OMITTED]

Tropical Nut & Fruit's LeHota is equally optimistic about her company's performance in 2012: "The [pretzel] category continued to grow for Tropical in 2011. More national brands are releasing coated pretzels. With the addition of new flavors (Orange and Lemon Creme), as well as our new Greek Yogurt Pretzels, we [expect to] see continued growth of this category in 2012."

For more information about pretzels and pretzel trends, see "Pleasing Pretzels" in the May 2012 issue of Snack Food & Whole-sale Bakery.

## Pretzels

(For the latest 52 weeks ending April 15,2012)

| | Brands | DollarSales (in | %Changevs. PreviousYear | Dollar Share | Unit Sales (inmillions) millions) |
|---|---|---|---|---|---|
| 1. | Snyders Of Hanover | $312.6 | 5.02 | 34.82 | 122.6 |

| | | | | | |
|---|---|---|---|---|---|
| 2. | Rold Gold | $152.1 | 824.73 | 16.94 | 63.4 |
| | | Natural | | | |
| 3. | Private | $129.0 | 11.21 | 14.37 | 86.2 |
| | | Label | | | |
| 4. | Combos | $91.4' | 14.96 | f 10.18 | 51.5 |
| 5. | Utz | $45.1 | 4.68 | 5.03 | 17.4 |
| 6. | Rold Gold | $32.2 | -82.84 | 3.58 | 12.6 |
| 7. | Herrs | $19.0 | -7.53 | 2.11 | 7.5 |
| 8. | Snyders Of | $11.5 | -5.03 | 1.28 | 2.9 |
| | | Hanovr100 | | | |
| | | Calori Pck | | | |
| 9. | Bachman | $11.3 | -4.00 | 1.25 | 3.9 |
| 10. | Glutino | $9.4 | 20.33 | 1.04 | 1.7 |
| | TOTAL * | $897.8 | 2.35 | 100.00 | 410.5 |

| | | | Brands | Unit Sales |
|---|---|---|---|---|
| | | | | % Previous |
| | | | | Year |
| 1. | Snyders Of | | | -1.62 |
| | | | | Hanover |
| 2. | Rold Gold | | | 716.04 |
| | | | | Natural |
| 3. | Private | | | 6.76 |
| | | | | Label |
| 4. | Combos | | | 4.82 |
| 5. | Utz | | | -0.84 |
| 6. | Rold Gold | | | -85.32 |
| 7. | Herrs | | | -12.64 |
| 8. | Snyders Of | | | -10.06 |
| | | | | Hanovr100 |
| | | | | Calori Pck |
| 9. | Bachman | | | -5.33 |
| 10. | Glutino | | | 21.58 |
| | | | TOTAL | -3.33 |
| | | | * | |

* Includes brands not shown

Source: SymphonyIRI Group, a Chicago-based market research

firm - www.symphonyiri.com

Total US FDMx (Supermarkets, Drugstores and Mass Market

retailers excluding Walmart, Clubstores and Gas/C-Stores

Romy Schafer, Associate Editor

**Load-Date:** August 19, 2012

Pursuing the perfect pretzel: more nutritious ingredients and innovative designs make pretzels--an already better-for-you salty snack--even better.; United Stat....

End of Document



# RED, WHITE AND BLUE

GlobalAdSource (English)

July 1, 2012 Sunday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 47 words

## Body

| | |
|---|---|
| ID | 105917689 |
| Description | PRODUCT DISPLAY / OUR FLAG DISPLAYS AREN'T / **Pretzel Crisps** Business Image |
| Price | $12.0 USD |
| Media Type | Print |
| Country | United States |
| Region | National |
| City | United States |
| Source | Progressive Grocer |
| Product | **Pretzel Crisps** Business Image |
| Productbrand | Snack Factory |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 10, 2012

End of Document



# ALL OF US AROUND HERE AT THE

GlobalAdSource (English)

June 29, 2012 Friday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 35 words

## Body

| | |
|---|---|
| ID | 97267121 |
| Description | Perfect Holiday / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | California |
| City | Los Angeles |
| Source | KOST-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# SO WHAT'S MORE AMERICAN THAN

GlobalAdSource (English)

June 28, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 38 words

## Body

| | |
|---|---|
| ID | 96607307 |
| Description | Live-read / So Great / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | District of Columbia |
| City | Washington, DC |
| Source | WASH-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# YOU READY FOR THE WEEKEND

GlobalAdSource (English)

June 28, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 36 words

## Body

| | |
|---|---|
| ID | 96607306 |
| Description | Live-read / Try Them Today / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Illinois |
| City | Chicago |
| Source | WLIT-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# HELLO IT'S NIK THE WEB CHICK

GlobalAdSource (English)

June 27, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 37 words

## Body

| | |
|---|---|
| ID | 96607310 |
| Description | Live-read / Snag A Bag / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Pennsylvania |
| City | Philadelphia |
| Source | WIOQ-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# HEY IT'S NIK THE WEB CHICK

GlobalAdSource (English)

June 27, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 38 words

## Body

| | |
|---|---|
| ID | 96607309 |
| Description | Live-read / A Million Flavors / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Pennsylvania |
| City | Philadelphia |
| Source | WIOQ-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 9, 2012

End of Document



# IPO 40th Annual Meeting in San Antonio

PracticeView Database

June 22, 2012 Friday

Copyright 2012 Muzeview Research, LLC All Rights Reserved

**Length:** 64 words

# Body

2012-09-10 Erin Hennessy will present, "Linsanity, Blue Ivy Carter, and **Pretzel Crisps**: What Brand Owners Can Learn from the Pages of the New York Times, Facebook, and Twitter. Alan Albright will present, "Tips and Tactics for Drafting and Using Settlement Licenses in Litigation Post-ResQNet." (Source: Bracewell & Giuliani)

http://practiceview.muzeview.com/links/index.php?id=3811606

**Load-Date:** June 22, 2012

End of Document



# Change in snackers' tastes pushes Frito-Lay to major shift in strategy

The International Herald Tribune

June 14, 2012 Thursday

Copyright 2012 International Herald Tribune All Rights Reserved

**Section:** FINANCE; Pg. 18

**Length:** 1039 words

**Byline:** STEPHANIE STROM

## Body

### ABSTRACT

Frito-Lay has always left the upper and lower extremes of the snack food market to other companies, while it concentrated on the profitable middle. Now it wants more.

### FULL TEXT

Frito-Lay has long dominated the snack-food business by relentlessly focusing on the middle swath of America that eats chips and pretzels and party mix without regard to the effect on the waistline.

Now, though, Frito-Lay, a unit of PepsiCo, is building a "company within a company" to pursue what might be called a 1 percent-99 percent strategy: creating high-end snacks as well as those that appeal to what it diplomatically calls "value" customers.

The effort is all about what Tom Greco, president of Frito-Lay North America, has called the "bifurcation" of American snackaholics.

By that, he meant that "the rich are getting richer and the poor are getting poorer," said Anindita Mukherjee, chief marketing officer at Frito-Lay North America.

"Demographics, the aging population and changing ethnic mix, and bifurcating income are the trends reshaping the way people are eating," Ms. Mukherjee said. "We're snacking more often during the day, and we're looking for snacks that are more satisfying physically and healthier."

Frito-Lay is a "perennial rock" in PepsiCo's portfolio, as described by Judy Hong, an analyst at Goldman Sachs, and that has helped cushion the parent company as its cola business struggles.

One major investor, Donald Yacktman of Yacktman Funds, has suggested that PepsiCo rename itself Frito-Lay to reflect the growing importance of that business, and others like Nelson Peltz and Relational Investors have agitated for it to uncouple the snack business from the drag of its beverage operations.

But Frito-Lay's traditional business - Doritos, Tostitos, Lay's, Rold Gold and other middle-market brands - has slowed as consumer tastes migrate to nuts, dried fruits and snacks made from whole grains.

While the overall $22 billion salty snacks market is losing sales, its $2 billion premium end has grown on average about 7 percent over the past two years, according to Goldman Sachs. Goldman expects sales of snacks in the bottom end of the market to grow about 4 percent a year for the next few years. The vast middle, however, is forecast to grow at just half that rate.

Case 3:17-cv-00652-KDB-DSC   Document 42-10   Filed 10/29/18   Page 227 of 274

Change in snackers' tastes pushes Frito-Lay to major shift in strategy

"The challenge for them is how to continue to grow their core business when some of their mainstream brands are losing share to some of the smaller premium and value brands as well as to other snack categories," Ms. Hong said. "Pretzels and snack bars and energy bars, trail mixes and nuts are also growing at a faster pace."

Those other snacks are where Frito-Lay's large competitors like General Mills, Kellogg and Kraft are increasing their activities, which makes the two extremes of the salty snacks market even more attractive.

Frito-Lay has until now largely left the premium end of the market to niche competitors like Pop Chips, **Pretzel Crisps** and Pirate's Booty and ceded the bottom to grocery store brands.

"These traditionally have been niche markets dominated by small players and regional brands," said Harry Balzer, the chief food industry analyst at the NPD Group, a research firm. "That leaves a lot of room for a mass player like Frito-Lay to come in and gain market share."

The company has started introducing items like Olive Coast, kettle-cooked chips with a Mediterranean twist, and Taqueros, a low-priced tortilla chip to be sold in places like dollar stores.

Existing brands that appeal to more upscale customers are getting new emphasis as well, like Stacy's Pita Chips and Sabra, a line of refrigerated dips that are often packaged with crackers and pretzels that is a joint venture with the Strauss Group, which is opening a new $10 million plant in Mexico in an effort to become a global player. And Cracker Jack is being recast as a brand aimed primarily at Frito-Lay's value shoppers.

"Whether you look at it in terms of price points or customers, there's just more happening on the edges of the market than in the middle right now," said Daniel Naor, senior vice president for growth ventures at Frito-Lay North America.

Mr. Naor's unit operates as a distinct business within Frito-Lay. Started 18 months ago, it already generates roughly $400 million of Frito-Lay's $13.2 billion in North American sales and has expectations of adding a further $100 million in revenue this year.

Mr. Naor compared it to Toyota's Lexus brand.

"In the background, there are some common elements - the same factories make both products - but the materials used may be different and they are sold in different outlets," Mr. Naor said.

Not only is the unit coming up with new brands, it also is introducing Frito-Lay's first resealable bags and using a different distribution system.

Ms. Mukherjee said, "What makes this proprietary is the way we've operationalized it to be a business strategy and not just about marketing."

In the past, Frito-Lay might have pushed new products using its "direct store distribution" system, which relies on Frito-Lay truck drivers to deliver products directly to stores.

Mr. Naor's unit is instead cultivating grocery store deli managers and brokers who sell niche snacks and using warehouses to supply them, relying on relationships that Frito-Lay has already established with outlets like schools and vending machine operators.

That, Ms. Hong said, "will allow them to nurture these brands with more patience as they grow."

Some new premium products are already being sold in Citarella, a high-end food market with stores in New York, for instance, as well as in the deli sections and so-called natural aisles of major grocery chains. This summer, Taqueros will go on sale in dollar stores, bodegas and other discount outlets.

Referring to Taqueros, Mr. Naor said, "It will have different packaging than our mainstream brands and be heavily aimed at the Hispanic market, where we are targeting it more as part of a meal occasion than a snack."

Mr. Balzer said it was not just Hispanic families who were adding chips to their meals as side dishes.

"They are the easiest side dish to serve with the No.1 dinner tonight, which will be the sandwich," he said. "Snacks aren't just snacks anymore."

**Load-Date:** June 13, 2012

End of Document



# New Tack on Snacks

The New York Times

June 13, 2012 Wednesday, Late Edition - Final

Copyright 2012 The New York Times Company

**Section:** Section B; Column 0; Business/Financial Desk; Pg. 1

**Length:** 994 words

**Byline:** By STEPHANIE STROM

## Body

Frito-Lay has long dominated the snack-food business by relentlessly focusing on the middle swath of America that eats chips and pretzels and party mix without regard to the effect on the waistline.

Now, though, Frito-Lay, a unit of PepsiCo, is building a "company within a company" to pursue what might be called a 1 percent-99 percent strategy: creating high-end snacks as well as those that appeal to what it diplomatically calls "value" customers.

The effort is all about what Tom Greco, president of Frito-Lay North America, has called the "bifurcation" of American snackaholics.

By that, he meant that "the rich are getting richer and the poor are getting poorer," said Ann Mukherjee, chief marketing officer at Frito-Lay North America.

"Demographics, the aging population and changing ethnic mix, and bifurcating income are the trends reshaping the way people are eating," Ms. Mukherjee said. "We're snacking more often during the day, and we're looking for snacks that are more satisfying physically and healthier."

Frito-Lay is a "perennial rock" in PepsiCo's portfolio, as described by Judy Hong, a stock analyst at Goldman Sachs, and that has helped cushion the company as its cola business struggles.

One major investor, Donald Yacktman of Yacktman Funds, has suggested that PepsiCo rename itself Frito-Lay to reflect the growing importance of that business, and others like Nelson Peltz and Relational Investors have agitated for it to uncouple the snacks business from the drag of its beverage operations.

But Frito-Lay's traditional business -- Doritos, Tostitos, Lay's, Rold Gold and other middle-market brands -- has slowed as consumer tastes migrate to nuts, dried fruits and snacks made from whole grains.

While the overall $22 billion salty snacks market is losing sales, its $2 billion premium end has grown on average about 7 percent over the last two years, according to Goldman Sachs. Goldman expects sales of snacks in the bottom end of the market to grow about 4 percent a year for the next few years. The vast middle, however, is forecast to grow at just half that rate.

"The challenge for them is how to continue to grow their core business when some of their mainstream brands are losing share to some of the smaller premium and value brands as well as to other snack categories," said Ms. Hong. "Pretzels and snack bars and energy bars, trail mixes and nuts are also growing at a faster pace."

Those other snacks are where Frito-Lay's large competitors like General Mills, Kellogg and Kraft are increasing their activities, which makes the two extremes of the salty snacks market even more attractive.

New Tack on Snacks

Frito-Lay has until now largely left the premium end of the market to niche competitors like Pop Chips, **Pretzel Crisps** and Pirate's Booty and ceded the bottom to grocery store brands.

"These traditionally have been niche markets dominated by small players and regional brands," said Harry Balzer, the chief food industry analyst at the NPD Group, a research firm. "That leaves a lot of room for a mass player like Frito-Lay to come in and gain market share."

The company has begun introducing items like Olive Coast, kettle-cooked chips with a Mediterranean twist, and Taqueros, a low-priced tortilla chip to be sold in places like dollar stores.

Existing brands that appeal to more upscale customers are getting new emphasis as well, like Stacy's Pita Chips and Sabra, a line of refrigerated dips that are often packaged with crackers and pretzels that is a joint venture with the Strauss Group. And Cracker Jack is being recast as a brand aimed primarily at Frito-Lay's value shoppers.

"Whether you look at it in terms of price points or customers, there's just more happening on the edges of the market than in the middle right now," said Daniel Naor, senior vice president for growth ventures at Frito-Lay North America.

Mr. Naor's unit operates as a distinct business within Frito-Lay. Started 18 months ago, it already generates roughly $400 million of Frito-Lay's $13.2 billion in North American sales and has expectations of adding another $100 million in revenue this year.

Mr. Naor compared it to Toyota's Lexus brand.

"In the background, there are some common elements -- the same factories make both products -- but the materials used may be different and they are sold in different outlets," Mr. Naor said.

Not only is the unit coming up with new brands, it also is introducing Frito-Lay's first resealable bags and using a different distribution system.

Ms. Mukherjee said, "What makes this proprietary is the way we've operationalized it to be a business strategy and not just about marketing."

In the past, Frito-Lay might have pushed new products using its "direct store distribution" system, which relies on Frito-Lay truck drivers to deliver products directly to stores.

Mr. Naor's unit is instead cultivating grocery store deli managers and brokers who sell niche snacks and using warehouses to supply them, relying on relationships that Frito-Lay has already established with outlets like schools and vending machine operators.

That, Ms. Hong said, "will allow them to nurture these brands with more patience as they grow."

Some new premium products are already being sold in Citarella, a high-end food market with stores in New York City, for instance, as well as in the deli sections and so-called natural aisles of major grocery chains. Later this summer, Taqueroswill go on sale in dollar stores,bodegas and other discount outlets.

Referring to Taqueros, Mr. Naor said, "It will have different packaging than our mainstream brands and be heavily aimed at the Hispanic market, where we are targeting it more as part of a meal occasion than a snack."

Mr. Balzer said it was not just Hispanic families who were adding chips to their meals as side dishes.

"They are the easiest side dish to serve with the No. 1 dinner tonight, which will be the sandwich," he said. "Snacks aren't just snacks anymore."

http://www.nytimes.com

## Graphic

PHOTOS: Frito-Lay said it planned to emphasize both bargain snacks and those like Stacy's Pita Chips that appeal to upscale shoppers. (B1)

 Frito-Lay said sales of middle-market brands like its signature potato chips had slowed as the eating habits of Americans changed. (PHOTOGRAPHS BY JAMES LEYNSE FOR THE NEW YORK TIMES) (B4)

**Load-Date:** June 13, 2012

End of Document



# Pretzel Crisp Crab Rangoon with Sweet Chili Sauce

Chicago Daily Herald

June 6, 2012 Wednesday

Copyright 2012 Paddock Publications, Inc.

**Section:** FOOD_; Pg. 3

**Length:** 100 words

## Body

1 can (6 ounces) white crabmeat, drained and flaked (or imitation crab, chopped)

4 ounces cream cheese, softened (or whipped cream cheese)

2 green onions, finely chopped

1/4 cup light mayonnaise or mayonnaise substitute

1/2 teaspoon black pepper

30 (about) **Pretzel Crisps** (sesame or plain)

? cup sweet Thai chili sauce

Mix together crabmeat, cream cheese, onions, mayonnaise and pepper until all ingredients are well-combined.

Scoop mixture on top of **Pretzel Crisps**. Drizzle with Thai chili sauce.

Serves 10 to 15.

Cook's note: If desired, garnish plate with salad greens, parsley, cucumber slices ... anything green.

**Load-Date:** June 6, 2012

End of Document



# Blending cultures makes for a winning recipe

Chicago Daily Herald

June 6, 2012 Wednesday

Copyright 2012 Paddock Publications, Inc.

**Section:** FOOD_; Pg. 3

**Length:** 522 words

**Byline:** By Sally Eyre, Daily Herald Correspondent

## Body

When she is cooking, Miho Okada-Nishino loves nothing more than blending the tastes of her two cultures, American and Japanese, with her healthy lifestyle.

So when she decided to enter the **Pretzel Crisp** recipe contest she saw on Facebook, she thought a healthy take on a crab rangoon sounded delicious. Apparently, the judges and Facebook followers agreed, voting her the winner of the spicy category.

Miho, who had never entered a recipe contest before (and indeed, rarely uses a recipe) won a year's supply of **Pretzel Crisps** and $1,000. Her recipe, **Pretzel Crisp** Crab Rangoon with Sweet Chili Sauce, a healthy, kicked-up version of a popular Thai appetizer, also will be featured in **Pretzel Crisps** cookbook, "Got an App for That?"

"I really wasn't expecting (to win). Actually, I'm really an accountant," Miho said.

She grew up in the United States and Japan and learned to cook from her mother.

"I think I was lucky to be able to live in both countries," Miho said, recalling the bento box her mother used to prepare for her to take to school everyday.

"In Japan, the appearance of food is very important. All the children bring their lunches to school. I remember that my mother was always careful to include colorful foods, like red radishes and green vegetables," she said.

Now living in Palatine, Miho does the majority of her cooking for her husband.

"Before he met me he didn't think about what he was putting in his mouth. He liked a lot of junk food. Now he is so used to eating vegetables that if we go on vacation he'll say 'I miss your cooking,'" Miho said.

When she's not in the kitchen, she's on the road training for marathons.

"I'm not consciously living a healthy lifestyle; it's just a part of my life. I feel so much better this way. If you eat everything in balance, you can stay healthy."

Just as her lifestyle choices aren't always conscious decisions, Miho said she isn't one to follow recipes too closely.

"I usually just look in my fridge and see what ingredients I have and put something together. I like to incorporate Asian flavors into Western-type dishes. I don't believe there is a borderline in cooking."

The presentation of the dish, even at home, is just as important to Miho as it was for her mother while preparing Miho's bento box.

"Even with everyday dishes that I am making at home, I will garnish the plate; it makes the whole dish look better."

Miho also enjoys baking and is always happy to bring something to parties.

"In baking, I try to avoid using artificial coloring or flavoring, and am always looking for ways to decorate or add flavor to my baked goods using natural ingredients like natural vanilla extract, fruit, nuts or chocolate," she says. "I've recently started making cake pops — they are very time-consuming for something so small." Her recipe for Matcha Vanilla Cake Pops is at dailyherald.com/entlife/food.

Clearly another delicious fusion between East and West.

* To suggest someone to be profiled here, send the cook's name, address and phone number to Deborah Pankey c/o Cook of the Week, Daily Herald Food section, P.O. Box 280, Arlington Heights, IL 60006 or to food@dailyherald.com

## Notes

rimmed

## Graphic

George LeClaire/gleclaire@dailyherald.com Miho Okada-Nishino makes pan seared tilapia with fresh mango and avocado sauce in her kitchen in Palatine.

**Load-Date:** June 6, 2012

End of Document



# MISS THEM AND YOU'LL HAVE TO W

GlobalAdSource (English)

June 1, 2012 Friday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 47 words

## Body

| | |
|---|---|
| ID | 103773107 |
| Description | HOLIDAY PRETZELS / PLACE YOURORDER NOW FOR T / **Pretzel Crisps** Business Image |
| Price | $12.0 USD |
| Media Type | Print |
| Country | United States |
| Region | National |
| City | United States |
| Source | Progressive Grocer |
| Product | **Pretzel Crisps** Business Image |
| Productbrand | Snack Factory |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 10, 2012

End of Document



**User Name:** T8PVBDU

**Date and Time:** Tuesday, October 23, 2018 4:12:00 PM EDT

**Job Number:** 76114207

## Documents (19)

1. Is This Great News For Facebook Shares?

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

2. HEY IT'S NIK THE WEB CHICK CAN

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

3. IT'S TIME FOR THE ANNUAL

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

4. FIND PRETZEL CRISPS IN THE DEL

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

5. Pleasing pretzels: there's more than one way to coat a pretzel and some manufacturers are leaving the simple salt behind for bolder, richer and even sweeter options for the popular snack item;Market Trends

   **Client/Matter:** 23756-1001

   **Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

   **Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

6. Christmas 2012 part II: fill your sleigh with these popular holiday treasures.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

7. Pretzel Crisps Jumps On Branded Video

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

8. It's Personal: Airline-food economics: All demand, short supply

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

9. Six Winning Ways to Build an App;Celebrate National Pretzel Day With America's Favorite Appetizers From the Pretzel Crisps(R) "Got an App for That?" Contest

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

10. Six Winning Ways to Build an App.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

Narrowed by:

| Content Type | Narrowed by |
| --- | --- |
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

11. CAN YOU FEEL IT YES IT'S A BIG

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 12. IT'S MARK FROM THE MORNING

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 13. OH IT'S MARK FROM THE MORNING

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 14. DID YOU KNOW THAT TODAY IS

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 15. WE'RE CELEBRATING AROUND HERE

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 16. Happy National Pretzel Day! Where To Get Free Pretzels [VIDEO]

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

## 17. Pretzel Crisps;R One Snack Anthem.

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

18. Pretzel Crisps(R) One Snack Anthem;New Online Music Video Sings Brand's Praises as the Ultimate Snack

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |

19. Sampler column will be missed

**Client/Matter:** 23756-1001

**Search Terms:** "pretzel crisps" or "pretzel crisp" or pretzelcrisp

**Search Type:** Terms and Connectors

**Narrowed by:**

| Content Type | Narrowed by |
|---|---|
| News | Timeline: Apr 21, 2012 to Dec 31, 2018 |



# Is This Great News For Facebook Shares?

Wall St. Cheat Sheet

May 30, 2012 Wednesday 6:04 PM EST

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 Wall St. Cheat Sheet

**Length:** 273 words

# Body

In some good news for Facebook (NASDAQ:FB) and its beleaguered shares, Salesforce.com (NYSE:CRM) is reportedly acquiring social media ad-targeting company Buddy Media for $800 million. Salesforce, which is something of a cloud-computing pioneer, reportedly managed to beat out Google (NASDAQ:GOOG) for the deal.

Don t Miss: Will Facebook Adapt or Go Extinct?

Five-year-old Buddy Media largely helps brands navigate Facebook, and is slowly also expanding to other social media platforms such as Twitter, LinkedIn (NYSE:LNKD) and Google+. It helps companies maintain apps, advertisements, and pages on Facebook.

Last year, Salesforce bought Radian6, another social media platform company, for $326 million. Last week, Oracle (NASDAQ:ORCL) announced having bought Vitrue, also a social media marketing specialist, for more than $300 million.

L Oreal reportedly used Buddy Media to embed product ads on the Facebook pages, generating 21 million impressions from 6,000 salon sites with 1.7 million clients. **Pretzel Crisps** was another client and managed to double its Facebook fan count with the partnership.

The Buddy Media deal definitely highlights the value of Facebook to big brands. The social network s ad space has faced some skepticism recently, with General Motors (NYSE:GM) announcing it was pulling its paid ads from Facebook. Facebook s revenue strategy has been under scrutiny from analysts since the company decided to go public. The social network seems concerned as well, mentioning in a filing that it was still figuring out how to use mobile advertising optimally and profitably.

Don t Miss: Facebook s Love Affair With App Developers.

**Load-Date:** May 30, 2012

End of Document



# HEY IT'S NIK THE WEB CHICK CAN

GlobalAdSource (English)

May 23, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 38 words

## Body

|  |  |
|---|---|
| ID | 90638262 |
| Description | Live-read / Memorial Crisp / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Pennsylvania |
| City | Philadelphia |
| Source | WIOQ-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document

# IT'S TIME FOR THE ANNUAL

GlobalAdSource (English)

May 23, 2012 Wednesday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 36 words

## Body

| | |
|---|---|
| ID | 90638261 |
| Description | Live-read / Memorial Party / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Illinois |
| City | Chicago |
| Source | WLIT-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document

# FIND PRETZEL CRISPS IN THE DEL

GlobalAdSource (English)

May 10, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 43 words

## Body

| | |
|---|---|
| ID | 84893606 |
| Description | MULTIPLE PRODUCT VARIETIE / *NO LEAD TEXT / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Internet |
| Country | United States |
| Region | National |
| City | United States |
| Source | http://www.britannica.com |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document



# Pleasing pretzels: there's more than one way to coat a pretzel and some manufacturers are leaving the simple salt behind for bolder, richer and even sweeter options for the popular snack item; Market Trends

Snack Food & Wholesale Bakery

May 1, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 BNP Media

**Section:** Pg. 30(6); Vol. 101; No. 5; ISSN: 1096-4835

**Length:** 1808 words

**Byline:** Roth, Jen

## Body

These days, pretzels aren't just your average bar snack. Manufacturers are producing their savory snacks with a bit of a twist, reaching the consumers who crave bolder flavors, a better-for-you snack or an innovative accompaniment to an everyday meal.

"Pretzels are a $752-million category within the food channel," says Jeff Binczyk, vice president of marketing and shopper insights forShearer's Foods. "Regular or original salted pretzels represent morethan 50% of total sales."

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

The Brewster, Ohio-based company specializes in the original snackproducing standard favorites such as Pretzel Thins, Pretzel Minis, Pretzel Sticks and Pretzel Rods. For something a little more gourmet, the company also offers Honey Wheat and Butter Braided pretzels.

A great pretzel is every manufacturer's goal, but putting a new twist on an old classic is more difficult to achieve.

"You have the unhealthy end of the spectrum that is showing a lot of growth with products such as chocolate-covered pretzels and season-coated pretzel pieces," says Justin Spannuth, COO of Unique Pretzel Bakery, Inc. "You also have the other end of the spectrum showing nice growth with products being organic and having higher content of whole grains. But as always, the consumer is just looking for something different that tastes better than what they currently buy."

The Reading, Pa.-based company offers Pretzel Shells, arguing thatthe crunchy, salty exterior of the pretzel is the best part. The company uses a split-open baking process to make its hollow pretzels.

"Our new Pretzel Shells are, what we feel, the best tasting pretzel on the market," says Spannuth. "They are also small enough to grab by the handful for kids, teens and on-the-go consumers."

Not ignoring the health market, Unique Pretzel Bakery, Inc. also produces Essential Eating 100 Percent Whole Grain Sprouted Splits. Made with organic extra virgin olive oil, the crunchy crisps offer 25 g.of whole grain per serving.

Pleasing pretzels: there's more than one way to coat a pretzel and some manufacturers are leaving the simple salt behind for bolder, richer and even sweeter opt....

"Outside of the Northeast U.S., pretzels have a bad rap of being tasteless and dry," says Spannuth. "We have always made products that are crunchy and flavorful."

While some consumers are satisfied with the pretzel taste and crunch they've come to know and love, others are looking for something a little bolder. Snyder's-Lance, Hanover, Pa., answered that call with its new Snyder's of Hanover Bacon Cheddar Pretzel Pieces. The heartily-seasoned pretzel chunks join existing options Sea Salt and Cracked Pepper, Three Cheese Medley Nibblers, Jalapeno, Honey Mustard and Onion, Cheddar Cheese, Buttermilk Ranch and the popular Hot Buffalo Wing.

Consumers can purchase the pieces in 12-oz. bags, but some may want something a little more portable.

[ILLUSTRATION OMITTED]

"We have introduced our two most popular flavored pieces, Honey Mustard and Onion and Hot Buffalo Wing, in a new handheld tube format for on-the-go snacking," says Bob Gould, marketing manager, pretzels.

Gluten-free is a big trend in snacking and Snyder's-Lance made sure to create a product for that specialized need.

"We see continued growth opportunities for the pretzel category aseating occasions and patterns continue to change in the American diet as well as continued concern over nutrition and diet," says Gould.

By offering Gluten-Free Pretzel Sticks and Gluten-Free Mini Pretzels, a wider variety of consumers can now enjoy the salty snack.

[ILLUSTRATION OMITTED]

Another company offering boldlyflavored pretzels in a better-for-you snack is **Pretzel Crisps**, Princeton, N.J.

"When it comes to snacks, pretzels are the better-for-you option as compared with other salty snack foods with fewer calories and less fat," says Perry Abbenante, vice president of marketing. "Even betterthough, are **Pretzel Crisps**, which are low in calories, contain little to no fat, [are] made without any trans fat, saturated fat or cholesterol, and have less sodium than many other pretzel brands."

**Pretzel Crisps** added Jalapeno Jack and Chipotle Cheddar options toits popular line of snacks.

"A spicy take on the cheese and cracker combination, Chipotle Cheddar pairs the unique smoky flavor of chipotle peppers with cheddar cheese and zesty spices," says Abbenante. "Jalapeno Jack combines spicyjalapeno flavors with mild Monterey Jack cheese," says Abbenante.

The **Pretzel Crisps** are only 110 calories per serving and join other options in the Deli Style line: Original, Garlic Parmesan, Buffalo Wing, Everything and Sesame.

"Original **Pretzel Crisps** offer dieting consumers a great snack to pair with fruits, veggies or lean protein," says Abbenante.

[ILLUSTRATION OMITTED]

Sweet and savory are two flavor profiles that consumers are looking for together and **Pretzel Crisps** heeded the call with its Dark Chocolate and Peppermint **Pretzel Crisps**, introduced last October.

"Dark Chocolate and Peppermint **Pretzel Crisps** are coated in rich, premium dark chocolate and sprinkled with peppermint candy pieces," says Abbenante.

The indulgent treat joined the White Chocolate and Peppermint variety as part of the company's Holiday Indulgents line.

Pleasing pretzels: there's more than one way to coat a pretzel and some manufacturers are leaving the simple salt behind for bolder, richer and even sweeter opt....

FunkyChunky, Inc. also recognized consumers' craving for sweet andsavory treats. The Minneapolis-based company creates all-natural snack mixes that are both salty and sugary.

"In 2010 we launched our Chip-Zel-Pop product--it was a never seenbefore combination of potato chips (CHIP), pretzels (ZEL) and popcorn (POP) and then drizzled with caramel and chocolates," says Tore Swenson, director of sales and marketing. "The product is sweet, salty, chewy, crunchy and very addictive."

[ILLUSTRATION OMITTED]

Though it may seem indulgent, the company uses all-natural ingredients and plans to use organic and non-GMO ingredients as they become more readily available.

For consumers who want sweet and savory with simply pretzels, FunkyChunky offers a line of pretzels to satiate that craving.

"Most companies stop at chocolate-dipped pretzels," says Swenson. "In our signature FunkyChunky Pretzel Mix, we use three types of chocolaty drizzle and chewy caramel--this combination really hits it out of the ballpark."

Pretzels don't always have to be crunchy and crisp; the complex snack also has a softer side. Farm Rich, St. Simons Island, Ga., is onecompany that creates a chewy pretzel snack with a surprise center.

The company's Farm Rich Stuffed Pretzel Bites were launched last April and are a bite-sized pop of pretzel taste with a creamy cheese center. Warmed in either the oven or microwave, the Pretzel Bites are 110 calories per serving and contain no trans fats and only 3 g. of fat.

On the West Coast, San Diego Pretzel Company, National City, Calif., is creating its own line of soft pretzel snacks.

"In soft pretzels, the emerging food trend we see is a call for artisan, hand-made, all-natural soft pretzels and pretzel rolls," says William Joering, general manager.

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

San Diego Pretzel Company offers a variety of European and American- style pretzels for the consumer to choose from. Whichever country consumers prefer, all the pretzels are vegan-friendly.

"We converted all of our recipes from using butter (dairy) to oil to improve our market presence for the vegan market," says Joering. "While we have historically used non-GMO canola oil as a replacement for butter with our recipes, because of the emerging trend that all canola oil is being grouped with GMO ingredients, we are making the switch to olive oil this summer to coincide with new packaging."

The new packaging includes communication of the pretzels' diet factors like vegan, non-GMO, low fat and low cholesterol, and will also include the rebranding of San Diego Pretzel Company's two core recipes.

"Our Twisted Traditional will be rebranded to New York Style as our signature item was developed by our founders from Brooklyn, N.Y.," says Joering. "Additionally, we are rebranding our Multigrain Soft Pretzel to the Golden State Multigrain as this was the product we developed here in California incorporating organic whole grains."

Also included in the American-style clean-label pretzel line is the Philly Soft Pretzel, both chewy and crunchy, served either plain orwith salt.

"As soft pretzel makers, we constantly strive for balance between shelf life and natural ingredients," says Joering. "We could create pretzels that resemble Twinkies and lasted for months, but will not compromise our clean-label product to use artificial preservatives."

Pleasing pretzels: there's more than one way to coat a pretzel and some manufacturers are leaving the simple salt behind for bolder, richer and even sweeter opt....

[ILLUSTRATION OMITTED]

The Midwest is also exploring the softer side of this favored snack. Kim and Scott's Gourmet Pretzels, Chicago, is not only creating a variety of freezerfriendly pretzels, it's trying to turn the snack into a meal on its own.

"The soft pretzel has been transformed from a snack to an anytime meal," says Kim Holstein, CEO and chief inspiration officer. "Our soft pretzels can be taken from the freezer and out in a child's lunch box. By lunchtime, the pretzel will be thawed and ready to eat."

With the company's Stuffed Pretzel options such as Pizza Pretzel, Grilled Cheese, Cheddar Jalapeno or Spinach Feta, who wouldn't want one of these pretzels instead of a PB&J sandwich?

[ILLUSTRATION OMITTED]

"The grilled cheese stuffed pretzel and the pizza stuffed pretzel are big hits in our family," says Holstein.

Of course, some of the Stuffed Pretzels seem to be made for the breakfast table, including Cream Cheese, Egg and Cheese, Apple Cinnamonand Cinnamon Roll. For dessert, consumers can turn to the Chocolate Brownie Stuffed Pretzel which boasts a chocolate crumb topping with achocolate drizzled outside and a creamy fudge interior.

"Moms are always looking for new, healthier food alternatives for their kids," states Holstein. "Our pretzels are a grab-and-go light meal that comes in flavors that make everyone happy."

[ILLUSTRATION OMITTED]

Kim and Scott's Gourmet Pretzels have not strayed from the old pretzel classics. Its Traditional Bavarian and Sourdough Parmesan varieties are great for a grab-and-go snack and can even be used in lieu ofbread for an everyday sandwich.

The company also recognized that gluten-free is a big trend in thepretzel category and recently introduced a Gluten- Free Bavarian soft pretzel.

"Kim and Scott's gluten-free soft pretzel boasts a blend of five ancient grains, including sorghum flour, millet flour, quinoa flour, amaranth flour and teff flour," says Holstein. "In addition to rice flour, these ancient grains offer more fiber and therefore a healthier pretzel."

In addition to being gluten-free, Kim and Scott's Gourmet Pretzelsare also nut-free, so families of those with nut allergies can servethe pretzels without worry.

Hard and crunchy or soft and hearty, pretzel manufacturers have created more options than ever to satisfy any consumer. Whether salty, sweet or both there's a pretzel out there for almost everyone.

Jen Roth, Contributing Writer

**Load-Date:** May 23, 2012

# Christmas 2012 part II: fill your sleigh with these popular holiday treasures.

Professional Candy Buyer

May 1, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 M2Media360

**Section:** Pg. 27(3); Vol. 20; No. 3; ISSN: 1090-1914

**Length:** 1798 words

## Body

Tic Tac will be coming out with a new flavor just in time for the holiday season. Apple Twist Tic Tac mints will be available along with their current holiday twist flavor. The pack consists of a cherry and green apple Tic Tac mint mix and makes perfect stocking stuffers.The SRP is $1.29 and the mints will be available in grocery, WalMart, Target and convenience.

Circle No. 223 On Reader Reply Card

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

New, All Natural Dark Chocolate Peppermint Roca[R] Buttercrunch

Brown & Haley is creating holiday magic this season by blending the flavors of bold peppermint with dark chocolate in new Dark Chocolate Peppermint Roca buttercrunch. This limited edition offering targetsAmericans'seasonal passion for peppermint, with a sophisticated confection made from the finest ingredients.

[ILLUSTRATION OMITTED]

It will be available this season in a 9 oz. canister ($5.99 SRP) and a 4.5 oz. stand-up box ($3.99 SRP). It is available only for the holiday season.

Circle No. 224 On Reader Reply Card

[ILLUSTRATION OMITTED]

Big League Chew[R] Christmas Bubblegum

Ford Gum offers Classic Big League Chew Bubblegum featuring Santa and Snowmen graphics on the shredded gum filled Big League pouch. It's perfect for stuffing ball players' stockings this Holiday season. Each pouch includes 2.12 oz. of gum. Case Pack: 2/ 12; SRP of $1.49.

Santa's Bubblegum Chimney A 6-in. cardboard character filled with 2.8 oz. holiday colored bubblegum balls. Case Pack: 24; SRP of $.99-$1.19.

Circle No. 225 On Reader Reply Card

Christmas Bears

Case 3:17-cv-00652-KDB-DSC   Document 42-10   Filed 10/29/18   Page 249 of 274

Christmas 2012 part II: fill your sleigh with these popular holiday treasures.

Haribo Christmas Bears are a mix of Strawberry and Raspberry flavored green and red Gold Bears with Santa Caps. The Blue Bags with goldstars sport the Gold Bear decked out for Christmas with his Santa Cap and Goody Bag.They will offer the Christmas Bears in 5 and 12 once bags.They have SRPs of $1.09 and $2.59 respectively. Christmas Bears 5 oz. comes in a 30-count display ready case and the 12 oz. ChristmasBears are packed in an 18-count display ready case.

[ILLUSTRATION OMITTED]

Circle No. 226 On Reader Reply Card

[ILLUSTRATION OMITTED]

French Vanilla Cordial Cherry

Everyone's favorite cordial cherry from Queen Anne now comes in French Vanilla flavor for the holidays! A premium whole cherry and French Vanilla flavored light, creamy filling are surrounded by a delicious milk chocolate shell. It's the perfect gift or treat for yourself!SRP and size of package - $1.99, 10 cordials per box.

Circle No. 227 On Reader Reply Card

Sunrise Confections Revise: Christmas Line

Sunrise Confections recently announced revisions to their line of branded products for Christmas 2012.

For 2012 the line will consist of three laydown bags under the Blueberry Hill brand and four tubs under the Sunrise brand.

Packed in a 24 count display ready case, the 10 oz. bag line consists of Holiday Bells, Holiday Wreaths, and Holiday Spice Drops. The SRP for the bags is $1.09 based on truck load orders.

Packed in a 12 count nondispay case, the tub line also consists of16 oz. Reindeer Corn (a new item), 20 oz. Pinwheel Star lights (a new item), and 20 oz. Holiday Wreaths & Spice Drops. The SRP for the Reindeer corn is $2.69 while the other three items are $2.99.

Circle No. 228 On Reader Reply Card

[ILLUSTRATION OMITTED]

**Pretzel Crisps**[R] Holiday Indulgents Is Back With New Dark Chocolate & Peppermint

The sweet and salty snacks we've come to love have returned, spreading holiday cheer with the doubly delicious White Chocolate & Peppermint and the new Dark Chocolate & Peppermint **Pretzel Crisps** flavors.

**Pretzel Crisps** Holiday Indulgents combine an irresistible blend ofsavory and sweet flavors by dipping all natural, thin and crunchy **Pretzel Crisps** in the world's most popular and sought after confectionary.

**Pretzel Crisps'** sweet and salty line of Holiday Indulgents will beavailable this fall in the deli section of supermarkets and select specialty retailers nationwide. The low fat, low calorie chocolate covered **Pretzel Crisps** have a SRP of $2.99 per 4 ounce bag and ships 12 bags per case.

Circle No. 229 On Reader Reply Card

[ILLUSTRATION OMITTED]

Hello Kitty Holiday Cotton Candy & Treats Line

Christmas 2012 part II: fill your sleigh with these popular holiday treasures.

Hello Kitty Holiday Cotton Candy will launch in time for the 2012 Christmas Season! This product is an expansion of Taste of Nature's extensive cotton candy lineup, and will be available on store shelves by October 1st.

Hello Kitty Holiday Cotton Candy will be a play on Taste of Nature's popular Santa's Village Cotton Candy, which were originally introduced as a Seasonal mylar bag cotton candy in 2010.The Hello Kitty Cotton Candy is available in a 1.5 oz. size, will be packed in a displayable case upon request.

Circle No. 230 On Reader Reply Card

CandyRific Announces 2012 Christmas Candies and Novelties

CandyRific is ready for Christmas with its new PEEP[R] Treats Christmas Tree and Snowman and M&M'S[R] Brand Star Wars Dispenser Fan Gift Packs, with three varieties to choose from, for the perfect holidaygift!

Christmas PEEPS[R] Treats

Expanding the seasonal PEEP[R] Treats line, this new item combinesthe iconic marshmallow candy with crispy rice to create treats in unique shapes for Christmas.

SRP of $0.99

M&M'S[R] Brand Star Wars Dispenser Fan Gift Packs

Select from three fun gift packs: Boba Fett Dispenser and Darth Vader Fan, Obi-Wan Kenobi Dispenser and Darth Vader Fan, or Darth VaderDispenser and Obi-Wan Kenobi Fan. Each item contains an M&M'S[R] Brand FUN SIZE[R] Chocolate Candies bag (.53 oz.). SRP of $ 10.00.

Circle No. 23 I On Reader Reply Card

Bubblegum Candy Cane for St. Nick

Santa Claus loves to hand out candy canes and now the present wielding icon can leave behind giant Bubblegum Cane from Ludo, LLC in stockings this year for kids all over!

The striped bubblegum product looks just like a traditional candy cane; however, it contains 2.3 ounces of bubblegum, is much larger than traditional canes and is individually blister carded.

The Bubblegum Cane retails between $0.99 and $13.50/unit and is sold in all classes of trade (mass, grocery, drug, and specialty stores).

Circle No. 232 On Reader Reply Card

[ILLUSTRATION OMITTED]

Christmas 2012

Mars Chocolate continues to delight with new Christmas items:

Filled Bar I . I-ounce Singles Shapes With 42 percent of consumerswanting festive holiday shapes, Mars answers with a selection of theseason's most iconic shapes featuring the company's leading brands. Choose among the SNICKERS[R] Brand Nutcracker, the SNICKERS Brand Peanut Butter Santa and the MILKY WAY Brand Simply Caramel Snowman.

SRP: $0.60, Package/Weight: 1.1 ounce, Shipping: 96 Ct. Case.

[ILLUSTRATION OMITTED]

[ILLUSTRATION OMITTED]

Christmas 2012 part II: fill your sleigh with these popular holiday treasures.

3 MUSKETEERS[R] Brand Hot Cocoa with MarshmallowMinis

What's better than hot cocoa on a cold winter's day? Try new 3 MUSKETEERS Brand Hot Cocoa with Marshmallow Minis and find out! This newlimited edition holiday flavor may not warm the bones, but with its smooth and creamy goodness, it's sure to satisfy holiday decorating and snacking this season. SRP: $3.99, Package/Weight: 10.0 ounce, Shipping: 12 Ct. Case (Open Stock), 2-1 2 Ct. (Display Case).

[ILLUSTRATION OMITTED]

M & M'S[R] Brand Mint Chocolate and DOVE[R] Brand Peppermint Bark Singles PDQ

The fun of M & M'S Brand Candies and the decadence of DOVE Chocolate join forces so consumers can access their favorite Mars seasonal products in one convenient display case. M & M'S Brand Mint Chocolate singles and new DOVE Brand Peppermint Bark Singles are showcased in this attractive and eye-catching 96-count unit. SRP: $0.99, Package/Weight: multiple, Shipping: 96 Ct. (2 PDQ's Per Case) Display Case.

[ILLUSTRATION OMITTED]

DOVE Brand Silky Smooth Milk Chocolate Truffles Tree Tins

As the most decadent of chocolate offerings, DOVE Brand Silky Smooth Milk Chocolate Truffles Tree Tins present the richness of DOVE Brand Chocolate Truffles in a decorative Christmas tin with a shape and design that's ideal for gifting. SRP: $4.99 (Small), $9.99 (Large), Package/Weight: 2.12 ounce (Small), 5.64 ounce (Large) Shipping: 2-6 Ct. Case, 6 Ct. Display Case.

M & M'S Brand Chocolate Solid Santa Let's hear it for the man in red (and the lady in green) ! The new M & M'S Brand Chocolate Solid Santa is a new take on the traditional chocolate Santa and features thecolorful M & M'S Characters - Red and Ms. Green - who bring the season to life. SRP: $3.99, Package/Weight: 5.0 ounce, Shipping: 12 Ct. Case.

Circle No. 233 On Reader Reply Card

[ILLUSTRATION OMITTED]

Christmas Lollipals

For over 40 years the skilled confectionary artists at Kencraft have been making the highest quality lollipops for the specialty trade.The newly designed Christmas Lollipals are the perfect stocking stuffier and handmade in the USA. SRP of $2.99, Size: 1.0oz., Case pack -48 Lollipals.

All Natural Candy Canes

Made in USA, large I oz., all natural candy canes; peppermint and cranberry. Assorted case includes a free display. SRP of $2 for $1.00, Size: 1.0 oz. Case pack 200 candy canes assorted, includes display.

Circle No. 234 On Reader Reply Card

[ILLUSTRATION OMITTED]

Chocolate Tool kit

Sweet Works, Inc., introduces the new chocolate Tool Kit. This Tool Kit features five different tools made from 100% all natural premium chocolate. This unique chocolate set provides a delicious fix for anyone with a sweet tooth and makes a perfect gift for Christmas.

Christmas 2012 part II: fill your sleigh with these popular holiday treasures.

The Tool Kit includes a solid milk chocolate saw, hammer, pliers, wrench and screwdriver. The total weight of the package is 3.75 ounces and it will be available in a 12 count case which also includes a display tray. The suggested retail price will be $2.99 and it will be available in the fourth quarter of 2012, just in time for the holidays!

Circle 235 On Reader Reply Card

[ILLUSTRATION OMITTED]

Hazardously Sour Candy[R] and Holiday Bank

Candy Dynamics offers its sour candy and holiday bank. Packed in athree dimensional plastic toy drum coin bank, the Toxic Waste Hazardously Sour Candy and holiday bank container overflows with 28 pieces of candy, in an assortment of five sour flavors Blue Raspberry, BlackCherry, Green Apple, Lemon, and Watermelon. As a bonus, this cool new drum sports a coin slot and doubles as a bank for loose change, andis a fun collectible for kids and adults alike. Additionally, each bank contains fun, collectable stickers for an added bonus. Each Holiday Bank is available in Red or Green colors for the Holidays and comeassorted colors per case. These are wonderful stocking stuffers so be sure to stock them for the Holidays! SRP for each 3.0 ounce Bank is$4.99.

Circle 236 On Reader Reply Card

[ILLUSTRATION OMITTED]

Christmas Treats

Ferrara Pan offers Frosty Chewy Lemon head & Friends Theater Box, 12 ct case, 5.5 oz. per box, SRP of $1.49. Ferrara Milk Chocolate Peppermint Break Apart Ball is 6/6.17 oz., 6 a case, 6.17 oz. per unit. SRP of $3.49.

Circle 237 On Reader Reply Card

**Load-Date:** May 24, 2012

End of Document



# Pretzel Crisps Jumps On Branded Video

MediaPost.com

April 30, 2012

Copyright 2012 Factiva ®, from Dow Jones
All Rights Reserved

# FACTIVA®

Copyright 2012. MediaPost.com

**Length:** 643 words

## Body

title="**Pretzel-Crisps**" src=" http://media.mediapost.com/images/inline_image/2012/04/30/**Pretzel-Crisps**-B.jpg " alt="**Pretzel-Crisps**" width="270" height="140" Snack Factory's **Pretzel Crisps** is making its first foray into branded video content with two different approaches from two different agencies. One - " http://www.youtube.com/watch?v=IWmQiFvP_Zs&feature=youtu.beOne    Snack" from GeniusRocket -- is 90 seconds in its full format on YouTube, and shows three women enjoying the flat pretzels in a variety of ways (plain, with healthy dips and veggies, etc.) as they go through their daily activities. In the vignettes, the women dance and sing to a hip-hop-inspired song ("There's only one snack ... **Pretzel Crisps**") throughout.

The other video - "<a href=" http://www.youtube.com/watch?v=oDg2D3dKJAw&feature=youtu.beMeet    Carl, the **Pretzel Crisp**," from Tongal - introduces a new brand mascot, a talking flat pretzel who does card tricks and impressions of his friend Roger (among his other riffs) ... working in along the way that **Pretzel Crisps** are the healthy snack food that can be enjoyed either alone or with accoutrements. Both videos target **Pretzel Crisps**' core consumer base - women 25 to 49 - and both, in addition to being offered in long versions on the brand's YouTube channel, have been cut into shorter versions for pre-rolls on various targeted sites (particularly video-driven sites), **Pretzel Crisp** VP of marketing Perry Abbenante tells Marketing Daily. Both videos were launched around National Pretzel Day, April 26 (although "Carl" had a soft release on YouTube two weeks prior to its official release). The "One Snack" video on YouTube, posted on April 24, has thus far drawn nearly 2,400 views. The full "Meet Carl" video, posted April 11, has drawn more than 700 views, while the various shorter versions posted a week ago are starting to gain traction. ("Carl Trying to Lose His Accent" currently has about 400 views.) In addition to being used in site display ads/pre-rolls, the videos are being promoted on the brand's http://www.facebook.com/PretzelCrispsFacebook page (which currently has nearly 250,000 "likes") and its Twitter account (more than 5,200 followers). "We wanted entertaining branded video content that would help us build on our social and online communities, and also lend itself to conveying our brand message in both earned and purchased media, for cost efficiency purposes," says Abbenante. "The two video crowdsourcing agencies each produced a very different, but very compelling, concept. So we're employing both. The beauty of this content is that we can continually track how each video and each purchased ad unit is performing, and make changes very quickly as necessary." **Pretzel Crisps** also ran a "Got an App for That? **Pretzel Crisps** Appetizer Contest" prior to National Pretzel Day, when the winners were announced. Starting March 19, entrants submitted recipes and photos to the **Pretzel Crisps** Facebook page in six categories (sweet, spicy, meat, veggie, cheese and bacon). An internal panel of judges chose 10 finalists per category to move onto the final voting stage. From April 12 to 23, the brand's Facebook fans voted online for their favorite pairings. The six vote-determined winners received a year's supply of **Pretzel Crisps**, a "Got An App For That?" recipe book featuring their creations, and $1,000. The winning recipes are being featured on the brand's                 http://pretzelcrisps.com/site  and Facebook page. In addition, both

channels featured a limited number of free, downloadable coupons around National Pretzel Day. **Pretzel Crisps'** leveraging of digital marketing has been among the drivers of its continuing, strong sales growth. The brand's dollar sales for the 52-week period ending March 18 were up by a whopping 95.7%, on top of a 66% gain during the 52-week period ended April 17.

## Notes

PUBLISHER: MediaPost Communications

**Load-Date:** May 1, 2012

End of Document



# It's Personal: Airline-food economics: All demand, short supply

The Philadelphia Inquirer

April 27, 2012 Friday, CITY-C Edition

Copyright 2012 Philadelphia Newspapers, LLC All Rights Reserved

**Section:** NATIONAL; P-com In The Know; Pg. A02

**Length:** 821 words

**Byline:** By Maria Panaritis

Inquirer Columnist

## Body

There was an Alcatrazlike quality to it, the way it all went down Wednesday in Row 24 of US Airways Flight 1419, as the tiny food cart on my jammed Philadelphia-to-Los Angeles flight rolled up.

The snack cart, we had been warned by a flight attendant over the public-address system, might run out of food. This was largely by design, she explained, not stocking enough food for everyone on board. Oh, and what was on the menu - an Italian club wrap, a chicken salad, a fruit-and-cheese offering, snack boxes - would have to be purchased.

Now would be a good time to point out that this was a nonstop, five-plus-hour flight between two of the largest cities in one of the most advanced economies in the 21st-century world.

Seated three rows from the back, I was mildly horrified by this brazen attempt at a preemptive apology. It was as if the airline were saying, "I dare you to be disappointed, I dare you to eat lunch." But I hoped for the best, as did the passenger to my right, retired South Jersey public-school principal Mike Muldoon.

In November, Muldoon was on a 6 1/2-hour American Airlines flight from Dallas to Hawaii that ran out of food before it reached his row. A steward was kind enough to share his personal fruit stash with the 62-year-old from Franklinville, who has diabetes.

After watching everyone ahead of us get served, the flight attendant finally arrived at Row 24 - just three rows from the only two bathrooms for everyone in coach. This was a big plane, an A-320 jetliner. We're talking people, plenty of them.

My hands were sweating, as if I were doubled down at a blackjack table waiting for the dealer to flip me a king and an ace. "I'd like an Italian club wrap," I said, believing that, somehow, positivity would prevail against frightfully long odds.

"I am out of the wrap," she replied, in a polite but bloodless tone that felt more "Que sera, sera, coach captive," less "Oh, yes, Richard Branson has just introduced competing Philly-to-L.A. flights on Virgin, how can we thank you for your $489 ticket and $25 baggage fee, dear lady?"

I sighed. So this is what modern travel has come to, I reflected: Relentless airline cost-cutting and high fuel prices have turned what was once a fanciful, affordable luxury into a form of consumer corporal punishment. What's next: oxygen masks for premium customers only?

"What sandwiches do you have?" I inquired, refusing to sulk right then and there.

The attendant gave her cart a sober scan before rattling off what the Twittersphere would hashtag as a jaw-dropping #InventoryFail: "I am out of sandwiches. I am out of the chicken salad."

My mind went into overload as dread compounded hunger. There was little else in terms of lunch-worthy food, so it was even lovelier to learn that, of the two snack boxes offered, only one was left containing meat.

I snatched the last $6 CafePlus snack box. (An even unluckier passenger behind me groaned.) I was rewarded with a plastic-wrapped cardboard packet tantalizingly illustrated with pictures of fresh green apples, chocolate, and what appeared to be freshly grated cheese. But it was featherlight, suggesting a form of false advertising that, sadly, came true.

Lunch, as some might generously call it, consisted of an 0.8-ounce pack of beef salami slices (no fork); a 0.75-ounce cylinder of cheese spread; a few crackers; a few **pretzel crisps**; a 0.75-ounce pack of dried fruit; a 0.56-ounce bag of nuts; and a single shortbread cookie. Oh, and a plastic knife.

A disappointed Muldoon didn't even bother ordering. Instead, he reached into the carry-on bag stuffed between his cramped legs. Before I knew it, he was chomping through a peanut-butter-and-jelly sandwich on white and an apple brought from home.

A guy who shoots himself with insulin five times a day can't play it too safe.

"I had this as a backup," said Muldoon, whose ticket cost $575. "I'm no fool."

He chuckled, but in a way that implied disappointment, not enjoyment: "What do they say, 'Fool me once, shame on you; fool me twice, shame on me?' You live and you learn."

I opened my salami packet; my fingers were inevitably smeared with grease. Ditto with the restaurant-butter-size portion of cheese spread. I scavenged for a napkin: none. I asked the flight attendant, now two rows behind me, if she had one.

"Not on this cart," she replied, and tossed a dispassionate nod about 15 rows away, where another attendant was tending to the beverage cart.

As I struggled to comprehend all this, a man's voice came over the P.A. system: "We are recycling on today's flight," he said, urging caution in assembling our waste.

How magnanimous. I wanted to shout back, "Give me a napkin, and I'll let you recycle it, for crying out loud!"

About 10 minutes later, I got my napkin. No charge.

Que sera, sera, especially if you're flying coach.

Contact Maria Panaritis

at 215-854-2431 or mpanaritis@phillynews.com, or follow on Twitter @panaritism.

**Load-Date:** April 27, 2012

---



# Six Winning Ways to Build an App; Celebrate National Pretzel Day With America's Favorite Appetizers From the Pretzel Crisps(R) "Got an App for That?" Contest

GlobeNewswire

April 26, 2012 Thursday 4:42 AM PT

Copyright 2012 GlobeNewswire, Inc. All Rights Reserved

**Section:** FOOD

**Length:** 512 words

## Body

PRINCETON, N.J., April 26, 2012 (GLOBE NEWSWIRE) -- The votes are in and America has chosen the very best appetizers from the . On March 19th, the snack brand began its search for the tastiest pairings from its ever growing community of 235,000 plus Facebook fans and today, on National Pretzel Day, **Pretzel Crisps** is happy to announce the six winners!

For three weeks, participants were able to submit recipes and photos to the **Pretzel Crisps** Facebook page in the following categories: sweet, spicy, meat, veggie, cheese and bacon. Following the submission period, an internal panel of judges chose ten finalists per category to move onto the final voting stage. Then from April 12th through the 23rd, **Pretzel Crisps** Facebook fans voted online for their favorite pairings. Those six category winners, which have been determined 100% by fan votes, will walk away with a year's supply of **Pretzel Crisps**, the recipe book featuring their creation and $1,000. So without further ado, the winners of the are: Felice Bogus (Raleigh, NC), Linda Cifuentes (Mahomet, IL), Jeremy Crow (Knoxville, TN), Cathi Lannone (Thornton, CO), Cheryl Lundquist (Wake Forest, NC) and Miho Okada-Nishino (Palatine, IL)!

"We received an incredible number of exceptional recipes," said Jason Harty, Director of Interactive & Field Marketing for **Pretzel Crisps**. "We knew the contest would be a success, but as always, our fans far exceeded our expectations. Thank you to everyone who participated in the contest and congratulations to all the winners!"

As part of the brand's National Pretzel Day celebrations, "Carl, the **Pretzel Crisp**" is making his official debut. Ever wonder what the life of **Pretzel Crisps** is like? In an effort to add some color to the imaginations of **Pretzel Crisps** fans around the web, the brand took an experimental leap into the world of online branded video content and developed "Carl, the **Pretzel Crisp**." The adorably addicting online video was created and produced by Tongal, a creative social platform for sourcing original video content. You can watch "Carl, the **Pretzel Crisp**"in his entirety or peruse through the shortened video vignettes on the **Pretzel Crisps** YouTube page.

To view the winning "G recipes and to download a National Pretzel Day "buy one, get one" free coupon (quantities limited), friend us on Facebook or visit us at www.pretzelcrisps.com.

Contact:

Jessica Harris

**Pretzel Crisps®**

609.613.0715

jharris@pretzelcrisps.com

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren Wilson. From their humble start selling funnel cakes at county fairs, the couple went on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps®**. Rethink Your Pretzel!

This information was brought to you by Cision http://www.cisionwire.com http://www.cisionwire.com/**pretzel-crisps**-press-room/r/six-winning-ways-to-build-an-app,c9251790

**Load-Date:** April 27, 2012

End of Document



# Six Winning Ways to Build an App.

Benzinga.com

April 26, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Accretive Capital LLC dba Benzinga.com

**Length:** 545 words

# Body

Byline: Benzinga Staff

PRINCETON, N.J., April 26, 2012 (GLOBE NEWSWIRE) -- The votes are in and America has chosen the very best appetizers from the "Got An App For That?" **Pretzel Crisps**[R] Appetizer Contest. On March 19th, thesnack brand began its search for the tastiest pairings from its evergrowing community of 235,000 plus Facebook fans and today, on National Pretzel Day, **Pretzel Crisps** is happy to announce the six winners!

For three weeks, participants were able to submit recipes and photos to the **Pretzel Crisps** Facebook page in the following categories: sweet, spicy, meat, veggie, cheese and bacon. Following the submissionperiod, an internal panel of judges chose ten finalists per categoryto move onto the final voting stage. Then from April 12th through the 23rd, **Pretzel Crisps** Facebook fans voted online for their favorite pairings. Those six category winners, which have been determined 100%by fan votes, will walk away with a year's supply of **Pretzel Crisps**,the "Got An App For That?" recipe book featuring their creation and $1,000. So without further ado, the winners of the "Got An App For That?" **Pretzel Crisps**[R] Appetizer Contest are: Felice Bogus (Raleigh, NC), Linda Cifuentes (Mahomet, IL), Jeremy Crow (Knoxville, TN), Cathi Lannone (Thornton, CO), Cheryl Lundquist (Wake Forest, NC) and MihoOkada-Nishino (Palatine, IL)!

"We received an incredible number of exceptional recipes," said Jason Harty, Director of Interactive & Field Marketing for **Pretzel Crisps**. "We knew the contest would be a success, but as always, our fans far exceeded our expectations. Thank you to everyone who participatedin the Got An App For That? contest and congratulations to all the winners!"

As part of the brand's National Pretzel Day celebrations, "Carl, the **Pretzel Crisp**" is making his official debut. Ever wonder what the life of **Pretzel Crisps** is like? In an effort to add some color to theimaginations of **Pretzel Crisps** fans around the web, the brand took an experimental leap into the world of online branded video content and developed "Carl, the **Pretzel Crisp**." The adorably addicting online video was created and produced by Tongal, a creative social platform for sourcing original video content. You can watch "Carl, the **PretzelCrisp**"in his entirety or peruse through the shortened video vignettes on the **Pretzel Crisps** YouTube page.

To view the winning "Got An App For That?" **Pretzel Crisps**[R] Appetizer Contest recipes and to download a National Pretzel Day "buy one,get one" free coupon (quantities limited), friend us on Facebook or visit us at www.pretzelcrisps.com.

Contact:

Jessica Harris

**Pretzel Crisps**[R]

Six Winning Ways to Build an App.

609.613.0715

jharris@pretzelcrisps.com

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren Wilson. From their humble start selling funnel cakes at county fairs, the couple went on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with theworld's first spreadable pretzel cracker, **Pretzel Crisps**[R]. RethinkYour Pretzel!

This information was brought to you by Cision http://www.cisionwire.com

http://www.cisionwire.com/**pretzel-crisps**-press-room/r/six-winning-ways-to-build-an-app,c9251790

**Load-Date:** May 1, 2012

---

End of Document



# CAN YOU FEEL IT YES IT'S A BIG

GlobalAdSource (English)

April 26, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 37 words

## Body

| | |
|---|---|
| ID | 85640007 |
| Description | Live-read / Pretzel Day / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | California |
| City | Los Angeles |
| Source | KOST-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document



# IT'S MARK FROM THE MORNING

GlobalAdSource (English)

April 26, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 37 words

## Body

| | |
|---|---|
| ID | 85640006 |
| Description | Live-read / Great Snack / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | California |
| City | Los Angeles |
| Source | KOST-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document



# OH IT'S MARK FROM THE MORNING

GlobalAdSource (English)

April 26, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 38 words

## Body

| | |
|---|---|
| ID | 85639961 |
| Description | Live-read / National Pretzel Day / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | California |
| City | Los Angeles |
| Source | KOST-FM |
| Product | **Pretzel Crisps** |
| Productbrand | **Pretzel Crisps** |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document



# DID YOU KNOW THAT TODAY IS

GlobalAdSource (English)

April 26, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 37 words

## Body

| | |
|---|---|
| ID | 82633777 |
| Description | Live-read / National Pretzel Day / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | Illinois |
| City | Chicago |
| Source | WKSC-FM |
| Product | **Pretzel Crisps** |
| Productbrand | Snack Factory |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document



# WE'RE CELEBRATING AROUND HERE

GlobalAdSource (English)

April 26, 2012 Thursday

Copyright 2012 adfinitum networks, Inc. All Rights Reserved

**Length:** 37 words

## Body

| | |
|---|---|
| ID | 82633779 |
| Description | Live-read / Pretzel Day Today / **Pretzel Crisps** |
| Price | $23.0 USD |
| Media Type | Audio |
| Country | United States |
| Region | California |
| City | Los Angeles |
| Source | KOST-FM |
| Product | **Pretzel Crisps** |
| Productbrand | Snack Factory |
| Preview | |
| Order | |
| Ad Detail | |

**Load-Date:** September 7, 2012

End of Document



# Happy National Pretzel Day! Where To Get Free Pretzels [VIDEO]

International Business Times News

April 26, 2012 Thursday 5:45 PM EST

Copyright 2012 Newstex LLC
All Rights Reserved
Newstex Web Blogs
Copyright 2012 International Business Times News

**Length:** 291 words

## Body

National Pretzel Day has been America's crunchiest (or softest depending on your preference) food holiday ever since Pennsylvania Governor Ed Rendell declared April 26 to be a day to celebrate the tasty snack and acknowledge its importance to his state's history and economy. Philadelphia also houses the privately run "Pretzel Museum," opened in 1993.

Today pretzels are available for free or cheap across the country. Here's how to find the pretzel closest to you. Enjoy.

Pretzelmaker is offering free pretzels at locations across the country. Check out a full list of participating locations here.

Free pretzels are also on the menu at the Philadelphia Pretzel Factory, which has stores around the country. Find the closest one on their website.

That's it for free pretzels, but plenty of restaurants are offering special National Pretzel Day coupons. **Pretzel Crisps** has 'buy one get one free' coupons available via their Facebook page. Aunt Anne's is offering the same promotion, just head over to their Facebook page to grab your digital coupon.

Pretzel Twister offering 'two for one' on pretzles at locations around the country from 10 am to 9 pm with no coupons required. List of their locations here.

If you're in New York check out Gothamist's round-up of the best and most creative pretzels available in the city, including the drool inducing pretzel sandwich (a pretzel sliced in half and filled with mozzarella, tomato and pesto or smoked salmon and dill cream cheese) at Sigmund's http://www.sigmundnyc.com/photos.html in Alphabet City. Sadly none of these are free.

Happy eating!

Seinfeld: "These Pretzels Are Making Me Thirsty"

http://www.youtube.com/embed/DRaLpHoZA8E

The Office: Stanley Loves Pretzel Day

http://www.youtube.com/embed/kB0JKTplrEo

**Load-Date:** April 26, 2012

End of Document



# Pretzel Crisps; R One Snack Anthem.

Benzinga.com

April 25, 2012

Copyright 2012 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2012 Accretive Capital LLC dba Benzinga.com

**Length:** 455 words

# Body

Byline: Benzinga Staff

PRINCETON, N.J., April 25, 2012 (GLOBE NEWSWIRE) -- When you're the   world's first spreadable pretzel cracker, one snack is all you need to create an endless amount of better-for-you snacking opportunities.  As portrayed in the brand's newest online music video, Snack Factory's **Pretzel Crisps**[R] is the one snack tasty enough to be eaten alone,   dipped and paired with other foods and enjoyed on-the-go.

Launching today, **Pretzel Crisps** releases "One Snack" as part of the   brand's digital marketing campaign and first attempt at creating unique online video content for its community of 240,000 plus Facebook and Twitter fans. "We needed a way to better engage with our social media communities and on the web," said Perry Abbenante, Vice President   of Marketing for **Pretzel Crisps**. "We were fortunate enough to work with GeniusRocket and their roster of inspired and artistic individuals to develop video content that aligned with our creative brief. The One Snack video does a fantastic job communicating the brand messaging in a fun and entertaining way."

After reviewing several storyboard snippets provided by the crowdsourcing video agency, **Pretzel Crisps** decided on "One Snack," which follows three female characters as they go about their day craving a snack that satisfies all of their needs. From driving in the car to lounging by the pool, **Pretzel Crisps** is the healthier, dip-able snack they sing for and seek out as they dance in the Deli aisles of the grocery store.

As for a sequel to "One Snack," the brand says they are playing it by ear and listening closely to what their online communities are asking for. The "One Snack" video can be viewed on the **Pretzel Crisps** YouTube page and will also be linked to the brand's Facebook and Twitter pages for fans to watch and share with others.

For more information about **Pretzel Crisps**, the 110 calorie, flat-baked pretzel cracker available in your grocer's Deli, visit www.pretzelcrisps.com.

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren Wilson. From their humble start   selling funnel cakes at county fairs, the couple went on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps**[R]. Rethink Your Pretzel!

This information was brought to you by Cision        http://www.cisionwire.com

http://www.cisionwire.com/**pretzel-crisps**-press-room/r/**pretzel-crisps**--one-snack-anthem,c9250956

CONTACT:  Jessica Harris

**Pretzel Crisps**(R)
609.613.0715

Pretzel Crisps; R One Snack Anthem.

jharris@pretzelcrisps.com

**Load-Date:** April 27, 2012

End of Document



# Pretzel Crisps(R) One Snack Anthem; New Online Music Video Sings Brand's Praises as the Ultimate Snack

GlobeNewswire

April 25, 2012 Wednesday 4:38 AM PT

Copyright 2012 GlobeNewswire, Inc. All Rights Reserved

**Section:** PRODUCT / SERVICES ANNOUNCEMENT

**Length:** 444 words

## Body

PRINCETON, N.J., April 25, 2012 (GLOBE NEWSWIRE) -- When you're the world's first spreadable pretzel cracker, one snack is all you need to create an endless amount of better-for-you snacking opportunities. As portrayed in the brand's newest online music video, Snack Factory's **Pretzel Crisps®** is one snack tasty enough to be eaten alone, dipped and paired with other foods and enjoyed on-the-go.

Launching today, **Pretzel Crisps** releases "One Snack" as part of the brand's digital marketing campaign and first attempt at creating unique online video content for its community of 240,000 plus Facebook and Twitter fans. "We needed a way to better engage with our social media communities and on the web," said Perry Abbenante, Vice President of Marketing for **Pretzel Crisps**. "We were fortunate enough to work with GeniusRocket and their roster of inspired and artistic individuals to develop video content that aligned with our creative brief. The video does a fantastic job communicating the brand messaging in a fun and entertaining way."

After reviewing several storyboard snippets provided by the crowdsourcing video agency, **Pretzel Crisps** decided on "One Snack," which follows three female characters as they go about their day craving a snack that satisfies all of their needs. From driving in the car to lounging by the pool, **Pretzel Crisps** is the healthier, dip-able snack they for and seek out as they dance in the Deli aisles of the grocery store.

As for a sequel to "One Snack," the brand says they are playing it by ear and listening closely to what their online communities are asking for. The "One Snack" video can be viewed on the **Pretzel Crisps** YouTube page and will also be linked to the brand's Facebook and Twitter pages for fans to watch and share with others.

For more information about **Pretzel Crisps**, the 110 calorie, flat-baked pretzel cracker available in your grocer's Deli, visit www.pretzelcrisps.com.

About Snack Factory

Based in Princeton, New Jersey, Snack Factory was founded in 2004 by snack food pioneers Sara and Warren Wilson. From their humble start selling funnel cakes at county fairs, the couple went on to create New York Style Bagel Chips and Pita Chips (sold to RJR Nabisco in 1992). Today, Snack Factory is reinventing the pretzel category with the world's first spreadable pretzel cracker, **Pretzel Crisps®**. Rethink Your Pretzel!

This information was brought to you by Cision http://www.cisionwire.com http://www.cisionwire.com/**pretzel-crisps**-press-room/r/**pretzel-crisps**--one-snack-anthem,c9250956

CONTACT: Jessica Harris  **Pretzel Crisps**(R)  609.613.0715  jharris@pretzelcrisps.com

Pretzel Crisps(R) One Snack Anthem; New Online Music Video Sings Brand's Praises as the Ultimate Snack

**Load-Date:** April 26, 2012

End of Document



# Sampler column will be missed

Deseret Morning News (Salt Lake City)

April 24, 2012 Tuesday

Copyright 2012 The Deseret News Publishing Co.

**Length:** 867 words

**Byline:** Valerie Phillips Deseret News

## Body

You might be wondering why this week's Food section doesn't carry a Supermarket Sampler column. Those who missed their last column on April 11 might not realize that the authors, Carolyn Wyman and Bonnie Tandy LeBlang, decided it was time to hang it up after 25 years. Bonnie and I both attended the Pillsbury Bake-Off a few weeks ago, where she shared the news with me. I was disappointed.

The column was a part of the Standard-Examiner's Food section when I was its food editor, and when I became the Deseret News food editor I encouraged management to begin running it. With so many new food products coming to supermarkets, it's nice to have someone road test them for taste, nutrition and ease of preparation before spending your money on them. I enjoyed reading their bantering style, with Carolyn writing from the junk-food junkie's viewpoint, and Bonnie writing as a dietitian. While it's true that many of the products they wrote about were highly processed, others were "real" food with innovative packaging, such as the first bagged salads. "In some ways I'm sad, and in many ways I'm glad to change my routine after 25 years," said Bonnie, who is a registered dietitian. "I'm looking forward to turning off my full-size freezer that's been stuffed with highly processed foods waiting to be tested, and eating only real food again." She said she's also looking forward to being able to take a trip without scurrying to write her weekly column ahead of time. "In the quarter century that this column has been syndicated, we never missed our weekly deadline and never re-purposed old columns," she pointed out. "We did the writing through births, family deaths, divorce, surgeries, vacations, moves ? life. It's time for a rest." You can still read Bonnie's taste-testing on her blog, www.biteofthebest.com. She and her two sons write about food products that are less processed and more upscale, such as Coach Farm's Fresh Goat Cheese with Figs, Wild Planet Wild Albacore Tuna packed in extra-virgin olive oil and Kerrygold Cashel Blue cheese. "My plans are to continue blogging with my culinary offspring about products that I actually like," she said. Some people may recall that Carolyn Wyman has written biographies on Spam and Jell-O, as well as a history of processed food products, such as Twinkies, Velveeta and Mrs. Paul's Fish Sticks, called "Better Than Homemade." So what will she be doing now that she's not taste-testing food products each week? "I'm working on a chocolate chip cookie book that will be out in spring 2013," she wrote to me. "Plus eating whatever I want." The duo go started with the dust-up over New Coke. It was April 1985, and newspapers were filled with stories about people who were upset about Coca-Cola's reformulated Coke. Journalist and junk foodie Carolyn read the stories with interest, but also with disappointment. They all lacked an "impartial authority" on food products who could say definitively whether the new Coke tasted better than the old. Maybe I could be that authority, she thought. She approached Bonnie, a registered dietitian and food editor at the same newspaper where Carolyn worked as a feature writer, about writing a food review column together. At first, foie gras-lover Bonnie balked at the idea of writing a food column with someone whose favorite recipe contained Spam, baked beans and pineapple. So she suggested that they write in two voices. And so the idea for Supermarket Sampler was born. It took awhile before they were picked up for syndication by Davy Associates. In September 1987, he sent out their review of Haagen-Dazs Ice Cream Bars, Sara Lee All-Butter Croissants and Uncle Ben's Rice Florentine to their first newspaper clients from coast to coast. In 1990, the larger Universal Press Syndicate picked up the column. On Bonnie's Bite of the Best, she posted the 25 products she liked best in her 25 years of doing Supermarket Sampler. Listed in alphabetical order, they are: 1. A Taste of Thai Pad Thai Sauce 2. Birds Eye Steamfresh long grain brown rice and plain unadulterated vegetables sans sauce 3.

Case 3:17-cv-00652-KDB-DSC   Document 42-10   Filed 10/29/18   Page 273 of 274

Cabot's Private Stock, Cloth Cheddar?actually any Cabot Cheddar 4. Ocean Spray Craisins 5. Dr. Kracker Klassic 3 Seed Flatbread 6. Eagle Mills All Purpose Flour with Ultragrain 7. Earthbound Farm Organic Baby Arugula 8. Haagen-Dazs Five Mint Ice Cream 9. Island Way Sorbets in Natural Fruit Shells 10. Jarlsberg Original and Lite cheese 11. Kerrygold butter 12. Mary's Gone Crackers Original 13. McCann's Quick & Easy Steel Cut Oatmeal 14. McCormick Black Peppercorn and Sea Salt Grinders  smoked paprika 15. Melissa's Ojai Pixie Tangerines, Peeled Baby Beets 16. Near East Original Plain Whole Grain Couscous 17. Pace Picante 18. Perrier or San Pellegrino bottled sparkling water 19. **Pretzel Crisps** Everything and Dark Chocolate & Peppermint 20. Sabra hummus 21. Saco Dried Buttermilk and Chocolate Chunks 22. Santa Cruz Dark Roasted Peanut Butter 23. Swanson Organic Chicken Broth 24. Uncle Ben's Whole Grain Brown Ready Rice 25. Wholly Guacamole fresherized guacamole Valerie Phillips is the former Deseret News food editor. She blogs at        www.chewandchat.blogspot.com. Email: vphillips@desnews.com

**Load-Date:** April 25, 2012

---

End of Document