# EXHIBIT 3



Google "pretzel crisps"

All Shopping Images News Videos More Settings Tools

About 319,000 results (0.54 seconds)

## Pretzel Crisps - Healthy Pretzel Snacks in a Variety of Flavors
pretzelcrisps.com/

**Pretzel Crisps** is a modern twist on an old favorite snack. All the flavor & crunch of a regular pretzel, but lighter, crispier, & more versatile.

**Flavors**
The perfect dippable, topable, pairable pretzel is now even ...

**Everything**
Everything Pretzel Crisps® flavor are sprinkled generously with ...

**Where To Buy**
Can't make it to the store? Shop online. Where to buy. BESbswy ...

**Original**
Original Pretzel Crisps® give you that satisfying, hearty crunch in ...

**Recipes**
Flavors · Recipes · About · Press · Blog · Careers · Privacy Policy ...

**Buffalo Wing**
Buffalo Wing Pretzel Crisps® flavor is a crowd pleaser! Everyone ...

More results from pretzelcrisps.com »

## See "pretzel crisps"
Sponsored

Snack Factory Pretzel Crisps, ...
**$2.67**
Jet.com
(892)

Snack Factory Pretzel Crisps, ...
**$3.97**
Walmart
(892)

Pretzel Crisps Original Pretzel ...
**$3.49**
Target
$25 min. order

More on Google

## Images for "pretzel crisps"

More images for "pretzel crisps" Report images

## Amazon.com: Snack Factory Original Pretzel Crisp, 32 Ounce
https://www.amazon.com/Snack-Factory-Original-Pretzel-Crisp/dp/B001RIXSNK

Snack Factory **Pretzel Crisps**, Dark Chocolate Crunch, 18 Ounce ... Snack Factory Deli Style **Pretzel Crisps** 3 Flavor Variety Bundle: (1) Everything, (1) Garlic…

## Amazon.com: Snack Factory Pretzel Crisps, Original, 1.5 Ounce (Pack ...
https://www.amazon.com/Snack-Factory-Pretzel-Crisps-Original/dp/B00WMBP1DQ

Rating: 4.3 - 95 reviews

Shop Snack Factory **Pretzel Crisps**, Original, 1.5 Ounce (Pack of 24) and other Snack Foods at Amazon.com. Free Shipping on Eligible Items.

## Pretzel Crisps - Home | Facebook
https://www.facebook.com › Places › Hanover, Pennsylvania

**Pretzel Crisps**, Hanover, Pennsylvania. 497006 likes · 11233 talking about this. We're Snack Geniuses.

## Snack Factory - Pretzel Crisps, Pita & Tortilla Chips
https://snackfactory.com/

Rethink Your Snack! Snack Factory® has created the perfect snacking lineup, whether you're entertaining or on-the-go. Crunch'em. Crack'em. Dip-em. Stack'em ...

## Snack Factory Pretzel Crisps, Original, 7.2 Oz - Walmart.com
https://www.walmart.com/ip/Snack-Factory-Pretzel-Crisps-Original-7-2.../10451391

Rating: 4.8 - 19 reviews - $2.14 - In stock

Free 2-day shipping on qualified orders over $35. Buy Snack Factory **Pretzel Crisps**, Original, 7.2 Oz at Walmart.com.

## Pretzel Crisps® (@PretzelCrisps) · Twitter
https://twitter.com/PretzelCrisps

#Halloween crafting requires some tasty snacking #RethinkYourPretzel pic.twitter.com/Wn9AVtr…
1 hour ago · Twitter

The #playoffs are here, so who will be crowned the champ?! #PretzelCrisps snacks, of course! pic.twitter.com/ElQb4ft…
1 day ago · Twitter

The spiders don't bite but the flavor sure will! #Halloween2018 www.instagram.com/p/BpP…
2 days ago · Twitter

View on Twitter

## Snack Factory Pretzel Crisps Original (30 oz.) - Sam's Club
https://www.samsclub.com › Sam's Club › Grocery

Perfectly salted **pretzel crisps** with a satisfying, hearty crunch; Versatile shape that's dippable, spreadable and deliciously snackable; Great gourmet taste from ...

Pretzel Crisps, Pretzel Crackers Deli Style Original - Wegmans
https://www.wegmans.com/.../pretzel-crisps-pretzel-crackers-deli-style-original.html ▾
**Pretzel Crisps** are a modern twist on an old favorite. They're the best part of the pretzel--all the flavor
and crunch you love--but with lighter, crispier, and more ...

PepsiCo and Snyder's-Lance face off over 'Pretzel Crisps' trademark
https://www.bakeryandsnacks.com/.../PepsiCo-and-Snyder-s-Lance-face-off-over-Pret... ▾
Sep 15, 2017 - The TTAB has again ruled '**pretzel crisps**' is a generic term and ... 2004: PV launched
**Pretzel Crisps**, a line of chip-pretzel-cracker hybrids.

Videos



"The Pretzel
Crisps" by The
Norman Invasion

Tongal - Jul 13, 2015

Pretzel Crisps -
Pretzel Crisps®
Pumpkin
Cheesecake |
Facebook

Seŋo - Facebook - Aug 20, 2018

Pretzel Crisps Original Deli Style Pretzel Crackers from Food Lion ...
https://www.instacart.com › Food Lion › Snacks › Chips & Pretzels ▾
Buy **Pretzel Crisps** Original Deli Style Pretzel Crackers from Food Lion online and have it delivered to
your door in 1 hour. Your first delivery is free. Try it today!

Snack Factory Original Deli Style Pretzel Crisps - 1.5oz : Target
https://www.target.com › Grocery › Chips, Snacks & Cookies › Popcorn & Pretzels ▾
$1.00 - In stock
Perfectly salted Original **Pretzel Crisps** give you that satisfying, hearty crunch in a versatile shape that's
dippable, spreadable, and delicious! Try with salsa ...

Snack Factory Pretzel Crisps Original 7.2 oz | Meijer.com
https://www.meijer.com/product/grocery/deli/...pretzel-crisps-72.../4950800600.uts
$2.99
Since 2004, Snack Factory **Pretzel Crisps**® (www.PretzelCrisps.com) have reinvented the pretzel
category winning the hearts and taste buds of snackers ...

Pretzel Crisps Everything Deli Style Pretzel Crackers 7.20 oz ShopRite
www.shoprite.com › ... › Chips, Pretzels, & Popcorn › Chips - Potato ▾
**Pretzel Crisps** Everything Deli Style Pretzel Crackers Resealable for freshness. All natural. Baked.
Kosher Pareve. at ShopRite.

Snack Factory Everything Deli Style Pretzel Crisps - Shop Chips at H ...
https://www.heb.com/product-detail/snack-factory...deli...pretzel-crisps/1071970 ▾
$2.08 - In stock
Shop Snack Factory Everything Deli Style **Pretzel Crisps** - compare prices, read reviews, add to
shopping list, get product info, or find in store. Many products ...

The Snack Factory Pretzel Crisps Everything | Walgreens
https://www.walgreens.com › Shop › Grocery › Snacks › Chips, Dips & Pretzels ▾
A modern twist on an old favorite. They're the best part of the pretzel - all the flavor and crunch you love
- but lighter, crispier and more versatile than ever before.

Pretzel Crisps - Convenience Store Decisions
https://cstoredecisions.com › New Products ▾
Aug 15, 2018 - Snack Factory, a recent addition to The Campbell Soup Co.'s snack portfolio, has
launched two new flavorful additions to its **Pretzel Crisps** ...

Snack Factory Expands Line Of Thin And Crunchy Pretzel Crisps With ...
https://www.prnewswire.com/.../snack-factory-expands-line-of-thin-and-crunchy-pret... ▾
Jun 13, 2018 - Snack Factory® **Pretzel Crisps**® are on a mission to make snackers nationwide "
Rethink Your Pretzel®" with these new savory and sweet ...

Pretzel Crisps Pretzel Crackers, Deli Style, Original : Publix.com
www.publix.com/pd/pretzel-crisps-pretzel-crackers-deli-style.../RIO-PCI-164438 ▾
Find product information for **Pretzel Crisps** Pretzel Crackers, Deli Style, Original online at Publix.com.

Pretzel Crisps Pretzel Crackers, Deli Style, Garlic Parmesan : Publix.com
https://www.publix.com/pd/pretzel-crisps-pretzel-crackers-deli.../RIO-PCI-164382 ▾
Find product information for **Pretzel Crisps** Pretzel Crackers, Deli Style, Garlic Parmesan online at
Publix.com.

Case 3:17-cv-00652-KDB-DSC   Document 42-11   Filed 10/29/18   Page 3 of 9

Pretzel Crisps Thin Deli Style, Everything | CVS.com
https://www.cvs.com › Household & Grocery › Food & Snacks › Pretzels ▾
Rating: 5 - 1 review
**Pretzel Crisps** Thin Deli Style, Everything at CVS Pharmacy. ✓ FREE 1-2 day shipping on qualifying orders!

VMG Snacks on Pretzel Crisps Exit - Private Equity Beat - WSJ
https://blogs.wsj.com/privateequity/2012/10/15/vmg-snacks-on-pretzel-crisps-exit/
Oct 15, 2012 - Snack Factory LLC, the company behind **Pretzel Crisps**, a flat pretzel cracker that comes in a variety of flavors, was sold to snack maker to ...

Pretzel Crisps® (pretzelcrisps) on Pinterest
https://www.pinterest.com/pretzelcrisps/ ▾
**Pretzel Crisps**® | Was making a pretzel from the best parts of the pretzel crazy or genius? Both. Crazy genius. Because we're snack geniuses.

Pretzel Crisps - FDA
https://www.fda.gov/safety/recalls/ucm510965.htm ▾
Jul 12, 2016 - Baptista's Bakery, Inc. announced a voluntary recall of a limited number of 30 oz. Snack Factory Original **Pretzel Crisps** packages because they ...

Pretzel Crisps - marlo marketing
https://marlomarketing.com/case-studies/pretzel-crisps/ ▾
Snack Factory, maker of **Pretzel Crisps**, the original flat pretzel cracker, has tasked marlo marketing with introducing a steady stream of new products to both ...

Peppermint Pretzel Crisps | I Wash You Dry
https://iwashyoudry.com/peppermint-pretzel-crisps/ ▾

Dec 9, 2016 - I'm hopelessly addicted to these Peppermint **Pretzel Crisps** and guess what?!… you will be too! These super easy Peppermint **Pretzel Crisps** ...

Snack Factory Everything Pretzel Crisps | 7.2 Oz. | Chips, Crackers ...
https://www.hannaford.com/product/Snack-Factory...Pretzel-Crisps/740845.uts ▾
Snack Factory Everything **Pretzel Crisps**. ... Snack Factory Everything **Pretzel Crisps**. Snack Factory Everything **Pretzel Crisps**. Write a review. Write the first ...

PRETZEL CRISPS: The Importance of Evaluating A Trademark's ...
https://www.mintz.com/.../2012-02-pretzel-crisps-importance-evaluating-trademarks-s... ▾
Feb 22, 2012 - You know **Pretzel Crisps** -- the thin, crunchy pretzel crackers that seem to go perfectly with any type of dip. Well, the company that makes ...

MWS: No Twist on Pretzel Crisps on Remand - Akerman LLP
https://www.akerman.com/en/perspectives/no-twist-on-pretzel-crisps-on-remand.html ▾
Sep 18, 2017 - Princeton Vanguard launched its **PRETZEL CRISPS** brand in 2004. After receiving patent protection for its flattened pretzels, Princeton ...

Chocolate Caramel Pretzel Crisps Recipe - Allrecipes.com
https://www.allrecipes.com/recipe/256718/chocolate-caramel-pretzel-crisps/ ▾

30 min - 124 cal
These chocolate-caramel snacks are dipped in chocolate and topped with chocolate chips and crumbled toffee brittle.

Pretzel Crisps | LinkedIn
https://www.linkedin.com/company/pretzel-crisps
Learn about working at **Pretzel Crisps**. Join LinkedIn today for free. See who you know at **Pretzel Crisps**, leverage your professional network, and get hired.

Pretzel Crisps Original Deli Style Pretzel Crackers | Hy-Vee Aisles ...
https://www.hy-vee.com/grocery/.../Pretzel-Crisps-Original-Deli-Style-Pretzel-Cracker... ▾
Hy-Vee Aisles Online Grocery Shopping.

Snack Factory Deli Style Garlic Parmesan Pretzel Crisps
https://www.cashwisedelivers.com/displayproductdetail?productId...922... ▾
Deli-Style GARLIC **PRETZEL CRISPS** are a zingy twist on an old favorite, with great gourmet taste from naturally wholesome ingredients. The best part of the ...

Snack Factory Original Deli Style Pretzel Crisps: Calories, Nutrition ...
https://www.fooducate.com/product/.../C7E1D518-31E6-11E0-A55F-1231380C180E ▾
Rating: 4.3 - 176 votes
Personalized health review for Snack Factory Original Deli Style **Pretzel Crisps**: 110 calories, nutrition grade (C), problematic ingredients, and more. Learn the ...

Snack Factory Pretzel Crisps, 26 oz. - BJs WholeSale Club
https://www.bjs.com/product/snack-factory-pretzel-crisps...-/3000000000000199455 ▾
Snack Factory **Pretzel Crisps** are thin, crunchy pretzel crackers that are great for dipping or topping. Plus, they contain no trans fat, saturated fat or cholesterol so ...

Case 3:17-cv-00652-KDB-DSC   Document 42-11   Filed 10/29/18   Page 4 of 9

### Butterfinger Pretzel Crisps | Lemon Tree Dwelling
https://www.lemontreedwelling.com/butterfinger-pretzel-crisps/ ▾



Rating: 5 - 1 vote - 10 min
Feb 19, 2016 - These Butterfinger **Pretzel Crisps** combine salty **pretzel crisps** with milk chocolate, a hint of rum extract, and BUTTERFINGERS! These are your ...

### Chocolate Pretzel Crisps Nachos Recipe | Food Network
https://www.foodnetwork.com/recipes/chocolate-pretzel-crisps-nachos-3414668 ▾
Toss together your desired amount of **Pretzel Crisps**®, chocolate chips and mini marshmallows in a large bowl. Turn them out onto your serving dish.

### Pretzel Crisps Original Deli Style Pretzel Crackers 7.20 oz Giant Eagle
grocery.gianteagle.com › Giant Eagle › Grocery › Snacks › Chips & Pretzels › Pretzels ▾
**Pretzel Crisps** Original Deli Style Pretzel Crackers Resealable for freshness. All natural. Kosher Pareve. at Giant Eagle.

### Pretzel Crisps – Snyder's-Lance – Let's Connect
https://slletsconnect.com/pretzel-crisps/ ▾
**Pretzel Crisps**; Product Name. UPC. UPC Code: The numeric code located directly below the bar code. Manufacturer Code. Manufacturer/Production Code: The ...

### Order Snack Factory Pretzel Crisps Deli Style Original Crisps | Fast ...
https://www.freshdirect.com/pdp.jsp?productId=gro_snkfct_prtzorg&catId... ▾
Perfectly salted Original **Pretzel Crisps** give you that satisfying, hearty crunch in a versatile shape that's dippable, spreadable, and deliciously snackable.

### Sports Night Pretzel Crisps | With Cabot Cheddar | Cabot Creamery
https://www.cabotcheese.coop/sports-night-pretzel-crisps ▾



99 cal
Details. These Sports Night **Pretzel Crisps** are a perfect game day recipe for any crowd. Enjoy this free downloadable Game Day cookbook now.

### Pretzel Crisps New Varieties | Convenience Store News
https://csnews.com/pretzel-crisps-new-varieties ▾
Snack Factory, a recent addition to Campbell Soup Co.'s snack portfolio, added two more varieties to its **Pretzel Crisps** line: Sourdough and Cinnamon Sugar.

### Fry's - Snack Factory Original Pretzel Crisps
https://www.frysfood.com/p/snack-factory-original-pretzel-crisps/0004950800600 ▾
Shop for Snack Factory Original **Pretzel Crisps** at Fry's. Find quality deli products to add to your next in-store or ClickList order.

### Snack Factory Pretzel Crisps® Minis Original -- 6.2 oz - Vitacost
https://www.vitacost.com/snack-factory-pretzel-crisps-minis-original-6-2-oz-1 ▾
Rating: 5 - 1 review
Snack Factory **Pretzel Crisps**® Minis Original Description. Thin, Crunchy Pretzel Crackers. Rethink Your Pretzel! Baked • All Natural • Big Flavor • Mini Bites.

### Snack Factory® Pretzel Crisps® Now Non-GMO Project Verified – The ...
https://www.nongmoproject.org/.../snack-factory-pretzel-crisps-now-non-gmo-project... ▾
Jun 2, 2015 - Snack Factory® **Pretzel Crisps**®, the world's first – and the original – flat-baked pretzel cracker, today announces that it has achieved Non-GMO ...

### Super Bowl Snacks: These 3 Pretzel Crisp Recipes Are Too Easy
https://www.wideopeneats.com/3-snack-factory-pretzel-crisp-recipes-that-are-perfect-f... ▾
Jan 26, 2018 - Taking an old favorite and giving it a modern twist, the Snack Factory® Original **Pretzel Crisps** are topped with sweet and savory ingredients ...

### 4 Fab Pretzel Crisps® Bites - TipHero
https://tiphero.com/4-fab-pretzel-crisps-bites/ ▾



Dec 14, 2017 - We're using our favorite Snack Factory® Original **Pretzel Crisps**® to create not one, not two, not three, but FOUR Dessert Pretzel Bites that are ...

### Pretzel Crisps Recipe - The 36th AVENUE
www.the36thavenue.com/pretzel-crisps-recipe/ ▾



15 min
Dec 10, 2014 - SO, I brought my Holiday **Pretzel Crisps**, a very tasty and very simple to make recipe for you to share with your loved ones this year.

### Dillons - Snack Factory Everything Pretzel Crisps
https://www.dillons.com/p/snack-factory-everything-pretzel-crisps/0004950800620 ▾
Shop for Snack Factory Everything **Pretzel Crisps** at Dillons. Find quality deli products to add to your next in-store or ClickList order.

Case 3:17-cv-00652-KDB-DSC  Document 42-11  Filed 10/29/18  Page 5 of 9

Pretzel Crisps Pretzel Crackers Deli Style Original - Reasor's Foods
https://www.reasors.com/shop?product_id=33434 ▾
Resealable for freshness. Crunch 'em. Crack 'em. Dip 'em. Stack 'em. **Pretzel Crisps** are a modern
twist on an old favorite. They're the best part of the pretzel - all ...

Pretzel Crisps Original Deli Style Pretzel Crackers 14.00 oz Harris Teeter
grocery.harristeeter.com › ... › Grocery › Snacks › Chips & Pretzels › Pita / Bagel Chips ▾
**Pretzel Crisps** Original Deli Style Pretzel Crackers Thin, crunchy pretzel crackers. Rethink your pretzel!
0 g fat. All natural. The or ... at Harris Teeter.

DollarTree.com | Snack Factory Original Pretzel Crisps, 3-oz. Bags
https://www.dollartree.com/snack-factory-original-pretzel-crisps-3oz-bags/244912 ▾
                    Rating: 5 - 3 reviews
Crisp, salty, and perfect for dipping or stacking! These **pretzel crisps** are the ideal shape and size for
cheeses, dips, or appetizer trays and are excellent additions ...

Pretzel Crisps - Sesame | Walnut Creek Foods
https://www.walnutcreekfoods.com/products/candy-snacks.../pretzel-crisps-sesame ▾
Wheat flour, seasoning (sesame seeds and salt), sugar, malt syrup (corn syrup, malt extract).
***Contains: Wheat & Milk. Made in a facility that processes Soy.

Pretzel Crisps® Deli Style Buffalo Wing Pretzel Crackers Reviews
https://www.influenster.com › ... › Pretzels › Pretzel Crisps Pretzels ▾
                    Rating: 4.8 - 505 reviews
Our Buffalo Wing **Pretzel Crisps**® flavor is a crowd pleaser! Everyone loves the spicy flavor sprinkled
right on top of each crisp. Enjoy them with ranch dip, blue ...

Order Acme - Snack Factory Pretzel Crisps Buffalo Wing
https://www.orderacme.com/product/.../snack-factory-pretzel-crisps-buffalo-wing ▾
Product Details. Snack Factory **Pretzel Crisps** Buffalo Wing. Snack Factory?? **Pretzel Crisps**?? Buffalo
Wing. Bold & spicy. Thin, crunchy pretzel crackers.

How I Was Surprised and Delighted by Pretzel Crisps on Twitter ...
https://www.ovrdrv.com/how-i-was-surprised-and-delighted-by-pretzel-crisps-on-twitt... ▾
Dec 2, 2013 - The consumer in me thinks that **Pretzel Crisps** are delicious. The marketer in me loves
how this brand rolls on Twitter.

Snack Factory Pretzel Crisps Consumer Insights and Demographics ...
https://infoscout.co/brand/snack_factory_pretzel_crisps ▾
Snack Factory **Pretzel Crisps** consumers are more likely to purchase Snack Factory **Pretzel Crisps**
during larger pantry stocking trips. Brands such as Sabra, ...

White Chocolate Peppermint Pretzel Crisps - Real Life Dinner
https://reallifedinner.com/white-chocolate-peppermint-pretzel-crisps/ ▾

10 min
Nov 29, 2016 - Holy Yum! That's about all I can say about these White Chocolate
Peppermint **Pretzel Crisps**. Who' d have thought crushed candy canes could ...

Smith's - Snack Factory Organic Original Pretzel Crisps
https://www.smithsfoodanddrug.com/p/snack-factory...pretzel-crisps/0004950825075 ▾
Shop for Snack Factory Organic Original **Pretzel Crisps** at Smith's. Find quality snacks products to add
to your next in-store or ClickList order.

Food City | Snack Factory Pretzel Crisps
https://www.foodcity.com/product/0004950800620/ ▾
Snack Factory® Everything **Pretzel Crisps**®.Thin, crunchy pretzel crackers.Deli style.Rethink Your
Pretzel®!Non GMO Project Verified.nongmoproject.org.

Fred Meyer - Snack Factory Gluten Free Original Pretzel Crisps
https://www.fredmeyer.com/p/snack-factory-gluten...pretzel-crisps/0004950825006 ▾
Shop for Snack Factory Gluten Free Original **Pretzel Crisps** at Fred Meyer. Find quality deli products to
add to your next in-store or ClickList order.

Two new flavors at Pretzel Crisps - Beverage Daily
https://www.beveragedaily.com/.../NEW-PRODUCTS-GALLERY-From-thinkKIDS-p... ▾
Jun 19, 2018 - Two new flavors at **Pretzel Crisps**. Snack Factory is adding two new flavors to its
**Pretzel Crisps** line: Sourdough and Cinnamon Sugar.

QFC - Snack Factory Organic Original Pretzel Crisps
https://www.qfc.com/p/snack-factory-organic...pretzel-crisps/0004950825075 ▾
Shop for Snack Factory Organic Original **Pretzel Crisps** at QFC. Find quality snacks products to add to
your next in-store or ClickList order.

Calories in Pretzel Crisps, Buffalo Wing from Snack Factory - Nutritionix
https://www.nutritionix.com/i/snack.../pretzel-crisps.../51c3d6df97c3e6d8d3b5410d ▾
Jan 23, 2017 - Calories and other nutrition information for **Pretzel Crisps**, Buffalo Wing from Snack
Factory.

Case 3:17-cv-00652-KDB-DSC   Document 42-11   Filed 10/29/18   Page 6 of 9

Pretzel Crisps | Resnick Distributors
https://www.resnickdistributors.com/store/snacks/pretzel-crisps/ ▾
**Pretzel Crisps** Original 3oz. sff-005_1z · **Pretzel Crisps** Buffalo Wing 3oz. garlic. **Pretzel Crisps** Garlic
Parmesean 3oz. Snacks. Goodness Knows Bar · Promax ...

Snack Factory Launches USDA-Certified Organic Pretzel Crisps
https://www.winsightgrocerybusiness.com/.../snack-factory-launches-usda-certified-or... ▾
Feb 9, 2017 - Snack Factory **Pretzel Crisps** launched its newest variety, Organic Original **Pretzel
Crisps**. As the latest better-for-you snack offering within the ...

Snack Factory® Introduces USDA-Certified Organic Pretzel Crisps ...
https://www.businesswire.com/.../Snack-Factory-®-Introduces-USDA-Certified-Organi... ▾
Feb 7, 2017 - Snack Factory® **Pretzel Crisps**®, the world's first – and the original – flat-baked pretzel
cracker, today announces the launch of its newest ...

King Soopers - Snack Factory Original Pretzel Crisps
https://www.kingsoopers.com/p/snack-factory-original-pretzel-crisps/0004950800600 ▾
Shop for Snack Factory Original **Pretzel Crisps** at King Soopers. Find quality deli products to add to
your next in-store or ClickList order.

Hummus with Pretzel Crisps?! | The Hummus Blog - חומוס להמונים
https://humus101.com/EN/2007/06/19/hummus-with-pretzel-crisps/ ▾
Jun 19, 2007 - Sabra To Go (and a similar product from the competing Tribe brand) is a combination of
packaged hummus with **Pretzel Crisps**. Something that ...

Snack Factory Pretzel Crisps® Minis Original -- 6.2 oz | Kroger Ship
https://ship.kroger.com/p/049508002161/snack-factory-pretzel-crisps-minis-original ▾
Buy Snack Factory **Pretzel Crisps**® Minis Original at Kroger. We carry all the Pantry items you're
looking for.

Bon Appétit: Pretzel Crisps Party — Mighty Oak
https://mightyoakgrows.com/snack-factory-pretzel-crisps/ ▾
To show the many ways that Snack Factory's **Pretzel Crisps** can be served for the holidays, we worked
with Bon Appétit to throw a pretzel party. We "dressed up" ...

00049508006190 - Pretzel Crisps Pretzel Crackers, Deli Style ...
https://www.festfoods.com/shop?id=2368045&store_id=1976...pretzel-crisps... ▾
0 g saturated fat. 0 mg cholesterol. 110 calories. Crunch 'em. Crack 'em. Dip 'em. Stack 'em. **Pretzel
Crisps** are a modern twist on an old favorite. They're the best ...

Nutrition Facts for Snack Factory Pretzel Crisps - Buffalo Wing ...
https://www.myfooddiary.com/foods/.../snack-factory-pretzel-crisps-buffalo-wing ▾
Snack Factory **pretzel crisps** - buffalo wing - 110 calories, 1.5g of fat, and 22g of carbs per 10 crackers.
Visit our site for complete nutrition facts for this item and ...

Jewel Osco » Pretzel Crisps
https://www.jewelosco.com/tag/pretzel-crisps/ ▾
When most of us think of the Big Game we think of get-togethers full of our favorite not-so-healthy
snacks. But, January is also the time of year when dedication to ...

Snack Factory Pretzel Crisps - Jalapeno Jack 7.20 oz Key Food
www.keyfood.com › Key Food › Grocery › Snacks › Chips & Pretzels › Pretzels ▾
Snack Factory **Pretzel Crisps** - Jalapeno Jack 7.20 oz at Key Food.

Pretzel Crisps | Saucey: Alcohol Delivery
https://www.saucey.com/brands/pretzel-crisps ▾
Discover **Pretzel Crisps** on Saucey. Order online & enjoy free 30-min local delivery or get items shipped
directly to your door in 2 days.

Pretzel Crisps Deli Style Everything Pretzel Crackers
https://www.millerandsonssupermarket.com/shop?product_id=33437 ▾
Crunch 'em. Crack 'em. Dip 'em. Stack 'em. **Pretzel Crisps** are a modern twist on an old favorite.
They're the best part of the pretzel - all the flavor and crunch you ...

Packaging that Kills (a Trademark) | DuetsBlogDuetsBlog
https://www.duetsblog.com/2014/03/articles/.../packaging-that-kills-a-trademark/ ▾
Mar 3, 2014 - The current packaging of Snack Factory's **Pretzel Crisps** pretzel crackers might qualify
as killer, but a long-anticipated and important trademark ...

Parmesan-Pretzel Crisps Recipe | Taste of Home
https://www.tasteofhome.com/recipes/parmesan-pretzel-crisps/ ▾


20 min - 16 cal
Parmesan-**Pretzel Crisps**. I usually have the ingredients on hand and it is so easy to
make, guest's really think you have gone the extra mile. —Pauline ...

Snack Factory Original Pretzel Crisps | Binny's Beverage Depot
https://www.binnys.com/snack-factory-original-pretzel-crisps-588102.html ▾
Snack Factory Original **Pretzel Crisps**. Item. 588102. Be the first to review this product. Size Pack. 7.2

Case 3:17-cv-00652-KDB-DSC   Document 42-11   Filed 10/29/18   Page 7 of 9

oz. $3.49. Case of 12. $41.88. Available; Check All Stores.

### Pretzel Crisps Pretzel Crackers Deli Style Original
https://www.clementsmarket.com/shop/?product_id=33434 ▾
Resealable for freshness. Crunch 'em. Crack 'em. Dip 'em. Stack 'em. **Pretzel Crisps** are a modern
twist on an old favorite. They're the best part of the pretzel - all ...

### Pretzel Crisps Begging People On Twitter Not to Give It Up For Lent ...
time.com/13098/brand-you-never-heard-of-is-begging-you-not-to-stop-eating-it/ ▾
Mar 5, 2014 - **Pretzel Crisps** is really, really worried that people are going to give it up for Lent. So as
part of a strange social media marketing move, it took to ...

### Snack Factory Bacon Habanero Pretzel Crisps - The Party Source
thepartysource.com/snack-factory-bacon-habanero-pretzel-crisps ▾
Perfectly flavored Bacon Habanero **Pretzel Crisps** give you that satisfying, hearty crunch in a versatile
shape that's dippable, spreadable, and deliciously ...

### On Remand, TTAB Again Finds PRETZEL CRISPS ... - The TTABlog
https://thettablog.blogspot.com/2017/.../precedential-no-25-on-remand-ttab-again.htm... ▾
Sep 11, 2017 - In May 2015, the CAFC (opinion here) vacated the TTAB's decision (here) finding the
term **PRETZEL CRISPS** to be generic for "pretzel crackers ...

### City Market - Snack Factory Original Pretzel Crisps
https://www.citymarket.com/p/snack-factory-original-pretzel-crisps/0004950800600 ▾
Shop for Snack Factory Original **Pretzel Crisps** at City Market. Find quality deli products to add to your
next in-store or ClickList order.

### Pretzel Crisps Double Facebook Likes In 36 Hours – Adweek
https://www.adweek.com/digital/pretzel-crisps-double-facebook-likes-in-36-hours/ ▾
Apr 11, 2011 - It turns out there were quite a few fans of **Pretzel Crisps** clicking around Facebook – and
rewarding those customers with a money-saving ...

### Snyder's-Lance, Inc.
snyderslance.com/ ▾
about us. Snacking is a part of life. Learn more about our passion for snacking and why we make
snacking better! more. people. Want to know more about ...

### Snyders Of Hanover Pretzel Crisps Honey Mustard&Onion Review ...
https://www.youtube.com/watch?v=yKfKAh_nVVQ



4 hours ago - Uploaded by Survival Collectors
Hi, Survival Collectors here and today Kyle reviews Snyders Of Hanover **Pretzel
Crisps** Honey Mustard&Onion ...
▶ 3:04

### Pretzel Crisps® (@pretzelcrisps) • Instagram photos and videos
https://www.instagram.com/pretzelcrisps/?hl=en ▾
42.3k Followers, 6350 Following, 1810 Posts - See Instagram photos and videos from **Pretzel Crisps**®
(**@pretzelcrisps**)

### Defending Your Brand: How Smart Companies Use Defensive Strategy to
...
https://books.google.com/books?isbn=1137082127
Tim Calkins - 2012 - Business & Economics
FritoLay employed the same strategy when battling Princeton Vanguard's **Pretzel Crisps** brand of
pretzels. When Princeton Vanguard tried to file fora trademark ...

### About Campbell's - Who We Are - Careers at Campbell Soup Company
careers.campbellsoupcompany.com/who-we-are/ ▾
... Snyder's of Hanover, Lance, Kettle Brand, KETTLE Chips, Cape Cod, Snack Factory **Pretzel Crisps**,
Pop Secret, Emerald, Late July and other brand names.

### 50 Halloween Candy Alternatives — Boston Mamas
https://www.bostonmamas.com/blog/halloween-candy-alternatives ▾
3 days ago - Popcorn. Popcorn balls. Pretzels. **Pretzel crisps**. Rice krispie bars. S'mores bars. Veggie
chips. Yogurt covered pretzels. Yogurt covered raisins ...

### Kroger - Mexicouponers
https://mexicouponers.com/kroger/ ▾
Starting 10/24 Kroger will be offering a BOGO SALE on Snack Factory **Pretzel Crisps** on sale for $3.49,
use a Tearpad coupon to pay $1.25 each! (Valid thru ...

### Boomer & Carton: Audio Proof Of Boomer's Hazy 'MNF' Broadcast ...
https://newyork.cbslocal.com/.../boomer-carton-audio-proof-of-boomers-hazy-mnf-br... ▾
Jan 13, 2014 - **Pretzel Crisps**® (@PretzelCrisps) January 13, 2014. You May Also Be Interested In
These Stories. Red Sox Take World Series Opener, Beat ...

### MWBG # 2 - Super Awesome Gaming Weekend! 09/21 by Married with ...
www.blogtalkradio.com/married-with.../mwbg-2--super-awesome-gaming-weekend ▾
Sep 21, 2016 - Garnish with extra shredded cheese, crumbled bacon, and chopped green onions. Serve

with your favorite potato chips or **pretzel crisps**.

Searches related to "pretzel crisps"

| | |
|---|---|
| pretzel crisps **flavors** | pretzel crisps **ingredients** |
| pretzel crisps **where to buy** | pretzel crisps **walmart** |
| pretzel crisps **nutrition** | pretzel crisps **dark chocolate** |
| pretzel crisps **recipe** | pretzel crisps **buffalo** |

1  2          Next

**United States** - From your Internet address - Use precise location - Learn more

Help       Send feedback      Privacy      Terms

Case 3:17-cv-00652-KDB-DSC   Document 42-11   Filed 10/29/18   Page 9 of 9