UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:17-CV-00652 |
| FRITO-LAY NORTH AMERICA, INC., | ) ) ) ) | |
| Defendant. | ) | |

# PART 3 OF DECLARATION OF CHRISTOPHER LAUZAU

CERTIFICATE OF SERVICE

I do certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record or interested parties via the CM/ECF system.

This 29th day of October, 2018.

        ELLIS & WINTERS LLP

        /s/ Jonathan D. Sasser
        Jonathan D. Sasser
        N.C. State Bar No. 10028
        Alexander M. Pearce
        N.C. State Bar No. 37208
        Post Office Box 33550
        Raleigh, North Carolina 27636
        Telephone: (919) 865-7000
        jon.sasser@elliswinters.com
        alex.pearce@elliswinters.com

        DEBEVOISE & PLIMPTON LLP
        David H. Bernstein*
        James J. Pastore*
        Jared I. Kagan*
        Michael C. McGregor*
        919 Third Avenue
        New York, New York 10022
        Telephone: (212) 909-6696
        dhbernstein@debevoise.com
        jjpastore@debevoise.com
        jikagan@debevoise.com
        mcmcgregor@debevoise.com

        *Counsel for Plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC*

        *admitted pro hac vice*