# EXHIBIT 4

Part 1



# Snack Factory
## Pretzel Crisps

Flavors   Recipes   About   Press   Blog   Careers

Where to buy

### FOR THE CHEF IN ALL OF US
RECIPES PERFECT FOR ANY OCCASION

**Get Recipes**

*We're Snack Geniuses*

## They're light. They're loaded.
They're a guilt-free, pretzel cracker.



All Recipes

# WARNING!
## SNACK GENIUSES AT WORK



Follow us on facebook

1 day ago

Upping the ante for apple

@pretzelcrisps

2 hours ago

So hip right now

#rethinkyourpretzel
https://t.co/mCMvNQ724L





pinterest.com/pretzelcrisps

5 hours ago

Mummy Cookies by Blooming Homestead- Perfect for any Halloween event, class party, or just fun at home! #halloween |cookies |halloweenrecipes |easyhalloweenrecipes |mummycookies |sugarcookies |halloweencookies |halloweenparty |classparties

Read Our Blog →



## A GENIUS SNACK AND WHOLESOME APPETIZER ALL-IN-ONE.

We're Snack Geniuses

## Flavors, it's what we're made of!

Fresh ingredients make Pretzel Crisps® a better-for-you snack.



All Flavors ●



The Best New Grocery Store Snacks of 2017 – So ...

Photo 6 of 87

DESSERT

PopSugar
Jul 18, 2017

All Press ●

## Crispy Crunchy Sound Bites





### Bratwurst Bites

Enjoy Okotberfest with this one pan appetizer. Bratwurst bites are a perfectly savory treat to celebrate German heritage. Ingredients Sourdough Pretzel Cris...

Read post ●




Cracker and bag designs © 2004-2016. All rights reserved. Snack Factory®, Pretzel Crisps®, Rethink Your Pretzel®, and cracker designs are trademarks of Princeton Vanguard LLC.

http://pretzelcrisps.com/



Discover small & medium businesses

Try Prime

Grocery & Gourmet Food

Deliver to
New York 10021

Your Amazon.com     Today's Deals     Gift Cards

EN     Hello. Sign in
Account & Lists     Orders     Try Prime

0
Cart

**Grocery**    Deals    Snacks    Breakfast    Warm Beverages    Cold Beverages    Cooking Staples    Baby Food    Candy & Chocolate    Prime Pantry

prime pantry          **Free shipping** with $35 purchase

Grocery & Gourmet Food › Snack Foods › Pretzels

### Snack Factory Original Pretzel Crisp, 32 Ounce by Snack Factory
98 customer reviews



Price: **$13.69** ($0.43 / Ounce)

FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with **Amazon Prime**

Only 14 left in stock - order soon. Ships from and sold by Amazon.com. Gift-wrap available.

**Want it tomorrow, Oct. 25?** Order within **2 hrs 5 mins** and choose **One-Day Shipping** at checkout. Details

☐ Yes, I want **FREE Two-Day Shipping** with **Amazon Prime**

Deliver to New York 10021

Qty: 1          Turn on 1-click ordering

Add to Cart

Add to List

**Other Sellers on Amazon**          4 new from **$13.69**

$15.99 ($0.50 / Ounce) + Free Shipping          Add to Cart
Sold by: StatDeals

$18.98 ($0.59 / Ounce) + Free Shipping          Add to Cart
Sold by: joes discounts

Have one to sell?          Sell on Amazon

Share

**About the product**
- Zero trans fats, zero cholesterol and baked pretzel goodness

### Sponsored products related to this item
(What's this?)

Case 3:17-cv-00652-KDB-DSC     Document 43-1     Filed 10/29/18     Page 6 of 30





**Up to $5 off Solimo coffee pods**
Save up to $5 on Solimo coffee pods - including dark, medium, light and flavored roasts - when you enroll with Subscribe & Save. Shop now.



Pressels Baked Pretzel Chips – Non-GMO, Low-Calorie, Vegan, Kosher – Less Fat & Sod...
6
$9.99

Andy Capp's Hot Fries, 3 oz, 7 Pack
63
$10.57

Rold Gold Tiny Twi Pretzels, 1 Ounce ( 40)
35
$16.98



Ad feedback

## Frequently bought together

 + 

Total price: $30.68

[Add both to Cart]
[Add both to List]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Snack Factory Original Pretzel Crisp, 32 Ounce  $13.69  ($0.43 / Ounce)
☑ Snack Factory Pretzel Crisps, Dark Chocolate Crunch, 18 Ounce $16.99  ($0.94 / Ounce)

## Customers who bought this item also bought



Snack Factory Pretzel Crisps, Original ORGANIC, 28 Ounce Bag
10
$13.46

## Special offers and product promotions

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new Discover it® card within 3 months. Terms and conditions apply. See offer for details. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

[                                                                    ]

## Product description

Irresistibly crunchy, deliciously gourmet naturally thin.

## Product details

**Item Weight:** 2.1 pounds
**Shipping Weight:** 1.8 pounds (View shipping rates and policies)

Case 3:17-cv-00652-KDB-DSC    Document 43-1    Filed 10/29/18    Page 7 of 30

**Domestic Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.

**International Shipping:** This item is not eligible for international shipping. Learn More

**ASIN:** B001RIXSNK

**UPC:** 049508006909 049508006947

**Average Customer Review:**          98 customer reviews

**Amazon Best Sellers Rank:** #64,250 in Grocery & Gourmet Food (See Top 100 in Grocery & Gourmet Food)
#176 in Grocery & Gourmet Food > Snack Foods > Pretzels

Would you like to **tell us about a lower price**?

## Related Video Shorts | Upload your video



1:11

Strawberry Pretzel Tart

Delish



0:37

You HAVE to See How This Magic Layer Pie is

Delish



0:29

These Reese's Pretzel Bites are Definitely the

Delish



0:39

This Valentine's Day Bark is so Much More

Delish



These Milano Rei Cookies Are the B

Delish

## Important information

**Legal Disclaimer**
Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Sponsored products related to this item (What's this?)



Pretzel Pete Seasoned Pretzel Nuggets, Honey Mustard & Onion, 100 Calorie Bag (Pack...
33
$14.25



Snyder's of Hanover Pretzels Variety 100 Calorie Packs, 22 Count (Pack of 4)
741
$29.96

Unique Pretzels Original Pretzel "Splits", 2.1-Ounce, 24 Bags
141
$30.96

Sprouted Crisps (Pretzel)
13
$7.89



Wonderful Pistachios, Roasted and Salted, 32 Ounce Bag
2208
$12.87

Cru Chi Bag
$13

Ad feedback

## Customer Questions & Answers

See questions and answers

10/24/2018, 11:09 AM

## 98 customer reviews

3.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 48% |
| 4 star | | 11% |
| 3 star | | 11% |
| 2 star | | 13% |
| 1 star | | 17% |

### Review this product

Share your thoughts with other customers

| Write a customer review |
|---|

### Read reviews that mention

| pretzel crisps | snack factory | flat pretzels | cream cheese |
|---|---|---|---|

| broken pieces | great snack | whole pieces | opened the bag | size bag |
|---|---|---|---|---|

| pretzel chips | taste good | love every pretzel | bags | delicious |
|---|---|---|---|---|

**Showing 1-8 of 98 reviews**


Top Reviews

JHD

**I will not order again....**
October 1, 2014
Verified Purchase

These really are great pretzels however the bag we received was in terrible condition, the shipping box was fine.
I inspected the bag to make certain it didn't have any pinholes, (it was in THAT bad of shape) thankfully it didn't. They taste OK, just in little bitty pieces. In the entire bag, there is about 6 whole pretzels.
I won't order these from here again, overpriced for a crumpled up bag.
I will stock up when we go to Sams club, they don't carry this brand anymore but I'll switch to whatever they have.

2 people found this helpful

| Helpful | Comment | Report abuse |
|---|---|---|



J. Cole

**Great value but shipping doesn't do these crisps any favors**
January 30, 2014
Verified Purchase

I bought these Pretzel Crisps because I knew that my mom loved the seasonal dark chocolate and peppermint covered crisps that appear in local drug stores in 1 oz bags for exorbitant prices. I decided to make her some homemade chocolate covered pretzels and bought this big bag for her.

I obviously didn't need 26 oz. of pretzels to fix up these decadent snacks, but having read other reviews I figured getting a big bag would ensure the most intact pretzels. As I sorted out the bag, I'd guess that about half of the bag had 50% or better intact pretzels which I deemed good enough for my purpose. The rest I ate myself, which were quite delicious and didn't suffer too much from their reduced size.

If you're picky about having fully intact pretzels, this probably won't be for you. For my purposes and my personal enjoyment, this fit the bill.

| Helpful | Comment | Report abuse |
|---|---|---|



E. Young

**Arrived in crumbs**
February 27, 2013
Verified Purchase

I love the product when it arrives whole. The whole bag was crumbs. I have decided against ordering these on Amazon again. It's just not worth the hit or miss.

14 people found this helpful

| Helpful | Comment | Report abuse |
|---|---|---|

RitzvilleBarry

**Pretzel Crisp lives matter - Treat the customer properly!**
September 1, 2015
Verified Purchase

Tasty, Tasty, Tasty. However, one will either agree or not. Like everything else, tastes will differ. However

those reviewers that claim their bags were full of broken pieces are not kidding. This is customer abuse and not only customer abuse but deliberate customer abuse.

2 people found this helpful

Helpful    Comment    Report abuse

NV7SY

**75% of the chips were crushed. What a letdown !!!**

September 15, 2016

Verified Purchase

Half of the chips were crushed. When I first opened the bag, I was impressed because it appeared they mostly arrived in good shape, but after a few minutes, all that was left was 75% mangled Pretzel Crisps. What a disappointment.

One person found this helpful

Helpful    Comment    Report abuse

Brittany gamble

**What if ritz did this**

November 6, 2015

Verified Purchase

I get it you want to be a pretzel n you want to be a cracker and they are great little treats but the problem is there's so many broken ones especially in this large package I'm no longer allowed to eat them in the house.

If you want to call yourself a cracker put these things in the sleeve like ritz because it's kind a hard to put the topping on a quarter-inch scrap of a pretzel which is 30% of the bag and I've bought a few just to be sure'

Helpful    Comment    Report abuse

DeLaney

**Pretzels are delicious, but usually broken**

February 9, 2018

Verified Purchase

Love the taste of the pretzels. I've never had problems with the smaller bags, but every time I get this size the majority of the pretzels are broken.

Helpful    Comment    Report abuse

Nick Ramos

**Okay**

October 7, 2017

Verified Purchase

Cheaper at any store but always delicious!

One person found this helpful

Helpful    Comment    Report abuse

**See all 98 reviews**

Write a customer review

Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Snack Factory Original Pretzel Crisp, 32 Ounce

Set up a giveaway

## What other items do customers buy after viewing this item?


Snack Factory Pretzel Crisps, Original ORGANIC, 28 Ounce Bag
10
$13.46


Snack Factory Pretzel Crisps, Original, 1.5 Ounce (Pack of 24)
96
$24.00


Snack Factory Deli Style Pretzel Crisps 3 Flavor Variety Bundle: (1) Everything, (1) Garlic Parmesan, and (1) Buffalo Wing, 7.2 Oz. Ea.
26
$12.86


Snack Factory Pretzel Crisps White Chocolate & Peppermint Flavor (LARGE 20 Oz Bag)
82
$14.92

**Pages with related products.** See and discover other items: low cal snacks, chip snacks, pretzel snack, pretzel snacks, snack factory pretzel crisps

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

## Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Case 3:17-cv-00652-KDB-DSC   Document 43-1   Filed 10/29/18   Page 11 of 30

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>Ultrafast Delivery<br>on Everyday Items |
| Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans |
| | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | | |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates





Try Prime Grocery & Gourmet Food

Discover small & medium businesses

Deliver to
New York 10021

Your Amazon.com Today's Deals Gift Cards Sell Registry Treasure Truck Help

EN Hello. Sign in Account & Lists Orders Try Prime 0 Cart

Grocery Deals Snacks Breakfast Warm Beverages Cold Beverages Cooking Staples Baby Food Candy & Chocolate Prime Pantry Subscribe & Save International Foods

Sign in
New customer? Start here.

Healthy & tasty snacks delivered monthly Learn more ▸

Grocery & Gourmet Food › Snack Foods › Pretzels

# Snack Factory Pretzel Crisps, Original, 1.5 Ounce (Pack of 24) by Snack Factory

96 customer reviews | 4 answered questions Amazon's Choice for "pretzel crisps"

Price: $22.80 ($0.63 / Ounce) ~~$24.00~~ $1.20 (5%)
FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

In Stock. Ships from and sold by Amazon.com.

**7 Flavors:** Original

Bacon Habanero — Select in Pack of 8
Buffalo Wing — $29.00 ($0.81 / Ounce)
$24.00 ($0.67 / Ounce)

**4 Sizes:** Pack of 24

Pack of 8 — Select in Garlic Parmesan
$24.00 ($0.67 / Ounce)
10 Count — $14.99 ($1.50 / Ounce)
Pack of 1 — Select in Original Minis

**Subscribe & Save** 5% 15%
**$22.80 ($0.63 / Ounce)** Save 5% now and up to 15% on auto-deliveries. Learn more
**Get it Thursday, Oct 25**

**One-time Purchase**
$24.00 ($0.67 / Ounce)

Qty: 1 Deliver every: 1 month (Most common)

Add to List

## About the product

- Thin, crunchy pretzel crackers
- 0 gram trans fat, 0 gram saturated fat, 0 milligram cholesterol
- All natural, baked, non-GMO pretzel snack
- 110 calories per serving
- Great on their own or paired with hummus, dips and spreads

**Item arrives in packaging that reveals what's inside.** To hide it, choose **Ship in Amazon packaging** at checkout.

**Other Sellers on Amazon** 10 new from $24.00

$30.00 ($0.83 / Ounce) + Free Shipping — Sold by: Goods Fresh — Add to Cart
$30.87 ($0.86 / Ounce) + Free Shipping — Sold by: Superdeals1116 — Add to Cart
$31.54 ($0.88 / Ounce) + Free Shipping — Sold by: Peters Select — Add to Cart

Have one to sell? Sell on Amazon

Share

Bars, by Amazon

Nuts & Sea Salt, pack of 12 $11.88
Peanut & Almond Bars, Pack of 12 $11.88
Cherry Nut Crunch Bars, Pack of 12 $11.88
Banana Nut Bars, Pack of 12 $11.88

## Sponsored products related to this item (What's this?)

| Product | Reviews | Price |
|---|---|---|
| Rold Gold Tiny Twists Pretzels, 1 Ounce (Pack of 40) | 35 | $16.98 |
| Pressels Baked Pretzel Chips – Non-GMO, Low-Calorie, Vegan, Kosher – Less Fat & Sod... | 6 | $11.99 |
| Sweet & Salty Snacks Variety Box, Mix of Cookies, Crackers, Chips & Nuts, 50 Count | 829 | $20.99 |
| Planters Nutrition Heart Healthy Mix, 1.5 Ounce- 18 count | 146 | $16.49 |
| Snacks Generation Mix Variety Pack of Chips, Cookies, Candy, Care Package to Friend... | 201 | $19.99 |
| Snyder's Pretzels Calorie F (Pack of | | $29.96 |

Ad feedbac

## Frequently bought together

Total price: $53.82
Add all three to Cart
Add all three to List

- **This item:** Snack Factory Pretzel Crisps, Original, 1.5 Ounce (Pack of 24) $24.00 ($0.67 / Ounce)
- Popchips Potato Chips, Variety Pack, 24 Count (Single Serve 0.8 oz Bags), 4 Flavors: Salt, BBQ, Sour... $19.84 ($1.03 / Ounce)
- Pepperidge Farm, Goldfish, Crackers, Classic Mix, 29 oz, Variety Pack, Box, Snack Packs, Pack Of 30 $9.98 ($0.34 / Ounce) **Add-on Item**

## Customers who bought this item also bought

Subscribe now

Stacy's Simply Naked Pita
Chips, 1.5 Ounce Bags
(Pack of 24)
1,204
#1 Best Seller in Pita
Chips & Crisps

### Special offers and product promotions

Flavor: **Original** | Size: **Pack of 24**

- Get a **$75.00 statement credit** after first Amazon.com purchase made with new Discover it® card within 3 months. Terms and conditions apply. See offer for details. Apply now

### Have a question?

Find answers in product info, Q&As, reviews

### From the manufacturer



View larger

**About Snack Factory Pretzel Crisps**








We reinvented the pretzel to create a wholesome, flavorful and fun snacking alternative.

All the flavor and crunch – but lighter, crispier and more versatile than ever.

Eat them straight out of the bag; top with meat, cheese, fruit and veggies; pair with your favorite dip or spread!



**Deli Style Snack Factory Pretzel Crisps**

Our original line of deli-inspired Snack Factory Pretzel Crisps give you that satisfying, hearty crunch in a versatile shape that's dippable, spreadable, and deliciously snackable. With great gourmet taste from wholesome ingredients, it's the perfect snack anytime!

Flavors: Original, Everything, Sesame, Garlic Parmesan, Sea Salt & Cracked Pepper, Honey Mustard & Onion, Original Minis.





Deli Style        Bold & Spicy        Gluten Free        Indulgent



**Nacho Quesadillas**

*Ingredients*

Original or Gluten Free Original Snack Factory Pretzel Crisps.

Shredded Cheese, Corn, Black Beans.

Sliced vegetables (onions and bell peppers).

Optional: Chicken or steak, cooked & sliced into strips.

- Saute vegetables in a pan on medium heat, season with salt and pepper. Add meat, if desired, to reheat.
- Construct quesadilla by forming Crisps into a round circle on an aluminum foil-lined baking sheet. Cover with cheese, then add other ingredients.
- Top with more cheese, then place Crisps in a circle on top. A layer of cheese on bottom and top is essential to keeping everything together as a quesadilla.
- Bake at 400 degrees for 10-15 mins, until cheese is melted. Remove from oven and cool for a few minutes for quesadilla to stick together. Slice with a sharp, large knife and serve.



View larger

**Original & Gluten Free Original Snack Factory Pretzel Crisps**

Perfectly salted Snack Factory Pretzel Crisps give you that satisfying, hearty crunch with great gourmet taste from wholesome non-GMO or Gluten Free ingredients.



| Browse Snack Factory Pretzel Crisps | Browse Snack Factory Tortilla Chips | Browse Snack Factory Pita Chips | Browse Snack Factory Fruit Sticks | Browse Snack Factory Dessert Thins |
|---|---|---|---|---|
| Explore our brands and discover all the ways you can rethink your snack! | A modern twist on an old favorite. They're the best part of the pretzel - but lighter, crispier and more versatile than ever before. | Snack Factory Tortilla Chips are perfectly salted and deliciously simple for a satisfying crunch with any dip or topping. | Snack Factory Pita Chips offer a crunchy pita that is lightly salted for a flavorful snack. | Snack Factory Fruit Sticks are crispy and crunchy dried fruit snacks made with 100% Washington State apples with up to 6 apples in every bag. | Snack Factory Dessert Thins provide the real flavor of your favorite desserts, transformed into a light, sweet snack with the crispiness of a cracker. |

## Product description

Flavor: **Original** | Size: **Pack of 24**

Our original line of deli-inspired Snack Factory Pretzel Crisps give you that satisfying, hearty crunch in a versatile shape that's dippable, spreadable, and deliciously snackable. With great gourmet taste from wholesome ingredients, it's the perfect snack anytime!

Flavors: Original, Everything, Sesame, Garlic Parmesan, Sea Salt & Cracked Pepper, Honey Mustard & Onion, Original Minis.

## Product details

Flavor: **Original** | Size: **Pack of 24**

**Product Dimensions:** 6.9 x 5.2 x 1.2 inches : 1.44 ounces

**Shipping Weight:** 3.3 pounds (View shipping rates and policies)

**Domestic Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.

**International Shipping:** This item is not eligible for international shipping. Learn More

**ASIN:** B00WMBP1DQ

**UPC:** 049508241201

**Item model number:** 105020

**Average Customer Review:**          96 customer reviews

**Amazon Best Sellers Rank:** #6,375 in Grocery & Gourmet Food (See Top 100 in Grocery & Gourmet Food)

#23 in Grocery & Gourmet Food > Snack Foods > Pretzels

Would you like to **tell us about a lower price**?

## Related Video Shorts | Upload your video

| 1:11 | 5:03 | 0:37 | 0:29 | 0:39 | 0:40 |
|---|---|---|---|---|---|
| Strawberry Pretzel Tart | How to Make Tuna Salad for Kids | You HAVE to See How This Magic Layer Pie is | These Reese's Pretzel Bites are Definitely the | This Valentine's Day Bark is so Much More | These Milano Reindeer Cookies Are the Easiest |
| Delish | eHow | Delish | Delish | Delish | Delish |

## Important information

**Legal Disclaimer**

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Sponsored products related to this item (What's this?)



Subscribe now

Case 3:17-cv-00652-KDB-DSC   Document 43-1   Filed 10/29/18   Page 15 of 30






Snyder's of Hanover
Pretzels Variety 100
Calorie Packs, 22 Count
(Pack of 4)
741
**$29.96**

Bonk Breaker Nutrition
Energy Chews with
Caffeine, Strawberry, 1.76
Oz (10 Count), ...
55
**$23.79**

Unique Pretzels Original
Pretzel "Splits", 2.1-Ounce,
24 Bags
141
**$30.96**

WonderSlim High Protein
Pretzel Snacks - Low-Carb
Diet Healthy 12g Protein
Snack Fo...
15
**$21.36**

Everton Toffee Butter
Toffee Flavor, Original
Toffee Flavor (4 oz. bag,
3-pack), ...
6
**$12.50**

Snyder's of Hanover
Pretzel Pieces, Honey
Mustard and Onion, 8
Ounce (Pack of 6)
645
**$25.29**

Pressels Baked Pretzel
Chips – Non-GMO, Low-
Calorie, Vegan, Kosher –
Less Fat & Sod...
6
**$9.99**

Ad feedback

## Customer Questions & Answers

See questions and answers

---

### 96 customer reviews

4.3 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 65% |
| 4 star | | 20% |
| 3 star | | 5% |
| 2 star | | 5% |
| 1 star | | 5% |

#### Review this product

Share your thoughts with other customers

Write a customer review

**Read reviews that mention**

pretzel crisps    snack factory    factory pretzel    fat nor cholesterol

size bags    potato chips    expiration date    lightly salted

like these pretzel    taste like    saturated fat    zero fat    regular pretzels

**Showing 1-8 of 96 reviews**

Top Reviews

B. Graham

**Great For Kid Lunches**

March 19, 2017
Flavor: Original   Size: Pack of 24   Verified Purchase

Great for kid lunches. Packaging was perfect, factory type boxing. The prices per unit were better than Sams Club, Kroger, and Publix. I will be ordering again in the near future. Best part.... shows up at the doorstep and you don't have to carry oversize stuff thru store.

2 people found this helpful

Helpful  |  Comment   Report abuse

Angster

**WE LOVE THEM**

September 8, 2015
Flavor: Buffalo Wing   Size: Pack of 24   Verified Purchase

I bought a case of these for less than $10 and they came directly from Amazon. They came and weren't all totally smashed and didn't expire for a year. So I went ahead and bought 3 more cases because we love them in my house and they're perfect for on the go, plus super cheap at that price and can't find this size bag in stores.

3 people found this helpful

Helpful  |  Comment   Report abuse

JAD9000

**Delicious snack, questionable shipping**

September 8, 2018
Flavor: Original   Size: Pack of 24   Verified Purchase

Despite how high in sodium these are, I can't help but love the buffalo flavor!! However I was very disappointed in my latest delivery. The box was partially open and a few of the bags were missing - should have been 24 ct and only 21 individual size bags were in the box. Not an issue with the product itself but would appreciate if the box was taped up and secured much better.

One person found this helpful

Helpful  |  Comment   Report abuse

Brooklyn

**Pretzel crisps are the best snack**

October 19, 2017
Flavor: Original   Size: Pack of 24   Verified Purchase

I purchased these because I wanted to eat them with my hummus and salsa and I just can't get enough. I eat them alone as well. I'm looking to buy flavored pretzel crisps as well.

Helpful  |  Comment   Report abuse

DeDe

**Always fresh with expiration date far in future...**

January 20, 2018

Subscribe now

Flavor: Original Minis    Size: Pack of 1    Verified Purchase

Perfect every time so far. Have ordered many times. Always fresh; never crushed; no popped bags.. Arrives quickly & great price.

Helpful    Comment    Report abuse

    myrallea

**Great size for snacking**
May 10, 2017
Flavor: Original Minis    Size: Pack of 1    Verified Purchase

I have repurchased these several times. They are a staple item that I keep at my office for snacking. I love the individual serving size. Will definitely continue to repurchase.

Helpful    Comment    Report abuse

Karen Kienast

**Addicting!**
May 11, 2017
Flavor: Original Minis    Size: Pack of 1    Verified Purchase

I love these tasty little pretzel crisps. This is a perfect sized portion. They are great by themselves or with a dip. My favorite is hummus with the plain crisps.

Helpful    Comment    Report abuse

tina n

**Tasty**
August 17, 2018
Flavor: Original Minis    Size: Pack of 1    Verified Purchase

These are a yummy great snack

Helpful    Comment    Report abuse

See all 96 reviews

Write a customer review

## Set up an Amazon Giveaway

    Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Snack Factory Pretzel Crisps, Original, 1.5 Ounce (Pack of 24)

Set up a giveaway

## What other items do customers buy after viewing this item?

    Snyder's of Hanover Mini Pretzels Single-Serve 1.5 Ounce, 48 Count
741
$24.99

Planters, Nut 24 Count-Variety Pack, 2 Lb 8.5 Ounce
1,120
$9.98

Cheez-It Baked Snack Cheese Crackers, Original, Single Serve, 1.5 oz Bags (36 Count)
711
$9.51

Rold Gold Tiny Twists Pretzels, 1 Ounce (Pack of 40)
35
$16.98

**Pages with related products.** See and discover other items: baked potatoes, baked tortilla chips, chip snacks, chocolate covered chips, garlic cheese, garlic chips

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell Your Apps on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Subscribe now

› See all

| English | | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>Ultrafast Delivery<br>on Everyday Items |
| Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans |
| | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

Case 3:17-cv-00652-KDB-DSC    Document 43-1    Filed 10/29/18    Page 18 of 30

Subscribe now







# Rethink Your Snack!

Snack Factory® has created the perfect snacking lineup, whether you're entertaining or on-the-go.

Crunch'em. Crack'em. Dip-em. Stack'em.™ With so many varieties, we're sure you'll enjoy our wholesome snacks as much as we do.

## EXPLORE OUR BRANDS

Case 3:17-cv-00652-KDB-DSC   Document 43-1   Filed 10/29/18   Page 20 of 30

     

Food  /  Snacks, Cookies & Chips  /  Pretzels



Customers also considered

● ⚬ ⚬

⭕ Feedback



Original, 7.2 Oz

**19 reviews**     Pretzel Crisps

Walmart # 570964525

## $2.14

**Pack Size:** Choose an option

| Single | BEST VALUE |
|--------|------------|
| **Single**<br>**$2.14** | **4 Pack**<br>**$8.05**<br>$0.28 / oz |

**2-day shipping**

☰ **Add to List**     🎁 **Add to Registry**

💬 **Tell us if something is incorrect**

Feedback

Customers also bought these products



Customers also viewed these products



    

Feedback

     

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Perfectly salted Original Pretzel Crisps give you that satisfying, hearty crunch in a versatile shape that's dippable, spreadable, and deliciously snackable. Try with salsa, hummus, chili, cheese, peanut butter and all your favorite dips, or for an off-beat sweet treat, dip 'em in chocolate, ice cream or yogurt. With great gourmet taste from naturally wholesome ingredients, it's the perfect snack anytime.

- Thin, crunchy, baked pretzel crackers
- 100 Calories per serving, 0g trans fat, 0g saturated fat, 0mg cholesterol
- Non-GMO Project Verified
- The best part of the pretzel - all the flavor and crunch you love - but lighter, crispier and more versatile than ever before!
- 7.2 oz resealable bag keeps your Pretzel Crisps fresh

## Ingredients:

**Ingredients:** Wheat Flour, Sugar, Salt, Malt Syrup. Contains Wheat. Made In A Facility That Processes Milk And Soy.

## Directions:

**Safe Handling Instructions:** Contains: wheat.Made in a facility that processes milk and soy.

## Explore this item

| Specifications | **Nutrition Facts** |
|---|---|

# Nutrition Facts

| | |
|---|---|
| Serving Size | 28 G |
| Servings Per Container | 7 |

**Amount Per Serving**

| | |
|---|---|
| **Calories** | 110 Calories |
| Calories From Fat | 0 Calories |

**% Daily Value**

| | |
|---|---|
| **Total Fat**  0 g | **0** |
| Saturated Fat  Saturated Fat | **Saturated Fat** |
| Trans Fat  Trans Fat | **Trans Fat** |
| Polyunsaturated Fat  0.0 g | |

Feedback

Sponsored Products





**4.8** out of 5 Stars

See all 19 reviews

| | |
|---|---|
| 5 stars | 16 |
| 4 stars | 3 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 1 |

Write a review

Most relevant

Sort by

1-5 of 19 reviews

## Pretzel Crisps are perfect!

I buy the Pretzel Crisps often, because they make a nice snack and just a few will satisfy my appetite. Some pretzels are too salty for my taste buds, but these have a nice flavor without being overwhelmingly salty. I also like the texture--not so thick that they seem like taking a bite of a doughy pretzel.

LukieF, September 18, 2015

 2    0

## One of my favorite crackers

These are so light and tasty! Really good w/ specialty cheeses, Havarti, goat cheese...etc. I got these for someone w/ green apples & cheese as a gift due to their loved one being in the hospital. Thought they could use something to snack on while there. They loved all of it and wanted to know where I got them. Actually another grocery, but Walmart is where I originally got them. You won't be disappointed.

Lonnifer, August 10, 2013

 1    0

Feedback

Sponsored Products



**2-day shipping**

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

## Policies & Plans

**Gifting plans**                    Gift options are not available for this item.

Pricing policy

Returns

Feedback







Consider these popular products








Enter email for weekly newsletter.

Mobile apps

### Walmart Services

Grocery Pickup & Delivery

MoneyCenter

Walmart Credit Card

Walmart Pay

Weekly Ad

Other Services

### Get to Know Us

Our Company

Digital Museum

Our Suppliers

Sell on Walmart.com

Advertise With Us

Careers

### Walmart.com

Walmart Labs

Our Ads

Terms of Use

Privacy & Security

Calif. Privacy Rights

### Customer Service

Help Center

Returns

Product Recalls

Feedback

Contact Us

Store Pickup

Tax Exempt Program

### In The Spotlight

Ellen's List

Electronics

Toys

Video Games

Home Products

Clothing

Feedback



Shop Our Brands

© 2018 Walmart

To ensure we are able to help you as best we can, please include your reference number: YAFCKXEQZV

Feedback