# EXHIBIT 4

Part 2





Home Moments

Have an account? Log in

**Pretzel Crisps®**

@PretzelCrisps

#SnackGenius

pretzelcrisps.com

Joined February 2009

**Pretzel Crisps®** @PretzelCrisps · 1h

#Halloween crafting requires some ta

Have an account?

Remember me · Forgot password?

Log in

New to Twitter?

Sign up

1 1

**Pretzel Crisps®** @PretzelCrisps · Oct 23

The #playoffs are here, so who will be crowned the champ?! #PretzelCrisps snacks, of course!

3

**Pretzel Crisps®** @PretzelCrisps · Oct 22

The spiders don't bite but the flavor sure will! #Halloween2018 instagram.com/p/BpPX76TDqWR/...

1 1

**Pretzel Crisps®** @PretzelCrisps · Oct 22

Apple. Cheesecake. Trifles. This #dessert is checking ALL of the boxes. #FallFlavors #PretzelCrisps ow.ly/R1aJ30mcm0d

1 2



Case 3:17-cv-00652-KDB-DSC   Document 43-2   Filed 10/29/18   Page 4 of 50





| Top Rated | Best Seller | Sam's Exclusive | | Top Rated |
|---|---|---|---|---|
| Utz Mini Twist Pretzels (60 oz.) | Snyder's Mini Pretzels (1.5 oz., 60 ct.) | Member's Mark Peanut Butter Filled Pretzels (44 oz.) | Keebler Fudge Stripes Cookies (2 oz., 36 ct.) | Utz Thin Pretzels |
| Free shipping *Plus* | Free shipping *Plus* | Free shipping *Plus* | Free shipping *Plus* | Free |
| $6⁹⁸ $0.12/oz | $11⁹⁸ $0.20/ea | $6⁸⁶ $0.16/oz | $9⁹⁸ $0.28/ea | $13⁹⁸ $0.23/ea |

• • • • • •

**Description**    **Policies & plans**    **Member reviews & questions**

## Description

Crunch 'em. Crack 'em. Dip 'em. Stack 'em. Pretzel Crisps are a modern twist on an old favorite. They're the best part of the pretzel—all the flavor and crunch you love—but lighter, crispier and more versatile than ever before. One bite and you'll rethink your pretzel.

## Policies & plans

Specifications

• Guilt-free pretzel cracker
• Non-GMO
• Versatile shape
• Perfectly salted

Warranty
This product is covered by the Sam's Club Member Satisfaction Guarantee.

## Member reviews & questions

★★★★★ 5.0 | 12 Reviews

| Search topics and reviews 🔍 | 12 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|

### Reviews

[Write a review]

Rating Snapshot
Select a row below to filter reviews.

| 5 ★ | | 12 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

Average Customer Ratings

Overall ★★★★★ 5.0

1–8 of 12 Reviews    Sort by: Most Helpful ▾

Case 3:17-cv-00652-KDB-DSC   Document 43-2   Filed 10/29/18   Page 6 of 50



★★★★★ GalJan · 2 years ago

## THE best Pretzel Crisp

I am so glad this product is available at Sam's again! These crisps are flavorful, light and we buy them regularly. Please (Sam's) don't switch brands - these are by far superior!

✔ **Yes,** I recommend this product.

Helpful?    Yes · 8    No · 0    Report

Comment

★★★★★ bgoo270841 · a year ago

## solid description of product

great alternative to chips with the taste of pretzels but the crunchiness of chips

✔ **Yes,** I recommend this product.

Helpful?    Yes · 3    No · 0    Report

Comment

★★★★★ awatkins · 11 months ago

## A favorite!

This price is amazing for the large bag. These are a staple at my house.

✔ **Yes,** I recommend this product.

Helpful?    Yes · 2    No · 0    Report

Comment

★★★★★ thosetwo · a year ago

## Better than Pretzels

These are a great pretzel snack that I actually like better than pretzels. All the good flavor without the less flavorful part? You get the front and the back of a pretzel without the middle. How can I explain? Just try them!

✔ **Yes,** I recommend this product.

Helpful?    Yes · 2    No · 0    Report

Comment

★★★★★ Cheryl · a year ago

## Excellent snack or dip partner

These pretzel crisps have such a great flavor, and the crisp snap adds to the texture. I love these alone or with a dip. Either way a few will satisfy your craving.

✔ **Yes,** I recommend this product.

Helpful?    Yes · 2    No · 0    Report

Comment

★★★★★ Emtron · a year ago

## Awesome taste

These taste wonderful and are especially good for dipping, I like them with hummus but anything would do.

✔ **Yes,** I recommend this product.

Helpful?    Yes · 1    No · 0    Report

Comment

Case 3:17-cv-00652-KDB-DSC    Document 43-2    Filed 10/29/18    Page 7 of 50

★★★★★ Gud · a year ago
**Buy them every visit**

Perfect for dipping with anything, healthy and always crisp!

✔ **Yes,** I recommend this product.

Helpful? | Yes · 1 | No · 0 | Report

Comment

★★★★★ tonywt1 · a year ago
**The Flat Pretzel**

Received sample box in mail. Have bought these before at grocery stores. They do taste better than plain pretzels. Low calorie smart snack :-)

✔ **Yes,** I recommend this product.

Helpful? | Yes · 1 | No · 0 | Report

Comment

1–8 of 12 Reviews                                                           ◀ ▶

---

★★★★★  **5.0**  | 12 Reviews

| Search topics and reviews 🔍 | **12** Reviews | **0** Questions | **0** Answers |

## Questions

Be the first to ask a question

---

**customers also considered**



| Best Seller | Sam's Exclusive | Best Seller | Top Rated | Top Rated |
|---|---|---|---|---|
| Snyder's Mini Pretzels (1.5 oz., 60 ct.) | Member's Mark Peanut Butter Filled Pretzels (44 oz.) | Pepperidge Farm Goldfish Crackers (22 oz., 3 ct.) | Utz Mini Twist Pretzels (60 oz.) | Cheez-It Origina... oz., 2 ct.) |
| Free shipping *Plus* | Free shipping *Plus* | Free shipping *Plus* | Free shipping *Plus* | Fre... |
| $**11**98 $0.20/ea | $**6**86 $0.16/oz | From $**9**98 $3.33/ea | $**6**98 $0.12/oz | From $**7**28 $3.64... |

• • • • •

## Sign up for email updates

Get updates on savings events, special offers, new items, in-club events and more. Privacy Policy

| Email Address | **Sign Up** |

| **Membership** | **Shipping & Delivery** | **Help** | **Resources** |
|---|---|---|---|
| Join Sam's Club | Track Orders | Help Center | Careers |
| Member's Mark | Shipping FAQs | Product Recalls | Truckloads |
| For Suppliers | Club Pickup | My Account | Exports |
| Renew Your Membership | Return & Refunds | Affiliate Program | |
| Register Your Membership | | | |

Site Directory | Privacy Policy | CA Privacy Rights | Responsible Disclosure Policy |          © 2018 Sam's Club, Inc. All rights reserved.

Terms and Condition | About Our Ads |

Case 3:17-cv-00652-KDB-DSC   Document 43-2   Filed 10/29/18   Page 9 of 50



23 oz.

**$4.59**    at Pittsford

ADD TO LIST

---

Located in 15A



## Product Details

Rethink Your Pretzel! Kosher Pareve; All Natural 0g Fat; 0g Trans Fat; 0g Saturated Fat; 0mg Cholesterol The Original Thin, crunchy pretzel crackers. Crunch'em. Crack'em. Dip'em. Stack'em. Pretzel Crisps are a modern twist on an old favorite. They're the best part of the pretzel--all the flavor and crunch you love--but with lighter, crispier, and more versatile than ever before. Whether you like them plain, dipped, or served with your favorite toppings, we're sure you'll enjoy this wholesome snack as much as we do. One bite and you'll Rethink Your Pretzel! --Warren and Sara Wilson Recipes: The Zesty Fiesta; The Brie-for-All; Smoked Salmon Dip; Delicious Hot Crab Dip.

## Ingredients

Wheat Flour, Sugar, Salt, Malt Syrup (Corn Syrup, Malt Extract).

# Reviews          3.0 (1)

ENTER STAR RATING ⓘ

ADD A REVIEW

| 5 | 0 |
|---|---|
| 4 | 0 |
| 3 | 1 |
| 2 | 0 |
| 1 | 0 |

1-1 of 1 Review

Sort :   Most Recent

Lisa

Reviews : **3**

· 7 months ago

**They Make Gluten Free Look Good!**

I was eating the regular version of these yummy flat pretzels and decided to try a new flavor. That's when I saw these, read the ingredients, as soy and bean flour ometimes give me trouble. They're great as they are, but you can go sweet with cream cheese and jam, or savory with hummus and vegetables. Also great on creamy soups. They definitely do the trick on their ow , too.

About Us     Service     News & Media     Events

Copyright © 2018 Wegmans Food Markets. All Rights Reserved.

TERMS     PRIVACY

Case 3:17-cv-00652-KDB-DSC    Document 43-2    Filed 10/29/18    Page 13 of 50



# Battle of the giants: PepsiCo and Snyder's-Lance again face off over 'Pretzel Crisps' trademark

**By Gill Hyslop**

14-Sep-2017 - Last updated on 15-Sep-2017 at 08:22 GMT

RELATED TAGS: Trademark, United states



**Snyder's-Lance subsidiary Princeton Vanguard and PepsiCo's Frito-Lay have once again faced off in court over a dispute whether the phrase 'Pretzel Crisps' can be registered as a trademark.**

The US Trademark Trial and Appeal Board (TTAB) has again sided with Frito-Lay in its seven-year legal battle against Princeton Vanguard (PV), citing consumers primarily view pretzel chips as a type of snack and not a designation of source.

---

### Battle timeline

2004: PV launched Pretzel Crisps, a line of chip-pretzel-cracker hybrids.



Pic: ©iStock/serggn

2006: PV first registered for the mark 'Pretzel Crisps' on the USPTO Supplemental Registration and later filed an application to register it on the Principal Register.

2010: Frito-Lay North America filed a petition to cancel both PV's Supplemental Registration and

---

This website uses cookies. By continuing to browse our website, you are agreeing to our use of cookies. You can learn more about cookies by visiting our **privacy & cookies policy** page.

**I Agree**

generic for pretzel snacks and the term 'crisps' is generic for cracker.

2015: PV appealed and the Federal Circuit vacated the ruling on the grounds TTAB took *"short cuts"* and had merely decided that each word was a generic term individually, whereas it should consider the mark *"as a whole"*.

## Latest ruling



Earlier this month, TTAB noted that Snyder's-Lance – which acquired PV in 2012 – may have built up some *"de factor secondary meaning"* by being the first to use the name 'Pretzel Crisps', however, that does not mean the term can be protected by trademark law.

The three-judge panel wrote that being a dominant force in the marketplace had not changed consumers viewing 'pretzel crisps' as a common descriptive name of a category of goods.

It also said it had carefully followed the Federal Circuit's directions and had considered *"whether joining the individual words into a single term lends additional meaning to the mark as a whole"* before deciding against it.

The panel said combining the individual terms did not add meaning to 'Pretzel Crisps' in relation to 'pretzel crackers.'

## Battle to continue

Snyder's-Lance counsel David Bernstein said the company was disappointed with the decision and *"fully intends"* to appeal it.

PepsiCo had not responded to our request for comment by the time this article went to print.

According to IRI data for the 52 weeks ending June 11, 2017, Snyder's-Lance notched up $4.54bn in pretzel sales, while Frito-Lay recorded $1.67bn in pretzel sales.

Snyder's-Lance commands 38% of the US pretzel market share, followed by Private Label (17%) and then Frito-Lay with 13%.

The case is Frito-Lay North America Inc. v. Princeton Vanguard LLC, opposition number 91195552 and cancellation number 92053001, before the Trademark Trial and Appeal Board.

This website uses cookies. By continuing to browse our website, you are agreeing to our use of cookies. You can learn more about cookies by visiting our **privacy & cookies policy** page.

**I Agree**



"pretzel crisps"     Q

All    Shopping    Images    News    **Videos**    More       Settings    Tools

About 3,930 results (0.24 seconds)

### Super Bowl Snacks: These 3 Pretzel Crisp Recipes Are Too Easy
https://www.wideopeneats.com/3-snack-factory-crisp-recipes-that-are-perfect-for...


Jan 26, 2018
Taking an old favorite and giving it a modern twist, the Snack Factory® Original **Pretzel Crisps** are topped with ...

### 4 Fab Pretzel Crisps® Bites - TipHero
https://tiphero.com/4-fab-pretzel-crisps-bites/


Dec 14, 2017
We're using our favorite Snack Factory® Original **Pretzel Crisps**® to create not one, not two, not three, but FOUR ...

### Pretzel Crisps Ads Promoting Anorexia? Some Say Yes (VIDEO ...
https://www.huffingtonpost.com/2010/08/05/pretzel-crisps-ads-promot_n_670824.html


Aug 5, 2010 - Uploaded by NYCTheBlog
It probably sounded so good at the pitch meeting. **Pretzel Crisps**' attempt to be clever has sparked outrage ...

### Snack Factory Pretzel Crisps Part I: Original, Cheddar, Garlic ...
https://www.youtube.com/watch?v=50T3-Y8Ez54 ▾


Jul 23, 2014 - Uploaded by Tami Dunn
This is part 1 of 3 of the Snack Factory **Pretzel Crisps** taste test/review. This video includes the Original ...

### Snack Factory Garlic Parmesan Pretzel Crisps REVIEW - YouTube
https://www.youtube.com/watch?v=rQcCOj2WxJl


Dec 7, 2015 - Uploaded by Old Nerd Reviews
Today, I'm reviewing the baked Garlic Parmesan **Pretzel Crisps** from Snack Factory. I try things so you don't ...

### pretzel crisps orignal review - YouTube
https://www.youtube.com/watch?v=4CwZTZge1Gw


Mar 28, 2016 - Uploaded by Steph Gray
another review.

### Dear Pretzel Crisps, Turns Out You Can Be Too Thin - The Awl
https://www.theawl.com/2010/08/dear-pretzel-crisps-turns-out-you-can-be-too-thin/


Aug 4, 2010 - Uploaded by NYCTheBlog
"New ads appearing from **Pretzel Crisps** on street furniture throughout Manhattan declare: 'You can never be ...

### CarBS - Snack Factory Sriracha & Lime Pretzel Crisps - YouTube
https://www.youtube.com/watch?v=d_pf6C4jX9g


Sep 20, 2015 - Uploaded by WrecklessEating
Welcome to CarBS! On this show Matt Zion will be reviewing food/drinks in his car to get them out to the fans ...

### Pretzel Crisps USA flavors June 2018 - YouTube
https://www.youtube.com/watch?v=94IjWpVExGQ


Jul 4, 2018 - Uploaded by Junkfood Junction
https://www.instagram.com/junkfoodjunction/ Snack Factory has many flavours of these pretzel chips in the USA ...

### E! News - Pretzel Crisps®
https://pretzelcrisps.com/press/e-news-march-8-2012/



Mar 8, 2012 - Uploaded by PretzelCrispsVideos
E! News co-hosts Jason Kennedy and Catt Sadler mention **Pretzel Crisps**®
during an on-air conversation about ...

▶ 0:26

### FRIDAY FAVORITES: Snack Factory Pretzel Crisps 👀 [RE-UPLOAD ...
https://www.youtube.com/watch?v=eeYRzlAm6bk



Oct 6, 2018 - Uploaded by Old Nerd Reviews
Showing off the Original and the Everything Snack Factory **Pretzel Crisps** on this
episode of Friday Favorites ...

▶ 5:01

### Tip Hero - 4 Fab Pretzel Crisps® Bites | Facebook
https://www.facebook.com/tiphero/videos/4-fab-pretzel-crisps.../10156942547773761/



Dec 15, 2017
4 Fab Snack Factory® **Pretzel Crisps**® Bites Full Recipe: http://bit.ly/2CmTtbd.

▶ 1:46

### Adjusting A Pretzel Crisps Ad - YouTube
https://www.youtube.com/watch?v=kIBMvfM3cQ4



Aug 4, 2010 - Uploaded by NYCTheBlog
More info on http://nyctheblog.blogspot.com/2010/08/**pretzel-crisps**-pretzel-ads-
encourage.html One lower ...

▶ 0:50

### Review Snack Factory Pretzel Crisps Everything - YouTube
https://www.youtube.com/watch?v=-oh-aKSoY48



May 22, 2018 - Uploaded by drkinleung
Snack Factory **Pretzel Crisps** Part II Everything Sea Salt & Cracked Pepper
Chipotle Cheddar Jalapeno ...

▶ 1:33

### Snack Factory Bacon Habanero Pretzel Crisps Snack Review - YouTube
https://www.youtube.com/watch?v=7bNvwwtcOJ8



Jul 7, 2017 - Uploaded by Calvin Brandon
Please watch: "Seth Godin - Linchpin " https://www.youtube.com/watch?v=
x_pxwUMmW-w ...

▶ 6:00

### Snack Factory® Pretzel Crisps® Buffalo Wing Review! Peep THIS Out ...
https://www.youtube.com/watch?v=VqycN1xZDSM ▾



Sep 7, 2014 - Uploaded by Peep THIS Out!
Snack Factory® **Pretzel Crisps**® Buffalo Wing Review! Peep THIS Out! Peep
THIS Out! Loading... Unsubscribe ...

▶ 7:24

### Pretzel Crisps - Review [Video] | It Sux to be Fat
www.itsuxtobefat.com › Reviews



Aug 14, 2011 - Uploaded by Jennifer Swafford
I recently found a yummy product that I have been loving! They are **Pretzel
Crisps** by the Snack Factory. My ...

▶ 3:36

### Snack Factory Bacon Habanero Pretzel Crisps | Spicochist Reviews ...
https://www.youtube.com/watch?v=KosZHBeKcxQ



Jun 27, 2017 - Uploaded by Aaron's Food Adventures
SUBSCRIBE FOR MORE VIDS: http://bit.ly/Spicochist SNACK FACTORY: http://
pretzelcrisps.com/ PLEASE ...

▶ 4:02

### Snack Factory Pretzel Crisps: Sriracha & Lime Review - YouTube
https://www.youtube.com/watch?v=aU21limDjoY



Feb 19, 2016 - Uploaded by Tami Dunn
This is a taste test/review of the new Snack Factory **Pretzel Crisps** in the Sriracha
& Lime flavor. About 10 ...

▶ 2:46

### Snack Factory Pretzel Crisps Part VI Honey Mustard & Onion & White ...
https://www.youtube.com/watch?v=TclF-nieLVs ▾



Nov 16, 2014 - Uploaded by Tami Dunn
This is a taste test/review of the Snack Factory **Pretzel Crisps** in the Honey
Mustard & Onion & White ...

▶ 5:59

### Pretzel Crisps - These pom-feta bites are the perfect... - Facebook
https://www.facebook.com/PretzelCrisps/videos/1804996502845781/



Jan 6, 2018
These pom-feta bites are the perfect make-ahead party appetizers!

▶ 0:16

### Pretzel Crisps® & Sweet Potato Chips Nachos - Facebook
https://www.facebook.com/PretzelCrisps/videos/pretzel-crisps.../170918166253615/



Dec 2, 2017
A sweet take on your game day favorite? A Snack Genius knows no bounds!

▶ 0:32

### Snack Factory Original Pretzel Crisps Review - YouTube
https://www.youtube.com/watch?v=xY4VhKDxyiQ



Sep 23, 2014 - Uploaded by Mighty Fine Industries
My review of Snack Factory's Original Flavoured **Pretzel Crisps**. Low in fat, high
in salt and calories. 4/10 ...

▶ 2:25

### Snack Factory Pretzel Crisps Review - YouTube
https://www.youtube.com/watch?v=hl5x_yIwsx8



Apr 6, 2017 - Uploaded by EvaKateVlogs
Eva reviews assorted flavors of **pretzel crisps**. Hope you enjoy =) Eva & Kate
SUBSCRIBE to EvaKateVlogs ...

▶ 5:02

### Snack Factory Pretzel Crisps Part II Everything Sea Salt & Cracked ...
https://www.youtube.com/watch?v=gbLbAgh7mMI ▾



Jul 23, 2014 - Uploaded by Tami Dunn
This is part 2 of a 3 part taste test/review of the Snack Factory **Pretzel Crisps**.
This video includes: Everything ...

▶ 7:58

### Pretzel Crisps - Pretzel Crisps® Nut Clusters | Facebook
https://www.facebook.com/PretzelCrisps/videos/1787280297950735/



Dec 26, 2017
NYE is right around the corner, are your snacks ready!? Tip Hero has you
covered!

▶ 1:22

### Pro-Anorexia Ads : Pretzel Crisps - Trend Hunter
https://www.trendhunter.com/trends/pretzel-crisps



Aug 6, 2010 - Uploaded by NYCTheBlog
**Pretzel Crisps** - Plastered all over New York City, the **Pretzel Crisps** poster
presents the shocking message ...

▶ 0:50

### Youngster training Siberian Husky and using pretzel crisps - GIF on ...
https://imgur.com/gallery/6mnEACh



Jun 9, 2017
Post with 3159 votes and 7896 views. Tagged with aww, dog training, siberian
husky; Shared by Shivou ...

▶ 0:14

### Pretzel Crisps - So Yummy Appetizer Pretzels | Facebook
https://www.facebook.com/PretzelCrisps/videos/so-yummy.../1835922013086563/



Jun 30, 2018
Looks like your game day snacks are decided thanks to So Yummy!

▶ 3:01

### Pretzel Crisps - Still need a dessert idea for your... - Facebook
https://www.facebook.com/PretzelCrisps/videos/pretzel-crisps.../1761098243902274/



Nov 21, 2017
Still need a dessert idea for your Thanksgiving menu? Pumpkin cheesecake is
totally Snack Genius!

▶ 0:32

### Snyder's Pretzel Crisps Sea Salt & Cracked Pepper - YouTube
https://www.youtube.com/watch?v=5qUStOx2gAc

Jun 14, 2016 - Uploaded by GermanFoodReviews
pretzel! (: deutsch ab 5:35 min.

▶ 10:53



Case 3:17-cv-00652-KDB-DSC   Document 43-2   Filed 10/29/18   Page 18 of 50



### Snack Factory Pretzel Crisps Part V: Cinnamon Toast and Dark ...
https://www.youtube.com/watch?v=D_Yj_OVZeVg


▶ 3:19

Nov 14, 2014 - Uploaded by Tami Dunn
This is a taste test/review of the Snack Factory **Pretzel Crisps** in the Cinnamon Toast and Dark Chocolate ...

### Buffalo Wing Pretzel Crisps Food Review - YouTube
https://m.youtube.com/watch?v=pTl-2qa3j_8


▶ 13:01

Jan 2, 2014 - Uploaded by DalesDiscourse
Links: My "Choose Your Own Adventure" Book: https://www.amazon.com/Slay-Blood-Witches-Gamebook ...

### SnaQ-PaQ Snack Factory Pretzel Crisps Review QOTD JLO or ...
https://www.youtube.com/watch?v=gtxQJToCjVU


▶ 5:49

Sep 5, 2014 - Uploaded by mrhappy0121
New Show Name.... today we are Reviewing Snack Factory **Pretzel Crisps** Everything flavor ....QOTD comes ...

### White Chocolate & Peppermint - Pretzel Crisps Taste Test! - YouTube
https://www.youtube.com/watch?v=QlhjMrGHmsk ▼


▶ 4:30

Dec 20, 2016 - Uploaded by What Angie Reads
The Whole Family tries White Chocolate & Peppermint - **Pretzel Crisps**! What do we think? Thanks to We The ...

### Two 20 oz. bags of chocolate pretzel crisps challenge! - YouTube
https://www.youtube.com/watch?v=JapNsiFOTHk


▶ 10:59

Aug 11, 2015 - Uploaded by The Storm
I am usually not a fan of **pretzel crisps**, but I figured I give this stunt a go since they have them in chocolate ...

### Pretzel Crisps - 4 Cheesy Dips with Pretzel Crisps® | Facebook
https://www.facebook.com/PretzelCrisps/videos/4...pretzel-crisps/1740281635983935/


▶ 1:28

Nov 5, 2017
What if we told you @TipHero came up with not one but FOUR ways to get your dip on with **Pretzel Crisps**®!?

### Pretzel Crisps - Our lazy Saturday morning breakfast... | Facebook
https://www.facebook.com/PretzelCrisps/posts/our-lazy-saturday.../1740300685982030/


▶ 0:31

Nov 4, 2017
Our lazy Saturday morning breakfast agenda includes these incredible stuffed cinnamon rolls. Will yours?

### Pretzel Crisps - We're nearing playoff season which means... - Facebook
https://www.facebook.com/PretzelCrisps/videos/gamy-day-snacks/1770932792918819/


▶ 1:42

Dec 15, 2017
We're nearing playoff season which means EVEN MORE game day treats are on our agenda thanks to Tip Hero!

### Pretzel Crisps on Vimeo
https://vimeo.com › CASEY BURRES › Videos


▶ 0:18

Jan 29, 2013 - Uploaded by CASEY BURRES
This is "**Pretzel Crisps**" by CASEY BURRES on Vimeo, the home for high quality videos and the people who ...

### Celebrate National Pretzel Day with Snyder's of Hanover and Snack ...
https://www.accessonline.com/.../celebrate-national-pretzel-day-with-snyders-of-hanover...


▶

Apr 26, 2018
... with some fun flavors and easy recipes using Snyder's of Hanover and Snack Factory **Pretzel Crisps** to ...

### Pretzel Crisps - Fruity Baked Brie with Pretzel Crisps® | Facebook
https://www.facebook.com/PretzelCrisps/videos/...pretzel-crisps/1805032186175546/


Aug 5, 2018
Snack time anyone? Easy answer, everyone likes a snack break!

### Trying And Reviewing Pretzel Crisps Dark Chocolate & Peppermint ...
https://www.youtube.com/watch?v=2RKCbHW8FyQ


Jan 23, 2017 - Uploaded by SINternet Entertainment
We are taste test and review **pretzel crisps** dark chocolate & peppermint pretzels.
Celebrate the season with ...

### Pretzel Crisps - Pretzel Crisps® Avocado Toast | Facebook
https://www.facebook.com/PretzelCrisps/videos/pretzel-crisps.../1722969431048489/


Oct 18, 2017
Found: More ways to eat avocado toast! Try one of our Snack Genius bite-size
versions.

### Snack Factory Pretzel Crisps Part IV Dark Chocolate & Peppermint ...
https://www.youtube.com/watch?v=Ktnj4aZuiXg


Oct 16, 2014 - Uploaded by Tami Dunn
This is a taste test/review of the Snack Factory **Pretzel Crisps** in the Dark
Chocolate & Peppermint flavor ...

### Tip Hero - 4 Fab Snack Factory® Pretzel Crisps® Bites...
https://business.facebook.com › ... › snack recipes › 4 Fab Pretzel Crisps® Bites


Dec 15, 2017
4 Fab Snack Factory® **Pretzel Crisps**® Bites Full Recipe: http://bit.ly/2CmTtbd.

### Blendurrr - Ultimate Pretzel Crisps Blender - YouTube
https://www.youtube.com/watch?v=CK8mJsr5sCA ▾


May 16, 2014 - Uploaded by WrecklessEating
Welcome to blendurrr!!! On this show we will take items from past we shorts and
other misc shows and blend ...

### Tip Hero - 4 Fab Pretzel Crisps® Bites | Facebook
https://mg-mg.facebook.com/tiphero/videos/4-fab-pretzel-crisps.../10156942547773761...


4 days ago
4 Fab Snack Factory® **Pretzel Crisps**® Bites Full Recipe: http://bit.ly/2CmTtbd.

### Pretzel Crisps - Bon Appétit Magazine: What's Your Party Personality ...
https://www.facebook.com/PretzelCrisps/videos/bon-appétit.../1755363584475740/


Nov 16, 2017
Just in time for the holidays, Bon Appétit Magazine shares with us the snack
equivalent to your party personality!

### Pretzel Crisps - You might need to plan a fall party just... - Facebook
https://www.facebook.com/PretzelCrisps/videos/antipasto-skewers/1740286495983449/


Nov 11, 2017
You might need to plan a fall party just to serve these tasty antipasti skewers. And
it'll be totally worth it!

### Pretzel Crisps - Pretzel Crisps® Pumpkin Cheesecake | Facebook
https://ff-ng.facebook.com/PretzelCrisps/videos/pretzel-crisps.../1761098243902274/


Aug 20, 2018
Still need a dessert idea for your Thanksgiving menu? Pumpkin cheesecake is
totally Snack Genius!

### "The Pretzel Crisps" by The Norman Invasion on Tongal.com
https://tongal.com/project/pretzelcrisps/submissions/video/the-pretzel-crisps


Check out "The **Pretzel Crisps**" by The Norman Invasion for "Give It A Twist
Video Project" sponsored by ...

Case 3:17-cv-00652-KDB-DSC    Document 43-2    Filed 10/29/18    Page 20 of 50



### Pretzel Crisps - Pizza Cheese Pull | Facebook
https://www.facebook.com/PretzelCrisps/videos/pizza-cheese-pull/1882681971743900/



Sep 27, 2018
**Pretzel Crisps**®, cheese, tomato sauce. And repeat!

### TODAY Show - Pretzel Crisps SHAPE Awards 7.22.11.wmv - YouTube
https://www.youtube.com/watch?v=YmyGdEUtlAU



Jul 22, 2011 - Uploaded by PretzelCrispsVideos
Sesame **Pretzel Crisps**® was chosen as one of 20 snacks to be awarded the
2011 SHAPE Magazine Snack ...

### Pretzel Crisps, the Tasty Snack of Controversy - Chowhound
www.chowhound.com/food-news/108161/pretzel-crisps-the-tasty-snack-of-controversy/



Mar 12, 2012 - Uploaded by supertasterdaily
**Pretzel Crisps** are under fire from Frito-Lay for their arguably too-generic name.
But name aside, Supertaster ...

### Commercial: Contest: Pretzel Crisps on Vimeo
https://vimeo.com › From Start to Film › Videos



Sep 30, 2008 - Uploaded by From Start to Film
2ND PLACE WINNER, **Pretzel Crisps** Video Contest Objective: Create a
commercial featuring **Pretzel Crisps** ...

### Tip Hero - 4 Fab Pretzel Crisps® Bites | Facebook
https://ff-ng.facebook.com/tiphero/videos/10156942547773761/



Mar 12, 2018
4 Fab Snack Factory® **Pretzel Crisps**® Bites Full Recipe: http://bit.ly/2CmTtbd.

### Pretzel Crisps - Our lazy Saturday morning breakfast...
https://ff-ng.facebook.com/PretzelCrisps/videos/1740300685982030/



Mar 13, 2018
Our lazy Saturday morning breakfast agenda includes these incredible stuffed
cinnamon rolls. Will yours?

### Public Resistance to an Ad Campaign - Sociological Images
https://thesocietypages.org/socimages/2010/08/.../public-resistance-to-an-ad-campaign... ▾



Aug 9, 2010 - Uploaded by NYCTheBlog
Crystal and Corina C. sent in this image of an ad for Snack Factory **Pretzel
Crisps** that recently appeared ...

### Pretzel Crisps - Pom-Feta Bites | Facebook
https://ff-ng.facebook.com/PretzelCrisps/videos/1804996502845781/



Mar 11, 2018
These pom-feta bites are the perfect make-ahead party appetizers!

### Pretzel Crisps: Party Personalities on Vimeo
https://vimeo.com › Mighty Oak › Videos



Jan 2, 2018 - Uploaded by Mighty Oak
This is "**Pretzel Crisps**: Party Personalities" by Mighty Oak on Vimeo, the home
for high quality videos and the ...

### Pretzel Crisps - We're decking our plates and filling our... - Facebook
https://www.facebook.com/PretzelCrisps/videos/4...pretzel-crisps?.../178618637472679...



Dec 22, 2017
We're decking our plates and filling our bellies with holiday creations from our
friends at Tip Hero! Make one of ...

Case 3:17-cv-00652-KDB-DSC    Document 43-2    Filed 10/29/18    Page 21 of 50

Pretzel Crisps - #InTheDeliChallenge Intro | Facebook
https://www.facebook.com/PretzelCrisps/videos/inthedelichallenge.../189805800353963...


Apr 2, 2018
We're kicking National Pretzel Day up a notch, with Pretzel Month! And making our snacks all from the deli ...
▶ 0:21

Pretzel Crisps - What can you make with rotisserie... - Facebook
https://www.facebook.com/PretzelCrisps/videos/1898846536794110/


Apr 3, 2018
What can you make with rotisserie chicken, marinated artichokes, mozzarella cheese, and Sea Salt & Cracked ...
▶ 0:25

WHAT AM I EATING? SNACK FACTORY PRETZEL CRISPS - Video ...
https://www.dailymotion.com/video/x36auhd


Apr 12, 2015 - Uploaded by LachlanLoren
Beautiful Bird eating apple Neelum Valley Kutton Azad Kashmir Pakistan 12 April 2015 Time 7:06 am - 00:38 ...
▶ 12:54

Pretzel Crisps - Agency Compile
https://www.agencycompile.com/agencies/amp-agency/cases/pretzel-crisps/


Jul 17, 2015
Enter the opportunity for **Pretzel Crisps**, the world's first spreadable pretzel-shaped cracker. **Pretzel Crisps** ...

Pretzel Nut Clusters Three Ways - TipHero
tiphero.com/pretzel-nut-clusters-three-ways/ ▾


Nov 3, 2016
Ingredients. ⅔ Cup almonds; 1 Cup dark chocolate; 12 Snack Factory® **Pretzel Crisps**® – Original Flavor ...
▶

Pretzel Crisps - #InTheDeliChallenge Cuban Sandwich | Facebook
https://www.facebook.com/PretzelCrisps/videos/inthedelichallenge.../191260394541836...


Aug 3, 2018
What do Honey Mustard & Onion **Pretzel Crisps**®, sliced ham, cheddar cheese, and pickles have to do with ...
▶ 0:25

Health Controversy: Pretzel Ad Declares "You Can Never Be Too Thin ...
https://www.glamour.com/story/health-controversy-pretzel-ad


Aug 5, 2010
New ads from **Pretzel Crisps** in New York City are causing quite a stir. The offending words? "You can never ...

Pretzel Crisps - Still need a dessert idea for your... - Malagasy
https://mg-mg.facebook.com/PretzelCrisps/videos/1761098243902274/


Nov 21, 2017
Still need a dessert idea for your Thanksgiving menu? Pumpkin cheesecake is totally Snack Genius!
▶ 0:32

Pretzel Crisps - We're feeling pretty festive around here!... - Facebook
https://www.facebook.com/PretzelCrisps/videos/peary-delicious/1785086154836816/


Dec 20, 2017
We're feeling pretty festive around here! How are you snacking this holiday season!?
▶ 0:15

Snyders Of Hanover Pretzel Crisps Honey Mustard&Onion Review ...
https://www.youtube.com/watch?v=yKfKAh_nVVQ


6 hours ago - Uploaded by Survival Collectors
Hi, Survival Collectors here and today Kyle reviews Snyders Of Hanover **Pretzel Crisps** Honey Mustard&Onion ...
▶ 3:04

Pretzel Crisps - Looks like your Game Day snacks are...
https://fb-lt.facebook.com/PretzelCrisps/videos/1021145810950148/


Apr 27, 2018
Looks like your Game Day snacks are decided thanks to So Yummy.
▶ 3:01



### Pretzel Crisps - Sharing - Amara.org
https://amara.org/et/videos/PjXiBwQlcq99/info/pretzel-crisps-sharing/?tab=activity


Jul 2, 2018
The easiest way to caption and translate any video, with crowdsourcing, volunteers, and professional services.

### Review: New Snack Factory Sriracha & Lime Pretzel Crisps & I'm An ...
www.thejfg.com/2015/05/13/srirachalimepretzelcrisps/


May 13, 2015
Junk Food Nation, it's time to let my inner old man out. Recently, on Facebook, a trending topic was the new ...

### Pretzel Crisps® on Twitter: "Score a snacking #touchdown with these ...
https://twitter.com/_/status/959184502802321408


Feb 1, 2018
Score a snacking #touchdown with these bite-sized beauties brought to you by So Yummy and #PretzelCrisps ...

### 4 Easy Cheesy Crowd-Pleasing Dips with Snack Factory® Pretzel ...
https://m.facebook.com/story.php?story_fbid=10156752648578761&id...


Oct 21, 2017
4 Easy Cheesy Crowd-Pleasing Dips with Snack Factory® **Pretzel Crisps**® # snackgenius Full Recipe: http ...
► 1:28

### Kidzworld Kitchen: Pretzel Crisps - Kidzworld.com
https://www.kidzworld.com/article/26839-kidzworld-kitchen-pretzel-crisps


May 1, 2011 - Uploaded by PretzelCrispsVideos
Have you wondered what the life of **Pretzel Crisps** is like? Meet Carl. He is from the deli section of the grocery ...
► 1:27

### Pretzel Crisps: Party Personalities on Vimeo
https://vimeo.com › Mighty Oak › Videos


Nov 22, 2017 - Uploaded by Mighty Oak
This is "**Pretzel Crisps**: Party Personalities" by Mighty Oak on Vimeo, the home for high quality videos and the ...
► 0:30

### Pretzel Crisps - This everything bagel dip from Delish... | Facebook
https://mg-mg.facebook.com/PretzelCrisps/posts/1199106980101406


Apr 16, 2018
This everything bagel dip from Delish pairs perfectly with **Pretzel Crisps**®. Let the afternoon snacking commence!
► 0:45

### Pretzel Crisps - Pretzel Crisps added a cover video. - Facebook
https://www.facebook.com/PretzelCrisps/videos/1841928772485887/


Feb 6, 2018
**Pretzel Crisps** added a cover video. ... Create New Account. See more of **Pretzel Crisps** on Facebook. Log In ...
► 0:41

### Snack Factory Pretzel Crisps Gluten Free Minis Dark Chocolate ...
https://www.supermarketguru.com/.../snack-factory-pretzel-crisps-gluten-free-minis-dar...


Sep 22, 2015 - Uploaded by Phil's Food Reviews
Snack Factory **Pretzel Crisps** Gluten Free Minis Dark Chocolate Flavored Crunch. These are one of the best ...
► 0:46

### Pretzel Crisps - Chocolate & Peanut Butter Football Sandwiches ...
https://www.facebook.com/PretzelCrisps/videos/chocolate.../1835286606483437/


Feb 2, 2018
Upstage the Big Game with a peanut-butter-and-pretzel-filled cookie sandwich!
► 0:33

### Pretzel Crisps - Antipasto Skewers | Facebook
https://ff-ng.facebook.com/PretzelCrisps/videos/antipasto-skewers/1740286495983449/



Aug 27, 2018
You might need to plan a fall party just to serve these tasty antipasti skewers. And it'll be totally worth it!
▶ 0:32

### Pretzel Crisp says You Can Never Be Too Thin" | Clean Cut Media
www.cleancutmedia.com › Advertising ▼



Sep 8, 2010 - Uploaded by NYCTheBlog
I thought you might get a kick out of this: http://www.jackassletters.com/index.php/asking/pretzel_crisps/ Or ...
▶ 0:50

### Pretzel Crisps - When snack time and after school crafts... - Facebook
https://www.facebook.com/PretzelCrisps/videos/marshmallow.../1805006756178089/



Jul 11, 2018
When snack time and after school crafts mix together in the perfect way!
▶ 0:29

### Pretzel Crisps - Pretzel Strawberry Bites | Facebook
https://www.facebook.com/PretzelCrisps/videos/pretzel-strawberry.../183712901963252...



Jul 4, 2018
Sweet and salty, a perfect match! It's just the treat for you and your beau.
▶ 0:30

### Pretzel Crisps - Jalapeño Popper Dip | Facebook
https://www.facebook.com/PretzelCrisps/videos/vb.../1926755164003247/?type=3...



May 3, 2018
Jalapeños, cheese, and **Pretzel Crisps**®? But wait, there's more! Dig into this spicy creation for your Cinco de ...
▶ 0:32

### Pretzel Crisps — MINKYUNG CHUNG
www.chrsmink.com/pretzel-crisps/



Mar 26, 2018
"Dressed up" and Fabricated paper props for the pretzels. Sourced and styled all the food and props. Client ...
▶

### NYC The Blog: UPDATED: Pretzel Crisps Responds: Pretzel Crisps ...
nyctheblog.blogspot.com/2010/08/pretzel-crisps-pretzel-ads-encourage.html



Aug 4, 2010 - Uploaded by NYCTheBlog
UPDATED: **Pretzel Crisps** Responds: **Pretzel Crisps** Pretzel Ads Encourage Anxiety About Body Weight And ...
▶ 0:50

### Pretzel Crisps - Spicy Sausage & Beer Cheese Dip | Facebook
https://www.facebook.com/PretzelCrisps/videos/spicy-sausage.../1770922806253151/



Dec 5, 2017
The weather is turning colder so our kitchen is heating up with this warm, cheesy sausage bake! Perfect for ...
▶ 0:33

### Pretzel Crisps - P. Crispy & The Snack Factory - One Snack - LYBIO.net
https://lybio.net/pretzel-crisps-p-crispy-the-snack-factory-one-snack/commercials/



May 13, 2012 - Uploaded by PretzelCrispsVideos
**Pretzel Crisps** - P. Crispy & The Snack Factory - One Snack. There's only one snack. Pretzel CrispsÂ ...
▶ 1:27

### The Educational Defacing Of Pro-Anorexic Pretzel Ad - Jezebel
https://jezebel.com/5604173/the-educational-defacing-of-pretzel-crisps-pro-anorexic-ad



Aug 4, 2010
Here's an act of civic protest we can get behind: emblazoning the "you can never be too thin" message of a ...
▶

### WNEP-TV - Taste Test: Gluten-Free Pretzel Crisps - Facebook
https://zh-cn.facebook.com/Newswatch16/videos/...pretzel-crisps/10153692570927756/

▶ 3:06   May 24, 2016
These **Pretzel Crisps** are bite sized and gluten free. Creators claim they're sweet,

 salty, and guilt free. We put ...

### 3 Easy Game Day Appetizers from Snack Factory® Pretzel Crisps ...
https://m.facebook.com/story.php?story_fbid=10156795558738761&id...

 Nov 3, 2017
3 Easy Game Day Appetizers from Snack Factory® **Pretzel Crisps**® Full Recipe: http://bit.ly/2ieXlfq. Tip Hero is ...

### Best Cookie Dough Dip Recipe - Delish.com
https://www.delish.com/cooking/recipe-ideas/recipes/a43772/cookie-dough-dip-recipe/

 Sep 3, 2015
**Pretzel crisps**, for serving. Directions. Add cream cheese and butter to a large bowl and beat with a hand mixer ...

### 3 Awesome Thanksgiving-Inspired Appetizers with Snack Factory ...
https://m.facebook.com/story.php?story_fbid=10156844035158761&id...

 Nov 17, 2017
3 Awesome Thanksgiving-Inspired Appetizers with Snack Factory® **Pretzel Crisps**® Full Recipe: http://bit.ly ...

### Pretzel Crisps - Sharing - Amara.org
https://amara.org/et/videos/PjXiBwQlcq99/url/3604711/?tab=activity

 Oct 10, 2018
The easiest way to caption and translate any video, with crowdsourcing, volunteers, and professional services.

### Pretzel Crisps - Caramel Apple Cinnamon Rolls | Facebook
https://mg-mg.facebook.com/PretzelCrisps/videos/caramel-apple.../1740300685982030/

 Nov 4, 2017
Our lazy Saturday morning breakfast agenda includes these incredible stuffed cinnamon rolls. Will yours?

### Snack Factory Pretzel Crisps - Food and Beverages - I really like these ...
https://www.productpeel.com/snack-factory-pretzel-crisps/20361

 Oct 2, 2017
I really like these because it's a non-guilty stack it comes in a really Hefty bag and it doesn't run out too Fast ...

Stay up to date on results for **"pretzel crisps"**.

[ Create alert ]

1  2          Next

Help     Send feedback     Privacy     Terms

Case 3:17-cv-00652-KDB-DSC   Document 43-2   Filed 10/29/18   Page 25 of 50



# Food Lion



## Pretzel Crisps Original Deli Style Pretzel Crackers

FREE delivery
on your first order*
COUPON REDEEMED!

Enter zip code

10022

**Shop at Food Lion**

Already have an account? Log in

Enable high contrast

Home / Food Lion / Snacks / Chips & Pretzels / Pretzel Crisps Original Deli Style Pretzel Crackers

**Details**

Rethink Your Pretzel!® Crunch'em. Crack'em. Dip'em. Stack'em.™ Pretzel Crisps® are a modern twist on an old favorite. They're the best part of the pretzel--all the flavor and crunch you love--but lighter, crispier and more versatile than ever before. Whether you like them plain, dipped, or paired with your favorite toppings, we're sure you'll enjoy this wholesome snack as much as we do. One bite and you'll Rethink Your Pretzel!® --Warren and Sara Wilson.

Recipe: 10 Second Appetizer: The Zesty Fiesta.

| Nutrition Facts | | |
|---|---|---|
| Serving Size 28 g | | |
| Servings Per Container 7 | | |
| **Amount Per Serving** | | |
| **Calories** 110 | | |
| | | **% Daily Value** |
| **Total Fat** 0g | | **0%** |
| Saturated Fat 0g | | **0%** |
| Trans Fat 0g | | |
| Polyunsaturated Fat 0g | | |
| Monounsaturated Fat 0g | | |
| **Cholesterol** 0mg | | **0%** |

Interested in a great way to make money?

Become a shopper

Enter your location

Help

Locations

Careers

Contact

Instacart Express

Partner Program

Press

Privacy

iOS App

Android App

Terms

*Express membership autorenews after 14-day trial. Terms apply



https://www.target.com/p/snack-factory-original-deli-style-pretzel-crisps-1-5oz/-/A-14998128



Search Products

Your Account
Sign In



Departments    Curbside    Delivery    mPerks    Weekly Ads    Pharmacy

Meijer &gt; Grocery &gt; Deli &gt; **Snack Factory Pretzel Crisps, Original, 7.2 oz**



# Snack Factory Pretzel Crisps, Original, 7.2 oz

## $2.99 /ea



**Available (check nearby stores)**
Your Store: Knapps Corner

−   1   +    Add to Cart

Add to List   |   ♥ Favorites

## Product Details

Since 2004, Snack Factory Pretzel Crisps® (www.PretzelCrisps.com) have reinvented the pretzel category winning the hearts and taste buds of snackers everywhere as the world's first and the original pretzel-shaped cracker. Available in a variety of incredible flavors, these wholesome snacks are great out of the bag or perfect when paired with your favorite dip or topping. Committed to creating innovative and flavorful products with high-quality ingredients, Snack Factory Pretzel Crisps are a better-for-you snack sure to make you Rethink Your Pretzel!® Snack Factory Pretzel Crisps are available in the deli section of your local Meijer.

## Related Products



EXTRA hot prices! **2 day sale** Friday & Saturday   View Ad   ✕

# Country of Origin

Country of Origin United States

## Ingredients

Enriched Wheat Flour (Flour, Niacin, Reduced Iron, Thiamin Mononitrate, Riboflavin, Folic Acid), Sugar, Salt, Malt Syrup (Tapioca Syrup, Malt Extract), Soda.

## Warnings

Contains: Wheat. Made in a facility that processes milk and soy.

## Disclaimer

Statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease.

While we work to ensure product information is correct, on occasion manufacturers may alter their ingredient lists, the claims associated with their products, or other product information.

**Show More**

## Nutrition Details

| **100** | **0** | **24** | **2** |
|---------|-------|--------|-------|
| Calories | Fat | Carbs | Protein |

## Nutrition Facts

7 servings per container

**Serving size**                                    **28 g**

**Amount per serving**

Snack Factory Pretzel Crisps, Everything, 7.2 oz



Snack Factory Pretzel Crisps, Garlic Parmesan, 7.2 oz



Snack Factory Pretzel Crisps, Sea Salt & Cracked Pepper,



## You may also be interested in


EXTRA hot prices! **2 day sale** Friday & Saturday  View Ad

**Amount per serving**

# Calories 100

Calories from Fat 0

| | **% Daily Value\*** |
|---|---|
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 330mg | 14% |
| Total Carbohydrate 24g | 8% |
| Dietary Fiber 1g | 4% |
| Sugars 2g | |
| Protein 2g | |
| Calcium | 0% |
| Iron | 8% |
| Vitamin A | 0% |
| Vitamin C | 0% |

\*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

Banana



Meijer 2% Reduced Fat Milk, gal



Cucumber




EXTRA hot prices! 2 day sale Friday & Saturday View Ad



**Share This**

# Price Plus Club Members Sign In for Weekly Circulars, Recipes, Savings & More!

Already a member?
Sign In

First time user? Register now!
Register

## Not a Price Plus Club Member Yet?

Join Now and enjoy

## Stores

# **Pretzel Crisps** Everything Deli Style Pretzel Crackers



$3.49

# **Buy Now**

Not your store?

# Details

7.20 oz
SKU / UPC: 049508006206

# Nutrition

**Share This**

## Nutrition Facts

**Serving Size 28 g**

**Servings Per Container 7**

**Amount Per Serving**

**Calories** 110      Calories from Fat 5

|  |  | % Daily Value* |
|---|---|---|
| **Total Fat** 0.5 | **1%** | |
| Saturated Fat 0 | **0%** | |
| *Trans* Fat 0 | | |
| **Cholesterol** 0 | **0%** | |
| **Sodium** 170 | **7%** | |
| **Total Carbohydrate** 23 | **8%** | |
| Dietary Fiber 1 | **4%** | |
| Sugars 2 | | |
| **Protein** 3 | | |

| | |
|---|---|
| Vitamin A | 0% |
| Vitamin C | 0% |
| Calcium | 0% |
| Iron | 2% |

# Ingredients

Wheat Flour, Sugar, Seasoning (Sesame Seeds, Salt, Poppy Seeds, Dehydrated Onion, Dehydrated Garlic, Caraway Seeds), Malt Syrup.

Case 3:17-cv-00652-KDB-DSC    Document 43-2    Filed 10/29/18    Page 33 of 50

# Other Info

## Manufacturer

Snyder's-Lance, Inc.

## Drug Interactions & Precautions

Contains Wheat. Made in a facility that processes milk and soy.

**Share This**

## Safety Warnings

Contains Wheat. Made in a facility that processes milk and soy.

# You May Also Like



Herr's - Potato Chips - Ripples

SKU: 072600006805



Herr's - Potato Chips - Heinz

SKU: 072600008298



Herr's - Potato Chips - Barbecue

SKU: 072600009288



Herr's - Potato Chips - Crisp N

SKU: 072600006614



Herr's - Potato Chips - Ripples

SKU: 072600006621

Herr's - Potato Chips - Salt &

SKU: 072600001664

Privacy Policy    Terms of Use

© 2018 MyWebGrocer, Inc.
All Rights Reserved

**Share This**



What can we help you find? 🔍

 

📍 **Select your Preferred H-E-B Store** ❯

Home › Shop › Pantry › Snacks & Candy › Chips › Snack Factory Everything Deli Style Pretzel Crisps



Roll over image to zoom in

📌 Pin it   G+   🐦 Tweet

# Snack Factory Everything Deli Style Pretzel Crisps

7.2 oz

**Regular: $2.08 each**

Find other stores with this product

Be the first to write a review

Quantity  −  1  +

Add to Shopping List

Email

Print

## About This Product

### Product Description
### Delivery and Returns

### Product Description

Crunch 'em. Crack 'em. Dip 'em. Stack 'em. Pretzel Crisps are a modern twist on an old favorite. They're the best part of the pretzel - all the flavor and crunch you love - but lighter, crispier and more versatile than ever before. Whether you like them plain, dipped, or paired with your favorite toppings, we're sure you'll enjoy this wholesome snack as much as we do. One bite and you'll rethink your pretzel!

### Ingredients

Enriched Wheat Flour (Flour, Niacin, Reduced Iron, Thiamin Mononitrate, Riboflavin, Folic Acid), Seasoning (Sesame Seeds, Salt, Poppy Seeds, Dehydrated Onion, Dehydrated Garlic, Caraway Seeds), Sugar, Malt Syrup (Tapioca Syrup, Malt Extract), Soda.

### Specification

| Name | Value |
| --- | --- |
| Quantity | 1 |
| Size (oz.) | 7.2 |
| Type | Pretzels |
| Height | 10.70 |
| Width | 1.90 |
| Depth | 3.10 |
| Weight | 0.47 |

## Nutrition Facts

**Everything Deli Style Pretzel Crisps**

Serving Size 11.00 crackers(28g)
Serving Per Container 7

**Amount Per Serving**

| | | |
| --- | --- | --- |
| **Calories** | | 110 |
| Calories from Fat | | 5 |
| | | **%DV** |
| **Total Fat** | 1g | 2% |
| Saturated Fat | 0g | 0% |
| Polyunsaturated Fat | 0g | |
| Trans Fat | 0g | |
| Monounsaturated Fat | 0g | |
| **Cholesterol** | 0mg | 0% |
| **Sodium** | 190mg | 8% |
| **Total Carbohydrate** | 24g | 8% |
| Dietary Fiber | 1g | 4% |
| Sugars | 2g | |
| **Protein** | 2g | |
| Vitamin A 0% | | Vitamin C 0% |
| Calcium 2% | | Iron 8% |

**IS or Contains: Kosher,Wheat**

*Percentage Daily values are based on a 2,000 calorie diet.Your Daily values may be higher or lower depending on your calorie needs

**Safety Warning**

Contains: wheat. Made in a facility that processes milk and soy.

*Actual product packaging and materials may contain more or different information than that shown on our website. You should not rely solely on the information presented here. Always read labels, warnings and directions before using or consuming a product. View full Product Information Disclaimer*

---

## Reviews

## Tell us what you think!

<div align="center">

[ **Write a Review** ]



## Be the first to write a review!

</div>

**Wondering what to say?**

- Include usage tips, key benefits, and helpful suggestions.

- Did you have a good or bad experience?

- Would you recommend this to friends or family?

- Be respectful to others.

Terms & Conditions    Review Guidelines

SIGN UP FOR
**EMAIL UPDATES**

**Sign up to receive exclusive email-only savings and information.**

**Enter your email address**                                                                    **Go**

Case 3:17-cv-00652-KDB-DSC    Document 43-2    Filed 10/29/18    Page 37 of 50

## Company

Find a Store

About Us

Careers

Community

Newsroom

Corporate Responsibility

Our Brands

Store Openings

## Our Services

Curbside & Home Delivery

Ship to Home

Order Ahead: Cakes & Party Trays

Pharmacy

Optical by H-E-B

Restaurants

Business Center

Gift Cards

## Customer Service

Contact Us

Feedback

Help & FAQs

Coupon Policy

Refund Policy

Product Recalls

## More from H-E-B

My H-E-B Texas Life Magazine

Primo Picks

Recipes & Cooking









Copyright © 2018 H-E-B

Partners | Suppliers
H-E-B Mexico | Central Market | Mi Tienda | Joe V's Smart Shop | Blooms Design Studio

Extra 15% off beauty          **Get code ›**

Search by keyword or item #

Your account ▾ | Find a store ▾ |

| Rx Refills | Health Info & Services | Contact Lenses | Shop | Photo | Weekly Ad & Coupons | Balance Rewards |

Home    Shop    Grocery    Snacks    Chips, Dips & Pretzels



The Snack Factory Pretzel Crisps Everything 7.2 oz

★★★★

Price available in store

Not sold online

**Add to Shopping Lis**

## Details

Quick view

- A modern twist on an old favorite
- Light, crispy and versatile
- All natural; cholesterol-free

A modern twist on an old favorite. They're the best part of the pretzel - all the flavor and crunch you love - but lighter, crispier and more versatile than ever before. Whether you like them plain, dipped, or paired with your favorite toppings, you will enjoy this wholesome snack as much as we do.

- 0 g trans fat and saturated fat
- 0 mg cholesterol
- 110 calories
- Resealable for freshness

Made in USA

© 2004-2011 Snack Factory

## Warnings

CONTAINS: WHEAT
MADE IN A FACILITY THAT PROCESSES MILK AND SOY..

## Ingredients

Wheat Flour, sugar, Seasoning, (Sesame Seeds, salt, Poppy Seeds, Dehydrated Onion, Dehydrated Garlic, Caraway Seeds), Malt Syrup

|  | Single |  |
|---|---|---|
| Serving Size |  |  |
| Serving Per Container |  |  |
|  | Amount per Serving | %DV |
| Cholesterol | 0mg | < |
| Sodium | 170mg | < |
| Total Carbohydrate | 23g | < |
| Dietary fiber | 1g | < |
| Sugars | 2g | < |
| Calories | 110 |  |
| Calories from Fat - Calories | 5 |  |
| Trans Fat - Total Fat | 0g |  |
| Vitamin A | 0units | < |
| Vitamin C | 0units | < |
| Calcium | 0units | < |
| Iron | 0units | < |

## Shipping

Not eligible for Ship to Store at this time  See Ship to Store FAQs

This product has no shipping restrictions.

Shipping Weight (in lbs): 0.48
Product in inches (LxWxH): 2.9x 7.3x 10.1
Item Code: 474079
UPC: 04950800620

### Shop more Grocery

Shop all Snacks products
Shop all The Snack Factory products

Case 3:17-cv-00652-KDB-DSC    Document 43-2    Filed 10/29/18    Page 41 of 50

## Reviews

★★★★★
Be the first to review this product

Keep Reading

## Product Questions & Answers

Be the first to ask a question

*Many of these answers are provided by manufacturers or other customers. Walgreens does not review, verify, or endorse those answers, which represent the sole opinions of those parties.

Similar products



**Combos Baked Snacks Pizzeria ...**
6.3 oz.

**Priced Per Store**

**Combos Pretzel Buffalo Blue C...**
6.3 oz.

**Priced Per Store**

**Nice! Peanut | Filled Pr...**
18 oz.
★★★☆☆ (3)
**$5⁹⁹**

## In Store Availability



Enter email for weekly deals     Sign up

**Customer Service**
Shipping
Returns
Product Recalls
Contact Us
Website Accessibility
Site Map
Help

**Balance® Rewards**
Offers
Program Details
BR for healthy choices
FAQs
Terms and Conditions
Contact Us

**Walgreens Stores**
Find a Store
Weekly Ad
Savings & Deals
Sweepstakes & Promotions
Special Email Offers
Healthcare Clinic
Flu Shots
Photo Blog
Paperless Coupons

**Walgreens Mobile**
API Program

**Accessibility Notice**

**Company Information**
AARP®
Careers
Company Info
Disability Inclusion
Diversity & Inclusion
Investor Relations
Newsroom
Walgreens Logos
Sell Your Pharmacy
Social Responsibility
California Transparency Act
Modern Slavery and Human Trafficking
Affiliate Program

**AllianceRx Walgreens Prime**
Home Delivery Pharmacy
Specialty Pharmacy

**Business Solutions**
Center for Health & Wellbeing Research
Respiratory Services

**Walgreens Boots Alliance**

Notice of Privacy Practices | Terms of Use | Online Privacy & Security

© Copyright 2018 Walgreen Co. 200 Wilmot Rd. Deerfield IL All rights reserved.

**View all products by:**

As Seen on TV | Baby, Kids & Toys | Beauty | Contact Lenses | Diet & Fitness | Grocery | Home Medical Supplies & Equipment | Household | Medicines & Treatments | Natural & Organic | Personal Care | Seasonal | Sexual Wellness | Vitamins & Supplements | Walgreens Brand | Top Walgreens Searches | Shop by Brand

**Top photo products:**

Photo Prints, Posters and Enlargements | Photo Cards | Canvas & Dècor | Photo Books | Photo Calendars | Photo Gifts | Same Day Pickup | Shop All Products

* Coupon available at Walgreens.com/Coupons. Card and online manufacturer coupon required for pricing.

â€¡ Restrictions apply. Free shipping details | Ship to Store details | Walgreens return policy

â€¡ We disclaim all liability for these telemedicine services, which are provided solely by DermatologistOnCall in accordance with DermatologistOnCall policies and terms. DermatologistOnCall and its healthcare providers are not agents, employees or affiliates of Walgreens. For non-emergency conditions.

# Pretzel Crisps

By **Erin Del Conte** - August 15, 2018



*(PRNewsfoto/Snack Factory)*

Snack Factory, a recent addition to The Campbell Soup Co.'s snack portfolio, has launche
flavorful additions to its Pretzel Crisps line—Sourdough and Cinnamon Sugar. Snack Fac
Crisps are on a mission to make snackers nationwide "Rethink Your Pretzel" with these

We use cookies to help our website function, analyze site traffic, and serve advertising. For more information, please refer
to our cookie policy.
If you continue to use this site, you consent to our use of cookies.

Case 3:17-cv-00652-KDB-DSC   Document 43-2   Filed 10/29/18   Page 44 of 50

Cinnamon Sugar Pretzel Crisps are generously seasoned with cinnamon and sugar for th
sweet and salty treat. Enjoy Snack Factory Cinnamon Sugar Pretzel Crisps straight from
pair with fresh fruit, whipped topping or chocolate dips for a permanent spot on the de

For More Information From Campbell Soup Co.

www.pretzelcrisps.com

We use cookies to help our website function, analyze site traffic, and serve advertising. For more information, please refer
to our cookie policy.
If you continue to use this site, you consent to our use of cookies.

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners. Cookie Policy

❯ Cookie Settings

✓ Accept Cookies

# Thin And Crunchy Pretzel Crisps With Two New Flavor Innovations

Fan Favorite Pretzel Crisps Now Available in Sourdough and Cinnamon Sugar

**SNACK FACTORY.**

*Pretzel Crisps.*

NEWS PROVIDED BY
**Snack Factory** ➔
Jun 13, 2018, 08:00 ET

CHARLOTTE, N.C., June 13, 2018 /PRNewswire/ -- Snack Factory, a recent addition to The Campbell Soup Company's snack portfolio, today announces the launch of two new flavorful additions to the beloved *Pretzel Crisps®* line—**Sourdough** and **Cinnamon Sugar**. *Snack Factory® Pretzel Crisps®* are on a mission to make snackers nationwide *"Rethink Your Pretzel®"* with these new savory and sweet crunchable offerings.

Artisan Style **Snack Factory Sourdough Pretzel Crisps®** deliver an authentic tangy sourdough flavor that consumers love with *Pretzel Crisps®* product's signature light and crispy crunch. With this classic taste, the *Snack Factory Sourdough Pretzel Crisps®* pair perfectly with deli meats, cheeses and spreads. For those with a sweet tooth, new Deli Style **Snack Factory Cinnamon Sugar Pretzel Crisps®** are generously seasoned with

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners. Cookie Policy

❯ Cookie Settings

✓ Accept Cookies

"We love pairing on-trend flavors with our light and crispy *Pretzel Crisps*® to create delicious additions to the Snack Factory portfolio," says Syreeta Norwood, Senior Brand Manager for Snack Factory. "Authentic Sourdough has a unique flavor profile that pretzel fans will love.  Cinnamon Sugar, which continues to dominate the innovation landscape, when combined with *Pretzel Crisps*® creates salty sweet perfection."

At around 100 calories per serving these new additions continue Snack Factory's tradition of snacks packed full of flavor and versatility that you can feel good about eating. Find the new *Snack Factory Pretzel Crisps*® in the deli section of grocery stores nationwide.  For more information about the new *Pretzel Crisps*® flavors and the entire *Snack Factory* portfolio, please visit: www.pretzelcrisps.com.

**ABOUT SNACK FACTORY®:**
Since 2004, Snack Factory has reinvented the pretzel category with *Pretzel Crisps*®, winning over the hearts and taste buds of snackers everywhere as the world's first pretzel-shaped cracker. Today, Snack Factory is dedicated to providing consumers with innovative and delicious clean-label snacks. Based in Charlotte, NC, *Snack Factory* products are distributed nationally through grocery stores, mass merchandisers, convenience stores and club stores. For more information, visit www.snackfactory.com.

**ABOUT CAMPBELL SOUP COMPANY:**
Campbell (NYSE: CPB) is driven and inspired by our Purpose, "Real food that matters for life's moments." We make a range of high-quality soups and simple meals, beverages, snacks and packaged fresh foods. For generations, people have trusted Campbell to provide authentic, flavorful and readily available foods and beverages that connect them to each other,

Case 3:17-cv-00652-KDB-DSC   Document 43-2   Filed 10/29/18   Page 47 of 50

We use cookies to personalise content
and ads, to provide social media features
and to analyse our traffic. We also share
information about your use of our site with
our social media, advertising and analytics
partners.  Cookie Policy

〉 **Cookie Settings**          ✓ **Accept Cookies**

*Emerald, Late July* and other brand names. Founded in 1869, Campbell has
a heritage of giving back and acting as a good steward of the planet's
natural resources. The company is a member of the Standard & Poor's 500
and the Dow Jones Sustainability Indexes. For more information, visit
www.campbellsoupcompany.com or follow company news on Twitter via
@CampbellSoupCo. To learn more about how we make our food and the
choices behind the ingredients we use, visit www.whatsinmyfood.com.

SOURCE Snack Factory

Related Links

http://www.snackfactory.com

Log In | Sign Up







**Weekly Ad**

Pretzel Crisps Pretzel Crackers, Deli Style, Original

7.2 oz (204 g)

See product availability near you: **Select a Store**

Overview     **Nutritional Information**

## Product Description

Thin, crunchy pretzel crackers. Rethink your pretzel! Non GMO Project verified. nongmoproject.org. Per 1 oz Serving (11 Crackers): 100 calories; 0 g sat fat (0% DV); 330 mg sodium (14% DV); 2 g sugars. Resealable for freshness. Crunch 'em. Crack 'em. Dip 'em. Stack 'em. Pretzel Crisps are a modern twist on an old favorite. They're the best part of the pretzel - all the flavor and crunch you love - but lighter, crispier and more versatile than ever before. Whether you like them plain, dipped, or ... Show More

### Recently Viewed



**Pretzel Crisps Pretzel Crackers, Deli Style, Garlic Parmesan**

7.2 oz (204 g)

◀ ○ ▶

2000 calories a day is used for general nutrition advice, but calorie needs vary.

Additional nutrition information available upon request. (Go to product detail page for each product.)

The products listed are available in the Publix store you selected but may be out of stock and may not be available in other Publix, Publix GreenWise Market® or Publix Sabor® stores. The information listed originates from the manufacturer or government publications and reflects the most recent information provided by such entities. Product packaging, labeling, formulations and ingredient sourcing can change at any time and Publix may not receive up-to-date information regarding such changes; thus, Publix cannot guarantee the accuracy of the information provided and you should not rely on this information. Rather, you are encouraged to read the product labels to obtain the most accurate and up-to-date information. Any prices shown are effective

as of today and are subject to change on a day by day basis. Neither Publix, its content provider nor the manufacturers assume any liability for inaccuracies, misstatements or omissions.