# EXHIBIT 4

## Part 4

# akerman

Blog Post

# No Twist on Pretzel Crisps on Remand

September 18, 2017

In a 54 page decision issued on September 6, 2017, the Trademark Trial and Appeal Board (the "Board") ended (again) a long-standing dispute between snack food makers Frito-Lay, Inc. ("Frito") and Princeton Vanguard, LLC ("Princeton Vanguard") over the registrability of Princeton Vanguard's PRETZEL CRISPS trademark. Frito claimed that "Pretzel Crisps" was a generic term that all parties are entitled to use to describe pretzel-style chips.

Princeton Vanguard launched its PRETZEL CRISPS brand in 2004. After receiving patent protection for its flattened pretzels, Princeton Vanguard registered the PRETZEL CRISPS brand, first on the Supplemental Register at the launch and then applying to register the mark on the Principal Register in 2009.

## Related People

Rachel B. Rudensky

Ira S. Sacks

## Related Work

Intellectual Property

Trademarks

## Marks, Works, and Secrets Blog

Akerman Perspectives on the Latest Developments in

Frito challenged both marks at the Board, arguing that the name was either generic or, at the very least, a highly-descriptive and unprotectable name for the cracker-like products Princeton Vanguard was selling. The Board agreed with Frito. In holding the term "Pretzel Crisps" to be a generic term for flattened, crispy, pretzel-shaped snacks, the Board cited dictionary definitions, evidence of use by the public, references in the media, third-party food industry terminology, and some evidence of use by the defendant itself.

Although Princeton Vanguard noted during the proceedings that no other company used the combined term before the launch of PRETZEL CRISPS in 2004, being the originator of a term had little weight in considering whether the term was generic. In making its determination, the Board reasoned that "Pretzel Crisps" should be treated as merely a compound word of standard terms, rather than a more complex "phrase." Under Board precedent, phrases need to be considered holistically, but compound words are simply analyzed by the common meaning of their constituent words. *Frito-Lay N. Am., Inc. v. Princeton Vanguard, LLC*, 109 USPQ2d 1949 (TTAB 2014).

Princeton Vanguard appealed to the Federal Circuit.

## Appeal

Intellectual Property Law

Visit this Akerman blog

In a decision issued on May 15, 2015, the Federal Circuit vacated and remanded the Board's decision for further proceedings, finding the Board applied the wrong legal standard for genericness. *Princeton Vanguard, LLC v. Frito-Lay N. Am., Inc.*, 786 F.3d 960 (Fed. Cir. 2015).

The Board's analysis rested on a distinction between two lines of cases. According to the Board, if a mark is compound, then *In re Gould Paper Corp.*, 834 F.2d 1017 (Fed. Cir. 1987) applied, allowing it to analyze the terms individually. If on the other hand, the mark is a phrase, then *In re American Fertility*, 188 F.3d 1341 (Fed. Cir. 1999) applied, requiring the Board to consider the mark in its entirety.

The Federal Circuit clarified that there was only one legal standard for genericness: the two-part test set forth in *H. Marvin Ginn Corp. v. International Association of Fire Chiefs, Inc.*, 782 F.2d 987 (Fed. Cir. 1986). Under this test, to determine whether a mark is generic, the Board must identify the genus of goods at issue and then assess whether the public understands the mark, as a whole, to refer to that genus. The test is the same regardless of whether the mark is a compound term or a phrase. The case was therefore remanded for further consideration of the possible genericness of "Pretzel Crisps" under the proper test.

## Remand

On remand, the Board quickly answered the first question of the *Marvin Ginn* test: the genus of the goods was described in Princeton Vanguard's identification of goods in the application and registration, namely "pretzel crackers." The Board then turned to the second question of the *Marvin Ginn* test, namely, whether the relevant public understands "Pretzel Crisps" to refer to pretzel crackers. As the Federal Circuit instructed, the Board was required to determine the public perception of "PRETZEL CRISPS" as a whole.

However, even reviewing the mark as a whole, the Board stated that it was appropriate as a first step to analyze the constituent terms in the mark. In analyzing the constituent terms "pretzel" and "crisps," the Board considered evidence such as dictionary definitions and third party references such as product reviews and advertisements. The record contained a wealth of evidence that the term "pretzel crisps," taken as a whole, is understood to be a generic term for a pretzel-shaped cracker. There was also evidence that Princeton Vanguard's own use of the term "Pretzel Crisp" was sometimes generic and only sometimes brand-identifying.

Princeton Vanguard's distributors' declarations were found by the Board to be

underwhelming. As the Board viewed it, while the declarations informed of the personal knowledge and opinions of the four declarants, they represented a very small subsection of snack food distributors. Together, they accounted for only about 6 to 10 percent of the distributorship of Princeton Vanguard's product. More importantly, distributors were not end consumers of the product, whose understanding controls in genericness cases such as these. To the extent the distributors' declarations purported to convey the views and comments of end consumers, it was speculation and inadmissible hearsay.

---

Overall, and taking into account the number of media articles, their sources, and what the contexts show about the authors' recognition of brand names, we find that the media references, product reviews, and the consumer feedback support a conclusion that the term "PRETZEL CRISPS" is more likely to be perceived by the relevant public as a name for a type of snack product that

Case 3:17-cv-00652-KDB-DSC   Document 43-4   Filed 10/29/18   Page 6 of 44

may derive from multiple
sources, rather than as a brand
that emanates from a single
source.

*Slip Op. at 22.*

---

## Expert Surveys

Each party proffered the results from a
"Teflon" survey conducted to test how
consumers perceive the term "Pretzel Crisps."
Teflon surveys are the most common surveys
used in "genericide" cases – whether a once
original and protected trademark has over
time become generic (e.g., "Aspirin,"
"Escalator"). The first step of a Teflon survey
is to provide definitions and examples –
explaining to respondents what is meant by
the terms "common or generic name" and
"brand name." The second step is to conduct
a mini-test, for instance asking the
respondents whether BAKED TOSTITOS is a
brand or common name, and whether
TORTILLA CHIPS is a brand or common
name. The third step is to survey the name at
issue by displaying the name and asking the
respondents to classify it as either a common
or generic name, or as a brand name.

Unsurprisingly, each party's expert reached
different conclusions and each one attacked

the others' methodology. However, the Board found that Teflon surveys were inappropriate in cases like these that seek to prove alleged consumer recognition of an otherwise not inherently distinctive mark.

The Board reiterated the black-letter law: A generic term "is the common descriptive name of a class of goods or services." To be the first user of a particular name for a product is not sufficient to take it out of the realm of genericness. As far as the utility of consumer surveys in informing the Board of the possible distinctiveness of a brand name, the Board noted that several Circuit Courts have found Teflon surveys to be unpersuasive when used outside the specific context of genericide. Specifically, where, as here, one party claimed to have exclusive rights in a term that was never before used as a trademark, courts have found that Teflon surveys were ineffective at determining the true weight of public perception.

The Board acknowledged that Princeton Vanguard's registration for PRETZEL CRISPS was on the Supplemental Register and its new application was filed with a Section 2(f) claim of acquired distinctiveness. These facts were seen as constituting admissions that the term "PRETZEL CRISPS" is not inherently distinctive of "pretzel crackers."

In sum, the Board found that the record demonstrates that the primary consumer perception of the term "PRETZEL CRISPS," as a whole, is likely to be that of a common name for the identified goods, "pretzel crackers."

## Acquired Distinctiveness

Finally, the Board considered the question of acquired distinctiveness – assuming solely for the sake of argument that the term "Pretzel Crisps" was descriptive rather than generic.

In proceedings before the Board, it is the plaintiff's burden to make a *prima facie* showing that the defendant's mark has not acquired distinctiveness. The Board found that Frito had met that burden. Princeton Vanguard's contrary evidence was considered to be insufficient and unpersuasive.

* * *

No doubt, Princeton Vanguard will again appeal. It should be noted that Eastern District of Virginia recently found persuasive a Teflon-type survey in ruling that BOOKING.COM is not generic for travel agency and hotel reservations services. *Booking.com B.V. v. Matal*, Civil Action No. 1:16-cv-425-LMB-IDD (August 6, 2017). The acceptability of Teflon surveys in cases such

as PRETZEL CRISPS will be a central issue on appeal.

This information is intended to inform clients and friends about legal developments, including recent decisions of various courts and administrative bodies. This should not be construed as legal advice or a legal opinion, and readers should not act upon the information contained in this email without seeking the advice of legal counsel.

Get the Allrecipes magazine

**allrecipes**

BROWSE ⌄ | Find a recipe | Ingredient Search 🔍 🔔 ❤ 👤 | **Create a profile** ☰

Home | Recipes | Trusted Brands: Recipes and Tips | Snack Factory® Pretzel Crisps®

## Chocolate Caramel Pretzel Crisps

☆☆☆☆☆

0 made it | 0 reviews | 1 photos

Recipe by: Snack Factory® Pretzel Crisps®

👥 11k

"These chocolate-caramel snacks are dipped in chocolate and topped with chocolate chips and crumbled toffee brittle."

### Recommended          See more

Banana Sour Cream Bread
★★★★★ 4K
By Esther Nelson

A-Number-1 Banana Cake
★★★★½ 750
By Kevin Ryan

❤ **Save** | 🎧 I Made It | 💬 Rate it | 🖨 Print | 📌 Pin | f Share

## Ingredients                    🕐 30 m | 🍴 48 servings | 📊 124 cals

- (+) 48 Original Snack Factory® Pretzel Crisps®, divided
- (+) 1 cup butter

  365 Everyday Value® Organic Butter
  Everyday Savings: $4.49 per 16 oz
  LEARN MORE
  ADVERTISEMENT

- (+) 1 cup light brown sugar

- (+) 2 cups miniature semisweet chocolate chips
- (+) 1 cup chocolate-coated toffee bits
- (+) Add all ingredients to list

### On Sale          On ⚪ ⚙

What's on sale near you.

🐄 Whole Foods Market
226 East 57th Street
NEW YORK, NY 10022
Sponsored                    ❯

## Directions                    Add a note ✏ | Print 🖨

🕐 Prep 10 m | Cook 10 m | Ready In 30 m

1. Preheat oven to 350 degrees F (175 degrees C). Line a rimmed baking sheet with parchment paper.

2. Arrange 24 Pretzel Crisps(R) face up in prepared baking sheet (you may need 2 sheets).

3. Melt butter and brown sugar in a heavy saucepan over medium-high heat. Stir constantly until mixture comes to a boil. Boil until mixture coats a spoon, 4 to 6 minutes. Remove from heat.

4. Drizzle 1 teaspoon caramel onto each pretzel in the pans, covering pretzel fronts. Reserve the rest of the caramel. Bake pretzels in preheated oven 3 minutes; remove.

5. Sprinkle chocolate chips onto baked pretzels; return pan to oven for 1 minute. Quickly top with reserved Pretzel Crisps(R), pressing lightly. Cool 1 minute.

6. Using tongs, dip each cookie into remaining caramel and place on a cooling rack over parchment paper. Sprinkle with chocolate chips and toffee bits. Allow to cool.

### You might also like

French Chocolate Mousse with Orange
Watch how to make authentic French mousse au chocolat!

Salted Dark Chocolate Hazelnut Caramel Truffles
Indulgent, sweet and nutty dark chocolate bliss!

Salted Caramel Chocolate Chip Cookies
Chock full of salt, caramel & chocolate!

### Get the magazine

Get a full year for $10!
Cook 5-star weekday dinners every time.
$10

## Nutrition Facts

Per Serving: 124 calories; 7.8 g fat; 14.1 g carbohydrates; 0.5 g protein; 14 mg cholesterol; 84 mg sodium. Full nutrition

🎧 **I made it!**

Share





## Explore more

| Chocolate and Cookie Dough Pretzel Cr... | White Chocolate Pretzel Crisps® Spa... | Sarah's I Want S'more Pretzel Crisps(... | Salted Caramel Pretzel Roll Bite | Snack Factory® Pretzel Crisps... | Chocolate Ganache |
|---|---|---|---|---|---|
| ★★★★½  6 | ★★★★★  2 | ★★★★½  2 | ★★★★☆  1 | 55 recipes | By: Emily Brune |

## Reviews  0

Read all reviews

Rate and review.

About Us
Newsroom
Jobs at Allrecipes

Advertising
Advertise with Us
Meredith Women's Network

Support
Site Map
Contact Us
Customer Support

Global Community
Select a location

© 2018 Allrecipes.com
All Rights Reserved
Privacy Policy Your California Rights
EU Privacy Policy
Terms of Service
Data Policy
EU Data Subject Requests
AdChoices ▷

More Allrecipes
Allrecipes Magazine – Subscribe
Allrecipes Apps
Food Wishes Videos
The Allrecipes Blog

https://www.allrecipes.com/recipe/256718/chocolate-caramel-pretzel-crisps/

**Ditch the Dongle! - Get 15% OFF of our Lifesize Share. Promo code: 15OFFSHARE. Buy Now!**  Ad



Sites: Aisles Online | Contact

To begin shopping, please login or register

← Back to results | Home / Pantry / Snack Foods / Chips & Pretzels / Pretzels / Pretzel Crisps Original Deli Style Pretzel Crackers

# Pretzel Crisps Original Deli Style Pretzel Crackers

7.2 oz

More Varieties

login to add to cart

- Description
- Nutrition Facts
- Ingredients

**UPC:** 0049508006000



Enriched Wheat Flour (Flour, Niacin, Reduced Iron, Thiamin Mononitrate, Riboflavin, Folic Acid), Sugar, Salt, Malt Syrup (Tapioca Syrup, Malt Extract), Soda.

Manufacturers may alter their product formulation or label at any time. Actual product packaging and materials may contain more and/or different information than shown

Case 3:17-cv-00652-KDB-DSC Document 43-4 Filed 10/29/18 Page 14 of 44

on www.hy-vee.com.
Show More

## You may also like:



[5 varieties available](#)

**Hy-Vee Tiny Twists Pretzels**

15 oz Bag

login to add to cart



[6 varieties available](#)

**Hy-Vee Roasted Red Pepper Hummus**

10 oz

login to add to cart



[2 varieties available](#)

**Munchies Cheese Fix Snack Mix**

8 oz Bag

login to add to cart



[2 varieties available](#)

**Hy-Vee Fruity Go Applesauce 4 - 3.2 oz Pouches**

12.8 oz Box

login to add to cart



[2 varieties available](#)

**Hy-Vee Lightly Salted Whole Grain Rice Cakes**

4.9 oz Bag

login to add to cart



**Pretzel Rolls & Buns 4 Count**

4 oz

login to add to cart



[1 variety available](#)

**Entenmann's Little Bites Chocolate Chip Muffins**

8.25 oz

login to add to cart



[7 varieties available](#)

**Hy-Vee Mountain Trail Mix**

26 oz Stand Up Bag

login to add to cart



[19 varieties available](#)

**Pepperidge Farm Goldfish Cheddar Baked Snack Crackers**

6.6 oz Bag

login to add to cart



[3 varieties available](#)

**Hy-Vee Sharks Fruit Flavored Snacks 10ct**

0.8 oz Pouches

login to add to cart



[2 varieties available](#)

**Hy-Vee French Toast Sticks Cinnamon 18-22 Count**

16 oz Box

login to add to cart



**Hy-Vee Dried Cranberries**

6 oz Stand Up Bag



[5 varieties available](#)

**Hy-Vee Fruit & Grain Strawberry Cereal Bars**

10.4 oz Box



[9 varieties available](#)

**Sunbelt Bakery Granola Bars**

Chocolate



[2 varieties available](#)

**Snack Pack Strawberry Gelatin Juicy Gels**

3.25 oz

Coupon Available



[6 varieties available](#)

**Nature Valley Oats n' Honey Protein Granola**



[3 varieties available](#)

**Jolly Time Blast O Butter Ultimate Style**



[8 varieties available](#)

**Hy-Vee Mandarin Orange Fruit Cup 4 pack**

4 oz Cups

GENERAL QUESTIONS
Email or Call 1-800-772-4098

ORDER QUESTIONS
Contact your fulfillment store

Choose your news! Check out our free newsletters for nutrition tips, fun recipes & the latest deals. Subscribe Today ›

### Help & Resources

Contact Hy-Vee

Live Chat

Email Subscriptions

My Account

Gift Card Balance Checker

Press & Media

### Shopping & Services

Grocery - Aisles Online

Flowers

Bakery & Cakes

Gifts & Gift Cards

Catering

Weddings & Events

Photo Center

### Our Company

About Hy-Vee

Careers

News & Events

Charitable Donations

## More Ways To Love Hy-Vee

Hy-Vee Deals & Ads

Market Grille Restaurant

Balance Magazine

Hy-Vee Mobile Apps

Helpful Smiles TV

Sitemap    Privacy    Security    Terms Of Use    HIPAA    Employees    Prospective Suppliers    Suppliers

Nondiscrimination Notice

Case 3:17-cv-00652-KDB-DSC    Document 43-4    Filed 10/29/18    Page 17 of 44

© 2018 Hy-Vee, Inc. All rights reserved.



Fargo Metro ▾

Log In     Sign Up

What can we help you find?     🔍

PRODUCTS  ＞  Bakery  ＞  Buns & Rolls



# Snack Factory Deli Style Garlic Parmesan Pretzel Crisps

Item Size: 7.2 OZ | Item #: 41198 | Price per count : $0.483

# $3.48

−    1    +      **Add to Cart**

❤    ⊞

## Product Description

Deli-Style GARLIC PRETZEL CRISPS are a zingy twist on an old favorite, with great gourmet taste from naturally wholesome ingredients. The best part of the pretzel - that satisfying flavor and crunch - is crispy thin and baked with a light, savory garlic flavor for big flavor in a light, crispy snack. Enjoy them straight from the bag, or dip your crisp into a hummus or creamy cheese dip.



# PRODUCT  Pretzels



# Snack Factory
# Original Deli Style
## 110
Calories
Per Serving

💬 7 comments     ♡ 86%     ☆ no followers

f   🐦   g+   📌   ✉️

# 3 Reasons to get the Fooducate app:

1. Nutrition grades for 250,000 foods
2. Personalized recommendations
3. Supportive community of healthy dieters

PS - it's Free!

# EXPLANATIONS

about average

▼

D  D+  C-  C  C+  B-  B  B+  A-  A

Grade range for this category between D+ and C+

| | |
|---|---|
| ℹ️ Keto: net carbs 22g | ❯ |
| ℹ️ For dieters: FoodPoints value is 3 | ❯ |
| ℹ️ No whole grains here | ❯ |
| ℹ️ Read about the problem with pretzels | ❯ |

# NUTRITION

**Serving Size: 11 crackers**

| | Amount per Serving | My Daily Value | |
|---|---|---|---|
| **Calories** | 110Kcal | 6% | |
| Calories from Fat | 0Kcal | 0% | |
| **Total Fat** | 0g | 0% | |
| Saturated Fat | 0g | 0% | ✔ |
| Trans Fat | 0g | 0% | |
| **Cholesterol** | 0mg | 0% | ✔ |
| **Sodium** | 330mg | 14% | |
| **Total Carbohydrate** | 23g | 10% | |
| **Potassium** | 0mg | 0% | |
| Dietary Fiber | 1g | 4% | |

| Sugars | 2g | 5% | ✓ |
|---|---|---|---|
| Protein | 3g | 6% | |
| Vitamin A | 0IU | 0% | |
| Vitamin C | 0mg | 0% | |
| Calcium | 0mg | 0% | |
| Iron | 0mg | 0% | |

Login / signup to see personalized values

# INGREDIENTS

wheat flour, sugar, salt, malt syrup (corn syrup, malt extract).

# 7 COMMENTS



**FooducateUser**
Jul 02 2011

I like the crunchiness if these pretzels and like to sub them for ordinary crackers,which are higher in calories

Reply     Like     ♥ 0     •••



**beccabog**
May 07 2012

Èjoz

Reply     Like     ♥ 0     •••



**FooducateUser**
Nov 24 2012

Good snack for in between meals;)

Reply          Like          ♥ 0          ···

**busynurse**
Apr 10 2013

I sub them for chips or tortilla chips and eat with the 100 cal guacamole packs.  Yum.

Reply          Like          ♥ 0          ···

**warrens_fat**
Feb 28 2014

hi

Reply          Like          ♥ 0          ···

**warrens_fat**
Feb 28 2014

jhjfjejrnfhcufufhrhdhhdhdheuuwjdncncncjjskwkejfjfhfhrfjeijwhejdjdjjdhdhdhdyyfhfjfjfhf

Reply          Like          ♥ 0          ···

**the_boss17**
Feb 28 2014

hihihihihihihihihihi

Reply          Like          ♥ 0          ···

# Kimberly3404
Jul 22 2014

I'm so disappointed these are bad for you!! :(

Reply          Like          ♥ 0                                              •••

Write a comment...                                                      Post

# ALTERNATIVES
10 better options



Snack Factory Pretzel Crisps, Gluten Fre Original Deli Style

**110**
Calories
Per Serving



Clancy's Honey Wheat Pretzel

**110**
Calories
Per Serving



Snyder's of Hanover Sourdough Nibblers

**120**
Calories
Per Serving



Snyder's of Hanover Pretzel Sticks

**110**
Calories
Per Serving

Case 3:17-cv-00652-KDB-DSC    Document 43-4    Filed 10/29/18    Page 24 of 44



**110**
Calories
Per Serving

Pretzel Crisps Deli Style Pretzels, Everything

View More

© 2010-2018 Fooducate LTD. All rights reserved by Fooducate and its data providers.

Case 3:17-cv-00652-KDB-DSC   Document 43-4   Filed 10/29/18   Page 25 of 44

All marks, brands and names belong to the respective companies and manufacturers and are used solely to identify the companies and products.

Home / Back to School / Canned & Packaged Food / Snacks / Salty Snacks

Snack Factory Pretzel Crisps, 26 oz.
Item: 32451 Model: PRTZCR26OZ

Be the first to write a review      Read Reviews



**$5.99**

Qty: 1

ADD TO CART

+ Add to List

**Shipping Options**

✓ *In Stock*                    DELIVER TO : **0000**

🚚 **Delivery Available**

Product Summary

Snack Factory Pretzel Crisps are thin, crunchy pretzel crackers that are great for dipping or topping. Plus, they contain no trans fat, saturated fat or cholesterol so you can feel good about your snacks. Kosher.

**Product Features:**

• Thin pretzel crackers are perfect for dipping to having with cheese slices
• Made in the USA
• Kosher
• Includes one 26 oz. bag

(Model PRTZCR26OZ)

**Product Warnings and Restrictions:**

• Contains wheat
• Shelf life: 210 days
Specifications
Reviews (
Shipping & Returns

Case 3:17-cv-00652-KDB-DSC     Document 43-4     Filed 10/29/18     Page 27 of 44

Description

Snack Factory Pretzel Crisps are thin, crunchy pretzel crackers that are great for dipping or topping. Plus, they contain no trans fat, saturated fat or cholesterol so you can feel good about your snacks. Kosher.

**Product Features:**

- Thin pretzel crackers are perfect for dipping to having with cheese slices
- Made in the USA
- Kosher
- Includes one 26 oz. bag

(Model PRTZCR26OZ)

**Product Warnings and Restrictions:**

- Contains wheat
- Shelf life: 210 days

Specifications
Reviews ()
Question & Answer
Shipping & Returns





## BUTTERFINGER PRETZEL CRISPS

DESSERTS

These **Butterfinger Pretzel Crisps** combine salty pretzel crisps with milk chocolate, a hint of rum extract, and BUTTERFINGERS! You better believe these will become your new favorite snack!





So, I've fallen into a BAD habit...involving late night snacking. As in – as soon as the girls are all in bed, I'm for sure hitting the snack cabinet. (Yikes!!!)





### HEY THERE, I'M CATHY!

Welcome to Lemon Tree Dwelling, where I create easy, fresh recipes for everyday life. I believe that good food is meant to be shared, and I can't wait to share all my favorites with you!

find a recipe...

Ad closed by Google
Report this ad
Why this ad? ⊳

### GET WEEKLY RECIPES STRAIGHT TO YOUR INBOX!

Email Address...

Your name...









And I used to be so good! Honestly. For the longest time, I was content with a big bowl of fruit or some carrots and dip. But then I started finding (and buying) snacks I love! Snacks I'm now addicted to. Like flavored pretzel pieces and Cajun snack mix and salted





And it's funny....because now that I've fallen for these snacks, a bowl of late night fruit does nothing for me. Nothing! How unfair is that!? What I wouldn't do to go back to the way things were!



### BUTTERFINGER PRETZEL CRISPS – A LATE NIGHT SNACK!

But I can't. And rather than fight it, I've decided to embrace it! At least for now. I've
started to feel like if I'm going to be snacking...it might as well be delicious! So I dreamed
up these Butterfinger Pretzel Crisps. The perfect combination of salty and sweet, with a

| 📌 | f | 🐦 | G+ | in |
|---|---|---|---|---|



| 📌 | f | 🐦 | G+ | in |
|---|---|---|---|---|

| 📌 | f | 🐦 | G+ | in |
|---|---|---|---|---|

So are you with me? With the late night snacking and the need for deliciousness and
these Butterfinger Pretzel Crisps? I thought so. That's why we're friends! Enjoy!!



| 📌 | f | 🐦 | G+ | in |
|---|---|---|---|---|

| 📌 | f | 🐦 | G+ | in |
|---|---|---|---|---|

### BUTTERFINGER PRETZEL CRISPS

These Butterfinger Pretzels combine salty pretzel crisps with milk chocolate, a hint of rum extract, and BUTTERFINGERS! You better believe these will become your new favorite snack!



Pinterest  facebook  Twitter  G+  in

5 from 1 vote

**Author**       Cathy Trochelman                    🖨 Print

### INGREDIENTS

- 1 package 7.2 oz. Pretzel Crisps
- 1/2 package 8 oz. Chocolate Candiquik or meltable milk chocolate
- 1/2 tsp. rum extract
- 1/2 c. crushed Butterfingers

### INSTRUCTIONS

1. Melt chocolate over low heat; stir in rum extract.
2. Dip Pretzel Crisps halfway; place on wax paper and sprinkle with Butterfinger pieces.
3. Let stand until hardened.

If you are a late night snacker like myself, be sure to try my Chocolate Toffee Pretzels and my Reese's Pretzel Bites!





For more great recipe ideas, make sure you are following me on *Pinterest!*

BY CATHY TRUCHELMAN | FEBRUARY 19, 2016

## COMMENTS

**Raquel** says
February 19, 2016 at 10:50 am

These look so good and I love Pretzel Crisps! Pinning!

Reply

**Lauren @ Hall Nesting** says
February 19, 2016 at 4:05 pm

I am all about snacks when the babies go to bed. This sounds perfect

Reply

**Cathy - Noble Pig** says
February 19, 2016 at 5:30 pm

My kids are going to love this snack

Reply

**Kristyn** says
February 19, 2016 at 9:25 pm

Reply

**Krista** says
February 20, 2016 at 8:01 am

★★★★★
No body will lay a finger on my Butterfinger Pretzel Crisps that's for sure!!

Reply

February 20, 2016 at 8:48 am

I am already a horrible night snacker and now you have created these pretzels with my favourite chocolate bar?! Ahhhh!!!

Reply

**Carrie @Frugal Foodie Mama** says
February 20, 2016 at 9:34 pm

I LOVE these!! I am all about the sweet & salty snack combo, and then you went and added one of my favorite candy bars to the mix. 😊 YUM!

Shawn @ What The Fork Food Blog **says**
February 21, 2016 at 1:09 pm

I love salty-sweet snacks so these look outrageously delicious!

Reply

Jess **says**
February 22, 2016 at 6:34 pm

to late night snacking and I have to stop the habit. It's awful! Nothing
makes me more giddy than junk carbs and cheesy tv. These yummy
pretzels look so good...I surely would over indulge!

Reply

cathy - Noble Pig **says**
April 27, 2016 at 11:00 am

This is seriously a brilliant idea

Reply

Betsy **says**
July 17, 2016 at 7:37 pm

Please let me know if yo&urB217;&e looking for a article writer for your
site. You have some really good posts and I think I would be a good asset.
If you ever want to take some of the load off, I'd really like to write some
material for your blog in exchange for a link back to mine. Please blast me
an email if interested. Kudos!

Reply

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment

Name *

Website

Recipe Rating
☆☆☆☆☆

☐ By submitting this comment you agree to share your name, email address,
website and IP address with Lemon Tree Dwelling. This information will not be
used for any purpose other than enabling you to post a comment. *

POST COMMENT

COPYRIGHT ©2016, GEYLIN TYRE APPEALING. ALL RIGHTS RESERVED.

EXCLUSIVE MEMBER OF MEDIAVINE FOOD

DESIGN BY PIXEL ME DESIGNS



# Chocolate Pretzel Crisps Nachos



**Recipe courtesy of Pretzel Crisps**

## Ingredients:

- 1 bag Original Pretzel Crisps®
- Semi-Sweet Chocolate Chips
- Mini Marshmallows
- Chocolate Fudge Sauce, Warmed
- Butterscotch or Caramel Sauce, Warmed
- Sprinkles

## Directions:

**1** Toss together your desired amount of Pretzel Crisps®, chocolate chips and mini marshmallows in a large bowl. Turn them out onto your serving dish. Then drizzle with warmed fudge and butterscotch (or caramel) sauce. Top immediately with sprinkles. Serve chocolate Pretzel Crisps® nachos on their own, or with a side of ice cream.



Case 3:17-cv-00652-KDB-DSC    Document 43-4    Filed 10/29/18    Page 36 of 44

Search for a product

Stores



Share This

## Pretzel Crisps Original Deli Style Pretzel Crackers



**$2.99**

# ADD TO LIST

Giant Eagle - West Seventh Street

Not your store?

## Details

7.20 oz
SKU / UPC: 049508006008

## Nutrition

**Nutrition Facts**

Case 3:17-cv-00652-KDB-DSC    Document 43-4    Filed 10/29/18    Page 37 of 44

**Serving Size 28 g**

**Servings Per Container 7**

**Amount Per Serving**

**Calories** 110                                    Calories from Fat 0

**% Daily Value\***

| | |
|---|---|
| **Total Fat** 0 | **0%** |
| Saturated Fat 0 | **0%** |
| *Trans* Fat 0 | |
| **Cholesterol** 0 | **0%** |
| **Sodium** 330 | **14%** |
| **Total Carbohydrate** 23 | **8%** |
| Dietary Fiber 1 | **4%** |
| Sugars 2 | |
| **Protein** 3 | |

| | |
|---|---|
| Vitamin A | 0% |
| Vitamin C | 0% |
| Calcium | 0% |
| Iron | 0% |

## Ingredients

Wheat Flour, Sugar, Salt, Malt Syrup.

## Other Info

### Manufacturer

Snyder's-Lance, Inc.

### Drug Interactions & Precautions

Contains Wheat. Made in a facility that processes milk and soy.

## Safety Warnings

Contains Wheat. Made in a facility that processes milk and soy.

## You May Also Like



zel's - Pretzel
Thins - Tiny

: 070415101142



Pennysticks -
Pretzels - Salted

SKU: 070415101562



Snyder's of Hanover -
Sourdough Hard

SKU: 077975022757



Pretzels - Extra
Thin

: 041780002112



Utz - Pretzels - Hard
Sourdough

SKU: 041780002419



Utz - Pretzels
Sourdough Specials

SKU: 041780002617



z - Pretzels -
dough Specials

: 041780002662



Utz - Pretzels -
Sourdough Specials

SKU: 041780002815



Utz - Pretzels -
Sourdough Specials

SKU: 041780002631

Case 3:17-cv-00652-KDB-DSC   Document 43-4   Filed 10/29/18   Page 39 of 44

**Privacy Policy**     **Terms of Use**

© 2018 MyWebGrocer, Inc.

All Rights Reserved

Share This





# EMAIL US

↻ Refresh

This site is intended for US and Canada consumers only. If you are located in the EU, please visit https://www.kettlefoods.co.uk/contact-us/.

**Country** *

○ USA

○ Canada

**Are you 13 years of age or older?** *

○ No

○ Yes

**How can we help you?** *

○ Product Concern

○ Compliment

○ Nutrition/Ingredient

○ Product Availability

○ General Question

**Name**

[                                    ]

**First**



Last

**Email** *

**Phone**

**Street Address**

**City**

**Zip Code**

Pretzel Crisps

**Product Name**

**UPC**

UPC Code: The numeric code located directly
below the bar code



## Manufacturer Code

Manufacturer/Production Code: The ink-stamped code located on the packaging. Please provide all code information on packaging including time stamp if available. Code format may differ from example provided.



AUG102013

HA0403412

17:59

## Upload Image(s)

Drop files here or

Select files

Accepted file types: jpg, jpeg, gif, png, pdf, tiff, csv, bmp.

## Comments



**Contact Permission**

☐ **I give permission for Snyder's-Lance to contact me**



## CONTACT US

Do you want to provide feedback or have questions regarding Pretzel Crisps? Please contact us by one of the methods below. We welcome your comments.

**By Email:** Please use the email form to the left. (refresh form here)

**By Telephone:** Please call us at 1-800-233-7125 between 8:00am and 4:30pm EST, weekdays.

**By Letter:** You can send us a letter at our mailing address:

Snyder's-Lance of Hanover
Consumer Affairs
1250 York Street
(PO Box 6917)
Hanover, PA 17331

© Copyright - Snyder's-Lance Inc.