# EXHIBIT 4

## Part 5



OFFICE

FRESH FOOD. COLD BOOZE.
DELIVERED ON DEMAND.

GET SAME-DAY DELIVERY!

SHOP NOW

New York (10017) Delivery Times | Hi! Sign in | 0 $0.00 Cart

freshdirect | Search | Help | Reorder | Create Account

MEALS | FRUIT | VEGETABLES | MEAT & POULTRY | SEAFOOD | DAIRY | DELI & CHEESE | BAKERY & PASTRY | PARTY PLATTERS | GROCERY | FROZEN | BEER | WINES & SPIRITS

FRESH DEALS | COUPONS | SALE | NEW | TOP-RATED | BLOG | LOCAL | FALL FAVES | HALLOWEEN

GROCERY
- Pantry
- Snacks
- Pretzels

Back

Grocery > Pantry > Snacks > Pretzels

# Snack Factory Pretzel Crisps Deli Style Original Crisps

**$3.99/ea**

7.2oz

($8.87/lb)

- 1 + Total: **$3.99**

Add to Cart

Add to List

### Description

Perfectly salted Original Pretzel Crisps give you that satisfying, hearty crunch in a versatile shape that's dippable, spreadable, and deliciously snackable. With great gourmet taste from naturally... (read more)

### Nutrition

### Allergens

- Contains Malt
- Contains Wheat

### Ingredients

## Featured Product

**Nature Valley**
Granola Bars Variety Pack
*12ct, 0.75oz ea* $3.99/ea
fdcoupon Save $1 (details)

## Like That? You'll Love This.

Red Seedless Grape
approx. 2lbs
$3.49/lb ~~$3.99~~

**Snack Factory**
Pretzel Crisps Deli Style Everything Crisps
7.2oz
**$3.99/ea** ($8.87/lb)

About Us | Food Safety | Careers | My Sale Items | At The Office | Recipes | Blog | Gift Card

Our Mobile Apps

Home  |  Your Account  |  Help/FAQ  |  Contact Us

Privacy Policy  |  Customer Agreement  |  Platform Terms of Use  |  Accessibility  | Assistive Options

© 2002 - 2018 Fresh Direct, LLC. All Rights Reserved.



# Sports Night Pretzel Crisps

## – Makes about 2 dozen crisps –

## Ingredients

About 2 dozen **Original Pretzel Crisps**
**(http://pretzelcrisps.com)**3 tablespoons coarse-grain mustard
3 ounces fully cooked reduced fat or regular hot smoked sausage, thinly sliced
3 tablespoons canned diced green chilies
4 ounces Cabot **Sharp Light Cheddar (/sharp-light-cheddar-cheese)**or Cabot **Sharp Cheddar (/sharp-cheddar-cheese)**, grated (about ½ cup)

Email Grocery List

## Directions

**PREHEAT** broiler.

**SPREAD** each crisp lightly with mustard and top with a couple of sausage slices.

**ADD** chilies and sprinkle with cheese. Place on baking sheet and broil just until cheese is melted, about 1 minute.

## Nutrition Facts

### Calories: 99

% Daily Value

**Total Fat:** 4.5g                         7%

Case 3:17-cv-00652-KDB-DSC    Document 43-5    Filed 10/29/18    Page 4 of 54

| | |
|---|---|
| **Saturated Fat:** 2g | 10% |
| **Cholesterol:** 14mg | 5% |
| **Sodium:** 323mg | 13% |
| **Carbohydrates:** 8g | 3% |
| **Dietary Fiber:** 0.5g | 2% |
| **Protein:** 7g | |
| **Calcium:** 110mg | 11% |

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 5 of 54

(/)

SUBSCRIBE (/#subscribe)

(INDUSTRY NEWS & TRENDS (/INDUSTRY-NEWS-AND-TRENDS)  (/PRODUCT CATEGORIES (/PRODUCT-CATEGORIES)  (/SMALL OPERATOR (/SMALL-OPERATOR)  (/RESEARCH & DATA (/RESEARCH-AND-DATA)  (/AWARDS & EVENTS (/AWARDS-AND-EVENTS)

# Pretzel Crisps New Varieties

Sourdough and Cinnamon Sugar flavors join the line.



Snack Factory, a recent addition to Campbell Soup Co.'s snack portfolio, added two more varieties to its Pretzel Crisps line: Sourdough and Cinnamon Sugar. The artisan-style Sourdough Pretzel Crisps deliver a tangy sourdough flavor with Pretzel Crisps' signature light and crispy crunch. The new deli-style Cinnamon Sugar Pretzel Crisps are generously seasoned with cinnamon and sugar. Both new varieties come in at around 100 calories per serving, according to the company.

**NEW PRODUCTS AND PROMOTIONS (/NEW-PRODUCTS-AND-PROMOTIONS)**

**CANDY & SNACKS (/CANDY-SNACKS)**

# OTHER POPULAR PRODUCTS



(/sell-more-front-store-fixtures-masonways)

## SELL MORE WITH FRONT-OF-STORE FIXTURES FROM MASONWAYS
(/sell-more-front-store-fixtures-masonways)



(/led-bakery-display-cases)

## LED BAKERY DISPLAY CASES
(/led-bakery-display-cases)



(/c-store-owners-across-nation-are-using-financing-meet-their-business-initiatives)

## C-STORE OWNERS ACROSS THE NATION ARE USING FINANCING TO MEET THEIR BUSINESS INITIATIVES
(/c-store-owners-across-nation-are-using-financing-meet-their-business-initiatives)

---

## FOR MORE DETAILS

Visit Product Website
(http://www.pretzelcrisps.com/)

(800) 233-7125 (tel:(800) 233-7125 )

# SHARE

 (https://www.facebook.com/sharer/sharer.php?u=https://csnews.com/pretzel-crisps-new-varieties)

 (https://twitter.com/home?status=https://csnews.com/pretzel-crisps-new-varieties)

 (https://www.linkedin.com/shareArticle?mini=true&url=https://csnews.com/pretzel-crisps-new-varieties&title=Pretzel Crisps New Varieties)

 (mailto:?subject=Pretzel Crisps New Varieties&body=I%20wanted%20to%20share%20this%20page%20with%%20%20https://csnews.com/pretzel-crisps-new-varieties)

# YOU MAY ALSO LIKE

(/nichiha-vintagewood-fiber-cement-panels)

NEW PRODUCTS AND PROMOTIONS (/NEW-PRODUCTS-AND-PROMOTIONS)

Nichiha VintageWood Fiber Cement Panels (/nichiha-vintagewood-fiber-cement-panels)

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 8 of 54



FOODSERVICE
(/FOODSERVICE)

Why AdvancePierre
Foods Is 2016's
Prepared Food
Category Captain
(/why-advancepierre-
foods-2016s-
prepared-food-
category-captain)

(/why-
advancepierre-
foods-2016s-
prepared-food-
category-
captain)



NEW PRODUCTS AND
PROMOTIONS (/NEW-
PRODUCTS-AND-
PROMOTIONS)

Deluxe Deli-Style
Slicer (/deluxe-deli-
style-slicer)

(/deluxe-deli-
style-slicer)



NEW PRODUCTS AND
PROMOTIONS (/NEW-
PRODUCTS-AND-
PROMOTIONS)

Pierre Signatures
Deli-Style Sandwiches
(/pierre-signatures-
deli-style-sandwiches)

(/pierre-
signatures-deli-
style-
sandwiches)



NEW PRODUCTS AND
PROMOTIONS (/NEW-
PRODUCTS-AND-
PROMOTIONS)

Herr's Pub Style
Sourdough Pretzel
Thins (/herrs-pub-
style-sourdough-
pretzel-thins)

(/herrs-pub-style-
sourdough-
pretzel-thins)

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 9 of 54



NEW PRODUCTS AND
PROMOTIONS (/NEW-
PRODUCTS-AND-
PROMOTIONS)

Deli Style Gluten Free
Original Pretzel Crisps
(/deli-style-gluten-
free-original-pretzel-
crisps)

(/deli-style-
gluten-free-
original-pretzel-
crisps)

## RELATED TOPICS

**NEW PRODUCTS AND PROMOTIONS (/NEW-PRODUCTS-
AND-PROMOTIONS)**

**CANDY & SNACKS (/CANDY-SNACKS)**

## GET THE
## NEWSLETTER

## GET THE
## MAGAZINE

Subscribe
(https://ensembleiq.dragonforms.com
/csn_prefnew)

Subscribe
(http://www.b2bmediapo
/register.aspx?fid=CS

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 10 of 54

**Contact (/contact-us)** | **Advertise (/advertise)** | **About Us (/about-csnews)** |
**Industry Links (/industry-links)** | **Privacy Policy (http://www.ensembleiq.com/privacy)** |
**Terms of Service (http://www.ensembleiq.com/terms)**

(http://www.ensembleiq.com
/home)

© 2018 EnsembleIQ, All Rights Reserved

Fry's    Delivery



MENU

What are you looking for today?

$0.00

Home > Snack Factory Original Pretzel Crisps



**Snack Factory Original Pretzel Crisps**

7.2 oz  UPC: 0004950800600

Select a store to view price

Gift Cards

Lists

Weekly Ad



Digital Coupons

Fry's Credit Card

Help

**ABOUT THE COMPANY**                                                      +

**COMMUNITY**                                                              +

**CUSTOMER SERVICE**                                                       +

## ONLINE SERVICES ✛



**Earn FREE GROCERIES!**

**Save More on Fuel**

**EARN FREE GROCERIES**
Learn More
Save on Fuel
Earn Free Groceries
Manage My Card

Connect With Us:    

Download the App:  

All Contents © Copyright 2018 The Kroger Co.All Rights Reserved
If you are using a screen reader and having difficulty with this website please call 1-800-576-4377.

**Pharmacy Privacy Notice | Terms and Conditions | Privacy Policy**

FREE SHIPPING over $49*     20% OFF YOUR $50+ FOOD PURCHASE | YUM20 >

Quick Reorder     Promo Pocket     My Account ˅     

VITACOST     Departments ˅     Shop by... ˅     Get Inspired ˅     Vitacost Brands     Deals ˅

What can we help you find today Q

Food & Beverages ▶ Snacks ▶ **Pretzels**

## Snack Factory Pretzel Crisps® Minis Original -- 6.2 oz

--------------------------------------------------------------------

Shop all Snack Factory  |  SKU #: 049508002161  |  Shipping Weight: 0.43 lb  |  Servings: About 6



**Our price: $3.39**
~~Retail price: $3.79~~
Save: 10%



★★★★★ 5.0  |  (1)

Write a review

**Size:**            **Flavor:**

6.2 oz ˅        Original ˅

**Qty.**

−   1   +

**Set & Save**⁇

Deliver Once                    ˅

+ Add to My List

Must enter promo code **YUM20** at checkout to save
an extra 20% on your $50 food purchase

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 19 of 54

## Details    Reviews

**Snack Factory Pretzel Crisps® Minis Original Description**

**Thin, Crunchy Pretzel Crackers**

**Rethink Your Pretzel!**

**Baked • All Natural • Big Flavor • Mini Bites**

**42 Minis = 110 Calories per Serving**

To Pretzel Crisps Lovers of All Sizes:

This is a package of bite-size Minis from Pretzel Crisps.

We made them especially tiny for kids of all ages, from 5 to 95.

Because sometimes you just want a teeny bite of something wonderful.

So go ahead and try our special recipe - we guarantee they're as wholesome and delicious as our regular Pretzel Crisps.

Just tinier!

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

## Nutrition Facts

Serving Size: 42 Crackers (28 g)
Servings per Container: About 6

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| **Calories** | 110 | |
| Calories from Fat | 0 | |
| **Total Fat** | 0 g | 0% |
| Saturated Fat | 0 g | 0% |
| Trans Fat | 0 g | |
| Polyunsaturated Fat | 0 g | |
| Monounsaturated Fat | 0 g | |
| **Cholesterol** | 0 mg | 0% |
| **Sodium** | 330 mg | 14% |
| **Total Carbohydrate** | 23 g | 8% |
| Dietary Fiber | 1 g | 4% |
| Sugars | 2 g | |
| **Protein** | 3 g | |
| Vitamin A | | 0% |
| Vitamin C | | 0% |
| Calcium | | 0% |
| Iron | | 0% |

*Other Ingredients: Wheat flour, sugar, salt, malt syrup (corn syrup, malt extract), soda.*
*Contains: wheat.*
*Made in a facility that processes milk and soy.*

The product packaging you receive may contain additional details or may differ from what is shown on our website. We recommend that you reference the complete information included with your product before consumption and do not rely solely on the

You Might Also Like...



Vitacost Certified Organic Microwave Popcorn - Non-GMO Lightly Salted -- 3 Bags

**Our price: $1.99**



Vitacost Toasted Coconut Chips Lightly Sweetened -- 4 oz (113 g)

**Our price: $3.93**

details shown on this page. For more
information, please see our full disclaimer.

 **Reviews**

## We Also Suggest



Snack Factory Pretzel Crisps®
Deli Style Or...

★★★★★

**$3.09**



Snack Factory Pretzel Crisps®
Deli Style Ev...

**$3.09**



Snack Factory Pretzel Crisps®
Deli Style Se...

★★★★★

**$3.09**

Sn

## People Who Viewed This Item Also Viewed



Unique Sprouted Whole Grain
Wheat Pretzel S...

★★★★★

**$3.21**



Good Health Inc. Pretzels
Gluten Free Sea S...

★★★★★

**$3.27**



Unique Sprouted 100% Whole
Grain Wheat Pret...

★★★★★

**$3.50**

G

Copyright © 2018 Vitacost.com. All rights reserved • Designated trademarks and brands are the property of their respective owners.

## Snack Factory® Pretzel Crisps® Now Non-GMO Project Verified

June 2, 2015 - News (https://www.nongmoproject.org/blog/category/news/)
(https://www.nongmoproject.org)

*(https://www.nongmoproject.org/wp-content/uploads/2015/06/SF-PC-Logo-BW-without-Line.jpg)New*    SF PC Logo BW without Line
*designation highlights Pretzel Crisps' dedication to simple, natural ingredients*

Snack Factory® Pretzel Crisps®, the world's first – and the original – flat-baked pretzel cracker, today announces that it has achieved Non-GMO Project Verification from The Non-GMO Project. Snack Factory Pretzel Crisps have long been known as a popular "better for you" snack option and the brand is now solidifying its commitment to providing quality, wholesome offerings by taking steps to become a completely clean food.

"For more than a decade, Pretzel Crisps have led the snack category with innovative products that consumers love, so earning the Non-GMO Project Verification was a natural progression for us," said Peter Michaud, Senior Vice President and General Manager of the Clearview Foods Division of Snyder's-Lance. "We remain committed to making the most delicious, wholesome snacks that we possibly can, and we're proud to be working with the Non-GMO Project to evolve the entire Snack Factory portfolio to reflect a clean, Non-GMO Project Verified seal."

Snack Factory Pretzel Crisps received Non-GMO Project Verification after a rigorous testing process to ensure that all ingredients met the Non-GMO Project's heightened standards. Made with a simple ingredient list, Non-GMO Project Verified Pretzel Crisps will have the same great taste and crunch that fans have grown to love. Snack Factory will begin introducing Non-GMO Project Verified versions of its popular Original, Everything, Sesame and Original Minis Pretzel Crisps across retailers nationwide, as well as Non-GMO Project Verified Classic and Supreme Pretzel Crisps which are available at natural food stores, starting in Fall 2015.

Made with high-quality, all-natural ingredients, Snack Factory Pretzel Crisps are only 110 calories per serving and contain no saturated fat, trans fat, cholesterol, preservatives, artificial flavorings or colors. Non-GMO Project Verified Pretzel Crisps may be found in the deli section at local grocery stores nationwide. For more information about the entire Pretzel Crisps range, please visit: pretzelcrisps.com (http://www.pretzelcrisps.com).

###

**ABOUT SNACK FACTORY® PRETZEL CRISPS®:**
Since 2004, Snack Factory® Pretzel Crisps® have reinvented the pretzel category, winning over the hearts and taste buds of snackers everywhere as the world's first – and the original – pretzel-shaped cracker. Snack Factory Pretzel Crisps are made with naturally nutritious and simple ingredients, without any trans fat, saturated fat or cholesterol. With dozens of delicious and savory flavors to choose from, as well deli-snack Factory Pretzel Crisps are the go-to snack for dipping, topping, pairing and sharing!

**ABOUT SNYDER'S-LANCE, INC.**
Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio and Wisconsin. Products are sold under the Snyder's of Hanover®, Lance®, Cape Cod®, Snack Factory® Pretzel Crisps®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. LNCE-G

**Contact:**
Tracy Dabakis
Marlo Marketing
617.375.9700
tdabakis@marlomarketing.com (mailto:tdabakis@marlomarketing.com)

The Non-GMO Project's Privacy Policy was updated on July 30, 2018, and includes important information about your rights under the GDPR. In addition, the site uses cookies to ensure that we give you the best experience on our website. By clicking "OK" or continuing to use our site, you acknowledge that you accept The Non-GMO Project's Privacy Policy (https://www.nongmoproject.org/privacy-policy/) and Terms of Use (https://www.nongmoproject.org/website-terms-of-use-agreement/), and agree to the use of cookies.   OK    No

Privacy policy (https://www.nongmoproject.org/privacy-policy/)

Sidebar links: About · GMO Facts · Find Non-GMO · Product Verification · Get Involved · Non-GMO Retailers · Contact (https://www.nongmoproject.org/contact/)

**LATEST ON FACEBOOK**
Non-GMO Project (https://facebook.com/559/205551/)
17 hours ago

India's government is now considering the commercialization of GMO eggplant (brinjal). Meanwhile, recent studies in the neighboring country of Bangladesh illustrate the crop's dismal failure. (https://www.facebook.com/nongmoproject/posts/10156323861768515)

**Non-GMO Project (https://facebook.com/55972693514)**
19 hours ago

We want to know how YOU celebrate Non-GMO Month! Comment with your response and we'll feature a few of our favorites. (https://www.facebook.com/nongmoproject/photos/a.92765158514/10156323616168515/?type=3)

🖼 Photo (https://www.facebook.com/nongmoproject/photos/a.92765158514/10156323616168515/?type=3)

**Non-GMO Project (https://facebook.com/55972693514)**
2 days ago

We've been cooking up an awesome prize for the winner of this year's retailer endcap contest... Does your store have the best Non-GMO Month display? Enter now by sending us your photos! (https://www.facebook.com/nongmoproject/posts/10156321482553515)

📹 Video (https://www.facebook.com/nongmoproject/posts/10156321482553515)

## TERMS/PRIVACY

()**Terms of Use (https://www.nongmoproject.org/website-terms-of-use-agreement/)**
()**Privacy Policy (https://www.nongmoproject.org/privacy-policy/)**

## 🐦 RECENT TWEETS

India's government is considering the commercialization of GMO eggplant, although recent studies in Bangladesh illu... https://t.co/xcHR2fJhpI (https://t.co/xcHR2fJhpI)

*15 hours ago (https://twitter.com/NonGMOProject/status/1054889961269460994)*

Tell us how YOU celebrate #NonGMOMonth! https://t.co/FaGHrDun6J (https://t.co/FaGHrDun6J)

*19 hours ago (https://twitter.com/NonGMOProject/status/1054825293079330816)*

Now's your chance to win Verified #NonGMO products through our daily giveaways during #NonGMOMonth! Enter before Oc... https://t.co/IWQvnN7xkZ (https://t.co/IWQvnN7xkZ)

*1 day ago (https://twitter.com/NonGMOProject/status/1054531858908831744)*

Think your store has the best #NonGMOMonth endcap display? Prove it by sending us your photos! You'll also be enter... https://t.co/AJ54zgICGB (https://t.co/AJ54zgICGB)

*1 day ago (https://twitter.com/NonGMOProject/status/1054458651816148992)*

The Non-GMO Project stands with @ETC_Group and over 200 other signatories calling for a global moratorium on the re... https://t.co/yNgNPHiKOy (https://t.co/yNgNPHiKOy)

*4 days ago (https://twitter.com/NonGMOProject/status/1053464319311122432)*

Advertising space is nearly full for this spring's Non-GMO Challenge Special Section in @MotherJones! DM us to rese... https://t.co/HZhHfHLA0H (https://t.co/HZhHfHLA0H)

*4 days ago (https://twitter.com/NonGMOProject/status/1053449217589592064)*

## VISIT OUR LIFESTYLE SITE

Visit ()**LivingNonGMO.org (https://www.livingnongmo.org)** for inspiring blogs, news, tasty recipes and more!

The Non-GMO Project's Privacy Policy was updated on July 30, 2018, and includes important information about your rights under the GDPR. In addition, **CATCH THE BUTTERFLY!** we use cookies to ensure that we give you the best experience on our website. By clicking "OK" or continuing to use our site, you acknowledge that you accept The Non-GMO Project's Privacy Policy (https://www.nongmoproject.org/privacy-policy/) and Terms of Use

Stay up to date on all that is happening with the non-GMO movement. (https://www.nongmoproject.org/website-terms-of-use-agreement/), and agree to the use of cookies.   Ok   No

| Enter your email | Privacy policy (https://www.nongmoproject.org/privacy-policy/) |

https://www.nongmoproject.org/blog/snack-factory-pretzel-crisps-now-non-gmo-project-...   10/24/2018

Subscribe

## SUPPORT THE NON-GMO PROJECT

The Non-GMO Project is a mission-driven 501(c)(3) organization (EIN 02-0799621). Your tax-deductible donation helps to expand our education and outreach programming, as well as ensures we can continue to build and protect our non-GMO future. Thank you.

Make a Donation

*Working to build our non-GMO food supply.*

🐦 (https://twitter.com/nongmoproject)

f (https://www.facebook.com/nongmoproject)

𝔭 (http://pinterest.com/nongmoproject)

📷 (https://www.instagram.com/nongmoproject/)

© 2016 The Non-GMO Project.

The Non-GMO Project's Privacy Policy was updated on July 30, 2018, and includes important information about your rights under the GDPR. In addition, the Non-GMO Project uses cookies to ensure that we give you the best experience on our website. By clicking "OK" or continuing to use our site, you acknowledge that you accept The Non-GMO Project's Privacy Policy (https://www.nongmoproject.org/privacy-policy/) and Terms of Use (https://www.nongmoproject.org/website-terms-of-use-agreement/), and agree to the use of cookies.   OK   No

Privacy policy (https://www.nongmoproject.org/privacy-policy/)





(https://twitter.com/wideopeneats)
(https://www.facebook.com/pages/Wide-Open-Eats)
(/) (https://www.pinterest.com/WOEats/)

## ENTERTAINING



Pretzel Crisps (http://pretzelcrisps.com/recipe/cheesy-beer-dip/)

## 3 Snack Factory Pretzel Crisp Recipes Perfect for the Super Bowl

CARISSA STANZ (HTTPS://WWW.WIDEOPENEATS.COM/AUTHOR/CARISSA-STANZ/) |
POSTED JANUARY 26, 2018

With the Super Bowl right around the corner, it's time to stock up on beer (http://www.wideopeneats.com/7-sessionable-beers-to-drink-before-during-and-after-the-super-bowl/) and plan out that snack menu. You're probably already perusing your pantry and searching Pinterest for ideas - when you know you'll do the same old thing. While you could go with the usual Super Bowl snacks (http://www.wideopeneats.com/21-snacks-sure-score-touch-super-bowl-sunday/) like spicy chicken wings and a bag of Tostitos (http://www.wideopeneats.com/tostitos-releases-alcohol-detecting-safe-bag-just-in-time-for-super-bowl/) with a jar of salsa, throw a new strategy into the game plan and win over fans with these game day worthy Snack Factory Pretzel Crisp recipes.

Taking an old favorite and giving it a modern twist, the Snack Factory® Original Pretzel

Crisps are topped with sweet and savory ingredients transforming them into a loaded tasty treat. With only a few minutes of prep time and some scrumptious topping combinations, these salty, crunchy pretzel crackers become little bites of football snacking heaven that everyone will remember from the big game.

### 1. CHEESY BEER DIP



(http://pretzelcrisps.com
/recipe/cheesy-beer-dip/)
Snack Factory (http://pretzelcrisps.com/)

It simply wouldn't be the Super Bowl without some sort of cheesy, beer infused appetizer like this mouthwatering Cheesy Beer Dip. With two types of cheese and a good amount of beer, this is the dip that was made for those sinfully good pretzel crisps.

While there are a variety of Pretzel Crisp flavors to choose from, try out the Garlic Parmesan for this recipe. Be forewarned, once your guests touchdown those thin pretzel chips into the gooey cheese, you may not make it through the pregame show without needing to whip up a second batch.

#### INGREDIENTS

- 2- 8 ounce bars of cream cheese
- 1/3 cup beer
- 2 garlic cloves
- 2 Tbsp corn Starch
- 1 Tbsp paprika
- 1 tsp sea salt
- 1/2 cup grated cheddar cheese
- Garlic Parmesan Pretzel Crisps for dipping

#### DIRECTIONS

- Add all ingredients (except cheddar cheese and green onions) into the bowl of a food processor and process for 10 seconds.
- Scoop the ingredients into an oven-proof bowl, sprinkle the top with cheddar cheese and green onions, then place under the broiler for about 2 minutes (or until cheddar cheese

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 27 of 54

is bubbly and slightly brown). Serve immediately and enjoy!

## 2. CARAMELIZED ONION AND CHEESE BITES



(http://pretzelcrisps.com
/recipe/onion-cheese-bites/)
Snack Factory (http://pretzelcrisps.com/recipe
/onion-cheese-bites/)

Let's talk the perfect snack bite. Building the perfect snack bite shouldn't be one tone, it should be both salty and savory, sending you back for more. That's precisely what these Caramelized Onion and Cheese Bites are.

Taking a few simple ingredients and combining them onto a single crisp, this is the bite that you were meant to munch on while watching the game. Even if you don't care about sports, you'll show up just to nibble on this tasty snack.

### INGREDIENTS

- Sea Salt & Cracked Pepper Pretzel Crisps®
- Onions, caramelized
- Shredded cheese

### DIRECTIONS

- Top Sea Salt & Cracked Pepper Pretzel Crisps® with caramelized onion, and a sprinkle of cheese. Melt under a low broil setting in the oven.

## 3. BEANY BITES



(http://pretzelcrisps.com
/recipe/beany-bites/)
Snack Factory (http://pretzelcrisps.com/recipe
/beany-bites//)

Of course, you can't make it through game day without some sort of bean dip. Take it from
the snack geniuses, and go with these tasty Beany Bites. While bean dips have multiple layers,
these bites make sure you get the prefect mouthful of flavor.

Refried beans, spicy jalapeños, cheddar cheese, and juicy tomatoes are all stacked on top of a
bacon habañero flavored pretzel crisp, creating the ultimate bean snack. Just one bit and
you'll rethink your pretzel bites.

### INGREDIENTS

- Bacon Habanero Pretzel Crisps®
- Refried beans
- Cheddar cheese, shredded
- Cherry tomatoes
- Jalapeño

### DIRECTIONS

- Top Bacon Habanero Pretzel Crisps® with heated refried beans, shredded cheddar
  cheese, halved cherry tomatoes and some diced jalapeños for a little added heat. Serve.

What's your favorite way to enjoy Pretzel Crisps? Here are a few hummus recipes
(http://www.wideopeneats.com/14-homemade-hummus-recipes/) that we personally love.

### WATCH: HOW TO MAKE APPLE PIE MOONSHINE PUNCH
### (HTTP://WWW.WIDEOPENEATS.COM/APPLE-PIE-MOONSHINE-PUNCH/)

oembed rumble video here

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 29 of 54

# WIDE OPEN EATS

# EMAIL UPDATES

About Us
(https://www.wideopeneats.com/about-
us/)

Advertise
(http://www.wideopenmediagroup.com
/advertise/)

Contact Us
(https://www.wideopeneats.com
/contact-us/)

Careers
(http://www.wideopenmediagroup.com
/job/wide-open-eats-contributors/)

Writers (https://www.wideopeneats.com
/contributors/)

f ✔ ⓖ ⓟ
(https://www.facebook.com/pinterest.com
/WideOpenEats/wideopeneats)

© COPYRIGHT 2018, WOS, INC. ALL RIGHTS RESERVED. TERMS OF USE. (HTTPS://WWW.WIDEOPENEATS.COM
/TERMS-OF-USE/) PRIVACY POLICY. (HTTPS://WWW.WIDEOPENEATS.COM/PRIVACY-POLICY/)

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 30 of 54





TipHero

# 4 Fab Pretzel Crisps® Bites

There's nothing that takes a sweet treat to the next level quite like pairing it with a little bit of salty crunch. So it was only natural that when we started craving bite-sized desserts to serve to our friends and bring to parties, we turned to our favorite snacking friend: Snack Factory®!

We're using our favorite Snack Factory® Original Pretzel Crisps® to create not one, not two, not three, but FOUR Dessert Pretzel Bites that are perfect for any and every occasion. Bonus? Every single one is dipped in chocolate. Just watch.

Whether you're craving cookie dough or caramel, peanut butter or
s'mores, you know it's going to be a can't-eat-just-one treat when you
start with the perfect base of a Snack Factory® Original Pretzel Crisp.®
Keep scrolling to learn the step-by-step way to make each and every one
of our 4 Dessert Pretzel Bites.

# Cookie Dough Pretzel Bites



TipHero

# Ingredients

- 40 to 46 Snack Factory® Original Pretzel Crisps®
- ½ cup unsalted butter, room temperature
- ¾ packed cup light brown sugar
- 2 tablespoons half-and-half
- 1 teaspoon vanilla extract
- 1-¼ cup all-purpose flour
- ¼ teaspoon salt
- ½ cup mini chocolate chips
- 10 ounces dark chocolate chips
- 1 teaspoon coconut oil (or shortening, if preferred)
- Flaky sea salt, for garnish
- Chocolate sprinkles, for garnish

# Directions

1. Line a sheet pan with parchment paper, and set aside.

2. In a medium bowl, use a hand mixer to beat together the butter and brown sugar until light and fluffy.

3. Add the half-and-half and vanilla extract, and mix until combined.

4. Add the flour and the salt, and mix on low speed to combine, then increase to medium speed until the cookie dough has come together.

5. Add the mini chocolate chips and mix until just combined.

6. Using a spoon, scoop out roughly a tablespoon of dough and shape into a flatten oval, about the size of a Snack Factory® Pretzel Crisp®. Sandwich the cookie dough oval between two Snack Factory® Pretzel Crisps®, pressing together lightly so as not to break the pretzels. Place each cookie dough sandwich on the parchment-paper-lined sheet pan.

7. In a small bowl, combine the dark chocolate chips and coconut oil. Microwave on high, in 30-second intervals, until melted and smooth.

8. Dip each pretzel sandwich halfway into the melted chocolate. Allow any excess chocolate to drip off and place back on the sheet pan. Sprinkle with sea salt and/or chocolate sprinkles.



TipHero

9. Allow the chocolate to harden.

10. Enjoy!

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 35 of 54



TipHero

# Peanut Butter Pretzel Bites

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 36 of 54



TipHero

# Ingredients

- 1 bag Snack Factory® Original Pretzel Crisps®
- 1 jar creamy peanut butter
- 10 ounces dark chocolate chips
- 1 teaspoon coconut oil
- ¼ cup roasted salted peanuts, finely chopped, for garnish

# Directions

1. Line a sheet pan with parchment paper, and set aside.

2. Spread a layer of peanut butter, about ¼-inch thick, on a Snack Factory® Pretzel Crisp®. Gently press another Snack Factory® Pretzel Crisp® on top, creating a sandwich. Continue until all the pretzels you want have been assembled.

3. In a small bowl, combine the dark chocolate chips and coconut oil. Microwave on high, in 30-second intervals, until melted and smooth.

4. Dip each pretzel sandwich halfway into the melted chocolate. Allow any excess chocolate to drip off and place back on the sheet pan.



TipHero

5. Sprinkle with finely chopped peanuts. Allow the chocolate harden.

6. Enjoy!



TipHero

# Caramel Coconut Pretzel Bites



TipHero

# Ingredients

- 20 to 40 Snack Factory® Original Pretzel Crisps®
- 1 cup caramel candies
- 1 tablespoon half-and-half
- 1-¼ cup sweetened shredded coconut, toasted and divided
- 10 ounces dark chocolate chips
- 1 teaspoon coconut oil

# Directions

1. Line a sheet pan with parchment paper, and set aside.

2. In a small bowl, combine the caramel candies and the half-and-half. Microwave on high, in 30 second intervals, until melted and smooth.

3. Stir in 1 cup of the toasted coconut flakes until well combined.

4. Spread a tablespoon worth of caramel filling onto a Snack Factory® Pretzel Crisp® and gently sandwich together with another one, until all of the filling has been used.

Case 3:17-cv-00652-KDB-DSC    Document 43-5    Filed 10/29/18    Page 40 of 54

5. In a small bowl, combine the dark chocolate chips and coconut oil. Microwave on high, in 30-second intervals, until melted and smooth.

6. Dip each pretzel sandwich halfway into the melted chocolate. Allow any excess chocolate to drip off and place back on the sheet pan. Sprinkle with the remaining toasted coconut flakes.



TipHero

7. Allow the chocolate harden.

8. Enjoy!

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 41 of 54



TipHero

# Minty S'mores Pretzel Bites



TipHero

## Ingredients

- 24 Snack Factory® Original Pretzel Crisps®
- 1 cup mini marshmallows
- 12 chocolate after dinner mints
- 8 ounces dark chocolate chips
- 2 to 4 tablespoons graham cracker crumbs

## Directions

1. Preheat your oven to 350 degrees Fahrenheit (175 degrees Celsius). Line a sheet pan with parchment paper and arrange 12 Snack Factory® Pretzel Crisps® on it.

2. Top each Snack Factory® Pretzel Crisp® with about 8 mini marshmallows, (or however many will fit without falling off). Place in the oven for 1 to 2 minutes, or until the marshmallows have puffed and are soft.

3. Remove from the oven and place one chocolate dinner mint on top of each pretzel. Then return to the oven for 1 minute, or until the chocolate has started to melt.

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 43 of 54

4. Remove from the oven and sandwich each pretzel bite with another Snack Factory® Pretzel Crisp®. Allow to cool, then place the cooled sheet pan in the refrigerator until the chocolate has firmed.

5. In a small bowl, combine the dark chocolate chips and coconut oil. Microwave on high, in 30-second intervals, until melted and smooth.

6. Dip each pretzel sandwich halfway into the melted chocolate. Allow any excess chocolate to drip off and place back on the sheet pan.



TipHero

7. Sprinkle with the graham cracker crumbs. Allow the chocolate

harden.

8. Enjoy!



TipHero

*This is a sponsored post, paid for by our partner Snack Factory®.*

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 45 of 54



TipHero

Share on Facebook

# Most Popular

## Load more

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 46 of 54

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 47 of 54

Search …

Search

T
C

I
T



**10-Minute Honey Garlic Shrimp**

H
N

ah

A
E
S



**7 Inside Secrets About Aldi**

V
Y

N
I
S



**Easy and Authentic Carne Asada**

Case 3:17-cv-00652-KDB-DSC   Document 43-5   Filed 10/29/18   Page 51 of 54



Kathleen Dehmlow (Schunk) was born on March 19, 1938 to Joseph and Gertrude Schunk of Wabasso.

She married Dennis Dehmlow at St. Anne's in Wabasso in 1957 and had two children Gina and Jay.

In 1962 she became pregnant by her husband's brother Lyle Dehmlow and moved to California.

She abandoned her children, Gina and Jay who were then raised by her

**Family Turns Heads By Writing a Brutally Honest Obituary**



**Here's Why Prince Charles Didn't Marry Camilla in the First Place**



**What Happens if You Put Ice Cubes on Your Burgers**



**22 Modern Chicken Casseroles That'll Make Your Mom Jealous**



**Nutella®-Stuffed Pancakes**



**Easy No-Bake Chocolate Oat Bars**



**Pineapple Upside-Down Bundt Cake**



**Pineapple Upside Down Pancakes**

Get the latest life tips & hacks in your inbox for free!



Email...                                    Join

About Us

Newsletter

Share a Tip



Terms of Use  |  Privacy  |  DMCA Policy  |  Cookie Policy    © 2008-2018 Tipedia LLC. | All Rights Reserved.