# EXHIBIT 4

## Part 7

**Welcome** » login or register

Order Online ∨    Store Finder    Weekly Ad    Help (/content/faq/)

Shop (index.php?uica=ctl_departments&uicb=shop&uicc=p)

» Grocery (search/all/?searchType=item&department[]=Grocery)

» Snacks (search/all/?searchType=item&department[]=Grocery&category[]=Snacks)

» Snack Factory Pretzel Crisps

Cart: 0 ∨

All ∨    Sec    Go

List:



List: 0 ∨

# Snack Factory
# Buffalo Wing Pretzel Crisps

Select a store to see pricing.

6.00 Oz.

—    1 Each    ✛

**Add to List**        **Add to Cart**

**Product Info**    Directions    Ingredients    Warnings

Snack Factory® Baked Bold & Spicy Buffalo Wing Deli Style Pretzel Crisps®.Thin, crunchy pretzel crackers.Rethink Your Pretzel!®. 0g trans fat.0g saturated fat.0mg cholesterol.110 calories.Crunch' em. Crack'em. Dip'em. Stack'em™.Pretzel Crisps® are a

0g trans fat br 0g saturated fat br 0mg cholesterol br 110 calories br Crunch' em Crack'em Dip'em Stack'em br Pretzel Crisps are a modern twist on an old favorite They're the best part of the pretzel all the flavor and crunch you

## All Departments (/shop /departments/) Grocery

Baby Store (/search /products/?dept=Grocery& category=Baby+Store& searchType=item& clearSearch=1)

Baking (/search/products /?dept=Grocery& category=Baking& searchType=item& clearSearch=1)

Beverages (/search /products/?dept=Grocery& category=Beverages& searchType=item& clearSearch=1)

Boxed Meals & Side Dishes (/search/products /?dept=Grocery& category=Boxed+Meals+%26+Side+ searchType=item& clearSearch=1)

Bread & Bakery (/search /products/?dept=Grocery& category=Bread+%26+Bakery& searchType=item& clearSearch=1)

 Fred Meyer    Delivery    Fred Meyer Direct

MENU

  

What are you looking for today?      $0.00

Home > Snack Factory Gluten Free Original Pretzel Crisps



# Snack Factory Gluten Free Original Pretzel Crisps

5 oz   UPC: 0004950825006

Select a store to view price

**Gift Cards**

**Lists**

**Weekly Ad**

**Digital Coupons**

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 4 of 55



# Two new flavors at Pretzel Crisps

**By Elaine Watson**

19-Jun-2018 - Last updated on 19-Jun-2018 at 00:26 GMT



Snack Factory is adding two new flavors to its Pretzel Crisps line: Sourdough and Cinnamon Sugar.



Two new flavors at Pretzel Crisps



Who's ready for ice cream?



Noosa taps into customization trend with new mashup line



O.Vine offers non-alcoholic premium beverage made with wine grapes



JAVA HOUSE introd dual use liquid po

Case 3:17-cv-00652-KDB-DSC    Document 43-7    Filed 10/29/18    Page 5 of 55

Copyright - Unless otherwise stated all contents of this web site are © 2018 - William Reed Business Media Ltd - All Rights
Reserved - Full details for the use of materials on this site can be found in the Terms & Conditions



QFC     Delivery

MENU

What are you looking for today?

$0.00

Home > Snack Factory Organic Original Pretzel Crisps



# Snack Factory Organic Original Pretzel Crisps

9.35 oz  UPC: 0004950825075

Select a store to view price

**Gift Cards**

**Lists**

**Weekly Ad**

**Digital Coupons**

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 7 of 55

Case 3:17-cv-00652-KDB-DSC　　Document 43-7　　Filed 10/29/18　　Page 8 of 55

# Pretzel Crisps, Buffalo Wing

Snack Factory (/brand/snack-factory/products/51db37c8176fe9790a8995ab)

## Nutrition Facts

Pretzel Crisps, Buffalo Wing

Serving Size: 10 crackers (28g)

**Amount Per Serving**

**Calories** 110                Calories from Fat 14

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | **2%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 540mg | **23%** |
| **Total Carbohydrates** 22g | **7%** |
| Dietary Fiber 1g | **4%** |
| Sugars 2g | |
| **Protein** 3g | |

| | |
|---|---|
| Vitamin A | 2% |
| Vitamin C | 0% |
| Calcium | 0% |
| Iron | 0% |

* Percent Daily Values are based on a 2000 calorie diet.

**INGREDIENTS:** wheat flour, seasoning (whey, cheddar cheese [pasteurized milk, cheese cultures, salt, enzymes], palm oil, salt, maltodextrin, buttermilk, dried onion, disodium phosphate, sodium caseinate, tomato powder, citric acid, spice, nonfat milk, sucrose, natural flavors, autolyzed yeast extract, dried garlic, turmeric extract (color), annatto extract (color), paprika extract (color), disodium inosinate, disodium guanylate and less than 2% silicon dioxide [processing aid]), soybean oil, sugar, salt, malt syrup (corn syrup, malt extract), soda.

Low Fat (/diet/low-fat)

📱 Nutritionix App (/app)

Source of Calories

How long would it take to burn off 110 KCal?

| Walking (3mph) | 30 minutes |
|---|---|
| Running (6mph) | 11 minutes |
| Bicycling (10mph) | 15 minutes |

Values estimated based on person weighing 140 lbs. Login (/login) to personalize.

Barcode Scans ℹ️

This product has been looked up 65 times in the last 30 days

**a** Find on Amazon (https://www.amazon.com /gp/search?ie=UTF8&camp=1789&creative=9325& index=grocery& keywords=Snack%20Factory%20Pretzel%20Crisps %2C%20Buffalo%20Wing&linkCode=ur2& tag=nutritionix07-20)

Related products from Snack Factory:

Pretzel Crisps, Buffalo Wing (/i/snack-factory/pretzel-crisps-buffalo-wing/51c3d6df97c3e6d8d3b5410d)
Pretzel Crisps, Deli Style, Buffalo Wing (/i/snack-factory /pretzel-crisps-deli-style-buffalo-wing/51c53dfd97c3e6efadd5a42c)
Buffalo Wing Pretzel Crisps (/i/snack-factory/buffalo-wing-pretzel-crisps/5457c245d96aea436af258dc)
Buffalo Wing Pretzel Crisps (/i/snack-factory/buffalo-wing-pretzel-crisps/56b006caa0647353010fe8bc)
Pretzel Crisps, Buffalo Wing (/i/snack-factory/pretzel-crisps-buffalo-wing/56dfec522c93fba9556c0342)

Browse all Snack Factory products (/brand/snack-factory /products/51db37c8176fe9790a8995ab)

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 9 of 55



## Ingredients

wheat flour, seasoning (whey, cheddar cheese [pasteurized milk, cheese cultures, salt, enzymes], palm oil, salt, maltodextrin, buttermilk, dried onion, disodium phosphate, sodium caseinate, tomato powder, citric acid, spice, nonfat milk, sucrose, natural flavors, autolyzed yeast extract, dried garlic, turmeric extract (color), annatto extract (color), paprika extract (color), disodium inosinate, disodium guanylate and less than 2% silicon dioxide [processing aid]), soybean oil, sugar, salt, malt syrup (corn syrup, malt extract), soda.

Last updated: 05/31/18 03:08AM
Source: Nutritionix Grocery Database (/database)
Region: US

Case 3:17-cv-00652-KDB-DSC Document 43-7 Filed 10/29/18 Page 10 of 55

**CUSTOMER LOGIN    REGISTER    GET STARTED WITH RESNICK** ⌄



*Driving Forward, Delivering Success*

Home ▸ Product ▸ Snacks ▸ Pretzel Crisps **PRETZEL CRISPS**     PRINT     EMAIL



## Pretzel Crisps Original 3oz.

Case 3:17-cv-00652-KDB-DSC    Document 43-7    Filed 10/29/18    Page 11 of 55



**Pretzel Crisps Buffalo Wing 3oz.**



**Pretzel Crisps Garlic Parmesean 3oz.**

# Snacks

**Goodness Knows Bar**

**Promax bar**

Case 3:17-cv-00652-KDB-DSC    Document 43-7    Filed 10/29/18    Page 12 of 55

**Odwalla Bar**

**Cliff**

**Emerald Tube**

**Hershey Tube**

**Wonderful Tube**

**Snack Club**

**Bigs Seed**

**Jack Links**

**Krave Beef**

**Popcorn Indiana**

**Chex Mix**

**Kettle Potato Chips**

**Andy Capp's Fries**

**Kashi Go Lean**

**Think Thin**

**Got Milk**

**Pretzel Crisps**

**Hostess**

# Email Newsletter Signup

Keep informed of new items, industry trends and much more.

SIGN UP NOW

T: **800-828-3865**      F: **732-296-8919**

© Resnick Distributors 2016

Company      Privacy Policy      Disclaimers      Contact Us

**WELLNESS (/WELLNESS)**

# Snack Factory Launches USDA-Certified Organic Pretzel Crisps

*By **Rebekah Marcarelli (/profile/rebekah-marcarelli)** on Feb. 09, 2017*

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 15 of 55



**Snack Factory (http://pretzelcrisps.com/)** Pretzel
Crisps launched its newest variety, Organic Original Pretzel
Crisps. As the latest better-for-you snack offering within the
Snack Factory portfolio, Organic Original Pretzel Crisps are also
Non-GMO Project verified and will be available for a limited time

nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," says Eric Van De Wal, vice president of marketing and innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors.

## TRENDING

(/fresh-food/quiz-your-store-naturally-appealing)

(/retailers/publix-raise-worker-wages-again)

(/retailers/raleys-owner-talks-hotly-debated-food-topics-new-youtube-series)

**FRESH FOOD (/FRESH-FOOD)**
Quiz: Is Your Store Naturally Appealing?
(/fresh-food/quiz-your-store-naturally-appealing)

**RETAILERS (/RETAILERS)**
Publix to Raise Worker Wages—Again
(/retailers/publix-raise-worker-wages-again)

**RETAILERS (/RETAILERS)**
Raley's Owner Talks Hotly Debated Food Topics in New YouTube Series
(/retailers/raleys-owner-talks-hotly-debated-food-topics-new-youtube-series)

# MORE FROM OUR PARTNERS

(/fresh-food/quiz-your-store-naturally-appealing)

**Quiz: Is Your Store Naturally Appealing?**
(/fresh-food/quiz-your-store-naturally-appealing)

(/retail-foodservice/4-ways-boost-holiday-convenience-

**4 Ways to Boost Holiday Convenience with Prepared Foods**
(/retail-foodservice/4-ways-boost-holiday-convenience-prepared-foods)

(/cpg/attracting-shoppers-grass-fed-dairy)

**Attracting Shoppers with Grass-Fed Dairy**
(/cpg/attracting-shoppers-grass-fed-dairy)

(/retail-foodservice/hot-food-bars-dish-comfort-fare)

**Hot Food Bars Dish Up Comfort Fare**
(/retail-foodservice/hot-food-bars-dish-comfort-fare)

(/retail-foodservice/real-shoppers-real-feedback-deli)

**Real Shoppers with Real Feedback on Deli**
(/retail-foodservice/real-shoppers-real-feedback-deli)

Case 3:17-cv-00652-KDB-DSC Document 43-7 Filed 10/29/18 Page 18 of 55



This site uses cookies. By continuing to browse this Business Wire site (and/or any other Busine website), you accept the use of cookies. Learn more (/portal/site/home/privacy/)



I agree

# Snack Factory® Introduces USDA-Certified Organic Pretzel Crisps®



Snack Factory® Organic Original Pretzel Crisps® (Photo: Business Wire)

February 07, 2017 08:00 AM Eastern Standard Time

CHARLOTTE, N.C.--(BUSINESS WIRE)--Snack Factory® Pretzel Crisps®, the world's first – and the original – flat-baked pretzel cracker, today announces the launch of its newest variety, Organic Original Pretzel Crisps. As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, Vice President of Marketing and Innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have the same great taste and crunch that fans have grown to love for more than a decade. At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The new variety can be found in the deli section at local grocery stores nationwide starting February 2017. For more information about the entire Pretzel Crisps range, please visit: pretzelcrisps.com.

**ABOUT SNACK FACTORY® PRETZEL CRISPS®:**

Since 2004, Snack Factory® Pretzel Crisps® have reinvented the pretzel category, winning over the hearts and taste buds of snackers everywhere as the world's first – and the original – pretzel-shaped cracker. Snack Factory Pretzel Crisps are made with nutritious and simple ingredients, without any trans fat, saturated fat or cholesterol. With dozens of delicious and savory flavors to choose from, it's no wonder Snack Factory Pretzel Crisps are the go-to snack for dipping, topping, pairing and sharing!

**ABOUT SNYDER'S-LANCE, INC.**

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Iowa, Wisconsin, and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brands®, Cape Cod®, Snack Factory® Pretzel Crisps®, Pop Secret®, Emerald®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the company's corporate web site: www.snyderslance.com.

**Contacts**
marlo marketing
Erin DeVito, 617-375-9700
edevito@marlomarketing.com

This site uses cookies. By continuing to browse this Business Wire site (and/or any other Business Wire website), you accept the use of cookies. Learn more (/portal/site/home/privacy/)

I agree

King Soopers     Delivery

MENU



 

What are you looking for today?

$0.00

Home > Snack Factory Original Pretzel Crisps



# Snack Factory Original Pretzel Crisps

7.2 oz   UPC: 0004950800600

Select a store to view price

**Gift Cards**

**Lists**

**Weekly Ad**

**Digital Coupons**

Case 3:17-cv-00652-KDB-DSC    Document 43-7    Filed 10/29/18    Page 22 of 55

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 23 of 55

# THE HUMMUS BLOG

**Eat hummus. Give chickpeas a chance...**

ABOUT US    CONTACT-US    HOME101    PRIVACY POLICY

News Ticker    May 13, 2016 in Hummus in Review: **10 secret hummus places in Israel**

## Hummus with Pretzel Crisps?!

Posted on June 19, 2007 by Shooky Galili in Health & Diet, Hummus, Stories and Anecdotes, The Hummus Market // 17 Comments

**Yes, I admit to have eaten the delicacy mentioned in the title once or twice, I'm not proud of that though. And I never tried to convince myself that packaged hummus with pretzels will be good for me, or that it tastes good.**

In this blog, I already discussed the poor situation of hummus in America, a few times before. Some of the questions asked here by my readers, also shed some light on the subject.



**Sabra Greek Olive Hummus.**

Yet, I was somewhat surprised to read about the new Sabra snack on Jewish Press.

Sabra To Go (and a similar product from the competing Tribe brand) is a combination of packaged hummus with Pretzel Crisps. Something that most the hummus lovers I know wouldn't admit of ever eating. We've all tried it of course. It is a reasonable solution to a state of serious hunger, when all you have is leftovers of both hummus and pretzels.

Of course this is not a very nutritious choice, nor is it dietary or even that tasty. Not compared to real homemade hummus, or a hummus served at a good hummus place. It's an OK food I guess. A little better than the regular junk.

But of course the Jewish Press reporter wouldn't know real hummus if it hits him on the head. This is what he says:

"Hummus is increasingly being marketed as the 'new food' of the kosher connoisseur and is popular on the Shabbos table as well as for a snack. Hummus today comes in a variety of flavors, ranging from Classic Hummus, perhaps the most popular in Israel and elsewhere in the Middle East, to more exotic flavors like Roasted Red Pepper, Spicy Hummus, Greek Olive Hummus, and more."

Sad.

hummus-in-america    packaged-hummus

Tweet

← **Previous article**        **Next article** →

### 15 Comments on Hummus with Pretzel Crisps?!

omni // June 25, 2007 at 1:55 pm // Reply

There are traditionalists who might object to the combination suggested in the title, however, these old-school notions can be put aside if we regard hummus for what it is....a DIP.

### Recent Posts

Why the Hummus Crisis is, in fact, "fake news"
10 secret hummus places in Israel
May 13: Hummus Day 2016
Ben Carson: hummus is a terror organization
Sex, Drugs and Hummus: Israel in the eyes of young American
When the Chinese start selling Hummus to the Americans
Real Hummus Recipe
Chickpea and Spinach Salad Recipe
Banza: the pasta made of chickpeas
Sabra issues nationwide recall of 30K Hummus cases

### Recent Comments

Mia on **Q&A: Israeli vs. Lebanese Hummus**

Cammy on **Real Hummus Recipe**

Shooky Galili on **Real Hummus Recipe**

Cammy on **Real Hummus Recipe**

Brendon on **Hummus: is it Israeli or Arab?**

Lewis Sweeney on **Real Hummus Recipe**

Lynn on **Hummus in Perspective: Chickpea Varieties**

Amanda Riegel on **Real Hummus Recipe**

Shooky Galili on **Real Hummus Recipe**

Shooky Galili on **Hummus: is it Israeli or Arab?**

### E-mail updates

Enter your email address:

Subscribe

### Search the Hummus Blog

To search, type and hit enter

### Stay connected

### In this blog...

All Recipes
Falafel & Pita
Health & Diet
Hummus
Hummus in Review
Shopping & Tips
Stories & Anecdotes
Tahini & Sesame
The Hummus Market
The Science of Chickpea
World of Hummus

Case 3:17-cv-00652-KDB-DSC    Document 43-7    Filed 10/29/18    Page 24 of 55

When categorized thus, the culinary approach to this precious staple food can be broader.

The creaminess of hummus matches perfectly with crunchy grain-based products such as pretzels, crackers, toast and my personal favorite: bread-sticks. In fact, a good cracker can even cover-up for poor quality hummus such as the one I regularly consume.

When hard at work in front of a comp screen, writing replies such as this one, there is nothing easier then to take out my cheap commercial-brand hummus straight from the fridge and dip the bread sticks in. Its quite filling and I can go on for hours not needing much else.

Another advantage is that there is no mess since all the crumbs stick to the hummus and there are no dishes to wash afterwards.

It's cheap too.

 Samira Hamdoun // July 24, 2007 at 6:25 pm // Reply

i am happy to find out about the hummus 101 website and agree that homemade hummus tastes a lot better than the processed-packaged Hummus.
I grew up in Beirut where Hummus is like olives. We eat it as a snack or appertizer with all meals. It is always in the fridge, and freshly made from overnight soaked beans and fresh lemon juice and garlic plus the Lebanese great Tahini Sauce.

I started making my homemade Hummus at Formaggio Kitchen store, a gourmet food store located in Cambridge, Massachussets almost three months ago and it is selling very well. I was surprised that more Americans knew about it than I had expected.

The idea came to me when lots of my colleagues and faculty I work with at Harvard Univeristy, some of whom are jewish who tried my homemade Lebanese Hummus asked if I could sell it. They told me that the hummus they buy in the store had preservatives and too much soduim, and didn't taste as fresh as mine.

Formaggio Kitchen has chefs who cook every day fresh meals.
I am making more Hummus each week as the demand is growing. I introduced the kalamata olives and roasted red peppers flavors in addtion to the original one. I am also making fresh Tabbouleh Salad and Babaganough. No one makes it as I do for any stores around here.

i am thinking about making more and deliver it to other stores, so more people can enjoy the taste and health benefits of homemade hummus. I need capital to rent or buy a commercial kitchen but don't have money to start my own business. Can anyone make suggestions how to start my homemade hummus business?

I am thinking about making it for other stores too but need capital to rent or buy a commercial kitchen.

 shooky // July 24, 2007 at 9:21 pm // Reply

Dear Samira,

In my house, hummus was also a kind of something you put on the table aside other dishes. We also had tahini with every meal. We have very good tahini in Israel two (although most of them come from Nablus).

Congratulations for your entrepreneurship. It seems like a very goof idea, and I'm glad that you're doing fine. It all sounds very exciting (except for the chili and olive stuff – sorry, don't care for such variations much).

here are a few tips:

A. It sounds like you can use an investor, and making a well written BUSINESS PLAN could be an important step in that direction. There are many good how-to books about BPs, and probably lots of useful resources online.

B. Why don't you set up a website, or even a nice blog, about your new business? Shoot some nice photos of the hummus and other goods, give one or two "secret recipes", tell the story of your business – and so on.

C. I, for one, will like very much to write about it here when it happens. Who knows – maybe one of our readers would like to invest...

Good luck.

 Samira Hamdoun // July 24, 2007 at 9:47 pm // Reply

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 25 of 55

Dear Shook,

Thank you for your comment and kind wishes.

Yes, it is exciting to have a business opportunity but it also requires lots of thinking and planning.

I did think about having an investor, and I am aslo thinking about starting small on my own. The Market is new and the competitors such as Sabra are big and got financial resources for adverstisement and nice packaging. I am feeling good about this business opportunity because the other products are not homemade and don't have the same health benefits.

Thank you for the idea about creating a website with photos of the hummus and the other goods. I agree with you when you said that you would not care for the other variations of hummus with olives or Chili. Here in the US, people like to get variety of choices. It is a different culture than ours in the Middle East.

Thank you for offering to wrtie about it from your end. You never know, maybe it would happen. I actually talked to an Israeli faculty who was visiting Harvard this year about investing in my hummus.
He liked eating my hummus so much and encouraged me to sell it to Formaggio Kitchen. He and I joked about starting a Lebanese and Jewish business together. We predicted that it would be very successful since it would bring two of the best business people in the Middle East (Lebanese & Jews).

 shooky // July 24, 2007 at 10:09 pm // Reply

Samira –

The link is from the Hebrew version of this blog, and there's also one from my personal blog. Who know...

That's a great story you have, with very good vibes. I do hope you'd make it big. Don't forget to tell me when there's where to link. Meanwhile, feel free to shoot a photo or two and send us so we can give a nice intro.

 Samira Hamdoun // July 24, 2007 at 10:42 pm // Reply

Dear Shooky,

Sorry I misspelled your name earlier.

I will shoot photos of my homemade Hummus and other food I am making for Formaggio Kitchen in cambridge, Massachusetts and send it to you. Every saturday I put a sampling table for people to taste the food. When People try it they go crazy about the creamy taste of "Samira's Hummus" that the name of my hummus. It was suggested by the owner of the store.

If I wanted to create my own website, do I have to pay a fee for it?
I know the basic about creating new website, but my son Amir 17 and my daughter Yasmeen could help me.

Please send me your email address so I can send the photos as attachments.

 zeevgaii // July 24, 2007 at 11:12 pm // Reply

Hi Samira, I just read what shooky wrote about your endeavor to unleash some good hummus out of the middle east. you have my best wishes !

Good luck 
Tal.

 Elad // July 25, 2007 at 7:29 am // Reply

Hi Samira,

You mentioned in your reply to Shooky that "Sabra are big and got financial resources for advertisement and nice packaging." – that shouldn't stop you!

Word of mouth would do you better than any advertisement... And you can beat Sabra's size and packaging by offering to take back boxes from consumers, sterilize them and refill them – thus turning your product to a green product, which might better appeal to people out there – eating a good humus and not creating more waste at the same time.

Anyways, good luck with it!

Seg // July 26, 2007 at 1:34 pm // Reply

Hey Samira,

Its great to hear your story, it all sounds like a truly wonderful initiative!

I was just on a long trip in Germany, and before I came back I talked with my friend in Munich about opening a Humosia there. Yeah, if not in Munich, then somewhere else in Bavaria/Bad-Württemberg. I think it could really work – not only in Germany, but also in the United States. I feel it has a nice.. virgin.. market. It could even be better if it will be opened with a muslem-jewish parternership. Not only it could be fun, but it could also be a great way to spread a message of unity and peace.. (something which obviously also has a strong effect on marketing).
Have no fear. If you open a place with fresh humos, the israelis will definitely be hanging there. Industrial packed humos can never ever compete with good, homemade, humos – every 5 yrs old knows that here. There might not be a *humos culture* in the USA, so people dont know that, but they'll learn fast.

GOOD LUCK.. I wish you all the best..
Itay.

p.s. I might go in the Humos Biz.., can you please email me? Im at =zInS at yahoo dot com=. I'll just save it.. and maybe ill be able to help you somehow sometimes soon. Not sure, uhm, but it'll be good to have you in my contacts.

Samira Hamdoun // July 26, 2007 at 5:17 pm // Reply

Hi Seg,

Thank you for your support and kind wishes. Good luck to you too on openning a Humos store in Germany. Is Humos popular in Europe as it is in the Middle East?

I agree that the market is still new ... or "virgin" as you called it, and there is room for people like us ( who grew up on Humos) to make it big with careful planning and good marketing strategies.

I like what you wrote about having a muslim-jewish partnership or in my case a Lebanese-Israli partnership and how you described it as a message of peace and unity. AS a marketing idea, I think it is great.

I am not afraid of other competitors in the US such as Sabra who use very attractive and colored packaging, I have a great confidence that my homemade Humos will sell better when more and more people get the chance to try it.

Best of luck to you too.

my email is [shamdoun@law.harvard.edu]

Samira Hamdoun // July 26, 2007 at 8:52 pm // Reply

Hi Elad,

Thank you for your advice about sterilizing the containers and making my Hummus product green products. It is a great idea and it may appeal to a lot of people who believe in saving the environment.

Sabra's colorful and commercial packaging will not scare me. Just today, I brought a sample of my hummus to a store that sells Sabra's Hummus to
sell it there. I will let you what the manager will say.

Bobby // December 11, 2007 at 12:59 am // Reply

Great idea, Samira! Best wishes to you and your business I am sure you will prosper. (I love hummus and I think its a great idea to make it more natural and healthier!)

hummus lover // April 23, 2009 at 12:58 am // Reply

That was a joke right? The whole Samira thing?

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 27 of 55



Vinny // July 16, 2009 at 6:02 am // Reply

I do not like the Sabra brand, their hummus has artificial (cancer causing) preservatives in it (like potassium sorbate!), and has canola oil instead of olive oil, that's just not acceptable in my view for hummus.

shooky // July 16, 2009 at 4:02 pm // Reply

Vinny – I doubt it if there's anything that causes cancer in Sabras hummus, although it's true that packaged hummus is not very healthy.

BTW, there's nothing wrong with canola oil (it's rich in Omega-3 for example), only hummus should NOT contain oils of any kind. The only fatty ingredient hummus needs is tahini – oils are a cheap alternative, used by cheap people.

## 2 Trackbacks & Pingbacks

חומוס להמונים » להיט בארה"ב: חומוס עם בייגלה

חומוס להמונים » סמירה יוצאת לכבוש את ארה"ב

## Leave a Reply

Enter your comment here

Copyright © 2018 | MH Magazine WordPress Theme by MH Themes

 **Ship**

Home ❯ Pantry ❯ Snacks & Candy ❯ Chips & Pretzels ❯ Snack Factory Pretzel Crisps® Minis Original -- 6.2 oz

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 29 of 55



# Snack Factory Pretzel Crisps® Minis Original -- 6.2 oz

★★★★★ 5.0 | (1)

Write a review

K    NG

## $2.29

Add to Cart

## 100% Satisfaction Guarantee

If you're not satisfied with any item, please contact Customer Service and we'll be happy to assist you.

At this time, we do not ship to Alaska, Hawaii, U.S. Territories or addresses outside of the United States. We apologize for any inconvenience.

## Recommended For You



$3.12

Listerine Gentle Gum Care Woven Floss Mint -- 50 Yards

★★★★★

Add to Cart



$5.22

Kroger Maraschino Cherries -- 28 oz

★★★★★

Add to Cart

Details          Product Reviews

# Product Description

- SKU: #049508002161
- Shipping Weight: 0.43 lb

- Thin, Crunchy Pretzel Crackers
- Rethink Your Pretzel!
- Baked • All Natural • Big Flavor • Mini Bites
- 42 Minis = 110 Calories per Serving

To Pretzel Crisps Lovers of All Sizes:

This is a package of bite-size Minis from Pretzel Crisps.

We made them especially tiny for kids of all ages, from 5 to 95.

Because sometimes you just want a teeny bite of something wonderful.

So go ahead and try our special recipe - we guarantee they're as wholesome and delicious as our regular Pretzel Crisps.

Just tinier!

# Nutrition Facts

## Nutrition Facts
Serving Size: 42 Crackers (28 g)
Servings per Container: About 6

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 110 | |
| Calories from Fat | 0 | |
| Total Fat | 0 g | 0% |
| Saturated Fat | 0 g | 0% |
| Trans Fat | 0 g | |
| Polyunsaturated Fat | 0 g | |
| Monounsaturated Fat | 0 g | |
| Cholesterol | 0 mg | 0% |
| Sodium | 330 mg | 14% |
| Total Carbohydrate | 23 g | 8% |
| Dietary Fiber | 1 g | 4% |
| Sugars | 2 g | |
| Protein | 3 g | |
| Vitamin A | | 0% |
| Vitamin C | | 0% |
| Calcium | | 0% |
| Iron | | 0% |

Other Ingredients: Wheat flour, sugar, salt,
malt syrup (corn syrup, malt extract), soda.
Contains: wheat.
Made in a facility that processes milk and soy.

# We Also Suggest





$2.66

Amy's Organic Soups Quinoa Kale
& Red L...

 (21)



$5.09

Seventh Generation Paper Towels --
2 Rolls

 (6)



$2.47

Enjoy Life Lentil Chips Glut
Garlic...

 (22)

All Contents © Copyright 2018 The Kroger Co. All Rights Reserved



MIGHTY OAK

Home        About        Client Work        Mighty Originals
                         Contact



To show the many ways that Snack Factory's Pretzel Crisps can be served for the holidays, we worked with Bon Appétit to throw a pretzel party. We "dressed up" three pretzels in hand crafted paper hats and bow tie, pairing them with a variety of unexpected food combinations. Even the party confetti was styled out of minced mango and onions! Hand-drawn titles were created for each personality, while our post team chose unique sound effects for every shimmy and shake.

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 33 of 55





**Agency:** Bon Appétit Magazine (Condé Nast)
**Client:** Snack Factory

**Creative Director:** Emily Collins
**Creative Producer:** Jess Peterson
**Art Director and Stylist:** Minkyung Chung
**Stop Motion Animator:** Hayley Morris
**Post FX:** Marisha Falkovich

hi@mightyoakgrows.com

+1 347-670-4463

Mighty Oak LLC,  All Rights Reserved.



# Pretzel Crisps Pretzel Crackers, Deli Style, Sesame
**$2.99** | 7.2 oz

◁ **Back** | Shop / Deli / Self-Ser… / **Crackers**

## Substitution

| Best comparable | ⌄ |
| --- | --- |

SKU/UPC: 00049508006190

Location : Aisle DEL

**Description**　　Nutrition　　Ingredients

Thin, crunchy pretzel crackers. Rethink your pretzel! Baked. All natural. The original. Resealable for freshness. 0 g trans fat. 0 g saturated fat. 0 mg cholesterol. 110 calories. Crunch 'em. Crack 'em. Dip 'em. Stack 'em. Pretzel Crisps are a modern twist on an old favorite. They're the best part of the pretzel - all the flavor and crunch you love - but lighter, crispier and more versatile than ever before. Whether you like them plain, dipped, or paired with your favorite toppings, we're sure you'll enjoy this wholesome snack as much as we do. One bite and you'll rethink your pretzel! Rethink your pretzel now. www.pretzelcrisps.com. Facebook. Facebook.com/PretzelCrisps. www.pretzelcrisps.com. Made in USA.

facebook.com/sharer/sharer.php?u=https://www.myfooddiary.com/foods
tory-pretzel-crisps-buffalo-wing) (https://twitter.com/share?url=https:
.com/foods/7214131/snack-factory-pretzel-crisps-buffalo-wing&
acts%20for%20Snack%20Factory%20Pretzel%20Crisps%20-%20Buffalo%20Wing.&
(https://plusone.google.com/_/+1/confirm?hl=en&url=https:
.com/foods/7214131/snack-factory-pretzel-crisps-buffalo-wing)

## Snack Factory (/brand/snack-factory)
# Pretzel Crisps – Buffalo Wing

# Nutrition Facts

Serving Size | 10 crackers

↻ 10 crackers = 28g

**Amount Per Serving**
## Calories 110

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | **2%** |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 540mg | **23%** |
| **Total Carbohydrate** 22g | **7%** |
| Dietary Fiber 1g | 4% |
| Sugars 2g | |
| **Protein** 2g | |



Burn 110 Calories in 20 minutes

### Top Snack Factory Items

**Snack Factory**
Pretzel Crisps – Original
(/foods/7214128/snack-factory-pretzel-crisps-original)
11 crackers (28g)

Log food

We use cookies to improve your experience. By continuing to use our site, you agree to our **privacy policy (/home/privacy/)** and our use of cookies. ✖

| | |
|---|---|
| Vitamin A 100 IU | 2% |
| Vitamin C 0mg | 0% |
| Calcium 20mg | 2% |
| Iron 1.4mg | 8% |

*The % Daily Value (DV) tells you
how much a nutrient in a serving
of food contributes to a daily diet.
2,000 calories a day is used for
general nutrition advice.

Add to Food Diary ()

**Snack Factory**
Pretzel Crisps – Everything
(/foods/7214129/snack-
factory-pretzel-crisps-
everything)
11 crackers (28g)

Log food

**Snack Factory**
Pretzel Crisps – Sea Salt &
Cracked Pepper (/foods
/7214133/snack-factory-
pretzel-crisps-sea-salt-
cracked)
10 crackers (28g)

Log food

## Source of Calories

Protein 7.3%    Fat 12.3%

Carbs 80.4%

g food

g food

mustard-onion)
10 crackers (28g)

**Snack Factory**
Pretzel Crisps – Gluten Free –
Original (/foods/7214134
/snack-factory-pretzel-crisps-
gluten-free-original)
14 crackers (28g)

Log food



We ... continuing to use our site, you agree to our **privacy policy**
**(/home/privacy/)** and our use of cookies.

✖

**Snack Factory**
Pretzel Crisps – Dark
Chocolate Crunch (/foods
/7214139/snack-factory-
pretzel-crisps-dark-chocolate-
crunch)
5 crackers (28g)

Log food

**Snack Factory**
Pretzel Crisps – Sesame
(/foods/7214132/snack-
factory-pretzel-crisps-
sesame)
11 crackers (28g)

Log food

**Snack Factory**
Pretzel Crisps – Gluten Free –
Original (/foods/7214135
/snack-factory-pretzel-crisps-
gluten-free-original)
Minis
35 crackers (28g)

Log food

# A Healthier You Starts Today

Sign Up (https://www.myfooddiary.com/join)

(http://pinterest.com/myfooddiary/) (https://twitter.com
/MyFoodDiary) (https://www.facebook.com





MyFoodDiary

/MyFoodDiaryOfficial/) © 2018

Terms of Service (/home/terms) | Privacy Policy (/home/privacy) |

We use cookies to improve your experience. By continuing to use our site, you agree to our **privacy policy**
**(/home/privacy)** and our use of cookies.

Security Statement (/home/security)



We use cookies to improve your experience. By continuing to use our site, you agree to our **privacy policy (/home/privacy/)** and our use of cookies.

Case 3:17-cv-00652-KDB-DSC    Document 43-7    Filed 10/29/18    Page 40 of 55





Find your store: [Enter Zip Code] [GO]

Search jewelosco.com [GO]

Sign in | Register

*mymixx*   Savings   Shop   Pharmacy   Healthy Living   Recipes   Departments   Blog



HEALTHY HINTS   RECIPES   PHARMACY   FOOD TIPS   UNCATEGORIZED   REGISTERED DIETITIANS   more ▼



GAME DAY

## Beat the Big Game Munchies with NatureSweet® SunBursts®

When most of us think of the Big Game we think of get-togethers full of our favorite not-so-healthy snacks. But, January is also the time of year when dedication to our health and nutrition goals ar...

Football, Healthy Eating, Recipes, Registered Dietitians



There are no more posts!

HEALTHY HINTS

## Rx Blog: Game day plan for people with diabetes

Carbohydrates, Diabetic, Diabetic Friendly, Football, High Protein, Low Carb, Meal Plan, Superbowl



FOOD TIPS

## 4 Delicious Dips for 'Homegating'

Football season is in full swing. Get the whole team together and host a championship 'homegating' party! You will be named MVP in no time with these four delicious dips. From sweet to savory and ...

Fall, Football, Game Day, Recipes, Tailgating



GAME DAY

## Take Home a Tailgate W!

What does fall mean to you? To some, it's the crunch of leaves beneath your feet. To others, it's the brisk way your lungs fill up when you first breathe outside. To us? It means TAILGATE T...

Appetizers, Football, Football Season, Game Day, Homegate, Kraft, Lasagna, Monkey Bread, Quesadilla, Queso, Snacks, Sweets, Tailgate



FOOD TIPS

## 5 Winning Tailgating Tips & Recipes

Football season is in full swing and, more importantly, so is tailgating! Gear up for game day and a tailgate worthy of a touchdown dance with these five winning tips and recipes.

Food, Football, Snacks, Sports, Tailgating



GAME DAY

## Tasty Tips for Eating Smart on Game Day

There's nothing quite like the anticipation and excitement in the air during a game day weekend. Team colors are on full display, loyalties established, and everyone gets ready for the most deliciou...

Football, Game Day, Healthy Eating, Nutrition, Recipes, Registered Dietitians





GAME DAY

## Plan The Ultimate Tailgate!

September is here, and you know what that means: Football season, alumni shirts and...



Tailgate Season

FOOD TIPS

## Happy (and Healthy) Tailgates!



### RECIPES

## Creative Pretzel Crisps Recipes

Looking for a healthy snack? Then, you have to try these all-natural baked Pretzel Crisps recipes. They are the perfect little snack with a kick. Whether you are entertaining guests or just want to ha...

Football, Pretzel Crisps, Recipes, Snacks

### CHARITABLE GIVING

## Chicago Bears VS Miami Dolphins on 10/19...Brought to You by Jewel-Osco!

As the official Grocery Store of the Chicago Bears, Jewel-Osco is proud to be the sponsor of this upcoming Sunday's home game versus the Miami Dolphins at noon! When you watch the game, be sure t...

Bears Cares, Breast Cancer Awareness, Chicago Bears, Football, Jr Staley, Miami Dolphins, Score Great Deals

weekend tailgate parties! Feeding a whole household of hungry fans is never easy but fortunately, ...

Avocado Bean Dip, Dips, Football, Football Season,

### GAME DAY

## My Tailgate Rules! Winners

"Some people think football is a matter of life and death, I assure you, it's much more serious than that." -Bill Shankly We asked you to show us how your favorite tailgating moments. We had a gre...

Football, Game Day, Sweepstakes

Football season is here! Which means jerseys, rivalries, and most importantly, TAILGATING! Before you start digging into your traditional, greasy and sauce-covered recipes, give so...

Fall, Football, Football Season, Game Day, Healthy, Substitutes, Tailgate, Tailgating, Tips

### GAME DAY

## My Tailgate Rules! | Fall Football Promotion

Blue 32! Blue 32! Hut....Hut....HIKE! We are well into football season and what a season it has been. We'd like to celebrate our favorite time of year with you by being a part of your football tailg...

Football, Homegating, Sweepstakes, Tailgating

| Savings | Online Services | Our Company | Mobile Apps | Stay Connected | Contact Us | Blog: What's Cookin' |
|---|---|---|---|---|---|---|
| MyMixx – Digital | Online Prescription | About Us | Jewel Osco Mobile App | Facebook | Customer Support | Healthy Hints |
| Coupons | Refill | Our Brands | Rush Delivery App | Pinterest | Media Contacts | Recipes |
| Weekly Ad | Delivery / Pick Up | Leadership Team | Pharmacy Mobile App | Twitter | Investor Relations | Pharmacy |
| Gas Rewards | Order Cakes & Deli | Foundation | | YouTube | Take Online Survey | Food Tips |
| Coupon Policy | Trays | Sustainability | | | | Uncategorized |
| Find a Store | Gift Card Mall | Investors | | | ▷ AdChoices | Registered Dietitians |
| Local Store Directory | Floral and Gift Delivery | Consumer Information | | | | Meal Planning |
| | MoneyGram – Send | Suppliers | | | | Nutrition |
| | Money & Pay Bills | Real Estate | | | | Holidays |
| | | Calendar of Events | | | | Something Fresh |
| | | Careers | | | | |
| | | Product Recalls | | | | |

© 2018 Albertsons Companies, Inc. All Rights Reserved | Privacy Policy | Terms of Use | Accessibility Policy | Anti-Human Trafficking Disclosure | HIPAA Notice of Privacy Practices

**Stores**



Share This

**Snack Factory** Pretzel Crisps - Jalapeno Jack



**Add To List**

**Key Food (1750)**

Not your store?

## Details

7.20 oz
SKU / UPC: 049508006176

## Ingredients

Wheat Flour, Seasoning (Salt, Whey, Buttermilk (Cream), Garlic Powder, Onion
Powder, Monterey Jack Cheese Powder (Cultured Pasteurized Milk, Salt, Enzyme),

Jalapeno Powder, Spices, Natural & Artificial Flavors, Citric Acid, Parsley, Lactic Acid, Disodium Inosinate & Guanylate, and less than 2% Silicon Dioxide added to prevent caking), Soybean Oil, Sugar, Salt, Malt Syrup (Corn Syrup, Malt Extract).

## You May Also Like

| rr's - Pretzel Thins | Quinlan - Pretzel Thins | Snyder's of Hanover - Pretzels - |
|---|---|---|
| : 072600009646 | SKU: 052900031394 | SKU: 077975022122 |

| Snyder's of ver - Pretzels - | Snyder's of Hanover - Pretzels - | Snyder's of Hanover - Pretzels - |
|---|---|---|
| : 077975022252 | SKU: 077975022375 | SKU: 077975020265 |

| Snyder's of ver - Pretzels - | Snyder's of Hanover - Pretzels - | Newman's Own Organics - Pretzel |
|---|---|---|
| : 077975020258 | SKU: 077975020036 | SKU: 757645002004 |

Privacy Policy      Terms of Use

© 2018 MyWebGrocer, Inc.
All Rights Reserved

**Share This**

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 45 of 55



# SAUCEY

Enter a Delivery Address ⏷



🔍 What can we help you find?

SET YOUR DELIVERY ADDRESS TO SEE LOCAL PRICING AND DELIVERY OPTIONS.

SHOP
## PRETZEL CRISPS





**PRETZEL CRISPS
GARLIC PARMESAN
7.2 OZ**

**PRETZEL CRISPS
EVERYTHING
7.2 OZ**

Crispy thin and baked with a subtle yet savory garlic flavor.

Poppy and sesame seed, onions, garlic and a pinch of salt.

## SHOP BY CATEGORY





SET YOUR DELIVERY ADDRESS TO SEE LOCAL PRICING AND DELIVERY OPTIONS.

SPIRITS

MORE



# SAUCEY

Enter a Delivery Address ♥



SET YOUR DELIVERY ADDRESS TO SEE LOCAL PRICING AND DELIVERY OPTIONS.

| CITIES | COMPANY | PARTNERSHIPS |
|---|---|---|
| Los Angeles | Contact Us | Corporate Accounts |
| San Francisco | Terms of Service | Retail Partners |
| San Diego | Privacy Policy | Become an Affiliate |
| Chicago | Returns & Refunds | Become A Courier |
| Sacramento | Careers | |
| Oakland | Blog | |
| | Saucey Apparel | |

**GET THE APP**




*MADE IN L.A.*



# Pretzel Crisps Deli Style Everything Pretzel Crackers

**Select A Store To See Price**

**Substitution**

Best comparable ⌄

## DESCRIPTION

Thin, crunchy pretzel crackers. Rethink your pretzel! Non GMO Project verified. nongmoproject.org. Per 1 oz Serving (11 crackers): 110 calories; 0 g sat fat (0% DV); 190 mg sodium (8% DV); 2 g sugars. Crunch Read more

SKU/UPC: 00049508006206

Location : 16

## INGREDIENTS

Wheat Flour, Sugar, Seasoning (Sesame Seeds, Salt, Poppy Seeds, Dehydrated Onion, Dehydrated Garlic, Caraway Seeds), Malt Syrup.

## NUTRITION

7 servings per container

| Serving size | (11 crackers) |
|---|---|

Amount per 11 crackers

| Calories | 110 |
|---|---|

| % DV* | | |
|---|---|---|
| 2% | Total Fat 1g | |
| | Saturated Fat | |
| | *Trans* Fat | |
| 0% | Cholesterol | |
| 8% | Sodium 190 | |
| 8% | Total Carbs 24 | |
| 4% | Dietary Fiber 1 | |
| | Sugars 2 | |
| | Added Sugars | |
| | Protein 2 | |

Case 3:17-cv-00652-KDB-DSC    Document 43-7    Filed 10/29/18    Page 49 of 55

| 0% | Vitamin A |
|---|---|
| 0% | Vitamin C |
| 2% | Calcium |
| 8% | Iron |

* Contains: wheat. Made in a facility that processes milk and soy.

# **DuetsBlog**

Collaborations in Creativity & the Law

## **Packaging that Kills (a Trademark)**

By Steve Baird on March 3rd, 2014

Posted in Advertising, Articles, Branding, Food, Genericide, Law Suits, Loss of Rights, Marketing, Product Packaging, Trademarks, TTAB

Killer packaging is a good thing. It can increase sales and establish a stronger emotional bond between the consumer and the product brand. The current packaging of Snack Factory's Pretzel Crisps pretzel crackers might qualify as killer, but a long-anticipated and important trademark decision issued last Friday relied on an earlier version of the product packaging that was found to help kill the claimed Pretzel Crisps trademark on genericness grounds. Marketing, creative and design types should pay close attention to the Trademark Trial and Appeal Board's decision in Frito-Lay North America, Inc. v. Princeton Vanguard, LLC. Link to pdf of decision is here.

Case 3:17-cv-00652-KDB-DSC   Document 43-7   Filed 10/29/18   Page 51 of 55



In finding the compound term "Pretzel Crisps" to be generic for "pretzel crackers" the Board considered the packaging of cracker competitors that had used the term "crisps," it considered media references to "crisps" treating it interchangeable with "crackers," it considered dictionary evidence, it considered conflicting survey evidence and expert witness testimony, and it considered trade publications and magazine references with generic references to "pretzel crisps," but the most damning evidence was probably an early version of the nutritional facts portion of Snack Factory's Pretzel Crisps product packaging appearing on page 17 of the Board's decision, here (note how the Board mildly scolded Princeton Vanguard for trying to keep the image under wraps as confidential).

The Board found this self-inflicted damage to the claimed Pretzel Crisps trademark to be "instructive" of the issue of genericness, ultimately weighing all evidence to invalidate the claimed mark. It didn't matter that "crisps" was later removed from the nutritional facts information. Think of it as the first mistake that led to or justified the multitude of later generic references to "crisps" as being synonymous with "crackers."

As you may recall, we highlighted the damaging nature of that evidence a while back, by showing a side by side image of the nutritional facts section for early Pretzel Crisps packaging (on the left) and current packaging (on the right), treating "crisps" and "crackers" the same, as generic product references:



So, product package designers beware, what words you or others chose to apply to product packaging matters, and if done wrong, it can foil any plans to own exclusive rights in a brand name.

Marketing types, if you don't want to be the one to create evidence that kills the trademark on genericness grounds, stay in close touch with your favorite trademark type.

Last, trademark types, did you happen to notice how the Board omitted the words "primary" and "primarily" from its finding of genericness on page 27 — will that likely oversight be fixed or will it serve as a basis for appeal? Any predictions on whether we have the final word on this case yet?

Tags: Frito-Lay, Frito-Lay North America, Generic Words, Genericness, Pretzel Crackers, Pretzel Crisps, Princeton Vanguard, Subway

# DuetsBlog

Winthrop & Weinstine, P.A.
/
Suite 3500 / 225 South Sixth Street /
Minneapolis, MN 55402-4629
Telephone:
(612) 604-6400
/ Fax:
(612) 604-6800

Copyright © 2018, Winthrop & Weinstine, P.A. All Rights Reserved. Strategy, design, marketing & support by LexBlog

**Sign Up for Our Newsletters ❯**

# Parmesan-Pretzel Crisps

 *I usually have the ingredients on hand and it is so easy to make, guest's really think you have gone the extra mile.*
—Pauline Porterfield, Roxboro, North Carolina




### Read Next
**The Two Ingredients Meghan Markle Adds to Her Homemade Banana Bread**


**3 Musketeers Just Released a New Flavor, and It's INCREDIBLE**


**The Best Recipes Made By Grandmas From Every State**

☑ Test Kitchen Approved

☆☆☆☆☆ Be the first to review

FEATURED IN
**50 Fall Appetizers for Your Next Celebration**

*Taste of Home*

### Sign-up for recipes to your inbox

Recipes from real home cooks, tested in our kitchens and delivered right to your inbox!



Next Recipe ❯

Parmesan-Pretzel Crisps Recipe photo by Taste of Home

### Sign-up for recipes to your inbox

Recipes from real home cooks, tested in our kitchens and delivered right to your inbox!

Email Address          SIGN UP





☆ Rate    💬 Comment    ♡ Save    ⤴ Share    🖶 Print

 **Total Time**
Prep: 10 min. Bake: 10 min./batch

 **Makes**
about 3 dozen

## Ingredients

1-1/2 cups shredded Parmesan cheese

1/4 cup finely crushed pretzels

1/8 teaspoon crushed red pepper flakes

Pizza sauce and sliced fresh basil, optional

## Directions

1. Preheat oven to 350°. Toss together cheese, pretzels and red pepper flakes. Place 2 teaspoons mixture in each greased nonstick mini-muffin cup.

2. Bake until golden brown, 10-15 minutes. If desired, serve with pizza sauce and basil.

**Nutrition Facts**

1 crisp: 16 calories, 1g fat (1g saturated fat), 2mg cholesterol, 66mg sodium, 1g carbohydrate (0 sugars, 0 fiber), 1g protein.

*Originally published as Parmesan Cheese Crackers in Holiday & Celebrations Cookbook 2018*




How to Spatchcock a Turkey



Follow along as we show you how to make these fantastic recipes from our archive.

## Reviews

Log in to rate                    AVERAGE RATING: ☆☆☆☆☆



### More from Taste of Home

The Two Ingredients Meghan Markle Adds to Her Homemade Banana

3 Musketeers Just Released a New Flavor, and It's INCREDIBLE

The Best Recipes Made By Grandmas From Every State

30 of Our Most Stunning Pies to Inspire Your Holiday Baking



Taste of Home

Recipes          Kitchen
Holidays         Contests
Food News        Magazines
Home & Living    How-To

**Sign-up for recipes to your inbox**

Email Address          SIGN UP

Taste of Home is America's #1 cooking magazine.    SUBSCRIBE to the Magazine

**OUR BRANDS**  Reader's Digest | The Family Handyman | Birds & Blooms

About Us | Contests | RSS | Magazine Customer Service | Contact Us | Log In | Help | Press Room | Advertising |
Terms of Use | Privacy Policy | Your CA Privacy Rights | OneMain Financial Services | About Ads

© 2018 RDA Enthusiast Brands, LLC

https://www.tasteofhome.com/recipes/parmesan-pretzel-crisps/