# EXHIBIT 4

## Part 8



**SHOPPING:** Shipping
Online

FIND A STORE

  

CHOOSE A STORE

Search



# Snack Factory Original Pretzel Crisps

Item# 588102



FIND A STORE

SHOPPING: Shipping
Online

CHOOSE A STORE

Case 3:17-cv-00652-KDB-DSC   Document 43-8   Filed 10/29/18   Page 3 of 54



(https://www.clementsmarket.com)

Clements' Marketplace
2575 East Main Rd, PO Box 268
Portsmouth, RI 02871

# Pretzel Crisps Pretzel Crackers, Deli Style, Original

## **$2.99** | 7 oz



**Substitution**

| Best comparable ⌄ |
| --- |

**Description**

Thin, crunchy pretzel crackers. Rethink your pretzel! Non GMO Project verified. nongmoproject.org. Per 1 oz Serving (11 Crackers): 100 calories; 0 g sat fat (0% DV); 330 mg sodium (14% DV); 2 g sugars. Resealable for Read more

SKU/UPC: 00049508006008

Location : Aisle 1

**Ingredients**
Wheat Flour, Sugar, Salt, Malt Syrup.
**Nutrition**

7 servings per container
Serving size (11 crackers)

Amount per 11 crackers
## Calories 100

% DV*

Case 3:17-cv-00652-KDB-DSC   Document 43-8   Filed 10/29/18   Page 4 of 54

| | |
|---|---|
| 0% | Total Fat |
| | Saturated Fat |
| | *Trans* Fat |
| 0% | Cholesterol |
| 14% | Sodium 330 |
| 8% | Total Carbs 24 |
| 4% | Dietary Fiber 1 |
| | Sugars 2 |
| | Added Sugars |
| | Protein 2 |
| 0% | Vitamin A |
| 0% | Vitamin C |
| 0% | Calcium |
| 8% | Iron |

\* Contains: wheat. Made in a facility that processes milk and soy.

Case 3:17-cv-00652-KDB-DSC Document 43-8 Filed 10/29/18 Page 5 of 54

# TIME

## Brand You Never Heard of Is Begging You Not to Stop Eating It

By **LAURA STAMPLER** March 5, 2014

Pretzel Crisps is really, really worried that people are going to give it up for Lent. So as part of a strange social media marketing move, it took to Twitter to randomly beg people not to forego the snack.

A BuzzFeed editor was implored to not give it up. (He wasn't going to ... he has no idea what Pretzel Crisps are ...)

As did a writer for *The Tonight Show with Jimmy Fallon:*

Social media marketing can be tricky. And although this isn't the worst Twitter gimmick we've seen, Pretzel Crisps' random piggybacking onto a religious holiday (with relatively impersonal messaging) seems a little off.

Ash Wednesday isn't typically a notable day on marketers' calendars, but in a social media-centric world, it's not entirely surprising for a company to try to tie itself to any event:

> *We're giving up overpriced vintage for #lent...join us and visit one of our #affordable vintage fairs this Spring http://t.co/39RlzrVpmx*
>
> — Judy's Vintage (@JudyVintageFair) March 5, 2014

Case 3:17-cv-00652-KDB-DSC   Document 43-8   Filed 10/29/18   Page 6 of 54

Directions (https://www.google.com/maps/place
/95+Riviera+Dr,+Bellevue,+KY)

(859) 291-4007 (tel:8592914007)

Search



(/)

**(http://thepartysource.com/and-more)**

# Snack Factory Bacon Habanero Pretzel Crisps



**7.2 oz. Bag**

Perfectly flavored Bacon Habanero Pretzel Crisps give you that satisfying, hearty crunch in a versatile shape that's dippable, spreadable, and deliciously snackable. With great gourmet taste from wholesome ingredients, it's the perfect snack anytime! One bite and you'll Rethink Your Pretzel!

Brand: **Snack Factory
(http://thepartysource.com/snack-
factory-en)**
Category: Snacks
Class: Chips
Type: Pretzel Chips
Package Size: 7.2 oz.

In Stock - Quantity (17)
Aisle: 11

**Have a question about Snack Factory
Bacon Habanero Pretzel Crisps
(/contact?dept=snacks&url=http:
//thepartysource.com/snack-factory-
bacon-habanero-pretzel-crisps)**



## $2.59

**Quantity**

1

**Add to Cart**

**In Store Pickup Only (?)
(/in-store-pickup-info)**

**Case Discounts (?)**


(https://www.facebook.com
/thepartysource/)

(https://twitter.com
/ThePartySource)
(https://www.instagram.com
/the_party_source/)

Faq/Help (/faq-help)  Pickup Info (/in-store-pickup-info)
User Privacy (/privacy-policy)
Mailing List (/the-party-source-mailing-list)

 (https://www.youtube.com
/channel
/UCIohoNsJgoWwgviZYDiRQDQ)

| Information | General | Extras | My Account |
|---|---|---|---|
| Hours (http://thepartysource.com /hours) | Site Map (http://thepartysource.com /sitemap) | Shop by Brand (http://thepartysource.com /manufacturer) | My Account (/index.php?route=account /login) |
| Privacy Policy (http://thepartysource.com /privacy-policy) | About Us (/about-us) Contact Us (http://thepartysource.com /contact) | Party Planning (/index.php?route=calculator) | Wish List (https://thepartysource.com /wishlist) |
| Shipping Information (http://thepartysource.com /shipping-information) | Employment (/employment) | Case Discounts (/case-discounts) | Mailing List (/the-party-source-mailing-list) |
| Product Returns and Refunds (http://thepartysource.com /product-returns-and-refunds) | | Party Source News (/news) | Order History (https://thepartysource.com /index.php?route=account /order) |

(https://www.google.com/maps/place/95+Riviera+Dr,+Bellevue,+KY)

E-Commerce Website Design + Development | PrimaxStudio.com (http://primaxstudio.com)

The Party Source© 2005 - 2018

Case 3:17-cv-00652-KDB-DSC   Document 43-8   Filed 10/29/18   Page 8 of 54

# The TTABlog®

## Keeping Tabs on the TTAB®

by John L. Welch

**MONDAY, SEPTEMBER 11, 2017**

### Precedential No. 25: On Remand, TTAB Again Finds PRETZEL CRISPS Generic For Pretzel Crackers

In May 2015, the CAFC (opinion here) vacated the TTAB's decision (here) finding the term **PRETZEL CRISPS** to be generic for "pretzel crackers," and it remanded the case to the Board for application of the correct legal standard, namely the two-part test set forth in its *Marvin Ginn* decision. The CAFC concluded that the Board had failed to consider evidence of the relevant public's understanding of the term PRETZEL CRISPS as a whole. On remand, the TTAB has again ruled that PRETZEL CRISPS is generic for pretzel crackers. *Frito-Lay North America, Inc. v. Princeton Vanguard, LLC*, 124 USPQ2d 1184 (TTAB 2017) [precedential] (Opinion by Judge Lorelei Ritchie).



Frito-Lay petitioned for cancellation of Princeton Vanguard's Supplemental Registration for the mark PRETZEL CRISPS for "pretzel crackers" [PRETZEL disclaimed], and it opposed PV's application to register that same mark on the Principal Register. In February 2014, the TTAB ruled in favor of Frito-Lay. In reaching its decision, the Board gave controlling weight to dictionary definitions of the constituent words, evidence of use by the public, including use by the media and by third-



John L. Welch

Wolf Greenfield

### Wolf Greenfield

**JLW Articles**

The Seventieth Year of Administration of the Lanham Act of 1946

Decisions of the Trademark Trial and Appeal Board and the Federal Circuit on Registrability Issues: July 2015 to April 2017

The Sixty-Ninth Year of Administration of the Lanham Act of 1946

Not So Fast on Marathon Monday: The BAA, the TTAB, and Lanham Act Section 2(a) (with John Carl Zwisler)

The Sixty-Eighth Year of Administration of the Lanham Act of 1946

The Top Ten TTAB Decisions of

parties in the food industry, and applicant Princeton Vanguard's own use of the term. The Board found that when "pretzel" and "crisps" are combined, no additional meaning results, and therefore the purported mark PRETZEL CRISPS may be analyzed via its constituent terms, in accordance with *In re Gould*, using "the ordinary grammatical construction." [**TTABlogged** here].

The CAFC, however, concluded that the Board had failed to consider evidence of the relevant public's understanding of PRETZEL CRISPS in its entirety. [**TTABlogged** here]. The Board "stated in passing" that had it analyzed PRETZEL CRISPS as a phrase it would have reached the same conclusion because "the words strung together as a unified phrase also create a meaning that we find to be understood by the relevant public as generic for 'pretzel crackers.'" The court, however, found "no evidence that the Board conducted the necessary step of comparing its findings with respect to the individual words to the record evidence demonstrating the public's understanding of the combined term PRETZEL CRISPS."

> Regardless of whether the mark is a compound term or a phrase, the applicable test is the same and the Board must consider the record evidence of the public's understanding of the mark as a whole. *Am. Fertility*, 188 F.3d at 1348-49. Our decision in *Gould* merely provides additional assistance in assessing the genericness of compound terms where it can be shown that "the public understands the individual terms to be generic," and the joining of those terms into one compound word provides no additional meaning. *Id.* It is not a short-cut and does not supplant the two-part test set forth in *Marvin Ginn*.

The CAFC therefore concluded that the Board applied the incorrect legal standard. On remand, the Board was directed to consider the evidence concerning the relevant public's understanding of the term PRETZEL CRISPS in its entirety. Furthermore, the Board must give "appropriate consideration to the proffered survey evidence."

**Genericness:** The test for genericness has two parts: (1) what is the genus of the goods; and (2) does the relevant public understand the designation at issue primarily to refer to that genus? There was no dispute that the category of goods here at issue is adequately defined by PV's identification of goods: "pretzel crackers." The relevant public comprises ordinary consumers who purchase and eat pretzel crackers. The focus, then, was on the relevant public's understanding of the term PRETZEL CRISPS.

The Board considered the dictionary definitions of "pretzel" and "crisp," the results of LexisNexis database searches of "pretzel crisps," media references, negative dictionary evidence, and consumer feedback.

The search results contained many references to the term "pretzel

2015

The Top Ten TTAB Decisions of 2014-2015

The Sixty-Seventh Year of Administration of the Lanham Act of 1946

The Top Ten TTAB Decisions of 2014

Decisions of the Trademark Trial and Appeal Board and the Federal Circuit on Registrability Issues June 2012 to March 2014

The Sixty-Sixth Year of Administration of the Lanham Act of 1946

The Top Ten TTAB Decisions of 2012-2013

2012-2013 Decisions of the Trademark Trial and Appeal Board and the Federal Circuit on Registrability Issues

The Sixty-Fifth Year of Administration of the U.S. Trademark (Lanham) Act of 1946

The Top Ten TTAB Decisions of 2011-2012

The Sixty-Fourth Year of Administration of the U.S. Trademark (Lanham) Act of 1946

The Top Ten TTAB Decisions of 2011 [Part II]

The Top Ten TTAB Decisions of 2011 [Part I]

The Top Ten TTAB Decisions in 2010-2011

The Top Ten TTAB Decisions of 2009-2010

Fraud and the TTAB: What Hath *Bose* Wrought?

TTAB developments: *Bose* and beyond

The Top Ten TTAB Decisions of 2009®

The Top Ten TTAB Decisions of 2008® (Part I)

crisps" in lower case letters, while upper case letters were used for other terms that were "presumably considered by the authors to be brand names." On the whole, this evidence indicated "that consumers reading these articles may see Defendant as a potential source of 'pretzel crisps,' or 'pretzel crackers,' but would not view the applied-for mark "PRETZEL CRISPS" as a trademark identifying the source of the goods" Similarly, emails and product reviews used upper case letters for some words - often to indicate brands - but not for "pretzel crisps."

The Board found several declarations submitted by Defendant to be of limited probative value because the declarants were distributors of PV's products, not consumers. Moreover, although PV has used PRETZEL CRISPS as a source identifier, it has also used the term "pretzel crisps" to identify the type of goods, "which has contributed to and otherwise reflects a generic understanding of the term."

Each party submitted the results of a "Teflon" survey conducted to test how consumers perceive the term PRETZEL CRISPS. The Board, however, found these surveys to be irrelevant, because the Teflon survey format is not appropriate for a term that is not inherently distinctive. Because PRETZEL CRISPS is at least merely descriptive of the goods, the survey results merely reflect what the CCPA referred to as "de facto secondary meaning." *See Weiss Noodle Co.* 129 USPQ at 414.

Moreover, even if the survey results were relevant, they were not probative due to methodological flaws in the two surveys, and even if they were probative, the survey results overall supported a finding of genericness.

Considering all relevant evidence and arguments, the Board found that Frito-Lay had proven by a preponderance of the evidence that PRETZEL CRISPS is generic for "pretzel crackers."

**Acquired Distinctiveness:** For the sake of completeness, the Board also considered PV's claims that the term PRETZEL CRISPS had achieved acquired distinctiveness under Section 2(f). Frito-Lay established at least a *prima facie* case that PRETZEL CRISPS is highly descriptive of pretzel crackers. The burden shifted to PV to present evidence to overcome Frito-Lay's showing. Since the Board found the term "PRETZEL CRISPS"to be generic for "pretzel crackers," it considered, for purposes of the alternative Section 2(f) analysis, that the term is "close to the genericness boundary on the continuum." Consequently, PV had a "heavy burden of showing acquired distinctiveness."

PV pointed to its extensive sales and advertising, unsolicited media coverage, and its survey results, but the Board found that evidence inadequate. A secondary meaning survey (the "Mantis survey") proffered by PV concluded that 38.7% of participants associated the term "PRETZEL CRISPS" with "only one company." While the parties disagreed as to whether that fraction is sufficient to establish secondary meaning., the Board observed that "it has been stated that numbers in this range are 'marginal.'"

The Top Ten TTAB Decisions of 2008® [Part II])

TTAB Year in Review (2008)

Unfriendly Shores? Recent Developments in U.S. Law May Trouble Foreign Trademark Owners (with Ann Lamport Hammitte)

*The Top Ten TTAB Decisions of 2007®*

TTAB 2007 Update: *Rules, Rulings, and Repercussions* (with Ann Lamport Hammitte)

Fraud for Thought: *Can Fraud be Avoided by Correcting a False Statement Prior to Publication?* (with Ann Lamport Hammitte)

The TTAB in 2006: *The Good, the Bad, and the Ugly*

*The Top Ten TTAB Decisions of 2006®* [Part 1 of 2]

*The Top Ten TTAB Decisions of 2006®* [Part 2 of 2]

The TTAB and Foreign Website Evidence: *Quo Vadis?* (with Ann Lamport Hammitte)

*The Top Ten TTAB Decisions of 2005*

*The Ten Worst TTAB Decisions of 2005?*

*The Top Ten TTAB Decisions of 2004*

*The TTAB in 2004: What Was Hot, What Was Not*

*2004 atthe TTAB: 12 Citables and 3 Precedential CAFC Decisions*

*Six Potential Pitfalls in Trademark Prosecution*

*Trade Dress and the TTAB*

*The Top Ten TTAB Decisions of 2003*

*The TTAB in 2003* [Part I]

*The TTAB in 2003* [Part II]

*Dilution at the TTAB*

*TTAB Practice and the Madrid Rule Changes* (with Ann Lamport Hammitte)

> While this evidence regarding sales and advertising is impressive, it is significantly undercut by the evidence discussed previously that the relevant public and many survey respondents, including more than half the respondents to the Mantis survey, perceive the term "pretzel crisps" as referring to a product that may derive from multiple sources. Ultimately, the question is not the extent of advertising and promotion, but the success of it in establishing brand recognition.

The Board found that PV,s evidence of acquired distinctiveness was insufficient to establish acquired distinctiveness under Section 2(f).

**Conclusion;** The Board granted the petition for cancellation of PV's Supplemental Registration No. for PRETZEL CRISPS, and it sustained the opposition to registration. The Board also found, assuming *arguendo* that PRETZEL CRISPS is not generic,that the requirements for registration under Section 2(f) were not satisfied.

**Read comments and post your comment** here.

**TTABlog comment:** Compare the recent decision by the U.S. District Court for the Eastern District of Virginia, in which the court found persuasive a Teflon-type survey in ruling that BOOKING.COM is not generic for travel agency and hotel reservations services. [**TTABlogged** here]. Instead, the court deemed the term to be merely descriptive of the services, and then found that plaintiff had demonstrated secondary meaning as to hotel reservation services, but not as to travel agency services. If you were PV, would you seek review of the PRETZEL CRISPS decision via Section 1071(b) in a district court? or via 1071(a) at the CAFC? PS: PV has filed a civil action for review of the Board's decision, in the Western District of North Carolina.

**Text Copyright John L. Welch 2017.**

posted by John L. Welch @ 9/11/2017    0 comments ✉

## 0 Comments:

Post a Comment

<< Home

*The Top Ten Losing TTAB Arguments*

**TTABlog Archives**

October 2018
September 2018
August 2018
July 2018
June 2018
May 2018
April 2018
March 2018
February 2018
January 2018
December 2017
November 2017
October 2017
September 2017
August 2017
July 2017
June 2017
May 2017
April 2017
March 2017
February 2017
January 2017
December 2016
November 2016
October 2016
September 2016
August 2016
July 2016
June 2016
May 2016
April 2016
March 2016
February 2016
January 2016
December 2015
November 2015
October 2015

September 2015

August 2015

July 2015

June 2015

May 2015

April 2015

March 2015

February 2015

January 2015

December 2014

November 2014

October 2014

September 2014

August 2014

July 2014

June 2014

May 2014

April 2014

March 2014

February 2014

January 2014

December 2013

November 2013

October 2013

September 2013

August 2013

July 2013

June 2013

May 2013

April 2013

March 2013

February 2013

January 2013

December 2012

November 2012

October 2012

September 2012

August 2012

July 2012

June 2012

May 2012
April 2012
March 2012
February 2012
January 2012
December 2011
November 2011
October 2011
September 2011
August 2011
July 2011
June 2011
May 2011
April 2011
March 2011
February 2011
January 2011
December 2010
November 2010
October 2010
September 2010
August 2010
July 2010
June 2010
May 2010
April 2010
March 2010
February 2010
January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
May 2009
April 2009
March 2009
February 2009

January 2009

December 2008

November 2008

October 2008

September 2008

August 2008

July 2008

June 2008

May 2008

April 2008

March 2008

February 2008

January 2008

December 2007

November 2007

October 2007

September 2007

August 2007

July 2007

June 2007

May 2007

April 2007

March 2007

February 2007

January 2007

December 2006

November 2006

October 2006

September 2006

August 2006

July 2006

June 2006

May 2006

April 2006

March 2006

February 2006

January 2006

December 2005

November 2005

October 2005

Case 3:17-cv-00652-KDB-DSC    Document 43-8    Filed 10/29/18    Page 15 of 54

September 2005

August 2005

July 2005

June 2005

May 2005

April 2005

March 2005

February 2005

January 2005

December 2004

November 2004

XML

SOME RIGHTS RESERVED
creative commons

MY YAHOO!

Google

 City Market    Delivery



 

MENU

What are you looking for today? 

 $0.00

Home > Snack Factory Original Pretzel Crisps



# Snack Factory Original Pretzel Crisps

7.2 oz  UPC: 0004950800600

Select a store to view price

**Gift Cards**

**Lists**

**Weekly Ad**

**Digital Coupons**

Case 3:17-cv-00652-KDB-DSC    Document 43-8    Filed 10/29/18    Page 18 of 54

# Pretzel Crisps Double Facebook Likes In 36 Hours

Here's how Pretzel Crisps doubled its fan base in a day-and-a-half.

By Julie D. Andrews (https://www.adweek.com /contributor/Julie-D-Andrews/)
| April 11, 2011

(/files/2011/04/pretzelcrispslike.png)Most people like to save a buck or two when they can. The trick for marketers, as Pretzel Crisps discovered, is knowing where the customers are and how to attract them.

It turns out there were quite a few fans of Pretzel Crisps clicking around Facebook – and rewarding those customers with a money-saving opportunity was exactly the type of back-to-basics campaign that motivated fans to join the community.

The objective of the campaign was to drive fan growth on the Pretzel Crisps Facebook page by increasing the number of likes bestowed upon the brand. The strategy? Reward fans of the brand with deals when they join the community.

## POPULAR NOW

1 Spotify and Warner Bros. Created a Spot With 3D Sound to Promote A Star Is Born (https://www.adweek.com /brand-marketing/spotify-and-warner-bros-created-a-spot-with-3d-sound-to-promote-a-star-is-born/)

2 Omnicom Picks Up Mercedes-Benz's $950 Million Global Media Business (https://www.adweek.com /agencies/omnicom-picks-up-mercedes-benzs-950-million-global-media-business/)

3 This Hilarious Ad Busts the Idea That Life Was Better Without Smartphones (https://www.adweek.com /creativity/this-hilarious-ad-busts-the-idea-that-life-was-better-without-smartphones/)

4 Brands Should Take a Stand on Societal Issues But Avoid 'Goodwashing,' Study Says (https://www.adweek.com /brand-marketing/brands-should-take-a-stand-on-societal-issues-but-avoid-goodwashing-study-says/)



(https://www.adweek.com/)

(https://subscribe.adweek.com

/ADW/?f=offer&s=IA1805AW01)

(https://www.adweek.com/)

**About (/about)**   **Subscriptions (/subscribe-footer)**   **Awards (/events-and-awards)**   **Publications (/)**

Contact Us
(/contact-us/)

Media Kit (/media-kit)

Editorial Calendar
(https://www.adweek.com
/editorial-calendar/)

Sponsor Content
(/sponsored)

Jobs
(http://jobs.adweek.com)

Subscription Options
(/subscribe-footer)

Digital App
(https://itunes.apple.com
/us/app/adweek-magazine

/id570229326?mt=8)

Newsletters
(/newsletter-preference)

Privacy Preferences

Frequently Asked
Questions
(https://www.adweek.com
/faq/)

Customer Service
(/customer-service)

Awards and Honors
/
**Honors**   **and-awards)**
/
**Events**

Awards and Honors
(/events-and-awards)

Contact Us (/contact-us/)

Webinars
(/webinars)

On-Demand
Webinars
(/webinars)

Trophies / Awards /
Seals
(http://shop.adweek.com
/collections
/adweek-trophies-awards)

Adweek Network
(/blognetwork)

RSS (/rss)

Backissues
(/subscribe-backissues)

Reprints / E-Prints
(/reprints)

© 2018 Adweek - All Rights Reserved

About Adweek (https://www.adweek.com/about/) Adweek Events Us (/events-and-awards)

Terms of Use (https://www.adweek.com/terms-use/)

Privacy Policy (https://www.adweek.com/privacy-policy/)



QUALITY ENVIRONMENT BRANDS PEOPLE

*Snacking starts
with quality*

‹             ›

˅

*about us*    *people*    *quality*

*environment*    *brands*    *people*

     

*corporate news*               *social*
More Facebook Posts ›

Monday, March 20, 2018
**Campbell Completes Acquisition of Snyder's-Lance** read more ›

Friday, March 23, 2018
**Snyder's-Lance, Inc. Receives Shareholder Approval for Proposed Acquisition by Campbell Soup
Company**
read story ›

Wednesday, February 28, 2018
**Snyder's-Lance, Inc. Reports Fourth Quarter and Full-Year 2017 Results** read more ›

**More Corporate News ›**

Case 3:17-cv-00652-KDB-DSC   Document 43-8   Filed 10/29/18   Page 21 of 54



| | | |
|---|---|---|
| > FAQ | > Current Employees | > Contact Us |
| > News Releases | > Independent Business Owners | > Newsroom |
| > Terms of Use | > Convenience Stores | > Social Feed |
| > Privacy | > Supplier Relations | > Job Search |
| > Code of Conduct | | |
| > Code of Conduct FAQ | | |

Case 3:17-cv-00652-KDB-DSC    Document 43-8    Filed 10/29/18    Page 22 of 54



Search          Log In     Sign Up



# pretzelcrisps     Follow

**1,812** posts          **42.4k** followers          **6,196** following

**Pretzel Crisps®**
Was making a pretzel from the best parts of the pretzel crazy
or genius? Both. Crazy genius. Because we're snack geniuses.
Check out our RECIPES 👉
**linkinprofile.com/pretzelcrisps**

               

**Fall Snacks**          **Snack Bites**          **Desserts**          **Deli Bites**

POSTS          TAGGED

          

          

Search          Log In     Sign Up

## Books

View sample | Add to my library | Write review

**GET PRINT BOOK**

No eBook available

Macmillan
Amazon.com
Barnes&Noble.com
Books-A-Million
IndieBound

Find in a library
All sellers »

**Get Textbooks on Google Play**

Rent and save from the world's largest eBookstore. Read, highlight, and take notes, across web, tablet, and phone.

**Go to Google Play Now »**

▸ My library

▸ My History

Books on Google Play



# Defending Your Brand: How Smart Companies
Use Defensive Strategy to Deal with Competitive Attacks

Tim Calkins

Macmillan, Oct 16, 2012 - Business & Economics - 304 pages

0 Reviews

**The EMM Marketing Book of the Year, 2013**

Anyone with a successful business can

More »

[ Search inside ]

Preview this book »

## What people are saying - Write a review

**DEFENDING YOUR BRAND: How Smart Companies Use Defensive Strategy to Deal with Competitive Attacks**

User Review  - Kirkus

A handbook on the application of defensive strategies to business operations.Calkins (Marketing/Northwestern Univ.; Breakthrough Marketing Plans, 2008, etc.) thinks there is nothing more important for ... Read full review

## Related books









Campbell Soup Company website >

**Global Careers**

SELECT A LOCATION

› Who We Are

Share +

# Who We Are



## Job Search >

**Campbell Story**

KEYWO

CATEG

LOCATI



**SUBMIT**

Campbell (NYSE:CPB) is driven and inspired by our Purpose, "Real food that matters for life's moments." We make a range of high-quality soups and simple meals, beverages, snacks and packaged fresh foods. For generations, people have trusted Campbell to provide authentic, flavorful and readily available foods and beverages that

## Featured Jobs >

Line 6 Afternoon Shift SSR Machine Operator Senior Financial Analyst, US Sales Associate Marketing

connect them to each other, to warm memories and to what's important today. Led by our iconic *Campbell's* brand, our portfolio includes *Pepperidge Farm, Bolthouse Farms, Arnott's, V8, Swanson, Pace, Prego, Plum, Royal Dansk, Kjeldsens, Garden Fresh Gourmet, Pacific Foods, Snyder's of Hanover, Lance, Kettle Brand, KETTLE Chips, Cape Cod, Snack Factory Pretzel Crisps, Pop Secret, Emerald, Late July* and other brand names.

Founded in 1869, Campbell has a heritage of giving back and acting as a good steward of the planet's natural resources. The company is a member of the Standard and Poor's 500 and the Dow Jones Sustainability Indexes. For more information, visit www.campbellsoup. com or follow

Manager,
Innovation
Senior
Associate
Marketing
Manager,
Meals
&
Beverage
Category
Lead
Ahold

**Campbell's
Real
Food
Philosophy**



**Workplace
by
Facebook
at
Campbell**



**Giving
That
Matters**



company news on
Twitter
via @CampbellSoupCo
To learn more
about how we
make our food and
the choices behind
the ingredients we
use,
visit www.whatsinmyfoo

Responsibility



At Campbell, our
Purpose — *Real
food that matters
for life's moments*
— has
fundamentally
altered how we
think, talk and act
about our food,
from farm to table:
from how our food
is grown and the
ingredients we
select, to how we
prepare our foods
and the types of
brands in our
portfolio.

For nearly 150
years, Campbell
has made real food
and real
experiences that
connect our

consumers to each other and to the world around them. People trust us to provide foods and drinks that are good, honest, authentic and flavorful — made from ingredients that are grown, prepared and cooked or baked with care.

And, now more than ever, consumers expect brands to be socially and environmentally respon serve a purpose in their lives, reflect their values and beliefs, and make a difference in the world. Moreover, they want companies like ours to be authentic and open, particularly about how and where their food is made, why certain ingredients are used and how those ingredients are produced and sourced.

We welcome this era of transparency as a new opportunity to connect with

consumers. We
know the people
who buy our foods
hold us to a higher
standard, and we
welcome that
accountability.
That's our
character as a
company.

Campbell Culture



## What Do We Value?

Since 2014, we've
been on a journey
to become a
Purpose-driven
organization. It
started by defining
our Purpose, Real
food that matters
for life's moments,
which helped us
capture who we
are, what we
believe, and the
company we want
to be.

Our Purpose
serves as our guide
through the seismic
shifts taking hold in
consumer and
industry trends.
And, it's been a

guide through the changes we've made within our own organization – through the repositioning of our businesses, the shift in our talent, and the addition of several companies that joined our team to accelerate our growth and innovation.

We've made great progress on our journey, including our work to define what real food means to us through our Real Food Philosophy. But, we have more to do. To truly activate the philosophy and become a purpose-driven organization with innovation at the helm, now is the time to reinvent our culture, and that starts with a simple question – What do we value?

In 2016 the Campbell Leadership Team set out to answer that question. Each word was meticulously and purposefully chosen with the

goal of redefining Campbell's Values to create the behaviors and culture we need to live into our Purpose.

We believe in these Values and the accompanying behaviors that put forward a clear and simple call-to-action in our relentless effort to grow and innovate. They are a representation of what our company and our people have always stood for, while also inspiring us to embrace change to compete effectively in a dynamic marketplace.

Diversity and inclusion, workplace flexibility and corporate social responsibility are key elements of our culture, as you can see in related sections on this site.

We are Purpose-driven and Values-led. Join us on our journey as we become the leading health and well-being food

company and help
us deliver superior
consumer value.

Diversity & Inclusion



At Campbell,
fostering a diverse,
inclusive workforce
that reflects the
consumers we
serve is critical to
our continued
success. We
understand that
having an
environment in
which everyone
can succeed is the
key to winning in
today's global
marketplace – and
we offer a wide
range of initiatives
to ensure that we
attract, engage and
retain a talented
and diverse
workforce.

We have
established
Business Resource
Affinity Networks
(BRANs) to enable
employees from
similar
backgrounds and
interests to
network, develop
professionally,
promote cultural

awareness, encourage community involvement and provide mutual support. Our BRANs are open to all employees, and include:

- Campbell Black Resource Group
- Asian Network of Campbell
- The Bridge Network, to bring together different generations, from Millennials to Traditionalists
- Global Aboriginal American Indian Network (GAAIN), with the most active chapter, MAIN, in our Maxton, N.C., plant
- Hispanic Network de Campbell
- Our Pride Employee Network (OPEN), for lesbian, gay, bisexual and transgender employees and their allies

- Women of
  Campbell

To measurably
increase our
cultural
competency and
understanding of
diversity and
inclusion, we also
offer classroom,
online and
experiential training
to all Campbell
employees. Many
of our U.S.
employees have
participated in
diversity and
inclusion training
opportunities, while
many business and
functional teams
participated in
relevant book and
film clubs, museum
visits, cultural
presentations and
speaker series.


Shop. Connect. Enjoy.
Shop now ›



LIFE    LEISURE    LOVELINESS    LOCAL    SHOP    ABOUT    ⊙ 𝕏 f ⓟ

*October 23, 2018 · Christine Koh*

# 50 Halloween Candy Alternatives

I imagine most parents are in agreement with the reality that Halloween is both fun and challenging. It's super fun to see kids (and families!) costumed up and super not fun to deal with candy battles. Over the years I have experimented with all manner of candy bowls: full out traditional candy, all organic, non-candy alternatives…ultimately deciding that a mixed bowl is ideal given that food allergies are a very real thing (Violet has a tree nut allergy so our awareness has become heightened on that count) and some kids actually don't like candy (really, I know some of these kids!). As I'm thinking about stocking up for next week, I thought it would be fun to share a list of Halloween candy alternatives. There are 50 ideas for you, and feel free to add any other favorites via the comments below!

The list is split into food and non-food items and you can offer the regularly packaged versions or many of them are available in Halloween-themed packaging/shapes. I think for the non-food items I'm going with glow sticks and slap bracelets!

YOUR NEXT READ: CUTE HALLOWEEN PRINTABLES

**HALLOWEEN CANDY ALTERNATIVES: FOOD ITEMS**

1. Animal crackers
2. Bunny grahams
3. Cheddar bunnies
4. Cheese crackers
5. Chex mix
6. Fortune cookies (Halloween themed!)
7. Fruit leather
8. Fruit pouches (squeezable, for younger trick or treaters)
9. Fruit snacks
10. Goldfish crackers
11. Graham sticks
12. Granola bars
13. Gum
14. Honey sticks
15. Juice boxes
16. Microwavable popcorn packs
17. Pretzels
18. Popcorn

Subscribe
Boston Mamas
to get new
in your

Your email

SUBSCRIBE

Subscribe
Boston Mamas
to get new
in your

Your email

SUBSCRIBE

Subscribe
Boston Mamas
to get new
in your

Your email

SUBSCRIBE

19. Popcorn balls
20. Pretzels
21. Pretzel crisps
22. Rice krispie bars
23. S'mores bars
24. Veggie chips
25. Yogurt covered pretzels
26. Yogurt covered raisins

### HALLOWEEN CANDY ALTERNATIVES: NON-FOOD ITEMS

27. Bouncy balls
28. Bubbles
29. Coins (put them in plastic eggs!)
30. Craft kits (hit the $1 bins!)
31. Erasers
32. Fake fingers
33. Fidget spinners
34. Flashlights (mini/key chain)
35. Gliders
36. Glow bracelets, necklaces, or sticks
37. Mini-notebooks
38. Mini-puzzles
39. Pencils
40. Plastic fangs
41. Play dough
42. Slap bracelets
43. Slime
44. Spider or skull rings
45. Stampers
46. Stickers
47. Temporary tattoos
48. Toothbrushes (I know, I know!)
49. Yo-yos
50. Whoopie cushions



*Subscr*
*Boston*
*to get new*
*in your*

Your email

SUBSC

*Subscr*
*Boston*
*to get new*
*in your*

Your email

SUBSC

*Subscr*
*Boston*
*to get new*
*in your*

Your email

SUBSC

*Subscr*
*Boston*
*to get new*
*in your*

Your email



*the best*
## HALLOWEEN CANDY ALTERNATIVES

COMMENTS (0)                          Newest First   Subscribe via e-mail

Preview   **Post Comment...**

How To Handle Allergies At Halloween          Things To Do This Week In Boston (& Beyond)



SUBSCRIBE TO OUR NEWSLETTER

Get awesome (totally not spammy) news and updates from Boston Mamas!

Email Address *

Submit



MEXICOUPONERS
LET'S SHOP FOR FREE

HOME    STORES ⌄    FREE STUFF    COUPON DB    COUPONS ⌄    SUNDAY COUPON PREVIEW    COUPON MATCHUPS ⌄    🔍



### PRINT NOW!! FREE LANTANA HUMMUS AT KROGER

Oct 24, 2018 | Freebies, Kroger

This week Kroger is offering a FREE BOGO Sale on Lantana Hummus, on sale for $4.49, use a printable coupon and redeem a cashback offer to score them for FREE! (Valid thru 11/13)

**READ MORE**

### RUN!!! BETTER THAN F-R-E-E CLAIROL COLOR CRAVE HAIR COLOR DEAL IDEAS THIS WEEK!!

Oct 24, 2018 | Freebies, Kroger, Target, Walgreens, Walmart

WOAAAH! There are some nice savings this week at Kroger, Target, Walgreens and Walmart on Clairol Color Crave Hair Color!! Stack a HIGH Value insert coupon and a cashback offer to score them for FREE!! Check below some of the deal ideas!!

**READ MORE**

### HEINZ SIMPLY KETCHUP ONLY $2.99 AT KROGER

Oct 23, 2018 | Kroger

This week Kroger is offering Heinz Simply Ketchup on sale for $3.99, submit a cashback offer to pay $2.99 each! (Valid thru 11/29)

**READ MORE**

### HOT!! HERBAL ESSENCES DRY SHAMPOO ONLY $2.49 AT KROGER (REG $6)

Oct 23, 2018 | Kroger

This week Kroger is offering Herbal Essences Bio Renew Dry Shampoo on sale for $5.99, use a P&G Newspaper coupon and submit a cashback offer to pay $2.49 each! (Valid thru 11/10)

**READ MORE**

### KRAFT JET PUFFED MARSHMALLOWS ONLY $0.25 AT KROGER

Oct 22, 2018 | Kroger

This week Kroger is offering Jet Puffed Marshmallows on sale for $1.25, use a Kroger Digital coupon to pay $0.25 each! (Valid thru 10/31)

**READ MORE**





**POPULAR POST**

MONEYMAKER Kleenex Wet Wipes at Target...



RUN!! Better than F-R-E-E Clairol...



FREE + $2.02 MONEYMAKER Colgate...



HUGE MONEYMAKER Garnier Hair Care...



TRESemme Pro-Collection Hair Care ONLY...



**NEWEST COUPONS**

**MORE COUPONS HERE!!**

Search 1,000+ Coupons!

Search 🔍

$1.00 off    $3.00 off    50¢ off
Silk         Mussleman's  Kreider
                          Farms

**Never Miss Hot Deals!**










Subscribe

## CETAPHIL LOTION ONLY $0.99 AT KROGER

Oct 22, 2018 | Kroger

This week Kroger is offering Cetaphil Lotion on sale for $2.99, submit a cashback offer to pay $0.99 each! (Valid thru 11/02)

READ MORE



## CAP' N CRUNCH CEREAL ONLY $2.29 AT KROGER

Oct 22, 2018 | Kroger

This week Kroger is offering Cap' n Crunch Cereal on sale for $3.29, use a RetailMeNot Newspaper coupon and submit a cashback offer to pay $2.29 each! (Valid thru 10/31)

READ MORE



## HALLOWEEN PUMPKIN CARVING KITS ONLY $1.79 AT KROGER

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering 40% Off Sale on Halloween Pumpkin Carving Kits on sale for $2.99, no coupons needed to pay $1.79 each! (Valid thru 10/30)

READ MORE



## HALLOWEEN TREAT BUCKETS ONLY $0.71 AT KROGER

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering 40% Off Sale on Halloween Treat Buckets on sale for $1.19, no coupons needed to pay $0.71 each! (Valid thru 10/30)

READ MORE



## COMFORTS PEDIATRIC ELECTROLYTE ONLY $0.99 AT KROGER (REG $3)

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering a BOGO SALE on Comforts Pediatric Electrolyte on sale for $2.99, use a Kroger Digital coupon to pay $0.99 each! (Valid thru 10/30)

READ MORE



## EDY'S ICE CREAM ONLY $2.49 AT KROGER

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering a BOGO SALE on Edy's Ice Cream on sale for $4.99, no coupons needed to pay $2.49 each! (Valid thru





10/30)

READ MORE

## TGI FRIDAY'S APPETIZERS ONLY $2.49 AT KROGER

Oct 22, 2018 | Kroger, Sin categoria



Starting 10/24 Kroger will be offering a BOGO SALE on TGI Friday's Appetizers on sale for $4.99, no coupons needed to pay $2.49 each! (Valid thru 10/30)

READ MORE

## HONEST KIDS JUICE POUCHES ONLY $2.25 AT KROGER

Oct 22, 2018 | Kroger



Starting 10/24 Kroger will be offering a BOGO SALE on Honest Kids Juice Pouches on sale for $4.49, no coupons needed to pay $2.25 each! (Valid thru 10/30)

READ MORE

## WELCH'S 100% JUICE ONLY $1.49 AT KROGER (REG $4)

Oct 22, 2018 | Kroger



Starting 10/24 Kroger will be offering a BOGO SALE on Welch's 100% Juice on sale for $3.99, use a RetailMeNot Newspaper coupon to pay $1.49 each! (Valid thru 10/30)

READ MORE

## KEEBLER CRACKERS ONLY $1.49 AT KROGER

Oct 22, 2018 | Kroger



Starting 10/24 Kroger will be offering a BOGO SALE on Keebler Crackers on sale for $2.99, no coupons needed to pay $1.49 each! (Valid thru 10/30)

READ MORE

## KEEBLER COOKIES ONLY $1.25 AT KROGER

Oct 22, 2018 | Kroger



Starting 10/24 Kroger will be offering a BOGO SALE on Keebler Cookies on sale for $2.49, no coupons needed to pay $1.25 each! (Valid thru 10/30)

READ MORE



### ROCKSTAR ENERGY DRINK ONLY $0.97 AT KROGER (REG $2.19)

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering a BOGO SALE on Rockstar Energy Drink on sale for $2.19, submit a cashback offer to pay $0.97 each! (Valid thru 10/30)

READ MORE

---



### MISSION TORTILLA CHIPS ONLY $1.25 AT KROGER

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering a BOGO SALE on Mission Tortilla Chips on sale for $2.50, no coupons needed to pay $1.25 each! (Valid thru 10/30)

READ MORE

---



### ORE-IDA FROZEN POTATOES ONLY $1.49 AT KROGER

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering a BOGO SALE on Ore-Ida Frozen Potatoes on sale for $2.99, no coupons needed to pay $1.49 each! (Valid thru 10/30)

READ MORE

---



### SNACK FACTORY PRETZEL CRISPS ONLY $1.25 AT KROGER (REG $3.49)

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering a BOGO SALE on Snack Factory Pretzel Crisps on sale for $3.49, use a Tearpad coupon to pay $1.25 each! (Valid thru 10/30)

READ MORE

---



### CURLY'S RIBS ONLY $5.25 AT KROGER (REG $12)

Oct 22, 2018 | Kroger

Starting 10/24 Kroger will be offering a BOGO SALE on Curly's Ribs on sale for $11.99, use a printable coupon to pay $5.25 each! (Valid thru 10/30)

READ MORE

« Older Entries

HOME    ABOUT    CONTACT    DISCLOSURE POLICY

© 2018 | Mexicouppers | All Rights Reserved



**BREAKING:**     Suspicious Device Removed From Time Warner Center; Others Found At Clinton, Oba...



☰ MENU    NEWS    WEATHER    SPORTS    CBS 2 VIDEO    TV10/55 BEST OF    MORE     🔍

# Boomer & Carton: Audio Proof Of Boomer's Hazy 'MNF' Broadcast

January 13, 2014 at 11:27 am    Filed Under: Bobby Dwyer, Boomer & Carton, Matt Millen, Monday Night Football, NFL




## FOLLOW US

## OUR NEWSLETTER

✉  Sign up and get our latest headlines
delivered right to your inbox!

| Email address |

Subscribe Now!

## MOST VIEWED

1   Top Fantasy Football Waiver Wire Pickups For NFL Week 8 ▣

2   Zuccarello, Zibanejad Lift Rangers Over Panthers 5-2 ▣

3   Report: Giants Trade 'Snacks' Harrison To Lions ▣

4   Roman Reigns, Breaking Character, Reveals He Has Leukemia ▣

5   Report: Giants Likely To Shake Up QB Situation In 2019 ▣

6   Report: Giants Trade CB Eli Apple To Saints ▣

7   As Young Jets Enter Crucial Part Of Their Schedule, They Need Adams Off The Field As Much As On It ▣

8   Report: Jets Sign Wide Receiver Rishard Matthews ▣

9   Offense Comes To Life Late, But Giants Still Lose To Falcons 23-20 ▣

10  Agent Van Wagenen, Melvin, Bloom Are Mets' GM Finalists ▣

Right Click Here To Download

On Friday, Boomer told the story about how he and his old Monday Night Football radio partner Matt Millen once got a contact high while calling a game , thanks to a fan who was blowing marijuana smoke into the broadcast booth.

ADVERTISING



Gambling Problem? Call 1-800-Gambler

inRead invented by Teads

https://newyork.cbslocal.com/2014/01/13/boomer-carton-audio-proof-of-boomers-hazy-...    10/24/2018

On Monday morning, we got to hear some actual audio of the
broadcast, which featured plenty of laughter — and left little doubt
as to what was going on inside that smoke-filled "lean-to."

UPDATE:



### You May Also Be Interested In These Stories

Mets GM Candidate Melvin: I Would Keep Callaway
Report: Giants Trade 'Snacks' Harrison To Lions
Red Sox Take World Series Opener, Beat Dodgers 8-4
Zuccarello, Zibanejad Lift Rangers Over Panthers 5-2

**Police: Teen Assault Knocks Man Out, Fractures Woman's Ey…**
Police say an innocent man and woman were attacked on a Bronx sidewalk, the man
left unconscious until someone called 911.

**Bring the Moon Out of the Night Sky to Your Home**
Fuzz Online |

Sponsored

**If Your Dog Eats Grass (Do This Everyday)**
Ultimate Pet Nutrition |

Sponsored

**Create Linux and Windows Virtual Machines in Seconds**
Microsoft Azure |

Sponsored

**An Outrageous Card Offering 0% Interest Until Nearly 2020**
NextAdvisor |

Sponsored

**What Employees Wish Management Knew About Productivity**
Microsoft |

Sponsored

**New Jersey Girl, 16, Stabbed To Death By Man Living In Country Illegally, S…**

https://newyork.cbslocal.com/2014/01/13/boomer-carton-audio-proof-of-boomers-hazy-...    10/24/2018

**Prosecutors: Suspect's Cellphone Sheds Light On Motive In Karina Vet...**

**13 Hysterical Cat Shaming Moments**
Give It Love |

Sponsored

**Police: Woman Punched, Kicked By Group Of Teens At Flatir...**
Police are trying to track down a group of teens who allegedly attacked a woman as
she walked into a subway station in Manhattan.

**Drivers who switch save an average of $668 on car insurance.**
Progressive |

Sponsored

# ©CBS New York

Follow Us

| NEWS | SPORTS | ENTERTAINMENT | STATION INFO | CORPORATE |
|---|---|---|---|---|
| New York News | Yankees | Best Of | CBS 2 | About Us |
| New Jersey News | Mets | Travel | WLNY TV 10/55 | Advertise |
| Connecticut News | Giants | Only CBS | Anchors & Reporters | Connect |
| Weather | Jets | | Contact Us | CBS Television Jobs |
| Business | Knicks | | Contests & Promotions | CBS Television Public File |
| Consumer | Nets | | Station Events | EEO Reports |
| Entertainment | Rangers | | | |
| HealthWatch | Devils | | | |
| Politics | Islanders | | | |
| Technology | NYCFC | | | |
| Local | | | | |

By viewing our video content you are accepting the terms of our Video Services Policy.
Privacy Policy (Updated May 24, 2018)   Terms of Use   Your California Privacy Rights   Mobile User Agreement   Ad Choices

☰  MARRIED WITH BOARD GAMES

# MWBG # 2 – Super Awesome Gaming Weekend!

👤 Spencer Williams   📅 September 21, 2016   💬 No Comments



Hobbies
MWBG # 2 - Super Awesome Gaming Weekend!
by Married with Board Games Podcast

powered by **BLOGTALKRADIO**

🎵 **iTunes**       ▶ **Google Play**       ◄ **Share**       ☆ **Leave a Review**

C **Clammr It**

Powered by the Simple Podcast Press Player

In this episode, we're recording from a cabin in the East Texas woods! We talk about our Super Awesome Gaming Weekend in which we logged almost 30 plays!

Games we talk about include The Dragon & Flagon, Mansions of Madness: Second Edition, Deception: Murder in Hong Kong, and A La Carte.

Plus, Lara's Game Night Grub segment provides an answer to baked potato lovers, and we end the episode with some advice on not forcing gaming on important people in your life.

LOADED BAKED POTATO DIP
(From http://www.browneyedbaker.com/loaded-baked-potato-dip/)

Case 3:17-cv-00652-KDB-DSC   Document 43-8   Filed 10/29/18   Page 48 of 54

yield:8 to 10 servings

prep time:10 minutes

total time:10 minutes

This loaded baked potato dip combines all of the fantastic flavors of a classic loaded baked potato – sour cream, bacon, cheese and scallions. Scoop away with potato chips!

INGREDIENTS:

16 ounces sour cream

1 (12-ounce) package bacon, cooked and finely chopped

8 ounces sharp cheddar cheese, shredded (about 2 cups)

2 green onions, thinly sliced

DIRECTIONS:

Combine all ingredients in a medium bowl and refrigerate for at least one hour before serving to allow flavors to meld together. Garnish with extra shredded cheese, crumbled bacon, and chopped green onions. Serve with your favorite potato chips or pretzel crisps. Dip can be stored in an airtight container in the refrigerator for up to 1 week. Let sit at room temperature for 30 minutes be

 Podcast    food,games,fun,advice,board













Google
pretzel crisps
Images
buffalo
dark chocolate
original
peppermint
garlic parmesan
everything
white chocolate peppermint
buffalo wing
snack factory
costco
honey mustard

Snack Factory Pretzel Crisps 4 x 7.2 oz... REVIEW: Pretzel Crisps – Pretzel Crisps Original Gourm... Peanut Butter Crunch Pret... Sporty Night Pretzel Crisps | With... Snack Factory Pretzel Crisp... Pretzel Crisps – Buffalo Win... Packaging that Kills ya Ta... Snack Factory Gluten-Free...















Pretzel Crisps Reviews – S... Pretzel Crisps Review | The... Pretzel Crisps Flavors and... Pretzel Crisps Original Del... Pretzel Crisps mark... Snack Factory Pretzel Crisps + $0.99... Deli Style Pretzel Crackers... Garlic Parmesan Pretzel Cri...












Pretzel Crisps New Varietal... Snack Factory Pretzel Chip... Everything Pretzel Crisps – 7.2o... Pretzel Crisps – Original Pretzel Crisps Milk Chocolate... Amazon.com: Snack Facto... Pretzel Crisps Review Whole Wheat Pretzel Crisp... Pick Up Snack Factory Pretzel...












Pretzel Crisps Gluten Free... Rold Gold adds heat to pretzel crisps... 77 best Bedtime Dip Recip... PRETZEL CRISPS Pretzel D... Pretzel Crisps Sriracha & Lim... Pretzel Crisps White Choco... Snack Factory Original Pretzel Cr... Pretzel Crisps – Everything... Pretzel Crisps Peanut Butt...











Snack Factory Pretzel Crisps... Pretzel Crisps® Chipotle Cheddar... Ultra-Spicy Pretzel Crisps : Famm... Pretzel Crisps by Snack Fact... Pretzel Crisps, Buffalo Wing... Snack Factory » Pretzel Crisps, Pla... Snack Factory Pretzel Crisps Orig... Savory Multi-Seed Pretzel Crisps...











Snack Factory Pretzel Crisps – Gluten... New Asian Pretzel Crisps )... These 3 Pretzel Crisp Recipes Are Too Easy... 77 best Bedtime Dip Recip... Pretzel Crisps Deli Style G... Pretzel Crisps® Crunch Pe... Snack Factory Buffalo Pretzel Crisps... Pretzel Crisps Minis Pretze...











Snack Factory Pretzel Cris... Snack Factory Bacon Habe... Snack Factory Pretzel Crisps Cinnam... Pretzel Crisps Cinnamon T... Snack Factory Pretzel Crisps... Pretzel Crisps – Sesame )... Pretzel Crisps® (@PretzelCrisps) Twitter Cinnamon Sugar Pretzel Crisps...











Pretzel Crisps White Dark C... These 3 Pretzel (Too) Eas... Pretzel Crisps Peanut Butter... Snack Factory Pretzel Cris... Snack Factory Pretzel Crisps Launched... REVIEW: Pretzel Crisps – Pretzel Crisps, Dark Choco... Pretzel Crisps Original from... Pretzel Crisps Original Deli S...









Snack Factory Pretzel Crisps as Low as... Two new flavors of Pretzel Crisps... Don't Miss Snack Factory Pret... Parmesan Pretzel Crisps Recipe (... 48 best Recipes: Chocolate... Snack Factory Pretzel Cris... Snack Factory Sourdough and... Original Pretzel Crisps – Cal...





Snack Factory Organic Pretzel Crisps... Pretzel Crisps – Snyder's-Lance – Let's... Amazing Deal >> Snack Fr... Pretzel Crisps Snack Factory: P... Snack Factory Pretzel Crisps Fla... Pretzel Crisps Recipe – The... Raise Always Red on Unli... The Healthy Food Review (...








      
       
       
       
      
      
       
       
       
    
























































































75¢
$2
Small IS THE BIG
EAT
GIVE IT A TWIST
Pretzel Crisps
HARRIS TEETER
Flash Sale
Nice Deal on Snack Factory Pretzel Crisps @ Target!
$2.00!
INSIDE OUT
SNACK FACTORY
Pretzel Crisps
$1.50
1.99
GIANT EAGLE
ORIGINAL
ORGANIC
*CHEAP* Pretzel Crisps Deal @ Walgreens!
SNYDER'S

```
https://www.google.com/search?q=pretzel
+crisps&num=100&tbm=isch&tbo=u&source=univ&sa=X&ved=2ahUKEwif9IH-5p_eAhWk6oMKHd11D6QQsAR6BAg
AEAE&biw=1920&bih=964
```