# EXHIBIT 5



Case 3:17-cv-00652-KDB-DSC   Document 43-9   Filed 10/29/18   Page 2 of 20


Advertisement


Pepperidge Farm Goldfish, Pretzel, 8-Ounce Package
★★★★★ 8
$2.49 ($0.31/Ounce)
fresh
Try Prime Fresh


COMBOS Pizzeria Pretzel Baked Snacks 15-Ounce Bag
★★★★½ 29
$3.87 ($0.26/Ounce) $5.50
fresh
Try Prime Fresh

Snyder's of Hanover Gluten Free Pretzel Pieces, Hot...
★★★½ 5
$3.99 ($0.57/Ounce)
fresh
Try Prime Fresh


Snack Factory Pretzel Crisps, Garlic Parmesan, 7.2 Ounce
★★★ 5
$2.29 ($0.32/Ounce)
fresh
Try Prime Fresh


Glutino Yogurt Covered Pretzels, 5.5 oz
★★★★ 39
$4.79 ($0.87/Ounce)
fresh
Try Prime Fresh


Glutino Gluten Free Pretzel Sticks, Delicious Everyday...
★★★★★ 7
$5.99 ($0.42/Ounce)
fresh
Try Prime Fresh


Glutino Chocolate Fudge Covered Pretzels, 5.5 oz
★★★★ 66
$4.79 ($0.87/Ounce)
fresh
Try Prime Fresh


Newman's Own Organic Salted Pretzel Sticks, 8 Oz
★★★★ 9
$3.39 ($0.42/Ounce)
fresh
Try Prime Fresh


Pretzel Crisps Buffalo Wing Deli Style Pretzel Crackers...
★★★★★ 1
$2.58 ($0.36/Ounce)
fresh
Try Prime Fresh

Glutino Gluten Free Pretzels, Honey Mustard, Delicious...
★★★½ 7
$3.33 ($0.56/Ounce)
fresh
Try Prime Fresh

Glutino Gluten Free Pretzel Sticks, Delicious Everyday...
★★★★ 45
$3.33 ($0.42/Ounce)
fresh
Try Prime Fresh

365 Everyday Value, Sourdough Pretzel Nuggets, 16 oz
★★★ 1
$2.49 ($0.16/Ounce)
fresh
Try Prime Fresh

Unique Pretzels Unique Extra Dark Splits Pretzels, 11 oz
★★★★½ 18
$2.99 ($0.27/Ounce)
fresh
Try Prime Fresh

365 Everyday Value, Organic Mini Pretzel Twists Unsalted...
★★★★★ 2
$2.19 ($0.27/Ounce)
fresh
Try Prime Fresh

❮ Previous Page    1  2    Next Page ❯


Advertisement

Back to top

Case 3:17-cv-00652-KDB-DSC   Document 43-9   Filed 10/29/18   Page 3 of 20



View Warehouse Savings | Find a Warehouse | Get Email Offers | Customer Service | US

Grocery | Search

Sign In / Register | Cart

Shop All Departments | Grocery | Business Delivery | Optical | Services | Photo | Travel | Membership | Locations

Delivery ZIP Code: **21040** Change | Lists | Reorder | **2-Day Delivery** Current Order: $0.00 | Add **$75.00 More** to Avoid Delivery Fee

Home / Grocery & Household / Snacks, Candy & Nuts / Chips & Pretzels

## Filter Results  Clear All

☐ 2-Day Delivery

### Category −
Select a Different Category
‹ Grocery & Household
‹ Snacks, Candy & Nuts
   Chips & Pretzels

### Price −
☐ Less than $25  (30)
☐ $25 - $50  (7)

### Brand +

### Dietary Features +

# Chips & Pretzels



How the **Costco**Grocery Program Works — Learn More

Sort by: Price (High to Low)   Showing 1-37 of 37






| 12 PACK | 12 PACK | 64 PACK | 64 PACK |
|---|---|---|---|
| | | 2-Day Delivery  | 2-Day Delivery  |
| $49.99 | $49.99 | $33.99 | $33.99 |
| 4505 Jalapeno Cheddar Chicharrones Fried Pork Rinds, 2.5 oz. 12-count | 4505 Classic Chili & Salt Chicharrones Fried Pork Rinds, 2.5 oz., 12-count | Lay's Potato Chips, Sour Cream & Onion, 1.5 oz., 64-count | Fritos Corn Chips, Original, 2 oz, 64-count |
| | | May Be Available In-Warehouse | May Be Available In-Warehouse |
| − 1 + Add | − 1 + Add | − 1 + Add | − 1 + Add |






| 64 PACK | 64 PACK | 64 PACK | 14 PACK |
|---|---|---|---|
| 2-Day Delivery | 2-Day Delivery | 2-Day Delivery | 2-Day Delivery  |
| $32.99 | $32.99 | $32.99 | $21.49 |
| Lay's Potato Chips, Classic, 1.5 oz, 64-count | Doritos Tortilla Chips, Nacho Cheese, 1.75 oz, 64-count | Cheetos Crunchy, Flamin' Hot, 2 oz, 64-count | Pringles Potato Chips, Sour Cream & Onion, 5.57 oz, 14-count |
| May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse |
| − 1 + Add | − 1 + Add | − 1 + Add | − 1 + Add |







| 2-Day Delivery | 2-Day Delivery | 2-Day Delivery | 2-Day Delivery |
|---|---|---|---|
| $21.49 | $14.99 | $14.99 | $14.99 |
| Pringles Potato Chips, Original, 5.26 oz, 14-count | Frito Lay Classic Mix Variety Pack 1 oz, 54-count | Pringles Original Potato Chip Snack Packs 0.67 oz, 60-count | Cheetos Crunchy, Flamin' Hot, 1 oz, 50-count |
| May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse |
| − 1 +   Add | − 1 +   Add | − 1 +   Add | − 1 +   Add |





| 2-Day Delivery | Pringles Variety Grab n Go, 36-count | 2-Day Delivery | 2-Day Delivery |
|---|---|---|---|
| $14.99 |  | $13.99 | $13.99 |
| Cheetos Crunchy, Original, 1 oz, 50-count |  | Annie's Organic Bunny Baked Snacks 1.0 oz, 36-count | Gardetto's Snack Mix, Original, 1.75 oz, 42-count |
| May Be Available In-Warehouse |  | May Be Available In-Warehouse | May Be Available In-Warehouse |
| − 1 +   Add |  | − 1 +   Add | − 1 +   Add |






| 2-Day Delivery | 2-Day Delivery | 2-Day Delivery | 2-Day Delivery |
|---|---|---|---|
| $13.99 | $13.99 | $13.99 | $13.99 |
| Sun Chips Multigrain Snack Bags Variety Pack 1.5 oz, 30-count | Frito Lay Classic Mix Variety Pack, 30-count | Frito Lay Baked Variety Pack 30-count | Popchips Potato Chips, Variety Pack, 0.8 oz, 30-count |
| May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse |

Case 3:17-cv-00652-KDB-DSC   Document 43-9   Filed 10/29/18   Page 6 of 20

| − 1 +   Add | − 1 +   Add | − 1 +   Add | − 1 +   Add |






| 2-Day Delivery | 2-Day Delivery | 2-Day Delivery | 2-Day Delivery |
|---|---|---|---|
| $13.99 | $13.99 | $13.29 | $11.99 |
| Lay's Potato Chips, Classic, 1 oz., 50-count | Popchips Potato Ridges, Variety Pack, 0.8 oz, 30-count | Chex Mix Traditional Snack Mix, 42-count | Takis Mini Fuego Tortilla Chips, 1 oz, 46-count |
| May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse | May Be Available In-Warehouse |
| − 1 + Add | − 1 + Add | − 1 + Add | − 1 + Add |





**WAREHOUSE + SAME-DAY ONLY**

| 2-Day Delivery | 2-Day Delivery | | |
|---|---|---|---|
| $10.49 | $10.49 | Cello Parmesan Whisps, 9.5 oz. | Kirkland Signature Kettle Krinkle Cut Potato Chips, Lightly Salted, 32 oz |
| Snyder's of Hanover Mini Pretzel Bags 0.9 oz, 60-count | Kirkland Signature Peanut Butter Filled Pretzel, 55 oz | | |
| May Be Available In-Warehouse | May Be Available In-Warehouse | | |
| − 1 + Add | − 1 + Add | | |






**WAREHOUSE + SAME-DAY ONLY**

| | 2-Day Delivery | | 2-Day Delivery |
|---|---|---|---|
| Calbee Harvest Snaps Snapea Crisps, 20 oz. | $6.59 | Cape Cod Reduced Fat Kettle Cooked Potato Chips, 30 oz. | $6.49 |
| | Snyder's of Hanover Snaps Pretzels, 50 oz | | Shultz Mini Pretzels, 6 lbs |
| | May Be Available In-Warehouse | | May Be Available In-Warehouse |
| | − 1 + Add | | − 1 + Add |



**2-Day Delivery**

$6.49

Chex Mix, Traditional, 40 oz.

May Be Available In-Warehouse

 1   Add



**2-Day Delivery**

$6.09

$6.09 After $1.40 OFF

Pringles Potato Chips, Sour Cream & Onion, 1.41 oz, 12-count

May Be Available In-Warehouse

 1   Add



WAREHOUSE + SAME-DAY ONLY

Late July Organic Sea Salt Multigrain Tortilla Chips, 28 oz.


WAREHOUSE + SAME-DAY ONLY

Kirkland Signature Organic Tortilla Chips, 40 oz


WAREHOUSE + SAME-DAY ONLY

Food Should Taste Good Organic Tortilla Chip, 24 oz.

Back To Top

---

**Customer Service**

 Get Help Or Contact Us

**Find a Warehouse**

City, state or zip

**Get Email Offers**

Enter your email    Go

**Follow Us**

     

---

**About Us**

Charitable Contributions
Company Information
Sustainability Commitment
Investor Relations
Jobs
Kirkland Signature
Logo and Media Requests
Product Videos
The Costco Connection
Quick & Easy Recipe Videos
Employee Site

**Membership**

Join Now
Member Privileges
Executive Membership Terms
Sign In or Register
Credit Card

**Vendors & Suppliers**

Supply Chain Disclosure
Ethics Hotline for Suppliers
Supplier Diversity

**Customer Service**

Costco Cash Card Balance
Order By Item Number
Concierge Tech Support & Warranty
Export & Domestic Volume Sales
Order Status
Preventing Fraud
Shipping
Rebates
Recalls
Returns and Exchanges
Returns Policy

**Locations & Services**

Find a Warehouse
Locations Coming Soon
Hours and Holiday Closures
Author Signings
Gasoline
Hearing Aid Center
Optical
Special Events
Gift Registry
CostcoGrocery
Grocery by Instacart

Employee Site                                    Returns Policy                                    Grocery by Instacart

Site Map    Terms and Conditions    Your Privacy Rights    Feedback

© 1998 — 2018 Costco Wholesale Corporation. All rights reserved.

6:29:15 PM 9/20/2018












Florence: See our response   Registries & Lists   Weekly Ad   REDcard    restock   Gift Cards   Find Stores   ♡ 0

 **Fun Run.** This week only! Amazing deals for every Target Run. Learn more

# pretzels : Popcorn & Pretzels

Target / Grocery / Chips, Snacks & Cookies / pretzels : Popcorn & Pretzels (6)


Snyder's Of Hanover pretzels


Simply Balanced popcorn & pretzels


Angie's Boomchickapop popcorn


Skinny Pop popcorn


Pirate's Booty popcorn


Pretzel Crisps


Smartfood popcorn


Pop Secret popcorn


Market Pantry popcorn & pretzels



**filter results**

pretzels ✕

☐ In stock at Manhattan Herald Square ⌄                           Brand ⌄    sort by Featu... ⌄

⌃ Brand

☐ Archer Farms (1)
☐ Market Pantry (1)
☐ Pretzel Crisps (1)
☐ Snyder's of Hanover (2)
☐ Utz (1)

⌃ Type




Case 3:17-cv-00652-KDB-DSC   Document 43-9   Filed 10/29/18   Page 15 of 20

- [ ] popcorn (157)
- [ ] chips, puffs and pretzels (120)
- [x] pretzels (6)

- Shipping & Pickup
- Flavor
- Sustainability Claims and Certifications
- Deals
- FPO/APO

**Pumpkin Spiced Pretzels - 8oz - Archer Farms™**
Archer Farms™ | new at ◎
$2.99
Only ships with $25 orders
Free 2-day shipping with $35 orders
Add to cart

**Snyder's Halloween Pretzels - 30ct**
Snyder's of Hanover | new at ◎
see store for price
Shipping not available
only in stores

**Utz Halloween Pretzel Treats - 40ct**
Utz | new at ◎
★★★☆☆ 2
see store for price
Shipping not available
only in stores

**Pretzel Crisps Plain Pretzels - 8oz**
Pretzel Crisps | new at ◎
$4.99
Free 2-day shipping with $35 orders
Add to cart

**Pretzel Sticks - 16oz - Market Pantry™**
market pantry™ | new at ◎
$1.99
Target Restock eligible
Free 2-day shipping with $35 orders
Add to cart

**Snyder's Cheddar Ale Pretzel Pieces - 10oz**
Snyder's of Hanover | new at ◎
$3.00 Was $3.29
Target Restock eligible
Only a few left for shipping
Add to cart

Sip something new  Shop Teavana now.

did you find what you were looking for?
yes    no

For order, account issues, or specific item inquiries, please contact us

**Trending items**

Case 3:17-cv-00652-KDB-DSC   Document 43-9   Filed 10/29/18   Page 16 of 20

      

| $2.50 | $3.00 | $3.00 | $5.99 | $3.49 | $1.89 | $3.00 |
|---|---|---|---|---|---|---|
| Smartfood White Ched… | Angie's Boomchickapo… | Skinnypop® Original Po… | Pirates Booty White Ch… | Pretzel Crisps Original… | Smartfood White Ched… | Angie's Boomchickapo… |

Sponsored



 amishcountrypop… ▾
→ Visit Website

**Amish Country Popcorn** - Choose **Popcorn** Color **and** Size
[Ad] Enjoy Delicious Home-Grown **Popcorn** from the Lehman Family Farm.

 befrugal.com ▾
★★★★★ (4.7)
→ Visit Website

**Free Coupons for Popcorn** - BeFrugal.com
[Ad] Save $1 on **Popcorn**. Over 3000+ Free Printable Coupons!
Free Restaurant Coupons · Free Coupons for Eggs · Free Milk Coupons · Free Pizza Coupons

help ⌄   stores ⌄   apps ⌄   social ⌄   more ⌄

recalls  terms  interest-based ads  ca privacy rights  ca supply chain act  privacy  privacy updated 5/18 ™ & © 2018 target brands, inc.



6:48:05 PM 9/20/2018





