# EXHIBIT 7

## Part 1

*The*
AMERICAN
HERITAGE®
# dictionary
FIFTH
EDITION

■ Dell
NEW YORK

U.S.A. $7.99  CANADA $9.99

ISBN 978-0-553-58322-9





5 0 7 9 9

EAN

9 780553 583229

Sale of this book without a front cover may be unauthorized. If this book is coverless, it may have been reported to the publisher as "unsold or destroyed" and neither the author nor the publisher may have received payment for it.

2012 Dell Mass Market Edition

Copyright © 2012 by Houghton Mifflin Harcourt Publishing Company

All rights reserved.

Published in the United States by Dell, an imprint of The Random House Publishing Group, a division of Random House, Inc., New York.

Dell is a registered trademark of Random House, Inc., and the colophon is a trademark of Random House, Inc.

AMERICAN HERITAGE and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Derived from the hardcover edition of the *American Heritage Dictionary of the English Language, Fifth Edition,* originally published in the United States by Houghton Mifflin Harcourt in November 2011.

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

ISBN 978-0-553-58322-9

Cover design: Stoltze Design
Cover photograph: Getty Images

Printed in the United States of America

www.bantamdell.com

9

Dell mass market edition: July 2012

# Table of Contents

| | |
|---|---|
| Editorial and Production Staff | iv |
| Guide to the Dictionary | v |
| **Dictionary of the English Language** | **1** |
| Picture Credits | 949 |

# Tables and Charts

| | |
|---|---|
| Bible | 84 |
| Calendar | 123 |
| Currency | 211 |
| Elements | 276–277 |
| Measurement | 522–523 |

form into a crest. **2.** To reach the crest (of). [< Lat. *crista*.]

**crest·fall·en** (krĕst′fô′lən) ▸*adj.* Dispirited; dejected.

**Cre·ta·ceous** (krĭ-tā′shəs) *Geol.* ▸*adj.* Of or being the 3rd and last period of the Mesozoic Era, marked by the development of flowering plants and the extinction of the dinosaurs. ▸*n.* The Cretaceous Period. [< Lat. *crēta*, chalk.]

**Crete** (krēt) An island of SE Greece in the E Mediterranean Sea. —**Cre′tan** *adj. & n.*

**cre·tin** (krēt′n) ▸*n.* A person afflicted with cretinism. [< VLat. *christiānus*, Christian.]

**cre·tin·ism** (krēt′n-ĭz′əm) ▸*n.* A thyroid deficiency resulting in dwarfed stature and mental retardation.

**cre·vasse** (krĭ-văs′) ▸*n.* **1.** A deep fissure, as in a glacier. **2.** A breach in a levee. [< OFr. *crevace*, CREVICE.]

**crev·ice** (krĕv′ĭs) ▸*n.* A narrow crack. [< OFr. *crevace* < Lat. *crepāre*, to crack.]

**crew¹** (krōo) ▸*n.* **1.** A group of people working together. **2.** The personnel operating a boat, ship, or aircraft. **3.** A team of rowers. [ME *crewe*, military reinforcement.]

**crew²** (krōo) *v. Chiefly Brit.* Pt. of **crow²**.

**crew·cut** or **crew cut** (krōo′kŭt′) ▸*n.* A closely cropped haircut.

**crewed** (krōod) *adj.* Operated by an onboard crew: *a crewed space flight.*

**crew·el** (krōo′əl) ▸*n.* Loosely twisted worsted yarn used for embroidery. [ME *crule.*]

**crew neck** ▸*n.* A round, close-fitting neckline.

**crib** (krĭb) ▸*n.* **1.** A child's bed with high sides. **2.** A small building for storing corn. **3.** A rack or trough for fodder. **4.** Plagiarism. **b.** See **pony** (sense 2). **5.** *Slang* One's home. ▸*v.* **cribbed, crib·bing 1.** To confine in or as if in a crib. **2.** To plagiarize. [< OE *cribb*, manger.] —**crib′ber** *n.*

**crib·bage** (krĭb′ĭj) ▸*n.* A card game scored by inserting pegs into holes on a board. [< CRIB.]

**crib death** ▸*n.* See **sudden infant death syndrome.**

**crick¹** (krĭk) ▸*n.* A painful cramp, as in the neck. [ME *crike.*]

**crick²** (krĭk) ▸*n. Regional* A creek.

**Crick, Francis Harry Compton** 1916–2004. British molecular biologist.

**crick·et¹** (krĭk′ĭt) ▸*n.* A leaping insect, the male of which produces a shrill chirping sound. [< OFr. *criquet* < *criquer*, to click.]

**crick·et²** (krĭk′ĭt) ▸*n.* A game played with bats, a ball, and wickets by two teams of 11 players each. [Poss. < OFr. *criquet*, target stick in a bowling game.] —**crick′et·er, crick′et·eer′** (-ĭ-tîr′) *n.*

**cri·er** (krī′ər) ▸*n.* **1.** One who cries or weeps. **2.** One who shouts out public announcements.

**crime** (krīm) ▸*n.* **1.** An act committed or omitted in violation of a law. **2.** An unjust or senseless act. [< Lat. *crīmen.*]

**Cri·me·a** (krī-mē′ə, krĭ-) A region and peninsula of S Ukraine on the Black Sea and Sea of Azov. —**Cri·me′an** *adj.*

**crim·i·nal** (krĭm′ə-nəl) ▸*adj.* **1.** Of or involving crime. **2.** Guilty of crime. ▸*n.* One who has committed a crime. —**crim·i·nal′i·ty** (-năl′ĭ-tē) *n.* —**crim′i·nal·ly** *adv.*

**crim·i·nal·ize** (krĭm′ə-nə-līz′) ▸*v.* **-ized, -iz-**

**ing** To make criminal; outlaw. —**crim′i·nal·i·za′tion** *n.*

**crim·i·nol·o·gy** (krĭm′ə-nŏl′ə-jē) ▸*n.* The scientific study of crime and criminals. —**crim′i·no·log′i·cal** (-nə-lŏj′ĭ-kəl) *adj.* —**crim′i·nol·o·gist** *n.*

**crimp** (krĭmp) ▸*v.* **1.** To press or pinch into small folds or ridges. **2.** To curl (hair). **3.** To have a hampering or obstructive effect on. ▸*n.* **1.** The act of crimping. **2.** An obstructing agent or force. [Du. or LGer. *krimpen.*] —**crimp′er** *n.*

**crim·son** (krĭm′zən) ▸*n.* A vivid purplish red. [< *Ar. qirmizī.*] —**crim′son** *adj. & v.*

**cringe** (krĭnj) ▸*v.* **cringed, cring·ing** To shrink back, as in fear. [ME *crengen.*] —**cringe** *n.*

**crin·kle** (krĭng′kəl) ▸*v.* **-kled, -kling** To form wrinkles or ripples. [< ME *crinkled*, wrinkled.] —**crin′kle** *n.* —**crin′kly** *adj.*

**crin·o·line** (krĭn′ə-lĭn) ▸*n.* **1.** A stiff fabric used to line garments. **2.** A petticoat made of this fabric. [Fr. < Ital. *crinolino.*]

**crip·ple** (krĭp′əl) ▸*n.* One that is partially disabled or lame. ▸*v.* **-pled, -pling** To disable or damage. [< OE *crypel.*]

*Usage:* The noun *cripple* and the adjective *crippled* are generally acceptable when applied to an animal, but are considered offensive when applied to a disabled person.

**cri·sis** (krī′sĭs) ▸*n., pl.* **-ses** (-sēz) **1.** A crucial point or situation. **2.** An emotionally stressful event or traumatic change in a person's life. [< Gk. *krisis < krinein*, to separate.]

**crisp** (krĭsp) ▸*adj.* **-er, -est 1.** Firm but easily broken; brittle. **2.** Firm and fresh: *crisp celery.* **3.** Bracing; invigorating. **4.** Clear and concise: *a crisp reply.* ▸*n.* A dessert of fruit baked with a sweet crumbly topping. [< OE *curly* < Lat. *crispus.*] —**crisp** *v.* —**crisp′ly** *adv.* —**crisp′ness** *n.* —**crisp′y** *adj.*

**criss·cross** (krĭs′krôs′, -krŏs′) ▸*v.* **1.** To mark with crossing lines. **2.** To move back and forth through or over. ▸*n.* A pattern of crossing lines. [< ME *Crist crosse*, mark of a cross.] —**criss′cross′** *adj. & adv.*

**cri·te·ri·on** (krī-tîr′ē-ən) ▸*n., pl.* **-te·ri·a** (-tîr′ē-ə) or **-te·ri·ons** A standard or test on which a judgment can be based. [Gk. *kritērion.*]

*Usage:* Like *phenomenon, criterion* is a singular noun. The plural is generally *criteria,* although *criterions* is sometimes also used.

**crit·ic** (krĭt′ĭk) ▸*n.* **1.** One who analyzes, interprets, or evaluates artistic works. **2.** A faultfinder. [< Gk. *kritikos,* able to discern < *krinein,* to separate.]

**crit·i·cal** (krĭt′ĭ-kəl) ▸*adj.* **1.** Judging severely and finding fault: *critical of the government.* **2.** Reflecting careful analysis and judgment: *critical appreciation.* **3.** Of or relating to critics or criticism. **4.** Crucial: *a critical time in the campaign.* See Synonyms at **decisive. 5.** Extremely important or essential. See Synonyms at **indispensable. 6.** Of or forming a crisis: *a critical food shortage.* —**crit′i·cal·ly** *adv.*

**crit·i·cism** (krĭt′ĭ-sĭz′əm) ▸*n.* **1.** The act of criticizing, esp. adversely. **2.** A critical comment or judgment. **3.** The practice of analyzing, interpreting, or evaluating artistic works. **4.** A critical essay; critique.

**crit·i·cize** (krĭt′ĭ-sīz′) ▸*v.* **-cized, -ciz·ing 1.** To find fault with. **2.** To judge the merits and faults of; evaluate. —**crit′i·ciz′er** *n.*

**cri·tique** (krĭ-tēk′) ▸*n.* A critical review or commentary. [Fr.] —**cri·tique′** *v.*

**crit·ter** (krĭt′ər) ▸*n. Informal* A creature, esp. a domestic animal. [< CREATURE.]

**croak** (krōk) ▸*n.* A low hoarse sound, as that of a frog. ▸*v.* **1.** To utter a croak. **2.** *Slang* To die. [< ME *croken,* to croak.]

**Cro·at** (krō′ăt′, -ăt′, krōt) ▸*n.* **1.** A native or inhabitant of Croatia. **2.** Serbo-Croatian as used by the Croats.

**Cro·a·tia** (krō-ā′shə) A country of SE Europe along the NE Adriatic coast. Cap. Zagreb.

**Cro·a·tian** (krō-ā′shən) ▸*n.* **1.** See **Croat. 2.** The Slavic language of the Croats. —**Cro·a′tian** *adj.*

**Cro·ce** (krō′chĕ), **Benedetto** 1866–1952. Italian philosopher, historian, and critic.

**cro·chet** (krō-shā′) ▸*v.* **-cheted** (-shād′), **-chet·ing** (-shā′ĭng) To make by looping thread with a hooked needle: *crochet a scarf.* [< OFr., hook.]

**crock** (krŏk) ▸*n.* An earthenware vessel. [< OE *crocc.*]

**crock·er·y** (krŏk′ə-rē) ▸*n.* Earthenware.

**Crock·ett** (krŏk′ĭt), **David** "**Davy**" 1786–1836. Amer. pioneer and politician.

**croc·o·dile** (krŏk′ə-dīl′) ▸*n.* A large tropical aquatic reptile with armorlike skin and long tapering jaws. [< Gk. *krokodilos.*] —**croc′o·dil′i·an** (krŏk′ə-dĭl′ē-ən, -dĭl′yən) *adj. & n.*

**crocodile tears** ▸*pl.n.* An insincere display of grief.

**cro·cus** (krō′kəs) ▸*n., pl.* **-cus·es** or **-ci** (-sī, -kī) A variously colored spring or fall flower grown from corms. [< Gk. *krokos.*]

**Croe·sus** (krē′səs) d. c. 546 BC. Last king of Lydia (560–546).

**Crohn's disease** (krōnz) ▸*n.* A form of ileitis marked by abdominal pain, ulceration, and fibrous tissue buildup. [After Burrill Bernard *Crohn* (1884–1983).]

**crois·sant** (krwä-sänt′, krə-sänt′) ▸*n.* A rich, crescent-shaped roll. [< OFr. *creissant,* CRESCENT.]

**Cro-Mag·non** (krō-măg′nən, -măn′yən) ▸*n.* An early form of modern human of Europe in the late Pleistocene. [After *Cro-Magnon* cave, France.] —**Cro-Mag′non** *adj.*

**Crom·well** (krŏm′wĕl′, -wəl, krŭm′-), **Oliver** 1599–1658. English military, political, and religious leader. —**Crom·well′i·an** *adj.*

**crone** (krōn) ▸*n.* **1.** *Derogatory* An old woman, esp. one considered ugly. **2.** A woman venerated for experience and wisdom. [< VLat. *carōnia,* CARRION.]

**cro·ny** (krō′nē) ▸*n., pl.* **-nies** A close friend or companion. [Perh. < Gk. *khronios,* long-lasting < *khronos,* time.]

**cro·ny·ism** (krō′nē-ĭz′əm) ▸*n.* Favoritism shown to old friends without regard for their qualifications.

**crook** (krŏŏk) ▸*n.* **1.** A bent or curved implement, such as a staff. **2.** A curve or bend. **3.** *Informal* One who makes a living by crime or deceit. ▸*v.* To curve or bend. [< ON *krókr.*]

**crook·ed** (krŏŏk′ĭd) ▸*adj.* **1.** Having bends or curves. **2.** Askew: *Your necktie is crooked.* **3.** *Informal* Dishonest; fraudulent. —**crook′ed·ly** *adv.* —**crook′ed·ness** *n.*

**croon** (krōon) ▸*v.* To hum or sing softly. [< MDu. *krōnen,* to lament.] —**croon** *n.* —**croon′er** *n.*

**crop** (krŏp) ▸*n.* **1a.** A particular kind of agricultural produce. **b.** The total yield of such produce. **2.** A group of things or people arriving together: *the new crop of college graduates.* **3.** A short haircut. **4a.** A short riding whip. **b.** The stock of a whip. **5.** *Zool.* A pouchlike enlargement of a bird's gullet in which food is digested or stored. ▸*v.* **cropped, crop·ping 1.** To cut or bite off the tops of. **2.** To cut very short. **3.** To trim. —*phrasal verb:* **crop up** To appear unexpectedly. [< OE *cropp,* ear of grain.]

**crop·dust·ing** (krŏp′dŭs′tĭng) ▸*n.* The process of spraying crops, as with insecticides, from an aircraft. —**crop′-dust′** *v.*



**crop-dusting**

**cro·quet** (krō-kā′) ▸*n.* An outdoor game in which players drive wooden balls through wickets using mallets. [< ONFr., crook.]

**cro·quette** (krō-kĕt′) ▸*n.* A small cake of minced food, usu. fried in deep fat. [Fr.]

**cro·sier** or **crozier** (krō′zhər) ▸*n.* A crooked staff, esp. of a bishop. [< OFr. *croce.*]

**cross** (krôs, krŏs) ▸*n.* **1.** An upright post with a transverse piece near the top. **2a.** often **Cross** The cross upon which Jesus was crucified. **b.** Any of various modifications of the cross design. **3.** A trial or affliction. See Synonyms at **burden. 4.** A pattern formed by the intersection of two lines. **5.** One that combines the qualities of two other things. **6.** *Biol.* **a.** A hybrid plant or animal. **b.** A hybridization. ▸*v.* **1.** To go or extend across. **2.** To intersect. **3.** To draw a line across. **4.** To place crosswise. **5.** To encounter in passing. **6.** To thwart or obstruct. **7.** *Biol.* To breed by hybridizing. ▸*adj.* **1.** Lying crosswise. **2.** Contrary or opposing. **3.** Showing ill humor; annoyed. **4.** Hybrid. [< Lat. *crux.*] —**cross′er** *n.* —**cross′ly** *adv.* —**cross′ness** *n.*

**cross·bar** (krôs′bär′, krŏs′-) ▸*n.* A horizontal bar or line.

**cross·bones** (krôs′bōnz′, krŏs′-) ▸*pl.n.* Two bones crossed beneath a skull.

**cross·bow** (krôs′bō′, krŏs′-) ▸*n.* A weapon consisting of a bow fixed crosswise on a wooden stock with a trigger mechanism.

**cross·breed** (krôs′brēd′, krŏs′-) ▸*v.* To hybridize. ▸*n.* A hybrid.

**cross-coun·try** (krôs′kŭn′trē, krŏs′-) ▸*adj.* **1.** Moving across open country rather than roads. **2.** From one side of a country to the opposite side. —**cross′-coun′try** *adv.*

**cross-country skiing** ▸*n.* The sport of skiing over the countryside rather than downhill.

**cross-cul·tur·al** (krôs′kŭl′chər-əl, krŏs′-) ▸*adj.* Involving two or more different cultures. —**cross′-cul′tur·al·ly** *adv.*

**cross·cur·rent** (krôs′kŭr′ənt, -kûr′-, krŏs′-) ▸*n.* **1.** A current flowing across another. **2.** A conflicting tendency.

Case 3:17-cv-00652-KDB-DSC    Document 43-11    Filed 10/29/18    Page 4 of 22

bly or meeting. **2.** often **President** The chief executive of a republic, esp. of the US. **3.** The chief officer of an organization, as a corporation. **—pres'i·den·cy** *n.* **—pres'i·den'tial** (-dĕn'shəl) *adj.* **—pres'i·dent·ship'** *n.*

**Pres·i·dents' Day** or **Pre·si·dents Day** (prĕz'ĭ-dənts, -dĕnts) *n.* The 3rd Monday in February, a US legal holiday in honor of US presidents, esp. George Washington and Abraham Lincoln, who were born in February.

**Pres·ley** (prĕs'lē, prĕz'-), **Elvis Aron** or **Aaron** "the King." 1935–77. Amer. rock musician.



Elvis Presley
photographed in 1963

**press** (prĕs) *v.* **1a.** To exert steady weight or force against; bear down on. **b.** To move by applying pressure: *press a piano key.* **2.** To squeeze the juice or other contents from. **3a.** To reshape or make compact by applying steady force: *press the clay in a mold.* **b.** To iron (e.g., clothing). **4.** To bear down on or attack: *The army pressed the rebels for months.* **5.** To insist upon or put forward insistently: *press a claim.* **6.** To try to influence or persuade, as by insistent arguments; pressure or entreat: *pressed her for a reply.* **7.** To advance eagerly; move forward urgently: *We pressed through the crowd to get to the bus.* **8.** To assemble in large numbers; crowd: *Fans pressed around the movie star.* **9.** To continue a course of action, esp. in spite of difficulties. *v.* *n.* **1.** Any of various machines or devices that apply pressure. **2.** A printing press. **3.** A place or establishment where matter is printed. **4.** The art, method, or business of printing. **5a.** The communications media considered as a whole; agencies that collect, publish, transmit, or broadcast news to the public. **b.** News disseminated to the public in printed, broadcast, or electronic form: *kept the scandal out of the press.* **c.** The people involved in the media, as news reporters and broadcasters. **6.** A larger gathering; crowd: *lost our friend in the press of people.* **7.** An act of applying pressure: *the press of a button.* **8.** The urgency of business or matters. [< Lat. *premere*, press.]

**press agent** *n.* A person employed to arrange advertising and publicity, as for a performer or business. **—press a'gen·cy** *n.*

**press conference** *n.* An interview held for news reporters by a political figure or famous person.

**press·ing** (prĕs'ĭng) *adj.* Demanding immediate attention; urgent. **—press'ing·ly** *adv.*

**press·room** (prĕs'rōōm', -rŏŏm') *n.* The room in a printing or newspaper publishing estab-

lishment that contains the presses.

**press·sure** (prĕsh'ər) *n.* **1.** The act of pressing or the condition of being pressed. **2.** The application of continuous force by one body on another that it is touching. **3.** *Phys.* Force applied uniformly over a surface, measured as force per unit of area. **4.** Force exerted by the weight of the atmosphere. **5a.** A constraining influence: *pressure to conform.* **b.** An influence acting as a source of distress or hardship: *economic pressures.* **6.** A physical sensation produced by compression of a part of the body. *v.* **-sured, -sur·ing** To exert pressure on. [< Lat. *premere,* press.]

**pressure group** *n.* A group that endeavors to influence public policy.

**pressure suit** *n.* A garment worn in high-altitude aircraft or in spacecraft to compensate for low-pressure conditions.

**pres·sur·ize** (prĕsh'ə-rīz') *v.* **-ized, -iz·ing** To maintain normal air pressure in (an enclosure, as an aircraft or submarine). **—pres·sur·i·za'tion** *n.* **—pres'sur·iz'er** *n.*

**pres·ti·dig·i·ta·tion** (prĕs'tĭ-dĭj'ĭ-tā'shən) *n.* Sleight of hand. [Fr.] **—pres·ti·dig'i·ta'tor** *n.*

**pres·tige** (prĕ-stēzh', -stēj') *n.* **1.** The level of respect at which one is regarded by others; standing. **2.** Good reputation; honor. [< Lat. *praestigiae,* tricks.] **—pres·ti'gious** (-stē'jəs, -stĭj'əs) *adj.*

**pres·to** (prĕs'tō) *adv.* **1.** *Mus.* In rapid tempo. **2.** Suddenly; right away. [Ital.] **—pres'to** *adj.*

**pre·sume** (prĭ-zōōm') *v.* **-sumed, -sum·ing 1.** To take for granted; assume. **2.** To act presumptuously or take unwarranted advantage of something. [< LLat. *praesumere,* anticipate.] **—pre·sum'a·ble** *adj.* **—pre·sum'a·bly** *adv.*

**pre·sump·tion** (prĭ-zŭmp'shən) *n.* **1.** Behavior or attitude that is boldly arrogant or offensive; effrontery. **2.** A condition or basis for accepting or presuming. **—pre·sump'tive** *adj.*

**pre·sump·tu·ous** (prĭ-zŭmp'chōō-əs) *adj.* Going beyond what is right or proper; excessively forward. **—pre·sump'tu·ous·ly** *adv.* **—pre·sump'tu·ous·ness** *n.*

**pre·sup·pose** (prē'sə-pōz') *v.* **-posed, -pos·ing 1.** To believe or suppose in advance. **2.** To require or involve necessarily as an antecedent condition. **—pre·sup'po·si'tion** (-sŭp'ə-zĭsh'ən) *n.*

**pre·teen** (prē'tēn') *adj.* Of or designed for preadolescent children. **—pre'teen'** *n.*

**pre·tend** (prĭ-tĕnd') *v.* **1.** To give a false appearance of; feign. **2.** To claim or allege insincerely or falsely. **3.** To make believe. **4.** To lay claim to: *pretends to gourmet tastes.* [< Lat. *praetendere.*] **—pre·tend'er** *n.*

**pre·tense** (prē'tĕns', prĭ-tĕns') *n.* **1a.** A false appearance or action intended to deceive. **b.** A feigned reason or excuse; pretext. **2a.** Pretentiousness; ostentation. **b.** A studied show; affectation. **3.** A claim to a right, esp. a false one. [< Lat. *praetendere,* assert.]

**pre·ten·sion** (prĭ-tĕn'shən) *n.* **1.** A specious allegation; pretext. **2.** A claim to something, such as a skill. **3.** The unwarranted assumption that one is deserving of merit; pretentiousness.

**pre·ten·tious** (prĭ-tĕn'shəs) *adj.* **1.** Claiming that or behaving as if one is deserving of merit when such is not the case. **2.** Showing or betraying an attitude of superiority. **3.** Extrava-

gantly showy; ostentatious. See Synonyms at **showy.** **—pre·ten'tious·ly** *adv.* **—pre·ten'tious·ness** *n.*

**pret·er·ite** or **pret·er·it** (prĕt'ər-ĭt) *adj.* Of or being the verb tense that describes a past action or state. [< Lat. *praeterire,* go by.] **—pret'er·ite** *n.*

**pre·ter·nat·u·ral** (prē'tər-năch'ər-əl, -năch'rəl) *adj.* **1.** Extraordinary. **2.** Supernatural. [< Lat. *praeter nātūram,* beyond nature.] **—pre'ter·nat'u·ral·ly** *adv.* **—pre'ter·nat'u·ral·ness** *n.*

**pre·text** (prē'tĕkst') *n.* An excuse given to hide the real reason for something. [Lat. *praetextum < praetexere,* disguise : PRE– + *texere,* weave.]

**pre·text·ing** (prē'tĕk'stĭng) *n.* Impersonating another person or otherwise engaging in misrepresentation in order to obtain someone's private personal information. **—pre'text'er** *n.*

**Pre·to·ri·a** (prĭ-tôr'ē-ə) The administrative capital of South Africa, in the NE part N of Johannesburg.

**pret·ti·fy** (prĭt'ĭ-fī') *v.* **-fied, -fy·ing** To make pretty. **—pret'ti·fi·ca'tion** *n.*

**pret·ty** (prĭt'ē) *adj.* **-ti·er, -ti·est 1.** Pleasing or attractive in a graceful or delicate way. **2.** Clever; adroit: *a pretty maneuver.* **3.** Very bad; terrible: *in a pretty predicament.* **4.** Superficially attractive but lacking substance: *full of pretty phrases.* **5.** *Informal* Considerable in size or extent: *a pretty fortune.* *adv.* To a fair degree; moderately: *a pretty good student.* *v.* **-tied, -ty·ing** To make pretty. [< OE *prættig,* cunning.] **—pret'ti·ly** *adv.* **—pret'ti·ness** *n.*

**pret·zel** (prĕt'səl) *n.* A glazed, often salted biscuit usu. baked in the form of a loose knot or stick. [Ger.]

**pre·vail** (prĭ-vāl') *v.* **1.** To be victorious or most powerful: *Shouldn't the public interest prevail over an individual?* **2.** To be most common or frequent. **3.** To use persuasion or inducement successfully. [< Lat. *praevalēre,* be stronger.] **—pre·vail'er** *n.* **—pre·vail'ing** *adj.* **—pre·vail'ing·ly** *adv.*

**prev·a·lent** (prĕv'ə-lənt) *adj.* Widely or commonly occurring or practiced. [< Lat. *praevalēre,* be stronger.] **—prev'a·lence** *n.*

**pre·var·i·cate** (prĭ-văr'ĭ-kāt') *v.* **-cat·ed, -cat·ing 1.** To behave evasively; equivocate. **2.** To behave indecisively, usu. in delay. [Lat. *praevāricārī.*] **—pre·var'i·ca'tion** *n.* **—pre·var'i·ca'tor** *n.*

**pre·vent** (prĭ-vĕnt') *v.* **1.** To keep from happening: *took steps to prevent the strike.* **2.** To keep (a person or thing) from doing something; impede: *prevented us from winning.* [< Lat. *praevenīre, praevent-* : PRE– + *venīre,* come.] **—pre·vent'a·ble, pre·vent'i·ble** *adj.* **—pre·ven'tion** *n.*

**pre·ven·tive** (prĭ-vĕn'tĭv) also **pre·ven·ta·tive** (-tə-tĭv) *adj.* **1.** Intended or used to prevent or hinder; acting as an obstacle. **2.** Preventing or slowing the course of illness or disease; prophylactic. **—pre·ven'tive** *n.*

**pre·view** also **pre·vue** (prē'vyōō') *n.* **1.** An advance showing, as of a movie, before public presentation begins. **2.** The presentation of several scenes advertising a forthcoming movie. **3.** An introductory sample or overview; foretaste. **—pre'view'** *v.*

**pre·vi·ous** (prē'vē-əs) *adj.* Existing or occurring before something else; prior. [< Lat. *prae-*

*vius,* going before.] **—pre'vi·ous·ly** *adv.*

**pre·vi·sion** (prĭ-vĭzh'ən) *n.* **1.** A knowing in advance; foresight. **2.** A prediction.

**prey** (prā) *n.* **1a.** An animal hunted or caught by another for food. **b.** The collection of animals typically hunted by a predator. **2.** A victim. *v.* **1.** To hunt, catch, or eat as prey. **2.** To victimize. **3.** To exert an injurious effect. [< Lat. *praeda.*]

**price** (prīs) *n.* **1.** The sum of money asked or given for something. **2.** The cost at which something is obtained. **3.** The cost of bribing someone: *everyone has a price.* *v.* **priced, pric·ing 1.** To fix or establish a price for. **2.** To find out the price of. [< Lat. *pretium.*]

**price·less** (prīs'lĭs) *adj.* Of inestimable worth; invaluable.

**price support** *n.* Maintenance of prices, as of a raw material, at a certain level usu. through government intervention.

**price war** *n.* A period of intense competition in which each competitor tries to cut retail prices below those of the others.

**pric·ey** also **pric·y** (prī'sē) *adj.* **-i·er, -i·est** *Informal* Expensive.

**prick** (prĭk) *n.* **1.** The act of pricking. **b.** The sensation of being pricked. **2.** A small mark or puncture made by a pointed object. **3.** A pointed object, such as a thorn. *v.* **1.** To puncture lightly. **2.** To affect with a mental or emotional pang, as of remorse. **3.** To mark or delineate on a surface by means of small punctures. **—idiom: prick up (one's) ears** To listen with attentive interest. [< OE *prica,* puncture.]

**prick·er** (prĭk'ər) *n.* A prickle or thorn.

**prick·le** (prĭk'əl) *n.* **1a.** A pointed outgrowth of the epidermis of a plant. **b.** A spine, thorn, or other small sharp structure. **2.** A tingling sensation. *v.* **-led, -ling** To tingle. [< OE *pricel.*]

**prick·ly** (prĭk'lē) *adj.* **-li·er, -li·est 1.** Having prickles. **2.** Marked by tingling. **3.** Causing trouble; thorny. **—prick'li·ness** *n.*

**prickly heat** *n.* See **heat rash.**

**prickly pear** *n.* **1.** Any of various cacti having bristly, flattened stem segments, often colorful flowers, and ovoid prickly fruit. **2.** The edible fruit of a prickly pear.

**pride** (prīd) *n.* **1.** A sense of one's proper dignity or value; self-respect. **2.** Pleasure or satisfaction taken in achievement, possession, or association. **3.** Arrogance; conceit. **4.** The best of a group or class. **5.** A group of lions. *v.* **prid·ed, prid·ing** To indulge (oneself) in a feeling of satisfaction. [< OE *prūd,* PROUD.] **—pride'ful** *adj.* **—pride'ful·ly** *adv.* **—pride'ful·ness** *n.*

**prie-dieu** (prē-dyœ') *n., pl.* **-dieus** or **-dieux** (-dyœz') A narrow, desklike kneeling bench for use at prayer. [Fr. *prie-Dieu.*]

**priest** (prēst) *n.* **1.** In many Christian churches, a member of the clergy ranking below a bishop but above a deacon. **2.** A person having the authority to perform and administer religious rites. [< OE *prēost.*] **—priest'hood'** *n.* **—priest'li·ness** *n.* **—priest'ly** *adj.*

**priest·ess** (prē'stĭs) *n.* A woman who presides over religious rites, esp. in paganism.

**Priest·ley** (prēst'lē), **Joseph** 1733–1804. British chemist.

**prig** (prĭg) *n.* A smugly proper or prudish person. [?] **—prig'gish** *adj.*



*The*
# AMERICAN
# HERITAGE®

# dictionary

*of the*
English
Language

## FIFTH
### EDITION

### Houghton Mifflin Harcourt
BOSTON    NEW YORK

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2011 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to: Reference Permissions, Houghton Mifflin Harcourt, 222 Berkeley Street, Boston, MA 02116.

Visit our website at www.ahdictionary.com
*or* www.youareyourwords.com.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language. -- 5th ed.
  p. cm.
 Previous ed.: 2000.
 ISBN 978-0-547-04101-8
1.  English language--Dictionaries.
 PE1628.A623 2011
 423--dc22

                                   2011004777

*Manufactured in the United States of America*

2 3 4 5 6 7 8 9 10–QGV–15 14 13 12 11

hension, prosecution, defense, sentencing, incarceration, and supervision of those suspected of or charged with criminal offenses.

**criminal law** *n.* Law that deals with crimes and their punishments. —**criminal lawyer** *n.*

**criminal mischief** *n.* The purposeful or reckless damaging of another's property in a way that causes loss or endangerment and is prosecutable under the law.

**crim·i·nate** (krĭm′ə-nāt′) *tr.v.* **-nat·ed, -nat·ing, -nates** To incriminate. [Latin *crīmināri, crīmināt-*, to accuse < *crīmen, crīmin-*, accusation; see CRIME.] —**crim′i·na′tion** *n.* —**crim′i·na·tive, crim′i·na·to′ry** (-nə-tôr′ē) *adj.* —**crim′i·na′tor** *n.*

**cri·mi·ni** (krə-mē′nē) *n.* Variant of **cremini**.

**crim·i·no·gen·ic** (krĭm′ə-nə-jĕn′ĭk) also **crim·o·gen·ic** (krī′mə-) *adj.* Producing or tending to produce crime or criminality: *"Alcohol is the most criminogenic substance in America"* (James B. Jacobs).

**crim·i·nol·o·gy** (krĭm′ə-nŏl′ə-jē) *n.* The scientific study of crime, criminals, criminal behavior, and corrections. [Italian *criminologia* : Latin *crīmen, crīmin-*, accusation; see CRIME + Latin *-logia, -logy*.] —**crim′i·no·log′i·cal** (-nə-lŏj′ĭ-kəl) *adj.* —**crim′i·no·log′i·cal·ly** *adv.* —**crim′i·nol′o·gist** *n.*

**crimp**[1] (krĭmp) *tr.v.* **crimped, crimp·ing, crimps 1.** To press or pinch into small regular folds or ridges: *crimp a pie crust.* **2.** To bend or mold (leather) into shape. **3.** To cause (hair) to form tight curls or waves. **4.** To have a hampering or obstructive effect on: *Supplies of foreign oil were crimped by the embargo.* ❖ *n.* **1.** The act of crimping. **2.** Something made by or as if by crimping, as: **a.** Hair that has been tightly curled or waved. **b.** A series of curls, as of wool fibers. **c.** A crease or bend. **3.** An obstructing or hampering agent or force: *Rising interest rates put a crimp in new home construction.* [Dutch or Low German *krimpen* < Middle Dutch or Middle Low German.] —**crimp′er** *n.*

**crimp**[2] (krĭmp) *n.* A person who tricks or coerces others into service as sailors or soldiers. ❖ *tr.v.* **crimped, crimp·ing, crimps** To procure (sailors or soldiers) by trickery or coercion. [Origin unknown.]

**crimp·y** (krĭm′pē) *adj.* **-i·er, -i·est** Full of crimps; wavy. —**crimp′i·ness** *n.*

**crim·son** (krĭm′zən) *n.* A deep to vivid purplish red to vivid red. ❖ *tr. & intr.v.* **-soned, -son·ing, -sons** To make or become deeply or vividly red. [Middle English *cremesin* < Old Spanish *cremesín*, Old Italian *cremesino* or Medieval Latin *cremesinus*, all < Arabic *qirmizī* < *qirmiz*, kermes insect; see KERMES.] —**crim′son** *adj.*

**cringe** (krĭnj) *intr.v.* **cringed, cring·ing, cring·es 1.** To shrink back, as in fear; cower. **2.** To behave in a servile way; fawn. ❖ *n.* An act or instance of cringing. [Middle English *crengen*, to bend haughtily, probably ultimately < Old English *cringan*, to give way.]

**crin·gle** (krĭng′gəl) *n.* A small ring or grommet of rope or metal fastened to the edge of a sail. [Low German *kringel*, diminutive of *kring*, ring < Middle Low German.]

**crin·kle** (krĭng′kəl) *v.* **-kled, -kling, -kles** —*intr.* **1.** To form wrinkles or ripples. **2.** To make a soft crackling sound; rustle. —*tr.* To cause to crinkle. ❖ *n.* A wrinkle, ripple, or fold. [< Middle English *crinkled*, full of turnings; akin to CRINGE.] —**crin′kly** *adj.*

**crin·kle-root** (krĭng′kəl-rōōt′, -rŏŏt′) *n.* A woodland plant (*Cardamine diphylla*) in the mustard family, occurring in eastern North America and having a thick rhizome, trifoliolate leaves, and clusters of white or pinkish flowers.

**cri·noid** (krī′noid′) *n.* Any of various echinoderms of the class Crinoidea, including the sea lilies and feather stars, that are characterized by a cup-shaped body, feathery radiating arms, and either a stalk or a clawlike structure with which they are able to attach to a surface. [< New Latin *Crinoidea*, class name : Greek *krinon*, lily + Greek *-oeidēs, -oid*.] —**cri′noid′** *adj.*

**crin·o·line** (krĭn′ə-lĭn) *n.* **1.** A coarse stiff fabric, originally of cotton and horsehair, used especially to line and stiffen hats and garments. **2.** A petticoat made of this fabric. **3.** A hoop skirt. [French < Italian *crinolino : crino*, horsehair (< Latin *crinis*, hair; see *sker-*[2] in App. I) + *lino*, flax (< Latin *linum*; see *lino-* in App. I).] —**crin′o·line, crin′o·lined** (-lĭnd) *adj.*

**cri·num** (krī′nəm) *n.* Any of various bulbous plants of the genus *Crinum*, native to warm regions and having strap-shaped leaves and showy umbels of variously colored flowers. Also called *spider lily.* [New Latin *Crinum*, genus name < Greek *krinon*, lily.]

**cri·ol·lo** (krē-ō′lō, -yō) *n., pl.* **-los** (-lōz, -yōz) A Spanish American of European, usually Spanish ancestry. ❖ *adj.* **1.** Of or relating to a criollo or criollos. **2.** Indigenous to or characteristic of a Spanish-American country: *criollo cattle; a criollo dish.* [Spanish; see CREOLE.]

**cri·o·sphinx** (krī′ə-sfĭngks′) *n.* A sphinx with the head of a ram. [Greek *krīos*, ram; see *ker-*[1] in App. I + SPHINX.]

**crip** (krĭp) *n.* **1.** *Offensive Slang* Used as a disparaging term for a person or animal that is partially disabled or unable to use a limb or limbs. **2.** *Slang* Something that is easily accomplished, especially an undemanding academic course. [Short for CRIPPLE.]

**cripes** (krīps) *interj.* Used to express annoyance, anger, or dismay. [Alteration of CHRIST[1].]

**crip·ple** (krĭp′əl) *n.* **1a.** *Often Offensive* A person who is partially disabled or unable to use one or more limbs: **b.** An animal that is partially disabled or unable to use one or more limbs: *cannot race a horse that is a cripple.* **2.** A damaged or defective object or device: *"He . . . would let that cripple of a steamboat get the better of him in a minute"* (Joseph Conrad). ❖ *tr.v.* **-pled, -pling, -ples 1.** To cause to lose the use of a limb or limbs. **2.** To disable, damage, or impair the functioning of: *a strike that crippled the economy.* [Middle English *cripel*, from Old English *crȳpel*.] —**crip′pler** *n.*

**Crip·ple Creek** (krĭp′əl) A city of central Colorado in the Rocky Mountains southwest of Colorado Springs. After 1891 it was the center of a thriving gold-producing area but declined as deposits were exhausted.

**cri·sis** (krī′sĭs) *n., pl.* **-ses** (-sēz) **1.** A crucial or decisive point or situation, especially a difficult or unstable situation involving an impending change. **2.** A sudden change in the course of a disease or fever, toward either improvement or deterioration. **3.** An emotionally stressful event or traumatic change in a person's life. **4.** A point in a story or drama when a conflict reaches its highest tension and must be resolved. [Middle English < Latin, judgment < Greek *krisis < krīnein*, to separate, judge; see **krei-** in App. I.]

**crisis center** *n.* A center staffed especially by volunteers who give support and advice to people experiencing personal crises.

**crisp** (krĭsp) *adj.* **crisp·er, crisp·est 1.** Firm but easily broken or crumbled; brittle: *crisp potato chips.* **2.** Pleasingly firm and fresh: *crisp carrot and celery sticks.* **3a.** Bracing; invigorating: *crisp mountain air.* **b.** Lively; sprightly: *music with a crisp rhythm.* **4.** Conspicuously clean or new: *a crisp dollar bill.* **5.** Marked by clarity, conciseness, and briskness: *a crisp reply.* **6.** Having small curls, waves, or ripples. Used of hair. ❖ *v.* **crisped, crisp·ing, crisps** —*tr.* To make or keep crisp. —*intr.* To become or remain crisp. ❖ *n.* **1.** Something crisp or easily crumbled: *The roast was burned to a crisp.* **2.** A dessert of fruit baked with a sweet crumbly topping: *apple crisp.* **3.** *Chiefly British* A potato chip. [Middle English, curly < Old English < Latin *crispus*, curly < *sker-*[2] in App. I.] —**crisp′ness** *n.*

**cris·pate** (krĭs′pāt′) also **cris·pat·ed** (-pā′tĭd) *adj.* Curled or ruffled, as the margins of certain leaves. [Latin *crispātus*, past participle of *crispāre*, to curl < *crispus*, curly; see *sker-*[2] in App. I.]

**cris·pa·tion** (krĭs-pā′shən) *n.* **1a.** The act of crisping or curling. **b.** The state of being crisped or curled. **2.** A slight involuntary muscular contraction, often producing a crawling sensation of the skin.

**crisped** (krĭspt) *adj. Botany* Crispate.

**crisp·en** (krĭs′pən) *tr. & intr.v.* **-ened, -en·ing, -ens** To make or become crisp; crisp.

**crisp·er** (krĭs′pər) *n.* One that crisps, especially a compartment in a refrigerator used for storing vegetables and keeping them fresh.

**Cris·pin** (krĭs′pĭn) Saint. Third century AD. Roman shoemaker who with his brother Saint **Crispinian** sought to spread Christianity and was martyred.

**crisp·y** (krĭs′pē) *adj.* **-i·er, -i·est 1.** Firm but easily broken or crumbled; crisp. **2.** Having small curls, waves, or ripples. —**crisp′i·ness** *n.*

**criss·cross** (krĭs′krôs′, -krŏs′) *v.* **-crossed, -cross·ing, -cross·es** —*tr.* **1.** To mark with crossing lines. **2.** To move back and forth through or over: *crisscrossed the country on a speaking tour.* —*intr.* To move back and forth. ❖ *n.* **1.** A mark or pattern made of crossing lines. **2.** A state of being at conflicting or contrary purposes. ❖ *adj.* Crossing one another or marked by crossings. ❖ *adv.* In a manner or direction that crosses or is marked by crossings. [Alteration of Middle English *Cristcrosse*, mark of a cross, short for *Cristcross (me speed)*, may Christ's cross (give me success).]

**cris·sum** (krĭs′əm) *n., pl.* **cris·sa** (krĭs′ə) The feathers or area under the tail of a bird surrounding the cloacal opening. [New Latin < Latin *crisāre, crissāre*, to move the buttocks during intercourse; see *sker-*[2] in App. I.] —**cris′sal** (-əl) *adj.*

**cris·ta** (krĭs′tə) *n., pl.* **-tae** (-tē) **1.** *Anatomy* A crest or ridge, as on the top of a bone. **2.** *Biology* One of the inward projections or folds of the inner membrane of a mitochondrion. [Latin; see *sker-*[2] in App. I.]

**cris·tate** (krĭs′tāt′) also **cris·tat·ed** (-tā′tĭd) *adj.* Having or forming a crest or crista. [Latin *cristātus < crista*, tuft; see *sker-*[2] in App. I.]

**cri·te·ri·on** (krī-tîr′ē-ən) *n., pl.* **-te·ri·a** (-tîr′ē-ə) or **-te·ri·ons** A standard, rule, or test on which a judgment or decision can be based. [Greek *kritērion < kritēs*, judge < *krīnein*, to separate, judge; see **krei-** in App. I.] —**cri·te′ri·al** (-əl) *adj.*



**criosphinx**
granite sculpture of Amun in the form of a ram, protecting King Taharqa of Nubia (reigned 690–664 BC)

◆ **USAGE NOTE** Like *phenomenon*, *criterion* comes directly from Greek and is singular. In standard usage, the plural is generally *criteria*, although *criterions* is sometimes used as well. Properly speaking, the form *criteria* should never be a singular noun, and phrases like *this criteria* and *single criteria* are widely viewed as erroneous. Similarly, the plural *criterias* is also viewed as a mistake and is usually edited out of published prose.

**crit·e·ri·um** (krī-tîr′ē-əm) *n., pl.* **-ums** A bicycle race conducted on a short course over roads that have been closed to traffic, usually consisting of multiple laps of a winding loop.

**crit·ic** (krĭt′ĭk) *n.* **1.** One who forms and expresses judgments of the merits, faults, value, or truth of a matter. **2.** One who specializes especially professionally in the evaluation and appreciation of literary or artistic works: *a film critic; a dance critic.* **3.** One who tends to make harsh or carping judgments; a faultfinder. [Latin *criticus* < Greek *kritikos*, able to discern < *kritēs*, judge < *krīnein*, to separate, judge; see **krei-** in App. I.]

**crit·i·cal** (krĭt′ĭ-kəl) *adj.* **1.** Judging severely and finding fault: *a writer who is very critical of the government's foreign policy.* **2a.** Relating to or characterized by criticism; reflecting careful analysis and judgment: *a critical appreciation of the filmmaker's work.* **b.** Of, relating to, or characteristic of critics: *a play that received great critical acclaim.* **c.** Including scholarly commentary and interpretation: *a critical edition of Poe's stories.* **3a.** Forming or having the nature of a turning point; crucial or decisive: *a critical point in the campaign.* See Synonyms at **decisive**. **b.** *Medicine* Being or relating to a grave physical condition, especially of a patient. **c.** Being in or verging on a state of crisis or emergency: *a critical shortage of food and fuel; a time of critical social instability.* **d.** Of, relating to, or being a stage in which a decisive turn of events occurs: *a second income that is critical to the family's well-being.* See Synonyms

| | | | |
|---|---|---|---|
| ă | pat | oi | boy |
| ā | pay | ŏŏ | out |
| âr | care | ŏŏ | took |
| ä | father | ŏŏ | lure |
| ĕ | pet | ŏŏ | boot |
| ē | be | ŭ | cut |
| ĭ | pit | ûr | urge |
| ī | bite | th | thin |
| îr | pier | th | this |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |
| ôr | core | | |

Stress marks: ′ (primary);
′ (secondary), as in
*dictionary* (dĭk′shə-nĕr′ē)

Case 3:17-cv-00052-KDB-DSC Document 43-1 Filed 10/29/18 Page 8 of 22

**pre·sump·tu·ous** (prĭ-zŭmp′chōō-əs) *adj.* Going beyond what is right or proper; excessively forward: *felt it was presumptuous of him to assume they had become friends.* [Middle English < Old French *presumptueux* < Late Latin *praesūmptuōsus,* variant of *praesūmptiōsus* < *praesūmptiō,* presumption; see PRESUMPTION.] —**pre·sump′tu·ous·ly** *adv.* —**pre·sump′tu·ous·ness** *n.*

**pre·sup·pose** (prē′sə-pōz′) *tr.v.* -**posed,** -**pos·ing,** -**pos·es** 1. To believe or suppose in advance: *"Since he presupposes that individuals are for the most part self-interested and rapacious, Hobbes believes that political order is only possible if the king is given almost unlimited power"* (Joseph Carrig). 2. To require or involve necessarily as an antecedent condition: *"The term tax relief . . . presupposes a conceptual metaphor: Taxes are an affliction"* (George Lakoff). —**pre·sup′po·si′tion** (-sŭp′ə-zĭsh′ən) *n.* —**pre·sup′pos·i′tion·al** *adj.*

**pre·syn·ap·tic** (prē′sĭ-nāp′tĭk) *adj.* Situated in front of or occurring before a synapse: *a presynaptic nerve fiber; a presynaptic stimulus.*

**pret.** *abbr.* preterite

**prêt-à-por·ter** (prĕt′ä-pôr-tā′) *adj.* Ready-to-wear. ❖ *n.* Ready-to-wear clothing. [French, translation of English READY-TO-WEAR : *prêt,* ready + *à,* to + *porter,* to wear.]

**pre·tax** (prē′tăks′) *adj.* Existing before tax deductions: *pretax income.*

**pre·teen** (prē′tēn′) *adj.* 1. Relating to or designed for children especially between the ages of 9 and 12: *preteen clothing.* 2. Being a child especially between the ages of 9 and 12; preadolescent. ❖ *n.* A preadolescent boy or girl.

**pre·teen·ag·er** (prē′tēn′ā′jər) *n.* A preteen.

**pre·tence** (prē′tĕns′, prĭ-tĕns′) *n. Chiefly British* Variant of **pretense.**

**pre·tend** (prĭ-tĕnd′) *v.* -**tend·ed,** -**tend·ing,** -**tends** —*tr.* 1. To give a false appearance of; feign: *"You had to pretend conformity while privately pursuing high and dangerous nonconformism"* (Anthony Burgess). 2. To claim or allege insincerely or falsely: *doesn't pretend to be an expert.* 3. To represent fictitiously in play; make believe: *pretended they were on a cruise.* 4. To take upon oneself; venture: *I cannot pretend to say that you are wrong.* —*intr.* 1. To feign an action or character, as in play. 2. To lay claim: *pretends to gourmet tastes.* ❖ *adj. Informal* Imitation; make-believe: *pretend money; pretend pearls.* [Middle English *pretenden* < Old French *pretendre* < Latin *praetendere* : *prae-,* pre- + *tendere,* to extend; see **ten-** in App. I.]

**pre·tend·ed** (prĭ-tĕn′dĭd) *adj.* 1. Not genuine or sincere; feigned: *a pretended interest in the proceedings.* 2. Supposed; alleged: *the pretended heir to the throne.* —**pre·tend′ed·ly** *adv.*

**pre·tend·er** (prĭ-tĕn′dər) *n.* 1. One who simulates, pretends, or alleges falsely; a hypocrite or dissembler. 2. One who sets forth a claim, especially a claimant to a throne.

**pre·tense** (prē′tĕns′, prĭ-tĕns′) *n.* 1a. A false appearance or action intended to deceive: *"He ran the back of his hand up her cheek, with the pretense of wiping away sweat"* (Jonathan Safran Foer). b. A professed but feigned reason or excuse; a pretext: *left the room under the pretense of having to make a phone call.* 2. Something imagined or pretended: *"Ardor had atrophied and weariness had taken its place . . . their connection was pretense"* (Deborah Weisgall). 3a. The quality or state of being pretentious; ostentation: *so modest as to be free from any hint of pretense.* b. A false or studied show; an affectation: *models making a pretense of nonchalance.* 4. A claim or assertion to a right, especially a false one: *"a celebrity with scarcely any pretense to talent or achievement"* (Joseph Epstein). [Middle English < Old French *pretensse* < Medieval Latin *praetēnsa* < Late Latin, feminine of *praetēnsus,* alteration of Latin *praetentus,* past participle of *praetendere,* to pretend, assert; see PRETEND.]

**pre·ten·sion** (prĭ-tĕn′shən) *n.* 1. A specious allegation; a pretext: *"pretension that current political arrangements serve everyone's interests"* (Steven Pinker). 2a. A claim to something, such as a skill or profession: *a writer's pretensions to journalistic detachment.* b. The advancing of such a claim: *tried to prevent his pretensions to the throne.* 3a. The unwarranted assumption that one is deserving of merit, or behavior indicative of such an assumption; pretentiousness: *"the popular association of wine with snobbery and pretension"* (Paul Lukacs). b. An instance of such pretentiousness: *"[He] was a likable, boyish man from a middle-class Southern background, though his aristocratic manner and pretensions suggested otherwise"* (Mary V. Dearborn).

**pre·ten·tious** (prĭ-tĕn′shəs) *adj.* 1. Claiming that or behaving as if one is important or deserving of merit when such is not the case: *a pretentious socialite.* 2. Showing or betraying an attitude of superiority: *made pretentious remarks about his education.* 3. Marked by an extravagant or presumptuous outward show; ostentatious: *a pretentious house.* See Synonyms at **showy.** —**pre·ten′tious·ly** *adv.* —**pre·ten′tious·ness** *n.*

**pret·er·ism** (prĕt′ə-rĭz′əm) *n.* A Christian doctrine holding that at least some of the apocalyptic prophecies in the Bible describe events that occurred within the first century after Jesus's death, rather than events that lie still in the future. [Latin *praeter,* beyond, past + -ISM.] —**pret′er·ist** *n.*

**pret·er·ite** or **pret·er·it** (prĕt′ər-ĭt) *adj.* Of, relating to, or being the verb tense that describes a past action or state. ❖ *n.* 1. The verb form expressing or describing a past action or condition. 2. A verb in the preterite form. [Middle English < Old French < Latin *(tempus) praeteritum,* past (tense), neuter past participle of *praeterīre,* to go by : *praeter-,* beyond, comparative of *prae,* before; see **per¹** in App. I + *īre,* to go; see **ei-** in App. I.]

**pret·er·i·tion** (prĕt′ə-rĭsh′ən) *n.* 1. The act of passing by, disregard-


pretzel

ing, or omitting. 2. Calvinism The doctrine that God refused to predestine the reprobate, therefore neither electing them to eternal life nor condemning them to eternal death; the passing over of an individual in the bestowal of grace or salvation. [Late Latin *praeteritiō, praeteritiōn-,* a passing over < Latin *praeteritus,* past participle of *praeterīre,* to go by; see PRETERITE.]

**pre·term** (prē′tûrm′, prē-tûrm′) *adj.* Occurring or appearing before the expected time at the end of a full-term pregnancy: *preterm labor; a preterm infant.* ❖ *n.* An infant born prematurely.

**pre·ter·mit** (prē′tər-mĭt′) *tr.v.* -**mit·ted, -mit·ting,** -**mits** 1. To disregard intentionally or allow to pass unnoticed or unmentioned. 2. To fail to do or include; omit. 3. To interrupt or terminate. [Latin *praetermittere* : *praeter,* beyond; see PRETERITE + *mittere,* to let go.] —**pre′ter·mis′sion** (-mĭsh′ən) *n.* —**pre′ter·mit′ter** *n.*

**pre·ter·nat·u·ral** (prē′tər-năch′ər-əl, -năch′rəl) *adj.* 1. Surpassing what is normal or usual; extraordinary: *"Below his preternatural affability there is some acid and steel"* (George F. Will). 2. Transcending the natural or material order; supernatural. [Medieval Latin *praeternātūrālis* < Latin *praeter nātūram,* beyond nature : *praeter,* beyond; see PRETERITE + *nātūra,* nature; see NATURE.] —**pre′ter·nat′u·ral·ism** *n.* —**pre′ter·nat′u·ral·ly** *adv.* —**pre′ter·nat′u·ral·ness** *n.*

**pre·test** (prē′tĕst′) *n.* 1a. A preliminary test administered to determine a student's baseline knowledge or preparedness for an educational experience or course of study. b. A test taken for practice. 2. The advance testing of something, such as a questionnaire, product, or idea. ❖ *tr. & intr.v.* (prē-tĕst′) -**test·ed, -test·ing,** -**tests** To subject to or conduct a pretest.

**pre·text** (prē′tĕkst′) *n.* A reason or excuse given to hide the real reason for something. [Latin *praetextum* < neuter past participle of *praetexere,* to disguise : *prae-,* pre- + *texere,* to weave; see **teks-** in App. I.]

**pre·text·ing** (prē′tĕks′tĭng) *n.* Impersonating another person or otherwise engaging in misrepresentation in order to obtain an individual's private personal information. —**pre′text′er** *n.*

**pre·tor** (prē′tər) *n.* Variant of **praetor.**

**Pre·to·ri·a** (prĭ-tôr′ē-ə) The administrative capital of South Africa, in the northeast part of the country north of Johannesburg. Founded in 1855, it became the capital of Transvaal in 1860 and capital of South Africa in 1910.

**pre·to·ri·an** (prē-tôr′ē-ən) *adj.* Variant of **praetorian.**

**Pre·to·ri·us** (prĭ-tôr′ē-əs), **Andries Wilhelmus Jacobus** 1798–1853. Afrikaner soldier and politician who led the defeat of the Zulus (1838) and negotiated the independence of the Transvaal (1852). His son **Marthinus Wessels Pretorius** (1819–1901) founded Pretoria (1855) and was president of the Transvaal (1857–1871) as well as the Orange Free State (1859–1863).

**pre·treat** (prē-trēt′) *tr.v.* -**treat·ed, -treat·ing,** -**treats** To treat (wood or fabric, for example) beforehand. —**pre·treat′ment** *n.*

**pre·tri·al** (prē-trī′əl, -trī′əl) *n.* A proceeding held before an official trial, especially to clarify points of law and facts. ❖ *adj.* 1. Existing or occurring before a trial: *pretrial detention; pretrial hearings.* 2. Of or relating to a pretrial.

**pret·ti·fy** (prĭt′ĭ-fī′) *tr.v.* -**fied, -fy·ing,** -**fies** To make pretty or prettier, especially in a superficial or insubstantial way. —**pret′ti·fi·ca′tion** (-fĭ-kā′shən) *n.* —**pret′ti·fi′er** *n.*

**pret·ty** (prĭt′ē) *adj.* -**ti·er, -ti·est** 1. Pleasing or attractive in a graceful or delicate way. See Synonyms at **beautiful.** 2. Clever; adroit: *a pretty maneuver.* 3. Very bad; terrible: *in a pretty predicament; a situation that has reached a pretty pass.* 4. Ostensibly or superficially attractive but lacking substance or conviction: *full of pretty phrases.* 5. *Informal* Considerable in size or extent: *a pretty fortune.* ❖ *adv.* 1. To a fair degree; moderately: *a pretty good student.* 2. In a pretty manner; prettily or pleasingly. ❖ *n., pl.* -**ties** 1. One that is pretty. 2. **pretties** Delicate clothing, especially lingerie. ❖ *tr.v.* -**tied, -ty·ing,** -**ties** To make pretty: *pretty up the house.* —*idiom:* **pretty much** For the most part; mostly: *"The . . . matter was pretty much dying down"* (John Strahinich). [Middle English *pretty, clever,* fine, handsome < Old English *prættig,* cunning < *prætt,* trick.] —**pret′ti·ly** *adv.* —**pret′ti·ness** *n.*

**pret·zel** (prĕt′səl) *n.* A glazed, brittle biscuit that is usually salted on the outside and baked in the form of a loose knot or stick. [German *Brezel* < Middle High German *brēzel, prēzel* < Old High German *brēzila, brezzitella* < Medieval Latin *bracellus,* alteration of Medieval Latin *\*brāchiatellus,* diminutive of Latin *brāchiātus,* having branches like arms (in reference to the traditional form of a pretzel said to be made to look like arms folded in prayer) < *bracchium,* arm < Greek *brakhīōn,* upper arm; see **mregh-u-** in App. I.]

▶ **WORD HISTORY** In the early 1800s, the pretzel was considered a stereotypically German food, and the first known occurrences of the word *pretzel* in English date from the first half of the 1800s and are often found in descriptions of the German diet. *Pretzel* comes from a German word that is now spelled *Brezel* in modern standard German. The English spelling *pretzel* with *p* probably reflects the pronunciation of *Brezel* in one of the dialects of southern Germany. In many of these dialects, the letters *b* and *p* are pronounced identically when they occur at the beginning of a word, and they have a sound that reminds English speakers of a *p.* In Germany, pretzels are traditionally associated with Lent and Easter, and the overlapping strands of dough in a pretzel are said to represent the arms of a person with hands folded in prayer. In fact, German *Brezel* is ultimately derived from the Latin word for "arm," *bracchium. Brezel* comes from the Medieval Latin word *brāchellus,* which referred to some sort of baked item, presumably like a pretzel. This Medieval Latin word is thought to be a shortened version of another Medieval Latin word, *\*brāchiatellus,* that does not happen to be attested in any written documents preserved from the Middle Ages. (In Latin, *\*brāchiatellus* would mean something like "little branched object.") This is a diminutive of another Medieval Latin word *braciātus* that is actually attested in surviving Medieval Latin and refers to some sort of baked good

Case 3:11-cv-00652-RLB-DSC Document 43-4 Filed 05/18/12 Page 9 of 22

eaten by monks on holidays. This Medieval Latin word developed from the Late Latin word *bracchiátus*, meaning "having boughs or branches like arms," itself a derivative of Latin *brácchium*, "arm." In this way, the history of the word *pretzel* accords with the widespread tradition that a monk living in France or northern Italy invented the knotted shape of a pretzel in order to symbolize arms folded in prayer.

**pre·vail** (pri-vāl′) *intr.v.* **-vailed, -vail·ing, -vails 1.** To be greater in strength or influence; triumph: *The home team prevailed against the visitors. Shouldn't the public interest prevail over an individual's?* **2.** To be most common or frequent; be predominant: *a region where snow and ice prevail.* **3.** To be in force, use, or effect; be current: *an ancient tradition that still prevails.* **4.** To use persuasion or inducement successfully. Often used with *on, upon,* or *with.* See Synonyms at **persuade.** [Middle English *prevailen* < Old French *prevaloir, prevaill-* < Latin *praevalēre,* to be stronger : *prae-,* pre- + *valēre,* to be strong; see **wal-** in App. I.] —**pre·vail′er** *n.*

**pre·vail·ing** (pri-vā′lĭng) *adj.* **1.** Generally current; widespread: *the prevailing attitude.* **2.** Blowing usually or most frequently from a given direction: *a prevailing easterly wind.* —**pre·vail′ing·ly** *adv.*

✦ **SYNONYMS** *prevailing, prevalent, current* These adjectives denote what exists or is encountered generally at a particular time. *Prevailing* applies to what is most frequent or common at a certain time or in a certain place: *took a poll to find the prevailing opinion. Prevalent* suggests widespread existence or occurrence but does not imply predominance: *a belief that was prevalent in the Middle Ages. Current* often stresses the present time and is frequently applied to what is subject to frequent change: *current psychoanalytic theories.*

**Pré·val** (prā-väl′), René García Born 1943. Haitian politician who served as prime minister (1991–1993) and president (1996–2001) and was elected president again in 2006. His 1996 election marked Haiti's first peaceful transition from one democratically elected president to another since the country gained independence in 1804.

**prev·a·lence** (prĕv′ə-ləns) *n.* **1.** The condition of being prevalent. **2.** *Medicine* The total number of cases of a disease in a given population at a specific time.

**prev·a·lent** (prĕv′ə-lənt) *adj.* Widely or commonly occurring, existing, accepted, or practiced. See Synonyms at **prevailing.** [Middle English, very strong < Latin *praevalēns, praevalent-,* present participle of *praevalēre,* to be stronger; see **PREVAIL.**] —**prev′a·lent·ly** *adv.*

**pre·var·i·cate** (pri-vâr′ĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates** —*intr.* **1.** To speak or write evasively; equivocate. See Synonyms at **lie²**. **2.** To behave in an evasive or indecisive manner, usually in delay: *"For months, Lennox prevaricated but at last . . . he accepted the inevitable and left Scotland for France"* (Magnus Magnusson). —*tr.* To utter or say in an evasive manner. [Latin *praevāricārī, praevāricāt-,* to straddle across (something), collude (used of lawyers) : *prae-,* pre- + *vāricāre,* to straddle (< *vāricus,* straddling < *vārus,* bow-legged, bandy).] —**pre·var′i·ca′tion** *n.* —**pre·var′i·ca′tor** *n.*

**pre·ve·ni·ent** (pri-vēn′yəns) *n.* **1.** The act or state of being antecedent or prevenient. **2.** Attention to another's needs.

**pre·ve·ni·ent** (pri-vēn′yənt) *adj.* **1.** Coming before; preceding. **2.** Expectant; anticipatory. [Latin *praeveniēns, praevenient-,* present participle of *praevenīre,* to precede : *prae-,* pre- + *venīre,* to come; see **gwā-** in App. I.] —**pre·ven′ient·ly** *adv.*

**pre·vent** (pri-vĕnt′) *v.* **-vent·ed, -vent·ing, -vents** —*tr.* **1.** To keep from happening; avert: *took steps to prevent the strike.* **2.** To keep (a person or thing) from doing something; impede: *prevented us from winning; prevented the disease from spreading.* **3.** *Archaic* **a.** To anticipate or counter in advance. **b.** To come before; precede. —*intr.* To present an obstacle: *There will be a picnic if nothing prevents.* [Middle English *preventen,* to anticipate < Latin *praeventus, praevent-* : *prae-,* pre- + *venīre,* to come; see **gwā-** in App. I.] —**pre·vent′a·bil′i·ty, pre·vent′i·bil′i·ty** *n.* —**pre·vent′a·ble, pre·vent′i·ble** *adj.* —**pre·vent′er** *n.*

✦ **SYNONYMS** *prevent, preclude, avert, obviate, forestall* These verbs mean to stop or hinder something from happening, especially by advance planning or action. *Prevent* implies anticipatory counteraction: *"Some contemporaries believed that capitalism and the rise of an international economy would prevent war among 'civilized' states"* (John Howard Morrow). To *preclude* is to exclude the possibility of an event or action: *"a tranquillity which . . . his wife's presence would have precluded"* (John Henry Newman). *Avert* and *obviate* imply that something, such as a difficulty or necessity, has been removed or avoided: *The pilot's quick thinking averted an accident. The short duration of the journey obviated the need for large food supplies. Forestall* usually suggests anticipatory measures taken to counteract, neutralize, or nullify the effects of something: *We installed an alarm system to forestall break-ins.*

**pre·vent de·fense** (prē′vĕnt′ dĕ′fĕns′) *n.* Football A defensive formation or strategy that employs an additional pass defender in an attempt to prevent long gains by the offense, usually near the end of the game.

**pre·ven·tion** (pri-vĕn′shən) *n.* The act of preventing something; the prevention of illness.

**pre·ven·tive** (pri-vĕn′tĭv) also **pre·ven·ta·tive** (-tə-tĭv) *adj.* **1.** Intended or used to prevent or hinder; acting as an obstacle: *preventive measures.* **2.** Carried out to deter expected aggression by hostile forces. **3.** Preventing or slowing the course of an illness or disease; prophylactic: *Preventive medicine; preventive health care.* ✦ *n.* **1.** Something that prevents; an obstacle. **2.** something that slows the course or prevents the onset of illness or disease. —**pre·ven′tive·ly** *adv.* —**pre·ven′tive·ness** *n.*

**preventive detention** *n.* **1.** The detention in jail, prior and during criminal trial, of a defendant deemed too dangerous for release. **2.** Imprisonment without trial of a person identified by authorities as a danger to society.

**pre·verb** (prē′vûrb′) *n.* A prefix or particle preceding the root or stem of a verb, as *for-* in *forget.* —**pre·verb′** *adj.*

**pre·verb·al** (prē-vûr′bəl) *adj.* **1.** Preceding the verb. **2a.** Having not yet learned to speak: *preverbal children.* **b.** Marked by the absence of spoken language: *preverbal sounds; the preverbal stage of development.*

**pre·view** also **pre·vue** (prē′vyōō′) *n.* **1.** An advance showing, as of a movie or art exhibition, to which a selected audience is invited before public presentation begins. **2.** An advance viewing or exhibition, especially the presentation of several scenes advertising a forthcoming movie; a trailer. **3.** An introductory or preliminary message, sample, or overview; a foretaste. ✦ *tr.v.* **-viewed, -view·ing, -views** also **-vued, -vu·ing, -vues 1.** To view or exhibit in advance. **2.** To provide a preliminary sample or overview of: *The professor previewed the course for us.*

**pre·vi·ous** (prē′vē-əs) *adj.* **1.** Existing or occurring before something else in time or order; prior: *children by a previous marriage.* **2.** *Informal* Acting, occurring, or done too soon; premature or hasty: *"I have been too previous, for which you must blame the natural impatience of a man in love"* (Georgette Heyer). [< Latin *praevius,* going before : *prae-,* pre- + *via,* way; see **wegh-** in App. I.] —**pre′vi·ous·ly** *adv.* —**pre′vi·ous·ness** *n.*

**previous question** *n.* The motion in parliamentary procedure to take an immediate vote on the main question being considered or on any other questions so designated.

**previous to** *prep.* Prior to; before.

**pre·vise** (pri-vīz′) *tr.v.* **-vised, -vis·ing, -vis·es 1.** To know in advance; foresee. **2.** To notify in advance; forewarn. [Middle English *previsen* < Latin *praevīdere, praevīs-* : *prae-,* pre- + *vidēre,* to see; see **weid-** in App. I.] —**pre·vi′sor** *n.*

**pre·vi·sion** (pri-vĭzh′ən) *n.* **1.** A knowing in advance; foresight. **2.** A prediction; a forecast. ✦ *tr.v.* **-sioned, -sion·ing, -sions** To foresee. —**pre·vi′sion·al, pre·vi′sion·ar′y** (-vĭzh′ə-nĕr′ē) *adj.*

**pre·vo·cal·ic** (prē′vō-kăl′ĭk) *adj.* **1.** Preceding a vowel. **2.** Of or relating to a form of a linguistic element, such as a suffix, prefix, or word, that occurs only before a vowel.

**pre·vo·ca·tion·al** (prē′vō-kā′shə-nəl) *adj.* Of or relating to instruction given in preparation for vocational school.

**pre·vue** (prē′vyōō′) *n.* & *v.* Variant of **preview.**

**pre·war** (prē′wôr′) *adj.* Existing or occurring before a war.

**pre·washed** (prē′wŏsht′, -wôsht′) *adj.* Washed by the manufacturer so as to impart a softer texture or faded appearance. Used of textiles or clothing: *prewashed denim; prewashed jeans.*

**pre·writ·ing** (prē′rī′tĭng) *n.* The creation and arrangement of ideas preliminary to writing.

**prex·y** (prĕk′sē) *n., pl.* **-ies** *Slang* A president, especially of a college or university. [Shortening and alteration of **PRESIDENT.**]

**prey** (prā) *n.* **1a.** An animal hunted or caught by another for food: *The leopard carried its prey into a tree.* **b.** The collection of animals typically hunted and eaten by a predator: *the acoustic location of prey by barn owls.* **2a.** An object or victim of attack: *ships that became the prey of pirates.* **b.** One that is subjected to or afflicted with something: *was prey to depression.* **c.** One that is deceived or taken advantage of by another: *easy prey for swindlers.* **3.** *Archaic* **a.** The act or practice of preying. **b.** Plunder; booty. ✦ *intr.v.* **preyed, prey·ing, preys 1.** To hunt, catch, or eat as prey: *Owls prey on mice.* **2.** To victimize or make a profit at someone else's expense: *swindlers who prey upon the weak.* **3.** To plunder or pillage: *Vikings preying on coastal settlements.* **4.** To exert a baneful or injurious effect: *Remorse preyed on his mind.* [Middle English *preie* < Old French < Latin *praeda,* booty, prey; see **ghend-** in App. I.] —**prey′er** *n.*

**prez** or **Prez** (prĕz) *n., pl.* **prez·es** or **Prez·zes** *Informal* President. Often used with *the.*

**PRF** *abbr.* pulse repetition frequency

**Pri·am** (prī′əm) *n. Greek Mythology* The father of Paris, Hector, and Cassandra and king of Troy, who was killed when his city fell to the Greeks.

**pri·a·pic** (prī-ā′pĭk, -ăp′ĭk) also **pri·a·pe·an** (prī′ə-pē′ən) *adj.* **1.** Of, relating to, or resembling a phallus; phallic. **2.** Relating to or overly concerned with masculinity. [< PRIAPUS.]

**pri·a·pism** (prī′ə-pĭz′əm) *n.* Persistent, usually painful erection of the penis, especially as a consequence of disease and not related to sexual arousal. [French *priapisme* < Late Latin *priāpismus* < Greek *priāpismos* < *priāpizein,* to have an erection < *Priāpos,* Priapus.]

**pri·a·pus** (prī-ā′pəs) *n.* **1.** Priapus *Greek & Roman Mythology* The god of procreation, guardian of gardens and vineyards, and personification of the erect phallus. **2.** An image of this god, often used as a scarecrow or in ancient gardens. **3.** A representation of a phallus. [Latin *Priāpus* < Greek *Priāpos.*]

**Prib·i·lof Islands** (prĭb′ə-lôf′) A group of islands of southwest Alaska in the Bering Sea north of the Fox Islands. They are noted as a breeding ground for seals.

**price** (prīs) *n.* **1.** The amount as of money or goods, asked for or given in exchange for something else. **2.** The cost at which something is obtained: *believes that the price of success is hard work.* **3.** The cost of bribing someone: *maintained that every person has a price.* **4.** A reward offered for the capture or killing of a person: *a felon with a price on his head.* **5.** *Archaic* Value or worth. ✦ *tr.v.* **priced, pric·ing, pric·es 1.** To fix or establish a price for: *shoes that are priced at sixty dollars.* **2.** To find out the price of. —*idiom:* **at any price** At whatever cost. [Middle English *pris, pris* < Old French < Latin *pretium,* price; see **per-⁵** in App. I.] —**pric′er** *n.*

**market** To eliminate the demand for (goods or services) by setting prices

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

| ă | pat | oi | boy |
|---|---|---|---|
| ā | pay | ou | out |
| âr | care | ŏŏ | took |
| ä | father | ōō | lure |
| ĕ | pet | ōō | boot |
| ē | be | ŭ | cut |
| ĭ | pit | ûr | urge |
| ī | bite | th | thin |
| îr | pier | th | this |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |

# The
# Chambers
# Dictionary
11th Edition

Case 3:17-cv-00652-KDB-DSC   Document 43-11   Filed 10/29/18   Page 11 of 22

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent, Edinburgh, EH7 4AY

First published as *Chambers's Twentieth Century Dictionary* in 1901; published as *Chambers English Dictionary* in 1988; first published as *The Chambers Dictionary* in 1993.
This edition first published 2008.

© Chambers Harrap Publishers Ltd 2008

We have made every effort to mark as such all words which we believe to be trademarks. We should also like to make it clear that the presence of a word in the dictionary, whether marked or unmarked, in no way affects its legal status as a trademark.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher.

A CIP catalogue record for this book is available from the British Library.

ISBN 978 0550 10289 8      Standard
ISBN 978 0550 10396 3      Thumb index

Fonts featured in letter openers published by the following foundries: Adobe, Apple, ATF, Berthold, Bitstream, Elsner&Flake, Garamond, International TypeFounders Inc, ITC, Linotype, Microsoft, Stempel, T.26, URW++, Wagner.

Designed by Chambers Harrap Publishers Ltd, Edinburgh
Typeset in Optima and Arial by Macmillan India Ltd
Printed and bound in Italy by Legoprint

impair, undermine or curtail with disastrous effect. [OE *crypel*; connected with **creep**]

■ **cripp'led** *adj*. **cripple'dom** *n*. **cripp'ler** *n*. **cripp'ling** *n* a prop set up as a support against the side of a building.

❑ **cripp'leware** *n* (*comput sl*) software that has been partly disabled to provide a limited demonstration of its use.

**crise** /krēz/ *n* (*pl* **crises** /krēz/). [Fr]

※ **crise de conscience** /ḍə-kɔ̃-syäs/ a crisis of conscience, a moral dilemma. **crise de foi** /ḍə-fwä/ an attack of doubt, distrust or disillusionment. **crise de nerfs** /ḍə-ner/ an attack of nerves, hysterics.

**crisis** /krī'sis/ *n* (*pl* **crises** /krī'sēz/) a crucial or decisive moment; a turning point, eg in a disease; a time of difficulty or distress; an emergency. [Gr *krisis* a decision, judgement, from *krīnein* to decide] ❑ **crisis management** *n* action taken to limit damage and establish the most profitable strategy in a difficult situation.

**crisp** /krisp/ *adj* curling closely; so dry as to break or crumble easily, brittle; (of pastry) short; (of weather) fresh and bracing, *esp* when frosty; (of fabric) clean, starched; (of hair) springy; firm, the opposite of limp or flabby; (of wording) neat, terse, well-turned; (of manner) firm, decisive, authoritative. ◆ *vt* and *vi* to make or become crisp. ◆ *n* (*usu in pl*) a thin slice of potato fried until crisp, a potato-crisp; any piece of food fried or roasted until crisp. [OE, from L *crispus* curled, wrinkled]

■ **crisp'āte** *adj* (*bot* and *zool*) having a wavy edge. **crispā'tion** *n* the state of being curled; a ripple or slight wave, as on the surface of water; a creeping or rippling sensation caused by a slight muscle contraction. **crisp'ature** *n* a curling. **crisp'er** *n* anything that crisps; a compartment in a refrigerator in which to keep lettuce, etc fresh. **crisp'ness** *n*. **crisp'ly** *adv*. **crisp'ness** *n*. **crisp'y** *adj* (**crisp'ier**; **crisp'iest**).

❑ **crisp'bread** *n* a brittle, unsweetened type of biscuit of rye or wheat, *usu* eaten as a substitute for bread.

※ **burn to a crisp** to burn until charred and brittle.

**crispin** /kris'pin/ *n* a poetic name for a shoemaker, from *Crispin* of Soissons, the patron saint of shoemakers, martyred 25 October 287.

**criss-cross** or **crisscross** /kris'kros/ *n* a network of crossing lines; the Latin cross at the beginning of the alphabet on a hornbook (see **cross-cross-row** under **Christ**); a mark formed by two lines in the form of a cross, as the signature of a person unable to write his or her name; a game of noughts and crosses (*esp N Am*). ◆ *adj* and *adv* crosswise; consisting of a network of crossed lines. ◆ *vt* and *vi* to cross repeatedly. [From *christ-cross*]

**crissum** /kris'əm/ *n* (*pl* **criss'a**) the area surrounding a bird's cloaca, including the under-tail feathers. [L *crissāre* to move the thighs sensuously]

**crista** /kris'tə/ *n* (*pl* **cris'tae** /-ē/) a crest; a ridge or fold resembling a crest, eg the infolding of the inner membrane of a mitochondrion (*biol*). [L]

■ **crist'ate** crested. **crist'iform** *adj*.

**cristobalite** /kri-stō'bə-līt/ *n* one of the principal forms of silica, produced from quartz at high temperatures, occurring in volcanic rocks, slags, etc. [*Cerro San Cristóbal* in Mexico, where it was discovered]

**crit** /krit/ (*inf*) *n* short for **criticism**.

**crit.** *abbrev*: critical.

**criterion** /krī-tē'ri-ən/ *n* (*pl* **critē'ria**) a means or standard of judging; a test; a rule, standard or canon. [Gr *kritērion*, from *kritēs* a judge]

❑ **crite'rion-referenced** *adj* (of an examination or assessment) judging examinees on the basis of their demonstrated mastery of certain skills and abilities (rather than by comparison with the achievements of their peers; cf **norm-referenced**). **criterion referencing** *n*.

**criterium** /krī-tē'ri-əm/ *n* a cycling race consisting of a series of laps over public roads. [Fr *critérium* test, criterion; see **criterion**]

**crith** /krith/ (*phys*) *n* a unit of mass, that of 1 litre of hydrogen at standard temperature and pressure, ie 89.88mg. [Gr *krithē* barleycorn, a small weight]

**crithidial** /kri-thid'i-əl/ (*zool*) *adj* of, relating to or resembling the flagellate genus *Crithidia*, particularly applied to a stage in the life cycle of certain trypanosomes.

**crithomancy** /krith'ō-man-si/ *n* divination by strewing meal over sacrificial animals. [Gr *krithē* barley, and *manteiā* divination]

**critic** /krit'ik/ *n* someone who assesses the quality of something, a judge; a professional reviewer of literature, art, drama or music; a person skilled in textual studies and the ascertainment of the original words where readings differ; a fault-finder. [Gr *kritikos*, from *krīnein* to judge]

■ **crit'ical** *adj* at or relating to a turning point, transition or crisis; decisive, crucial; (loosely) seriously ill; relating to criticism; rigorously discriminating; *inclined to judge severity, captious; (of conditions, etc)*

is self-sustaining (*phys*). **crit'ically** *adv*. **crit'icalness** or **critical'ity** *n*. **crit'icaster** *n* a petty critic (see **-aster**). **crit'icism** *n* the art of judging, esp in literature or the fine arts; a critical judgement or observation. **criticizable** or **-s-** /-siz'-/ *adj*. **crit'icize** or **-ise** *vt* to analyse and pass judgement on; to find fault with, to censure. **crit'icizer** or **-s-** *n*.

❑ **critical angle** *n* the smallest possible angle of incidence at which a light ray is totally reflected. **critical apparatus** same as **apparatus criticus** (see **apparatus**). **critical coupling** *n* (*elec eng*) the coupling giving maximum energy transfer between two circuits or systems tuned to the same frequency. **critical damping** *n* (*phys*) the minimum amount of damping that results in an oscillatory electric circuit or mechanical system sufficient to prevent free oscillation. **criticality accident** *n* (*nuclear eng*) the accidental attainment of a critical mass of fissile material by eg the drying out of a solution containing uranium-235. **critical mass** *n* (*nuclear eng*) the minimum amount of fissile material needed to sustain a chain reaction. **critical path analysis** *n* the working out with the aid of a computer the sequence of operations that must be followed in order to complete a complex piece of work in the minimum time. **critical philosophy** *n* that of Kant which is based on a critical examination of the foundations of knowledge. **critical point** *n* (*phys*) the point at which a substance is between its gaseous and liquid states. **critical temperature** *n* that temperature above which a gas cannot be liquefied by pressure alone.

※ **higher criticism** scholarly investigation into questions surrounding the Bible, such as authorship and date. **lower criticism** scholarly investigation concerning specific textual passages in the Bible.

**critique** /kri-tēk'/ *n* (the art of) criticism; a critical estimate of a work of literature, art, etc; a critical dissertation or review. ◆ *vt* to discuss or analyse critically. [Fr, from Gr *kritikē* (*technē*) the art of criticism]

**critter** or **crittur** /krit'ər/ (*dialect* and *inf*; now *esp US*) *n* a creature; an animal.

**crivens** or **crivvens** /kriv'ənz/ (*Scot sl*) *interj* an exclamation expressing amazement or dismay. [Perh from *Christ* combined with *heavens*]

**CRO** *abbrev*: Criminal Records Office.

**croak** /krōk/ *vi* (of eg a frog or raven) to utter a low hoarse croak; to speak similarly hoarsely; to grumble or talk dismally; to die (*sl*). ◆ *vt* to utter (words) hoarsely; to kill (*esp N Am sl*). ◆ *n* the sound or a sound similar to that made by a frog or raven. [Imit]

■ **croak'er** *n* an animal or bird that croaks; a grumbler; any of several types of tropical seafish of the Sciaenidae family that emit croaking noises. **croak'ily** *adv*. **croak'ing** *n*. **croak'y** *adj* (**croak'ier**; **croak'iest**).

**Croat** /krō'at/ *n* a native or inhabitant of Croatia, in the former Yugoslavia; the language of Croatia. ◆ *adj* of or relating to the Croats or their language. [Serbo-Croat *Hrvat*]

■ **Croatian** /-ā'shən/ *adj* belonging to Croatia or its people. ◆ *n* a Croat; the Croat language.

**croc** /krok/ (*inf*) *n* short for **crocodile**.

**croceate, croceous** see under **crocus**[1].

**crocein** /krō'si-in/ *n* one of a group of red and yellow artificial dyes. [L *croceus* yellow]

**croche** /krōch/ *n* a knob at the top of a deer's horn. [Fr]

**crochet** /krō'shā/ *n* decorative work consisting of intertwined loops, executed in wool or thread with a hook. ◆ *vi* and *vt* (**crocheting** /krō'shā-ing/; **crocheted** /krō'shād/) to work in crochet. [Fr *crochet*, from *croche, croc* a hook]

■ **cro'cheter** *n*. **cro'cheting** *n* the action of crochet. ◆ *n* crochetwork.

**crocidolite** /krō-sid'ə-līt/ *n* a fibrous mineral consisting mainly of silicate of iron and sodium, called *blue asbestos*; in S Africa also a golden alteration product or pseudomorph of this mineral, consisting largely of quartz. [From Gr *krokis, -idos* nap of cloth, and *lithos* stone]

**crock**[1] /krok/ *n* a pot or jar; a potsherd; short form of **crock of shit** (see below). [OE *croc*; Ger *Krug*; perh of Celtic origin, as in Welsh *crochan* a pot, Gael *crogan* a pitcher]

■ **crocked** *adj* (*N Am sl*) drunk. **crock'ery** *n* all types of domestic pottery.

※ **crock of shit** (*vulgar sl*; chiefly *N Am*) something considered worthless or nonsense.

**crock**[2] /krok/ (*inf*) *n* a broken down or decrepit person or thing. ◆ *vt* to break down (often with *up*). ◆ *vt* to disable. [Cf Norw and Swed *krake* a poor beast]

**crock**[3] /krok/ (*dialect*) *n* dirt, smut. ◆ *vt* to fill or cover with dirt or smut. [Origin doubtful]

**crockery** see under **crock**[1].

**crocket** /krok'it/ (*archit*) *n* an ornament on the sloping sides of a pediment, pinnacle, etc. [Ety as **crotchet**; see **crochet**, **croquet**]

**crocodile** /krok'ə-dīl/ *n* a large amphibious reptile of the genus *Crocodilus* (order *Crocodylia*) with a long body covered with thick skin covered with hard scales, a long tail and long powerful jaws. Loricata including all the true crocodiles, etc; also (*loosely*) a caiman, a double file of schoolchildren, etc walking in pairs; (*attrib*) of a crocodile (eg a lizard). [OFr *cocodrille*, from L *crocodilus*, from Gr *krokodeilos* a lizard]

■ **crocodilian** /-dil'-/ *adj*.

❑ **crocodile bird** *n* an African plover said to pick the crocodile's teeth. **crocodile clip** *n* a metal clip for making electrical connections, with spring-loaded serrated interlocking jaws like a crocodile's. **crocodile tears** *n* *pl* hypocritical tears (from the notion that crocodiles, which are voracious creatures, wept over the men they devoured; cf *weep*).

**crocoite** see under **crocoisite**.

**crocosmia** /krə-koz'mi-ə/ *n* a plant of the genus *Crocosmia*, including montbretia, with orange-red flowers in late summer. [Gr *krokos* saffron, *osmē* smell]

**crocus**[1] /krō'kəs/ *n* a genus of plants with brilliant yellow, purple or white flowers; a preparation of iron oxide (prob of Eastern origin; see **croceate**).

■ **croceate** /krō'si-āt/ *adj* saffron-coloured. **croceous** /krō'si-əs/ *adj* saffron-coloured; of a bright-red mineral, chrome yellow.

**crocus**[2] /krō'kəs/ *n* saffron.

**Croesus** /krē'səs/ *n* a very rich man (from the fabulously wealthy king).

**croft** /kroft/ *n* a small piece of arable land or a dwelling; a small farm, esp in the Scottish Highlands; the ground for bleaching linen, etc; in the course of bleaching.

■ **croft'er** *n* someone who farms a croft.

**Crohn's disease** /krōnz/ *n* a chronic disease involving severe inflammation of the bowel, usu the ileum, and causing pain and diarrhoea. [B *Crohn* (1884–1983), US physician]

**croissant** /krwä'sä(ng)/ *n* a crescent-shaped roll made with a large quantity of butter in the dough. [Fr]

**croix de guerre** /krwä də ger/ *n* a French military decoration for bravery in action. [Fr]

**cromack** same as **crummock**.

**Cro-Magnon** /krō-man'yon, -mag'-/ *n* (*attrib*) relating to an early type of *Homo sapiens* of Palaeolithic times, from the skulls of this type found in the cave of *Cro-Magnon* in the Dordogne, SW France.

**crombec** /krom'bek/ *n* a small African warbler having a very short tail. [Afrik *krom* crooked and *bek* beak]

**Crombie**® /krom'bi/ *n* a type of heavy woollen overcoat. [Name of the manufacturer]

**crome** or **cromb** /krōm/ *n* a hook; a staff with a hook at the end. ◆ *vt* to draw with a crome. [Ety as **cramp**]

**cromlech** /krom'lek/ *n* a circle of standing stones; (*formerly*) applied to a dolmen. [W *crwm*, fem *crom*, bent, curved, and *llech* a stone]

**cromorna** or **cromorne** /krō-mor'nə, -morn'/ *n* an organ reed-stop of 8-ft pitch, with krummhorn stop.

**Cromwellian** /krom-wel'i-ən/ *adj* relating to Oliver Cromwell (1599–1658), Puritan and Lord Protector, or his times.

**crone** /krōn/ *n* an old woman (*usu disparaging*); an old ewe. [Perh OFr *carogne* carrion, hag, or *crone* an old ewe]

**cronet** /krō'net/ *n* (*Shakesp*) same as **coronet**.

**cronk** /krongk/ *adj* (*Austral*) unsound, unwell; dishonestly come by. [Cf **crank**[1]]

**crony** /krō'ni/ *n* an intimate companion; an associate. [Earlier *chrony*; from Gr *chronios* long-continued, from *chronos* time; orig university slang]

■ **cro'nyism** *n* the appointment of friends to influential posts, esp in politics.

**croodle**[1] /krōo'dl/ *vi* (*dialect*) to cower down, snuggle, cuddle. [Origin unknown]

**croodle**[2] /krōo'dl/ *vi* (*dialect*) to coo. [Imit]

Case 3:17-cv-00652-KDB-DSC    Document 43-11    Filed 10/29/18    Page 13 of 22

**pretzel** /pret'səl/ *n* a glazed salted biscuit made in rope shape and twisted into a kind of loose knot. [Ger *Brezel*]

**preux chevalier** /prø-va-lyä'/ (*Fr*) a valiant knight.

**prevail** /pri-vāl'/ *vi* to be victorious (with *over*, *against*); to win through; to have the upper hand, have the edge; to urge successfully, to persuade (with *on*, *upon*); to be usual or most usual; to predominate; to hold good, be in use, be customary; to gain strength (*obs*). ◆ *vt* (*obs*) to avail; to persuade. [L *praevalēre* to be superior or stronger, from *prae* above, beyond, and *valēre* to be strong]
■ **prevail'ing** *adj* very general or common; most common or frequent; predominant; currently popular; powerful, effective; controlling. **prevail'ingly** *adv*. **prevail'ment** *n* (*Shakesp*) the power of overcoming.
❑ **prevailing wind** *n* the wind that blows most frequently in any particular region.

**prevalent** /prev'ə-lənt/ *adj* prevailing; widespread; common, frequent; widely practised or accepted; powerful; victorious (*obs*). [L *praevalēns*, *-ěntis*, prp of *praevalēre*; see **prevail**]
■ **prev'alence** or **prev'alency** *n*. **prev'alently** *adv*.

**prevaricate** /pri-var'i-kāt/ *vi* to avoid stating the truth or coming directly to the point; to quibble; to deviate (*obs*); to shift about from side to side (*obs*); to undertake an enterprise with the object of wrecking it (*obs*); to betray a client by collusion with his or her opponent (*law*). ◆ *vt* (*obs*) to pervert, transgress. [L *praevāricāri*, *-ātus* to walk straddlingly or crookedly, to act collusively, from *prae* above, beyond, and *vāricus* straddling, from *vārus* bent]
■ **prevarica'tion** *n*. **prevar'icator** *n* someone who prevaricates; formerly in Cambridge University, a satirical orator at the ceremony of Commencement.

**preve** see **prove**.

**prevene** /pri-vēn'/ *vt* to precede (*rare*); to anticipate (*obs*). [L *praevenīre* to precede; see **prevent**]
■ **prevenancy** /prev'ən-ən-si/ *n* (*rare*) courteous anticipation of others' wishes. **preve'nient** *n*. **preve'nient** *adj* antecedent, preceding, anticipatory; predisposing; preventive (*obs*).

**prevent** /pri-vent'/ *vt* to stop (someone from doing something, or something from happening); to hinder; to stop the occurrence of, to make impossible, to avert; to thwart; to anticipate, forestall (*obs*); to balk (someone of his or her purpose), to debar or preclude (*obs*); to precede (*obs*); to be, go, or act earlier than (*obs*); to go faster than (*obs*); to satisfy in advance (*obs*); to meet or provide for in advance (*obs*). [L *praevenīre*, *-ventum* to come before, to anticipate, from *prae* before, and *venīre* to come]
■ **preventabil'ity** *n*. **preven'table** or **preven'tible** *adj*. **preven'ter** *n* someone or something that prevents or hinders; a supplementary rope or part (*naut*). **preven'tion** *n* the action of preventing; avoidance or preclusion of something by care and forethought; an anticipation or premonition (*obs*); an obstruction (*obs*). **preven'tive** or (by irregular formation) **preven'tative** *adj* tending to prevent or hinder; prophylactic; concerned with the prevention of smuggling (*hist*). ◆ *n* that which prevents; a prophylactic. **preven'tively** *adv*. **preven'tiveness** *n*.
❑ **preventive detention** *n* prolonged imprisonment, with corrective training, for persistent or dangerous offenders of 30 or over for periods of from 5 to 14 years.

**preverb** /prē'vûrb/ (*linguistics*) *n* a particle or prefix which precedes a verb or verb-root. [**pre-** (1)]
■ **prever'bal** *adj* occurring or standing before a verb; relating to the period of babyhood before the development of speech.

**pre-vernal** /prē-vûr'nl/ (*bot*) *adj* flowering before spring; coming early into flower or leaf. [**pre-** (1)]

**preview** or (*US*) **prevue** /prē'vū/ *n* a showing or viewing of a film, exhibition, etc, before it is open to the public; a public performance of a play before it officially opens; an advance showing to the public of excerpts from a film, a trailer (*N Am*); a hint or foretaste. ◆ *vt* /prē'vū/ to give or attend a preview of (an exhibition, play, etc); /prē-vū'/ to look at beforehand (*rare*); to foresee. ◆ *vi* (of an exhibition, play, etc) to be previewed. [**pre-** (1)]

**previous** /prē'vi-əs/ *adj* occurring before, earlier; already arranged, prior; former; premature, over-hasty (*facetious*). ◆ *n* (*police int*) previous convictions. ◆ *adv* (with *to*) before, to. [L *praevius* leading the way, from *prae* before, and *via* a way]
■ **prē'viously** *adv*. **prē'viousness** *n*.
❑ **previous examination** *n* the little go (qv) at Cambridge University. **previous question** *n* (in the House of Commons) a motion to end the present debate before a vote is taken; (in the House of Lords and US assemblies) a motion to vote without delay on the matter being debated; (in public meetings) a motion to pass on to the next business.

**previse** /pri-vīz'/ *vt* (*rare*, *literary*) to foresee; to forewarn. [L *praevidēre*, *-vīsum*, from *prae* before, and *vidēre* to see]

■ **prevision** /-vizh'ən/ *n* foresight; foreknowledge. ◆ *vt* to endow with prevision. **previsional** /-vizh'ə-nəl/ *adj*.

**prevocalic** /prē-vō-kal'ik/ *adj* occurring or standing before a vowel. [**pre-** (1)]

**pre-wash** /prē'wosh/ *n* a preliminary wash before the main wash, esp in a washing machine; a setting for this on an automatic washing machine. ◆ *vt* to give a preliminary wash to (a garment). [**pre-** (1)]

**prewyn** a Shakespearean form of **prune³**.

**prex** /preks/ (*US university sl*) *n* the president of a college (also **prex'y**).

**prey** /prā/ *n* the creature or creatures that a predatory beast hunts and kills as food; a victim or victims; a sufferer from (depression, fears, etc) (with *to*); booty, plunder (*archaic*, *rare*); that which is preserved from loss in battle, eg one's own life (*Bible*); depredation (*rare*); the act of seizing (*Spenser*, *Shakesp*). ◆ *vi* (with *on* or *upon*) to hunt and kill (another creature) as food, to attack as prey; to bully, exploit or terrorize as victims; to distress or afflict; to make depredations on; to take plunder from. ◆ *vt* (*Spenser*) to plunder. [OFr *preie* (Fr *proie*), from L *praeda* booty]
■ **prey'ful** *adj* (*Shakesp*) bent upon prey.
❑ **beast of prey** and **bird of prey** see under **beast** and **bird** respectively.

**prez** /prez/ *n* an informal shortening of **president**.

**prezzie** or **pressie** /prez'i/ (*inf*) *n* a present or gift.

**prial** /prī'əl/ *n* same as **pair-royal** (see under **pair¹**).

**Priapus** /prī-ā'pəs/ *n* an ancient deity personifying male generative power, guardian of gardens, later regarded as the chief god of lasciviousness and sensuality. [Latinized from Gr *Priāpos*]
■ **Priapean** /-prī-ə-pē'ən/ *adj*. **Priapic** /-ap'ik/ *adj* of or relating to Priapus; (without *cap*) of, relating to, exhibiting, etc a phallus; (without *cap*) excessively concerned or preoccupied with virility and male sexuality. **pri'apism** *n* persistent erection of the penis (*pathol*); licentiousness, lewdness.

**pribble** /prib'l/ *n* a modification of **prabble**, *usu* found with it in *pribble and prabble* (also **pribb'le-prabb'le**).

**price** /prīs/ (also *Spenser* **prise** /prīs* or *prīz*/) *n* the amount, *usu* in money, for which a thing is sold or offered; that which one forgoes or suffers for the sake of or in gaining something; money offered for the capture or killing of anybody; (the size of) the sum, etc, by which one can be bribed; betting odds; preciousness, worth, value (*archaic*); (also **prize**) valuation (*Spenser*, *Shakesp*). ◆ *vt* to fix, state, or mark the price of; to ascertain the price of (*inf*); to pay the price of (*Spenser*); to prize, value (*Shakesp*). [OFr *pris* (Fr *prix*), from L *pretium* price; cf **praise**, **prize¹**]
■ **priced** *adj* having a price assigned; valued at such-and-such a price. **price'less** *adj* beyond price; invaluable; supremely and delectably absurd. **price'lessly** *adv*. **price'lessness** *n*. **pri'cer** *n*. **pri'cey** or **pri'cy** *adj* (**pri'cier**; **pri'ciest**) (*inf*) expensive. **pri'ciness** *n*.
❑ **Price Code** *n* a set of regulations used by the British government between 1973 and 1979 to control prices, as a measure against inflation. **Price Commission** *n* a body set up by the British government in 1973 (abolished in 1979) to control prices, as a measure against inflation. **price control** *n* the fixing by a government of maximum, or sometimes minimum, prices chargeable for goods or services. **price current** *n* (often in *pl*, **prices current**) a list of prevailing prices at any time; a list of prices paid for any class of goods, etc. **price'-cutting** *n* lowering of prices to secure custom. **price discrimination** *n* the practice of selling the same product at different prices in different markets. **price-earnings ratio** *n* the ratio of the market price of a common stock share to its earnings. **price'-fixing** *n* the establishing of the price of a commodity, etc by agreement between suppliers or by government price control, rather than by the operation of a free market. **price index** *n* an index number which relates current prices to those of a base period or base date, the latter *usu* being assigned the value of 100. **price leadership** *n* the establishment of the price of a commodity by the market leader. **price level** *n* the average of many prices of commodities. **price list** *n* a list of prices of goods offered for sale. **price ring** *n* a group of manufacturers who co-operate for the purpose of raising or maintaining the price of a commodity above the level that would be established by a free market, a cartel. **price support** *n* the maintenance by a government of price levels through subsidy, etc. **price tag** *n* a tag or label showing price; the cost of something, typically a project or undertaking. **price war** *n* a form of competition in which firms competing in the same market successively lower their prices in order to secure a larger share of that market.
❑ **above** or **beyond price** so valuable that no price can or would be enough. **at any price** no matter what the cost may be. **at a price** at a high price. **beyond price** priceless. **in great price** (*archaic*) in high estimation. **of price** (*archaic*) of great value. **price of money** the rate of discount in lending or borrowing capital. **price oneself out of the market** to

**prick** /prik/ *vt* to pierce
by doing this; (of eg th
hole); to urge with, or d
*up*; (of an animal) to d
seedlings) in small hol
prick or dot, to tick off
pricks; to write out in m
(*obs*); to pick, poke or p
stud (with something); o
find insensitive spots (h
sensation of pricking,
pangs; (of wine) to begi
stand erect; to ride wit
by the pricking meth
piercing or puncturing
puncturing; the penis (
dislikes or thinks a foo
and piercing, such as
in written music (*Spen*
point of space or time;
a point, peak, acme (*S*
mark or target (*obs*).
■ **prick'er** *n* a piercing
priming wire. **prick'ing**
❑ **prick'-eared** *adj* hav
**prick'-the-louse** *n* (*S*
affected person. ◆ *adj*
music; descant. **prick**
same as **cocktease**r
loose. **prick'wood** *n* t
■ **kick against the
authority, to the exte
one's ears to assert h

**pricket** /prik'it/ *n* a fall
unbranched antlers; a
with such a spike. [**pr**

**prickle** /prik'l/ *n* a sha
or from the skin of an
and *vi* to prick slightl
■ **prick'liness** *n*, defi
with prickles; tingling
skinned; potentially c
❑ **prick'leback** *n* the
(genus *Xanthoxylum*)
the sweat glands wit
genus (*Opuntia*) with
**poppy** *n* a prickly
(genus *Argemone*).

**pride** /prīd/ *n* the state
haughtiness; a proper
of what is unworthy
pleasure or satisfacti
oneself or someone
etc; something of w
beauty displayed; on
mettle; a peacock's a
animal (*Shakesp*); a
of India, London pr
on); to make proud
■ **pride'ful** *adj*. **prid**
❑ **pride of place** the
chief importance; t
place). **take** (*a*) **pri**
maintaining high sta

**pridian** /prid'i-ən/ *adj*
**pridie** the previous

**pried** see **pry²**.

**prie-dieu** /prē-dyœ'/ *n*
God]

**prief** or **priefe** /prē'f/
**prove**]
■ **prieve** *vt* to prov

**prier** see under **pry¹**.

**priest** /prēst/ *n* (in
ordained minister;
between a deacon

# Concise Oxford English Dictionary

TWELFTH EDITION

*Edited by*

Angus Stevenson

Maurice Waite

**OXFORD**
UNIVERSITY PRESS

Case 3:17-cv-00652-KDB-DSC   Document 43-11   Filed 10/29/18   Page 15 of 22

# OXFORD
### UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 1964, 1976, 1982, 1990, 1995, 1999, 2001, 2004, 2006, 2008, 2011

Database right Oxford University Press (makers)

First published 1911
New edition (revised) 1929
Third edition (with Addenda) 1934
Fourth edition 1951
Fifth edition 1964
Sixth edition 1976
Seventh edition 1982
Eighth edition 1990
Ninth edition 1995
Tenth edition 1999
Tenth (revised) edition 2001
Eleventh edition 2004
Eleventh edition (revised) 2006
Eleventh edition (revised) 2008
Twelfth edition 2011

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose the same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 978-0-19-960108-0 main edition
ISBN 978-0-19-960110-3 book and CD-ROM edition
ISBN 978-0-19-960111-0 luxury edition

10 9 8 7 6 5 4 3 2 1

Typeset in Frutiger and Parable
by Datagrafix, Inc.
Printed and bound in Great Britain by
Clays Ltd, St Ives plc

8624700521663760

*e noun).*

*e neck or back.*

*ck), causing painful*

*d on a large grass*
*ns of eleven players,*
*ns by hitting the ball*

*trary to traditional*

*ą adj.*

*grasshoppers*
*male produces a*
*nd. [Family Gryllidae:*
*milar insects of*

*criquer 'to crackle',*

*artilage) Anatomy the*

*'ring-shaped'.*
*s de cœur pronunc.*
*int.*

*c announcements in*

*ion of surprise.*

*hort for CRIMINAL.*
*180.*

*tes a serious*
*state and in*
*llectively: the*
*plorable action or*

*OFr. from L. crimen*
*re 'to judge'.*

*to the Crimea, a*
*ea of Azov and the*

*/ ▶ n. (pl. crimes*
*committed in a fit*

*mitted a crime.*
*crime. 2 informal*

*criminally adv.*
*from L. crimen,*

*istorical adultery.*
*] another term for*

*ə)laız/ ▶ v. make*
*) into a criminal by*

*(ə)n/ n.*
*ncerned with the*

*f making a*
*permanent form.*
*n's previous*
*eing convicted for*

*j. causing or likely*

*scientific study of*

*ninologist n.*
*or ridges.*
*ften as adj.*
*a hot iron. 2 (also*
*limiting or adverse*
*d or compressed*
*crimping wires or*

---

– DERIVATIVES **crimpy** adj.
– ORIGIN OE *gecrympan*, of Gmc origin.

**crimper** ▶ n. 1 a person or thing that crimps. 2 informal a hairdresser.

**Crimplene** /ˈkrɪmpliːn/ ▶ n. trademark a synthetic crease-resistant fibre and fabric.
– ORIGIN 1950s: perh. from the name of *Crimple* Valley in Yorkshire, site of the laboratory where the fabric was developed, + a shortened form of TERYLENE.

**crimson** /ˈkrɪmz(ə)n/ ▶ n. a rich deep red colour.
▶ v. become flushed, especially through embarrassment.
– ORIGIN ME: from obs. Fr. *cramoisin* or Old Sp. *cremesin*, based on Arab. *ḳirmizī*, from *ḳirmiz* (see KERMES).

**cringe** /krɪn(d)ʒ/ ▶ v. (**cringes**, **cringing**, **cringed**)
**1** bend one's head and body in fear or apprehension or in a servile manner. **2** experience an inward shiver of embarrassment or disgust. ▶ n. an act of cringing.
– DERIVATIVES **cringer** n.
– ORIGIN ME *crenge*, *crenche*, rel. to OE *cringan*, *crincan* 'bend, yield, fall in battle', of Gmc origin and rel. to CRANK[1].

**cringeworthy** (also **cringe-making**) ▶ adj. informal causing embarrassment.

**cringle** ▶ n. Sailing a ring of rope containing a thimble, for another rope to pass through.
– ORIGIN C17: from Low Ger. *kringel*, dimin. of *kring* 'ring'.

**crinkle** ▶ v. form or cause to form small creases or wrinkles. ▶ n. a small crease or wrinkle.
– DERIVATIVES **crinkly** adj. (**crinklier**, **crinkliest**).
– ORIGIN ME: rel. to OE *crincan* (see CRINGE).

**crinkum-crankum** /ˌkrɪŋkəmˈkraŋkəm/ ▶ n. archaic elaborate decoration or detail.
– ORIGIN C17: fanciful reduplication of CRANK[1] or CRANK[2].

**crinoid** /ˈkrɪnɔɪd, ˈkraɪnɔɪd/ ▶ n. Zoology an echinoderm of a class (Crinoidea) that comprises the sea lilies and feather stars.
– DERIVATIVES **crinoidal** /-ˈnɔɪd(ə)l/ adj.
– ORIGIN mod. L. *Crinoidea*, from Gk *krinoeidēs* 'lily-like', from *krinon* 'lily'.

**crinoline** /ˈkrɪn(ə)lɪn/ ▶ n. 1 historical a stiffened or hooped petticoat worn to make a long skirt stand out.
**2** a stiff fabric made of horsehair and cotton or linen thread, used for stiffening petticoats or as a lining.
– ORIGIN C19: from Fr., formed irregularly from L. *crinis* 'hair' + *linum* 'thread'.

**criollo** /krɪˈɒləʊ, -ˈljəʊ/ ▶ n. (pl. **criollos**) 1 a person from Spanish South or Central America, especially one of pure Spanish descent. **2** (also **criollo tree**) a cacao tree of a variety producing high-quality beans.
– ORIGIN C19: Sp., lit. 'native to the locality' (see CREOLE).

**cripes** /kraɪps/ ▶ exclam. informal an expression of surprise.
– ORIGIN early 20th cent.: euphemism for CHRIST.

**cripple** ▶ n. archaic or offensive a person who is unable to walk or move properly through disability or injury.
▶ v. (often as adj. **crippling** or **crippled**) make unable to move or walk properly. ▪ cause severe and disabling damage to.
– DERIVATIVES **crippler** n. **cripplingly** adv.
– ORIGIN OE: from two words, *crypel* and *crēopel*, both of Gmc origin and rel. to CREEP.

> USAGE The word **cripple** in the sense 'a person unable to walk through disability or injury' has acquired offensive connotations and has now largely been replaced by broader terms such as **disabled person**.

**crisis** ▶ n. (pl. **crises**) 1 a time of intense difficulty or danger. **2** the turning point of a disease when an important change takes place, indicating either recovery or death.
– ORIGIN ME: medical L., from Gk *krisis* 'decision', from *krinein* 'decide'.

**crisp** ▶ adj. 1 firm, dry, and brittle, especially in a way considered pleasing. ▪ (of hair) having tight curls. 2 (of the weather) cool, fresh, and invigorating. 3 (of a way of speaking) briskly decisive and matter-of-fact. ▶ n. (also **potato crisp**) Brit. a wafer-thin slice of potato fried until crisp and eaten as a snack. ▶ v. 1 give (food) a crisp

---

surface by placing it in an oven or grill. 2 archaic curl into short, stiff, wavy folds or crinkles.
– PHRASES **burn to a crisp** burn so as to leave only a charred remnant.
– DERIVATIVES **crispiness** n. **crisply** adv. **crispness** n. **crispy** adj. (**crispier**, **crispiest**).
– ORIGIN OE: from L. *crispus* 'curled'.

**crispate** ▶ adj. Botany having a wavy or curly edge.
– ORIGIN C19: from L. *crispatus*, past part. of *crispare* 'to curl'.

**crispbread** ▶ n. a thin crisp biscuit made from crushed rye or wheat.

**crisper** ▶ n. a compartment at the bottom of a refrigerator for storing fruit and vegetables.

**criss-cross** ▶ n. a pattern of intersecting straight lines or paths. ▶ adj. (of a pattern) containing a number of intersecting straight lines or paths. ▶ v. 1 form a criss-cross pattern on (a place). 2 move or travel around (a place) by going back and forth repeatedly.
– ORIGIN C17 (denoting a figure of a cross preceding the alphabet in a hornbook): from *Christ-cross*, later treated as a reduplication of CROSS.

**crista** /ˈkrɪstə/ ▶ n. (pl. **cristae** /-tiː/) 1 Anatomy & Zoology a ridge or crest. 2 Biology each of the partitions in a mitochondrion formed by folding of the inner membrane.
– DERIVATIVES **cristate** adj.
– ORIGIN C19: from L., 'tuft, plume, crest'.

**cristobalite** /krɪˈstəʊbəlʌɪt/ ▶ n. a form of silica which is the main component of opal.
– ORIGIN C19: named after *Cerro San Cristóbal* in Mexico, where it was discovered.

**criterion** /krʌɪˈtɪərɪən/ ▶ n. (pl. **criteria** /-rɪə/) a principle or standard by which something may be judged or decided.
– DERIVATIVES **criterial** adj.
– ORIGIN C17: from Gk *kritērion* 'means of judging', from *kritēs* (see CRITIC).

> USAGE The singular form is **criterion** and the plural form is **criteria**. It is a common mistake to use **criteria** as if it were a singular, as in *a further criteria needs to be considered*.

**critic** ▶ n. 1 a person who expresses an unfavourable opinion of something. 2 a person who judges the merits of literary or artistic works, especially one who does so professionally.
– ORIGIN C16: from L. *criticus*, from Gk *kritikos*, from *kritēs* 'a judge'.

**critical** ▶ adj. 1 expressing adverse or disapproving comments or judgements. 2 expressing or involving an analysis of the merits and faults of a work of literature or art. 3 (of a situation or problem) at a point of crisis. ▪ extremely ill and at risk of death. ▪ having a decisive importance in the success or failure of something.
**4** Mathematics & Physics relating to or denoting a point of transition from one state to another. **5** (of a nuclear reactor or fuel) maintaining a self-sustaining chain reaction.
– DERIVATIVES **criticality** n. **critically** adv. **criticalness** n.

**critical angle** ▶ n. Optics the angle of incidence beyond which rays of light passing through a denser medium to the surface of a less dense medium are no longer refracted but totally reflected.

**critical apparatus** ▶ n. see APPARATUS (sense 3).

**critical damping** ▶ n. Physics damping just sufficient to prevent oscillations.

**critical mass** ▶ n. 1 Physics the minimum amount of fissile material needed to maintain a nuclear chain reaction. **2** the minimum size or amount of resources required to start or maintain a venture.

**critical path** ▶ n. the sequence of stages determining the minimum time needed for a complex operation.

**critical point** ▶ n. 1 Chemistry a set of conditions at which both the liquid and gas phases of a substance have the same density, and are therefore indistinguishable. **2** US term for STATIONARY POINT.

**critical pressure** ▶ n. Chemistry the pressure of a gas or vapour in its critical state.

**presuppose** ▶ v. require as a precondition of possibility or coherence. ▪ tacitly assume to be the case.
– DERIVATIVES **presupposition** n.
– ORIGIN ME: from OFr. *presupposer*, suggested by med. L. *praesupponere*, from *prae* 'before' + *supponere* (see **SUPPOSE**).

**presynaptic** /ˌpriːsɪˈnaptɪk/ ▶ adj. Physiology denoting a nerve cell that releases a transmitter substance into a synapse during transmission of an impulse.
– DERIVATIVES **presynaptically** adv.

**prêt-à-porter** /ˌprɛtɑːˈpɔːteɪ/ ▶ n. designer clothing sold ready-to-wear.
– ORIGIN Fr., lit. 'ready to wear'.

**pretence** (US **pretense**) ▶ n. **1** an act of pretending. **2** pretentious behaviour. **3** (**pretence to**) a claim to (something), especially a false or ambitious one.

**pretend** ▶ v. **1** act so as to make it appear that something is the case when in fact it is not. ▪ engage in an imaginative game or fantasy. ▪ simulate (an emotion or quality). **2** (**pretend to**) lay claim to (a quality or title). ▶ adj. informal imaginary; make-believe.
– ORIGIN ME: from L. *praetendere* 'stretch forth, claim', from *prae* 'before' + *tendere* 'stretch'.

**pretender** ▶ n. a person who claims or aspires to a title or position.

**pretense** ▶ n. US spelling of **PRETENCE**.

**pretension** ▶ n. **1** (**pretension to**) a claim or aspiration to something. **2** pretentiousness.
– ORIGIN ME: from med. L. *praetensio(n-)*, from *praetens-* 'alleged', from *praetendere* (see **PRETEND**).

**pre-tension** ▶ v. apply tension to before manufacture or use.
– DERIVATIVES **pre-tensioner** n.

**pretentious** ▶ adj. attempting to impress by affecting greater importance or merit than is actually possessed.
– DERIVATIVES **pretentiously** adv. **pretentiousness** n.
– ORIGIN C19: from Fr. *prétentieux*, from *prétention* (see **PRETENSION**).

**preter-** /ˈpriːtə/ ▶ comb. form more than: *preternatural*.
– ORIGIN from L. *praeter* 'past, beyond'.

**preterite** /ˈprɛt(ə)rɪt/ (US also **preterit**) Grammar ▶ adj. expressing a past action or state. ▶ n. a simple past tense or form.
– ORIGIN ME (in the sense 'bygone, former'): from L. *praeteritus*, past part. of *praeterire* 'pass, go by', from *praeter* 'past, beyond' + *ire* 'go'.

**preterition** /ˌprɛtəˈrɪʃ(ə)n/ ▶ n. the rhetorical technique of referring to something by professing to omit it.
– ORIGIN C16: from late L. *praeteritio(n-)*, from *praeterire* (see **PRETERITE**).

**preterm** ▶ adj. & adv. Medicine born or occurring after a pregnancy significantly shorter than normal.

**pretermit** /ˌpriːtəˈmɪt/ ▶ v. (**pretermits, pretermitting, pretermitted**) archaic **1** omit to do or mention. **2** abandon for a time.
– DERIVATIVES **pretermission** n.
– ORIGIN C15: from L. *praetermittere*, from *praeter* 'past, beyond' + *mittere* 'let go'.

**preternatural** /ˌpriːtəˈnatʃ(ə)r(ə)l/ (also **praeternatural**) ▶ adj. beyond what is normal or natural: *preternatural speed*.
– DERIVATIVES **preternaturally** adv.

**pretest** ▶ n. a preliminary test or trial. ▶ v. carry out a pretest of.

**pretext** ▶ n. an ostensible or false reason used to justify an action.
– ORIGIN C16: from L. *praetextus* 'outward display', from *praetexere* 'to disguise', from *prae* 'before' + *texere* 'weave'.

**pretor** ▶ n. US spelling of **PRAETOR**.

**pretreat** ▶ v. treat with a chemical before use.
– DERIVATIVES **pretreatment** n.

**pretrial** ▶ adj. in or relating to the period before a judicial trial.

**prettify** ▶ v. (**prettifies, prettifying, prettified**) make superficially pretty.
– DERIVATIVES **prettification** n. **prettifier** n.

**pretty** ▶ adj. (**prettier, prettiest**) **1** attractive in a delicate way without being truly beautiful. **2** informal

used ironically to express displeasure: *he led me a pretty dance.* ▶ adv. informal to a moderately high degree; fairly. ▶ n. (pl. **pretties**) informal a pretty thing; a trinket. ▪ (used condescendingly) an attractive person. ▶ v. (**pretties, prettying, prettied**) make pretty or attractive.
– PHRASES **pretty much** (or **nearly** or **well**) informal very nearly. **a pretty penny** informal a large sum of money. **be sitting pretty** informal be in an advantageous position or situation.
– DERIVATIVES **prettily** adv. **prettiness** n. **prettyish** adj.
– ORIGIN OE *prættig* (in sense 'cunning, crafty', later 'clever, skilful'), from a W. Gmc base meaning 'trick'.

**pretty boy** ▶ n. informal, often derogatory a foppish or effeminate man.

**pretzel** /ˈprɛts(ə)l/ ▶ n. a crisp biscuit baked as a knot or stick and flavoured with salt. ▶ v. (**pretzels, pretzeling, pretzeled**) N. Amer. twist, bend, or contort.
– ORIGIN C19: from Ger. *Pretzel*.

**prevail** ▶ v. **1** prove more powerful or superior. ▪ be widespread or current. **2** (**prevail on/upon**) persuade to do something.
– DERIVATIVES **prevailing** adj. **prevailingly** adv.
– ORIGIN ME: from L. *praevalere*, from *prae* 'before' + *valere* 'have power'.

**prevailing wind** ▶ n. a wind from the predominant or most usual direction.

**prevalent** /ˈprɛv(ə)l(ə)nt/ ▶ adj. widespread in a particular area at a particular time. ▪ archaic predominant; powerful.
– DERIVATIVES **prevalence** n. **prevalently** adv.
– ORIGIN C16: from L. *praevalent-*, from *praevalere* (see **PREVAIL**).

**prevaricate** /prɪˈvarɪkeɪt/ ▶ v. speak or act evasively.
– DERIVATIVES **prevarication** n. **prevaricator** n.
– ORIGIN C16 (earlier (ME) as *prevarication* and *prevaricator*), in the sense 'go astray, transgress': from L. *praevaricat-, praevaricari* 'walk crookedly, deviate'.

**prevenient** /prɪˈviːnɪənt/ ▶ adj. formal preceding; antecedent.
– ORIGIN C17: from L. *praevenient-, praevenire* 'come before', from *prae* 'before' + *venire* 'come'.

**prevent** ▶ v. **1** keep from happening or arising. ▪ make unable to do something. **2** archaic (of God) go before (someone) with spiritual guidance and help.
– DERIVATIVES **preventability** n. **preventable** (also **preventible**) adj. **prevention** n.
– ORIGIN ME: from L. *praevent-, praevenire* 'precede, hinder', from *prae* 'before' + *venire* 'come'.

**preventative** ▶ adj. & n. another term for **PREVENTIVE**.
– DERIVATIVES **preventatively** adv.

**preventer** ▶ n. **1** a person or thing that prevents something. **2** Sailing an extra line rigged to support a piece of rigging or to prevent the boom from gybing.

**preventive** ▶ adj. designed to prevent something from occurring. ▶ n. a preventive medicine or other treatment.
– DERIVATIVES **preventively** adv.

**preverbal** ▶ adj. **1** preceding the development of speech. **2** Grammar occurring before a verb.

**preview** ▶ n. a viewing or display of something before it is acquired, becomes generally available, or is produced in its final form. ▪ a publicity notice, review, or trailer of a forthcoming film, book, etc. ▶ v. provide or have a preview of (a product, film, etc.).
– DERIVATIVES **previewer** n.

**previous** ▶ adj. **1** existing or occurring before in time or order. **2** informal overhasty.
– PHRASES **previous to** before.
– DERIVATIVES **previously** adv.
– ORIGIN C17: from L. *praevius* 'going before' (from *prae* 'before' + *via* 'way') + **-OUS**.

**previse** /prɪˈvʌɪz/ ▶ v. literary foresee; predict.
– DERIVATIVES **prevision** n. **previsional** adj.
– ORIGIN C16: from L. *praevis-, praevidere*, from *prae* 'before' + *videre* 'to see'.

**prevocalic** /ˌpriːvəˈkalɪk/ ▶ adj. immediately before a vowel.

**pre-war** ▶ adj. occurring or existing before a war.



# Collins
# English
# Dictionary

Desktop edition
+ CD-rom

**HarperCollins Publishers**
Westerhill Road
Bishopbriggs
Glasgow
G64 2QT

First Edition 2004

© HarperCollins Publishers, 2004

UK Edition ISBN 0–00–716334–7
South African Edition ISBN 0–00–771719–9

Collins® and Collins Word Web® are registered
trademarks of HarperCollins Publishers Limited

www.collins.co.uk

A catalogue record for this book is
available from the British Library.

Designed by Mark Thomson

This edition prepared in conjunction with
and typeset by Market House Books Ltd,
Aylesbury, England
Printed and bound in Great Britain by Bath Press

**Acknowledgements**
We would like to thank those authors and
publishers who kindly gave permission for
copyright materialto be used in the Collins Word
Web. We would also like to thank Times
Newspapers Ltd for providing valuable data.

All rights reserved. No part of this publication may
be reproduced, stored in a retrieval system or
transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording or
otherwise, without the prior permission of the
publisher. This book is sold subject to the
conditions that it shall not, by way of trade or
otherwise, be lent, re-sold, hired out or otherwise
circulated without the publisher's prior consent in
any form of binding or cover other than that in
which it is published and without a similar
condition including this condition being imposed
on the subsequent purchaser.

Entered words that we have reason to believe
constitute trademarks have been designated as
such. However, neither the presence nor absence of
such designation should be regarded as affecting
the legal status of any trademark.

HarperCollins do not accept responsibility for the
content or reliability of the web addresses featured
within this dictionary.



**Collins**

*...which the
...with the teeth*

*...cted by laying
...ribwork
...tish scholar and
...e of his talents
...creenwriter,
...vhich have
...969), Jurassic*
*...)*

*...m or cramp,
...a crick in [c15*

*...1916, English
...e helical
...gy or
...Maurice*

*...ntennae and,
...ing sound by
...c14 from OF*

*...o teams of
...ither end of a
...to score runs
...a bat while
...tifier): a cricket
...d to play
...t, from ?]*

*...ring-shaped
...s cartilage
...-shaped,*

*...i: də kɔ:) a
...d from F cri du*

*...es*

*...rise [c19*

*...ited and
...3 an evil
...1 OF, from L*

*...nap.html
...mous
...and the Sea
...e Soviet
...om 1945*

*...e Crimea or
...of the*

*...law the
...sing racist
...: crime of*

*...sed*

*...and
...rimes for a*

*...shment:
...able [c15
...adv*

*...ltery*

---

*vb* **criminalizes, criminalizing, criminalized** *or* **criminalises, criminalising, criminalised** (*tr*) **1** to make (an action or activity) criminal **2** to treat (a person) as a criminal > **,criminali'zation** *or* **,criminali'sation** *n*

**criminal law** *n* the body of law dealing with offences and offenders

**Criminal Records Bureau** *n* (in England and Wales) a service offering employers and voluntary organizations access to police, health, and education records

**criminology** (ˌkrɪmɪˈnɒlədʒɪ) *n* the scientific study of crime [c19 from L *crimin-* CRIME, + -LOGY] > **criminological** (ˌkrɪmɪnəˈlɒdʒɪkᵊl) *or* **,crimino'logic** *adj* > **,crimino'logically** *adv* > **,crimi'nologist** *n*

**crimp** (krɪmp) *vb* (*tr*) **1** to fold or press into ridges **2** to fold and pinch together (something, such as two pieces of metal) **3** to curl or wave (the hair) tightly, esp with curling tongs **4** *inf, chiefly US* to hinder ▷ *n* **5** the act or result of folding or pressing together or into ridges **6** a tight wave or curl in the hair [OE *crympan*; rel. to *crump* bent; see CRAMP] > **'crimper** *n* > **'crimpy** *adj*

**Crimplene** ('krɪmpliːn) *n trademark* a synthetic material similar to Terylene, characterized by its crease-resistance

**crimson** ('krɪmzən) *n* **1a** a deep or vivid red colour **1b** (*as adj*): *a crimson rose* ▷ *vb* **2** to make or become crimson **3** (*intr*) to blush [c14 from OSp. *cremesin*, from Ar. *qirmizi* red of the kermes, from *qirmiz* KERMES] > **'crimsonness** *n*

**cringe** (krɪndʒ) *vb* **cringes, cringing, cringed** (*intr*) **1** to shrink or flinch, esp in fear or servility **2** to behave in a servile or timid way **3** *inf* to experience a sudden feeling of embarrassment or distaste ▷ *n* **4** the act of cringing **5 the cultural cringe** *Austral* subservience to overseas cultural standards [OE *cringan* to yield in battle] > **'cringer** *n*

**cringle** ('krɪŋgᵊl) *n* an eyelet at the edge of a sail [c17 from Low G *Kringel* small ring]

**crinkle** ('krɪŋkᵊl) *vb* **crinkles, crinkling, crinkled** **1** to form or cause to form wrinkles, twists, or folds **2** to make or cause to make a rustling noise ▷ *n* **3** a wrinkle, twist, or fold **4** a rustling noise [OE *crincan* to bend, give way]

**crinkly** ('krɪŋklɪ) *adj* **1** wrinkled; crinkled ▷ *n, pl* **crinklies 2** *sl* an old person

**crinoid** ('kraɪnɔɪd, 'krɪn-) *n* **1** a primitive echinoderm having delicate feathery arms radiating from a central disc ▷ *adj* **2** of, relating to, or belonging to the *Crinoidea* **3** shaped like a lily [c19 from Gk *krinoeidēs* lily-like] > **cri'noidal** *adj*

**crinoline** ('krɪnᵊlɪn) *n* **1** a stiff fabric, originally of horsehair and linen used in lining garments **2** a petticoat stiffened with this, worn to distend skirts, esp in the mid-19th century **3** a framework of steel hoops worn for the same purpose [c19 from F, from It. *crinolino*, from *crino* horsehair, from L *crīnis* hair + *līno* flax, from L *līnum*]

**Crippen** ('krɪpᵊn) *n* **Hawley Harvey**, known as *Doctor Crippen*. 1862-1910, US doctor living in England: executed for poisoning his wife; the first criminal to be apprehended by the use of radiotelegraphy

**cripple** ('krɪpᵊl) *n* **1** *offens* a person who is lame **2** *offens* a person who is or seems disabled or deficient in some way: *a mental cripple* ▷ *vb* **cripples, crippling, crippled 3** (*tr*) to make a cripple of; disable [OE *crypel*; rel. to *crēopan* to creep] > **'crippler** *n*

**Cripple Creek** *n* a village in central Colorado: gold-mining centre since 1891, once the richest in the world

**Cripps** (krɪps) *n* **Sir (Richard) Stafford** 1889-1952, British Labour statesman; Chancellor of the Exchequer (1947-50)

**Criseyde** (krɪˈseɪdə) *n* a variant of **Cressida**

**crisis** ('kraɪsɪs) *n, pl* **crises** (-siːz) **1** a crucial stage or turning point, esp in a sequence of events or a disease

**2** an unstable period, esp one of extreme trouble or danger **3** *pathol* a sudden change in the course of a disease [c15 from L: decision, from Gk *krisis*, from *krinein* to decide]

**crisp** (krɪsp) *adj* **1** dry and brittle **2** fresh and firm **3** invigorating or bracing: *a crisp breeze* **4** clear; sharp: *crisp reasoning* **5** lively or stimulating **6** clean and orderly **7** concise and pithy **8** wrinkled or curly: *crisp hair* ▷ *vb* **9** to make or become crisp ▷ *n* **10** *Brit* a very thin slice of potato fried and eaten cold as a snack **11** something that is crisp [OE, from L *crispus* curled, uneven, wrinkled] > **'crisply** *adv* > **'crispness** *n*

**crispbread** ('krɪsp,bred) *n* a thin dry biscuit made of wheat or rye

**crisper** ('krɪspə) *n* a compartment in a refrigerator for storing salads, vegetables, etc, in order to keep them fresh

**Crispin** ('krɪspɪn) *n* **Saint**, 3rd century AD, legendary Roman Christian martyr, with his brother **Crispinian** (krɪˈspɪnɪən): they are the patron saints of shoemakers. Feast day: Oct. 25

**crispy** ('krɪspɪ) *adj* **crispier, crispiest 1** crisp **2** having waves or curls > **'crispiness** *n*

**crisscross** ('krɪs,krɒs) *vb* **1** to move or cause to move in a crosswise pattern **2** to mark with or consist of a pattern of crossing lines ▷ *adj* **3** (esp of lines) crossing one another in different directions ▷ *n* **4** a pattern made of crossing lines ▷ *adv* **5** in a crosswise manner or pattern

**crit.** *abbrev for:* **1** *med* critical **2** criticism

**criterion** (kraɪˈtɪərɪən) *n, pl* **criteria** (-rɪə) *or* **criterions** a standard by which something can be judged or decided [c17 from Gk *kritērion*, from *kritēs* judge, from *krinein* to decide]

> USAGE *Criteria*, the plural of *criterion*, is occasionally mistakenly used as a singular noun: *this criterion is not valid*; *these criteria are not valid*

**critic** ('krɪtɪk) *n* **1** a person who judges others **2** a professional judge of art, music, literature, etc **3** a person who often finds fault and criticizes [c16 from L *criticus*, from Gk *kritikos* capable of judging, from *kritēs* judge; see CRITERION]

**critical** ('krɪtɪkᵊl) *adj* **1** containing or making severe or negative judgments **2** containing analytical evaluations **3** of a critic or criticism **4** of or forming a crisis; crucial **5** urgently needed **6** *inf* so seriously injured or ill as to be in danger of dying **7** *physics* of, denoting, or concerned with a state in which the properties of a system undergo an abrupt change **8 go critical** (of a nuclear power station or reactor) to reach a state in which a nuclear-fission chain reaction becomes self-sustaining > **,criti'cality** *n* > **'critically** *adv* > **'criticalness** *n*

**critical mass** *n* the minimum mass of fissionable material that can sustain a nuclear chain reaction

**critical path analysis** *n* a technique for planning projects with reference to the critical path, which is the sequence of stages requiring the longest time

**critical temperature** *n* the temperature of a substance in its critical state. A gas can only be liquefied at temperatures below this

**criticism** ('krɪtɪ,sɪzəm) *n* **1** the act or an instance of making an unfavourable or severe judgment, comment, etc **2** the analysis or evaluation of a work of art, literature, etc **3** the occupation of a critic **4** a work that sets out to evaluate or analyse

**criticize** *or* **criticise** ('krɪtɪ,saɪz) *vb* **criticizes, criticizing, criticized** *or* **criticises, criticising, criticised 1** to judge (something) with disapproval; censure **2** to evaluate or analyse (something) > **'criti,cizable** *or* **'criti,cisable** *adj* > **'criti,cizer** *or* **'criti,ciser** *n*

**critique** (krɪˈtiːk) *n* **1** a critical essay or commentary, esp of an artistic work **2** the act or art of criticizing [c17

**Cc**

ic pressure when
ease pressure on (a
f (someone)); coerce

of nuclear reactor
h coolant and

n of, or matter

n) the viewdata

hristian priest and
ave ruled in the
ntury with the
n Med. L *presbyter*

n another name
fingeredness, from
e nimble, & L *digitus*

reputation
wealth, etc;
mour **2b** (modifier):
tricks]

ice of giving a
ea that it must be of

lj, *adv* **1** to be played
n) **2** a piece to be
quickly, from *presto*

layed very fast
to n) *and pl* **prestos**
l very quickly [C16
dy to hand, L

land,
on the River
e (17th–18th
660 (1991)
all town and resort
e Firth of Forth:
e Jacobite army of
rnment forces

concrete that
d to counteract the

V England, in Bury
r. Pop: 31 801 (1991)
r Scotland, in South
ational airport,
)

ne modifier) one
ou, if you're leaving

esuming, presumed
o take (something)
foll by an infinitive) to
o copy my work?
end: *don't presume on*
far **5** (*tr*) *law* to take
roduced [C14 via OF
from *prae* before +
ju:mɪdlɪ) *adv*

ct of presuming
of or assumption
sis on which to
of a fact from
*raesumptiō*

anticipation, from *praesūmere* to take beforehand; see PRESUME]

**presumptive** (prɪ'zʌmptɪv) *adj* **1** based on presumption or probability **2** affording reasonable ground for belief ▷ **pre'sumptively** *adv*

**presumptuous** (prɪ'zʌmptjʊəs) *adj* characterized by presumption or tending to presume; bold; forward ▷ **pre'sumptuously** *adv* ▷ **pre'sumptuousness** *n*

**presuppose** (ˌpriːsə'pəʊz) *vb* presupposes, presupposing, presupposed (*tr*) **1** to take for granted **2** to require as a necessary prior condition ▷ **presupposition** (ˌpriːsʌpə'zɪʃən) *n*

**preteen** (priː'tiːn) *n* a boy or girl approaching his or her teens

**pretence** *or US* **pretense** (prɪ'tɛns) *n* **1** the act of pretending **2** a false display; affectation **3** a claim, esp a false one, to a right, title, or distinction **4** make-believe **5** a pretext

**pretend** (prɪ'tɛnd) *vb* **1** (when *tr*, *usually takes a clause as object or an infinitive*) to claim or allege (something untrue) **2** (*tr*; *may take a clause as object or an infinitive*) to make believe, as in a play: *you pretend to be Ophelia* **3** (*intr*; foll by *to*) to present a claim, esp a dubious one: *to pretend to the throne* **4** (*intr*; foll by *to*) *obs* to aspire as a candidate or suitor (for) ▷ *adj* **5** make-believe; imaginary [C14 from L *praetendere* to stretch forth, feign]

**pretender** (prɪ'tɛndə) *n* **1** a person who pretends or makes false allegations **2** a person who mounts a claim, as to a throne or title

**pretension** (prɪ'tɛnʃən) *n* **1** (*often pl*) a false claim, esp to merit, worth, or importance **2** a specious or unfounded allegation; pretext **3** the quality of being pretentious

**pretentious** (prɪ'tɛnʃəs) *adj* **1** making claim to distinction or importance, esp undeservedly **2** ostentatious ▷ **pre'tentiously** *adv* ▷ **pre'tentiousness** *n*

**preterite** *or esp US* **preterit** (prɛtərɪt) *grammar* ▷ *n* **1** a tense of verbs used to relate past action, formed in English by inflection of the verb, as *jumped, swam* **2** a verb in this tense ▷ *adj* **3** denoting this tense [C14 from LL *praeteritum* (*tempus*) past (time), from L *praeterīre* to go by, from *preter-* beyond + *īre* to go]

**preterm** (priː'tɜːm) *adj* **1** (of a baby) born prematurely ▷ *adv* **2** prematurely

**pretermit** (ˌpriːtə'mɪt) *vb* pretermits, pretermitting, pretermitted (*tr*) *rare* **1** to disregard **2** to fail to do; neglect; omit [C16 from L *praetermittere* to let pass, from *preter-* beyond + *mittere* to send]

**preternatural** (ˌpriːtə'nætʃrəl) *adj* **1** beyond what is ordinarily found in nature; abnormal **2** another word for **supernatural** [C16 from Med. L *praeternātūrālis*, from L *praeter nātūram* beyond the scope of nature] ▷ **ˌpreter'naturally** *adv*

**pretext** (priːtɛkst) *n* **1** a fictitious reason given in order to conceal the real one **2** a pretence [C16 from L *praetextum* disguise, from *praetexere* to weave in front, disguise]

**pretor** ('priːtə, -tɔː) *n* a variant (esp US) spelling of *praetor*

**Pretoria** (prɪ'tɔːrɪə) *n* a city in N South Africa, the administrative capital of South Africa; formerly capital of Transvaal province: two universities (1873, 1930); large steelworks. Pop (urban area): 1 104 479 (1996)
▷ www.ccp.co.za
▷ www.visitpretoria.co.za
▷ www.sa-venues.com/gauteng_pretoria.htm

**Pretorius** (prɪ'tɔːrɪəs) *n* **1 Andries Wilhelmus Jacobus** ('ɑndriːs wɪl'heːlmʊs jaː'koːbʏs) 1799–1853, a Boer leader in the Great Trek (1838) to escape British sovereignty; he also led an expedition to the Transvaal (1848). The town Pretoria was named after him **2** his son, **Marthinus Wessels** (marˈtinʊs 'wɛsəls) 1819–1901, first president of the South African Republic (1857–71) and of the Orange Free State (1859–63)

**prettify** ('prɪtɪˌfaɪ) *vb* prettifies, prettifying, prettified (*tr*) to make pretty, esp in a trivial fashion; embellish ▷ ˌprettifi'cation *n* ▷ 'pretti,fier *n*

**pretty** ('prɪtɪ) *adj* prettier, prettiest **1** pleasing or appealing in a delicate or graceful way **2** dainty, neat, or charming **3** *inf, often ironical* excellent, grand, or fine: *here's a pretty mess!* **4** commendable; good of its kind: *he replied with a pretty wit* **5** *inf* effeminate; foppish **6** *arch or Scot* vigorous or brave **7 sitting pretty** *inf* well placed or established financially, socially, etc ▷ *n, pl* pretties **8** a pretty person or thing ▷ *adv inf* **9** fairly; somewhat **10** very ▷ *vb* pretties, prettying, prettied **11** (*tr*; often foll by *up*) to make pretty; adorn [OE *prættig* clever] ▷ 'prettily *adv* ▷ 'prettiness *n*

**pretty-pretty** *adj inf* excessively or ostentatiously pretty: *a pretty-pretty village*

**pretzel** ('prɛtsəl) *n* a brittle savoury biscuit, in the form of a knot or stick, eaten esp in Germany and the US [C19 from G, from OHG *brezitella*]

**Preussen** ('prɔʏsən) *n* the German name for *Prussia*

**prevail** (prɪ'veɪl) *vb* (*intr*) **1** (often foll by *over or against*) to prove superior; gain mastery: *skill will prevail* **2** to be the most important feature; be prevalent **3** to exist widely; be in force **4** (often foll by *on* or *upon*) to succeed in persuading or inducing [C14 from L *praevalēre* to be superior in strength] ▷ **pre'vailer** *n*

**prevailing** (prɪ'veɪlɪŋ) *adj* **1** generally accepted; widespread: *the prevailing opinion* **2** most frequent; predominant: *the prevailing wind is from the north* ▷ **pre'vailingly** *adv*

**prevalent** ('prɛvələnt) *adj* **1** widespread or current **2** superior in force or power; predominant ▷ **prevalence** *n* ▷ **prevalently** *adv*

**prevaricate** (prɪ'værɪˌkeɪt) *vb* prevaricates, prevaricating, prevaricated (*intr*) to speak or act falsely or evasively with intent to deceive [C16 from L *praevāricārī* to walk crookedly, from *prae* beyond + *vāricare* to straddle the legs] ▷ **pre,vari'cation** *n* ▷ **pre'vari,cator** *n*

**prevent** (prɪ'vɛnt) *vb* **1** (*tr*) to keep from happening, esp by taking precautionary action **2** (*tr*; often foll by *from*) to keep (someone from doing something) **3** (*intr*) to interpose or act as a hindrance **4** (*tr*) *arch* to anticipate or precede [C15 from L *praevenīre*, from *prae* before + *venīre* to come] ▷ **pre'ventable** *or* **pre'ventible** *adj* ▷ **pre'ventably** *or* **pre'ventibly** *adv*

**prevention** (prɪ'vɛnʃən) *n* **1** the act of preventing **2** a hindrance or impediment

**preventive** (prɪ'vɛntɪv) *adj* **1** tending or intended to prevent or hinder **2** *med* tending to prevent disease; prophylactic **3** (in Britain) of, relating to, or belonging to the customs and excise service or the coastguard ▷ *n* **4** something that serves to prevent or hinder **5** *med* any drug or agent that tends to prevent disease. Also (for senses 1, 2, 4, 5): **preventative** ▷ **pre'ventively** *or* **pre'ventatively** *adv*

> USAGE *Preventive* is generally used in preference to *preventative* in medical contexts and otherwise, and is about twice as common in the Bank of English. Overall, *preventative* is much less frequent in American than in British sources

**Prévert** (*French* prevɛr) *n* **Jacques** (ʒɑk) 1900–77, Parisian poet, satirist, and writer of film scripts, noted esp for his song poems. He was a member of the surrealist group from 1925 to 1929

**preview** ('priːˌvjuː) *n* **1** an advance view or sight **2** an advance showing before public presentation of a film, art exhibition, etc, usually before an invited audience ▷ *vb* **3** (*tr*) to view in advance

**Previn** ('prɛvɪn) *n* **André** ('ɒndreɪ) born 1929, US orchestral conductor, born in Germany; living in Britain

**Pp**