# EXHIBIT 7

Part 2



# The Merriam-Webster Dictionary



Merriam-Webster, Incorporated
Springfield, Massachusetts

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 2 of 27



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2016 by Merriam-Webster, Incorporated

ISBN 978-0-87779-295-6

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

3rd Printing   Quad Graphics   Martinsburg, WV   July 2016

# PREFACE

This new edition of *The Merriam-Webster Dictionary* is the seventh in a line of Merriam-Webster paperback dictionaries which began in 1947. It is based on and preserves the best aspects of preceding editions, but it now includes the most important recent vocabulary that was added to *Merriam-Webster's Collegiate Dictionary, Eleventh Edition* over the past decade. Throughout the dictionary, over 8,000 usage examples, including 1,000 that are newly added for this edition, illustrate meanings and help to clarify definitions. All the new material has been based on examples of actual use found in the Merriam-Webster citation files and in edited texts online.

The nearly 65,000 entries and more than 75,000 definitions in this dictionary give coverage to the most frequently used words in the language. The heart of the dictionary is the A-Z vocabulary section, where readers will find information about meaning, spelling, pronunciation, etymology, and synonyms. This section is followed by others that users have long found useful: the section Foreign Words and Phrases covers words and phrases from other languages that often occur in English texts but have not become part of the English vocabulary; the section Biographical Names identifies individuals from history and contemporary culture, as well as biblical, legendary, and mythological characters; the section Geographical Names identifies places of importance in the United States and the world, along with current population figures.

*The Merriam-Webster Dictionary* has been created by a company that has been publishing dictionaries for more than 150 years and continues to maintain an in-house staff of experienced lexicographers. For this edition, the primary editing of the main A-Z vocabulary section and the Foreign Words and Phrases was done by Senior Editor James G. Lowe. Daniel J. Hopkins edited the Geographical Names, and Michael G. Belanger edited the Biographical Names. Specialist editors included Adrienne M. Scholz for cross-reference, Joshua S. Guenter for pronunciation, James L. Rader for etymology, and Joan I. Narmontas for life science. Data entry and data-file processing were handled by Daniel B. Brandon. Susan L. Brady acted as production editor, guiding the book through its typesetting stages, assisted by Emily A. Vezina.   Proofreaders included Tasha Martino Bigelow, Serenity H. Carr, Ilya A. Davidovich, Allison M. DeJordy, Joanne M. Despres, Benjamin T. Korzec, Maria A.

or limit ⟨the ~ of a hill⟩ — **crest·ed** \-tad\ *adj* — **crest·less** *adj*

²**crest** *vb* **1** : CROWN **2** : to reach the crest of **3** : to rise to a crest

**crest·fall·en** \'krest-,fȯ-lan\ *adj* : DISPIRITED, DEJECTED

**Cre·ta·ceous** \kri-'tā-shas\ *adj* : of, relating to, or being the latest period of the Mesozoic era marked by great increase in flowering plants, diversification of mammals, and extinction of the dinosaurs — **Cretaceous** *n*

**cre·tin** \'krē-t⁹n\ *n* [F *crétin*, fr. F dial. *cretin*, lit., wretch, innocent victim, fr. L *christianus* Christian] **1** : one affected with cretinism **2** : a stupid person

**cre·tin·ism** \-,i-zam\ *n* : a usu. congenital abnormal condition characterized by physical stunting and mental retardation

**cre·tonne** \'krē-,tän\ *n* : a strong unglazed cotton cloth for curtains and upholstery

**cre·vasse** \kri-'vas\ *n* : a deep fissure esp. in a glacier

**crev·ice** \'kre-vas\ *n* : a narrow fissure

¹**crew** \'krü\ *chiefly Brit past of* CROW

²**crew** *n* [ME *crue*, fr. MF, reinforcement, lit., increase, fr. *croistre* to grow, fr. L *crescere*] **1** : a body of people trained to work together for certain purposes **2** : a group of people who operate a ship, train, aircraft, or spacecraft **3** : the rowers and coxswain of a racing shell; *also* : the sport of rowing engaged in by a crew — **crew·man** \-man\ *n*

**crew cut** *n* : a very short bristly haircut

**crew·el** \'krü-al\ *n* : slackly twisted worsted yarn used for embroidery — **crew·el·work** \-,wark\ *n*

¹**crib** \'krib\ *n* **1** : a manger for feeding animals **2** : a child's bedstead with high sides **3** : a building or bin for storage (as of grain) **4** : something used for cheating in an exam

²**crib** *vb* **cribbed; crib·bing 1** : to put in a crib **2** : STEAL, PLAGIARIZE — **crib·ber** *n*

**crib·bage** \'kri-bij\ *n* : a card game usu. played by two players and scored on a board (**cribbage board**)

**crib death** *n* : SUDDEN INFANT DEATH SYNDROME

**crick** \'krik\ *n* : a painful spasm of muscles (as of the neck)

¹**crick·et** \'kri-kat\ *n* [ME *criket*, fr. AF, of imit. origin] : any of a family of leaping insects related to the grasshoppers and noted for the chirping noises of the male

²**cricket** *n* [MF *criquet* goal stake in a bowling game] : a game played with a bat and ball by two teams on a field centering upon two wickets each defended by a batsman

**cri·er** \'krī(-ə)r\ *n* : one who calls out proclamations and announcements

**crime** \'krīm\ *n* : a serious offense against the public law

¹**crim·i·nal** \'kri-mə-n⁹l\ *adj* **1** : involving or being a crime **2** : relating to crime or its punishment — **crim·i·nal·i·ty** \,kri-mə-'na-lə-tē\ *n* — **crim·i·nal·ly** *adv*

²**criminal** *n* : one who has committed a crime

**crim·i·nol·o·gy** \,kri-mə-'nä-lə-jē\ *n* : the scientific study of crime and criminals — **crim·i·no·log·i·cal** \-mə-nə-'lä-ji-kəl\ *adj* — **crim·i·nol·o·gist** \,kri-mə-'nä-lə-jist\ *n*

¹**crimp** \'krimp\ *vb* : to cause to become crinkled, wavy, or bent

²**crimp** *n* : something (as a curl in hair) produced by or as if by crimping

**crim·son** \'krim-zən\ *n* : a deep purplish red color — **crimson** *adj*

**cringe** \'krinj\ *vb* **cringed; cring·ing** : to shrink in fear : WINCE, COWER

**crin·kle** \'kriŋ-kəl\ *vb* **crin·kled; crin·kling** : to form many short bends or curves; *also* : WRINKLE — **crinkle** *n* — **crin·kly** \-klē\ *adj*

**crin·o·line** \'kri-nə-lən\ *n* **1** : an open-weave cloth used for stiffening and lining **2** : a full stiff skirt or underskirt made of crinoline

**crip·ple** \'kri-pəl\ *n* : one that is disabled or deficient in a specified manner ⟨a social ~⟩

²**cripple** *vb* **crip·pled; crip·pling 1** : to make lame **2** : to make useless or imperfect — **crip·pler** \'kri-p(ə-)lər\ *n*

**cri·sis** \'krī-səs\ *n, pl* **cri·ses** \-,sēz\ [ME, fr. L, fr. Gk *krisis*, lit., decision, fr. *krinein* to decide] **1** : the turning point for better or worse in an acute disease or fever **2** : a decisive or critical moment

¹**crisp** \'krisp\ *adj* **1** : CURLY, WAVY **2** : BRITTLE ⟨a ~ potato chip⟩ **3** : FIRM, FRESH ⟨~ lettuce⟩ **4** : being sharp and clear ⟨a ~ photo⟩ **5** : LIVELY, SPARKLING **6** : FROSTY, SNAPPY; *also* : INVIGORATING — **crisp** *vb* — **crisp·ly** *adv* — **crisp·ness** *n* — **crispy** *adj*

¹**criss·cross** \'kris-,krȯs\ *vb* **1** : to mark with crossed lines **2** : to go or pass back and forth

²**crisscross** *adj* : marked or characterized by crisscrossing — **crisscross** *adv*

³**crisscross** *n* : a pattern formed by crossed lines

**crit** *abbr* critical; criticism

**crit·ic** \'kri-tik\ *n* **1** : a person who judges literary or artistic works **2** : one inclined to find fault

**crit·i·cal** \'kri-ti-kəl\ *adj* **1** : being or relating to a condition or disease involving danger of death ⟨~ care⟩ **2** : being a crisis **3** : inclined to criticize **4** : relating to criticism or critics **5** : requiring careful judgment ⟨~ thinking⟩ — **crit·i·cal·ly** \-k(ə-)lē\ *adv*

**crit·i·cise** *Brit var of* CRITICIZE

**crit·i·cism** \'kri-tə-,si-zəm\ *n* **1** : the act of criticizing; *esp* : CENSURE **2** : a judgment or review **3** : the art of judging works of literature or art

**crit·i·cize** \'kri-tə-,sīz\ *vb* **-cized; -ciz·ing 1** : to judge as a critic : EVALUATE **2** : to find fault : express criticism ♦ **Syn-**

**crop·land** \-,land\ *n* : land devoted to the production of plant crops

**crop·per** \'krä-pər\ *n* : a raiser of crops; *esp* : SHARECROPPER

**cro·quet** \krō-'kā\ *n* : a game in which mallets are used to drive wooden balls through a series of wickets set out on a lawn

**cro·quette** \krō-'ket\ *n* [F] : a small often rounded mass of minced meat, fish, or vegetables fried in deep fat

**cro·sier** *or* **cro·zier** \'krō-zhər\ *n* : a staff carried by bishops and abbots

¹**cross** \'krȯs\ *n* **1** : a structure consisting of an upright beam and a crossbar used esp. by the ancient Romans for execution **2** : a figure of the cross on which Christ was crucified used as a Christian symbol **3** : a hybridizing of unlike individuals or strains; *also* : a product of this **4** : a punch delivered with a circular motion over an opponent's lead

²**cross** *vb* **1** : to lie or place across; *also* : INTERSECT **2** : to cancel by marking a cross on or by lining through **3** : THWART, OBSTRUCT **4** : to go or extend across : TRAVERSE **5** : HYBRIDIZE **6** : to meet and pass on the way ⟨our letters ~ed in the mail⟩

³**cross** *adj* **1** : lying across **2** : CONTRARY, OPPOSED **3** : marked by bad temper **4** : HYBRID — **cross·ly** *adv*

**cross·bar** \'krȯs-,bär\ *n* : a transverse bar or piece

**cross·bow** \-,bō\ *n* : a short bow mounted crosswise at the end of a wooden stock that shoots short arrows

**cross·breed** \'krȯs-,brēd, -'brēd\ *vb* **-bred** \-'bred\; **-breed·ing** : HYBRIDIZE

**cross·coun·try** \-'kən-trē\ *adj* **1** : extending or moving across a country **2** : proceeding over the countryside (as fields and woods) and not by roads **3** : of or relating to racing or skiing over the countryside instead of over a track or run — **cross·country** *adv*

**cross·cur·rent** \-'kər-ənt\ *n* **1** : a current running counter to another **2** : a conflicting tendency — usu. used in pl.

¹**cross-cut** \-,kət\ *vb* : to cut or saw crosswise esp. of the grain of wood

²**crosscut** *adj* **1** : made or used for crosscutting ⟨a ~ saw⟩ **2** : cut across the grain

³**crosscut** *n* : something that cuts through transversely

**cross-ex·am·ine** \,krō-sig-'za-mən\ *vb* : to examine with questions to check the answers to previous questions — **cross-ex·am·i·na·tion** \-,za-mə-'nā- shən\ *n* — **cross-ex·am·in·er** *n*

**cross-eyed** \'krō-,sīd\ *adj* : having one or both eyes turned inward toward the nose

**cross-fer·til·i·za·tion** \,fər-tə-lə-'zā- shən\ *n* **1** : fertilization between sex cells produced by separate individuals or sometimes by individuals of different kinds; *also* : CROSS-POLLINATION **2** : a broadening of productive interchange (as between cultures) — **cross-fer·til·ize** \-'fər-tə-,līz\ *vb*

**crit·i·cize** ... *Syn-*

**cri·tique** \krə-'tēk\ *n* : a critical estimate or discussion

**crit·ter** \'kri-tər\ *n* : CREATURE

**croak** \'krōk\ *n* : a hoarse harsh cry (as of a frog) — **croak** *vb*

²**croak** *vb* \'krō-kə\ *n* **1** : an animal that croaks **2** : a fish that produces croaking or grunting noises

**Croat** \'krō-,at\ *n* : CROATIAN

**Cro·atian** \krō-'ā-shan\ *n* **1** : a native or inhabitant of Croatia **2** : a Slavic language spoken by Croatians — **Croatian** *adj*

**cro·chet** \krō-'shā\ *n* : needlework done with a single thread and hooked needle — **crochet** *vb*

**crock** \'kräk\ *n* : a thick earthenware pot or jar

**crock·ery** \'krä-kə-rē\ *n* : EARTHENWARE

**croc·o·dile** \'krä-kə-,dī(-ə)l\ *n* [ME & L; ME *cocodrille*, fr. AF, fr. ML *cocodrillus*, alter. of L *crocodilus*, fr. Gk *krokodilos* lizard, crocodile, fr. *krokē* shingle, pebble + *drillos* worm] : any of several thick-skinned long-bodied carnivorous reptiles of tropical and subtropical waters

**cro·cus** \'krō-kəs\ *n, pl* **cro·cus·es** *also* **crocus** *or* **cro·ci** \-,kī\ : any of a large genus of low herbs related to the irises and having brightly colored flowers borne singly in early spring

**Crohn's disease** \'krōnz\ *n* : a chronic inflammatory disease of the gastrointestinal tract and esp. the ileum

**crois·sant** \krō-'sänt, ,krwä-'sä⁹\ *n, pl* **croissants** *same or* -'sänts, -'sä⁹z\ : a rich crescent-shaped roll

**Cro-Ma·gnon** \krō-'mag-nən, -'man-yən\ *n* : a hominid of a tall erect race known from skeletal remains found in southern France and usu. classified as the same species as present-day humans — **Cro-Magnon** *adj*

**crone** \'krōn\ *n* : HAG

**cro·ny** \'krō-nē\ *n, pl* **cronies** : a close friend esp. of long standing

¹**crook** \'krük\ *vb* : to curve or bend sharply

²**crook** *n* **1** : a bent or curved implement **2** : a bent or curved part; *also* : BEND, CURVE **3** : SWINDLER, THIEF

**crook·ed** \'krü-kəd\ *adj* **1** : having a crook : BENT, CURVED **2** : DISHONEST — **crook·ed·ly** *adv* — **crook·ed·ness** *n*

**croon** \'krün\ *vb* : to sing or hum in a gentle murmuring voice — **croon·er** *n*

¹**crop** \'kräp\ *n* **1** : the handle of a whip; *also* : a short riding whip **2** : a pouch in the throat of many birds and insects where food is received **3** : something (as a plant product) that can be harvested; *also* : the yield at harvest

²**crop** *vb* **cropped; crop·ping 1** : to remove the tips of : cut off short; *also* : TRIM **2** : to feed on by cropping **3** : to devote (land) to crops **4** : to appear unexpectedly ⟨new problems have *cropped* up⟩

**crop duster** *n* : a person who uses an airplane to spray crops with insecticidal...

**pre·set** \'prē-₁set\ *vb* **-set; -set·ting** : to set beforehand — **preset** *n*

**pre·shrink** \prē-'shrink\ *vb* **-shrank** \-'shrank\; **-shrunk** \-'shrənk\ : to shrink (as a fabric) before making into a garment

**pre·side** \pri-'zīd\ *vb* **pre·sid·ed; pre·sid·ing** [L *praesidēre* to guard, preside over, fr. *prae* in front of + *sedēre* to sit] **1** : to exercise guidance or control **2** : to occupy the place of authority; *esp* : to act as chairman

**pres·i·dent** \'prez-ə-dənt\ *n* **1** : one chosen to preside (⟨∼ of the assembly⟩ **2** : the chief officer of an organization (as a corporation or society) **3** : an elected official serving as both chief of state and chief political executive; *also* : a chief of state often with only minimal political powers — **pres·i·den·cy** \-dən-sē\ *n* — **pres·i·den·tial** \₁prez-zə-'den-chəl\ *adj*

**pre·si·dio** \pri-'sē-dē-₁ō, -'si-\ *n, pl* **-di·os** [Sp] : a military post or fortified settlement in an area currently or orig. under Spanish control

**pre·sid·i·um** \pri-'si-dē-əm\ *n, pl* **-ia** \-dē-ə\ *or* **-iums** [Russ *prezidium*, fr. L *praesidium* garrison] : a permanent executive committee that acts for a larger body in a Communist country

**¹pre·soak** \(₁)prē-'sōk\ *vb* : to soak beforehand

**²pre·soak** \'prē-₁sōk\ *n* **1** : an instance of presoaking **2** : a preparation used in presoaking clothes

**pre·sort** \(₁)prē-'sȯrt\ *vb* : to sort (mail) by zip code usu. before delivery to a post office

**¹press** \'pres\ *n* **1** : a crowded condition : THRONG **2** : a machine for exerting pressure **3** : CLOSET, CUPBOARD **4** : PRESSURE **5** : the properly creased condition of a freshly pressed garment **6** : PRINTING PRESS; *also* : the act or the process of printing **7** : a printing or publishing establishment **8** : the media (as newspapers and magazines) of public news and comment; *also* : persons (as reporters) employed in these media **9** : comment in newspapers and periodicals

**²press** *vb* **1** : to bear down upon : push steadily against **2** : ASSAIL, COMPEL **3** : to squeeze out the juice or contents of (⟨∼ grapes⟩ **4** : to squeeze to a desired density, shape, or smoothness; *esp* : IRON **5** : to try hard to persuade : URGE **6** : to follow through : PROSECUTE **7** : CROWD ⟨*reporters* ∼*ed* around the players⟩ **8** : to force one's way **9** : to require haste or speed in action — **press·er** *n*

**press agent** *n* : an agent employed to establish and maintain good public relations through publicity

**press·ing** *adj* : URGENT ⟨a ∼ need⟩

**press·man** \'pres-mən, -₁man\ *n* : the operator of a press and *esp* a printing press

**press·room** \-₁rüm, -₁rüm\ *n* **1** : a room in a printing plant containing the printing presses **2** : a room for the use of reporters

**¹pres·sure** \'presh-ər\ *n* **1** : the burden of physical or mental distress **2** : the action

of pressing; *esp* : the application of force to something by something else in direct contact with it **3** : the force exerted over a surface divided by its area **4** : the stress or urgency of matters demanding attention

**²pressure** *vb* **pres·sured; pres·sur·ing** : to apply pressure to

**pressure group** *n* : a group that seeks to influence governmental policy but not to elect candidates to office

**pressure suit** *n* : an inflatable suit for high-altitude flight or spaceflight to protect the body from low pressure

**pres·sur·ise** *Brit var of* PRESSURIZE

**pres·sur·ize** \'pre-shə-₁rīz\ *vb* **-ized; -iz·ing 1** : to maintain higher pressure within than without; *esp* : to maintain normal atmospheric pressure within (as an airplane cabin) during high-altitude flight or spaceflight **2** : to apply pressure to **3** : to design to withstand pressure — **pres·sur·i·za·tion** \₁pre-shə-rə-'zā-shən\ *n*

**pres·ti·dig·i·ta·tion** \₁pres-tə-₁dij-ə-'tā-shən\ *n* : SLEIGHT OF HAND

**pres·tige** \pres-'tēzh, -'tēj\ *n* [F, fr. MF, conjuror's trick, illusion, fr. LL *praestigium*, fr. L *praestigiae*, pl., conjuror's tricks, fr. *praestringere* to graze, blunt, constrict, fr. *prae*- in front of + *stringere* to bind tight] : standing or estimation in the eyes of people : REPUTATION ◆ **Synonyms** INFLUENCE, AUTHORITY, WEIGHT, CACHET — **pres·ti·gious** \-'ti-jəs, -'tē-\ *adj*

**pres·to** \'pres-tō\ *interj* [It, quick, quickly] — used to indicate the sudden appearance or occurrence of something

**²presto** *adv or adj* **1** : suddenly as if by magic : IMMEDIATELY **2** : at a rapid tempo — used as a direction in music

**pre·stress** \(₁)prē-'stres\ *vb* : to introduce internal stresses into (as a structural beam) to counteract later load stresses

**pre·sum·ably** \pri-'zü-mə-blē\ *adv* : by reasonable assumption

**pre·sume** \pri-'züm\ *vb* **pre·sumed; pre·sum·ing 1** : to take upon oneself without leave or warrant : DARE **2** : to take for granted : ASSUME **3** : to act or behave with undue boldness — **pre·sum·able** \-'zü-mə-bəl\ *adj*

**pre·sump·tion** \pri-'zəmp-shən\ *n* **1** : presumptuous attitude or conduct : AUDACITY **2** : an attitude or belief dictated by probability; *also* : the grounds lending probability to a belief — **pre·sump·tive** \-tiv\ *adj*

**pre·sump·tu·ous** \pri-'zəmp-chə-wəs\ *adj* : overstepping due bounds : taking liberties — **pre·sump·tu·ous·ly** *adv*

**pre·sup·pose** \₁prē-sə-'pōz\ *vb* **1** : to suppose beforehand **2** : to require beforehand as a necessary condition — **pre·sup·po·si·tion** \(₁)prē-₁sə-pə-'zi-shən\ *n*

**pre·teen** \'prē-'tēn\ *n* : a boy or girl not yet 13 years old — **preteen** *adj*

**pre·tend** \pri-'tend\ *vb* **1** : PROFESS ⟨doesn't ∼ to be scientific⟩ **2** : FEIGN ⟨∼ to be angry⟩ **3** : to lay claim ⟨∼ to a throne⟩ — **pre·tend·er** *n*

---

**pre·tense** *or* **pre·tence** \'prē-₁tens, pri-'tens\ *n* **1** : CLAIM; *esp* : one not supported by fact **2** : mere display : SHOW **3** : an attempt to attain a certain condition ⟨made a ∼ at discipline⟩ **4** : false show : PRETEXT ⟨a ∼ of objectivity⟩ — **pre·ten·sion** \pri-'ten-chən\ *n*

**pre·ten·tious** \pri-'ten-chəs\ *adj* **1** : making or possessing usu. unjustified claims (as to excellence) ⟨a ∼ literary style⟩ **2** : making demands on one's ability or means : AMBITIOUS ⟨too ∼ an undertaking⟩ — **pre·ten·tious·ly** *adv* — **pre·ten·tious·ness** *n*

**pret·er·it** *or* **pret·er·ite** \'pre-tə-rət\ *n* : a verb form expressing action in the past

**pre·term** \(₁)prē-'tərm, 'prē-₁\ *adj* : of, relating to, being, or brought forth by premature birth ⟨a ∼ infant⟩

**pre·ter·nat·u·ral** \₁prē-tər-'na-chə-rəl\ *adj* **1** : exceeding what is natural ⟨his ∼ stamina⟩ **2** : inexplicable by ordinary means — **pre·ter·nat·u·ral·ly** *adv*

**pre·text** \'prē-₁tekst\ *n* : a purpose stated or assumed to cloak the real intention or state of affairs

**pret·ti·fy** \'pri-ti-₁fī\ *vb* **-fied; -fy·ing** : to make pretty — **pret·ti·fi·ca·tion** \₁pri-ti-fə-'kā-shən\ *n*

**¹pret·ty** \'pri-tē\ *adj* **pret·ti·er; -est** [ME *prati*, *prety*, fr. OE *prættig* tricky, fr. *prætt* trick] **1** : pleasing by delicacy or grace : having conventionally accepted elements of beauty ⟨∼ flowers⟩ **2** : MISERABLE, TERRIBLE ⟨a ∼ state of affairs⟩ **3** : moderately large ⟨a ∼ profit⟩ **4** : PLEASANT — usu. used in negative constructions ⟨the truth was not so ∼⟩ ◆ **Synonyms** COMELY, FAIR, BEAUTIFUL, ATTRACTIVE, LOVELY — **pret·ti·ly** \-tə-lē\ *adv* — **pret·ti·ness** \-tē-nəs\ *n*

**²pretty** *adv* : in some degree : MODERATELY; *also* : QUITE, MAINLY

**³pretty** *vb* **pret·tied; pret·ty·ing** : to make pretty — usu. used with *up*

**pretty boy** *n* : a man who is notably good-looking

**pret·zel** \'pret-səl\ *n* [G *Brezel*, ultim. fr. L *brachiatus* having branches like arms, fr. *brachium* arm] : a brittle or chewy glazed usu. salted slender bread often shaped like a loose knot

**prev** *abbr* previous; previously

**pre·vail** \pri-'vāl\ *vb* **1** : to win mastery : TRIUMPH **2** : to be or become effective : SUCCEED **3** : to urge successfully ⟨∼*ed* upon her to sing⟩ **4** : to be frequent : PREDOMINATE — **pre·vail·ing·ly** *adv*

**prev·a·lent** \'pre-və-lənt\ *adj* : generally or widely existent : WIDESPREAD — **prev·a·lence** \-ləns\ *n*

**pre·var·i·cate** \pri-'ver-ə-₁kāt\ *vb* **-cat·ed; -cat·ing** [L *praevaricari* to act in collusion, lit., to straddle, fr. *prae* in front of + *varicare* to straddle, fr. *varus* bowlegged] : to deviate from the truth : EQUIVOCATE — **pre·var·i·ca·tion** \-₁ver-ə-'kā-shən\ *n* — **pre·var·i·ca·tor** \-'ver-ə-₁kā-tər\ *n*

**pre·vent** \pri-'vent\ *vb* **1** : to keep from happening or existing ⟨steps to ∼ war⟩

from going) — **pre·vent·able** *also* **pre·vent·i·ble** \-'ven-tə-bəl\ *adj* — **pre·ven·ta·tive** \-'ven-tə-tiv\ *adj or n* — **pre·ven·tion** \-'ven-chən\ *n* — **pre·ven·tive** \-'ven-tiv\ *adj or n*

**pre·ver·bal** \₁prē-'vər-bəl\ *adj* : having not yet acquired the faculty of speech

**pre·view** \'prē-₁vyü\ *vb* : to see or discuss beforehand; *esp* : to view or show in advance of public presentation

**²preview** *n* **1** : FORETASTE **2** : an advance showing or viewing **3** *also* **pre·vue** \-₁vyü\ : a showing of snatches from a motion picture advertised for future appearance

**pre·vi·ous** \'prē-vē-əs\ *adj* : going before ◆ **Synonyms** EARLIER, FORMER, FOREGOING, PRIOR, PRECEDING, ANTECEDENT — **pre·vi·ous·ly** *adv*

**pre·vi·sion** \prē-'vi-zhən\ *n* **1** : FORESIGHT, PRESCIENCE **2** : FORECAST, PREDICTION ⟨a ∼ of success⟩

**pre·war** \'prē-'wȯr\ *adj* : occurring or existing before a war

**¹prey** \'prā\ *n, pl* **prey** *also* **preys 1** : an animal taken for food by a predator; *also* : VICTIM **2** : the act or habit of preying

**²prey** *vb* **1** : to raid for booty **2** : to seize and devour prey **3** : to have a harmful or pernicious effect

**prf** *abbr* proof

**¹price** \'prīs\ *n* **1** *archaic* : VALUE **2** : the amount of money paid or asked for the sale of a specified thing; *also* : the cost at which something is obtained

**²price** *vb* **priced; pric·ing 1** : to set a price on **2** : to ask the price of **3** : to drive by raising prices ⟨*priced* themselves out of the market⟩

**price–fix·ing** \'prīs-₁fik-siŋ\ *n* : the setting of prices artificially (as by producers or government)

**price·less** \-ləs\ *adj* : having a value beyond any price : INVALUABLE ◆ **Synonyms** PRECIOUS, COSTLY, EXPENSIVE

**price support** *n* : artificial maintenance of prices of a commodity at a level usu. fixed through government action

**price war** *n* : a period of commercial competition in which prices are repeatedly cut by the competitors

**pric·ey** *also* **pricy** \'prī-sē\ *adj* **pric·i·er; -est** : EXPENSIVE ⟨a ∼ restaurant⟩

**¹prick** \'prik\ *n* **1** : a mark or small wound made by a pointed instrument **2** : something sharp or pointed **3** : an instance of pricking; *also* : a sensation of being pricked

**²prick** *vb* **1** : to pierce slightly with a sharp point; *also* : to have or cause a pricking sensation **2** : to affect with anguish or remorse ⟨∼*s* his conscience⟩ **3** : to outline with punctures ⟨∼ out a pattern⟩ **4** : to stand or cause to stand erect ⟨the dog's ears ∼*ed* up at the sound⟩ ◆ **Synonyms** PUNCH, PUNCTURE, PERFORATE, BORE, DRILL

**prick·er** \'prik-ər\ *n* : BRIAR; *also* : THORN

**prick·le** \'pri-kəl\ *n* **1** : a small sharp process (as on a plant) **2** : a slight stinging pain — **prick·ly** \'pri-klē\ *adj*

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2012 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
     p.    cm.
   Includes index.
ISBN 978-0-87779-807-1   (Laminated unindexed : alk. paper)
ISBN 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
ISBN 978-0-87779-809-5   (Jacketed hardcover with digital download : alk. paper)
ISBN 978-0-87779-810-1   (Leatherlook with digital download : alk. paper)
ISBN 978-0-87779-813-2   (Canadian)
ISBN 978-0-87779-814-9   (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21                       2003003674
                                   CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

16th Printing Quad Graphics Versailles KY January 2012

**crim con** *abbr* criminal conversation

**crime** \'krīm\ *n* [ME, fr. AF, fr. L *crimen* accusation, reproach, crime; prob. akin to L *cernere* to sift, determine] (14c)  **1 :** an act or the commission of an act that is forbidden or the omission of a duty that is commanded by a public law and that makes the offender liable to punishment by that law; *esp* **:** a gross violation of law   **2 :** a grave offense esp. against morality   **3 :** criminal activity ⟨efforts to fight ~⟩   **4 :** something reprehensible, foolish, or disgraceful ⟨it's a ~ to waste good food⟩   *syn* see OFFENSE — **crime·less** \-ləs\ *adj*

**crime against humanity** (1945)  **:** atrocity (as extermination or enslavement) that is directed esp. against an entire population or part of a population on specious grounds and without regard to individual guilt or responsibility even on such grounds

**crime against nature** (1828)  **:** SODOMY

¹**crim·i·nal** \'kri-mə-nᵊl, 'krim-nəl\ *adj* [ME, fr. AF or LL; AF *criminal*, fr. LL *criminalis*, fr. L *crimin-, crimen* crime] (15c)  **1 :** relating to, involving, or being a crime ⟨~ neglect⟩   **2 :** relating to crime or to the prosecution of suspects in a crime ⟨~ statistics⟩ ⟨brought ~ action⟩   **3 :** guilty of crime; *also* **:** of or befitting a criminal ⟨a ~ mind⟩   **4 :** DISGRACEFUL — **crim·i·nal·ly** *adv*

²**criminal** *n* (ca. 1626)  **1 :** one who has committed a crime   **2 :** a person who has been convicted of a crime

**criminal conversation** *n* (1732)  **:** adultery considered as a tort

**criminal court** *n* (1678)  **:** a court that has jurisdiction to try and punish offenders against criminal law

**crim·i·nal·ist** \'kri-mə-nᵊl-ist\ *n* (1951)  **:** a specialist in criminalistics

**crim·i·nal·is·tics** \kri-mə-nᵊl-'is-tiks, krim-nə-'lis-\ *n pl* but sing in *constr* (1943)  **:** application of scientific techniques in collecting and analyzing physical evidence in criminal cases

**crim·i·nal·i·ty** \kri-mə-'na-lə-tē\ *n* (1611)  **1 :** the quality or state of being criminal   **2 :** criminal activity ⟨urban ~⟩

**crim·i·nal·ize** \'kri-mə-nᵊl-,īz, 'krim-nə-,līz\ *vt* **-ized; -iz·ing** (ca. 1956)  **:** to make illegal **:** OUTLAW; *also* **:** to turn into a criminal or treat as criminal — **crim·i·nal·i·za·tion** \,kri-mə-nᵊl-ə-'zā-shən, ,krim-nə-lə-'zā-\ *n*

**criminal law** *n* (1769)  **:** the law of crimes and their punishments

**criminal lawyer** *n* (1869)  **:** a lawyer who specializes in criminal law; *esp* **:** a lawyer who represents defendants in criminal cases

**crim·i·nate** \'kri-mə-,nāt\ *vt* **-nat·ed; -nat·ing** [L *criminatus*, pp. of *criminari*, fr. *crimin-, crimen* accusation] (1645)  **:** INCRIMINATE — **crim·i·na·tion** \,kri-mə-'nā-shən\ *n*

**crimini** *var of* CREMINI

**crim·i·nol·o·gy** \,kri-mə-'nä-lə-jē\ *n* [It *criminologia*, fr. L *crimin-, crimen* + It -*o-* + *-logia* -logy] (1882)  **:** the scientific study of crime as a social phenomenon, of criminals, and of penal treatment — **crim·i·no·log·i·cal** \-mə-nᵊl-'ä-ji-kəl\ *also* **crim·i·no·log·ic** \-jik\ *adj* — **crim·i·nol·o·gist** \,kri-mə-'nä-lə-jist\ *n*

**crim·i·nous** \'kri-mə-nəs\ *adj* (15c)  **:** CRIMINAL

**crim·i·ny** \'kri-mə-nē, 'krī-\ *interj* [perh. alter. of *jiminy, gemini*, mild oath, prob. euphemism for L *Jesu domine Jesu Lord!*] (1681) — used as a mild oath or to express surprise

¹**crimp** \'krimp\ *vt* [D or LG *krimpen* to shrivel; akin to MD *crampe* hook, cramp] (1712)  **1 :** to cause to become wavy, bent, or pinched: as  **a :** to form (leather) into a desired shape  **b :** to give (synthetic fibers) a curl or wave like that of natural fibers  **c :** to pinch or press together (as the margins of a pie crust) in order to seal   **2 :** to be an inhibiting or restraining influence on **:** CRAMP ⟨sales had been ~ed by credit controls — *Time*⟩ — **crimp·er** \'krim-pər\ *n*

²**crimp** *n* (1863)  **1 :** something produced by or as if by crimping: as  **a :** a section of hair artificially waved or curled  **b :** a succession of waves (as in wool fiber)  **c :** a bend or crease formed in something   **2 :** something that cramps or inhibits **:** RESTRAINT, CURB

³**crimp** *n* [perh. fr. ¹*crimp*] (1758)  **:** a person who entraps or forces men into shipping as sailors or into enlisting in an army or navy

⁴**crimp** *vt* (1812)  **:** to trap into military or sea service **:** IMPRESS

**crimpy** \'krim-pē\ *adj* **crimp·i·er; -est** (1888)  **:** FRIZZY

**crim·son** \'krim-zən\ *n* [ME *crimisin*, fr. OSp *cremesin*, fr. Ar *qirmizī*, fr. *qirmiz* kermes] (15c)  **:** any of several deep purplish reds

²**crimson** *adj* (15c)  **:** of the color crimson

³**crimson** *n* (1601)  **:** to make crimson — *vi* **:** to become crimson; *esp* **:** BLUSH

**crimson clover** *n* (1839)  **:** an annual European clover (*Trifolium incarnatum*) that has cylindrical heads of crimson flowers and is cultivated in the U.S. esp. as a cover crop

¹**cringe** \'krinj\ *vi* **cringed; cring·ing** [ME *crengen*; akin to OE *cringan* to yield, MHG *krank* weak] (13c)  **1 :** to draw in or contract one's muscles involuntarily (as from cold or pain)   **2 :** to shrink in fear or servility   **3 :** to behave in an excessively humble or servile way   **4 :** to recoil in distaste ⟨Americans *cringed* . . . at the use of a term now regarded as a slur —William Safire⟩   *syn* see FAWN — **cring·er** *n*

²**cringe** *n* (1597)  **:** a cringing act; *specif* **:** a servile bow

**crin·gle** \'krin-gəl\ *n* [LG *kringel*, dim. of *kring* ring (1627)]  **:** a loop or grommet at the corner of a sail to which a line is attached

**crin·kle** \'krin-kəl\ *vb* **crin·kled; crin·kling** \-k(ə-)liŋ\ [ME *crynkelen*; akin to OE *cringan* to yield] *vi* (14c)  **1 :** to form many short bends or ripples **:** WRINKLE   **2 :** to give forth a thin crackling sound **:** RUSTLE ⟨*crinkling* silks⟩ — *vt* **:** to cause to crinkle **:** make crinkles in

²**crinkle** *n* (1596)  **1 :** WRINKLE, CORRUGATION, PUCKER   **2 :** any of several virus diseases of plants marked by crinkling of leaves — **crin·kly** \-k(ə-)lē\ *adj*

**cri·noid** \'krī-,nȯid\ *n* [ultim. fr. Gk *krinon* lily] (1847)  **:** any of a large class (Crinoidea) of echinoderms usu. having a somewhat cup-shaped body with five or more feathery arms — compare FEATHER STAR, SEA LILY — **crinoid** *adj*

**crin·o·line** \'kri-nᵊl-ən\ *n* [F, fr. It *crinolino*, fr. *crino* horsehair (fr. L *crinis* hair) + *lino* flax, linen, fr. L *linum* — more at CREST] (1830)  **1 :** an open-weave fabric of horsehair or cotton that is usu. stiffened and used esp. for interlinings and millinery   **2 :** a full stiff skirt or underskirt made of crinoline; *also* **:** HOOPSKIRT

**crin·o·lined** \-,īnd\ *adj*



crinoid

**cri·ol·lo** \krē-'ȯl-(,)yō, -'ō-(,)yō\ *n, pl* **-llos** [Sp — more at CREOLE] (1604)  **1 a :** a person of pure Spanish descent born in Spanish America   **b :** a person born and usu. raised in a Spanish-American country   **2 :** a domestic animal (as of a breed of cattle) developed in Latin America; *esp, often cap* **:** any of a breed of hardy muscular ponies orig. developed in Argentina — **criollo** *adj*

**cripes** \'krīps\ *interj* [euphemism for *Christ*] (1910) — used as a mild oath

¹**crip·ple** \'kri-pəl\ *n* [ME *cripel*, fr. OE *crypel*; akin to OE *crēopan* to creep — more at CREEP] (bef. 12c)  **1 a** *sometimes offensive* **:** a lame or partly disabled person or animal   **b :** one that is disabled or deficient in a specified manner ⟨a social ~⟩   **2 :** something flawed or imperfect

²**cripple** *adj* (13c)  **:** being lame, flawed, or imperfect

³**cripple** *vt* **crip·pled; crip·pling** \-p(ə-)liŋ\ (14c)  **1 :** to deprive of the use of a limb and esp. a leg ⟨the accident left him *crippled*⟩   **2 :** to deprive of capability for service or of strength, efficiency, or wholeness ⟨an economy *crippled* by inflation⟩   *syn* see MAIM, WEAKEN — **crip·pler** \-p(ə-)lər\ *n* — **crip·pling·ly** \-p(ə-)liŋ-lē\ *adv*

**cri·sis** \'krī-səs\ *n, pl* **cri·ses** \-,sēz\ [ME, fr. L, fr. Gk *krisis*, lit., decision, fr. *krinein* to decide — more at CERTAIN] (15c)  **1 a :** the turning point for better or worse in an acute disease or fever   **b :** a paroxysmal attack of pain, distress, or disordered function   **c :** an emotionally significant event or radical change of status in a person's life ⟨a midlife ~⟩   **2 :** the decisive moment (as in a literary plot)   **3 a :** an unstable or crucial time or state of affairs in which a decisive change is impending; *esp* **:** one with the distinct possibility of a highly undesirable outcome ⟨a financial ~⟩   **b :** a situation that has reached a critical phase ⟨the environmental ~⟩   *syn* see JUNCTURE

¹**crisp** \'krisp\ *adj* [ME, fr. OE, fr. L *crispus*; akin to W *crych* curly] (bef. 12c)  **1 :** CURLY, WAVY; *also* **:** having close stiff or wiry curls or waves   **2 a :** easily crumbled **:** BRITTLE ⟨a ~ cracker⟩   **b :** desirably firm and crunchy ⟨~ lettuce⟩   **3 a :** notably sharp, clean-cut, and clear ⟨a ~ illustration⟩; *also* **:** concise and to the point ⟨a ~ reply⟩   **b :** noticeably neat ⟨new clothes⟩   **c :** BRISK, LIVELY ⟨a ~ tale of intrigue⟩ ⟨~ musical tempi⟩   **d :** briskly cold ⟨a ~ winter weather⟩; *also* **:** FRESH, INVIGORATING ⟨~ autumn air⟩ ⟨a ~ white wine⟩   **e :** deftly and powerfully executed ⟨a ~ tennis serve⟩   *syn* see FRAGILE — **crisp·ly** *adv* — **crisp·ness** *n*

²**crisp** *vt* (14c)  **1 :** CURL, CRIMP   **2 :** to cause to ripple **:** WRINKLE   **3 :** to make or keep crisp — *vi* **1 :** CURL   **2 :** RIPPLE   **3 :** to become crisp

³**crisp** *n* (14c)  **1 a :** something crisp or brittle ⟨burned to a ~⟩ ⟨rye ~s⟩   **b** *chiefly Brit* **:** POTATO CHIP — usu. used in pl.   **2 :** a baked dessert of fruit with crumb topping ⟨apple ~⟩

**crisp·bread** \'krisp-,bred\ *n* (ca. 1927)  **:** a plain dry unsweetened cracker made from crushed grain (as wheat or rye)

**crisp·en** \'kris-pən\ *vt* (1931)  **:** to make crisp — *vi* **:** to become crisp

**crisp·er** \'kris-pər\ *n* (1835)  **:** one that crisps; *specif* **:** a closed container in a refrigerator intended to prevent loss of moisture from fresh produce

**crisp·head** \'krisp-,hed\ *n* (1966)  **:** ICEBERG LETTUCE

**crispy** \'kris-pē\ *adj* **crisp·i·er; -est** (14c)  **1 :** CURLY ⟨~ hair⟩   **2 :** appealingly crunchy **:** CRISP ⟨~ fried chicken⟩ — **crisp·i·ness** *n*

¹**criss·cross** \'kris-,krȯs\ *vb* [obs. *christcross, crisscross* mark of a cross] *vt* (1818)  **1 :** to mark with intersecting lines   **2 :** to pass back and forth through or over — *vi* **1 :** to go or pass back and forth   **2 :** OVERLAP, INTERSECT

²**crisscross** *n* (1840)  **:** marked or characterized by crisscrossing — **crisscross** *adv*

³**crisscross** *n* (1833)  **1 :** a crisscross pattern **:** NETWORK   **2 :** the state of being at cross-purposes; *also* **:** a confused state

**cris·ta** \'kris-tə\ *n, pl* **cris·tae** \-,tē, -,tī\ [NL, fr. L, crest — more at CREST] (1959)  **:** any of the inwardly projecting folds of the inner membrane of a mitochondrion

**crit** *abbr* critical; criticism; criticized

**cri·te·ri·on** \krī-'tir-ē-ən *also* krə-\ *n, pl* **-ria** \-ē-ə\ *also* **-ri·ons** [Gk *kritērion*, fr. *krinein* to judge, decide — more at CERTAIN] (1622)  **1 :** a standard on which a judgment or decision may be based   **2 :** a characterizing mark or trait   *syn* see STANDARD

*usage* The plural *criteria* has been used as a singular for over half a century (let me now return to the third *criteria* —R. M. Nixon) (that really is the *criteria* —Bert Lance). Many of our examples, like the two foregoing, are taken from speech. But singular *criteria* is not uncommon in edited prose, and its use both in speech and writing seems to be increasing. Only time will tell whether it will reach the unquestioned acceptability of *agenda*.

**cri·te·ri·um** \krī-'tir-ē-əm, krē-ter-'yōm\ *n* [F *critérium* competition, lit., criterion, fr. LL *criterium*, fr. Gk *kritērion*] (1970)  **:** a bicycle race of a specified number of laps on a closed course over public roads closed to normal traffic

¹**crit·ic** \'kri-tik\ *n* [L *criticus*, fr. Gk *kritikos*, fr. *kritikos* able to discern or judge, fr. *krinein*] (1588)  **1 a :** one who expresses a reasoned opinion on any matter esp. involving a judgment of its value, truth, righteousness, beauty, or technique   **b :** one who engages often professionally in the analysis, evaluation, or appreciation of works of art or artistic performances   **2 :** one given to harsh or captious judgment

²**critic** *n* [Gk *kritikē*] *archaic* of the critic, fr. fem. of *kritikos*] (1651)  **1** *archaic* **:** CRITICISM   **2** *archaic* **:** CRITIQUE

**crit·i·cal** \'kri-ti-kəl\ *adj* (1547)  **1 a :** of, relating to, or being a turning point or specially important juncture ⟨a ~ phase⟩; *also* **:** relating to or being the stage of a disease at which an abrupt change for better or worse may be expected; *also* **:** being or relating to an illness or condition involving danger of death ⟨a ~ care⟩ ⟨a patient listed in ~ condition⟩   **b** (2) **:** relating to or being a state in which a measurement or point at which some quality, property, or phenomenon suffers a definite change ⟨~ temperature⟩   **b :** CRUCIAL, DECISIVE ⟨a ~ test⟩   **c :** INDISPENSABLE, VITAL ⟨a ~ waterfowl habitat⟩ ⟨a component ~ to the operation of a machine⟩   **d :** being in or approaching a state of crisis ⟨a ~ shortage⟩ ⟨a ~ situation⟩   **2 a :** inclined to criticize severely and unfavorably   **b :** consisting of or involving criticism ⟨~ writings⟩; *also* **:** of or relating to the judgment of critics ⟨the play was a ~ success⟩   **c :** exercising or involving careful judgment or judicious evaluation ⟨~ thinking⟩   **d :** including variant readings and scholarly emendations ⟨a ~ edition⟩   **3 :** of sufficient size to sustain a chain

forming a particular structure or tissue in the normal course of development ⟨∼ retina⟩ — **pre·sump·tive·ly** adv
**pre·sump·tu·ous** \pri-'zəm(p)-chə-wəs, -chəs, -shəs\ adj [ME, fr. AF presumptuous, fr. LL praesumptuosus, irreg. fr. praesumptio] (14c) : overstepping due bounds (as of propriety or courtesy) : taking liberties — **pre·sump·tu·ous·ly** adv — **pre·sump·tu·ous·ness** n
**pre·sup·pose** \prē-sə-'pōz\ vt [ME, fr. MF presupposer, fr. ML praesupponere (perf. indic. praesupposui), fr. L prae- + ML supponere to suppose — more at SUPPOSE] (15c) 1 : to suppose beforehand 2 : to require as an antecedent in logic or fact — **pre·sup·po·si·tion** \(,)prē-,sə-pə-'zi-shən\ n — **pre·sup·po·si·tion·al** \-'zish-nəl, -'zi-shə-nᵊl\ adj
**pre·syn·ap·tic** \prē-sə-'nap-tik\ adj (1937) : of, occurring in, or being a neuron by which a nerve impulse is conveyed to a synapse ⟨a ∼ membrane⟩ ⟨a ∼ neuron⟩ — **pre·syn·ap·ti·cal·ly** \-ti-k(ə-)lē\ adv
**prêt-à-por·ter** or **pret-a-por·ter** \pret-ä-pȯr-'tā\ n [F, ready to wear] (1959) : ready-to-wear clothes
**¹pre·teen** \'prē-'tēn, -,tēn\ n (1952) : a boy or girl not yet 13 years old
**²preteen** adj (1954) 1 : relating to or produced for children esp. in the 9 to 12 year-old age group ⟨∼ fashions⟩ 2 : being younger than 13
**pre·teen·ag·er** \(,)prē-'tē-nā-jər\ n (1965) : PRETEEN
**pre·tend** \pri-'tend\ vb [ME, fr. AF pretendre, fr. L praetendere to allege as an excuse, lit., to stretch out, fr. prae- pre- + tendere to stretch — more at THIN] vt (15c) 1 : to give a false appearance of being, possessing, or performing ⟨does not ∼ to be a psychiatrist⟩ 2a : to make believe : FEIGN ⟨he ∼ed deafness⟩ b : to claim, represent, or assert falsely ⟨∼ing an emotion he could not really feel⟩ 3 archaic : VENTURE, UNDERTAKE ∼ vi 1 : to feign an action, part, or role esp. in play 2 : to put in a claim ⟨cannot ∼ to any particular expertise — Clive Barnes⟩ syn see ASSUME
**pre·tend·ed** \-'ten-dəd\ adj 1 : IMAGINARY, MAKE-BELIEVE ⟨had a ∼ pal with whom he talked⟩ 2 : not genuine : MOCK ⟨∼ pearls⟩ 3 : being a nonfunctional imitation ⟨a ∼ train for the children to play in⟩
**pre·tend·ed** \pri-'ten-dəd\ adj (1677) : professed or avowed but not genuine ⟨∼ affection⟩ — **pre·tend·ed·ly** adv
**pre·tend·er** \pri-'ten-dər\ n (1609) : one that pretends as : a : one who lays claim to something; specif : a claimant to a throne who is held to have no just title b : one who makes a false or hypocritical show
**pre·tense** or **pre·tence** \'prē-,ten(t)s, pri-'\ n [ME, prob. modif. of ML pretensio, irreg. fr. L praetender] (15c) 1 : a claim made or implied; esp : one not supported by fact 2 : mere ostentation : PRETENTIOUSNESS ⟨confuse dignity with pomposity and ∼—Bennett Cerf⟩ b : a pretentious act or assertion 3 : an inadequate or insincere attempt to attain a certain condition or quality 4 : professed rather than real intention or purpose : PRETEXT ⟨was there under false ∼⟩ 5 : MAKE-BELIEVE, FICTION 6 : false show : SIMULATION ⟨saw through his ∼ of indifference⟩
**¹pre·ten·sion** \pri-'ten(t)-shən\ n (15c) 1 : an allegation of doubtful value : PRETEXT 2 : a claim or an effort to establish a claim 3 : a claim or right to attention or honor because of merit 4 : an aspiration or intention that may or may not reach fulfillment ⟨has serious literary ∼s⟩ 5 : VANITY, PRETENTIOUSNESS syn see AMBITION — **pre·ten·sion·less** \-ləs\ adj
**²pre·ten·sion** \prē-'ten(t)-shən\ vt [pre- + ¹tension] (1937) : PRESTRESS
**pre·ten·tious** \pri-'ten(t)-shəs\ adj [F prétentieux, fr. prétention pretension, fr. ML pretension-, pretentio, fr. L praetendere] (1832) 1 : characterized by pretension: as a : making usu. unjustified or excessive claims (as of value or standing) ⟨the ∼ fraud who assumes a love of culture that is alien to him —Richard Watts⟩ b : expressive of affected, unwarranted, or exaggerated importance, worth, or stature ⟨∼ language⟩ ⟨∼ houses⟩ 2 : making demands on one's skill, ability, or means : AMBITIOUS ⟨the ∼ daring of the Green Mountain Boys in crossing the lake —Amer. Guide Series: Vt.⟩ syn see SHOWY — **pre·ten·tious·ly** adv — **pre·ten·tious·ness** n
**¹pret·er·it** or **pret·er·ite** \'pre-tə-rət\ adj [ME preterit, fr. AF, fr. L praeteritus, fr. pp. of praeterire to go by, pass, fr. praeter beyond, past, by (fr. compar. of prae before) + ire to go — more at FOR, ISSUE] (14c) archaic : BYGONE, FORMER
**²preterit** or **preter·ite** \same\ n (14c) : PAST TENSE
**pret·er·it** or **preter·ite** \'pre-tə-rət\ adj [ME, prob. modif. of ML pretensio, irreg. fr. L praetender] : PAST TENSE
**pre·term** \(,)prē-'tərm, 'prē-,\ adj (1928) : of, relating to, being, or brought forth by premature birth ⟨a ∼ infant⟩ ⟨∼ labor⟩
**pre·ter·mi·nal** \(,)prē-'tər-mə-nᵊl, -'tər-mnəl, -'tər-mᵊn-ᵊl\ adj (1927) : occurring or being in the period prior to death ⟨∼ cancer⟩ ⟨a ∼ patient⟩
**pre·ter·mis·sion** \,prē-tər-'mi-shən\ n [L praetermission-, praetermissio, fr. praetermittere] (1583) : the act or an instance of pretermitting : OMISSION
**pre·ter·mit** \-'mit\ vt -**mit·ted**; -**mit·ting** [L praetermittere, fr. praeter by, past + mittere to let go, send] (1513) 1 : to leave undone : NEGLECT 2 : to let pass without mention or notice : OMIT 3 : to suspend indefinitely ⟨the grand jury voted to ∼ the case⟩
**pre·ter·nat·u·ral** \,prē-tər-'na-chə-rəl, -'nach-rəl\ adj [ML praeternaturalis, fr. L praeter naturam beyond natural] (1580) 1 : existing outside of nature 2 : exceeding what is natural or regular : EXTRAORDINARY ⟨wits trained to ∼ acuteness by the debates —G. L. Dickinson⟩ 3 : inexplicable by ordinary means; esp : PSYCHIC ⟨∼ phenomena⟩ — **pre·ter·nat·u·ral·ly** \-na-chə-rə-lē, -'nach-rə-, 'nach-rᵊl-ē⟩ adv — **pre·ter·nat·u·ral·ness** \-'na-chə-rəl-nəs, -'nach-rᵊl-\ n
**pre·test** \'prē-,test\ n (1926) : a preliminary test: as a : a test of the effectiveness or safety of a product prior to its sale b : a test to evaluate the preparedness of students for further studies — **pre·test** \(,)prē-'test\ vt
**pre·text** \'prē-,tekst\ n [L praetextus, fr. praetexere to assign as a pretext, screen, extend in front, fr. prae- + texere to weave — more at TECHNICAL] (1513) : a purpose or motive alleged or an appearance assumed in order to cloak the real intention or state of affairs syn see APOLOGY
**pre·tex·ting** \'prē-,tek-stiŋ\ n (1992) : the practice of presenting oneself as someone else in order to obtain private information
**pretor, praetorian** var of PRAETOR, PRAETORIAN
**pret·ti·fy** \'pri-ti-,fī, 'pər-, 'prü-\ vt -**fied; -fy·ing** (1850) : to make pretty — **pret·ti·fi·ca·tion** \,pri-ti-fə-'kā-shən, ,pər-, ,prü-\ n — **pret·ti·fi·er** \'pri-ti-,fī-ər, 'pər-, 'prü-\ n
**pret·ti·ness** \'pri-tē-nəs, 'pər-, 'prü-\ n (1617) 1 : the quality or state of being pretty 2 : something pretty
**¹pret·ty** \'pri-tē, ...

**²pretty** \'prē-tēn, -,tēn\ n (1952) : a boy or girl not yet 13 years old

OE prættig tricky, fr. prætt trick; akin to ON prettr trick] (bef. 12c) 1a : ARTFUL, CLEVER b : PAT, APT 2 a : pleasing by delicacy or grace b : having conventionally accepted elements of beauty c : appearing or sounding pleasant or nice but lacking strength, force, manliness, purpose, or intensity ⟨∼ words that make no sense —Elizabeth B. Browning⟩ 3 a : MISERABLE, TERRIBLE ⟨a ∼ mess you've gotten us into⟩ b chiefly Scot : STOUT 4 : moderately large : CONSIDERABLE ⟨costs a ∼ penny⟩ ⟨∼ well⟩ 5 : easy to enjoy : PLEASANT — usu. used in negative constructions ⟨reality is not so ∼ —Caleb Solomon⟩ syn see BEAUTIFUL — **pret·ti·ly** \-tə-lē\ adv — **pret·ty·ish** \-tē-ish\ adj
**²pretty** \'pri-tē, 'pər- also 'prü-; before "near(ly)" often 'part or 'prit or 'prut\ adv (1565) 1 a : in some degree : MODERATELY ⟨∼ cold weather⟩ b : QUITE, MAINLY ⟨the wound was . . . ∼ bad —Walt Whitman⟩ 2 : in a pretty manner : PRETTILY ⟨pop vocalists who can sing ∼ —Gerald Levitch⟩ — **pretty** much : MAINLY, LARGELY
usage Some handbooks say that pretty is overworked and recommend using a more specific word or restricting pretty to informal or colloquial contexts. Pretty is used to tone down a statement and is in wide use in all forms of English. It is common in informal speech and writing but is neither rare nor wrong in serious discourse ⟨he may, if he be pretty well off or clever, qualify himself as a doctor —G. B. Shaw⟩ ⟨a return to those traditions of American foreign policy which worked pretty well for over a century —H. S. Commager⟩ ⟨the arguments for buying expensive books have to be pretty cogent —Times Lit. Supp.⟩
**³pretty** \'pri-tē, 'pər- also 'prü-\ n, pl **pretties** (1736) 1 pl : dainty clothes; esp : LINGERIE 2 : a pretty person or thing
**⁴pret·ty** \same as ³\ vt -**tied; pret·ty·ing** (1909) : to make pretty — usu. used with up ⟨curtains to ∼ up the room⟩
**pretty boy** n (1885) : a man who is notably good-looking; also : DANDY
**pret·zel** \'pret-səl\ n [G Brezel, ultim. fr. L brachiatus having branches like arms, fr. brachium arm — more at BRACE] (ca. 1838) : a brittle or chewy glazed usu. salted slender bread often shaped like a loose knot
**prev** abbr previous; previously
**pre·vail** \pri-'vāl\ vi [ME, fr. L praevalēre, fr. prae- pre- + valēre to be strong — more at WIELD] (15c) 1 : to gain ascendancy through superiority of strength or authority : TRIUMPH 2 : to be or become effective or effectual 3 : to use persuasion successfully ⟨∼ed on him to sing⟩ 4 : to be frequent : PREDOMINATE ⟨the west winds that ∼ in the mountains⟩ 5 : to be or continue in use or fashion : PERSIST ⟨a custom that still ∼s⟩
**prev·a·lence** \'pre-və-lən(t)s, 'prev-lən(t)s\ n (1713) 1 : the quality or state of being prevalent 2 : the degree to which something is prevalent; esp : the percentage of a population that is affected with a particular disease at a given time
**prev·a·lent** \-lənt\ adj [L praevalent-, praevalens very powerful, fr. prp. of praevalēre] (1576) 1 archaic : POWERFUL 2 : being in ascendancy : DOMINANT 3 : generally or widely accepted, practiced, or favored : WIDESPREAD — **prevalent·ly** adv
**pre·var·i·cate** \pri-'ver-ə-,kāt, -'va-rə-\ vi -**cat·ed; -cat·ing** [L praevaricatus, pp. of praevaricari to act in collusion, lit., to straddle, fr. prae- + varicare to straddle, fr. varus bowlegged] (ca. 1631) : to deviate from the truth : EQUIVOCATE syn see LIE — **pre·var·i·ca·tion** \-,ver-ə-'kā-shən, -,va-rə-\ n — **pre·var·i·ca·tor** \-'ver-ə-,kā-tər, -'va-rə-\ n
**pre·ve·nient** \pri-'vēn-yənt\ adj [L praevenient-, praeveniens, prp. of praevenire] (ca. 1656) : ANTECEDENT, ANTICIPATORY — **pre·ve·nient·ly** adv
**pre·vent** \pri-'vent\ vb [ME, to anticipate, fr. L praeventus, pp. of praevenire to come before, anticipate, forestall, fr. prae- + venire to come — more at COME] vt (15c) 1 archaic a : to be in readiness for (as an occasion) b : to meet or satisfy in advance c : to act ahead of 2 : to go or arrive before 3 : to deprive of power or hope of acting or succeeding 4 : to keep from happening or existing ⟨steps to ∼ war⟩ 5 : to hold or keep back : HINDER, STOP — often used with from ∼ vi 1 : to interpose an obstacle — **pre·vent·abil·i·ty** \-,ven-tə-'bi-lə-tē\ n — **pre·vent·able** also **pre·vent·ible** \-'ven-tə-bəl\ adj — **pre·vent·er** n
syn PREVENT, ANTICIPATE, FORESTALL mean to deal with beforehand. PREVENT implies taking advance measures against something possible or probable ⟨measures taken to prevent leaks⟩. ANTICIPATE may imply merely getting ahead of another by being a precursor or forerunner or it may imply checking another's intention by acting first ⟨anticipated the question by making a statement⟩. FORESTALL implies a getting ahead so as to stop or interrupt something in its course ⟨hoped to forestall the sale⟩.
**pre·ven·ta·tive** \-'ven-tə-tiv\ adj or n (ca. 1666) : PREVENTIVE
**pre·ven·tion** \pri-'ven(t)-shən\ n (1582) : the act of preventing or hindering
**¹pre·ven·tive** \-'ven-tiv\ n (ca. 1639) 1 : something that prevents; esp : something used to prevent disease
**²preventive** adj (ca. 1626) : devoted to or concerned with prevention ⟨PRECAUTIONARY ∼ steps against soil erosion⟩: as a : designed or serving to prevent the occurrence of disease ⟨∼ medical care⟩ b : undertaken to forestall anticipated hostile action ⟨a ∼ coup⟩ — **pre·ven·tive·ly** adv — **pre·ven·tive·ness** n
**pre·ver·bal** \(,)prē-'vər-bəl\ adj (1921) 1 : occurring before the verb 2 : having not yet acquired the faculty of speech ⟨a ∼ child⟩
**¹pre·view** \'prē-,vyü\ vt (1607) 1 : to see beforehand; specif : to view or to show in advance of public presentation 2 : to give a preliminary survey of — **pre·view·er** \-,vyü-ər\ n
**²preview** n (1882) 1 : an advance statement, sample, or survey 2 : an advance showing or performance (as of a motion picture or play) 3 : also pre·vue \-,vyü\ : a showing of clips from a motion picture advertised for appearance in the near future — called also trailer
**pre·vi·ous** \'prē-vē-əs\ adj [L praevius leading the way, fr. prae- via way — more at WAY] (1625) 1 : going before in time or order : PRIOR 2 : acting too soon : PREMATURE ⟨somewhat ∼ in his conclusion⟩ syn see PRECEDING — **pre·vi·ous·ly** adv — **pre·vi·ous·ness** n
**previous question** n (ca. 1715) : a parliamentary motion to put the pending question to an immediate vote without further debate ⟨demanded the ∼⟩

# THE
# PENGUIN
## ENGLISH
## DICTIONARY

## Third Edition

*Consultant Editor*
Robert Allen



PENGUIN BOOKS

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 10 of 27

PENGUIN BOOKS

Published by the Penguin Group
Penguin Books Ltd, 80 Strand, London WC2R 0RL, England
Penguin Group (USA) Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Group (Canada), 90 Eglinton Avenue East, Suite 700, Toronto, Ontario, Canada M4P 2Y3
(a division of Pearson Penguin Canada Inc.)
Penguin Ireland, 25 St Stephen's Green, Dublin 2, Ireland (a division of Penguin Books Ltd)
Penguin Group (Australia), 250 Camberwell Road, Camberwell, Victoria 3124, Australia
(a division of Pearson Australia Group Pty Ltd)
Penguin Books India Pvt Ltd, 11 Community Centre, Panchsheel Park, New Delhi – 110 017, India
Penguin Group (NZ), 67 Apollo Drive, Rosedale, North Shore 0632, New Zealand
(a division of Pearson New Zealand Ltd)
Penguin Books (South Africa) (Pty) Ltd, 24 Sturdee Avenue, Rosebank, Johannesburg 2196, South Africa

Penguin Books Ltd, Registered Offices: 80 Strand, London WC2R 0RL, England

www.penguin.com

First published in hardback as *The New Penguin English Dictionary* 2000
Published in paperback 2001
Second edition published as *The Penguin English Dictionary* 2003
Published in paperback 2004
Published as *The Penguin Complete English Dictionary* 2006
Third edition published as *The Penguin English Dictionary* 2007
1

Original material copyright © Merriam-Webster Inc. and Longman Group Ltd, 1986
Revisions, updating, and new material copyright © Penguin Books, 2000, 2003, 2007
All rights reserved

Typeset in ITC Stone
Printed in Finland by WS Bookwell

Except in the United States of America, this book is sold subject
to the condition that it shall not, by way of trade or otherwise, be lent,
re-sold, hired out, or otherwise circulated without the publisher's
prior consent in any form of binding or cover other than that in
which it is published and without a similar condition including this
condition being imposed on the subsequent purchaser

swallowed a bead — Dickens. **3** *archaic* to confine or restrain (a person, etc): *But now I am cabined, cribbed, confined, bound in* — Shakespeare. ➤ *verb intrans* **1** to copy from a crib or from a classmate, etc. **2** *Brit, dated* to grumble: *She's out half the time and doesn't answer the telephone, and when I start cribbing she just laughs* — L P Hartley. ➤ **cribber** *noun*.

**cribbage** /ˈkrɪbɪj/ *noun* a card game for two to four players who try to form various counting combinations of cards. [prob from CRIB[1]]

**crib-biting** *noun* a habit that some horses have of gnawing at the woodwork in their stable, slobbering, salivating, and sucking in air.

**crib death** *noun NAmer* = COT DEATH.

**cribriform** /ˈkrɪbrɪfawm/ *adj* denoting an anatomical structure that is pierced with small holes, e.g. for the passage of nerves: *a cribriform plate*. [Latin *cribrum* sieve + -FORM]

**cribwork** *noun* the timber framework used in constructing foundations, etc; = CRIB[1] (II).

**crick[1]** /krɪk/ *noun* a painful spasmodic condition of the muscles of the neck, back, etc. [Middle English *cryk*; earlier history unknown]

**crick[2]** *verb trans* to cause a crick in (the neck, etc).

**cricket[1]** /ˈkrɪkɪt/ *noun* a game played with a bat and ball on a large field with two wickets near its centre by two sides of eleven players each who try to score runs by hitting the ball and running between the wickets. ✳ **not cricket** *Brit, informal* against the dictates of fair play; not honourable. ➤ **cricketer** *noun*. [French *criquet* stake used as goal in a bowling game]

**cricket[2]** *noun* any of numerous species of leaping insects noted for the chirping sounds produced by the male: family Gryllidae. [Middle English *criket* from early French *criquet*, of imitative origin]

**cricoid** /ˈkrʌɪkɔɪd/ *adj* denoting the ring-shaped cartilage of the larynx. [via scientific Latin from Greek *krikoeidēs* ring-shaped, from *krikos* ring + -OID]

**cri de coeur** /ˌkriː də ˈkuh/ *noun* (*pl* **cris de coeur** /kriː/) a passionate plea or protest. [French *cri de coeur* cry from the heart]

**cried** /krʌɪd/ *verb* past tense and past part. of CRY[1].

**crier** /ˈkrʌɪ-ə/ *noun* an officer who makes announcements in a court.

**crikey** /ˈkrʌɪki/ *interj chiefly Brit, dated* used to express surprise. [euphemism for CHRIST[2]]

**crime** /krʌɪm/ *noun* **1** violation of law, or an instance of this, punishable by the state: *Petty laws breed great crimes* — Ouida. **2** a grave offence, *esp* against morality. **3** criminal activity: *victims of crime*. **4** *informal* something deplorable, foolish, or disgraceful: *It's a crime to waste good food*. [Middle English from Latin *crimen* accusation, fault, crime]

**crime passionnel** /ˌkreem pasyoˈnel/ *noun* (*pl* **crimes passionnels** /ˌkreem pasyoˈnel/) a crime, usu murder, prompted by sexual jealousy. [French *crime passionnel* crime of passion]

**crime writer** *noun* a writer of detective fiction or thrillers.

**crimin-** *or* **crimino-** *comb. form* forming words, denoting: crime or criminals. [Latin *crimin-, crimen* accusation, offence]

**criminal[1]** /ˈkrɪmɪnl/ *adj* **1** involving or constituting a crime: *criminal negligence*. **2** relating to crime or its punishment: *criminal law*. **3** guilty of crime: *the criminal classes*; *the criminal mind*. **4** *informal* disgraceful; deplorable: *a criminal waste of money*. ➤ **criminality** /-ˈnaliti/ *noun*, **criminally** *adv*. [Middle English via French from late Latin *criminalis*, from Latin *crimin-, crimen* CRIME]

**criminal[2]** *noun* a person who has committed or been convicted of a crime.

**criminal conversation** *noun* a former legal term for adultery, *esp* as constituting grounds for the husband's recovery of damages from the wife's adulterous partner.

**criminalize** *or* **criminalise** *verb trans* **1** to make (an activity) illegal. **2** to outlaw the activities of (a person) and so turn them into a criminal.

**criminal law** *noun* the law relating to crimes and their punishments.

**crimino-** *comb. form* see CRIMIN-.

**criminogenic** /ˌkrɪmɪnohˈjenik/ *adj* likely to lead to criminal behaviour: *the question of whether television violence is or is not criminogenic*; *Corporate crime can be linked to criminogenic factors associated with upward mobility*.

**criminology** /ˌkrɪmɪˈnolaji/ *noun* the study of crime, criminals, and penal treatment. ➤ **criminological** /-ˈlojikl/ *adj*, **criminologist** *noun*.

**crimp[1]** /krɪmp/ *verb trans* **1** to make (the hair) wavy or curly. **2** to roll or curl the edge of (a steel panel, etc). **3** to pinch or press (material) together in order to seal or join it. **4** *NAmer, informal* to hinder or hamper (a person or operation): *research crimped by a lack of funding*. ➤ **crimper** *noun*. [Dutch *or* Low German *krimpen* to shrivel]

**crimp[2]** *noun* **1** a rolled, folded, or compressed edge. **2** a tight curl or wave in the hair.

**Crimplene** /ˈkrɪmpleen/ *noun trademark* a textured continuous-filament polyester yarn. [prob from CRIMP[2] + -*lene* as in TERYLENE]

**crimson[1]** /ˈkrɪmz(ə)n/ *adj* of a deep purplish red colour. ➤ **crimson** *noun*. [Middle English *crimisin* via Old Spanish *cremesin* from Arabic *qirmizī*, from *qirmiz* KERMES]

**crimson[2]** *verb* (**crimsoned**, **crimsoning**) ➤ *verb intrans literary* **1** to become crimson: *The sky crimsoned towards the west*. **2** to blush: *She crimsoned when he kissed her*. ➤ *verb trans* to make (something) crimson.

**cringe[1]** /krɪnj/ *verb intrans* **1** to shrink or cower in fear. **2** to adopt a cowering posture expressive of humility. **3** (*often* + to) to behave with fawning self-abasement: *It is not my nature, sir, to cringe to any man* — Conan Doyle; *The elder advanced with a cringing smile* — Somerset Maugham. **4** to feel acute embarrassment. [Middle English *crengen*, of Germanic origin]

**cringe[2]** *noun* the act or an instance of cringing.

**cringeworthy** *adj informal* embarrassingly awful: *cringeworthy lyrics*.

**cringle** /ˈkrɪng-gl/ *noun* an eyelet or loop worked into the edge of a sail for attaching a rope. [Low German *kringel*, dimin. of *kring* ring; related to Old English *cradol* CRADLE[1]]

**crinkle[1]** /ˈkrɪngkl/ *verb intrans* **1** to wrinkle. **2** to rustle. ➤ *verb trans* to cause (something) to crinkle. [Middle English *crynkelen*, of Germanic origin]

**crinkle[2]** *noun* a wrinkle. ➤ **crinkly** *adj*.

**crinoid** /ˈkrʌɪnɔɪd/ *noun* any of a large class of echinoderms having a cup-shaped body with five or more feathery arms: class Crinoidea. ➤ **crinoid** *adj*, **crinoidal** /-ˈnɔɪdl/ *adj*. [Latin class name, from Greek *krinon* lily + -OID]

**crinoline** /ˈkrɪnəlɪn/ *noun* a full skirt as worn by women in the 19th cent., or a padded or hooped petticoat supporting it. [French *crinoline* from Italian *crinolino*, from *crino* horsehair (from Latin *crinis* hair) + *lino* flax, linen, from Latin *linum*]

**criollo** /kriˈohl(y)oh/ *noun* (*pl* **criollos**) **1** a person born and usu raised in S America; *esp* one of Spanish descent. **2** a domestic animal of a breed or strain developed in Latin America; *esp* a breed of strong hardy horses developed in Argentina. ➤ **criollo** *adj*. [Spanish *criollo*: see CREOLE]

**cripes** /krʌɪps/ *interj informal, dated* an expression of surprise or dismay. [euphemism for CHRIST[2]]

**cripple[1]** /ˈkrɪpl/ *noun* **1** *offensive* a lame or partly disabled person. **2** a person who is impaired in a non-physical way: *an emotional cripple*. [Old English *crypel*; related to Old English *créopan* CREEP[1]]

**cripple[2]** *verb trans* **1** to disable (somebody) physically. **2** to impair (a person) mentally, emotionally, etc. **3** to hamper or severely limit (a person, operation, etc).

**crisis** /ˈkrʌɪsɪs/ *noun* (*pl* **crises** /ˈkrʌɪseez/) **1** a time of acute difficulty or danger, *esp* on a national or international scale: *The Cuban missile crisis of 1962*. **2a** the turning point for better or worse in an acute disease, e.g. pneumonia. **b** a sudden attack of pain, distress, etc. [via Latin from Greek *krisis* decision, from *krinein* to decide]

**crisp[1]** /krɪsp/ *adj* **1a** easily crumbled; brittle. **b** desirably firm and fresh: *a crisp apple*; *crisp lettuce leaves*. **c** newly made or prepared: *a crisp pound note*. **d** said of curly hair: strong and wiry. **2** sharp, clean-cut, and clear: *a crisp illustration*. **3** decisive; sharp: *a crisp manner*. **4** said of the weather: briskly cold; fresh; *esp* frosty. ➤ **crisply** *adv*, **crispness** *noun*. [Old English *crisp* curled, from Latin *crispus*]

**crisp[2]** *noun Brit* a thin slice of flavoured or salted fried potato, usu eaten cold: *a packet of crisps*.

**crisp[3]** *verb trans* **1** to make or keep (food) crisp: *Crisp the bread in the oven*. **2** *archaic* to curl or crimp (hair). ➤ *verb intrans* to become crisp: *Allow the breadcrumbs time to crisp under the grill*.

**crispate** /ˈkrʌɪspeɪt, -pɪt/ *adj* said e.g. of leaves: having a wavy or undulating edge.

**crispbread** *noun* a plain dry unsweetened biscuit made from crushed grain, e.g. rye.

**crisper** *noun* a compartment at the bottom of a refrigerator for keeping vegetables, *esp* salad vegetables, fresh.

**Crispin** /ˈkrɪspɪn/ *noun* a sweet eating apple of Japanese origin with a greenish yellow skin.

**crispy** *adj* (**crispier**, **crispiest**) **1** firm and fresh. **2** made crisp by deep frying: *crispy noodles*. ➤ **crispiness** *noun*.

**crisscross[1]** /ˈkrɪskros/ *noun* a crisscrossed pattern. [obsolete *christcross* Christ's cross, from the cross symbol traditionally printed before the alphabet on children's hornbooks]

**crisscross[2]** *adj* marked or characterized by a crisscrossing pattern or network.

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 12 of 27

**pretty³** *verb trans* (**pretties, prettied, prettying**) *informal* (*usu* + up) to make (something or somebody) pretty: *We need some nice curtains to pretty up the room.*

**pretty⁴** *noun* (*pl* **pretties**) *archaic* a pretty person or thing, *esp* a dear or pretty child or young woman.

**pretty-pretty** *adj* pretty in an insipid or inappropriate way.

**pretzel** /ˈpretsl/ *noun* a brittle glazed and salted biscuit typically having the form of a loose knot. [German *Pretzel*, perhaps derived ultimately from Latin *brachiatus* having branches like arms, from *brachium*, *bracchium* arm]

**prevail** /priˈvayl/ *verb intrans* **1** (*often* + against/over) to gain a victory or the ascendancy through strength or superiority; to triumph. **2** (+ on/upon/with) to persuade somebody successfully: *She finally prevailed on him to sing.* **3** to be frequent; to predominate: *The west winds that prevail in the mountains.* **4** to be or continue in use or fashion; to persist: *a custom that still prevails.* [Middle English *prevailen* from Latin *praevalēre*, from PRAE- + *valēre* to be strong]

**prevailing** *adj* **1** most frequently occurring: *prevailing winds.* **2** currently widespread or predominant: *the prevailing fashion.* ≫ **prevailingly** *adv.*

**prevalent** /ˈprevələnt/ *adj* **1** generally or widely occurring or existing; widespread. **2** *archaic* predominant. ≫ **prevalence** *noun*, **prevalently** *adv.* [Latin *praevalent-*, *praevalens* very powerful, present part. of *praevalēre*: see PREVAIL]

**prevaricate** /priˈvarikayt/ *verb intrans* to speak or act evasively so as to hide the truth; to equivocate. ≫ **prevarication** /-ˈkaysh(ə)n/ *noun*, **prevaricator** *noun*. [Latin *praevaricatus*, past part. of *praevaricari* to walk crookedly, from PRAE- + *varicare* to straddle]

**Usage note**

**prevaricate** *or* **procrastinate?** These words are close in meaning and therefore likely to be confused. However, there is a difference: to *prevaricate* is to dither or be evasive whereas to *procrastinate* is to put something off until tomorrow (literally or metaphorically). You will get no decision from a person who prevaricates, but with a little patience you will get one from a person who procrastinates. Of course, some people find ways of doing both.

**prevenient** /priˈveenyant, -niˑant/ *adj formal* antecedent; preceding. ≫ **preveniently** *adv.* [Latin *praevenient-*, *praeveniens*, present part. of *praevenire*: see PREVENT]

**prevent** /priˈvent/ *verb trans* **1** to stop (something) from happening or existing: *Both sides took steps to prevent war.* **2** (*often* + from) to hold or keep (somebody or something) back; to stop (somebody or something) from doing something: *There's nothing to prevent you from going alone.* ≫ **preventability** /-ˈbiliti/ *noun*, **preventable** *adj*, **preventer** *noun*, **preventible** *adj*, **prevention** /-sh(ə)n/ *noun*. [Middle English *preventen* to anticipate, from Latin *praeventus*, past part. of *praevenire* to come before, anticipate, forestall, from PRAE- + *venire* to come]

**preventative¹** /priˈventativ/ *adj* = PREVENTIVE¹.

**preventative²** *noun* = PREVENTIVE².

**preventive¹** /priˈventiv/ *adj* **1** intended or serving to prevent something: *preventive medicine.* **2** undertaken to forestall an anticipated hostile action: *a preventive strike.* ≫ **preventively** *adv*, **preventiveness** *noun*.

**preventive²** *noun* something that prevents something, *esp* a drug or treatment that prevents disease.

**preview¹** /ˈpreevyooh/ *verb trans* **1** to view or show (e.g. a film or exhibition) in advance of public presentation. **2** to describe or report on (events, films, programmes, etc) that are to be presented in the near future.

**preview²** *noun* **1** an advance viewing, showing, or performance, e.g. of a film or exhibition. **2** a brief survey of something that is to come, *esp* a description of coming events or entertainments. **3** *chiefly NAmer* a film or television trailer.

**previous** /ˈpreevi-as/ *adj* **1** going before in time or order: *The previous occupants left the flat in a dreadful state.* **2** *informal* acting too soon; premature: *She was a bit previous when she said she'd got the job.* ≫ **previous to** before; prior to. ≫ **previously** *adv*, **previousness** *noun*. [Latin *praevius* leading the way, from PRAE- + *via* way]

**previse** /priˈviez/ *verb trans archaic* or *literary* to foresee or forecast (something). ≫ **prevision** /priˈvizh(ə)n/ *noun*. [Latin *praevisus*, past part. of *praevidēre* to foresee, from PRAE- + *vidēre* to see]

**prevue** /ˈpreevyooh/ *noun* = PREVIEW² (3).

**prewar** /ˈpreeˈwaw/ *adj* denoting the period preceding a war, *esp* World War I or II.

**pre-wash¹** *noun* a preliminary wash before the main wash, *esp* in an automatic washing machine.

**pre-wash²** *verb trans* to give a pre-wash to (clothes, etc).

---

**prey¹** /pray/ *noun* **1a** an animal taken by a predator as food. **b** somebody or something that is helpless or unable to resist attack; a victim. **2** the act or habit of preying: *a beast of prey.* [Middle English *preie* booty, prey, via Old French from Latin *praeda*]

**prey²** *verb intrans* **1a** (*often* + on/upon) to seize and devour prey: *Kestrels prey on mice.* **b** (*often* + on/upon) to live by extortion, deceit, or exerting undue influence: *Confidence tricksters prey on elderly women.* **2** (+ on/upon) to have a continuously oppressive or distressing effect: *There are a number of problems preying on my mind.* **3** (*usu* + on/upon) to make raids for booty: *Pirates preyed on the coast.* ≫ **preyer** /ˈpraya/ *noun*. [Middle English *preyen* via Old French from Latin *praedari*, from *praeda* PREY¹]

**prezzie** *or* **pressie** /ˈprezi/ *noun informal* a present. [by alteration from PRESENT¹]

**priapic** /prieˈapik, prieˈaypik/ *adj* = PHALLIC. [Latin *priapus* lecher, from *Priapus*, god of male generative power, from Greek *Priapos*]

**priapism** /ˈprie-əpiz(ə)m/ *noun* continuous, abnormal, and often painful erection of the penis.

**price¹** /pries/ *noun* **1** the amount, *esp* of money, that is demanded by a seller of something or paid by a buyer. **2** something sacrificed or lost in order to achieve an objective. **3a** an amount sufficient for a bribe: *Every man has his price.* **b** a reward for the catching or killing of a criminal or outlaw. **4** the odds in betting. **5** *archaic* value; worth: *Who can find a virtuous woman? for her price is far above rubies* — Bible. ✴ **at any price** whatever the cost, effort, sacrifice, etc required. **at a price** paying a high price at a heavy cost in terms of loss, sacrifice, etc. **what price ... ?** **1** what are the chances of ... ? **2** what has become of ... ? [Middle English *pris* via Old French from Latin *pretium* price, money]

**price²** *verb trans* **1** to set a price for (something). **2** to find out the price of (something). ✴ **price oneself out of the market** to sell things at a higher price than most buyers are willing to pay. ≫ **pricer** *noun*.

**price-cutting** *noun* the practice of reducing prices, *esp* to a level designed to undermine competition.

**price-earnings ratio** *noun* a measure of the value of ordinary shares (shares in the equity capital of a business; see ORDINARY SHARE) determined as the ratio of their market price to their earnings per share.

**price-fixing** *noun* the practice of fixing the price of a product by agreement between its suppliers.

**price index** *noun* a number used to indicate changes in the level of prices from one period to another. It shows the level of the prices of a group of commodities relative to their level during an arbitrarily chosen base period. ≫ **price indexing** *noun*.

**priceless** *adj* **1** having a value that is too great to be calculated; invaluable. **2** *informal* particularly amusing or absurd: *She told me this priceless story.*

**price ring** *noun* a group of traders acting in agreement to maintain prices.

**price-sensitive** *adj* **1** highly responsive to changes in price: *price-sensitive consumers.* **2** likely to affect the price of something, *esp* stocks and shares: *price-sensitive information.*

**price tag** *noun* **1** a label on merchandise showing the price at which it is offered for sale. **2** price or cost: *The council was asked to put a price tag on the new nursery school.*

**price war** *noun* a period of commercial competition characterized by the repeated cutting of prices below those of competitors.

**pricey** *or* **pricy** *adj* (**pricier, priciest**) *chiefly Brit, informal* expensive.

**prick¹** /prik/ *verb trans* **1** to pierce (somebody or something) slightly with a sharp point. **2** to puncture (something). **3** to affect (somebody) with sorrow or remorse: *His conscience began to prick him.* **4** (*often* + out) to mark or outline (something) with punctured holes or dots. **5** (*often* + up) said of an animal: to raise (its ears) so that they stand erect. **6** (*usu* + out) to transplant (seedlings) from the place where they germinate to a more permanent position, e.g. in a flower bed. ≫ *verb intrans* **1** to prick something or cause a pricking sensation. **2** to feel discomfort as if from being pricked. ✴ **prick up one's ears** to start to listen intently. ≫ **pricker** *noun*. [Old English *prica*]

**prick²** *noun* **1** an act of pricking something or the sensation of being pricked. **2a** a pointed instrument, weapon, etc. **b** a mark or shallow hole made by a pointed instrument. **3** a nagging or sharp feeling of sorrow or remorse. **4** *coarse slang* the penis. **5** *coarse slang* a disagreeable or contemptible person. ✴ **kick against the pricks** to harm oneself in a vain attempt to oppose or resist something [✴ with reference to an ox or horse kicking when goaded or spurred: the metaphorical use is from Acts 9:5, where Saul on the road to Damascus hears the words 'I am Jesus whom thou persecutest: it is hard for thee to kick against the pricks.']

**pricket** /ˈprikit/ *noun* **1** a spike on which a candle is stuck. **2** a buck, *esp* a male fallow deer, two years old. [Middle English *priket* from *prikke* PRICK²; (sense 2) prob from the straightness of its horns]

---

**prickle**[...]
leaf or st[...]
tingling[...]
**prickle²**[...]
to feel a[...]
**prickly**[...]
**2** causin[...]
**3a** troub[...]
disposit[...]
**prickly**[...]
itching [...]
**prickly**[...]
flowers [...]
**2** the p[...]
**pricy**/[...]
**pride¹**/[...]
some ac[...]
**2a** a fee[...]
excessiv[...]
**3a** a so[...]
class: *T[...]
lions. *[...]
was giv[...]
person [...]
somebo[...]
**pride²**/[...]
*He prided[...]
**prie-die[...]
bench w[...]
armless[...]
literally[...]
**prier**/[...]
**priest**/[...]
religion,[...]
e.g. in th[...]
that ther[...]
priests ce[...]
*adj.* [Ol[...]
*presbyter[...]
**priestcr[...]
worldly [...]
pious fm[...]
**priestes[...]
religion.[...]
**priesthc[...]
in a hou[...]
**priesthc[...]
*or pl*) th[...]
**priest's[...]
**prig**/[...]
observar[...]
**priggis[...]
gishly o[...]
**prim** a[...]
decorou[...]
precise-I[...]
cut, and[...]
*adv*, **pr**[...]
delicate,[...]
**prima fa[...]
female e[...]
ballerina[...]
**primac[...]
**2** prem[...]
preemin[...]
mind-be[...]
freedom[...]
**prima m[...]
female [...]
tempera[...]
**primae[...]
**prima f[...]
*seems, p*[...]
**prima f[...]
*The theo*[...]

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 13 of 27



# RANDOM HOUSE
# WEBSTER'S
*unabridged*

*dictionary*

## SECOND EDITION

RANDOM HOUSE
REFERENCE

NEW YORK   TORONTO   LONDON   SYDNEY   AUCKLAND

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 14 of 27

Copyright © 2001, 1998,1997, 1996, 1993, 1987 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the publisher. Published in the United States by Random House Reference, an imprint of The Random House Information Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

RANDOM HOUSE is a registered trademark of Random House, Inc.

Please address inquiries about electronic licensing of any products for use on a network, in software or on CD-ROM to the Subsidiary Rights Department, Random House Information Group, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to Random House, Inc., Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of
*The Random House Dictionary of the English Language, Second Edition, Unabridged.*

*International Phonetic Alphabet* courtesy of International Phonetic Association

Library of Congress Cataloging-in-Publication Data is available.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Visit the Random House Reference Web site at www.randomwords.com
Printed in China.

10 9 8 7 6

ISBN: 978-0-375-42599-8
ISBN: 978-0-375-42605-6 (Deluxe Edition)
ISBN: 978-0-375-42609-4 (CD-ROM Edition)

**cri·ol·la** (krē ô′lä; *Sp.* kʀĕ ô′yä), *n., pl.* **-ol·las** (-ô′läz; *Sp.* -ô′yäs). a woman or girl born in Spanish America but of European, usually Spanish, ancestry. [< *Sp;* fem. of CRIOLLO]

**cri·ol·lo** (krē ô′lō; *Sp.* kʀĕ ô′yô), *n., pl.* **-ol·los** (-ô′lōz; *Sp.* -ô′yôs; *adj.* **—n. 1.** a person born in Spanish America but of European, usually Spanish, ancestry. Cf. CREOLE (def. 1). **2.** a domestic animal of any of several strains or breeds developed in Latin America. **—adj. 3.** of pertaining to, or characteristic of a criollo or criollos. [1905–10; < *Sp.* see CREOLE]

**crip** (krip), *n. Slang (offensive).* a cripple. [1915–20, *Amer.;* by shortening]

**cripes** (krīps), *interj.* (used as a mild oath or an exclamation of astonishment.) [1905–10; appar. euphemistic alter. of CHRIST]

**crip·ple** (krip′əl), *n., v.,* **-pled, -pling,** *adj.* **—n. 1.** *Sometimes Offensive.* **a.** a person or animal that is partially or totally unable to use one or more limbs; a lame or disabled person or animal. **b.** a person who is disabled or impaired in any way: *a mental cripple.* **2.** anything that impaired or flawed. **3.** a wounded animal, esp. one shot by a hunter. **4.** *Carpentry.* any structural member shorter than usual, as a stud beneath a window sill. **5.** *Delaware Valley.* a swampy, densely overgrown tract of land. **—***v.t.* **6.** to make a cripple of; lame. **7.** to disable; impair weaken. *—adj.* **8.** *Carpentry.* jack′ (def. 29). [bef. 950; ME *crypel,* OE *crypel;* akin to CREEP] —**crip′pler,** *n.* —**crip′pling·ly,** *adv.*

—**Syn. 7.** maim. CRIPPLE, DISABLE mean to injure to a degree that interferes with normal activities. To CRIPPLE is to injure in such a way as to deprive of the use of a member, particularly a leg. DISABLE, a more general word, implies any such illness, injury, or impairment: *disabled by an attack of malaria; disabled by a wound.*

**Crip′ple Creek′,** a town in central Colorado: gold rush 1891, 1655; 9600 ft. (2925 m) above sea level.

**Cripps** (krips), *n.* **Sir Stafford,** 1889–1952, British statesman and socialist leader.

**crise** (krēz), *n., pl.* **crises** (krēz). *French.* crisis.

**cri·sis** (krī′sis), *n., pl.* **-ses** (-sēz), *adj.* **—n. 1.** a stage in a sequence of events at which the trend of all future events, esp. for better or for worse, is determined; turning point. **2.** a condition of instability or danger, as in social, economic, political, or international affairs, leading to a decisive change. **3.** a dramatic emotional or circumstantial upheaval in a person's life. **4.** *Med.* **a.** the point in the course of a serious disease at which a decisive change occurs, leading either to recovery or to death. **b.** the change itself. **5.** the point in a play or story at which hostile elements are most tensely opposed to each other. *—adj.* **6.** of, referring to, or for use in dealing with a crisis. [1375–1425; late ME < L < Gk *krísis* decision, equiv. to *kri- var. s. of krínein* to decide, separate, judge + *-sis* -sis] —**cri′sic,** *adj.*

—**Syn. 1.** See **emergency.**

**cri′sis cen′ter,** *n.,* a central facility, telephone answering service, etc. where people may obtain informed help or advice in a personal crisis. **2.** an office, building, agency, etc., serving as a central point for receiving information and coordinating action during a disaster or emergency. [1970–75]

**cri′sis man′agement,** the techniques used, as by an employer or government, to avert or deal with strikes, riots, violence, or other crisis situations. [1960–65] —**cri′sis man′ager.**

**cri′sis theol′ogy,** a neoorthodox theology, advocated by Karl Barth and others, emphasizing the absolute necessity of faith and divine revelation in transcending the personal crisis, common to all humankind, that arises from the contradictions inherent in human nature and in the social order. Also called **theology of crisis.** —**cri′sis theol′ogian.**

**crisp** (krisp), *adj.,* **-er, -est,** *v., n.* **—adj. 1.** (esp. of food) hard but easily breakable; brittle: *crisp toast.* **2.** (esp. of food) firm and fresh; not soft or wilted: *a crisp leaf of lettuce.* **3.** brisk; sharp; clear; incisive: *a crisp reply.* **4.** lively; pithy; sparkling: *crisp repartee.* **5.** clean-cut, neat, and well-pressed; well-groomed. **6.** bracing; invigorating: *crisp air.* **7.** crinkled, wrinkled, or rippled, as skin or water: **8.** in small, stiff, or firm curls; curly. *—v.t., v.i.* **9.** to make or become crisp. **10.** to curl. *—n.* **11.** *Chiefly Brit.* See **potato chip. 12.** a dessert of fruit, as apples or apricots, baked with a crunchy mixture, usually of bread crumbs, chopped nutmeats, butter, and brown sugar. [bef. 900; ME *crisp,* OE < L *crispus* curled] —**crisp′ly,** *adv.* —**crisp′ness,** *n.*

—**Syn. 6.** brisk, fresh, nippy.

**crisp·en** (krīs′pən), *v.t., v.i.* to make or become crisp. [1840–45; CRISP + -EN']

**crisp·er** (krīs′pər), *n.* **1.** a person or thing that crisps, corrugates, or curls. **2.** a drawer or compartment in a refrigerator for keeping lettuce, celery, and other vegetables crisp. **3.** an overnlike appliance for restoring the crispness of crackers, cookies, etc., by dry heating. [1825–35; CRISP + -ER']

**Cri·spi** (krēs′pē), *n.* **Fran·ce·sco** (fʀän′ che′skô), 1819–1910, prime minister of Italy 1887–91, 1893–96.

**Cris·pin** (kris′pin), *n.* **1. Saint,** with his brother **(Saint Crispinian)** martyred A.D. c285, Roman Christian missionaries in Gaul: patron saints of shoemakers. **2.** (*l.c.*) a shoemaker.

**Cris·pin·i·an** (kris pin′ē ən), *n.* **Saint.** See under **Crispin. Saint.**

**Cris·py** (krīs′pē), *adj.,* **crisp·i·er, crisp·i·est. 1.** (esp. of food) brittle; crisp. **2.** curly or wavy. **3.** brisk. [1350–1400; ME *crispi.* See CRISP, -Y'] —**crisp′i·ly,** *adv.* —**crisp′i·ness,** *n.*

**cris·sal** (krīs′əl), *adj.* of or pertaining to the crissum. [1870–75; < NL *crissālis* See CRISSUM, -AL']

**criss·cross** (kris′krôs′), *v.t.* **1.** to mark or cover with crossing lines. **2.** to pass back and forth over. —*v.i.* **3.** to proceed or pass back and forth; be arranged in a criss-

cross pattern: *The streets in that part of town crisscross confusingly.* —*adj.* **4.** Also, **criss′crossed′.** having many crossing lines, paths, etc. —*n.* **5.** a crisscross mark, pattern, etc. **6.** tick-tack-toe. *—adv.* **7.** in a crisscross manner; crosswise. **8.** awry; askew. [1810–20; var. of CHRISTCROSS]

**cris·sum** (kris′əm), *n., pl.* **cris·sa** (kris′ə). *Ornith.* **1.** the region surrounding the cloacal opening beneath the tail of a bird. **2.** the feathers of this region collectively. [1870–75; < NL, equiv. to L *criss(āre)* to move the haunches + *-um* n. suffix]

**cris·ta** (kris′tə), *n., pl.* **-tae** (-tē). *Anat., Zool.* a crest or ridge. [1840–50; < L a CREST, tuft, comb]

**Cris·tae** (kris′tāt), *adj.* **1.** crested. **2.** forming a crest. Also, **cris′tat·ed.** [1655–65; < L *cristātus,* equiv. to *crist(a)* CRISTA + *-ātus* -ATE']

**Cris·to·bal** (kri stô′bäl), *n.* a seaport in Panama at the Atlantic end of the Panama Canal, adjacent to Colón. 11,600. Spanish. **Cris·to·bal** (kris tô′bäl)

**cris·to·bal·ite** (kri stô′bə līt′), *n. Mineral.* a polymorph of quartz occurring in volcanic rock in the form of colorless, translucent crystals. [1885–90; named after San Cristóbal, a hill near Pachuca de Soto, Mexico; see -ITE']

**Cris·tophe** (krē stôf′), *n.* **Henri.** See **Christophe, Henri.**

**crit** (krit), *n. Informal.* **1.** a critic. **2.** criticism. **3.** a critique. [1735–45; by shortening]

**crit.**, **1.** critic. **2.** critical. **3.** criticism. **4.** criticized.

**cri·te·ri·on** (krī tēr′ē ən), *n., pl.* **-te·ri·a** (-tēr′ē ə), **-te·ri·ons.** a standard of judgment or criticism; a rule or principle for evaluating or testing something. [1605–15; < Gk *kritḗrion* a standard, equiv. to *kri-* var. s. of *krínein* to separate, decide + *-tērion* neut. suffix of means (akin to L *-tōrium* -TORY')] —**cri·te′ri·al,** *adj.*

—**Syn.** measure, touchstone, yardstick. See **standard.** —**Usage.** Like some other nouns borrowed from the Greek, CRITERION has both a Greek plural, CRITERIA, and a plural formed on the English pattern, CRITERIONS. The plural in -a occurs with far greater frequency than does the -s plural: *These are the criteria for the selection of candidates.* Although CRITERIA is sometimes used as a singular, most often in speech and rather infrequently in edited prose, it continues strongly in use as a plural in standard English, with CRITERION as the singular.

**crit·ic** (krit′ik), *n.* **1.** a person who judges, evaluates, or criticizes: *a poor critic of men.* **2.** a person who judges, evaluates, or analyzes literary or artistic works, dramatic or musical performances, or the like, esp. for a newspaper or magazine. **3.** a person who tends too readily to make captious, trivial, or harsh judgments; faultfinder. **4.** *Archaic.* **a.** criticism. **b.** a critique. [1575–85; < L *criticus* < Gk *kritikós* skilled in judging (adj.), critic (n.), equiv. to *krít(ēs)* judge, umpire (*krī(nein)* to separate, decide + *-tēs* agent suffix) + *-ikos* -IC] —**Syn. 2.** reviewer, judge. **3.** censurer, carper.

**crit·i·cal** (krit′i kəl), *adj.* **1.** inclined to find fault or to judge with severity, often too readily. **2.** occupied with or skilled in criticism. **3.** involving skillful judgment as to truth, merit, etc.; judicial: *a critical analysis.* **4.** of or pertaining to critics or criticism: *critical essays.* **5.** providing textual variants, proposed emendations, etc.: *a critical edition of Chaucer.* **6.** pertaining to or of the nature of a crisis: *a critical shortage of food.* **7.** of decisive importance with respect to the outcome; crucial: *a critical moment.* **8.** of essential importance; indispensable: *a critical ingredient.* **9.** *Med.* (of a patient's condition) having unstable and abnormal vital signs and other unfavorable indicators, as loss of appetite, poor mobility, or unconsciousness. **10.** *Physics.* **a.** pertaining to a state, value, or quantity at which one or more properties of a substance or system undergo a change. **b.** (of fissionable material) having enough mass to sustain a chain reaction. [1580–90; CRITIC + -AL'] —**crit′i·cal·ly,** *adv.* —**crit′i·cal′i·ty, crit′i·cal·ness,** *n.*

—**Syn. 1.** captious, censorious, carping, faultfinding, caviling. **3.** discriminating, exact, precise.

**crit′ical an′gle,** *Optics.* the minimum angle of incidence beyond which total internal reflection occurs for light traveling from a medium of higher to one of lower index of refraction; the angle of incidence for which refracted rays emerge tangent to the surface separating two media, the light traveling from the medium of higher to the medium of lower index of refraction. **2.** Also called **angle of stall, crit′ical an′gle of attack′, stalling angle.** *Aeron.* the angle of attack, greater than or equal to the angle of attack for maximum lift, at which there is a sudden change in the airflow around an airfoil with a subsequent decrease in lift and increase in drag. [1870–75]

**crit′ical con′stant,** *Physics.* any of three constants associated with the critical point of a pure element or compound. Cf. **critical density, critical pressure, critical temperature.**

**crit′ical den′sity,** *Physics.* the density of a pure element or compound at a critical point. Cf. **critical constant.**

**crit′ical mass′, 1.** *Physics.* the amount of a given fissionable material necessary to sustain a chain reaction at a constant rate. **2.** an amount necessary or sufficient to have a significant effect or to achieve a result: *a critical mass of popular support.* [1940–45]

**crit′ical point′, 1.** *Physics.* the point at which a substance in one phase, as the liquid, has the same density, pressure, and temperature as in another phase, as the gaseous. **2.** *Math.* **a.** (of a function of a single variable) a point at which the derivative of the function is zero. **b.** (of a function of several variables) a point at which all partial derivatives of the function are zero. [1875–80]

**crit′ical pres′sure,** *Physics.* the pressure of a pure element or compound at a critical point. Cf. **critical constant.**

**crit′ical re′gion,** *Statistics.* the rejection region for the null hypothesis in the testing of a hypothesis. [1950–55]

**crit′ical state′,** *Physics.* the state of a pure element or compound when it is at a critical point. [1895–1900]

**crit′ical tem′perature,** *Physics.* the temperature of a pure element or compound at a critical point. Cf. **critical constant.** [1865–70]

**crit′ical val′ue,** *Statistics.* the value of the random variable at the boundary between the acceptance region and the rejection region in the testing of a hypothesis. [1900–10]

**crit′ical vol′ume,** *Physics.* the volume occupied by a certain mass, usually one gram molecule of a liquid or gaseous substance at its critical point. [1875–80]

**crit·i·cas·ter** (krit′ə kas′tər), *n.* an incompetent critic. [1675–85; CRITIC + -ASTER]

**crit·i·cism** (krit′ə siz′əm), *n.* **1.** the act of passing judgment as to the merits of anything. **2.** the act of passing severe judgment; censure; faultfinding. **3.** the act or art of analyzing and evaluating or judging the quality of a literary or artistic work, musical performance, art exhibit, dramatic production, etc. **4.** a critical comment, article, or essay; critique. **5.** any of various methods of studying texts or documents for the purpose of dating or reconstructing them, evaluating their authenticity, analyzing their content or style, etc.: *historical criticism; literary criticism.* **6.** investigation of the text, origin, etc., of literary documents, esp. Biblical ones: *textual criticism.* [1600–10; CRITIC + -ISM]

—**Syn. 2.** stricture, animadversion. **4.** See **review.**

**crit·i·cize** (krit′ə sīz′), *v.,* **-cized, -ciz·ing.** —*v.t.* **1.** to censure or find fault with. **2.** to judge or discuss the merits and faults of: *to criticize three novels in one review.* —*v.i.* **3.** to find fault; judge unfavorably or harshly. **4.** to make judgments as to merits and faults. Also, *esp. Brit.,* **crit′i·cise′.** [1640–50; CRITIC + -IZE] —**crit′i·ciz′a·ble,** *adj.* —**crit′i·ciz′er,** *n.* —**crit′i·ciz′ing·ly,** *adv.*

—**Syn. 1.** condemn, blame. **2.** appraise, evaluate.

**cri·tique** (kri tēk′), *n., v.,* **-tiqued, -ti·quing.** **—n. 1.** an article or essay criticizing a literary or other work; detailed evaluation; review. **2.** a criticism or critical comment on some problem, subject, etc. **3.** the art or practice of criticism. —*v.t.* **4.** *U.S.* to review or analyze critically. [1695–1705; < F < Gk *kritikḗ* the art of criticism. n. use of fem. of *kritikós* critical, skilled in judging; r. CRITIC]

**Critique′ of Pure′ Rea′son,** a philosophical work (1781) by Immanuel Kant.

**Crit′ten·den Com′promise** (krit′n dən), *U.S. Hist.* a series of constitutional amendments proposed in Congress in 1860 to serve as a compromise between proslavery and antislavery factions, one of which would have permitted slavery in the territories south but not north of latitude 36°30′N. Also called **Crit′tenden Plan′.** [named after its proponent, John J. Crittenden (1787–1863), U.S. Senator from Kentucky]

**Cri·us** (krī′əs), *n. Class. Myth.* a Titan, the son of Uranus and Gaea.

**croak** (krōk), *v.i.* **1.** to utter a low-pitched, harsh cry, as the sound of a frog or a raven. **2.** to speak with a low, rasping voice. **3.** *Slang.* to die. **4.** to talk despairingly; prophesy trouble or evil; grumble. —*v.t.* **5.** to utter or announce by croaking. **6.** *Slang* to kill. *—n.* **7.** the act or sound of croaking. [1550–60; earlier *croke,* prob. imit.; cf. OE *cræcettan* (of a raven) to croak]

**croak·er** (krō′kər), *n.* **1.** a person or thing that croaks. **2.** any of several sciaenoid fishes that make a croaking noise, esp. *Micropogonias undulatus* (**Atlantic croaker**), found off the Atlantic coast of the southern U.S. **3.** a person who grumbles or forebodes evil. **4.** *Slang.* doctor. [1630–40; CROAK + -ER']

**croak·y** (krō′kē), *adj.,* **croak·i·er, croak·i·est.** low-pitched and hoarse; croaking. [1840–50; CROAK + -Y'] —**croak′i·ly,** *adv.* —**croak′i·ness,** *n.*

**Cro·at** (krō′at, -ät), *n.* a native or inhabitant of Croatia; Croatian.



**Cro·a·tia** (krō ā′shə, -shē ə), *n.* a republic in SE Europe: includes the historical regions of Dalmatia, Istria, and Slavonia; formerly a part of Yugoslavia. 4,660,000, 21,835 sq. mi. (56,555 sq. km). *Cap.:* Zagreb. Serbo-Croatian, **Hrvatska.**

**Cro·a·tian** (krō ā′shən, -shē ən), *adj.,* **1.** of or pertaining to Croatia, its people, or their language. —*n.* **2.** a Croat. **3.** Serbo-Croatian as spoken and written in Cro-

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, ōoze, out, ŭp, ûrge; child; sing; shoe; thin, *that*; zh in *treasure.* a = a in *alone, e* in *system, i* in *easily, o* in *gallop, u* in *circus.* ′ primary stress ″ secondary stress. See the full key inside the front cover.

**prêt-à-por·ter** (pret′ä pôr tā′, -pôr-), *n.* ready-to-wear clothing. [1955-60; < F: trans. of READY-TO-WEAR]

**pre·tar·sus** (prē tär′səs), *n., pl.* **-si** (-sī). the terminal outgrowth of the tarsus of an arthropod. [< NL; see PRE-, TARSUS]

**pre·tax** (prē′taks′), *adj., adv.* prior to the payment of taxes: *pretax income; bonds earning 12 percent pretax.* [1940-45; PRE- + TAX]

**pre·teen** (prē tēn′), *n.* **1.** Also called **pre·teen·ag·er** (prē tēn′ā′jər), **pre·teen·er.** a boy or girl under the age of 13, esp. one between the ages of 9 and 12. **2. pre·teens,** the years immediately preceding one's thirteenth birthday. —*adj.* designating or characteristic of a preteen or preteens: *two preteen daughters.* [1950-55; PRE- + TEEN²]

**pre·tence** (pri tens′, prē′tens), *n.* Chiefly Brit. pretense.

**pre·tend** (pri tend′), *v.t.* **1.** to cause or attempt to cause (what is not so) to seem so: *to pretend illness; to pretend that nothing is wrong.* **2.** to appear falsely, as to deceive; feign: *to pretend to go to sleep.* **3.** to make believe: *The children pretended to be cowboys.* **4.** to presume; venture: *I can't pretend to say what went wrong.* **5.** to allege or profess, esp. insincerely or falsely: *He pretended to have no knowledge of her whereabouts.* —*v.i.* **6.** to make believe. **7.** to lay claim to (usually fol. by *to*): *She pretended to the throne.* **8.** to make pretensions (usually fol. by *to*): *He pretends to great knowledge.* **9.** *Obs.* to aspire, as a suitor or candidate (fol. by *to*). —*adj.* **10.** *Informal.* make-believe; simulated; counterfeit: *pretend diamonds.* [1325-75; ME *pretenden* < L *praetendere* to stretch forth, put forward, pretend. See PRE-, TEND¹]

—**Syn. 1.** simulate, fake, sham, counterfeit. PRETEND, AFFECT, ASSUME, FEIGN imply an attempt to create a false appearance. To PRETEND is to create an imaginary characteristic or to play a part: *to pretend sorrow.* To AFFECT is to make a consciously artificial show of having qualities that one thinks would look well and impress others: *to affect shyness.* To ASSUME is to take on or put on a specific outward appearance, often (but not always) with intent to deceive: *to assume an air of indifference.* To FEIGN implies using ingenuity in pretense, and some degree of imitation of appearance or characteristics: *to feign surprise.*

**pre·tend·ed** (pri tend′did), *adj.* **1.** insincerely or falsely professed: *a pretended interest in art.* **2.** feigned, fictitious, or counterfeit: *His pretended wealth was proved to be nonexistent.* **3.** alleged or asserted; reputed. [1425-75; late ME; see PRETEND, -ED³] —**pre·tend′ed·ly,** *adv.*

**pre·tend·er** (pri tend′dər), *n.* **1.** a person who pretends, esp. for a dishonest purpose. **2.** an aspirant or claimant (often fol. by *to*): *a pretender to the throne.* **3.** a person who makes unjustified or false claims, statements, etc., as about personal status, abilities, intentions, or the like: *a pretender to literary genius.* [1585-95; PRETEND + -ER¹]

**pre·tense** (pri tens′, prē′tens), *n.* **1.** pretending or feigning; make-believe: *My sleepiness was all pretense.* **2.** a false show of something: *a pretense of friendship.* **3.** a piece of make-believe. **4.** the act of pretending or alleging falsely. **5.** a false allegation or justification: *He excused himself from the lunch on a pretense of urgent business.* **6.** insincere or false profession: *His pious words were mere pretense.* **7.** the putting forth of an unwarranted claim. **8.** the claim itself. **9.** any allegation or claim: *to obtain money under false pretenses.* **10.** pretension (usually fol. by *to*): *destitute of any pretense to wit.* **11.** pretentiousness. Also, esp. *Brit.,* **pretence.** [1375-1425; late ME < AF < ML *praetensa,* n. use of fem. of *praetēnsus,* ptp. (r. L *praetentus*) of *praetendere* to PRETEND] —**pre·tense′ful,** *adj.* —**pre·tense′less,** *adj.*

—**Syn. 1.** shamming. **2.** semblance. **3.** mask, veil.

**pre·ten·sion** (pri ten′shən), *n.* **1.** the laying of a claim to something. **2.** a claim or title to something. **3.** Often, **pretensions.** a claim made, esp. indirectly or by implication, to some quality, merit, or the like: *They laughed at my pretensions to superior judgment.* **4.** a

claim to dignity, importance, or merit. **5.** pretentiousness. **6.** the act of pretending or alleging. **7.** an allegation of doubtful veracity. **8.** a pretext. [1595-1600; < ML *praetensiōn-* (s. of *praetēnsiō*). See PRETENSE, -ION]

**pre·ten·sion²** (prē ten′shən), *v.t.* **1.** (in prestressed-concrete construction) to apply tension to reinforcing strands *before* the concrete is poured. Cf. **posttension** (def. 1). **2.** to make (a concrete member) with pretensioned reinforcement. [1935-40; PRE- + TENSION]

**pre·ten·sion³** (pri ten′shən), *adj.* **1.** full of pretense or pretension. **2.** characterized by assumption of dignity or importance. **3.** making an exaggerated outward show; ostentatious. [1835-45; earlier *pretensious.* See PRETENSE, -IOUS] —**pre·ten′tious·ly,** *adv.* —**pre·ten′tious·ness,** *n.*

—**Syn. 2.** pompous. See **bombastic. 3.** showy. See **grandiose.**

**preter-,** a prefix, meaning "beyond," "more than," "by," "past," occurring originally in loanwords from Latin (*preterit*), and used in the formation of compound words (*preterlegal*): [< *praeter*, akin to *prae* before; akin to PRE-]

**pre·ter·hu·man** (prē′tər hyōō′mən *or,* often, -yōō′-), *adj.* beyond what is human: *preterhuman experience.* [1805-15; PRETER- + HUMAN]

**pre·ter·ist** (pret′ər ist), *Theol.* —*n.* **1.** a person who maintains that the prophecies in the Apocalypse have already been fulfilled. Cf. **futurist** (def 2), **presentist.** —*adj.* **2.** of or pertaining to the preterists. [1960-65; PRETER- + -IST]

**pre·ter·it** (pret′ər it), *n. Gram.* **1.** past (def. 12). **2.** a preterit tense. **3.** a verb form in this tense. —*adj.* **4.** *Gram.* noting a past action or state. **5.** *Archaic.* bygone; past. Also, **pret′er·ite.** [1300-50; ME < L *praeteritus* past, ptp. of *praeterīre* to go by < *praeter-* PRETER- + -*ire*, base of *ire* to go + -*tus* ptp. suffix, as tense < L *(tempus) praeteritum*] —**pret′er·it·ness,** *n.*

**pre·ter·i·tion** (pret′ə rish′ən), *n.* **1.** the act of passing by or over; omission; disregard. **2.** *Law.* the passing over by a testator of an heir otherwise entitled to a portion. **3.** *Calvinistic Theol.* the passing over by God of the nonelect to salvation or eternal life. **4.** *Rhet.* paralipsis. [1600-10; < LL *praeteritiōn-* (s. of *praeteritiō*) a passing by. See PRETERIT, -ION]

**pre·ter·i·tive** (pri ter′i tiv), *adj. Gram.* (of verbs) limited to past tenses. [1830-40; PRETERIT + -IVE]

**pre·ter·le·gal** (prē′tər lē′gəl), *adj.* being beyond the scope or limits of law. [1640-50; PRETER- + LEGAL]

**pre·term** (prē tûrm′), *adj.* **1.** occurring earlier in pregnancy than expected; premature: *preterm labor.* —*n.* **2.** a baby born prematurely, esp. one born before the 37th week of pregnancy and weighing less than 5½ lb. (2.5 kg). [1925-30; PRE- + TERM]

**pre·ter·mit** (prē′tər mit′), *v.t.,* **-mit·ted, -mit·ting. 1.** to let pass without notice; disregard. **2.** to leave undone; neglect; omit. **3.** to suspend or interrupt: *The government temporarily pretermitted its repayments of foreign aid.* [1505-15; < L *praetermittere* to let pass, equiv. to *praeter-* PRETER- + *mittere* to let, send] —**pre·ter·mis·sion** (prē′tər mish′ən), *n.* —**pre·ter·mit′ter,** *n.*

**pre·ter·nat·u·ral** (prē′tər nach′ər əl, -nach′rəl), *adj.* **1.** out of the ordinary course of nature; exceptional or abnormal: *preternatural powers.* **2.** outside of nature; supernatural. [1570-80; < ML *praeternātūrālis,* adj. based on L phrase *praeter nātūram* beyond nature. See PRETER-, NATURAL] —**pre·ter·nat′u·ral·ly,** *adv.* —**pre·ter·nat′u·ral·ness,** *n.*

—**Syn. 1.** unusual, extraordinary, unnatural. See **miraculous.** —**Ant. 1.** ordinary, usual.

**pre·test** (*n.* prē′test′; *v.* prē test′), *n.* **1.** an advance or preliminary testing or trial, as of a new product. **2.** a test given to determine if students are sufficiently prepared to begin a new course of study. **3.** a test taken for practice. —*v.t.* **4.** to give a pretest to (a student, product, etc.). —*v.i.* **5.** to conduct a pretest: *to pretest for consumer acceptance.* [1945-50; PRE- + TEST]

**pre·text** (prē′tekst), *n.* **1.** something that is put forward to conceal a true purpose or object; an ostensible reason; excuse: *The leaders used the insults as a pretext to declare war.* **2.** the misleading appearance or behavior assumed with this intention: *His many lavish compliments were a pretext for subtle mockery.* [1505-15; < L *praetextum,* ornament, n. use of neut. ptp. of

*praetexere* to pretend, lit., to weave in front, hence, adorn. See PRE-, TEXT]
—**Syn. 2.** subterfuge, evasion.

**pre·tax·ta** (prē tek′stə), *n., pl.* **-tex·tae** (-tek′stē). praetexta.

**pre·tick·et·ed** (prē tik′i tid), *adj.* having or furnished with a ticket beforehand: *preticketed passengers.* [PRE- + TICKET + -ED³]

**pre·tor** (prē′tər), *n.* praetor.

**Pre·to·ri·a** (pri tôr′ē ə, -tōr′-), *n.* a city in and the administrative capital of the Republic of South Africa, in the NE part: also the capital of Transvaal. 595,000.

**Pre·to·ri·us** (pri tôr′ē əs, -tōr′-), *n.* **1. An·dries Wil·hel·mus Ja·co·bus** (än′drēs vil′hel′-mōōs yä kō′bōōs), 1799-1853, and his son **Mar·thi·nus Wes·sels** (män tē′nōōs ves′əls), 1819-1901, Boer soldiers and statesmen in South Africa.

**pre·tor·ship** (prē′tər ship′), *n.* praetorship.

**pre·treat** (prē trēt′), *v.t.* to treat in advance or as part of a preliminary treatment: *to pretreat wood before staining it.* [1930-35; PRE- + TREAT] —**pre·treat′-ment,** *n.*

**pre·tri·al** (prē trī′əl, -trīl′), *n.* **1.** a proceeding held by a judge, arbitrator, etc., before a trial to simplify the issues of law and fact and stipulate certain matters between the parties, in order to expedite justice and curtail costs at the trial. —*adj.* **2.** of or pertaining to such a proceeding. **3.** done, occurring, etc., prior to a trial: *pretrial publicity.* [1935-40; PRE- + TRIAL]

**pret·ti·fy** (prit′ə fī′), *v.t.,* **-fied, -fy·ing. 1.** to make pretty, esp. in a small, petty way: *to prettify a natural beauty.* **2.** to minimize or gloss over (something unpleasant): *to prettify his rude behavior.* [1840-50; PRETTY + -FY] —**pret′ti·fi·ca′tion,** *n.* —**pret′ti·fi′er,** *n.*

**pret·ty** (prit′ē), *adj.,* **-ti·er, -ti·est,** *n., pl.* **-ties,** *adv., v.,* **-tied, -ty·ing.** —*adj.* **1.** pleasing or attractive to the eye, as by delicacy or gracefulness: *a pretty face.* **2.** (of things, places, etc.) pleasing to the eye, esp. without grandeur. **3.** pleasing to the ear: *a pretty tune.* **4.** pleasing to the mind or aesthetic taste: *He writes pretty little stories.* **5.** (often used ironically) fine; grand: *This is a pretty mess!* **6.** *Informal.* considerable; fairly great: *This accident will cost him a pretty sum.* **7.** *Archaic* or *Scot.* brave; hardy. —*n.* **8.** Usually, **pretties.** pretty or ornaments, clothes, etc. **9.** a pretty person: *Sit down, my pretty.* —*adv.* **10.** fairly or moderately: *Her work was pretty good.* **11.** quite; very: *The wind blew pretty hard.* **12.** *Informal.* prettily. **13.** sitting pretty, *Informal.* **a.** in an advantageous position. **b.** well-to-do; successful. —*v.t.* **14.** to make pretty; improve the appearance of (sometimes fol. by *up*): *to pretty oneself for a party; to pretty up a room.* [bef. 1000; ME *prati(e), pratte, prettie* cunning, gallant, fine, handsome, pretty, OE *prættig* pretti cunning, deriv. of *prætt* a trick, wile (c. D *part,* pret trick, prank, ON *prettr* trick, *prettugr* tricky)] —**pret′-ti·ly,** *adv.* —**pret′ti·ness,** *n.* —**pret′ty·ish,** *adj.*

—**Syn. 1.** See **beautiful. 2-4.** pleasant. **10.** somewhat. —**Ant. 1.** ugly.

—**Usage.** The qualifying adverb PRETTY, meaning "fairly or moderately" has been in general use since the late 16th century. Although most common in informal speech and writing, it is far from restricted to them, and often is less stilted than alternatives such as *relatively, moderately,* and *quite.*

**pre·typ·i·fy** (prē tip′ə fī′), *v.t.,* **-fied, -fy·ing.** to foreshadow or prefigure from type. [1650-60; PRE- + TYPIFY]

**pret·zel** (pret′səl), *n.* **1.** a crisp, dry biscuit, usually in the form of a knot or stick, salted on the outside. **2.** a larger version of this, made of soft, chewy bread dough. [1815-25; Amer.; < G *Prezel,* var. of *Brezel;* OHG *brezila* < ML *bracchium* BRACELET]

**Preus·sen** (proi′sən), *n.* German name of **Prussia.**

**prev.,** previous. **2.** previously.

**pre·vail** (pri vāl′), *v.i.* **1.** to be widespread or current; exist everywhere or generally: *Silence prevailed along the funeral route.* **2.** to appear or occur as the more important or frequent feature or element; predominate: *Green tints prevail in the upholstery.* **3.** to be or prove superior in strength, power, or influence (usually fol. by *over*): *They prevailed over their enemies in the battle.* **4.** to succeed; become dominant; win out: *to wish that the right side might prevail.* **5.** to use persuasion or inducement successfully: *He prevailed upon us to accompany*

**pre·ster·i·lize′,** *v.t.,* **-lized.**
**pre·sti·lize′,**
**pre·stim·u·late′,** *v.t.,* **-lat·ed, -lat·ing.**
**pre·stim′u·la′tion,** *n., pl.* **-li.**
**pre·stock′,** *n., v.t.*
**pre·stor′age,** *n.*
**pre·straight′en,** *v.t.*
**pre·strain′,** *n., v.t.*
**pre·strength′en,** *v.t.*
**pre·stretch′,** *v.t., n.*
**pre·strike′,** *adj., v.,* **-struck, -struck** *or* **-strick·en, -strik·ing.**
**pre·struc′ture,** *v.t.,* **-tured, -tur·ing.**
**pre·strug′gle,** *n., v.i.,* **-gled, -gling.**
**pre·stub′born,** *adj.*
**pre·stu′di·ous,** *adj.; -ly, -ness, n.*
**pre·stud′ied,** *adj.*
**pre·stud′y·ing,** *n., pl.* **-stud·ied, -study·ing,** *n.*
**pre·sub·due′,** *v.t.,* **du·ing.**
**pre·sub·ject′,** *v.t.*

**pre·sub·mis′sion,** *n.*
**pre·sub·mit′,** *v.t.,* **-mit·ted, -mit·ting.**
**pre·sub·or′di·nate′,** *v.t.,* **-nat·ed, -nat·ing.**
**pre·sub·scribe′,** *v., -scribed, -scrib·ing.*
**pre·sub·scrib′er,** *n.*
**pre·sub·scrip′tion,** *n.*
**pre·sub·sist′,** *v.i.*
**pre·sub·sist′ence,** *n.*
**pre·sub·stan′tial,** *adj.*
**pre·sub·sti·tute′,** *v.t.,* **-tut·ed, -tut·ing.**
**pre·sub·sti·tu′tion,** *n.*
**pre·suc·cess′,** *n.*
**pre·suc·cess′ful,** *adj.; -ly, adv.*
**pre·suf′fer,** *v.*
**pre·suf·fi′cien·cy,** *n.*
**pre·suf·fi′cient,** *adj.; -ly, adv.*

**pre·su·mer′it·an,** *adj.*
**pre·sum′mit,** *v.t.,* **-mit·ted, -mit·ting.**
**pre·sub′or·di·na′tion,** *n.*
**pre·su·per·in·tend′ence,** *n.*
**pre·su·per·in·tend′en·cy,** *n.*
**pre·su·per·vise′,** *v.t.,* **-vised, -vis·ing.**
**pre·su·per·vi′sion,** *n.*
**pre·sup·ple·men′tal,** *adj.*
**pre·sup·ple·men′ta·ry,** *adj.*
**pre·sup·pli·cate′,** *v.t.,* **-cat·ed, -cat·ing.**
**pre·sup·pli·ca′tion,** *n.*
**pre·sup·ply′,** *n., pl.* **-plies,** *v.t.,* **-plied, -ply·ing.**
**pre·sup·pose′,** *v.t.*
**pre·sup·press′,** *v.t.*
**pre·sur′ge·ry,** *adj.*
**pre·sur′gi·cal,** *adj.*
**pre·sur·ren′der,** *n.*
**pre·sur·round′,** *v.t.*
**pre·sur·vey′,**
**pre·sus·cep′ti·ble,** *adj.*
**pre·sus·pect′,** *v.t.*

**pre·sus·pend′,** *v.t.*
**pre·sus·pen′sion,** *n.*
**pre·sus·pi′cion,** *n.*
**pre·sus·pi′cious,** *adj.; -ly, adv.; -ness, n.*
**pre·sus·tain′,** *v.t.*
**pre·sut′ur·al,** *adj.*
**pre·swal′low,** *v.t.*
**pre·sweet′en,** *v.t.*
**pre·sym·pa·thize′,** *v.i.,* **-thized, -thiz·ing.**
**pre·sym′pa·thy,** *n.*
**pre·sym·phon′ic,** *adj.*
**pre·sym·pho′ny,** *n., pl.* **-nies.**
**pre·symp·tom,** *n.*
**pre·symp·to·mat′ic,** *adj.*
**pre·syn·ap′tic,** *adj.*
**pre·syn′ap·sis,** *n.*
**pre·sys′tem·at′ic,** *adj.*
**pre·sys·tol′ic,** *adj.*
**pre·tab′u·late′,** *v.t.,* **-lat·ed, -lat·ing.**
**pre·tan′gi·ble,** *adj.; -bly, adv.*

**pre·tape′,** *v.t.,* **-taped, -tap·ing.**
**pre·tar′iff,** *n., adj.*
**pre·taste′,** *n., v.t.,* **-tast·ed, -tast·ing.**
**pre·tast′er,** *n.*
**pre·teach′,** *v.,* **-taught, -teach·ing.**
**pre·tech′ni·cal,** *adj.; -ly, adv.*
**pre·tech·no·log′i·cal,** *adj.*
**pre·tel·e·graph′ic,** *adj.*
**pre·tel′e·phone′,** *adj.*
**pre·tel′e·vi′sion,** *adj.*
**pre·tell′,** *v.t.,* **-told, -tell·ing.**
**pre·tem′per·ate,** *adj.; -ly, adv.*
**pre·tempt′,** *v.t.*
**pre·temp·ta′tion,** *n.*
**pre·ten′ta·tive,** *adj.; -ly, adv.*
**pre·ter·mi′nal,** *adj.*
**pre·ter·ri·to′ri·al,** *adj.*
**pre·ter′ri·to′ry,** *n., pl.* **-ries.**
**pre·test′i·mo′ny,** *n., pl.* **-nies.**
**pre·the′o·log′i·cal,** *adj.*

# Shorter Oxford English Dictionary

ON HISTORICAL PRINCIPLES

*Sixth edition*

VOLUME 1 · A–M



**OXFORD**
UNIVERSITY PRESS

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 18 of 27

# OXFORD
## UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 1973, 1993, 2002, 2007

Database right Oxford University Press (makers)

First edition 1933
Second edition 1936
Third edition 1944
Reprinted with revised etymologies and enlarged addenda 1973
Fourth edition published 1993 as the *New Shorter Oxford English Dictionary*
Fifth edition 2002
Sixth edition 2007

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 978-0-19-920687-2
ISBN 978-0-19-920688-9 (deluxe)
ISBN 978-0-19-923324-3 (US)
ISBN 978-0-19-923325-0 (deluxe leatherbound)

10 9 8 7 6 5 4 3 2 1

Typeset in OUP Swift, OUP Argo, and Capitolium
by Interactive Sciences Ltd, Gloucester
Printed in Italy by Legoprint S.p.A.

**3** *verb trans.* Twist, bend; wrinkle; ripple; crimp (the hair). E19.

G. GREENE An expression of glee crinkled the man's face. W. BOYD The fishponds .. were .. crinkled by a breeze

**4** *verb intrans.* Make sharp rustling or crackling sounds. M19.

**crinkle-crankle** /ˈkrɪŋk(ə)lˈkraŋk(ə)l/ *noun, adjective, & adverb.* Chiefly *dial.* E16.
[ORIGIN Redupl. of CRANKLE noun, partly after CRINKLE noun. Cf. CRINKUM-CRANKUM.]
▶ **A** *noun.* A zigzag; something zigzag. L16.
▶ **B** *adjective & adverb.* (Twisting) in and out; zigzag. M19.

†**crinkum** *noun. slang.* Also **grincome** E17–L19.
[ORIGIN Unknown.]
*sing.* & (usu.) in *pl.* Venereal disease; syphilis.

**crinkum-crankum** /ˌkrɪŋkəmˈkraŋkəm/ *noun & adjective.* M17.
[ORIGIN Fanciful redupl. of CRANK noun[1], noun[2]. cf. CRANKUM, CRINKLE-CRANKLE.]
▶ **A** *noun.* An intricate or convoluted thing; an elaborate device. Also, a crooked course (lit. & fig.), deviousness. M17.
▶ **B** *adjective.* Intricate, convoluted, elaborate. L18.

**crinoid** /ˈkrʌɪnɔɪd/ *noun & adjective.* M19.
[ORIGIN Greek *krinoeidēs* lily-like, from *krīnon* lily: see -OID.]
▶ **A** *noun.* Any echinoderm of the class Crinoidea, members of which are characterized by cup-shaped bodies and usu. branched arms, and include sea-lilies, feather stars, and many fossil forms. M19.
▶ **B** *adjective.* Of or pertaining to the Crinoidea. M19.
■ **cri noidal** *adjective* of or pertaining to crinoids M19.

**crinoline** /ˈkrɪn(ə)lɪn/ *noun & adjective.* M19.
[ORIGIN French, from Latin *crinis* hair (French CRIN) + *linum* thread (French lin flax).]
▶ **A** *noun.* **1** A stiff fabric made of horsehair and cotton or linen thread, used for linings, hats, etc., and formerly for skirts and to expand a petticoat. M19.
**2** *hist.* A stiff petticoat, orig. of this fabric, worn under a skirt to support or distend it; hence, a hooped petticoat. M19.
**3** *Naut.* A netting fitted round warships as a defence against torpedoes. L19.
▶ **B** *attrib. or as adjective.* Made of crinoline. M19.
■ **crinolined** *adjective* wearing (a) crinoline M19.

**crinosity** /krʌɪˈnɒsɪti/ *noun. rare.* M17.
[ORIGIN from Latin *crinis*: see -OSITY.]
Hairiness.

**crio-** /ˈkrʌɪəʊ/ *combining form* of Greek *krios* ram: see -O-.
■ **criosphinx** *noun* a sphinx having a ram's head E19.

**criollo** /krɪˈɒləʊ/ *noun & adjective.* Also **C-.** Pl. of noun **-os.** L19.
[ORIGIN Spanish = native to the locality: see CREOLE.]
**1** (Designating or pertaining to) a native of Spanish South or Central America, esp. one of pure Spanish descent. L19.
**2** (Designating) a cacao tree of a variety producing thin-shelled beans of high quality. E20.
**3** (Designating) any of various South or Central American breeds of domestic animal, esp. a small horse bred from South American and Arab stock, or cattle of Spanish ancestry. M20.

**crip** /krɪp/ *noun. N. Amer. slang (offensive).* E20.
[ORIGIN Abbreviation of CRIPPLE noun & adjective.]
A disabled person.

**cripes** /krʌɪps/ *interjection. slang.* E20.
[ORIGIN Alt. of CHRIST.]
Expr. astonishment.

**cripple** /ˈkrɪp(ə)l/ *noun & adjective.*
[ORIGIN Old English (Northumbrian) *crypel* = Old Low German *krupil*, & Old English *cryppel* = Middle Dutch *krēpel*, from Germanic: cogn. with CREEP verb.]
▶ **A** *noun* **1** A person (permanently) impaired in movement by an injury or defect, esp. one unable to walk normally. Now regarded as offensive. OE.

D. MURPHY My mother returned .. a complete cripple, unable to walk from the sitting-room to the downstairs lavatory, or to wash or dress herself, or to brush her hair

**2** *transf. & fig.* **a** A sixpence. Cf. BENDER 4. *arch. slang.* L18. **▶b** A maimed or lamed animal or bird, esp. a game bird. M19. **▶c** A person (permanently) impaired or deficient in some other way, specified or understood. E20. **▶d** A vehicle, ship, etc., that is unfit to proceed or for active use. E20.

**c** *times* These would usually be the emotional and psychological cripples among our children.

**3** *sing.* & in *pl.* A crippling disease of cattle. *dial. & Austral.* L19.
▶ **II** **4** A low opening in a wall. Chiefly in proper name **Cripplegate.** ME.
**5** A swamp or low-lying tract of land overgrown with trees or shrubs. US. L17.

▶ **B** *adjective.* Crippled. *obsolete exc. dial.* ME.

SHAKES. *Hen. V* And chide the cripple tardy-gaited night Who like a foul and ugly witch doth limp So tediously away.

■ **crippledom, cripplehood** *nouns* the condition of being a cripple M19.

**cripple** /ˈkrɪp(ə)l/ *verb.* ME.
[ORIGIN from CRIPPLE noun & adjective.]
▶ **I** *verb trans.* Cause (a person) to become unable to walk or move properly. Also **▶b** *transf. & fig.* Disable, impair; have a severe adverse effect on. L17.

G. GREENE A local farmer who had been crippled as a boy .. losing his right arm in an accident. **b** L. DUFFERIN The trade .. is crippled by the difficulty of transport. A. TOFFLER Lack of an education will cripple a child's chance in the world of tomorrow.

**2** *verb intrans.* Hobble; walk lamely. Now chiefly Scot. ME.
■ **crippled** *adjective* unable to walk, move, or (transf.) operate properly (now regarded as offensive when used of persons) ME. **crippler** *noun* (**a**) a person who or thing which cripples; (**b**) *slang* something astonishingly good. M17. **crippling** *adjective* (**a**) that cripples; (**b**) *slang* astonishingly good. M18. **cripplingly** *adverb* so as to cripple or disable; to a crippling extent. L19.

**\*Cris** *noun & adjective see* CREE.

**cris de cœur** *noun phr.* pl. of CRI DE CŒUR.

**crise** /kriːz/ *noun.* Pl. pronounced same. LME.
[ORIGIN French.]
= CRISIS.
**crise de conscience** /də kɔ̃sjɑ̃s/ a crisis of conscience. **crise de nerfs** /də nɛʀf/ [= of nerves] a fit of hysterics.
– NOTE: Formerly fully naturalized.

**crisis** /ˈkrʌɪsɪs/ *noun.* Pl. **crises** /ˈkrʌɪsiːz/, (*rare*) **crisises.** LME.
[ORIGIN Medical Latin from Greek *krisis* decision, judgement, event, issue, turning point of a disease, from *krīnein* decide.]
**1** The turning point of a disease. LME.
†**2** ASTROLOGY. A conjunction of the planets determining the course of a disease or a critical point in the course of events. L16–M17.
**3** *gen.* A turning point, a vitally important or decisive stage; a time of trouble, danger, or suspense in politics, commerce, etc., or in personal life. E17.

J. GALSWORTHY When his son-in-law .. had that financial crisis .. due to speculation in Oil Shares. James made himself ill worrying over it. E. ROOSEVELT The threat of war was just over the horizon and no one else had the prestige and the knowledge to carry on through a crisis. M. HOLROYD She coped with crises ranging from burst water bottles to outbreaks of measles. J. CRITCHLEY What the alienists call 'a crisis of identity'.

*mid-life* crisis: *see* MID-LIFE CRISIS.

†**4** A judgement, a decision. E17–E18.
†**5** A criterion; a token. E–M17.
– COMB.: **crisis management** the action or practice of taking managerial action only when a crisis has developed.

**crisp** /krɪsp/ *noun.*
[ORIGIN App. from the adjective: cf. CRAPE noun & adjective, CRÊPE noun & adjective.]
†**1** A light fabric like crêpe; a head covering or veil made of this. ME–L17.
†**2** A crisp kind of pastry. Only in *sing.*
**3** A curl (of hair), esp. a short or close curl. M–L17.
**4** The crackling of roast pork. Now *dial.* L17.
**5** A thing overdone by roasting etc. Chiefly US. M19.
**burn to a crisp** make inedible or useless by burning.
**6** More fully **potato crisp.** A thin fried slice of potato eaten as a snack. Chiefly in *pl.* Cf. CHIP noun 3. E20.
**7** A crisp piece of pastry or chocolate. E20.

**crisp** /krɪsp/ *adjective.* OE.
[ORIGIN Latin *crispus* curled. Branch II may result from symbolic interpretation of the sound of the word.]
▶ **I** **1** Of hair: curly; now esp. stiff and closely curling, frizzy. Also, having such hair. OE.
†**2** Of fabric: crinkly, like crêpe. Only in ME.
**3** *gen.* Having a crinkled or rippled surface. *arch.* LME.
**4** BOTANY. Having a crinkled or wavy edge, crispate. M18.
▶ **II** **5** Hard or firm but fragile; brittle. ME.

J. M. MEADE When the snow lay round about. Deep and crisp and even. F. KING As crisp as a dead leaf.

**crispbread** a thin crisp biscuit of crushed rye etc.
**6** *transf. & fig.* Stiff, not limp; neat, clearly defined; decisive in manner, brisk. E17.

WILKIE COLLINS Such a crisp touch on the piano. T. DREISER A gift for making crisp and cynical remarks. S. J. PERELMAN Her crisp white nurse's uniform. P. V. PRICE The crisp, almost bitterly dry white wine. A. N. WILSON The crisp creases of his trouser knees.
**7** Of the air, or of a day as regards atmosphere, etc.: frosty; bracing. M19.
■ **crispen** *verb trans. & intrans.* make or become (more) crisp M20. **crispish** *adjective* somewhat crisp M20. **crisply** *adverb* E19. **crispness** *noun* LME.

**crisp** /krɪsp/ *verb.* ME.
[ORIGIN from the adjective. Cf. Latin *crispare.*]
**1** *verb trans.* Curl, esp. into short close curls. ME.
**2** *verb intrans.* Curl in short stiff folds or waves. E16.
**3** *verb trans.* Make crisp or brittle. E19.
**4** *verb intrans.* Become crisp (CRISP adjective II). E19.

■ **crisper** *noun* a person who or thing which crisps or curls; *esp.* a container or compartment in a refrigerator for keeping salads etc. crisp and fresh. M19.

**crispate** /ˈkrɪspeɪt/ *adjective.* M19.
[ORIGIN Latin *crispatus* pa. ppl stem of *crispare* curl: see -ATE[1].]
Crisped; *spec.* in BOTANY & ZOOLOGY, having a crinkled or wavy edge.

**crispation** /krɪˈspeɪʃ(ə)n/ *noun.* Now *rare.* E17.
[ORIGIN Latin *crispatio-* pa. ppl stem of *crispare* curl: see -ATION.]
**1** (A) curled condition; curliness; (an) undulation. E17.
**2** A slight contraction of a muscle etc. or of the skin, as in gooseflesh. E18.

**crispature** /ˈkrɪspətjʊə/ *noun.* rare. E17.
[ORIGIN formed as CRISPATION: see -URE.]
(A) crisp or curled condition.

**Crispin** /ˈkrɪspɪn/ *noun. arch.* Also **C-.** E18.
[ORIGIN Patron saint of shoemakers.]
(A name given to) a shoemaker.

**crispy** /ˈkrɪspi/ *adjective.* LME.
[ORIGIN from CRISP adjective + -Y[1].]
**1** Curly, wavy, crinkly. LME.

W. MORRIS His crispy hair of gold.
**2** Crisp, brittle; brisk. E17.

B. W. ALDISS They ate chow mein, sweet and sour pork and crispy noodles.
■ **crispiness** *noun* M17.

**criss** /krɪs/ *adjective.* W. Indian. L20.
[ORIGIN Alt. of CRISP adjective.]
Smart or fashionable.

**criss-cross** /ˈkrɪskrɒs/ *noun, adjective, & adverb.* Also **crisscross.** E17.
[ORIGIN Reduced form of CHRIST-CROSS, latterly treated as redupl. of CROSS noun.]
▶ **A** *noun.* **1** = CHRIST-CROSS. Now *arch. & dial. exc. hist.* E17.
**2** A crossing of lines, currents, etc.; a network of crossing lines. L19.
**3** The state of being at cross purposes. E20.
▶ **B** *adjective.* In crossing lines; marked by crossings or intersections. M19.
▶ **C** *adverb.* Crosswise; at cross purposes. L19.

**criss-cross** /ˈkrɪskrɒs/ *verb trans. & intrans.* Also **crisscross.** E19.
[ORIGIN from CRISS-CROSS noun, adjective, & adverb.]
Mark or work with a criss-cross pattern; move crosswise; cross or intersect repeatedly.

B. HINES Hundreds of knife cuts had criss-crossed the surface into tiny geometrical figures. E. CRISPIN Poorer-limes .. crisscrossing one another at all angles. S. SONTAG The metaphoric uses of TB and cancer crisscross and overlap

**crissum** /ˈkrɪs(ə)m/ *noun.* M19.
[ORIGIN mod. Latin, from *crissare* move the haunches.]
ORNITHOLOGY. The region of the vent of a bird, including the under-tail coverts.
■ **crissal** *adjective* of or pertaining to the crissum; **crissal thrasher**, a brown N. & Central American thrasher, *Toxostoma dorsale*, with rufous under-tail coverts M19.

**crista** /ˈkrɪstə/ *noun.* Pl. **-stae** /-stiː/. M19.
[ORIGIN Latin: see CREST noun.]
Chiefly ANATOMY & ZOOLOGY. A ridge, a crest.

**cristate** /ˈkrɪsteɪt/ *adjective.* M17.
[ORIGIN Latin *cristatus*, formed as CRISTA: see -ATE[1].]
Chiefly ANATOMY & ZOOLOGY. Crested; having the form of a crest or ridge.
■ **cristated** *adjective* (now *rare*) L18.

**cristobalite** /krɪsˈtəʊbəlʌɪt/ *noun.* L19.
[ORIGIN from Cerro San Cristobal, a locality in Mexico: see -ITE[1].]
MINERALOGY. A variety of silica of which there is a stable high-temperature cubic form and a metastable low-temperature tetragonal form, and which occurs as massive deposits (e.g. in opal) and as small usu. octahedral crystals.

**crit** /krɪt/ *noun. colloq.* Also **crit.** (point). M18.
[ORIGIN Abbreviation.]
†**1** A critic. Only in M18.
**2** (Literary, textual, etc.) criticism; a critique. E20.
*lit. crit.: see* LIT. CRIT.
**3** Critical mass. M20.

**criteria** *noun* pl. of CRITERION.

**criteriology** /krʌɪˌtɪərɪˈɒlədʒi/ *noun.* L19.
[ORIGIN from CRITERION + -OLOGY.]
The study or analysis of criteria: the branch of logic that deals with criteria.
■ **criterio logical** *adjective* pertaining to criteriology; dealing with criteria M20. **criterio logically** *adverb* L19.

**criterion** /krʌɪˈtɪərɪən/ *noun.* Occas. (Latinized) **-ium** /-ɪəm/. Pl. **-ia** /-ɪə/, **-ions.** E17.
[ORIGIN Greek *kritērion* means of judging, test, from *kritēs* judge.]
**1** A principle, standard, or test by which a thing is judged, assessed, or identified. E17.

# Shorter Oxford English Dictionary

ON HISTORICAL PRINCIPLES

*Sixth edition*

VOLUME 2 · N–Z



**OXFORD**
UNIVERSITY PRESS

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 21 of 27

# OXFORD
## UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 1973, 1993, 2002, 2007

Database right Oxford University Press (makers)

First edition 1933
Second edition 1936
Third edition 1944
Reprinted with revised etymologies and enlarged addenda 1973
Fourth edition published 1993 as the *New Shorter Oxford English Dictionary*
Fifth edition 2002
Sixth edition 2007

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 978-0-19-920687-2
ISBN 978-0-19-920688-9 (deluxe)
ISBN 978-0-19-923324-3 (US)
ISBN 978-0-19-923325-0 (deluxe leatherbound)

10 9 8 7 6 5 4 3 2 1

Typeset in OUP Swift, OUP Argo, and Capitolium
by Interactive Sciences Ltd, Gloucester
Printed in Italy by Legoprint S.p.A.

Case 3:17-cv-00652-KDB-DSC   Document 43-12   Filed 10/29/18   Page 22 of 27

P

**pretext** /ˈpriːtɛkst/ *noun.* E16.
[ORIGIN Latin *praetextus* outward display, from *praetext-* pa. ppl stem of *praetexere* weave in front, border, disguise, from *prae* PRE- + *texere* weave. Cf. French *prétexte*.]
A reason put forward to conceal the real purpose or object; an ostensible motive of action; an excuse, a pretence.

▸ W. Trevor She had written the letter herself as a pretext to gain admittance.

**on the pretext of**, **under the pretext of** claiming as one's object or motive.
– NOTE: Formerly stressed on 2nd syl.
▪ **pretextual** /priːˈtɛkstjuəl/ *adjective* of the nature of a pretext; **pretextual arrest** (*US* LAW), an arrest for a minor offence, made in order to investigate the arrestee for a more serious offence. M19.

**pretext** /priːˈtɛkst/ *verb trans.* E17.
[ORIGIN French *prétexter*, from *prétexte* PRETEXT *noun.*]
Use as a pretext; allege as an excuse; pretend.

▸ W. S. Maugham Pretexting an appointment . . he left.

**pretone** /ˈpriːtəʊn/ *noun.* L19.
[ORIGIN from PRE- 2 + TONE *noun.*]
PHONOLOGY. The syllable or vowel preceding a stressed syllable.
▪ **pre tonic** *adjective & noun* (**a**) *adjective* occurring immediately before a stressed syllable; (**b**) *noun* = PRETONE: M19. **pre tonically** *adverb* as regards a pretone M20.

**pretor** *noun,* **pretorial** *adjective & noun,* **pretorian** *adjective & noun,* etc., vars. of PRAETOR etc.

**pretrial** /as *noun* ˈpriːtrʌɪəl, *as adjective* priːˈtrʌɪəl/ *noun & adjective.* M20.
[ORIGIN from PRE- 1, 2 + TRIAL *noun.*]
▸ A *noun.* A preliminary hearing before a trial. *US.* M20.
▸ B *adjective.* Of or pertaining to the period before a trial. M20.

**prettify** /ˈprɪtɪfʌɪ/ *verb trans.* M19.
[ORIGIN from PRETTY *adjective* + -Y².]
Make pretty; represent prettily in a painting or in writing; *spec.* make pretty in an affected or superficial way.

▸ M. Amis The good champagne, the prettified canapés.
▸ Independent Rundown areas of Camden . . have been prettified into small parks.
▪ **prettifi cation** *noun* L20. **prettifier** *noun* M20.

**prettily** /ˈprɪtɪli/ *adverb.* LME.
[ORIGIN from PRETTY *adjective* + -LY².]
†1 In a cunning or clever manner; ingeniously, skilfully. LME–E18. ▸1b To the point; aptly, neatly. L16–L18.
2 In a way that is pleasing to the eye, the ear, or the aesthetic sense; attractively; charmingly. LME. ▸b Gently, softly, quietly. Now *dial.* L15.

▸ E. Feinstein It was a modest apartment, but prettily painted.

†3 = PRETTY *adverb* 1. M16–M19.

**prettiness** /ˈprɪtɪnɪs/ *noun.* M16.
[ORIGIN from PRETTY *adjective & noun* + -NESS.]
1 Beauty of a delicate, dainty, or diminutive kind, without stateliness. M16.

▸ Aldous Huxley The prettiness, the cosy sublimities of the Lake District.

†2 Pleasantness, agreeableness. E–M17.
3 A thing which is pretty; a pretty act, feature, ornament, etc. M17.
4 Affected or trivial beauty of expression or style in literature, art, etc. Also, an instance of this, a prettyism. M17.

▸ G. B. Shaw I was in no humour to be consoled by elaborate prettinesses from harp and English horn.

**pretty** /ˈprɪti/ *adjective & noun.*
[ORIGIN Old English *prættig* corresp. to Middle Low German *prattich* capricious, overbearing, Middle Dutch (*ghe*)*pertich* brisk, clever, roguish, Dutch *prettig* sportive, humorous, from West Germanic base meaning 'trick': ult. origin unknown.]
▸ A *adjective.* †1 Cunning, crafty. Later, (of a person) clever, skilful; (of a thing) cleverly made or done; ingenious, artful. *prob.* OE.
2 a Of a person: excellent or admirable in appearance, manners, or other qualities; *spec.* (chiefly *Scot.*) (of a soldier) brave, gallant, warlike. *arch.* LME. ▸b Of a thing: fine, pleasing, nice; agreeable, proper. M16.

▸ b A. F. Douglas-Home A master of English . . with as pretty and sharp a wit as any politician. *iron.* W. Black Well, young lady . . and a pretty mess you have got us into!

3 a Of a person, esp. a woman or child; attractive and pleasing in appearance: beautiful in a delicate, dainty, or diminutive way without stateliness. LME. ▸b Of a thing: pleasing to the eye, the ear, or the aesthetic sense. LME.

▸ a Shakes. *Wint. T.* My prettiest Perdita. V. Brittain A pretty young Scotswoman, pink-cheeked . . and dewy-eyed.
▸ b G. Catlin A pretty little town. E. Bowen A black dress with pretty touches of white.

4 Of a quantity or amount: considerable, great. Now *rare* exc. in **pretty packet, pretty penny** below. L15.

– PHRASES: *a pretty kettle of fish:* see KETTLE 1. **(as) pretty as a picture** extremely pretty. *as pretty as paint:* see PAINT *noun.* **come to a pretty pass:** see PASS *noun.* **not just a pretty face** *colloq.* intelligent as well as attractive.
– SPECIAL COLLOCATIONS & COMB.: **pretty boy** *slang* a foppish or effeminate man; a male homosexual; *iron.* a thug. **pretty-by-night** *US* = *marvel of Peru* s.v. MARVEL *noun¹.* **pretty face (wallaby)** = *whiptail wallaby* s.v. WHIPTAIL *adjective.* **pretty fellow** *arch.* a fine fellow, a fop. **pretty penny** a considerable sum, a good deal of money. **pretty please:** a wheedling form of request.
▸ B *noun.* 1 A pretty thing, an ornament. M18.

▸ J. D. MacDonald 'Here is a pretty just for you . . .' She . . gasped at the lovely ring.

2 A pretty man, woman, or child; a pretty one. Chiefly (also *my pretty*) as a form of address. L18.

▸ Goldsmith If he would but comprehend me, my pretty.

3 = *pretty penny* above. *US.* M19.

▸ G. Stratton-Porter I'd give a pretty to know that secret.

4 The fluted or ornamented part of a glass or tumbler. M19.
5 The fairway of a golf course. E20.
▪ **prettyish** *adjective* somewhat pretty. M18. **prettyism** *noun* studied prettiness of style or manner; an instance of this. L18.

**pretty** /ˈprɪti/ *verb.* E19.
[ORIGIN from the adjective.]
1 *verb refl. & intrans.* Make oneself pretty; make or dress oneself up to look attractive. E19.

▸ M. M. Atwater Prettying up for company.

2 *verb trans.* Make (a thing or person) attractive; *iron.* spoil, damage. Freq. foll. by *up.* M20.

▸ Sunday Express They've prettied it up with hanging baskets and window boxes.

**pretty** /ˈprɪti/ *adverb. colloq.* M16.
[ORIGIN from the adjective.]
1 To a considerable extent, considerably; fairly, moderately, tolerably. M16.

▸ H. Secombe He was pretty strong for his size. E. Leonard He'll be home pretty soon.

†2 Ingeniously. Only in M17.
3 = PRETTILY 2. L18.

▸ M. Edgeworth How pretty behaved he is.

– PHRASES: **pretty much, pretty near, pretty well** almost, very nearly, approximately. **sitting pretty** *colloq.* in a comfortable or advantageous position.

**pretty-pretty** /ˈprɪtiˌprɪti/ *adjective, adverb, & noun.* L19.
[ORIGIN Redupl. of PRETTY *adjective & noun.*]
▸ A *adjective.* Excessively or affectedly pretty; in which the aim at prettiness is overdone. L19.

▸ I. Murdoch He sometimes did pretty-pretty representations of flowers or animals, of which he felt . . mildly ashamed.

▸ B *adverb.* In a pretty-pretty manner. L19.
▸ C *noun.* 1 In pl. Pretty things; ornaments, knick-knacks. L19.
2 **the pretty-pretty,** that which is pretty-pretty. E20.
▪ **pretty- prettiness** *noun* L20.

**prettyprint** /ˈprɪtiprɪnt/ *verb trans.* L20.
[ORIGIN from PRETTY *adjective & noun* + PRINT *verb.*]
COMPUTING. Print in a way that displays the structure of a program by the use of spacing and indentation.
▪ **prettyprinter** *noun* a printer or program for producing prettyprinted text L20.

**pretzel** /ˈprɛts(ə)l/ *noun.* Also (now *rare* or *obsolete*) **bretzel** /ˈbrɛts(ə)l/. M19.
[ORIGIN German.]
A hard salted biscuit usu. in the form of a knot, eaten orig. in Germany.

**preux** /prøː/ *adjective.* L18.
[ORIGIN French: see PROUD.]
Brave, valiant. Chiefly in *preux chevalier,* gallant knight.

**prevail** /prɪˈveɪl/ *verb.* M14.
[ORIGIN Latin *praevalere* have greater power, from *prae* PRE- + *valere* (*see* VALUE *noun¹*), with assim. to AVAIL *verb.*]
†1 *verb intrans.* Become very strong; gain vigour or force, increase in strength. *rare.* LME–M18.
2 *verb intrans.* Be superior in strength or influence; have or gain the advantage; be victorious. (Foll. by *against, over.*) LME.

▸ W. Salmon It . . prevails against all cold Diseases of the Head, Brain, Nerves and Womb. A. G. Gardiner In the moral law prevails over the law of the jungle. D. Lessing On you go, jolly and optimistic that right will prevail.

3 *verb intrans.* Be effectual or efficacious; succeed. LME. ▸b *verb trans.* = *prevail on* below. L15–M19.
†4 *verb trans. & intrans.* Be of advantage or use (to); = AVAIL *verb.* 1. LME–L17. ▸b *verb trans. & refl.* Make use of; obtain the benefit of; = AVAIL *verb* 2. Only in L17.
5 *verb intrans.* a Be or become the more widespread or more usual; predominate. E17. ▸b Be in general use or practice; be prevalent or current; exist. L18.

a *International Affairs* The tensions and conflict that have long prevailed in the Gulf. B P. G. Wodehouse In the drawing-room a tense silence prevailed. A. Fraser Those who had decided to sit out the times until better ones prevailed.

– WITH PREPOSITIONS IN SPECIALIZED SENSES: **prevail on, prevail upon** succeed in persuading, inducing, or influencing.
▪ **prevailer** *noun* (now *rare*) a person who prevails L16–M17. **prevailment** *noun* (*rare*) the action or fact of prevailing L16–M17.

**prevailing** /prɪˈveɪlɪŋ/ *ppl adjective.* L16.
[ORIGIN from PREVAIL + -ING².]
That prevails; *spec.* (**a**) superior, victorious, effective; (**b**) predominant in extent or amount; generally current or accepted.

▸ *Japan Times* At prevailing prices the mines are incurring substantial losses.

**prevailing wind** the wind that most frequently occurs at a place (as regards direction).
▪ **prevailingly** *adverb* L19. **prevailingness** *noun* (*rare*) L19.

**prevalence** /ˈprɛv(ə)l(ə)ns/ *noun.* LME.
[ORIGIN French *prévalence* from late Latin *praevalentia* superior force, predominance, from Latin *praevalens:* see PREVAIL *verb,* -ENCE.]
1 The fact or action of prevailing; mastery. Now *rare.* L16.

▸ T. Chalmers The final prevalence of the good over the evil.

2 Effective force or power; influence; efficacy. Now *rare.* M17.
3 The condition of being prevalent; general occurrence or existence; common practice; MEDICINE the number or proportion of cases at any one time. L18.

▸ M. Schorer The prevalence of American slang in British speech. *Lancet* Populations with a high prevalence of the virus.
▪ Also **prevalency** *noun* (now *rare*) E17.

**prevalent** /ˈprɛv(ə)l(ə)nt/ *adjective.* L16.
[ORIGIN Latin *praevalent-* pres. ppl stem of *praevalere:* see PREVAIL *verb,* -ENT.]
1 Having great power or force; effective, powerful; influential (*with* a person). Now *rare.* L16. ▸1b Of a medicine etc.: efficacious. E17–E18.
2 Having the advantage; predominant, victorious. Now *rare.* E17.
3 Generally occurring or existing; in general use; usual. M17.

▸ M. Stott Diseases currently more prevalent among men.
▪ **prevalently** *adverb* M19.

**prevaricate** /prɪˈvarɪkeɪt/ *verb.* M16.
[ORIGIN Latin *praevaricat-* pa. ppl stem of *praevaricari* go crookedly, deviate from the right path, transgress, (of an advocate) practise collusion, from *prae* PRE- + *varicare* spread the legs apart, straddle, from *varus* bow-legged: see -ATE¹.]
†1 *verb intrans.* †1 Go aside from the right course, method, etc.; deviate, go astray, transgress. M16–L17.
2 Deviate from straightforwardness; act or speak evasively; quibble, equivocate. M17.

▸ J. H. Ingraham It is impossible . . for me either to conceal or to prevaricate. M. Wilson If he had rung off before she could prevaricate, she would have been saved.

†3 LAW. Betray the cause of a client by collusion with an opponent; undertake a matter deceitfully in order to defeat the professed object. M17–E18.
4 *verb trans.* 4 Deviate from, transgress, (a law etc.). L16–E17.
5 Turn from the straight course, application, or meaning; pervert. M17–E18.

**prevarication** /prɪˌvarɪˈkeɪʃ(ə)n/ *noun.* LME.
[ORIGIN Latin *praevaricatio(n-),* formed as PREVARICATE: see -ATION.]
†1 Divergence from the right course, method, etc.; deviation from truth or rectitude; violation of moral law; departure from a principle or normal state. Also foll. by *from, of.* LME–E18.
†2 Deviation from duty; violation of trust; corrupt action. M16–E18. ▸b LAW. Betrayal of a client's cause by collusion with an opponent. M16–E18.
3 Avoidance of plain dealing or straightforward statement of the truth; evasion, quibbling, equivocation, deception. Also, an instance of this. M17.

▸ R. Christiansen Timothy Shelley was not deceived by prevarications. M. Forster What he wanted was an end to all this prevarication.

**prevaricator** /prɪˈvarɪkeɪtə/ *noun.* LME.
[ORIGIN Latin *praevaricator* a person who violates his duty, (in ecclesiastical Latin) transgressor, formed as PREVARICATE: see -OR.]
†1 A person who goes astray or deviates from the right course; a transgressor. LME–E18. ▸b A person who betrays a cause or violates a trust; a renegade; a traitor. L15–L17.

▸ At Cambridge University, an orator who made a humorous or satirical speech at commencement. Cf. TERRAE FILIUS 2. *obsolete exc. Hist.* E17.

2 A person who acts or speaks evasively; a quibbler, an equivocator. M17.
†4 LAW. A person who betrayed a client's cause by collusion with an opponent. M17–L18.
5 A person who diverts something from its proper use; a perverter. Long *rare* or *obsolete.* L17.

b but, d dog, f few, g get, h he, j yes, k cat, l leg, m man, n no, p pen, r red, s sit, t top, v van, w we, z zoo, ʃ she, ʒ vision, θ thin, ð this, ŋ ring, tʃ chip, dʒ jar

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
    p.    cm.
    ISBN 978-0-87779-201-7 (buckram)
    1. English language—Dictionaries.  I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36 1993
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon
may be reproduced or copied in any form or by any means—graphic,
electronic, or mechanical, including photocopying, taping, or information
storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

55 56 57 QKY 09 08 07

— compare LYSIS **b** : a paroxysmal attack of pain, distress, or disordered function ⟨tabetic ~⟩ ⟨cardiac ~⟩ **c** : an emotionally significant event or radical change of status in a person's life **2 a** : the point of time when it is decided whether an affair or course of action shall proceed, be modified, or terminate : decisive moment : turning point **b** : such a point in the course of the action of a play or other work of fiction — compare CLIMAX, RESOLUTION **c** : the immediate sequel to the culminating point of a period of prosperity and rising markets at which the business organism is severely strained and forced liquidation occurs — see BUSINESS CYCLE **3 a** : an unstable state of affairs in which a decisive change is impending ⟨recurrent cabinet *crises* trouble France⟩ **b** : a psychological or social condition characterized by unusual instability caused by excessive stress and either endangering or felt to endanger the continuity of the individual or his group; *esp* : such a social condition requiring the transformation of existing cultural patterns and values **syn** see JUNCTURE

**crisis theologian** *n* : an adherent of crisis theology

**crisis theology** *n* : neoorthodoxy esp. in its pessimistic view of human nature that holds that man and all human institutions are inevitably confounded by their own inner contradictions and that the resultant crisis forces man to despair of his own efforts and possibly to turn to divine revelation and grace in faith

**¹crisp** \ˈkrisp\ *adj* -ER/-EST [ME *crisp, crips* curly, fretted, fr. OE *crisp* curly, fr. L *crispus*; akin to MHG *rispen* to curl, OHG *hrispahi* bush, thicket, ON *rispa* to scratch, W *crych* curly, L *curvus* curved — more at CROWN] **1 a** (1) : CURLY, WAVY; *also* : having close stiff curls or waves or being somewhat wiry and stiff ⟨the short ~ hair of the natives⟩ (2) : having or made up of crisp hair ⟨a ~ hairdo⟩ ⟨the bull is commonly ~*er* about the forehead than his cows⟩ **b** : having the surface roughened into small folds or curling wrinkles ⟨~ whitecaps blown up by the wind⟩ **c** : CURLED **2 a** : having such a texture as to break apart easily and with a clear-cut fracture : BRITTLE, FRIABLE ⟨~ snow crackling underfoot⟩ **b** *of pastry* : SHORT **c** : firm and fresh : not flabby and wilted ⟨~ lettuces with the dew still on them⟩ **3** : exhibiting or suggesting some combination of qualities characteristic of or attributable to that which is crisp: **a** : sharp, clean-cut, and clear ⟨a ~ illustration⟩ : concise and orderly to the point of terseness ⟨~ military reports⟩ ⟨a ~ reply⟩ **b** : noticeably neat and spruce in appearance or deportment : well-groomed **c** : SPRIGHTLY, BRISK, VIVACIOUS ⟨a ~ manner⟩ : lively and sparkling ⟨~ repartee⟩ ⟨dialogue as ~ as Shaw at his best⟩ **d** : COLD, FROSTY, SNAPPY ⟨~ winter weather⟩; *also* : fresh and invigorating ⟨a ~ odor of pines⟩ ⟨a ~ autumn breeze⟩ **e** *of a trigger* : releasing the firing mechanism smoothly and easily — compare ²CREEP 5d **syn** see INCISIVE

**²crisp** \"\ *vb* -ED/-ING/-S [ME *crispen*, fr. *crisp*, adj.] *vt* **1 a** : CURL, CRIMP ⟨~ her hair⟩ ⟨~ the nap of cloth⟩ **b** : to cause to ripple or undulate irregularly : WRINKLE ⟨a lake ~*ed* by the west wind⟩ **c** : to make crisp ⟨~*ing* celery in ice water⟩ **2** : to cause to crackle ⟨the wheels ~ the gravel⟩ **3** : to fold (cloth) into lengths ~ *vi* **1** : CURL, RIPPLE ⟨her fingers ~*ed* on the tablecloth —Rebecca West⟩ ⟨leaves ~*ing* and fluttering in the sunlight⟩ **2** : to become crisp ⟨bread ~*ing* in the oven⟩ ⟨the ground ~*ed* with frost⟩

**³crisp** \"\ *n* -S [¹*crisp*] : something crisp or brittle ⟨dinner burned to a ~⟩: as **a** *slang* : BANK NOTE **b** *chiefly Brit* : POTATO CHIP — usu. used in pl.

**cris·pate** \ˈkri,spāt, -,spət\ *or* **cris·pated** \-,spād·əd\ *adj* [*crispate* fr. L *crispatus*, past part. of *crispare* to curl, fr. *crispus* curly; *crispated* fr. L *crispatus* + E *-ed*] : having a crisped appearance : irregularly curled or crinkled : CRISPED

**cris·pa·tion** \kriˈspāshən\ *n* -S [L *crispatus* + E *-ion*] **1** : the act or process of curling : the state of being curled : UNDULATION **2** : a slight shrinking or spasmodic contraction ⟨few men can look down from a great height without creepings and ~*s* —O.W.Holmes †1894⟩

**crisped** *adj* [ME, curled, fr. past part. of *crispen* to curl — more at CRISP] **1** : made crisp : curled esp. in ringlets : RIPPLED **2** : contorted or twisted ⟨the ~ leaves of the cabbage⟩

**crisp·en** \ˈkrispən\ *vb* -ED/-ING/-S [¹*crisp* + *-en*] *vt* : to make crisp ⟨celery ~*ed* by frost⟩ ~ *vi* : to become crisp ⟨a pasty ~*ing* in the oven⟩

**crisp·er** \ˈkrispə(r)\ *n* -S : one that crisps; *specif* : a closed container intended to prevent loss of moisture from fresh produce stored in a mechanical refrigerator

**cris·pin** \ˈkrispən\ *n* -S [after St. *Crispin* †*ab*287 patron saint of shoemakers] : SHOEMAKER, COBBLER

**crisp·i·ness** \ˈkrispēnəs, -pin-\ *n* -ES : CRISPNESS, BRITTLENESS, FLAKINESS

**crisply** *adv* : in a crisp manner ⟨never spoke or wrote except ~ —R.H.Rovere⟩

**crisp·ness** \ˈkrispnəs\ *n* -ES [ME *cryspeness*, fr. *cryspe*, crisp + *-ness*] : the quality or state of being crisp

**crispy** \ˈkrispē, -pi\ *adj* -ER/-EST [ME, curly, fr. ¹*crisp* + *-y*] : CRISP

**criss** \ˈkris\ *n* -ES [alter. of ¹*crest*] : a wooden stand with a curved top on which crest tiles are shaped

**cris·sal** \ˈkrisəl\ *adj* [NL *crissalis*, fr. *crissum* + L *-alis* -al] : relating to or having a crissum — used chiefly in vernacular names of birds ⟨a ~ bunting⟩

**crissal thrasher** *n* : a thrasher (*Toxostoma crissalis*) occurring in the southwestern U.S. and distinguished by colored crissal feathers

**¹criss·cross** \ˈkri,skrȯs *also* -räs\ *n* -ES [alter. of *christcross*] **1** : CHRISTCROSS; *esp* : MARK 2b(1) **2** *archaic* : TICKTACKTOE **3** : a crisscross pattern or something made up of one : NETWORK ⟨a ~ of greenery overhead —*New Yorker*⟩ **4** : something disordered or at cross purposes : confused state ⟨the fallacy which leads to this ~ of interpretations and opinions is the familiar one of confusing what the poet creates with what he represents —Susanne K. Langer⟩ ⟨a depressing ~ of figures⟩ **5** : a play in football in which the paths of two offensive players cross; *also* : a pass pattern in which two receivers cross to opposite sides of the field

**²crisscross** \"\ *vb* -ED/-ING/-ES *vt* **1** : to mark or score with intersecting lines ⟨~ the fat with a sharp knife⟩ **2** : to pass back and forth through or over ⟨British ships ~*ed* the seas⟩ ~ *vi* **1** : to go or pass back and forth ⟨birds ~*ing* in the blue⟩ **2** : to run toward opposite sides of the football field (as on a pass pattern) ⟨had the ends ~ downfield to confuse the pass defenders⟩

**³crisscross** \"\ *also* **criss·crossed** \ˈ;ˌ;\ *adj* : marked or characterized by crisscrossing ⟨his ~ course⟩ : so arranged that constituent parts cross ⟨a ~ bodice⟩ ⟨~ fires⟩ : disposed in or made up of crossing lines ⟨~ threads⟩ ⟨a ~ pattern⟩

**⁴crisscross** \"\ *adv* **1** : in opposite directions : in a way to cross something else : by crossing one another **2** : with opposition or hindrance : at cross-purposes : AWRY, ASKEW, CONTRARILY ⟨things go ~⟩

**criss·crossing** \ˈ;ˌ;;\ *also* **crisscross breeding** *n* : a system of breeding domestic animals involving the use of purebred sires of two breeds alternately or crossbred females of the same breeds in such an order that the females are always bred to the males with which they have least blood in common — compare ROTATION CROSSING

**crisscross inheritance** *n* : inheritance of sex-linked characters transmitted from fathers to daughters or from mothers to sons

**crisscross–row** \ˈ;ˌ;-\ *n* [alter. of *christcross-row*] : ALPHABET

**crisset** *var of* CRESSET

**cris·sum** \ˈkrisəm\ *n, pl* **cris·sa** \-sə\ [NL, fr. L *crissare*, *crisare* to wiggle the backside while having sexual intercourse (said of a woman); akin to OE *hrith* fever, *scrīthan* to go, move around, OHG *hritto* fever, *scrītan* to go, step, ON *hrith* storm, attack, *skrītha* to creep, glide, W *cryd* fever, *ysgryd* shiver, Lith *skrytis* felly of a wheel, and prob. to L *curvus* curved — more at CROWN] : the part of a bird surrounding the cloacal opening; *also* : the feathers covering that region : the under tail coverts

**cris·ta** \ˈkristə\ *n, pl* **cris·tae** \-,stē, -,stī\ [L — more at CREST] : CREST, RIDGE: as **a** : the keel of a carinate sternum **b** : CRISTA ACUSTICA **c** : a membranous spiral fold running the length of the body of certain spirochetes **d** : an elevation of the surface of a bone for the attachment of a muscle or tendon

**crista acus·ti·ca** \-əˈküstəkə\ *n, pl* **cristae acusti·cae** \-tə,kē, -,sē, -ī\ [NL, lit., acoustic crest] **1** : one of the areas of specialized sensory epithelium in the ampullae of the semicircular canals of the ear serving as end organs for the labyrinthine sense **2** : an auditory organ on the fore tibia of certain insects (as most grasshoppers)

**cris·tate** \ˈkri,stāt, -,stət\ *also* **cris·tated** \-,stād·əd\ *adj* [L *cristatus*, fr. *crista* crest + *-atus* -ate] : having a crista or crest : CRESTED

**cris·ta·tel·la** \,kristəˈtelə\ *n, cap* [NL, fr. L *cristatus* + NL *-ella*] : a genus (class Phylactolaemata) comprising freshwater bryozoans that form elongated creeping gelatinous colonies with the zooids restricted to the upper surface

**cris·ti·spi·ra** \-ˈspīrə\ *n, cap* [NL, fr. *cristi-* (fr. L *crista* crest) + L *spira* coil, twist — more at CREST, SPIRE] : a genus of large flexuous coarsely spiral bacteria (family Spirochaetaceae) parasitic in mollusks and having a crista along one side of the body

**cris·ti·vomer** \,kristə +\ *n, cap* [NL, fr. *cristi-* + *vomer*] : the genus (family Salmonidae) to which the lake trout belongs

**cris·to·bal·ite** \kriˈstōbə,līt\ *n* -S [G *cristobalit*, fr. Cerro San *Cristóbal*, Pachuca, Mexico + G *-it* -ite] : silica occurring in white octahedra stable at high temperature — compare QUARTZ, TRIDYMITE

**cristy** \ˈkristē\ *n* -ES *often cap* [by shortening and alter.] : CHRISTIANIA

**crit** *abbr* critical; criticism; criticized

**critch** \ˈkrich\ *n* -ES [origin unknown] *dial Eng* : an earthenware dish : CROCK

**cri·te·ri·ol·o·gy** \krī,tirēˈäləjē\ *n* -ES [*criterion* + *-logy*] : the part of logic dealing with the establishment of criteria

**cri·te·ri·on** \krīˈtirēən *sometimes* krə'-\ *n, pl* **crite·ria** \-rēə\ *also* **criterions** [Gk *kritērion*, fr. *kritēs* judge, fr. *krinein* to separate, decide — more at CERTAIN] **1** : a characterizing mark or trait ⟨increased speed, climb, and ceiling, three of the four basic *criteria* of air combat —*Science News Letter*⟩ ⟨a special constitutional ~ of that person —*Jour. Amer. Med. Assoc.*⟩ **2** : a standard on which a decision or judgment may be based ⟨the accepted *criteria* of adequate diet⟩ : a standard of reference : YARDSTICK : an identifying indication ⟨what then are the *criteria* of a desirable organization of utilities —*Harper's*⟩ : a basis for discrimination : GROUND **3** : an expression by whose value varieties of a mathematical form may be distinguished (~ of a conic) **syn** see STANDARD

**cri·te·ri·um** \-rēəm\ *n, pl* **crite·ria** \-rēə\ [LL, fr. Gk *kritērion*] : CRITERION

**crith** \ˈkrith\ *n* -S [Gk *krithē* barleycorn (or, a small weight); akin to Gk *kri* barley — more at HORDEUM] : the weight of a liter of hydrogen at 0° C and 760 millimeter pressure (0.08987 gram)

**cri·thid·ia** \krəˈthidēə\ *n* [NL, fr. Gk *krithidion*, dim. of *krithē* barleycorn] **1** *cap* : a genus of flagellates (family Trypanosomatidae) that are exclusively parasites of invertebrates esp. in the digestive tract of insects and that occur typically as elongated forms morphologically like trypanosomes but pass through developmental stages all in a single host in which they are indistinguishable from typical leptomonads and leishmanias **2** -S **a** : any flagellate of the genus *Crithidia* **b** : any flagellate of the family Trypanosomatidae when exhibiting a typical crithidial form

**cri·thid·i·al** \-dēəl\ *adj* [NL *Crithidia* + E *-al*] : of, like, or relating to crithidias : CRITHIDIFORM

**cri·thid·i·form** \-də,fȯrm\ *adj* [NL *Crithidia* + E *-form*] : resembling a crithidia in structure

**crith·mene** \ˈkrith,mēn\ *n* -S [ISV *crithm-* (fr. NL *Crithmum* — genus name of the samphire *Crithmum maritimum* — fr. Gk *krēthmon* samphire) + *-ene*; orig. formed as It *critmene*] : TERPINENE b

**¹crit·ic** \ˈkrid·ik, -itik, -ēk\ *n* -S [MF & L; MF *critique*, fr. L *criticus*, fr. Gk *kritikos*, fr. *kritikos*, adj., able to discern or judge, fr. *kritos* (verbal of *krinein* to judge, discern) + *-ikos* -ic — more at CERTAIN] **1 a** : one who expresses a reasoned opinion on any matter (as a work of art or a course of conduct) involving a judgment of its value, truth, or righteousness, an appreciation of its beauty or technique, or an interpretation **b** : one who engages often professionally in the analysis, artistic evaluation, or appreciation of works of art (as literary or dramatic works) **2** : one given to harsh or captious judgment : CARPER, CAVILER ⟨~*s* using hindsight in the best tradition of Monday morning quarterbacks⟩

**²critic** \"\ *adj* [MF & L; MF *critique*, fr. L *criticus*, fr. Gk *kritikos*] : CRITICAL

**³critic** \"\ *vb* **criticked; criticked; criticking; critics** [¹*critic*] *vi* : to act as a critic ~ *vt, obs* : to pass judgment on : CRITICIZE

**⁴critic** \"\ *n* -S [partly fr. ¹*critic*; partly fr. Gk *kritikē*, fr. fem. of *kritikos*] **1** *archaic* : CRITICISM **2** *archaic* : CRITIQUE

**crit·i·cal** \ˈkrid·əkəl, -itək-, -ēk-\ *adj* [¹*critic* + *-al*] **1 a** : inclined to criticize severely and unfavorably : given to noticing faults and imperfections ⟨cooler and more ~ in temper; hard to please —Willa Cather⟩ **b** : consisting of, marked by, being, or involving criticism ⟨the ~ writings of Swinburne⟩ ⟨a ~ biography⟩ ⟨his ~ insight⟩; *also* : of or in the judgment of critics ⟨the book won wide ~ praise⟩ ⟨the play was a ~ success⟩ **c** : exercising or involving careful judgment or judicious evaluation : DISCRIMINATING, CAREFUL, EXACT ⟨a ~ weighing of all the factors leaves no doubt that the country-man labors under real disadvantages⟩ ⟨a cautious ~ mind⟩ **d** : including variant readings and scholarly emendations ⟨a ~ edition⟩ — compare VARIORUM **2** : of, relating to, or being a turning point or specially important juncture: **a** : indicating or being the stage of a disease at which an abrupt change for better or worse may be anticipated with reasonable certainty ⟨the ~ phase of a fever⟩ **b** : relating to, indicating, or being a state in which or a measurement or point at which some quality, property, or phenomenon suffers a finite change or undergoes drastic alteration ⟨the parabola is a ~ curve through which a conic section passes from an ellipse into a hyperbola⟩ **c** : CRUCIAL, DECISIVE ⟨a ~ analogy between sound and light⟩ ⟨this will be the ~ test in the series⟩ **d** : indispensable for the weathering, the solution, or the overcoming of a crisis; *specif* : essential for the conduct of war but available only in short supply ⟨~ materials⟩ **e** : in or approaching a crisis esp. through economic disorders or by virtue of a disaster ⟨a ~ area⟩ **3 a** : of doubtful issue : attended by risk or uncertainty ⟨our situation became ~ with the early freeze⟩ **b** *of kinds of organisms* (1) : so nearly related as to be distinguished with difficulty ⟨two ~ species⟩ (2) : rare and diminishing in numbers ⟨a ~ element in the local flora⟩ **4** : of sufficient size to sustain or to be capable of sustaining a chain reaction — used of a mass of fissionable material

**syn** HYPERCRITICAL, CENSORIOUS, FAULTFINDING, CARPING, CAPTIOUS, CAVILING: CRITICAL may describe a disposition to find and to stress faults ⟨the attitude of Euripides . . . is so . . . frankly *critical* that a recent writer has even gone so far as to maintain that his main object . . . was to discredit the myths —G.L.Dickinson⟩ Unlike the other words in this list, CRITICAL may describe fair, judicious evaluation ⟨the exemplars of . . . the *critical* spirit, discriminators between the false and the true —P.E.More⟩ The other words in the list are all close in suggestion and are often interchangeable. HYPERCRITICAL and CENSORIOUS indicate a tendency to discover and stress errors and imperfections ⟨exceedingly difficult to please, not . . . because he was *hypercritical* and exacting, but because he was indifferent —Arnold Bennett⟩ ⟨"do you mean that you heard a fellow doubt my wife . . ?" "The world's very *censorious*, old boy" —W.M.Thackeray⟩ FAULTFINDING, sometimes implying lack of background and discrimination, describes a temperament that is exacting and almost impossible to satisfy. CARPING and CAPTIOUS may imply perverse ill-natured faultfinding ⟨these criticisms of a book that is a labor of love may seem ungracious or even *carping* —M.R.Cohen⟩ ⟨after reading a work of such amplitude it seems *captious* to protest that the motivating forces . . . are inadequately analyzed —Geoffrey Bruun⟩ CAVILING suggests frequent petty objections ⟨those *caviling* critics who snipe from the musty back rooms of libraries —Charles Ramsdell⟩ **syn** see in addition ACUTE

**critical angle** *n* **1** : the least angle of incidence at which total reflection takes place when a ray of light or other electromagnetic radiation passes through one medium toward another that is less refracting **2** *or* **critical angle of attack** *aeronautics* : the angle of attack at which the flow about an airfoil changes abruptly with corresponding abrupt changes in the lift and drag, an airfoil possibly having two or more critical angles one of which usu. corresponds to the angle of maximum lift

C
O″
O′
O
C′
B″
B′
B
A

critical angle: *AOB*, *AO′B′*, *AO″B″* angles of incidence; *AOC* refracted ray, *AO″C″* totally reflected ray; *AO′B′* critical angle

**critical apparatus** *n* : APPARATUS CRITICUS

**critical coefficient** *n* : the ratio of the critical temperature to the critical pressure

**critical constant** *n* : the critical temperature, critical pressure, or critical density of any one substance — usu. used in pl.

**critical density** *n* : the density of a substance in its critical state

**critical flicker frequency** *or* **critical fusion frequency** *n* : the threshold at which light from an intermittent source is seen half the time as flickering and half the time as fused or continuous

**critical idealism** *n* : TRANSCENDENTAL IDEALISM

**crit·i·cal·i·ty** \,ˌ;ˈkaləd·ē, -ətē, -i\ *n* -ES : a critical quality or condition — used esp. of fissionable material

**crit·i·cal·ly** \ˈ;;k(ə)lē, -li\ *adv* : in a critical manner : with criticism

**crit·i·cal·ness** \-kəlnəs\ *n* -ES : the quality or state of being critical ⟨the ~ of the situation called for quick action⟩

**critical philosophy** *n* : Kantianism esp. with reference to the critical establishment of necessary presuppositions for knowledge

**critical point** *n* **1** *math* : a point on the graph of a function where the derivative of the function is zero or infinite **2** : TRANSFORMATION TEMPERATURE **3 a** : the point on a phase diagram of a pure substance that corresponds to its critical state **b** : CRITICAL STATE

**critical potential** *n* : either the radiation potential or the ionization potential of an atom

**critical pressure** *n* : the pressure exerted by a substance in its critical state

**critical ratio** *n* : the ratio of any one deviation from the mean in a set of observed values of the same statistical variable to the standard deviation of the set or to the corresponding probable error

**critical realism** *n* : a system of philosophical realism that incorporates features approximating to the Kantian theory of knowledge (as that of a group of American realists in 1920)

**critical realist** *n* : one who adheres to or advocates critical realism

**critical size** *n* : the size corresponding to the critical mass

**critical solution temperature** *n* : the temperature at which complete miscibility is reached as the temperature is raised or in some cases lowered — used of two liquids that are partially miscible under ordinary conditions; called also *consolute temperature*

**critical state** *n* : a state attainable by every chemically stable pure substance in which the liquid and the vapor phases have the same density

**critical temperature** *n* **1 a** : the temperature of a substance in its critical state : the highest temperature at which it is possible to separate substances into two fluid phases (vapor and liquid) **b** : the transition temperature of a solid from one allotropic form to another (as the Curie point of a metal) **2** : TRANSFORMATION TEMPERATURE

**critical value** *n, math* : the value of the argument or independent variable corresponding to a critical point of a function

**critical velocity** *n* : the greatest velocity with which a fluid can flow through a given conduit without becoming turbulent

**critical volume** *n* : the specific volume of a substance in its critical state : the reciprocal of the critical density

**crit·ic·as·ter** \ˈ;;,kastə(r), ,;;ˈ;;\ *n* -S [¹*critic* + *-aster*] : an inferior or contemptible critic ⟨should make real critics proud of their vocation and the ~*s* ashamed of their presumption —W.H.Gardner⟩

**crit·i·cism** \ˈkrid·ə,sizəm, -itə,-\ *n* -S [¹*critic* + *-ism*] **1 a** : the act of criticizing usu. unfavorably : faultfinding disapproval and objection **b** : CRITIQUE **2** *obs* : a subtle point or fine distinction : NICETY, SUBTLETY **3** : the art of evaluating or analyzing with knowledge and propriety works of art or literature ⟨the first principle of ~, which is, to consider the nature of the piece, and the intent of its author —Alexander Pope⟩; *broadly* : similar consideration of other than literary matters (as moral values or the soundness of scientific hypotheses and procedures) **4** : the scientific investigation of literary documents (as the Bible) in regard to such matters as origin, text, composition, character, or history **5** : CRITICAL PHILOSOPHY

**crit·i·ciz·able** \;;;ˈsīzəbəl\ *adj* : that may be criticized : subject to criticism

**crit·i·cize** \ˈ;;,sīz\ *vb* -ED/-ING/-S *see -ize in Explan Notes* [¹*critic* + *-ize*] *vi* **1** : to act as a critic : consider and estimate worth or value ⟨the man who did not ~ or reflect —G.L.Dickinson⟩ **2** : to find fault : stress faults, errors, or demerits ⟨an unpleasant person, always *criticizing*⟩ ~ *vt* **1** : to consider the merits and demerits of and judge accordingly : EVALUATE ⟨Dr. Burney *criticized* the manuscript very favorably —Elizabeth Lee⟩ **2** : to stress the faults and demerits of : cavil at ⟨we are trying to get away from the word "management" because it has been lambasted, ridiculed, *criticized*, and blasted —*Personnel Jour.*⟩

**syn** REPREHEND, REPROBATE, BLAME, CENSURE, CONDEMN, DENOUNCE: CRITICIZE, among more erudite persons, is likely to indicate measured judgment or evaluation ⟨he does not *criticize*, he denounces —*Times Lit. Supp.*⟩ Often it means focusing attention on weak points, demerits, failings, and delighting in pointing them out ⟨newspaper policy is attacked, display advertising is *criticized*, features are ridiculed —*Public Relations Jour.*⟩ REPREHEND, now more commonly used with grammatical objects designating things, actions, or qualities than persons, may imply a severe rebuke decided on after deliberate judgment ⟨being to advise or *reprehend* any one, consider whether it ought to be in public or in private . . and in reproving show no signs of choler —George Washington⟩ ⟨the thing to be *reprehended* is the confusing misuse of the word "verse" —C.H.Grandgent⟩ REPROBATE may suggest strong disapproval and firm rejection or final refusal to tolerate or sanction ⟨those peaceful and friendly conferences between capitalists and trade-union leaders which are so *reprobated* by Marxist critics —H.B.Parkes⟩ ⟨he *reprobated* the "paltry jealousy" manifested toward Congress —H.R.Warfel⟩ BLAME is now likely to indicate the placing of responsibility for something bad or unfortunate on a person or thing although it is still sometimes used as a general antonym of *praise* ⟨the general was *blamed* for the defeat⟩ ⟨Heine . . . cared . . . whether people praised his verses or *blamed* them —Matthew Arnold⟩ CENSURE indicates disapproval delivered sternly, often as a reprimand from someone in an authoritative or competent position ⟨the *Times* published an article . . . in which . . . all contemporary literature was *censured* —E.M.Forster⟩ CONDEMN may suggest a severe, unmitigated, final, or definitive judgment which is wholly unfavorable ⟨vice, on this view, is *condemned* because it is a frustration of nature —G.L.Dickinson⟩ ⟨the entire week before election was a holiday and was *condemned* by ministers as a time "to meet, to smoke, to drink, carouse, and raise the devil" —*Amer. Guide Series: N.H.*⟩ DENOUNCE suggests stigmatizing publicly with force, vehemence, or conviction ⟨members of the owning classes, who *denounce* alike the encroachment of the state and of organized labor upon the wealth which they have "made" —J.A.Hobson⟩ ⟨in all ages, priests and monks have *denounced* the growing vices of society —Henry Adams⟩

**crit·i·ciz·er** \-zə(r)\ *n* -S : CRITIC

**criticked** *past of* CRITIC

**criticking** *pres part of* CRITIC

**critics** *pl of* CRITIC, *pres 3d sing of* CRITIC



virtue of being the only son of the deposed Stuart king James II, and the use of the term "Young Pretender" as a nickname for Charles Edward Louis Philip Casimir Stuart †1788 claimant to the throne of England by virtue of being the elder son of James Francis Edward Stuart] : support or agitation for the deposed Stuart dynasty in England

¹**pre·tense** or **pre·tence** \prē'ten(t)s, prə'-, 'prē,t-\ n -s [ME, fr. MF *pretensse*, fr. (assumed) ML *pretensa*, fr. LL, fem. of *praetensus* (L *praetentus*), past part. of L *praetendere*] **1** : a claim made or implied ⟨theory which has made the . . . greatest ~ of having a scientific foundation —John Dewey⟩; *esp* : a claim indicated outwardly but not supported by fact ⟨the ~ that one does not use theater music in religious ceremonies —Virgil Thomson⟩ **2 a** : mere ostentation : PRETENTIOUSNESS ⟨confuse dignity with pomposity and ~ —Bennett Cerf⟩ **b** : a pretentious act or assertion ⟨it would be a delight to talk without ~ —Louis Bromfield⟩ **3** : an attempt to attain a certain condition or quality ⟨the people were so overwhelmingly ignorant that democracy could only be a ~ —C.L.Jones⟩ ⟨laboring . . . to keep some ~ of order in San Antonio —Green Peyton⟩ — often used with *at* ⟨without ~ at general inclusiveness —Frank Weitenkampf⟩ **4 a** *obs* : INTENTION, PURPOSE **b** : professed rather than real intention or purpose : COVER, PRETEXT, EXCUSE ⟨felt as though he were there under false ~s —Joseph Conrad⟩ ⟨under a ~ of personal devotion to a country in which he was not born —O.S.J. Gogarty⟩ **5 a** : something alleged or believed on slight grounds : an unwarranted assumption ⟨mother's affectionate ~ of his being head of the family —Mary Austin⟩ **b** : MAKE-BELIEVE, FICTION **6** : the act of offering something false or feigned : presentation of what is deceptive or hypocritical : deception by showing what is unreal and concealing what is real : false show : SIMULATION ⟨made a ~ of searching his pockets for cigarettes⟩ ⟨saw through his ~ of indifference⟩

²**pretense** or **pretence** *vt* -ED/-ING/-S [prob. back-formation fr. *pretensed*] *obs* : PRETEND

**pre·tensed** \-st\ *adj* [ME, fr. LL *praetensus* (L *praetentus*) (past part. of L *praetendere*) + ME *-ed*] *archaic* : PRETENDED

**pre·tense·less** \-sləs\ *adj* : not having or making pretenses : STRAIGHTFORWARD, SINCERE

¹**pre·ten·sion** also **pre·ten·tion** \prē'tenchən, prə'-\ n -s [*pretension* fr. ML *praetension-, praetensio*, fr. LL *praetensus* (L *praetentus*) (past part. of L *praetendere* to stretch forth, spread before, bring forward as an excuse, allege) + L *-ion-, -io* -ion; *pretention* fr. ML *praetention-, praetentio*, fr. L *praetentus* (past part. of *praetendere*) + *-ion-, -io* -ion — more at PRETEND] **1** : an assertion or declaration whose truth is questioned : an allegation of doubtful value : PRETEXT ⟨this was but an invention and ~ given out by the Spaniards —Francis Bacon⟩ **2** : a claim or an effort to establish a claim : formal demand for recognition of a title, right, or privilege ⟨~ to the throne⟩ **3** : a tacit, asserted, or obvious claim, right, or title : claim to attention, consideration, or honor because of real or alleged superiority, merit, or ability ⟨country estate of some ~s⟩ ⟨people of ~ to taste and culture⟩ **4** : ASPIRATION, INTENTION ⟨serious ~s as a writer⟩ **5** : PRETENTIOUSNESS, VANITY ⟨a quality of ~ and pseudoculture about the program that I found distasteful —Philip Hamburger⟩ ⟨the class which has the ~s and prejudices and habits of the rich without its money —G.B.Shaw⟩

²**pre·tension** \(')prē+\ *vt* [*pre-* + *tension*] : to prestress (reinforced concrete) by subjecting the steel reinforcement to tension before the concrete hardens

**pre·ten·sion·less** \prē'tenchənləs\ *adj* : lacking pretension : UNPRETENTIOUS

**pre·ten·sive** \prē'ten(t)siv\ *adj* [¹*pretense* + *-ive*] **1** : having the character of a pretense ⟨~ farming carried on for instruction and experiment⟩ **2** : PRETENTIOUS

**pre·ten·tious** \prē'tenchəs, prə'-\ *adj* [F *prétentieux*, fr. *prétention* pretension (fr. ML *praetention-, praetentio*) + *-eux* -ous] **1** : making or possessing claims (as to excellence, superiority, greatness) : OSTENTATIOUS, SHOWY, POMPOUS ⟨~ literary style⟩ ⟨~ country house⟩ : SELF-IMPORTANT ⟨~ fraud who assumes a love of culture that is alien to him —Richard Watts⟩ **2** : characterized by effort or strain : making demands upon one's skill, ability, or means : AMBITIOUS ⟨the ~ daring of the Green Mountain Boys in crossing the lake —*Amer. Guide Series: Vt.*⟩ — **pre·ten·tious·ly** *adv* — **pre·ten·tious·ness** n -ES

**preter** *adj* [by shortening] *obs* : PRETERIT

**preter-** also **praeter-** *comb form* [L *praeter* past, by, beyond, fr. L *prae* before — more at FOR] **1** : past : by ⟨*preterist*⟩ **2** : beyond the range of : surpassing ⟨*preternormal*⟩

**pre·te·ri·ent** \prē'tirēənt\ *adj* [irreg. fr. L *praetereunt-, praeteriens*, pres. part. of *praeterire* to go by, pass over] : TRANSIENT

¹**pret·er·ist** \'pred·ərəst, -rēd-\ n -s [*preter-* + *-ist*] : one who believes the prophecies of the Apocalypse to have been already fulfilled — compare FUTURIST, PRESENTIST

²**preterist** \"\ *adj* : of or relating to the preterists or their views

¹**pret·er·it** or **pret·er·ite** \'pred·ərət, -etə-, *usu* -əd·+V\ *adj* [ME *preterit*, fr. MF, fr. L *praeteritus*, past part. of *praeterire* to go by, pass over, fr. *praeter* past, by, beyond + *ire* to go — more at ISSUE] **1** *archaic* : belonging wholly to the past : BYGONE, FORMER **2** : of, relating to, or constituting a verb tense that indicates action in the past without implication as to duration, continuance, or repetition — **pret·er·it·ness** or **preteriteness** n -ES

²**preterit** or **preterite** \"\ n -s **1** : the preterit tense of a language **2** : a verb form in the preterit tense

**pre·ter·i·tal** \prē'terəd·ᵊl\ *adj* : of or relating to the preterit

**pret·er·i·tion** \,pred·ə'rishən\ n -s [LL *praeterition-, praeteritio*, fr. L *praeteritus* (past part. of *praeterire*) + *-ion-, -io* -ion] **1** : PRETERMISSION 1 **2** : PARALEIPSIS **3** : the Calvinistic doctrine that having elected to eternal life such as he chose God passed over the rest leaving them to eternal death — compare REPROBATION b

¹**preterit-present** \¦==;=¦==\ n [trans. of NL *praeterito-praesens*] : a preterit-present verb form

²**preterit-present** or **preterite-present** \"\ *adj, of a verb* : preterit in form and origin but present in meaning

**pre·ter·la·bent** \,prēd·ə(r)'lābənt\ *adj* [L *praeterlabent-, praeterlabens*, pres. part. of *praeterlabi* to glide by, fr. *praeter* past, by, beyond + *labi* to glide — more at SLEEP] *of a stream* : flowing beside or by

**pre·terminal** \(')prē+\ *adj* [*pre-* + *terminal*] : occurring before death ⟨~ rise of body temperature⟩

**pre·ter·mis·sion** \,prēd·ə(r)'mishən, -ētə(-\ n -s [L *praetermission-, praetermissio*, fr. *praetermissus* (past part. of *praetermittere*) + *-ion-, -io* -ion] **1** : the act or an instance of pretermitting : OMISSION **2** : PARALEIPSIS **3** *Roman & civil law* : a passing over in silence by a testator of an apparent heir

**pre·ter·mit** \-it, *usu* -id·+V\ *vt* **pretermitted; pretermitted; pretermitting; pretermits** [L *praetermittere* to let pass, omit, overlook, fr. *praeter* past, by, beyond + *mittere* to let go, send — more at SMITE] **1** : to let pass without mention, notice, or attention : pass by or over : OMIT ⟨~ all personal references in an account⟩ ⟨~ children in a will⟩ **2** : to leave undone, unsaid, unused : NEGLECT **3** : break off : INTERRUPT, SUSPEND ⟨if only reparations were temporarily *pretermitted* —R.F.Harrod⟩

**pre·ter·nat·u·ral** \,prēd·ə(r)¦nach(ə)rəl, -ētə(r)-\ *adj* [ML *praeternaturalis*, fr. L *praeter naturam* beyond nature (fr. *praeter* past, by, beyond + *naturam*, accus. of *natura* nature) + *-alis* -al] **1** : existing outside of nature : NONNATURAL; *sometimes* : SUPERNATURAL ⟨thoughts, beliefs, and rituals of mankind . . . ~ origins for these aspects of human activity were still widely postulated —H.J.Fleure⟩ **2** : exceeding in degree or intensity what is natural or regular in nature : ABNORMAL, EXCEPTIONAL ⟨wits trained to ~ acuteness by the debates of the law courts and the assembly —G.L.Dickinson⟩ ⟨composed her features into an appearance of ~ pleasantness —J.C.Snaith⟩ **3** : lying beyond or outside ordinary experience : inexplicable by ordinary means ⟨~ phenomena, among which the alleged psychic phenomena are perhaps the most spectacular —Herbert Spiegelberg⟩ ⟨notions that ~ powers and human action were inextricably linked —W.V. O'Connor⟩ — **pre·ter·nat·u·ral·ly** \-rəlē, -li\ *adv* — **pre·ter·nat·u·ral·ness** n

**pre·ter·nat·u·ral·ism** \,==¦nach(ə)rə,lizəm\ n **1** : the quality or state of being preternatural **2** : something preternatural **3** : belief in or recognition of the preternatural

¹**pre·test** \'prē,test\ n [*pre-* + *test*] : a preliminary test serving for exploration rather than evaluation: as **a** : a test given to a class to determine readiness for the material about to be taught **b** : a test given to make students aware of their own needs and prepare them for a final and decisive test **c** : a field trial of those techniques (as questionnaires, interviews, schedules) commonly used in testing the public in order to determine their efficiency as instruments of research ⟨a ~ of a public opinion poll⟩ **d** : the advance testing of something intended for public sale or intended to influence public taste in order to determine its probable reception ⟨a ~ for a new line of merchandise⟩

²**pre·test** \(')=¦=\ *vt* : to subject to a pretest ~ *vi* : to give a pretest

¹**pre·text** \'prē,tekst\ n -s [L *praetextus*, fr. *praetextus*, past part. of *praetexere* to weave in front, fringe, adorn, assign as a pretext, fr. *prae-* pre- + *texere* to weave — more at TECHNICAL] : a purpose or motive alleged or an appearance assumed in order to cloak the real intention or state of affairs : EXCUSE, PRETENSE, COVER **syn** see APOLOGY

²**pretext** \=ˈ=\ *vt* -ED/-ING/-S : to use or allege as a pretext ⟨~*ing* an early engagement in town next morning —W.S. Maugham⟩

**pretexta** *var of* PRAETEXTA

**pre·thin** \(')prē+\ *vt* [*pre-* + *thin*] : to thin (a heavy set of fruit) by hand or by the use of a caustic or a hormone spray in order to increase the quality of the remaining fruit and to stimulate flower bud production for the following year

**pre·thoracic** \¦prē+\ *adj* [*pre-* + *thoracic*] : situated above or anterior to the thorax; *specif* : lying above or anterior to those vertebrae bearing thoracic ribs ⟨~ vertebrae⟩

**pre·thoughtful** \(')prē+\ *adj* [*pre-* + *thoughtful*] : FORETHOUGHTFUL, PRUDENT — **pre·thought·ful·ly** *adv* — **pre·thought·ful·ness** n

**pre·tibial** \(')prē+\ *adj* [ISV *pre-* + *tibial*] : lying or occurring in front of the tibia ⟨a ~ skin rash⟩ ⟨~ edema⟩

**pretibial fever** n : a disease characterized by an eruption in the pretibial region, headache, backache, malaise, chills, and fever, and believed to be caused by a virus

**pre·til** \prä'tēl\ n -s [AmerSp, fr. Sp, parapet, railing, irreg. fr. L *pector-, pectus* breast — more at PECTORAL] : an adobe wall continued above the roof to form a low parapet

**pre·ti·um af·fec·ti·o·nis** \'pred·ēəmə,fektē'ōnəs\ n, pl **pretia affectionis** \-d·ēə-\ [L, price of affection] : a factitious value placed upon a thing by its owner because of some sentimental association or a whim

**prêt-nom** \'pre'nō\ n, pl **prêt-noms** \"\ [F *prête-nom*, fr. *prêter* to lend (fr. OF *prester*) + *nom* name, fr. L *nomen* — more at PREST, NAME] *civil law* : one who lends his name to another to use

**pre·tone** \'prē,tōn\ n [*pre-* + *tone*] : a sound or syllable immediately preceding the accented syllable

**pre·tonic** \(')prē+\ *adj* [ISV *pre-* + *tonic*] **1** *of a sound* : immediately preceding or constituting one of a succession of consonants immediately preceding a vowel having stress **2** *of a syllable* : immediately preceding a syllable having stress

**pre·tophaceous** \¦prē+\ *adj* [*pre-* + *tophaceous*] : existing before the development of tophi ⟨~ stage of gout⟩

**pretor** *var of* PRAETOR

**pre·to·ria** \prē'tōrēə, prə'-, -tȯr-\ *adj, usu cap* [fr. *Pretoria*, Union of So. Africa] : of or from Pretoria, the administrative capital of the Union of So. Africa : of the kind or style prevalent in Pretoria

**pretorial** *var of* PRAETORIAL

**pretorial court** n : a proprietary court of the Colony of Maryland with jurisdiction of capital crimes

**pre·treat** \(')prē+\ *vt* [*pre-* + *treat*] : to treat previously ⟨~ water with a coagulant before filtering⟩ — **pre·treat·ment** \prē'trētmənt\ n

**pre·trial** \'prē+,-\ n [*pre-* + *trial*] : a conference preliminary to a hearing or trial on the merits where a judge, referee, examiner, arbitrator, or other quasi-judicial officer endeavors to simplify the issues of law or fact in a case by ascertaining what is admitted, what is contested, whether certain matters may be stipulated thereby avoiding the expense of proof in order to save time and expense at the trial

**pret·ti·fi·ca·tion** \,prid·əfə'kāshən\ n -s [fr. *prettify*, after such pairs as E *ossify: ossification*] : the act, process, or result of prettifying ⟨an excess of ~ and sentimentality, a failure to stick to what the composer has written —Howard Taubman⟩

**pret·ti·fi·er** \'prid·ə,fī(ə)r, -itə-,\ n -s : one that prettifies

**pret·ti·fy** \-fī\ *vt* -ED/-ING/-ES [*pretty* + *-fy*] **1** : to make pretty : adorn esp. in a petty or overnice way **2** : SOFTEN, PALLIATE ⟨accounts of this series of battles have often been *prettified*⟩

**pret·ti·ly** \'prid·ᵊl·ē, -itl, |ᵊli, |əl-\ *adv* [ME *prattily*, fr. *prety, praty, pratty* pretty + *-ly*] **1** : in a pretty manner : CHARMINGLY ⟨blushed ~⟩ **2** : POINTEDLY, APTLY ⟨~ punished by the Gods for my neglect of you —Robert Graves⟩

**pret·ti·ness** \|ēnəs, |in-\ n -ES **1** : the quality or state of being pretty **2 a** : a pretty or prettyish action, thing, characteristic, or remark **b** : a pretty ornament : AFFECTATION

¹**pret·ty** \'prid·ē, |tl, |i *also* 'pùr|, -R *sometimes* 'pùl\ *adj* -ER/-EST [ME *prety, praty*, fr. OE *prættig* tricky, fr. *prætt* trick + *-ig* -y; akin to MD *perte* trick, ON *prettr*] **1 a** : marked by or calling for skillful dexterity or artful care and ingenuity esp. in coping with some difficult or complicated matter ⟨the most consummate of ~ hypocrites —Lafcadio Hearn⟩ ⟨keeping up with the elusive dictators of fashion is a ~ game —A.L.Guérard⟩ **b** : extremely fitting or suitable : PAT, APT ⟨as ~ an example . . . as one can find —Oliver La Farge⟩ **2 a** : pleasing by delicacy or grace : superficially appealing rather than impressively or strikingly beautiful ⟨~ verses⟩ ⟨~ little garden⟩ **b** : having conventionally accepted elements (as proportion, shape, color) of beauty ⟨her ~, rather vapid features⟩ **c** : enjoyable for melody, lilt, or suggestion, but not intense, grand, or complex ⟨charming to the wise youth her ~ laughter sounded —George Meredith⟩ **d** : appearing or sounding pleasant or nice : suggesting charm, grace, or delicacy, but lacking strength, force, manliness, purpose, or intensity ⟨young man with a face that was ~ in a chorus-man way —Dashiell Hammett⟩ ⟨stringing ~ words that make no sense —Elizabeth B. Browning⟩ ⟨~ fancies of snow and moonlight —Nathaniel Hawthorne⟩ **3 a** (1) : FINE, GOOD ⟨a ~ bargain on the car being traded in⟩ (2) : POOR, MISERABLE, INDEFENSIBLE — used ironically ⟨a ~ state of affairs⟩ ⟨~ mess you've made of it⟩ ⟨you're a ~ one to talk about language now —Elinor Wylie⟩ **b** *archaic Scot* : strong and brave : STOUT ⟨six to ten ~ men were chosen as town guard —Mairi A. MacDonald⟩ **4** : moderately large : CONSIDERABLE ⟨has a ~ collection of books —Tobias Smollett⟩ ⟨it may involve a ~ sum —T.B.Costain⟩ ⟨a very ~ profit⟩ ⟨his house cost him a ~ penny⟩ **5** *of weather* : FAIR, MILD, CLEMENT ⟨a ~ day for a picnic⟩ **syn** see BEAUTIFUL

²**pretty** \'pù(r)|, 'pri|, ,pə(r)| *sometimes* 'prù| *or* -R 'pù| *before* 'near' *often* 'prùt *or* 'prit\ *adv* **1** : in some degree : MODERATELY, CONSIDERABLY, TOLERABLY, RATHER ⟨~ sure of the fact⟩ ⟨~ cold weather⟩ ⟨~ equally matched⟩ ⟨left things ~ much as they were⟩ **2** *chiefly dial* : PRETTILY, FINELY ⟨sang real ~⟩

³**pretty** *pronunc at* ¹*pretty*\ n -ES : a pretty person or thing : a pretty one: as **a** *chiefly South and Midland* : TOY **b pretties** *pl* : dainty clothes; *esp* : LINGERIE

⁴**pretty** \"\ *vt* **prettied; prettied; prettying; pretties** : to make pretty : make attractive or agreeable — usu. used with *up* ⟨curtains to ~ up the room⟩ ⟨once carefully tended gardens . . . have been hurriedly *prettied* up —Joseph Wechsberg⟩

**pretty-by-night** \'===¦=\ n : FOUR-O'CLOCK 1a

**prettyface** \'==,=\ n **1** : a Californian herb (*Triteleia ixioides*) sometimes cultivated for its delicate yellow, purple-tinged flowers **2** *Austral* : WHIPTAIL

**pret·ty·ish** \'prid·ēish\ *adj* : rather pretty

**pret·ty·ism** \-ē,izəm\ n -s : affectation or prettiness in style or manner; *also* : an instance of such affectation

**pretty nancy** n, *usu cap N* [*pretty* + *Nancy* (feminine name)] : LOBEL'S CATCHFLY

¹**pretty-pretty** \¦==¦==\ n [redupl. of ¹*pretty*] : a useless ornament : KNICKKNACK

²**pretty-pretty** \"\ *adj* [redupl. of ¹*pretty*] : aiming at prettiness for its own sake : inanely or inappropriately pretty

**pre·tuberculous** or **pre·tubercular** \¦prē+\ *adj* [*pre-* + *tubercular* or *tuberculous*] **1** : preceding the development of lesions definitely identifiable as tuberculous **2** : likely to develop tuberculosis ⟨undernourished and ~ children⟩

**pre·typify** \(')prē+\ *vt* [*pre-* + *typify*] : to typify earlier : PREFIGURE

**pret·zel** \'pretsəl\ n -s [G *brezel*, fr. OHG *brezitella*, fr. (assumed) ML *brachiatellum* (whence It *bracciatello* ring-shaped bun), fr. L *brachiatus* having branches like arms (fr. *brachium* arm + *-atus* -ate) + *-ellum* -el; perh. fr. the likeness in shape to a pair of folded arms — more at BRACE] : a brittle glazed and salted cracker made of a rope of dough typically twisted into a form resembling the letter B

pretzel

**pre·umbonal** \¦prē+\ *adj* [*pre-* + *umbonal*] : situated before the umbones of a bivalve shell

**preux** \'prə̄\ *adj* [F, fr. OF *prod, prud, prous* good, capable, valiant — more at PROUD] : CHIVALROUS, GALLANT ⟨while one wants on all occasions to do the ~ thing —P.G.Wodehouse⟩

**preux che·va·lier** \-shə,val'yā\ n [F] : a gallant knight : chivalrous fighter

**prev** *abbr* previous; previously

**pre·vail** \prē'vāl, prə'-, *esp before pause or consonant* -āəl\ *vi* -ED/-ING/-S [ME *prevailen*, modif. (prob. influenced by ME *vailen* to avail) of L *praevalēre* to be more able, prevail, fr. *prae-* pre- + *valēre* to be strong — more at WIELD, VAIL] **1** *obs* : to grow strong : increase in vigor **2** : to gain victory by virtue of strength or superiority : win mastery : TRIUMPH — used with *over* or *against* ⟨gates of hell shall not ~ against it —Mt 16:18 (AV)⟩ ⟨the ungodly o'er the just ~*ed* —Robert Burns⟩ **3** : to be or become effective or effectual : be successful ⟨the temptation to exploit consumers . . . usually ~*s* unless it is curbed —T.W.Arnold⟩ **4** : to urge one successfully : succeed in persuading or inducing one — used with *on, upon,* or *with* ⟨could not ~ with her to dance with him again —Jane Austen⟩ ⟨she was ~*ed* upon to sing for the company⟩ **5** *obs* : AVAIL ⟨nothing ~*s*, for she is dead —Christopher Marlowe⟩ **6** : to be or become common or widespread : be frequent : PREDOMINATE ⟨link between obsolete forms of life and those which generally ~ —Thomas Hardy⟩ **7** : to be or continue in use or fashion : OBTAIN, PERSIST ⟨a custom that still ~*s* among us⟩ ⟨unable to buy at the prices now ~*ing*⟩ **syn** see INDUCE

**pre·vail·ance** \-ālən(t)s\ n -s [*prevail* + *-ance*] : PREVALENCE

**prevailing** *adj* **1** : having superior force or influence : EFFICACIOUS ⟨the ~ doctrine of the age⟩ **2 a** : most frequent ⟨windows facing the ~ wind⟩ **b** : generally current : COMMON ⟨adapted a loose structure of ~ ideas to the needs of his own temperament —M.D.Geismar⟩

**syn** PREVAILING, PREVALENT, RIFE, CURRENT can apply to what is in general or wide circulation or use or what exists generally, especially in a given place or time. PREVAILING applies to what is predominant or widespread beyond others of its kind or class at a time or place indicated, implicit, or assumed to be the present ⟨the *prevailing* point of view among farmers⟩ ⟨the *prevailing* tendency to obliterate the dividing lines between all the arts —J.L.Lowes⟩ ⟨the predominant English taste, the *prevailing* English authority, of his time —H.L.Mencken⟩ ⟨anyone acquainted with the literature of the first decade after the war must have noticed a *prevailing* tone of disgust —C.D.Lewis⟩ PREVALENT applies to what is general or common over a given area at a given time, stressing less than PREVAILING an implicit comparison with other things of the same kind or class ⟨confined by the classical tradition still *prevalent* in their time —Huntington Hartford⟩ ⟨a *prevalent* feature in these compositions was a nursed and petted melancholy —Mark Twain⟩ ⟨this custom is similar to customs *prevalent* in different parts of Europe —K.D.Upadhyaya⟩ ⟨the disease is most *prevalent* in countries where there are large populations of both sheep and dogs —L.K.Whitten⟩ RIFE adds to PREVALENT the idea of great abundance or rapid spread by increase ⟨when cutthroat competition was *rife* in most industries —*Textbooks in Education*⟩ ⟨for slavery of all kinds was *rife* throughout the island —Alan Villiers⟩ ⟨disease was once more *rife* in the herds —*Farmer's Weekly (So. Africa)*⟩ ⟨literary production is *rife* in Puerto Rico —R.M.Lovett⟩ CURRENT applies especially to something that changes with time and implies existence or prevalence at the time specified or understood, chiefly the present ⟨the present vogue of racialism in the West, however, has really little to do with *current* scientific hypotheses —A.J.Toynbee⟩ ⟨caught in the drift of *current* social thinking —C.A. & Mary Beard⟩ ⟨resisted the temptation to use phrases that are merely *current* usage —L.A.Weigle⟩

**pre·vail·ing·ly** *adv* : most frequently : most commonly ⟨how far our researches are preferably individual, as they have ~ been —F.N.Robinson⟩

**pre·vail·ing·ness** n -ES : the quality or state of being common, frequent, or predominant

**prevailing westerlies** n *pl* : the average or normal westerly winds of the middle latitudes

**pre·vail·ment** \-lmənt\ n -s : power to prevail or dominate : VICTORY

**prev·a·lence** \'prev(ə)lən(t)s\ *also* **prev·a·len·cy** \-nsē, -si\ n, pl **prevalences** *also* **prevalencies** [*prevalence* fr. F *prévalence* superiority, fr. LL *praevalentia* greater power, fr. L *praevalent-, praevalens* (pres. part. of *praevalēre* to be more able, prevail) + *-ia* -y; *prevalency* fr. LL *praevalentia*] **1** : the quality, condition, or fact of being prevalent : frequent occurrence : general or widespread acceptance, usage, or dissemination ⟨the ~ of burglaries⟩ ⟨~ of radios⟩ ⟨~ of rumors⟩ **2** : the degree to which something (as a disease, an infective agent) is prevalent; *sometimes* : the percent of a population being studied that is affected with a particular disease at a given time

¹**prev·a·lent** \-nt\ *adj* [L *praevalent-, praevalens*, pres. part. of *praevalēre* to be more able, prevail — more at PREVAIL] **1** *archaic* : POWERFUL, POTENT, INFLUENTIAL, EFFICACIOUS **2** : being in ascendancy : VICTORIOUS, DOMINANT ⟨law schools with a nominal college affiliation . . . became the ~ type —W.C.Mallalieu⟩ **3** : generally or widely accepted, current, practiced, or favored : generally or extensively existing : WIDESPREAD ⟨places where malaria is ~⟩ **syn** see PREVAILING

²**prevalent** \"\ n -s : something prevalent

**prev·a·lent·ly** *adv* : very frequently : most frequently or commonly : PREVAILINGLY

**pre·var·i·cate** \prē'varə,kāt prə'- *also* -ver-, *usu* -ād·+V\ *vb* -ED/-ING/-S [L *praevaricatus*, past part. of *praevaricari* to walk crookedly, collude, fr. *prae-* pre- + *varicare* to straddle, fr. *varicus* having the feet spread apart, fr. *varus* bent, knock-kneed; prob. akin to OE *wōh* crooked, OHG *winkil* corner, *wado* calf of the leg, ON *vǫtlivi* muscle, Goth *unwāhs* blameless, L *vatius* bowlegged, *vagus* wandering, Skt *vañcati* he goes crooked, *vaṅgati* he limps, and perh. to Skt *ūru* thigh; basic meaning: bending] *vi* **1** *obs* : to swerve from regularity or rectitude : go astray **2** : to deviate from the truth : speak equivocally or evasively : LIE **3** *law* : to deviate from duty and probity: as **a** *Roman & civil law* (1) : to conceal a crime (2) : to collude with the opposing party to an action in making a sham accusation or defense **b** *Old English law* (1) *of an informer or defendant* : to collude in order to conduct a sham prosecution (2) : to violate a trust secretly ~ *vt* **1** *obs* : TRANSGRESS **2** *obs* : PERVERT **syn** see LIE

**pre·var·i·ca·tion** \=,=='kāshən\ n -s [ME *prevaricacioun* deviation from duty, fr. LL *praevarication-, praevaricatio*, fr. L, collusion, fr. *praevaricatus* (past part. of *praevaricari*) + *-ion-, -io* -ion] **1** : the act or an instance of prevaricating; *esp* : a perversion of or a deviation from the truth **2** : a statement that deviates from or perverts the truth; *often* : LIE ⟨the august tribunal of the skies, where no ~*s* shall avail —William Cowper⟩

**pre·var·i·ca·tive** \=¦==,kād·iv, ,kəd-\ *adj* : tending to prevaricate ⟨~ writers⟩

Case 3:17-cv-00652-KDB-DSC Document 43-12 Filed 10/29/18 Page 27 of 27