UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SNYDER'S-LANCE, INC. and<br>PRINCETON VANGUARD, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:17-CV-00652 |
| v. | ) | |
| | ) | |
| FRITO-LAY NORTH<br>AMERICA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**INDEX OF EXHIBITS TO DECLARATION OF ELLIOT BEAVER**

Exhibit 1   Pretzel Crisps Twitter Search
Exhibit 2   Hashtag Twitter Search