# EXHIBIT 1

## Part 1



🐦 **Home**    ⚡ **Moments**

pretzel crisps since:2018-10-01 ui 🔍

Have an account? **Log in ▾**

# pretzel crisps since:2018-10-01 until:2018-10-24

Top    Latest    People    Photos    Videos    News    Broadcasts

## Search filters · Show

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

### New York trends

**Cesar Sayoc**
413K Tweets

**Mitchell Robinson**

**Steve Kerr**

**Noah Vonleh**

**Christopher Wray**
8,741 Tweets

**Cesar Altieri**
21.2K Tweets

**#AmericanVandal**
1,468 Tweets

**Hugh Hewitt**
7,949 Tweets

**FBI Director Wray**
25.5K Tweets

**Frank Ntilikina**

© 2018 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info

**Jeff** @GoldmanJeff · Oct 23
Replying to @KyleWoestmann92
Snack Factory **Pretzel Crisps** are a solid choice, and versatile (dips).  Gluten Free version is extra crunchy.

💬        ⟲

**Pretzel Crisps®** @PretzelCrisps · Oct 23
Replying to @Brittneyfergie
Thank you for the love! We have shared your feedback with the team but please be sure to let them know here: slletsconnect.com/pretzel-crisps/ so we can make this right!

💬        ⟲

**scarywomanvoter** @cestlah · Oct 23
Avoid:
Snyder's of Hanover, Lance, Kettle Brand, KETTLE Chips, Cape Cod, Snack Factory **Pretzel Crisps**, Pop Secret, Emerald and Late July; Pepperidge Farm cookies and Goldfish crackers; Arnott's, Kjeldsens and Royal Dansk biscuits; V8 beverages; Bolthouse Farms etc

> **Kenneth P. Vogel** ✔ @kenvogel
> Vice President of Government Affairs for @CampbellSoupCo @johnston_kelly (a former Secretary of the US Senate under Bob Dole) spreading conspiracy theory about @GeorgeSoros' @OpenSociety planning…

Show this thread

💬        ⟲ 1        1

**White Male but Spooky** @arstotzka77 · Oct 23
Replying to @PretzelCrisps
Definitely not pretzels

💬        ⟲

**Memory Bostwick** @MemoryB · Oct 23
@PretzelCrisps found these at my local Dollar Tree and my life may never be the same.  Now I have to go back and buy out the store.

Case 3:17-cv-00652-KDB-DSC    Document 44-2    Filed 10/29/18    Page 2 of 35

https://twitter.com/search?f=tweets&vertical=default&q=pretzel%20crisps%20since%3A...    10/26/2018







Home Moments

pretzel crisps since:2018-10-01 ur

Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

1

**Hol** @hollydotray · Oct 23
I rarely go into Lidl but when I do, they amaze me...some small apple juice cartons, a giant **pretzel**, some biscuits, a bottle of water and a bug pack of **crisps** for £2.75!!

3

**Pretzel Crisps®** @PretzelCrisps · Oct 23
The #playoffs are here, so who will be crowned the champ?! **#PretzelCrisps** snacks, of course!

3

**patheticgirl43** @lizarxe · Oct 22
picture this: me, in my kitchen with the lights off, shoveling hummus and **pretzel crisps** in my mouth while putting chik'n nuggets in the oven. at 11:41pm

7

**Mexicouponers** @mexicouponers · Oct 22
Snack Factory **Pretzel Crisps** ONLY $1.25 at Kroger (Reg $3.49)
mexicouponers.com/snack-factory-...

Home Moments

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

**brittneyfergie** @Brittneyfergie · Oct 22
@PretzelCrisps I seriously loveeee your pretzels. But you need to work on the packaging. Majority of my bags are always crumbles. Hard to dip them!
#bestsnack

1 1

**Unwise Gamgee** @LimbergRyan · Oct 22
I left my bag of **Pretzel Crisps**® open overnight now they **Pretzel** Crunches®
F U C K

1

**Pretzel Crisps®** @PretzelCrisps · Oct 22
The spiders don't bite but the flavor sure will! #Halloween2018
instagram.com/p/BpPX76TDqWR/...

1 1

**Jodi Danen, RDN** @JodiDanenRD · Oct 22
Living in Green Bay, Wisconsin, it's nealry impossible not to be a football fan.

It's in our blood, people here like to say we bleed green and gold. If you follow football... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

**Pretzel Crisps®** @PretzelCrisps · Oct 22

Apple. Cheesecake. Coffee. This #dessert is checking ALL of the boxes.
#FallFlavors #PretzelCrisps ow.ly/R1aJ30mcm0d

**Pete** @Pete_zah931 · Oct 21
Sesame flavor @PretzelCrisps are straight fire. Get them, eat them, you're welcome.

**snacks** (˘ ˘) @croissantmom · Oct 21
AHH...Stahhp. I coulda dropped mah **Pretzel Crisps**, Banana Rolls, and Ring Pop

**Kay Watson** @Kaylore · Oct 21
Perfect lunch: @ArlaFoodsUS Mediterranean Garden cream cheese spread & orginal @PretzelCrisps

**Pretzel Crisps®** @PretzelCrisps · Oct 21
Jalapeño poppin' x2 this #FootballSunday! What are you snackin' on for game day? #PretzelCrisps

**Shaun Beesley** @shbees · Oct 20
@PretzelCrisps happy halloween

Case 3:17-cv-00652-KDB-DSC    Document 44-2    Filed 10/29/18    Page 5 of 35





**Top**   Latest   People   Photos   Videos   News   Broadcasts

Oct 20

A few of you lucked out on the last **pretzel** jig – here's another

(3 Pack) Snack Factory **Pretzel Crisps** Sourdough, 7.2 Oz, 12 Ct

bit.ly/2S4z5TZ

1

**Cage 'em Travis** @rocknrollsoapbx · Oct 20
I love **Pretzel Crisps**, but too many of them break into too-small-to-scoop-hummus pieces. How can I use these small pieces? As breadcrumbs? In salmon patties? Very tempted to try!

2

**Strawknee** @AndyStraughan · Oct 20
Number 3, this one is up to 6.5%

I've had a pack of jalapeño **pretzel crisps** for lunch so I should be fine.....













Home Moments pretzel crisps since:2018-10-01 ui Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

2

Show this thread

**kelly** @bellykeach · Oct 20
brb gonna get common law married to this specific bag of garlic parmesan **pretzel crisps**

1

**Pretzel Crisps®** @PretzelCrisps · Oct 20
Savory snacking MOOD: feta cheese + Sea Salt & Cracked Pepper **#PretzelCrisps**

2 4

**Mirella Veloso** @Mi_veloso · Oct 20
**Pretzel crisps** with white chocolate and peppermint are the thing I never knew I needed, except they use the salted pretzels and cover them. Why, why? :(

**Pretzel Crisps®** @PretzelCrisps · Oct 20
Replying to @thibodeauxkorey
We like your style!

Home Moments pretzel crisps since:2018-10-01 ur Have an account? **Log in**

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

**ko** @thibodeauxkorey · Oct 19
@PretzelCrisps hi i need a lifetime supply of your buffalo wing flavor **crisps** plz and thx!:)

1

**Grocery Outlet** @StanwoodGO · Oct 19
Snack Factory **Pretzel Crisps** are $1.99 ea. at the Grocery Outlet in Stanwood.

While supplies last.

Another reason to Shop us FIRST and SAVE MORE

#stanwood #stanwoodwashington... instagram.com/p/BpIVRMyh_6x/...

**Pretzel Crisps®** @PretzelCrisps · Oct 19
What flavor are you snacking on this season!? #Fall #**PretzelCrisps**
instagram.com/p/BpHkvdaj7GT/...

1 3

**Pretzel Crisps®** @PretzelCrisps · Oct 19
Step 1: Mix the ingredients
Step 2: Delight your guests with this spooky spider #dip! #**pretzelcrisps**
ow.ly/GnD830mclS6

2 1

**JimGar** @crimson_moon69 · Oct 19
This '**Pretzel Crisps**' are really good, especially with some hummus.
#snackfactory #**pretzelcrisps** #snack #food #yum #delicious #**pretzel**
instagram.com/p/BpH2SuOhF_1/...

**nature gal helen** @heplen · Oct 19
Replying to @ColinJCarlson
i discovered the game-changing combination of everything bagel flavored **pretzel crisps** and cream cheese.

1 4

**chloe** @chloexcvii · Oct 19
ok now some **pretzel crisps**. All the dogs in these videos are so cute because the fam is so excited and they are just like jumping around. Also someone's mom was like "I thought you were just fat" also the dads on here are cute

Home Moments

pretzel crisps since:2018-10-01 ui

Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

4

Show this thread

**Schamtoo** @Schamtoo · Oct 18
Lately:
1. Grapes
2. **Pretzel Crisps** with peanut butter
3. Hummus and everything
4. Ruffles cheese and onion potato chips
5. Zergs

> **EspantaLos** @carlosfixesall
> Replying to @Schamtoo
> Snacks

1

**courtneyy** @baesonnn · Oct 18
i love hummus and **pretzel crisps** period

2

**Kyle Coyote** @KCoyote123 · Oct 18
Replying to @PretzelCrisps
Photo didn't load, and I interpreted it as "is it possible babies taste as good as they look?"

**Shanna** @PinaCocoblog · Oct 18
We love **pretzel crisps**, but if I handed these out in lieu of candy - my house would get egged, pumpkins smashed etc.

> **Pretzel Crisps®** @PretzelCrisps
> What's on your #Halloween treat list?

Home Moments pretzel crisps since:2018-10-01 u Have an account? **Log in**

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Oct 18
What's on your #Halloween treat list?

1 4 12

**Pretzel Crisps®** @PretzelCrisps · Oct 18
Replying to @ItalkTV2
Find the full recipe here!

**Spooky Spider Dip - Pretzel Crisps®**
Make this recipe with guacamole, salsa, sour cream, and Snack Factory® Pretzel Crisps® for a spooky Halloween dip sure to be a party pleaser.
pretzelcrisps.com

1

**free drew** @andrewlambert_9 · Oct 17
Replying to @versxcesocks
her hips so flat they lookin like **pretzel crisps** homie

1 1

**I talk TV** @ItalkTV2 · Oct 17
Replying to @PretzelCrisps
What's the actual recipe though ? Is that cream cheese? And what's the orange seasoning ? Lol

1

**Pretzel Crisps®** @PretzelCrisps · Oct 17
We're all about snacking #onthego #rethinkyourpretzel
instagram.com/p/BpCbqqeDdqJ/...

4

@yosoynyah · Oct 17
Them **pretzel crisps** boi.

**Michaela Copenhaver** @lightweighteats · Oct 17
How many pretzels is too many pretzels? Note: I have a 1.75 lb bag of **pretzel crisps**.

Home Moments pretzel crisps since:2018-10-01 ur Have an account? **Log in**

**13%** > 1.75 pounds

**25%** < 1.75 pounds

62% "ordinary pretzels" ONE

8 votes • Final results

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

---

**lola** @LolllaaaM · Oct 17

I really wish I would've never bought these siracha lime **pretzel crisps** cuzzzz uhhh let's just say the bags almost gone

1

Show this thread

---

**Blanche Everheaux** @SupDre · Oct 17

These aren't even morning snacks. It's like blue cheese and **pretzel crisps**.....

1

Show this thread

---

**Pretzel Crisps®** @PretzelCrisps · Oct 17

Fall flavors that we can all get behind! Like butternut squash and sweet potato! **#PretzelCrisps**

2 8

---

**Angela Fountain** @TrumpNation74 · Oct 17

Replying to @PretzelCrisps

Yum! Xo

---

**Jacob Gershman** @jacobgershman · Oct 17

Replying to @mikeyfuntime

A 5 rating is very challenging. It helps to give drivers snacks, remembering which ones prefer Doritos, **Pretzel Crisps**, string cheese or jerky. If there's gridlock on FDR, tell the driver you're happy to hop out in the middle of the highway. Sobbing/begging works on some too.

---

**Jodi Danen, RDN** @JodiDanenRD · Oct 16

#sponsored This layered taco dip recipe has fewer calories and fat compared to other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @pretzelcrisps
@latejulyorganic #gamedayappetizer #tacodiprecipe

Have an account? Log in ▾

🐦 Home    ⚡ Moments

# pretzel crisps since:2018-10-01 until:2018-10-24

Top    Latest    People    Photos    Videos    News    Broadcasts

**Haley Cook** @h_cook24 · Oct 16
Peanut butter & **pretzel crisps** are 🙌🙌🙌
💬        ⟲              1

**Create Kids Club** @createkidsclub · Oct 16
#sponsored This layered taco dip recipe has fewer calories and fat compared to
other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @pretzelcrisps
@latejulyorganic #gamedayappetizer #tacodiprecipe

💬        ⟲

**costco_carts** @CartsCostco · Oct 16
Weider Red Yeast Rice Plus 600 mg, Mature Holland Gouda From Holland,
Kirkland All Chocolate Mix, Snack Factory Organic **Pretzel Crisps**
💬        ⟲

**Jae** @jaebird__ · Oct 16
I ate a whole container of hummus w **pretzel crisps** last night and the only thing
I'm sad about is that I'm now out of hummus
💬   1     ⟲              9

**Rachell Thibodeaux** @Mitshellroro · Oct 16
Replying to @PretzelCrisps @ULTconnect and 2 others
Thank you I emailed them. @ULTconnect @msrobynxo
💬        ⟲              1



🐦 Home   ⚡ Moments

pretzel crisps since:2018-10-01 u...   🔍

Have an account? Log in ⌄

Oct 16
Replying to @Mitshellroro @ULTconnect and 2 others

Thank you for reaching out! Please be sure to speak with our team at
bletterman@snyde.... [...]

💬 1                          ⟲                          2

**Olivia Benson**  @hoelivia__ · Oct 16
Buffalo **pretzel crisps** with spinach artichoke dip is an undefeated combo 🖐️

💬                          ⟲

**lola** @LolllaaaM · Oct 16
**Pretzel crisps** are sooooo addicting omg I can eat the whole bag

💬                          ⟲                          2

**Rachell Thibodeaux** @Mitshellroro · Oct 16
Replying to @PretzelCrisps

We would love to work with you. We can desperately use your help in the
hurricane relief efforts. Please reach out to me. We have distribution, volunteers,
and boots on the ground in several locations. We would love to distribute this
with @ULTconnect @OpBBQRelief @TysonFoods

💬 1                          ⟲                          2

**Pretzel Crisps®** @PretzelCrisps · Oct 16
We know #Halloween 🎃 is right around the corner but with #PretzelCrisps
snacks like these, there's no need to be scared!

💬                          ⟲ 6                          107

**SARA SINGER** @Sara_Singerr · Oct 15
Unpopular opinion: **pretzel crisps** are 10x better than any chip out there

💬 1                          ⟲ 1                          3

-,` ǝɯɐu ʎllɐ `- @sweetenedally · Oct 15
Replying to @spookyariana_

true. and honestly ?? i could totally began because i loooove vegan food... & i
could totally survive off of hummus and **pretzel crisps** for the rest of my life to be
honest !

💬                          ⟲                          3

**MT** @state_ofMontana · Oct 15
Replying to @codee_colby

U ever try the buffalo flavor **pretzel crisps**?

💬                          ⟲



Twitter  Home    Moments

pretzel crisps since:2018-10-01 u    Have an account? Log in

## pretzel crisps since:2018-10-01 until:2018-10-24

Top    **Latest**    People    Photos    Videos    News    Broadcasts

**Pretzel crisps** and hummus!

That's it. That's the tweet.

☐ 1    ↻ 1    5

**aleka** @aamijo · Oct 15
Replying to @PretzelCrisps
Omg I wanna make this one for my aunts Saturday!!

☐    ↻

**Pretzel Crisps®** @PretzelCrisps · Oct 15
The flavor you never knew you needed in your life. #PretzelCrisps
instagram.com/p/Bo9LpDWDxLr/...

☐    ↻ 1    3

**Create Kids Club** @createkidsclub · Oct 15
Living in Green Bay, Wisconsin, it's nearly impossible not to be a football fan.

It's in our blood, people here like to say we bleed green and gold. If you follow
football... bit.ly/2F1PKQG #timetocrunch @pretzelcrisps @latejulyorganic
#gamedayappetizer #tacodiprecipe

☐    ↻

**Mr. Spoopy! #TwitchLDN**    @MrCraiggy · Oct 15
Replying to @benjamin_sabin
I signed off the majority of my paperwork for my new job today so am now in the
"pre-employment" stage.
I now have sweet potato **crisps** and a **pretzel**.

☐ 1    ↻    1

**Pretzel Crisps®** @PretzelCrisps · Oct 15
Keep it simple, Sugar. That's Cinnamon Sugar to you. #PretzelCrisps











Home Moments

pretzel crisps since:2018-10-01 ui

Have an account? **Log in**

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

5

**brittany cook** @brittanyyycook · Oct 14

All I want to eat are buffalo style **pretzel crisps**. Please send them to me I need them or I'll die.

1

**c h r i s s y** @NievesChrissy · Oct 14

My favorite hobbies include pretending to serve attitude but hiding in my room and eating **Pretzel Crisps** and crying to the Happily Ever After fireworks show in Disney.

2 8

**Amber Castle** @msnascarjr88 · Oct 14

Replying to @PretzelCrisps

@benrhodes

**Paul o Armijo** @Armijoo187 · Oct 14

Replying to @PretzelCrisps

These are the bomb

2

**Pretzel Crisps®** @PretzelCrisps · Oct 14

Versatility means having pumpkin for an appetizer OR a dessert! Like pumpkin soup OR pumpkin pudding! **#PretzelCrisps**

Home Moments

pretzel crisps since:2018-10-01 ui

Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

5

**Pretzel Crisps®** @PretzelCrisps · Oct 14
Replying to @brittthеartist
Thanks for the love, Brittany! We have tons of recipes coming your way. Be sure to check out all the recipes listed on our site!

1

**Pretzel Crisps®** @PretzelCrisps · Oct 14
Replying to @laurydeanne @Costco
Enjoy!

1

**n∞t** @renateableposts · Oct 14
*shoves **pretzel crisps** into my mouth* I'm just tryna feel somethin

7 12

**k ∘** @grunxealien · Oct 14
the best pretzels are the **pretzel crisps**. hands down

3

**Alexia Golden** @Alexia_g03 · Oct 14
I've gone a whole month without animal crackers, **pretzel crisps**, and Kraft Mac and cheese. Didn't think I'd make it this far but here I am.

9

**liz** @EDoerrman · Oct 13
I'm sitting here eating **pretzel crisps** with hummus while watching Law&Order SVU. It's getting lit tonight ladies

1 1

**Brittany Monique** @brittthеartist · Oct 13
Replying to @PretzelCrisps
Can't wait for your Christmas treats recipes! And please make some vegan/vegetarian recipes; I love your **crisps** with hummus!

1

**Ty Currency $ymbol** @Whyte_Tyger · Oct 13
Replying to @grant_ksu
rods, **crisps**, twists. basically anything that's not a soft **pretzel**

1 1

**Tony D.** @tonypdickinson · Oct 13

Home Moments

pretzel crisps since:2018-10-01 ur | Have an account? Log in

Replying to @fcuk81v4 @its_immie

Just not a **pretzel** person. Either, pork scratchings or salt n vinegar **crisps** for me.

1 3

# pretzel crisps since:2018-10-01 until:2018-10-24

Top | Latest | People | Photos | Videos | News | Broadcasts

**Laury Deanne** @laurydeanne · Oct 13

Replying to @PretzelCrisps

I just purchased the **#PretzelCrisps @PretzelCrisps** #DarkChocolate and #mint flavored ones from #Costco @Costco and these taste unbelievably delicious!!!

1 1

**Pretzel Crisps®** @PretzelCrisps · Oct 13

Celebrate the season with this pumpkin pie bite! Top Cinnamon Sugar **#PretzelCrisps** with pumpkin butter #yum

1

**amanda misses 5sos** @lilsquishycal · Oct 13

All I've eaten today is a bagel, small bag of those skinny pop things, some **pretzel crisps**, strawberries, & a slice of pizza. We love a well fed queen

1

**skinny b(w)itch** @romanticdead1 · Oct 12

yo i only ate some chopped apples and **pretzel crisps** today and burned it off at work fwm

4

**Shrimp** @PrincessShrimp · Oct 12

**Pretzel Crisps** are delicious

**damn we spo0py out here beech** @LexieMari333 · Oct 12

Replying to @itsroblaw

The **pretzel crisps** take it to an entirely different level. No but really, I love it. It looks so comfy but super stylish as well.

1 2

**Pretzel Crisps®** @PretzelCrisps · Oct 12

Mini pizza bites, we can never say no! instagram.com/p/Bo1i4W3DfOO/...

1 1

**Mel** @melgotserved · Oct 12

Replying to @tvobservatory

Oh then just **pretzel crisps** with hummus

Home Moments

pretzel crisps since:2018-10-01 ur | Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** @PretzelCrisps · Oct 12
Fall snacks at the ready! #PretzelCrisps

5 6

**Mel** @melgotserved · Oct 12
Replying to @tvobservatory
Melt chocolate, dip **Pretzel Crisps**, sprinkle with candy, sprinkles, etc?

1

**Chantiiii** @queenchantiii · Oct 11
**Pretzel crisps** & ranch dip

**Pretzel Crisps®** @PretzelCrisps · Oct 11
Replying to @munky15
Thank you for the love! We will definitely pass your feedback along to the team to consider!!

**Recipe Farm** @RecipeFarm · Oct 11
Dark Chocolate and Peppermint **Pretzel Crisps** Brownie Trifle
recipefarm.net/recipe/dark-ch...

**Jessica Stephens** @munky15 · Oct 11
Replying to @PretzelCrisps

Noooo!! Please bring them back, they're so addictive!

# pretzel crisps since:2018-10-01 until:2018-10-24

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

💬 1   🔁

**Matt Turse** @TeamTurseRacing · Oct 11                                    ⌄
Replying to @benrhodes @jediyoda9008 and 3 others

Very cool that people reach out to do this! Our little race team reaches out to
potential sponsors everyday, so for a potential sponsor to do the reaching out is
incredibly cool. We need more small businesses to do this!!

💬   🔁   2

**KU Bookstore** @KUBookstore · Oct 11                                      ⌄
Does your stomach keep growling in the middle of lecture? Well we know just the
cure! Swing by your nearest #HawkShopKU location and get @PretzelCrisps for
20% off to soothe your afternoon cravings. 🗨🐦 #HealthyHitsKU #HealthyHawks

💬   🔁   1

**Pretzel Crisps®** @PretzelCrisps · Oct 11                                 ⌄
Replying to @munky15







Hi there, there is no current distribution of this flavor! Your best shot might be some remaining product at Walgreens! We will let you know when and if they are back on the shelves.

# pretzel crisps since:2018-10-01 until:2018-10-24

**Pretzel Crisps®** @PretzelCrisps · Oct 11
Just a few steps stand between you and apple cheesecake trifles! Yes, you heard right. #dessert ow.ly/v09P30lY8mJ

1

**Ashley Rockwell** @ashrockwell · Oct 10
I'm watching The Office while drinking wine and eating **pretzel crisps** with guac while Corry and the kitten are snuggled up sleeping. This life ain't too damn bad and I'm grateful for it everyday

1

**Mary** @maloober_ · Oct 10
Replying to @Brettspeare
every night my *mega* fit and healthy roommate travels for work is a night I eat an entire bag of **pretzel crisps** with peanut butter as a meal

1 3

**Marina WatanaBOO** @marinashutup · Oct 10
Replying to @SadistHailey
Idk what brand but those would fall under **pretzel crisps** imo

1 1

**Ben Rhodes** @benrhodes · Oct 10
Replying to @jediyoda9008 @TitosVodka and 2 others
The more the merrier. We are all about great partnerships and making sure everyone is winning on and off the track!

1

**Andy Froehlich** @jediyoda9008 · Oct 10
Replying to @benrhodes @TitosVodka and 2 others
Actually my business is looking to join in the fun & would love to look at partnering up and sponsoring you as well!

1 1

**Jessica Stephens** @munky15 · Oct 10
@PretzelCrisps Do you have a list of where I can buy the gluten free dark chocolate minis? The website just gives a general list of where to buy your products, but not who carries the gluten free version (the vast majority that I've check do not). Thanks!

Home Moments

pretzel crisps since:2018-10-01 ui

Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

1

**Ben Rhodes** @benrhodes · Oct 10
Replying to @jeilyoda2008
Here are some brands that I really like! @TitosVodka @ThorntonsInc @PretzelCrisps, Grippos

1 2

**Pretzel Crisps®** @PretzelCrisps · Oct 10
Celebrate #PumpkinSZN with this #dessert no one will be able to resist! ow.ly/PNLJ30lY8p0

2 2

**Pretzel Crisps®** @PretzelCrisps · Oct 10
BOO! Don't be scared, it's #snacktime instagram.com/p/BowTIpjDEE5/...

**shea | 𝕃𝕐** @jeongguks_ot7 · Oct 10
i was hungry before i went to bed, so i got a little late night snack of **pretzel crisps** and hummus to dip them in and some grapes.

well i fell asleep mid eating and i just found half my phone completely submerged into the hummus.

**Kendall Perry** @Kendall_Perry · Oct 9
I am CRAVING everything **pretzel crisps**

**Silvia Vanni** @MysticForceFdnt · Oct 9
Love @PretzelCrisps !

> **Pretzel Crisps®** @PretzelCrisps
> Follow Pretzel Crisps® now if you're ready to start snacking better!

1

**Justin Gabbard** @justingabbard87 · Oct 9
Replying to @PretzelCrisps
If you feel the need to send me a bag of them I can provide an address! #prettyplease

**Justin Gabbard** @justingabbard87 · Oct 9

Replying to @PretzelCrisps

It's my go to snack! My favorite from you guys! I work at Walmart and we don't carry that flavor!

**Pretzel Crisps®** @PretzelCrisps · Oct 9
Replying to @justingabbard87

This flavor can be tricky to find but Sam's tends to have them on hand! You can also check your local Walmart or Target for this flavor!

2        1

**Pretzel Crisps®** @PretzelCrisps · Oct 9
Take a bite. If you dare. #PretzelCrisps #Halloween 🕷 ow.ly/8qAZ30lY839

*Rethink your pretzel!*

2      3

**Chaniya Cross** @PINKNi · Oct 8
Replying to @YellaSunshine

**Pretzel Crisps**!!

1

**Matthew** ✓ @yimsanityy · Oct 8

FUCK ME I bought these **pretzel crisps** cause I looked at the label at the store but then I get home and see this smfh

..., SUGAR,
NATURAL FLAVO...
CORN SYRUP SOL...
ORGANIC HONEY,
AND LESS THAN 2...
OIL [AS PROCESS...

1



Twitter · Home    Moments

pretzel crisps since:2018-10-01 until:2018-10-24

Top    Latest    People    Photos    Videos    News    Broadcasts

@PretzelCrisps how come I can only get dark chocolate at sams club?
Oct 8

SALEN @okaysalena · Oct 8
Avocado, tomato and cheddar cheese on **pretzel crisps** sounds amazing right now
3

Fred @scottytoosoupy · Oct 8
**Pretzel crisps** fuckin smack
1

Misuse @A_Misuse · Oct 8
Replying to @devolore
Cause you should mix in **Pretzel Crisps**

Pretzel Crisps® @PretzelCrisps · Oct 8
Spread on the fall flavor. #Pumpkin instagram.com/p/BorgLZXjfMU/...
2

KU Bookstore @KUBookstore · Oct 8
This week's healthy hit features @PretzelCrisps!! You can get any flavor for 20% off at all Hawk Shop locations! 🔘🎥 #HealthyHit #HealthyHawks
3

Pretzel Crisps® @PretzelCrisps · Oct 8
Put your apple picking spoils to good use with these #autumn inspired bites! #PretzelCrisps





Home Moments

pretzel crisps since:2018-10-01 u Have an account? Log in

## pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

5

**GeekChef USA** @GeekChefUSA · Oct 8
RT @PretzelCrisps: Honey. Pumpkin. Butter. Yes. ow.ly/TMhq30lY7Km

**christian** @cjnixon2000 · Oct 7
I GOT HUMMUS AND **PRETZEL CRISPS** IM UNSTOPPABLE

12

**AR7** @AhmedAmirRimi · Oct 7
This graze box shit is actually good. These guys got me snacking on beetroot **crisps**, jalapeño chickpeas and cinnamon **pretzel** sticks.

**Moving to Mars** @Kismatt · Oct 7
also, garlic parmesan **pretzel crisps** are da bomb.

4

**Pretzel Crisps®** @PretzelCrisps · Oct 7
Flag on the play! Missing dipping vehicle for game day snacks! #PretzelCrisps

🐦 Home    ⚡ Moments

# pretzel crisps since:2018-10-0...

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

💬    🔁 2    ♡ 8

**Gina Cangin** @GinaCangin · Oct 7
Replying to @PretzelCrisps
Love them! 🖤✨
💬    🔁

**LoyaltyIsEverythingg** @Issa_Sutton · Oct 6
These **pretzel** 😵 **crisps** smaCk fr ⚫
💬    🔁

**costco_carts** @CartsCostco · Oct 6
McCormick Montreal Steak Seasoning, Kind Bar Variety Pack, Snack Factory Organic **Pretzel Crisps**, Dannon Activia Probiotic Yogurt 4 oz.
💬    🔁

**Piper The Puppy** @PiperThePuppy2 · Oct 6
I have just proven that I can climb on the couch all by myself provided that I am motivated by Snack Factory Deli Style **Pretzel Crisps**. I feel that makes me the ideal choice to be their spokesperson.









Home Moments pretzel crisps since:2018-10-01 ur Have an account? **Log in**

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

**Candace Walsh** @candacewalsh · Oct 6

Replying to @TheRealDratch

Pretzel crisps and cream cheese.

1

**Old Nerd Reviews** @OldNerdReviews · Oct 6

NEW! FRIDAY FAVORITES: Snack Factory **Pretzel Crisps** [video]
youtu.be/eeYRzlAm6bk

#pretzels #snacks #foodreviews

1

**Pretzel Crisps®** @PretzelCrisps · Oct 6

How do you like your pumpkin #dip? We're not picky, we'll take #pumpkin no matter what.

2 14

**Kaila@HealthyHelper** @Healthy_Helper · Oct 6

Have you ever seen a more perfect #snackplate ?! The deets
#vegan #peanutbutter cream cheese (recipe coming soon! )
**@pretzelcrisps**
apple slices
drizzilicious birthday cake... instagram.com/p/Bol_y1zAdko/...

1

**Matt Miller** @MillerArtworks · Oct 5

Replying to @therealredman

All the hummus on my plate
And no more **pretzel crisps**
i gotta go find something to do
I'm just talking
Not stalking
Trying to make my words rhyme
you know how it is
Whats the biz
Sitting at the bus stop

Home Moments pretzel crisps since:2018-10-01 u Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

**ghost dick** @knzowns · Oct 5
**pretzel crisps**

**elie** @foulcraft · Oct 5
a bit of light in dark times: everything bagel seasoned **pretzel** thin **crisps** exist and are absolutely delightful

7

**Rugged Refuge, LLC** @RuggedRefuge · Oct 5
SNACK FACTORY: **Pretzel Crisps** Deli Style Sea Salt & Cracked Pepper, 7.2 oz

**Pretzel Crisps®** @PretzelCrisps · Oct 5
No. Messing. Around. It's snack time! instagram.com/p/Bojdfvbgt6w/...

1 2

Home Moments pretzel crisps since:2018-10-01 u Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Oct 5
Weekend adventure? Yeah, we're about it. #PretzelCrisps #GlutenFree

2 5

**Richard** @Blubx · Oct 4
@PretzelCrisps thanks very much for the follow. Happy Friday!

**LIZZ** @_lizbef · Oct 4
hummus + **pretzel crisps** >

**Alycia** @alycia_pimentel · Oct 4
Relationship status: cuddling a bag of garlic parmesan **pretzel crisps**

4

**Fitz Lunch House** @fitzlunch · Oct 4
Special 9/4: cheddar and bacon smothered chicken breast sandwich with pesto pasta salad and chips.

I will also have be serving a hot Italian Beef sandwich.

Soup: cheesy chicken with rice

Sweets: sweet and salty peanut butter **pretzel crisps**

🦄🦄🦄

**Pretzel Crisps®** @PretzelCrisps · Oct 4
Honey. Pumpkin. Butter. Yes. ow.ly/TMhq30lY7Km

3 6

Home    Moments

han @spambamha... pretzel crisps since:2018-10-01 u...    Have an account? Log in

pretzel crisps and hummus are the food of the revolution.

pretzel crisps since:2018-10-01 until:2018-10-24

Top    Latest    People    Photos    Video    News

Pretzel Crisps® @PretzelCrisps · Oct 3
We're ready for some sweet and salty snacking. You?
instagram.com/p/BoeZVbIAjDZ/...

1

Mike Kanach @mkanach · Oct 3
Replying to @ethanjacobslaw
1. Would have to file a new application (diff goods), based on representations made.
2. Descriptive/generic refusal concerns (see eg PRETZEL CRISPS).
3. Does fraud in obtaining 1 registered trademark impact other TM applications?
4. Still have common law rights.
#trademarks #weed

1    1

Pretzel Crisps® @PretzelCrisps · Oct 3
Cozy up to fall favorites this season. #PretzelCrisps #Fall

1

Fitz Lunch House @fitzlunch · Oct 3
Special 10/3: hot Italian Beef & provolone sandwich with a side of warm giardiniera and kettle potato chips.

Soup: cheesy chicken and rice or vegetable beef

Sweets: sweet and salty peanut butter pretzel crisps

Random philosopher: Arthur Schopenhauer

🥨🥨🥨🥨🥨🥨💯👌

John Webb @JWebbd52 · Oct 2
Hey @PretzelCrisps, Thank you for the follow!

Eddie @Eddie_Illi · Oct 2
pretzel crisps and hummus...name a better duo

1







Home Moments

pretzel crisps since:2018-10-01 until:2018-10-24 Have an account? Log in

Top Latest People Photos Videos News Broadcasts

· Oct 2
Oberto Teriyaki Beef Jerky, Galbani Shredded Paremesean, Kirkland Salted Butter Solids, Snack Factory Organic **Pretzel Crisps**, Oberto Beef Pepperoni Sticks

**Heather** @HeatherMurphy89 · Oct 2
Delicious snack at work in the afternoon!! **#pretzelcrisps** blackboxnz #blackboxnz #betterlifestyleblackboxnz #betterlifestyleblackbox #itrybeforeyoubuy #productreview #review #online… instagram.com/p/Boc9ltaAFvr/…

1 1

**Mariana Loyola** @coke_isit · Oct 2
Tell me why my dumbass thought it was a good idea to eat **pretzel crisps** and the fucking library

1

Show this thread

**Maia Ito** @ito_maia · Oct 2
diet during the week: three cookies and a couple **pretzel crisps** are a meal right ? bagel for dinner ?

diet during the weekend: HoT ChEEtoS, PoPCorN, jUICe, rAmen, TACO BeLl, CoOkiEs, CeReAl, JaMBa JUIce!!! waittttt can we go out to eattttt ? nvm i'm too full to move

3

**Pretzel Crisps®** @PretzelCrisps · Oct 2
Fallin' in love with seasonal snacks. See what we did there?! **#PretzelCrisps** #FallFlavors

1 3 12

**Gwen Pudlowski** @Gwendolyn_Renee · Oct 1
I was so excited to eat my **pretzel crisps** that I bought TODAY. Then I realized why they tasted like just crisp and no **pretzel**…

Home Moments

pretzel crisps since:2018-10-01 ui

Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

8

**Pickles** @CrazyCatLeann · Oct 1
Without telling my husband what to get from the store.. he grabbed a Coke and jarlsburg dip with **pretzel crisps**. This man just gets me. 🖤

3

**Lauren Trumbauer** @laurennnkate_ · Oct 1
I've had a hummus addiction for the last 6 years of my life. Hummus with **pretzel crisps** counts as a meal, right?

4

**Sierra** @sierrafoxx · Oct 1
Buffalo wing **pretzel crisps** + roasted garlic hummus... thank me later

6

**Pretzel Crisps®** @PretzelCrisps · Oct 1
Monday remedy: eat the season's best instagram.com/p/BoZROTnD7BT/...

1

**Recipe Farm** @RecipeFarm · Oct 1
Everything **Pretzel Crisps** Crusted Pork Medallions with Sweet Maple Gravy recipefarm.net/recipe/everyth...

**ChristineCop** @ChrissyCOP80 · Oct 1

Replying to @PretzelCrisps @Target

I emailed your pr team FYI with Q

**Pretzel Crisps®** @PretzelCrisps · Oct 1

Replying to @AJudyJones

Thank you for the helpful feedback! We are passing it along to our team!

**Pretzel Crisps®** @PretzelCrisps · Oct 1

Replying to @ChrissyCOP80 @Target

Awesome, we are so glad he can enjoy!

1     1

**Pretzel Crisps®** @PretzelCrisps · Oct 1

Replying to @MMMcG03

Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can make this right!

**Judy Jones** @AJudyJones · Oct 1

Replying to @PretzelCrisps

Love your product & was excited to see cinnamon in my store. I don't think it needs to be salted for this flavor and it needs way more cinnamon flavor !

1

**Pretzel Crisps®** @PretzelCrisps · Oct 1

Trivia! What's sweet, salty, crunchy and smooth all at the same time? Check the #link for more: ow.ly/5F4i30IY7p5





Home Moments

pretzel crisps since:2018-10-01 ui

Have an account? Log in

# pretzel crisps since:2018-10-01 until:2018-10-24

Top Latest People Photos Videos News Broadcasts

2 6

**ChristineCop** @ChrissyCOP80 · Oct 1

Thank you!!! **@PretzelCrisps** look how happy you made this gluten free kid!! #celiac Found @Target

1 1

**Heather Warburton** @hawarburton · Oct 1

Monday #schoollunches Strawberries, Orange peppers, **pretzel crisps**, Colby jack cheese, mandarin oranges, prune, and dark chocolate sea salt caramel. #heathershomemadekitchen… instagram.com/p/BoZDfnQn7MB/…

**Ryan A** @RyboiMcFlyboi · Sep 30

Nothing like opening a la croix, snacking on a bowl of **pretzel crisps**, and WATCHING THE LAKESHOW #LAKERS CMON BOIZ

1 3

Back to top ↑

# pretzel crisps since:2018-10-01 until:2018-10-24

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**