# EXHIBIT 1

## Part 2





Home Moments pretzel crisps since:2018-09-01 ui Have an account? **Log in**

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Search filters** · Show

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Worldwide trends

#سبب_سهرك_للان
6,447 Tweets

#BrasilViraHaddad
184K Tweets

#TCMS5
12.3K Tweets

#وش_تفكر_فيه_الان
45.7K Tweets

#MAGABomber
415K Tweets

Cesar Sayoc
409K Tweets

Katherine Langford
2,200 Tweets

Hugh Hewitt
7,949 Tweets

Espanyol
20.5K Tweets

borja iglesias
1,754 Tweets

© 2018 Twitter About Help Center Terms
Privacy policy Cookies Ads info

**Skye Underwood** @SkyeUnderwood · Sep 29
My snacks consisted of boar's head cajun roast beef, swiss cheese, pickled okra and buffalo wing flavored **pretzel crisps**

3

Show this thread

**Book-Bosomed Lass** @BosomedBookLass · Sep 29
Replying to @moietymouse
I keep a bag of dried fruit, epic bars, and RX bars. I also keep a stash of protein powder in case I get really desperate. In the event I'm craving something salty and crunchy, I keep **pretzel crisps** around so I don't hit the vending machine for chips.

1

**etan** @EtanHeytan · Sep 29
Just as Orson Welles intended, they're giving out free **pretzel crisps** at the first public screening of THE OTHER SIDE OF THE WIND

2 22

**Elvis Presley Fans** @ElvisFansWorld · Sep 29
Replying to @dh_1973 @ViolaM123 and 15 others
Thank you

1 2

🐦 Home    ⚡ Moments

**Pretzel Crisps®** · Sep 29
Replying to @breakfastschool @jack and 2 others
We appreciate the love and support!

pretzel crisps since:2018-09-01 u... 🔍    Have an account? **Log in** ⌄

# pretzel crisps since:2018-09-01 until:2018-09-30

Top    **Latest**    People    Photos    Videos    N...

**Madalena McNeils** · Sep 29
but why is there not an express lane at costco?? some of us only came here to buy six bags of chocolate-covered **pretzel crisps** and need to make a quick escape okay

💬 3        ⟳ 1            25

**Keith Dawson** · Sep 29
.@jack @Twitter it is an absolute outrage that the beautiful @PretzelCrisps account is STILL not verified while sham snacks like @buglesofficial flaunt their check mark w/ reckless abandon.

**Pretzel Crisps®** @PretzelCrisps
Weekend plans summed up. #RethinkYourPretzel

💬 1        ⟳

**Pretzel Crisps®** · Sep 29
Weekend plans summed up. #RethinkYourPretzel

💬        ⟳            1

**Mary Jo Bell** · Sep 29
Trying to be creative for lunch. Toasted bagel topped with finlandia cheese and everything **pretzel crisps**. finlandia.cheese @pretzelcrisps #freshbagels #yum #delicious #tasty #quick #easy... instagram.com/p/BoUKBaZlpTj/...

💬        ⟳            1

**Manda.** · Sep 28
Garlic Parmesan **Pretzel Crisps** are my new addiction.

💬        ⟳ 1

**Jennie Ahlgren** · Sep 28
Everything **Pretzel Crisps** with olive tapenade hummus is a food mood

💬 1        ⟳            2

**dh_1973** · Sep 28







Home Moments

pretzel crisps since:2018-09-01 ui

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

#FF
@ViolaM123 @JennavonOy
@SitcomsOnline @bbosite
@ImEddieMoney
@lotecommunity
@DuaneEddy
@EPresleyQuotes
@ElvisPresley
@Elvis_News
@elvisfanvivian
@ElvisFansWorld
@**PretzelCrisps**
@AMHorsford
@PrimeVideo
@ofctimallen
@LastManStanding

1 3

**Pretzel Crisps®** · Sep 28
A couple steps stand between you and #snacktime
instagram.com/p/BoRgTrmjGNO/...

1

**Pretzel Crisps®** · Sep 28
Welcome to fall, apple-themed treats are what's on the menu! #**PretzelCrisps**
ow.ly/i9xV30lRdNd

3 5

**Hatsune Mike** · Sep 28
**Pretzel crisps** the og, miss me with that rold gold knockoff shit

1

**Dana** · Sep 27
Replying to @sosatooturnt_
**pretzel crisps** babe. **pretzel crisps**.

**Dana** · Sep 27
these **pretzel crisps** are the best thing thats happened to me all day.

1

**Pretzel Crisps®** · Sep 27
Replying to @ksgarner
Yum, love the hummus combo!

Home Moments pretzel crisps since:2018-09-01 u Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**The Impulsive Buy** · Sep 27
SPOTTED ON SHELVES: Snack Factory Dark Chocolate Mint Crunch **Pretzel Crisps** theimpulsivebuy.com/wordpress/2018...

3

**Pretzel Crisps®** · Sep 27
Sometimes, simple is best. Like peanut butter and **#PretzelCrisps**! #snacktime #RethinkYourPretzel

2 3

**Gina Cangin** · Sep 26
Replying to @PretzelCrisps
Omgggg I would love to try!! I love **@PretzelCrisps** they taste great with Hummus 🥨🙌🙏👌👌

1

**Kimberly Garner** · Sep 26
I would like to give a shout out to **@PretzelCrisps** for becoming my latest fav snack food. Especially w roasted red pepper hummus. My fav flavors are Garlic & Parmesan and Bacon Habenero so far...

💬 1                🔁

pretzel crisps since:2018-09-01 ui 🔍          Have an account? **Log in ▾**

🐦 **Home**    🎭 **Moments**

# pretzel crisps since:2018-~~09-01~~ until:~~2018~~-09-30

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Adam Shay**                · Sep 26
I get to lean and within a three minute interval, I'm handed a beer, **pretzel crisps**, and hummus

💬 1          🔁                        2

**Kristin Suzanne**          · Sep 26
Replying to @undaunteddd
He had me angry eating chocolate dipped **pretzel crisps**.

💬          🔁                          2

**Shu-Shu Fontana**          · Sep 26
Babybel should be ate with **pretzel crisps**, not crackers. Thanks for coming to my Ted Talk.

💬          🔁

**Otis**                    · Sep 26
This girl with a handful of **pretzel crisps** is living her best life and eating em one by one. I see you boo.

💬          🔁

**Kristin Suzanne**          · Sep 26
I have no alcohol to cope with this presser so I have resorted to angry eating chocolate dipped **pretzel crisps**.

💬          🔁                          3

**♡ ( �installᴗᴗ ) ♡**        · Sep 26
garlic hummus and **pretzel crisps** is a lifeline

💬          🔁                          1

**mike t**                  · Sep 26
I am addicted to Garlic Parmesan **pretzel crisps** again .... had a good two months

💬          🔁                          2

**Habbi Gamer**              · Sep 26
buffalo wing **pretzel crisps** are a gift from God Himself. don't @ me

💬          🔁

**Pretzel Crisps®**          · Sep 26













Home Moments

pretzel crisps since:2018-09-01 ui Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

Dessert is served. #PretzelCrisps instagram.com/p/BoMbCKzjRoB/...

1 2

**Kendall Vedder** · Sep 26
One of the best feelings is getting to eat your **pretzel crisps** when nobody is around. If you know, you know

4

**Susan Taylor** · Sep 26
Replying to @PretzelCrisps
Sounds yummy. Will be looking for them #PretzelCrisps

1

**Pretzel Crisps®** · Sep 26
Have you found our newest flavor yet?! Keep an eye out for this sweet new addition to the #PretzelCrisps fam!

2 2 5

**Momzcuizine** · Sep 26
@PretzelCrisps Thanks for the follow, following you right back!

· Sep 25
**Pretzel crisps** are so good

**Teresa Schmitt** · Sep 25
I unknowingly purchased three different types of pretzels when food shopping yesterday...oops. I love pretzels. #pretzelcrisps #buttersnaps #pretzelfishies

1

**creek** · Sep 25
I'm pigging out on peanuts and **pretzel crisps**.

1 3

**Shellyy** · Sep 25
Replying to @jmichaelgraber
I usually eat it with **pretzel crisps**. But that's probably not diet friendly

1

**em◡̈** · Sep 25
my sisters students facetimed me while I was in walmart and they asked what I was buying

Home Moments

-cold medicine and **pretzel crisps**-
a true look inside the life of a college student

pretzel crisps since:2018-09-01 u

Have an account? **Log in**

1

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Sep 25
We're all about that grab 'n go snack life **#PretzelCrisps** ow.ly/Cu5g30lRdEO

1 5

**Heather Warburton** · Sep 25
#schoollunches today: Ham & cheese sammie on a dinner roll, **pretzel crisps**, cantaloupe & grapes, cauliflower, broccoli, snap peas, and red pepper. #heathershomemadekitchen... instagram.com/p/BoJxQNyHENz/...

**Pretzel Crisps®** · Sep 25
Replying to @andrea98741308
Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can make this right!

**andrea** · Sep 25
Really? **@PretzelCrisps** bought a few of your 10 pack 1oz snack size- I received 8 packs instead of ten, 2 of which are sealed together @ $5.99! So annoying!

Home Moments

pretzel crisps since:2018-09-01 u

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

1

**Heather Ashton** · Sep 24
Why are buffalo **pretzel crisps** a thing. Like, I can't stop eating them.

**Connor Frew** · Sep 24
a commercial about sabra hummus and how its a Healthy Snack That Makes You Feel Good instead of Something I Eat An Entire Container Of Along With A Pound Of **Pretzel Crisps** And Need A Stomach Pump

1 6

**SHELBY** · Sep 24
With some **pretzel crisps** fuck yesssss

> **Joy Throckmorton** @Jdawwwg27
> I've said it before and I'll say it again, I fucking love hummus so much and if you don't fuck u

1 4

**Kathy** · Sep 24
Brushed my teeth 30 minutes ago. So naturally I've just eaten Welch's Fruit Snacks and **Pretzel Crisps**.

1 1

**Colleen Buckley** · Sep 24
The most important undergraduate research I have conducted at Bucknell is determining the least crunchy way to eat **pretzel crisps** while a professor is lecturing

17

**kel lane** · Sep 24

Home Moments

When your friend picks you up dark chocolate **pretzel crisps** from Sams

pretzel crisps since:2018-09-01 ui Have an account? **Log in**

2

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**bb ghost, OG (Original Ghost)** · Sep 24
i'm also a modern twist on an old favorite, all the flavor and crunch you love, and a wholesome snack. no wonder i love **pretzel crisps**

2 7

**msnascar** · Sep 24
Replying to @benrhodes @PretzelCrisps
Yes !

1

**Frankenrob** · Sep 24
Wtf @jare_uh_meh finished all of my hummus and **pretzel crisps** last night :(

1 1

**Pretzel Crisps®** · Sep 24
Replying to @seanrawles
Awesome! They are the perfect snack for the whole fam!

**Jodi Danen, RDN** · Sep 24
Living in Green Bay, Wisconsin, it's nealry impossible not to be a football fan.

It's in our blood, people here like to say we bleed green and gold. If you follow football... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

# pretzel crisps since:2018-09-01 until:2018-09-30

1

**Scary Bilbo Baggins** · Sep 24
@PretzelCrisps these are a staple at our house. The kids love them.

1

**Pretzel Crisps®** · Sep 24
Find us where the snacks are! #**pretzelcrisps** instagram.com/p/BoHK_AVDh0u/...

2

**Devin Marie** · Sep 24
Replying to @n3ssa_bbbby
Mine is **pretzel crisps** and hummus.

1

**Pretzel Crisps®** · Sep 24
Monday snack vibes: Cinnamon Sugar **Pretzel Crisps**®, strawberries, cream.
ow.ly/FUDR30lzM22

2

**Pretzel Crisps®** · Sep 24
Replying to @biv1014 @benrhodes
If you are having a hard time finding a specific flavor, be sure to speak with a deli manager about getting more on the shelves!!

1

**Pretzel Crisps®** · Sep 24
Replying to @nascarjaniy @benrhodes
The options are endless!

Twitter

Home    Moments

pretzel crisps since:2018-09-01 until:2018-09-30

Top    Latest    People    Photos    Videos    News    Broadcasts

SNACK FACTORY PRETZEL CRISPS · Sep 24
The classic pretzel got a supermodel makeover – lighter, thinner, but still full of flavor and crunch. Delicious in any way, they're the life of...
instagram.com/p/BoGnBSIn8ae/...

Have an account? Log in

Jonesy · Sep 23
Replying to @megan_solley
Have you ever had the pretzel crisps kind?
1

Madalena McNeil · Sep 23
re: the avenatti stuff. I am going to take this very good advice and go break into that bag of costco dark chocolate mint crunch pretzel crisps instead

Joseph Silverzweig @JSilverzweig
Replying to @JSilverzweig @madalenamcneil
I just read an email with specific allegations. I'd stay away from them, the details are horrifying and won't serve your well-being.
8

Jane Portier · Sep 23
Replying to @benrhodes @PretzelCrisps
Mm what could I dip those in ? 🌰
1

C Biv · Sep 23
Replying to @PretzelCrisps @benrhodes
@PretzelCrisps. I need!  I also can't find the garlic parmesan anywhere 🌰
1                                    1

Ben Rhodes 🔵 · Sep 23
Replying to @PretzelCrisps
The wait is over @benrhodes + #PretzelCrisps = #WinningDuo
2          1          17

caroline · Sep 23
moving out of parent's house expectations: I'm going to cook for myself every night and eat super healthy
reality: *eats chicken salad and pretzel crisps for two meals a day for two days in a row*
2          9

Madalena McNeil · Sep 23
me and all the other women of costco, gathered around the dark chocolate mint pretzel crisps, screeching "it's dark chocolate so it's healthy!!" at each other until we burst into flames
1          2          10

BK Specialty Foods · Sep 23
Two new flavors from Pretzel Crisps: Sourdough and Cinnamon Sugar!
#pretzelcrisps #snackfactory #sourdough #cinnamonsugar



Case 3:17-cv-00652-KDB-DSC    Document 44-3    Filed 10/29/18    Page 13 of 57

https://twitter.com/search?f=tweets&vertical=default&q=pretzel%20crisps%20since%3A...    10/26/2018



🐦 **Home**   ⚡ **Moments**

pretzel crisps since:2018-09-01 u  🔍    Have an account? **Log in ▾**

# pretzel crisps since:2018-09-01 until:2018-09-30

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**                ⠿

💬   ⟲

**David Williams**   · Sep 22   ⌄
Replying to @PretzelCrisps
Yum!! Can't wait to try these!

💬   ⟲   1

**hilary robbins**   · Sep 22   ⌄
Replying to @PretzelCrisps
footballs and dogs, oh my!!

💬   ⟲

**hilary robbins**   · Sep 22   ⌄
Replying to @PretzelCrisps
those are so clever.. myum myum

💬   ⟲   1

**Julie**   · Sep 22   ⌄
I wish I lived somewhere were I could order groceries off of Amazon and had them delivered to because I am over eating a fruit and grain bar/ **pretzel crisps** since I have no more ramen noodles to eat

💬   ⟲

**Lil Miss Blogalot**   · Sep 22   ⌄
S'mores Nachos - **Pretzel Crisps**®

> **S'mores Nachos - Pretzel Crisps®**
> A fun dessert to make, these s'more nachos are super easy and a huge crowd pleaser. Make for an adult get together, involve the kids in "decorating" the nachos, or...
> pretzelcrisps.com

💬   ⟲

· Sep 22   ⌄
Replying to @PretzelCrisps
Since I was the first RT, send pretzels please 🐘

💬   ⟲   2

**Pretzel Crisps**®   · Sep 22   ⌄











Home Moments

pretzel crisps since:2018-09-01 ur Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

RT if you're excited to try our newest flavor, CINNAMON SUGAR!

4 17 27

**Krystal Gardenia** · Sep 21
**Pretzel crisps** are addicting

**Shari Caudill** · Sep 21
Replying to @PretzelCrisps
Look good. Anyone try them?

**Olivia** · Sep 21
Is "really liked **pretzel crisps**" a personality trait? Asking for a friend.
1 1

**hummus queen** · Sep 21
Replying to @rodneylief @Sabra and 2 others
I support this message.
2

**Pretzel Crisps®** · Sep 21
All about that cinnamon and sugar combo #Rethinkyourpretzel instagram.com/p/Bn_dPFXD96T/...
1 1

**Cherry** · Sep 21
Gonna cronch some **pretzel crisps** and take a bath + bath bomb
1

**Recipe Farm** · Sep 21
Dark Chocolate and Peppermint **Pretzel Crisps** Brownie Trifle recipefarm.net/recipe/dark-ch...

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? **Log in**

## pretzel crisps since:2018-09-01 until:2018-09-30

Top | Latest | People | Photos | Videos | News | Broadcasts

1

**mo.exe has stopped working** · Sep 21
i ate way too many sriracha lime **pretzel crisps** last night and now i can't move

3

**Morgan Addington-Hodge** · Sep 21
The mid-morning snack of champions. #darkchocolate #chocolatepretzels **#pretzelcrisps** instagram.com/p/Bn_fq13gIthG...

**SNAKKI** · Sep 21
Replying to @rodneylief @Sabra and 2 others
i just retweeted ur tweet that u retweeted from my tweet #tweetception

1 1

**Pretzel Crisps®** · Sep 21
New **#PretzelCrisps** flavor, new dessert ideas.

2 5

**Emily** · Sep 20
@ChesterCheetah the flaming hot **pretzel crisps** have me addicted. Please don't discontinue them!

**rodney lief** · Sep 20
Replying to @ssteffieeee @Sabra and 2 others
yes please

# pretzel crisps since:2018-09-01 until:2018-09-30

1

**SEW** · Sep 20
Replying to @rodneylief @Sabra and 2 others
Perhaps next weekend? I'll sext ya

1 1

**rodney lief** · Sep 20
Replying to @ssteffieeee @Sabra and 2 others
i mean you would fit in so well here JUST SAYING. but also visit asap roomies will love u

1 1

**SEW** · Sep 20
Replying to @rodneylief @Sabra and 2 others
I think I wanna be a roommate too

1 1

**rodney lief** · Sep 20
if you're not encouraging your roomies to consume your @Sabra hummus & **@PretzelCrisps** b2b @StacysPitaChips you're NOT doing the roommate game right

**SNAKKI** @akkimusicworld
"if u don't eat my hummus I'm stealing ur cats!" @rodneylief

3 2 9

**Macabre Mika** · Sep 20
1991: These pretzels are making me thirsty.

2018: These **pretzel crisps** are making me thirsty.

2

**Breannaaa** · Sep 20
Just had en entire bag of **pretzel crisps** to myself
#comethefuckonbree

**Kawaii_Nai** · Sep 20
Replying to @PretzelCrisps
Cinnamon Sugar

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** · Sep 20

Lunchtime? More like crunch time. #PretzelCrisps are here to take your lunch from boring to anything but.

1 4

**Pretzel Crisps®** · Sep 20

Replying to @JodieFitz

Thanks for the love, Jodie!

1

**Pretzel Crisps®** · Sep 20

Replying to @Letstwistthis @Costco

We are working on getting them to more and more locations but for now, check your local Walmart!

**Carolyn Warner Brady** · Sep 19

Replying to @PretzelCrisps

pretzel crisps since:2018-09-01 until:2018-09-30

pretzel crisps since:2018-09-01 ur

Have an account? **Log in**

Home    Moments

no

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

Jane ... · Sep 19

Replying to @benrhodes @PretzelCrisps @ThorSportRacing

Pimento cheese or any hummus 👀

**Jodie Fitz** · Sep 19

@PretzelCrisps Thanks for the follow. You are a regular in our pantry & a family favorite = true story! You can see how they make excellent wings in certain recipes too - here's the link:

**Chocolate Covered Stuffed Strawberries make Yum...**
Calling all Kids (and parents who want to be memory makers)! It's time for a little chocolate covered stuffed strawberries turned love bugs for Valentine's Day. How
jodiefitz.com

1                    1

**Ash** · Sep 19

Replying to @PretzelCrisps

Will these be at @costco ?

1

**Josh Briggs** · Sep 19

Replying to @benrhodes @nascarjaniy and 2 others

@Sabra Hummus Red Pepper

3

**Ben Rhodes** 🔵 · Sep 19

Replying to @nascarjaniy @PretzelCrisps @ThorSportRacing

Favorite dip?

2                    2

**Ben Rhodes** 🔵 · Sep 19

Replying to @biv1014 @PretzelCrisps @ThorSportRacing

I was pleasantly surprised with the taste after everyone voted for me to try them lol

2

**Pretzel Crisps®** · Sep 19

Current mood: Needing something sweet













Home Moments pretzel crisps since:2018-09-01 ui Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

5

**snacks (͡° ͜ʖ ͡°)** · Sep 19
AHH...Stahhp. I coulda dropped mah Diet Rite, **Pretzel Crisps**, and Star Crunch

2

**Josh Briggs** · Sep 19
Replying to @benrhodes @PretzelCrisps @ThorSportRacing
Hellyeah bud, with hummus!

1

**Ellie Augustin** · Sep 19
Replying to @PretzelCrisps
Oh my that looks delicious!

1

**Look and Live Fabulous** · Sep 19
**@PretzelCrisps** sounds yummy..like a must try. Thanks for following

**regina McDowell** · Sep 18
Replying to @benrhodes @PretzelCrisps @ThorSportRacing
I love **pretzel** chips....

2

**Jane Portier** · Sep 18
Replying to @benrhodes @PretzelCrisps @ThorSportRacing
Love these ! The best for dipping

1 1

**Anney Majewski** · Sep 18
#Adulting - Tonight for dinner I had **pretzel crisps**, beef jerky and a bowl of ice cream. #Tuesday

4

**C Biv** · Sep 18
Replying to @benrhodes @PretzelCrisps @ThorSportRacing
I haven't found the garlic parmesan

1

**Eric Brill** · Sep 18
Replying to @benrhodes @PretzelCrisps @ThorSportRacing

Home Moments

pretzel crisps since:2018-09-01 ui

Have an account? Log in

Good call Ben! Can't ever go wrong with those!

1

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Ben Rhodes** · Sep 18

About to begin my @PretzelCrisps #pretzeltrip to @ThorSportRacing! #

5 5 41

**Lee Brillhart** · Sep 18

I purchased **Pretzel Crisps** at Safeway 2 days ago. Today, for the first time, a **Pretzel Crisps** ad appeared in my Twitter feed. The walls are closing in.

**PrttyBrwninPink** · Sep 18

Replying to @PretzelCrisps

Bacon Haberno. I love 'em!!!!

1

**Create Kids Club** · Sep 18

#sponsored This layered taco dip recipe has fewer calories and fat compared to other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

1

**lexa** · Sep 18

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

I love **pretzel crisps** man such a satisfying crunch

2 3

marley · Sep 18

Replying to @mostbravestbird @PretzelCrisps

Thank you for letting my voice be heard

1

**KHERI•ZAIRE** · Sep 18

**Pretzel crisps** & @AldiUSA 's "significantly spicy hummus" is my fave snack rn. I think the name of the hummus alone gets me lol

1

**Pretzel Crisps®** · Sep 18

#TuesdayTreats - an ice cream sundae with a crunchy Cinnamon Sugar **Pretzel Crisps**® topping! ow.ly/Z0qr30lzLLY

2 2 12

**Jodi Danen, RDN** · Sep 18

#sponsored This layered taco dip recipe has fewer calories and fat compared to other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

1

**costco_carts** · Sep 18

Kirkland Formula, Boursin 2-Herb/1-Chive Cheese, Snack Factory Organic **Pretzel Crisps**, Kettle Brand Organic BBQ Potato Chips, Nectarines

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? **Log in**

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

· Sep 17

Dear Snack Factory (maker of **pretzel crisps**),

I would love a lifetime of **Pretzel Crisps**.

Sincerely,
Marley (who is out of **pretzel crisps**)

1 7

**Hopus Pocus** · Sep 17

I'd do horrible things for **pretzel crisps** and hummus right now

1 1 1

**Tara Ramsey** · Sep 17

Replying to @Ariana_Garcia21

Especially those fine ass tasting **pretzel crisps**

1

**Woodmans Food Market** · Sep 17

Snack Factory **Pretzel Crisps** (7.2oz) are only $2.19ea. Buy 2 bags and save $1 w/In-Store Coupon. #WhikeSuppliesLast

**Kim** · Sep 17

Replying to @PretzelCrisps

Ty

**DailyTatTwo** · Sep 17

New Snack Factory **Pretzel Crisps**, Bacon Habanero Review. youtu.be/Y-zXTZU1LQA via @YouTube

Home Moments

pretzel crisps since:2018-09-01 ur Have an account? **Log in**

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Sep 17
Replying to @afreakinmaie
Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: sfiesconnect.com/pretzel-crisps/ so we can make this right!
1 1

**Pretzel Crisps®** · Sep 17
Replying to @HollyJean98
We could not agree more!

**holly mcconnell** · Sep 17
@PretzelCrisps are still the best food ever
1

**Pretzel Crisps®** · Sep 17
ISSA GIVEAWAY! Check out our Instagram for details. #Giveaway
instagram.com/p/Bn1VwYxnDxn/...
2 4

**Pretzel Crisps®** · Sep 17
Sure they look cute but they taste even better. Use our newest flavor to make these fun #backtoschool treats! ow.ly/9DHC30lzLHU

1 2 9

**Kim** · Sep 17
What you see & what you get they should be called **Pretzel** crumbs not **crisps**

1 1

Home Moments

pretzel crisps since:2018-09-01 ur Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Adrian Cothern**
Replying to @megonapage
Snacks: ritz crisp and thins, baby carrots/**pretzel crisps** and hummus/ranch dip, or cucumbers with lime juice and salt.

Shows: Parks and Rec, It's Always Sunny, Scrubs, Breaking Bad, Stranger Things, New Girl.

**Katie** · Sep 16
Sometimes I forget I'm eating **pretzel crisps** and then before I know it I've downed 2 family sized bags within 3 episodes of the office

> **papitos** @nokathy_
> name a toxic trait that YOU have

1 8

**dario** · Sep 16
On the way to see YOTK eating **pretzel crisps** listening to playboi carti

2 8

**Create Kids Club** · Sep 16
Living in Green Bay, Wisconsin, it's nealry impossible not to be a football fan.

It's in our blood, people here like to say we bleed green and gold. If you follow football... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

**Old Face Magenta** · Sep 16
@**PretzelCrisps** please give me a lifetime supply of your product im gay

**Pretzel Crisps®** · Sep 16
Replying to @LindsayRizzardi
Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can make this right!

**Pretzel Crisps®** · Sep 16
Anyone else loving this snack combo? YUM



🐦 Home   ⚡ Moments                    pretzel crisps since:2018-09-01 un 🔍   Have an account? Log in ▾

## pretzel crisps since:2018-09-01 until:2018-09-30

Top   Latest   People   Photos   Videos   News

RETHINK YOUR SNACKS COMBINATIONS

💬    ⟳ 1      3

**MoOoOoOoOoOoG**                  · Sep 16
Pretzel crisps with string cheese is a great combo

💬       ⟳       2

**LindsayRizzardi**                · Sep 15
@PretzelCrisps Love the full bag of air I just bought. Hoping the other ten bags
have a bit more to offer. #disappointed

💬 1      ⟳

**Warren Robinson**                · Sep 15
Replying to @lacretialyon @PretzelCrisps
While you're at it, might as well go for @Depend ... save yourself a little time...;)

💬       ⟳       1

**Pretzel Crisps®**                · Sep 15
Replying to @sviggiano @KannyDlein
Thank you very much for bringing this to our attention! We have shared this with
the team but please be sure to let our team know here:
slletsconnect.com/pretzel-crisps/ so we can make this right!

💬       ⟳

**dani clemons**                   · Sep 15
@PretzelCrisps are so addicting, every single flavor

💬       ⟳       1

**lil tortilla**                   · Sep 15
college diet

breakfast: none, maybe some scrambled eggs and home fries

lunch: a few pretzel crisps and a granola bar

dinner: literally the biggest bowl possible of alfredo pasta and tater tots

💬       ⟳ 1      8

**Lacretia Lyon** 🔵                · Sep 15
I'll probably need pretzels too so how about you @PretzelCrisps?

💬 1      ⟳       3

Show this thread

**Dandy**   Vote 11/6 because horse face   · Sep 15
Replying to @PretzelCrisps



This looks like a lot of work. Can someone make these for me?

pretzel crisps since:2018-09-01 ur 🔍    Have an account? **Log in ▾**

🐦 **Home**    ⚡ **Moments**

## pretzel crisps since:2018-09-01 until:2018-09-30

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Storyteller** · Sep 15
Replying to @PretzelCrisps
Thoses football pretzels are too cute and they look delicious too
🗨                    1

**Pretzel Crisps®** · Sep 15
Getting our head in the game for football season snacks! ow.ly/wJNV30IzLCT

🗨 2        ↻              6

**Rae** · Sep 15
Replying to @ubermenschhh
is this really what you thinks about while we're talking about grape notes and eating **pretzel crisps**
🗨        ↻ 1            2

**Stephanie Viggiano** · Sep 14
.@PretzelCrisps @KannyDlein & I bought 2 bags of Buffalo **Pretzel Crisps** and were soooo excited but when we opened both, they both lacked the delicious buffalo seasoning on them :( Irregular batch?
🗨 1        ↻

**Augustus Caesar** · Sep 14
Replying to @PretzelCrisps
Cocaine, whiskey, and prostitutes. Checkmate, **Pretzel Crisps®**
🗨        ↻ 1            2

**Mallory Bryan** · Sep 14
Replying to @PretzelCrisps
oh my.....okay. Hopefully they hit my @sproutsfm soon! #hinthint
🗨 1        ↻

**Heather Warburton** · Sep 14
It's FriYaY!!!! #schoollunches PB & banana sushi rolls, hard boiled egg white, sugar snap peas, raspberries, **pretzel crisps**, and traderjoes chocolatey cat cookies. For snack a homemade... instagram.com/p/BntssLzn7ev/...
🗨

**Pretzel Crisps®** · Sep 14
Yes, our NEWEST flavor is as good as it sounds! #RethinkYourPretzel
instagram.com/p/BntcNlbHIWY/...









Home Moments

pretzel crisps since:2018-09-01 ui

Have an account? Log in

1 4

Lauren Bassart · Sep 14
@PretzelCrisps Never thought i'd be this happy to be followed by a **Pretzel**

1

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

Pretzel Crisps® · Sep 14
Hello, Cinnamon Sugar! We've rethought your **pretzel** again with a delicious NEW flavor!

1 1 8

Shelby Schneider · Sep 14
Replying to @Lh_Kmsk
y are u the cutest thing since mini **pretzel crisps**?

2

J. · Sep 13
I could eat a whole bag of everything **pretzel crisps**

kiera · Sep 13
Me while cramming **pretzel crisps** in my mouth after not eating for like 8 hours:

Nykole · Sep 13
I would die for wegmans roasted red pepper hummus and **pretzel crisps**

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**k.** · Sep 13
if anyone wants to hand deliver me chocolate hummus + **pretzel crisps** to my couch. I'll send you my address

2

**Em** · Sep 13
humanity peaked when man created dark chocolate covered **pretzel crisps**

1

**Jett Black** · Sep 13
I'm sitting here, starting up AHS, while eating hard salami from the package, garlic parm **pretzel crisps** and string cheese and drinking Reese coffee..

1

**Pretzel Crisps®** · Sep 13
What's for lunch? Here's some #sandwiches for inspiration! **#PretzelCrisps**

2

**E.S.Andie** · Sep 13
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
So it was at @FlyLouisville? Yeah they just wanted to take and consume your stuff.

**Ray Eastridge** · Sep 13
Replying to @benrhodes @PretzelCrisps

1

**Evan Moore** · Sep 13
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

Just buy some in Vegas. #PretzelTrips

1

Tiara | Chic and Domestic · Sep 12
Damn those bomb ass garlic parm **pretzel crisps**!

**Fire Hakstol** · Sep 12
Replying to @PretzelCrisps
Giroux, Couturier, and Konecny right @NHLFlyers

**Carmín** · Sep 12
Passed by the pod earlier and saw the hummus with **Pretzel Crisps** and reminded me of my old roomie @theyscreamelena miss ya dude ... she always struggled to open them

1 1 4

**Chris Lane** · Sep 12
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
@TSA will get the foil lined bags every time! Then they snack on them later.

1

**jigs** · Sep 12
**PRETZEL** JIGGGGGGG

Snack Factory **Pretzel Crisps**, Original, 1.5 Oz, 24 Ct

$1.48

bit.ly/2Of3EUK

3 1

**Mindy Heck** · Sep 12
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway

at SDF?  They let a whole pizza go thru last time I was there!

pretzel crisps since:2018-09-01 u 🔍          Have an account? **Log in** ▾

# pretzel crisps since:2018-09-01 until:2018-09-30

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Aylah by elliott**          · Sep 12
Replying to @PretzelCrisps
Are the cupcake liners paper or silicone?

**Woody Cain** 🔵          · Sep 12
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
This is an outrage! ⚫
💬          ⟲          1

**erika**          · Sep 12
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
....Tulsa just makes you take food out of your bag and put it in a separate security bin.

💬          ⟲

**C Biv**          · Sep 12
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
How in the world could they not go thru? Thats crazy!
💬          ⟲          1

**Ben Rhodes** 🔵          · Sep 12
So I couldn't get my @PretzelCrisps through airport security! There will be NO #PretzelTrips to @LVMotorSpeedway this weekend! #BensFanPoll
💬 9          ⟲          51

**Jackie Drosehn**          · Sep 12
My perfect night (that doesn't involve my husband or kids) is

- wine
- masterchef
- **pretzel crisps**

💬          ⟲          1



## pretzel crisps since:2018-09-01 until:2018-09-30

Top   Latest   People   Photos   Videos   News   Broadcasts

🐦 **Home**    ⚡ **Moments**                                              Have an account? **Log in** ⌄

· Sep 12
Replying to @PretzelCrisps

Just spitballing but how about truth, wisdom, and justice?
But your trio is good too (I guess).

Thanks for the promoted tweet!

💬        ♻ 1

**Atrophic Parenchyma**            · Sep 12                                    ⌄
Replying to @tonyahardingjr

There are SO many pop tarts and sacks of **pretzel crisps** and garbage fruit snacks
and and and which will all still be there for the next thing that I do not leave for
bc THEY ARE NON-PERISHABLES

💬        ♻            1

**QueenDionne**                    · Sep 12                                    ⌄
Replying to @PretzelCrisps

**SUPER ELEGANT J.CREW SWEATER**
🎁🎁100% OF THE PROCEEDS GO TO THE OUTREACH MINISTRY 🕯
"ELEGANT"J.CREW BUTTON-DOWN SWEATER
bnc.lt

💬        ♻ 1

**Pretzel Crisps®**                · Sep 12                                    ⌄
Did you know we've released an ALL-NEW **Pretzel Crisps**® flavor!?
#RethinkYourPretzel instagram.com/p/BnoQB3lH9a9/...

💬        ♻            1

**Richard Murder Moore**           · Sep 12                                    ⌄
Replying to @PretzelCrisps

Goblin lovers.

💬        ♻

**Renee L Coussons**               · Sep 12                                    ⌄
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway

Looking forward to the next one Ben!

💬        ♻

**Ben Rhodes** 🔵                   · Sep 12                                    ⌄
Replying to @PretzelCrisps @LVMotorSpeedway

Thank you! #PretzelTrips 🎆



Twitter    Home    Moments          pretzel crisps since:2018-09-01 u    Have an account? Log in

pretzel crisps since:2018-09-01 until:2018-09-30

Top    Latest    People    Photos    Videos    News    Broadcasts

**Ben Rhodes** ● · Sep 12
Replying to @benrhodes @nfm and @PretzelCrisps @LVMotorSpeedway
Me too! Thinking about doing another tonight at the hotel or tomorrow at the track. It might be a little late for the east coast folk if I do one tonight.
1                    2

**Ben Rhodes** ● · Sep 12
Replying to @imffats @PretzelCrisps and 2 others
Now that sounds good! I love some pimento cheese and @PretzelCrisps!
1

**Ben Rhodes** ● · Sep 12
Replying to @biv1014 @PretzelCrisps @LVMotorSpeedway
It has served me well for nearly 3 years.... starting to show some age.
1

**Ben Rhodes** ● · Sep 12
Replying to @CardChronicle @PretzelCrisps @LVMotorSpeedway
They are good.... for sure.... but I'm still a buffalo wing or original type of guy!
#BasicBen

**Pretzel Crisps®** · Sep 12
Replying to @benrhodes @LVMotorSpeedway
Good choice! Tasty travels :)
1                    1

**Pretzel Crisps®** · Sep 12
Looking for a way to up your nachos game? ow.ly/Jqw130lzKUT
6                    6

**w.aste it on me** · Sep 11
ahhhhhhhhh jungkook was eating those **pretzel crisps**? the big flat ones lololol

**d_mcc** · Sep 11
Replying to @KLNicholas
"Where'd all my damn **pretzel crisps** go?" - me





Home Moments

pretzel crisps since:2018-09-01 ui Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

· Sep 11
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
I'm ready for another Ben Rhodes Facebook live.
1 1

Chris Lane · Sep 11
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
@benrhodes those are really good but... The only thing that makes them better is the bacon ranch cheese deep from @kroger in Port Clinton Ohio.
1 1

C Biv · Sep 11
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
I like the ThorSport backpack!
1

bb ghost, OG (Original Ghost) · Sep 11
i am home and back on my **pretzel crisps** bullshit
1 17

JGB · Sep 11
Replying to @alyssanykole_ @benrhodes and 2 others
No, you aren't. Remember the "I need a puppy??"
#justsaying

Those garlic ones rock BR!!
1 1

Mike Rutherford · Sep 11
Replying to @benrhodes @PretzelCrisps @LVMotorSpeedway
You made the right choice
1

Ben Rhodes · Sep 11
#BensFanPoll has spoken! Fasten your seatbelt #GarlicParmesan **@PretzelCrisps** you're going to @LVMotorSpeedway with me! Holler at y'all in a bit...stay tuned #PretzelTrips

🐦 **Home**    ⚡ **Moments**

pretzel crisps since:2018-09-01 until:2018-0...    🔍    Have an account? **Log in** ▾

**pretzel crisps since:2018-09-01 until:2018...**

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

💬 6        ↻ 5        29

**Kate "still not spooky" Sowles**    · Sep 11
Not that pretzels need ever be justified, but **Pretzel Crisps** as a vehicle for chunky peanut butter is over-the-top perfect. 🥜

That is all.

💬 1        ↻        7

**Jacob Gershman** ☑    · Sep 11
Replying to @RWhelanWSJ @vipalmonga @rebeccadobrien
That's the selling point. Like the thinking behind **Pretzel Crisps**.

💬 1        ↻        1

**Ian Walker**    · Sep 11
Replying to @susan1878
It's a normal size **pretzel**. That's what a **pretzel** is. The small ones you get that are like **crisps** or whatever are fake pretzels

💬 1        ↻

**Zach Dalton**    · Sep 10
Buffalo wing **pretzel crisps** amirite?

💬        ↻        2

**wayout67there**    · Sep 10
Replying to @Rivergianna1
Everything **pretzel crisps** are awesome!  Get 2 bags....

💬 1        ↻        2

**Matt**    · Sep 10
Replying to @caitdaniellle
**Pretzel crisps** are buy one get one free at sprouts until next week! 😋

















Home Moments pretzel crisps since:2018-09-01 ui Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

1 1 1

**Karen Upper** · Sep 10
Replying to @lornasn @LongthorneJess @PretzelCrisps
mmmm...they are! :-)

**Lorna S. Nicholson** · Sep 10
Replying to @Readergirl4 @LongthorneJess @PretzelCrisps
Oh Karen!!! Why would you tell me this. They are probably so good with delicious coffee!!!!
1 1

**Karen Upper** · Sep 10
Replying to @LongthorneJess @PretzelCrisps
These are yummy....but have you tried the chocolate coved ones????
1 1 1

**Pretzel Crisps®** · Sep 10
Same great crispy **Pretzel Crisps**® crunch. Sweet, cinnamon sugar coating. #**PretzelCrisps** instagram.com/p/BnjGmBLlF_f/...
3

**sassy pants** · Sep 10
fan of hummus & **pretzel crisps**

**Erica King** · Sep 10
chili with no meat of course... with a side of butternut squash and Garlic Parmesan **pretzel crisps**!!! I am really growing into my vegetarian diet...Literally looks good on me

**Taylor Bucher** · Sep 10
I have no self control when it comes to **pretzel crisps** and hummus
1 3

**Pretzel Crisps®** · Sep 10
Are you ready for some football?! Well, you should be because it's back and with it are these chocolatey snacks. #**PretzelCrisps** ow.ly/J2kp30lzKIp

3 10

**rach** · Sep 10
buffalo **pretzel crisps** and laughing cow cheese is the best combo ever

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? **Log in**

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Ben Rhodes** · Sep 10
Replying to @Patti69943428 @PretzelCrisps
Now that's cool.... we might be on the same flight

**First Lord of the Space Force Admiralty** · Sep 10
Replying to @benrhodes

1

**Ben Rhodes** · Sep 10
Replying to @perfface4radio @PretzelCrisps
Haven't had that one yet..... sounds good!

1

**Ben Rhodes** · Sep 10
Replying to @flounderat70 @PretzelCrisps

Home Moments pretzel crisps since:2018-09-01 ui Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Ben Rhodes** · Sep 10
Replying to @Noah_Pology @PretzelCrisps
I'm really surprised by the garlic parmesan..... didn't know so many people liked that flavor.
1

**Patti** · Sep 10
Replying to @benrhodes @PretzelCrisps
Will be in Vegas from louisville to see you win.
1

**VOTE NOV 6TH!** · Sep 9
**Pretzel crisps** are that bitch

**perfectfaceforradio** · Sep 9
Replying to @benrhodes @PretzelCrisps
Sriracha Lime
1

**Tim Frantz** · Sep 9
Replying to @benrhodes @PretzelCrisps
How about ones you will eat
1 1

**David Kesner** · Sep 9
Replying to @benrhodes @PretzelCrisps
I want some tasty Grub! #Foodie
1

**First Lord of the Space Force Admiralty** · Sep 9
Replying to @benrhodes

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

1 1

**B1g R1g** · Sep 9

Replying to @benrhodes @PretzelCrisps

In that case, Buffalo and offer some to @MyattSnider and tell him that's how a #SauceMan does it

1

**Ben Rhodes** · Sep 9

Replying to @alyssanykole_ @PretzelCrisps

lol the polls will make the choice

1

**Ben Rhodes** · Sep 9

Replying to @B1gR1gKingCobra @PretzelCrisps

I have! Pretty good but not my fav

1

**Ben Rhodes** · Sep 9

Replying to @CFPCOOL

Home Moments

pretzel crisps since:2018-09-01 ui Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

1 1

**B1g R1g** · Sep 9
Replying to @benrhodes @PretzelCrisps
Have you tried the "everything" type yet? Delicious.

1

**Myles Mashburn** · Sep 9
Replying to @benrhodes @PretzelCrisps
Bleach flavor

(Haha jk)

**David Kesner** · Sep 9
Replying to @benrhodes @PretzelCrisps
I take the Buf!

1

**Kyle Rusk** · Sep 9
Replying to @benrhodes @PretzelCrisps
If you win @LVMotorSpeedway you need to eat some **@PretzelCrisps** in victory lane!

2

**Ben Rhodes** · Sep 9

Home Moments

Packing for race #2 of the #NASCAR_Playoffs. Let's have some fun! Y'all get to decide which @PretzelCrisps flavor I take with me! #PretzelTrips #BensFanPoll

pretzel crisps since:2018-09-01 u Have an account? **Log in**

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

9 10 39

**jackielamptern** · Sep 9
**pretzel crisps** and hummus are the ultimate combo u can't change my mind

3

**Pretzel Crisps®** · Sep 9
What are you topping Cinnamon Sugar **Pretzel Crisps**® with?

4

**sp ky amy .** · Sep 8
I ran out of my Buffalo wing **pretzel crisps** bye-

1

**★** · Sep 8
I wonder how **pretzel crisps** would taste with ice cream on top.

**costco_carts** · Sep 8
Nabisco Premium Saltines, Arrowhead Spring Water, Snack Factory Organic **Pretzel Crisps**, Kirkland Mexican Blended Shredded Cheese

**Recipe Farm** · Sep 8
Everything **Pretzel Crisps** Crusted Pork Medallions with Sweet Maple Gravy recipefarm.net/recipe/everyth...

Home Moments pretzel crisps since:2018-09-01 ui Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Sep 8
Snacks, snacks, snacks! ow.ly/fZ0w30lzK8a

2 1

**Greg Lestrade** · Sep 8
Replying to @JohnHWatson00
He manages to give him a broad grin when he puts the pints on the table. "Oh wait... what about snacks? Do you want some **crisps** or salted peanuts or **pretzel** sticks? Or something else?" He hurries to ask.

1

**costco_carts** · Sep 8
Amy's Organic Lentil Variety Soup, M&M's Peanut, Snack Factory Organic **Pretzel Crisps**, Kirkland Extra Virgin Olive Oil, Huggies Little Snugglers Diapers, Size 1

**Bart son** · Sep 8
I love you - **@PretzelCrisps**

(say it back)

1 1

**Yiufpa.Quaxsu** · Sep 7
20ct $1 Off Any 2 Snack Factory **Pretzel Crisps** 5+oz Exp 02/25/2019

**9 CT - $1 Off Two (2) Snack Factory Pretzel Crisps...**
9 CT - $1 Off Two (2) Snack Factory Pretzel Crisps 5oz Or Larger Exp 2/25/19 Please see pictures for further details. | eBay!

🐦 **Home**    ⚡ **Moments**

pretzel crisps since:2018-09-01 u 🔍    Have an account? **Log in** ▾

# pretzel crisps since:2018-09-01 until:2018-09-30

Top    **Latest**    People    Photos    Videos ⚬ Nerves Broadcasts

**Seth G** · Sep 7
Has anyone ever ate an entire bag of **pretzel crisps**? Cuz the lord need to intervene smh

**Geoff Perry ★** · Sep 7
Replying to **@HelmanDC**
Another sneaky good option are **pretzel crisps**
💬    ↻    1

**Nickless, Matthew** · Sep 7
Find someone who looks at you the way Bex looks at a peanut butter and jelly sandwich with a side of **pretzel crisps**. **#lifegoals**
**instagram.com/p/BncQV_fnWutE...**
💬    ↻

**★** · Sep 7
**Pretzel Crisps** still don't come unsalted??
💬    ↻

**Pretzel Crisps®** · Sep 7
Can't resist a tasty **#treat** on a Friday! **instagram.com/p/BnbbennF2Mw/...**
💬    ↻

**J.** · Sep 7
"everything" **pretzel crisps** so 👌⚫
💬    ↻    1

**Brett Spangler** · Sep 7
Decided to skip the middle man. Check and mate **@PretzelCrisps**

💬    ↻    3
**Show this thread**

**Issa V.** · Sep 7
Lunch: tuna and two **pretzel crisps** w/ cream cheese
Snack: suman and iced tea
Dinner: a burger and fries

Case 3:17-cv-00652-KDB-DSC    Document 44-3    Filed 10/29/18    Page 43 of 57



Snack: jamaican
Enebeyern

🐦 **Home**    ⚡ **Moments**

pretzel crisps since:2018-09-01 ur 🔍    Have an account? **Log in ▾**

# pretzel crisps since:2018-09-01 until:2018-09-30

**Top**    **Latest**    **People**    **Photos**    Vide

**Pretzel Crisps®**    · Sep 7
News #Broadcasts
Some #Friday snack inspiration for ya! ow.ly/Vivu30IzK4x

*Rethink your pretzel!®*

💬    🔁 1

**Brett Spangler**    · Sep 7
I bought some of the new Bacon Habanero **@PretzelCrisps** because they
sounded amazing.

They taste like hot dogs and regret.

💬 1    🔁 1    8

Show this thread

**Pretzel Crisps®**    · Sep 7
Replying to @MindfulWithMal @hopehummus
Yum, what a combo!

💬    🔁    2

**Pretzel Crisps®**    · Sep 7
Replying to @RedheadExpress
We don't disagree!







Home Moments

pretzel crisps since:2018-09-01 ui

Have an account? Log in

1

**Pretzel Crisps®** · Sep 7

Replying to @Dnewell23

# pretzel crisps since:2018-09-01 until:2018-09-30

Thanks for sharing this strange occurrence with us! We are passing it along to our team!

Top Latest People Photos Videos News Broadcasts

1

**Julia** · Sep 7

This little one came right up to me when I got out of the car at the park. I asked if he wanted to share treats and he stood up. We shared parm **crisps** and pretzels. He even took the **pretzel** right from my hand @spacechelle

1 6

**niki** · Sep 7

Replying to @MindfulWithMal @hopehummus @PretzelCrisps

I must try this!

3

**Matt Brady** · Sep 6

I'm naked in my bed eating **pretzel crisps** and humus. It's interesting.

2 1

**Mallory Bryan** · Sep 6

The best snack combination in all the land: @hopehummus "Buffalo Bleu" @**PretzelCrisps** "Everything" flavor.

2 2 4

**Sprouts** · Sep 6

Replying to @Piper_bam

Oh no! We're sorry to hear that. We will happily exchange the **pretzel crisps** in-store or, with a proper receipt, refund your money. Hope to see you soon!

1 1

· Sep 6

.@sproutsfm love the buy one get one free deal going on but all the **pretzel crisps** in my bag are broken!

1 1

**sarah** · Sep 6

Home Moments

pretzel crisps since:2018-09-01 ur

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

Replying to @PretzelCrisps

Yum!!

1

**The Homie kAZual** · Sep 6

Replying to @PretzelCrisps

Yo @**PretzelCrisps**!! We try new stuff out on our podcast each week --> @thehooddiner .... Send us some **Pretzel Crisps** so we can try em out!!!

1

**Redhead Express** · Sep 6

Heaven in a bag #chocolate #darkchocolate #pretzels @**PretzelCrisps**

1 5

Home | Moments

pretzel crisps since:2018-09-01 u  🔍

Have an account? **Log in** ▾

pretzel crisps since:2018-09-01 until:2018-09-30

Top | **Latest** | People | Photos | Videos | News | Broadcasts

**Michele Bacus**  · Sep 6
Replying to @PretzelCrisps
Awesome!!!! Thank you so much!!!!

**Pretzel Crisps** 🍊  · Sep 6
Replying to @MicheleBacus
Yes! Our deli line is made in a peanut, tree nut free facility. Only our Indulgents (chocolate covered) flavors are manufactured in a plant that works with nuts (this is a separate plant).
💬 1       🔁           1

**Michele Bacus**  · Sep 6
@PretzelCrisps Hi-my doesn't have allergies-but started @ nut free school-He has adrenal insufficiency& requires lots of salt-trying to send salt snacks to school thanks for producing a healthy snack Just want to make sure these would also be safe for kids who have nut allergies
💬 1       🔁

**Issa V.**  · Sep 6
Snacku #2: two **pretzel crisps** with cream cheese and nutella

Dinner: iced tea, bagnet and lotsa hot sauce

Haisxt I tried ;___;

> **Issa V.** @issapandas
> Breakfast: scrambled egg and toast
> Lunch: tuna w/ bbq hot sauceeeeee
> Snacku: three blocks of chocolate...

💬 1       🔁
Show this thread

**Kishia**  · Sep 6
I haven't been paying attention while eating lunch, and now I have to load half a tub of hummus onto 3 **pretzel crisps**.
💬        🔁           1

**David Newell, B.Sc.**  · Sep 6
Pulled one of these out of a snack bag. @PretzelCrisps must have forgot to cut this into two. #IDontMind #IllTakeTwo





After lunch, **Pretzei Crisps** for dessert 🥨🥨 — feeling full

pretzel crisps since:2018-09-01 u    🔍

Have an account? **Log in** ⌄

🐦 **Home**    🎭 **Moments**

# pretzel crisps since:2018-09-01 until:2018-09-30

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**murder tink**    · Sep

Love to come home and cook a delicious & healthy dinner*

eat **pretzel crisps** by the fistful while standing over the sink and sweating

💬 1    🔁                                41

**madison**    · Sep 5

garlic parmesan **pretzel crisps** have my heart

💬 1    🔁                                3

**natalie hart**    · Sep 5

snack factory honestly went off when they invented **pretzel crisps**

💬    🔁                                9

**Dana**    · Sep 5

The Bufflalo Wings **Pretzel Crisps** are giving me the life I deserve on this fine
Wednesday ⚫⚫⚫ **@PretzelCrisps** I thank you

💬 1    🔁

**Mindy St. Clair**    · Sep 5

**Pretzel crisps** have addictive drugs in them, which I will scientifically prove to you
by eating one thousand of them

💬    🔁                                3

**smash**    · Sep 5

**Pretzel crisps** are the superior version of pretzels

💬    🔁                                2

**Pretzel Crisps®**    · Sep 5

Sweet **Pretzel Crisps**® **#nachos** > regular nachos

instagram.com/p/BnWN3vsFJtE/...

💬    🔁

**Tiffany Ravensbergen**    · Sep 5

Lunch today is 350 calories. Hazelnut cappuccino, **pretzel crisps**, grapes, cheese,
and turkey pepperoni sticks. The pepperoni is only 50 calories and 6g of protein
per stick. Another good... instagram.com/p/BnWoAUIALhS/...

💬    🔁

**Pretzel Crisps®**    · Sep 5

Embrace the mess, make s'mores nachos! **#RethinkYourPretzel** ow.ly/4wCy30lzJCJ



Home Moments pretzel crisps since:2018-09-01 ur Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

3 6

**Pretzel Crisps®** · Sep 5
Replying to @hwilliamsSCDSB @LongthorneJess
Yum!

**Pretzel Crisps®** · Sep 5
Replying to @LongthorneJess
The perfect dipping companion!

**bb ghost, OG (Original Ghost)** · Sep 4
can't wait to get to portland, where there's PROBABLY no way i can continue my "bad" habit of "eating **pretzel crisps** in bed after 2 am and listening to drake while everyone else sleeps"
3 23

**meiling rosario** · Sep 4
buffalo **pretzel crisps** with cream cheese crackkkkk

**Deon Gillespie** · Sep 4
**@PretzelCrisps** Any chance you have low sodium variations of any of your products? They are so overly salty.

**Heather Williams** · Sep 4
Replying to @LongthorneJess @PretzelCrisps
I agree. My kids love them with cream cheese.
1 1

**Queen Thrifty** · Sep 4
**@PretzelCrisps** thanks for connecting! OMG I love **#PretzelCrisps**
2

**Maria Birmingham** · Sep 4
Replying to @LongthorneJess @PretzelCrisps
Yes!! These are delish!
1

**Jess Longthorne** · Sep 4
My latest addiction...**@PretzelCrisps** #cantstop #greatwithhummus

Home Moments

pretzel crisps since:2018-09-01 ui

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

2 3 14

**Travis Leasure** · Sep 4
Replying to @T1gigz @Gamesager @Winttyr
Try the everything flavored **pretzel crisps** with cream cheese. Won't be disappointed

**costco_carts** · Sep 3
Kirkland Children's Gummy Multi Vitamin, Olive Garden Italian Dressing, Snack Factory Organic **Pretzel Crisps**, Coldstone Creamery Gift Cards, Olay Moisture Body Wash

**Jennifer Strom** · Sep 3
Garlic Hummus & **Pretzel Crisps**. My favorite snack.
instagram.com/p/BnSQGq2F77J/...

1

**Crazy4Books** · Sep 3
Someone got me a huge bag of my favorite reading snacks. Now Im ready for @emojiathon.

@**PretzelCrisps** #reading #snacks

Home Moments pretzel crisps since:2018-09-01 u Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

1 1

Show this thread

**CStoreDecisions** · Sep 3

Snack Factory, a recent addition to @CampbellSoupCo snack portfolio, has launched two new flavorful additions to its **@PretzelCrisps** line: ow.ly/KV7K30lxsjQ #pretzels

SNACK FACTORY.

Pretzel Crisps.

1

Home Moments

pretzel crisps since:2018-09-01 u... Have an account? Log in

· Sep 3
I was gone too long... Somebody ate all my **pretzel crisps** & literally just left the bag with JUST ONE & some crumbs in it.

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

**Badie Mot** · Sep 3
**Pretzel crisps** are better than Incredibles.

**Pretzel Crisps®** · Sep 3
Two of our favorite things - **Pretzel Crisps**® and cheese dip - together in one snack!

2

**Christopher Hansen** · Sep 3
Replying to @PretzelCrisps
It happens. First time ever had a bad bag.

**Pretzel Crisps®** · Sep 3
Replying to @ChrisHansenNFL
Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can make this right!

1

**Nurse Cherry** · Sep 3
**Pretzel crisps** and cold brew is my balanced breakfast for today

**Lauren** · Sep 2
Currently: eating **Pretzel Crisps** and hummus while drawing up home renovation plans.... it's 10:30pm

**Katrin Boniface** · Sep 2
Replying to @HerbertHistory @netflix
1) I think this is it- that may change with a rewatch. Serious nostalgia.

2) Inspiration cheese (twitter.com/KatBoniface/st...), Snowdrop (goat brie cheese.com/snowdrop/), **pretzel crisps**, and sour cherry jam. #HATM

**Katrin Boniface** @KatBoniface

Home Moments

These thoughts brought to me by @NSLM1954, @LindaHall_org, and this cheese.

Show this thread

pretzel crisps since:2018-09-01 u... Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

1

Top Latest People Photos Videos News Broadcasts

**Jenn Littleton** · Sep 2

I am gonna call this Sunday stress relief binge #cooking... Sriracha honey glazed carrots/crispy edamame/sesame charred shishito peppers/tahini maple vinaigrette/rosemary **pretzel** croutons/Parmesan **crisps** #foodporn

**Kat @ 1,2,3 Namjoon division** · Sep 2

I fucking love **pretzel crisps**

2

**Christopher Hansen** · Sep 2

@PretzelCrisps FYI. I got a really bad batch. Stale and all stuck together.

1

**Pretzel Crisps®** · Sep 2

Home Moments

pretzel crisps since:2018-09-01 until:2018-09-30

Have an account? Log in

# pretzel crisps since:2018-09-01 until:2018-09-30

Top Latest People Photos Videos News Broadcasts

Arts & crafts aren't just for the classroom! #DIY #**PretzelCrisps** #FoodCraft ow.ly/PjtQ30lzJoP

1

**You Tried Dat?? Podcast** · Sep 2
30: BBQ Chicken Sticks, **Pretzel Crisps**, and Cookie Squares

**You Tried Dat??: 30: BBQ Chicken Sticks, Pretzel C…**
It's a special Labor Day themed You Tried Dat?? as the gang tries three snacks that have nothing to do with Labor Day: Chef's Cut BBQ Chicken Sticks, Snack Fact...
youtrieddat.libsyn.com

2 4

**Hannah Kirkwood** · Sep 1
I just woke up at 11:30pm hungover AF and my sister in law made me a Monte Carlo and I had a coke zero and some **pretzel crisps** and now I'm ready for bed

1 4

**Hailey Owen** · Sep 1
I have no idea why I'm eating the middle of Oreos and **pretzel crisps** at the same time but I don't regret this decision

**Pretzel Crisps®** · Sep 1
Replying to @jxomakeup
We recommend checking your local Walmart or Target for starters!

**Reva Kinnally** · Sep 1
Amazing new back to school snacks! #sunflowerseeds #cheesecrisps #bunkerhillcheese #glutenfree #mangoslices #gingerslices #driedpineapple #bananachips #**pretzelcrisps** #notjustjerky… instagram.com/p/BnMWS0kjcUw/…

1 6

**Pretzel Crisps®** · Sep 1
Hot take: Mini burgers are the best kind of bite-sized summer snacks
ow.ly/1GXw30lzJbT

Someone needs to take this bag of **Pretzel Crisps** away from me!!!!!!!!

**syd** · Aug 31
**Pretzel crisps** make the world go round...

Back to top ↑