# EXHIBIT 1

## Part 3



🐦 **Home**   ⚡ Moments

pretzel crisps since:2018-08-01 u 🔍

Have an account? **Log in** ▾

# pretzel crisps since:2018-08-01 until:2018-08-31

Top   **Latest**   People   Photos   Videos   News   Broadcasts

**Search filters** · Show

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

## Worldwide trends

**#BrasilViraHaddad**
179K Tweets

**#سبب_سهرك_للآن**
4,586 Tweets

**#TCMS5**
11.2K Tweets

**#وش_تفكر_فيه_الآن**
44.7K Tweets

**#MAGABomber**
406K Tweets

**Cesar Sayoc**
402K Tweets

**borja iglesias**
1,735 Tweets

**Katherine Langford**
1,913 Tweets

**Hugh Hewitt**
6,442 Tweets

**Espanyol**
20.3K Tweets

© 2018 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info

---

**Kenzi** @KenziBailey · Aug 30
Replying to @keely_wagoner
Hummus with **pretzel crisps** 🙌🏼

💬 1    🔁         1

**Pretzel Crisps®** @PretzelCrisps · Aug 30
Replying to @_SamTheMann
We'll pass your suggestion along!

💬    🔁

**Pretzel Crisps®** @PretzelCrisps · Aug 30
Replying to @MagnaCarter_
Delish!

💬    🔁         1

**Jill** @pb_jilly · Aug 30
I literally bought a whole ass salad, cauliflower tots, mango slices, cheese puffs, a granola bar, and belvita breakfast bites to work with me today. I also have a drawer full of **pretzel crisps** but that's for emergencies ofc. ✨✨✨

💬 1    🔁         5

Show this thread

**You Tried Dat?? Podcast** @YouTriedDat · Aug 29
Celebrate Labor Day by listening to 3 lazy people stuff their face! Here's a preview of the snacks coming this Sunday.
#podcast #foodpodcast #snackfactory #pretzels #chefscut #chickenstick #micheletaugiustin
@PretzelCrisps @chefscutjerky @michel_augustin

---

Case 3:17-cv-00652-KDB-DSC   Document 44-4   Filed 10/29/18   Page 2 of 49



























Home Moments

pretzel crisps since:2018-08-01 ui

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

6

**neoboy** · Aug 29
Replying to @TANTOR_ROAR @PretzelCrisps
No

**neoboy** · Aug 29
Make the salt and pepper bags bigger **@PretzelCrisps**
2 3

**spook james** · Aug 29
the Bacon Habanero **@PretzelCrisps** ?! ⚫⚫
2
Show this thread

**Laura** · Aug 29
**Pretzel crisps**? More like **pretzel** skinnies

**Pretzel Crisps®** · Aug 29
Can you tell what's on our minds this week?! It's #BacktoSchool time! Snack accordingly. **#PretzelCrisps** ow.ly/g9S930lr4yH

Home Moments pretzel crisps since:2018-08-01 ui Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1 2

**linda** · Aug 29
just spent $10 on hummus and **pretzel crisps**

1

**Adriana** · Aug 29
I wish I had hummus for these **pretzel crisps**

**ig:selfcareclear** · Aug 29
Second you might want a snack like...

- **pretzel**
- rice cakes
- Crackers
- **crisps**
- boiled egg
- raisins

**Maggie Whitlatch** · Aug 29
Replying to @mwink23 @WhityTitty @PretzelCrisps
Not this weekend but next /:

**Melissa Winkle** · Aug 29
Replying to @maggie_whit15 @WhityTitty @PretzelCrisps
Yassss, when is that??

1

**Maggie Whitlatch** · Aug 29
Replying to @WhityTitty @PretzelCrisps @mwink23
When I come home plz

1 2

**Melissa Winkle** · Aug 29
Replying to @WhityTitty @PretzelCrisps
Oh that's a game changer! Let's make this soon

1

**Angela Gosnell** · Aug 29
Bacon Habanero **Pretzel Crisps** are GOOD, don't knock it till you've tried it

Home Moments pretzel crisps since:2018-08-01 ur Have an account? **Log in**

# pretzel crisps since:2018-08-01 until:2018-08-31

Top **Latest** People Photos Videos News Broadcasts

**costco_carts** · Aug 29
Snack Factory Organic **Pretzel Crisps**, Enfamil Premium Infant Formula Twin Pack, Jiffy Crunchy Peanut Butter, Orgain Organic Protein and Superfoods

**scarin' boo-ney** · Aug 28
**pretzel**-adjacent things (**pretzel crisps**, **pretzel** bread, etc.) are one billion times better than pretzels themselves

you cannot change my mind

3

ō · Aug 28
These **pretzel crisps** are so salty but the crunch is great

**Pretzel Crisps®** · Aug 28
Replying to @Hitmanpicks
We're glad you like it ;)

1

**Pretzel Crisps®** · Aug 28
Replying to @IWHolley
Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can make this right!

1

**Late July Organic** · Aug 28
Replying to @JodiDanenRD @PretzelCrisps
Awesome!

1

**Melissa Eskue Ousley** · Aug 28
Stellar adulting today. **Pretzel crisps** and hummus for breakfast.

2 3

Home Moments

Show this thread

pretzel crisps since:2018-08-01 ui

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**zay** · Aug 28
@PretzelCrisps I've purchased 3 bags of these "buffalo wing" **pretzel crisps** and they are regular
1

**Pretzel Crisps®** · Aug 28
Perfect for teacher, perfect for student. #**PretzelCrisps** #BacktoSchool ow.ly/JJcO30lr4Ci

1 2

**Top Best Selling UK** · Aug 28
Top 20 Best Selling Pretzels & **Pretzel** Sticks Biscuits, Snacks & **Crisps** (2018)

**Elena Lila** · Aug 28
Hey **Pretzel Crisps**® thanks for the follow!

**Brett The Hitman** · Aug 27
Went to the gym, zero beads of sweat. Sat on the couch, started looking at College Footballs spreads & smashed a bag of spicy #SrirachaLime @**PretzelCrisps** and I'm sweating like I just ran 5 miles. These are never hot, what happened to this bag? It's amazing
1

**I like it** · Aug 27
4 Fab **Pretzel Crisps**® Bites

**code four lyoko** · Aug 27

Home Moments

pretzel crisps since:2018-08-01 u Have an account? **Log in**

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps** with Tuna is definitely top 5 sexiest snacks

**JaeLynn** · Aug 27
Replying to @lizzmaries @itsravennn_cx and 8 others
I don't eat any weird combos...(As I dip my everything flavored **pretzel crisps** into some whipped cream cheese). Wait this isn't normal?!

2 4

**Melissa Mackenzie** · Aug 27
Replying to @RealKiraDavis
The chips aisle is being taken over with popcorn and **pretzel crisps**.

**Robert** · Aug 27
Everything **Pretzel Crisps** and plain cream cheese omg so good

**Pretzel Crisps®** · Aug 27
Have snacks, will travel! #PretzelTrips instagram.com/p/Bm_IHlslcz2/...

1

**Pretzel Crisps®** · Aug 27
Rethink your lunch box with a side of **#PretzelCrisps**!

Home Moments

pretzel crisps since:2018-08-01 ur Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

2

**tor lemon** · Aug 27
Replying to @AngeDuhhh
It's just regular vodka, but I bought a lavender syrup! The pretzels are snack factory brand, they're deli style **pretzel crisps**!

1

**Jodi Danen, RDN** · Aug 27
Living in Green Bay, Wisconsin, it's nealry impossible not to be a football fan.

It's in our blood, people here like to say we bleed green and gold. If you follow football... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

1 2

**titty** · Aug 26
Is it weird to eat **pretzel crisps** with peanut butter

**87%** no

**13%** ya wtf

46 votes • Final results

**Turning Heel** · Aug 26
So I guess @BillyGunnFact does the ad copy for **Pretzel Crisps**.

Home Moments pretzel crisps since:2018-08-01 ur Have an account? Log in

## pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

2 7

**Dani Lavoie** · Aug 26
True Life: I Have Eaten an Entire Bag of **Pretzel Crisps** in Two Days

2

**Piera Catalano** · Aug 26
Just been out and brought 2 bags of **crisps**, a bag of popcorn, a **pretzel**, some cherry bakewells and a chocolate bar. Sunday evening feast

2

**HealthyFoodiesLondon** · Aug 26
RT @**PretzelCrisps**: Fun fact: using #GlutenFree #**PretzelCrisps** means your dessert will be both delicious and safe for those with gluten allergies!

**Pretzel Crisps®** · Aug 26
Fun fact: using #GlutenFree #**PretzelCrisps** means your dessert will be both delicious and safe for those with gluten allergies!

Home Moments

pretzel crisps since:2018-08-01 ui Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

3

**c(em)etery is a haunted house 130** · Aug 26
all i want right now is those **pretzel crisps** goddammit

> **c(em)etery is a haunted house 130** @cemeteryswift
> tw// food
>
> ok so my mum buys these really nice pretzel breadstick crisp things and theyre so good & i ate the entire packet yesterday and now theres none...

**let's get spooky** · Aug 25
*eats hummus and **pretzel crisps** at 2 in the morning like some kind of heathen*

**ruth** · Aug 25
some1 stop me from drinking don julio silver and eating **pretzel crisps** w scallion nut cheese at this hour

1 11

**Gold E Lox** · Aug 25
Replying to @PeaceLovePgh @PondHockeyPro
I love the **pretzel crisps**! Although I've only had the pepper ones. But, still delicious!!

1 2

**Nicole** · Aug 25
Garlic Parmesan **pretzel crisps** are a game changer.

3 4 14

.97 **Costco97 Deals** · Aug 25
Snack Factory Organic **Pretzel Crisps** ($4.97) #costco #snackfactory #organic #nongmo costco97.com/snack-factory-...

Home Moments

pretzel crisps since:2018-08-01 u Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**J. N. Buck** · Aug 25
Back to School Snack Mix - **Pretzel Crisps**® pretzelcrisps.com/recipe/back-to... via @PretzelCrisps

**ALEXI$** · Aug 25
And on top of that the reviews on yelp are all the same !!! Horrible customer service and nothing is being done to fix smfh! @PretzelCrisps I know you guys wouldn't allow this

Show this thread

**Pretzel Crisps®** · Aug 25
We're ready for all your weekend adventures #PretzelCrisps #Snacking

2

**Pretzel Crisps®** · Aug 25
Replying to @NerdyPam

Home Moments

We like your style! pretzel crisps since:2018-08-01 u Have an account? Log in

1

# pretzel crisps since:2018-08-01 until:2018-08-31

Na-tal-e · Aug 24
Buffalo wing **pretzel crisps** are the BEST THINGS EVER

Top Latest People Photos Videos News Broadcasts

3

**Pam Can't Think of a Halloween Name** · Aug 24
I was going to make pretzels but then I read the recipe. I bought **@PretzelCrisps** instead.

1 5

**Nancy H Cummings** · Aug 24
Replying to @PretzelCrisps
LOVE these... 🥨 🖤

1

**Pretzel Crisps®** · Aug 24
We make going #backtoschool prep extra delicious
instagram.com/p/Bm3UxMvFJys/...

1 1

**Pretzel Crisps®** · Aug 24
Don't let the #summer come to an end without some hot dogs!
#RethinkYourPretzel

3 5

**bad mamma jamma** · Aug 23
something v comforting about a turkey n chz sandwich n buffalo **pretzel crisps**

3

**Pat S** · Aug 23
Replying to @Alsboringtweets
Wow! **Pretzel crisps** are pretty good..but, wow...not unexpected. Heard his interviews w/Howard. Hope it was fun!

**Christine Kirk** · Aug 23
I just ate two dill pickles (handmade by my mom), six chocolate covered **pretzel crisps**, and was about to ask myself if I was pregnant, but then I poured a glass of rosé and just laughed and laughed. #HellNO #OneAndDone

1 6

Home Moments

pretzel crisps since:2018-08-01 ur Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

· Aug 23
Replying to @Alsboringtweets
**Pretzel Crisps**, nice

heather · Aug 23
Hummus and **pretzel crisps** are my new favorite snacks
2

raymond · Aug 23
Replying to @PretzelCrisps
They suck

Pretzel Crisps® · Aug 23
Replying to @ckayeone
We like your style!

Peter Jacobs · Aug 23
Replying to @elleareee @JacquelynGill and 2 others
You. You are my people.
2

Christina Kaye · Aug 23
@**PretzelCrisps** I love these! I keep a bag in my desk drawer at work for 2pm munchie emergencies.
1

Ellearee · Aug 23
Replying to @past_is_future @JacquelynGill and 2 others
All size bags of #**pretzelcrisps** should say "serves one." #loveflatpretzels
1 1

Lianne Marie Mease · Aug 23
Woah. I think the #HangoverCure would do exactly what it says on the tin! Ice-cream, cookie dough, **pretzel**, peanut butter, chocolate ganache, raspberries and ready salted **crisps**!! #FeedLeeds

Home Moments

pretzel crisps since:2018-08-01 ur

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1 2

Show this thread

**Pretzel Crisps®** · Aug 23
Replying to @vaccineharpy
Thanks for the love, Jessica!

1

**(((Jessica))) votevotevote** · Aug 23
Replying to @JacquelynGill @PretzelCrisps
My kids and I love @PretzelCrisps, esp the salt and pepper and the everything. In case someone is listening.

1 1

**Maria Cecilia** · Aug 23
Replying to @past_is_future @JacquelynGill and 2 others
So much nicer than being sexually assaulted by Zeus in the shape of a ton of gold coins for instance..

**Pretzel Crisps®** · Aug 23
Rethink your breakfast (Our mouths are watering too don't worry!)

1 3

**Pretzel Crisps®** · Aug 23

🐦 Twitter   🏠 Home   ⚡ Moments

pretzel crisps since:2018-08-01 until:2018-08-31

Have an account? **Log in ▾**

## pretzel crisps since:2018-08-01 until:2018-08-31

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

Replying to **@ChiliFrom94Tii**

The options are endless! Try a piece of chicken and some blue cheese for the familiar taste of buffalo wings!

**eli rabett**  · Aug 22
Replying to **@DrBirdLady** **@past_is_future** and 3 others

X

Carrots pls

💬        ⟲

**Dr. Rebecka Brasso**  · Aug 22
Replying to **@past_is_future** **@JacquelynGill** and 2 others

I am dying at this ⬛⬛⬛⬛⬛⬛. But also feel you

💬 1     ⟲            1

**Kathryn**  · Aug 22
**@PretzelCrisps** Thanks for the like guys :-)

> **Kathryn**        @beautifulkat29
> Replying to @PretzelCrisps
> Hello guys, thanks so much for the follow! I'm stoked!

💬        ⟲

**Peter Jacobs**  · Aug 22
Replying to **@JacquelynGill** **@rgay** **@PretzelCrisps**

Lol. I love pretzels so much, when George Bush jacked his face up and blamed it on eating a **pretzel**, I had friends who were like nah he was drunk. But I was like, no.I get it. Sometimes you just get in that **pretzel** zone.

💬 1     ⟲            1

**Kathie Dello** 🔵  · Aug 22
Replying to **@JacquelynGill** **@past_is_future** and 2 others

Slightly related but **@saltandstraw** sent me a cooler of pints after helping them with a very simple project - still talked about in my office. Still my most delicious memory

💬        ⟲            7

**Dr. Jacquelyn Gill** 🔵  · Aug 22
Replying to **@past_is_future** **@rgay**



Top    Latest    People    Photos    Videos    News    Broadcasts

Peter Jacobs
Replying to @JacquelynGill @rgay

💬 1    ⟲        4

Dr. Jacquelyn Gill ✔    · Aug 22
Replying to @past_is_future @rgay @PretzelCrisps

They even included the buffalo wing ones! It was a good day.

💬 1    ⟲        13

Peter Jacobs    · Aug 22
Replying to @past_is_future @JacquelynGill and 2 others

Here. So excited can't type straight.

💬 1    ⟲        9

Peter Jacobs    · Aug 22
Replying to @past_is_future @JacquelynGill and 2 others

Is it clear enough from the way I am reacting hear that I love **pretzel crisps**? ⚪ Pretzels of all kinds really. Some people might be like "Hmm. How nice and unexpected." And I'm like "you have been touched by the divine! You are the chosen one!"

💬 3    ⟲        15

Peter Jacobs    · Aug 22
Replying to @JacquelynGill @rgay @PretzelCrisps

This is like some shit from Greek Mythology where the gods just drop in on your life to mess you with no warning whatsoever.

💬 1    ⟲        71

Dr. Jacquelyn Gill ✔    · Aug 22
Replying to @JacquelynGill @past_is_future and 2 others

And:

> **Pretzel Crisps®** @PretzelCrisps
> @JacquelynGill There's a crispy surprise waiting for you at your mailbox!

💬 2    ⟲        29

Dr. Jacquelyn Gill ✔    · Aug 22
Replying to @past_is_future @rgay @PretzelCrisps

I found the tweet!



Twitter    🏠 Home    ⚡ Moments

Dr. Jacquelyn Gill ● etzel crisps since:2018-08-01 u    🔍    Have an account? **Log in** ▾

I'm a proponent of "healthy at any size," and I'm body-positive. Knowing
what I look like tells you very little about me, or my health.

## pretzel crisps since:2018-08-01 until:2018-08-31

💬 1          🔁          18

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Peter Jacobs**          · Aug 22          ⌄
Replying to @JacquelynGill @rgay @PretzelCrisps
If this had happened to me, it would be the only thing I ever talked about for the
rest of my goddamn life.

💬 1          🔁          63

**Dr. Jacquelyn Gill** ●          · Aug 22          ⌄
Replying to @rgay
I once tweeted I was hungry, and the @PretzelCrisps people dropped a huge
tote bag of samples off at my office. There are perks to living in this age of viral
marketing and surveillance.

💬 2          🔁 1          78

**frnk**          · Aug 22          ⌄
ideal diet: coffee, **pretzel crisps**, and homemade bread

💬          🔁          1

**Leah Next Door**          · Aug 22          ⌄
I just ate #flaminghot **pretzel crisps** with a vinyl glove on. That's as bougie as I
get. #classy

💬 1          🔁          3

**Amy**          · Aug 22          ⌄
Replying to @JaeSwift
The **pretzel** sticks, the actual pretzels themselves, the rye **crisps**, the plain
breadsticks, and then the wavy breadsticks

💬          🔁          3

**stella | nov4**          · Aug 22          ⌄
garlic Parmesan **pretzel crisps**

💬          🔁          1

**The Red Power Ranger**          · Aug 22          ⌄
Replying to @PretzelCrisps
What should I top the buffalo flavored ones with

💬 1          🔁

**Pretzel Crisps®**          · Aug 22          ⌄
Replying to @ChillFrom94Til
Thanks for the love!

💬 1          🔁

**The Red Power Ranger**          · Aug 22          ⌄
I wanna give a big shoutout to my friends over at @PretzelCrisps

💬 1          🔁

**lindsey mae**          · Aug 22          ⌄
Everything bagel **pretzel crisps** with garlic hummus has been my addiction for
like a month now. I can't get enough



🐦 **Home**    ✨ **Moments**

pretzel crisps since:2018-08-01 u... 🔍    Have an account? **Log in** ▾

# pretzel crisps since:2018-08-01 until:2018-08-31

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Pretzel Crisps®**    · Aug 22    ⌄
Replying to
You've caught on to our favorite combo!

**Lauren Zeihen**    · Aug 22    ⌄
Pretty sure I just ate my weight in port wine cheese spread and **pretzel crisps** 🦴
💬    🔁    7

**CareMommaBear**    · Aug 22    ⌄
Who me?

Living on **pretzel crisps** and protein drinks

#momlife 🖤🥨
💬 1    🔁    2

**phil smith**    · Aug 22    ⌄
Replying to @StokieSimon @iamdanielnolan
Cheese
**Crisps**
Bread
**Pretzel** bits specifically honey and mustard
Diet Coke
Butter
Chips
💬    🔁    2

**Pretzel Crisps®**    · Aug 22    ⌄
Doo da dippity! This cheesy bliss makes for the perfect hump day treat.
#PretzelCrisps ow.ly/Xhno30lr46y

💬    🔁 1    3

**Diana Ridley**    · Aug 22    ⌄
Is it ok to have **pretzel crisps** for breakfast

**Rich Perkins** @richwdeperkins
I find it fascinating when people complain about the content of someone's twitter dot com account... that they follow. You know there's a very simple and easy way to make sure you don't see what that person tweets, right?

💬 1    🔁





Home Moments pretzel crisps since:2018-08-01 u Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

· Aug 21
Anyone else eating their weight in **pretzel crisps** and thinking about the future of our country?

**Kathryn** · Aug 21
Replying to @PretzelCrisps
Hello guys, thanks so much for the follow! I'm stoked!
1

**DanielBrummitt.com** · Aug 21
Hey **Pretzel Crisps**®(**@PretzelCrisps**), thank you for following me
1

**Courtney Alexandra** · Aug 21
My lunch today is @PressedJuicery and sriracha lime **@PretzelCrisps** because BALANCE.
5

**Create Kids Club** · Aug 21
#sponsored This layered taco dip recipe has fewer calories and fat compared to other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

**Y Justbecause** · Aug 21
Replying to @PretzelCrisps
Yes!

**Leine** · Aug 21
Replying to @PretzelCrisps
@calvinlao_

**Pretzel Crisps®** · Aug 21
Do you like your back-to-school inspired snacks to be sweet or savory?!
#**PretzelCrisps**

🐦 Home  💬 Moments

pretzel crisps since:2018-08-01 u...  🔍  Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top  Latest  People  Photos  Videos  News  Broadcasts

💬 1    🔁 1    5

**Pretzel Crisps®**  · Aug 21
Replying to @loveonlyworks
The best dipping combo!
💬 1    🔁 1    1

**Jelayna**  · Aug 20
If u don't like **pretzel crisps** I don't like YOU
💬    🔁    1

**Y Justbecause**  · Aug 20
Replying to @PretzelCrisps
Delicious, my fave go tos when eating my many different flavors of Hummus ⚫
💬 1    🔁

**Avy Loren-Cohen**  · Aug 20
Hey **Pretzel Crisps**®(**@PretzelCrisps**), thank you for following me
💬    🔁

**Pretzel Crisps®**  · Aug 20
Back-to-school already?! Sign us up. #SnackTime instagram.com/p/BmtHA-enPXv/...
💬    🔁 1

**Pretzel Crisps®**  · Aug 20
Replying to @MarkNel1026
We do not have bigger sizes for this flavor! But we will pass along your feedback to the appropriate members of our team!
💬    🔁

**Connie**  · Aug 20
Me: *opens up a bag of **Pretzel Crisps***
Muffin: *runs over because it sounds like a cat treat bag*
Me: Sorry Muff, not treats
Muffin: I don't believe you
Me: Seriously! It's pretzels
Muffin: Must look
Me: *opens bag*... facebook.com/TFKblog/posts/...
💬    🔁

**NoGMOsVerified**  · Aug 20
Snack Factory® **Pretzel Crisps**® Now Non-GMO Project Verified #GMOs #RightToKnow #GMO /ngp dld.bz/dFkZH

Case 3:17-cv-00652-KDB-DSC   Document 44-4   Filed 10/29/18   Page 20 of 49



Twitter | Home | Moments

pretzel crisps since:2018-08-01 u | Have an account? Log in ▾

**pretzel crisps since:2018-08-01 until:2018-08-31**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Mark Nelson** · Aug 20
Yesterday I bought a bag of dark chocolate covered @PretzelCrisps and in less than 24 hours the bag is gone. Do you make bigger bags? 5 servings in a bag is ok, but I can't buy a new bag every day
1    2

**Pretzel Crisps®** · Aug 20
Breakfast? Dessert? Why not both.... #PretzelCrisps #Chocolate #Oatmeal
ow.ly/CwMo30lr3Wd
1    4

**Megan Miano** · Aug 19
My husband is rubbing lotion on my legs and feet while I'm laying down eating **pretzel crisps**....life is great ⚫d #hesthebest #hubby #babydad

**Ashley Ewing** · Aug 19
Replying to @SloppyYellow
Red Pepper Hummus and buffalo wing **pretzel crisps** are my jam.
1    1

**Sunterra Market** · Aug 19
Snack Factory @PretzelCrisps are ready to party!
2    4

**((Jacq Jones))** · Aug 19
Replying to @sbearbergman
You should probably ask my wife. She may have suggestions on the soldiering.
*Heads off to eat those 3 **pretzel crisps** in the bag in the back of the pantry*
2

















Home Moments

pretzel crisps since:2018-08-01 ur Have an account? **Log in**

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**mama baila** · Aug 19
Siracha on everything **pretzel crisps** is like the best thing I've ever had!

**୨୧ // hiatus** · Aug 19
[that guy from spongebob voice] how are we supposed to eat hummus without our **pretzel crisps**

> **staycarat central** @kwanlix
> can someone get sage and i more pretzel crisps for our hummus ill give u a kith

1 2

**staycarat central** · Aug 19
can someone get sage and i more **pretzel crisps** for our hummus ill give u a kith

1 1

**Create Kids Club** · Aug 19
Living in Green Bay, Wisconsin, it's nealry impossible not to be a football fan.

It's in our blood, people here like to say we bleed green and gold. If you follow football... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

**Jodi Danen, RDN** · Aug 19
#sponsored This layered taco dip recipe has fewer calories and fat compared to other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

Home Moments pretzel crisps since:2018-08-01 ur Have an account? **Log in**

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Aug 19
Sunday scaries?! Not when you're snacking like us. #**PretzelCrisps** #Desserts

2 1 5

**dave** · Aug 18
I (Human) am tired of my roommate (anguished spirit) leaving the cabinets open every time she searches for snacks. My **pretzel crisps** are HIDDEN for a REASON

1 3

**Chris Callanta** · Aug 18
**Pretzel Crisps** with Chocolate Fudge Sauce food.viralcreek.com/pretzel-crisps...

**Pretzel Crisps®** · Aug 18
Who needs a bagel with their cream cheese when you have #**PretzelCrisps**?!

1 2 1

**☆ || *mono*** · Aug 17
crazy friday night shenanigans include: eating **pretzel crisps** and drinking water babes!

**Pretzel Crisps®** · Aug 17
Beach eats are what's on the menu! #PretzelTrips
instagram.com/p/BmlU14OFKtS/...

1

**Redscurls** · Aug 17
Replying to @PretzelCrisps
I think I may Love you!

Home Moments

pretzel crisps since:2018-08-01 ui Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** · Aug 17
Replying to @Redscurls
We do have gluten free products as well! Check them out here:

**Flavors Archive - Pretzel Crisps®**
pretzelcrisps.com

1 1

**Pretzel Crisps®** · Aug 17
Chocolate? Yup. Marshmallow? Check. #PretzelCrisps?! You betcha.

1 3 6

**syllogisme** · Aug 16
sometimes i wonder what my french landlord would think of me eating kroger-brand camembert off **pretzel crisps**

**Redscurls** · Aug 16
Replying to @PretzelCrisps
To bad it's not gluten free than I would be able to eat them. Thanks for the tease

1

**costco_carts** · Aug 16
Snack Factory Organic **Pretzel Crisps**, Organic Sliced Apples, C&H Brown Sugar

**ben horowitz** · Aug 16
Where on the internet can I go to debate **pretzel crisps**

**Pretzel Crisps®** · Aug 16
Time to start thinking about back-to-school shopping already?! #BackToSchool
pretzelcrisps.com/edible-chalkbo...

Home Moments

pretzel crisps since:2018-08-01 ur

Have an account? Log in

## pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**Sabra** · Aug 16
Replying to @sandranickell9 @PretzelCrisps
Amazing! So glad you're loving our hummus

1

**Sandy #IFB** · Aug 16
What a great combination!! I can't stop eating this @Sabra #RoastedRedPepper #hummus with these #everything **@PretzelCrisps**

1 4

**Des ॐ** · Aug 15
Give me all the **pretzel crisps** and hummus please

1

**QWΘN LAWSΘN** · Aug 15
I needa find who tf made **#pretzelcrisps** and thank them for making this world a better place

4

**CS Products** · Aug 15
9 Salty-Snack Varieties to Savor. @Primizie @Quest **@PretzelCrisps** @KraftBrand @schumancheese @StacysPitaChips @UtzSnacks @TheRealTriscuit ow.ly/rfQh30lqcbV

Home Moments

pretzel crisps since:2018-08-01 ui

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**WittyandSpitty** · Aug 15
Replying to @PretzelCrisps
Dammit **Pretzel Crisps**, you delicious tease in my newsfeed. Love you bunches.

1

**Pretzel Crisps®** · Aug 15
Whatever adventure you're going on this #summer, bring **#PretzelCrisps** along!
instagram.com/p/BmgJlojlqoI/...

2

**Emily Herron** · Aug 15
Just went food shopping for a trip this weekend. So I have nothing for me to eat but fruit and **pretzel crisps**

1

**Safeway Deli** · Aug 15
**Pretzel Crisps** - Convenience Store Decisions

**Pretzel Crisps®** · Aug 15
Sea Salt & Cracked Pepper is that perfect-for-your-party flavor!
#RethinkYourPretzel ow.ly/Dnnl30lbIUK

Home Moments

pretzel crisps since:2018-08-01 until:2018-08-31

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

2

**Abdullah** · Aug 15
Replying to @PretzelCrisps
Looks tasty

1

**PLG** · Aug 14
On paper, Garlic Parmesan **Pretzel Crisps** should be my favorite.
Strangely, they are not.
*loves garlic, parmesan, and pretzels*
*prefers buffalo wing flavor*

1

**Mike Hudson Dist** · Aug 14
Snack Factory's Garlic Parmesan **Pretzel Crisps** are sold in 3 ounce retail bags. **Crisps** are Non-GMO verified, baked not fried, lower in calories, fat and sugar than other **pretzel** type snacks on the market today. Made with pure, wholesome ingredients.

**Garlic Parmesan Pretzel Crisps - At Mike Hudson D...**
Snack Factory's Garlic Parmesan Pretzel Crisps are Gluten Free, baked not fried, lower in calories, fat, and sugar than its competition – the pretzel.
mikehudsondist.com

**Pretzel Crisps®** · Aug 14
What came first, the potato or the egg? Just kidding, both make the perfect **pretzel** topper! **#PretzelCrisps**

1 3

Home Moments

pretzel crisps since:2018-08-01 ur Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

· Aug 14
And **pretzel crisps** crispy salt I am DEAD
He's at sams club asking if we want these chips and we're like... what's that
FaceTime us lmao who would guess that

Show this thread

**Pretzel Crisps®** · Aug 14
Replying to @jonny_m_weiss
Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can make this right!

**anjel** · Aug 14
**Pretzel crisps** are life

4

**jonny m weiss** · Aug 14
@**PretzelCrisps** Hey. Bought Buffalo Wing flavor **crisps** at the mini mart today and they taste stale. Date on the back is Aug 25

1

**Boar's Head** · Aug 14
Replying to @joibrooks @PretzelCrisps
Sounds delicious to us too 👌

**Joi Tamber-Brooks** · Aug 14
@Boars_Head southwest black bean #hummus is outrageous. dip with @**PretzelCrisps**. crazy good. #yum

1 2

pretzel crisps since:2018-08-01 u

Home    Moments        Have an account? Log in ▾

## pretzel crisps since:2018-08-01 until:2018-08-31

Top    Latest    People    Photos    Videos    News    Broadcasts

**Vote November 6th!**    · Aug 14
Really could go for one of those 4 bags of **pretzel crisps** I bought yesterday to bring to work to snack on.
If only I'd brought them...

**Jonathan**    · Aug 14
Replying to @PretzelCrisps

**WHAT ARE THOSE,**

**HOTDOGS FOR ANTS?**

                    2

These buffalo wing **pretzel crisps** are bomb! I need to get me ah big bag    · Aug 14

**bb ghost, OG (Original Ghost)**    · Aug 13
when the **pretzel crisps** bag is value size
                    7

**Fry's Food Stores**    · Aug 13
Special BOGO deals: Coca-Cola 6pk bottles, Snack Factory **Pretzel Crisps**, Ruffles Potato Chips, Simply Fruit Drink, and so many more!
spr.ly/6011DQfhc









Home Moments

pretzel crisps since:2018-08-01 ui

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1 4

**jodi roper** · Aug 13
Replying to @diyerfy
They are called **Pretzel Crisps**.

1 1

**Warrick_Avenue** · Aug 13
Replying to @PretzelCrisps
These look like dog 💩

**Pretzel Crisps®** · Aug 13
Replying to @ApocD21
Thank you very much for bringing this to our attention! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can work to make this right!

**Abdullah** · Aug 13
Replying to @PretzelCrisps

Home Moments

pretzel crisps since:2018-08-01 ur

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1

**ApocD21** · Aug 13
@PretzelCrisps I think you forgot the everything on some of my **crisps**

1

**Cuz** · Aug 13
Replying to @PretzelCrisps
Ok

**Pretzel Crisps®** · Aug 13
Say, cheese! #RethinkYourPretzel instagram.com/p/BmbBCSSlYFC/...

1

**Pretzel Crisps®** · Aug 13
#Snacktime is on. **#PretzelCrisps**

Home Moments

pretzel crisps since:2018-08-01 ur Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1 5

**$EXY $AM** · Aug 13

Why did Clara try to judge my **pretzel crisps** until I had her try one and she wouldn't stop eating them after that

1 2

**Jadan** · Aug 12

Happy Birthday Gf I love you more than you love sprite and **pretzel crisps** I can't wait to see you, I hope you have a great day boo

1 1 9

**Pretzel Crisps®** · Aug 12

Nothing says 'Sunday Funday' quite like snacks that you can enjoy on the move. pretzelcrisps.com/recipe/granola...

Home Moments

pretzel crisps since:2018-08-01 ui

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1 1 5

**Hannah** · Aug 12
Replying to @JanRadocic
Mine was 2 giant **pretzel crisps** n a whole chug of water coz my head hurts a bit

1 1

**Amanda Kruse RD, CD** · Aug 11
#CampCooking night 1 errr... tossing stuff on a plate

We got in L.A.T.E., so fresh veggies + @**PretzelCrisps** Parmesan Garlic **Pretzel** Thins + @JackLinks Teriyaki Jerky are on the menu! #GoodEats #EasyEats #FoodieChats #Dinner

**Jon Ridinger** · Aug 11
Replying to @TheFDL
Popcorn, specifically Orville Redenbacher SmartPop individual bags. Also love Snack Factory **Pretzel Crisps**

**Pretzel Crisps®** · Aug 11
Rethink childhood classics with a crunchy twist! #RethinkYourPretzel

6 8

**Kerri McGurk** · Aug 11
I left my **pretzel crisps** in the living room and i think people are having sex in there, so i cant go get them

1 1

Twitter | Home | Moments

## pretzel crisps since:2018-08-01 until:2018-08-31

Top | Latest | People | Photos | Videos | News | Broadcasts



@dinoraaaaaaa · Aug 10
I remember seeing your tweet about the honey mustard & onion flavored **Pretzel Crisps** & since they were buy 1 get 1 free at my job I decided to buy a bag. I am now addicted. Thanks!

💬 1          🔁          1

**Pretzel Crisps®** · Aug 10
We only create the berry best snacks! #Recipes #PretzelCrisps ow.ly/9JOt30lblHh

*Rethink your pretzel!®*

💬          🔁 1          4

**Sara Cassidy** · Aug 10
How Rudy and I spend time together during his work from home shift: watching Unsolved Mysteries and eating **pretzel crisps**.

💬          🔁          1

**ThoughtsOnChips** · Aug 10
Chip Review: Snack Factory **Pretzel Crisps**

Score: 3.9

~~~ #FREESTYLE FRIDAY ~~~

First and foremost I need to establish that these chips were eaten under duress. Recently I was in... instagram.com/p/BmT8-AKhFau/...

💬          🔁

**Pretzel Crisps®** · Aug 10
We present to you: sweet and salty snacking #RethinkYourPretzel ow.ly/OCqU30lm10u

💬          🔁          1

**haley** · Aug 9
Garlic Parmesan **pretzel crisps** hands down the best ⚫

💬          🔁          1

**evazan** · Aug 9
when snack factory puts "deli style" on their **pretzel crisps**, what are they really trying to say?

💬 1          🔁          1

**Allison** · Aug 9
buffalo chicken dip is better with **pretzel crisps** than nachos don't @ me

💬 2          🔁 2          16

**Jess A.** ␀ · Aug 9

Home Moments

Goes into kitchen to make supper. Mindlessly, sits down at table and eats half a bag of **pretzel crisps**. Stands up to start making supper. Realizes no longer hungry. IS THIS ADULT LIFE NOW?

pretzel crisps since:2018-08-01 until... Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**Brisk®** · Aug 9
Replying to @HoustonHigh5 @PretzelCrisps
The student has become the teacher 💪
1

**carematters** · Aug 9
Replying to @PretzelCrisps
cool and thanks so much!

**Pretzel Crisps®** · Aug 9
Replying to @livescare
Not at this time but we will certainly pass along your suggestion to the team!
1 1

**carematters** · Aug 9
@PretzelCrisps do you have any soft pretzels or other snacks that aren't hard? maybe you will if not-
1

**jigs** · Aug 9
Snack Factory **Pretzel Crisps**, Garlic Parmesan, 3 Oz, 8 Count

$1.30

bit.ly/2AWqBtp

2 2 4

**Andra Suchy** · Aug 9

Home Moments

New break routine. @PretzelCrisps and @upandvanished (I'm on episode 17) in the car. Holy Schmidt, @paynelindsey!!! #unraveling

pretzel crisps since:2018-08-01 u Have an account? Log in

1

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**Houston High** · Aug 9

There was nothin better than coming back to 3rd period English flexing a Brisk iced tea in one hand, and buffalo **pretzel crisps** in the other @Brisk @PretzelCrisps

**Brisk®** @Brisk

When the grind gets tough, the tough grab a Brisk.

1 1 9

**Pretzel Crisps®** · Aug 9

Any breakfast that includes avocado AND #PretzelCrisps, is a good breakfast in our book.

2 1

**Spooky Bitch Ass Nelson** · Aug 8

@OfficialRezz eating **pretzel crisps** w/ salsa, what up

**røi** · Aug 8

you can win my heart by giving me **pretzel crisps** and snapple

1 1

**Pretzel Crisps®** · Aug 8

Replying to @adp_mommie

Yum, we love your lunchtime vibes!

1

**Antoinette** · Aug 8

Replying to @PretzelCrisps

Favorite lunch combo

Home Moments pretzel crisps since:2018-08-01 u Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1

**Taylor** · Aug 8
everything **pretzel crisps** + ranch (don't argue with me)

**Pretzel Crisps®** · Aug 8
This #summer, kick back, relax and snack instagram.com/p/BmOOcMkFce0/...

2

**Ileen** · Aug 8
Why the fuck do those **pretzel crisps** which are like not even a fraction of a real **pretzel** cost $5....wtf

1 5

Show this thread

**Pretzel Crisps®** · Aug 8
Blueberry. Cobbler. That is all. ow.ly/t4VW30lbHMS

1 2

Home Moments pretzel crisps since:2018-08-01 u... Have an account? Log in

· Aug 7
I can't believe I pulled all of this off... gonna have some **pretzel crisps** to celebrate

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**Gummy Claire** · Aug 7
oscar acceptance speech:

"I'd like to thank whoever invented **pretzel crisps** thank you"

that's it that's the whole speech.

10

**Pretzel Crisps®** · Aug 7
Replying to @LehighMarvin
Thanks for the love, Glenn!

1

**Pretzel Crisps®** · Aug 7
Replying to @thedge7
Thank you very much for bringing this to our attention, we take this very seriously! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can work to make this right!

**Kirby-sensei** · Aug 7
Deciding between which bag of **pretzel crisps** to open first is the only kind of drama I want in my life. 😩

**CJ** · Aug 7
What I thought was Sea Salt & Cracked Pepper turned out to be Honey Mustard....what gives **@PretzelCrisps**

Home Moments

pretzel crisps since:2018-08-01 ui

Have an account? Log in

1 1

Glenn Marvin LeHigh · Aug 7
Replying to @PretzelCrisps

# pretzel crisps since:2018-08-01 until:2018-08-31

My granddaughter turned me on to these. My favorite snack now

1 1

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Aug 7
Rethinking #lunchtime one sammie at a time instagram.com/p/BmJAj1og4K4/...

1

**Pretzel Crisps®** · Aug 7
#FunFact: **#PretzelCrisps** make the perfect salad topper.

1 2

**DiabeticDevil** · Aug 7
Happy Tuesday! Still at 164.6 lbs. I learned last night that eating my Good Health Veggie Straws vs. another helping of **Pretzel Crisps** does not seem to be making a difference when it comes to losing weight or not....
facebook.com/diabeticdevil/...

**Cowboy AudiTory** · Aug 6
smoked gouda is the goat. esp. with some **pretzel crisps**.

> **Angela Davis** @TheKitchenista
> Best cheese for snacking?
> I'd put Gouda and Muenster at the top of my list.

1

**Laura** · Aug 6
**@PretzelCrisps** thanks for the follow! Have a great Monday!

**That's So Nif!** · Aug 6
Thank you so much **Pretzel Crisps** for hiring me to #personalize water bottles for a few of your favorite #instagram followers!!

1

**xoBethxo** · Aug 6
@tonia_osadebe @_Aphrodisiacs @nicole_staal @Vegan_EZ @bouncypoopie414 **@PretzelCrisps** @dailygossippres @CoryBooker @Spafinder @AutolottoscratR @Ronilo0220 @moonsnbrooms @YouTarot @PlatinumMindss
goo.gl/Xp4hBL#wuvunak...

Home Moments

pretzel crisps since:2018-08-01 ur

Have an account? Log in

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

1

**That's So Nif!** · Aug 6

Thank you so much @PretzelCrisps for hiring me to #personalize water bottles for a few of our favorite #instagram followers!!

2

**chelmcp** · Aug 6

Replying to @girlvsplanet @k94lif @JanetAmorfati

You'll have to handle the gravy thing, I hate gravy. It's gross (sorry). There's so many **pretzel crisps** flavors to choose from!

2

**Sheryl** · Aug 6

Replying to @chelmcp @k94lif @JanetAmorfati

Ok, we need to make a list. Because I just saw a post about biscuits and gravy on FB and now I feel like she needs to try that too. Wings, grilled cheese, biscuits and gravy... and can't forget those silly **pretzel crisps**.

2 4

**chelmcp** · Aug 6

Replying to @k94lif @girlvsplanet @JanetAmorfati

And **pretzel crisps**!

2

**chelmcp** · Aug 6

Replying to @JanetAmorfati @k94lif

I recognize those -- **pretzel crisps**. I love those things!

1

**ClownCarPassenger7** · Aug 6

Replying to @k94lif

It's either the **pretzel crisps** or the falafel

2 1

**Banana, Esq.** · Aug 6

Everything **pretzel crisps** are... EVERYTHING

1 7

**Pretzel Crisps®** · Aug 6

Home Moments

pretzel crisps since:2018-08-01 until:2018-08-31

Have an account? **Log in**

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

Good: **Pretzel Crisps**® snacks
Better: **Pretzel Crisps**® snacks that you can take with you #OnTheGo

4 7

**EATcardiff** · Aug 6

A dog with a difference. German **pretzel** bun stuffed with pork sausage, outstanding mustard mayo, bacon and **crisps** to give every bite a satisfying crunch. Might not look it but this was seriously good. And big thanks to @jazzydwi for recommending @foodhal... ift.tt/2OHsIEx

1 1

**lil mister boobie boy** · Aug 6

i had a dream that i fed a deer **pretzel crisps** and we became best friends

4

**B L A Z E** · Aug 5

story behind me retweeting this: i bought a bag of everything **pretzel crisps** today and was immediately hit with a flashback to seeing this tweet in 2012

1

Show this thread

Home Moments pretzel crisps since:2018-08-01 ur Have an account? Log in

**micayla** · Aug 5
What is your go-to snack when you're hungry? — Hehe **pretzel crisps** and cheese

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**sonsetters**
Curious cat is a Q&A social network that allows you to connect with your followers and know new people.
curiouscat.me

**Michael** · Aug 5
I could eat **pretzel crisps** and hummus all day
1 6

**spooky spice** · Aug 5
hi my name is kaci and i'm addicted to **pretzel crisps**
2

**Vance Hinds** · Aug 5
Texas Roadhouse grilled chicken breast, green beans, **pretzel crisps**, Crazy Water No.4. The Rock Mediterranean salad, water with lemon. cherries.
Nature's Path Qi'a, avocado, strawberries, blueberries, Alvita Nettle Tea, water with half lemon squeezed into it, Crazy Water No.4.

9

**Pretzel Crisps®** · Aug 5
Is it really #summer if you haven't indulged in a #hotdog or two?! Or ten?

Home Moments

pretzel crisps since:2018-08-01 ur

Have an account? **Log in**

# pretzel crisps since:2018-08-01 until:2018-08-31

Top | Latest | People | Photos | Videos | News | Broadcasts

4 4 44

**m loves mercy** · Aug 4
Replying to @thisonlyangel
those **pretzel crisps** look hot

1 1

**isabella** · Aug 4
wig i also got **pretzel crisps** and hot fries

Show this thread

**Seph, a with a dark heart & sharp teefs** · Aug 4
These **pretzel crisps** look like skulls

Home Moments

pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

4

**Pretzel Crisps®** · Aug 4
Replying to @ClubThrifty
Love it!

**Pretzel Crisps®** · Aug 4
We're just over here whipping up new ways to rethink your #burger this summer #**PretzelCrisps** #Salmon

4

**Nov 5th** · Aug 3
**Pretzel crisps** are so good

3

**@TifsHealthTips** · Aug 3
@**pretzelcrisps** are amazing.
I've been seeing the gluten filled variety for months. Finally, love for the celiac.
•

Home Moments

#lovefortheceliac #**pretzelcrisps** #snackfactory #rethinkyourpretzel...
instagram.com/p/BmCXholnksL/...

pretzel crisps since:2018-08-01 u Have an account? **Log in**

1

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**ferris juuler** · Aug 3
BRO I GOT **PRETZEL CRISPS** LETS GO
1 1

**Capriana** · Aug 3
Replying to @ZacksOnZacks
You ate **pretzel crisps** without me..........................
1 2

**Holly Johnson** · Aug 3
@PretzelCrisps my collection right now....

1

**Experienced Bad Mom** · Aug 3
@PretzelCrisps I love **Pretzel Crisps**! Thanks for following!

**Gomee Girl®** · Aug 3
Hello to our fave snack!! @PretzelCrisps Happy Friday friends!!
2

**Captain Zack Sparrow** · Aug 3
New music and buffalo wing **pretzel crisps** 🗣💪
1 2

**FoodTronic** · Aug 3
Snack Factory **Pretzel Crisps**, Everything, 14 Ounce

**Snack Factory Pretzel Crisps, Everything, 14 Ounce**
Snack Factory Pretzel Crisps, Everything, 14 Ounce Sprinkled generously with poppy seeds, sesame seeds, onions and garlic with just a pinch of saltPacked with fla...
foodtronic.com

Home Moments

pretzel crisps since:2018-08-01 ur Have an account? Log in

**Pretzel Crisps®** · Aug 3
Soaking up the #summer with snacks by our side! #PretzelCrisps
instagram.com/p/BmB_BEGFRp/

# pretzel crisps since:2018-08-01 until:2018-08-31

1 3

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Aug 3
Impress guests at your next #cookout with chunky #dips that are sure to satisfy your savory cravings!

3 2

**Safeway Deli** · Aug 2
**Pretzel Crisps** New Varieties - CSNews Online

**Pretzel Crisps New Varieties**
Sourdough and Cinnamon Sugar flavors join the line.
csnews.com

**Just plain LIVING** · Aug 2
Hey @PretzelCrisps, Thank you for the follow!

**GourmetItalian.com** · Aug 2
@PretzelCrisps, for the #foodie in your life #shop gourmetItalian.com

**GourmetItalian.com** · Aug 2
@PretzelCrisps, for the #foodie in your life #shop gourmetItalian.com

1

**Fitt and Fabulous** · Aug 2
Lunch! #litenlean #moderation #tuna #hummusdip #cucumber #grapetomatoes #swisscheese #greenolives #**pretzelcrisps** ##raqfitt #fuel #appitizer #style instagram.com/p/Bl_R0bpnBQJ/...

**Ichikazu01** · Aug 2
カナダいた頃に出会った、プレッツェルの外側だけ食べれるような食べ物**Pretzel Crisps**(pretzelcrisps.com)の親戚みたいなものがコンビニで売っててひゃああやったあ

# pretzel crisps since:2018-08-01 until:2018-08-31

あ ちょっと違うけどジェネリックとしてはだいぶ質がいいすてき イスラエルの食べ物なのね やおきんこんなこともしてたのか

2

**tastewart** · Aug 2
Replying to @PretzelCrisps
If only they come like this and not all broken up in pieces!!

**Pretzel Crisps®** · Aug 2
"Simplicity is the ultimate sophistication" - Leonardo da Vinci (Yeah, we'll take his word for it)

1 2 5

**DansDeals** · Aug 2
HURRY! 12 Bags Of Snack Factory Sesame **Pretzel Crisps** For $10.97 From Amazon After $39 Price Drop! dansdeals.com/shopping-deals...

1

**#TB** · Aug 1

Home Moments

pretzel crisps since:2018-08-01 u

Have an account? Log in

Replying to @jeffd_23

Just my pantry and freezer **Pretzel Crisps** dipped in lactose free peanut butter ice cream!

# pretzel crisps since:2018-08-01 until:2018-08-31

Top Latest People Photos Videos News Broadcasts

**Lisa Kauffman** · Aug 1

Replying to @PretzelCrisps

Cool. Great idea for children's birthday party or trick or treaters

1

**JPBoooOOOOooo** · Aug 1

Replying to @hammer_gaidin @GamingHistorian and 2 others

A real fan would know they're called **Pretzel Crisps**.

1 1

**Gillian Newborn** · Aug 1

**pretzel crisps** and hummus > > >

1 5

**Pussy Bow Coup** · Aug 1

Stress eating **pretzel crisps** with the lights out

1

**hedderbox** · Aug 1

911: 911, what is your emergency?

Me (white) : hello, yes, my 18 yo son ate all the **pretzel crisps** I just bought and I didn't even get to try any yet.

1 3

**Pretzel Crisps®** · Aug 1

Play time? Snack time? How about both! #Crafts #DIY

3 1 29

**topherwordforge** · Aug 1

#writerwednesday #scifi @itsqueenii @SFFMedia @**PretzelCrisps** @Bofferson @seethree @BraydonBeaulieu @Sci_Fi3 @KungFuCoach @mikemonty @autoblot @chicagobk @jennjett @benjaminbunny @sgwhibley @tamhughes @BSFA @friendsofderek @SciFiGeekSarah @Irrab @ResumeExpert @KRDRAGON @chrishws_

6

**oc2o** · Aug 1

Snack Factory Buffalo **Pretzel Crisps**

Home Moments

pretzel crisps since:2018-08-01 until:2018-08-31

Snack Factory Buffalo Pretzel Crisps - OC2O™
Cheap Snack Factory Buffalo Pretzel Crisps on sale & clearance. Shop new, used items ➤ Best sales & promotions 2018 - OC2O™
oc2o.com

Have an account? Log in

Top Latest People Photos Videos News Broadcasts

**Robin Rue** · Aug 1
Replying to @ChrisReimer @PretzelCrisps @hotcharlies
Sounds like a plan
1

**Chris Reimer | Boosa Tech** · Aug 1
Replying to @massholemommy @PretzelCrisps @hotcharlies
Douse it with beer
1 1

**Robin Rue** · Aug 1
Replying to @ChrisReimer @PretzelCrisps @hotcharlies
Oooh I don't know @ChrisReimer. That sounds heartburn inducing #passthezantac
1 1

**Chris Reimer | Boosa Tech** · Aug 1
Replying to @PretzelCrisps @massholemommy
That needs some @hotcharlies
1

**bizzy.** · Jul 31
2:49am: taking a short break from the monstrous task of packing. Determined to be done by time the movers arrive. Chocolate covered **pretzel crisps** are delicious
1

Back to top ↑





























