# EXHIBIT 1

## Part 4



Twitter  Home  Moments

pretzel crisps since:2018-07-01 u  🔍

Have an account? **Log in** ▾

# pretzel crisps since:2018-07-01 until:2018-07-31

**Top**  **Latest**  **People**  **Photos**  **Videos**  **News**  **Broadcasts**

**Search filters** · Show

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

**Worldwide trends**

**#BrasilViraHaddad**
174K Tweets

**#وش_تفكر_فيه_الان**
43.3K Tweets

**#TCMS5**
10.6K Tweets

**#سبب_سهرك_للان**
3,252 Tweets

**#النصر_الفيحاء**
187K Tweets

**Cesar Sayoc**
396K Tweets

**borja iglesias**
1,726 Tweets

**Katherine Langford**
1,589 Tweets

**Espanyol**
20.1K Tweets

**Hugh Hewitt**
5,513 Tweets

© 2018 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info

**Michael Justin** @MichaelJustinWu · Jul 30
Replying to @melcparker94
*pretzel crisps
💬   🔁   1

**The Black Hair Diary** @TheBHDblog · Jul 30
🎥
-
#pretzels #pretz **#pretzel** #pretzelbites #pretzelday **#pretzelcrisps** #pretzellover #pretzl #pretzeltime #pretzelpieces #pretzle #pretzellife #flavouredpretzels...
instagram.com/p/Bl3pbTrHGoD/...
💬   🔁

**Pretzel Crisps®** @PretzelCrisps · Jul 30
There's no such thing as too much cheese; another excuse to take a snack break? Okay! ow.ly/vO7U30kZWq5

💬 1   🔁 1   1

**Brooke Summers** @BrookeWUHU · Jul 30
Gluten Free Original - **Pretzel Crisps**® pretzelcrisps.com/flavor/gluten-... via @PretzelCrisps where can I find these in my local area? It's not listed on your site.

**Gluten Free Original - Pretzel Crisps®**
Gluten Free Original Pretzel Crisps® offer wholesome goodness & simple ingredients while providing gluten sensitive snackers a delicious & guilt free snack.
pretzelcrisps.com

💬 1   🔁   1

**costco_carts** @CartsCostco · Jul 30
Hunter Bay Big Sky Organic Arabica Coffee Beans, Snack Factory Organic **Pretzel Crisps**, French's Classic Yellow Mustard
💬   🔁



· Jul 30
if you don't like **pretzel crisps** better than regular pretzels i'm calling the cops on you

**Pretzel Crisps®** @PretzelCrisps · Jul 30
Can't wait for snack time? We're stacking up a treat for today!
instagram.com/p/Bl3CKeKFoNh/...

1

**So Much Blood** @SoMuchBloodJoe · Jul 30
Not everything modern man seeks to improve is a failure.

For example, **pretzel crisps**.

@murdermallory · Jul 29
**pretzel crisps** are soooo bomb

**Jodi Danen, RDN** @JodiDanenRD · Jul 29
Living in Green Bay, Wisconsin, it's nearly impossible not to be a football fan.

It's in our blood, people here like to say we bleed green and gold. If you follow football... bit.ly/2F1PKQG #timetocrunch @**pretzelcrisps** @latejulyorganic #gamedayappetizer #tacodiprecipe

**Megan** @_meganarhunt · Jul 29
Why do I always make the mistake of having **crisps** in bed.. I regret it later when I'm sleeping and I find a half eaten **pretzel** on my ass

**i have 1k followers fuck you** @stronkmang · Jul 29
Replying to @Jacquel86885277 @PretzelCrisps
bot

**Pretzel Crisps®** @PretzelCrisps · Jul 29
Pssst, your #snackbreak is calling!

Case 3:17-cv-00652-KDB-DSC    Document 44-5    Filed 10/29/18    Page 3 of 45



🐦 Home    ⚡ Moments          [ pretzel crisps since:2018-07-01 ur 🔍 ]    Have an account? Log in ▾

# pretzel crisps since:2018-07-01 until:2018-07-31

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    #Broadcasts

RETHINK YOUR SNACK COMBINATIONS

💬        ⟲ 2        4

**Josh R** @GnarpowJosh · Jul 29                                    ⌄
@PretzelCrisps paper bags would be nice #savetheplanet

💬        ⟲

**skeleton girl dick** @RichardCaridan · Jul 28                    ⌄
eatin a bag of **pretzel crisps** feelin like a fatass

💬        ⟲        1

**Afiya The Diva** @afiyathediva · Jul 28                          ⌄
#NewSnackAlert! I had to stop myself from eating this combo. I love
#SnackFactory's #PretzelCrisps plain but this #BaconHabanero with some
#TraderJoesRoastedGarlicHummus! Baby look!...
instagram.com/p/BlzfeKDH2OR/...

💬        ⟲

**Dr Jess Litman** @JessLitman · Jul 28                            ⌄
Me every night to my bag of **pretzel crisps**...

    **Tim Siedell** 🔹 @badbanana
    Thank you but your services will not be needed tonight, resealable tab on the
    Oreos package.

💬        ⟲        1

**Chloe Alder** @_chloealder_ · Jul 28                             ⌄
I was hungry so I went into my bf's room for a snack and he had **pretzel crisps**
and I ate a few and put them back and MY PHONE HAS ADS POPPING UP FOR
**PRETZEL CRISPS** THIS IS A JOKE RIGHT!!!!! Help

💬        ⟲        3

**scat** @scatfloyd · Jul 28                                       ⌄
Parranno with black truffle, **pretzel crisps**, smoked salmon, and Pinot Grigio 👄
👄👄

Case 3:17-cv-00652-KDB-DSC    Document 44-5    Filed 10/29/18    Page 4 of 45











Home Moments

pretzel crisps since:2018-07-01 u Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1 19

Show this thread

**Mauren McGalliard** · Jul 28

if you didn't buy the **pretzel crisps**, don't eat the **pretzel crisps**. welcome to my TED talk

1 2

**Pretzel Crisps®** · Jul 28

Replying to @Britt_Jack19

Love the idea! We will pass it along to our team!

**Amber @ BACQ** · Jul 28

Snack Factory **Pretzel Crisps** 8-Pack as low as $4.39 ($0.55 Each)! bloglovin.com/blogs/become-a... on @bloglovin

**Snack Factory Pretzel Crisps 8-Pack as low as $8.47 ($1.05 Each)! (B...**

Become a Coupon Queen - Coupons, Saving Money and more Snack Factory Pretzel Crisps 8-Pack as low as $8.47 ($1.05 Each)! These pretze...

bloglovin.com

Home Moments

pretzel crisps since:2018-07-01 ur

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Amber @ BACQ** · Jul 28
Snack Factory Pretzel Crisps 8-Pack as low as $4.39 ($0.55 Each)! becomeacouponqueen.com/snack-factory-... #snackfactory **#pretzelcrisps** #garlicparmesan #snacks #amazon #subscribeandsave

**Brittany Jackson** · Jul 28
@PretzelCrisps I wish you'd come out with a lime and sea salt **pretzel**!

1

**Pretzel Crisps®** · Jul 28
Name a better salty & sweet combo, we'll wait. #RethinkYourIcecream #RethinkYourPretzel

2 5

**A Shimmering Belief** · Jul 27
Replying to @IF_myrtle @justbreathettc

Home Moments

I've got **pretzel crisps** and San Pellegrino and got sweet potato multi grain crackers #costco

pretzel crisps since:2018-07-01 ur Have an account? Log in

2

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Elizabeth Sande** · Jul 27

Pre-dinner snacks are important after a LONG week! My #appetizers aren't pretty tonight but dinner will be #doritos #crispex #**pretzelcrisps** #dip #adulting #tgif

1

**Billie Jo Ralston** · Jul 27

Where are the **pretzel crisps**?!?!

**Beth Medich** · Jul 27

@PretzelCrisps thanks for the follow, **Pretzel** & have a great Friday!

**Pretzel Crisps®** · Jul 27

Have snacks, will travel #PretzelTrips #**PretzelCrisps** instagram.com/p/BlvawVdFWc5/...

1

Home Moments

pretzel crisps since:2018-07-01 ur

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Jul 27
Gone fishin' #PretzelCrisps

3 6

**Pretzel Crisps®** · Jul 27
Replying to @dinoraaaaaaa
If you are having trouble finding Honey Mustard & Onion, be sure to speak with a deli manager about getting some on the shelves!

**Ryanne Smith** · Jul 26
I'm in a committed relationship with snack factory brand garlic parmesan **pretzel crisps**

1

**Dinora Romero** · Jul 26
Went to 4 different stores just to look for honey mustard and onion @PretzelCrisps and haven't found them. Tbh I'm disappointed but at least I picked up 2 other flavors. #determined #snackqueen

1

**Moda Illustrated** · Jul 26
Throw🔙 to the coolest collab with @pretzelcrisps ✨
[Btw, I miss not melting as soon as I walk out the door #Miami be like🔥]
.
.
.
#modaillustrated #tbt #fashionillustrator #fashionsketch… instagram.com/p/Blt1y1sHmtE/…

2

**Jacquie Fisher-Wisor** · Jul 26
Replying to @PretzelCrisps
Omg These are the BOMB!!! 💣💣💣💣🎊🎊🎉❤️❤️🎉

1 1

**MyVirgoKitchen** · Jul 26
Today's salty and sweet gluten-free snack is sriracha and roasted garlic hummus, gluten-free **pretzel crisps** and red grapes. Happy snacking!
.
.
.
#instafood #instagood #foodporn #foodie… instagram.com/p/BltHKO5A6aD/…

2

Home Moments

pretzel crisps since:2018-07-01 until:2018-07-31 Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Mel** · Jul 26

I also stan @PretzelCrisps to eat with hummus and other stuff so like please feel free to send me all the flavors and I'll hype them because I have 3 bags currently at home!

2

Show this thread

**Pretzel Crisps®** · Jul 26

We've been going crazy for these buffalo sliders and we think you will too! ow.ly/jYr830kZWkn

2 7

**Pretzel Crisps®** · Jul 26

Replying to @ianml15

We're always here for you!

1

**Pretzel Crisps®** · Jul 26

Replying to @ElisabethEM227

How rude!

1

**Kevin Elizalde** · Jul 25

Replying to @Bohler_

YEAH!!??? And I want **Pretzel Crisps** but WE CAN'T ALWAYS HAVE WHAT WE WANT CAN WE DANIEL!!!

2

**Amanda♡** · Jul 25

the day i quit **pretzel crisps** is the day i lose 10lbs, but today is not that day. and the half eaten packet in my pantry tells me tomorrow isn't it either...

1

**Ian** · Jul 25

.@PretzelCrisps thanks for being my Netflix and chill buddy









Home Moments

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1 1

**Summar Winter** · Jul 25
**Pretzel crisps** are so good

**Emily Miller** · Jul 25
SOMEONE TOOK MY @**PretzelCrisps** AND I'M GOING TO HAVE A MELTDOWN.

1

**Pretzel Crisps®** · Jul 25
We'll be enjoying some snack time right here today, thanks #PretzelTrips #**PretzelCrisps** instagram.com/p/BlqGXZ7FulH/...

2

**Pretzel Crisps®** · Jul 25
Snacks as easy as ABC, 123? Yep ;)
ow.ly/5vFV30kZWim

1 2

**jeff** · Jul 24

Home Moments pretzel crisps since:2018-07-01 ui Have an account? **Log in**

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

Replying to @bigjimmurray
Try Cedars Everything flavor with **pretzel crisps**. Top notch combo

**Elizabeth Estelle** · Jul 24
If you need help starting on a goal BEGIN: Read here wp.me/p8m9Kn-bI
Thanks for the follows **@pretzelcrisps** @three_whalestravel @growUrStartup @method_money @LifeZemplified @asliceofspice18 @avejoehustles @MrLeonardKim

2

**45Y Music** · Jul 24
Hey **@PretzelCrisps**, Thank you for the follow!

**John Carelli** · Jul 24
**@PretzelCrisps** big Homie would love to do a **pretzel** crisp commercial

**Emily Miller** · Jul 24
Bring me sushi and **@PretzelCrisps** I deserve self love after what this eyebrow plucking put me through.

1

**Pretzel Crisps®** · Jul 24
Replying to @LisaKauffman20
Thanks for the love, Lisa!

1

**Lisa Kauffman** · Jul 24
Replying to @PretzelCrisps
Love ' em. Only **pretzel** I eat get 'em at Sam's club!

Home Moments

1

pretzel crisps since:2018-07-01 u Have an account? **Log in**

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Felipe Motta WS&D** · Jul 24

¿Te agarró la tarde y no almorzaste?
Date una vuelta por nuestros Wine Stores & Deli y busca tu #emparedado favorito!

Puedes acompañarlo con unos crujientes **Pretzel Crisps** y un jugo Snapple, ¿qué te parece?

2 2

**Oldface Magenta 1994** · Jul 24

Nah the first thing I want is buffalo flavored **pretzel crisps**

> **Jake-O-Lantern** @jakematthewlist
> If she doesn't call or text you when she's drunk sorry but you're not the one, the first thing a girl wants when she's drunk is her man
> Show this thread

14

**Shelby Neeley** · Jul 24

Can I live off of **pretzel crisps** and red pepper hummus?

2 3

**paige** · Jul 24

**PRETZEL CRISPS** IN ALFREDO SAUCE YALLLLLL

1

Show this thread

**Pretzel Crisps®** · Jul 24

Campers, assemble your nutty snacks! **#PretzelCrisps**

Home    Moments

pretzel crisps since:2018-07-01 u    Have an account? Log in ▾

# pretzel crisps since:2018-07-01 until:2018-07-31

Top    **Latest**    People    Photos    Videos    News    Broadcasts

💬        ⇄ 1              103

**Create Kids Club**    · Jul 24        ⌄
#sponsored This layered taco dip recipe has fewer calories and fat compared to
other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @pretzelcrisps
@latejulyorganic #gamedayappetizer #tacodiprecipe

💬        ⇄

**sarah schwartz**    · Jul 23        ⌄
As punishment for eating **pretzel crisps** and strawberries for dinner I dropped
half my bag of **pretzel crisps** on the floor. Not mad. I get it, and agree

💬        ⇄              1

**Lauren**    · Jul 23        ⌄
Hummus and **Pretzel Crisps** are the best combo

💬        ⇄

**DANI**    · Jul 23        ⌄
**pretzel crisps** with hummus has become my go to snack

💬        ⇄

**Meg**    · Jul 23        ⌄
WANTED: Life coaches who can...
-Keep me from binge eating my entire carb count in **Pretzel Crisps**
-Help me stop crying at every episode of Queer Eye
-Teach me how to get to work on time
Call 678.999.8212 for inquiries

💬        ⇄              3

**Pretzel Crisps®**    · Jul 23        ⌄



Replying to @ElisabethEM227
No judgement, we're addicted too!

pretzel crisps since:2018-07-01 u[🔍]

Have an account? Log in ▾

𝕏 Home   ⚡ Moments

# pretzel crisps since:2018-07-01 until:2018-07-31

Top   **Latest**   People   Photos   Videos   News   Broadcasts

**Pretzel Crisps®**   · Jul 23
Replying to @DwainTracy
Our thoughts exactly!

**One World   One Table**   · Jul 23
Replying to @PretzelCrisps
These truly are damn good. Perfect with soups and salads.
1

**Pretzel Crisps®**   · Jul 23
Snack time: This Original **Pretzel Crisps®** classic

1   2   10

**Emily Miller**   · Jul 23
I need an industrial sized bag of Snack Factory @PretzelCrisps.
I'm addicted and I don't care who knows it.
Give me the **crisps**.
1   2

**Tracy Dwain York**   · Jul 23
Replying to @PretzelCrisps
@PretzelCrisps This is definitely the best way to get that same childhood feeling
and the quick flavor flashback that we once had when living in our later years
1

**Pretzel Crisps®**   · Jul 23
This is how you eat PB&J in **Pretzel Crisps®** sandwich form #RethinkYourPretzel
instagram.com/p/Blk-mV-Fo7O/...
1   1

**smilesnsunshine**   · Jul 23
Replying to @PretzelCrisps
Pretzels are good **pretzel crisps** are imitation pretzels and too hard to bite.
#hardtruth #imposterpretzels

**Create Kids Club**   · Jul 22







Home Moments

pretzel crisps since:2018-07-01 ur

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

Living in Green Bay, Wisconsin, it's nearly impossible not to be a football fan. It's in our blood, people here like to say we bleed green and gold. If you follow football... bit.ly/2F1PKQG #timetocrunch @pretzelcrisps @latejulyorganic #gamedayappetizer #tacodiprecipe

**Jodi Danen, RDN** · Jul 22

#sponsored This layered taco dip recipe has fewer calories and fat compared to other versions of this traditional chip dip, but keeps all the flavor!

The perfect appetizer ... bit.ly/2F1PKQG #timetocrunch @pretzelcrisps @latejulyorganic #gamedayappetizer #tacodiprecipe

2 2

**Pretzel Crisps®** · Jul 22

The perfect weather for a cold, portable, ice cream treat. #RethinkYourPretzel ow.ly/m05J30kZWec

3 4

Home Moments

pretzel crisps since:2018-07-01 ur Have an account? Log in

· Jul 21
Replying to @PretzelCrisps

I tried the bacon hanabero ones. Legit had to spit it in the garbage. Fuckin gross.

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Bloggpromoo** · Jul 21
Replying to @PretzelCrisps
Ohh i love these!!

1

**Mia Torres** · Jul 21
@PretzelCrisps Garlic and Parm

1

**Fitt and Fabulous** · Jul 21
Lunch isn't complete without #**pretzelcrisps** #thin #crispy #salty #olivehummus #hummusdip #nicelightsnack #raqfittandfabulous #raqfitt #eatsmart #eatclean instagram.com/p/BlgF1NenCAa/...

**happy halleahween** · Jul 21
literally all I ate yesterday was 2 string cheeses a piece of chicken and a piece of garlic toast but my breakfast today is a whole box of rice and some **pretzel crisps**, this is adulting ¯_(ツ)_/¯

2

**Mirko Drescher** · Jul 21
**Pretzel Crisps** von Snyders im Test! Fazit & Meinung trink-express.com/2018/07/21/pre...

1

**Pretzel Crisps®** · Jul 21
"Buy me some pretzels and hotdog snacks, I don't care if I never get back"...that's how it goes, right?

🐦 Home    ⚡ Moments

pretzel crisps since:2018-07-01 ur 🔍    Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top    **Latest**    People    Photos    Videos    News    Broadcasts

💬        ♺ 2        10

**el bolso de ojos**        · Jul 21        ⌄

Replying to @PretzelCrisps

💬        ♺

**Django Jane**        · Jul 20        ⌄

Replying to @Miss_Mielle @TieshaWatson and 2 others

plum paste, beef & pork salami, everything crackers, pork and rabbit terrine, California Roquefort, truffle goat cheese, Grana Padano, raw honey, **pretzel** chips, and Natural 34 **crisps**.

💬        ♺        4

**Brian McGinnis**        · Jul 20        ⌄

Replying to @chadillacdesert

what is sex if not watching me go to town on pub cheese and **pretzel crisps**?

💬 1        ♺

**Diet Guru 2017**        · Jul 20        ⌄

White Chocolate Peppermint **Pretzel Crisps** Recipe

💬        ♺

**Morgan Bailey**        · Jul 20        ⌄

Nothing like @yaf lectures and laughing cow cheese with **pretzel crisps**













Home Moments

pretzel crisps since:2018-07-01 u

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1 8

**Baking & Snack** · Jul 20

Dollar sales of the **pretzel** category — twists, sticks, braids, **crisps** and sandwiches — are up 1.5%. ow.ly/Yc4K30l30nu #foodnews #pretzels

1

**Pretzel Crisps®** · Jul 20

#Rethink your traditional burger with this salmon & **#PretzelCrisps** patty! ow.ly/e8r830kZVWd

Home Moments

pretzel crisps since:2018-07-01 until:2018-07-31

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

5 5

**Jack Klipsch** · Jul 20
Things I've been all about lately!
I'll Be Gone in the Dark, the movie Eighth Grade, the idea of getting in to Stephen King, and GARLIC PARMESAN **PRETZEL CRISPS**

1

**costco_carts** · Jul 20
Snack Factory Organic **Pretzel Crisps**, Pierre Foods Chicken Sandwich, Crest 3D White Advanced Mouthwash, Kirkland Facial Tissue, Upright Boxes (12 boxes)

**Thottie Wasabi** · Jul 20
Replying to @leftlanes
Come over I have Snack Factory **Pretzel Crisps**

1

**Pretzel Crisps®** · Jul 20
Always seeking that next-level snack. Well hello, Buffalo **#PretzelCrisps** Sliders instagram.com/p/BldZIdLHKDz/...

1

**Mel** · Jul 20
Replying to @FrankRamblings
Maybe this is my podcast. I try all the **Pretzel Crisps** but I make this content drag and last for at least a year.

1 1

**SF&WB** · Jul 20
NEW PRODUCTS SLIDESHOW: June 2018. Featuring products from @SugarBowlBakery, @rwgarciasnacks, @Hostess_Snacks, @docpopcorn, @golivelite, @**PretzelCrisps**, @ftbrownies, @ClioSnacks, @TysonFoods, and @Tastykake bit.ly/2uQnU6G

Home Moments

pretzel crisps since:2018-07-01 ur

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1 3

**Mel** · Jul 20
I currently have 4 bags of **Pretzel Crisps** in my house in a variety of flavors. How are you doing?

1 4

**Kaylee** · Jul 20
Replying to @_kirbst0mp_
Zach will do the SAME thing but instead it's normally **pretzel crisps** with guac and occasional handfuls of Fritos

1

**Morgan Bailey** · Jul 19
Replying to @msnicolemaria @rileyljensen
It's so good! Idk if I'd ever eat it with salami but def with **pretzel crisps** and pita chips

1

**Morgan Bailey** · Jul 19
My new favorite snack is **pretzel crisps** and spreadable laughing cow cheese. Thank you @rileyljensen for introducing me to this cause I'm now obsessed

2 4

**Migraine-oween** · Jul 19
Hey @ZARA did you chain @**PretzelCrisps** together and paint them gold? Cool idea!! I love wearable food

Home Moments pretzel crisps since:2018-07-01 ur Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1

Parker ||-// · Jul 19
**Pretzel crisps** are so addicting holy shit

naomi · Jul 19
Fell asleep last night with my arm around a bag of **pretzel crisps**, so you know what I was thinking about before bed.

1

Pretzel Crisps® · Jul 19
Snack #Tip: Take advantage of the natural sweets of summer like raspberries! The perfect topper. **#PretzelCrisps**

3 9

e · Jul 19
**pretzel crisps** and hummus are the way to my heart

2

Corey Statik · Jul 19

Home Moments

Replying to @Mrsuttonderek @PretzelCrisps

Hahaha

pretzel crisps since:2018-07-01 ui

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

***that*** **spooky** ***bitch flo*** · Jul 18

the four food groups are pasta, 7/11 monterey jack taquitos, **pretzel crisps**, and ice coffee

7

**Spindrift** · Jul 18

Replying to @RedTeamConsult @spindrift @PretzelCrisps

Cheers, Red Team!

1

**Red Team Consulting** · Jul 18

Mid-day snack sesh with a few of our favorites @spindrift, **@PretzelCrisps**, and coffee. #DayInTheLife #RedTeamTakeover

1 1 6

**Kimberly nail** · Jul 18

Replying to @PretzelCrisps

Oh I'm LOVING ❤❤❤💕💕💕the garlic Parmesan !!! THANKS 🙏

1

**Pretzel Crisps®** · Jul 18

Current status: Road trip snacking #PretzelTrips instagram.com/p/BlYLvYXlY5C/...

1 1 2

**Pretzel Crisps®** · Jul 18

There's nothing quite like a #summertime salad. Except, of course, for one topped with **#PretzelCrisps**

🐦 **Home**    ⚡ **Moments**

Have an account? **Log in** ⌄

## pretzel crisps since:2018-07-01 until:2018-07-31

**Top**    **Latest**    **People**    **Photos**    **Videos**    N...

💬        ↻ 7        33

**cal**    · Jul 17    ⌄
hummus and **pretzel crisps** are a ✊ snack ⚫
💬                                    1

**@CzarFancypants**    · Jul 17    ⌄
These **pretzel crisps** would be a great addition to your kids school lunches. -->
amzn.to/2mr3Wvy

#PrimeDay
💬    ↻

**Fitt and Fabulous**    · Jul 17    ⌄
They're BACK! the best way to make salad AMAZING! #pretzelcrisps
#spicyhummus #arugulasalad #eatlean #eatsmart #crunchy #crispy #delicious
instagram.com/p/BlWYJj-Hsgj/...
💬    ↻

**Michael Finley**    · Jul 17    ⌄
@PretzelCrisps thanks for the follow, **Pretzel** & have a great Tuesday! Check
out my website, BourbonStreetHomes.com . I always have the best deals on fully
renovated properties and fixer uppers!
💬    ↻

**Angelique Moore**    · Jul 17    ⌄
@SouthwestTheMag my favorite snack is **pretzel crisps** and hummus
#southwestsnacks
💬    ↻

**Pretzel Crisps®**    · Jul 17    ⌄
Give us all the tacos!! #TacoTuesday instagram.com/p/BlVuxVHAl12/...
💬    ↻    4

**ho, but make it spooky**    · Jul 17    ⌄
I'm a hummus girl. Chickpeas are a mouth bop. Like, just dip **pretzel crisps** and
carrots in that shit and you good for life
💬    1    ↻    2

**Heather J Boneparth**    · Jul 17    ⌄
Replying to @dougboneparth @PretzelCrisps
I'm just trying to live my best **pretzel** life. I happen to be a huge fan. Everything
pretzels ftw.
💬    ↻    1



Twitter | Home | Moments

**Seth Rutman**
Replying to @dougboneparth @PretzelCrisps @averagejoelle
#GiveDouglasFreeStuff

pretzel crisps since:2018-07-01 u 🔍    Have an account? Log in ▾

# pretzel crisps since:2018-07-01 until:2018-07-31

Top    **Latest**    People    Photos    Videos

**Douglas A. Boneparth** ✅ · Jul 17
.@PretzelCrisps, so @averagejoelle is obsessed with your crispy treats and is urging me to make some clever content with you. However, she requires **Pretzel Crisps**. Can we make this happen? I need to satisfy her before things go bad for me.

💬 2    🔁

**Pretzel Crisps®** · Jul 17
**Pretzel Crisps®**. Taco Fixings. On-the-go. What else is there to say?
#TacoTuesday
ow.ly/Z3Wa30kZuoS

💬    🔁 1    2

**Krysta** · Jul 16
i'm at Kroger looking for **pretzel crisps** AND I CANT FIND THEM ANYWHERE and i've had to go through SO MANY AISLES and it's actually so fun because when AJ wakes up I'm going to blame him because it's literally his job to make this happen to me

💬    🔁    4

**Reagan** · Jul 16
Replying to @hquist7
OK YES and a costco sized bag of **pretzel crisps**

💬 1    🔁

**Dum Dum Dakotan** · Jul 16
I'm currently eating deli style **pretzel crisps**.
Thank you for following me on Twitter.com.

💬 1    🔁    5

**Cindy Rodeo Steedle** · Jul 16
Replying to @PretzelCrisps
Love this product my favorite YUM!

💬    🔁    1

**Douglas A. Boneparth** ✅ · Jul 16
Well, if I were a smart man, I'd end my tweeting today on @PretzelCrisps following me.



# pretzel crisps since:2018-07-01 until:2018-07-31

Home    Moments

Honored. Honored!

pretzel crisps since:2018-07-01 ui 🔍

Have an account? **Log in** ▾

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**ashlyn**    · Jul 16

the kid i nanny for it eating hot buffalo flavored **pretzel crisps** and i wanna choke
they smell so bad

**Rebecca Harris**    · Jul 16

Replying to **@PretzelCrisps**

**Pretzel Crisps®**    · Jul 16

Replying to **@cooper917**

The best combo!

1

**Pretzel Crisps®**    · Jul 16

This snack brand is ready for a summer #roadtrip! Follow along with us to see
where we're going! #PretzelTrips instagram.com/p/BlS-fvgFl-x/...

1        1        4

**Pretzel Crisps®**    · Jul 16

It's #summertime, keep your snacks fresh and light #fruit **#PretzelCrisps**







Home Moments

pretzel crisps since:2018-07-01 u Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

3

**WeWonYou Lost** · Jul 16
Replying to @PretzelCrisps
Best snack ever, I'm including ice cream in this!!!!!!

1

**get your hits together** · Jul 15
buffalo wing **pretzel crisps** >

**Traci @ Coastalpines** · Jul 15
World Cup watching
Gruyere
Cheddar
Goat cheese rolled in everything bagel seasoning
Maple glazed pecans
Pickles
Bing cherries
**Pretzel crisps**
Pita chips
Peppered salami & mild salami... instagram.com/p/BlQpnUlh6-d/...

**Jason Cooper** · Jul 15
Replying to @PretzelCrisps
OMG.... these are the greatest thing since regular pretzels!!! These tasty little **Pretzel Crisps** with some #hummus...

1 2

**Pretzel Crisps®** · Jul 15
Sunday: Snacks & TV-binging #RethinkYourPretzel

Home Moments

pretzel crisps since:2018-07-01 ui Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1 3

· Jul 15

Replying to @PretzelCrisps

omg!!!

1

**Pretzel Crisps®** · Jul 15

Replying to @_allymango

The feeling is mutual!

1 1

**Pretzel Crisps®** · Jul 15

Replying to @riaro

The perfect snack for jetsetting!

1

**oc2o** · Jul 14

Snack Factory Original **Pretzel Crisps**

**Snack Factory Original Pretzel Crisps - OC2O™**

Cheap Snack Factory Original Pretzel Crisps on sale & clearance. Shop new, used items ➤ Best sales & promotions 2018 - OC2O™

oc2o.com

**chris brown** · Jul 14

**pretzel crisps** underrated

2

· Jul 14

@PretzelCrisps i also love u and your **pretzel crisps**

1

**Toby Metcalf** · Jul 14

Replying to @KariVanHorn @PretzelCrisps

OH MY!

**Mad Max** · Jul 14

I am sexually attracted to buffalo **pretzei crisps**

Have an account? **Log in ▾**

🐦 **Home** | ⚡ **Moments**

pretzel crisps since:2018-07-01 u 🔍

1

# pretzel crisps since:2018-07-0̶1̶ ̶u̶n̶t̶i̶l̶:2018-07-31

**Aaron Huff**

Top    **Latest**    People    Photos    Videos    News    Broadcasts

Replying to **@sak_shoes**

So... REALLY fun night, then? ⚫⚫⚫ (we're big fans of **pretzel crisps** and sliced cheese, but hey, cream cheese and you know it's a party ⚫)

💬 1    ↻

**Sak**    · Jul 14

Replying to **@aaronhuff**

Towards the end of the evening, I was ferociously eating **pretzel crisps** dipped in a container of cream cheese haha.

💬 1    ↻

**Pretzel Crisps®**    · Jul 14

Stack your snacks high and your #chocolate snacks higher #RethinkYourPretzels

💬    ↻    4

**Kova Rogers**    · Jul 13

Replying to @jendalton12 @RickBroering @Bob_Herzog

Those **pretzel crisps** are amazing!!! Have you tried the buffalo flavor? 🏈 #justsaying

💬    ↻    1

**Mallorie Owens | Lifestyle, Beauty, Travel Blog...**    · Jul 13

Replying to @PretzelCrisps

Thanks so much for the follow, our whole family loves **pretzel crisps**! 🖤

💬    ↻    1

**Maria Roach**    · Jul 13

Replying to @PretzelCrisps

On a plane. With hummus. All day long!! 👀 🥨 #healthysnacks



Top    Latest    People    Photos    Videos    News    Broadcasts

**Whats Cookin**  · Jul 13
Hey @**PretzelCrisps**, Thank you for the follow!

**Michael Nania**  · Jul 13
Replying to @NemRaps @AMCTheatres
Dark chocolate **pretzel crisps**

**Kari Steele** ✔  · Jul 13
Always a great day when I get followed by PRETZELS! Thanks for the love,
@**PretzelCrisps**!





Home Moments

pretzel crisps since:2018-07-01 until:2018-07-31

Have an account? Log in

Top Latest People Photos Videos News Broadcasts

1 3 20

**Juice Guru** · Jul 13
@PretzelCrisps what is your favourite juice recipe?

**Pretzel Crisps®** · Jul 13
These summery treats = instant mood boost #RethinkYourPretzel instagram.com/p/BlLaXodFwqx/...

1 1

**Pretzel Crisps®** · Jul 13
#SnackTime = the best time

1 6

**Dakota** · Jul 13
Flaming hot **pretzel crisps** with hummus. I couldn't ask for a better multicultural breakfast! 👌👌

1 2

**Pretzel Crisps®** · Jul 13
Replying to @chelseatoday
Respect.

Home    Moments

pretzel crisps since:2018-07-01 until:2018-07-31

pretzel crisps since:2018-07-01 ur    Have an account?  Log in

Top    Latest    People    Photos    Videos    News    Broadcasts

**chelsea**
ate an entire bag of @PretzelCrisps today. and let me be clear: an ENTIRE bag.
baby, i ate the crumbs with a plastic spoon. started at 10. ended at 5:30. the
entire bag.

2          7

**IG: CharliiiRos3** · Jul 12
DD Hashbrowns, Glazed Donut, Five Guys 4 Lunch, **Pretzel Crisps** (Buffalo), Ice
Cream , #Engorged I MUST Eat A Salad For Dinner 🖤🙏🏻💃🏻🎤
                                          1

**Jack Skellington's sugar baby** · Jul 12
My bag of **pretzel crisps** sounds like my Scruff profile after a good day at the
beach getting a little tan.

                                          2

**Pretzel Crisps®** · Jul 12
Turkey or beef? Either way, these little #burger bites pack some serious flavor
punch!

                                          3

**Pretzel Crisps®** · Jul 12
Replying to @kimberly__29
Have you tried our Garlic Parmesan flavor?! We love the idea of some added
mozzarella!
                1          1

**Pretzel Crisps®** · Jul 12
Replying to @kimberly__29
Thanks for the love, Kimberly!

**booboo the fool** · Jul 11
Currently eating **pretzel crisps** and pretending they're  pizza dipped in ranch and
I AM ON EDGE







Home Moments pretzel crisps since:2018-07-01 u Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Kimberly nail** · Jul 11
@PretzelCrisps please make a parmesan mozzarella garlic @PretzelCrisps Chrisp!
1

**Kimberly nail** · Jul 11
@PretzelCrisps I love @PretzelCrisps soo much! Please understand that they have been a part of my life for so long!!! You can't replace them! Thank You so much for making them!
1

**Pretzel Crisps®** · Jul 11
Replying to @TheMikeTrainor
Of course, but what fun would that be?!
1

**alana** · Jul 11
it's all fun and games until you're choking on chocolate covered **pretzel crisps** at work
1

**Mike Trainor** · Jul 11
Replying to @PretzelCrisps
Can't I just eat them and that's it?
1

**𝔥𝔞𝔫𝔫𝔞** · Jul 11
get u some buffalo wing flavored **pretzel crisps**

2

**syd** · Jul 11
let me tell u, buffalo wing **pretzel crisps** and coffee do not taste good together
2

Home Moments

pretzel crisps since:2018-07-01 u Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

· Jul 11
Already missing our first stop on our summer #PretzelTrips #roadtrip instagram.com/p/BlF7owFYvu/...

1

**Pretzel Crisps®** · Jul 11
On Wednesdays we eat pink! **#PretzelCrisps**

1 2

**Badie Mot** · Jul 10
**Pretzel crisps** are better than having a meltdown bc I have maximum space for thanksgiving leftovers.

**MzShasta Halloween Queen** · Jul 10
@**PretzelCrisps** #SnackFactory has THE BEST **pretzel crisps**! [Which happen to be non GMO]

1

**Pretzel Crisps®** · Jul 10
Itching for a #roadtrip? Follow along on ours as we travel the country with our favorite flavors by our side. #PretzelTrips instagram.com/p/BlDmVsxl7Zp/...

1

**Pretzel Crisps®** · Jul 10
Bored with breakfast? Allow us to rethink that for you. **#PretzelCrisps**

1 3

**Top Idea List** · Jul 10
New post (Great recipe: Tuna Avacado Salad: I eat it with **pretzel crisps**.) has been published on TopIdeaList.com - topidealist.com/fitness/great-...

Home | Moments

pretzel crisps since:2018-07-01 until:2018-07-31

Top · **Latest** · People · Photos · Videos · News · Broadcasts

**Ingredients**

cilantro, Chopped
¼ cup(s)
**0**

Wegmans Tuna, Solid White
Albacore, in Water
4 ½ oz
**0**

California (Hass) avocado
½ item(s)
**4**

fresh lime juice
1 Tbsp
**0**

**alpha**    · Jul 9
I have two words for everyone: **pretzel crisps**
4

**vic**    · Jul 9
**pretzel crisps** and hummus is the best snack ever and if you don't agree then
you're just really wrong 🪦
3

**Things Im Eating Right Now**    · Jul 9
Hummus & **pretzel crisps** + 2 string cheese for dinner

Have an account? **Log in**

Home Moments pretzel crisps since:2018-07-01 u Have an account? Log in

## pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1 1

**Anastasia O.** · Jul 9
**Pretzel Crisps** are life

**Nicole** · Jul 9
There's a power line down in the neighbourhood. Not sure how long it's been out or how long until it's fixed so I don't think I'll open the fridge. **Pretzel crisps** for lunch it is!

Show this thread

**Pretzel Crisps®** · Jul 9
Gooey goals for #summer snacking! #**PretzelCrisps**

2 4

**Honey** · Jul 9
I'm currently laying in bed eating **pretzel crisps** and drinking wine with Noah and life couldn't be any better.

Home Moments pretzel crisps since:2018-07-01 ur Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

19

**andrea** · Jul 8
am i really going to finish this whole bag of **pretzel crisps** right now?

2

**Mystery Mania** · Jul 8
Got my FREE @**PretzelCrisps** from @Lucky they sent for #LuckyYou Rewards Members! Trying these out for the first time as well, let's hope these are yummy. Regular price is $3.99. #**PretzelCrisps** #GarlicParmesan #Lucky #Store714 – at Lucky

3

**Pretzel Crisps®** · Jul 8
Summer nights done right. Dinner and #dessert brought to you by #**PretzelCrisps**

1 4 69

**lil nut** · Jul 7
@Sabra i fuck witchu and i fuck witchu @**PretzelCrisps**

1

Home Moments

Pretzel Crisps + Nutella = · Jul 7

pretzel crisps since:2018-07-01 ur

Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Heavennnnn!!!

1

Top Latest People Photos Videos News Broadcasts

Show this thread

**Charles Turner III** · Jul 7
Also send me @PretzelCrisps I love them! #GoToSnack

1

**Pretzel Crisps®** · Jul 7
Fruit and #PretzelCrisps are the perfect duo to sweeten up any snack

1 5

**Santina's Harvest** · Jul 7
@PretzelCrisps and SanTina's Harvest's #simple creations.#blackbeandip #sourcreamdip #hummus totally #veagan #nongmo #glutenfree
Get your set and start a healthier meal and snack preparation

1

Home Moments

pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

pretzel crisps since:2018-07-01 u

Have an account? Log in

**Pretzel Crisps®** · Jul 6
Build your own. BBQ meat. Sauce. Toppings. Done! #PretzelCrisps
ow.ly/hqof30kPOw9

4

**Pretzel Crisps®** · Jul 6
You might have a go-to #nachos recipes, but have you considered going sweet instead of savory? #RethinkYourPretzel ow.ly/vugJ30kIoej

5

**IHeartNaturalDeals** · Jul 6
Snack Factory **Pretzel Crisps** 8 Pack - As Low As $4.39 (or $0.55 Each)

iheartnaturaldeals.com/?p=38385

**Diana** · Jul 6
FREE **Pretzel Crisps** at Save Mart today! Just add the offer to your card!
instagram.com/p/Bk5GpCBFf-0/...

**crystal leon** · Jul 6
#breakfastofchampions @**pretzelcrisps** #garlicparmesan and of course goldpeak that is the only beverage I have consumed since my surgery 4 years ago ! I do not drink anything else and I... instagram.com/p/Bk4qcvbBETT/...

1

**Matt Evans** · Jul 6
If you'd told me a few years ago I would be eating **pretzel crisps** and hummus and watching my 3rd episode of Queer Eye at 4am I would've said you were high on drugs, but here I am 🤷

7

Home Moments pretzel crisps since:2018-07-01 u Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Lisellle** · Jul 5
and **pretzel crisps**. they are great for chasing hunger pangs.

**kady** · Jul 5
ive probably said this b4 but **pretzel crisps** are rly one of the best innovations of this century ive always loved regular pretzels but at this pt i think **pretzel crisps** r better

1

**Karen Pence's Boos** · Jul 5
Replying to @MilesKlee
I ate a 100 calorie bag of **pretzel crisps** because I pretended it wasn't food and we have a glut of them

1

**kyy** · Jul 5
I just demolished like half a bag of buffalo wing **pretzel crisps** in like 15 mins why am I like this

1 4

**Yasmin.** · Jul 5
Salt & pepper **pretzel crisps** taste like honey mustard

1

**Ishmael Q** · Jul 5
Ya, **pretzel crisps** leave pita chips in the dust. I'd still like to do pita ever and anon to switch it up.

**Pretzel Crisps®** · Jul 5
Dinner plans? Done. #RethinkYourDinner #RethinkYourPretzel

3

**Sabra** · Jul 4
Replying to @Kaylore @JackieMarushka and 5 others
So glad you're loving our hummus

3

**jenry** · Jul 4
Replying to @cheickna73
hummus w **pretzel crisps** is my go to move

Home Moments

pretzel crisps since:2018-07-01 ur Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Kay Watson** Jul 4
Replying to @JackieMarushka @JimmyWayne and 3 others
Sounds good. I love hummus. (With @PretzelCrisps) Never tried that brand tho. Have you tried the @Sabra brand? It's one of my favorite.

1 2

**Pretzel Crisps®** · Jul 4
Our favorite 4th of July snack -- with chocolate and **Pretzel Crisps**®, of course! #July4th instagram.com/p/BkzyXxTlfuK/...

2

**Pretzel Crisps®** · Jul 4
Celebrating all things red, white & blue today! Happy #4thofJuly

1 6

**Pretzel Crisps®** · Jul 4
Replying to @bananasandy
Thank you very much for bringing this to our attention, we take this very seriously! We have shared this with the team but please be sure to let our team know here: slletsconnect.com/pretzel-crisps/ so we can work to make this right!

**Anna** · Jul 3
put me in a room by myself with a bag of **pretzel crisps** & u can guarantee that it will be like the bag was never filled with pretzels

1 2

**Magpie** · Jul 3
Replying to @GregMcCambley @weirdalifrey
Woah. I'm eating **Pretzel Crisps** as I read your tweet about **Pretzel Crisps**.

Home Moments pretzel crisps since:2018-07-01 u Have an account? Log in

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

1 1

**Rob Visconti** · Jul 3
**Pretzel crisps** are horribly underrated.

1 1

**Sandra** · Jul 3
Replying to @PretzelCrisps
I will never buy any of your products since the day I spent throwing up after eating your **Pretzel Crisps** which was a clear clue that they weren't gluten-free. I double checked the package and it was labeled as GF (the bag was thrown out before I could report it). Buyer beware!

1

**Pretzel Crisps®** · Jul 3
The countdown is on! T-minus 24 hours until we're celebrating #4thofJuly and snacking the day away!

1 1

**spoopy ᵒᵒᶠ** · Jul 2
I want dark chocolate **pretzel crisps**

1 2

Show this thread

**Pretzel Crisps®** · Jul 2

Eyes on the prize. The snack prize, that is! #PretzelCrisps
instagram.com/p/Bkux6LUIwba/...

# pretzel crisps since:2018-07-01 until:2018-07-31

**Balistreri Sendik's** · Jul 2

Take snack time to the next level with today's Daily Deal: Sabra Hummus and Snack Factory **Pretzel Crisps** are 2/$4! See all this month's Daily Deals here:

**Daily Deals - Sendik's Food Market**
View October DealsOpens in a new window
sendiks.com

**Pretzel Crisps®** · Jul 2

#Rethink your snack to keep up with your busy summer schedule! #GrabNGo #PretzelCrisps

5

**Ethereal Andy ¦ Hyperion Nyx** · Jul 2

Replying to @WholeFoods @kettlebrand @PretzelCrisps

What about you don't save yourself from shame and address what you did to this man? Shame on you!

**SalsaR** · Jul 1

Home Moments

pretzel crisps since:2018-07-01 u

Have an account? **Log in**

Replying to @WholeFoods @kettlebrand @PretzelCrisps
facebook.com/directactionev...

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**SalsaR** · Jul 1
Replying to @WholeFoods @kettlebrand @PretzelCrisps

**Megan Upchurch** · Jul 1
put me beside a bag of pepper and salt **pretzel crisps** and I have no fucking will power

1

**ashlyn** · Jul 1
i miss those **pretzel crisps**

**ashlyn** @hrypottcr
she interrupted my show

3

**halle** · Jul 1
you know it's summer when you have 3 strips of bacon, some **pretzel crisps**, a granola bar, and half a sprite for dinner

5

**Randy The Wild Horse** · Jul 1
Review of Snack Factory **pretzel crisps** bacon habanero.: youtu.be/_I24hm4q6KI?a via @YouTube

**Randy The Wild Horse** · Jul 1
I added a video to a @YouTube playlist youtu.be/_I24hm4q6KI?a Review of Snack Factory **pretzel crisps** bacon habanero.

**kellybean 又** · Jul 1
Last night my drunk snack was hummus and **pretzel crisps**, wow so healthy is this growing up?

1 2 12

Home Moments

pretzel crisps since:2018-07-01 until:2018-07-31 Have an account? **Log in**

# pretzel crisps since:2018-07-01 until:2018-07-31

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · Jul 1
What summer snack dreams are made of... #RethinkYourPretzel

7

**Itoruna** · Jul 1
it's almost 5 am and I just ate a dragonfruit, **pretzel crisps** and a homemade tzaziki dip

do i look like a stoner

3

**ashlyn** · Jun 30
**pretzel crisps** are superior

1

**Adryem** · Jun 30
Replying to @WholeFoods @kettlebrand @PretzelCrisps
Whole Foods has so much single use plastic packaging. Are you doing anything to reduce single use plastic which is terribly destructive to the environment??





















