# EXHIBIT 1

## Part 5







Home Moments pretzel crisps since:2018-06-01 ui Have an account? **Log in**

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**Search filters** · Show

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## New York trends

**Cesar Sayoc**
396K Tweets

**Mitchell Robinson**

**#NationalPumpkinDay**
56.3K Tweets

**Noah Vonleh**

**Steve Kerr**

**Jeff Sessions**
18.5K Tweets

**John Legend**
6,016 Tweets

**Sen. Kamala Harris**
6,926 Tweets

**Christopher Wray**
8,363 Tweets

**Cesar Altieri**
20.5K Tweets

© 2018 Twitter About Help Center Terms
Privacy policy Cookies Ads info

**CPBerries** @CpBerries · Jun 29
RT WholeFoods: From kettlebrand chips to **PretzelCrisps**, stock up and save with this week's #DelishDeals. Discover more: bit.ly/2lJIkdt

**Whole Foods Market** @WholeFoods · Jun 29
From @kettlebrand chips to @**PretzelCrisps**, stock up and save with this week's #DelishDeals. Discover more: bit.ly/2lJIkdt

4 2 18

**Dani Lavoie** @strangecolorsky · Jun 29
**pretzel crisps**, everything flavor are my kryptonite

Home Moments

pretzel crisps since:2018-06-01 ur Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**angie k.** @ang_klln · Jun 29
Idk if someone can survive off of deli style **pretzel crisps** + hummus alone but... I'm well on my way to ending that lol.

1 5

**kc** @_kesi__ · Jun 29
Food win!! Elijah is notorious for only eating chips as a snack, so I tried giving him **pretzel crisps** instead and he actually loved them! I was happy with that, but today I tried regular pretzels and he has been eating those all morning for the first time ever

1 14

Show this thread

**Pretzel Crisps®** @PretzelCrisps · Jun 29
The Original **Pretzel Crisps**® that started it all - the perfect companion to your favorite cheese! instagram.com/p/BknNpZ0nRHb/...

**Judith L. Chambers** @jlchambers911 · Jun 29
I love **Pretzel Crisps**!!

**Pretzel Crisps®** @PretzelCrisps
Rethink your #PretzelCrisps toppers this summer!

**Pretzel Crisps®** @PretzelCrisps · Jun 29
Replying to @kkaatt7
Sadly, our love cannot be bought! But our pretzels can be bought in the deli section!

**Pretzel Crisps®** @PretzelCrisps · Jun 29
Rethink your **#PretzelCrisps** toppers this summer!

2

**Yam** @mayacerv_ · Jun 28
We rly out here eating **pretzel crisps** at 2:30am

1

🐦 **Home**    ⚡ **Moments**

Replying to @PretzelCrisps · Jun 28

🔍 pretzel crisps since:2018-06-01 ur

Have an account? **Log in** ⌄

Nooooooo :'(

# pretzel crisps since:2018-06-01 until:2018-06-30

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Amber Renae** @OleItsAmbre · Jun 28

I just bought a bag of **Pretzel Crisps** today for the first time ever and this ad just popped up... I'm a little shook right now ⚫

> 0:32
>
> **Pretzel Crisps®** @PretzelCrisps
> What do you get when you combine sweet fillings with salty #PretzelCrisps? These beautiful #unicorn tacos. Dig in!

💬 1    ⟲

**Tee** @TcM603 · Jun 28

@PretzelCrisps Follow back for DM

💬    ⟲

**kat** @kkaatt7 · Jun 28

@PretzelCrisps what will it take for me to get a year supply of free everything **pretzel crisps**

💬 1    ⟲

**kay_tee thom** @jamockingbird · Jun 28

Replying to @PretzelCrisps

We eat our **pretzel** chips with hummus 🖤

💬    ⟲

**Matt Diephouse** @mdiep · Jun 28

Replying to @sharplet

Hummus and **Pretzel Crisps** 👊

💬 1    ⟲

**the lucid dream** @terminality_ · Jun 28

Rehtaeh the sleepy, Hoarder Of **Pretzel Crisps** and Notebooks. 🦄 (actually this sums me up pretty well)

> **Re-BOO!-cca Mix** @rebeccarmix
> [Your name backwards] the [current mood], Hoarder Of [last thing you ate] And [object to your left] is your name if you were a dragon ok go
> Show this thread

💬    ⟲    2

**Pretzel Crisps®** @PretzelCrisps · Jun 28

Replying to @crystal_leon

We love our furry fans!

💬    ⟲    1

**Pretzel Crisps®** @PretzelCrisps · Jun 28

Replying to @hannah_eburns

Sadly, this flavor is no longer being produced! You might like our Buffalo Wing or Bacon Habanero flavors, check em out!

Case 3:17-cv-00652-KDB-DSC    Document 44-6    Filed 10/29/18    Page 4 of 45



Home Moments

pretzel crisps since:2018-06-01 ur Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** @PretzelCrisps · Jun 28
Fruit + Mint + #PretzelCrisps = snacking magic

1 2 3

**crystal leon** @crystal_leon · Jun 28
Replying to @PretzelCrisps
Even my beautiful fur baby loves 🖤🖤🖤the #GarlicParmesan🖤🖤🖤🖤🖤 #PretzelCrisps ! We were sitting on the front porch eating them together

1

**Soph** @philosophie_lee · Jun 27
I haven't accomplished much this summer but I have eaten two and a half Costco-sized bags of **Pretzel Crisps** so that'll go in the memoir

1 8

**hallowdean** @pigsinapoke · Jun 27
Replying to @cursetheground
not bbq but ive eaten a bag of bacon habanero **pretzel crisps** like every day this week and im not slowin down

🐦 **Home**   🎗 **Moments**

pretzel crisps since:2018-06-01 u 🔍

Have an account? **Log in ▾**

## pretzel crisps since:2018-06-01 until:2018-06-30

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

**Jaz** @ArianaRojasJ · Jun 27
When I'm telling you I'd done w these folks, I am not joking. My nco went into my desk after I left work the other day, ate my entire bag of **pretzel crisps**, then left 2 in the bag w crumbs and put the bag in HER desk and I found It today.

💬    ⟲    3

**Michael Popoff** @MichaelPopoff1 · Jun 27
@**PretzelCrisps** Why isn't your packaging ♻. Tired of buying products that aren't. No to landfills. Goodbye #snack factory #**pretzelcrisps**

💬    ⟲

**sheri Camarena** @SheriCamarena · Jun 27
Replying to @WholeFoods @kettlebrand @PretzelCrisps
Yum 🍬

💬    ⟲    1

**costco_carts** @CartsCostco · Jun 27
Alcon Systane Ultra Lubricant Eye Drops, Kirkland Facial Tissue (30 boxes), Iams Chicken Mini Chunk Dog Food, Snack Factory Organic **Pretzel Crisps**, Franz Giant White Bread

**Hannah** @hannah_eburns · Jun 27
@**PretzelCrisps** I reached out to you guys a couple weeks ago about getting Chipotle Cheddar back in stores, if they aren't selling enough can you please just send me some ⚫⚫⚫🙏

💬    1    ⟲

**CPBerries** @CpBerries · Jun 27
RT WholeFoods: From kettlebrand chips to **PretzelCrisps**, stock up and save with this week's #DelishDeals. Discover more: bit.ly/2lDEeTR



💬    ⟲

**Whole Foods Market** ☑ @WholeFoods · Jun 27
From @kettlebrand chips to @**PretzelCrisps**, stock up and save with this week's #DelishDeals. Discover more: bit.ly/2lDEeTR























Home Moments

pretzel crisps since:2018-06-01 ui

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 18

**Muppet Monster Adventure Jared** @ISnowNothin · Jun 27
Replying to @semirose
That all looks delicious, and those garlic parmesan **pretzel crisps** are my jam

1 2

**shelb** @shelbyjohoch · Jun 27
roasted red pepper hummus with flamin' hot **pretzel crisps** is to d*e for, js

**Pretzel Crisps®** @PretzelCrisps · Jun 27
Pizza lovers: Would you swap your regular pie for these bite-sized **Pretzel Crisps**® versions? instagram.com/p/BkiE-swn3PE/...

1

**Three Snackateers** @3snackateers · Jun 27
Snack Factory Sourdough and Cinnamon Sugar **Pretzel Crisps**!

**Snack Factory Sourdough and Cinnamon Sugar Pr...**
Snack Factory, a recent addition to The Campbell Soup Company's snack portfolio, has announced the launch of two new flavorful additions to the beloved Pretzel
snackandbakery.com

1

**Pretzel Crisps®** @PretzelCrisps · Jun 27
Simple snacks for the win! Nothing like our Original flavor. #PretzelCrisps #RethinkYourPretzel

Home Moments

pretzel crisps since:2018-06-01 ur

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 2

---

**Jennifer Sweet** @jsweet1629 · Jun 27
Snack Factory Sourdough and Cinnamon Sugar **Pretzel Crisps**
snackandbakery.com/articles/91775...

---

**Brian Cimmet** @cimmet · Jun 26
I bought some Snack Factory @**PretzelCrisps** and a tub of @CedarsFoods Tzatziki, and now I'm pretty much screwed for the night.

---

**HayyHam** @Rena_Haley13 · Jun 26
Somebody ask @BriaBellTV to say "**pretzel crisps**"

1

---

**C-Dubs** @yesac9 · Jun 26
Replying to @ScarletMcKfever
Ugh, those damn Sabra cups are the WORST! So much hummus, so little **pretzel crisps**..

1 1

---

**Pretzel Crisps®** @PretzelCrisps · Jun 26
Replying to @lifeofnoms
No judgement here!

1

---

**kels** @kelsssmccaffrey · Jun 26
my only life problem lately is not being able to find buffalo wing **pretzel crisps**, i've been to 6 stores, yes 6!!!!!!

7

---

**Adrianna Claire** @dotpinka · Jun 26
@RoldGold whoever came up with the spicy **pretzel crisps** deserves a raise

---

**Jackie Weisman** @jmw3883 · Jun 26
I bought Snack Factory @**PretzelCrisps** specifically to eat @Alouettecheese . I don't understand why people complain about being an adult.

1

---

**Pretzel Crisps®** @PretzelCrisps · Jun 26

Home Moments

pretzel crisps since:2018-06-01 ur Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

Taco game is strong this Tuesday! #TacoTuesday unicorn rainbow #PretzelCrisps s'mores tacos: ow.ly/A6LZ30kSYDe

2 4

**Fitz Lunch House** @fitzlunch · Jun 26

Special 6/26: beef brisket sandwich. Beef, pickles, bread, boom! Comes with kettle potato chips.

Special summer side: broccoli MAC 👌💯👌

Soup: creamy potato

Sweets: nutty butter **pretzel crisps**.

Favorite video game: sonic the hedgehog

🦄🦄🦄👌

1

**a l l y s o n j** @jackson_allyson · Jun 25

**Pretzel Crisps** were the best thing ever invented.

2

**E & J** @lifeofnoms · Jun 25

Every time I get @**PretzelCrisps** I swear I won't down half a bag in one sitting but I always do and then need to lay down for a good 3 hours

1 1

**clarkmcdowall** @clarkmcdowallNY · Jun 25

Snack Factory Releases 2 #New **Pretzel Crisps** Flavors projectnosh.com/food-wire/2018... via @ProjectNOSH #branding #innovation

Home Moments pretzel crisps since:2018-06-01 u Have an account? Log in

pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

Safeway Deli @SafewayDeli · Jun 25
Snack Factory Releases 2 New **Pretzel Crisps** Flavors - ProjectNOSH
dlvr.it/QYTMQD

Paula SOLDA @paula_solda · Jun 25
Snack Factory Releases 2 New **Pretzel Crisps** Flavors : projectnosh.com/food-wire/2018... #food #industry #foodindustry

NOSH @noshdotcom · Jun 25
Snack Factory Releases 2 New **@PretzelCrisps** Flavors projectnosh.com/food-wire/2018...

Pretzel Crisps® @PretzelCrisps · Jun 25

Home Moments

Tangy, crunchy, and oh-so-satisfying. Yep, it's Honey Mustard & Onion **Pretzel Crisps**® instagram.com/p/BkC7O1Jl-L3/...

pretzel crisps since:2018-06-01 ur Have an account? **Log in**

1 3

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Jun 25

Snacking #tip: Adding sunglasses or umbrellas to your snack makes it instantly fit for #summervibes!

2 7

**Pretzel Crisps®** @PretzelCrisps · Jun 25

Replying to @TcM603

We love the dedication!

1

**LightL** @ashlytle · Jun 24

I sliced my eyeballl right across my pupil with a bag of fucking **pretzel crisps**..

7

**Tee** @TcM603 · Jun 24

**@PretzelCrisps** I eat 6 bags of these a day help a brotha out

Home Moments pretzel crisps since:2018-06-01 ui Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 2

**Lord Lamik Shabazz** @QUEEEZIE · Jun 24
Eating **pretzel crisps** and hummus in a quiet room. Either im a pyscho or im living a splendid life.

1

**Tim** @TimWheeler32 · Jun 24
Ever since I started eating @PretzelCrisps more girls talk to me, I've gained more muscle, got a 37 on my ACT and ran a marathon. Just sayin... #sponsored

2

**Yucatan Guacamole** @yucatanguac · Jun 24
Replying to @Horizon_Sales @Babybel and 11 others
Congrats!!

1

**clinicallychill.txt** @clinicallychill1 · Jun 24
Naked lunch except I'm unshowered in pajamas eating kettle cooked chips and everything bagel **pretzel crisps** while watching v excited women sell a har....

1

**Pretzel Crisps®** @PretzelCrisps · Jun 24
Get a slice quick! We're about to cobble, we mean gobble, these #desserts up!

1 3

**Abi** @AbsterMcNabster · Jun 24
Have broken a tooth eating a protein bar. Last time I broke a tooth it was eating a **pretzel**. Lesson learnt, always eat **crisps** and don't attempt to be healthier.

2

@jaegawd · Jun 23
Is there a better snack than **pretzel crisps** and hummus? Highly doubt it

1

**Halldreween** @Drewsefw · Jun 23
But I got **pretzel crisps** so who's the real winner

3

Show this thread

**Em Allyn** @EmilyHopeAllyn · Jun 23
Replying to @PretzelCrisps

Home Moments

YOU HAD ME AT #blueberry®™

pretzel crisps since:2018-06-01 ur

Have an account? Log in

#BloobLyfe®™

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**Em Allyn** @EmilyHopeAllyn · Jun 23
Replying to @EmilyHopeAllyn @JoeDoubleYou @BetterMade
Ps @BetterMade is one of my favorite snack food #brands®™ that follows me back like our friends @**PretzelCrisps** that's what's up 🔥🔥🔥

**Pretzel Crisps®** @PretzelCrisps · Jun 23
Allow #**PretzelCrisps** to take you from strawberries to pie #RethinkYourPretzel ow.ly/lIok30ksXPX

1 9

**THOR Z4** @THOR_Z4 · Jun 22
Blueberry Cobbler with **Pretzel Crisps**® Crust - **Pretzel Crisps**®
pretzelcrisps.com/blueberry-cobb... via @**PretzelCrisps**

@goldengirl246_ · Jun 22
**Pretzel crisps** >>>>>>>>>

**spoo-keegs** @shutuppkeegan · Jun 22
All my friends are dating famous band members or getting signed to modeling agencies and I'm eating **pretzel crisps** live tweeting my breakdowns

2 6 119

**LK Kelley - Author** @LKKelley1 · Jun 22
@**PretzelCrisps** Thank you so much for following me & Welcome

**Jakob Jarecki** @jakob_jarecki · Jun 22
Replying to @esnjay @bennybragan and 5 others

Home Moments

pretzel crisps since:2018-06-01 u Have an account? **Log in**

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

Beer cereal people are at least going grain on grain. I can't fathom what happened in your life to make milk and **pretzel crisps** okay.

2

**pinned if unf** @monodebut · Jun 22
y'all ever had buffalo wing flavored **pretzel crisps**

1 1

**Hannah** @hannah_eburns · Jun 22
Replying to @PretzelCrisps
YAY THANK YOU

**Pretzel Crisps®** @PretzelCrisps · Jun 22
Looking for volunteers to eat this blueberry cobbler today!
instagram.com/p/BkVMLt7lfKP/...

1 1 2

**Pretzel Crisps®** @PretzelCrisps · Jun 22
Replying to @hannah_eburns
Thanks for letting us know your feedback! We will pass it along to our team!

1 1

**A** @Who5anna · Jun 22
Replying to @PretzelCrisps

**Pretzel Crisps®** @PretzelCrisps · Jun 22
Meet your new go-to #summersnack combo: Fresh caprese salad scooped up with Sea Salt & Cracked Pepper **#PretzelCrisps**

Home Moments pretzel crisps since:2018-06-01 ui Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 3 9

**Dianne Matthews** @BnApril · Jun 22
Replying to @Zak_Bagans
So do we, my husband and I love Snak Factory's **Pretzel Crisps**. So great!

2

**Hannah** @hannah_eburns · Jun 21
@**PretzelCrisps** please bring the Chipotle Cheddar back in stores

1

**MacBoogall @ Pumpkin Patch DLC** @akamacdougall · Jun 21
✨ hummus and **pretzel crisps** ✨

8

**Collin** @Tz_Tok_Tuna · Jun 21
Flamin hot **pretzel crisps** are GOOD.

2

**kaliween** @ohnokali · Jun 21
I've ate nothing but **pretzel crisps** all day and i dont even like **pretzel crisps**.

This is what depression looks like folks.

1

**vαℓєяιє** @valeriiieeee_ · Jun 21
I really want some hummus and **pretzel crisps** right about now

**Horizon Sales Brokerage** @Horizon_Sales · Jun 21
Cheers to 36yrs in the business! Celebrating another unbelievable year!
@Horizon_Sales @Babybel @**PretzelCrisps** @MrsThinsters @TheLaughingCow @cabotcheese @OldAmsterdam @columbusmeats @FOODMatch @PhillipsSeafood @yucatanguac @PepperlaneJelly @ValleyLahvosh @Divvies

# pretzel crisps since:2018-06-01 until:2018-06-30

1 1 11

**Pretzel Crisps®** @PretzelCrisps · Jun 21

It's #summer which means all the red, white, and blue snacks need to be had! ow.ly/TLv730ksXCE #RethinkYourPretzel

2 4

**Nadine Vanderpoorten** @Nadine32X · Jun 21

Replying to @Zak_Bagans

I have a potato **crisps** addiction, now I read that it helps the environment to be more green So that makes me happy I be your potato crisp to your **pretzel** cos it's green friendly

🐦 **Home**　🎙 **Moments**

pretzel crisps since:2018-06-01 ur 🔍

Have an account? **Log in ▾**

# pretzel crisps since:2018-06-01 until:2018-06-30

**Top**　**Latest**　**People**　**Photos**　**Videos**　**News**　**Broadcasts**

　　　💬　　🔁　　　2

**leah** @leahk6 · Jun 20
i forget how good **pretzel crisps** are every single time

　　　💬　　🔁　　　6

**Willard - Cursed Month** @wubad_ · Jun 20
Replying to @bobby
cream cheese on **pretzel crisps**

　　　💬　　🔁　　　1

**SF&WB** @SFWB · Jun 20
Thanks @PretzelCrisps for the samples of the new Sourdough and Cinnamon Sugar #Pretzel Crisps! Click here to read more about the new products:
bit.ly/2Io6mKQ

　　　💬　　🔁 1　　2

**Perrines Produce** @PerrinesProduce · Jun 20
From the Deli on sale this week starting today Wednesday 6/20.
**Pretzel crisps** $1.49 ea
Beef Pastrami $6.99 lb
Cheese Spreads 8oz $2.49 ea
Reaper/Scorpion/Ghost Pepper Cheeses $6.99 lb















Home Moments

Filet Mignon 6oz $5.99 ea
Amish Roll Butter $3.99 lb

pretzel crisps since:2018-06-01 u

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Items for sale from the deli starting 6/21

Top Latest People Photos Videos News Broadcasts

**brianna** @briannalee_11 · Jun 20
Sesame seed **pretzel crisps** are a GAME CHANGER
1

**Pretzel Crisps®** @PretzelCrisps · Jun 20
Mmmm Sesame **Pretzel Crisps**® #RethinkYourPretzel
instagram.com/p/BkQIUlhlnJC/...
2

**kaitlyn.** @kaitlynkorecki · Jun 20
Craving **pretzel crisps** with hummus

**costco_carts** @CartsCostco · Jun 20
Umpqua Organic Oatmeal Cups Banana Walnut, Kettle Brand Organic BBQ Potato Chips, Always Ultra Thin Overnight, Snack Factory Organic **Pretzel Crisps**, Moov Organic Mango Chunks

**Pretzel Crisps®** @PretzelCrisps · Jun 20
Love tacos? Yup. Love sweets? Yup. You're welcome! #Dessert #Tacos

3 8

**Your Grace** @MichelleDeFranc · Jun 19
I can't ever get mad when I actually get fat bc I'm laying in my bed drinking jack Daniels and eating **pretzel crisps**. #lovemeforme
1 10

**kel lane** @kel_1016 · Jun 19
Dark chocolate covered **pretzel crisps** are my weakness
2 1

**YogaWares** @YogaWares · Jun 19
Replying to @PretzelCrisps

Home Moments

Love these

pretzel crisps since:2018-06-01 u Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**Brian McDonough** @BrianMcDonough0 · Jun 19
new obsession: buffalo **pretzel crisps** with hummus, u can thank me later

2 5

**Michael Wilkinson** @AuthorMinded · Jun 19
Hey @PretzelCrisps, Thank you for the follow!

**Michael Wilkinson** @AuthorMinded · Jun 19
Hey **Pretzel Crisps**® thanks for the follow!

**Pretzel Crisps®** @PretzelCrisps · Jun 19
For when you can't choose between tacos and s'mores…
instagram.com/p/BkNlaokFUQe/…

2

**The Pixelist** @the_pixelist · Jun 19
Cinnamon Sugar **Pretzel** Chips - **Pretzel Crisps** Now Come in Cinnamon Sugar and Sourdough Varieties (TrendHunter.com) ift.tt/2tlzA0b

**bpos67** @bpos671 · Jun 19
Replying to @Alsboringtweets
Excellent choice of flavor on the **pretzel crisps**

1

**Dustin** @DustinLGM · Jun 19
Replying to @Alsboringtweets
Those **pretzel crisps** are incredible.

**Dan Campbell** @DanfromCarteret · Jun 19
Replying to @Alsboringtweets
U need something to dip those **Pretzel Crisps** in.....tub of hummus.

**Pretzel Crisps®** @PretzelCrisps · Jun 19
For those who love #carbs, we got chu: ow.ly/ZYfX30ksXwy #PretzelCrisps

Home Moments pretzel crisps since:2018-06-01 ur Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 1 1

**Marissa Cornelious** @labreagal · Jun 18
Anybody else think it's weird that like **pretzel crisps** are on Twitter... like you're scrolling thru babies crying at detention centers and heartless pros defending it and here comes some snack pretending to save summer...I should go to bed... think I'm tired?

**Eduardo Meza-Etienne, MSc, MIM, CPACC** @edaccessible · Jun 18
Hey **@PretzelCrisps**, Thank you for the follow!

1

**Kolache Shoppe** @Kolache_Shoppe · Jun 18
Replying to @YelpHouston @KraveJerky and 2 others
thanks so much for including us!

1

**Yelp Houston** @YelpHouston · Jun 18
A very special shout out to our awesome partners! You guys turned a great event into an EPIC experience! @Kolache_Shoppe @KraveJerky **@PretzelCrisps** @tiffstreats let's continue to make 2018 an unforgettable year! #madnessonmain #saintarnoldanniversary

1 1 3

**Hair of the Howlaround** @HairoftheHound_ · Jun 18
Replying to @keigan_donovan @LeeButterley
While I agree with Keigan's choice of BFD, I also absolutely love these **Pretzel** things (but only in a big bag, little packets of **crisps** are a no-no).

**Ben Holmquist** @BenHolmquist · Jun 18
**Pretzel crisps** & hummus is better than chips and salsa.

1 1 12

**Seattle Six** @SeattleSix · Jun 18
Replying to @PretzelCrisps
Sorry, but they look like pieces of poop ... not ants ... or anything edible (based on that pic) ...

**Pretzel Crisps®** @PretzelCrisps · Jun 18
These are some picnic table ants you won't want to brush off! **#PretzelCrisps** ow.ly/mUSm30ksXbX

Home Moments

pretzel crisps since:2018-06-01 ui Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 3 11

**Dylin** @dylinsears · Jun 17
**Pretzel Crisps** are the best snack don't u DARE @ me

2 70

**Mea** @bottledpixies · Jun 17
Replying to @___bregotemm
Girlllll with them **pretzel crisps** that shit is 🔥🔥🔥🔥

1 1 1

**Snaeckosaurus at Law** @SnackosaurusLaw · Jun 17
Replying to @sassyatlaw
Omg I havent eaten crackers in a while bc I got a giant size bag of **pretzel crisps**!!

2

**Brenden Regan** @Be_Regan · Jun 17
#snackattack **@PretzelCrisps** #120calories #dad #keepingitcrispy #pretzelsinthepark #rethinkyourpretzel

Home Moments

pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1

**Daniel Newman** @dnlnwmn · Jun 17
Replying to @MikeRisley
that's ok, i had garlic parmesan **pretzel crisps** and a double decker fudge round for lunch

1

**brandon** @BrandonBennick · Jun 17
christian is live tweeting the world cup and i'm eating nutella w **pretzel crisps**

1 10

**Pretzel Crisps®** @PretzelCrisps · Jun 17
Replying to @DanDGerard
We do not have any coupons available at this time but be sure to stay tuned in to our page for special offers and insider info!

1

**Pretzel Crisps®** @PretzelCrisps · Jun 17
Join #dad in some of his favorite activities today! We mean snacking of course. #FathersDay

Home Moments pretzel crisps since:2018-06-01 u Have an account? **Log in**

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**hi felicia** @feldou · Jun 17
**Pretzel crisps** are described as thin, crunchy **pretzel** crackers
1

**liz** @elizabethplz · Jun 16
J and I have been cooking a couple vegetarian meals every week and yesterday I ate a rice cake and some **pretzel crisps** for lunch. I AM READY FOR WA.
1

**Pretzel Crisps®** @PretzelCrisps · Jun 16
Give Dad what he really wants for #FathersDay....snacks.

2 4

**Daniel Gerard** @DanDGerard · Jun 16
Replying to @PretzelCrisps
How about free samples?
1

**Miss Actress** @WeAreOneEmbrace · Jun 16
Replying to @PretzelCrisps
Make lunchables out of this. @RealLunchables

***MWK*** @sikeamore · Jun 16
eating garlic parmesan **pretzel crisps** and watching americans got talent in a hospital bed if l1111t1t1t1tt #fuckmylife
1 1 5

**Rude Anne Petty** @queenrudenation · Jun 15
Garlic Parmesan Deli Style **Pretzel Crisps** and Sabra Red Pepper Hummus because I don't care how I smell.
1

**Liv** @LivHale3 · Jun 15
Replying to @littlemouse2k
Me today eating half a bag of honey and mustard **pretzel** pieces and half a bag of sour cream and chive cracker **crisps** & 3 bourbons & choc. milk
1

**Sandra** @SNiedle · Jun 15
Replying to @Flirtyflipper

I love those **pretzel crisps**! Try the other flavors if u haven't they're good too.

pretzel crisps since:2018-06-01 u

Have an account? **Log in** ▾

Home    Moments

**pretzel crisps since:2018-06-**

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Friday snack vibes. #GlutenFreeFriday instagram.com/p/BkDSdJdFjmL/…

Top    Latest    People    Photos    Videos    News    Broadcasts

13        1

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Replying to @nitzaa_uwu
Is there such a thing?!

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Sign. Us. Up.

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Replying to @FRIEDPICKLES
We're glad we could change your mind ;)

1

**Sayuri** @FRIEDPICKLES · Jun 15
Honestly never really liked pretzels until I came across @PretzelCrisps

1

**Shona Milne** @Shona425 · Jun 15
Happy #FF #FollowFriday @tbbwoodinville @Champagne_Travl @redsorwhites @PretzelCrisps @caralmberg @LoriMoreno @woodinvillewb @DiscoverWaWine

2

**Molly Null.** @Molly_Null · Jun 15
Replying to @PretzelCrisps @madeline_su
i love you thank you i owe you my life

1

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Replying to @Molly_Null @madeline_su
Oh no!! That's not right, we'll be sure to fix it :)

1        2

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Replying to @RUMMSKiiiS
Thanks for the love, Laura!

1

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Replying to @razorbackgirl
We just know a fellow snacker when we see one!

1

**Pretzel Crisps®** @PretzelCrisps · Jun 15
Replying to @Jadeen523
We just know a fellow snacker when we see one!













Home Moments pretzel crisps since:2018-06-01 ui Have an account? Log in

1

**Pretzel Crisps®** @PretzelCrisps · Jun 15

Replying to @tamib4525

Hey sharing is caring. We like your style!

# pretzel crisps since:2018-06-01 until:2018-06-30

1

Top Latest People Photos Videos News Broadcasts

**Angie Ocasek** @Asarmie6 · Jun 15

Replying to @PretzelCrisps

sweet jesus, this is genius.

1

**Pretzel Crisps®** @PretzelCrisps · Jun 15

ILY, PB. **#PretzelCrisps** #PeanutButter

1 2 10

**Kim** @fabfitsquad · Jun 15

Some days I'm all about grabbing a bottle of wine and hummus and **pretzel crisps** aweber.com/t/IgrYR

1

**Jadeen PCD** @Jadeen523 · Jun 14

**@PretzelCrisps** okay but like how did y'all know I liked you lol

Random follow from one of my fave snacks

1

**Ted Whidden** @TheBrainCan2 · Jun 14

A Special Thanks to our New Follower @kathygarcia65 **@PretzelCrisps** @ivorydentalYYC

1

**Billbert** @billbert · Jun 14

Replying to @syentst

I went with cheese, Triscuits, hummus and **pretzel crisps**, and soup. The latter of which was probably best to easily digest...?

1

**L A U R A** @RUMMSKiiiS · Jun 14

Replying to @PretzelCrisps

**Pretzel crisps** are my favorite snack in the entire world. I eat the Everything ones LITERALLY every single day of my life.

1 1

Home Moments · Jun 14 pretzel crisps since:2018-06-01 ui Have an account? **Log in**

Replying to @PretzelCrisps

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**STAR CHILD ✷** @nitzaa_uwu · Jun 14
I've had too many **pretzel crisps**

1

**razorbackgirl** @razorbackgirl · Jun 14
Ok **@PretzelCrisps** I just ate some of you today and now you follow me? Mind blown

1

**Molly Null.** @Molly_Null · Jun 14
Replying to @madeline_su
WEVE BEEN NOTHING BUT FAITHFUL **@PretzelCrisps** PLS TELL US WHY

1 1

**June** @junecottage55 · Jun 14
Replying to @PretzelCrisps
Yum!

1

**kevin** @Ke_v_in · Jun 14
My dog does not think **Pretzel Crisps** are food.

1 1

**Tamra Bottoms** @tamib4525 · Jun 14
**@PretzelCrisps** I did a bad thing. I brought a large bag of buffalo **pretzel crisps** to work. Shared. Now they are all gone and I can't find them. **Pretzel Crisps** Junkies!!!

1

**Heidi L Andregg** @hcoltsfan · Jun 14
Replying to @PretzelCrisps
These r the best with humus yummmmmm

1

**Faizan Movania** @SSBkoala · Jun 14
Replying to @JennaTracy007
eat it with **pretzel crisps**. whole new world.

2

**Pretzel Crisps®** @PretzelCrisps · Jun 14
You know the drill, comment for Caesar, like for Greek! #RethinkYourSalad

Home Moments

pretzel crisps since:2018-06-01 ui

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

2 5

**alina catalinawinemixer** @antialina_ · Jun 13
Craaaaaaving spinach dip and **pretzel crisps** but I dont have either

1

**Robin KimbAAAAAAAAAAAAA** @RobinKimball · Jun 13
Big Ups to Felus for donating on the eve! Leave a plate of **pretzel crisps** out for me and my team of reindeer tonight!

> **Allison Felus** @afelus
> Replying to @RobinKimball
> JUST DONATED ON THIS YOUR BIRTHDAY EVE!!

1

**Pretzel Crisps®** @PretzelCrisps · Jun 13
Replying to @ChynaCouture_
Now that's our kind of mom!

1

**M E L A N I N • B E A U T Y** @ChynaCouture_ · Jun 13
Replying to @PretzelCrisps
My mom literally devours these in seconds

1

**Pretzel Crisps®** @PretzelCrisps · Jun 13
Shout out to our OG flavor #RethinkYourPretzel instagram.com/p/Bj-Bsc-FQOu/...

2

**IzanDracula** @Izandra · Jun 13
Bacon habanero **pretzel crisps** are yummy

**katy** ☻ @katyhall29 · Jun 13
I thought this said i could eat humans and **pretzel crisps**

> **Spooky Scary Sydney** @sydnart1999
> I could eat hummus and pretzel crisps for the rest of my life.

1 1 7

**Spooky Scary Sydney** @sydnart1999 · Jun 13
I could eat hummus and **pretzel crisps** for the rest of my life.

Home Moments

pretzel crisps since:2018-06-01 ui Have an account? **Log in**

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

2

**stvph** @stxphvniev · Jun 13
I had these vegan dark chocolate **pretzel crisps** last night and then I had some craaaazy ass dreams.
I've been told that chocolate before bed can make you have nightmares or weird dreams and I believe it

1

**Pretzel Crisps®** @PretzelCrisps · Jun 13
You can call us Bretzel Crisbs, apparently, everyone's doing it now

11

**Pretzel Crisps®** @PretzelCrisps · Jun 13
The midweek snack stretch! What we're eating - Loaded Mashed Potato Salad ow.ly/9l3g30kkEvt

1 1

**Green Bay Vending** @greenbayvending · Jun 13
Hey person that just purchased a @drinkbai and a bag of **Pretzel crisps**...thank you! #werewatchingyou #jk

Remote monitoring makes sure your machine is always stocked and your favorite options are always available.

**Financial Buzz** @financialbuzz · Jun 13
Snack Factory Expands Line Of Thin And Crunchy **Pretzel Crisps** With Two New Flavor Innovations financialbuzz.com/snack-factory-...

**Princess** @amourken__ · Jun 12
**Pretzel crisps** are so good!!

1 1 1

**Nadia Miles** @nadiamiles128 · Jun 12
canes sauce and original **pretzel crisps** are flame together #caneschicken #canes #**pretzelcrisps** #snackfactory

**Taco Mama** @cmgalvez_galvez · Jun 12
Day 16-The 5 Minute Fix. Pre/post workout, midday snack, between toddler tantrums this one's gotcha covered. Whole wheat tortilla, almond butter, apples, bananas carrots, dried cranberries, cinnamon honey and crushed **pretzel crisps**. Move over avocado toast .

Home Moments

pretzel crisps since:2018-06-01 ur Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

3

**FootHouse** @Foot_House_ · Jun 12
Replying to @PretzelCrisps @DJ_Cummerbund
@DJ_Cummerbund this is NOT the mashup I followed you for!

1

**Mike Schiffer** @MikeJSchiffer · Jun 12
Replying to @PretzelCrisps
Maybe if you were Bretzel Crisbs

**Eriana Peyton** @e_peyton · Jun 12
nvm i'm on the plane, headphones in, watching KUWTK, & eating my buffalo **pretzel crisps**

> **Eriana Peyton** @e_peyton
> have to sit in Houston for an hour bc my flight to LAX is later than i thought

1

**Laurence Nozik** @lnozik · Jun 12
I require an endless supply of these. Please and thank you. #PretzelCrisps #BuffaloWing

Home    Moments

pretzel crisps since:2018-06-01 until:2018-06-30

Top    Latest    People    Photos    Videos    News    Broadcasts

**Síné Ruairi** @JeanneRuairi · Jun 12
Replying to @KariVanHorn @PretzelCrisps
How do you get or make that????

**Pretzel Crisps®** @PretzelCrisps · Jun 12
Replying to @_AgencyBro
Get snackin'!

**Pretzel Crisps®** @PretzelCrisps · Jun 12
Replying to @lindawjohnson
Hi there! We most certainly do make gluten free products (and they're pretty delish)! Find more info here:

                                                           1

**Agency Bro** @_AgencyBro · Jun 12
Got the hangries for @PretzelCrisps – bout to slam a whole snack stack!
#StayCrunchy #PretzelOrGTFO 🍫
    1

**lindawjohnson** @lindawjohnson · Jun 12
@PretzelCrisps Are they gluten free?

https://twitter.com/search?f=tweets&vertical=default&q=pretzel%20crisps%20since%3A...    10/26/2018











Home Moments

pretzel crisps since:2018-06-01 ur Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** @PretzelCrisps · Jun 12
Snack #Tip: Nothing says "summer" quite like hotdogs **#PretzelCrisps**

1 2 1

**DJ Cummerbund** @DJ_Cummerbund · Jun 12
Replying to @ThatEricAlper
Music and **@PretzelCrisps**

1

**Pretzel Crisps®** @PretzelCrisps · Jun 12
Replying to @aubjobirk
We're not sure you're wrong!

1

**julia** @JuliaGuevara_ · Jun 11
I want **pretzel crisps**

1

**Rhiannon** @RGlossin · Jun 11
Just me and my **pretzel crisps**

1

♡ **trickfoot!** @leveilleur · Jun 11
i was giving out free samples of hummus and **pretzel crisps** and i had to take the leftovers to the back and my coworkers just Dove for it

1 3

**Aubrey Jo** @aubjobirk · Jun 11
I'm not sure if there is a snack more perfect than **@PretzelCrisps** Buffalo Wing flavor. #snacks

1 3

**Pretzel Crisps®** @PretzelCrisps · Jun 11
This dip #recipe is too perfect to keep to ourselves!
instagram.com/p/Bj5BPtslx0f/...

1 3

**Pretzel Crisps®** @PretzelCrisps · Jun 11
Reply Tweet: What movie are you going to watch while snacking on these mixes tonight?!

Home Moments

pretzel crisps since:2018-06-01 until:2018-06-30

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 1 4

**amanda 57** @cypherpepi · Jun 10
I need someone to come take this hummus and these **pretzel crisps** away from me

1 2

**Liv** @mo3sj5 · Jun 10
Replying to @PretzelCrisps
Non salty for us diabetics

**kenngotfanz** @Elaayynnee · Jun 10
So I'm dieting & eating my good ol tilapia & spinach &drinking my lemonade cleanse drink. After I go reach for a few **pretzel crisps**. My mom has the nerve to ask me "are you supposed to be eating those" while she reaches for the hot sauce to put on her fried chicken and macncheese

4

**Pretzel Crisps®** @PretzelCrisps · Jun 10
Kicking off grilling season with these quick, easy bbq bites! ow.ly/vxrQ30keYZ5

1

**Santina's Harvest** @SanTinasHarvest · Jun 10
Replying to @PretzelCrisps
Very tasty and GOOD FOR ALL

**Cassie Fetto** @iBleedAngelRed · Jun 10
Sparkling Rosé and Mini Gluten Free Dark Chocolate **Pretzel Crisps** actually pair pretty okay.

Home Moments

pretzel crisps since:2018-06-01 ui

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

Show this thread

**Santina's Harvest** @SanTinasHarvest · Jun 9
@PretzelCrisps a great MATCH to scoop all the snacks I made for a demo.

1

**Kimberly Reese** @TheEssenceOf_Me · Jun 9
**Pretzel crisps** are a slept on snack

**lei[127]** @wonhno · Jun 9
my mom packed my whole bulk size of **pretzel crisps** and a whole thing of hummus in my lunch

have i ever told y'all i love that woman

1

**Les Peers** @LesPeers · Jun 9
Replying to @Andrew_Heaton
Lad you ever tried **pretzel crisps**?

**Pretzel Crisps®** @PretzelCrisps · Jun 9
Different day, same awesome snacking inspo.

Home Moments

pretzel crisps since:2018-06-01 ur

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

2 4

**Randy Butternubs** @MOGAAAAARRRR · Jun 8
Replying to @donutpanicjulia
Honestly I just stick to grabbing fruit and veggies. Mainly grapes, cherries, raspberries, cucumbers, and carrots. Every once and awhile when I want a cruch I'll get **pretzel crisps**.

2

**Auxilio Tube** @aovivonoyoutube · Jun 8
Cheesecake de morango com **pretzel crisps**- Delicioso e rápido de fazer

**Felicia** @felicia_merritt · Jun 8
Replying to @Big_Baebii
Me walking to the alcohol table with you, praying that there are still **pretzel crisps**

1

**Pretzel Crisps®** @PretzelCrisps · Jun 8
File this under new favorite **Pretzel Crisps**® flavor #RethinkYourPretzel instagram.com/p/BjxFoy4lXMd/...

1 1

**Pretzel Crisps®** @PretzelCrisps · Jun 8
Couldn't make it to a ball game today so we decided to eat an on-theme snack instead!

🐦 **Home**   ⚡ **Moments**

pretzel crisps since:2018-06-01 until   🔍   Have an account? **Log in ▾**

## pretzel crisps since:2018-06-01 until:2018-06-30

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

💬       ⟲ 1       2

---

**Pretzel Crisps®** @PretzelCrisps · Jun 8
Replying to @KaelDecadence
We just know a fellow snack lover when we see one!

💬       ⟲       1

---

**Ashley** @BudgetBiRite · Jun 8
#ff #HappyFriday @JovyPalmer @strongmencoach @joytothehome @JediWineMaster @giftingishard @**PretzelCrisps** @Gutterssolution @waltwhitewhale @time4meditation @pun_slingers @HodgsonMill @MaggiesMentions

💬       ⟲       3

---

**emily** @anniexlia · Jun 7
- 1/2 berry smoothie
- carrots with peanut butter
- 2 clif bars
- sriracha/lime **pretzel crisps**
- 1/2 glass rosé
(776 calories)

💬 1       ⟲

Show this thread

---

**Halloween Kenna**     @kennaschott · Jun 7
My favorite part of working at a fitness studio is hearing people in a class while I'm eating cinnamon sugar **pretzel crisps**

💬       ⟲       16

---

**Santina's Harvest** @SanTinasHarvest · Jun 7
@**PretzelCrisps** thanks for the follow. Our products make a great combination.

---









Home Moments

pretzel crisps since:2018-06-01 until:2018-06-30

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1

**Kael Decadence** @KaelDecadence · Jun 7
I don't know why @PretzelCrisps just followed me. Are you spying in my cabinets? I do like pretzels.

1

**adriana horn** @_adrianaaa9 · Jun 7
i'm at work in my office and i finished all of my work so now i'm sitting on the couch eating gluten free **pretzel crisps** and watching netflix while getting paid life is great

1 5

**Kiana Renee** @lifexkianarenee · Jun 7
My 2 year old daughter just sits and eats **pretzel crisps** and hummus with me and I love it.

@lurielgeorgette · Jun 7
ate my pb and j sammie with **pretzel crisps** and cheese that were more than likely stale and I am *WWE voice* ready ! to ! vomit !!!

1

**Tay** @bossychick87 · Jun 7
I'm addicted to **pretzel crisps**.

**Dr. Sara Solomon** @DrSaraSolomon · Jun 7
#sponsored #TeamBSN #TeamBodybuildingcom

Just wanted to let you know my favourite @BSNSupplements product is on sale right now!

Protein **Crisps**: BOGO: buy 1 box, get 1 box 50% off bit.ly/2glK6Ns

Home Moments pretzel crisps since:2018-06-01 u Have an account? Log in

For the **crisps**: I recommend salted toffee **pretzel** and the s'mores!

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

5

**Pretzel Crisps®** @PretzelCrisps · Jun 7
Is this what they mean when they say eat the rainbow? ow.ly/iwYm30kinmN

3 5

**anthophilous** @protozoafan95 · Jun 6
Replying to @tofupups97 @bobby
korean bbq inspired chicken lettuce wraps, cherries, sriracha lime **pretzel crisps**, and pomegranate vanilla cashew mix

1

**OctoBurke** @SeanBurke · Jun 6
Replying to @deja_dude
Snacks! Buffalo flavored **pretzel crisps**/chips, sour gummy worms. And contrary to this pic, large windows, natural lighting, open layout, and standing desks!

Home Moments

pretzel crisps since:2018-06-01 until:2018-06-30

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 1

**becka** @idntmissu · Jun 6
@JacobWhitesides try those **pretzel crisps** with peanut butter

**lindsey** @securedbieber · Jun 6
@JacobWhitesides have you tried the buffalo, honey mustard & onion, garlic parm or the everything flavors of **pretzel crisps**?

Case 3:17-cv-00652-KDB-DSC Document 44-6 Filed 10/29/18 Page 38 of 45

Home    Moments

pretzel crisps since:2018-06-01 ui    Have an account? Log in

pretzel crisps since:2018-06-01 until:2018-06-30

Top    Latest    People    Photos    Videos    News    Broadcasts

**Loriann Cargill** @thyme4cocktails · Jun 6
Ham Havarti **Pretzel** Stacks are the perfect #wineWednesday appetizer. Garlic herb cream cheese spread on large Lworld smoky Black Forest ham, buttery Havarti cheese, spicy stone grain mustard, and fresh veggies. - go.shr.lc/2M3OSiV via @thyme4cocktails

⬤ 2        ⮌ 159        17

**Pretzel Crisps®** @PretzelCrisps · Jun 6
Helloooo, summer! We'll be making these #bbq bites all season long.
instagram.com/p/Bjr7ZuGHsHh/...

⬤          ⮌          3

**Pretzel Crisps®** @PretzelCrisps · Jun 6
Replying to @MartinShipman
Oh no, that's not right! Thank you very much for bringing this to our attention, we are sharing it with the team. Please share it here as well so we can make it right!
slletsconnect.com/pretzel-crisps/

**Pretzel Crisps®** @PretzelCrisps · Jun 6
Replying to @HeatherLove13_7
Thanks for enjoying!

⬤          ⮌          1

**Pretzel Crisps®** @PretzelCrisps · Jun 6
Replying to @aimsNC
Hi there! We most certainly do make gluten free products (and they're pretty delish)! Find more info here:

**Gluten Free Archives - Pretzel Crisps®**
pretzelcrisps.com

⬤          ⮌          1

**Pretzel Crisps®** @PretzelCrisps · Jun 6
Grab-n-go snacking is so much easier when you have some #PretzelCrisps on hand!

Home Moments

pretzel crisps since:2018-06-01 ur

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

2

**Heather** @HeatherLove13_7 · Jun 5
@**PretzelCrisps** thanks for making gluten free minis, they're the best! Not too many tasty choices when you have #celiacdisease

1 1

**Yessy** @YessySmiles · Jun 5
**Pretzel crisps** with hummus is my new favorite snack

1

**Scream Hello** @ScreamHello · Jun 5
wonder where @dfrenson is on **pretzel crisps**, I bet pro-crisp

1

Show this thread

**Scream Hello** @ScreamHello · Jun 5
Having a snack for lunch. **Pretzel Crisps** & hummus. Might be the best snack ever...

1 3

Show this thread

**Pretzel Crisps®** @PretzelCrisps · Jun 5
#GrillingSzn is in session! Allow us to inspire you.

4 5 43

**Pretzel Crisps®** @PretzelCrisps · Jun 4
Looking fresh, tasting great #RethinkYourPretzel instagram.com/p/Bjmyfb9nNS-/...

2

Home Moments

· Jun 4

Wishing everyone positive vibes today! These summery treats might help. ow.ly/KDaA30keYMH

pretzel crisps since:2018-06-01 u

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

3 7

**Riddim Queen** @dasiasimss · Jun 3
**pretzel crisps** are whickly becoming my favorite snack of choice

**Pretzel Crisps** @PretzelCrisps1 · Jun 3
Make sure to stop by your local grocery store and pick up the new **Pretzel Crisps** Snack Pack, as a portion of the proceeds will be donated to No Kid Hungry. Together, we can end world hunger, one **pretzel** at a time. #WhatCanAPretzelDo

**Pretzel Crisps** @PretzelCrisps1 · Jun 3
What's up **Pretzel Crisps** fans! To kick off the new school year we would like to announce our partnership with No Kid Hungry, a non-profit organization that provides meals to school-age children in America through program and policy work. #WhatCanAPretzelDo?

**Pretzel Crisps** @PretzelCrisps1 · Jun 3
**Pretzel Crisps** Snack Pack gives families the opportunity to eat healthy on-the-go. Bringing the kids to a soccer game? Going on a family hike? We want to hear from YOU guys using the hashtag #RethinkYourPretzel, where will your family take our Snack Packs?

Home Moments

pretzel crisps since:2018-06-01 ui

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps** @PretzelCrisps1 · Jun 3

Your favorite healthy snack is now more on-the-go and family friendly than ever! Introducing the new **Pretzel Crisps** Snack Pack: Rethink Your **Pretzel**! Featuring a variety of **pretzel crisps** flavors, tasty dipping sauces, and fresh veggies!

**mike t** @exathlete69 · Jun 3

True life : I'm addicted to Garlic Parmesan **pretzel crisps**

1 2

Show this thread

**Pretzel Crisps®** @PretzelCrisps · Jun 3

We've never met a **Pretzel Crisps**® snack we didn't love!

Home Moments

pretzel crisps since:2018-06-01 until:2018-06-30

Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

1 4

**Pretzel Crisps®** @PretzelCrisps · Jun 3
Replying to @zhaviaphl
We love you too!

1

**Nicole Royer** @TheNerdinaSkirt · Jun 2
Moving day dinner = **pretzel crisps** + roasted red pepper hummus + Two Hearted Ale #noregrets #anotherround

**Carina** @trenchdnp · Jun 2
Replying to @ghostofpml @distressedpml
I'm eating **pretzel crisps**

1

**gneauxllynne** @nolanlind · Jun 2
remember when **pretzel crisps** randomly sent sample packs to youtube vloggers

and then halo top started sponsoring instagram models

**b** @zhaviaphl · Jun 2
@PretzelCrisps I'm entirely in love with **pretzel crisps**, just thought I should let you know how much I love you

1

**Pretzel Crisps®** @PretzelCrisps · Jun 2
Replying to @Awkwardjokester
Oh no, that's not right! Thank you very much for bringing this to our attention, we are sharing it with the team. Please share it here as well so we can make it right! slletsconnect.com/pretzel-crisps/

**Pretzel Crisps®** @PretzelCrisps · Jun 2
Replying to @munky15
We will follow up with our team to get you more answers!

**Justin Speece** @justinmspeece · Jun 2
Replying to @Awkwardjokester @RoldGold @PretzelCrisps

Home Moments

pretzel crisps since:2018-06-01 until:2018-06-30 Have an account? Log in

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

@Tostitos needs to work on that too. The whole bag is literally crumbs when I open it. And who wants to eat crumbs when they're drunk?

**J Smith** @Awkwardjokester · Jun 2

Made some **pretzel** and cheese necklaces for the Vintage Indiana Wine Festival today!

Some **pretzel** companies need to do better with all of the broken pretzels in the bag. CC: @RoldGold @**PretzelCrisps**

3 5

**Pretzel Crisps®** @PretzelCrisps · Jun 2

Sure #playoff basketball is exciting, but have you ever had #**PretzelCrisps**?!

1 6

**Daniel Newman** @dnlnwmn · Jun 1

Replying to @teoismatt @PirateRyn

I'm good with just **pretzel crisps** and 88% Chocolove

1 2

**Rachelle, But Spoopier.** @_RachelleAndrea · Jun 1

Achievement of the day: @**PretzelCrisps** decided to follow me and I'm not really sure why. But I'm flattered.

**Pretzel Crisps®** @PretzelCrisps · Jun 1

It's a known fact that dips are the first to go at any party. Get your #dip on! instagram.com/p/BjfPJf-HDuz/...

1 4

**theMustardTV** @theMustardTV · Jun 1

Home Moments

pretzel crisps since:2018-06-01 ur Have an account? **Log in**

# pretzel crisps since:2018-06-01 until:2018-06-30

Top Latest People Photos Videos News Broadcasts

Snack Factory Honey Mustard & Onion **Pretzel Crisps** 2 Bag Pack

**Snack Factory Honey Mustard & Onion Pretzel Cris...**
Snack Factory Honey Mustard & Onion Pretzel Crisps 2 Bag Pack | Home & Garden, Food & Beverages, Snack Foods | eBay!
ebay.com

**Pretzel Crisps®** @PretzelCrisps · Jun 1
Currently craving a veggie-filled pizza bite! ow.ly/Ej3430keYCA

2 7

Back to top ↑











