# EXHIBIT 1

## Part 6



🐦 **Home**   ⚡ **Moments**

pretzel crisps since:2018-05-01 u🔍   Have an account? **Log in** ▾

# pretzel crisps since:2018-05-01 until:2018-5-31

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**   ⋯

**Search filters** · Show

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Worldwide trends

**#BrasilViraHaddad**
170K Tweets

**#النصر_الفيحاء#**
183K Tweets

**#TCMS5**
9,561 Tweets

**#وش_تفكر_فيه_الان**
42.1K Tweets

**#MAGABomber**
393K Tweets

**Cesar Sayoc**
389K Tweets

**Espanyol**
19.8K Tweets

**Borja Iglesias**
1,704 Tweets

**Hugh Hewitt**
4,594 Tweets

**Danny Dyer**
1,590 Tweets

© 2018 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info

---

**Hayley Schueneman** @bluesuedeschue · May 30
SNACKS:
-4 bottles water
-4 cans sparkling water
-4 protein bars
-4 fruit leather strips
-2 chocolate croissants
-1 bag **pretzel crisps**
-1 box cheddar crackers
-1 bag baby carrots
-1 container hummus
-1 container blueberries
-1 pack Babybel cheese
-misc. bulk candies & nuts

💬 1    🔁         4

Show this thread

---

**Deborah Yu** @deborahyuuu · May 30
how did i not know about everything seasoned **pretzel crisps** until today

💬    🔁

---

**alyssa**    @clinicallychill · May 30
double fisting roasted plantain chips and everything bagel **pretzel crisps** while watching v excited women sell a harrowing amount of wigs on QVC

💬    🔁    11

---

**Jessica Stephens** @munky15 · May 30
Replying to @PretzelCrisps
Both Target and Walmart says item no longer available. I'll keep looking elsewhere. Didn't know if you have a distribution list (or info why they stopped carrying them) ⚫

💬 1    🔁

---

**Pretzel Crisps®** @PretzelCrisps · May 30
Replying to @munky15
Check your local Walmart or Target for starters! Be sure to speak with a deli manager at your grocery store about getting some on the shelves!

💬 1    🔁

---

**Arianna Randolph** @ari_randolph · May 30
I'm about to eat a whole bag of **pretzel** ✖ **crisps** ⚫

💬    🔁    3

---

**Jessica Stephens** @munky15 · May 30
@PretzelCrisps What stores still carry these? I can only find them at AMC Theatre. I can't get enough of them! ⚫

Case 3:17-cv-00652-KDB-DSC   Document 44-7   Filed 10/29/18   Page 2 of 47









Home Moments

pretzel crisps since:2018-05-01 ur Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** @PretzelCrisps · May 30
Can you guess the snack superlative for Sea Salt & Cracked Pepper **Pretzel Crisps**®? instagram.com/p/BjZ_OZEHppn/...

1 3

**Pretzel Crisps®** @PretzelCrisps · May 30
Channeling summer in our snack time - **Pretzel Crisps**® + sorbet

3 4

**Vanessa** @NaughtyBitsNYC · May 29
I've worked almost 17 hours today. Only bought a handful of things at the store bc I'm too tired to think about chow. Thought I was buying rose cider+**pretzel crisps** yet I open the bag+there's cherry wine coolers+buffalo pretzels. I think I'm having a Xanax for dinner instead.

1

**amanda** @almcd23 · May 29
does anyone *need* 1 lb 12 oz of **pretzel crisps**? no. however, as a costco member I am obligated to purchase them and eat every one.

Home Moments

pretzel crisps since:2018-05-01 ui

Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

2

**Pretzel Crisps®** @PretzelCrisps · May 29

Pizza **pretzel** bites coming right up! ow.ly/aro930k0DaX

2 6

**Leigh Fine** @LeighEFine · May 28

Replying to @SamFoshoBro @lexuhroo @MattYates

Missing those SNACK FACTORY **PRETZEL CRISPS** WHAAAAA

2 1

**Steffany Means** @means_tweets · May 28

Replying to @MeganMillerJN

It's embarrassing what all I have already eaten today 2 sausage biscuits, yogurt, jimmy Johns, almost a full pack of **pretzel crisps** and a Reese's lol

1 1

**Whitney** @wjss13 · May 28

Backed out of all my plans so far today for **pretzel crisps** flavored buffalo wing

**Pretzel Crisps®** @PretzelCrisps · May 28

S'mores season, we're more than ready for you! instagram.com/p/BjVL9UZnQ2i/...

2 4

**Pretzel Crisps®** @PretzelCrisps · May 28

Replying to @deadratman

For sure! We hope you do!

**Pretzel Crisps®** @PretzelCrisps · May 28

**#PretzelCrisps** has you covered for your #MemorialDay barbecue treats. See exhibit A! ow.ly/MvYu30k0D76

# pretzel crisps since:2018-05-01 until:2018-5-31

1 3

**ScottCharlesInCharge** · May 27
Replying to @ianoland
Pass the **Pretzel Crisps** bro!

**DeadRatMan** · May 27
Replying to @DesertRatASU @PretzelCrisps
What if im not your follower ?
Can I try **@PretzelCrisps** too ?

1

**Pat Riley** · May 27
Replying to @Bettyboop70256 @PretzelCrisps
My lucky day

1

**Starfish Esquire** · May 27

Cheez-It Snack Mix pieces ranked:

1. Puff Balls
2. Cheez-Its
3. Bagel **Crisps**
4. Chex
5. **Pretzel** Sticks
6. **Pretzel** Twists

**Pat Riley**  · May 27
Replying to @PretzelCrisps
Payday and a coupon lol no worries I will get them . Love **Pretzel** . You should come out with chocolate dipped ones mm yum .
1

**Pretzel Crisps®**  · May 27
Replying to @Bettyboop70256
What are you waiting for?!
1     1     1

**Pretzel Crisps®**  · May 27
Replying to @ellisaurus_rex
This flavor has unfortunately been discontinued but check out our Buffalo Wing or Bacon Habanero flavors for a little kick!

**Prairie Winds Life**  · May 27
Replying to @PretzelCrisps
They are the best!
1

**Pat Riley**  · May 27
Replying to @PretzelCrisps
M sounds intriguing I might just try some . Thanks
1     1

**Pretzel Crisps®**  · May 27
**Pretzel Crisps**® are the BEST snack to travel with (but we might be biased).

2     5     14

**SDinChandler**  · May 26
To all my loyal followers, try @PretzelCrisps . You're welcome.





Home Moments

1 1

pretzel crisps since:2018-05-01 u Have an account? Log in

ヽ(´ー｀)ﾉ · May 26
Home alone today lads u kno what that means time to pace around the house while eating **pretzel crisps** and vocalizing every thought I have

# pretzel crisps since:2018-05-01 until:2018-5-31

2

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · May 26
With recipes like these, it's only right that we celebrate #NationalCherryDessertDay!

3 8

**Justin K** · May 26
Currently watching this old white man wearing blacked out aviators that probably was in the navy at one point completely house down an entire bag of **pretzel crisps**. It's unsettling.

**elli** · May 26
**@PretzelCrisps** what happened to the cheddar horseradish

1

**jm** · May 25
It's 12:40am. I'm walking to one bodega from another eating **pretzel crisps**. Happy mdw.

1

**Mantaur Fan** · May 25
Replying to @PretzelCrisps
I don't think so, Tim

**Jennifer Stacey/QuillingFun** · May 25
Hi, **Pretzel Crisps**® (twitter.com/PretzelCrisps) Thanks for the follow. <3

**Pretzel Crisps®** · May 25
BRB, devouring this peanut buttery dessert instagram.com/p/BjMqifgHeCe/...

3

**Em Allyn** · May 25
How do i know i am an #influencer®™ well it's simple: **@PretzelCrisps** follows me back

2

Pretzel Crisps® · May 25
We're keeping it light all spring long with these pairings packed with veggies!

pretzel crisps since:2018-05-01 un    Have an account? **Log in**

**Home**    **Moments**

pretzel crisps since:2018-05-01 until:2018-5-31

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

↺ 5        15

**Pretzel Crisps®**    · May 25
Replying to @prestonpatillo

Use this handy store locator to find more stores around you that sell us!

**Where To Buy - Pretzel Crisps®**
pretzelcrisps.com

**Pretzel Crisps®**    · May 25
Replying to @prestonpatillo

If you are not seeing them in store, be sure to speak with a deli manager about getting some on the shelves and be sure to check out our Amazon page for availability!

**Sarah Elizabeth**    · May 24
Don't go to Giant Eagle hungry because you'll leave with two bags of Lays pickle chips, a bag of garlic parmesan **pretzel crisps**, a bag of white cheddar popcorn and a package of double stuffed oreo's for only two people...

↺    2

**Preston Patillo**    · May 24
@**PretzelCrisps** where can I buy the gluten free dark chocolate **pretzel crisps** in Indiana or online? #yum

2    ↺

**Zagnut**    · May 24
Replying to @Hungryghoast

Right now the Snyders of Berlin and the Snyders of Hannover have joined forces and are mustering a **pretzel** army unlike the world has ever seen. They march from Eastern PA by nightfall and by morning, The **Pretzel** Factory and all their **crisps** will fall.

↺    1

**The Olive Blogger**    · May 24
Replying to @PretzelCrisps









Home Moments

Oooh! We do a smores competition every summer, this could be a great contender #ilovesmores

pretzel crisps since:2018-05-01 ur Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**@MessyMommies** · May 24
Replying to @YourTaylorFarms @PretzelCrisps
Looks great! Perfect for a summer party!

2

**Taylor Farms** · May 24
Looking for a delicious app for your #MemorialDay celebrations? We're excited to partner with @PretzelCrisps to bring you these drool-worthy and easy to assemble **Pretzel** Salad Bites made with our Organic Toasted Sesame Chopped Salad: bit.ly/2ICnK8F #GoToGreens

1 5 10

**Tazim Damji** · May 24
Replying to @PretzelCrisps
Mm that looks delicious

1

**Gabby Marotta** · May 24
Why are **pretzel crisps** so fuckin good?

**Pretzel Crisps®** · May 24
Are you a fan of coconut, yay or nay? ow.ly/yIQu30k0CT9

Home Moments

pretzel crisps since:2018-05-01 u

Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

2 3 11

**Slim Baby** · May 23
Replying to @__jaeausjia
**Pretzel crisps** be banginggg

1

**Jake** · May 23
**pretzel crisps** is like my family

3

**Katie** · May 23
NEW Snack Factory Coupon | **Pretzel Crisps** as low as $1.49 at Kroger!
krogerkrazy.com/2018/05/new-sn... #Kroger

**Pretzel Crisps®** · May 23
Can you guess the snack superlative for Buffalo Wing **Pretzel Crisps**®?
instagram.com/p/BjH9mZknX62/...

1 2

**Pretzel Crisps®** · May 23
Summer goal: Sneak in as many tasty snacks as you can
ow.ly/QeYy30k0COV

4

**Bucky Kentucky** · May 23
Flamin hot flavored **pretzel crisps** make my Asshole throb

**Mexicouponers** · May 22

Home Moments

Snack Factory **Pretzel Crisps** ONLY $1.40 at Kroger mexicouponers.com/snack-factory-...

pretzel crisps since:2018-05-01 u Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**Bookish Bitch has voted!** · May 22
I may be developing a slight addiction to **Pretzel Crisps**.

**Tamara** · May 22
**PRETZEL CRISPS** + STRAWBERRY ICE CREAM!! 🔥🔥🔥 Cash App and thank me after you try It.

1

**Big Buckin'** · May 22
#GoodEatsWithDaniel Faburge Burger (Bacon, Ham, egg, onion **crisps**) and fries ft Kris' **Pretzel** Bites with Beer Cheese

1

Twitter  Home    Moments

pretzel crisps since:2018-05-01 un  🔍    Have an account? Log in ▾

# pretzel crisps since:2018-05-01 until:2018-5-31

Top    Latest    People    Photos    Videos    News    Broadcasts

---

**Bill Klingelsmith**    · May 22
Replying to @CriswellAmy

I would never shy from a bowl of butter pecan ice cream with a caramel drizzle and a vanilla Ensure...(and some Smuckers natural crunchy peanut butter between two **pretzel crisps** instead of a spoon)

---

**Dana Smith**    · May 22    ⌄
Replying to @PretzelCrisps

Well I eat them every day and I'm pretty happy :)

💬        🔁        1

---

**Meghan Lombardo**    · May 22    ⌄

New coupons: $1.50 off Huggies Little Swimmers, Frigo Cheese, Keebler Club, **Pretzel Crisps**... goo.gl/fb/uE41ro

💬        🔁

---

**Kelly Kasper**    · May 22    ⌄
Replying to @PretzelCrisps

Thanks! They were patiently waiting and then disappeared quickly after ;)

💬        🔁        1

---

**Pretzel Crisps®**    · May 22    ⌄
Replying to @KellyKaspowski

Wow, that made us sad just reading. We hope they are waiting for you when you get home!

💬 1        🔁        1

---

**Pretzel Crisps®**    · May 22    ⌄
Replying to @danadog1969

We'd say that's a pretty great life decision.

💬 1        🔁        1

---

**Dr. Kin Leung, ND**    · May 22    ⌄

Review Snack Factory **Pretzel Crisps** Everything: youtu.be/-oh-aKSoY48?a via @YouTube

💬        🔁

---

**The Mad Couponer**    · May 22    ⌄

Coupon for $1.00 on any TWO (2) Snack Factory® **Pretzel Crisps**® products (5 oz. or larger...

---











Home Moments pretzel crisps since:2018-05-01 ur Have an account? Log in

loveforcoupons · May 22
New $1/2 Snack Factory **Pretzel Crisps** Coupon

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

W · May 22
Trump probably eats "**Pretzel crisps**". Guys a fuckin bitch

Grocery Coupons · May 22
on any TWO (2) Snack Factory **Pretzel Crisps** products (5 oz. or larger)
ift.tt/2IXZvVL

Pretzel Crisps® · May 22
What's your favorite way to top **Pretzel Crisps**®? Try this Buffalo Chicken Pizza version: ow.ly/vXZb30k0Cuv

3 8

Nikki · May 22
Buy 2 get 3 FREE **Pretzel Crisps** through 5/29 + Coupon!

**Buy 2 get 3 FREE Pretzel Crisps through 5/29 + Co…**
Pretzel Crisps are buy 2 get 3 FREE through 5/29! Get this coupon printed we have plenty of time to pick these up. I spotted new flavors last night too including Bacon
theharristeeterdeals.com

ɱɛℓσɳ · May 22
29. **Pretzel crisps** and easy cheese because finding real food would require getting out of bed

2

Show this thread

WOLFGANG69 · May 22
Snack Factory **Pretzel Crisps** = Bussin & Cussin

Home Moments pretzel crisps since:2018-05-01 ur Have an account? Log in

**Shopper's Haul** · May 21
#Coupon Savings | Save $1.00 on any TWO (2) Snack Factory® **Pretzel Crisps**® products (5 oz. or larger) - shoppershaul.com/2018/05/22/cou...

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**Nicole** · May 21
Replying to @Bethenny
Hummus and **pretzel crisps**!

**Desperado D. Mayor** · May 21
**Pretzel Crisps** good
1

**Kitty Kat Koutique** · May 21
New post (New Coupon Save on any TWO (2) Snack Factory **Pretzel Crisps** products (5 oz. or larger) , $1.00) has been published on Kitty Kat Koutique - kittykatkoutique.com/new-coupon-sav...

**Aaryn D. Richard** · May 21
Replying to @danadog1969 @PretzelCrisps
Deliciousness. That's what it's about.
2

**Dana Smith** · May 21
I just followed **@PretzelCrisps** What is my life even about?
2 2

**Take Two Tapas** · May 21
How do you #Cherry? Hopefully with some salty pretzels! **#PretzelCrisps** **@PretzelCrisps** bit.ly/2wM0zGe

Home Moments

pretzel crisps since:2018-05-01 ui

Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**grace; school** · May 21
**Pretzel crisps** beat any pretzels (except for really good soft pizza pretzels) and any other snack

**DomesticDivasCoupons** · May 21
New post (Printable Coupon Save on any TWO (2) Snack Factory **Pretzel Crisps** products (5 oz. or larger) , $1.00) has been published on Domestic Divas Coupons - domesticdivascoupons.com/printable-coup...

**BestDeals&Discounts** · May 21
on any TWO 2 Snack Factory **Pretzel Crisps** products 5 oz or larger

**Kelly Kasper** · May 21
All I can think about right now are the everything @PretzelCrisps that I bought yesterday and forgot to eat last night. #hangry

1

Home Moments

pretzel crisps since:2018-05-01 ur Have an account? **Log in**

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**Mark Hearne** May 21
Replying to @YorkshireSlang
Seeded loaf, Seabrooks Canadian ham, mayo and sometimes cheese. Perhaps more controversially, replace the **crisps** with Snyders jalapeño **pretzel** pieces, seriously though they're amazing!

**Take Two Tapas** · May 21
No time to make a preztel salad? Try this! #SweetDips #TakeTwoTapas @**PretzelCrisps** bit.ly/2wM0zGe

**Sara Wilkinson** · May 21
Replying to @Bethenny
@Bethenny @Sabra Olive Hummus & @**PretzelCrisps** Pretzels
1

**Pretzel Crisps®** · May 21
Replying to @jocwein
Oh no, that's not right! Thank you very much for bringing this to our attention, we are sharing it with the team. Please share it here as well so we can make it right! slletsconnect.com/pretzel-crisps/

**Pretzel Crisps®** · May 21
Replying to @lisacyoulater
If you are having trouble finding them in store, we are also available on Amazon! And be sure to speak with a deli manager about getting some on the shelves!
1

**Pretzel Crisps®** · May 21

Wow, delish combo!

Replying to @LttlHouseBigAK

Have an account? **Log in**

pretzel crisps since:2018-05-01 until:2018-5-31

**Home**    **Moments**

**pretzel crisps since:2018-05-01 until:2018-5-31**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Pretzel Crisps®** · May 21

Kicking off the week with a little indulgence instagram.com/p/BjC9fE4Hsz2/...

1    2

**Pretzel Crisps®** · May 21

Spring is heating up, but #PretzelCrisps know how to keep it cool.

5    11

**Yashy Murphy** 🔵 · May 21

Replying to @PretzelCrisps

That looks insanely delicious.

1

**Wendy** · May 21

Replying to @Bethenny

Obsessed these days with Snack Factory SESAME **pretzel crisps**. Sodium not crazy and one or two will do ya.

**Crysta Icore** · May 21

Hey @PretzelCrisps, Thank you for the follow!

· May 20

Replying to @prcserpinas

i can't stop eating these **pretzel crisps** i discovered they're so good ⚫⚫⚫ salt and vinegar was my jam for a while though i used to eat those nonstop yes love my tongue being RAW!!!

1

**Lisa Cristia** · May 20

Replying to @PretzelCrisps

Cant find the gluten free ones anywhere in Chicago. So disappointing

1

**Dawn Crowell Windham** · May 20

Replying to @Bethenny

**Pretzel Crisps**!! Light. Thin. Salty. Yum.







Home Moments

pretzel crisps since:2018-05-01 ur Have an account? Log in

**Tina Marie** · May 20
Replying to @Bethenny
**Pretzel crisps** or celery with hummus

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**bobbi buckman** · May 20
Replying to @Bethenny
Buffalo **pretzel crisps**

**Mitch** · May 20
I knew hummus and **pretzel crisps** would help improve my mood
9

**laura sampson** · May 20
Sriracha Jam over goat cheese on **@pretzelcrisps** a perfect mid afternoon snack break on gray bleak AK day. The only drawback to Palmer Food Swap?! Not having the recipe for some amazing eats like this sriracha jam. #palmerfoodswap #alaskafoodswap #alaskae... ift.tt/2rUQeDZ

1

**Maddie Douglass** · May 20
I'm at my parents' house sitting on the couch eating **pretzel crisps** flipping back and forth between two channels both playing "Impractical Jokers." My summer is off to a fantastic start.
1 11

**Megan** · May 20
**Pretzel crisps**/slims are better than regular pretzels. I'll die on this hill.
3

Home Moments pretzel crisps since:2018-05-01 u Have an account? Log in

· May 20
Who doesn't love a good DIY?! S'mores season is the perfect project!

## pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

2 2 6

**yolydee** · May 20
Replying to @PretzelCrisps
I love this **pretzel**

1

**JocWein** · May 19
**@PretzelCrisps** what's with your quality control? A bag with no pretzels??? Just air! #pretzelfail

1

' · May 19
snack factorys chocolate covered **pretzel crisps** be hittin!!

**meli** · May 19

Eating potato chips & **pretzel crisps** with my queso since @Moes_HQ didn't give me chips

pretzel crisps since:2018-05-01 ui

Have an account? **Log in**

Twitter    Home    Moments

**pretzel crisps since:2018-05-01 until:2018-5-31**

Top    Latest    People    Photos    Videos    News    Broadcasts

2                    1

**Eric McRay**    · May 19
Replying to @PretzelCrisps
Delicious!

**Logan Briana**    · May 19
**Pretzel crisps** may be more expensive than regular pretzels but they're also more delicious

**Robin Hetherington**    · May 19
Replying to @PretzelCrisps
Done.

**Pretzel Crisps®**    · May 19
Replying to @AeroEngOutloud
This is not right! Thank you very much for bringing this to our attention, we are sharing it with the team. Please share it here as well so we can make it right!
slletsconnect.com/pretzel-crisps/

1

**Pretzel Crisps®**    · May 19
Replying to @MattyIce30Rack
We think yes.....but we might be slightly biased!

1                    1

**M**    · May 19
Veggie ranch dip is actually really good with the buffalo wing flavored **pretzel crisps**

**Extreme SGD**    · May 19
6 Pack of Snack Factory **Pretzel Crisps** - Perfectly flavored Bacon Habanero **Pretzel Crisps** give you that satisfying, hearty crunch in a versatile shape that's dippable, spreadable, and deliciously snackable. As low as $1.41 per bag!
ow.ly/qb0h30k4OuK







Home Moments

Have an account? **Log in**

## pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · May 19

Cheese, cheese and more cheese? Sign us up. ow.ly/DgaA30k0Cek

1 7

**Robin Hetherington** · May 18

@PretzelCrisps umm... this probably shouldn't have been in the bag. One is a **pretzel** and the other is wood.

Home Moments

Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

1

**Taylor** · May 18
Replying to @NEEDTOBREATHE
**Pretzel crisps** are everything, I feel ya @joshlovelace

1

**Dana, Beefkitten** · May 18
Replying to @Worthless_Bums
I also see...everything out buffalo **pretzel crisps**? A fine choice! Reminds me, I need to make pitas again

1

**kat vernon** · May 18
Unpopular opinion: the after taste of garlic Parmesan **pretzel crisps** tastes like chicken ramen noodles

**Faby Torres !** · May 18
Replying to @PretzelCrisps
Its the best

**Chop Shop** · May 18
Happy Friday! #ff @SEA_DealFinder @fashionfloorco @QuiltQuack **@PretzelCrisps**

**Pretzel Crisps®** · May 18
Graduation season means it's time to award superlatives! What will our flavors be named!? instagram.com/p/Bi7COHNnAsy/...

1 4

pretzel crisps since:2018-05-01 until:2018-5-31

Top    Latest    People    Photos    Videos    News    Broadcasts

**Pretzel Crisps®**
Replying to @KatarinaGiselle @JackLinks
And we love you too!

**Pretzel Crisps®** · May 18
Replying to @Faby_TorresMora
MMM we love the sweet and salty combo!
1                    1

**Pretzel Crisps®** · May 18
Replying to @FoodooNotVoodoo
We're loving the great review!
1

**Pretzel Crisps®** · May 18
Congrats, Grad! For all your hard work, you deserve a sweet and salty treat.
#PretzelCrisps #Graduation ow.ly/xdsd30k0C96

3              11

**Cottytots** · May 18
Making jerky-**pretzel** sandwiches because I love myself. #selfcare #yummo
@JackLinks @**PretzelCrisps**





Home Moments

pretzel crisps since:2018-05-01 ur Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

1 1

**Cars and Trucks For You** · May 18
#ff #HappyFriday @MFDesignSG @BSteingraeber @northmix @NuwaveBotanical @travelbites_us @NilsSmith @gemstars @parsnips_blog @Alchemy_Deana @**PretzelCrisps** @flippinworthit @whiskynsunshine @BudgetBiRite

1 1

**jessie dale** · May 17
PSA: @meijer stocks BIG bags of #glutenfree @**PretzelCrisps** & they're on sale #YUM (Note: Michael Scott not included in purchase)

Home   Moments

# pretzel crisps since:2018-05-01 until:2018-5-31

**Top**   **Latest**   **People**   **Photos**   **Videos**   News   **Broadcasts**

Have an account? Log in

3

**Faby Torres !**  · May 17
Replying to @PretzelCrisps
I love drizzling caramel on mibe, then dipping them in chocolate

1

**Mr Cellophane**  · May 17
I just had hummus with **pretzel crisps** in celebration of national hummus day. I love hummus . #rdchat

2

**Keely???**  · May 17
**Pretzel crisps** were buy one get one free at Meijer and that's honestly the best thing that's happened to me today

3

**Rachael**  · May 17
Dear Kroger,

All I want are some damn **pretzel crisps**. Why do you move them around EVERY WEEK?

Love,
Rachael

**FoodooNotVoodoo**  · May 17
@PretzelCrisps #lovethesesnacks ...best snack food ever, plus multiple flavors to use with many different fresh ingredients

























Home Moments

pretzel crisps since:2018-05-01 ui Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

1 1

**dev** · May 17
garlic parmesan **pretzel crisps**

1 6

**Kyle Webb** · May 17
Replying to @PretzelCrisps
Ok not a problem I had to give one away after bought didn't realize it at the time when I bought it

**Pretzel Crisps®** · May 17
Replying to @musicxtu92
Thanks for the suggestion! We will pass it along to our team!

1

**Pretzel Crisps®** · May 17
What better way to celebrate National BBQ month than, ya know, with some BBQ! ow.ly/iyos30k0C3e

5 7

**𝓫𝓻𝓾𝓳𝓲𝓽𝓪** · May 17
i thought my mom bought me **pretzel crisps** like she said she would so i can eat them w hummus and it turns out she didnt and now im depressed

**Quince of the Spiders** · May 16
Replying to @PretzelCrisps
Your chocolate is mad bloomed, yo

Home Moments

pretzel crisps since:2018-05-01 ur

Have an account? **Log in**

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**Kyle Webb** · May 16
@PretzelCrisps I know your original ones are vegan but can you consider making them all

1

**dÿke.** · May 16
oh my God i want some Hummus the sun dried tomato one with some bagel **crisps** or **pretzel** thins

**Andrew Blake** · May 16
0% surprised that on a product as impressively white as artisanal **pretzel crisps**, "Bold and Spicy Bacon Habanero" tastes exactly like Lays BBQ. Ah well. They were free.

**Justin Beaulieu** · May 16
The internet has gotten very invasive. I bought **Pretzel Crisps** at my work breakroom and now I'm getting ads for **Pretzel Crisps** on twitter. No one is safe.

1

**Sheetz** · May 16
Replying to @PretzelCrisps
omg that looks amazing

1

**shirtless jogger lol jk** · May 16
I am so sorry but **pretzel crisps** are not food

1 4

**Dash** · May 16
Replying to @shespeaksup
Spinach dip and **pretzel crisps**! #HowtoWalkAway

**Pretzel Crisps®** · May 16
This mouthwatering snack has only 3 ingredients - **Pretzel Crisps**®, cheese, and tomato. Make it. Now. instagram.com/p/Bi10iUvH59R/...

2 1 8

**Pretzel Crisps®** · May 16
Looks like it's #snacktime again. And we couldn't be happier! Try this spicy mix today. **#PretzelCrisps** ow.ly/LLvY30jHgSs

Home Moments pretzel crisps since:2018-05-01 ur Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos N

1 5

**Macy Savannnah** · May 16
Replying to @PretzelCrisps
What the heck

1

**Anne Terpstra** · May 15
Replying to @PretzelCrisps
Chilllllllllllllllll

**BigSlurp@ kumoricon** · May 15
I didn't have time to eat lunch before training so I hope all the hummus and **pretzel crisps** I just ate will suffice

**Brynn Harris-Hamm** · May 15
Enjoying the sunshine today.. Costco run with Ev! Got a huuuge bag of **pretzel crisps**. Those things are the best.. #costco @costcocanada #sunshine #yxe

Home Moments

pretzel crisps since:2018-05-01 ui Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**richard sabbah** · May 15

Hey @GordonRamsay what do you think of my marinated pulled pork with homemade hummus and **pretzel crisps**?????

3

**Bite me More** · May 15

**@PretzelCrisps** Thanks for the follow! We're obsessed with **Pretzel** Chips. We always have a pack or bowl with us. #SnackGENIUS

1

**Alexis Hamilton** · May 15

true life: I'm addicted to **pretzel crisps**

**Spanky Johnson** · May 15

Replying to @PretzelCrisps

Thought that was an apple pie funnel cake yall fcked up i was bouta say yall changed the game

1

**Pretzel Crisps®** · May 15

Where have these #appetizer ideas been all our lives? #RethinkYourPretzel ow.ly/kHIc30jHgMn

Home Moments pretzel crisps since:2018-05-01 u Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

1

**Kikoko** · May 14
Replying to @Shona425 @NutritionGoGo and 8 others
Thanks for the 💕

2

**David Gilbert** · May 14
Hey @costcocanada maybe ask the supplier to change the name from **Pretzel Crisps** to Pieces of **Pretzel Crisps**. Ughhh.

1

**Sak** · May 14
I'm having dinner with someone this evening who is on a very strict diet so obviously I'm pre-dinnering on **pretzel crisps** and peanut butter while I wait

Case 3:17-cv-00652-KDB-DSC Document 44-7 Filed 10/29/18 Page 31 of 47

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

6 15

**Chelsea** · May 14

i have recently discovered buffalo **pretzel crisps** and long story short i have consumed about 12x the daily recommended amount of sodium

1

**Spooky Scary SodaSkelly** · May 14

Replying to @PretzelCrisps

Ok that looks delicious

1

**One Spooky Bitch** · May 14

Replying to @PretzelCrisps

Oh hunny no

6

**SP4RK** · May 14

Replying to @PretzelCrisps

n o

Home Moments pretzel crisps since:2018-05-01 ur Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

ea and 56 others · May 14
Replying to @thanksmaddy
buffalo chicken **pretzel crisps** were created by christ himself
1

it's maddy · May 14
I dont think we can ever truly define our identity in a world where fries are sometimes called "chips" and chips are sometimes called "**crisps**" and **Pretzel** CrispsTM are sometimes called "my religion"
2 1 6
Show this thread

•v i x x e n• · May 14
I just wanna eat buffalo wing flavored **pretzel crisps** all day
1 1

Pretzel Crisps® · May 14
Hello delicious mushroom appetizers. We can't wait to devour you!
instagram.com/p/BiwuilYHX1-/...
6

Pretzel Crisps® · May 14
Snacking. It's a way of life. Try these cheese spread bites and get on board.
#RethinkYourPretzel ow.ly/q7zm30jM9Jz

1 7

Oneshi Press is KICKSTARTING! · May 13
#Chalithor, our mascot, also loves pumpkin, beans, bean burgers, pretzels, and **pretzel crisps**. Proof of most of these things is at his insta: buff.ly/2IzT7UA

The Corpse of Tyler W · May 13
Things I might just fuck around and get really into in 2018 and beyond:
1) Skateboarding (again)
2) Ham radios
3) This hummus and **pretzel crisps** right in front of me [anime girl eating noise]

Home Moments

pretzel crisps since:2018-05-01 ui

Have an account? Log in

1 3

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**nova decks** · May 13
i have a steady diet of **pretzel crisps** & mochi
2

**Samantha Pauley** · May 13
my diet consists of chicken finger and buffalo **pretzel crisps**
1 1

**Pretzel Crisps®** · May 13
Show mom how much you <3 her when you do the cooking today!
#RethinkYourPretzel

2 8

**em** · May 13
me, sitting on my bed not wearing pants and eating **pretzel crisps** at 3 am while looking up my fall professors on rate my professor
1 1 3

**Alex** · May 12
**Pretzel Crisps** Twitter where you at
2 21

**Tyler** · May 12
Uber Grocery Shops. Gazzillion dollar idea. Like bring me some lunch meat and cheese, with some **pretzel crisps** and hummus please.

**Arvin Ahmadi** · May 12
Replying to @KarisRogerson
I admire your persistence. I ran straight to the grocery store! But even so, I bought like **pretzel crisps** and hummus. They're getting to me...

**Ryan McBride** · May 12
**Pretzel Crisps**:

Home Moments pretzel crisps since:2018-05-01 ui Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

1 1 8

**Pretzel Crisps®** · May 12

Chocolate isn't just a dessert treat, it's a way of life #Fact #**PretzelCrisps**
ow.ly/XkYu30jHgxh

2 1 15

· May 11

Just wanted to say about an hour ago I had some **pretzel crisps** and one of the **pretzel** pieces I took a bite of went into the roof of my fucking mouth making it bleed non fucking stop ever since

1

**Pretzel Crisps®** · May 11

Original **Pretzel Crisps**® #FTW (No, not for the win, for the weekend!)
instagram.com/p/BipCsgCF2sr/...

1

**Karl** · May 11

**Pretzel Crisps** are sooo addicting

Home Moments

pretzel crisps since:2018-05-01 ui

Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**Ron Stallworth**
Goat cheese and garlic Parmesan **pretzel crisps**. Thank me later.

**Pretzel Crisps®** · May 11
Weekend vibes! We keep it simple. #PretzelCrisps #RethinkYourPretzel

2 8

**jordyn** · May 11
i've been eating nothing but **pretzel crisps** and iced coffee for the past month and i'm wondering why my health is deteriorating

2

**TasteAndReview** · May 11
We are excited to have new #followers! #FridayFollow @Barbecue_text @FerminRodriguez @potpourrijoy31 @**PretzelCrisps** @NextRecipe @dreamSciences @lotsofbooklove @lotsofbooklove @CHAMPI0NSLEAGUE @itstravelldiary @Dream9974 @socialpromo6

1

**Alyssa** · May 10
So I sent my **pretzel crisps** home with the parentals on Tuesday. That was the poorest life decision I have EVER made

**Weary Veteran** · May 10

🐦 **Home**    🎭 Moments

Replying to **@campusreform @Sabra**

Time to up my Sabra intake.

pretzel crisps since:2018-05-01 ui 🔍

Have an account? **Log in ▾**

# pretzel crisps since:2018-05-01 until:2018-5-31

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

Now wheres my Hummus...pretzel crisps...

**Sarah Better Call Saul** · May 10    ⌄

I just ate a whole bag of **pretzel crisps**. **#NoRegrets**

💬 1         ⟲         1

**Justin Tyler™** 🔵 · May 10    ⌄

Replying to @PretzelCrisps

Thx!! Can you guys hook it up with some bags?

💬         ⟲

**Elizabeth Potts Weinstein** · May 10    ⌄

Replying to @ahockley

once someone delivered a grocery bag of free **pretzel crisps** to my door, it was only somewhat creepy

but i don't have any expertise on **pretzel crisps**, maybe it is my Futurism

💬         ⟲

**Todd Probus** · May 10    ⌄

**Pretzel Crisps**: For when you want that great **pretzel** taste, but staler and less of it.

💬 1         ⟲

**Pretzel Crisps®** · May 10    ⌄

Replying to @laurenahale3

Hey Lauren, if you are having a hard time finding them in your store's deli section, be sure to speak with a deli manager about getting more on the shelves! Check our handy store locator tool for more places that sell **Pretzel Crisps**!

> **Where To Buy - Pretzel Crisps®**
> pretzelcrisps.com

💬         ⟲

**Lauren Hale** · May 10    ⌄

@PretzelCrisps why is it so difficult to find the buffalo flavor?? ⚫⚫

💬 1         ⟲

**Pretzel Crisps®** · May 10    ⌄

Replying to @JustinxTyler

Hey Justin, if you are having a hard time finding them in your store's deli section, be sure to speak with a deli manager about getting more on the shelves! Check our handy store locator tool for more places that sell **Pretzel Crisps**!
pretzelcrisps.com/where-to-buy/?...

💬 1         ⟲

**Pretzel Crisps®** · May 10

Case 3:17-cv-00652-KDB-DSC    Document 44-7    Filed 10/29/18    Page 37 of 47





Home Moments

From our kitchen to yours! Nothing beats a classic #ApplePie now that it's getting warmer out! #PretzelCrisps

pretzel crisps since:2018-05-01 ur

Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

10 10 162

**fuqua** · May 9
SOS I need everything flavored **pretzel** 🥨 **crisps**

**Justin Tyler™** · May 9
@PretzelCrisps this is my fav flavor but I can never find them anywhere

1

**peanutbutterlover** · May 9
I just ate my daily caloric intake in garlic Parmesan **pretzel crisps**, and it fixed my broken heart

3

**Flannfry** · May 9
In love with this little cheese pack I picked up from @AppletonBPM. Bit of brie, bit of cheddar, some @DovesAndFigs jam, @swissbakers **pretzel crisps** and a

wee wooden knife. @Gansettbeer not included. #eatlocal #drinklocal
#newenglandyourenmyhome

pretzel crisps since:2018-05-01 until:2018-5-31

**Top   Latest   People   Photos   Videos   News   Broadcasts**

💬 1      ⟲ 2      5

**Dede Watson**                              · May 9
@PretzelCrisps Thanks for your follow!

💬       ⟲

**Mark Kim Marion**                          · May 9
Retweeted **Pretzel Crisps**® (@PretzelCrisps):

Follow **Pretzel Crisps**® today and get your snack on!

💬       ⟲

**Rob**                                      · May 9
Tell ya what, I love **pretzel crisps**

💬       ⟲       5

**Pretzel Crisps**®                          · May 9
Let the feasting begin! This snack spells spring in one bite!
instagram.com/p/Bij2yganF4Y/...

💬       ⟲       3

**Pretzel Crisps**®                          · May 9
Getting in some "greens" for spring!   #RethinkYourPretzel #SweetTreat
ow.ly/gmqt30jHgoF

Home Moments pretzel crisps since:2018-05-01 ui Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

5

**Pretzel Crisps®** · May 9
Replying to @SpokenPoet50
Yum, who can resist that sweet and salty combo?!

**spooky jules** · May 8
**Pretzel crisps** are so good

**Mr.Alston** · May 8
Snack factory milk chocolate **pretzel crisps**>>>>>>>

**reg!na** · May 8
I'm really about to finish eating this whole bag of **pretzel crisps**. There is really no shame in my game

1

**Trendy Halloween Name** · May 8
Replying to @scrawfish @patrickbromley
Thin **pretzel crisps**

4

**Carissa Early** · May 8
Who ever went into my bag today and ate the whole bag of **pretzel crisps** I hope you die a slow painful death.

1 2

**Sheryl** · May 8
Replying to @PretzelCrisps
I love the dark chocolate ones

1

**Pretzel Crisps®** · May 8
Replying to @DanersMcGuinn
Yum, we love those toppers!

1

**Dana Becker-McGuinn** · May 8
Replying to @PretzelCrisps
Cream cheese and strawberry jam is where it's at!

1

Home Moments

pretzel crisps since:2018-05-01 u Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** · May 8
You ain't ready for this jelly! Or maybe you are :) #PretzelCrisps

1 5

**Kikoko** · May 7
Replying to @Shona425 @NutritionGoGo and 8 others
Thanks for sharing

2

**My Little Kitchen** · May 7
@PretzelCrisps thank you for following me. Welcome to My Little Kitchen home of America's BEST Pastrami Sandwich the My-Strami!

**Pretzel Crisps®** · May 7
Replying to @27cc40a7ee3a402
Thanks for the love, Wendy!

1

**Michael Starks** · May 7
Buffalo wing flavored snack factory **pretzel crisps** @ Wellington, Kansas instagram.com/p/BifCIJXlzT8/...

**Wendy Schleicher** · May 7
Replying to @PretzelCrisps
I love these/ Job well done @PretzelCrisps

1

**Pretzel Crisps®** · May 7
Who said snacks had to be savory? We've got a sweet idea for spring time snacking! instagram.com/p/Bie16KqHtBl/...

5

**Pretzel Crisps®** · May 7
Kick off Monday with an eggy breakfasty snack! #RethinkYourPretzel ow.ly/FpbQ30jHghl

Home Moments

pretzel crisps since:2018-05-01 ui

Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

7

**Jamie Stanford** · May 6

If my kids don't stay outta my **pretzel crisps**, they gone meet their maker...

2

**Hadie Mart** · May 6

**Pretzel crisps** are better than regular pretzels

**78%** Agree

**22%** Disagree

41 votes • Final results

18 1 95

**b** · May 6

doesn't get much better than **pretzel crisps**, wine, & a pool

9

**Pretzel Crisps®** · May 6

Sundae. Funday. #PretzelCrisps #RethinkYourPretzel

1 10

**Pretzel Crisps®** · May 6

Replying to @KarlJonzu

Thank you very much for bringing this to our attention! Please share it with our team so we can make it right! slletsconnect.com/pretzel-crisps/

1

**Cranjis McBasketball** · May 5

Replying to @MalanaBradford @PretzelCrisps

Home Moments

pretzel crisps since:2018-05-01 ui

Have an account? **Log in**

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

Thnx boo

1

**Cranis McBasketball** · May 5

.**@PretzelCrisps** I just opened this bag wtf

2 6

**Pretzel Crisps®** · May 5

Rethink your #CincodeMayo snacking with **#PretzelCrisps**! ow.ly/XmcF30jHfWH

2 5

**Lauren** · May 4

@uakron Zippy LOVES her **pretzel crisps**! #Springfest2018

Home Moments pretzel crisps since:2018-05-01 ui Have an account? Log in

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** · May 4
#Rethink your hoagie on #NationalHoagieDay with this scoopable appetizer! #RethinkYourPretzel bit.ly/2Jd5Q0HfSq

1 6

**Cars and Trucks For You** · May 4
#ff #HappyFriday @MFDesignSG @BSteingraeber @northmix @NuwaveBotanical @travelbites_us @NilsSmith @gemstars @parsnips_blog @Alchemy_Deana @**PretzelCrisps** @flippinworthit @whiskynsunshine @BudgetBiRite

1

**brii_ledder** · May 3
@**PretzelCrisps** everything **crisps** are hands down the best late night finals snack. No one can change my mind.

**gabi** · May 3
remember when i got my whole high school into **pretzel crisps**... big accomplishment i think

1 4

**Pretzel Crisps®** · May 3
Replying to @sandwichlegend
We love the idea and will pass it along to the team!

1

**phenomenological woman** · May 3
i need recs for the best gluten free crackers or **pretzel crisps** to eat with hummus

3 4

**Kayla** · May 3
My diet this week has consisted of **pretzel crisps**, hummus, and coffee. A touch of water here and there lmao.

So healthy

3

**Pretzel Crisps®** · May 3
Spicy, cheesy, topped with bacon (or not). This #dip is ready for #CincoDeMayo!

Home Moments

pretzel crisps since:2018-05-01 ur

Have an account? **Log in**

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

2 7

**Mack Attack** · May 2
y'all watch out for mine and @biancatorr remix of "this is why I'm hot" called "this is why I'm fat" sponsored by **pretzel crisps** and bubble tea #finalszn

1

**Liam Gandelsman** · May 2
.@**PretzelCrisps** please bring your Sriracha Lime flavor to your gluten free line! I will buy so much!

1 1

**Linds** · May 2
Y'all I was working in an empty classroom when I left to refill my thermos with water... lo and behold the room next to me had an ENTIRE FEAST with no one to protect it... I'm talking fruit, carrots, **pretzel crisps**, hummus... LEMONADE... God has smiled upon me today

2 8

**Brother Eustace Laserkilt** · May 2
Replying to @LawofTD
Comes with its own special biodegradable cooking vessel that also rapidly **crisps** the food. Unlike calzones the fillings have a wider range, and could be said to be a fusion for new American cuisine, while the crusts are not limited to a pizza crust, experimenting w/**pretzel** bread

1

**maris** · May 2
Buffalo Wing **Pretzel Crisps** just really have my heart (sorry hot Cheetos)

1

**Taylor** · May 2
ate an entire bag of **pretzel crisps** today... like 7 servings.. PMSing bye

2

**Pretzel Crisps®** · May 2
Why settle for mediocre snacks when you could be eating THIS
instagram.com/p/BiR4EFvnXbt/...

3

**Pretzel Crisps®** · May 2
Things we've accomplished today - (1) made this delicious snack (2) ate it! #Goals #**PretzelCrisps** ow.ly/p4oC30jHfLv

Home Moments

pretzel crisps since:2018-05-01 ui Have an account? **Log in**

# pretzel crisps since:2018-05-01 until:2018-5-31

Top Latest People Photos Videos News Broadcasts

3 5

**Robins_Hood** · May 2
@PretzelCrisps thank you for following - right back at you....

**boo-rnsy** · May 1
Replying to @sjtoplin
same but **pretzel crisps** in cream cheese

1 1

**Kelly McGrath** · May 1
Pretzels are so boring, but **pretzel crisps** are life

**Hannah Smay** · May 1
Accidentally ate 700 calories in **pretzel crisps** today.

1 5

**Pretzel Crisps®** · May 1
You've got that right, Heather!

**Pretzel Crisps®** · May 1
#DidYouKnow May is national strawberry month? Now you do! **#PretzelCrisps**

5

Back to top ↑















