# EXHIBIT 1

## Part 7









Home Moments pretzel crisps since:2018-04-01 ui Have an account? **Log in**

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Search filters** · Show

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## New York trends

**Cesar Sayoc**
402K Tweets

**Mitchell Robinson**

**Noah Vonleh**

**Steve Kerr**

**Jeff Sessions**
18.9K Tweets

**John Legend**
6,033 Tweets

**Sen. Kamala Harris**
6,993 Tweets

**Christopher Wray**
8,477 Tweets

**Cesar Altieri**
20.8K Tweets

**#AmericanVandal**
1,442 Tweets

© 2018 Twitter About Help Center Terms
Privacy policy Cookies Ads info

**Pretzel Crisps®** @PretzelCrisps · Apr 29
#SundayFunday in snack form. Yes please! #InTheDeliChallenge
ow.ly/uvah30jsA1y

5 7

**Pretzel Crisps®** @PretzelCrisps · Apr 29
Replying to @crystal_leon
We love our furry fans!

1 1

**crystal leon** @crystal_leon · Apr 28
Someone else in the house is a **@pretzelcrisps** #garlicparmesanpretzelcrisps lover - and it's my... instagram.com/p/BiJJpcxhElq/

1

**Kay Watson** @Kaylore · Apr 28
Replying to @JeremiahBrent @NateBerkus and 2 others
**@PretzelCrisps** (sometimes with hummus)

1

**spooky liss** @missylagrotta · Apr 28
my meal of the day!:
- one train station croissant
- **pretzel crisps**
- a Snapple fruit punch

1

**bp** @brooklynnp18 · Apr 28
Replying to @LaurynAshley21 @NicholsPeyt
NO peyton and i ate these garlic **pretzel crisps** with cream cheese on them >>>

2 1 1

**Pretzel Crisps®** @PretzelCrisps · Apr 28
Pre-made favorites straight from the deli can be some of the best toppers during snack time! #InTheDeliChallenge

Home Moments

pretzel crisps since:2018-04-01 ur Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

2 4

**B.E.** @The_original_BE · Apr 28
Replying to @STVickiWAAF
Can you grab me some sandwich bags please?
Oh and a bag of buffalo chicken **pretzel crisps**? Thanks

**jaz.** @_zonnebloem · Apr 27
hummus & **pretzel crisps**

1 1

**Analysa** @analysasofia · Apr 27
my mom bought me some humus and **pretzel crisps** and ER MA GERD I'm so happy ily mom

**Classic.** @_yqtsh · Apr 27
**Pretzel crisps** and guacamole the one from target the veggie one lol best combination everr

**Ivana** @IvanaaMurphyy · Apr 27
I bought a 1 lb 12 oz bag of @**PretzelCrisps** today and it will only lasts me maybe 2 weeks

**Lo** @LaurenKristi_xo · Apr 27
Buffalo wing **pretzel crisps** are the greatest snack food of all time

**Shona Milne** @Shona425 · Apr 27
Happy #FollowFriday #FF @NutritionGoGo @**PretzelCrisps** @Cannabis_BizCon @LoriMoreno @SavvyLindz @Kikoko_hq @VinifyItaly @LiveinluxuryCeo @AdriceWines @BoomerTravelPat

2

**Pretzel Crisps®** @PretzelCrisps · Apr 27
Replying to @Winemastery
We definitely do not discriminate when it comes to wine!

1 1

**HealthyFoodiesLondon** @4healthyfoodies · Apr 27

Home Moments

pretzel crisps since:2018-04-01 until:2018-04-30 Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

RT @GFPhilly: What's new in the #glutenfree products world? @NaturesPath cereal, @Snyders_Hanover **pretzel** pieces and Wholey Cheese cracker varieties, and @CrunchMaster Vegetable Cheese **Crisps** and Protein Brownie Thins ow.ly/wFE630jHHSa

**Gluten Free Philly** @GFPhilly · Apr 27
What's new in the #glutenfree products world? @NaturesPath cereal, @Snyders_Hanover **pretzel** pieces and Wholey Cheese cracker varieties, and @CrunchMaster Vegetable Cheese **Crisps** and Protein Brownie Thins ow.ly/wFE630jHHSa

1 2

**Pretzel Crisps®** @PretzelCrisps · Apr 27
Bacon and bleu cheese bites are giving us some serious inspo for the #InTheDeliChallenge! What are you making? **#PretzelCrisps**

🐦 **Home**    🎫 **Moments**

pretzel crisps since:2018-04-01 ur 🔍    Have an account? **Log in** ⌄

## pretzel crisps since:2018-04-01 until:2018-04-30

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**

💬        ⟲ 4        7

**Student DOctor** @_4EverStudying · Apr 27
Today I weighed myself and cried. Happy tears. Uncontrollably. I weigh the least I have weighed since 2014. Not only that, but the gym has become the highlight of my day, I have a routine bedtime/wake up time and I stick to it. I consider **pretzel crisps** and hummus my guilty
💬 1        ⟲
Show this thread

**Cars and Trucks For You** @CarsandTrucksFl · Apr 27
#ff #HappyFriday @MFDesignSG  @BSteingraeber @northmix @NuwaveBotanical @travelbites_us @NilsSmith @gemstars @parsnips_blog @Alchemy_Deana @PretzelCrisps @flippinworthit @whiskynsunshine @BudgetBiRite
💬        ⟲        1

**John Lightfoot** @Winemastery · Apr 27
@PretzelCrisps so what's your favourite wine and gin cocktail with your **crisps**!
💬 1        ⟲

**THE Burandy Wine** @Burandywine · Apr 27
I'm eating hummus and **pretzel crisps**.... it's 2 AM and I'm also watching the new RPDR
💬 1        ⟲        5

**Tia Kadd** @TiaKadd · Apr 26
Replying to @FinnSkata @triplej
I'm eating **pretzel crisps** yay
💬        ⟲

**sophie dove** @sophdovehood · Apr 26
I JUST warmed up some leftover macaroni & cheese and ate it by scooping it using buffalo **pretzel crisps**.........amazing 10/10
💬        ⟲        13

**Ben Nicoara** @BenNicoara · Apr 26
garlic parmesan **pretzel crisps** for dinner.
💬 1        ⟲        3
Show this thread

**Access** 🔵 @accessonline · Apr 26



**@PretzelCrisps** make the perfect dipper for just about anything!
#sponsoredbySnackFactory #SnackGenius ahwd.tv/A7L7Nii

# pretzel crisps since:2018-04-01 until:2018-04-30

Top    Latest    People    Photos    Videos    News    Broadcasts

💬        ♻ 2        3

**Ivana** @CR_from_scratch · Apr 26
**@PretzelCrisps** thank you for the follow

💬        ♻

**Bobby Rosati** @BobbyRosati · Apr 26
youtube.com/watch?v=ZvOzJV... #FreeThinking **@PretzelCrisps** @UnderArmour
@Gatorade @gibsonguitar @Fender @southerncomfort @FoamWarehouse
#NFLDraft #Buffalo #NPP #NP #NormalPerson #NormalPersonProductions
#normalPersonPodcast @NormlPersn

💬        ♻ 2        1

**The Hunger Diaries** @hunger_diaries · Apr 26
Happy National **Pretzel** Day! 🥨
.
I only eat two kinds of pretzels— the **pretzel crisps** covered in...
instagram.com/p/BiC9r5KHpZ0/

💬        ♻        1

**DATVParty** @TVPartyPlanner · Apr 26
Replying to @keeneTV
I once won a very large box of assorted **@PretzelCrisps**

💬        ♻        1











Home Moments

pretzel crisps since:2018-04-01 ui

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Access** @accessonline · Apr 26
Happy National **Pretzel** Day! Our new friends @Snyders_Hanover and @**PretzelCrisps** are here to help us celebrate! #sponsoredbySnydersofHanover #sponsoredbySnackFactory #PretzelBaby
ahwd.tv/A7L7Nh

2 12

**Notre Dame IP Students** @ND_IPLS · Apr 26
Didn't realize the **Pretzel Crisps** trademark saga might also involve patent law.

**Chris Buccafusco** @cjbuccafusco
#WorldIPDay meets #NationalPretzelDay
Design patent #USD632048S1 for the design of a pretzel cracker

1

**Andrew Zilli** @ajzilli · Apr 26
Replying to @PretzelCrisps
I actually still have a koozie from you guys from a few years back that says, "These pretzels are making me thirsty!" It's fantastic. Much like y'all.

1

**Pretzel Crisps®** @PretzelCrisps · Apr 26
Replying to @ajzilli
You've got that right, Andrew! But don't worry, you're invited!

1 1

**Auntie Anne's** @AuntieAnnes · Apr 26
Replying to @MikeAsti11 @SeinfeldTV and 7 others
Nice necklace. That would go nicely with everything in our new collection.

Home Moments

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Auntie Anne's** @AuntieAnnes
TREND FORECAST 2018: Pretzel chic is in. Check out our @Threadless collection today! All profits go to @AlexsLemonade. bit.ly/2HqojpA #NationalPretzelDay

1

---

**Andrew Zilli** @ajzilli · Apr 26
Replying to @PretzelCrisps
Must be a party in your world today!

1 1

---

**Supernatural fangirl** @SquirrelMoose59 · Apr 26
Replying to @FanFestNews
**@PretzelCrisps**

---

**Pretzel Crisps®** @PretzelCrisps · Apr 26
Breaking News: It's #NationalPretzelDay instagram.com/p/BiCcD_QIBwe/...

1 1 6

---

**MashAllPotatoes** @MashAllPotatoes · Apr 26
Replying to @PretzelCrisps
Well played, **Pretzel Crisps**®, well played

1

---

**Nikki** @thehtdeals · Apr 26
Flash Sale TODAY: **Pretzel Crisps** $2.99 {normally $7.49}

**Flash Sale TODAY: Pretzel Crisps $2.99 {normally $...**
Happy National Pretzel Day! Today only Snack Factory Pretzel Crisps 14 oz Bags are only $2.97! These are normally $7.49 a bag. Limit 2 While Supplies Last. Do...
theharristeeterdeals.com

---

**Pretzel Crisps®** @PretzelCrisps · Apr 26
Replying to @EMMAIntl
Umm, duh!! Happy #NationalPretzelDay!

1

---

**Pretzel Crisps®** @PretzelCrisps · Apr 26
Replying to @GourmetHotFudge
Delicious! Happy #NationalPretzelDay!

---

**Steph** @stephtang · Apr 26
Replying to @itsristoph
Dark Chocolate **Pretzel Crisps** & finely chopped mint

1

---

**NewEngland Hot Fudge** @GourmetHotFudge · Apr 26

Home Moments

pretzel crisps since:2018-04-01 ur Have an account? **Log in**

How do you fashion your pretzels? Happy #NationalPretzelDay @**PretzelCrisps** bit.ly/2fYwPdw

# pretzel crisps since:2018-04-01 until:2018-04-30

#Newenglandhotfudge #NewEngland #pretzels #newenglandliving #ct #me #nh #vt #ma #ri

Top Latest People Photos Videos News Broadcasts

1 1 1

**Pretzel Crisps®** @PretzelCrisps · Apr 26
Replying to @SimplyK2Mktg
Thanks for the love! Happy National **Pretzel** Day!

1

**Pretzel Crisps®** @PretzelCrisps · Apr 26
Replying to @MashAllPotatoes
It is scientifically impossible to cry when you're snacking on us!

1 2

**Ravon Palmer** @RavonPalmer · Apr 26
Huge fan of **pretzel crisps**

**Wellmark BCBS** @WellmarkBCBS · Apr 26
Celebrating #NationalPretzelDay? Our quick and easy hummus recipe is the perfect match for **pretzel crisps**!

**Tonya huzzie** @cocoprincess805 · Apr 26
Replying to @PretzelCrisps

**K2** @SimplyK2Mktg · Apr 26

Home Moments

pretzel crisps since:2018-04-01 until:2018-04-30

Have an account? Log in

Top Latest People Photos Videos News Broadcasts

Some retweets on my tribute to @PretzelCrisps guess I'm not alone in feeling the for this company. #nomnomnom
Thanks for the RTs!

**basantsharma** @basantg1 · Apr 26
RT @SimplyK2Mktg: For #NationalPretzelDay can't help but think of @PretzelCrisps! And their #marketing & #socialmedia esp all of the #food pairings & #recipes #onpoint (**Crisps** (vs Cheers)) to you guys on a day made for you!

1

**K2** @SimplyK2Mktg · Apr 26
For #NationalPretzelDay can't help but think of @PretzelCrisps! And their #marketing & #socialmedia esp all of the #food pairings & #recipes #onpoint (**Crisps** (vs Cheers)) to you guys on a day made for you!

1 1 1

**Pretzel Crisps®** @PretzelCrisps · Apr 26
Is there anything better than celebrating your favorite snack on its holiday!? #NationalPretzelDay #InTheDeliChallenge

1 4 15

**N€XUS** @NexusIsntHere · Apr 26
@PretzelCrisps

**Tree of Life Canada** @TreeLifeCan · Apr 26

It's #internationalpretzelday! How are you celebrating? #snacktime #pretzels #pretzelcrisps #snacks #yum #healthysnacks #eatwell #livewell #hummuswitheverything ift.tt/2l0AFSh

🏠 Home   Moments

pretzel crisps since:2018-04-01 u 🔍    Have an account? Log in ▾

**pretzel crisps since:2018-04-01 until:2018-04-30**

Top   **Latest**   People   Photos   Videos   Ne

💬 1      ⟲              2

**MashAllPotatoes** @MashAllPotatoes · Apr 25                              ⌄
Replying to @PretzelCrisps
My favorite **Pretzel Crisps**® recipe is an entire bag eaten while crying on the couch

💬 1      ⟲              2

**Jessica Weinberg** @whatsfordinesq · Apr 25                              ⌄
Replying to @PretzelCrisps
Thank you!!

💬       ⟲              1

**Margaret Veale** @margaritaveale · Apr 25                              ⌄
dam u so gud **@PretzelCrisps**

💬       ⟲              6

**Orenthal October** @Chill_Beans · Apr 25                              ⌄
Replying to @PretzelCrisps
Big Buffalo Wing guy

💬       ⟲              1

**Harris Teeter** 🔵 @HarrisTeeter · Apr 25                              ⌄
#FlashSaleAlert National **Pretzel** Day is April 26th - celebrate with a flash sale! 14 oz. Original and Everything Party Size **Pretzel Crisps** $2.97 ea. Limit 2. While supplies last. 4/26 only.





Home Moments

pretzel crisps since:2018-04-01 ur Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

1 3 13

**cassie** @cassiewoodsduh · Apr 25
i'm eating tuna salad w **pretzel crisps** bc i'm too lazy to open a pack of saltines but not too lazy to dig through the bag for the biggest pretzels

1

**Ancient Fire Mead & Cider, LLC** @deliciousaf · Apr 25
New item on our Spring menu. **Pretzel Crisps** with a house-made honey mustard. See what we did... instagram.com/p/BiAV6RdFDnX/

1

**jess paris** @jessmparis · Apr 25
Replying to @iamKITTENS
**Pretzel crisps** and Nutella

**Pretzel Crisps®** @PretzelCrisps · Apr 25
Replying to @Kat_Land_
Sorry, not sorry! ;)

**Pretzel Crisps®** @PretzelCrisps · Apr 25
Replying to @vcsmith4
Hi Torie, thank you very much for bringing this to our attention! Please share it with our team so we can make it right! slletsconnect.com/pretzel-crisps/

**Pretzel Crisps®** @PretzelCrisps · Apr 25
Replying to @Shelley_Perry89
And you're the reason we will keep making only the best snacks!

1

**Pretzel Crisps®** @PretzelCrisps · Apr 25
Replying to @alphastreetlive
Thanks, Michael!!

1

**Pretzel Crisps®** @PretzelCrisps · Apr 25
Replying to @whatsfordinesq
Yum, we love that dipping combo!

1 1

**Pretzel Crisps®** @PretzelCrisps · Apr 25

# pretzel crisps since:2018-04-01 until:2018-04-30

Twitter    Home    Moments

Replying to @Shona425
We know a fan when we see one!

[search box] pretzel crisps since:2018-04-01 ui

Have an account? Log in ▾

Top    Latest    People    Photos    Video    News    Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Apr 25
Say hello to the yummiest, upgrade to classic nachos you ever did see
#InTheDeliChallenge instagram.com/p/Bh_7gcCHDv_/…
                                                                      5

**Pretzel Crisps®** @PretzelCrisps · Apr 25
Broccoli slaw salad made for on-the-go thanks to a crunchy **Pretzel Crisps®**
partner! #InTheDeliChallenge ow.ly/qkQW30jszTv
                                                                      4

**squeezed lime** @Kat_Land_ · Apr 25
@**PretzelCrisps** ok but WHY are **pretzel crisps** so good
            1                                                         1

**•G r a•c i e•** @WhataDayGracie · Apr 24
I don't understand how my mom took the $35 I gave her for groceries, and the
only thing I ask for are lunchables 10/$10 and **pretzel crisps** and she comes
home w 3 off brand lunchables and **pretzel crisps**. So you gonna spend that $30
and not get me real ass lunchables tho???????????
                                                                      3

**Take Two Tapas** @taketwotapas · Apr 24
No time to bake a #Cheesecake?  My Cherry **Pretzel** Salad Dip is perfect for you!
#PretzelCrisps @PretzelCrisps bit.ly/2wM0zGe





















Home Moments pretzel crisps since:2018-04-01 ui Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

39 13

**jadiee** @_Jadie_Leigh_ · Apr 24
I'm the friend that brings a whole bag of **pretzel crisps** to a baseball game
1 1

**David@TOPCHEFS** @TOPCHEFSIE · Apr 24
I appreciate that, thanks so much @PretzelCrisps 👍
1

**Simon Frew** @SiFrew · Apr 24
@PretzelCrisps - thanks for Following me. Enjoy #travelblog sifrew.com & best wishes from #Shrewsbury in @myshropshire - DO NOT USE @SantaFeRelo

travelog
Si Frew has lived in the UK, Bermuda and Qatar. He is a banking regulator who was trained by the Bank of England. He loves Four Seasons, Mandarin Oriental, T...
sifrew.com

1 2

**GourmetItalian.com** @ItalianGrocery · Apr 24
@PretzelCrisps, for the #foodie in your life #shop gourmetItalian.com
1

**Take Two Tapas** @taketwotapas · Apr 24
Don't waste time making a cheesecake when you can have a #SweetDip recipe that takes 5 minutes! @PretzelCrisps #CherryCheesecake bit.ly/2wM0zGe

**shelley perry** @Shelley_Perry89 · Apr 24
Replying to @PretzelCrisps
You're the reason I've stopped buying crackers.

Home Moments

pretzel crisps since:2018-04-01 ur Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

1

**michael hall** @alphastreetlive · Apr 24
@PretzelCrisps I just love your snacks I swear it's a game changer
1 1

**Pretzel Crisps®** @PretzelCrisps · Apr 24
To love us is to hummus! #Snacktime #InTheDeliChallenge

1 7

**Jessica Weinberg** @whatsfordinesq · Apr 24
SAUCES AND SPREADS: Homemade Garlic Hummus // @PretzelCrisps #imadethis #recipepost whatsfordinneresq.com/2018/04/24/sau...

1 1

**Amanda is a voter. Beware.** @nerdytogether · Apr 24
Replying to @PretzelCrisps
This is too much work. I'm just going to eat them straight out of the bag and we both know it.
2

**Liz** @lizlarson08 · Apr 23
Should really be doing my homework but instead I just demolished a bag of **pretzel crisps**
1 16

**woodinvillewineblog** @woodinvillewb · Apr 23
Replying to @Shona425 @PretzelCrisps

Home Moments

Those are so addictive!! In a good way :)

pretzel crisps since:2018-04-01 ur

Have an account? **Log in**

2

# pretzel crisps since:2018-04-01 until:2018-04-30

**Shona [illegible]** @Shona[illegible] · Apr 23

You must have heard me crunching last night **@pretzelcrisps** #snackgenius #snacks Thanks for the follow.

Top Latest People Photos Videos News Broadcasts

2 1

**natalie** @allyspoems · Apr 23

Replying to @JacobWhitesides

i'm eating **pretzel crisps** you want some?

**Take Two Tapas** @taketwotapas · Apr 23

How do you #Cherry? Hopefully with some salty pretzels! **#PretzelCrisps** **@PretzelCrisps** bit.ly/2wM0zGe

Home Moments

Today: Slice of Philly cheesesteak pizza, slice of strawberry cake, pack of ranch flavored tuna, burger-just patty, black bean hummus with **pretzel crisps**= still hungry. Bless my digestive system.

pretzel crisps since:2018-04-01 u... Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Take Two Tapas** @taketwotapas · Apr 23
No time to make a preztel salad? Try this! #SweetDips #TakeTwoTapas @**PretzelCrisps** bit.ly/2wM0zGe

**Monti Carlo** @TheMontiCarlo · Apr 23
Replying to @WayneFelber @FoodNetwork and 3 others
Those look great!
1 2

**Pretzel Crisps®** @PretzelCrisps · Apr 23
Quick, easy and tasty snacks are what we're all about!
instagram.com/p/Bh6nzgvHMCF/...
3

**Wayne Felber** @WayneFelber · Apr 23
@TheMontiCarlo @FoodNetwork @BravoTopChef @celebutardz @**PretzelCrisps**
Home made pretzels rule! #Foodies #Snacks #Pretzels

Home Moments

pretzel crisps since:2018-04-01 ur

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

1 1 2

**Pretzel Crisps®** @PretzelCrisps · Apr 23
What's better than pretzels? Pretzels with light and crunchy slaw on top, duh! #RethinkYourPretzel #RethinkYourSnack

2 4

**vicwentmissing** @vicwentmissing · Apr 22
chocolate....w **pretzel crisps**.....don't you dare eat that

**Audrey Spears** @curly_shirley_ · Apr 22
Our friendship summarized in 1 pic. #siestakeyrum #yesqueen #**pretzelcrisps** #spinbeak @ I Love... instagram.com/p/Bh4vVpSgkVP/

2

**Aria_LaRoux** @AriaLaroux · Apr 22
I fuck with these **pretzel crisps**

**Sean Gill** @GillsiesGoons · Apr 22
Replying to @PretzelCrisps
Yum

1

**Pretzel Crisps®** @PretzelCrisps · Apr 22
Made one of our favorite snacks for today's #InTheDeliChallenge - Cuban Sandwiches ow.ly/g7EC30jszOT

Home Moments

pretzel crisps since:2018-04-01 ui Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

1 1 5

**Sara Sherman** @SingleMomsAsk · Apr 22
Replying to @PretzelCrisps
Awwww... 🖤🖤 That is so sweet!

2

**holy SHIT** @lesbeanwrath · Apr 21
but also like i need to shower so i can go to walmart because i've been too fucked up to keep actual food in the pantry. i've got **pretzel crisps** and egg noodles

Show this thread

**Bobby Rosati** @BobbyRosati · Apr 21
youtu.be/ZvOzJV2Cy2g?a get the latest update on @NormlPersn Podcast #NPP #NP #PODCAST with a very special guest ! **@PretzelCrisps** @southerncomfort @Gatorade @UnderArmour @gibsonguitar @Fender @foamfactorywarehouse Please #SUBSCRIBE on YouTube and follow us on Instagram !

2 2

**Pretzel Crisps®** @PretzelCrisps · Apr 21
You know we're all about that deli snack - Italian Hoagie Chop Dip ow.ly/qrmP30jszKW #InTheDeliChallenge

16

Home Moments pretzel crisps since:2018-04-01 ui Have an account? Log in

· Apr 21
Replying to @PretzelCrisps
Omg I just love you guys so much wow

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Apr 21
Replying to @SingleMomsAsk
We love you too!
1 1

**Pretzel Crisps®** @PretzelCrisps · Apr 21
Replying to @ZoeUmak2
The feeling is mutual!
1 1 2

**callmeKD** @kd0ttt · Apr 20
Pretty sure I stress-ate my body weight in **Pretzel Crisps** today. fml
1

**QUEEN ZOE** @ZoeUmak2 · Apr 20
Omg i love pretzels **crisps** **@PretzelCrisps**

1 2

**Sara Sherman** @SingleMomsAsk · Apr 20
**@PretzelCrisps** totally love **#PretzelCrisps**!
1 1

**Pretzel Crisps®** @PretzelCrisps · Apr 20
Replying to @christine5596
I mean....I think you know our vote

Home Moments

pretzel crisps since:2018-04-01 until:2018-04-30 Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Apr 20
Start off your weekend strong. With a deli snack that's all that #InTheDeliChallenge instagram.com/p/BhzE4IKH-_o/...

2

**Pretzel Crisps®** @PretzelCrisps · Apr 20
Like for Italian, retweet for Cuban. Comment if you're just really into snacks. #PretzelCrisps #InTheDeliChallenge

4 3 158

**greg** @greg_caldarone · Apr 19
Garlic Parmesan **pretzel crisps** is probably my favorite part of 2018 so far

3

**@lorenacupcake on IG** @lorenacupcake · Apr 19
Replying to @collectdust
yeah but pita chips and ruffles are better (respectively) for those applications so why do **pretzel** chips exist at all

also they break too easily. **pretzel crisps**? more like bag of busted ass **pretzel** shards!!!

1 1

**Joseph Lopez** @joey_be_ill · Apr 19
**Pretzel Crisps** are my shizz

1 1

**Penelope Silvers** @PhilosBooks · Apr 19
Replying to @PretzelCrisps
The closest is Avon Park, and that's not very close! Let me know when you are close to Ocala.

1

**Pretzel Crisps®** @PretzelCrisps · Apr 19
Hunger pangs? We got you: ow.ly/aHpS30jszzb #InTheDeliChallenge

Home  Moments

pretzel crisps since:2018-04-01 until:2018-04-30

pretzel crisps since:2018-04-01 u...

Top   Latest   People   Photos   Videos   News   Broadcasts

2

**SKB** @Sblack22 · Apr 18
I just got really sad and ate a bunch of **pretzel crisps** in bed so yeah I guess you could say I'm living my best life

19

**Raaaaaage Langer** @rachlanger · Apr 18
Dipping **pretzel crisps** in greek yogurt with franks mixed in, how are you?

1        1

**ariel** @arielbye · Apr 18
Please help I cannot stop eating **pretzel crisps**

3

**James Edwin Crawford** @JC_Dental · Apr 18
Replying to @jtg_baoms
OPT; Adult dentition; Left sided parasymphysis # through 31-32; unfavourable muscle pull; always look for the next fracture (Ring bone theory-hula hoop **crisps/ pretzel** -->American texts). 2nd view needed.? condyles. Pericoronitis is a CLINICAL diagnosis of soft tissues; not bone.

1

**Pretzel Crisps®** @PretzelCrisps · Apr 18
Replying to @PhilosBooks
Use our handy store locator tool to see where we can be found around you!

**Where To Buy - Pretzel Crisps®**
pretzelcrisps.com

1        1

**Pretzel Crisps®** @PretzelCrisps · Apr 18
Replying to @debtbusterz @Publix
Noted, Mike! We will pass these suggestions along to the team!

1

**Laurel Richert** @richertlaurel · Apr 18
@PretzelCrisps Thank You.  Laurel Richert

Case 3:17-cv-00652-KDB-DSC   Document 44-8   Filed 10/29/18   Page 23 of 52







Home Moments

· Apr 18
pretzel crisps since:2018-04-01 ui

Have an account? **Log in**

Replying to @PretzelCrisps

Vodka, ice tea mix and lots of ice - BOOM! hehe

1

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Apr 18
This deli spread is calling our name. Thanks @RachaelRayMag #InTheDeliChallenge instagram.com/p/BhtxIaJnTtv/...

2

**Penelope Silvers** @PhilosBooks · Apr 18
**@PretzelCrisps** These look amazing. Are you looking to go into other areas in Florida?

1

**Mike Grace** @debtbusterz · Apr 18
**@PretzelCrisps** hey guys, can you please make the everything flavor in gluten free since my mom is a celiac, and, if you're still making the gf salted caramel, please let @Publix know there IS a demand!

2

**Pretzel Crisps®** @PretzelCrisps · Apr 18
Name a better trio, we'll wait. #InTheDeliChallenge #**PretzelCrisps**

1 1 6

**Pretzel Crisps®** @PretzelCrisps · Apr 18
Replying to @debtbusterz
Mike! We think YOU'RE amazing!

1

**nick wallace** @aayenick · Apr 17
I could go for some **pretzel crisps** and garlic hummus

1

**AaronFoodAdventures** @aaronwakamatsu · Apr 17
#Spicochist reviews Rold Gold Flamin' Hot **Pretzel** Thin **Crisps**!
youtube.com/watch?v=BjAmWq...

Home Moments pretzel crisps since:2018-04-01 ui Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

1 1

**Nate Ahsmann** @ThaWizardOfAhs · Apr 17
Flamin' hot **pretzel crisps** are the best snack, no question.
1

**Renee S** @RahRah01483 · Apr 17
Replying to @BillOReilly
**Pretzel Crisps** are the best

**Ashley Dawn** @Ashleyhakes1 · Apr 17
Hummus and **pretzel crisps** are a perfectly acceptable dinner.....right?

**M A R I** @Maribelllaa · Apr 17
Buffalo **pretzel crisps** r my addiction
1

**Makayla** @MakaylaDunning · Apr 17
we were in there for a solid 20 min at least and jacklynn woke up with **pretzel crisps** in her hair
3

**Mike Grace** @debtbusterz · Apr 17
**@PretzelCrisps** OMG! I FREAKING love you guys! The everything **crisps** are AMAZING
1

**spoopy lil d** @dahnaahn_ · Apr 17
hummus and **pretzel crisps** are my tru luvs
1

**SamInspired** @SamInspired · Apr 17
Replying to @PretzelCrisps
I missed you guys too

**Pretzel Crisps®** @PretzelCrisps · Apr 17
Replying to @SamInspired
We missed you!
1 1 2

**Chef_TaRa_314** @msblack_berry · Apr 17
Replying to @PretzelCrisps
Love these
1

**Pretzel Crisps®** @PretzelCrisps · Apr 17
Everyone knows, there's no wrong way to combine sausage and cheese!
**#PretzelCrisps** #InTheDeliChallenge

🐦 Home   ⚡ Moments          ( pretzel crisps since:2018-04... 🔍 )   Have an account? Log in ▾

# pretzel crisps since:2018-04-01 until:2018-04-30

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

💬 1          ↻ 1                    5

**BMorganCville** @BMorganCville · Apr 16
**Pretzel Crisps** and cheese balls logs are taking over my evenings. And Tito's.
💬          ↻

**thezer0cool** @thezer0cool · Apr 16
**Pretzel Crisps** man.
💬          ↻

**SamInspired** @SamInspired · Apr 16
@**PretzelCrisps** Thanks for the follow! And thanks for the reminder that you exist! Used to eat ya all the time with some Laughing Cow cheese. Time to reinstate you back into my snack world 🖤🖤
💬 1          ↻                    1

**Kate Ross** @Kate_Ross16 · Apr 16
Hummus & **pretzel crisps** are my weakness
💬          ↻                    5

**CHUNK** @_Chunksurdaddy_ · Apr 16
Addicted to hummus and **pretzel crisps**
💬          ↻

**MARYANN** @rosebudrhythm · Apr 16
Replying to @PretzelCrisps
Sorry, I ate them all. ...=_=...
💬          ↻                    1

**Pretzel Crisps®** @PretzelCrisps · Apr 16
New week, new snacks! #**PretzelCrisps** instagram.com/p/Bho5uqwndzt/...
💬 1          ↻                    8

**Pretzel Crisps®** @PretzelCrisps · Apr 16
Replying to @SavanahSantos
Hi Savanah, thank you very much for bringing this to our attention! Please share it with our team so we can make it right! slletsconnect.com/pretzel-crisps/
💬          ↻

**sav** @SavanahSantos · Apr 16
@**PretzelCrisps** we have about 4 rocks













Home Moments pretzel crisps since:2018-04-01 u Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** @PretzelCrisps · Apr 16
One word: YUM #InTheDeliChallenge ow.ly/Og5V30ji42m

2

**Morgan** @morganhanna1 · Apr 15
John: I got you a treat!
*pulls out a mostly eaten bag of **pretzel crisps***

4

**hayley-ween** @cjtyfool · Apr 15
should i eat takis or pringles or **pretzel crisps** or ice cream

1

**Edward FT Charfauros** @EdCharfauros · Apr 15
@PretzelCrisps @businesscontent1 @tammikibler - Hello :) Welcome to my community, looking forward to your tweets! Happy to meet you, have a great

Home Moments

day! #ThankYou #PositiveInfiuencer! #GoodVibesOnly #today #followbacker :-)
CHEERS~ to your success continuing...

pretzel crisps since:2018-04-01 ui Have an account? **Log in**

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**spooky pit mami** @__jordy17 · Apr 15
Them **pretzel crisps** and white cheddar cheese is the mf combo y'all

**Nancy Cumming** @UnpIndphotgrafy · Apr 15
Replying to @PretzelCrisps
**Pretzel crisps** are my go to snack food!
1

**Pretzel Crisps®** @PretzelCrisps · Apr 15
Replying to @lizeversoll
Hi Liz, thank you very much for bringing this to our attention! Please share it with our team so we can make it right! slletsconnect.com/pretzel-crisps/

**Pretzel Crisps®** @PretzelCrisps · Apr 15
Next time you're in the deli section, load up on the ingredients for these tasty bites! **#PretzelCrisps** #InTheDeliChallenge

1 3 14

**Owen Freed** @o1freed · Apr 14
**pretzel crisps** are a hell of a drug

**sierra** @sierraCfit · Apr 14
4/14 food diary

bfast: oats n honey granola bars
snack: broccoli&cauliflower w ranch, almonds
lunch: spinach, turkey, avocado, swiss wrap w garlic parmesan **pretzel crisps**, green tea w agave
snack: turkey breast
dinner: ø

2

Show this thread

**Liz Eversoll** @lizeversoll · Apr 14
**@PretzelCrisps** what happened to your **crisps**...used to luv them, but now they are thin, break when dipping and are all broken little pieces in the bag.

Home Moments

pretzel crisps since:2018-04-01 u Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

1

**Pretzel Crisps®** @PretzelCrisps · Apr 14
Replying to @WebGirl_Lisa
Be sure to speak with your deli manager about getting them in store!

1

**Andy** @uhhhndres · Apr 14
Hi I'm obsessed with **pretzel crisps**

1 3

**Kate Taylor** @Kate_H_Taylor · Apr 14
Is Don Jr doing an #ad for **pretzel crisps**?

5

**Eilidh** @Eilidah_Tweets · Apr 14
Replying to @DonaldJTrumpJr
Their weekend visitations with you are about to dramatically change. I don't think they have **pretzel crisps** in prison :(

1 3 21

Home Moments pretzel crisps since:2018-04-01 u Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

· Apr 14
We have one rule for snacking: Start in the deli #InTheDeliChallenge

10

**Mitchell Mylius** @MitchellMylius · Apr 13
Happiness is found at the bottom of a bag of **pretzel crisps**

**Melissa Stevens** @MelissaTStevens · Apr 13
**Pretzel Crisps**® Thanks for the follow! Check out my #free book! bit.ly/2sfGea8 I hope you enjoy!

**ellamai: whatchamacallit jacquees: thingamajig** @kealaani · Apr 13
One time I was at Lili's House and I almost ate all of her humus & **pretzel crisps**, I've been addicted to that snack combo ever since

1 2

**Pretzel Crisps®** @PretzelCrisps · Apr 13
Replying to @WebGirl_Lisa
We do have some gluten free products! Give them a try and let us know what you think!

1

**MARYANN** @rosebudrhythm · Apr 13
Replying to @PretzelCrisps
Only two please, my hips!!! ...=_=...

**Mei** @Caress_Mei · Apr 13
**Pretzel Crisps** are my addiction

Home Moments

pretzel crisps since:2018-04-01 ui Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**PSBH** @portstreetbeer · Apr 13
Tonight's menu:

**Crisps**
Nuts
Pies
Scotch Eggs
Jalapeno **Pretzel** Pieces
Miscellaneous dry things in jars
Edgy beers
Intimidating whisky selection
Diet coke

3 11

**LNE+FEELY** @Eleni65109020 · Apr 13
@Ritzcrackers if u don't respond to us in the next 24 hours we might move on the **@PretzelCrisps**

**Pretzel Crisps®** @PretzelCrisps · Apr 13
RT if you're stocked up on #**PretzelCrisps** for the weekend!
instagram.com/p/Bhg5Jw8HzEu/...

1 2

**Pretzel Crisps®** @PretzelCrisps · Apr 13
Hummus and peppers and feta, oh my! You know it's time to #Rethink your deli snacks with #**PretzelCrisps** #InTheDeliChallenge

pretzel crisps since:2018-04-01 u...    Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top    Latest    People    Photos    Videos    News    Broadcasts

💬    ♻ 2    7

**Amanda Hope** @mandahbaker · Apr 12
OMG WUT NO

💬    ♻    1

**rose mclaughlin** @rkmclaughlin18 · Apr 12
Hummus and **pretzel crisps** are a great healthy snack until you've eaten the
entire bag of **pretzel crisps** and the whole tub of hummus lol

💬    ♻    3

**Shannon Robey** @shanoonski · Apr 12
My FAVORITE snack is **pretzel crisps** and pub cheese and I HATE MYSELF FOR
DISCOVERING IT

💬 1    ♻    4

**olive tickler** @emilyjohnson413 · Apr 12
Me at 5 o'clock: I have to go home, pack a bit, eat and then come back to the
studio
Me at 6:21 pm, after drinking a margarita and eating half a bag of **pretzel crisps**: I
will die before I have to leave my bed

💬 1    ♻    2

Show this thread

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
Thanks "**Pretzel Crisps**®" For Following Me !!! I look forward to someday serving
your real estate needs. Free Home Buyer Webinar ift.tt/2C0tFVb
twitter.com/kenpujdak/stat...

IFTTT

# Image not found

💬    ♻ 1







Home Moments

pretzel crisps since:2018-04-01 ur Have an account? Log in

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
Thanks "**Pretzel Crisps**®" For Following Me !!! I look forward to someday serving your real estate needs. Free Home Buyer Webinar ift.tt/2C0tFVb

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
**Pretzel Crisps**® is now one of my followers! Thanks! twitter.com/PretzelCrisps 12561 twitter.com/PretzelCrisps

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
Thanks "**Pretzel Crisps**®" For Following Me !!! I look forward to someday serving your real estate needs. Free Home Buyer Webinar ift.tt/2C0tFVb twitter.com/kenpujdak/stat...

Home Moments pretzel crisps since:2018-04-01 u Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
Thanks "**Pretzel Crisps**®" For Following Me !!! I look forward to someday serving your real estate needs. Free Home Buyer Webinar ift.tt/2C0tFVb

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
Thanks "**Pretzel Crisps**®" For Following Me !!! I look forward to someday serving your real estate needs. Free Home Buyer Webinar ift.tt/2C0tFVb twitter.com/kenpujdak/stat...

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
Thanks "**Pretzel Crisps**®" For Following Me !!! I look forward to someday serving your real estate needs. Free Home Buyer Webinar ift.tt/2C0tFVb

Home Moments

pretzel crisps since:2018-04-01 ui Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
**Pretzel Crisps**® is now one of my followers! Thanks! twitter.com/PretzelCrisps 12520 twitter.com/PretzelCrisps

**Kenneth J Pujdak BIC** @kenpujdak · Apr 12
Thanks **Pretzel Crisps**® for the follow!

**shawna** ➳ @ShaButton · Apr 12
**Pretzel crisps** & hummus

**LyleStorm** @LyleStorm · Apr 12
Look kindof like okra
1

**sPooky** @PookyVEVO · Apr 12
Replying to @PretzelCrisps

**Pretzel Crisps®** @PretzelCrisps · Apr 12
We're going to go with pickles!
1 1

**Dan 4 Golden Chains** @DanGolden_ · Apr 12

stoned idea: mix garlic parmesan **pretzel crisps** and flaming hot cheetos together, you'll thank me later

🐦 **Home**    ⚡ **Moments**

pretzel crisps since:2018-04-01 u... 🔍    Have an account? **Log in ▾**

# pretzel crisps since:2018-04-01 until:2018-04-30

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Pretzel Crisps®** @PretzelCrisps · Apr 12    ⌄

Love cheese? Love **Pretzel Crisps**®? Great, because #NationalGrilledCheeseDay was made for you! #InTheDeliChallenge



SNACK GENIUS COMBINATIONS

💬          ⟳ 3          10

**paxton gregg** @paxgregg13 · Apr 12    ⌄

@chslax18 secret sister: salt and vinegar chips or **pretzel crisps**, sour patch watermelon or Swedish fish, and red or white Gatorade

💬          ⟳ 1

**Wendy** @mwws143 · Apr 11    ⌄

I feel sure I'm the only female on the couch drinking Cabernet, eating organic **pretzel crisps**, cream cheese & Pickapepper sauce while watching #TopGear Patagonia Special Part 1 and completely contempt.

💬          ⟳          2

**the aj styles fan acc ♡ | 10** @jenno_styles · Apr 11    ⌄

Replying to @SyyDaaBoww9669

Nice!!! Haha there better than I thought I'm not huge on **pretzel crisps**

💬 1          ⟳          1

**Pretzel Crisps®** @PretzelCrisps · Apr 11    ⌄

Your midday snack is getting old. Change it up with Mac n Cheese Balls.
#InTheDeliChallenge instagram.com/p/Bhbz9CQHgPB/...

💬          ⟳ 1          4

**Sarah Hodge** @TheEverNovice · Apr 11    ⌄

This is why trust issues are running so rampant in society. Tell me @PretzelCrisps, what did you do with the rest of the apple? Did you mean to say there's 1/4th apple & a wispy 3/4ths of lost hopes & dreams in every bag? #SAD #makeapplesgreatagain #MAGA #stilleatingthenubs





Home Moments

pretzel crisps since:2018-04-01 ur

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

2

**Shía Sweet Cheeks** @msglamourgurl · Apr 11

I wish I had some peppermint vodka to go with my white chocolate and peppermint **pretzel crisps**. 🍭🍬

**Pretzel Crisps®** @PretzelCrisps · Apr 11

Do you dip or top? There's no wrong way to #hummus! #InTheDeliChallenge #**PretzelCrisps**

1 3

**Pretzel Crisps®** @PretzelCrisps · Apr 11

Replying to @cjsproudmama

Thanks for the love, Christal!

1

**Christal PJ-TheeDiva** @cjsproudmama · Apr 11

Replying to @PretzelCrisps

I ABASOLUTELY LOVE **PRETZEL CRISPS**!!!! LOVE, LOVE, LOVE!!!

Twitter | Home | Moments

pretzel crisps since:2018-04-01 until:2018-04-30

## pretzel crisps since:2018-04-01 until:2018-04-30

**Top**  **Latest**  **People**  **Photos**  **Videos**  **News**  **Broadcasts**

🔁 1

**Pretzel Crisps®** @PretzelCrisps · Apr 11
Replying to @dmwright07
Hi Dylan, thank you very much for bringing this to our attention! Please share it with our team so we can make it right! slletsconnect.com/pretzel-crisps/

Have an account? **Log in**

**"SERIOUS" OUT NOW** @ENDZLGC · Apr 11
Scoop your **pretzel crisps** into the honey roast peanut butter...try it....hits blunt.
🔁

**BRIAN** @weef_leaf · Apr 10
My mom is always looking for a fight. She hid my **pretzel crisps**
🔁    4

**Connor Russell** @OhNoItsConnor · Apr 10
**Pretzel crisps** & hummus thooo
🔁    1

**Dylan Wright** @dmwright07 · Apr 10
@PretzelCrisps I just bought some Sriracha & Lime **crisps** and they're definitely the plain ones. What's up with that?
💬 1    🔁

**Neil Siegel** @neilsiegel · Apr 10
My night: **Pretzel Crisps** (everything); Roasted Red Pepper Hummus (smooth and creamy); Glass of red wine (the Prisoner); Red Hot Chili Peppers (Californication); Walter Isaacson's Leonardo Da Vinci #TuesdayThoughts
🔁

**Snax** @snax_prime · Apr 10
Replying to @FilthyFetusFace @PretzelCrisps
yoooo
🔁    3

**Missy Belle** @4missy_belle · Apr 10
Vodka, **pretzel crisps**, and hummus
....ways to try & sooth my mood....
(May require more vodka)
💬 3    🔁    4

**Erica Siegel** @ericasiegel · Apr 10
dinner tonight--grapes, **pretzel crisps** and hummus: for when you've given up entirely.
🔁    2

**Nuevo Flo** @NuevoFlo · Apr 10
Thanks for following @ScottSetterberg  @enriquillo2 @photowrkshps @jvns2811 @PretzelCrisps
🔁    3

**Pretzel Crisps®** @PretzelCrisps · Apr 10
Hello, snack buddies What are you making for the #InTheDeliChallenge?
ow.ly/MSCr30jdOPt



Home    Moments

## pretzel crisps since:2018-04-01 until:2018-04-30

Top    **Latest**    People    Photos    Videos    News    Broadcasts

1    4

**Mr. Hot Ticket** @quasigrotesque · Apr 9
this bag of **pretzel crisps** is telling me to rethink my **pretzel** and I'm like "make me!"

1

**Jerry Witman Jr** @JerryWitmanJr · Apr 9
**Pretzel Crisps**® is now following me on Twitter! twitter.com/PretzelCrisps ift.tt/2fxGM37 pretzelcrisps.com Thanks for the follow!

**Pretzel Crisps - Healthy Pretzel Snacks in a Variety...**
Pretzel Crisps is a modern twist on an old favorite snack. All the flavor & crunch of a regular pretzel, but lighter, crispier, & more versatile.
pretzelcrisps.com

**Pretzel Crisps®** @PretzelCrisps · Apr 9
The most perfect deli snack we've ever laid eyes on 👀
instagram.com/p/BhW2QgFHNx2/...

1    7

**Pretzel Crisps®** @PretzelCrisps · Apr 9
Replying to @EMScott6901
Thanks for the love, Elizabeth!!

**Cousins Mike** @COUSINSMIKE12 · Apr 9
MOZZARELLA STICK MONDAY!!!  For St. Pio School Lunch! - Marinara, @**PretzelCrisps** & Fruit Cup! @COUSINSMIKE12 #MondayMotivation #privatechefs #stpio #SchoolLunchHeroDay #mozzarella #spork

Case 3:17-cv-00652-KDB-DSC    Document 44-8    Filed 10/29/18    Page 39 of 52







Home Moments

pretzel crisps since:2018-04-01 ur

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

3

**Loop Neighborhood** @HelloLoop · Apr 9
Happy snacking! **Pretzel Crisps** for the win! #MakingGoodChoices #Salty #OnTheGo #Yum #Original #PretzelCrisp #DeliStyle #LoopNeighborhood

2

**Elizabeth Scott** @EMScott6901 · Apr 9
Replying to @PretzelCrisps

Home Moments

We love you @PretzelCrisps Teaching my family to eat healthier but not to feel deprived.

pretzel crisps since:2018-04-01 ur Have an account? Log in

1 1

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Apr 9
One is good but let's be real, when it comes to apps, the more the merrier! #InTheDeliChallenge #DIY ow.ly/o13g30jdOJX

1 3 7

**Dyna Kim** @dyna_kim · Apr 8
I liked a @YouTube video youtu.be/VytENzF5rvc?a **Pretzel Crisps** Pizza Recipe

**Bobby Rosati** @BobbyRosati · Apr 8
youtube.com/watch?v=BnxAMF... BRAND NEW EPISODE....you WONT BELIEVE what happens! @PretzelCrisps @southerncomfort @Gatorade @UnderArmour @Fender @FoamFactory #NP #NormalPerson #NPP #Podcasts #NEW #NEWMUSIC #SUBSCRIBE #YOUTUBE #INSTAGRAM

**spoopy hayeth | 182** @lokicdinson · Apr 8
so my mom has started dipping **pretzel crisps** in chick-fil-a sauce and i tried it and honestly it was so amazing i come from an intellectual™

**Vivian VZ** @VivianVeazy · Apr 8
Replying to @PretzelCrisps
How did you know I was just eating these?

**hannahbal lecter** @hannah_hancock · Apr 8

I could eat a whole container of roasted garlic hummus and **pretzel crisps**

pretzel crisps since:2018-04-01 u

Have an account? Log in

1

🐦 **Home** | ⚡ **Moments**

## pretzel crisps since:2018-04... until 2018-04-30

**Top**  **Latest**  **People**  **Photos**  **Videos**  **News**  **Broadcasts**

Heather Vest
Replying to @PretzelCrisps

My favorite is the Everything Bagel!

**moll** @MollyLeavens1 · Apr 8

hummus is such an underrated food, like some **pretzel crisps** dipped in hummus mmm the best snack

12

**Matthew** @SharpedoVecr · Apr 8

What you lookin **crisps**, pork scratchings, mini pies? You a **pretzel** guy?

2

**Pretzel Crisps®** @PretzelCrisps · Apr 8

Guess what?! We put together a bunch of our favorite bite-sized #PretzelCrisps deli #snacks on the blog today! #InTheDeliChallenge ow.ly/CIUT30jdOBV

Rethink *your pretzel!*®

4    5

**Bobby Rosati** @BobbyRosati · Apr 7

@NormlPersn needs your help! PLEASE FOLLOW AND SUBSCRIBE ! #Podcasts #Sponsors @PretzelCrisps @southerncomfort @Gatorade @UnderArmour @FoamWarehouse @MonsterEnergy #followback #FollowNP #FOLLOWNORMALPERSON get on: youtu.be/wEkPYdxUDJQ #RT #youtube #Comedy #Music #NewNP

1    1

**Nancy Smith** @NancyAldersmith · Apr 7

@PretzelCrisps @_mathieson_ @TeylaBranton - Welcome to my community, looking forward to your tweets! :) (insight by commun.it)

**Keep in touch with your community!**
The best way to engage on Twitter
commun.it















Home Moments pretzel crisps since:2018-04-01 ui Have an account? **Log in**

# pretzel crisps since:2018-04-01 until:2018-04-30

Top **Latest** People Photos Videos News Broadcasts

**Pretzel Crisps®** @PretzelCrisps · Apr 7
What deli snacks look like in 2018. And we are INTO IT! #InTheDeliChallenge #**PretzelCrisps** ow.ly/3I1E30jdQlw

2 6

**Shane Wooten** @ShaneWooten · Apr 7
@**PretzelCrisps** love these!

1

**chlorofeil** @ChloeFeilmeier · Apr 6
**pretzel crisps** really don't get much credit, so s/o

11

**Andrew Moss** @NFLscoutTampa · Apr 6
Replying to @ABC_Autotrader
I'm a fan of parmesan **crisps**. Also **pretzel** m and m's. WBU?

1

**Julie** @phibear35 · Apr 6
Replying to @KariVanHorn @PretzelCrisps
OMG

**Luis M.** @lcm1986 · Apr 6
Replying to @KariVanHorn @PretzelCrisps
I need this recipe asap.

**Matt Meyerson** @MattRPRT · Apr 6
Replying to @KariVanHorn @PretzelCrisps
oh man oh man oh man

**Kari Steele** @KariVanHorn · Apr 6
Baileys Brownie Batter Dip With @**PretzelCrisps**

Home Moments

pretzel crisps since:2018-04-01 ur

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

4 4 26

**Kari Steele** @KariVanHorn · Apr 6

Mac N Cheese-Stuffed Meatballs by @PretzelCrisps

4 16

**Kari Steele** @KariVanHorn · Apr 6

Walnut Cheese Ball With @PretzelCrisps

1

**Kari Steele** @KariVanHorn · Apr 6

NEW **Pretzel Crisps** + Pimento at @Tigers (Cred: @ryangarzafreep)

Home Moments

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

3 10

**paige** @paige_caroline · Apr 6
Why do you have a whole bag of pretzels in your gym bag — costco **pretzel crisps** $7

**UPC Bot** @upcbot · Apr 6
name: Snack Factory Deli Style **Pretzel Crisps** Garlic Parmesan Flavor
brand: Snack Factory
upc12: 049508006107
upc14: 00049508006107
id: 2371

**Pretzel Crisps®** @PretzelCrisps · Apr 6
Need some snack inspiration? Look no further than your grocery store deli section. #InTheDeliChallenge instagram.com/p/BhPB5iwngrY/...

1 3

**Ariellé** @_Urri · Apr 6
**Pretzel Crisps** are heavenly

> **Swaggy P** @Apple_Dip
> Pretzels are trash...unless theyre from Auntie Ann's or in party mix

1

**Pretzel Crisps®** @PretzelCrisps · Apr 6
During the #InTheDeliChallenge, no app is off limits. Let's get delicious. **#PretzelCrisps**

Home Moments

pretzel crisps since:2018-04-01 ur Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

2 7

**Loving Hands Animal** @LovingHandsAC · Apr 6
@PretzelCrisps thanks for the follow!

**LuckyCatBeauty** @LuckyCatBeauty · Apr 5
I need to admit I'm addicted to #snackfactory **#pretzelcrisps** Now in #glutenfree #cantstopwontstop #12stepsofpretzelsaddicts #getlucky #ifeelbetter #thankyou #munchies #cheese&crackers #toddlerdiet #justsayin **@PretzelCrisps**

1

**ϻσɾɠʌɳ βʌℓℓ** @morgsb30 · Apr 5
Roasted red pepper hummus & **pretzel crisps**..

1

**Razzticles** @RazzDagon · Apr 5
Replying to @ItsBrendaBanks
Yes I see **pretzel crisps**, I'm on my way

**Richard(Nuggets 4-1)** @richyouwild · Apr 5
Replying to @richyouwild @Hadly_4
Made crisp by being fried baked or dried I should say. **Pretzel crisps** are baked I do believe lol could be wrong though

1 1

**spooky Hads** @Hadly_4 · Apr 5
Settle this PLEASE: are **pretzel crisps** considered chips?

**21%** Yes

**79%** No

84 votes • Final results

2

Show this thread

**Hilarity for Charity** @Hilar4Charity · Apr 5
Huge, ginormous, every-adjective-for-big THANK YOU to @lyft, @SalchetoWinery, @Massanois, @MSCBSP, @Sothebys, @krispykreme, @kettlebrand, **@PretzelCrisps**, @rivetrevolution, @CrownRoyal, @lacroixwater, @GuinnessGB, & @tossware for playing a big part is helping make #HFC2018 happen

Home Moments

pretzel crisps since:2018-04-01 until:2018-04-30

Have an account? Log in

Top Latest People Photos Videos News Broadcasts

5 22

**Tej** @iSteezWithEase · Apr 5
i really need to know why da fuck **pretzel crisps** are so good

**Pretzel Crisps®** @PretzelCrisps · Apr 5
Want to switch up your snack routine? Our walnut cheese ball is calling: ow.ly/rR2230jdNZo #InTheDeliChallenge

7 6

**SABLE** @sableminks · Apr 5
Garlic permesan **Pretzel crisps** are stinky but delicious! LOL

**Lee** @leanna_chabot · Apr 4
Replying to @HannahQuinlan_
The jalapeño **pretzel crisps** & jalapeño cheetos !!!

**Pretzel Crisps®** @PretzelCrisps · Apr 4
Attention snackers - you need to try this #RethinkYourPretzel instagram.com/p/BhJvvcBnh_B/...

1 5

**Pretzel Crisps®** @PretzelCrisps · Apr 4

Home Moments

pretzel crisps since:2018-04-01 ur Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

In honor of #InternationalCarrotDay, we're all in on slaw #InTheDeliChallenge

1 11

**Pretzel Crisps®** @PretzelCrisps · Apr 4
Replying to @autumnroses4u
We hope not!

1

**Cars and Trucks For You** @CarsandTrucksFl · Apr 4
Thanks for Following :} @travelbites_us @NilsSmith @gemstars @onesoleshoes @parsnips_blog @Alchemy_Deana @**PretzelCrisps** @flippinworthit @whiskynsunshine @FacilityGov @Gutterssolution @morewless

1

**Box Lunch Brigade** @boxlunchbrigade · Apr 4
#whatsinthebox Today's Elementary School Lunch featured a Smoked ham and Swiss wrap with a honey-Dijon dressing with **pretzel crisps** and fresh veggies for snacking:) #boxlunchbrigade #healthylunch #lunchbox #schoolfundraiser #ham #wraps @subscription #lunch #niagara #localbusiness

1

Home   Moments

Ashley @BudgetBiBite · Apr 4
Thanks for Following :) @PretzelCrisps @BabyCedar01 @giftingishard
@Gutterssolution @time4meditation @Sugarspunrun @pun_slingers
@EasyAsPoc @HodgsonMill @AskDocG
@Mike_Foti @deelishrecipes @Burnsedward77

Top   Latest   People   Photos   Videos   News   Broadcasts

Autumn Rose @autumnroses4u · Apr 3
Dark chocolate covered **pretzel crisps** will be the death of me
3          1

L.R. Broussard @dbl_mm · Apr 3
@PretzelCrisps Thanks for the follow!

slurp @jscoe663 · Apr 3
"it will not go with these **pretzel crisps**"
1          5

Horrorchata @pearlajam · Apr 3
Roasted garlic hummus with **pretzel crisps**
4

Spooky Ki @ceruleanDeath · Apr 3
Me: damn im thirsty
Also me: [continues to eat **pretzel crisps**]

Koda↓ @CvpnKoda · Apr 3
Let's play a game called "how long am I gonna keep this sealed bag of **pretzel crisps** in my bag for"
Total days rn is like 3.

kerry @kascannell · Apr 3
I woke up at 11am and am currently surviving on **pretzel crisps** and Thor ragnarok
3

Naomi Skyee @nskyee2 · Apr 3
I've eaten **pretzel crisps** and hummus for breakfast every day for at least a week now

Pretzel Crisps® @PretzelCrisps · Apr 3
Replying to @jmunro24
Thank you for bringing this to our attention! We will share it with the team immediately. Please share this info here: slletsconnect.com/pretzel-crisps/ so we can make it right!

Pretzel Crisps® @PretzelCrisps · Apr 3
#Rethink boring meatballs with #PretzelCrisps! #InTheDeliChallenge







Home Moments pretzel crisps since:2018-04-01 ur Have an account? **Log in**

# pretzel crisps since:2018-04-01 until:2018-04-30

Top **Latest** People Photos Videos News Broadcasts

4 10

**Yesi** @yesi__rosas · Apr 3
**Pretzel crisps** and roasted red pepper hummus is my new go to

3

**javi** @Javi_XCX · Apr 3
Goodnight to milk chocolate **pretzel crisps** only

**Bobby Rosati** @BobbyRosati · Apr 2
@southerncomfort @Gatorade @UnderArmour @FoamWarehouse
**@PretzelCrisps** @Fender @MonsterEnergy

> **Normal Person** @NormlPersn
> I added a video to a @YouTube playlist youtu.be/Iyzd1YzT_BA?a Normal Person Podcast #020

**Mellinda Lanier** @MellindaLanier · Apr 2
Thank you **Pretzel Crisps**® for the follow! Be sure to follow me on Facebook & Periscope MellindaLanier for your daily business tips to help you grow into #YourGeniusZone bit.ly/2cj2THL

**Tiffany Chu** @FitForChu · Apr 2
Chicken, strawberry, kale salad, **pretzel crisps**, and string cheese.... total of 6 weight... instagram.com/p/BhE0mKigdA1/

**Pretzel Crisps®** @PretzelCrisps · Apr 2
Stopping, sitting, snacking #RethinkYourPretzel
instagram.com/p/BhEwavGH1Tl/...

1 2

**Pretzel Crisps®** @PretzelCrisps · Apr 2
What can you make with ingredients found in the deli section? We'll be showing you all month long! #InTheDeliChallenge ow.ly/y6cN30jdNGi

Home Moments

pretzel crisps since:2018-04-01 ui

Have an account? Log in

# pretzel crisps since:2018-04-01 until:2018-04-30

Top Latest People Photos Videos News Broadcasts

3 5

**Pretzel Crisps®** @PretzelCrisps · Apr 1
In April we celebrate #NationalPretzelDay. National **Pretzel** Day is the best day. The best day deserves more days, so **PRETZEL** MONTH is born!
instagram.com/p/BhB8VCjnD2z/...

1 1 8

**Normal Person** @NormlPersn · Apr 1
Official Normal Person Podcast sponsors **PRETZEL CRISPS** are Everywhere ! #NP #NormalPerson... instagram.com/p/BhCMvSJAVPv/

1 2

**Pretzel Crisps®** @PretzelCrisps · Apr 1
Happy #Easter friends! Make a deli snack with all those tasty ingredients to kick off the #InTheDeliChallenge with us.

3 5

**Sarah** @Melendez_89 · Mar 31
Nothing beats **pretzel crisps** and red pepper hummus as a snack! Fucking delicious.

3

**Bobby Rosati** @BobbyRosati · Mar 31
youtube.com/watch?v=wEkPYd... #MarchMadness2018 #MarchMadness #SisterJean #Michigan #FinalFour2018 #Jeff @southerncomfort @UnderArmour @Gatorade @**PretzelCrisps** @Fender @FoamFactory | @NormlPersn

**Normal Person Podcast #019**
Normal Person Podcast S2 E7 #019: Matt flakes out on Prinecs Challenge Again! But we also hit on Bobby's diet as well ass an update on our sponsors and a new...
youtube.com

# pretzel crisps since:2018-04-01 until:2018-04-30

Back to top ↑

Top    Latest    People    Photos    Videos    News    Broadcasts