# EXHIBIT 2

## Part 1



# #pretzelcrisps since:2018-04-01 until:2018-10-24

Top    Latest    People    Photos    Videos    News    Broadcasts

**Search filters** · Show

**New to Twitter?**
Sign up now to get your own personalized timeline!

[ Sign up ]

**Worldwide trends**

#OT18Gala5
380K Tweets

Marta
97.6K Tweets

Damion
48.5K Tweets

#OTChat🎤
13.6K Tweets

Miki
63.9K Tweets

Marilia
28.4K Tweets

Dave
109K Tweets

Sabela
38.2K Tweets

#قلبك_من_يسكنه#
19.4K Tweets

#SeuVotoMePõeEmRisco
82.7K Tweets



**Pretzel Crisps®** @PretzelCrisps · Oct 23
The #playoffs are here, so who will be crowned the champ?! #PretzelCrisps snacks, of course!

💬    ♺    ♡  3

**Pretzel Crisps®** @PretzelCrisps · Oct 22
Apple. Cheesecake. Trifles. This #dessert is checking ALL of the boxes. #FallFlavors #PretzelCrisps ow.ly/R1aJ30mcm0d

© 2018 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info

💬  ♻ 1  ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Oct 21  ⌄
Jalapeño poppin' x2 this #FootballSunday! What are you snackin' on for game day? #PretzelCrisps



💬  ♻  ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Oct 20  ⌄
Savory snacking MOOD: feta cheese + Sea Salt & Cracked Pepper #PretzelCrisps

💬  ♻ 2  ♡ 4

**Pretzel Crisps®** @PretzelCrisps · Oct 19  ⌄
What flavor are you snacking on this season!? #Fall #PretzelCrisps instagram.com /p/8pHkvdaj7GT/...



♡ 1    ♺ 1    ♡ 3

**Pretzel Crisps®** @PretzelCrisps · Oct 19
Step 1: Mix the ingredients
Step 2: Delight your guests with this spooky spider #dip! #pretzelcrisps
ow.ly/GnD830mdS6

♡    ♺ 2    ♡ 1

**JimGar** @crimson_moon69 · Oct 19
This 'Pretzel Crisps' are really good, especially with some hummus. #snackfactory
#pretzelcrisps #snack #food #yum #delicious #pretzel instagram.com
/p/BpH2SuOhF_1/...

♡    ♺    ♡

**Pretzel Crisps®** @PretzelCrisps · Oct 17
Fall flavors that we can all get behind! Like butternut squash and sweet potato!
#PretzelCrisps



♡ 8  ↺ 2

**Pretzel Crisps®** @PretzelCrisps · Oct 16
We know #Halloween is right around the corner but with #PretzelCrisps snacks like these, there's no need to be scared!

♡ 54  ↺ 4

**Pretzel Crisps®** @PretzelCrisps · Oct 15
The flavor you never knew you needed in your life. #PretzelCrisps instagram.com/p/Bc9LpDWDxLr/...

♡ 3  ↺ 1

**Pretzel Crisps®** @PretzelCrisps · Oct 15
Keep it simple, Sugar. That's Cinnamon Sugar to you. #PretzelCrisps

*Rethink your pretzel!®*

♡ 5  ↺



**Pretzel Crisps®** @PretzelCrisps · Oct 14

Versatility means having pumpkin for an appetizer OR a dessert! Like pumpkin soup OR pumpkin pudding! **#PretzelCrisps**

💬   ⟲   ♡ 5

**Laury Deanne** @laurydeanne · Oct 13

Replying to @PretzelCrisps

I just purchased the **#PretzelCrisps** @PretzelCrisps #DarkChocolate and #mint flavored ones from #Costco @Costco and these taste unbelievably delicious!!! 🔥 😃👍🤤🍫💚😌

💬 1   ⟲   ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Oct 13

Celebrate the season with this pumpkin pie bite! Top Cinnamon Sugar **#PretzelCrisps** with pumpkin butter #yum

**RETHINK YOUR COMBINATIONS**





♡ 5

**Pretzel Crisps®** @PretzelCrisps · Oct 7
Flag on the play! Missing dipping vehicle for game day snacks! **#PretzelCrisps**

💬   ↻ 2   ♡ 8

**Pretzel Crisps®** @PretzelCrisps · Oct 5
Weekend adventure? Yeah, we're about it. **#PretzelCrisps** #GlutenFree

*Rethink your pretzel!*

💬   ↻ 2   ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Oct 3
Cozy up to fall favorites this season. **#PretzelCrisps** #Fall



**Heather** @HeatherMurphy89 · Oct 2

Delicious snack at work in the afternoon!! **#pretzelcrisps** blackboxnz #blackboxnz #betterlifestyleblackboxnz #betterlifestyleblackbox #itrybeforeyoubuy #productreview #review #online... instagram.com/p/Boc9ItaAFvr/...

♡ 1    ⟲ 1    ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Oct 2

Fallin' in love with seasonal snacks. See what we did there?! **#PretzelCrisps** **#FallFlavors**

♡ 1    ⟲ 3    ♡ 12

**Pretzel Crisps®** @PretzelCrisps · Sep 30

Fun fall foodie crafts coming your way courtesy of **#PretzelCrisps**!

♡    ⟲ 3    ♡ 8

**Pretzel Crisps®** @PretzelCrisps · Sep 28

Welcome to fall, apple-themed treats are what's on the menu! **#PretzelCrisps** ow.ly/i9xV30lRdNd

*Rethink your pretzel!®*



○ ⟲ 3 ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Sep 27
Sometimes, simple is best. Like peanut butter and #PretzelCrisps! #snacktime #RethinkYourPretzel

**RETHINK YOUR COMBINATIONS**

○ ⟲ 2 ♡ 3

**Pretzel Crisps®** @PretzelCrisps · Sep 26
Dessert is served. #PretzelCrisps instagram.com/p/BoMbCKzjRoB/...

○ ⟲ 1 ♡ 2

**Susan Taylor** @semtaylor1 · Sep 26
Replying to @PretzelCrisps
Sounds yummy. Will be looking for them #PretzelCrisps

○ ⟲ ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Sep 26
Have you found our newest flavor yet?! Keep an eye out for this sweet new addition to the #PretzelCrisps fam!

💬 2   ↻ 2   ♡ 5

**Teresa Schmitt** @teresaschmitt · Sep 25
I unknowingly purchased three different types of pretzels when food shopping
yesterday...oops. I love pretzels. **#pretzelcrisps** #buttersnaps #pretzelfishies

💬   ↻   ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Sep 25
We're all about that grab 'n go snack life **#PretzelCrisps** ow.ly/Cu5g30lRdEO



💬   ↻ 1   ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Sep 24
Find us where the snacks are! **#pretzelcrisps** instagram.com/p/BoHK_AVDh0u/...

💬   ↻   ♡ 2

**Ben Rhodes** ✔ @benrhodes · Sep 23
Replying to @PretzelCrisps
The wait is over @benrhodes + **#PretzelCrisps** = #WinningDuo

💬 2   ↻ 1   ♡ 17

**BK Specialty Foods** @BKFoodsPhilly · Sep 23
Two new flavors from Pretzel Crisps: Sourdough and Cinnamon Sugar!
**#pretzelcrisps** #snackfactory #sourdough #cinnamonsugar



**Pretzel Crisps®** @PretzelCrisps · Sep 23
Name a better duo, we'll wait. #CinnamonSugar #PretzelCrisps

💬 1    🔁 1    ♡ 7

**Morgan Addington-Hodge** @morgana98 · Sep 21
The mid-morning snack of champions. #darkchocolate #chocolatepretzels
#pretzelcrisps instagram.com/p/Bn_fq13gIthG...



**Pretzel Crisps®** @PretzelCrisps · Sep 21

New **#PretzelCrisps** flavor, new dessert ideas.

💬    ⟲ 2    ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Sep 20

Lunchtime? More like crunch time. **#PretzelCrisps** are here to take your lunch from boring to anything but.

💬    ⟲ 1    ♡ 4

**Pretzel Crisps®** @PretzelCrisps · Sep 13

What's for lunch? Here's some #sandwiches for inspiration! **#PretzelCrisps**

💬    ⟲    ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Sep 10

Same great crispy Pretzel Crisps® crunch. Sweet, cinnamon sugar coating. #PretzelCrisps instagram.com/p/BnjGmBLIF_f/...

💬  🔁  ♡ 3

**Pretzel Crisps®** @PretzelCrisps · Sep 10

Are you ready for some football?! Well, you should be because it's back and with it are these chocolatey snacks. #PretzelCrisps ow.ly/J2kp30IzKIp



💬  🔁 3  ♡ 10

**Queen Thrifty** @QueenThrifty · Sep 4

@PretzelCrisps thanks for connecting! OMG I love #PretzelCrisps

💬  🔁  ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Sep 2

Arts & crafts aren't just for the classroom! #DIY #PretzelCrisps #FoodCraft ow.ly /PjtQ30IzJoP



**Reva Kinnally** @rkinnally · Sep 1

Amazing new back to school snacks! #sunflowerseeds #cheesecrisps #bunkerhillcheese #glutenfree #mangoslices #gingerslices #driedpineapple #bananachips **#pretzelcrisps** #notjustjerky... instagram.com/p/BnMWS0kjcUw/...

♡ 6

**Pretzel Crisps®** @PretzelCrisps · Aug 29

Can you tell what's on our minds this week?! It's #BacktoSchool time! Snack accordingly. **#PretzelCrisps** ow.ly/g9S930lr4yH

♡ 2



**Pretzel Crisps®** @PretzelCrisps · Aug 28
Perfect for teacher, perfect for student. **#PretzelCrisps** #BacktoSchool ow.ly
//JJcO30lr4Ci

*Rethink your pretzel!®*

💬    🔁 1    ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Aug 27
Rethink your lunch box with a side of **#PretzelCrisps!**

💬    🔁    ♡ 2

**HealthyFoodiesLondon** @4healthyfoodies · Aug 26
RT @PretzelCrisps: Fun fact: using #GlutenFree **#PretzelCrisps** means your
dessert will be both delicious and safe for those with gluten allergies!

*Rethink your pretzel!®*



**Pretzel Crisps®** @PretzelCrisps · Aug 26
Fun fact: using #GlutenFree #PretzelCrisps means your dessert will be both delicious and safe for those with gluten allergies!

♡ 3

**Pretzel Crisps®** @PretzelCrisps · Aug 25
We're ready for all your weekend adventures #PretzelCrisps #Snacking

♡ 2

**Ellearee** @ellearee · Aug 23
Replying to @past_is_future @JacquelynGill and 2 others
All size bags of #pretzelcrisps should say "serves one." #loveflatpretzels

♡ 1 ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Aug 22
Doo da dippity! This cheesy bliss makes for the perfect hump day treat.
#PretzelCrisps ow.ly/Xhno30Ir46y



Rethink your pretzel!

♡ 1    3

**Pretzel Crisps®** @PretzelCrisps · Aug 21
Do you like your back-to-school inspired snacks to be sweet or savory?!
#PretzelCrisps

💬 1    🔁 1    ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Aug 20
Breakfast? Dessert? Why not both.... #PretzelCrisps #Chocolate #Oatmeal ow.ly
/CwMo30lr3Wd

💬      🔁 1    ♡ 4

**Pretzel Crisps®** @PretzelCrisps · Aug 19
Sunday scaries?! Not when you're snacking like us. #PretzelCrisps #Desserts



♡ 2    ♡ 1    ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Aug 18                    ⌄
Who needs a bagel with their cream cheese when you have **#PretzelCrisps**?!

**RETHINK YOUR COMBINATIONS**

♡ 1    ♡ 2    ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Aug 17                    ⌄
Chocolate? Yup. Marshmallow? Check. **#PretzelCrisps**?! You betcha.

♡ 1    ♡ 3    ♡ 6

**QWON LAWSON** 🎖 @QWON_CHI · Aug 15                    ⌄
I needa find who tf made **#pretzelcrisps** and thank them for making  this world a
better place

♡    ♡    ♡ 4

**Pretzel Crisps®** @PretzelCrisps · Aug 15                    ⌄
Whatever adventure you're going on this **#summer**, bring **#PretzelCrisps** along!
instagram.com/p/BmgJIojIqoI/...

♡    ♡    ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Aug 14                    ⌄
What came first, the potato or the egg? Just kidding, both make the perfect
pretzel topper! **#PretzelCrisps**



**Pretzel Crisps®** @PretzelCrisps · Aug 13
#Snacktime is on. #PretzelCrisps

Rethink your pretzel!®

**Pretzel Crisps®** @PretzelCrisps · Aug 10
We only create the berry best snacks! #Recipes #PretzelCrisps ow.ly/9JOt30lbIHh

Rethink your pretzel!®

**Pretzel Crisps®** @PretzelCrisps · Aug 9
Any breakfast that includes avocado AND #PretzelCrisps, is a good breakfast in our book.



Pretzel Crisps® @PretzelCrisps · Aug 7

#FunFact: #PretzelCrisps make the perfect salad topper.

RETHINK YOUR COMBINATIONS