# EXHIBIT 2

## Part 2



**Pretzel Crisps®** @PretzelCrisps · Aug 4

We're just over here whipping up new ways to rethink your #burger this summer
#PretzelCrisps #Salmon

♡ 4

**@TifsHealthTips** @tifshealthtips · Aug 3

@pretzelcrisps are amazing.
I've been seeing the gluten filled variety for months. Finally. love for the celiac.
.
#lovefortheceliac #pretzelcrisps #snackfactory #rethinkyourpretzel...
instagram.com/p/BmCXnoInksL/...

♡ 1

**Pretzel Crisps®** @PretzelCrisps · Aug 3

Soaking up the #summer with snacks by our side! #PretzelCrisps instagram.com
/p/BmBQBEGlRbp/...

↻ 1    ♡ 3

**Fitt and Fabulous** @FittnFab · Aug 2

Lunch! #litenlean #moderation #tuna #hummusdip #cucumber #grapetomatoes
#swisscheese #greenolives #pretzelcrisps ##raqfitt #fuel #appitizer #style
instagram.com/p/Bl_R0bpnBQJ/...

♡

**The Black Hair Diary** @TheBHDblog · Jul 30
🥨
-
#pretzels #pretz #pretzel #pretzelbites #pretzelday #pretzelcrisps #pretzellover
#pretzl #pretzeltime #pretzelpieces #pretzle #pretzellife #flavouredpretzels...
instagram.com/p/Bl3pbTrHGoD/...

♡





**Elizabeth Sande** @Lizzzola · Jul 27

Pre-dinner snacks are important after a LONG week! My #appetizers aren't pretty tonight but dinner will be😋 #doritos #crispex **#pretzelcrisps** #dip #adulting #tgif

💬    🔁    ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Jul 27

Have snacks, will travel #PretzelTrips **#PretzelCrisps** instagram.com /p/BlvawVdFWc5/...

💬    🔁 1    ♡

**Pretzel Crisps®** @PretzelCrisps · Jul 27

Gone fishin' **#PretzelCrisps**



**Pretzel Crisps®** @PretzelCrisps · Jul 25
We'll be enjoying some snack time right here today, thanks #PretzelTrips
#PretzelCrisps instagram.com/p/BlqGXZ7FulH/...

💬    ⇄    ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Jul 24
Campers, assemble your nutty snacks! #PretzelCrisps

💬    ⇄ 1    ♡ 103

**Fitt and Fabulous** @FittnFab · Jul 21
Lunch isn't complete without #pretzelcrisps #thin #crispy #salty #olivehummus
#hummusdip #nicelightsnack #raqfittandfabulous #raqfitt #eatsmart #eatclean
instagram.com/p/BlgF1NenCAa/...

💬    ⇄    ♡

**Pretzel Crisps®** @PretzelCrisps · Jul 20
#Rethink your traditional burger with this salmon & #PretzelCrisps patty! ow.ly
/e8r830kZVWd

💬    ⇄ 5    ♡ 5



**Pretzel Crisps®** @PretzelCrisps · Jul 20

Always seeking that next-level snack. Well hello, Buffalo **#PretzelCrisps** Sliders
instagram.com/p/BldZIdLHKDz/...

💬    🔁    ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Jul 19

Snack #Tip: Take advantage of the natural sweets of summer like raspberries! The
perfect topper. **#PretzelCrisps**

💬    🔁 3    ♡ 9

**Pretzel Crisps®** @PretzelCrisps · Jul 18

There's nothing quite like a #summertime salad. Except, of course, for one topped
with **#PretzelCrisps**

💬    🔁 7    ♡ 33

**Fitt and Fabulous** @FittnFab · Jul 17

They're BACK! the best way to make salad AMAZING! **#pretzelcrisps**
#spicyhummus #arugulasalad #eatlean #eatsmart #crunchy #crispy #delicious
instagram.com/p/BlWYjj-Hsgj/...

💬    🔁    ♡

**Pretzel Crisps®** @PretzelCrisps · Jul 16

It's #summertime, keep your snacks fresh and light #fruit **#PretzelCrisps**



Pretzel Crisps® @PretzelCrisps · Jul 11
On Wednesdays we eat pink! #PretzelCrisps

Pretzel Crisps® @PretzelCrisps · Jul 10
Bored with breakfast? Allow us to rethink that for you. #PretzelCrisps

Pretzel Crisps® @PretzelCrisps · Jul 9
Gooey goals for #summer snacking! #PretzelCrisps



 **Mystery Mania** @MysteryMania987 · Jul 8
Got my FREE @PretzelCrisps from @Lucky they sent for #LuckyYou Rewards
Members! Trying these out for the first time as well, let's hope these are yummy.
Regular price is $3.99. **#PretzelCrisps** #GarlicParmesan #Lucky #Store714 – at
Lucky



     ♡ 3

**Pretzel Crisps®** @PretzelCrisps · Jul 8
Summer nights done right. Dinner and #dessert brought to you by
**#PretzelCrisps**





1  ⟲ 4  ♡ 69

**Pretzel Crisps®** @PretzelCrisps · Jul 7
Fruit and **#PretzelCrisps** are the perfect duo to sweeten up any snack

⟲ 1  ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Jul 6
Build your own. BBQ meat. Sauce. Toppings. Done! **#PretzelCrisps** ow.ly /hqof30kPOw9

⟲  ♡ 4

**Pretzel Crisps®** @PretzelCrisps · Jul 2
Eyes on the prize. The snack prize, that is! **#PretzelCrisps** instagram.com /p/Bkux6LUIwba/...

⟲  ♡

**Pretzel Crisps®** @PretzelCrisps · Jul 2
**#Rethink** your snack to keep up with your busy summer schedule! **#GrabNGo** **#PretzelCrisps**



**Pretzel Crisps®** @PretzelCrisps · Jun 29

Rethink your #PretzelCrisps toppers this summer!

💬  🔁  ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Jun 28

Fruit + Mint + #PretzelCrisps = snacking magic

💬 1  🔁 2  ♡ 3

**crystal leon** @crystal_leon · Jun 28

Replying to @PretzelCrisps

Even my beautiful fur baby loves 💜🖤💜the #GarlicParmesan 💚🖤🖤💚💚 #PretzelCrisps ! We were sitting on the front porch eating them together 😉



**Michael Popoff** @MichaelPopoff1 · Jun 27

@PretzelCrisps Why isn't your packaging ♻️. Tired of buying products that aren't. No to landfills. Goodbye #snack factory **#pretzelcrisps**

**Pretzel Crisps®** @PretzelCrisps · Jun 27

Simple snacks for the win! Nothing like our Original flavor. **#PretzelCrisps** **#RethinkYourPretzel**

*Rethink your pretzel!*®

💬 🔁 1 ❤️ 2

**Pretzel Crisps®** @PretzelCrisps · Jun 26

Taco game is strong this Tuesday! #TacoTuesday unicorn rainbow **#PretzelCrisps** s'mores tacos: ow.ly/AoLZ30ksYDe



Pretzel Crisps® @PretzelCrisps · Jun 23

Allow #PretzelCrisps to take you from strawberries to pie  #RethinkYourPretzel
ow.ly/lIok30ksXPX

💬        ⟲ 1        ♡ 9

Pretzel Crisps® @PretzelCrisps · Jun 22

Meet your new go-to #summersnack combo: Fresh caprese salad scooped up with
Sea Salt & Cracked Pepper #PretzelCrisps

**RETHINK YOUR PRETZEL COMBINATION**

💬 1        ⟲ 3        ♡ 9

Pretzel Crisps® @PretzelCrisps · Jun 19

For those who love #carbs, we got chu: ow.ly/ZYfX30ksXwy #PretzelCrisps



**Pretzel Crisps®** @PretzelCrisps · Jun 18 ⌄
These are some picnic table ants you won't want to brush off! **#PretzelCrisps**
ow.ly/mUSm30ksXbX

💬 1      ⇄ 3      ♡ 11

**Pretzel Crisps®** @PretzelCrisps · Jun 15 ⌄
ILY, PB. **#PretzelCrisps** #PeanutButter

💬 1      ⇄ 2      ♡ 10

**Nadia Miles** @nadiamiles128 · Jun 12 ⌄
canes sauce and original pretzel crisps are flame together #caneschicken #canes
**#pretzelcrisps** #snackfactory

💬      ⇄      ♡

**Laurence Nozik** @lnozik · Jun 12 ⌄
I require an endless supply of these. Please and thank you. **#PretzelCrisps**
#BuffaloWing



 **Pretzel Crisps®** @PretzelCrisps · Jun 12 ⌄

Snack #Tip: Nothing says "summer" quite like hotdogs #PretzelCrisps



🗨 1  ⇄ 2  ♡ 1

 **Pretzel Crisps®** @PretzelCrisps · Jun 6 ⌄

Grab-n-go snacking is so much easier when you have some #PretzelCrisps on hand!





○ ↻ ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Jun 2                                                    ⌄

Sure #playoff basketball is exciting, but have you ever had #PretzelCrisps?!

○ ↻ 1 ♡ 6

**Pretzel Crisps®** @PretzelCrisps · May 28                                                   ⌄

#PretzelCrisps has you covered for your #MemorialDay barbecue treats. See exhibit A! ow.ly/MvYu30k0D76

○ ↻ 1 ♡ 3

**Take Two Tapas** @taketwotapas · May 21                                                     ⌄

How do you #Cherry? Hopefully with some salty pretzels! #PretzelCrisps @PretzelCrisps bit.ly/2wM0zGe



**Pretzel Crisps®** @PretzelCrisps · May 21

Spring is heating up, but **#PretzelCrisps** know how to keep it cool.

🗨   ↻ 5   ♡ 11

**Pretzel Crisps®** @PretzelCrisps · May 18

Congrats, Grad! For all your hard work, you deserve a sweet and salty treat. **#PretzelCrisps** #Graduation ow.ly/xdsd30k0C96



♡ 3    ♥ 11

**Pretzel Crisps®** @PretzelCrisps · May 16

Looks like it's #snacktime again. And we couldn't be happier! Try this spicy mix today. #PretzelCrisps ow.ly/LLvY30jHqSs

♡ 1    ♥ 5

**Pretzel Crisps®** @PretzelCrisps · May 12

Chocolate isn't just a dessert treat, it's a way of life #Fact #PretzelCrisps ow.ly/XkYu30jHgxh

♡ 2    ♡ 1    ♥ 15

**Pretzel Crisps®** @PretzelCrisps · May 11

Weekend vibes. We keep it simple. #PretzelCrisps #RethinkYourPretzel



*Rethink your pretzel!*

💬  ↻ 2  ♡ 8

**Pretzel Crisps®** @PretzelCrisps · May 10

From our kitchen to yours! Nothing beats a classic #ApplePie now that it's getting warmer out! **#PretzelCrisps**

💬 10  ↻ 10  ♡ 162

**Pretzel Crisps®** @PretzelCrisps · May 8

You ain't ready for this jelly! Or maybe you are :)  **#PretzelCrisps**

**+**

**SNACK GENIUS COMBINATIONS**

💬 1  ↻  ♡ 5

**Pretzel Crisps®** @PretzelCrisps · May 6

Sundae. Funday. **#PretzelCrisps** **#RethinkYourPretzel**



○   ⊔ 1   ♡ 10

Pretzel Crisps® @PretzelCrisps · May 5
Rethink your #CincodeMayo snacking with #PretzelCrisps! ow.ly/XmcF30jHfWH

*Rethink your pretzel!*

○   ⊔ 2   ♡ 5

Pretzel Crisps® @PretzelCrisps · May 2
Things we've accomplished today - (1) made this delicious snack (2) ate it! #Goals
#PretzelCrisps ow.ly/p4oC30jHfLv

*Rethink your pretzel!*

○   ⊔ 3   ♡ 5

Pretzel Crisps® @PretzelCrisps · May 1
#DidYouKnow May is national strawberry month? Now you do! #PretzelCrisps



Case 3:17-cv-00652-KDB-DSC   Document 44-10   Filed 10/29/18   Page 20 of 26



○   ⇄   ♡

**Pretzel Crisps®** @PretzelCrisps · Apr 27                    ⌄
Bacon and bleu cheese bites are giving us some serious inspo for the
#InTheDeliChallenge! What are you making? **#PretzelCrisps**

○   ⇄ 4   ♡ 7

**Tree of Life Canada** @TreeLifeCan · Apr 26                    ⌄
It's #internationalpretzelday! How are you celebrating? #snacktime #pretzels
#pretzelcrisps #snacks #yum #healthysnacks #eatwell #livewell
#hummuswitheverything ift.tt/2I0AFSh

○ 1   ⇄   ♡ 2



**Take Two Tapas** @taketwotapas · Apr 24

No time to bake a #Cheesecake?  My Cherry Pretzel Salad Dip is perfect for you!
#PretzelCrisps @PretzelCrisps bit.ly/2wM0zGe

We cannot play the video in this browser. Please try a different web browser.

💬    🔁 39    ♡ 13

**Take Two Tapas** @taketwotapas · Apr 23

How do you #Cherry?  Hopefully with some salty pretzels! #PretzelCrisps
@PretzelCrisps bit.ly/2wM0zGe

💬    🔁 1    ♡ 1



**Sara Sherman** @SingleMomsAsk · Apr 20
@PretzelCrisps totally love #PretzelCrisps!

🗨 1      ⟲      ♡ 1

**Pretzel Crisps®** @PretzelCrisps · Apr 20
Like for Italian, retweet for Cuban. Comment if you're just really into snacks.
#PretzelCrisps #InTheDeliChallenge

🗨 4      ⟲ 3      ♡ 158

**Pretzel Crisps®** @PretzelCrisps · Apr 18
Name a better trio, we'll wait. #InTheDeliChallenge #PretzelCrisps

🗨 1      ⟲ 1      ♡ 6

**Pretzel Crisps®** @PretzelCrisps · Apr 17
Everyone knows, there's no wrong way to combine sausage and cheese!
#PretzelCrisps #InTheDeliChallenge



💬 1    🔁 1    ♡ 5

**Pretzel Crisps®** @PretzelCrisps · Apr 16
New week, new snacks! #PretzelCrisps instagram.com/p/Bho5uqwndzt/...

💬 1    🔁    ♡ 8

**Pretzel Crisps®** @PretzelCrisps · Apr 15
Next time you're in the deli section, load up on the ingredients for these tasty bites! #PretzelCrisps #InTheDeliChallenge

💬 1    🔁 3    ♡ 14

**Pretzel Crisps®** @PretzelCrisps · Apr 13
RT if you're stocked up on #PretzelCrisps for the weekend! instagram.com /p/Bhg5Jw8HzEu/...

💬    🔁 1    ♡ 2

**Pretzel Crisps®** @PretzelCrisps · Apr 13
Hummus and peppers and feta, oh my! You know it's time to #Rethink your deli snacks with #PretzelCrisps #InTheDeliChallenge

💬    🔁 2    ♡ 7

**Pretzel Crisps®** @PretzelCrisps · Apr 11
Do you dip or top? There's no wrong way to #hummus! #InTheDeliChallenge





**Pretzel Crisps®** @PretzelCrisps · Apr 6

During the #InTheDeliChallenge, no app is off limits. Let's get delicious. #PretzelCrisps

💬　　⟲ 2　　♡ 7

**LuckyCatBeauty** @LuckyCatBeauty · Apr 5

I need to admit I'm addicted to #snackfactory #pretzelcrisps Now in #glutenfree #cantstopwontstop #12stepsofpretzelsaddicts #getlucky #ifeelbetter #thankyou #munchies #cheese&crackers #toddlerdiet #justsayin @PretzelCrisps

💬　　⟲　　♡ 1

**Pretzel Crisps®** @PretzelCrisps · Apr 3

#Rethink boring meatballs with #PretzelCrisps! #InTheDeliChallenge

💬　　⟲ 4　　♡ 10

Back to top ↑