UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 3:17-CV-00652 |
| v. | ) ) | |
| FRITO-LAY NORTH AMERICA, INC., | ) ) ) | |
| Defendant. | ) | |

**INDEX OF EXHIBITS TO DECLARATION OF RACHEL SASSER**

Exhibit 1   Print and Digital Ads
Exhibit 2   Pretzel Crisps Social Media Sites
Exhibit 3   Stacys Social Media Sites
Exhibit 4   Industry Trade Publications
Exhibit 5   Wish Farms
Exhibit 6   Columbia County
Exhibit 7   Betty Jane