# EXHIBIT 1





   





**WAS MAKING A PRETZEL FROM THE BEST PART OF THE PRETZEL CRAZY OR GENIUS?**



**BOTH. CRAZY GENIUS.**



*Rethink your pretzel!*®   SNACK FACTORY. Pretzel Crisps



**FIND PRETZEL CRISPS® IN THE DELI**

Pretzel Crisps® is a registered trademark.

