# EXHIBIT 2

498,056 likes
Related Pages
The Laughing Cow USA
Product/Service
Smarties®
Candy Store
Cinnamon Toast Crunch
Food & Beverage Company
Hershey's Chocolate World (Her...
Chocolate Shop
Ocean Spray
Product/Service
See More
Pages Liked by This Page
Taste and Tell
D'fine Your Health Nutrition & Sc...
Elvis Duran Show
Places ▸ Hanover, Pennsylvania ▸ Pretzel Crisps
Pretzel Crisps
@PretzelCrisps
Home
About
Photos
Events
Pinterest
Videos
Notes
Instagram
Twitter
Posts
Community
Info and Ads
Create a Page
See All
Videos
Flavor Superlative: Biggest Overachiever
OVERACHIEVER
SNACK FACTORY
Pretzel Crisps
EVERYTHING
27
1
Garlic Parmesan Pretzel Cri...
26
1
Flavor Superlatives: Best Dr...
12
3
See All
Posts
Pretzel Crisps
Yesterday at 8:00 AM ·
Olive to see the day pizza bites aren't total party pleasers.











