# EXHIBIT 3

**facebook**

Email or Phone    Password

Forgot account?    Log In



**Stacy's Pita Chips** ✔
@stacys

- Home
- About
- Photos
- Posts
- Notes
- Videos
- Community
- Info and Ads

Create a Page

👍 Like    ➤ Share    ✎ Suggest Edits    ⋯    ⊙ Send Message

**Photos**

🔍 Search for posts on this Page

**Stacy's Pita Chips**
Food & Beverage Company

**Community**    See All

👍 372,030 people like this

🔊 351,529 people follow this

**About**    See All

📞 (866) 478-2297

⊕ Contact Stacy's Pita Chips on Messenger

🌐 www.stacyssnacks.com

🗂 Food & Beverage Company

**People**    ›



## Stacy's Pita Chips

@stacys

- Home
- About
- Photos
- Posts
- Notes
- Videos
- Community
- Info and Ads

**Create a Page**

### Posts

**Stacy's Pita Chips**
October 10 at 9:20 AM · 🌐

Introducing NEW Cheese Petites™; the perfect pairing for Wine Wednesday or any day. Get yours at stacyssnacks.com. #Stacys #CheesePetites

See All

### People

372,030 likes

### Pages Liked by This Page

Sabra

Bon Appétit Magazine ✔

### Related Pages

Nestlé Toll House ✔
Food & Beverage Company

Bon Appétit Magazine ✔
Magazine

Tip Hero ✔
Media/News Company

See More ▾

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018

Food & Beverage Company



**Robert Bowers**
87.1K Tweets

**Ferreira**
19.8K Tweets

**Jews**
339K Tweets

© 2018 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info



**NIGHT IN**

0:37   69 views

💬 1   🔁 1   ♡ 4

**Stacy's Pita Chips** ✓ @StacysPitaChips · Sep 20
Try NEW Stacy's Cheese Petites™! A deliciously cheesy snack baked with real
Parmesan. Get yours at stacyssnacks.com. #Stacys #CheesePetites

0:12   20 views

💬   🔁   ♡ 1

**Stacy's Pita Chips** ✓ @StacysPitaChips · Sep 13
Never be hangry at work again. Set your day up for success with a few simple
tips—and snacks, too! #Stacys #CheesePetites

0:56   56 views

💬   🔁   ♡ 1

**Stacy's Pita Chips** ✓ @StacysPitaChips · Sep 6
Try NEW Stacy's Cheese Petites™! A deliciously cheesy snack baked with real
Romano. Get yours at stacyssnacks.com. #Stacys #CheesePetites

 Instagram

Search

Log In   Sign Up



**stacys** ✔  Follow

68 posts   2,808 followers   2 following

**Stacy's**
A delicious snack for both sides of life. Fancy. But not too fancy.™
stacyssnacks.com/cheesepetites

⊞ POSTS      ⧉ TAGGED













  

  

  

