# EXHIBIT 4

## Part 1



# Snyder's-Lance adds organic pretzel crisps to upscale better-for-you snack category



By Douglas Yu+ ✏️
17-Feb-2017
Last updated on 20-Feb-2017 at 10:29 GMT



At 110 calories per serving, Snyder's-Lance organic original Pretzel Crisps contain zero transfat and no saturated fat, cholesterol, preservatives, artificial flavorings or colors. Pic: Snack Factory

**Snyder's-Lance has introduced organic Pretzel Crisps under its Snack Factory brand to further sales in the better-for-you category.**

The new product announcement came shortly before Snyder's-Lance released its Q4 and full-year 2016 results. **The company's total quarter and annual net revenues increased 61% and 40% respectively.**

*"Our focus on better-for-you snacking continued to be a driver of growth and now represents 33% of sales as we close out 2016,"* said Snyder's-Lance's president and CEO Carl Lee.

*"During 2017, we will continue to change the way the world snacks with better ingredients, quality and taste, as we introduce new products and enter new categories, in order to reach more consumers and broaden our customer penetration."*

A recent Mintel report showed the sales of better-for-you snacks have been increasing for the past three years, and 55% of consumers surveyed chose pretzels as their favorite salty snacks.

**Healthy profiles**

Vice president of marketing and innovation at Snyder's-Lance's Clearview Foods division, Eric Van de Wal, told BakeryandSnacks the Snack Factory is an important brand for the company and will continue to be a vital contributor to growing the healthy snacks portfolio.

At 110 calories per serving, organic original Pretzel Crisps contain zero transfat and no saturated

"The new variety can be found in the deli section along with other varieties of Pretzel Crisps at grocery stores nationwide starting this month," Van de Wal said.

"This is a limited edition item, so we are shipping the product to stores in Q1 and Q3."

"Organic original Pretzel Crisps are non-GMO and contain only clean label ingredients, which we have found to be important to consumers," he added. "Over the past few years, consumers have gravitated toward more natural and clean foods with no artificial ingredients."

## Extending flavor and product options

Van de Wal is concerned that the salty snacks industry as a whole is often challenged by finding cost-effective ingredients.

"As a large company, we can address this by sourcing expensive ingredients like organic flour in bulk, helping us to attain more consumer-friendly pricing," he explained.

This year, Snyder's-Lance plans to extend flavor profiles and update its existing Snack Factory products to contain clean ingredients.

"Snack Factory Pretzel Crisps are the first and original flat-baked pretzel cracker and continue to hold a strong market share in the pretzel category," he said.

Van de Wal added Snyder's-Lance will also gain incremental retail space outside the deli section by creating new products.

"We have started doing this by introducing Fruit Sticks in the produce section and will soon be reaching the bakery section with a new Dessert Thins snack line."



## NPD Jan-Feb 2017: Spinach tortilla, coffee popcorn and Limoncello biscotti



By Gill Hyslop+ ✉
28-Feb-2017



With Millennials swopping snacks for sit-down meals more often, the avenue for nutritious snacks is wide open to new product developers. Pic: ©iStock/Choreograph

**BakeryandSnacks tracks new product launches for the first two months of this year.**

While low calorie, zero fat, gluten-free, organic, natural and guilt-free are the latest buzzwords, serial snackers are also keen on a bit of indulgence.

### Ola! France



After the success of organic crackers and gluten, French snack maker Mister Free'd has added a line of maize tortilla chips to its line-up of organic and gluten-free crackers. Based on simple and natural ingredients, the corn chips are available in three flavors, including kale and spinach; blue corn; and chia and sesame seeds.

### Zero fat pretzel punch

US bakery producer Snack Factory Pretzel Crisps has released its newest



variety, Organic Original Pretzel Crisps, which are also non-GMO and available for a limited time in the US. At 110 calories per serving, the crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The chips can be found in the deli section at grocery stores nationwide.

## Just in time for spring



Nonni's White Chocolate Cherry and Limoncello Pistachio Biscotti have hit the shelves. The North American artisan baker has introduced the spring biscotti flavors to grocery stores nationwide from March for a limited time. Each cookie is made with wholesome ingredients, including real eggs, butter, fruits and nuts. The box contains eight individually wrapped biscotti.

## Nordic snacking

In response to the trends recorded in the Nordic diet survey, Orkla has launched a range of low salt, low sugar, fewer calories, organic snacks and cereals in Sweden and Denmark. These include a between-meal oat biscuit Digestive Havremål; Glutenfri Granola from Paulúns; and a new snacking range, Grandiosa Quesadilla, that comes in two versions, Chicken and Cheese Taco. OLW is offering four different flavours of popcorn under the KiMs brand (for the Danish market), while Bare Bra from TORO is a range of Supergranola and Supermüsli breakfast cereals and Supergrøt porridge.



## In the raw



British raw foods firm Saf Life has introduced a range of vegan and gluten free snacks under the 'Saf Raw' brand. The company's signature Impulse range includes Chewy Protein Bites, Organic Pudding Bites, Organic Raw Choc Trail Mixes and Organic Coconut Chips, packaged in recyclable pillow packs. The new range complement the existing grocery portfolio that includes Kale Crisps, Activated Crackers, Activated Nuts, Cereal Bites and Nutty Nori.

## Crafted for cravings

Funky Chunky has launched three specialty coffee flavors to their non-GMO popcorn stash – Caramel Latte; Vanilla Sweet Crème; and Dark Chocolate Mocha. The café society-inspired products took the Minnesota gourmet popcorn and pretzel snack company a year to develop. Available in the US at speciality retail shops.





# Snack Factory Pretzel Crisps (US)




The Snack Factory is expanding its gluten-free Pretzel Crisps range with Deli Style Gluten Free Original Pretzel Crisps. While previous gluten-free Snack Factory pretzel crisps have been mini size, the new snacks are larger and designed for "*dipping, topping, pairing and sharing*". The manufacturer introduced its first gluten-free products in 2015, and the range now includes Original Minis, Caramel Minis, Dark Chocolate Flavored Crunch Minis And Vanilla Yogurt Flavored Crunch Minis.



| Popchips Ridges (US) | Cadbury Special Occasions biscuits (UK) | Good Thins (US) | Snack Factory Pretzel Crisps (US) | Hovis Sunflower & Pumpkin Seed (UK) | McVitie's Teacakes (UK) | Cole's B Fores Pudding |

‹ 1 ... 5 | 6 | 7 | 8 | 9 ... 14 ›




# Snack Factory





Snyder's-Lance is further expanding its gluten-free offer with the launch of larger, deli-style Gluten Free Original Pretzel Crisps that are described as perfect for "*dipping, topping and pairing*".

Snack Factory is also introducing its first innovations beyond pretzels this year with the introduction of Tortilla Chips in Sea Salt and Garlic Hummus flavors, and Pita Chips in Sea Salt and Garlic Parmesan flavors.

This summer, the Pretzel Crisps line-up is being expanded with the limited-edition Bacon Habanero flavor.

marlo

| | |
|---|---|
| Date: | Wednesday, April 01, 2015 |
| Location: | KANSAS CITY, MO |
| Circulation (DMA): | 12,563 (N/A) |
| Type (Frequency): | Magazine (11Y) |
| Page: | 124 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

## NEW ON THE SHELF

### Roasted salted mix

**Sante Specialty Foods,** Santa Clara, CA, broadens its bulk line with a new Roasted Salted Mix consisting of cashews, almonds, pecans and pistachios. The mix delivers a crisp, delicious crunch with a touch of salt. The nuts are roasted in 100% organic canola oil and flavored by hand in a peanut-free environment. It is available for private label, repackaging or wholesale. *www.santenuts.com*



### Stovetop popcorn

**Pop Secret,** from **Diamond Foods,** Stockton, CA, introduces Kernel Packs, which help take the guesswork out of making fresh stovetop popcorn. Each bag of Kernel Packs contains eight individual pouches of Pop Secret's jumbo kernels, making it easy for kids to enjoy popping popcorn the old-fashioned way. The packs help eliminate stale kernels and measuring. *www.popsecret.com*



### New pretzel crisp flavor

Snack Factory Pretzel Crisps from **Snyder's-Lance,** Charlotte, NC, debuts Sriracha & Lime flavor. The new offering combines the zesty hot sauce with a cool hint of lime in a pretzel-shaped cracker. Each serving contains 110 Cal and 1.5 g fat. *www.pretzelcrisps.com*

### Ready-to-eat popcorn

Jolly Time Pop Corn from **American Pop Corn Co.,** Sioux City, IA, enters the ready-to-eat category with three varieties endorsed by Weight Watchers. Flavors include Sweet and Salty, Sea Salt and White Cheddar. The popcorn is made with non-bioengineered kernels and contains 0 g trans fat and 0 g hydrogenated or partially hydrogenated oils. The products are available for a suggested retail price of $2.99 for a 4-oz bag. *www.jollytime.com*



### Sweet Cheetos

Cheetos, from **Frito Lay,** Plano, TX, sweetens up its line of snacks with Cheetos Sweetos. The product swaps its signature cheese flavor for cinnamon sugar for the 67-year-old puffed snack franchise's sweet offering. Cheetos Sweetos are available for $3.49 per 7-oz bag. *www.fritolay.com*



### Fiber bars

**NuGo Nutrition,** Oakmont, PA, a maker of protein bars, acquired Gnu Foods FiberLove bars and will re-launch the product as NuGo Fiber d'Lish, a soft-baked bar with a blend of soluble and insoluble fiber. Made with a mix of grains and seeds, plus prebiotic inulin, the bars contain 12 g fiber and 130 to 160 Cal. Flavors include Cinnamon Raisin, Orange Cranberry, Chocolate Brownie and more. *www.nugonutrition.com*



### Probiotic tortillas

Digestive Health Tortillas from **Mission Foods,** Irving, TX, offer a way to get probiotics into your diet. Two tortillas per day provide one billion CFU of probiotic cultures, delivering digestive and immune system support during a favorite meal. *www.missionmenus.com*



### Moose Tracks snacks

The popular Moose Tracks ice cream flavor makes its way to the snack aisle in three new trail mix products. Denali Flavors partnered with **Georgia Nut Co.,** Skokie, IL, for ready-to-eat snack mixes in Original, Extreme Chocolate, and Caramel varieties. The products feature waffle cone pieces coated with vanilla, fudge or caramel, along with peanuts and miniature chocolate cups filled with peanut butter, caramel or fudge. *www.moosetracks.com*



Case 3:17-cv-00652-KDB-DSC   Document 45-5   Filed 10/29/18   Page 8 of 35

marlo



# new on the shelf



## Dessert-inspired protein bars

Making its debut, Los Angeles-based nutrition company **Truwomen** launched its first product offerings in protein bar form. Inspired by dessert flavors, the bars come in Daydreaming About Donuts, Oh Oh Cookie Dough, Smother Fudger Peanut Butter and Zamn Good Zesty Lemon. The snacks contain ingredients such as cassava flour, almonds, brown rice, lemon sunflower, cashew, and chocolate and are gluten-, dairy- and soy-free. Each 190- or 200-Cal, 1.76-oz bar has 12 g protein.
www.truwomen.com



## Organic bread

**Bimbo Bakeries USA**, Horsham, PA, introduced an organic bread line available through brands Arnold, Brownberry and Oroweat. Each brand carries all three of the line's varieties: Rustic White contains features thick, fluffy slices; 22 Grains & Seeds is a blend of flaxseed, chia and ancient grains; and 100% Whole Grain combines whole grains for a source of fiber. The 27-oz bread is USDA-certified organic and Non-GMO Project verified, contains no artificial preservatives or trans fat and has a suggested retail price of $5.49.
www.bimbobakeriesusa.com



## Kids protein bar

Known for products with high protein content, **thinkThin**, Los Angeles, developed a nutritious snack bar brand for kids called thinkKIDS. The 1-oz bars include 7 g protein, 3 g fiber and 4 g sugar. Available in five flavors — Chocolate Chip, Peanut Butter Cup, Cookies & Creme, Cinnamon Sugar Cookie and Vanilla Cupcake — the snack is gluten-free and non-GMO and contains no artificial flavors or colors. Each package holds five 100-Cal bars.
www.thinkkidsproducts.com

 

## Crunchy pretzel bites

As a recent portfolio addition to the **Campbell Soup Co.**, Camden, NJ, **Snack Factory**, Charlotte, NC, introduced two varieties for its Pretzel Crisps line. Sourdough seeks to deliver the authentic taste of the bread with a crispy crunch, and Cinnamon Sugar combines sweet and salty. Pretzel Crisps are 100 Cal per 10-cracker serving.
www.pretzelcrisps.com



## Organic gourmet crackers

**Milton's Craft Bakers**, Carlsbad, CA, debuted a line of organic crackers that are USDA-certified organic, Non-GMO Project verified and kosher. The snack is available in Multi-Grain, Himalayan Salt, Rosemary & Garlic, Toasted Onion, and Olive Oil & Sea Salt. Each serving is about three crackers, which amount to about 60 to 70 Cal, and cartons contain approximately 11 servings.
www.miltonscraftbakers.com





HOME
FEATURED BITES
TIDBITES
BITE OF THE REST
CITY EDITIONS
FOODIE FORUM
SHOP
RECIPES
FREEBIES
CONTACT US

**What's new this week?** Click the image to read more

**Featured Bite:**
**Virginia Willis**
Virginia Willis and I befriended during a press trip to France more than a decade ago. It was an unusual trip that included only one other journal...



**Tidbite:**
**The Den, Hyatt Herald Square, NYC**
The Den is almost hidden in the back of the first floor of the newly opened Hyatt Herald Square. I was invited... to sample their simple menu, offerin



**City Edition:**
**Morton's Grille, Gramercy/Flatiron, NYC**
Morton's Grille opened recently in the space previously occupied by Vic & Anthony's.... another steakhouse. I was invited the



**Tidbite:**
**Kate Suletzki's Hasselback Potato Skill...**
Check out the look of the potatoes in the prize winning Hasselback Potato Skillet Bake; they're somewhat reminiscent of our Armadillo R...

**Freebie:**
**Win Hamilton Beach FlexBrew Programmabl...**
Hamilton Beach FlexBrew Programmable Single-Serve Coffeemaker with Removable Water Reservoir brews both... ground coffee or a single-serve p



**City Edition:**
**Gramercy Tavern, Tavern Room, NYC**
The dining room at Gramercy Tavern is where I've gone for special occasions — being welcomed to the... big apple by friends and celebratin



## Bite of the Rest  A list of new products

Bite of the Rest
**belVita Bites Breakfast Biscuits**
The new belVita breakfast biscuits now offer
Bites in two flavors, chocolate and mixed berry.
The mini biscuits contain no high... fructose corn
s

Bite of the Rest
**Snack Factory Sriracha & Lime Pretz...**
Snack Factory Pretzel Crips introduced new
variety Sriracha & Lime. These pretzel-shaped
crackers are perfect for dipping or eating alo...

Bite of the Rest
**Late July Clásico Tortilla Chips**
Late July Clásico Tortilla Chips introduces four
flavors inspired by taco trucks – bacon
habanero, jalapeño lime, nacho chipotle an...





## Freebies

- Bite of the Best: Freebie Partners

Click for more >

## TidBites

- **Josh Cellars Wines** As a Sauvignon Blanc devotee, I opened that bottle that Josh Cellars sent to me first to try. The wine is made from 100% Sauvignon Blanc sourced th...

Click for more >

## City Editions

- **The Den, Hyatt Herald Square, NYC** The Den is almost hidden in the back of the first floor of the newly opened Hyatt Herald Square. I was invited... to sample their simple menu, offerin
- **Union Square Cafe, Union Square, NYC - a Revisit** After my write-up of my visit to Union Square Cafe with poor service, ... managing partner Sam Lipp contacted me to apologize for the employee-

Click for more >

## Recipes

- **Kate Suletzki's Hasselback Potato Skillet Bake** Check out the look of the potatoes in the prize winning Hasselback Potato Skillet Bake; they're somewhat reminiscent of our Armadillo R...

Click for more >

## Bite of the Rest

- **Hamilton Beach FlexBrew Programmable Single-Serve Coffeemaker** Hamilton Beach introduced a FlexBrew Programmable Single-Serve Coffeemaker with Removable Water Reservoir. This flexible ...coffeemaker br
- **Nature Valley Nut Crisp Bars** Nature Valley introduced two Nut Crisp Bars containing mainly roasted peanuts, sunflower seeds and pumpkins seeds or almonds. One flavor has...
- **Walkers Gluten Free Pure Butter Shortbread** Walkers Shortbread just introduced a new Gluten Free Pure Butter version. It's made contain the same butter and sugar content but repla...
- **Chef'n LooseLeaf** Chef'n LooseLeaf easily removes the stem from leafy greens and herbs by pulling a leaf through the ...best-fitting hole. The tool has eight
- **Chobani Oats Ancient Grains** Chobani introduced ancient grains with yogurt in two varieties mixed berries and apricot. The ancient grains in the Greek yogurt includes a...

Click for more >

marlo



- HOME
- FEATURED BITES
- TIDBITES
- BITE OF THE REST
- CITY EDITIONS
- FOODIE FORUM
- SHOP
- RECIPES
- FREEBIES
- CONTACT US

**What's new this week?** Click the image to read more

**Featured Bite:**
### Chris Jaeckle

I didn't know Chris Jaeckle until after I had dined at his Venetian /Asian restaurant All'onda... in my hood. I had stopped back at the



**Tidbite:**
### Kristalbelli, Midtown West, NYC

Before heading uptown to see Larry David's hysterical *Fish in the Dark* ...we stopped in at Kristalbelli, the stylish Midtown restaurant s



**City Edition:**
### Cosme, Gramercy/Flatiron, NYC

Could all the hype about Cosme be hype? I had heard rumblings that the restaurant wasn't living up to all of that, so I had to see on my own. ...



**Freebie:**
### Win a $500 Gift Certificate with Travel...

Win a $500 Gift Certificate for your next vacation with TravelKeys.com, representing a global collection of luxury villas. Travel Keys repre...



**Tidbite:**
### Ranchos Morgan, Ometepe, Nicaragua

Situated on the Lake Nicaragua shoreline of Isla Ometepe, Ranchos Morgan is a hidden gem with fresh local dishes at a serious bargain. Sunset di...



**City Edition:**
### Marseille, Hells Kitchen, NYC Revisited

I've always liked Marseille, especially when on the way to theatre, but brunch there recently wasn't up to its usual standards.... L





### Bite of the Rest A list of new products

**Bite of the Rest:**
### Goodie Girl Cookies Crunchy Chaos

Goodie Girl Cookies introduced Crunchy Chaos butterscotch, chocolate chip cookies that are gluten free and Kosher certified. They are baked...



**Bite of the Rest:**
### Turkey Hill Dairy All Natural Gelato

Turkey Hill Dairy just released an All Natural Gelato in eight flavors, made with fresh milk abd real sugar, containing less... air than most ice



**Bite of the Rest:**
### Chef'n PopTop

Chef'n PopTop microwave popcorn popper is made with heat resistant silicone, ...contains an internal measuring scale and can make up to 10



## Freebies

- Win Goodie Girl Cookies Gift Bag
- Bite of the Best: Freebie Partners

Click for more >

## City Editions

- P.J. Clarke's On the Hudson, revisit 2015 Across the street from the 9/11 memorial is the newly opened Brookfield Place, NYC's downtown new home of Institute ...of Culinary Educati
- Minton's, Harlem, NYC Minton's in Harlem, where Dizzy Gillespie jammed, offers a Sunday brunch with live jazz. We headed up there recently to dine leisurely w....

Click for more >

## Recipes

- Sicilian Mint and Garlic-Stuffed Swordfish Last fall when traveling in Sicily, I connected with a wonderful group of travelers so much so that nine of us recently gathered in Florida for a m...

Click for more >

## Bite of the Rest

- Evolution Fresh Smoothies & Greek Yogurt Parfaits Evolution Fresh and Dannon collaborated to introduce Evolution Fresh Smoothies and Greek Yogurt Parfaits sold exclusively at Starbuck...
- Planters Peanuts Planters Peanuts introduced two varieties: sea salt & vinegar and chili lime. These nuts are packaged in portable re-sealable cans provi...
- Plum Vida Plum Vida squeezable snacks are convenient, re-sealable portable pouches that contain 1/2 cup of fruits and vegetables. These USDA- certifi...
- Snack Factory Pretzel Crisps Gluten Free Minis Snack Factory Pretzel Crisps introduced Gluten Free Minis featuring both original and salted caramel varieties. The bite-size pretzel crac...

Click for more >

• Email to a friend •

marlo



Bite of the Best

# BiteoftheRest

## Snack Factory Sriracha & Lime Pretzel Crisps

March 10, 2015

**Details:** $2.99-$4.99 per 7.2-ounce bag
**Availability:** Safeway, Fairway, Nationwide in May
**To Bite or not to Bite?** Results (Including your vote): Yes 100% / No 0%

Snack Factory Pretzel Crips introduced new variety Sriracha & Lime. These pretzel-shaped crackers are perfect for dipping or eating alone.

Each 10-cracker serving contains 110 calories, 0 grams saturated fat (of 1.5 grams total) and 430 milligrams sodium.

*- bonnie: These have just enough heat from the Sriracha to titillate your palate.*

Follow @BonnieBOTB

Like One person likes this.

marlo

## **Bite**of**theRest**

### Snack Factory Pretzel Crisps Gluten Free Minis
May 13, 2015

**Varieties:** Gluten free original minis, gluten free salted caramel minis
**Details:** $2.99 - $4.99 per 5-ounce bag
**Availability:** Safeway, Fairway, Nationwide in May
**To Bite or not to Bite?** Click to VOTE: **Yes** or **No** (Current Results: Yes 100% / No 0%)

Snack Factory Pretzel Crisps introduced Gluten Free Minis featuring both original and salted caramel varieties. The bite-size pretzel crackers are made with potato starch and rice flour, instead of wheat flour.

Each 30 to 35-cracker serving has 110 to 120 calories, 1.5 grams saturated fat (of 3 to 4 grams total) and 390 to 410 milligrams sodium.





# Snack Factory previews organic pretzel crisps

February 15, 2017



pretzelcrisps.com

Snack Factory has launched a new variety of its Pretzel Crisps flat-baked pretzel crackers: Organic Original Pretzel Crisps.

The new crisps are also Non-GMO Project verified and will be available for a limited time in the United States, the company said in a press release.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, vice-president of marketing and innovation for the Clearview Foods Division of parent company Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have 110 calories per serving, and contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavourings or colours.



  

## Gluten-Free Minis, Sriracha & Lime Pretzel Crisps Debut

February 25, 2015
by Candy & Snack TODAY

Princeton, NJ — Gluten-Free Minis in two flavors and a Sriracha & Lime variety have been added to Snyder-Lance, Inc.'s Snack Factory Pretzel Crisps line.

The Sriracha & Lime item has a zesty, spicy profile and features the traditional-size flat pretzel pieces. Coming in 7.2-ounce reclosable standup bags, they have 110 calories and two grams of fat or less per serving, the company reports.

Gluten-Free Pretzel Crisps Minis are available in original and Salted Caramel varieties. Packing in five-ounce reclosable bags, the bite-size pretzels have 110 calories and 1.5 grams of fat per serving.

The items have a SRP range of $2.99 to $4.49 and ship in 12-ct cases.

<< Candy & Snack TODAY Home





## Pretzel Crisps Website Gets A Makeover

**December 15, 2014**
*by Candy & Snack TODAY*

Princeton, NJ — Snyder's-Lance, Inc.'s Snack Factory Pretzel Crisps' refreshed website, pretzelcrisps.com, presents snacking suggestions, recipes, product information and blogs in an interactive format, the company claims.

"After 10 years of steady expansion, it was time to update our website to mirror the dynamic, enthusiastic nature of our loyal fans," explains brand Vice President of Marketing Valerie Traynor.

Designed by digital agency Convertiv, the site features improved navigability and its recipe file allows users to search by occasion and length of preparation time. In addition, the store locator can be searched by ZIP code, retailer, city and state.

AN NCA PUBLICATION

$10 JULY/AUGUST 2015

# Candy&Snack TODAY

**CATEGORY INTELLIGENCE FOR DECISION-MAKERS**

# LOVE OF CARAMEL

Flavor and formula innovations are creating excitement
in this classic chewy candy sub segment. PG 22



**THIN SNACKS DRIVE BIG GAINS** PG 28



**LOOKING BACK AT THE SWEETS & SNACKS EXPO** PG 46



**THE ART & SCIENCE OF TEMPERING** PG 40



# Slim Profile, Robust Sales

**Offering new eating experiences and occasions for classic items, thin snacks are on trend with shoppers and on-track to lifting sales.**

FROM SWEET TO SAVORY, thin is in for snack suppliers as products formulated to deliver a lighter eating experience have been gaining traction at retail and with consumers.

The trend really kicked into high gear about 18 months ago, right before the holidays, according to Pete Thomsen, director of sales and strategy for Sugar Bowl Bakery. "When I initially joined the company, we were having that conversation about the role of thin and whether people would buy it," he says. The results of those early meetings were Cake Batter Cookie Crisps, which rolled out at this year's Sweets & Snacks Expo.

In addition to sweet items, thinner versions of salty snacks, crackers and breads have proven successful, according to Eric Van De Wal, vice-president of marketing and innovations at Clearview Foods, a division of Snyder's-Lance, Inc., makers of Snack Factory Pretzel Crisps.

"When you talk with consumers about what they like about thin versions of popular snacks, they often speak of the benefits of getting great flavor and a crunchy eating experience without having to consume as much product," he adds.

For Salem Baking Co., thin is nothing new. Company President Brooke Smith tells **Candy & Snack TODAY** the cookie maker had been offering thin items for decades, but admits they are resonating strongly in today's marketplace.

She explains part of the appeal is simple, high-quality ingredients. "Bakers can't skimp when it comes to thin. You can't hide anything about what's in thin cookies," Smith says.

Although not absolutely new, they did prompt fresh thinking in some segments. "Part of our success was because there hadn't been anything really new in brownies for a very long time," says Brownie Brittle, LLC Founder and CEO Sheila G. Mains. "If you remember, the two-bite brownie was popular for a long time, but that was it for brownies in the snack category."

In addition to bringing significant innovation to the category, the success was further driven by word of mouth. "We knew once people tried it, they'd like it and come back and buy more," she explains. "Our consumers who do love it, love to share it with friends. That helped get the product some traction."

Aiming to capture adult consumers who grew up eating Oreos, Mondelez International, Inc. introduced a thin version of the legacy brand, offering a more "grown-up eating experience," according to Patty Gonzalez, senior brand manager.

"They're close to half the thickness of regular Oreo cookies, but still deliver the classic taste," she explains.

For the overall market, the appeal lies in something familiar to those working in the confectionery and snack space: bite-size and hand-to-mouth snacking trends, according to Joan Steuer, president of Chocolate Marketing, LLC. "Thin snack products are analogous to chocolate bites, and texturally, nearly the equivalent of a chip," she explains. "in the case of thins, they are crispy, crunchy and

> *"In the case of thins, they are crispy, crunchy and light, and are perceived "better-for-you."*
>
> **JOAN STEUER**
> Chocolate Marketing, LLC

light, and are perceived 'better-for-you.'"

"The thin trend for snacks and bite-size in confections go hand in hand," agrees Kimberlee Ullner, founder and president of 1-2-3 Gluten Free, makers of Gourmet Brownie Chips. "People are looking for full flavor, but limited calories. Consumers want to have their indulgences, but they also want to maintain control of them."

She adds that it is almost a psychological appeal to consumers who really like thin snacks. "There's a perception that the item will be

CONTINUED ON PAGE 30

Case 3:17-cv-00652-KDB-DSC  Document 45-5  Filed 10/29/18  Page 21 of 35

# THIN SNACKS

CONTINUED FROM PAGE 28
healthier in some ways."

This "better-for-you" perception was something of a trial for Mondelez, according to Gonzalez.

"One of our biggest challenges in developing a thinner version has been to clearly position the product so that consumers understand these are not meant to be 'diet' cookies," she explains. "They're simply a new twist on the classic cookie, with a different look and feel."

In addition, Steuer says consumers perceive thin products as premium items for everyday. "They're perfectly positioned at the intersection of indulgent treat and better-for-you," she explains.

## THE THIN SNACK'S DILEMMA

While the list of items claiming thin formulations has been growing, with Steuer counting as many as a dozen companies rolling out iterations at the Summer Fancy Food Show and at retail, the subsegment isn't without its challenges.

Among the most pressing is getting consistent flavor throughout the item, according to Thomsen. "It's difficult to do something thin in a dough because it's not completely mixed. There are lumps in it," he explains. To remedy this, the company makes its thin snack products using batter to ensure uniformity.

Consistency was also a challenge faced by Brownie Brittle, according to Mains, explaining the company developed custom equipment to ensure the thickness remained constant from batch to batch. "If they are too thin, they will burn at spots; too thick, and you have areas that never get crisp," she tells **Candy & Snack TODAY**. "The toppings also have to be sturdy enough to hold up under the long baking process."

Salem Baking's Smith notes the company has the luxury of leaning on its 85 years of experience in formulating thin items, divulging the keys are high-quality ingredients and the right recipes. "When reformulating an existing cookie to make it thin, you have to be willing to take that reality into account," she explains. "It's where art and science truly meet to make a

cookie or snack that's not only durable, but also flavorful."

Maintaining integrity from production through shipping is the other big challenge facing manufacturers.

At Sugar Bowl, the items are handled in a "school of fish" approach, according to Thomsen, explaining: "If you try to leave them loose, they'll bang into each other and break, but if you pack them tightly, you're less likely to have significant damage. They are stronger as a crew; that's why we use the pouch. It allows for a better school of fish, much better than a clamshell."

The standup pouch is the preferred pack for Brownie Brittle, too. However, Mains says the film needs to be of adequate thickness and the gusset designed with care. "Our gussets almost make a shelf to protect the bottoms. They're raised up a little and very sturdy," she explains.

## IMPORTANCE OF ON-PACK CUES

In addition to being sturdy enough to protect the product, the packaging should also convey the "thin" message.

While many companies cut to the chase and use words like "crisp," "crunchy" and, of course, "thin," in tag lines, Thomsen reinforces the importance of pictures.

"Words are secondary, and should only reaffirm what we see," he explains, noting actual product shots are a must. "You can't take a picture of something else and hope consumers won't notice. If you aren't using quality content, you'll get burned."

"What they aren't saying is important, too," Steuer notes, explaining words such as "decadent" and "indulgent" aren't used often to promote thin items, as they signal occasional consumption, rather than everyday.

She notes that as the subsegment matures, smaller packs merchandised for grab-and-go occasions will become the next iteration. In addition, Steuer says smaller firms releasing thin snacks are upping the ante for mainstream manufacturers, admitting it won't be easy for larger firms to jump on the trend.

"They have to do something different so they don't cannibalize existing business and

*'People are looking for full flavor, but limited calories. Consumers want to have their indulgences, but they also want to maintain control of them.'*

**KIMBERLEE ULLNER**
1-2-3 Gluten Free






Case 3:17-cv-00652-KDB-DSC   Document 45-5   Filed 10/29/18   Page 22 of 35

come off as being innovative, instead of being seen as a 'me-too' item," she explains.

To remedy this, she recommends a strategy of launching thin products as limited-time offerings, "which can be particularly strong during the holiday season, leveraging traditional seasonal flavors," she says.

## DEFINING THINS CONSUMERS

The main demographic for these products is a bit of a mixed bag, with some sources citing women as the top purchasers, while others note the adventurist millennials are drawn to the newness of the subsegment.

Steuer explains that women are inclined to buy more thin snacks, while men are more interested in the novelty of the items. "I think it's fascinating for people, particularly the brownie items," she says, continuing: "They're less dense and indulgent. Chewy and fudgy are now crispy and crunchy, and a brownie can be light, giving it that 'wow' and making it a must-try."

When it comes to millennials, Thomsen notes they tend to lean in and take chances with new foods. "They're seeking new flavors and textures, and are highly informed consumers who hear about new food trends because of the technology in their hands," he explains.

"What is interesting is that we see clear lifestyle usage differences, as opposed to life stage differences," explains Van De Wal. "For example, people

who entertain frequently will most often use Pretzel Crisps as a carrier or dipping snack, whereas those consumers who lead an active on-the-go lifestyle will often enjoy the product straight out of the pack."

Although the format is gaining attention from retailers and shoppers alike because of the "newness" factor, building sales still falls to tried-and-true methods, such as off-shelf displays, sampling and merchandising adjacencies.

"You have to find a path to purchase, whether it's in-store or the consumer's home," Thomsen says, adding demos work the best. "If you can get the shopper to try it, and you have a great product, they will become repeat purchasers. More important, they'll tell other people about it."

Steuer notes that as manufacturers move into smaller pack formats, getting placement in delis, bakeries and salad bars will also drive sales.

"It will appeal to those who are getting a sandwich and want something that's light for dessert or an everyday snack," she explains. "Instead of buying a bag of cookies for dessert after a salad, thin snacks are perfect." **CST**

*'Bakers can't skimp when it comes to thin. You can't hide anything about what's in thin cookies.'*

**BROOKE SMITH**
Salem Baking Co.



## EVEN CHOCOLATE IS GOING THIN

PRODUCTS FORMULATED TO BE SLENDER transcend the snack section, as chocolate manufacturers have taken a cue from the other aisle and have begun rethinking their products.

What was once bark is now thinner and being described as snacking chocolate, and with double-digit sales gains this past year, according to Information Resources, Inc., shoppers seem to be embracing the new moniker.

"Consumers normally snack on chips and put the bag away. We wanted to deliver that same experience in chocolate," says Jim Voelker, sales director for BarkThins. "We're also trying to be on trend with what's going on in the market by using non-GMO and Fair Trade ingredients."

A commitment to quality is the standard-bearer for the emerging subsegment, agrees Brown & Haley COO John Melin, explaining: "It's not about quantity, but the high-quality flavor. When we look at this special product in special packs, we think it's hitting the mark, and we're enthusiastic with the growth in this niche."

The company launched Roca Thins in March, and the peppermint variety won the seasonal category in the Sweets & Snacks Expo's Most Innovative New Product Awards.

Melin says the company initially developed the products to get in on the growing consumption of premium chocolate in small portions as "an everyday luxury."

Noting the subsegment skews heavily toward females, he adds: "She knows, and the market is discovering what she knows: That it's a high-quality chocolate confection that she can have a small piece of and still get the same satisfaction." **CST**



Case 3:17-cv-00652-KDB-DSC   Document 45-5   Filed 10/29/18   Page 23 of 35



# National Confectioners Association
## Making Life Sweeter Since 1884

  

## Breakfast Crackers, Sweet Pretzels Debut

July 3, 2015
*by Candy & Snack TODAY*



Snyder's-Lance, Inc. introduces Snyder's of Hanover brand Pretzel Poppers shells. They are available in cinnamon sugar, three cheese and original varieties. Cinnamon sugar and three cheese pack in 10-ounce bags and ship in pallets of 90, 12-ct cases. Original variety packs in 12-ounce bags, which ship in pallets of 64, 12-ct cases. All flavors have a SRP of $3.49.

Also new are Snyder's of Hanover Bowties, which are flat, crisp pretzels. Available in three varieties — Everything, original and Parmesan Garlic — the snacks come in 8.25-ounce bags. They have a $3.49 SRP and ship in 12-ct display cases.

The company's Cape Cod Dipping Shells are tortilla chips shaped for dipping in three types: Four Bean made with black, pinto, red and adzuki beans; Blue Corn Multigrain, made with blue corn, chia seeds and brown rice; and Ancient Grain, blending quinoa, black sesame and amaranth. According to the company, they are gluten-free and non-GMO. With a SRP of $3.79, six-ounce bags ship in 12-ct cases. L

ance Quick Starts are new breakfast biscuits with flavored fillings. The items are available in blueberry muffin, cinnamon roll and maple French toast. Each 8.4-ounce box holds five packs of six sandwiches. They have a SRP of $2.99 and ship in 14-ct display cases.

Original and salted caramel varieties of Snack Factory Pretzel Crisps Minis are now available. According to the company, the items are gluten-free and pack in five-ounce bags. With a SRP range of $2.99 to $4.49, they ship in 12-ct displays.

Lance Gluten-free Sandwich Crackers are also new in two varieties — cheddar cheese and peanut butter. The bite-sized snacks come in five-ounce boxes, have a $3.99 SRP and ship in 12-ct display cases.

<< Candy & Snack TODAY Home



**CONSUMER GOODS TECHNOLOGY**

# Pretzel Crisps' New Website is Taking Shape

By  Alarice Rajagopal — 05/12/2015

Launched in 2004, Pretzel Crisps® are the original pretzel-shaped cracker made by Snack Factory®, a division of Snyder's-Lance. For the past decade the brand has become a household favorite, recently being named the maker of America's No. 1 pretzel by Nielsen.



The company's marketing approach is focused around engagement with its retailer partners, but equally as important, its consumers.

Zachary Molinaro, digital media manager at Snack Factory, explains, "When it comes to consumers, we strive to connect with them at every touch point, both in and out of stores. We provide value for consumers through couponing, in-store promotions, interesting content and online sweepstakes; yet we are also dedicated to engaging with them in an entertaining manner through tactics like media partnerships, which we have forged with Dreamworks and Disney Pixar."

With this strategy in mind, and marking its 10-year anniversary, Snack Factory decided to celebrate with a website relaunch. Prior, it was a more traditional, product-focused informational site. However, with a heavy focus on its consumers, the new website offers the opportunity to better integrate all components of its marketing efforts.

"When we redesigned the site, we focused on a very user-friendly, visual, playful, recipe-forward style so that our fans could quickly and easily search for recipes and entertaining ideas," says Molinaro. "We intentionally built in aspects of the site — such as selecting recipes by consumption occasion — to mirror the way that consumers today seek information, and the response so far has been extremely positive."

Molinaro includes, "We use captured data to help us better understand our consumers and fans, which in turn shapes the content we create moving forward."

For example, if a particular recipe is receiving high page views and social media engagement, the company will then tailor future content in a similar fashion.

"This allows us to optimize the site in real time and provide the most useful and relevant content for our fans," he explains.

Other business process changes have also surfaced as a result of the project. For instance, with the new site, digital and PR partners are working more closely than ever before to amplify efforts across the board. The content remains fresh with consistent updates and highly visual recipes developed by professional food stylists that align with fans' interests and needs (e.g., holiday entertaining ideas and simple snacking suggestions).

Molinaro adds, "We also cultivate several blogger relationships through our PR team who provide ongoing recipe content that align with current trends."

The number one benefit for the new Pretzel Crisps website is being able to provide consumers with an enhanced user experience. "The site was designed purely with the fan in mind. It's also more visually arresting to better accentuate the product attributes and ease of use in recipes," says Molinaro.

Additionally, he offers this guidance for others looking to get started: "A modern-day website should focus on the consumer first and foremost — identify the consumers' needs and provide a solution. The website should be treated as an ongoing project — make adjustments and updates regularly. And, adding fresh content frequently makes the website a valuable destination so that fans have a reason to check back often," Molinaro closes.

marlo



SALES & MARKETING BEST PRACTICES

# CGT®

TECHNOLOGY SOLUTIONS GUIDE
A RESOURCE SUPPLEMENT TO CGT MAGAZINE

2015

CUSTOMER MANAGEMENT SOLUTIONS
A comparison chart of solutions providers to the consumer goods industry in areas CRM, TPM, TPO, Sales Force Mobility, etc.

MAY 2015
AN EDGELL PUBLICATION

## CONSUMER GOODS TECHNOLOGY



# New Marketing MACHINERY

Kimberly-Clark Corporation Builds a
Powerful Partnership between IT and
Marketing to Win in a Digital World

JENNIFER SEPULL
CIO and VP, IT Services,
Kimberly-Clark Corporation

MUKUND KAUSHIK
VP, IT Services, Global Marketing,
Kimberly-Clark Corporation

# Taking Shape

## A WEBSITE RELAUNCH DELIVERS ON MORE ENGAGING USER EXPERIENCE

Launched in 2004, Pretzel Crisps® are the original pretzel-shaped cracker made by Snack Factory®, a division of Snyder's-Lance. For the past decade the brand has become a household favorite, recently being named the maker of America's No. 1 pretzel by Nielsen.

The company's marketing approach is focused around engagement with its retailer partners, but equally as important, its consumers.

Zachary Molinaro, digital media manager at Snack Factory, explains, "When it comes to consumers, we strive to connect with them at every touch point, both in and out of stores. We provide value for consumers through couponing, in-store promotions, interesting content and online sweepstakes; yet we are also dedicated to engaging with them in an entertaining manner through tactics like media partnerships, which we have forged with Dreamworks and Disney Pixar."

With this strategy in mind, and marking its 10-year anniversary, Snack Factory decided to celebrate with a website relaunch. Prior, it was a more traditional, product-focused informational site. However, with a heavy focus on its consumers, the new website offers the opportunity to better integrate all components of its marketing efforts.

"When we redesigned the site, we focused on a very user-friendly, visual, playful, recipe-forward style so that our fans could quickly and easily search for recipes and entertaining ideas," says Molinaro. "We intentionally built in aspects of the site — such as selecting recipes by consumption occasion — to mirror the way that consumers today seek information, and the response so far has been extremely positive."

Molinaro includes, "We use captured data to help us better understand our consumers and fans, which in turn shapes the content we create moving forward."

For example, if a particular recipe is receiving high page views and social media engagement, the company will then tailor future content in a similar fashion.

"This allows us to optimize the site in real time and provide the most useful and relevant content for our fans," he explains.

Other business process changes have also surfaced as a result of the project. For instance, with the new site, digital and PR partners are working more closely than ever before to amplify efforts across the board. The content remains fresh with consistent updates and highly visual recipes developed by professional food stylists that align with fans' interests and needs (e.g., holiday entertaining ideas and simple snacking suggestions).

Molinaro adds, "We also cultivate several blogger relationships through our PR team who provide ongoing recipe content that align with current trends."

The number one benefit for the new Pretzel Crisps website is being able to provide consumers with an enhanced user experience. "The site was designed purely with the fan in mind. It's also more visually arresting to better accentuate the product attributes and ease of use in recipes," says Molinaro.



The new **PretzelCrisps.com** is now optimized for desktop, tablets and smartphones so that users are able to seamlessly experience the website at home or on the go.

Additionally, he offers this guidance for others looking to get started: "A modern-day website should focus on the consumer first and foremost — identify the consumers' needs and provide a solution. The website should be treated as an ongoing project — make adjustments and updates regularly. And, adding fresh content frequently makes the website a valuable destination so that fans have a reason to check back often," Molinaro closes. ❖



We intentionally built in aspects of the site... to mirror the way that consumers today seek information, and the response so far has been extremely positive."— ZACHARY MOLINARO, DIGITAL MEDIA MANAGER, SNACK FACTORY

Case 3:17-cv-00652-KDB-DSC   Document 45-5   Filed 10/29/18   Page 28 of 35

marlo


Home > Better-For-You Pretzel Crisps > Better-For-You Pretzel Crisps

## Better-For-You Pretzel Crisps

March 6, 2014 CSD Staff : 0 Comments



Snack Factory Pretzel Crisps has introduced two new flavorful additions and a new product line to its better-for-you snack offerings. Expanding the popular Deli Style line of Snack Factory Pretzel Crisps are HONEY MUSTARD & ONION and SEA SALT & CRACKED PEPPER, two versatile options that, like all Snack Factory Pretzel Crisps, are perfect for dipping, topping and pairing with endless possibilities. In addition, Snack Factory introduces a bite-size version of two satisfying flavors, Snack Factory Pretzel Crisps ORIGINAL and CHEDDAR MINIS. Made with high-quality, all-natural ingredients, Snack Factory Pretzel Crisps are only 110 calories per serving and contain no saturated fat, trans fat, cholesterol, preservatives, artificial flavorings or colors.

For More Information From Snack Factory

www.pretzelcrisps.com



**CONVENIENCE STORE DECISIONS**

| | |
|---|---|
| Date: | Friday, May 01, 2015 |
| Location: | BENSALEM, PA |
| Circulation (DMA): | 41,422 (N/A) |
| Type (Frequency): | Magazine (13Y) |
| Page: | 70,71 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

# NEWSTUFF

### Creations & Innovations to Convenience Products and Services

## DARK WINTERGREEN SNUFF

American Snuff Co.'s Grizzly brand of moist snuff is continuing its momentum with Dark Wintergreen, a style innovation for the brand expanding nationwide as of March 30, 2015. Grizzly Dark Wintergreen uses leaves that are dark-fired to bring the tobacco's naturally bold flavor to the forefront, with the best being selected to ensure a premium smokeless tobacco product. Grizzly Dark Wintergreen is made from 100%-American tobacco grown on farms in Kentucky and Tennessee. Expanding with innovative styles like Grizzly Dark Wintergreen is part of American Snuff Co.'s and Reynolds American Inc.'s vision of transforming tobacco.

**WARNING:** This product can cause mouth cancer.

For More Information From Reynolds American Inc.
 www.americansnuffco.com

## BLU E-CIG KIT

blu eCigs is now offering a new Xpress Kit. The Xpress Kit includes the same satisfying blu PLUS+ electronic cigarette, only without the recharging pack to offer consumers a lower price point. It will be $14.99, and will include two blu Tanks in the Classic Tobacco flavor, one PLUS+ Battery and one USB Charger. It's a great option for smokers who want to give this product a try, but are not ready to make the $42.99 investment.

For More Information From blu
www.blucigs.com



## GLUTEN-FREE LINEUP

Snyder's-Lance Inc., maker of innovative, premium and "better for you" snacks, is adding more gluten-free products to its growing product lineup. Cape Cod is introducing gluten-free Dipping Shells packed with whole grains. Pretzel Crisps is introducing gluten-free Minis in two flavorful varieties, Original and Salted Caramel. Eatsmart Naturals' new Sea Salt and Lime Dipping Chips offer a mouthwatering blend of potato and chickpea flavors. Lance's new gluten-free Peanut Butter and Cheddar Cheese Sandwich Crackers combine the great Lance taste in a bite-sized snack. This is a major gluten-free product breakthrough as Snyder's-Lance is the first company to pioneer this important innovation.

For More Information From Snyder's-Lance Inc.
 www.snyderslance.com

## CASCADE ICE WATER



Cascade Ice zero-calorie sparkling flavored waters are refreshing, delicious beverages that your whole family will love. Cascade Ice waters do not contain unnecessary and unhealthy "extras" like sodium, gluten or sugar. Fans love the great taste and are thrilled to have a healthier option than sugary juices and sodas. With over 21 delicious flavors including the three newest flavors Strawberry Banana, Coconut Mango and Coconut Pineapple, there's a flavor for everyone. In addition to the 17.2-ounce slim bottles, Cascade Ice recently introduced an innovative seven-ounce bottle to the market to give consumers a choice in size. The brand also has a line of six USDA-certified Organic essence waters in flavors like Blueberry, Citrus Twist and Grapefruit.

For More Information From Unique Beverage Co. LLC
 www.cascadeicewater.com

| | |
|---|---|
| Date: | Friday, May 01, 2015 |
| Location: | BENSALEM, PA |
| Circulation (DMA): | 41,422 (N/A) |
| Type (Frequency): | Magazine (13Y) |
| Page: | 70,71 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

# PURIFIED, NATURAL WATER



Award winning beverage entrepreneur Lance Collins and award winning producer and songwriter Lukasz Gottwald, aka Dr. Luke, have joined forces to launch CORE Natural Water. CORE Natural Water is ultra-purified using a seven-stage proprietary process including U.V., carbon filtration, reverse osmosis and ozonation that removes harmful impurities and contaminants. It is then balanced with the perfect blend of electrolytes and minerals that complement the levels that naturally occur in the human body, resulting in a clean and crisp tasting water with the "Perfect pH" of 7.4. With this pH, CORE Natural is not considered or marketed as an Alkaline water.

**For More Information From CORE Natural Water**

 www.corenatural.com

# CEILING SOLUTION



Bio-Tile, a product of Industrial Skins LLC, provides an easy, low-cost solution to maintaining a bright and clean environment that exudes a perception of quality. According to Industrial Skins CEO Shawn Engberg, who designed the revolutionary product, Bio-Tile is a multiple layer, recyclable ceiling tile that adheres to existing or new ceiling tiles. To attain a clean surface, a maintenance technician simply peels away one of the five individual layers to reveal a bright, clean surface. Bio-Tile eliminates the need for labor-intensive cleaning with hazardous chemicals and landfill waste that inevitably results when the ceiling tiles are too worn and discarded. The product is so innovative, in fact, that the National Restaurant Association selected Bio-Tile as a recipient of its 2014 Kitchen Innovations (KI) Award. The annual awards program recognizes cutting-edge advancements in increased energy efficiency, waste reduction and operational improvements. On average, each of Bio-Tile's five individual layers typically lasts 12-15 months, depending upon how often dirt and grime build up, and will provide clean and efficient ceiling maintenance for approximately five years.

**For More Information Industrial Skins LLC**

 www.industrialskins.com



# MEATIER CHIPS

There's a brand new snack chip hitting the marketplace revolutionizing the way consumers eat protein. Meat Chips finally gives people the protein of a smoothie or a bar, but with the salty crunch of a chip. Meat Chips is the first seasoned gluten-free tortilla chip made with real white chicken meat and ground corn. It is available in four different flavors; nacho, salsa, pepper and ranch. With 21 grams of protein per snack-size grab bag, the chips pack a protein punch with a crunch.

**For More Information From Meat Chips**

www.meatchips.com

# SUSTAINED ENERGY

Fusion Biotech has launched the first in a line of new products being developed with a unique formulation consisting of clinically backed ingredients, targeted to consumers who have specific unmet needs that are not being addressed by the wide variety of products currently available on the market. New GO DRIVE with Energy is an exciting, first-of-its-kind product specifically targeting drivers who suffer from drowsy driving and fatigue. GO DRIVE with Energy has unique packaging appeal with a clear message targeted to fatigued drivers: GO



DRIVE with Energy's unique formulation is unlike anything on the market. More than just an energy product, GO DRIVE with Energy is specially formulated with clinical ingredients, providing immediate and sustained energy & alertness up to eight hours. More importantly, GO DRIVE with ENERGY helps consumers maintain good concentration and focus, while enhancing mood and reducing stress and anxiety levels. Reception to new GO DRIVE with Energy from retailers and distributors has been overwhelming. GO DRIVE with Energy can be found on store shelves beginning summer 2015.

**For More Information From Fusion Biotech**

(877) 463-1045

www.fusionbiotech.net





# Pretzel Crisps

By **Erin Del Conte** - August 15, 2018

**SNACK FACTORY**

*Pretzel Crisps*

Snack Factory, a recent addition to The Campbell Soup Co.'s snack portfolio, has launched two new flavorful additions to its Pretzel Crisps line—Sourdough and Cinnamon Sugar. Snack Factory Pretzel Crisps are on a mission to make snackers nationwide "Rethink Your Pretzel" with these new savory and sweet crunchable offerings. Artisan Style Snack Factory Sourdough Pretzel Crisps deliver an authentic tangy sourdough flavor that consumers love with Pretzel Crisps product's signature light and crispy crunch. With this classic taste, the Snack Factory Sourdough Pretzel Crisps pair perfectly with deli meats, cheeses and spreads. For those with a sweet tooth, new Deli Style Snack Factory Cinnamon Sugar Pretzel Crisps are generously seasoned with cinnamon and sugar for the perfect sweet and salty treat. Enjoy Snack Factory Cinnamon Sugar Pretzel Crisps straight from the bag or pair with fresh fruit, whipped topping or chocolate dips for a permanent spot on the dessert table.

For More Information From Campbell Soup Co.

www.pretzelcrisps.com

marlo

**CONVENIENCE STORE DECISIONS**

| | |
|---|---|
| Date: | Tuesday, April 01, 2014 |
| Location: | BENSALEM, PA |
| Circulation (DMA): | 41,420 (N/A) |
| Type (Frequency): | Magazine (13Y) |
| Page: | 62 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

# BETTER-FOR-YOU
## PRETZEL CRISPS

Factory Pretzel Crisps has introduced two new flavorful additions and a new product line to its better-for-you snack offerings. Expanding the popular Deli Style line of Snack Factory Pretzel Crisps are Honey Mustard & Onion and Sea Salt & Cracked Pepper, two versatile options that, like all Snack Factory Pretzel Crisps, are perfect for dipping, topping and pairing with endless possibilities. In addition, Snack Factory introduces a bite-size version of two

satisfying flavors, Snack Factory Pretzel Crisps Original and Cheddar minis. Made with high-quality, all-natural ingredients, Snack Factory Pretzel Crisps are only 110 calories per serving and contain no saturated fat, trans fat, cholesterol or preservatives.

**For More Information From Snack Factory**

 www.pretzelcrisps.com






Page 1 of 1

© 2013 CONVENIENCE STORE DECISIONS
All Rights Reserved.

Case 3:17-cv-00652-KDB-DSC   Document 45-5   Filed 10/29/18   Page 33 of 35



PACKAGED BEVERAGES

# Specialty Food Association Names Top Specialty Foods of 2016

*By **Abbey Lewis**, Editor in Chief, Convenience Store Products, June 1, 2016*

# Finalist, Vegan or Gluten-Free Products: Gluten-Free Original Pretzel Crisps




Producer: The Snack Factory LLC, Hanover, Pa.

Product: Gluten-Free Original Pretzel Crisps


Home » Product Categories » New Products and Promotions

# Deli Style Gluten Free Original Pretzel Crisps

Larger format allows for dipping, topping, pairing and sharing.



Snack Factory expands its Gluten Free Pretzel Crisps line with the addition of Deli Style Gluten Free Original Pretzel Crisps. Previously, all Pretzel Crisps products were available only in mini size, but the new Deli Style offering is larger and allows for dipping, topping, pairing and sharing, according to the company. Each serving of the new Deli Style Gluten Free Original Pretzel Crisps, which equates to 15 crisps, is 110 calories and 1.5 grams of fat.

marlo