# EXHIBIT 4

## Part 2



# Pretzel Crisps New Varieties

Sourdough and Cinnamon Sugar flavors join the line.



Snack Factory, a recent addition to Campbell Soup Co.'s snack portfolio, added two more varieties to its Pretzel Crisps line: Sourdough and Cinnamon Sugar. The artisan-style Sourdough Pretzel Crisps deliver a tangy sourdough flavor with Pretzel Crisps' signature light and crispy crunch. The new deli-style Cinnamon Sugar Pretzel Crisps are generously seasoned with cinnamon and sugar. Both new varieties come in at around 100 calories per serving, according to the company.

# CSP (CONVENIENCE STORE/PETROLEUM)

Date: Saturday, April 01, 2017
Location: OAK BROOK, IL
Circulation (DMA): 94,500 (N/A)
Type (Frequency): Magazine (14Y)
Page: 88
Section: Main
Keyword: Pretzel Crisps

PRODUCT WATCH

**The latest, the greatest**



### 1
**Snack Factory Organic Original Pretzel Crisps**
Snack Factory

Organic Original Pretzel Crisps are the latest better-for-you offering within the Snack Factory portfolio. The variety is Non-GMO Project verified and contains no trans fats, saturated fat, cholesterol, preservatives or artificial flavors and colors. The crisps, which will be available for a limited time, are the first of several new better-for-you snacks the brand plans to introduce in 2017 and beyond.

pretzelcrisps.com

### 2
**Sola Bar**
Sola Snacks LLC

Sola Bars are produced using a patent pending binding process that keeps ingredients crumble-free without the need for sugar or artificial ingredients. The bars contain peanuts mixed with seeds, herbs and spices such as cilantro, onions, sage, rosemary, nutmeg, ginger and cloves. They come in four flavors: Roasted Garlic & Sea Salt, Jalapeno, Chipotle and Cinnamon. Sola Bars contain 1 gram of sugar and are sold as individual bars or in packs.

solasnacks.com

### 3
**Nonni's White Chocolate Cherry and Limoncello Pistachio Biscotti**
Nonni's Foods

White Chocolate Cherry Biscotti and Limoncello Pistachio Biscotti are joining Nonni's seasonal spring biscotti lineup. The White Chocolate Cherry variety is filled with cherries and white chocolate, while Limoncello Pistachio is made with real pistachios and tangy lemons. Both are drizzled in white chocolate, and each box contains eight individually wrapped biscotti for an SRP of $3.29.

nonnisusa.com

### 4
**Alouette Cheese Dips**
Alouette Cheese USA LLC

New Alouette Cheese Dips deliver a wholesome take on classic dip flavors. The dips feature the brand's signature soft cheese, crisp vegetables and savory herbs. At 50 calories and 2.5 grams of fat per serving, the dips come in Onion Medley, Cucumber Ranch and Mediterranean Vegetable flavors. The varieties are available for an SRP of $5.49.

alouettecheese.com



C Store PRODUCTS
A Convenience Store Decisions Resource

# Gluten-Free Lineup

MARCH 24, 2015 BY ERIN RIGIK



Snyder's-Lance Inc., maker of innovative, premium and "better for you" snacks, is adding more gluten-free products to its growing product lineup. Cape Cod is introducing gluten-free Dipping Shells packed with whole grains. Pretzel Crisps, is introducing gluten-free Minis in two flavorful varieties, Original and Salted Caramel. Eatsmart Naturals' new Sea Salt and Lime Dipping Chips offer a mouthwatering blend of potato and chickpea flavors. Lance's new gluten-free Peanut Butter and Cheddar Cheese Sandwich Crackers combine the great Lance taste in a bite-sized snack. This is a major gluten-free product breakthrough as Snyder's-Lance is the first company to pioneer this important innovation.

www.snyderslance.com


# Larger Gluten-Free Pretzel Crisps

MARCH 29, 2016 BY AMBER KOONTZ



Snack Factory is expanding its Gluten Free Pretzel Crisps line with the addition of new Deli Style Gluten Free Original Pretzel Crisps. Previously, all Snack Factory Pretzel Crisps Gluten Free offerings were mini size, but the new Deli Style Gluten Free Original Pretzel Crisps are larger and allow for dipping, topping, pairing and sharing. The new Deli Style Gluten Free Original Pretzel Crisps are just 110 calories per serving of 15 Pretzel Crisps. They join a growing line of Gluten Free Pretzel Crisps that provide the same guilt-free snacking as traditional Pretzel Crisps, without the gluten. These pretzel-shaped crackers contain no trans-fat.

saturated fat or cholesterol.

For More Information From Snack Factory

www.pretzelcrisps.com





# Snack Factory Pretzel Crisps



*Healthy pretzel snack*

Gluten-free line in a larger, deli-style size is ideal for dipping and topping.



**REQUEST INFORMATION**

## DESCRIPTION:

The newest additions to the gluten-free Snack Factory Pretzel Crisps line are available in a larger, deli-style size ideal for dipping and topping with healthful pairings. Varieties include Gluten Free Original Minis, which contain 110 calories per serving and 1.5 grams of fat, and Gluten Free Salted Caramel Minis, containing 120 calories and 1.5 grams of fat per serving. Other varieties include Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis.





# Snack Factory Sourdough and Cinnamon Sugar Pretzel Crisps



*Pretzel snacks*

Sourdough and Cinnamon Sugar flavors contain about 100 calories per serving.

**REQUEST INFORMATION**

Snack Factory, a recent addition to The Campbell Soup Co.'s snack portfolio, is adding two new flavors to its line of Pretzel Crisps: Sourdough, which pairs well with deli meats, cheeses and spreads, and Cinnamon Sugar, which can be paired with fresh fruit, whipped topping or chocolate dips, the company says. Each variety has about 100 calories per serving.





# Pretzel Crisps Gluten Free Original Minis



*Gluten-free snack*

This product provides gluten-sensitive snackers a guilt-free snack.

f      y      in

**REQUEST INFORMATION**

## DESCRIPTION:

New Gluten Free Original Minis offer the wholesome goodness and a simple ingredient list like the original Pretzel Crisps, while providing gluten-sensitive snackers a guilt-free snack. Each serving has 110 calories and 25 calories from fat. Ingredients include rice flour, corn and potato starches and palm oil.



PACKAGED SNACKS | OTHER SALTY SNACKS

# 7 New Salty-Snack Varieties to Savor

By **Steve Dwyer**, CSP Reporter, Sept. 4, 2018



Sales of salty sales in the United States are expected to grow to $29.3 billion by 2022, according to Packaged Facts' report Salty Snacks: U.S. Market Trends and Opportunities.

A $24 billion category in 2017 with a compound annual growth rate of almost 4% from 2012 to 2017, salty snacks have much upside; however, they still face stiff competition from chocolate and nonchocolate confections, cookies and crackers, said Packaged Facts, Rockville, Md. A threat also looms from food choices perceived as healthier, such as nuts, seeds and dried and fresh produce.

Future growth is expected to come from products "that are as flavorful as possible but also as healthy and nutritious as possible to satisfy the growing demand among consumers who want to indulge without the guilt," the report said.

"New taste and flavor combinations will continue to flourish as better-for-you snacks will continue to use alternative (non-potato) ingredients and include different proteins, grains, vegetables and superfoods," the report said. "Product developers will also evolve technology to continue developing different shapes and textures."

Click through to examine nine salty-snack offers that have launched recently ...

# 3. Snack Factory



Snack Factory, a recent addition to the Campbell Soup Co.'s snack portfolio, has launched two new additions to its Pretzel Crisps line in Sourdough and Cinnamon Sugar. At about 100 calories per serving, artisan-style Snack Factory Sourdough Pretzel Crisps deliver an authentic tangy sourdough flavor; Deli Style Snack Factory Cinnamon Sugar Pretzel Crisps are seasoned with cinnamon and sugar to blend a sweet and salty treat, the company said.



DELI BUSINESS

MARKETING MERCHANDISING MANAGEMENT PROCUREMENT

JUNE/JULY 2016   $14.95

# 12TH ANNUAL PEOPLE'S AWARDS

## ALSO INSIDE

BREADS
MEDITERRANEAN FOOD
APPETIZERS
CRACKERS
FOOD SAFETY
SALAD & SIDES
FETA CHEESE
FRENCH GOAT CHEESE
ALIMENTARIA 2016
DELI MEAT GUIDE
TECHNOLOGY
PACKAGING
CROSS MERCHANDISING



# CROSS MERCHANDISING:
# Create A Meal... Or A Snack

## Customers have questions; retailers shoud be ready with the answers

BY BOB JOHNSON

Cross merchandising can answer the question what's for dinner or lunch, or even breakfast or a snack. And when the deli is a source of those answers, the experience can definitely be a cut or two above quick-service alternatives.

"We're at a point where there is so much competition that cross merchandising gives customers an alternative for lunch or dinner," says Jennifer Hamann, vice president at Olson Communications in Chicago, IL. "You can offer a complete meal. They're still making it at home, but they don't have to start from scratch."

Olson Communications, which works exclusively in the food industry, has been helping clients build their brand and develop communication strategies for more than a quarter century.

"People use the deli for meals at holidays or for events like tailgating," says Hamann. "You need to convince them to come every day, and not just special occasions. You do that with pairings that make sense and are simple."

It takes imagination to concoct effective combinations, and this essential ingredient can come from the supplier, the retailer or a fruitful meeting of the minds.

"We do a lot of collaborative things," says Bob Sewall, executive vice president of sales and marketing at Blount Fine Foods in Fall River, MA. "We're doing a promotion with Raley's Family of Stores that is phenomenal. We produce sides in 12-ounce bowls. They have a deal where you buy a whole chicken, you get three sides bowls [for a single price of] $19.99. We were collaborative on that one, but Raley's took the lead. It creates a "meal deal." The kids can have mac and cheese with their chicken, mom can have a spinach and kale, and you also get a sweet potato dish."

Blount's Fine Foods has been rooted in seafood since the Blount family came to work the New England oyster beds after the Civil War. Today, the company has branched out to produce a full line of higher quality soups and side dishes.

## Offering Value, Participation

"You have to create value," says Sewall. "If you have fresh pasta and fresh sauce, that's a natural. There are combinations that include some locally grown or produced ingredients. Your real competition could be the restaurant in the parking lot. If you create value, it's an opportunity to bring the customer into your store."

The deli can win the meal deal wars both on quality and on providing the consumer with an opportunity to assemble the meal at home.

"Consumers often want the satisfaction of participating in the meal," says Mary Shepard, director of sales for retail and foodservice at Fortun Foods, Inc., in

Case 3:17-cv-00652-KDB-DSC   Document 45-6   Filed 10/29/18   Page 12 of 33

Kirkland, WA. "It is still important for that shopper to feel as if they are preparing a meal for the family, and not just grab and go from the deli. I think cross merchandising can be very effective if it is promoting 'a meal option' for that consumer. For example, retail fresh soup that can pair with a salad from the deli, or a finishing sauce that can pair with protein from the deli. Show how easy it is to make a gourmet meal by putting the two together."

Fortun Foods, named for founding chef Kevin Fortun, has been producing gourmet sauces, soups, chowders and chilis for more than 25 years.

"Fresh sauces that can change a whole meal are becoming a huge category," says Shepard. "Ingredients are especially important — not high in sodium, not full of sugar — but real restaurant quality."

A meal deal can provide the ingredients for lunch or breakfast just as easily as the more traditional deli dinner.

"A lot of retailers are doing a combo deal where you get soup and a sandwich," says Sewall. "If you have good coffee, you can have a deal that also includes steel cut oatmeal or cinnamon apples."

There also are intriguing combinations of deli products that make for a distinctive, appetizing snack.

"There are many possibilities for cross merchandising in the deli: meats and cheeses, produce and salad dressings, cheese and crackers, fruits and dips," says Jenni Bonsignore, marketing manager at Valley Lahvosh Baking, Fresno, CA. "Valley Lahvosh is a carrier cracker, so it's a natural fit for the cheeses, meats and vegetables found in the deli. Consumers can create interesting hors d'oeuvres with our smaller-sized crackers or use the larger sizes for a healthy crust option for pizzas."

Pretzel Crisps increased sales significantly after they were moved from the grocery section to a new home in deli.

"We have found that consumers are shopping more frequently around the perimeter of the store, seeking fresh and better-for-you options, which reinforces our deli section placement of Snack Factory Pretzel Crisps," says Bryan Dobson, senior director of marketing at The Snack Factory in Princeton, NJ. "With each new innovation, we identify which perimeter section best fits the product in both product style and related items. Most recently, we decided to place our new tortilla chips in the deli section where the product is organically complemented by other

deli items like hummus, fresh salsas and guacamole."

Decisions about placement and cross-merchandising opportunities within the deli are guided by information gleaned from customer purchase decisions.

"We make it a point to closely monitor consumer purchasing data to learn about other products that are typically bought in the same cart as Pretzel Crisps," says Dobson. "This insight occasionally leads us to potential partner products outside of the deli. Wine brands have historically been a

good partner for us — after all, what's better than wine, cheese and Pretzel Crisps?"

The Snack Factory is preparing to use this approach to find the natural partners for its newest product, tortilla chips.

"As the first new innovation under the Snack Factory umbrella beyond Pretzel Crisps, the introduction of tortilla chips now gives us an opportunity to cross merchandise with a new set of foods which we look forward to exploring in the coming days," says Dobson. "To start, we'll look to promote the product alongside fresh





Case 3:17-cv-00652-KDB-DSC   Document 45-6   Filed 10/29/18   Page 13 of 33

salsas made within the deli of individual accounts and then branch out from there."

## Cross Merchandising Storewide

Other suppliers also find natural snack companions in the deli department, and throughout the store.

"Our field team has great success with shelf-stable sliced meats, like pepperoni from Boar's Head and store brand products," says Eric Van De Wal, vice president of marketing at The Snack Factory. "The key is not to always couple and cross merchandise with just deli products. If we show the grocery and produce department that we are partners in the overall store, then we can merchandise our product storewide.

"Success happens when our sales people cross merchandise with what is on sale, like bottled water or kids' juice boxes," he says. "Cross merchandising our products at full margin with these sale items increases the overall profitability of the sales item because of the blended margin."

Sara and Warren Wilson began merchandising Pretzel Crisps under the Snack Factory label in 2004, after they sold their highly successful New York-style pita and bagel chips to RJR Nabisco.

Sometimes a cross-merchandising opportunity can be built on helping customers see entirely new ways of using familiar ingredients.

"There are deli salads that make good



depends on the supplier and how aggressive and innovative they are. If they have partners they work with that supply other items in the deli, they can offer a combination deal."

Some say this sort of imagination is part of the package deli retailers should expect from the people selling them products.

"The supplier should absolutely be giving the retailer ideas to cross merchandise and the benefits," says Shepard. "Some retailers are very savvy and know what a great marketing strategy this is for the

says Bonsignore. "Ultimately, it's in the supplier's best interest to show retailers and, in turn, consumers how to use their products."

Regardless of where they come from, clear and creative ideas add to the value of the products merchandised together.

"It is all about convenience and looking for fresh ideas," says Shepard. "Marketing meal ideas is brilliant. The majority of shoppers come in without an idea about what they will make for dinner; the time is usually right before dinner. Customers need quick, convenient meals with easy preparation. I think bundling the idea and pricing it together is again another advantage and convenience for the consumer. They want ideas and this helps them make a quick decision with perceived value."

Sometimes just the power of suggestion from arranging ingredients next to one another can increase sales — even without a special combination price. "We have found that just displaying the products together on a separate point of distribution is all that is needed," says Van De Wal. "Merchandising with a promotion helps; but we still move cases off promo."

That means information effectively communicated can move product even without a price break.

"Although promotional pricing never hurts, I think it's more important to let the shopper know what to do with the items you are featuring together," says Bonsignore. "That can be done with signage, photos, recipes and serving suggestions." **DB**

> ## "ALTHOUGH PROMOTIONAL PRICING NEVER HURTS, I THINK IT'S MORE IMPORTANT TO LET THE SHOPPER KNOW WHAT TO DO WITH THE ITEMS YOU ARE FEATURING TOGETHER."
> — JENNI BONSIGNORE, VALLEY LAHVOSH BAKING

toppings for sandwiches," says Hamann. "It comes down to being able to provide an idea to the customer. You can do that with recipe cards, or sampling."

Good ideas addressing which items to display together are invaluable, and they can originate with either the supplier or the retailer.

"It goes both ways," says Hamann. "It

impulse consumer. Keep them in your department or they will venture to the frozen meal aisle."

Developing collaboration on cross-merchandising programs is part of a good relationship with suppliers.

"Cross merchandising can start with either the retailer or the supplier, and probably works best when it's a partnership,"

Case 3:17-cv-00652-KDB-DSC Document 45-6 Filed 10/29/18 Page 14 of 33

marlo


# Snack Factory rolls out organic Pretzel Crisps

FEBRUARY 8, 2017 | BY **DAVID SALAZAR**



CHARLOTTE, N.C. — Snack Factory on Wednesday announced the launch of its Organic Original Pretzel Crisps. The USDA-certified organic variety is also Non-GMO Project-verified and will be available nationwide for a limited time.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, VP marketing and innovation at the Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

The new variety is launching in February.

- Home
- Editor's Letter
- Top-Shelf Advice
- Seven Must Have Products
- Calendar of Events



# FANCY FOOD NEWS byte

The Weekly eNewsletter from the publishers of Fancy Food & Culinary Products Magazine





"The Expo provides an inspiring venue for me to seize new business opportunities, industry insights, and innovations."

Suzy Cichb
TrueLemon (Alfieste Brands)



SPECIALTY SWEETS ♥ ● ❋ SNACKS MARKET

## Editor's Choice

### 2 Plus 2



Wednesday, February 25, 2015

Who said losing weight has to leave a bad taste in your mouth? The 2PLUS2 weight loss program has brought the concept of delicious and nutritious to exist in the world of health. The program was designed after the company was inspired by other successful weight loss programs. It has a hands-on team to help customers reach and maintain their target weight. Click here to read about this week's Editor's Choice.



NATURAL PRODUCTS EXPO WEST — where doing business just comes naturally | March 4–8, 2015 | Anaheim, CA — Early bird pricing ends January 30, 2015! | Register for Expo West

## The Bytes

- Chobani's Former Senior Vice President of Innovation Joins Mediterra's Advisory Board
- Torie & Howard's Organic Hard Candy Grows Internationally
- Choice Organic Teas Extends Further into Wellness
- Snack Factory's Addition to Pretzel Crisp Line Available Nationwide May/June
- Quinn Popcorn Introduces New Flavors with Ingredient Transparency at Expo West
- The December/January 2015 Digital Edition of Fancy Food & Culinary Products is Now Available



Nashville Wraps®
Gift & Gourmet Packaging
FREE catalog!

## Chobani's Former Senior Vice President of Innovation Joins Mediterra's Advisory Board

Mediterra, one of the first companies to introduce all-natural nutrition bars inspired by the Mediterranean Diet, announced that John Heath, the former senior vice president of Innovation at Chobani will join its corporate Advisory Board.



"It's a privilege to have John join our Advisory Board," says Telemaque Lavidas, founder of Mediterra. "As an accomplished innovator and marketing expert, John's expertise is highly coveted and he is a stellar addition to our team." Most recently Heath served as the senior vice president of Innovation at Chobani. He was among the first few executives hired early on, and in his time he helped grow the brand to number one in the category with more than one billion in sales.



## Torie & Howard's Organic Hard Candy Grows Internationally



Torie & Howard's organic, non-GMO and kosher hard candy continues to make inroads internationally with new placements in the Asia region. NTUC Warehouse Club in Singapore is carrying the Torie & Howard 6-ounce handbag gift package of assorted flavors. Park n Shop in Hong Kong is now carrying the organic hard candy in the 2-ounce recyclable steel tins, says Torie Burke, company co-founder. These expand Torie & Howard's global placements, which include South America and Europe in addition to the Asia-Pacific region.



Torie & Howard organic hard candy is USDA organic and kosher certified and contains no GMOs, preservatives or artificial dyes. Each candy is just 12 calories. Flavors include the newly introduced Meyer Lemon & Raspberry along with California Pomegranate and Sweet Freestone Nectarine, Italian Blood Orange & Wildflower Honey, D'Anjou Pear & Ceylon Cinnamon, and Pink Grapefruit & Tupelo Honey.

## Choice Organic Teas Extends Further into Wellness



Choice Organic Teas, leading purveyor of exclusively organic teas, is expanding its popular Wellness Tea line to include four new blends. With the overall growth of the tea category in natural retail markets up more than 9 percent (SPINS 2014) and medicinal teas the fastest growing subcategory (up 12 percent), the addition of the new Wellness Teas provides Choice Organic with an even greater foothold in the market.

The four new varieties include Expecting Baby, Beauty Detox, Body Stress Relief, and Hibiscus Heart. The teas were designed to support healthy bodily functions and enhance wellness, while maintaining the company's reputation for great tasting, affordable teas. These certified organic functional teas were specially formulated by a master herbalist and faculty member at Bastyr University. As with Choice Organic Teas' other products, all of the Wellness Teas are certified organic by QAI for USDA Organic certification.

## Snack Factory's Addition to Pretzel Crisp Line Available Nationwide May/June



Since 2004 Snack Factory Pretzel Crisps have reinvented the pretzel category, winning over the hearts and taste buds of snackers everywhere. Made with naturally nutritious and simple ingredients, snacks include zero trans fat, saturated fat or cholesterol. New for 2015 are the Gluten Free Original Minis, bite-sized versions of the popular snack, but minus the gluten. They offer wholesome goodness and a very simple ingredient list and are available in Original and Salted Caramel. These products are available now at all Safeway and Fairway locations, but are set to hit shelves nationally with store resets in May/June.

## Quinn Popcorn Introduces New Flavors with Ingredient Transparency at Expo West



Quinn Popcorn is leading the snack food category in an entirely new direction, launching two new farm-to-bag flavors at Expo West and introducing snackers to the concept of transparency. The "Farm-to-Bag" popcorn is the first and only snack with a transparent supply chain. The entire pre-popped line is Non-GMO Project Verified, gluten free, and every flavor is 39 calories per cup or less. When it comes to transparency, Quinn Popcorn believes that every customer has the right to know where their food comes from. Customers can enter the batch number printed on their bag online to see where each ingredient hails. For an example, head to their website and click on current batch.



For the California Olive Oil Farm to Bag Flavor, they partnered with California Olive Ranch to make a simple, light, and delicious new popcorn. Just 3 healthy ingredients: popcorn, sea salt, and delicious California-grown and milled extra virgin olive oil. The second new flavor, Coconut Oil, uses organic extra virgin coconut oil for just a hint of coconut flavor. It's delicious, but it's also a healthy oil combined with whole grain, antioxidant rich, popcorn.

## The December/January 2015 Digital Edition of Fancy Food & Culinary Products is Now Available

Don't miss the latest digital edition of Fancy Food & Culinary Products:

**NOW VIEWABLE ON all devices...**

To start reading, please click HERE.

Did you miss an issue? Catch back up with our digital archives of Fancy Food & Culinary Products digital.



## Media Kit

Deliver your message to the industry's most qualified buyers. Contact your *Fancy Food* representative to reserve advertising space for 2015. Click here or the image below to view the 2015 Media Kit.



## Market Calendar

**March**

- **5-7,** Natural Products Expo West, Anaheim, CA , expowest.com
- **7-10,** International Home + Housewares Show, Chicago, IL, housewares.org
- **8-10,** International Restaurant and Foodservice Show of New York, New York, NY, internationalrestaurantny.com
- **25-28,** Dallas Spring Total Home & Gift Market. Dallas, TX, dallasmarketcenter.com

**April**

- **18-20,** Gift, Gourmet & Souvenir Show, Petoskey, MI, petoskeygiftshow.com

**May**

- **19-21,** Sweets and Snacks Expo, Chicago, IL, sweetsandsnacks.com

## Coming Next

**Coming in March 2015**

- Gourmet Gift Guide
- Condiments
- Dips
- Spices
- Cooking Sauces

Want more News, Trends & Products? Subscribe to *Giftware News*, *Gift, Gourmet & Decor Plus*, *Baby & Kids*, magazines.



Published by von Rabenau Media Corporation.

Copyright © 1998-2015 Talcott Communications Corporation. All Rights Reserved.



# FANCY FOOD
## & CULINARY PRODUCTS

AN ONLINE COMMUNITY FOR GOURMET AND SPECIALTY FOOD RETAILERS.

Welcome to *Fancy Food & Culinary Products'* blog, your place to read reviews of the great fancy and gourmet products we find in the marketplace.

WEDNESDAY, MAY 27, 2015

### Editor's Pick: Snack Factory

Snack Factory's Pretzel Crisps have been around since 2004, and the company is well known for its originality in the first pretzel-shaped cracker. This gluten free snack is nutritious and contains no trans fat, saturated fat, or cholesterol. It's a healthier alternative and I love the flavor combinations. This cracker can be used with almost anything imaginable to create an enjoyable snack.



Different flavors are offered and each of the flavors go well with different things. The original is delicious alone and it goes well with just about anything. I prefer it with dips like guacamole because the taste of the dip is superior and salted cracker just adds a little more flavor. The Sriracha and Lime is one of the company's new flavors. It works really well with any type of chunky salsa. The flavor of the actual cracker compliments a mild salsa really well. The last flavor that I had the pleasure of trying is the Salted Caramel. I like the salted caramel dipped in chocolate; the salty/sweet combination is tremendously popular. This is a fun convenient snack I am able to pull out when unexpected company comes over.

marlo

# FOODBUSINESSNEWS.

## Slideshow: New products from Frito-Lay, Coca-Cola, Snyder's-Lance

2/27/2015 - by Monica Watrous



Slideshow: What's new in food

KANSAS CITY — Sriracha has never been hotter.

The trendy sauce flavor is featured in a number of new snacks and condiments from top brands.

Set to heat up the hummus category is a new limited-batch sriracha variety from Tribe Hummus. The product combines creamy hummus with the trendy chili-pepper based sauce, topped with red pepper flakes. The new flavor spans day parts, kicking up eggs at breakfast, sandwiches and salads at lunch, and veggies and crackers at snack time, according to the company. Previously, Tribe has introduced lemon rosemary focaccia, harvest carrot and ginger, and cucumber tzatziki hummus varieties.

"Non-traditional hummus flavors represented nearly half of total hummus sales in 2014," said Adam Carr, chief executive officer of Tribe. "We can only imagine sales of non-traditional flavors will continue to increase as hummus lovers look for new and exciting variations of something they already love."

New from the Snack Factory Pretzel Crisps line of pretzel-shaped crackers is a sriracha and lime variety, featuring a zesty kick with a cool hint of lime. Each serving contains 110 calories and 1.5 grams of fat.

And the latest launch from H.J. Heinz Co. is Heinz Ketchup Blended with Sriracha Flavor, featuring spicy chili pepper and garlic notes.

Sriracha has not cooled on restaurant menus, either. Taco Bell this week introduced the Sriracha Quesarito for a limited time. The quesadilla-burrito hybrid includes two layers of creamy sriracha sauce, plus beef, Latin rice and reduced-fat sour cream.

## What's new in food

Next >>



### Pretzel Crisps

From Snack Factory Pretzel Crisps, a business unit of Snyder's-Lance, comes a new sriracha and lime variety. The new flavor combines the zesty hot sauce with a cool hint of lime in a pretzel-shaped cracker. Each serving contains 110 calories and 1.5 grams of fat. Other varieties in the Pretzel Crisps line include jalapeño jack, chipotle cheddar, garlic Parmesan and buffalo wing.

**FOOD BUSINESS NEWS**

Date:            Tuesday, March 10, 2015
Location:        KANSAS CITY, MO
Circulation (DMA): 19,435 (N/A)
Type (Frequency): Magazine (26Y)
Page:            58
Section:         Main
Keyword:         Pretzel Crisps

# Pretzel Crisps expand with sriracha lime flavor



PRINCETON, N.J. — From Snack Factory Pretzel Crisps, a business unit of Snyder's-Lance, comes a new sriracha and lime variety. The new flavor combines the zesty hot sauce with a cool hint of lime in a pretzel-shaped cracker. Each serving contains 110 calories and 1.5 grams of fat.

Other varieties in the Pretzel Crisps line include jalapeño jack, chipotle cheddar, garlic Parmesan and buffalo wing.

The product is available at select retailers and will roll out nationally beginning in May for a suggested retail price of $2.99 to $4.49. FBN

# FOODBUSINESSNEWS.




## Snyder's-Lance

Snyder's-Lance's Snack Factory Pretzel Crisps has taken its gluten-free pretzel offerings to the next level with new Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis. Both varieties, dipped in dark chocolate flavor or vanilla yogurt flavor, offer 130 calories per 1-oz serving. Each bag contains 5.5 oz.

**FOOD BUSINESS NEWS**

| | |
|---|---|
| Date: | Tuesday, July 14, 2015 |
| Location: | KANSAS CITY, MO |
| Circulation (DMA): | 19,435 (N/A) |
| Type (Frequency): | Magazine (26Y) |
| Page: | 51 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

## Gluten-free pretzels meet decadent coatings

CHARLOTTE, N.C. — Snyder's-Lance's Snack Factory Pretzel Crisps has taken its gluten-free pretzel offerings to the next level with new Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis. Both varieties, dipped in dark chocolate flavor or vanilla yogurt flavor, contain 130 calories per 1-oz serving. Each bag contains 5.5 oz. FBN



**FOOD BUSINESS NEWS**

Date: Tuesday, July 24, 2018
Location: KANSAS CITY, MO
Circulation (DMA): 20.636 (N/A)
Type (Frequency): Magazine (26Y)
Page: 42
Section: Main
Keyword: Pretzel Crisps

# Quaker Oats launches line of convenient morning meals





CHICAGO — PepsiCo, Inc.'s Quaker Oats brand is launching a new line of Morning Go-Kits, featuring Quaker breakfast flats paired with Greek yogurt and trail mix.

The cranberry almond Breakfast Flats variety comes with a berry almond trail mix and strawberry Greek nonfat yogurt. The kit contains 16 grams of protein, 18 grams of whole grains and 400 calories.

The banana honey nut Breakfast Flats kit includes raisin, nut and seed trail mix, and vanilla Greek nonfat yogurt. The container provides 18 grams of protein, 18 grams of whole grains and 410 calories.

The blueberry nut Breakfast Flats kit contains walnut peach apple trail mix and blueberry Greek nonfat yogurt. The kit contains 15 grams of protein, 18 grams of whole grains and 420 calories. FBN

## Carrot cake adds to Sunbelt chewy granola bars




CHATTANOOGA, TENN. — Sunbelt Bakery, a subsidiary of McKee Foods, is adding a carrot cake variety to its chewy granola bar line. The new flavor is made with carrots, whole grains, cinnamon, nutmeg and other spices. Each bar contains 130 calories. FBN

## Annie's introduces gluten-free cheddar snack crackers



BERKELEY, CALIF. — General Mills, Inc.'s Annie's brand is introducing Gluten-Free Cheddar Bunny Tails. The baked snack crackers are made with cheddar cheese and are certified gluten-free. FBN

## Pretzel Crisps debuts duo of new flavors



CAMDEN, N.J. — The Campbell Soup Co.'s Snack Factory Pretzel Crisps brand is debuting a duo of new varieties: cinnamon sugar and sourdough. The baked pretzel crackers contain 100 calories per serving, and the sourdough variety is Non-GMO Project verified. FBN

## Eggos updates waffles with chocolate variety

BATTLE CREEK, MICH. — The Kellogg Co. has updated its line of Thick & Fluffy Belgium-Style Waffles and added a new variety. The new Double Chocolatey flavor features a chocolate waffle made with cocoa and embedded with chocolate chips. Each waffle contains 160 calories. FBN



© 2018 FOOD BUSINESS NEWS
All Rights Reserved.

Account: 32892 (27485)
-Q80

For reprints or rights, please contact the publisher

Case 3:17-cv-00652-KDB-DSC   Document 45-6   Filed 10/29/18   Page 26 of 33



# Snack Factory introduces USDA-certified organic Pretzel Crisps

Ⓜ Published 08 February 2017

Snack Factory Pretzel Crisps, the world's first – and the original – flat-baked pretzel cracker, announces the launch of its newest variety, Organic Original Pretzel Crisps.

As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, Vice President of Marketing and Innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have the same great taste and crunch that fans have grown to love for more than a decade. At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The new variety can be found in the deli section at local grocery stores nationwide starting February 2017.



# Two new flavors at Pretzel Crisps

**By Elaine Watson** ☐
19-Jun-2018 - Last updated on 19-Jun-2018 at 00:26 GMT

    



Snack Factory is adding two new flavors to its Pretzel Crisps line: Sourdough and Cinnamon Sugar.



**GRIFFIN REPORT OF THE NORTHEAST**

| | |
|---|---|
| Date: | Friday, May 01, 2015 |
| Location: | GAINESVILLE, GA |
| Circulation (DMA): | 38,120 (N/A) |
| Type (Frequency): | Magazine (M) |
| Page: | 66 |
| Section: | Main |
| Keyword: | Pretzel Crisps |



### Snack Factory

Snack Factory has added new flavors to its Pretzel Crisps line: Gluten Free Original Minis, Gluten Free Salted Caramel Minis and Sriracha & Lime.

The new Original Minis are bite-sized versions of popular Snack Factory Pretzel Crisps, minus the gluten, with 110 calories per serving. The Salted Caramel Minis combine the crunch of Pretzel Crisps with the flavor of creamy caramel for a sweet and salty flavor; 120 calories per serving.

The Sriracha & Lime Pretzel Crisps combine the spice of sriracha with the refreshing taste of lime; the 7.2-oz. bags are sold in deli sections at retailers nationwide. Each 10-crisp serving has 110 calories.

marlo



# A slice of Dairy-Deli-Bake

Posted on May 1, 2014 by Elizabeth Louise Hatt

  

**The IDDBA's annual Dairy-Deli-Bake Conference rises to the top in the Mile-High City.**



Historically, Denver has more of an association with cattle trade and the beef industry than it does cheese and cupcakes, but for three days this spring it will serve as home for all that the bakery, dairy case and deli counter have to offer. That is because the International Dairy Deli Bakery Association (IDDBA) will be hosting its annual seminar and expo, 2014 Dairy-Deli-Bake, in the Mile-High City from June 1-3.

The growth in consumer desire for fresh foods—flavors and concepts—is not letting up. More retailers are investing in redesigning and expanding their fresh departments and in-store foodservice to meet the demand, sharing all that manufacturers have to offer. The show will be overflowing with industry-changing innovations and products. Manufacturers and bakers, dairy farmers and cheesemongers, marketers and distributors— everyone will be putting their best foot forward. Here is a sampling of what will be featured at the show.

### Snack Factory Pretzel Crisps Booth #3558
*www.pretzelcrisps.com*
Snack Factory Pretzel Crisps has added two flavors—Honey Mustard and Onion; and Sea Salt and Cracked Pepper, to its Deli Style line of Pretzel Crisps. Company officials describe the options as versatile and perfect for dipping, topping and pairing. The second introduction is a bite-size version of two flavors, Snack Factory Pretzel Crisps Original and Cheddar Minis. Made with high-quality, all-natural ingredients, Snack Factory Pretzel Crisps are 110 calories per serving and contain no saturated fat, trans fat, cholesterol, preservatives, artificial flavors or colors, say officials.





# Snack Factory Launches USDA-Certified Organic Pretzel Crisps

**BY REBEKAH MARCARELLI**



Published: 10:31 AM February 9, 2017



Snack Factory Pretzel Crisps launched its newest variety, Organic Original Pretzel Crisps. As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," says Eric Van De Wal, vice president of marketing and innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors.


# New Snyders Mini Gluten Free Pretzel Crisps

## New Product Showcase by Eda Kram



Snyder's-Lance's Snack Factory Pretzel Crisps has taken its gluten-free pretzel offerings to the next level with new Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis. Both varieties, dipped in dark chocolate flavor or vanilla yogurt flavor, offer 130 calories per 1-oz serving. Each bag contains 5.5 oz. The Snack Factory is kosher certified under the Orthodox Union (OU). For more information visit: www.pretzelcrisps.com.

This entry was posted in Featured, New Products, Newsletters. Bookmark the permalink.


## 🄟🅁 **Snack Factory Introduces USDA-Certified Organic Pretzel Crisps**

by Snyder's-Lance, Inc.
Posted: Wednesday, February 8, 2017 at 4:03PM EST



CHARLOTTE, N.C.-- Snack Factory® Pretzel Crisps®, the world's first – and the original – flat-baked pretzel cracker, today announces the launch of its newest variety, Organic Original Pretzel Crisps. As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, Vice President of Marketing and Innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have the same great taste and crunch that fans have grown to love for more than a decade. At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The new variety can be found in the deli section at local grocery stores nationwide starting February 2017. For more information about the entire Pretzel Crisps range, please visit: pretzelcrisps.com.

ABOUT SNACK FACTORY® PRETZEL CRISPS®:

Since 2004, Snack Factory® Pretzel Crisps® have reinvented the pretzel category, winning over the hearts and taste buds of snackers everywhere as the world's first – and the original – pretzel-shaped cracker. Snack Factory Pretzel Crisps are made with nutritious and simple ingredients, without any trans fat, saturated fat or cholesterol. With dozens of delicious and savory flavors to choose from, it's no wonder Snack Factory Pretzel Crisps are the go-to snack for dipping, topping, pairing and sharing!

ABOUT SNYDER'S-LANCE, INC.

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Iowa, Wisconsin, and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® Pretzel Crisps®, Pop Secret®, Emerald®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com.