# EXHIBIT 4

Part 3

Viewpoint: Trend
Tracking, Topics **PAGE 9**

Retail New Product
Trends by Category **PAGE 11**

NutraSolutions: Diet
Food, Drink Formulating **PAGE 68**

R&D Seminars: Pulse
Ingredient Benefits **PAGE 76**

# Prepared Foods

MARCH **2017**
**VOLUME 186, ISSUE 3**

## 2017 RETAIL NEW PRODUCTS ANNUAL **PAGE 13**



# See a Need. Fill a Need.

Snacks, sweets tout flavor, health in bold new applications.



New processed snacks doubled in 2016 with an influx of chips based on vegetables, lentils, beans and greens.

CONFECTIONS AND SNACKS compete for the same share-of-stomach, but are considered separate categories. 2016 saw the lines between the two areas blur as confection innovation picked up taste, texture, and ingredient cues from snacks.

The term "snackfection" described Hershey's Snack Bites, Reese's Snack Mix, and Payday Snack Bites – a trio of launches at the "intersection of snacking and confection." The trio blended candy ingredients with pretzels, nuts, peanuts, and almonds to capitalize on "sweet snacking" opportunities.

Chocolate-drenched fruits and nuts also went after sweet snacking. Leading by example were Dove Chocolate Coated Fruit & Nut Snack, with blueberry juice infused cranberries in dark chocolate; and Brookside Crunchy Clusters with berry flavors and almonds. Pichuberry Organic Pichuberries Covered in Dark Chocolate brought an up-and-coming South American superfruit to sweet snackers; the pichuberry is rich in naturally occurring antioxidants.

"Better for you" inclusions such as fruits and nuts can help reduce guilt. Thirty-eight of American consumers agree that they would feel less guilty consuming unhealthy foods or drinks if they contained a healthy ingredient, says a 2015 survey by GlobalData (formerly Canadean).

The "snackfection" trend piqued the interest of candy bar makers. Mars Chocolate's Snickers Crisper candy bar used crisp rice and peanuts to add crunch with fewer calories; Crisper

was the first Snickers bar to check in at less than 200 calories. Mars says the "crispy crunchy" segment of the chocolate market grew at better than a 9% rate from 2011 to 2013, twice the rate of chocolate overall, citing Nielsen data.

Hershey added crunchy taste to its Reese's brand with Reese's Stuffed with (Reese's) Pieces Peanut Butter Cups in 2016, taking the product from concept to consumer in about eight months—lightning fast for a new product.

Nestlé was bullish on crunchy inclusions and iconic health ingredients, bringing its Damak brand to the US. This "treasured Turkish premium chocolate brand" uses pistachios from the Gaziantep region of Turkey, said to be the best place in the world for high-quality pistachios. The launch also reflected the growing attraction

## KEY POINTS

1. "Better for you" inclusions such as fruits and nuts can help reduce guilt. Thirty-eight of American consumers agree that they would feel less guilty consuming unhealthy foods or drinks if they contained a healthy ingredient, says a 2015 survey by GlobalData (formerly Canadean).

2. New processed snacks doubled in 2016 with an influx of chips based on vegetables, lentils, beans and greens.

3. Meat snacks went artisan, ethnic, and clean label in 2016, to help extend the category's win streak. Per GlobalData, meat snacks are the fastest-growing snack category, expected to grow at a 10.5% compound annual growth rate for the period from 2015 to 2020.



**Where confections meet snacks. Hershey's creates "snackfection" line.**

of premium chocolate, a sector growing by double-digits for several years now, according to Nestlé.

Premium chocolate growth is opening the door to new brands. Wild Ophelia Peanut Butter Cups hit store shelves in novel flavors such as Caramelized Bananas and Smoked Salt. The brand aimed to "bring unconventional American inspired chocolate creations mainstream and revolutionize the local chocolate aisle." Also making waves in premium chocolate was Chuao Chocolatier's Lovely by Chuao Chocolatier Organic Dark Chocolate Bar. Aimed at women, floral flavors like Coconut Hibiscus and Raspberry Rose stood out.

Even mass-market chocolate and candy brands moved upscale. Hershey's Kisses Deluxe (twice the size of regular Kisses) went from seasonal gift offering to everyday packaging. Kraft Heinz unveiled premium soft caramels under the Kraft Candy Kitchen brand in flavors like Sea Salt.

Flavor innovation in chocolate took cues from coffee, desserts, and seasonal favorites in 2016. Eight O'Clock Coffee Thins and Krispy Kreme Doughnuts Coffee Thins each introduced the concept of "edible coffee treats." Chocolate bar-like in appearance, both are made with real coffee beans and marketed as a new way to enjoy a boost of caffeine. The hybrid product gained shelf space in the coffee section of supermarkets, which is new real estate for a "chocolate" bar.

Mars Chocolate's M&M's brand took flavor cues from all three areas in 2016 with White Strawberry Shortcake, Hot Chocolate, and Coffee Nut flavors. The latter beat out Chili Nut and Honey Nut flavors as part of a 75th anniversary "Vote!" campaign where more than 1 million votes were cast for a new peanut-flavored M&M's addition. Hershey also added new flavors to its Kisses brand with Carrot Cake and Birthday Cake, the latter an especially hot flavor in 2016.

Outside of chocolate, innovation in fruit snacks, jelly beans, and gummy candies picked up. Jelly Belly launched Organic Jelly Beans in a 10-flavor assorted mix; the beans had a pectin center versus the usual cornstarch. Jelly Belly also added Organic Fruit Flavored Snacks, made with real fruit juices and purees. Ferrara Candy's Black Forest brand added Organic Gummy Candy in Worms and Bears shapes. Ferrara said the launch was "America's first nationally available certified USDA organic gummy."

# THE HOME OF VANILLIN

## Borregaard's Vanillin House hosts the full range of Vanillin:

• Vanillin from Wood • Vanillin and Ethyl Vanillin
• Standard Vanillin Flavours • Vanillin Creations
• Customized Vanillin Flavours

Borregaard is the only producer of Vanillin from wood: the sustainable Vanillin, made from natural, renewable raw material.

**www.vanillin.com**



## EXPERT RANGE

### EuroVanillin
# CHOCOLATE

A vanillin flavour, designed for products that contain chocolate.



### EuroVanillin
# DAIRY

A Vanillin flavour, designed for the World of Milk and Ice-Cream.



### EuroVanillin
# BAKERY

A Vanillin flavour, developed for use in sweet bakery products like biscuits, cakes and wafers.



### EuroVanillin
# PLUS

The EuroVanillin Plus line is Borregaard's range of Vanillin Flavours based on EuroVanillin Supreme.



www.borregaard.com





Oberto says jerky has about 15% household penetration in the US, well under the 50% household penetration for trail mix. Combining the two could broaden the audience for jerky while making trail mix higher in protein.

Wrigley extended its Starburst brand into gummies via Gummies Fruit Chews in Original and Sours flavors. Jelly Belly added a fourth edition to its BeanBoozled Dare to Compare Flavored Jelly Beans lineup with two new "nasty" jelly bean flavors – Spoiled Milk and Dead Fish—mixed among several others. The BeanBoozled Challenge is responsible for at least two YouTube videos with more than 20 million views each.

Intensive flavors and new packaging were highlights for mints. Dentyne Ice Sub Zero Avalanche Mint was flecked with cooling crystals for an intense cooling sensation. New England Confectionery's Sweetheart Mints came packed in a metal tin with a mirror inside, enabling a quick appearance check while freshening the breath. NECCO says that 80% of mint sales are to women, the intended audience.

Chewing gum innovation also included seasonal and dessert flavor highlights. Wrigley added a Hot Cocoa flavor to its Hubba Bubba Bubble Gum while Project 7 let consumers Build a Flavor with S'Mores and Key Lime Pie chewing gum flavors. These flavors can be enjoyed alone or mixed to create a third flavor, a new way to customize the chewing gum experience.

Marshmallow candies could emerge as a promising new niche in 2017. Sonoma Brands launched Smashmallow Marshmallows in 2016, the first "snacking" marshmallow with 70 to 90 calories per serving. Sold in seven flavors including Mint Chocolate Chip and Espresso Bean, Smashmallow positions marshmallows as an everyday snack.

Snack innovation was a free-for-all in 2016 as the "everything is a snack" concept gained traction with help from Millennials. A 2016 survey of Americans aged 20-29 by the Private Label Manufacturer's Association found 49.6% agreeing they had "no set schedule or times for meals." The same study found that while 58.2% of Millennials preferred traditional salty snacks for snacking, one-third or more also favored fresh fruit, raw vegetables, cookies, candy, donuts, cheese, yogurt, or cottage cheese – indicating that almost anything can be a "snack."

New processed snacks doubled in 2016 with an influx of chips based on vegetables, lentils, beans and greens. Forager Project covered all three with Organic Vegetable Chips, the Vegetable variety using ingredients left over from the making the company's cold pressed juices. Saffron Road's BeanStalks puffed snack used green peas, cannellini and pinto beans to deliver 4g of plant protein per serving.

Plant-based snacks drew interest from well-known brands in 2016. Frito-Lay launched Simply Tostitos Black Bean Chips along with SunChips Veggie Harvest Veggie & Whole Grain snacks. Both were part of a new push toward premium snacks by Frito-Lay, a sector the company says is growing four times faster than the rest of its snack portfolio. Kettle Foods rooted around with Kettle Uprooted Real Vegetable Chips in varieties made with sweet potatoes, beets, and parsnips.

Other lesser known vegetables greeted snackers including jicama and lupini beans. Known as the "Mexican potato," jicama is a fiber- and potassium-rich root vegetable with an apple/potato taste, but with half the calories or carbohydrates of a potato. JicaChips Ancient Root Vegetable Chips extended jicama into chips. Lupini beans look like oversize lima beans and are common in Latin America and Italy, but unknown in the US. That could change with Brami Snacking Lupini Beans – a shelf-stable snack rich in protein and fiber yet low in fat – in flavors like Sea Salt and Chili Lime.

Chickpeas are rising in plant-based snacks. Chic-a-Peas Baked Crunchy Chickpeas landed alongside nuts and seeds in stores as a high fiber and protein snack. Chickpeas also powered Hippeas Organic Chickpeas Puffs, a high fiber and protein puffed snack nutritionally superior to the usual puffed snack.

Another new snack ingredient to consider in 2016 was insect protein. Chirps Cricket Chips used cricket flour as an ingredient (along with corn, navy beans, and pea flour) for a chip with

Case 3:17-cv-00652-KDB-DSC   Document 45-7   Filed 10/29/18   Page 5 of 35



**Mini Goes Big. Miniature popcorn with on-trend artisan flavor appeal.**

four grams of protein per serving. Chiridos Air-Puffed Chips also used cricket flour for a gluten-free chip with 5g of protein per serving.

Potato chip launches dipped in 2016, but new flavors like Sriracha proliferated. Neal Brothers added a Spicy Srirachup Kettle Chips flavor that blended ketchup with Sriracha to manage the heat level. Frito-Lay had "limited time only global flavors" for Lay's including Brazilian Picanha (steak & chimichurri sauce) and Indian Tikka Masala. A "Passport to Flavor" marketing program offering "miles" and "passport stamps" supported the debut. Wise Foods went local with its Food Truck Favorites Potato Chips based on food truck recipes. The Beef Barbacoa Tacos flavor was inspired by Boston's North East of the Border food truck. Gourmet cheese inspired Cape Cod's Limited Batch Smoked Gouda Kettle Cooked Potato Chips.

Some potato chips went the healthy route. Vegan Rob's Kettle Chips went vegan in flavors like Spinach & Matcha. This brand also launched Turmeric Chips "supergrain" crispy pumpkin-flavored chips with algal flour as an ingredient. Popchip added a Potato Ridges Popped Chip Snack with "72% less fat and 55% less calories than the leading ridged chip brand." Pirate

Brands' showed that fruit chips and potato chips could co-exist with Fruit & Potatarr Crisps, with potato chips and banana chips in the same bag.

Meat snacks went artisan, ethnic, and clean label in 2016, to help extend the category's win streak. Per GlobalData, meat snacks are the fastest-growing snack category, expected to grow at a 10.5% compound annual growth rate for the period from 2015 to 2020.

Meat District Jerky Co. offered Tri Tip Beef Jerky – a premium cut of meat – in flavors like IPA Peppercorn. Little Red Dog Bak Kwa had a moist jerky recipe popular with street food vendors in Singapore and Malaysia that roast jerky over charcoal, offering it in in flavors like Lemongrass Ginger. Jack Link's went clean label with Lorissa's Kitchen in flavors like Premium Steak Strips made with 100% grass-fed beef.

Meat snacks popped up in trail mixes in 2016 with Oberto Trail Mix blending beef jerky with pecans, walnuts, pumpkin and sunflower seeds, dried cranberries, golden raisins and chocolate chunks. Oberto says jerky has about 15% household penetration in the US, well under the 50% household penetration for trail mix. Combining the two could broaden the audience for jerky while making trail mix higher in pro-

tein. Trail mix also went in the opposite direction, with Ginger's Healthy Habits Veggie Trail Mix from raw vegetables (tomatoes, zucchini), nuts and seeds.

Popcorn and pork rinds went artisanal in 2016, while pretzels added heat and meat. Little Kernel Mini Popcorn moved hulless, miniature popcorn kernels into ready-to-eat popcorn in flavors like Truffle Sea Salt. Meanwhile, Pork Clouds Fried Pork Skins encouraged its consumers to pair the snack with a craft brew, offering flavors like Rosemary & Sea Salt. Elsewhere, Snack Factory's Pretzel Crisps debuted in a Bacon Habanero flavor. The company said that bacon flavored snack sales are up six-fold since 2010.

Sodium has long been an issue for snacks. ConAgra Foods addressed the issue with David Simply Seeds Jumbo Roasted Sunflower Seeds. The Lightly Salted flavor had 80% less sodium than regular sunflower seeds.

Looking ahead, snack makers will want to pay attention to innovators from unexpected places. PRO2snax Produce & Protein Snack offered a "healthy protein" refrigerated snack combining cheese, nuts, fruits, and pretzels in sectioned plastic trays. The manufacturer, Reichel Foods, says that fresh fruit is the fastest-growing snack in the US and that half of consumers are trying to consume more protein.

New snack ideas are also rising from center-store categories. Hormel Foods added Skippy P.B. Bites in 2016, a puffed snack with a non-sticky peanut butter coating promoted as a healthful way to satisfy after school hunger. ■

*Tom Vierhile is Innovation Insights Director for GlobalData (formerly Canadean), and is focused on new products, brands and intelligence in new consumer packaged goods. Follow him on Twitter at @TomVierhile*

Case 3:17-cv-00652-KDB-DSC   Document 45-7   Filed 10/29/18   Page 6 of 35

marlo



*February 10, 2017*

Product of the Day    Snacks & Appetizers

## Organic Original Pretzel Crisps

Snack Factory® Pretzel Crisps introduce Non-GMO Project verified snack crisps



Snack Factory® Pretzel Crisps® announced the launch of Organic Original Pretzel Crisps. As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, Vice President of Marketing and Innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have the same taste and crunch that fans have grown accustomed to for more than a decade. At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors.



Retail Product Trends Annual | Confections & Snacks

## 2017 Snack Trends: See a Need. Fill a Need.

Snacks, sweets tout flavor, health in bold new applications

*March 14, 2017*

*Tom Vierhile*

Confections and snacks compete for the same share-of-stomach, but are considered separate categories. 2016 saw the lines between the two areas blur as confection innovation picked up taste, texture, and ingredient cues from snacks.

The term "snackfection" described Hershey's Snack Bites, Reese's Snack Mix, and Payday Snack Bites – a trio of launches at the "intersection of snacking and confection." The trio blended candy ingredients with pretzels, nuts, peanuts, and almonds to capitalize on "sweet snacking" opportunities.

Chocolate-drenched fruits and nuts also went after sweet snacking. Leading by example were Dove Chocolate Coated Fruit & Nut Snack, with blueberry juice infused cranberries in dark chocolate; and Brookside Crunchy Clusters with berry flavors and almonds. Pichuberry Organic Pichuberries Covered in Dark Chocolate brought an up-and-coming South American superfruit to sweet snackers; the pichuberry is rich in naturally occurring antioxidants.

"Better for you" inclusions such as fruits and nuts can help reduce guilt. Thirty-eight of American consumers agree that they would feel less guilty consuming unhealthy foods or drinks if they contained a healthy ingredient, says a 2015 survey by GlobalData (formerly Canadean).

The "snackfection" trend piqued the interest of candy bar makers. Mars Chocolate's Snickers Crisper candy bar used crisp rice and peanuts to add crunch with fewer calories; Crisper was the first Snickers bar to check in at less than 200 calories. Mars says the "crispy crunchy" segment of the chocolate market grew at better than a 9% rate from 2011 to 2013, twice the rate of chocolate overall, citing Nielsen data.

Hershey added crunchy taste to its Reese's brand with Reese's Stuffed with (Reese's) Pieces Peanut Butter Cups in 2016, taking the product from concept to consumer in about eight months—lightning fast for a new product.

Nestlé was bullish on crunchy inclusions and iconic health ingredients, bringing its Damak brand to the US. This "treasured Turkish premium chocolate brand" uses pistachios from the Gaziantep region of Turkey, said to be the best place in the world for high-quality pistachios. The

launch also reflected the growing attraction of premium chocolate, a sector growing by double-digits for several years now, according to Nestlé.

Premium chocolate growth is opening the door to new brands. Wild Ophelia Peanut Butter Cups hit store shelves in novel flavors such as Caramelized Bananas and Smoked Salt. The brand aimed to "bring unconventional American inspired chocolate creations mainstream and revolutionize the local chocolate aisle." Also making waves in premium chocolate was Chuao Chocolatier's Lovely by Chuao Chocolatier Organic Dark Chocolate Bar. Aimed at women, floral flavors like Coconut Hibiscus and Raspberry Rose stood out.

Even mass-market chocolate and candy brands moved upscale. Hershey's Kisses Deluxe (twice the size of regular Kisses) went from seasonal gift offering to everyday packaging. Kraft Heinz unveiled premium soft caramels under the Kraft Candy Kitchen brand in flavors like Sea Salt.

Flavor innovation in chocolate took cues from coffee, desserts, and seasonal favorites in 2016. Eight O'Clock Coffee Thins and Krispy Kreme Doughnuts Coffee Thins each introduced the concept of "edible coffee treats." Chocolate bar-like in appearance, both are made with real coffee beans and marketed as a new way to enjoy a boost of caffeine. The hybrid product gained shelf space in the coffee section of supermarkets, which is new real estate for a "chocolate" bar.

Mars Chocolate's M&M's brand took flavor cues from all three areas in 2016 with White Strawberry Shortcake, Hot Chocolate, and Coffee Nut flavors. The latter beat out Chili Nut and Honey Nut flavors as part of a 75th anniversary "Vote!" campaign where more than 1 million votes were cast for a new peanut-flavored M&M's addition. Hershey also added new flavors to its Kisses brand with Carrot Cake and Birthday Cake, the latter an especially hot flavor in 2016.

Outside of chocolate, innovation in fruit snacks, jelly beans, and gummy candies picked up. Jelly Belly launched Organic Jelly Beans in a 10-flavor assorted mix; the beans had a pectin center versus the usual cornstarch. Jelly Belly also added Organic Fruit Flavored Snacks, made with real fruit juices and purees. Ferrara Candy's Black Forest brand added Organic Gummy Candy in Worms and Bears shapes. Ferrara said the launch was "America's first nationally available certified USDA organic gummy."

Wrigley extended its Starburst brand into gummies via Gummies Fruit Chews in Original and Sours flavors. Jelly Belly added a fourth edition to its BeanBoozled Dare to Compare Flavored Jelly Beans lineup with two new "nasty" jelly bean flavors – Spoiled Milk and Dead Fish—mixed among several others. The BeanBoozled Challenge is responsible for at least two YouTube videos with more than 20 million views each.

Intensive flavors and new packaging were highlights for mints. Dentyne Ice Sub Zero Avalanche Mint was flecked with cooling crystals for an intense cooling sensation. New England Confectionery's Sweetheart Mints came packed in a metal tin with a mirror inside, enabling a quick appearance check while freshening the breath. NECCO says that 80% of mint sales are to women, the intended audience.

Chewing gum innovation also included seasonal and dessert flavor highlights. Wrigley added a Hot Cocoa flavor to its Hubba Bubba Bubble Gum while Project 7 let consumers Build a Flavor with S'Mores and Key Lime Pie chewing gum flavors. These flavors can be enjoyed alone or mixed to create a third flavor, a new way to customize the chewing gum experience.

Marshmallow candies could emerge as a promising new niche in 2017. Sonoma Brands launched Smashmallow Marshmallows in 2016, the first "snacking" marshmallow with 70 to 90 calories per serving. Sold in seven flavors including Mint Chocolate Chip and Espresso Bean, Smashmallow positions marshmallows as an everyday snack.

Snack innovation was a free-for-all in 2016 as the "everything is a snack" concept gained traction with help from Millennials. A 2016 survey of Americans aged 20-29 by the Private Label Manufacturer's Association found 49.6% agreeing they had "no set schedule or times for meals." The same study found that while 58.2% of Millennials preferred traditional salty snacks for snacking, one-third or more also favored fresh fruit, raw vegetables, cookies, candy, donuts, cheese, yogurt, or cottage cheese – indicating that almost anything can be a "snack."

New processed snacks doubled in 2016 with an influx of chips based on vegetables, lentils, beans and greens. Forager Project covered all three with Organic Vegetable Chips, the Vegetable variety using ingredients left over from the making the company's cold pressed juices. Saffron Road's BeanStalks puffed snack used green peas, cannellini and pinto beans to deliver 4g of plant protein per serving.

Plant-based snacks drew interest from well-known brands in 2016. Frito-Lay launched Simply Tostitos Black Bean Chips along with SunChips Veggie Harvest Veggie & Whole Grain snacks. Both were part of a new push toward premium snacks by Frito-Lay, a sector the company says is growing four times faster than the rest of its snack portfolio. Kettle Foods rooted around with Kettle Uprooted Real Vegetable Chips in varieties made with sweet potatoes, beets, and parsnips.

Other lesser known vegetables greeted snackers including jicama and lupini beans. Known as the "Mexican potato," jicama is a fiber- and potassium-rich root vegetable with an apple/potato taste, but with half the calories or carbohydrates of a potato. JicaChips Ancient Root Vegetable Chips extended jicama into chips. Lupini beans look like oversize lima beans and are common in Latin America and Italy, but unknown in the US. That could change with Brami Snacking Lupini Beans – a shelf-stable snack rich in protein and fiber yet low in fat – in flavors like Sea Salt and Chili Lime.

Chickpeas are rising in plant-based snacks. Chic-a-Peas Baked Crunchy Chickpeas landed alongside nuts and seeds in stores as a high fiber and protein snack. Chickpeas also powered Hippeas Organic Chickpeas Puffs, a high fiber and protein puffed snack nutritionally superior to the usual puffed snack.

Another new snack ingredient to consider in 2016 was insect protein. Chirps Cricket Chips used cricket flour as an ingredient (along with corn, navy beans, and pea flour) for a chip with four grams of protein per serving. Chiridos Air-Puffed Chips also used cricket flour for a gluten-free chip with 5g of protein per serving.

Potato chip launches dipped in 2016, but new flavors like Sriracha proliferated. Neal Brothers added a Spicy Srirachup Kettle Chips flavor that blended ketchup with Sriracha to manage the heat level. Frito-Lay had "limited time only global flavors" for Lay's including Brazilian Picanha (steak & chimichurri sauce) and Indian Tikka Masala. A "Passport to Flavor" marketing program offering "miles" and "passport stamps" supported the debut. Wise Foods went local with its Food Truck Favorites Potato Chips based on food truck recipes. The Beef Barbacoa Tacos flavor was

inspired by Boston's North East of the Border food truck. Gourmet cheese inspired Cape Cod's Limited Batch Smoked Gouda Kettle Cooked Potato Chips.

Some potato chips went the healthy route. Vegan Rob's Kettle Chips went vegan in flavors like Spinach & Matcha. This brand also launched Turmeric Chips "supergrain" crispy pumpkin-flavored chips with algal flour as an ingredient. Popchip added a Potato Ridges Popped Chip Snack with "72% less fat and 55% less calories than the leading ridged chip brand." Pirate Brands' showed that fruit chips and potato chips could co-exist with Fruit & Potatarr Crisps, with potato chips and banana chips in the same bag.

Meat snacks went artisan, ethnic, and clean label in 2016, to help extend the category's win streak. Per GlobalData, meat snacks are the fastest-growing snack category, expected to grow at a 10.5% compound annual growth rate for the period from 2015 to 2020.

Meat District Jerky Co. offered Tri Tip Beef Jerky – a premium cut of meat – in flavors like IPA Peppercorn. Little Red Dog Bak Kwa had a moist jerky recipe popular with street food vendors in Singapore and Malaysia that roast jerky over charcoal, offering it in in flavors like Lemongrass Ginger. Jack Link's went clean label with Lorissa's Kitchen in flavors like Premium Steak Strips made with 100% grass-fed beef.

Meat snacks popped up in trail mixes in 2016 with Oberto Trail Mix blending beef jerky with pecans, walnuts, pumpkin and sunflower seeds, dried cranberries, golden raisins and chocolate chunks. Oberto says jerky has about 15% household penetration in the US, well under the 50% household penetration for trail mix. Combining the two could broaden the audience for jerky while making trail mix higher in protein. Trail mix also went in the opposite direction, with Ginger's Healthy Habits Veggie Trail Mix from raw vegetables (tomatoes, zucchini), nuts and seeds.

Popcorn and pork rinds went artisanal in 2016, while pretzels added heat and meat. Little Kernel Mini Popcorn moved hulless, miniature popcorn kernels into ready-to-eat popcorn in flavors like Truffle Sea Salt. Meanwhile, Pork Clouds Fried Pork Skins encouraged its consumers to pair the snack with a craft brew, offering flavors like Rosemary & Sea Salt. Elsewhere, Snack Factory's Pretzel Crisps debuted in a Bacon Habanero flavor. The company said that bacon flavored snack sales are up six-fold since 2010.

Sodium has long been an issue for snacks. ConAgra Foods addressed the issue with David Simply Seeds Jumbo Roasted Sunflower Seeds. The Lightly Salted flavor had 80% less sodium than regular sunflower seeds.

Looking ahead, snack makers will want to pay attention to innovators from unexpected places. PRO2snax Produce & Protein Snack offered a "healthy protein" refrigerated snack combining cheese, nuts, fruits, and pretzels in sectioned plastic trays. The manufacturer, Reichel Foods, says that fresh fruit is the fastest-growing snack in the US and that half of consumers are trying to consume more protein.

New snack ideas are also rising from center-store categories. Hormel Foods added Skippy P.B. Bites in 2016, a puffed snack with a non-sticky peanut butter coating promoted as a healthful way to satisfy after school hunger.

Originally appeared in the March, 2017 issue of Prepared Foods as See a Need. Fill a Need.

marlo

**Bell Ringers**
Masterful merchandising ideas for
seasonal celebrations  **Pages 52, 62**

**Fiber Rich**
The skinny on how retailers can bulk up
sales throughout the store  **Page 68**

**Sunny Side Up**
Humanely produced eggs gain
with shoppers  **Page 76**

# PROGRESSIVE GROCER

WELCOME TO
*Bistro* BLVD
STROLL•DISCOVER•TASTE•ENJOY

SUBTOWN
Classic & Hearty Subs on
Just Baked Bread

Fresh
Veggies
and
Greens
and Lots of
Things!
Salads Made to Order

RIO WORLD
BURRITOS

The
PLUMP
HEN

CUT
BURGERS

CHEESE

SMOKEHOUSE
Ham & Bacon

SUSHI

STORE DESIGN
CONTEST

# VISUAL VANGUARDS

**Innovation and reinvention set the tone for a new
slate of winning supermarket design concepts**

➤ **Page 22**

**Market Bistro
by Price Chopper,
Latham, N.Y.**

Stag
BUSINESS INFORMATION   $10 • www.progressivegrocer.com

# Limited
# Success

The impending fall and winter holidays prompt a grand rollout of themed items in center store, along with appropriate selling strategies.

**By Bridget Goldschmidt**



A s summer gives way to autumn, shoppers at Lubbock, Texas-based United Supermarkets begin to grow excited about new treats heralding that time of year, which brings with it Halloween and Thanksgiving, and the knowledge that Christmas, Hanukkah and New Year's aren't far behind.

"Shoppers anticipate fall flavors more and more," notes Mike Osornio, senior business manager for center store at the 37-store chain with locations in 24 Texas markets. "It seems to set the tone for the season."

Generating most of this excitement, according to Osornio, is "the snack category, [which] does not have the same fall flavors year after year. For example, chocolate-covered chips and pumpkin or spice cookies are fairly new to the category and season, versus items that have been produced year after year, like red-and-green-packaged candy or candy canes." Perhaps in response to this positive reaction on the part of consumers, he's observed "an increase in limited-edition fall flavors from more and more manufacturers."

One of those is Winston-Salem, N.C.-based Salem Baking Co., whose new Pumpkin Collec-

tion consists of Pumpkin Caramel with Sea Salt Delightfully Thin & Crispy Cookies, Pumpkin Cheddar Cheese Straws, and Pumpkin Spice Moravian Cookies. "As demand for pumpkin products continues to grow, we anticipate a very positive reception in the marketplace," says Salem President Brooke Smith.

> ❝ **Shoppers anticipate fall flavors and more. It seems to set the tone for the season."**
>
> **—Mike Osornio, United Supermarkets**



Case 3:17-cv-00652-KDB-DSC   Document 45-7   Filed 10/29/18   Page 16 of 35





### Blurred Lines

*Candy brands are moving into the snacking space and traditional snacks have been inching closer to the candy space. There are no more 'rules' when it comes to playing in your category during the holiday season."*

*—Claire Cretors, G.H. Cretors*

Seasonal snacks may be creating greater buzz than candy by virtue of their relative novelty, but they're often borrowing from the candy ingredient list to do so, with chocolate, caramel and peppermint among the favored flavors.

Indeed, Claire Cretors, president of Waukegan, Ill.-based G.H. Cretors, a maker of gourmet flavored popcorn, has observed a "blurring across category lines — candy brands are moving into the snacking space and traditional snacks have been inching closer to the candy space." Adds Cretors, "There are no more 'rules' when it comes to playing in your category during the holiday season." She also notes as major seasonal trends the continuing proliferation of new and unique flavors — sweet, savory, and sweet and spicy, among others — and the launch of indulgent flavors.

G.H. Cretors has just entered the seasonal-snacking arena; the company's first such lineup consists of four SKUs: Orchard Apple Caramel Corn, Pumpkin Spice Caramel Corn, Double Chocolate Caramel Corn, and a tin with three flavors: Orchard Apple Caramel Corn, Pumpkin Spice Caramel Corn and G.H. Cretors' "famous" Chicago Mix. "These flavors will be targeted to consumers seeking premium, artisanal and unique seasonal flavors to enjoy at home, share with friends or give as a holiday gift," Cretors says.

Another newcomer to the segment, West Palm Beach, Fla.-based Brownie Brittle LLC, is launching Chocolate Chip with White Snowflake Drizzle, Mint Chocolate Chip with Dark Drizzle and Salted Caramel with Dark Drizzle varieties, all in festive snowflake-spangled packaging.



The inspiration to create the line, notes company founder Sheila G. Mains, arose partly from an emerging consumer need: "While the holidays are usually seen as a time for indulging, one of the trends we have seen is the idea of 'indulging responsibly,' and this was one of the catalysts that sparked the idea for this treat."

In addition to its new holiday SKUs, Brownie Brittle has joined forces with the St. Helena, Calif.-based Robert Mondavi Winery "to showcase how well chocolate works with their wines," says Mains. "This will take place during the months of November and December, [and] will include a bottle necker with a coupon for Brownie Brittle on select Mondavi varieties."

### Visual Appeal

Among established seasonal players, Charlotte, N.C.-based Tropical Foods has Christille Bay, a line of four-compartment party trays; a collection of resealable cubes filled with traditional holiday candy and holiday-themed snack mixes; and Festive Favorite Chocolate and Yogurt Pretzels. According to Director of Marketing Chad Hartman, consumers "love Christille Bay because they can buy an assortment of snacks … all in one package. They like the unique snack mixes in the resealable cubes, especially Reindeer Food, which blends … peanuts, candy corn and dried fruit. Festive Favorite has also had positive feedback for the beautifully designed bag and the tasty coated pretzels inside."

### Big Shippers

Tropical's seasonal merchandising strategy has a solid grounding in experience. "We have found that shippers or being part of destination holiday displays are the best merchandising," says Hartman. "With shippers, you stick out from the normal flow of a grocery store, so it is easy to catch the shopper's eye with the right product. Dedicated holiday displays are a key part of in-and-out holiday sales in grocery and retail stores. They are a destination that consumers go to and buy; having your products in that display talks to all consumers [who] are seeking out products such as yours."

He continues: "The key to our marketing strategy is providing visually appealing product in key destination locations. All of our packages show as much product as possible so consumers know exactly what they are getting. … Establishing great locations within the store to attract customers is a second key strategy to get maximum consumer visibility."

For its Pretzel Crisps line, available annually in Dark Chocolate & Peppermint and White Chocolate & Peppermint holiday varieties, Snyder's-Lance Inc., also based in Charlotte, similarly discovered "that pre-packed shippers work best around the holidays because of their simple and clean design," says Eric Van De Wal, VP marketing and innovation at Clearview Foods, a division of Snyder's-Lance. "Holiday shopping is a busy time of year, so we like to ensure that our products stand out in the deli aisle as simply and clearly as possible."

"We plan on using holiday-themed header cards on our limited-edition



> From pumpkin spice or caramel apple flavors during the autumn to peppermint in the winter, consumers want to enjoy their favorite seasonal flavors in new forms, including candy."

—Brandy Woolford, The Hershey Co.

product packaging. The header cards will reinforce the decadent theme of our holiday indulgent line and give a uniform look on displays."

**Candy's Still Dandy**

Of course, seasonal candy's still a big deal. Although it's a mature category with no major major shifts in brands or flavors, and therefore experiences only to moderate year-over-year gains, United's Osornio notes, "Seasonal candy sales are approximately 20 percent of all candy sales."

"Seasonal flavors, shapes and packaging continue to drive excitement for the category," affirms Brandy Woolford, associate manager, brand public relations at The Hershey Co., whose upcoming products include limited-edition Lancaster Caramel Apple caramels in the fall, and Kit Kat Dark Chocolate Mint Miniatures and Hershey's Peppermint Bark Bells, the latter previously available only at Target, for the winter holidays. "From pumpkin spice or caramel apple flavors during the autumn to peppermint in the winter, consumers want to enjoy their favorite seasonal flavors in new forms, including candy. Seasonally themed packaging is definitely an important factor, as packaging is often one of the first things that catches a consumer's eye."

Over at Hackettstown, N.J.-based Mars Chocolate North America, whose M&M's brand is the most-purchased chocolate brand for gifting, stuffing stockings and filling candy bowls, according to the "Christmas Beacon Report," seasonal products include redesigned variety bags and fun-size packaging to "really stand out on shelf" during Halloween, and M&M's White Peppermint Candies, according to Larry Lupo, VP of sales/grocery, convenience & drug channels. Another seasonal innovation: Snickers Baking Bites for the Holidays, which, he notes, enables "consumers to add their favorite candy bar to their family recipes."



"Vibrant seasonal packaging adds excitement to the seasonal aisle, attracts attention to stand out on shelf and is a very important cue to connect with the shopper," says Lupo, echoing Woolford's observation. "Secondary displays are key to grabbing shoppers' attention," he adds. "Two new displays from Mars that showcase single bars and seasonal shapes are the Mixed Shapes Miniwings — which keep the aisles clear and can hang anywhere in the store — and the Mixed Shapes & Singles Towers, which retailers

can stand, hang or mount to capture impulse purchases."

The company's seasonal promotions include Holiday on the Go, slated for November and December, during which consumers who buy Mars' Singles products can send a text for the chance to instantly win free Mars Chocolate and cash cards.

Bethlehem, Pa.-based Just Born, maker of the iconic Peeps candies and other items, also embraces the importance of packaging for its seasonal offerings. "At Christmas, consumers are looking for a product that fits into a stocking, and for Halloween, a snack size for the Halloween bowl," notes Matthew Pye, VP of corporate affairs and trade relations. The company's fall and winter holiday lineup includes Mike and Ike Zours Zombies in five intense sour fruit flavors and Red Velvet Christmas Peeps dipped in cream-flavored fudge.

In common with Mars, Just Born looks beyond merchandising only in the seasonal candy aisle, seeking out "secondary placement such as in the specialty sections, baking aisle or on displays," notes Pye. To that end, Just Born has teamed exclusively with Target on an item that, like Snickers Baking Bites, aims to inspire consumers to include their preferred seasonal candy in baked goods.

"The new Peeps Halloween Marshmallow Toppers kit includes a variety pack of Peeps tombstones, pumpkins, cats and ghost-shaped marshmallows with a recipe on the back of the package that encourages consumers to bake cupcakes with Betty Crocker products and top the cupcakes with Peeps," explains Pye. "The kit is a test and will be placed in the seasonal set."

If the item — Just Born's first in the baking set — does well, "it will be rolled out nationally with additional seasonal kits to drive baking and crafting activity," he says, noting that the company will also team with Universal Pictures for the winter holiday DVD releases of "Minions" and "Jurassic World."

Whether candy or snacks, fall- or winter-themed, seasonal items definitely have an impact on retailers' sales. Affirms United's Osornio: "As soon as product lands in our stores, we begin to see sales spike." **PG**

For more about seasonal candy and snacks, visit Progressivegrocer.com/seasonalcandysnacks.



Case 3:17-cv-00652-KDB-DSC Document 45-7 Filed 10/29/18 Page 18 of 35

marlo



# Snack Factory Introduces USDA-Certified Organic Pretzel Crisps

Feb. 7, 2017 at 2:30 PM by Press Release

**CHARLOTTE, N.C.–** Snack Factory® Pretzel Crisps®, the world's first – and the original – flat-baked pretzel cracker, today announces the launch of its newest variety, Organic Original Pretzel Crisps. As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.



"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, Vice President of Marketing and Innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have the same great taste and crunch that fans have grown to love for more than a decade. At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The new variety can be found in the deli section at local grocery stores nationwide starting February 2017. For more information about the entire Pretzel Crisps range, please visit: pretzelcrisps.com.

*About Snack Factory Pretzel Crisps*

Since 2004, Snack Factory® Pretzel Crisps® have reinvented the pretzel category, winning over the hearts and taste buds of snackers everywhere as the world's first – and the original – pretzel-shaped cracker. Snack Factory Pretzel Crisps are made with nutritious and simple ingredients, without any trans fat, saturated fat or cholesterol. With dozens of delicious and savory flavors to choose from, it's no wonder Snack Factory Pretzel Crisps are the go-to snack for dipping, topping, pairing and sharing!

*About Snyder's-Lance, Inc.*

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Iowa, Wisconsin, and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® Pretzel Crisps®, Pop Secret®, Emerald®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com.




# Snack Factory Releases 2 New Pretzel Crisps Flavors

 Press Release | Jun. 25, 2018 at 1:00 PM

   

**CHARLOTTE, N.C.** — Snack Factory, a recent addition to The Campbell Soup Company's snack portfolio, today announces the launch of two new flavorful additions to the beloved Pretzel Crisps line —Sourdough and Cinnamon Sugar. Snack Factory Pretzel Crisps are on a mission to make snackers nationwide "Rethink Your Pretzel" with these new savory and sweet crunchable offerings.



Artisan Style Snack Factory Sourdough Pretzel Crisps deliver an authentic tangy sourdough flavor that consumers love with Pretzel Crisps product's signature light and crispy crunch. With this classic taste, the Snack Factory Sourdough Pretzel Crisps pair perfectly with deli meats, cheeses and spreads. For those with a sweet tooth, new Deli Style Snack Factory Cinnamon Sugar Pretzel Crispsare generously seasoned with cinnamon and sugar for the perfect sweet and salty treat. Enjoy Snack Factory Cinnamon Sugar Pretzel Crisps straight from the bag or pair with fresh fruit, whipped topping or chocolate dips for a permanent spot on the dessert table.

"We love pairing on-trend flavors with our light and crispy Pretzel Crisps to create delicious additions to the Snack Factory portfolio," said Syreeta Norwood, Senior Brand Manager for Snack Factory. "Authentic Sourdough has a unique flavor profile that pretzel fans will love. Cinnamon Sugar, which continues to dominate the innovation landscape, when combined with Pretzel Crisps creates salty sweet perfection."

At around 100 calories per serving these new additions continue Snack Factory's tradition of snacks packed full of flavor and versatility that you can feel good about eating. Find the new Snack Factory Pretzel Crisps in the deli section of grocery stores nationwide. For more information about the new Pretzel Crisps flavors and the entire Snack Factory portfolio, please visit: www.pretzelcrisps.com.

**About Snack Factory**

Since 2004, Snack Factory has reinvented the pretzel category with Pretzel Crisps, winning over the hearts and taste buds of snackers everywhere as the world's first pretzel-shaped cracker. Today, Snack Factory is dedicated to providing consumers with innovative and delicious clean-label snacks. Based in Charlotte, NC, Snack Factory products are distributed nationally through grocery stores, mass merchandisers, convenience stores and club stores. For more information, visit www.snackfactory.com.

**About Campbell Soup Company**

Campbell (NYSE:CPB) is driven and inspired by our Purpose, "Real food that matters for life's moments." We make a range of high-quality soups and simple meals, beverages, snacks and packaged fresh foods. For generations, people have trusted Campbell to provide authentic, flavorful and readily available foods and beverages that connect them to each other, to warm memories and to what's important today. Led by our iconic Campbell's brand, our portfolio includes Pepperidge Farm, Bolthouse Farms, Arnott's, V8, Swanson, Pace, Prego, Plum, Royal Dansk, Kjeldsens, Garden Fresh Gourmet, Pacific Foods, Snyder's of Hanover, Lance, Kettle Brand, KETTLE Chips, Cape Cod, Snack Factory Pretzel Crisps, Pop Secret, Emerald, Late July and other brand names. Founded in 1869, Campbell has a heritage of giving back and acting as a good steward of the planet's natural resources. The company is a member of the Standard & Poor's 500 and the Dow Jones Sustainability Indexes. For more information, visit www.campbellsoupcompany.com or follow company news on Twitter via @CampbellSoupCo. To learn more about how we make our food and the choices behind the ingredients we use, visit www.whatsinmyfood.com.



**SHELBY REPORT OF THE MIDWEST**

Date:             Sunday, May 01, 2016
Location:         GAINESVILLE, GA
Circulation (DMA): 14,627 (N/A)
Type (Frequency): Magazine (M)
Page:             30
Section:          Main
Keyword:          Pretzel Crisps

## Snyder's-Lance Introduces Range of New Snacks

Snyder's-Lance is debuting a number of new products across several of its brands, including a variety of options that the company says will satisfy consumers' on-the-go lifestyles and better-for-you diets.

Snyder's of Hanover is expanding its line of Sweet and Salty Pretzel Pieces to include a new creation: S'mores, featuring chocolate and marshmallow flavors on sourdough hard pretzel pieces.

With Snyder's of Hanover Filled Pieces, the pretzel maker has taken the middle out of its pretzels and packed in peanut butter, adding 4g of protein. Filled Pieces combine a salty, pretzel shell with peanut butter. Snyder's of Hanover also is introducing 50 Percent Less Fat Pretzel Pieces in two flavors: Zesty Ranch and Everything.

Lance, the makers of the first gluten-free sandwich cracker, has a new line of certified gluten-free sandwich cookies filled with peanut butter.

Also new from Lance is its Lemon Crème Nekot cookies, featuring a lemon crème filling sandwiched between two Nekot cookies.

Cape Cod introduces two Limited Batch flavors, Roasted Black Garlic and Smoked Gouda potato chips. These are made in small batches and available for a limited time only.

Snack Factory, makers of the original pretzel-shaped cracker, Pretzel Crisps, is expanding its line of Gluten Free Pretzel Crisps by offering the larger, deli-style Gluten Free Original Pretzel Crisps.

Additionally, Snack Factory will debut its first innovations beyond pretzels this year with the introduction of Tortilla Chips and Pita Chips. They are free from artificial ingredients. Tortilla Chips are available in Sea Salt and Garlic Hummus,



and Pita Chips come in Sea Salt and Garlic Parmesan flavors.

Later this year, Snack Factory Pretzel Crisps will roll out a limited-edition release of Bacon Habanero Pretzel Crisps.

Late July Snacks extends its taco truck-inspired Clásico Tortilla Chip line with two new flavors. Buffalo Queso Tortilla Chips seasoned with hot and savory buffalo spices and blended with organic cheddar cheese, and Sriracha Fresca Tortilla Chips. They are made with USDA Certified Organic, Non-GMO Project Verified whole ground corn and also are gluten- and nut-free and Kosher.

Eatsmart Snacks had added more flavors. Made with black, pinto and navy beans, Eatsmart Snacks is launching two varieties of Three Bean Tortilla Chips: Garlic Hummus and Spicy Black Bean. Both items are made with non-GMO ingredients, contain 14g of whole grains and are gluten-free.

**SHELBY REPORT OF THE MIDWEST**

| | |
|---|---|
| Date: | Sunday, May 01, 2016 |
| Location: | GAINESVILLE, GA |
| Circulation (DMA): | 14,627 (N/A) |
| Type (Frequency): | Magazine (M) |
| Page: | 30 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

Archway Cookies is introducing Gluten-Free Cookie Chips. The thin and crispy cookies come in two varieties: Chocolate Chip and Sugar Cookies.

The long-time cookie maker also introduces new Archway Mini Salted Caramel Shortbread.

Stella D'oro, which makes premium Italian cookies, breakfast treats and breadsticks, is introducing Lemon Starlets. This star-shaped vanilla cookie has a center filled with lemon fruit.

The new Snyder's-Lance products are on store shelves now.

# SHELBY REPORT OF THE WEST

| | |
|---|---|
| Date: | Friday, May 01, 2015 |
| Location: | GAINESVILLE, GA |
| Circulation (DMA): | 14,056 (N/A) |
| Type (Frequency): | Magazine (M) |
| Page: | 27,28 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

# New in Snacks from...

## Honey Stinger

Honey Stinger, a manufacturer of honey-based nutritional products, has introduced two new flavors: Caramel Stinger Waffles and Grapefruit Energy Chews.

"Our Organic Stinger Waffles and Organic Energy Chews are our two most popular product lines," said Jennifer Shea, national sales manager. "The addition of the new flavors will strengthen these already popular product lines, giving customers more flavor options for their nutrition needs."

The Caramel Stinger Waffle uses organic honey and other organic ingredients, making Stinger Waffles a certified USDA Organic product. Each waffle is individually wrapped for on-the-go snacking. SRP $1.39.

## Biena Foods

Biena Foods' line of roasted chickpea snacks is now Non-GMO Project verified, and the certification coincides with the company's debut of a spicy habanero variety.

"This 'seal of approval' simply takes our commitment to better ingredients to the next level," said Poorvi Patodia, founder and CEO of Biena Foods. "It shows our fans that we truly walk the walk when it comes to keeping our chickpea snacks clean, simple and deliciously crunchy. Biena Chickpeas are a much better alternative to the standard chips and nuts that are out there."

Habañero Roasted Chickpeas provide 130 calories per serving, 5g of protein and 24 percent of daily fiber. All Biena snacks are non-GMO, gluten free and are high in protein and fiber, with 55 percent less fat than traditional chips.



## Cheez-It

Cheez-It is making its first appearance in the chip aisle with Cheez-It Crunch'd. The cheesy puff is made with 100 percent real cheese and offered in two flavors: Cheddar Cheese and Hot & Spicy.

"Crunch and a snack made with 100 percent real cheese have always been key to our cheezy devotees, and Cheez-It Crunch'd delivers both," said Mark Miller, director of marketing-salty snacks. "We aimed to provide everything that Cheez-It fans love about the original while ramping up the crunch in a fun new way." SRP $2.89.

## Jack Link's

Jack Link's new Small Batch Hickory Bacon Jerky No. 9 is seasoned with premium ingredients and slowly hickory smoked for rich flavor.

Following original family recipes, the Jack Link's Small Batch Handcrafted Beef Jerky lineup, launched in



2013, features items made with thick slices of premium beef. Three flavors preceded No. 9: Original No. 11, Peppered No. 15 and Teriyaki No. 17.

"There's no doubt that the meat snacks category has seen great growth since the introduction of turkey and pork," said Kevin Papacek, director of marketing for Jack Link's Jerky. "... We are excited to offer this new, premium bacon product to consumers nationwide."

Jack Link's Small Batch Hickory Bacon Jerky is packaged in a 2.5-oz. package, SRP $5.99.

## Cracker Jack

Cracker Jack has unveiled a new variety: Chocolate Peanut Butter Flavored Popcorn.

"Chocolate peanut butter is among the most popular flavor pairings of all-time," said Haston Lewis, senior director of marketing for Frito-Lay, which owns the Cracker Jack brand. "With a sweet and savory taste profile, this new Cracker Jack brand flavor will be enjoyed by families all across America."

Cracker Jack Chocolate Peanut Butter Flavored Popcorn is available in 4-oz. bags, SRP $1.49.

## Meat Chips

A brand new snack chip hitting the marketplace may change the way consumers eat protein. Meat Chips is the first seasoned gluten-free tortilla chip made with real white chicken meat and ground corn. With 21 grams of protein per snack size grab bag, this new product offers the protein



Please see page 28

**SHELBY REPORT OF THE WEST**

Date:    Friday, May 01, 2015
Location:    GAINESVILLE, GA
Circulation (DMA):    14,056 (N/A)
Type (Frequency):    Magazine (M)
Page:    27,28
Section:    Main
Keyword:    Pretzel Crisps

From page 27

of a smoothie or a bar, but with the salty crunch of a chip. Meat Chips is available in four different flavors: nacho, salsa, pepper and ranch.

### Cabo Chips



Southern California-based Cabo Chips has launched two new flavors: Churro and Mango Chili Lime. The chips, made from 100 percent whole grains, are also gluten-free, Non-GMO verified, vegan and kosher.

"It's astonishing how many ingredients you'll find on food labels; many of which are tough to pronounce," said Christian Bunte, founder and CEO of Cabo Chips. "Cabo Chips are real chips made from real ingredients. Our chips are cut from real tortillas and, as well as having pronounceable ingredients you can count on both hands, they are packed full of flavor."

Inspired from the regional flavors of Cabo San Lucas, Mexico, the Churro flavor is salt-free, and the Mango Chili Lime flavor caters to those looking for something in the sweet and savory category while also incorporating ancient grains like Teff and Chia. SRP $3.49.

### Jolly Time Pop Corn



Jolly Time Pop Corn offers three new ready-to-eat popcorn varieties: Kinda Sweet... Kinda Salty, with a kettle corn flavor; Sea Salted, popped in sunflower oil and seasoned with sea salt; and White Cheddar, with the taste of aged white cheddar.

With 25-35 calories per cup, the new items are the only ready-to-eat popcorns endorsed by Weight Watchers. They are made with non-GMO whole grain kernels, contain zero grams trans fat and zero grams hydrogenated or partially hydrogenated oils, and are gluten free. They are available in 4-oz. bags, SRP $2.99.

### Snack Factory



Snack Factory has added new flavors to its Pretzel Crisps line: Gluten Free Original Minis, Gluten Free Salted Caramel Minis and Sriracha & Lime.

The new Original Minis are bite-sized versions of popular Snack Factory Pretzel Crisps, minus the gluten, with 110 calories per serving. The Salted Caramel Minis combine the crunch of Pretzel Crisps with the flavor of creamy caramel for a sweet and salty flavor, 120 calories per serving.

The Sriracha & Lime Pretzel Crisps combine the spice of sriracha with the refreshing taste of lime; the 7.2-oz. bags are sold in deli sections at retailers nationwide. Each 10-crisp serving has 110 calories.

### Denali Flavors & Georgia Nut



West Michigan-based Denali Flavors, developer of Original Moose Tracks ice cream, has partnered with confections and snack manufacturer Georgia Nut Co. to introduce a line of ready-to-eat snack mixes for grocery and convenience stores. The launch marks the first time the ice cream flavor will appear in the snack food aisle.

Three "trail mix" flavors will be offered, two of them based on Denali's Original Moose Tracks and Extreme Chocolate Moose Tracks. The third flavor, Caramel Moose Tracks, has been developed specifically for the snack mix launch. Available in 1.5-oz. single-serve "impulse" packages, 3.0-oz. "sharing" size and 6.0-oz. "value size" bags, the snack mixes have a suggested retail price of $0.99, $1.79 and $2.99, respectively. Custom sizes and package types are also available to the trade.

"Our passionate ice cream fans continue to ask us for new ways to enjoy the Moose Tracks flavor experience," said Neal Glaeser, president of Denali Flavors. "We felt the time is right for a grab-and-go snack mix that mirrors the ice cream experience our fans love, and our famous salty-sweet Moose Tracks fudge works particularly well in snack food form."

### Pop Secret



Pop Secret popcorn has introduced three new products: single serve Kernel Packs for the stovetop and two new microwave popcorn flavors: Double Butter and Sweet 'n Crunchy Cinnamon Roll.

Pop Secret Kernel Packs contain eight individual pouches of Pop Secret's Jumbo Kernels, reducing the measuring guesswork in making fresh, stovetop popcorn. The Double Butter microwave popcorn flavor is packed with butter flavor and Cinnamon Roll, the newest addition to the Sweet 'n Crunchy line, is coated with a sweet cinnamon glaze.

Case 3:17-cv-00652-KDB-DSC    Document 45-7    Filed 10/29/18    Page 25 of 35

## Briefly...

**Hormel expands bacon topping line:** Hormel Foods has launched four new bacon toppings: Cherrywood Real Bacon Crumbles, Pecanwood Real Bacon Crumbles, Real Chopped Bacon and Single-Serve Real Bacon Bits.

  

Made from 100 percent bacon, the toppings are a way for consumers to conveniently add real bacon to salads, soups, pastas and other recipes.

Packaged in 3-oz. resealable pouches, Cherrywood and Pecanwood Real Bacon Crumbles contain 40 percent less fat than pan-fried bacon, according to the company. Hormel Black Label Real Chopped Bacon takes fully cooked bacon strips and chops it into large, ready-to-eat pieces for consumers; available in 3.5-oz. resealable pouches.

* * *

**Sonoma Creamery bars now available via Dot Foods:** Dot, the largest food industry



redistributor in North America, is now offering Sonoma Creamery's Sonoma Cheese Crisp Bars, as well as Sonoma Cheese Crisps and Mr. Cheese O's.

"We couldn't be more pleased to be in partnership with Dot Foods," said John Crean, president and CEO of Sonoma Creamery in Sonoma, California. "Dot Foods has a unique market position and is able to deliver to over 4,400 different distributor warehouses as well as retail distribution centers. This reach is unparalleled in the United States."

Sonoma expects to gain distribution for its cheese snacks—which are high protein, low carb, no sugar and in on-the-go convenience packaging—in convenience, natural, specialty and conventional grocery stores.

* * *

**Snack Factory Pretzel Crisps now in two new varieties:** Snack Factory, a recent addition to The Campbell Soup Co.'s snack portfolio, has added to its Pretzel Crisps line with Sourdough and Cinnamon Sugar flavors.

The company says Sourdough Pretzel Crisps pair well with deli meats, cheeses and spreads; Cinnamon Sugar Pretzel Crisps pair with fresh fruit, whipped topping or chocolate dips.

 

Snack Factory Pretzel Crisps, which have about 100 calories per serving, can be found in the deli section of grocery stores nationwide.

marlo

**The SHELBY REPORT**

Date: Friday, May 01, 2015
Location: GAINESVILLE, GA
Circulation (DMA): 14,162 (N/A)
Type (Frequency): Magazine (10Y)
Page: 34,39
Section: Main
Keyword: Pretzel Crisps

## Snacks news...

### *Meat Chips combine corn, chicken*

A brand new snack chip hitting the marketplace may change the way consumers eat protein. Meat Chips is the first seasoned gluten-free tortilla chip made with real white chicken meat and ground corn. With 21 grams of protein per snack size grab bag, this new product offers the protein



of a smoothie or a bar, but with the salty crunch of a chip. Meat Chips is available in four different flavors: nacho, salsa, pepper and ranch.



### *Snack Factory adds three new items*

Snack Factory has added new flavors to its Pretzel Crisps line: Gluten Free Original Minis, Gluten Free Salted Caramel Minis and Sriracha & Lime.

The new Original Minis are bite-sized versions of popular Snack Factory Pretzel Crisps, minus the gluten, with 110 calories per serving. The Salted Caramel Minis combine the crunch of Pretzel Crisps with the flavor of creamy caramel for a sweet and salty flavor; 120 calories per serving.

The Sriracha & Lime Pretzel Crisps combine the spice of sriracha with the refreshing taste of lime; the 7.2-oz. bags are sold in deli sections at retailers nationwide. Each 10-crisp serving has 110 calories.

### *Denali, Georgia Nut launch sweet snacks*

West Michigan-based Denali Flavors, developer of Original Moose Tracks ice cream, has partnered with confections and snack manufacturer Georgia Nut Co. to introduce a line of ready-to-eat snack mixes for grocery and convenience stores. The launch marks the first time the ice cream flavor will appear in the snack food aisle.

Three "trail mix" flavors will be offered, two of them based

Case 3:17-cv-00652-KDB-DSC   Document 45-7   Filed 10/29/18   Page 27 of 35

**The**
# SHELBY
## REPORT

Date:     Friday, May 01, 2015
Location:     GAINESVILLE, GA
Circulation (DMA):  14,162 (N/A)
Type (Frequency):  Magazine (10Y)
Page:     34,39
Section:     Main
Keyword:     Pretzel Crisps

on Denali's Original Moose Tracks and Extreme Chocolate Moose Tracks. The third flavor, Caramel Moose Tracks, has been developed specifically for the snack mix launch. Available in 1.5-oz. single-serve "impulse" packages, 3.0-oz. "sharing" size and 6.0-oz. "value size" bags, the snack mixes have a suggested retail price of $0.99, $1.79 and $2.99, respectively. Custom sizes and package types are also available to the trade.

"Our passionate ice cream fans continue to ask us for new ways to enjoy the Moose Tracks flavor experience," said Neal Glaeser, president of Denali Flavors. "We felt the time is right for a grab-and-go snack mix that mirrors the ice cream experience our fans love, and our famous salty-sweet Moose



Tracks fudge works particularly well in snack food form."

### *Deep River Snacks' following grows*

Deep River Snacks is a Deep River, Connecticut-based company that produces premium chips, popcorn and baked crisps made with simple, wholesome ingredients but with a focus on flavor.

Deep River Snacks' portfolio includes 12 varieties of kettle-cooked potato chips available in 1-oz., 2-oz. and 5-oz. sizes; a new line of flavored tortilla chips available in 1.5-oz. and 5-oz. sizes in Nacho Cheese and Peach Habanero flavors; Organic Popcorn with Sea Salt (5/8 oz.); Sharp White Cheddar Popcorn (7/8 oz. and 2 oz.); and Baked Crisps with Sea Salt (1 oz.).



The company says it has cultivated a following for its kettle-cooked potato chip varieties like Sweet Maui Onion, NY Spicy Dill Pickle, Rosemary & Olive Oil and Aged Cheddar & Horseradish.

# The SHELBY REPORT

Date: Friday, May 01, 2015
Location: GAINESVILLE, GA
Circulation (DMA): 14,162 (N/A)
Type (Frequency): Magazine (10Y)
Page: 34,39
Section: Main
Keyword: Pretzel Crisps

All Deep River Snacks products are certified gluten free, nut free, Kosher certified, and made from non-GMO ingredients (seven products are Non-GMO verified). The company does not use artificial flavors, colors or preservatives.

In addition, Deep River Snacks highlights a charity partner on each bag of chips in an effort to provide awareness for their good work. Giving back is a core founding principle of the company; in 2014, 14 percent of profits were donated to charity.

**Please see page 39**

## Jack Link's refreshes brand

Jack Link's Protein Snacks has launched a multifaceted brand refresh that includes an updated logo, package design and product formulation. Jack Link's says the brand and product updates position the Wisconsin-based company to continue to lead category growth into the future.

"The meat snacks category is on fire and so is Jack Link's," said Jeff LeFever, VP of marketing at Jack Link's. "We want to continue to push the category to new levels. As the category leader, it is our mission to provide our retail partners with a brand, product and package that will continue to drive their sales."



Added Mike Gerber, VP of research and development at Jack Link's, "Consumers want cleaner labels and healthier snacks without sacrificing taste. That is precisely what we are able to deliver with our new product formulation."

Jack Link's new logo was designed to better represent the brand's "Feed Your Wild Side" positioning and overall appeal. The change also includes a shift from meat snacks to protein snacks, creating a broader, more dynamic innovation pipeline for Jack Link's.

The new package design helps consumers easily identify different proteins, flavors and key nutritional facts 12 percent faster and has increased purchase intent by 11 percent over the previous design, the company says.

In addition, Jack Link's says its food scientists worked for three years to develop a proprietary process to remove MSG and preservatives without sacrificing taste, texture or quality throughout the shelf life of the product.

## Boar's Head introduces line of premium snacks

The Boar's Head Brand now offers its own brand of snacks, pulled together from five product families of portable items.

Case 3:17-cv-00652-KDB-DSC   Document 45-7   Filed 10/29/18   Page 29 of 35

# The
# SHELBY
# REPORT

Date: Friday, May 01, 2015
Location: GAINESVILLE, GA
Circulation (DMA): 14,162 (N/A)
Type (Frequency): Magazine (10Y)
Page: 34,39
Section: Main
Keyword: Pretzel Crisps

The snacks are: Butcher Craft* London Broil Seasoned All Natural Beef Jerky and Buffalo Style All Natural Turkey Jerky; Cheese Snack Pouches in three varieties—Vermont Cheddar Cheese, Gruyere Cheese and a combo pack featuring three Pepper Colby Jack* and Chipotle Gouda cheeses (individually wrapped); Hummus Snack Packs, featuring



all-natural hummus and gluten-free pretzels in Traditional Hummus and Roasted Red Pepper Hummus varieties; Hummus Singles, portioned in Traditional, Roasted Red Pepper and Roasted Chipotle Pepper flavors; and Antipasto Packs—Boar's Head Genoa Salame & Picante Provolone Cheese or Sopressata & Picante Provolone Cheese pre-sliced antipasto combinations.

Boar's Head is made with no fillers, byproducts, artificial colors or flavors, trans fat or gluten.

Boar's Head products are available at elect supermarkets, gourmet stores and fine delicatessens nationwide.

## PepsiCo adds Cracker Jack'D

Cracker Jack'D, a brand from PepsiCo Frito-Lay Division, has added two new protein-packed addions to its product portfolio. New Cracker Jack'D Protein Mx is available in two

flavors—Peanut Butter Crunch and Double Chocolate—both featuring sweet coated peanuts mixed with granola clusters. "Each flavor element was uniquely developed for the working male who wants a hearty and filling sweet snack that will help fuel each day to the finish line," according to the company.



Each serving as 7g of protein.

"Protein provides the energy needed to get through life's everyday hurdles," said Ryan Matiyow, senior director of marketing at Frito-Lay. "New Peanut Butter Crunch and Double Chocolate Cracker Jack'D snack mixes give consumers a great tasting snack with the fuel they desire to help them to power through the day."

Available in select retail stores nationwide, Cracker Jack'D Protein Mixes can be found in 2.75-oz. bags; SRP $2.49.

## Primzie gets additional funding

Primizie is an Austin, Texas-based company that offers

**The SHELBY REPORT**

| | |
|---|---|
| Date: | Friday, May 01, 2015 |
| Location: | GAINESVILLE, GA |
| Circulation (DMA): | 14,162 (N/A) |
| Type (Frequency): | Magazine (10Y) |
| Page: | 34,39 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

handmade artisanal specialty crispbreads. Primizie snacks retail for $3.99 and are available in four flavors: Italian Herb; Gouda and Garlic; Simply Salted; and Chimayo Chile and Lime.

Primizie snacks are sold in more than 7,000 stores nationwide, including Albertsons, ShopRite, Whole Foods, H-E-B/Central Market, Safeway, Kroger and Publix.

Now the company has raised $3.5 million in a Series B financing round from Boulder Brands Investment Group (BBIG) and Austin-based based Tasty Ventures, a consumer products-focused venture fund created by Sweet Leaf Tea founders Clayton Christopher and David Smith. The brand had raised $2.5 million in prior rounds.



"Primizie stands out in the snack space, particularly the ever-growing natural channel, because it's a high-quality, first-of-its-kind product that tastes delicious. We are always looking for trends and Primizie has made a big splash in a major way," said BBIG director, Duane Primozich.

"As Primizie has continued to grow, many new opportunities have arisen and this investment from Boulder Brands will provide us with the necessary funding to explore those options and continue our trajectory," said founder of Primzie, Mark Spedale. "We are also very excited about the experience and expertise that Boulder Brands can bring to our organization."

### Route 11 Potato Chips growing Va. plant

Route 11 Potato Chips will expand its existing potato chip production facility in Mount Jackson, Virginia. The company will invest more than $1.2 million and create 13 jobs in Shenandoah County, thanks to an AFID (Agriculture and Forestry Industries Development Fund) grant and county matching funds.

The company, which has built a reputation for producing kettle-cooked potato chips with unique flavors, will install a second production line in its current facility to meet increased demand for its potato chips, particularly increased orders of its sweet potato chips. The company sources chipping potatoes from Virginia and beyond, while sourcing 100 percent of its sweet potatoes from Virginia.

"The AFID grant could not have come at a better moment for us," said Sarah Cohen, co-owner of Route 11 Potato Chips. "We're making a sizable investment to install a second production line, and the AFID grant and county matching funds will help ensure that we ramp up production to meet the demands of our growing customer base. This expansion and the new jobs being created are exciting for Route 11, and we are extremely grateful to Shenandoah County and the Commonwealth of Virginia for their support of the project."

Route 11 Potato Chips also is committing to purchase

Case 3:17-cv-00652-KDB-DSC   Document 45-7   Filed 10/29/18   Page 31 of 35

## The SHELBY REPORT

Date: Friday, May 01, 2015
Location: GAINESVILLE, GA
Circulation (DMA): 14,162 (N/A)
Type (Frequency): Magazine (10Y)
Page: 34,39
Section: Main
Keyword: Pretzel Crisps

more than 1.5 million pounds of potatoes and sweet potatoes from local producers, supporting existing agribusinesses in the region.

# The SHELBY REPORT

Date: Wednesday, August 01, 2018
Location: GAINESVILLE, GA
Circulation (DMA): 15,752 (N/A)
Type (Frequency): Magazine (10Y)
Page: 31
Section: Main
Keyword: Pretzel Crisps

## Briefly...

**Jell-O as a toy:** The iconic brand best known for gelatin and pudding products has rolled out Jell-O Play, its first-ever line of gelatin toys. The line came from Springboard, the new Kraft Heinz platform dedicated to disruptive food brands. The edible toys were  built around themes specifically chosen to spark kids' creativity, from ocean explorations and jungle safaris to construction sites and adventures in the sky. The line includes Jell-O Play Cutters and Jell-O Play with Edible Stickers; all are priced under $5. Available at retail stores nationwide. The line was launched with a short-animated film, "Bring Your Kitchen to Life" as part of the brand's larger digital and social media marketing campaign. "Think it. Make it. Eat it."

• • •

**Comfort food help:** Kentucky Kernel has unveiled Southern-Style Biscuits & Gravy Fixins, a kit that helps home cooks make traditional southern buttermilk biscuits and white gravy (which features Kentucky's Kernel's signature blend of 10 herbs and spices). The mixes are certified OU Kosher, peanut-and tree-nut free, and contain no egg or soy.

"This kit was a fast favorite—the kitchen filled up every time we cooked it up!" said Erin Goldstein, marketing and R&D manager for Kentucky Kernel in Effingham, Illinois. "Fluffy biscuits, savory white gravy—what's not to love? You just add a little butter, some milk and a package of breakfast sausage, and it's ready in no time."

The mixes come in separate fresh-seal pouches; 8-10 biscuits per package. The kit soon will be available through select retailers.

• • •

**Planters Cheez Balls and Cheez Curls back for limited time:** Consumers asked, so Planters again is offering its Cheez Balls and Cheez Curls for a limited time that started in July. "We heard many impassioned pleas for us to bring Cheez Balls and Cheez Curls back over the years, and we wanted to give our fans a chance to reunite with their most-missed cheesy snack," said Melanie Huet, Planters' head of brand building. "We made sure our Cheez Balls and Cheez Curls still have the same delicious taste, airy texture and fluorescent color you know and love, so our fans can enjoy a nostalgic trip down memory lane with every canister."

Cheez Balls come in 2.75-oz. canisters, Cheez Curls in 4-oz. canisters; SRP $1.99.

**Snack Factory Pretzel Crisps now in two new varieties:** Snack Factory, a recent addition to The Campbell Soup Co.'s snack portfolio, has added to its Pretzel Crisps line with Sourdough and Cinnamon Sugar flavors.



The company says Sourdough Pretzel Crisps pair well with deli meats, cheeses and spreads; Cinnamon Sugar Pretzel Crisps pair with fresh fruit, whipped topping or chocolate dips.

Snack Factory Pretzel Crisps, which have about 100 calories per serving, can be found in the deli section of grocery stores nationwide.

• • •

**Hormel expands bacon topping line:** Hormel Foods has launched four new bacon toppings: Cherrywood Real Bacon Crumbles, Pecanwood Real Bacon Crumbles, Real Chopped Bacon and Single-Serve Real Bacon Bits. Made from 100 percent bacon, the toppings are a way for consumers to conveniently add real bacon to salads, soups, pastas and other recipes.

Packaged in 3-oz. resealable pouches, Cherrywood and Pecanwood Real Bacon Crumbles contain 40 percent less fat than pan-fried bacon, according to the company. Hormel Black Label Real Chopped Bacon takes fully cooked bacon strips and chops it into large, ready-to-eat pieces for consumers; available in 3.5-oz. resealable pouches.

• • •

**Sonoma Creamery bars now available via Dot Foods:** Dot, the largest food industry redistributor in North America, is now offering Sonoma Creamery's Sonoma Cheese Crisp Bars, as well as Sonoma Cheese Crisps and Mr. Cheese O's.

"We couldn't be more pleased to be in partnership with Dot Foods," said John Crean, president and CEO of Sonoma Creamery in Sonoma, California. "Dot Foods has a unique market position and is able to deliver to over 4,400 different distributor warehouses as well as retail distribution centers. This reach is unparalleled in the United States."

Sonoma expects to gain distribution for its cheese snacks—which are high protein, low carb, no sugar and in on-the-go convenience.





Page 1 of 1



## Snack Factory Sourdough and Cinnamon Sugar Pretzel Crisps




*June 20, 2018*

KEYWORDS Campbell Soup Co. /
Snack Factory

Reprints

**Company**: Campbell Soup Co.

**Website**: snackfactory.com

**Introduced**: June 2018

**Distribution**: National

**Product Snapshot**: Snack Factory, a recent addition to The Campbell Soup Company's snack portfolio, has announced the launch of two new flavorful additions to the beloved Pretzel Crisps line—Sourdough and Cinnamon Sugar. Snack Factory Pretzel Crisps are on a mission to make snackers nationwide "Rethink Your Pretzel" with these new savory and sweet crunchable offerings.

Artisan Style Snack Factory Sourdough Pretzel Crisps deliver an authentic tangy sourdough flavor that consumers love with Pretzel Crisps product's signature light and crispy crunch. With this classic taste, the Snack Factory Sourdough Pretzel Crisps pair perfectly with deli meats, cheeses and spreads. For those with a sweet tooth, new Deli Style Snack Factory Cinnamon Sugar Pretzel Crisps are generously seasoned with cinnamon and sugar for the perfect sweet and salty treat. Enjoy Snack Factory Cinnamon Sugar Pretzel Crisps straight from the bag or pair with fresh fruit, whipped topping or chocolate dips for a permanent spot on the dessert table.

"We love pairing on-trend flavors with our light and crispy Pretzel Crisps to create delicious additions to the Snack Factory portfolio," says Syreeta Norwood, senior brand manager for Snack Factory. "Authentic Sourdough has a unique flavor profile that pretzel fans will love. Cinnamon Sugar, which continues to dominate the innovation landscape, when combined with Pretzel Crisps® creates salty sweet perfection.

At around 100 calories per serving these new additions continue Snack Factory's tradition of snacks packed full of flavor and versatility that you can feel good about eating. Find the new Snack Factory Pretzel Crisps in the deli section of grocery stores nationwide. For more information about the new Pretzel Crisps flavors and the entire Snack Factory portfolio, please visit: www.pretzelcrisps.com.