# EXHIBIT 4

Part 4



## Snack Factory Original Organic Pretzel Crisps

*February 14, 2017*



**Company:** Snack Factory

**Website:** pretzelcrisps.com

**Introduced:** February 2017

**Distribution:** National

**Suggested Retail Price:** $4.99

**Product Snapshot:** Snack Factory Pretzel Crisps announced the launch of its newest variety, Organic Original Pretzel Crisps. As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, vice president of marketing and innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have the same great taste and crunch that fans have grown to love for more than a decade. At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The new variety can be found in the deli section at local grocery stores nationwide starting





# Weekly new products, ingredients and equipment update

February 27, 2015     No Comments

Did you miss the following new products, ingredients and equipment in and for the #bakingindustry and #snackindustry on www.snackandbakery.com this week? If so, check them out now.

**New Products:**

South Beach Diet Good to Go Bars: Available in four varieties and nine flavors, the new bars enlist the healthy eating principles of cardiologist Dr. Arthur Agatston's South Beach Diet.

JOLLY TIME Ready-to-Eat Popcorn: JOLLY TIME Pop Corn has introduced three ready-to-eat popcorns that are endorsed by Weight Watchers: Kinda Sweet...Kinda Salty, Sea Salted and White Cheddar.

Pringles Tortillas, Zesty Salsa: Pringles, a Kellogg Co. brand, adds Zesty Salsa to its Pringles Tortillas line.

Pretzel Crisps Gluten Free Minis: Snack Factory's new Pretzel Crisps Gluten Free Minis offer gluten-sensitive consumers a guilt-free snack.

Lenny & Larry's Snickerdoodle Complete Cookie: Lenny & Larry's Snickerdoodle Complete Cookie is made with ground cinnamon and sugar.

**New Ingredients:**

Chia: Heartland Chia says it offers the first and only chia grown in the Midwest.

Egg white replacer: Precisa Bake 100 egg white replacer from Ingredion Inc. enables bakers to replace egg whites in a variety of applications and reduce ingredient costs.

**New Equipment:**

Lightnin SanStar SSi sanitary mixer: The Lightnin SanStar SSi (Stainless Steel inline) sanitary mixer's performance and operation also make it ideal for food applications, says SPX Corp.

Detectable process timer: Detectamet's new metal, detectable, digital process timer offers food processors a useful, food-safe tool.



SWEET & SAVORY / MARKET TRENDS / POTATO CHIPS / SNACKS

# Dynamically sweet & savory snack foods

By Douglas J. Peckenpaugh

March 5, 2015    No Comments



   

Dynamic contrast is the hallmark of every careful culinary endeavor.

In "Why Humans Love Junk Food," Steven Witherly digs into the Witherly and Hyde Theory of Dynamic Contrast. He states that people prefer foods with sensory contrasts, including "light and dark, sweet and salty." It's a sensation he calls "ping-pong pleasure," and it directly relates to snacks.

The rise of the sweet-savory flavor combination is a perfect example of Witherly's discussion of dynamic contrast, with sweet and salty forming a cornerstone in its foundation. But sweet and spicy also dances within this spectrum, as does sweet and herbal.

When formulators expertly apply these flavor profiles to snack foods, the net effect often proves undeniably craveable.

### Sweet and salty

The sweet-salty flavor profile is a modern classic, highly visible in the über-popular salted caramel. Caramel corn is a classic here, and ready-to-eat (RTE) popcorn and caramel corn are up 21.76 in dollar sales for the 52 weeks ending Jan. 25, 2015, per IRI, Chicago.

"For several years now, the leading 'sweet and salty' taste sensation combination has been salted caramel," says Anton Angelich, group vice president, marketing, Virginia Dare, Brooklyn, NY. "In trying to better understand this sensory phenomenon, one must look at the interaction of the two different taste stimulators: salt and sweet. Sweet perception sends pleasurable messages to the brain. Salt acts as a flavor enhancer. When the two are combined, and properly balanced, such as with salted caramel, the pleasurable taste experience is magnified." He notes that the salted caramel taste combination is popular in cookies and biscuits, among other applications.

"Salted caramel and salted dark chocolate are still very popular for trail mixes and nuts, as well as on popcorn," says Kimberly Cornelius, food technologist, Wixon, St. Francis, WI. She notes that while the bacon trend might be on its way out, the combination of maple and bacon still has traction in products like popcorn. "A new up-and-comer is salted satsuma, a seedless mandarin orange," she says, a flavor combination that fits with nuts and trail mixes.

Pinkleton's, Portland, OR, offers RTE popcorn in Salted Molasses and Salted Vanilla. "I look for flavor profiles that speak to me," says Jonathan J. Poe, owner of the company, "With Salted Vanilla, I wanted to do a milder caramel, not cook it quite as long, so the nuances in the vanilla that I use could really sing."

Poe suggests including fat in the sweet-salty profile. "Sweet and salty balance one another when done right, if you add an element of fat, like organic butter," he says. "This amazing thing starts happening, your mouth starts saying, 'More!'"

Chocolate-covered chips have begun to find a wider audience. Frito-Lay introduced its Lay's Wavy chocolate-dipped chips in late 2013 to join the ranks of Utz Quality Food Foods and Herr Foods, and subsequently added a dark-chocolate version. While the overall potato chip category is only up 4.81 percent in dollar sales for the 52 weeks ending Jan. 25, 2015, Lay's Wavy are up 8.35 percent, now accounting for $568.7 million in sales, per IRI.

Gluten-free bakery Defloured, Chicago, goes sweet-salty with two of its baked goods: Three Faces of Eve Salted Peanut Chocolate Bars and Let It Rain! Bomber Bars (made with peanuts, peanut butter cups, toffee and potato chips atop a gluten-free graham cracker base).

And B.T. McElrath Chocolatier, Minneapolis, offers Buttered Toast chocolate bars, made with toast purchased from a local artisan bakery—a notable trend in its own right—amply buttered, then enrobed in milk chocolate.

Sweet-salty tastes can gain increased depth through use of naturally sweet-salty foods, like blue cheese. POP Gourmet Foods, the 2015 Snack Food & Wholesale Bakery Snack Producer of the Year, takes this route with its co-branded Rogue Blue Cheese Popcorn, made with cheese from Rogue Creamery, Springfield, OR.

The Hain Celestial Group's Terra Chips brand steps into Thanksgiving territory with its Crinkles Candied Sweet Potato Chips. It then heads south of the border with its Spiced Sweets Cumin & Red Pepper. Its Sweets & Carrots snack includes crunchy dried carrots, delivering a full serving of vegetables in every ounce.

POP Gourmet also invades the garden, including real crispy jalapeño chips in its Fire Corn Jalapeño Popcorn and White Cheddar Jalapeño Popcorn.

## Sweet and spicy

"Sweet brown flavors such as caramel, butterscotch and toffee have been popular for a very long time," says Angelich. "The popularity of these flavors plays well into the consumer's desire for retro-comforting tastes. We are seeing, however, that these flavors are being enhanced by the addition of ginger and cinnamon."

The combination of chocolate and chiles also plays well in a variety of foods. "In the 1500s in Mexico, hot pepper was added to cocoa beverages to give a complex taste sensation of bitter, sweet and hot," says Angelich.

Another Pinkleton's popcorn is Spicy Mexican Cocoa—Poe's personal favorite. "I hail from Southern California and have always loved the spicy-smoky-sweet behind a lot of Mexican cooking," he says.

"The ever-popular fruit and chile pepper combination is still going strong for the snack industry, such as mango-chipotle or pineapple-habanero," says Cornelius. "A few other 'off-the-beaten-path' profiles are starting to emerge—moles, harissa and pickled vegetables." She suggests that these flavors work well on tortilla chips and other snack bases, and that chocolate and chiles still have a place in nuts and trail mixes.

Chiles form part of the primary base for sriracha, which has hit the market with force over the past year or so. "It has a great flavor base of garlic, chile pepper heat and vinegar, balanced with a touch of sweetness to keep you coming back for more," says Cornelius. "It's all about the right balance."

Robert Danhi, chef and author, James Beard Award finalist for his book "Southeast Asian Flavors" and host of the "Taste of Vietnam" TV documentary, characterizes the sriracha flavor profile as "salty-sour-sweet and fermented with a rich, garlicky flavor." He notes that it also gains depth from fermentation.

"I'm collaborating on a sriracha flake made from the sauce itself," says Danhi, "with some rice maltodextrin to keep it dry and in flake form—amazing stuff."

While many directly connect Huy Fong Foods and its ubiquitous "rooster sauce" with sriracha, the chili sauce is named after the coastal city of Si Racha in Thailand and common in countless iterations throughout Southeast Asia. The sauce was originally known as sriraja panich.

The complex sweet-spicy flavor profile has proved popular of late, with releases including:

- POP Gourmet Huy Fong Sriracha Popcorn
- POP Gourmet Huy Fong Sriracha Potato Chips
- General Mills Chex Mix Xtreme Sweet & Spicy Sriracha
- Popcorn Indiana Sriracha Popcorn
- The Kellogg Co. Sriracha Pringles
- Kettle Brand Sriracha Potato Chips
- Kettle Brand Sriracha Popcorn
- Way Better Sriracha Tortilla Chips
- Snack Factory Sriracha & Lime Pretzel Crisps

## Sweet and herbal

Sweet-herbal-savory territory offers a wide range of potential combinations—from bright and grassy to deep and earthy.

"Herbs add a touch of freshness and earthiness in the background that can create a whole new flavor experience, like vanilla with a sweet basil note or passion fruit and turmeric," says Cornelius. She suggests that herbs can add "brightness and slight green notes" to sweet-herbal flavor profiles.

That ever-present dill pickle accompanying lunchtime sandwiches and chips made a leap into chips a while back and continues to surface. Pringles Xtra recently released a Screamin' Dill Pickle flavor.

POP Gourmet sells co-branded Wakaya Perfection Ginger & Sweet Orange Popcorn, and Ginger, Sea Salt & Caramel Popcorn, made with Wakaya Perfection organic pink Fijian ginger powder. The company also offers Exotic Spiced Caramel with Cashews Popcorn that includes cardamom in the spice mix.

Pinkleton's offers an Orange Cardamom Popcorn. Poe notes that it was inspired by a breakfast pastry he had in Denmark—and from the classic Old Fashioned cocktail.

Sweet-savory flavor combinations have grown beyond novelty status in today's snack market, and we will continue to see new, innovative flavors build appealing dynamic contrast in products across the board moving forward. It's simply a matter of crafting the right craveable balance.



# Pretzel Crisps Gluten Free Flavored Crunch Minis



**Company:** Snack Factory LLC, Princeton, NJ

**Website:** www.pretzelcrisps.com

**Introduced:** June

**Distribution:** National

**Suggested Retail:** $4.99 for 5.5-ounce bag

**Product Snapshot:** Snack Factory recently added two indulgent products to its Pretzel Crisps Gluten Free Minis line: Gluten Free Dark Chocolate Flavored Crunch Minis, with a sweet-salty bite, and Gluten Free Vanilla Yogurt Flavored Crunch Minis, with the subtle sweetness of vanilla yogurt flavor. The former has 130 calories and 6 grams of fat per 1-ounce serving; the latter has 130 calories and 5 grams of fat per 1-ounce serving. Both contain no *trans* fat or cholesterol.



# SNACK FOOD & WHOLESALE BAKERY

## Weekly new products, ingredients and equipment update

*June 19, 2015*



Did you miss the new products, ingredients and equipment posted on www.snackandbakery.com this week? If so, check them out now.

**New Products:**

Honey Maid Birthday Cake Teddy Grahams: Honey Maid Birthday Cake Teddy Grahams continue the tradition of making snacktime fun and nutritious.

Daiya Cheezecake: Daiya Foods recently launched a line of dairy-free, gluten-free and soy-free cheesecakes.

Pretzel Crisps Gluten Free Flavored Crunch Minis: Snack Factory recently added two indulgent products to its Pretzel Crisps Gluten Free Minis line: Gluten Free Dark Chocolate Flavored Crunch Minis and Gluten Free Vanilla Yogurt Flavored Crunch Minis.

Maple Sugar & Sea Salt SuperSeedz: All-natural Maple Sugar & Sea Salt SuperSeedz from Kathie's Kitchen LLC can be enjoyed on their own or added to cereal, yogurt and other foods.

La Brea Bakery Take & Bake Frozen French Dinner Rolls: La Brea Bakery uses its recipe for fresh French dinner rolls to make its new Take & Bake Frozen French Dinner Rolls.

**New Ingredients:**

Umami powders: RC Find Foods has introduced Umami Sensations powders to the foodservice industry.

Summery salty snack flavors: Wixon's latest topical seasonings can be used to infuse salty snacks with the tastes of summer anytime of the year.

**New Equipment:**

Poly bag/sleeve labeler: Posie Packer Corp. has developed a wicketed poly bag/sleeve labeler that applies labels to bread loaf bags.

Stand-up pouch fill/seal machine: Robert's SPF Single Point Fill Standup Pouch packaging machine for pre-made bags is available from Cloud Packaging Equipment.

marlo

**SNACK FOOD & WHOLESALE BAKERY**

Date: Friday, July 01, 2016
Location: TROY, MI
Circulation (DMA): 14,000 (N/A)
Type (Frequency): Magazine (12Y)
Page: 44,46,48,49,50
Section: Main
Keyword: Pretzel Crisps

# Twisting pretzel tactics

**While tradition continues unabated, the pretzel market continues to be home to its fair share of diversifying twists and turns.**

Douglas J. Peckenpaugh, Chief Editor

While overall growth is minimal, classic pretzel products are clearly alive and well in today's snack foods market.

But over the past decade, these traditional sticks, nuggets, rods and twists have seen a highly diversified range of products enter the fray. While chocolate-covered, candy-like pretzel indulgences and better-for-you, sprouted-grain pretzels attract interest at opposite ends of the spectrum, traditional products have stayed the course, still accounting for the lion's share of sales in this classic segment of salty snacks.

But that's not to say that pretzels don't still have a trick or two up their sleeve.

## Market data

The pretzels segment of salty snacks re-



courtesy of Unique Pretzel Bakery

| PRETZELS | Dollar Sales | Dollar Sales % Chg YAgo | Dollar Share of Type | Unit Sales | Unit Sales % Chg YAgo |
|---|---|---|---|---|---|
| CATEGORY - SALTY SNACKS | $11,357,961,547 | 1.77 | 0 | 8,968,007,518 | 3.91 |
| PRETZELS | $1,196,481,024 | (0.84) | 100.00 | 502,790,976 | (0.55) |
| SNYDERS-LANCE INC PRETZELS | $442,904,608 | (2.57) | 37.02 | 168,622,000 | (1.26) |
| PRIVATE LABEL PRETZELS | $208,924,560 | 2.17 | 17.46 | 117,732,576 | 2.70 |
| PEPSICO INC PRETZELS | $178,082,224 | (6.07) | 14.88 | 66,554,000 | (6.38) |
| MARS INC PRETZELS | $129,524,760 | 1.87 | 10.83 | 62,808,132 | 0.03 |
| UTZ QUALITY FOODS PRETZELS | $100,753,056 | 3.39 | 8.42 | 31,987,262 | 1.80 |
| HERR FOODS INC PRETZELS | $22,786,836 | 11.30 | 1.90 | 8,705,159 | 7.16 |
| CONAGRA FOODS INC PRETZELS | $16,280,046 | (14.89) | 1.36 | 7,132,657 | (13.83) |
| BOULDER BRANDS INC PRETZELS | $13,828,540 | 0.96 | 1.16 | 2,916,996 | 7.79 |
| OLD DUTCH FOODS INC PRETZELS | $12,106,186 | 3.91 | 1.01 | 4,898,584 | 3.25 |
| UNIQUE PRETZEL BKR PRETZELS | $11,468,165 | 14.50 | 0.96 | 4,413,699 | 19.57 |

*Source: IRI, Chicago, Total U.S. Multi-Outlet w/ C-Store (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending April 17, 2016*

mained flat overall for the 52 weeks ending April 17, per IRI, Chicago, dipping 0.84 percent in dollar sales to $1.2 billion.

That said, two companies clearly stood out for the year in terms of top dollar sales growth: Unique Pretzel Bakery and Herr Foods. Unique Pretzel Bakery—the 2016 *Snack Food & Wholesale Bakery* "Snack Producer of the Year"—was the growth leader in the segment, up 14.50 percent in dollar sales to 11.5 million, per IRI, largely based on sales of its Original Splits products, which were up 35.54 percent to $6.7 million. Herr Foods saw its pretzel business grow by 11.30 percent in dollar sales to $22.8 million.

Frozen pretzels also took a dip, down 2.49 percent in dollar sales for the year, per IRI, to $74.5 million. J&J Snack Foods Corp. still leads the segment by a wide margin, but was likewise down a bit, slipping 2.57 percent to $54.2 million. Cole's Quality Foods saw a nice jump for its Pretzel Sticks, which are stuffed with pub cheese—up 279.06 percent

Case 3:17-cv-00652-KDB-DSC   Document 45-8   Filed 10/29/18   Page 10 of 35

## SNACK FOOD & WHOLESALE BAKERY

| | |
|---|---|
| Date: | Friday, July 01, 2016 |
| Location: | TROY, MI |
| Circulation (DMA): | 14,000 (N/A) |
| Type (Frequency): | Magazine (12Y) |
| Page: | 44,46,48,49,50 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

to $3.7 million. Auntie Anne's also saw strong growth for its frozen soft pretzels, up 94.30 percent to $5.3 million.

Tonya's Gluten Free Kitchen specializes in gluten-free frozen soft pretzels, and while its distribution is still highly concentrated in the Northeast, sales have tracked forward, up

33.18 percent over the past year to $251,479. Organic is also seeing niche demand. Rudi's Organic Bakery expanded into frozen soft pretzels in 2013 and saw sales pick up over the past year, up 235.09 to $52,939.

Back in shelf-stable, select snack producers are finding resonance with the combination



courtesy of Herr Foods

of chocolate and pretzels. The chocolate-covered salted snack segment within "miscellaneous snacks" grew by 11.48 percent in dollar sales to $179.0 million for the 52-week period. One clear success story centers on the Snappers line from Edward Marc Brands/The Milk Shake Factory, which grew by 505.15 percent in dollar sales for the year, taking in $8.7 million.

## Looking back

The core lineup of traditional pretzels—consisting of Snyder's-Lance brand Snyder's of Hanover ($409.2 million in sales), private label ($208.9 million) and PepsiCo/Frito-Lay brand Rold Gold ($177.1 million)—accounts

| PRETZELS | Dollar Sales | Dollar Sales % Chg %Agu | Dollar Share of Type | Unit Sales | Unit Sales % Chg YAgo |
|---|---|---|---|---|---|
| CATEGORY - MISC. SNACKS | $1,411,550,414 | 5.41 | | 394,868,000 | 1.42 |
| CHOCOLATE COVERED SALTED SNACK | $179,016,848 | 11.48 | 100.00 | 64,609,512 | 8.07 |
| YILDIZ HOLDING CHOCOLATE COVERED SALTED SNACK | $47,789,836 | 23.88 | 26.70 | 22,565,024 | 15.75 |
| SNYDERS-LANCE INC CHOCOLATE COVERED SALTED SNACK | $32,718,212 | 1.25 | 18.28 | 10,424,620 | (0.71) |
| PEPSICO INC CHOCOLATE COVERED SALTED SNACK | $16,886,942 | (18.56) | 9.43 | 5,289,554 | (16.64) |
| PRIVATE LABEL CHOCOLATE COVERED SALTED SNACK | $15,224,189 | (9.96) | 8.50 | 5,641,627 | (14.08) |
| THE MILK SHAKE FACTORY CHOCOLATE COVERED SALTED SNACK | $8,746,648 | 505.15 | 4.89 | 2,254,758 | 538.67 |
| HORMEL FOODS LLC CHOCOLATE COVERED SALTED SNACK | $8,511,259 | | 4.75 | 2,748,226 | |
| KELLOGG CO CHOCOLATE COVERED SALTED SNACK | $6,207,699 | (24.18) | 3.47 | 2,427,549 | (22.50) |
| UTZ QUALITY FOODS CHOCOLATE COVERED SALTED SNACK | $5,392,568 | (30.75) | 3.01 | 992,797 | (37.19) |
| SARRIS CANDIES INC CHOCOLATE COVERED SALTED SNACK | $3,692,319 | 7.06 | 2.06 | 668,744 | 4.33 |
| BOULDER BRANDS INC CHOCOLATE COVERED SALTED SNACK | $3,363,419 | 10.18 | 1.88 | 706,310 | 15.69 |
| CATEGORY - FROZEN/PRESSED/SNACK ROLLS | $2,384,1663.00 | 1.01 | | 093,710,462 | 1.47 |
| FZ PRETZELS | $74,533,368 | (2.49) | 100.00 | 25,985,526 | (3.07) |
| J & J SNACK FOODS CORP FZ PRETZELS | $54,228,684 | (2.57) | 72.76 | 18,532,486 | (4.29) |
| PRIVATE LABEL FZ PRETZELS | $5,763,880 | 13.53 | 7.73 | 2,985,785 | 37.10 |
| AUNTIE ANNES INC FZ PRETZELS | $5,295,116 | 94.30 | 7.10 | 1,204,280 | 89.13 |
| COLE'S QUALITY FOODS INC FZ PRETZELS | $3,745,228 | 297.06 | 5.02 | 1,422,477 | 284.92 |
| HANOVER FOODS CORP FZ PRETZELS | $3,442,216 | 5.88 | 4.62 | 1,217,976 | 8.03 |
| NESTLE S.A. (SWITZERLAND) FZ PRETZELS | $989,932 | (86.99) | 1.33 | 369,744 | (87.05) |
| SERVATII INC FZ PRETZELS | $454,004 | 10.48 | 0.61 | 99,459 | 7.68 |
| TONYAS GLUTEN FREE KITCHEN INC FZ PRETZELS | $251,479 | 33.18 | 0.34 | 30,885 | 45.93 |
| GUSS' PRETZELS FZ PRETZELS | $171,018 | (5.72) | 0.23 | 82,327 | (6.60) |
| BERKS PACKING CO INC FZ PRETZELS | $91,536 | (45.73) | 0.12 | 18,588 | (44.98) |

Source: IRI, Chicago, Total U.S. Multi-Outlet w/ C-Store (Supermarkets, Drugstores, Mass Market Retailers, Gas/C-Stores, Military Commissaries and Select Club & Dollar Retail Chains), Latest 52 Weeks Ending April 17, 2016



courtesy of Edward Marc Brands

# SNACK FOOD & WHOLESALE BAKERY

| | |
|---|---|
| Date: | Friday, July 01, 2016 |
| Location: | TROY, MI |
| Circulation (DMA): | 14,000 (N/A) |
| Type (Frequency): | Magazine (12Y) |
| Page: | 44,46,48,49,50 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

for the vast majority of sales in the segment. At the brand level, Snyder's of Hanover dropped by 4.51 percent in dollar sales per IRI, and Rold Gold slipped by 6.59 percent. Of the top three, only private label saw a gain, up 2.17 percent. One bright spot for Snyder's-Lance was its Snyder's of Hanover 100 Calorie Pack Pretzels, which were up 6.42 percent in dollar sales to $19.3 million.

Outside of the core, much of the incremental growth we are seeing in the pretzels segment results from strategic product diversification.

Herr Foods recently launched a Pub Style Thins Sourdough product. The company also offers Bite Size and San Francisco Specials varieties of its sourdough pretzels. The latter line was up 13.31 percent in dollar sales for the year to $3.7 million.

J&J Snack Foods Corp. is the undisputed king of frozen soft pretzels. While the company's product lineup is best known for a bit of fun, affordable indulgence, the recent launch of Multigrain Soft Pretzels shows that this segment is not immune to the overarching better-for-you current coursing through today's food industry. The products provide 6 grams of protein and 11 grams of whole grains per pretzel.

And then there's sweet and salty. Back in the 1980s, the peanut butter pretzel was perhaps the first product to illustrate the beautiful synergy of sweet and salty within the pretzel segment, and momentum in this area continues today. The No. 4 brand in pretzels, Mars Inc. brand Combos, was up 1.87 in dollar sales. In late 2014, the brand launched its Sweet & Salty line, consisting of Caramel Crème and Vanilla Frosting pretzels. It then added Chocolate Fudge to the line in late 2015.



courtesy of Snyder's-Lance

# SNACK FOOD & WHOLESALE BAKERY

| | |
|---|---|
| Date: | Friday, July 01, 2016 |
| Location: | TROY, MI |
| Circulation (DMA): | 14,000 (N/A) |
| Type (Frequency): | Magazine (12Y) |
| Page: | 44,46,48,49,50 |
| Section: | Main |
| Keyword: | Pretzel Crisps |

Snyder's-Lance has seen good growth of its Sweet & Salty line over the past few years. For the latest 52-week period, the line was up 268.35 percent in dollar sales to $4.9 million. A recent addition to the line was a S'mores Pieces variety.

The Snappers brand from Edward Marc Brands has sold well, and the company recently sought to breathe some additional seasonal life into sales via limited-edition holiday flavors like Milk Chocolate Cinnamon Caramel, Dark Chocolate Caramel Fudge and Dark Chocolate Peppermint. The core lineup consists of Original Milk Chocolate, Milk Chocolate Peanut Butter and Dark Chocolate Sea Salt Caramel.

In gluten-free pretzels, Boulder Brands posted a 0.96 percent gain in dollar sales for its Glutino pretzels. Snyder's-Lance has also launched gluten-free pretzel products over the past few years, including several glu-

ten-free Snack Factory brand Pretzel Crisps in mini, sweet and salty, and coated varieties.

## Looking forward

Opportunities exist to bring more better-for-you innovation into the pretzels segment. Companies like Unique Pretzel Bakery have taken concerted steps toward this niche with whole-grain and sprouted-grain products.

"The next trend coming for several categories is sprouted whole grains," says Justin Spannuth, vice president and COO, Unique Pretzel Bakery, Reading, PA. "That's where the next level of category innovation will be." Unique Pretzel Bakery recently released Sprouted Whole Grain Pretzel Shells.

Ingredient selection can do much to help boost product appeal. "Right now, choosing any ingredient that is organic or non-GMO is beneficial for any brand, category and SKU," says Spannuth.



courtesy of Mars Inc.

Other products find an audience by straddling the line that crosses over into indulgence. Bruce Gutterman, owner, Flavors-R-Specialty Inc., Kingston, PA, helped bring

**SNACK FOOD & WHOLESALE BAKERY**

Date: Friday, July 01, 2016
Location: TROY, MI
Circulation (DMA): 14,000 (N/A)
Type (Frequency): Magazine (12Y)
Page: 44,46,48,49,50
Section: Main
Keyword: Pretzel Crisps

> **❝ I don't think there's any end in sight. The peanut butter pretzel changed the pretzel industry. ❞**
>
> — Bruce Gutterman, Flavors-R-Specialty



the first peanut-butter-filled pretzels to market in the 1980s. He called the product Nutter Nuggets, and the concept spread across the pretzel industry, with the classic salty-sweet combination catalyzing a revolution in pretzel product diversification. Several pretzel brands, including private label, have seen great success with the concept through the years, and expanding into different fillings could translate into additional growth.

Lately, Gutterman has been experimenting with other styles of peanut butter, including a dark-roasted variety. "I took peanut butter—no sugar, no salt—and I hit it with a little darker roast," he says. "It's dark-brown, and the flavor really comes out." Adding a chocolate coating to peanut-butter-filled pretzel bites or nuggets could also drive interest, he notes.

Flavor diversity will continue to drive pretzel sales. "I don't think there's any end in sight," says Gutterman. "The peanut butter pretzel changed the pretzel industry. When you think about what happens when you infuse peanut butter into a pretzel—it just changed the way people consume this particular snack."

And that was only the beginning. **SF&WB**

Case 3:17-cv-00652-KDB-DSC   Document 45-8   Filed 10/29/18   Page 14 of 35

marlo



www.snackandbakery.com   A bnp PUBLICATION

AUGUST 2018
Vol. 111
No. 8

# SNACK
## FOOD & WHOLESA
# BAKER

The Preferred Source for Bakers and Snack Pr

# BAKERY
## OF THE
# YEAR

Sheila G's
BROWNIE BRITTLE

**ALSO INSIDE:**
Salty snacks trends
Better-for-you strategies
New and improved mixers


# Salty snack attack

### Innovative flavors and ingredients help brands differentiate themselves in a crowded market.

Melissa Kvidahl, Contributing Writer

Thanks to Americans' increasingly hectic lifestyles, sales of grab-and-go items like salty snacks, including chips, popcorn and pretzels, are increasing, according to the June 2018 "Salty Snacks: U.S. Market Trends



and Opportunities" report from Packaged Facts. Convenience is cited as a top purchase driver.

"The state of the snack food market is ever-evolving," says Amber Glover, business development manager, Asenzya, Oak Creek, WI. "More and more often, the consumer isn't eating three square meals a day. Instead, they rely on several snacks to help them get through their busy schedules."

Contributing to growth is the fact that salty snacks are readily available in vending machines, gas stations, and convenience stores—which only increases their appeal among

rushed shoppers. Though competition does exist from chocolate confections, cookies, and crackers, Packaged Facts estimates that sales of salty snacks will exceed $29 billion in 2022.

"Propelling the overall sales growth in the

salty snacks category is that consumers, particularly millennials, are demanding a wider variety of options and flavors than ever before," says Denis Neville, CEO, CoreFX Ingredients, Chicago. "As a result, the industry has experienced widespread product proliferation and a growing consumer interest in healthy snack options has further fueled product innovation."

### By the numbers

Data from IRI, Chicago, shows that sales of nearly every segment of salty snacks is on the rise, with the overall category up 4.68 percent

to $23.7 billion for the 52 weeks ending April 22, 2018.

Sales of potato chips posted sales of $7.3 billion alone, growing 2.07 percent in dollar sales, mainly thanks to growth from Frito-Lay's potato chip brands, which were up 2.24 percent to $4.5 billion. Ruffles had a particularly strong year, up 18.22 percent to $1.0 billion.

Frito-Lay's better-for-you multigrain chip brand SunChips had a strong year, up 17.43 percent to $246.0 million. The line is part of the growing other salted snacks segment—featuring several types of extruded snacks that don't fit into the cheese snacks or corn snacks segments—which was up 9.23 percent to $4.4 billion.

Pretzels likewise grew, up 1.61 percent to $1.2 billion. Segment leader Snyder's-Lance (now part of Campbell Soup Co.) grew 2.02 percent to $462.4 million. Its Snyder's of Hanover brand was responsible for the overwhelming bulk of that revenue, up 2.89 percent to $431.6 million.

Ready-to-eat popcorn and caramel corn grew 5.00 percent to $1.3 billion. Frito-Lay brand Smartfood leads the way and was up 13.89 percent to $389.1 million. The Angie's Boomchickapop brand, purchased by Conagra Brands in 2017, grew a whopping 49.97 percent to $107.7 million.

Sales of tortilla and tostada chips grew 4.18 percent, reaching $5.3 billion in sales. Frito-Lay's Doritos brand dominates and grew 6.07 percent to $2.2 billion. Organic also showed strength, with Late July growing 19.69 percent to $43.2 million.

Snack crackers—part of the all other crackers segment of the overall crackers category—also had a good year. Segment leader Cheez-It brand

Case 3:17-cv-00652-KDB-DSC   Document 45-8   Filed 10/29/18   Page 16 of 35



# Market Trends
## Salty snacks



courtesy of Frito-Lay

from Kellogg Co. grew 3.35 percent to $790.2 million, while Pepperidge Farm's Goldfish crackers grew 3.58 percent to $572.8 million.

### Leading trends

Packaged Facts says that future growth in salty snacks will come from products that carry the most flavor while also being healthy and nutritious.

Flavor trends on the radar at CoreFX Ingredients include spicy Asian, Mexican, vinegar and sweet flavors. Salt (including sea salt), cheese and roasted flavors are also among mainstream flavors that continue to resonate with shoppers, says Neville. At the root of these trends? Foodie culture, he says. "Demand for more exotic flavors has increased, including exotic blends with coconut and spices, or sweet and savory hybrids with honey."

According to Glover, ever-changing flavor trends are translating to a shift away from permanent flavor extensions. Instead, she says, companies are focusing on limited-time offers (LTOs). "A big example is every fall, pumpkin spice comes out of the woodwork to sell hundreds of different products. Consumers are looking for truly authentic flavors—American regional, ethnic, fusion. However, all of these flavors are typically shown on an LTO."

Causing this drive toward natural and authentic flavors, says Neville, is actually another main trend impacting salty snacks: the shift to clean label. "Consumers today are on a quest for transparency, opting for products made with ingredients that are simple and free from trans fats, gluten, preservatives, GMOs, and artificial flavors and colors."

CoreFX offers authentic, dry, grass-fed butter and cheese ingredients that are clean label, fully traceable and full of protein, micronutrients, flavor and functionality appropriate for a wide range of salty snack applications. "For example, our dry grass-fed butter works very well as a topical slurry coating for popcorn," says Neville, "which is a rapidly growing salty snack option due to its convenience, healthy halo and overall category innovation." Additionally, the company's dry cultured dairy ingredients, like sour cream, carry intense flavor concentrations that allow formulators to use less of the ingredient. The result is shorter labels and lower cost in use.

Clean-label trends are also spurring increased interest in better-for-you ingredients like whole grains, ancient grains and vegetable-based pulses, as well as anything gluten-free, organic and non-GMO. Sylvie Brunel, product and process development manager, notes that Clextral, Tampa, FL., has worked with processors over the course of the past year to develop new snacks based on pulses like quinoa, cassava and tapioca.

"As general consumer demand for healthier snacks grows, more and more food manufacturers are reducing sodium in products," says Yusuke Hiraiwa, senior manager of national industrial sales and research and development, Kikkoman Sales USA, Inc., San Francisco, CA. "Substitutions, such as lower-sodium soy sauce used in place of salt, will help deliver savory flavor and umami benefits in salty snack products. Umami in soy sauce gives body and richness to the flavor, which supports the sodium reduction.

Kikkoman Granulated Soy Sauce and Granulated Gluten-Free Tamari Soy Sauce are instantly dispersible and soluble in water,

eliminate dusting during production, and are less susceptible to caking. These ingredients blend well in topical seasoning mixes and work well in snack seasonings.

Food oxidation and overall safety are other clean-label issues that impact the salty snacks market. A significant part of the portfolio at Frutarom, North Bergen, NJ, includes solutions that reduce the oxidation of fats and oils, and target acrylamide reduction in baked and fried goods. "Acrylamide reduction is the biggest issue at the moment, from both the customer preference and legislation aspects," says Dushka Dimitrijevic, director of technical sales and applications, food pro-



courtesy of Snyder's-Lance

tection division. "There are a few solutions for that issue, targeting different mechanisms of acrylamide formation."

Two of Frutarom's formulations, INOLENS 4 and SyneROX HT, were challenged in trials and showed good results. In trials with snacks, notes Dimitrijevic, the level of acrylamide was reduced by 60 percent.

Going forward, the salty snack market is expected to continue to grow, thanks to America's obsession with snacking. "Snackification is possibly the most-powerful, consistent and long-term trend," says Neville, "presenting companies with a wealth of opportunities for creative new product development, growth and better margins." **SF&WB**

marlo



# Sriracha & Lime Pretzel Crisps

January 30, 2015　No Comments

**Company:** Snack Factory LLC, Princeton, NJ

**Website:** www.pretzelcrisps.com

**Introduced:** January

**Distribution:** National

**Suggested Retail:** $2.99-$4.49 for 7.2-ounce bag



**Product Snapshot:** New Sriracha & Lime Pretzel Crisps from Snack Factory combine the zesty flavor of sriracha with the cool, refreshing taste of lime. They can be dipped, topped, paired or enjoyed as is. A serving (10 crackers) has 110 calories and no cholesterol, saturated fat or *trans* fats.



# Pretzel Crisps Gluten Free Minis

February 26, 2015    No Comments

**Company:** Snack Factory LLC, Princeton, NJ

**Website:** www.pretzelcrisps.com

**Introduced:** January

**Distribution:** National

**Suggested Retail:** $2.99-$4.49 for 7.2-ounce bag

**Product Snapshot:** Snack Factory has introduced its first gluten-free Pretzel Crisps. Gluten Free Original Minis provide gluten-sensitive consumers with a guilt-free snack to nosh, top and share.



Gluten Free Salted Caramel Minis combine the hearty crunch of Pretzel Crisps with the flavor of creamy caramel. A 5-ounce serving has 110-120 calories (depending on the variety) and no cholesterol or *trans* fats.



# Snack Factory Bacon Habanero Pretzel Crisps

*June 21, 2016*



**Company:** Snyder's-Lance

**Website:** www.pretzelcrisps.com

**Introduced:** June

**Distribution:** National

**Suggested Retail:** $3.29 for a 7.2-oz bag

**Product Snapshot:** Snack Factory, a Snyder's-Lance brand, has released limited-batch Bacon Habanero Pretzel Crisps. The pretzels tap into the popular savory taste of sizzling bacon paired with a kick of habanero. Snack Factory Pretzel Crisps are available in the deli section of retailers.



Snack Products | Gluten-free | Pretzels | Trends | New Snack and Bakery Products

# Deli Style Gluten Free Original Pretzel Crisps



**Company:** Snack Factory LLC, Princeton, NJ

**Website:** www.pretzelcrisps.com

**Introduced:** March

**Distribution:** National

**Suggested Retail:** $3.49 for 5-ounce bag

**Product Snapshot:** Snack Factory, a Snyder's-Lance brand, has expanded its Gluten Free Pretzel Crisps line with the addition of Deli Style Gluten Free Original Pretzel Crisps. The new crisps are larger than the company's other Gluten Free Pretzel Crisps offerings, which are minis, making it easy for consumers to dip, top, pair and share them. One serving (15 Pretzel Crisps) has just 110 calories.





## Best New Snack & Bakery Products Of 2015



**Best Snack & Bakery Products**

Astutely executed research and development processes can yield products that quickly resonate with today's shoppers, driving significant levels of repeat purchase. And sometimes, a new product can help point new directions for an entire industry.

Such products also often win awards.

The products below, presented alphabetically, comprise the ballots for the Best New Snack & Bakery Products of 2015: one category for snack products released within the past year, and another category for bakery products, with one vote permitted in each category. Each product includes a link leading to complete details on the product. They represent every major trend across snack and bakery today, including portion control, gluten-free, artisan, bold flavors, better-for-you and convenience. The two winners will be announced in the January issue of Snack Food & Wholesale Bakery and online

### Bakery


**ARYZTA La Brea Bakery Gluten Free Sliced Sandwich Bread**
Read more about this product


**Auntie Anne's Frozen Soft Pretzels**
Read more about this product


**Flowers Foods Tastykake Mini Cupcakes**
Read more about this product


**Kellogg Co. Special K Brownies**
Read more about this product


**Lantmännen Unibake Euro-Bake Artisan Loaves**
Read more about this product


**McKee Foods Little Debbie Single-Serve Cake Slices**
Read more about this product


**Miller Baking Pretzilla Bites**
Read more about this product


**Mondelēz International Nabisco OREO Thins**
Read more about this product


**Nature's Bakery Gluten-Free Fig Bars**
Read more about this product


**The Hershey Co. Brookside Fruit & Nut Bars**
Read more about this product


**Walkers Gluten Free Shortbread**
Read more about this product

**VOTE FOR YOUR FAVORITE**

### Snacks


**Balance Bar Co. Balance Bites**
Read more about this product


**Dairy Farmers of America Borden GOOD2GETHER Snacks**
Read more about this product


**Fisher Nut Exactly Snack Bites**
Read more about this product


**Frito-Lay Rold Gold Pretzel Cracker Sandwiches**
Read more about this product


**General Mills Totino's Blasted Crust Pizza Rolls**
Read more about this product


**Hain Celestial Group Garden of Eatin' Tuscola County Blue Corn Tortilla Chips**
Read more about this product


**Inventure Foods Nathan's Famous Beer Battered Onion Rings**
Read more about this product


**Schwan Consumer Brands Bon Appétit Thin Crust Pizza**
Read more about this product


**Snack Factory Sriracha & Lime Pretzel Crisps**
Read more about this product


**Snyder's-Lance Gluten-Free Sandwich Crackers**
Read more about this product

**VOTE FOR YOUR FAVORITE**

Case 3:17-cv-00652-KDB-DSC   Document 45-8   Filed 10/29/18   Page 22 of 35

# SNACKING**NEWS**

## Snack Factory Adds New Pretzel Crisps Flavors

September 6, 2018 by Robin Mather



Snack Factory, a recent addition to The Campbell Soup Company's snack portfolio, today announces the launch of two new flavorful additions to the beloved Pretzel Crisps[R] line—Sourdough and Cinnamon Sugar.

Artisan Style Sourdough crisps deliver an authentic tangy sourdough flavor that consumers love with the products' signature light crunch. With this classic flavor, Sourdough crisps pair perfectly with deli meats, cheeses and spreads.

For those with a sweet tooth, new Deli Style Snack Factory Cinnamon Sugar Pretzel Crisps are generously seasoned with cinnamon and sugar for the perfect sweet-and-salty treat. Enjoy Snack Factory Cinnamon Sugar Pretzel Crisps straight from the bag or pair with fresh fruit, whipped topping or chocolate dips.

At around 100 calories per serving, these new additions continue Snack Factory's tradition of snacks packed full of flavor and versatility that you can feel good about eating. Find the new Snack Factory Pretzel Crisps in the deli section nationwide.

Since 2004, Snack Factory has reinvented the pretzel category with Pretzel Crisps, winning over the hearts and taste buds of snackers everywhere as the world's first pretzel-shaped cracker. Today, Snack Factory is dedicated to providing consumers with innovative and delicious clean-label snacks. Based in Charlotte, NC, Snack Factory products are distributed nationally through grocery stores, mass merchandisers, convenience stores and club stores.

For more information, call 800.233.7125 or visit www.pretzelcrisps.com.





**Phil Lempert**
**SUPERMARKET**GURU®
Smarter Shopping, Healthier Eating, Better Living

# PHIL'S FOOD REVIEWS

Phil's Food Reviews are now daily - one product each day! Subscribe to our YouTube channel and receive a notification when a new product review is posted.

## Snack Factory Pretzel Crisps Gluten Free Minis Dark Chocolate Flavored Crunch

These are one of the best tasting gluten-free pretzels I've tasted. However....



For detailed information on our Nutritional Attribute Descriptions, click here.



SCORE **79**

Snack Factory: Pretzel Crisps Gluten Free Minis

| TASTE | VALUE | NUTRITION | INGREDIENTS | PREPARATION | APPEARANCE | PACKAGING | SUSTAINABILITY | TOTAL |
|-------|-------|-----------|-------------|-------------|------------|-----------|----------------|-------|
| 25 / 30 | 16 / 20 | 13 / 15 | 12 / 15 | 4 / 5 | 5 / 5 | 4 / 5 | 0 / 5 | **79 / 100** |

✓ No Artificial Colors
✓ No Artificial Flavors
✓ No Artificial Preservatives
✓ Celiac Certified
✓ Gluten Free
✓ Kosher

These are one of the best tasting gluten-free pretzels I've tasted. Probably because the chocolate masks the rice flour! A couple problems however. First - this package is not great for the product. In three bags we opened the pretzels are all stuck together. And they really are very very sweet. 5 pretzels are 130 calories, 6 grams of fat and 10 grams of sugars.

**$4.99** 5.5 oz

Snack Factory
888-683-5400
http://pretzelcrisps.com





# Snack Factory unveils Organic Pretzel Crisps

**15 February 2017**



Snyder's-Lance owned Snack Factory Pretzel Crisps has announced the launch of its newest variety, Organic Original Pretzel Crisps.

At 110 calories per serving, the snack contains no saturated fat, zero trans-fat, cholesterol, preservatives, artificial flavorings or colours. They are also non-GMO project verified.

The new variety can be found in the deli section at US grocery stores.

"The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste," said Eric Van De Wal, vice president of marketing and innovation at Clearview Foods division of Snyder's-Lance. "This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."



# Snack Factory Introduces USDA-Certified Organic Pretzel Crisps

FEB 8, 2017 **SOURCE:** SNACK FACTORY



CHARLOTTE, N.C.--(BUSINESS WIRE)--Snack Factory® Pretzel Crisps®, the world's first – and the original – flat-baked pretzel cracker, today announces the launch of its newest variety, Organic Original Pretzel Crisps. As the latest better-for-you snack offering within the Snack Factory portfolio, Organic Original Pretzel Crisps are also Non-GMO Project verified and will be available for a limited time nationwide.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, Vice President of Marketing and Innovation, Clearview Foods Division of Snyder's-Lance. "The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

Organic Original Pretzel Crisps have the same great taste and crunch that fans have grown to love for more than a decade. At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The new variety can be found in the deli section at local grocery stores nationwide starting February 2017. For more information about the entire Pretzel Crisps range, please visit: pretzelcrisps.com.

**ABOUT SNACK FACTORY® PRETZEL CRISPS®:**

Since 2004, Snack Factory® Pretzel Crisps® have reinvented the pretzel category, winning over the hearts and taste buds of snackers everywhere as the world's first – and the original – pretzel-shaped cracker. Snack Factory Pretzel Crisps are made with nutritious and simple ingredients, without any trans fat, saturated fat or cholesterol. With dozens of delicious and savory flavors to choose from, it's no wonder Snack Factory Pretzel Crisps are the go-to snack for dipping, topping, pairing and sharing!

**ABOUT SNYDER'S-LANCE, INC.**

Snyder's-Lance, Inc., headquartered in Charlotte, NC, manufactures and markets snack foods throughout the United States and internationally. Snyder's-Lance's products include pretzels, sandwich crackers, pretzel crackers, potato chips, cookies, tortilla chips, restaurant style crackers, popcorn, nuts and other snacks. Snyder's-Lance has manufacturing facilities in North Carolina, Pennsylvania, Indiana, Georgia, Arizona, Massachusetts, Florida, Ohio, California, Oregon, Iowa, Wisconsin, and the United Kingdom. Products are sold under the Snyder's of Hanover®, Lance®, Kettle Brand®, Cape Cod®, Snack Factory® Pretzel Crisps®, Pop Secret®, Emerald®, Late July®, Krunchers!®, Tom's®, Archway®, Jays®, Stella D'oro®, Eatsmart™, O-Ke-Doke®, and other brand names along with a number of third party brands. Products are distributed nationally through grocery and mass merchandisers, convenience stores, club stores, food service outlets and other channels. For more information, visit the Company's corporate web site: www.snyderslance.com.



# Guilt-Free Snacking, Anywhere

The newest trends heating up the snack industry.

BY MAXINE BOGLE

Whether having a fun day out or preparing for work or school, packing a healthy snack that is not only flavorful, but portable can at times be tough. With many traditional healthy treats needing to be prepared or required to be refrigerated, the additional work and weight can be quite inconvenient. Thankfully, today there are many options that can satisfy everyone's needs and still fulfill everyone's cravings.

## Crunching Down

While it may seem hard to believe, an interest in chips as a healthy snack is actually on the rise. According to the report, "How America's Eating Habits Are Changing," by the Private Label Manufacturers Association, consumers prefer salty snacks, which include chips, nuts, pretzels, crackers and popcorn. And with a rise in the trend of "better-for-you" and "better choice" snack products, says Eric Van De Wal, vice president of marketing for Clearview Foods, a division of Snyder's-Lance, Inc., based in Charlotte, NC, "Consumers are becoming more health-conscious, so snack products made with clean ingredients are highly sought after right now."

Of course with any new trend, shoppers can expect to find quite a few new brands popping up in their favorite stores. However, how can anyone be sure that their new favorite chips are actually healthy for them? Marc Seguin, chief marketing officer of Popchips, based in Los Angeles, CA, states all "consumers need to do [is] their homework."

"We work very hard to emphasize the difference between our brand and the competition," said Seguin. "One very clear way we do this is through our labeling, indicating our product is never fried and always real, non-GMO, no added preservatives, no artificial flavors, no synthetic colors, no cholesterol, zero grams trans fat and are certified gluten-free."

Like Seguin, John Honeck, chief commercial officer of Beanfields, Los Angeles, CA, believes with one look at the nutritional and ingredient list and shoppers will instantly know the difference.

"The base of our chips [is] made with two simple ingredients: beans and rice. Our chips are [also] packed with protein and fiber, and have less fat than traditional potato chips and corn-based tortilla chips."

New flavors and flavor combinations are also becoming a top priority.

"We offer consumers what they want — the flavors they love with better-for-you attributes," said Honeck. An example of this is the companies barbecue flavor, which is made "with just the right amount of sweet and smoky goodness," but with "zero grams of sugar," states Honeck.

Van De Wal believes that it is also important to reinvent a company's signature product each year with fresh and innovative flavors, but if for example, a limited edition offering such as the company's Bacon Habanero Pretzel Crisps, becomes extremely popular companies should follow their shopper's demands and "keep it on retailer shelves."

## A Quick Chew

With 91% of adults snacking at least once a day and 71% aiming for a treat that adds more protein to their diet, a "protein bar with real whole food ingredients," states Peter Rahal, CEO and co-founder of RXBar, based in Chicago, IL, "[would] make a great on-the-go breakfast, pre/post-workout fuel, or just a filling snack on the go."

The protein-filled snack may also appeal to shoppers on a lifestyle diet, such as Paleo. However, don't expect every company to follow a specific diet trend.

"Instead of focusing on trends when innovating new products, we seek to meet needs consumers might not know they have," says Stephanie Perruzza, MS, RD, CDN and health and wellness communications specialist at KIND, New York City,



NY. "Rather than focus on what's *not* in our snacks, such as less calories or less fats, we like to focus on what *is* in our snacks, such as nutrient-dense nuts full of hearty fats."

As for where the snack bar may be in a few years, Rahal sees shoppers becoming "more aware of intensity sweeteners and wanting foods with less sweetness."

Like Rahal, Perruzza also sees consumers becoming aware of their sugar intake. "We're excited for the new Nutrition Facts Panel changes that are underway, especially the mandatory listing of added sugars," says Perruzza. "This disclosure will allow consumers to differentiate naturally-occurring sugars and those that are added so they can understand how to stay below the established daily limit for added sugars, which is 50 grams."

One great example of how snack bars are truly standing out to shoppers is the focus and embrace of transparency and clean ingredients.

"We put our core ingredients on the front of the packaging so people know what they're eating, said Perruzza. "We use real, whole ingredients in our bars to offer a protein bar that is filling and tastes amazing."

## Sweet and Fulfilling

If you've only associated cookies as being a sweet treat, then it's time to start thinking differently. What was once considered a high in sugar and fat snack, has now been transformed into a positive contributor to one's daily nutrient needs.

And while classic flavors such as oatmeal, chocolate chip and peanut butter will remain a constant when choosing a flavor, Joel Warady, chief sales and marketing officer of Enjoy Life Foods, based in Chicago, IL, believes "globally-inspired cuisines and flavor profiles" will begin to drive the market, due to "millennials who have more adventurous palates and want more unique flavors to spice up their everyday snacking."

To ensure consumers are not fooled by labels with marketing buzzwords, which are not regulated, such as "healthy," Warady suggests shoppers should start asking themselves important questions like, "Do I recognize these ingredients?" and "Can I pronounce them?" "If the answer is no, then you may have an unhealthy snack on your hands," says Warady. "[Instead] look for shorter ingredients lists, low sugar and sodium, no artificial preservatives and no protein isolates."

As for how cookies could possibly be classified as a health factor, one way is with the addition of protein.

"Some may not need additional protein in their diets, but there are many who do or who are looking for innovative ways to get their protein in, said Peggy O'Shea Kochenbach, RDN, LDN, Whey2Be!, a product of Action Brand Management, based in Boca Raton, FL. " Research shows that eating adequate amounts of protein plays a role in promoting satiety — keeping you satisfied longer — and also helps to preserve lean muscle mass and overall nutrient balance. Once more of a niche focus for athletes, the perceived health benefit of protein has broadened and today consumers across many demographic groups are looking for new and interesting ways to boost their protein intake."

Warady states shoppers can also start to look forward to "foods free-from the top eight allergies – identified as milk, eggs, fish, crustacean selfish, tree nuts, peanuts, wheat and soy" as the cookie category continue to "grow [and] as food allergies become more prevalent.

## Reformulated

Besides the usual snacking options, shoppers are also looking towards classic options, such as fruit, but with an exciting twist. "One of the biggest advantages of eating freeze-dried [fruit and vegetable] products is the nutrient retention," said Jessica Bartels, marketing manager at Crunchies Natural Food, based in Westlake Village, CA. "Compared to dehydrated fruits, Crunchies retains the majority of the nutrients found in fresh fruit. [The] high nutritional value combined with convenience makes Crunchies a simple way to have a healthy snack at home or on-the-go." Notably, savory and spicy flavors, "such as sriracha, curry, chipotle, ginger, and turmeric are becoming mainstream," states Megan Cleveland, R&D/QA manager of Crunchies.

To tap into shoppers' wants and needs for transparency, Bartels believes many companies, like her own, may start driving the market with food traceability concepts in order to win not only consumers but also retailers.

"Consumers want to know more about where their products are coming from and how they are being produced," says Bartels. "We have recently launched a new traceability platform on our website where the consumer can find their fruit's roots. They are able to type in the 5 digit traceability code found on the back of their package, which then generates where in the world their bag of Crunchies freeze-dried snacks were grown." Bartels believes this is an effective way to engage customers and crucial to remain competitive. "Snack brands should be seeking new ways to simplify their sourcing and manufacturing practices in order to join the traceability movement."

No longer just a convenience store grab and go item, beef and turkey jerky is another classic option that has been reformulated and has even become a new snacking favorite. "The majority of meat snacks still use sodium nitrite as a preservative, but we do not," says Ching Lee, CEO of Little Red Dot Kitchen, maker of Singapore and Malaysian street-style roasted meat snacks, Bak Kwa, based in Sunnyvale, CA. "All of our Bak Kwa are lower than 190 mg of sodium because we don't use either nitrates or nitrites. Our Bak Kwa meat snacks are produced from protein sources raised humanely and without antibiotics or hormones. The Bak Kwa is minimally processed with most ingredients having non-GMO verification. They are also free from artificial ingredients, wheat, dairy and eggs."

In order to differentiate itself from other companies, Little Red Kitchen focuses on the meat or protein, that provides the body with complete amino acids, which are an energy source for the body. In addition the company believes "food and ingredients closer to their original forms are always better," says Lee. "That means we think soy that is not genetically modified is a better choice and cane sugar is always preferred over high fructose corn syrup, which we have never used. A lot of ingredients in our Bak Kwa are already non-GMO including the feed for the animals we use, and we continue to source spices and ingredients that have non-GMO verification."

An old snacking standby, bread, is also getting a facelift. Eat the Ball, based in El Segundo, CA, is utilizing an innovative production process called pro.ferment.iced which gently ferments and freezes the bread in a way that preserves vitamins and minerals usually lost and also allows for better shelf life. According to the firm's website, its Multigrain variety provides up to 20% of one's recommended daily value of vitamins B1, B6, and B9. Sandwiches are an important part of America's on-the-go snacking repertoire. However, it can be a bit labor intensive, which is why Eat the Ball also makes "boosted" versions of their breads stuffed with nut and nougat cream and most recently, peanut butter and jelly. "These mini sandwiches are great as snacks for busy on-the-go shoppers that can also be included in kids' lunches," says Joe Carter, managing director of the firm. Indeed, besides taste, the products' sports ball shapes make for a fun snack for children.

Snacking is no longer an unhealthy indulgence, but a great way to conveniently get nutrients throughout the day. **WF**

Case 3:17-cv-00652-KDB-DSC   Document 45-8   Filed 10/29/18   Page 29 of 35



Informing and Educating Natural Products Retailers On Dietary Supplements, Herbs, HBC, Homeopathy, Foods

Home › Grocery › Features › Guilt-Free Snacking, Anywhere

Grocery   Features   Front Page

# Guilt-Free Snacking, Anywhere

*The newest trends heating up the snack industry.*

By **Maxine Bogle**  -  May 22, 2017



Whether having a fun day out or preparing for work or school, packing a healthy snack that is not only flavorful, but portable can at times be tough. With many traditional healthy treats needing to be prepared or required to be refrigerated, the additional work and weight can be quite inconvient. Thankfully, today there are many options that can satisfy everyone's needs and still fulfill everyone's cravings.

**Crunching Down**

While it may seem hard to believe, an interest in chips as a healthy snack is actually on the rise. According to the report, "How America's Eating Habits Are Changing," by the Private Label Manufacturers Association, consumers prefer salty snacks, which include chips, nuts, pretzels, crackers and popcorn. And with a rise in the trend of "better-for-you" and "better choice" snack products, says Eric Van De Wal, vice president of marketing for Clearview Foods, a division of Snyder-Lance, Inc., based in Charlotte, NC, "Consumers are becoming more health-conscious, so snack products made with clean ingredients are highly sought after right now."

Of course with any new trend, shoppers can expect to find quite a few new brands popping up in their favorite stores. However, how can anyone be sure that their new favorite chips are actually healthy for them? Marc Seguin, chief marketing officer of Popchips, based in Los Angeles, CA, states all "consumers need to do [is] their homework."

"We work very hard to emphasize the difference between our brand and the competition," said Seguin. "One very clear way we do this is through our labeling, indicating our product is never fried and always real, non-GMO, no added preservatives, no artificial flavors, no synthetic colors, no cholesterol, zero grams trans fat and are certified gluten-free."

Like Seguin, John Honeck, chief commercial officer of Beanfields, Los Angeles, CA, believes with one look at the nutritional and ingredient list and shoppers will instantly know the difference.

"The base of our chips [is] made with two simple ingredients: beans and rice. Our chips are [also] packed with protein and fiber, and have less fat than traditional potato chips and corn-based tortilla chips."

New flavors and flavor combinations are also becoming a top priority.

"We offer consumers what they want — the flavors they love with better-for-you attributes," said Honeck. An example of this is the companies barbecue flavor, which is made "with just the right amount of sweet and smoky goodness," but with "zero grams of sugar," states Honeck.

Van De Wal believes that it is also important to reinvent a company's signature product each year with fresh and innovative flavors, but if for example, a limited edition offering such as the company's Bacon Habanero Pretzel Crisps, becomes extremely popular companies should follow their shopper's demands and "keep it on retailer shelves."

## A Quick Chew

With 91% of adults snacking at least once a day and 71% aiming for a treat that adds more protein to their diet, a "protein bar with real whole food ingredients," states Peter Rahal, CEO and co-founder of RXBar, based in Chicago, IL, "[would] make a great on-the-go breakfast, pre/post-workout fuel, or just a filling snack on the go."

The protein-filled snack may also appeal to shoppers on a lifestyle diet, such as Paleo. However, don't expect every company to follow a specific diet trend.

"Instead of focusing on trends when innovating new products, we seek to meet needs consumers might not know they have," says Stephanie Perruzza, MS, RD, CDN and health and wellness communications specialist at KIND, New York City, NY. "Rather than focus on what's not in our snacks, such as less calories or less fats, we like to focus on what is in our snacks, such as nutrient-dense nuts full of hearty fats."

As for where the snack bar may be in a few years, Rahal sees shoppers becoming "more aware of intensity sweeteners and wanting foods with less sweetness."

Like Rahal, Perruzza also sees consumers becoming aware of their sugar intake. "We're excited for the new Nutrition Facts Panel changes that are underway, especially the mandatory listing of added sugars," says Perruzza. "This disclosure will allow consumers to differentiate naturally-occurring sugars and those that are added so they can understand how to stay below the established daily limit for added sugars, which is 50 grams."

"We put our core ingredients on the front of the packaging so people know what they're eating, said Perruzza. "We use real, whole ingredients in our bars to offer a protein bar that is filling and tastes amazing."

## Sweet and Fulfilling

If you've only associated cookies as being a sweet treat, then it's time to start thinking differently. What was once considered a high in sugar and fat snack, has now been transformed into a positive contributor to one's daily nutrient needs.

And while classic flavors such as oatmeal, chocolate chip and peanut butter will remain a constant when choosing a flavor, Joel Warady, chief sales and marketing officer of Enjoy Life Foods, based in Chicago, IL, believes "globally-inspired cuisines and flavor profiles" will begin to drive the market, due to "millennials who have more adventurous palates and want more unique flavors to spice up their everyday snacking."

To ensure consumers are not fooled by labels with marketing buzzwords, which are not regulated, such as "healthy," Warady suggests shoppers should start asking themselves important questions like, "Do I recognize these ingredients?" and "Can I pronounce them?" "If the answer is no, then you may have an unhealthy snack on your hands," says Warady. "[Instead] look for shorter ingredients lists, low sugar and sodium, no artificial preservatives and no protein isolates."

As for how cookies could possibly be classified as a health factor, one way is with the addition of protein.

"Some may not need additional protein in their diets, but there are many who do or who are looking for innovative ways to get their protein in, said Peggy O'Shea Kochenbach, RDN, LDN, Whey2Bel, a product of Action Brand Management, based in Boca Raton, FL. " Research shows that eating adequate amounts of protein plays a role in promoting satiety — keeping you satisfied longer — and also helps to preserve lean muscle mass and overall nutrient balance. Once more of a niche focus for athletes, the perceived health benefit of protein has broadened and today consumers across many demographic groups are looking for new and interesting ways to boost their protein intake."

Warady states shoppers can also start to look forward to "foods free-from the top eight allergies — identified as milk, eggs, fish, crustacean selfish, tree nuts, peanuts, wheat and soy" as the cookie category continue to "grow [and] as food allergies become more prevalent.

**Reformulated**

Besides the usual snacking options, shoppers are also looking towards classic options, such as fruit, but with an exciting twist. "One of the biggest advantages of eating freeze-dried [fruit and vegetable] products is the nutrient retention," said Jessica Bartels, marketing manager at Crunchies Natural Food, based in Westlake Village, CA. "Compared to dehydrated fruits, Crunchies retains the majority of the nutrients found in fresh fruit. [The] high nutritional value combined with convenience makes Crunchies a simple way to have a healthy snack at home or on-the-go." Notably, savory and spicy flavors, "such as sriracha, curry, chipotle, ginger, and turmeric are becoming mainstream," states Megan Cleveland, R&D/QA manager of Crunchies.

To tap into shoppers' wants and needs for transparency, Bartels believes many companies, like her own, may start driving the market with food traceability concepts in order to win not only consumers but also retailers.

"Consumers want to know more about where their products are coming from and how they are being produced," says Bartels. "We have recently launched a new traceability platform on our website where the consumer can find their fruit's roots. They are able to type in the 5 digit traceability code found on the back of their package, which then generates where in the world their bag of Crunchies freeze-dried snacks were grown." Bartels believes this is an effective way to engage customers and crucial to remain competitive. "Snack brands should be seeking new ways to simplify their sourcing and manufacturing practices in order to join the traceability movement."

No longer just a convenience store grab and go item, beef and turkey jerky is another classic option that has been reformulated and has even become a new snacking favorite. "The majority of meat snacks still use sodium nitrite as a preservative, but we do not," says Ching Lee, CEO of Little Red Dot Kitchen, maker of Singapore and Malaysian street-style roasted meat snacks, Bak Kwa, based in Sunnyvale, CA. "All of our Bak Kwa are lower than 190 mg of sodium because we don't use either nitrates or nitrites. Our Bak Kwa meat snacks are produced from protein sources raised humanely and without antibiotics or hormones. The Bak Kwa is minimally processed with most ingredients having non-GMO verification. They are also free from artificial ingredients, wheat, dairy and eggs."

In order to differentiate itself from other companies, Little Red Kitchen focuses on the meat or protein, that provides the body with complete amino acids, which are an energy source for the body. In addition the company believes "food and ingredients closer to their original forms are always better," says Lee. "That means we think soy that is not genetically modified is a better choice and cane sugar is always preferred over high fructose corn syrup, which we have never used. A lot of ingredients in our Bak Kwa are already non-GMO including the feed for the animals we use, and we continue to source spices and ingredients that have non-GMO verification."

An old snacking standby, bread, is also getting a facelift. Eat the Ball, based in El Segundo, CA, is utilizing an innovative production process called pro.ferment.iced which gently ferments and freezes the bread in a way that preserves vitamins and minerals usually lost and also allows for better shelf life. According to the firm's website, its Multigrain variety provides up to 20% of one's recommended daily value of vitamins B1, B6, and B9. Sandwiches are an important part of America's on-the-go snacking repertoire. However, it can be a bit labor intensive, which is why Eat the Ball also makes "boosted" versions of their breads stuffed with nut and nougat cream and most recently, peanut butter and jelly. "These mini sandwiches are great as snacks for busy on-the-go shoppers that can also be included in kids' lunches," says Joe Carter, managing director of the firm. Indeed, besides taste, the products' sports ball shapes make for a fun snack for children.

Snacking is no longer an unhealthy indulgence, but a great way to conveniently get nutrients throughout the day.
**WF**

*Published in WholeFoods Magazine June 2017*



# Snack Factory Pretzel Crisps Launches Organic Variety

February 15, 2017



US bakery producer Snack Factory Pretzel Crisps announces the launch of its newest variety, Organic Original Pretzel Crisps, which are also Non-GMO and will be available for a limited time in the USA.

"Snack Factory is dedicated to fulfilling the demand for quality, wholesome snack options with exceptional taste," said Eric Van De Wal, vice president of marketing and innovation, Clearview Foods Division of Snyder's-Lance.
"The Organic version of our flagship Original Pretzel Crisps line was created for consumers seeking a greater variety of clean-label snacks without sacrificing taste. This introduction is the first of several new better-for-you snacks forthcoming in 2017 and beyond."

At 110 calories per serving, Organic Original Pretzel Crisps contain no saturated fat, zero trans fat, cholesterol, preservatives, artificial flavorings or colors. The new variety can be found in the deli section at local grocery stores nationwide starting February 2017.