# EXHIBIT 5



**Matthew Cameron**
*Assistant General Counsel*
PH: (704) 557-8314
FAX: (704) 557-8002
E-mail: mcameron@snyderslance.com

13515 Ballantyne Corporate Place
Charlotte, NC 28277

June 28, 2018

**BY OVERNIGHT MAIL:**

Mr. Gary Wishnatzki
Chief Executive Officer
Wish Farms Inc.
100 Stearns Street
Plant City, FL 33563

## PRETZEL CRISPS® Trademark

Dear Mr. Wishnatzki:

    As you may know, Snyder's-Lance is the owner of the well-known PRETZEL CRISPS® brand of delicious pretzel crackers, which is marketed and sold by our subsidiary, Snack Factory. We write to request that Wish Farms change the way it references our PRETZEL CRISPS® trademark on the company's website in connection with a recipe it offers online.

    Since its introduction in 2004, the PRETZEL CRISPS® brand of pretzel crackers have become one of the most successful snack foods on the market. Today, PRETZEL CRISPS® pretzel crackers come in many flavors and varieties, and are available in a wide range of retail outlets across the United States. All PRETZEL CRISPS® packages prominently feature the distinctive PRETZEL CRISPS® trademark, as shown below.



We were surprised to learn that, on its webpage depicted below, Wish Farms is improperly using Snyder's-Lance's well-known, registered trademark PRETZEL CRISPS® to refer to a recipe made with blueberries, pretzels, and peanut butter.



PRETZEL CRISPS® is our trademark and, as we are sure Wish Farms can appreciate, we are concerned when it is misused. We are particularly concerned because your use of the term "Pretzel Crisps" could confuse buyers into believing your company or your "Blueberry Pretzel Crisps" recipe is associated with or affiliated in some way with Snack Factory or its PRETZEL CRISPS® brand. In light of that, we must ask that you cease use of our trademark to refer to your pretzel recipe. Or, if you prefer to feature genuine PRETZEL CRISPS® brand pretzel crackers in your recipe, we would be delighted for you to alter the recipe and let consumers know that they can use our pretzel crackers to create a delicious snack.

We hope that we can resolve this matter amicably and quickly by your agreeing to immediately remove and cease use of the PRETZEL CRISPS® trademark in your recipe. We would appreciate receiving your written response within 14 days. If we do not hear from you by then, we will assume that you have no intention of complying with our requests and will proceed accordingly.

Very Truly Yours,

Matthew Cameron
Assistant General Counsel

UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 15105 JOHN J DELANEY DR | 8334 PINEVILLE MATTHEWS RD | 16011 LANCASTER HWY |
| CHARLOTTE ,NC 28277 | CHARLOTTE ,NC 28226 | CHARLOTTE ,NC 28277 |

FOLD HERE





Begin forwarded message:

**From:** Hailey Clark <hclark@wishfarms.com>
**Date:** July 17, 2018 at 1:29:58 PM EDT
**To:** Nick Wishnatzki <Nick@wishfarms.com>, Matthew Cameron <MCameron@snyderslance.com>, Gary Wishnatzki <GW@wishfarms.com>
**Cc:** Jade C Murray <JCMurray@snyderslance.com>
**Subject: RE: Pretzel Crips Trademark - Wish Farms**

Matthew,

We have corrected that reference. Thank you for letting us know.

Best,

**Hailey Clark**
*Marketing Coordinator*
**PO Box 1839**
**Plant City, FL 33564**
**Office: 813-752-5111 ext. 5098**
**Cell: 813-758-6380**
**hclark@wishfarms.com**

**From:** Nick Wishnatzki
**Sent:** Tuesday, July 17, 2018 12:00 PM
**To:** Matthew Cameron <MCameron@snyderslance.com>; Gary Wishnatzki <GW@wishfarms.com>
**Cc:** Jade C Murray <JCMurray@snyderslance.com>; Hailey Clark <hclark@wishfarms.com>
**Subject:** RE: Pretzel Crips Trademark - Wish Farms

Hi Matthew,

Thanks for bringing to our attention. That is very strange as there is only a picture and description. We will probably end up deleting that link entirely. Hailey is copied and she will respond when it has been removed or changed.

Best,

**Nick Wishnatzki**
Cell     813-335-3958
Office  813-752-5111 ex. 5068
nick@wishfarms.com
www.wishfarms.com

**From:** Matthew Cameron [mailto:MCameron@snyderslance.com]
**Sent:** Tuesday, July 17, 2018 10:22 AM
**To:** Gary Wishnatzki <GW@wishfarms.com>
**Cc:** Nick Wishnatzki <Nick@wishfarms.com>; Jade C Murray

<JCMurray@snyderslance.com>
**Subject:** RE: Pretzel Crips Trademark - Wish Farms

Hi Gary –

Apologies on the delay for responding, but we have received your correspondence and appreciate your prompt attention to this matter. Please note that we are still seeing one reference located here: https://wishfarms.com/recipe/blueberry-pretzel-bites/wish-farms-blueberry-pretzel-crisps/. Once that is corrected, please consider this matter closed.

We appreciate you purchasing and enjoying our product, and please reach out to us if you'd ever like to feature our product on your site and we can see about working out a license arrangement.

Thanks,

_____

**Matt Cameron** – *Assistant General Counsel*
13515 Ballantyne Corporate Place
Charlotte, NC  28277
T: 704.557.8314  •  MCameron@snyderslance.com

*This message is intended only for the addressee(s) listed and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT.  If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.  If you have received this communication in error, please notify the Snyder's-Lance, Inc. Corporate Office Legal Department immediately by return email or by calling 704-557-8669 and destroy all copies of the message and its attachments, electronic, paper or otherwise.  Thank you.*

**From:** Gary Wishnatzki [mailto:GW@wishfarms.com]
**Sent:** Friday, June 29, 2018 12:50 PM
**To:** Matthew Cameron <MCameron@snyderslance.com>
**Cc:** Nick Wishnatzki <Nick@wishfarms.com>
**Subject:** RE: Pretzel Crips Trademark - Wish Farms

Hi Mathew,

I just want to follow up on Nick's reply.  I want to apologize for the unintentional reference to your trademarked product.  Thank you for bringing this to my attention.

As you can see from the link that was forwarded, we promptly removed all references to Pretzel Crisps.  Unfortunately the photos were done with a different product and the quickest way that we could address your concern was to simply change the name.

On a side note, I am a consumer of your products and enjoy them on a regular basis.

Sincerely,
Gary Wishnatzki
Office   813-752-5111
Cell     813-335-3959

---

**From:** Nick Wishnatzki
**Sent:** Friday, June 29, 2018 12:28 PM
**To:** mcameron@snyderslance.com
**Cc:** Gary Wishnatzki <GW@wishfarms.com>
**Subject:** RE: Pretzel Crips Trademark - Wish Farms

Hello Mathew,

We have updated our website and removed "Pretzel Crisps". Please see below and reply back with confirmation. https://wishfarms.com/recipe/blueberry-pretzel-bites/

Regards,

**Nick Wishnatzki**
Cell     813-335-3958
Office   813-752-5111 ex. 5068
nick@wishfarms.com
www.wishfarms.com



Click here to report this email as spam.

This message has been scanned for malware by Websense. www.websense.com