# EXHIBIT 6



13515 Ballantyne Corporate Place
Charlotte, NC 28277

**Matthew Cameron**
*Assistant General Counsel*
PH: (704) 557-8314
FAX: (704) 557-8002
E-mail: mcameron@snyderslance.com

June 28, 2018

## BY E-MAIL AND UPS:

Mr. Douglas Michael
Founder
Columbia County Bread and Granola
240 Market Street
Bloomsburg, PA 17815
E-mail: dougccbg@gmail.com
Tel.: (570) 441-4031

### PRETZEL CRISPS® Trademark

Dear Mr. Michael:

I am writing regarding the continued use of the term "Pretzel Crisps" on Columbia County Bread and Granola's ("Columbia") Pretzel Crisps Flatbread product shown below.



In your December 27, 2017 letter to me, you acknowledged Snyder's-Lance's Snack Factory line of PRETZEL CRISPS was "a trademarked brand" and that Columbia was moving ahead with a change in packaging. You further represented that "all packaging, promotional materials and online package images will be changed as quickly as possible," within approximately one to four weeks, to completely remove the term "Pretzel Crisps."

Mr. Douglas Michael
June 28, 2018
Page 2

We therefore are surprised and disappointed to see that Columbia continues to use the term "Pretzel Crisps" on the packaging of its flatbread products and in its website text, as shown below. Additionally, the web address, https://www.columbiacountybread.com/products/pretzel-crisps-flat-bread, includes the term "pretzel-crisps."



One package contains 4 ounces of our popular flat bread re-imagined as a pretzel crisp. We begin with our sprouted organic spelt, roll it very thin then



We would like to believe that you already have changed the packaging of your flatbread products to remove the term "Pretzel Crisps" and that the continued use on your website simply is an oversight. Please confirm by the end of this week that Columbia no longer is using packaging that includes the term "Pretzel Crisps" and that you will remove the images and text from your website by June 29 2018.

Very Truly Yours,

Matthew Cameron
Assistant General Counsel

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 15105 JOHN J DELANEY DR | 8334 PINEVILLE MATTHEWS RD | 16011 LANCASTER HWY |
| CHARLOTTE ,NC 28277 | CHARLOTTE ,NC 28226 | CHARLOTTE ,NC 28277 |

FOLD HERE



| From: | Douglas Michael <dougccbg@gmail.com> |
|---|---|
| Sent: | Wednesday, July 04, 2018 9:16 AM |
| To: | Matthew Cameron |
| Subject: | Re: Pretzel Crisps |

Hi Matt,

Got your letter - addressed your concerns. I think we're good....

So uh, you guys over there at SynderLanceHershey (is it?) still interested in taking a look at our Pretzels? I ask for two reasons - one, we'd love to partner w a company that has your marketing expertise, two., we're having to look at scaling up our production which will mean identifying the right kind of conveyor system that will allow us to penetrate much larger opportunities. This also coincides with upgrading our status to certified organic and SQF compliant.

I'm just saying, we're making some moves here with a product people are looking for that seems to satisfy dietary issues that continue to vex a growing segment of the population - we just want to be prepared to meet that demand as best we can and could use help via financing/equipment recommendations - I'd love to tour your production facility or have you guys come tour ours and see if there's any overlap or what have you...

Best (happy fourth),

Doug

On Wed, Jan 3, 2018 at 12:31 PM, Matthew Cameron <MCameron@snyderslance.com> wrote:

Hi Doug –

I hope you had a wonderful holiday and thank you for your letter. We appreciate your attention to this matter and your company's respect of our trademark rights. We are certainly interested in seeing your new packaging, and would welcome the opportunity to try your products.

Best wishes for the new year!

Regards,

**Matt Cameron**
*Corporate Counsel*
Snyder's-Lance, Inc.
13515 Ballantyne Corporate Place
Charlotte, NC 28277
W: 704.557.8314
MCameron@snyderslance.com



*This message is intended only for the addressee(s) listed and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify the Snyder's-Lance, Inc. Corporate Office Legal Department immediately by return email or by calling 704-557-8001 and destroy all copies of the message and its attachments, electronic, paper or otherwise. Thank you.*

**From:** Douglas Michael [mailto:dougccbg@gmail.com]
**Sent:** Thursday, December 28, 2017 3:53 PM
**To:** Matthew Cameron <MCameron@snyderslance.com>
**Subject:** Fwd: Pretzel Crisps

Hi Matthew,

Would you please verify that you got this email and that you were able to open the attached document.

I thank you very much.

Doug

--

Doug Michael

Columbia County Bread & Granola

570 441 4031

ColumbiaCountyBread.com

--

Doug Michael

Columbia County Bread & Granola

570 441 4031

ColumbiaCountyBread.com

Click here to report this email as spam.

This message has been scanned for malware by Websense. www.websense.com

--
Doug Michael
Columbia County Bread & Granola

570 441 4031
ColumbiaCountyBread.com



13515 Ballantyne Corporate Place
Charlotte, NC 28277

**Matthew Cameron**
*Corporate Counsel*
PH: (704) 557-8314
FAX: (704) 557-8002
E-mail: mcameron@snyderslance.com

December 20, 2017

## BY EMAIL AND UPS

Douglas Michael
Founder
Columbia County Bread and Granola
240 Market St
Bloomsburg, PA 17815
dougccbg@gmail.com
Tel. (570) 441-4031

### PRETZEL CRISPS® Trademark

Dear Mr. Michael:

  As you may know, Snyder's-Lance is the owner of the well-known PRETZEL CRISPS® brand of delicious pretzel crackers, which is marketed and sold by our subsidiary, Snack Factory. We write to object to your use of the term "Pretzel Crisps" on your Pretzel Crisps Flatbread product (shown below) and to ask that you immediately cease such use.



  Since its introduction in 2004, the PRETZEL CRISPS® brand of pretzel crackers has become one of the most successful snack foods on the market. Today, PRETZEL CRISPS® pretzel crackers come in many flavors and varieties, and are available in a wide range of retail outlets

across the United States. All PRETZEL CRISPS® packages prominently feature the distinctive PRETZEL CRISPS® trademark, as shown below.



Your Pretzel Crisps Flatbread product improperly uses Snyder's-Lance's well-known, registered trademark PRETZEL CRISPS® as a generic term. We are also concerned that your use of the term "Pretzel Crisps" could confuse buyers into believing your company or your flatbread product is associated with or affiliated in some way with Snack Factory or its PRETZEL CRISPS® brand. This use of our trademark is not only confusing to consumers, it is an inappropriate use of our name and registered trademark. As such, we must ask that you cease use of our trademark.

We hope that we can resolve this matter amicably and quickly by your agreeing to immediately remove and permanently cease any and all uses of the PRETZEL CRISPS® trademark on your flatbread products. We would appreciate receiving your written response to our within 14 days. If we do not hear from you by then, we will assume that you have no intention of complying with our requests and will proceed accordingly.

Very Truly Yours,

Matthew C. Cameron, Corporate Counsel

cc: Gail Sharps Myers, General Counsel
Debevoise & Plimpton LLP