UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:17-CV-00652 ) |
| FRITO-LAY NORTH AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC and defendant Frito-Lay North America, Inc. (the Parties), respectfully move the Court to enter a stipulated protective order to govern the Parties' discovery in this litigation. A copy of the stipulated protective order to which the Parties have all agreed is filed with this motion.

All Parties seek the entry of this order because they anticipate that they may be required to disclose sensitive, confidential, or proprietary business information, or other confidential personal, financial, or personnel records, and/or technical or commercial information and/or trade secrets during discovery. The Parties agree that the stipulated protective order will appropriately protect the confidentiality of that information and facilitate discovery in this case.

WHEREFORE, plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC and defendant Frito-Lay North America, Inc. respectfully request that the Court enter the attached stipulated protective order.

This 7th day of January, 2019.

/s/ Alexander M. Pearce
Jonathan D. Sasser
N.C. State Bar No. 10028
Alexander M. Pearce
N.C. State Bar No. 37208
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
jon.sasser@elliswinters.com
alex.pearce@elliswinters.com

DEBEVOISE & PLIMPTON LLP
David H. Bernstein*
James J. Pastore*
Jared I. Kagan*
Michael C. McGregor*
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6696
dhbernstein@debevoise.com
jjpastore@debevoise.com
jikagan@debevoise.com
mcmcgregor@debevoise.com

*Counsel for Plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC*

*admitted *pro hac vice*

/s/ Alice C. Richey
Alice C. Richey
N.C. State Bar No.: 13677
ALEXANDER RICKS PLLC
4601 Park Road, Suite 580
Charlotte, North Carolina 28209
Telephone:   (980) 335-0720
Facsimile:   (704) 365-3676
alice@alexanderricks.com

William G. Barber (admitted *pro hac vice*)
David E. Armendariz (admitted *pro hac vice*)
PIRKEY BARBER PLLC
600 Congress Ave.; Suite 2120
Austin, Texas 78701
Telephone: (512) 482-5223
Facsimile: (512) 322-5201
bbarber@pirkeybarber.com
darmendariz@pirkeybarber.com

*Attorneys for Defendant*