IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:17-CV-00652

SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,

Plaintiffs,

v.

FRITO-LAY NORTH AMERICA, INC.,

Defendant.

**DECLARATION OF DIANA RAUSA IN SUPPORT OF FRITO-LAY NORTH AMERICA, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I, Diana Rausa, declare as follows:

1. I am a paralegal employed by the law firm of Pirkey Barber PLLC, which represents Frito-Lay North America, Inc. ("Defendant") in this case.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendant's First Set of Requests for Production served on November 20, 2018.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Responses and Objections to Defendant's First Set of Requests for Production served on December 20, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of February 2019 in Austin, Texas.

*Diana Rausa*
Diana Rausa