IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:17-CV-00652

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | ORDER GRANTING JOINT MOTION FOR STAY OF ALL BRIEFING DEADLINES REGARDING MOTIONS FOR SUMMARY JUDGMENT |

**THIS MATTER** is before the Court on the "Amended Joint Motion for Stay of All Briefing Deadlines Regarding Motions for Summary Judgment" (document #59) filed March 1, 2019. For the reasons stated therein, the Motion is <u>granted</u>.

If Defendant's pending Motion to Compel (document #53) is denied (or if it is adjudged to be moot), Defendant shall file its Reply in Support of its Motion for Summary Judgment and its Response to Plaintiffs' Motion for Summary Judgment within ten days of the Court's denial. If the Court rules otherwise on the Motion to Compel, the Parties shall submit to the Court a revised briefing scheduled with respect to the Motions for Summary Judgment within ten days of the Court's ruling on the Motion to Compel.

"Defendant's Motion for Stay …" (document #55) and the "Joint Motion for Stay of All Briefing Deadlines Regarding Motions for Summary Judgment" (document #58) are <u>denied as moot</u>.

**SO ORDERED.**   Signed: March 1, 2019

David S. Cayer
United States Magistrate Judge

01313-001/00158892-1