UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>FRITO-LAY NORTH AMERICA, INC., <br><br>Defendant. | Case No. 3:17-CV-00652 |

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

    Exhibit 1    Email correspondence with Defendant's counsel re: Defendant's First Set of Requests for Production

    Exhibit 2    Email correspondence with Defendant's counsel re: document productions