IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:17-CV-00652-RJC-DSC

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>        Defendant. | ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES FOR (1) COMPLIANCE WITH COURT'S ORDER ON MOTION TO COMPEL AND (2) SUBMISSION OF REVISED SUMMARY JUDGMENT BRIEFING SCHEDULE |

THIS MATTER is before the Court on the "Joint Motion for Extension of Deadlines for (1) Compliance with Court's Order on Motion to Compel and (2) Submission of Revised Summary Judgment Briefing Schedule" (document #66) filed April 5, 2019. For the reasons stated therein, the Motion is granted. Plaintiffs shall comply with the Court's Order on the Motion to Compel on or before April 17, 2019. The Parties shall provide the Court with a revised briefing schedule pursuant to the Court's Order on the Joint Motion for Stay on or before April 24, 2019.

**SO ORDERED.**

Signed: April 5, 2019

_____
David S. Cayer
United States Magistrate Judge