IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:17-CV-00652-RJC-DSC

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | ORDER GRANTING JOINT MOTION FOR ENTRY OF REVISED SUMMARY JUDGMENT BRIEFING SCHEDULE |

**THIS MATTER** is before the Court on the "Joint Motion for Entry of Revised Summary Judgment Briefing Schedule" (document #68) filed April 24, 2019. For the reasons stated therein, the Motion is <u>granted</u>. Defendant shall file its reply in support of its Motion for Summary Judgment and its response to Plaintiffs' Motion for Summary Judgment on or before June 14, 2019, and Plaintiffs shall file their reply in support of their Motion for Summary Judgment on or before July 26, 2019.

**SO ORDERED.**

Signed: April 29, 2019

David S. Cayer
United States Magistrate Judge