IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON
Civil Action No.: 3:17-CV-00652

SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,

    Plaintiffs,

v.

FRITO-LAY NORTH AMERICA, INC.,

    Defendant.

**DECLARATION OF DAVID E. ARMENDARIZ**

**INDEX OF EXHIBITS**

| Exh. No. | Description |
| --- | --- |
| 1. | Brief of Amici Curiae filed on March 1, 2017 in *Converse, Inc. v. ITC*, Case No. 16-2497 in the United States Court of Appeals for the Federal Circuit |
| 2. | Document Excerpts from Exhibit 2 to the Declaration of Christopher Lauzau, submitted by Plaintiffs on October 29, 2018 [Docs. 41–43] |
| 3. | Plaintiffs' Responses and Objections to Defendant's First Set of Requests for Production served on December 20, 2018 |
| 4. | Documents produced by Plaintiffs on January 18, 2019 (SLPC_00000035–SLPC_00000036; SLPC_00000080–SLPC_00000085) |
| 5. | Certain documents produced by Plaintiffs on April 19, 2019 (SLPC_00004642 – SLPC_00041286) |