**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISON**
**Civil Action No.: 3:17-CV-00652**

SNYDER'S-LANCE, INC. and PRINCETON
VANGUARD, LLC,

                    Plaintiffs,

    v.

FRITO-LAY NORTH AMERICA, INC.,

                    Defendant.

**DECLARATION OF DAVID E.**
**ARMENDARIZ**

**EXHIBIT 2**



# Snack food industry icon plotting course for new venture

Central Penn Business Journal 2016

August 3, 2018 Friday

Copyright 2018 BridgeTower Media All Rights Reserved

CENTRAL PENN
BUSINESS JOURNAL

**Section:** NEWS

**Length:** 1102 words

**Byline:** Emily Thurlow

## Body

But as the wife of Michael Warehime, the late chairman of Snyder's-Lance, she had a front-row seat to one of Central Pennsylvania's biggest industries: snack foods.

While sharing a meal at her dining room table in Hanover, Tricia Warehime often found herself elbow to elbow with industry leaders.

She is taking what she learned and applying it to an Abbottstown-based co-manufacturing business that she and others purchased earlier this year: G&S Foods LLC.

Over the next five years, Warehime hopes to expand upon the company's co-manufacturing services and products. But as she moves ahead, she said she isn't taking any options off the table.

"Whether we become a manufacturer or we just become the best co-manufacturer in the world, we know the food and we know the trends," Warehime said.The legacy of the Warehime name originates in a bakery founded in 1909 by Harry V. Warehime. That pretzel-making bakery later became known as Snyder's of Hanover.

In 2010, Snyder's merged with Lance Inc. of Charlotte, North Carolina, forming Snyder's-Lance. Earlier this year, Snyder's-Lance was sold to New Jersey-based Campbell Soup Co. for $6 billion.

After exiting the industry, Tricia Warehime and other former owners of Snyder's purchased a co-manufacturer and private-label snack food maker called G&S Foods/Tastysnack Quality Foods Inc. for an undisclosed amount. MAW Acquisitions LP, the parent company founded by Warehime and her partners, retained the existing infrastructure of the company, but renamed it G&S Foods LLC.

G&S makes a variety of non-branded products, including snack mixes, popcorn, and flavored pretzels and has a range of packaging capabilities, including form and fill bags, pouch-style bags and bulk boxes. Among the company's customers are Snyder's-Lance, drizzling and dipping chocolate on pretzels for the organization's chocolate-covered **pretzel crisps**.

"Our family had just exited a snack food business in the community and wanted to put our knowledge back to work again locally," Warehime said.

Can that knowledge be applied to a co-manufacturing and private-label operation and help transform the company into one that makes products of its own?

In short, yes, G&S could do both, said C. Daniel Azzara, who is the Alan R. Warehime Professor of Agribusiness at Penn State University's College of Agricultural Sciences. Alan R. Warehime, the son of Harry V. Warehime, funded the professorship to help further agribusiness.

As a co-manufacturer, G&S has all of the equipment it would need to begin manufacturing its own products and wouldn't risk investing capital.

"They could use their resources as a stepping stone to see if they want to invest in themselves," he said.As a company that provides non-branded products, G&S does not have to spend as much money, time or staff resources on marketing as a branded company does.

But Warehime, having seen what branding did to cultivate customer loyalty for Snyder's, is considering what the addition of a brand could bring to G&S. A brand can also deliver recognition, reputation and equity.

"I believe in brands. I know that we will, as a company, have a brand," Warehime said, noting that she was unsure whether it would be a retail brand or a reputation as the best co-manufacturer for other branded companies.

At the same time, when a company earns a reputation, it also has to assume to risks associated with it, said Lois Duquette, an intellectual property lawyer for Harrisburg-based law firm McNees Wallace & Nurick LLC. She cited a recent lawsuit between two snack food companies as an example: the parent company of Welch's Fruit Snacks recently accused Sunkist Candy of infringing on trade dress for having similar packaging on its Sunkist Fruit Gummies.

Recalls are another risk faced by companies with well-known brands, Duquette said. Take Pepperidge Farm and Nabisco, for example. Each has had a product  Goldfish and Ritz crackers recently recalled due to Salmonella concerns.

"If you have a product-quality issue and you're branded, if it's a serious issue, it can kill that brand. A contract manufacturer might not face that risk. It might not erode the brand value," she said,

Consumers focus on the brand name, rather than the actual manufacturer. But as a co-manufacturer, G&S is held to the standard of each of the brands it produces and the specifications required by the brand.

Whether G&S assumes a brand name or not, Warehime knows she wants to maintain the family feel that existed before Snyder's became a publicly traded organization.

"As a private company, we were family, making long-term decisions and investing back in the business. As a public company, you are forced by the market to think quarterly versus long-term," Warehime said.

Through it all, her husband, Michael, is still influencing the business she said. Michael kept a journal of sorts where he penned all his thoughts and proposals related to the business. He detailed, for instance, the type of company he'd like to sell Snyder's-Lance to if the company were sold.

Warehime said she can literally look to her late husband's thoughts on the industry to help guide the company forward.

And she has brought along many of his former colleagues from the snack food industry.

Assisting G&S is a board comprised of former Utz Quality Foods Inc. and Snyder's executives, including: Tom Dempsey, most recently CEO of Snack Food Association and formerly president of Utz Quality Foods, Inc.; Ed Good, formerly divisional president of Snyder's Lance and CFO of Snyder's of Hanover; Peter Michaud, formerly divisional president of Snyder's Lance; Dan Morgan, president and chief sales officer of BFY and formerly chief sales officer of Snyder's Lance.

The company has also brought on Chuck Sinon as vice president of sales and Travis Grim as vice president of research and development.

Sinon previously worked at Bon Ton/York Snacks and owned Mesa Foods. Grim was previously vice president of research and development at Snyder's-Lance.

G&S also has been investing in new equipment to start focusing on future growth, Warehime said.

"We're capitalizing and buying new lines. Decisions are being made and we're looking over the next five-year period. We may not have a brand, but every product that goes out the door is the best product we can make," she said. "Quality will not be compromised. "View the full article from the Central Penn Business Journal at http://www.cpbj.com/article/20180803/CPBJ01/180809977/snack-food-industry-icon-plotting-course-for-new-venture. Copyright 2018 BridgeTower Media. All Rights Reserved.

Copyright © 2018 BridgeTower Media. All Rights Reserved.

**Load-Date:** August 9, 2018

End of Document

# An Army vet and a coma survivor find friendship through science

Jefferson City News-Tribune

May 20, 2018 Sunday

Copyright 2018 Factiva ®, from Dow Jones
All Rights Reserved

# FACTIVA

Copyright 2018 News Tribune Co. All rights reserved. Distributed by NewsBank, inc.

**Section:** NEWS; Pg. E5

**Length:** 763 words

**Byline:** Donna Vickroy; Daily Southtown (TNS)

## Body

Around the time Dreyvon McCray was relearning how to walk and talk and live in a world in which a kid can be beaten into a coma over a cellphone, Terin D'amico was jumping out of airplanes and pondering a life after the military.

In 2016, their paths crossed in the cafeteria at Governors State University.

D'amico, a middle-aged "nontraditional" student, approached a group of other students who were eating lunch and asked if he could join them. They said yes.

You might say the friendship that subsequently formed between McCray and D'amico developed organically.

"We both love science, particularly chemistry," D'amico said.

But there was more to the bond between the 52-year-old father of three and the 25-year-old survivor of a horrific attack that made headlines 11 years ago. They had a kind of rapport, a similar sense of humor and a shared need to help others along the way.

Both men would spend the next few semesters attending class, hanging in the lab and mastering a subject that, D'amico said, "can be very humbling."

They went over lab reports and ate lunch together, D'amico brown-bagging it and McCray pestering him for his **pretzel crisps**.

"That's when he started calling me his fourth son," McCray said.

On May 19, McCray and D'amico will cross the stage together at graduation. D'amico will help McCray, who uses a walker, negotiate the platform.

It is a bittersweet time for the students because it also means afterward, they'll be parting ways, D'amico heading to Notre Dame University and McCray either staying at GSU or heading into Chicago to attend DePaul University.

An Army vet and a coma survivor find friendship through science

"Dreyvon has been my lab partner for the last year and half," D'amico said. "Typically you have different partners in every class but we've hung out together for a long time."

At times over the past school year, they spent more hours with each other on the University Park campus than they did with their own families.

"We spent one entire spring break on the second floor of the F-wing," D'amico said.

Among their proudest moments was when they collaborated on an organic synthesis project, creating a new compound from two others, he said.

They also spent many hours in the GSU tutoring lab, where D'amico worked and McCray often just hung out.

Through it all, both found their calling. McCray switched from math to chemistry, and D'amico, who had dabbled with nursing and the trades, chose the same.

As much as D'amico helped McCray understand formulas and molecular properties, McCray helped D'amico appreciate the value of perseverance.

McCray, whose physical disabilities require him to use a walker, said, "My whole life has been a tough struggle."

Being born three months premature, he said, was the first hurdle he had to overcome, and he did, going onto become an honor student at Long-wood Academy in Chicago's Roseland community.

The second challenge came in the summer between his freshman and sophomore year of high school.

On June 29, 2007, while he was waiting for a bus at 103rd and Halsted, McCray said, "I was jumped for my cellphone."

The blow to the head, delivered by a brick, put him in a coma and caused extensive damage. He is still dealing with the residuals of the Traumatic Brain Injury.

Though many months of therapy enabled him to relearn how to walk, talk and eat again, the injuries left him with scoliosis and a shunt in his head.

His physical disabilities limit his career choices because working in a lab can be demanding, he said. "But I plan to become a teacher, a professor."

Despite his trauma, McCray prides himself on his positive attitude, something others, including receptionist Nancy Maurer can attest to.

"He is a ray of sunshine, always smiling, always on the go," Maurer said. "I ask him what he's going to do over the weekend and he always says, 'I'll be studying.' "

McCray said having D'amico as a buddy these past few years has helped him academically and spiritually.

"To have Terin as a friend means a lot because older people don't always look at young people as friends," he said.

D'amico has often given him a ride home and has met his family, he said.

"At times he's been like a father figure," McCray said, "but he's also my friend. But he can be very sarcastic," referring to D'amico's propensity for using idioms and witty comebacks.

Robin Sweeney, GSU's director of Student Disability Services, said McCray and D'amico have been "a fixture in the Student Success Commons.

An Army vet and a coma survivor find friendship through science

"Before they part ways, the friends have one last collaboration - walking across the stage together," "When his name is called," she added, "D'amico will escort McCray across the stage."

## Notes

PUBLISHER: Central Missouri Newspapers Inc.

## Graphic

Terin D'amico, left, helps Dreyvon McCray with his lab coat May 9 in the Chemistry Lab at Governors State University. TNS

**Load-Date:** May 21, 2018

End of Document

# Drinking out of the box and cooking off of the can; Drinking out of the box and cooking off of the can

Post & Courier (Charleston, SC)

April 18, 2018 Wednesday

Copyright 2018 The Post and Courier All Rights Reserved

**Section:** D; food/daily digest; Pg. 3

**Length:** 350 words
**Highlight:** Editor's note: Per tradition, The Post and Courier Food section is celebrating Lowcountry Local First's monthlong Eat Local Challenge by featuring event participants in April's Daily Digest columns. Challenge takers are asked to shift $10 or more of their weekly food budget to locally produced food. To learn more or take the pledge, visit lowcountrylocalfirst.org/events/eat-local-challenge.

## Body

Editor's note: Per tradition, The Post and Courier Food section is celebrating Lowcountry Local First's monthlong Eat Local Challenge by featuring event participants in April's Daily Digest columns. Challenge takers are asked to shift $10 or more of their weekly food budget to locally produced food. To learn more or take the pledge, visit lowcountrylocalfirst.org/events/eat-local-challenge.

Susan Johnson lives on Isle of Palms.

For breakfast, I always have an egg. It was scrambled with pimento cheese: I'm absolutely addicted to that Palmetto Cheese with the jalapenos. I could eat a tub of it. So I just made a little burrito with the egg and cheese, and I had black coffee.

And then for lunch, I normally try to do a salad or soup. Yesterday, I did an online order from Five Loaves downtown: I got half of the portabella goat cheese burger, and I just had them do it over spinach instead of on the bread. Five Loaves is one of my go-tos. Their soups and salads are so good. I did too much snacking yesterday. We're actually going today to do a student program, so I have a car full of healthy snacks. I picked through the trail mix and ate the raisins and M&M's in the afternoon, because I was hungry, and you do what you got to do.

Then when I got home, I had to run my daughter to volleyball, and I was starving again, so I had a quick snack of **pretzel crisps** and pimento cheese to hold me over. In between that, I made chicken chili. I just follow the recipe on the can of Bush's white chili beans, and I'd roasted chicken on Sunday, so I had that all prepped up. Then it's just chicken broth and green chiles, and when I got home, it was already ready. We like to do Mexican, because I just cut up toppings and everyone can make their own, with avocado or sour cream. Of course, you have to have crunchy Fritos.

To drink, I had wine. I hate to admit this, but it's the Black Box wine. I hate to open up a bottle, because then I don't finish it. I did Chardonnay last night since we were having chicken chili, but I drink the Cabernet, too. It gets me through the evening.

as told to Hanna Raskin

Drinking out of the box and cooking off of the can; Drinking out of the box and cooking off of the can



## Graphic

Johnson

By Hanna Raskin hraskin@postandcourier.com

**Load-Date:** June 21, 2018

End of Document

# The AMC Northrock 14 opens this week. Here's what you need to know

The Wichita Eagle (Kansas)

March 28, 2018 Wednesday

Copyright 2018 The Wichita Eagle All Rights Reserved



### The Wichita Eagle

Found on WichitaEagle.com

**Section:** entertainment

**Length:** 1334 words

**Byline:** Matt Riedl

The Wichita Eagle

## Body

The Warren will soon have some major competition in Wichita.

A new 14-screen AMC movie theater at 3151 N. Penstemon, just north of 29th and Rock Road, opens Friday.

Over the past year, AMC has renovated the old Northrock 14 building, a 14-screen theater that operated from 1998 to 2012.

The Leawood-based theater chain has drastically overhauled the building, once known for its second-floor arcade and the relative ease with which people could sneak into films.

On Wednesday, AMC Theatres offered a sneak peek at the theater to showcase its leather reclining seats, full bar and luxe "Dolby Cinema at AMC" theater.

"Everything you see, everything you touch, everything you smell right now -- because you've got that wonderful new-theater smell going on -- has been renovated," said Ryan Noonan, director of corporate communications for AMC Theatres. "We wanted to make it a new look, a new feel. We wanted to put the AMC touch on it and I feel we've really done that."

Forget what you may have known about the 48,000-square-foot Northrock 14.

Walking into the building, guests are greeted by an open lobby with an AMC MacGuffins bar to the side, which serves beer, wine and cocktails. Currently it has Samuel Adams Cold Snap, Lagunitas IPA, Boulevard Wheat and Blue Moon on tap.

The second-floor arcade is long gone.

The concessions stand has been freshened up as well, as guests dispense their own sodas through one of three Coke Freestyle machines.

The theaters range in size from 171 seats (in Auditorium 14) to a mere 33 seats in Auditorium 13. Every seat in the building is a plush leather recliner -- with at least 3 feet of space separating the rows of seating.

Its luxury theater, the Dolby Cinema at AMC, features the largest screen in the building and 153 seats that vibrate with the action of the movie.

How does this theater compares to Wichita's Warren Theatres -- which in the span of a year went from a privately owned company to a Regal Cinemas property to now, technically, a Cineworld chain?

We examined a few key questions moviegoers may have about the new AMC.

How much are tickets at the AMC theater?

Standard admission at the new AMC theater will be just under $10 in the evenings (after 4 p.m.) and slightly less than $5 for matinee screenings before noon. Specific prices were not available Wednesday.

There will be student discounts available.

Tickets to the deluxe Dolby Cinema at AMC will cost an extra $5.

All tickets are reserved seating -- when you buy a ticket online or in person at one of the theater's self-serve kiosks, you reserve your seat. Guests can even forgo the paper ticket by purchasing online and using a code on their phones to get into the theater.

In comparison, evening screenings at the Warren are generally $10.22 for adults and $7.22 for youths and seniors.

Matinees at the Warren, are $7.22 for adults. On Wednesdays the Warren Old Town has $5 admission.

And most screenings at the Warren are general admission, save for special theaters.

What can I eat and drink at the AMC?

AMC has included its new Feature Fare concept at the AMC Northrock 14.

You can get standard theater fare like popcorn, candy and hotdogs, but you can also get chicken-and-waffle sandwiches, cheeseburger sliders, Bavarian pretzels, flatbread pizzas and more. It also features Hillshire Small Plates, little meat-and-cheese samplers for $5.99.

There are gluten-free options available, including dark chocolate-coated **pretzel crisps**, Parmesan cheese crisps, "Snapea Crisps" and other snack bags.

The AMC also touts its full bar, MacGuffins, where moviegoers can buy cocktails and beer -- and then take their drinks into the theater with them.

There is no seat service like at the Warren Old Town. Everyone will order their food and drinks and then take them to the theater.

In comparison, the Warren has similar food and beverage options at select theaters. The Warren 21 section of the East Warren and the Warren Old Town both offer alcoholic drinks. The Old Town Warren has more substantial meal options, and both the East and West Warrens have mini-restaurants where moviegoers can order food and take it into theaters.

How much do concessions cost?

A large popcorn tub is slightly more expensive than those at the Warren. A large popcorn will cost $8.69 at the Northrock 14, while that same tub costs $6.79 at the Warren.

Drinks are also more expensive at the AMC: A large soda will cost $6.19, while at the Warren it costs $4.99.

Here are the concessions combos at the new AMC:

The AMC Northrock 14 opens this week. Here's what you need to know

Large popcorn tub + extra-large drink: $15.38Large popcorn tub + two extra-large drinks: $21.89Stone-fired flatbread pizza + extra-large drink: $15.39"The Bavarian Legend" pretzel + extra-large drink: $21.49MovieNachos + extra-large drink: $15.09Chicken & Waffle Sandwich: $12.99

How comfortable will the seats be?

In years past, Northrock 14 guests complained the rows of seats were so close together that their knees often hit the seat in front of them.

That should not be an issue with the new AMC Northrock 14.

There is at least 3 feet of space separating all of the seating rows, and all of the seats are power-reclining.

That should make the front row not as bad of a seat, according to an AMC spokesman.

Most seats have their own armrests, though a few share armrests with their neighbor. They each have cup holders.

All theaters have handicap-accessible seating and designated companion seats.

Are there any special perks at the AMC?

The theater's special Dolby Cinema at AMC features Dolby Vision and Dolby Atmos sound, as well as those seats with transducers that vibrate with the action of the movie.

Rumor had it that the new AMC was getting the latest 4K-resolution projectors in all of its screens, but Noonan did not confirm that specific deal, simply saying the projectors were AMC's newest.

"When we do these renovations ... we come in and we put in new speakers, new sound systems, new movie screens -- we give it the latest and greatest," he said. "This theater obviously had been closed for several years so everything that's in here would have been the latest of our sight and sound technology."

It's too early to tell whether the theater will play host to special-event screenings, like Marvel movie marathons, Fathom events or arthouse films, Noonan said.

Noonan said the theater also will be considering hosting sensory-friendly film screenings.

AMC has a rewards program similar to Regal's Crown Club called AMC Stubs. It's free to join (though premium memberships are available for an extra charge, which grant more perks).

AMC Stubs members get a free refill on large popcorn tubs as well as discounted tickets on Tuesday nights. Members also get a free large popcorn on their birthday. Every time you see a movie, you will accumulate rewards points, which can then be used on tickets, concessions or other items.

Will it work with MoviePass?

The golden question.

The monthly subscription service MoviePass has become a popular option for locals to watch movies at local theaters -- including most local Warrens.

For a monthly fee, MoviePass allows people to see one free movie every day, using a special MoviePass debit card.

AMC has come out against MoviePass in the past, but the service does still work at many AMC locations.

MoviePass will be accepted at the AMC Northrock 14, according to Noonan.

The AMC Northrock 14 opens this week. Here's what you need to know

On Wednesday, Noonan did not rule out the possibility of future AMC theaters in Wichita, though that is not in the immediate future.

"We didn't want to call it the AMC Wichita 14 because, you never know, we might have more AMCs in Wichita," he said.

He said he's confident Wichitans will be impressed by the new theater.

"I never like to compare ourselves against another theater company, but AMC has a long history of providing an amazing moviegoing experience," Noonan said. "We feel like we do it better than anybody else, and that's not just corporate speak. We feel like we do a really good job of showing movies."

Showtimes for the AMC Northrock 14 are expected to be released online Thursday at www.amctheatres.com.

**Load-Date:** March 28, 2018

End of Document

# Tasting the dining lineup card at Comerica Park; Brisket cheddar muffin, Nutella egg roll highlight menu

Detroit Free Press (Michigan)

March 24, 2018 Saturday, 1 Edition

Copyright 2018 Detroit Free Press All Rights Reserved

**Section:** NEWS; Pg. A9

**Length:** 1258 words

**Byline:** By, Carlos Monarrez, USA TODAY NETWORK

## Body

It's quite possible Mark Szubeczak is Michigan's most important chef. After all, he gets about 2 million customers every year. "Yeah, we're pretty busy," Comerica Park's executive chef said Friday during a tasting of the ballpark's new food this season. "When you look at it in those terms, I always do say that. Guys who are in the business say, 'I'm busy.' I say, 'Really? How many do you do in one day?' " Sure, Szubeczak doesn't dabble in epicurean eccentricities. You won't find truffle butter or crème anglaise on any of his delights. But you will find a lot of smeared, smiling faces and satisfied tummies at Tigers games this season as soon as the team hits the diamond Thursday for Opening Day.

The Tigers gave the media a little taste of next week's annual rite of spring by giving us a little taste of new food at the ballpark this season. Some items were home runs. Some were solid hits. And some were - well, not quite ready for the big leagues just yet.

Sports editor Chris Thomas and deputy sports editor Dana Sulonen joined me at Comerica Park to review the repast. Here's a sampling of some of our favorites.

Brisket and Cheddar Stuffed Cornbread Muffin

This baby is a work of art almost too pretty to eat. After I forced myself to take a bite, I found a nicely sweet cornbread that was well balanced with smoked brisket, tangy cheddar and a nice bite from the jalapeño pepper baked into the muffin. Thomas and Sulonen, who both have lived in the South and know cornbread, raved about the muffin.

Scorecard: Home run.

Egg roll desserts

There's a Nutella egg roll and an apple pie egg roll. These were standout surprises. But maybe they shouldn't be since Szubeczak expects them to be among the season's breakout stars. They're just two deep-fried Nutella- or apple-filled won ton wraps. Sometimes it's the simple things done just right that turn out great.

"I wanted to do a baseball apple pie," Szubeczak said. "But what could we do to make it a little bit different? Playing with recipes, we started stuffing, making egg rolls. And one of the chefs put Nutella in one and we said, 'Oh, my goodness. I think this is a hit.' "

Sulonen loved the apple pie egg roll. But she and Thomas wanted the Nutella to be more pronounced. Editors. Never happy.

Tasting the dining lineup card at Comerica Park; Brisket cheddar muffin, Nutella egg roll highlight menu

Scorecard: Ground-rule double.

## Ode to Detroit Dog

What would a trip to a Detroit ballpark be without some version of a coney? This offering features a natural-casing dog smothered in brisket chili, drizzled with habanero queso cheese sauce and topped with green onions. The only thing missing is the potholes.

Scorecard: Seeing-eye single.

## Porchetta Sandwich

This was a pleasant surprise. Smoked porchetta and queso fresco are punctuated with pickled onion and scallion chimichurri on a crispy bun. It could have been a plain old pulled-pork sandwich, but the little tickle of pickled spice makes it something much better.

Scorecard: Double down the line.

## Buffalo Cauliflower

There are several healthy options like a fresh fruit cup and power greens salad. But this was a clever way to sneak a vegetable onto the menu with a lot of flavor. Cauliflower bites are tossed in buffalo sauce and it comes with blue cheese dipping sauce. Simple but really tasty.

"I would get that at a ballpark," Thomas said. "And not even trying to eat healthy, I would get it."

Scorecard: Standing triple.

## Italian Grinder

Ground Italian sausage with grilled peppers and onions, topped with provolone cheese and marinara sauce. This is really good, but it's a little too similar to the Italian sausage dog that has  been done so well for years at Comerica Park. Good, not but not original.

Scorecard: Double.

## Ultimate Southern Burger

Thomas had his hopes up for this one, which features jalapeño pimento cheese, crispy fried green tomatoes, lettuce and country ground mustard.

"I really wanted to love the Southern burger, but it was a little dry for me," he said. "It was OK."

For me,  there was just too much going on and nothing stood out. The ground country mustard almost saved it. Almost.

Scorecard: Down on strikes.

## Wet Burrito

Szubeczak doesn't offer a ton of ethnic food, but when he does, he does it well. Last year's chicken shawarma sandwich proved that. He backs it up this year with a wet burrito that has Spanish-style rice, corn and black bean salsa and shredded cheese in a flour tortilla. That's topped with enchilada sauce, lettuce, pico de gallo, jalapenos and more shredded cheese. The flavors are all there and it's as good as what you can get in Mexicantown. The problem, as Thomas pointed out, is the inadequate level of wetness. Blame it on poor translation. In Spanish, this is called a "burrito ahogado," which translates to drowned burrito. Wet and drowned are too very different things. Still, quite tasty.

Tasting the dining lineup card at Comerica Park; Brisket cheddar muffin, Nutella egg roll highlight menu

Scorecard: Single, then caught stealing.

Donut Ice Cream Sandwich

Szubeczak predicted this would be another breakout star. It sure looks the part with a scoop of Guernsey ice cream in between a cake donut with chocolate sprinkles. But Sulonen and I agreed that the fruit-flavored ice cream (was it grape?) wasn't the right choice. Maybe there's an option for vanilla ice cream?

Scorecard: Weak pop fly

Nacho Burger

Nachos. Burgers. Can't miss, right? Wrong. All kinds of wrong. The burger is topped with cheddar and cojita cheese, tortilla chips, salsa and jalapeños and served on a brioche bun. Two problems. It tastes exactly like you're eating nachos on a burger, but the flavors are fighting with each other instead of complementing each other. The other problem is the cheese. If there's one thing that defines nachos, it's the melted, gooey fake cheese. Mmm. Cheddar is the wrong choice here.

Scorecard: Called out at first by Jim Joyce.

Contact Carlos Monarrez: cmonarrez@freepress.com Follow him on Twitter @cmonarrez.

Getty images

The full list of new foods

At food court

Halal Knockwurst: The team has partnered with Saad Wholesale Meats, based in Michigan.

Sy Ginsberg Corned Beef Sandwich: The team has partnered with E.W. Grobbel & sons for this sandwich, which includes Swiss cheese on swirled rye bread along with fries.

Ode to Detroit Dog: A classic dog with brisket chili, habanero queso cheese sauce and green onions.

Ultimate Southern Burger: With jalapeño pimento cheese, green tomatoes, lettuce and country ground mustard along with fries.

Throughout stadium

Wet Burrito: Spanish-style rice, corn and black bean salsa and shredded cheese in a flour tortilla, topped with enchilada sauce, lettuce, pico de gallo, jalapeños and shredded cheese.

Brisket and Cheddar Stuffed Cornbread Muffin: Smoked brisket, cheddar cheese and jalapeño peppers baked into a corn muffin.

Nacho Burger: Topped with cheddar cheese, cojita cheese, tortilla chips, salsa and jalapeños.

Porchetta Sandwich: Smoked porchetta, queso fresco, pickled onion and scallion chimichurri.

Buffalo Cauliflower: Cauliflower bites tossed in buffalo sauce. Served with celery sticks and blue cheese dipping sauce.

Muffaletta: Capicola salami, mortadella and provolone cheese on a seeded muffaletta roll with pepper olive salad.

Italian Grinder: Ground Italian sausage with grilled peppers and onions, topped with provolone cheese and marinara sauce.

Tasting the dining lineup card at Comerica Park; Brisket cheddar muffin, Nutella egg roll highlight menu

Grab and Go section

Power Greens Salad: Broccoli, kohlrabi, kale, Brussels sprout, golden beets, carrots, red cabbage, farro and poppy seed dressing.

Fruit cup: Cantaloupe, honeydew, pineapple, strawberries and blueberries.

Caprese salad: Tomatoes, mozzarella cheese, tossed in pesto and served with balsamic vinegar.

Pimento cheese and pretzels: Pimento cheese blend served with **pretzel crisps**.

## Graphic

Ultimate Southern burger.

A donut ice cream sandwich.

Buffalo cauliflower.

Photos by Ryan Garza/DFP

**Load-Date:** March 24, 2018

End of Document

# Tigers pitch menu; New items include brisket-stuffed muffins, halal knockwurst, Nutella egg rolls and Buffalo cauliflower

The Detroit News (Michigan)

March 24, 2018 Saturday, 1 Edition

Copyright 2018 The Detroit News All Rights Reserved

**Section:** FEATURES; Pg. C1

**Length:** 677 words

**Byline:** By, Neal Rubin, The Detroit News

## Body

Tickets are still available for the Detroit Tigers' opening game. Also available once you get inside Comerica Park, and new for the 2018 season: a brisket and cheddar-stuffed cornbread muffin.

You'll also find coney dog pizza when the Tigers face the Pittsburgh Pirates at 1:10 p.m. next Thursday. But that's a holdover from last year - unlike, say, Justin Verlander.

What's new and enticing, like Miguel Cabrera's pain-free back, are a Sy Ginsberg corned beef sandwich and the Ode to Detroit dog, a natural-casing frank smothered in brisket chili, drizzled with habanero queso cheese sauce and topped with green onions.

The Tigers held a coming-out party at noon Friday for the latest culinary rookies from executive chef Mark Szubeczak.

Szubeczak said his main objective is taking "real" food that is trendy and current in the food scene and restaurants and bringing it to the ballpark with high standards in mind.

"Bringing great quality food, no scrimping on quality," he said. "We're working with the best from local farms, working with Sy Ginsberg corned beef, the best of the best ... I'm afforded to be able to use whatever I like to make our creations, so that's the beauty of it. We have no limit on the quality of the foods that we do."

Szubeczak says the other side to that is bringing that quality to a large volume of people.

"We have to feed it to tens of thousands of people all at one time, so we have a huge market," he said, adding that they smoke 1,000 pounds of meat daily. "That's just what keeps it fun, creative and diverse so that kinda keeps the spark for us to bring more to the table."

The Detroit Tigers Friday also revealed details about this seasons themed events and packages, like Princess Day on May 27 when fans can get a Old English "D" tiara. Bachelors and bachelorettes can party at Comerica Park with group packages that include T-shirts and a special goblet for the engaged.

Back to the munchies. In the food court, at various snack stands and in the grab-and-go section, you will come across:

Halal knockwurst, even if that sounds like an oxymoron.

Tigers pitch menu; New items include brisket-stuffed muffins, halal knockwurst, Nutella egg rolls and Buffalo cauliflower

A porchetta sandwich with smoked porchetta, queso fresco, pickled onion and scallion chimichurri, even if most people don't quite know what porchetta, queso fresco and chimichurri are. (In order: Italian pork roast, a mild, milky cheese, and a South American sauce with parsley and garlic.)

A power greens salad with broccoli, kohlrabi, kale, Brussels sprouts, golden beets, some other stuff and poppy seed dressing, even if that sounds more like Ferndale than Fenway Park.

New dessert offerings include an ice cream sandwich doughnut and Nutella egg rolls dusted with powdered sugar.

Price tags for these new items weren't immediately available.

Historically, most of the Tigers' new food items have flamed out like Jim Walewander. (Don't remember him? That's because he flamed out.)

In 2015, there was a hot dog topped with potato chips and French onion dip. The year before that saw the poutine dog, forgotten by all except the handful of people who ordered one and then wondered why.

It's all part of the fun of going to the ballpark and the excitement of spring. The Tigers have a new manager for 2018, Ron Gardenhire, and a flock of promising youngsters.

If they don't hold your interest, there's always the ultimate Southern burger, with jalapeno pimento cheese, crispy fried green tomatoes, lettuce and country ground mustard.

From other compass points, Comerica Park will offer a New Orleans-style muffuletta sandwich, an Italian grinder, a wet burrito Caprese salad and Buffalo cauliflower, which is exactly what it sounds like - cauliflower bites in spicy red buffalo sauce, accompanied by celery sticks and blue cheese sauce.

Throw in pimento cheese and pretzels, a cheese blend served with **pretzel crisps**, and the nacho burger, topped with cheddar cheese, cotija cheese, tortilla chips, salsa and jalapenos on a brioche bun, and that's the Class of 2018.

There's still no Verlander, but look at all he's missing.

nrubin@detroitnews.com

Twitter: @nealrubin_dn

Melody Baetens contributed

# Graphic

With Sy Ginsberg's corned beef sandwich, executive chef Mark Szubeczak says there is no cutting corners.

The Chicken Shawarma Nacho combines cuisines for the upcoming Tigers season.

A brisket cheddar corn muffin is new for this baseball season.

Photos by Max Ortiz / The Detroit News

Mark Szubeczak, executive chef at Comerica Park, unveils his latest creation, the doughnut ice cream sandwich.

The apple egg roll was presented during a media event unveiling concessions at Comerica Park on Friday.

Tigers pitch menu; New items include brisket-stuffed muffins, halal knockwurst, Nutella egg rolls and Buffalo cauliflower

Szubeczak said he wants to bring "real" food like pulled pork to the ballpark with high standards in mind.

It's health food at the ballpark: Buffalo cauliflower will be available for the adventurous this season.

An Ode to Detroit Dog is a natural-casing frank with brisket chili, habanero queso cheese sauce and topped with green onions.

**Load-Date:** March 25, 2018

---

End of Document



# Farm to (Tray) Table Options Take Off on United Airlines' Spring Menu

Plus Company Updates(PCU)

March 2, 2018 Friday

Copyright 2018 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 1156 words

## Body

CHICAGO: United Airlines has issued the following press release: Beginning today, United Airlines has expanded menu selections for the Snack Shop and Bistro on Board and created a brand new menu for customers flying from Canada to the U.S. Additionally, starting this summer, the exclusive vodka brand offered on all of the airline's flights worldwide will be Wheatley Vodka, a craft distilled vodka created by the same makers as the award-winning Buffalo Trace bourbon. "We want every customer onboard to find something that catches their appetite and feel good about their purchase," said Charlean Gmunder, vice president, catering operations at United. "Offering natural, conscientious brands, like Think Jerky174;, make our menu stand out and cater to a wider variety of customer tastes. We are excited to give our customers the opportunity to try new and exciting brands and menu selections."

Organic Jerky Among New Snack Shop Offerings United will be the first airline to feature Think Jerky as one of the newcomers onboard with their Sweet Chipotle beef flavor. Think Jerky, which only uses grass-fed beef, was added to the menu in response to customer requests for a new meat-based snack onboard. A new organic nut mix from Nuts.com , along with an updated Cheese and Crackers Box that contains items like Everything ParmCrisps153; and two cheese options round out the new Snack Shop items. Customers who enjoy United's snackboxes can now purchase a newly designed Classic Snackbox that has been updated to have a more 'Americana' flavor with items like a SMASHMALLOW174; root beer float marshmallow, pretzels, Oreo cookies, and Twizzlers. Bistro on Board Features New Breakfast, Lunch Options New breakfast and lunch meal choices are now available on the Bistro on Board menu. The biscuit breakfast sandwich, another United exclusive, is a hot entr233;e selection that features a 100% cage-free home style fried egg. For customers who prefer a cold breakfast entree, the new Mixed Berry Breakfast Bowl comes with fresh ingredients like berries, pecans, and granola and is served with a Chobani174; Mixed Berry Greek yogurt drink. For lunch, the Mezze Sampler has been updated with a new wheat berry salad that comes with quinoa, edamame and corn. New Breakfast, Lunch, Dinner Menu Created for Canada In response to customer requests for meals made with regional flavors, United worked with chefs in Canada to create selections inspired by local ingredients. For breakfast, a Maple Ham Breakfast Sandwich that pairs Black Forest ham with maple butter on a croissant is now available. For lunch or dinner, a Hummus Sampler and a Forty Creek Barbecue Burger that features Forty Creek whiskey barbecue sauce are also available along with a Sun-dried Tomato Pesto Chicken Wrap. These options are served on most flights over three hours from Canada to the U.S. Craft Distilled Vodka Boarding This Summer Beginning this summer, United is excited to serve Wheatley Vodka, an award-winning handcrafted vodka made from the same master distiller who produces Buffalo Trace, the popular bourbon the airline currently serves onboard. Buffalo Trace Distillery, considered the world's most award-winning distillery, uses the same wheat to produce Wheatley Vodka as is used to produce legendary bourbons such as Pappy Van Winkle and Weller. Vodka is the number one-selling spirit served on United flights. Wheatley Vodka will be available for purchase in the economy cabin on flights where a beverage service is offered. Customers flying in

Farm to (Tray) Table Options Take Off on United Airlines' Spring Menu

United's premium cabins may enjoy the spirit at no cost. New and Updated Choice Menu Selections – Full Details New Snack Options March 1 Price Details Nuts.com CB&J Mix $4.99 Butter toffee cashews, roasted salted cashews, dried strawberries, raisins, sliced cranberries Think Jerky $4.99 Sweet Chipotle Grass-Fed Beef Jerky Updated Snackboxes March 1 Price Details Cheese and Crackers Snackbox $6.99 Bagel chips, roasted poblano cheddar dip, chocolate square, Everything ParmCrisps153;, vintage cheddar cheese, white cheddar cheese Classic Snackbox $9.59 Cheddar spread, Oreo's, **pretzel crisps**, root beer float marshmallow, salami, Twizzlers New Breakfast Items March 1 Price Details Biscuit breakfast sandwich $7.99 100% Cage-free homestyle fried egg, smoked Canadian bacon and cheddar cheese on a buttermilk biscuit. Mixed berry breakfast bowl $6.99 Blueberries, raspberries, strawberries, slivered pecans, sunflower seeds and vanilla granola served with a Chobani174; Mixed Berry Greek yogurt drink Updated Lunch Item March 1 Price Details Mezze Sampler $9.99 Wheat berry salad with quinoa, edamame and corn, sun-dried tomato basil hummus, almonds and triangle pita pieces New Menu Items (Canada) March 1 Price Details Maple ham breakfast sandwich $7.99 Black Forest ham, cheddar cheese and maple butter on a croissant Hummus sampler $9.99 Carrot edamame salad, red pepper hummus and herbed pita wedges Forty Creek barbecue burger $9.99 All-beef patty, white cheddar cheese and Forty Creek whiskey barbecue sauce on a pretzel bun Sun-dried tomato pesto chicken wrap $9.99 Chicken, Havarti cheese, lettuce and sun-dried tomato pesto in a tortilla wrap All new menu items and refreshed snackboxes are available for purchase on flights within the U.S. with a scheduled flight time of more than 3.5 hours and on all international flights from the U.S. to Canada, Mexico, Central America, and the Caribbean. Snack Shop items including the Tapas, Classic, Select and Ben Flyin' Kid's snackboxes are available on all flights over 1.5 hours within North America, including the Caribbean and select Latin American cities and flights to and from Singapore and Australia. Canadian menu items are available on flights from Canada to the U.S. over 3 hours. Learn more about where you can get your snacks here. About United United Airlines and United Express operate approximately 4,500 flights a day to 338 airports across five continents. In 2017, United and United Express operated more than 1.6 million flights carrying more than 148 million customers. United is proud to have the world's most comprehensive route network, including U.S. mainland hubs in Chicago, Denver, Houston, Los Angeles, Newark/New York, San Francisco and Washington, D.C. United operates 744 mainline aircraft and the airline's United Express carriers operate 518 regional aircraft. The airline is a founding member of Star Alliance, which provides service to 191 countries via 28 member airlines. For more information, visit united.com , follow @United on Twitter or connect on Facebook. The common stock of United's parent, United Continental Holdings, Inc., is traded on the NYSE under the symbol "UAL".

**Load-Date:** June 7, 2018

---

End of Document



# Reel meals

THE DALLAS MORNING NEWS

February 23, 2018 Friday, 1 EDITION

Copyright 2018 THE DALLAS MORNING NEWS

# DallasNews.com

**Section:** GUIDE; Pg. 18

**Length:** 2407 words

**Byline:** NORMA CAVAZOS, Staff Writer ncavazos@dallasnews.com

## Body

Combining two of America's favorite things to do — eating and going to the movies — is easy to do around Dallas-Fort Worth.

You don't have to settle for burnt popcorn or fake-cheese nachos. At the theaters on the following pages, you can settle into a comfy seat, scan the menu, and your server will take your order and deliver drinks and food right to your seat — even while the movie is playing.

We visited theaters around the area to bring you a handy guide to dine-in movie experiences, prices, menus and more. While the theaters cater mostly to adults, unless otherwise noted, kids are welcome, too.

ALAMO DRAFTHOUSE

The Austin-based dine-in movie chain is known for its strict policy forbidding texting and talking during screenings. But despite that serious rule, Alamo is all about fun. In addition to mainstream movies and blockbusters, it offers opening-night parties, quote-alongs, events with props and costumes, and other quirky ways to see a film.

TICKETS $6.50 for screenings before noon, $8.50 for afternoon screenings before 5 p.m., $11 for screenings after 5 p.m. Discounts for children, seniors 60 and older, students, military and first responders. Tickets for 3-D movies are $3 extra (Richardson only). On Tuesdays, most tickets are $5 each.

SEATING All auditoriums have reserved seating. Richardson has seats with bench-style tables. Cedars has reclining seats with individual tables.

THE MENU Made-from-scratch food using locally sourced ingredients is served at your seat. The menu includes pizza, burgers, hot dogs, sandwiches, salads, brunch items and other entrees priced from $11 to $15. There's a separate menu each month inspired by a current movie, and some events have their own specialty menus.

ALCOHOL In-seat full-bar service includes local and other craft beers on draft and in bottles and cans for $4 to $8apiece. There's also a cocktail menu with drinks priced $10 or less and a list of boilermakers with local names such as the Big Tex and Red Pegasus for $6 to $14.

POPCORN Bottomless popcorn is $7.50 with warm clarified butter available on request. Herb-Parmesan popcorn is $8.50.

BEST MOVIE-MENU PAIRING Both Alamo locations in D-FW have special menus inspired by the superhero movieBlack Panther and featuring African spices, including niter kibbeh and berbere. Dishes include popcorn tossed in spiced butter ($8.25), spice-rubbed chicken wings ($13), dabo kolo (a breadstick-like Ethiopian snack, $8) and a coffee-ginger milkshake ($8; add rum for $1).

KIDS For most screenings, depending on MPAA rating, the minimum age is 6 with parent accompaniment required. There are exceptions to the age rule, including kid-focused special events and sensory- and baby-friendly screenings.

AMENITIES Both locations have arcade games and separate bars (Vetted Well in Dallas and Glass Half Full Taproom in Richardson). On select nights, such as when a big movie opens, the lobbies will house photo ops, pop-up shops, cosplayers and other activities.

PRO TIP Arrive early for pre-show fun and to order food and drinks before the lights dim. You can also place orders during the show by writing them on slips of paper that waitstaff will pick up and fulfill. Be sure to join the free Victory rewards program to earn movie tickets and be notified about special events and menus.

DETAILS Cedars, 1005 S. Lamar St., Dallas; Richardson, 100 S. Central Expressway, Richardson. Coming soon: Las Colinas, 320 Las Colinas Blvd., Irving; Lake Highlands, 6770 Abrams Road, Dallas; Denton, Interstate 35E and U.S. Highway 380, Denton. drafthouse.com.

AMC 30

The AMC 30 in Mesquite blazed the trail for AMC's dine-in movie efforts, experimenting with "Fork and Screen" theaters before other locations in the chain followed suit. It remains a good place to go for a movie if you're in any of the suburbs east of Dallas, even if you don't want to pay the premium to have food delivered to your seat.

TICKETS $5.49 for matinee screenings before noon; prices can range from $5.99 to $12.99 after, depending on your age and the type of theater.

SEATING Select theaters have AMC Signature Recliners, which are a bit more comfy and have more adjustment options than standard seats.

THE MENU The full-service menu offers a wide variety of snacks and meals. You could share some boneless wings or a crispy shrimp sushi roll, get yourself an artisan pepperoni flatbread, keep things simple with a burger or get some gluten-free snacks like dark chocolate **pretzel crisps**. (See the website for prices.)

ALCOHOL Beer, wine and cocktails are available at MacGuffins Bar.

POPCORN Ordering a large, freshly popped popcorn at your seat will cost $8.69. You can save a buck by grabbing a regular-size popcorn yourself at the concession stand for $7.59.

BEST MOVIE-MENU PAIRING Catch a showing ofFifty Shades Freed with themed drinks from MacGuffins Bar, such as the Forbidden Fruit cocktail.

AMENITIES A selection of arcade games can help keep you busy if you need to kill time before your movie starts.

PRO TIP Not every theater at the Mesquite location features a dine-in option. If ordering tickets online, make

sure to check for the "Dine-In Full Service" label if you plan to eat in your seat.

DETAILS 19919 LBJ Freeway, Mesquite. See the website for other dine-in locations. amctheaters.com.

iPIC

The most expensive theater on this list has enough amenities to let you spend an entire night out. Arrive early or stay late and have drinks in the full bar, shoot a game of pool or just hang out in one of the small alcoves meant to encourage close conversation.

SEATING There are two tiers of seating: premium and premium plus. If you want seat-side service, be sure to choose premium plus when buying tickets. Both have oversize leather seats, but in the premium section, seats do not recline and food and beverages must be brought in from the iPic Express counter just outside the auditoriums.

TICKETS $16 for premium seats, $25 for premium plus seats.

THE MENU The chef-driven menu was created with the idea that each dish should be easy to eat in a dark auditorium during the show. Highlights include mac-and-cheese fries (with three cheeses and roasted tomato dip, $14), filet mignon sliders ($22), a selection of pizzas ($16-$18) and a lobster roll ($20).

ALCOHOL Full bar; iPic Express offers Cocktail Shakers so you can take a couple of drinks with you into the theater.

POPCORN $7; while you can always get regular popcorn, flavored varieties that change daily are also offered.

BEST MOVIE-MENU PAIRING Date night? Catch a rom-com and share a side of $11 fries with Parmesan and truffle oil, a rumored aphrodisiac.

PRO TIP Buy tickets online, and create an account if you think you'll go more than once. It saves serious time on your next round of ticket-buying. Get them early, especially on weekends, as the theaters are on the small side and can sell out quickly.

DETAILS 321 Town Place (in Fairview Town Center), Fairview. ipictheaters.com.

LOOK CINEMAS

Go a little upscale at this movie house with a 70-foot-long lobby concession stand, two adjacent restaurants — Ivy Kitchen and Coal Vines — and theaters on two floors. If you want at-your-seat food and drink service, be sure you select a "Look and Dine" theater. Your experience includes entering from the back of the theater so you don't have to climb stairs if you choose seats with a little distance from the screen. An LED-backlighted menu will be waiting on your seat tray along with silverware wrapped in a cloth napkin. Look also offers Living Rooms and Evolution theaters with take-in food and drink. If you see a movie in the second-floor Lofts lounge, you can order food at the bar and have it delivered to your seat.

TICKETS Look and Dine prices are generally $15 for matinees, $19 for evening showings.

SEATING Power recliners have shared armrests that can be raised for a cozier experience.

THE MENU Food comes from Ivy Kitchen and includes sushi after 5 p.m. ($12), sliders and burgers ($14-$19), flatbreads ($13-$14) and entrees such as Churrasco Fajita Steak ($19).

ALCOHOL Domestic and local beers, wine and cocktails ($8-$18) can be ordered from your server. A limited selection of beer and wine is also available at the concession stand and can be taken into the theater.

POPCORN $7; real butter available.

KIDS Welcome, except in the Lofts bar after 6 p.m.

AMENITIES Ivy Kitchen and Coal Vines are full-service restaurants with their own entrances and patio areas. Look's second-floor lounge, the Lofts, opens at 4 p.m. on weekdays, 11 a.m. on weekends.

PRO TIP Don't sweat the math. An 18 percent gratuity is automatically added to your dine-in movie bill (and marked as such).

Reel meals

DETAILS 5409 Belt Line Road, Dallas. lookcinemas.com.

MOVIE TAVERN

Don't let construction on Airport Freeway deter you: The Movie Tavern at Central Park in Bedford aims to please with reasonable ticket prices, the full-service Tavern lobby bar, dine-in service in all theaters, plus weekend brunch. Nice touch: On a recent Saturday-afternoon visit, the server offered a complimentary glass of water.

TICKETS $7.75 for matinees; after 5:30 p.m., tickets are $10.25 on weekdays, $10.50 on weekends.

SEATING Super-plush power recliners.

THE MENU Create your own pizza ($10.95, plus $1.25 for each topping); share a Game Day Platter with sliders, wings, bacon cheese fries and dipping sauces ($16.95); or crunch on Crispy Chicken Chipotle Sliders (four sliders with house fries for $11.25). Refillable soft drinks, iced tea and coffee are also available.

ALCOHOL Draft, bottled and pitchers of beer (from $4.95), wine (from $7.25). Choose from 16- or 24-ounce cocktails, adult shakes and mules. A small Blue Thing Margarita, frozen or on the rocks, costs $8.50.

POPCORN $7.95 for a bucket, $5.75 for a single serving.

BEST MOVIE-MENU PAIRING See the blockbusterBlack Panther with a delicious Black Lemonade.

AMENITIES The Tavern bar hosts trivia night on Wednesdays from 7 to 9 p.m., with movie gift cards as prizes.

DETAILS 2204 Airport Freeway (at Central Drive), Bedford. Other locations are at 916 W. University Drive, Denton; 5727 Interstate 20, Arlington; and in Fort Worth at 2872 Crockett St., 4920 S. Hulen St. and 6801 Ridgmar Meadow. movietavern.com.

MOVIEHOUSE AND EATERY

The Moviehouse at Craig Ranch in McKinney offers seat-side service in all

auditoriums, with family-friendly touches including vegetarian and gluten-free menu items, a Mommy Monday discount for moms (and dads) with babies, and a free camera station in the lobby. Gather the kids in front of the white screen and the camera will snap a photo with a movie-themed backdrop that you can share on social media.

TICKETS $9.50 before noon, $12 after. Mommy Monday tickets are $6.

SEATING Leather recliners.

THE MENU The many menu choices include gluten-free nachos, veggie pizzas and chicken tenders. A shareable cheese and charcuterie Date Plate is $11, $33 with paired wines from the drink menu. Shrimp tacos are $10.50 with a choice of black beans and corn salad or chips and salsa. Sip a cold Topo Chico mineral water for $4. Get unlimited refills on soft drinks, Icees and Barrilitos aguas frescas, priced from $4.50 to $6.

ALCOHOL Beer, wine and cocktails are available in the lobby bar and seat-side.

POPCORN Bottomless popcorn, popped in coconut oil, is $7.50.

BEST MOVIE-MENU PAIRING TheBlack Panther -themed cocktail Winter Smash ($11) is available for a limited time.

AMENITIES The lobby bar is open until midnight Sundays through Fridays, until 1 a.m. on Saturdays.

PRO TIP Brunch is served seven days a week: Saturdays and Sundays from opening until 2 p.m. and Mondays through Fridays from opening until noon, with a special food and drink menu.

Reel meals

DETAILS 8450 State Highway 121 (Sam Rayburn Tollway at West Exchange Parkway), McKinney. Other locations are at 250 Rufe Snow Drive, Keller; and 951 Long Prairie Road, Flower Mound. themoviehouse.com.

STUDIO MOVIE GRILL

The granddaddy of eatertainment chains started in Dallas in 1993 with one screen. Now there are nine D-FW locations. Studio Movie Grill's main focus is first-run, wide-release films paired with casual American food and drinks.

TICKETS $6.25 for screenings before noon; prices can range from $8.75 to $13.25 after, depending on time of day and whether the film is in 2-D or 3-D. Discounts for children 12 and younger, seniors 65 and older, and students and military with ID. On Tuesdays, most tickets are $5 each.

SEATING All theaters offer reserved seating, and most auditoriums have leather recliners. The newer locations have custom-made leather seats.

THE MENU The full-service, in-seat menu includes burgers, pizzas, salads and entrees such as chicken tenders, ribs, pasta and quesadillas, all priced under $15. There are also options for children, a weekend brunch menu and limited-time specials such as a $25 combo that includes an appetizer and two entrees.

ALCOHOL Beer, wine and cocktails are available at your seat. There are drink specials on most days, including $5 house margaritas on Mondays. Try the Royal Tea, a limited-time cocktail inspired byBlack Panther , for $13.

POPCORN Orville Redenbacher popcorn is $3 to $7 depending on size, with warm butter available on request.

BEST MOVIE-MENU PAIRING For the adventure movieJumanji starring The Rock, Studio Movie Grill suggests these spicy items: seared ahi tuna appetizer ($12), blackened chicken salad ($12.50) and an XL Studio blue grande margarita ($11).

KIDS Children are welcome; age limits are based on MPAA ratings. Studio Movie Grill has twice-monthly screenings for families raising children with special needs with free admission for the children and their siblings. (Adults pay before-noon prices.)

AMENITIES All locations have bars and lounge areas.

PRO TIP Tickets to first-run movies are $5 on Tuesdays. On select Wednesdays, older films will be shown for $5. Whenever you go, don't forget to check the menu for daily specials and any food and drinks inspired by current movies.

DETAILS In Arlington: Arlington Highlands, 225 Merchants Row; and Arlington Lincoln Square, 452 Lincoln Square. In Colleyville: 5655 Colleyville Blvd. In Dallas: Northwest Highway, 10110 Technology Blvd.; Royal Lane, 11170 N. Central Expressway; Spring Valley, 13933 N. Central Expressway. In Lewisville: 1600 S. Stemmons Freeway. In Plano: 4721 W. Park Blvd. In The Colony: 4800 State Highway 121. studiomoviegrill.com.

Staff writers Sara Frederick Burgos, Britton Peele and Shannon Sutlief contributed to this report.

Twitter: @NormaLCavazos

**Load-Date:** February 23, 2018

End of Document



# Chew on This: savory Super Bowl snacks

Reflector: Mississippi State University

January 31, 2018 Wednesday

University Wire
Copyright 2018 UWIRE via U-Wire All Rights Reserved

**Section:** NEWS; Pg. 1

**Length:** 779 words

**Byline:** Courtney O'Brien

## Body

It is time for yet another Super Bowl. My family rooted for the Philadelphia Eagles on a really great year for them. But, like all good things, they must come to an end, for better or for worse.

For all our teams, it was a long year, and our boys played hard. Whether your team made it all the way or crashed from the first game on, now is the time to get together and just enjoy football.

Even if you do not watch or follow football, everyone loves a good Super Bowl party.

Now, you guys know I love any excuse to break out my "hostess with the mostess" skills, but the Super Bowl is different because you need special foods.

Some people love to have food in their team colors. Others have traditions where they have to eat certain foods or their team will lose.

Regardless of tradition, you will want easy to eat appetizers that will not stain every inch of the couch. It is a tough process because the best-tasting snack foods are often hideously easy to stain.

I, in my gobs of time alone, sat down and planned out three recipes which are easy to make, easy to eat, easy to love and easy to keep together on the ride from the plate to your guests' mouths. So, let's get started with a meaty cheese ball.

I really like this one because it is shaped like a football. It is versatile. If you are watching baseball, use the pepperonis for the baseball stitching. It tastes great, and it is not messy.

The next recipe is probably my favorite. It is like the bar-b-que mini weenies moms used to make for all the class parties.

I love these things. I also love the more adult version I take on them here because the sausage is flat enough to stay on a pretzel, cracker or, my favorite, the **pretzel crisp**.

I am using flavored wheat thins here because I love the additional flavor. If you want to use crackers or something else, I recommend seasoning the cracker or pretzel with garlic powder and parmesan or ranch seasoning.

The next recipe is kind of a take on a loaded baked potato, but without the mess and smaller.

With loaded baked potatoes for a crowd, you must know exactly how many folks will be eating.

In those cases, so many potatoes are not used, you must worry about not having enough, and you have to have some sort of container to cook them all in or cook them separately and keep the rest heated during that time.

I hope everyone stays safe and has a great time this Super Bowl.

Meaty Cheese Ball

Ingredients:

1 bag of pretzels or crackers

16 ounces cream cheese

2 cups shredded cheese

3 green onions, chopped

7 ounces pickled jalapeños

? cup jalapeños, minced

3 tablespoons of chopped parsley

1 teaspoon garlic powder

5 ounces of mini pepperoni slices

1 slice mozzarella

Recipe:

- In a medium bowl, blend together cream cheese, shredded cheese, onions, pickled and fresh jalapeños, parsley and garlic powder.
- Mix until fully blended.
- Line a medium bowl with plastic wrap, leaving any excess to hang over the sides.
- Scoop the cheese mixture into the bowl, and firmly press to mold the mixture into the shape of the bowl.
- Gather the ends of the plastic wrap together and gently twist to tighten around the cheese mixture.
- Remove the wrapped mixture from the bowl and place on the counter.
- Shape the cheese mixture into the shape of a football.
- Place in refrigerator for one to two hours.
- Remove the cheese football from the refrigerator and place on a platter or sheet pan.
- Unwrap and cover the entire cheese football with mini pepperoni.

Cheesy Sausage Bites

Ingredients:

Ranch or spicy buffalo wheat thins

1 tablespoon olive oil

28 ounces of fully-cooked smoked kielbasa sausage, cut diagonally

1 cup spicy BBQ sauce

½ cup chili sauce

½ cup apricot jam

12 ounces of cheese spread

Stone-ground mustard

Recipe:

- Heat a large skillet over medium-high heat.
- Add oil and sliced sausage.
- Sear meat on both sides and remove to a paper towel to drain excess grease.
- In a slow cooker, add the BBQ sauce, chili sauce and apricot jam.
- Stir to mix, then add the cooked sausage.
- Stir until meat is coated, cover with a lid and set cooker to warm for two to three hours.
- To serve, spread the cheese spread on a cracker/chip/pretzel/wheat thin, followed by a smear of mustard and topped with a slice of sausage.

Loaded Crackers

Ingredients:

1 bag of crackers, wheat thins or pretzels

1 cup shredded cheese

4 to 5 slices bacon, cooked and chopped

Sour cream

Diced cherry tomatoes

Chopped green onions, whites and greens

1 tablespoon of chopped parsley

Recipes:

- Preheat oven to 400?.
- Place the crackers in a 9-inch cast iron skillet, slightly overlapping the edges.
- Sprinkle the cheese and bacon over the top, and bake until the cheese has melted.
- Serve with a dollop of sour cream or Greek yogurt, and garnish with the tomatoes, green onion and parsley.

**Load-Date:** February 2, 2018

End of Document



# Hershey Buys Healthy-Snacks Maker as Food Deals Emerge

TheStreet.com

December 18, 2017 Monday 10:27 AM EDT

Copyright 2017 TheStreet.com, Inc. All Rights Reserved

TheStreet.com

**Length:** 432 words

**Byline:** Bret Kenwell
**Highlight:** As old-school food companies look to diversify their offerings, Hershey is snapping up Amplify for $1.6 billion, while Campbell Soup buys Snyder's-Lance for $4.9 billion.

# Body

It has been a busy year-end for M&A reporters, as a slew of deals materialized over the weekend.

Perhaps the most notable of those deals came from Hershey , which will acquire Amplify for $1.6 billion. Amplify is a maker of healthy snacks, perhaps best known for brands like Skinny Pop popcorn and Paqui tortilla chips, among others.

The deal comes just a few months after Nestle purchased a 68% stake in the privately held Blue Bottle Coffee Company for $425 million in September. Nestle, which owns the highly touted Nespresso line, is looking to diversify its business. It's purchase of Amplify only underscores the company's desire to do just that.

Many may not realize that beyond chocolate, candy and coffee, Nestle owns a number of well-known, "non-guilty" food lines. Gerber, Buitoni, Stouffer's, Lean Cuisine and San Pellegrino are all under the Nestle umbrella. It also has pet foods in its business, with Friskies and Purina.

Unilever Sells Spreads Business to KKR
> Hershey's $1.6 Billion Buy of Amplify Is Smart for These 3 Reasons
> Is Twitter Back on the Block? If So, Here's Who Might Be Interested

However, Amplify is the company's first notable move into the better-for-you food group. This is a trend that was quickly noticed by PepsiCo years ago, as its snack and beverage lines began diversifying away from chips and soda and focusing on drinks and foods that were more appealing to consumers, particularly younger shoppers.

That's not to say Pepsi abandoned its soda and chips businesses. But rather than relying solely on them, management wanted to diversify itself. The move has paid dividends, particularly as its main competitor Coca-Cola did *not* mirror PepsiCo's actions. As a result, Pepsi stock is up almost 70% over the last five years, while Coca-Cola stock is up just 23.4%.

Hershey's move into the better-for-year camp is also underscored by Campbell Soup's buying Snyder's-Lance over the weekend for $50 per share or $4.9 billion. Pretzel's, baked chips, **pretzel crisps**, the Late July line and more is a pretty clear diversification move away from canned soup, V8, Prego and other so-to-say pantry items.

Like PepsiCo, companies like Campbell and Hershey aren't looking to abandon the bread-and-butter businesses that carried them for decades. But they are looking at what consumers want and are looking to diversify their business models as a result.

This is just the latest example of how.

*PepsiCo is a holding in Jim Cramer's* Action Alerts PLUS Charitable Trust Portfolio. *Want to be alerted before Cramer buys or sells PEP?* Learn more now.

**More of What's Trending on :**

**Load-Date:** December 19, 2017

End of Document



# PJ's-SentryWorld rolls out new menu

The Stevens Point Journal (Wisconsin)

December 12, 2017 Tuesday, 1 Edition

Copyright 2017 The Stevens Point Journal All Rights Reserved

**Section:** NEWS; Pg. A4

**Length:** 467 words

## Body

STEVENS POINT - PJ's-SentryWorld restaurant, 601 Michigan Avenue North, has rolled out a new menu for the fall and winter season.

Joining favorites like the farmhouse ale cheese curds and Bavarian pretzel fondue for appetizers are potato pancakes topped with chunky apple compote and garlic breadsticks with house-made marinara sauce. The Crostini Trio is a twist on traditional bruschetta, dressed with three sauces - olive tapenade, roasted peppers and charred tomato basil - and sprinkled with toasted parmesan cheese.

New entrees in the menu include Thai peanut pasta, bone-in pork chop, steak stroganoff, airline chicken and risotto, steelhead rainbow trout and chipped beef on grilled cheese and tomato. New salads include the crunchy Asian and cherry cashew fall salad.

New burgers choices are the black bean and veggie and the Big Kahuna Burger with grilled pineapple, Nueske's bacon and PJ's barbeque sauce. New sandwich choices include a gyro chicken sandwich, hot pastrami on rye, carnita tacos, grilled Cuban and a harvest chicken salad wrap. Beer cheese soup with sharp cheddar, fontina, New Glarus Spotted Cow and local IPA beer and topped with **pretzel crisps** is the new soup.

A few new choices have been added to the selection of the restaurant's wood oven pizzas. The Spicy Caribbean has a spicy sauce of jalapenos, habaneros and a variety of coastal spices topped with onions, seasoned chicken, bell peppers and mozzarella. The Italian Hero has marinara sauce topped with pepperoni, sausage, salami, green bell peppers, onions, tomatoes and pepperoncinis then finished with parmesan and smoked gouda cheeses.

Joining the popular Sunday family pizza buffet on the blue plate special schedule are cheesy broccoli potato casserole on Monday, stuffed pepper on Tuesday, a 12-ounce prime rib on Wednesday, beef pot pie on Thursday, fried or baked fish on Friday, and chef's choice on Saturday. Specials start at 4 p.m. daily.

Roger Payne, executive chef at PJ's-SentryWorld, said the menu continues to highlight Midwest comfort food.

"At PJ's, we continue to partner with Central Rivers Farmshed, local farmers, and local breweries to bring you the freshest, highest-quality local ingredients and products," said Payne, who added that the restaurant will soon offer coffee from the Mission Coffee House in Plover.

PJ's Sentry-World is open from 11 a.m. to 10 p.m. Sunday through Thursday, and from 11 a.m. to 11 p.m. on Friday and Saturday. For more information call 715-345-1600, visit www.sentryworld.com or find the business on Facebook. The restaurant is now taking reservations through the website and the OpenTable app.

See something? Say something. Bug reporter Nathan Vine with news at 715-345-2252 or nvine@gannett.com; on Twitter: @NathanAVine.

Streetwise

Nathan Vine

USA TODAY NETWORK - WIS.

# Graphic

Streetwise

Nathan Vine

USA TODAY NETWORK - WIS.

PJ's-SentryWorld's new chipped beef on grilled cheese and tomato sandwich is smothered with a rich and creamy bacon gravy, smoked-salted beef, peas, and a fried egg. The item is part of the new seasonal menu at the restaurant.

Courtesy of PJ's-SentryWorld

**Load-Date:** December 12, 2017

End of Document



# JOSEPHINE TO OFFER 2 NIGHT ONLY HOLIDAY X|X MENU

US State News

November 15, 2017 Wednesday 10:07 PM EST

Copyright 2017 Targeted News Service LLC All Rights Reserved

**Length:** 583 words

## Body

NASHVILLE, Tenn., Nov. 15 -- The Tennessee Department of Tourist Development issued the following press release:

To celebrate the holiday season, Andy Little is bringing back the X|X tasting menu at popular 12South neighborhood restaurant, Josephine, 6:30 p.m. Dec. 15-16.

The 10-course tasting menu, which will be prepared and narrated by Little, will feature creative spins on traditional holiday dishes with the option to add beverage pairings curated by Josephine general manager Karen Little. Only 10 seats will be available each night, so those interested are encouraged to make their reservation early by calling 615-292-7766.

MENU:

Snacks

Pickled red beet quail egg and caviar

Watermelon pickles

Spiced peaches wrapped in charred cabbage

Salted chestnut funnel cake, brown butter powder

Smoked Acorn Squash

Almond, sage, chanterelle mushrooms, sorghum

Country Ham and Brown Butter Soup Dumplings

Sauerkraut consomme

Mini Potato Rolls and Cope's Corn Bread

Pretzel sticky bun mustard caramel

Halibut Cheeks

Oyster, caviar, crispy pastry

Roasted Goose

Pommes paillasson, charred radicchio, orange

Nashville 'Spiced Round'

Truffled pain perdu, carrot, ginger

Doe Run Seven Sisters 'Cheese Ball'

**Pretzel crisps**

Raisin Pie

Sour cream ice cream

Dessert Board

Chocolate and peanut brittle

Shoo fly cake

Muddy's gummy caramels

The price will be $90 per person with the option to add beverage pairings for an additional $60. Reservations can be made by calling 615-292-7766.

ABOUT JOSEPHINE

Josephine is a contemporary American restaurant featuring farmhouse cuisine located in the vibrant 12 South neighborhood. Opened in 2013 under Nashville-based restaurant group Community Hospitaiity and led by chef Andy Little, Josephine's dinner and brunch menus focus on simple, classically composed recipes accompanied by a small but carefully selected wine and signature cocktail list in a soft industrial space that emphasizes a sense of home. Little's expertise and dedication to cooking-not just by the seasons, but by the day-has garnered him praise for the food he serves and the innovative and inspired way in which it is presented. Perfect for everyday dining or special occasions, Josephine is an experience that carries an air of ease; a great time that takes care of itself. For more information, visit www.josephineon12th.com.

ABOUT ANDY LITTLE

After moving to Nashville in 2013, Andy Little has made a name for himself in one of the South's rising culinary scenes. Gaining James Beard attention as a semifinalist for Best Chef Southeast in 2017, Little established his first Nashville restaurant, Josephine, as one of Nashville's leading restaurants and is poised to do the same for PRIMA, for which he took the reins of in June 2017. Chef Little's cooking revolves around roots, whether they are the turnips and carrots he plucks from the ground or the historical recipes he notably revitalized during his tenure in the Pennsylvania Dutch farm country where he grew up. Seasonal and spontaneous, Little's ground-to-gourmet plates create a visceral experience, always meant to tell a story behind the meal. Today, Little has refined these principles and created a style of cuisine that is unique to Nashville where he blends classical French training with regional raw ingredients while exploring the Pennsylvania Dutch foodways of his youth. For more information, visit www.chefandrewiittle.com. For any query with respect to this article or any other content requirement, please contact Editor at content.services@htlive.com

**Load-Date:** November 16, 2017



# 'Chocolate Fantasy' Is A Dessert Delight For A Good Cause

The Greeneville Sun (Tennessee)

November 8, 2017 Wednesday

Copyright 2017 Greeneville Sun
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** ACCENT

**Length:** 1596 words

**Byline:** Kathy Knight Accent Contributor

## Body

Event organizers are celebrating another successful — and delicious — fundraiser for the March of Dimes.

Lisa Crum, chairman of the annual Chocolate Fantasy and Dessert Delight for its entire nearly two-decade history, is ecstatic and thankful after another successful event this year.

"For our 19th year, we served the most people and made the most money we have ever made for the March of Dimes at our event — $7,000," she said. "We are so happy and pleased that our community offered such support. We are truly thankful."

The event was held on Thursday, Oct. 26, in the ballroom of the General Morgan Inn.

"We work hard each year to raise funds to help fulfill the mission of the March of Dimes, which is to improve the health of babies by preventing birth defects, premature birth and infant mortality," Crum said.

AWARDS

As is the case each year, several awards were handed out at Chocolate Fantasy & Dessert Delights.

The event's Chef's Choice Award was won by Hale Springs Inn, with The Nakery Cake Boutique coming in second. This particular award is voted on by the participating vendors.

Best Presentation, voted on by guests, included Hale Springs Inn, first place; Angeez Catering & Cakes, second; and a three-way tie for third: Fatz Cafe, The Chocolate Ladies and The Nakery Cake Boutique.

Best Taste, also voted on by the guests, included Rachel's Homemade Candies, first; Brumley's at the General Morgan Inn, second; and Grann's Gourmet Apples, third.

Entertainment for the evening was presented by Galina Violinists, students of Russian violinist Galina Timofeev.

A silent auction, featuring items from area businesses, was held throughout the evening as another way to raise funds. Sharon O'Neal chaired that project and said she was also grateful for the support of the community.

Event sponsors for the evening were QuickStop Markets, First Tennessee Foundation, Lisa Crum State Farm, Takoma Regional Hospital, Laughlin Memorial Hospital, Consumer Credit Union, Copies Unlimited, WIKQ, WGRV and WSMG, and The Greeneville Sun.

SPECIAL GUEST

# 'Chocolate Fantasy' Is A Dessert Delight For A Good Cause

A special guest for the evening was this year's Greeneville March of Dimes Ambassador, 2-year-old Mila Hamler, daughter of A.J. Hamler and Kristina Voiles. Mila was born 10 weeks early in 2015, and weighed only 3 pounds, 15 ounces.

She spent the first month of her life in the neonatal intensive care unit at Niswonger Children's Hospital in Johnson City.

Now, her parents love the fact that she is an active child. Mila enjoyed tasting some of the sweets at the event, even stopping to pose for the camera.

"We credit the March of Dimes with helping our sweet Mila survive by funding research and other programs for premature or sick babies," Voiles said.

## PARTCIPANTS

A number of businesses participated in the tasting.

AMC Theaters — Volunteers from the March of Dimes Braelyn Hartman and Sydney Leonard served popcorn from the AMC Classic Towne Crossing 8 Theater to guests who enjoy mixing a little salt with their sweet tastes.

Angeez Catering & Cakes — Angie Lawson and the staff of Angeez Catering & Cakes on Tusculum Boulevard served 10 different kinds of candy-dipped pretzels. Toppings included vanilla, chocolate, white chocolate, dark chocolate and more. This past year the shop went from being open as a regular retail outlet for sweets to being open for special-order items only. They are open from 10 a.m. to 4 p.m. Monday-Friday and from 10 a.m. to 2 p.m. on Saturday.

Brumley's at the General Morgan Inn — Salted caramel dark chocolate fudge pudding and caramel crispies with vanilla bean whipped cream were served by Brumley's, located at the General Morgan Inn, where the fundraiser was held.

Executive Chef Michael Gonzalez is quite proud of Brumley's latest fall menu and said he hopes everyone will stop in and enjoy a meal there. He added that he felt like this year's Chocolate Fantasy was the best ever, with imaginative booths, tasty desserts and a great crowd.

Casa Nostra Italian Cuisine — Abdul Moumni, of Morroco, one of the owners of the restaurant located in the Greeneville Commons, served chocolate mousse cake, black forest cake, white chocolate and dark chocolate mousse.

Casa Nostra does offer a dessert tray daily featuring such choices as cheesecake, Italian cream cake, a new double-chocolate cake, coconut cake, turtle cheesecake and more.

Creamy Cup — Lynette and Eric Price from Creamy Cup, located across from Tusculum College, offered their medium cafe roast coffee and some decaf coffees. The crowd also enjoyed the aroma of the mocha-hazelwood coffee beans on display.

Right now at Creamy Cup's drive-thru, they are offering caramel apple cider, caramel apple butter lattes, white pumpkin mochas and pumpkin pie lattes, all favorites this time of year.

Creamy Cup is open Monday through Friday from 6 a.m. to 8 p.m. and Saturdays from 7 a.m. to 8 p.m.

Fatz Cafe — Friendly folks from Fatz Cafe served samples of an old favorite, the Carolina peach cobbler.

This peach cobbler with Carolina peaches, brown sugar, cinnamon and walnuts oven-baked in house, is served warm with Breyers' vanilla bean ice cream.

# 'Chocolate Fantasy' Is A Dessert Delight For A Good Cause

The deep dish chocolate chip cookie and classic cheesecake are two other favorite desserts at Fatz in Greeneville, located on the Andrew Johnson Highway.

Food City Bakery —The staff of the Food City Bakery on Snapps Ferry Road was happy to offer several different tastes for the evening: pumpkin chess bars, lemon chess bars and chocolate chess bars. They also offered peanut chewies and brownies for tasting.

The bakery at Food City offers fresh baked goods daily and does custom ordering.

Grann's Gourmet Apples — Amanda Hope and her daughter, Riley, of Grann's Gourmet Apples & Confections, said they love visiting with the guests at the Chocolate Fantasy. This year they offered apple nachos, slices of apples with a variety of different toppings from which guests could choose.

On a daily basis, Grann's sweet delights are crisp, juicy apples that have been double dunked in a caramel, rolled in any number of toppings and finished off with a drizzle of gourmet chocolate. In addition to the apples, they offer marshmallows, pretzels, strawberries and more dipped in items of your choice.

"The March of Dimes is such a good cause," said Amanda. "I love talking to folks, especially those who haven't ever had one of our apples."

Hale Springs Inn — Ashlee Hudson started out as sous chef at the Hale Springs Inn about five years ago and has worked up to now being executive chef. She said she enjoyed talking to the guests at the event and serving them chocolate mousse shooters, truffles and pumpkin bread pudding with cream cheese icing.

Hudson said that the inn is open Tuesdays through Fridays for lunch and Tuesdays through Saturday for dinner. Reservations are not necessary, but you may make them by calling 272-5171.

"We are casual around here," she said, "and we want people to come make themselves at home." They have a varied menu from appetizers, salads and lighter fare to entrees, sandwiches and rich desserts.

Meals with Meaning by Holston Home — Ella Price and culinary students served pumpkin souffle with whipped cream at the event. According to Price, Meals with Meaning has that name because anyone doing catering with Holston Home is not just filling their need for food, but are also helping youth to learn business and culinary skills, while also being involved in profit sharing.

"I am proud of my students," said Price. She added with a chuckle, "They are learning many culinary skills, even some of my secrets. I keep telling them I'm training my replacement in a few years."

Publix Super Markets — The folks from Publix served their award-winning Key lime pie, a chocolate ganache fudge cake, berry tarts and European cream puffs stuffed with raspberry and blueberry. They also offered some **pretzel crisps** and the new dark chocolate hummus now available at Publix, located in Fairgrounds Plaza on the Andrew Johnson Highway.

Rachel's Homemade Candies — Rachel Troyer said that working the Chocolate Fantasy each year is lots of fun. "It's great seeing all the people enjoy their sweets," she said. Troyer offered such candies as her popular turtles, Buck-eyes, caramels and peanut butter, chocolate and orange cream fudge.

Rachel's candies are available at Mountain View Bulk in Chuckey. She may be reached at 257-5739.

The Chocolate Ladies — Rita Key, who owns The Chocolate Ladies with her daughter, Susan, served Key lime truffles, salted caramel bark, gingersnaps with white chocolate and apple pie crunch.

Located at 107 Lakeshore Road in Talbott, the Chocolate Ladies Sweetly Southern Chocolates and Confections use the theme of "Chocolate Made To Order," and can do just about anything in chocolate.

'Chocolate Fantasy' Is A Dessert Delight For A Good Cause

They do custom orders in everything from corporate gifts to wedding favors, party favors and more. They are open Monday through Saturday from 10:30 a.m. to 7 p.m., but it's a good idea to call before you go as they have so many events out of the store. For more information, see thechocolateladies.com.

The Nakery Cake Boutique — Hannah Shipley, owner of the Nakery Cake Boutique received many good comments about her traditional French vanilla cake topped with regular vanilla buttercream cake. She also served a triple chocolate cake with Oreo buttercream, chocolate-covered strawberries and brownie cake with caramel butter cream.

Shipley displayed two decorated Halloween cakes — one geared toward adults and one to children. The "blood" was red ganache.

The best way to order from The Nakery Cake Boutique is through Facebook.

**Load-Date:** November 10, 2017

End of Document



# Athlete of the week Alter High School

Dayton Daily News (Ohio)

October 26, 2017 Thursday

Copyright 2017 Dayton Newspapers, Inc.

**Section:** ; Pg. OZSD6

**Length:** 351 words

## Body

Adam White

Name: Adam White School: Alter Grade: Senior Age: 18 Sports: Golf, tennis, cross-country Claim to fame/honors: Three-sport athlete will earn nine varsity letters; in golf, second-team All-Greater Catholic League three times; in tennis, has earned first-team All-GCL three times, second-team all-area and third-team all-area; plans to major in accounting/finance and minor in peer ministry at Bellarmine University. Bet you didn't know: I'm an only child Words you live by: With God anything is possible Toughest opponent: Oakwood Biggest influence: My parents Match-day rituals: Eat my protein cookie What's on your bedroom walls: Notre Dame flag When I'm bored I like to: There's never a dull moment Favorite movie: "The Other Guys" Person who would play you in a movie: Patrick Dempsey Favorite TV show: "How I Met Your Mother" Favorite musical artist: Drake I can't live without: Notre Dame football I can live without: Bread Event you'd like to attend: Drake concert Favorite book: "Of Mice and Men" Favorite home-cooked meal: Cowboy casserole Favorite restaurant: Chipotle Favorite smell: Brand new car Favorite cereal: Raisin Bran Store where you'd like a shopping spree: H&M Vegetable you won't eat: Tomatoes I'd love to trade places for a day with: LeBron James Whose mind would you like to read: Barack Obama Place where you'd love to travel: Australia Talent you'd like to have: Drawing Favorite school subject: AP psychology Favorite athlete: Teddy Bridgewater Favorite team: Minnesota Vikings Favorite Olympic sport: Swimming Something in the world I'd like to change: Hunger Favorite sports moment: When Notre Dame stopped Stanford at the goal line to win the game in 2012 Favorite junk food: **Pretzel crisps** Best thing about golf: Hitting a drive in the fairway In 10 years, I hope to be: Finance analyst living in Chicago

Nominate an Athlete of the Week: Send an email to freelance writer Dave Lamb at d_lamb@msn.

com. Please include the athlete's

name, school, sport and a phone

number or email address where

we can reach that athlete. Please

include Athlete of the Week in the

subject line.

**Load-Date:** October 26, 2017

End of Document



# Eating on the Go

Progressive Grocer's Store Brands

September 2017

Copyright 2017 EnsembleIQ All Rights Reserved

**Length:** 2326 words

**Byline:** Carolyn Schierhorn

## Body

Consumers are snacking like never before, spurring innovations in a range of categories that offer growth opportunities for store brands

It's 2 o'clock in the afternoon and hunger gnaws at the young office worker who last ate at around 11 a.m., when he enjoyed a microwaved samosa and a hard-boiled egg at his standing desk. "Should I eat a buffalo bar now or some lentil chips with salsa and a handful of cashews on the side?" he asks himself.

This hypothetical millennial represents one aspect of today's snack food market. Just as significant, though, are consumers of all ages who nosh on potato chips, cheesy popcorn, doughnuts, chocolate candy and rich, premium ice cream. In fact, sometimes the individual who "behaves" and snacks lightly on nutrient-dense food throughout the day is the same person who binges on high-calorie confections in the evening.

It's really a free-for-all in the snack foods market right now, which presents both challenges and product development opportunities for retailers with store brands. Fortunately, a number of market research firms have recently released reports on snacking trends, which help cut through the clutter.

First, retailers need to understand that the distinction between snacks and meals has become ever blurrier in terms of what is eaten and when. Many American consumers nowadays will eat traditional snacks and hors d'oeuvres such as veggies and dip, cheese and crackers, and mixed nuts as a quick meal, while others will grab a cheeseburger or a grilled chicken wrap for a portable "dashboard dining" snack.

Top 10 reasons for snacking

Mintel Group's May 2017 report "Snacking Motivations and Attitudes - US" reveals that 94 percent of U.S. adults snack daily, while 15 percent snack at least four times a day.

Those who consume snacks do so for many reasons, reports Mintel, which identified the following top 10 motivating factors based on a survey of nearly 1,900 adults who snack.

- **To treat myself** (selected by 50 percent of respondents).

- **To give myself a break during the day** (37 percent).

- **To eat on the go** (27 percent).

- **To eat healthier** (26 percent).

- **To relieve stress** (24 percent).

- **To refuel when exercising** (21 percent).

- **To avoid overindulging at meals** (19 percent).

- **To control my weight** (17 percent).

- **To socialize with friends or family** (14 percent).
- **To get through late nights** (14 percent).

**Source:** Mintel "Snacking Motivations and Attitudes - US," May 2017.

Millennials and the oldest members of Generation Z, in particular, have been driving the trend toward eating whenever hungry and eating on the go, pressured by their busy multi-tasking lifestyles and expectations of immediate gratification, according to The NPD Group's new report "A Generational Study: The Evolution of Eating."

Furthermore, millennials, who tend to be foodies and champions of health-promoting and sustainable ingredients, have spurred the launch of a number of alternative plant-based snacks such as Hippeas organic chickpea puffs and BRAMi lupini beans. It's not that most millennials are vegan or even vegetarian - only a small minority are. But many are "flexitarians"; they believe they are improving their own health and that of the planet by eating plant-based food on a regular basis.

Segments with strong sales potential for store brands

Quite often the categories in which private brands already perform well or have significant market share are not the ones with the most growth potential. Industry experts and market research firms have determined that private brands are underrepresented and could flourish in the following segments:

**Pork snacks and corn chips**. National brands constitute 92 percent of dollar share in the salty snacks category, notes Jordan Rost, vice president of consumer insights for New York-based Nielsen. But salty snack mixes and pretzels are two segments in which store brands have notable market share, with 30 percent and 15 percent retail dollar share, respectively. Nevertheless, these are not "the segments to watch out for at the moment," Rost says.

"Pork snacks and corn chips are the snacks seeing the largest growth specific to store brands, gaining 21.1 percent and 22.6 percent in retail sales dollars," he explains.

**Frozen sandwiches**. Overall, according to Nielsen data, frozen sandwiches have experienced flat 0 percent growth, Rost says. However, store brand frozen sandwiches are growing at a 16 percent rate in dollar sales.

"Right now, store brands comprise just 5 percent of frozen sandwich sales," Rost observes. "But with growth outpacing that of the national branded varieties, there is certainly room to grow [even further]," he says.

**Pulse-based snacks**. Chickpea-based pulse snacks "did phenomenally well in 2016," increasing more than 150 percent in the 52 weeks ending Oct. 30, 2016, according to Packaged Facts' January 2017 report "Snack Food Nutrition Trends: Pulses, Vegetables and Grains in Salty Snacks & Crackers." Lentil and pea snacks also experienced double-digit growth.

**Refrigerated hand-held non-breakfast entrées**. Portability is a key factor in the healthful snack segments that are on the rise, states Chicago-based IRI's report "2017 New and Emerging Snacking Trends." Two popular high-protein snacks that can be fresh- or commissary-prepared by grocery retailers include refrigerated hand-held non-breakfast entrées, such as ready-to-eat wraps and heat-and-eat burritos, and refrigerated appetizers and snack rolls that resemble egg rolls but have various fillings and carriers.

**Meat snacks.** High in protein and easy to eat on the go, meat snacks remain a robust segment. There has been considerable innovation in this space by specialty brands, which spells opportunity for store brands. Among the branded items to watch are Wild Zora bars, meat and vegetable bars that come in a variety of flavors such as Mediterranean Lamb; Epic Bars, meat bars available in such flavors as Chicken Sriracha, Smoked Salmon Maple, Lamb Currant Mint and Venison Sea Salt Pepper; and Tanka Bars, which are bison-based and have intriguing flavor combinations such as Cranberries and Pepper Blend.

Millennials, moreover, have influenced older generations to demand health-related benefits in their snacks.

"Consumers today expect snacks to work for them; the snack is no longer just a reward," observes David Portalatin, NPD Group's vice president of industry analysis, in his introduction to the generational study.

Indeed, the better-for-you and clean label movements are having a sizeable impact on the traditional "treat yourself" segments, from chips to frozen novelties. Be that as it may, indulgent snacks as a whole are growing faster than health-oriented ones, reports Chicago-based IRI in its "2017 New and Emerging Snacking Trends" publication.

In fact, dollar sales of "core indulgent snacks" increased 3.4 percent over the past year compared to a 0.9 percent gain for "core healthy snacks," states Sally Lyons Wyatt, IRI's executive vice president and practice leader, who authored the snacking trends study.

Private brands, however, have only begun to scratch the surface of the growth potential in both the indulgent and healthful snacking realms. Accounting for just 6.4 percent of market share in the $17.6 billion salty snacks category per IRI data, private brands have had trouble competing with the aggressive multichannel distribution strategy of major national brands, explains marketing expert Jerry Cole of Chicago-based Starpoint Consulting Group.

Millennial tastes influence baby and toddler snacks

As millennials begin to settle down and have children, their penchant for snacking and for better-for-you and clean label foods is having a significant impact on packaged baby and toddler snacks. And this bodes well for innovative store brands.

Montréal, Québec-based Private Brands Consortium (PBC), for one, offers an organic finger-food snack line for young toddlers that includes whole grain puffs, mini rice cakes and fruit bites.

With unit sales of 30.5 million, according to 2017 data by Statista, private brands collectively rank No. 5 in total baby food and snacks sales, behind the Gerber, Gerber Second Foods, Beech-Nut Stage 2 and Gerber Second Foods Nature Select brands. Clearly, the time is ripe for store brands to consider this category.

It's time for retailers to become more aggressive themselves and place their store brand snack foods in off-site vending machines and other convenience settings, Cole contends.

In addition, inherently nutritious fresh fruits have become increasingly popular snacks, and in this arena grocery retailers already have a strong private brand identity. Nonetheless, retailers could do much more in the fresh-prepared space, leveraging their success with individually portioned packaged snacks such as crudités and dip, pre-cut fruit, and pita chips and hummus. There is also room for much more creativity in shelf-stable and frozen snacks.

Revealing numbers

In its May 2017 report "Snacking Motivations and Attitudes - US," Mintel Group notes that 94 percent of U.S. adults snack daily, while 66 percent snack at least twice a day and 15 percent snack four or more times a day.

Although contemporary U.S. consumers are increasingly health-conscious in their food choices, the top reason Americans snack is to treat themselves, states the Mintel report (see the list on p. 32).Also noteworthy, more than one-quarter (28 percent) of American consumers agree that taste is more important than healthfulness when choosing a snack.

That said, nearly one-third of consumers say that most of the snacks they eat are healthy, Mintel reports.

"While health is a factor for consideration in food and drink decisions, the majority of snackers do so for a treat, meaning that even health-focused snacks should appeal with messages about enjoyment and indulgence," says Beth Bloom, associate director of U.S. Food and Drink Reports at Mintel.

Further complicating the issue, consumer perceptions of what is healthful have been changing significantly. For example, multigrain snacks have been declining, dropping nearly 10 percent in dollar sales during the 52 weeks ending July 1, according to Nielsen data.

"Looking more broadly across the retail landscape, this aligns with the downward trend we've seen in products boasting 'multigrain' health and wellness claims on packaging," says Jordan Rost, vice president of consumer insights for Nielsen.

"Grains, in general, appear to be losing their clout, as amaranth, whole grain and brand claims have all shrunk in dollar sales - by 2.0 percent, 2.3 percent and 1.4 percent, respectively," he elaborates. "Conversely, gluten-free, grain-free and carb-conscious claims have grown substantially - by 6.0 percent, 40.8 percent and 3.6 percent, respectively."

On the other hand, alternative vegetable-based snacks, such as those made from pulses and sweet potatoes, have experienced strong growth - rising 5.2 percent from 2015 to 2016, according to a January 2017 report by Packaged Facts titled "Snack Food Nutrition Trends: Pulses, Vegetables and Grains in Salty Snacks & Crackers."

Salty snacks remain consumer favorites

In its September 2016 report "Better for You Snacks - US," Mintel Group states that half of U.S. consumers purchase snacks for their health and wellness properties. That may be a significant proportion, but better-for-you snacks are surpassed in popularity by seven varieties of salty snacks, according to a Mintel survey of roughly 2,000 adult Internet users, asked to identify the salty snacks they've purchased in the past six months:

- Cheese-flavored snacks (purchased by 73 percent of respondents).
- Corn snacks (73 percent).
- Microwaveable popcorn (71 percent).
- Regular pretzels (66 percent).
- Pretzel thins/**pretzel crisps** (55 percent).
- Ready-to-eat popcorn (54 percent).
- Meat snacks such as beef jerky (53 percent).

What's more, full-fat dairy products, including cheese and yogurt, are now in vogue as snacking options, thanks to recent epidemiological research showing that fat slows down the body's absorption of sugar, helping to reduce the risk of diabetes mellitus. Fat in food also contributes to a sense of fullness, which helps prevent weight gain.

Trending snack products

Anything can be considered a snack, say 38 percent of consumers, according to Mintel's "Snacking Motivations" study. The size of this mega-food category is staggering.

IRI's "2017 New and Emerging Snacking Trends" report offers many insights that should be helpful to retailers in developing private brand snack lines and products.

In the indulgent realm, IRI points to six snack segments where innovation is driving strong growth:

- Regular cookies.
- Whole-fat yogurt.
- Whole-fat freezer novelties.
- Regular salty snacks.
- Sweet popcorn.

• Refrigerated dips.

In the natural realm, the IRI report identifies three snack trends that will be growth contributors in 2017 and beyond:

**Portability**. Fresh juices, nut-based smoothies, and hand-held farmer's cheese are predicted to be star performers.

**Meat snacks**. Animal welfare and environmental factors will influence this category. Look for free-range chicken chips and no-waste "snout-to-tail" usage claims for pork rinds.

**Holistic health.** Farming practices will be emphasized more in snacks as will functional ingredients such as probiotics. "In fact, probiotic chips, pretzels and snacks are showing exceptional growth across all channels," writes IRI's Lyons.

Prospering in the snack foods sphere is all about "seizing the opportunity," insists the IRI report.

What can retailers with private brands do? Consider implementing the following suggestions:

"Leverage new flavors and forms to retain loyal consumers and capture new ones," IRI recommends. "Continue to communicate ingredients and sourcing in simple and effective ways. And ensure that innovative packaging and design are part of your portfolio."

Although it seems like anything goes in today's snack food market, a systematic approach to product development and marketing can pay off for private brands.

**Load-Date:** October 15, 2018

---

End of Document



# AMC to launch new Feature Fare at D-FW locations

Fort Worth Business Press (TX)

24 August 2017

Copyright 2017 Fort Worth Business Press
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 330 words

**Byline:** FWBP Staff

# Body

Dallas-Fort Worth AMC locations have something new to offer movie-goers, Feature Fare is now available.

Feature Fare has been debuting in all AMC locations across the country throughout the summer and has finally reached North Texas. This is the largest menu revamp in AMC Theatres history.

"AMC Theatres has enhanced nearly every aspect of the movie-going experience over the last few years and this new menu launch is a continuation of our long-standing history of innovation, with a tasty spin," said George Patterson, AMC's Senior Vice President of Food & Beverage, in a news release.

"AMC Feature Fare represents AMC's first true restaurant-style menu launch in a non-dine-in-theatre setting, with a menu selection sure to delight the taste buds," Patterson said. "By incorporating these new menu items together with new marketing, branding, and packaging, AMC Feature Fare will feed our guests' ever-increasing hunger for unique and satisfying menu choices to enjoy at AMC."

AMC Feature Fare items include:

Chicken & Waffle Sandwiches

Cheeseburger Sliders

Chicken Tenders

The Bavarian Legend, 1.5 lb., Pretzel

Stone-Fired Flatbread Pizzas – Four Cheese, Pepperoni, BBQ Chicken and Buffalo Chicken

Oven-Baked Soft Pretzel bites – Cinnamon Sugar, Honey Mustard, Parmesan Garlic, Plain, and Salted

All-Beef Hot Dogs – Loaded Chili Cheese, Mustard and Kraut, Royal Garden, and Spicy Sriracha

Triple Feature meals, featuring Cheeseburger Sliders, Chicken & Waffle Sandwiches, Chicken Tenders, or a Hot Dog (available Loaded) that each comes with curly fries and a warm chocolate chip cookie

Gourmet popcorn in Cheese, Salted Caramel, Cheddar Crunch and Original, with the ability to mix and match flavors

Gluten Free Pre-packaged Snacks—Chocolate Covered **Pretzel Crisps**, Harvest Crisp Snap Peas, Parmesan Whisps and four Sahale nut blends

and Hillshire Small Plates—Calabrese, Wine-Infused Salame, Italian Salame, Genoa Salame, each coming with toast points and premium sliced cheese

**Load-Date:** August 26, 2017

End of Document



# SMART EATS

Gambit, The

August 15, 2017 Tuesday

Copyright 2017 ProQuest Information and Learning
All Rights Reserved
Copyright 2017 Gambit Weekly Aug 15, 2017

**Section:** Pg. S5; Vol 38; No. 33

**Length:** 536 words

**Byline:** Katherine M Johnson

**Dateline:** New Orleans

## Body

---

**FULL TEXT**

Making healthy food choices for kids and families on the go

Shannon Robertson, registered dietitian at Curahealth Hospital New Orleans, says many families struggle to find time for even one home-cooked meal a week. No matter the provenance of your repast, a well-rounded meal should include protein, fruits and veggies. She suggests both ideal and realistic options for breakfast, lunch, dinner and snacks. And don't forget dessert.

Breakfast

Cereals can contain a lot of processed ingredients, so choose cereals with a lot of whole grains, especially ancient grains, or oatmeal.

The ideal: Set aside at least one morning a week as a brunch day, when everyone can sit down and eat a hot breakfast together.

The real: Portability reigns. Robertson recommends cereal bars or yogurt with a little added granola, but says to check the nutrition label for excessive sugars (the American Heart Association recommends no more 6 to 9 teaspoons of sugar per day). For an easy hot breakfast, scramble two eggs in a mug wijth a little milk and microwave for a inmute and a half. Serve with an Eriglish muffin.

Lunch

Robertson suggests making lunch fun. To drink, sne likes water or juice pouches with no added sugar - the more natural the better.

The ideal: Make lunch kebabs. Skewer cheese cubes, grapes, cut-up veggies and deli meat or cubes of chicken breast with pretzel sticks or bamboo skewers (cut in half to reduce the chance the kids will weaponize them).

The real: String cheese sticks and a simple sandwich will get the job done nicely. And don't forget a serving of fruit.

Dinner

Portion control is the name of the game, Robertson says. Make sure dinner includes a lean protein such as pork loin or seafood, a vegetable and a source of fiber. It's OK to indulge in a little bread or even a baked potato, but be wary of adding too many salty, fatty condiments. There are ways to sneak in veggies - dishes like cauliflower rice and zucchini "pasta" make great substitutes for starchy white rice. Stay away from meal-in-a-box dinners - they're full of unhealthy preservatives, she says.

The ideal: Dishes like stuffed bell peppers cover most food groups. Robertson suggests exchanging the rice in the stuffing with quinoa or another whole grain.

The real: Opt for low-fat and low-sodium takeout, such as a rotisserie chicken and a big green salad from the salad bar. Steam-in-the-bag veggies make a great side dish.

Snacks

"Look for things that are high in fiber and protein," Robertson says. "Any snacks that (kids) can help make is a big plus, such as frozen banana pops - they're really easy and good for summertime."

The ideal: Robertson loves hummus and guacamole cups accompanied by carrot sticks or other sliced raw veggies. Fruit kebabs also are filling, as are roasted chickpeas.

The real: Substitute **pretzel crisps** for the veggies with hummus or guacamole. String cheese is another go-to, or healthier snacks like Veggie Straws.

Dessert

Fresh fruit is preferable to refined sugar-loaded items. Strawberries topped with whipped cream top Robertson's list.

The ideal: Bake fruits, such as apples and pears, sprinkle with a little sugar substitute and serve warm.

The real: "Once in a while, you just need a cookie," she says.

**Load-Date:** September 5, 2017

---

End of Document



# DINING NOTES; Beer garden coming soon to Benson

Omaha World-Herald (Nebraska)

August 5, 2017 Saturday, SRSunrise Edition

Copyright 2017 Omaha World-Herald Co.
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LIVING; Pg. 2E

**Length:** 670 words

**Byline:** Sarah Baker Hansen, WORLD-HERALD STAFF WRITER

## Body

Bärchen, a new beer garden from one of the owners of Benson Brewery, is coming to Maple Street.

The restaurant, at 6209 N. Maple St., will serve lunch and dinner as well as German, Belgian and American craft beers.

Owner Ryan Miller said he thinks Benson is a great spot for a beer garden.

"We decided to create our version of a traditional beer garden with an American twist and focused menu," he said.

The menu will feature shared plates including flammkuchen, a smoky German flatbread; and custom-made sausages by local chef and charcuterie master Bryce Coulton in flavors like smoked pepperoni and hot Italian. The bar and restaurant will be family- and pet-friendly.

It should open by the end of August. For more information, visit barchenbeer.com.

Another upcoming addition to Benson: Yoshitomo Sushi

Yoshitomo Sushi is also coming in Benson.

Chef David Utterback plans to open his spot in September at 6009 Maple St. The menu isn't yet available online, but it will include nigiri, sashimi, maki, beer, wine and sake.

For more information, visit sushiyoshitomo.com.

Cafe, doughnut shop will share space in Blackstone District

A new breakfast cafe and doughnut spot are headed to the Blackstone District.

Early Bird and Bob's Doughnuts will open at 3824 Farnam St.; they are separate businesses, co-owner Codie Burrow said, but will operate in the same building. Both should open this fall, around mid-September.

Early Bird will serve an eclectic breakfast and lunch menu daily, along with cocktails. Bob's will serve artisan doughnuts, chicken sliders, tater tots and coffee.

Burrow plans to run both spaces with her husband, Jamie Burrow, and their business partner, Andrew Mier.

Localmotive food truck's menu will be revived at Over Easy

DINING NOTES; Beer garden coming soon to Benson

Over Easy plans to begin serving the menu of the now-shut Localmotive food truck at its west Omaha location, including the truck's rounders and sandwiches.

The restaurant will sell the dishes in its drive-thru for late-night service on Friday and Saturday nights starting Aug. 18 from 9 p.m. to 2 a.m. The late-night service will continue through the end of the summer.

Over Easy owner Nick Bartholomew, who also runs the downtown Dandelion pop-up series, said the Localmotive menu might make an appearance there, too, and it might eventually include late-night service downtown. A full menu will be available soon.

The Localmotive food truck and bricks-and-mortar spot in Benson closed in October.

Over Easy is at 16859 Q St. For more information, visit overeasyomaha.com.

Spin Neapolitan Pizza opens new spot in west Omaha

Spin Neapolitan Pizza has opened its second location in Omaha.

The restaurant, which has one location in Papillion, has opened at 17520 Wright St. in Omaha.

This location plans to sell pasta dishes and cocktails as well as its namesake pizza.

The restaurant serves thin-crust pizza, salads, soups, paninis, sandwiches and gelato. The new location also will have a list of craft cocktails along with wine and beer. Six pan-tossed pasta dishes will also be on the menu.

The restaurant is open from 11 a.m. to 10 p.m. Sunday through Thursday and from 11 a.m. to 11 p.m. Friday and Saturday.

For more information, visit spinpizza.com. The other metro area location is at 248 Olson Dr. in Papillion.

AMC debuts menu with pizza, chicken tenders, sliders

AMC Theatres has introduced a new menu, including pizza, soft pretzels and chicken and waffle sandwiches.

AMC Feature Fare will be available at the AMC locations at Oakview and Council Bluffs; the Westroads location will have select items off the new menu.

Among the new dishes are cheeseburger sliders; chicken tenders; a pound-and-a-half pretzel; popcorn in new flavors including salted caramel and cheddar crunch; and a number of gluten-free snacks, including chocolate-covered **pretzel crisps** and nut blends. The theaters will also serve packaged cheese and meat small plates that come with toast points.

For more information, or to find the nearest theater, visit amctheatres.com.

- Sarah Baker Hansen

**Load-Date:** August 8, 2017

End of Document



## Schmear campaign Millennials give cream cheese a Wonka whirl

The New York Post

August 4, 2017 Friday

Copyright 2017 N.Y.P. Holdings, Inc. All Rights Reserved

**Section:** All Editions; Pg. 38

**Length:** 347 words

**Byline:** and REBECCA SANTIAGO

## Body

SAY cheese!

Cream cheese, to be precise.

It's the star ingredient at new East Village eatery Becky's Bites, on offer in all the usual forms - in tubs, on bagels - and in some that aren't so usual.

Take, for instance, the Beckaroos ($4), a childhood-channeling pairing of Teddy Grahams cookies and Funfetti-like cream-cheese dip. Then there are the store's eponymous bites (three for $3.50): dollops of cream cheese chilled to a fudgy consistency, then handdipped in chocolate.

Those bites are what started it all for shop owner Becky Rosenthal.

Previously a personal chef and caterer, she began peddling the trufflelike treats at private parties and events back in 2014.

They were so well-received that the now-27-year-old decided to open a store.

With help from her husband and business partner, Richard Rosenthal, 31, she's on a mission to help others see schmear in a whole new way.

"Lots of people won't even give [our food] a shot because they think of too much cream cheese on a bagel," Becky says. "But we've had a lot of cream-cheese converts. You wouldn't even know this was cream cheese if you just tried it." The Rosenthals' cream cheese ($4.75 for 8 ounces), which comes from a Hudson Valley dairy farm, is more sweet than sour, with a frosting-like consistency.

It becomes truly unrecognizable once mix-ins come into play. The wackiest flavors include cappuccino, cookies and cream and, memorably, a bacon, egg and cream-cheese blend, which gets its millennial-pink hue from ketchup.

So far, Becky says, customers seem most excited about the store's Childhood Throwbacks, which include the Beckaroos, the Salty Side - **pretzel crisps** with Cinnabon-evocative saltedcaramel dip - and the S'mores and Chill - graham crackers with toasted marshmallow-chocolate-chip dip ("our ode to 'Netflix and chill,' " says Becky).

When asked about what she perceives as her dairy destiny, Becky says, "We'd love to make New York's cream cheese as famous as its bagels." We'll let her break it to Philadelphia.

122 E. Seventh St.; 212-420-9200, BeckysBitesNYC.com

# Graphic

Bite-size, cream cheese-filled cookie 'wiches at Becky's Bites will set you back $3.50 for three. [Becky's Bites]

**Load-Date:** August 4, 2017

End of Document



# That Cream Cheese-Centric Cafe Opens Friday In The East Village

Gothamist

July 24, 2017 Monday 8:32 PM EST

Copyright 2017 Newstex LLC All Rights Reserved

**Length:** 359 words

**Byline:** Nell Casey

## Body

Jul 24, 2017( Gothamist: http://www.gothamist.com/ Delivered by Newstex) http://gothamist.com/2017/07/24/beckys_bites_east_village.php?gallery0Pic=1#gallery Becky's Bites[1], the new East Village cafe devoted to all things cream cheese[2], debuts this Friday on East 7th Street.

Proprietor Becky Rosenthal wants to "reclaim cream cheese as a New York staple food item" alongside things like pizza, hot dogs and, yes, bagels, which she'll be using as a canvas upon which to spread her cream cheese creations.For the average individual, the most approachable application will be a bagel ($.95) and a schmear ($1.25 for 2 ounces), which come in plain, loaded lox, funfetti birthday cake and "bacon, egg and 'cream' cheese" flavors. From there, it's more dessert-like applications, including the "bites"—balls of cream cheese rolled in chocolate—that Rosenthal created when she was running a catering company, along with tarts and mini cream cheese-filled cookie 'wiches. "Childhood Throwbacks" include bowls of vanilla funfetti dip with Teddy Graham cookies ('memba Dunkaroos?), S'mores and Chill with graham crackers with a toasted marshmallow and chocolate chip dip, and Salty Side, salted caramel dip with **pretzel crisps.**"Basically what we're doing is reinventing the use and perception of cream cheese in showing how it can be fun and exciting in new and inventive ways," Rosenthal told Gothamist in June. "We like to describe it akin to an ice cream or frozen yogurt shop, except we're using cream cheese as our palate."122 East 7th Street; beckysbitesnyc.com Becky's Bites Menu[3] by Nell Casey[4] on Scribd https://www.scribd.com/embeds/354595546/content?start_page=1...w;_mode=scroll...ess;_key=key-ZruvspDOt33l26cVJfSt...w;_recommendations=true[5] [ 1]: https://www.beckysbitesnyc.com/ [ 2]: http://gothamist.com/2017/06/20/beckys_bites_cream_cheese.php#photo-1 [ 3]: https://www.scribd.com/document/354595546/Becky-s-Bites-Menu#from_embed [ 4]: https://www.scribd.com/user/111226255/Nell-Casey#from_embed [ 5]: https://www.scribd.com/embeds/354595546/content?start_page=1...w_mode=scroll...ess_key=key-ZruvspDOt33l26cVJfSt...w_recommendations=true

**Load-Date:** July 24, 2017

End of Document



# State of the Industry 2017: Pretzels get a flavor makeover

Snack Food & Wholesale Bakery

July 18, 2017

Copyright 2017 BNP Media. All Rights Reserved

**Section:** FEATURE ARTICLES

**Length:** 1207 words

## Body

Once a simple snack aisle staple, the humble pretzel is experiencing a resurgence, as restaurant menus tap into the classic flavors of this ubiquitous snack. According to Mintel, Chicago, there has been significant growth in the number of pretzel buns on menus recently, to the tune of 97 percent more items on menus than in previous years. The cumulative effect of this exposure might bode well for pretzel products across the snack spectrum.

State of the Industry: Snacks Report Overview |      Chips |      Puffed/Extruded Snacks |      Popcorn | Snack Mixes & Nuts |      Tortilla Chips |      Pretzels |      Frozen Snacks |      Crackers

**Market data**

"Demand for pretzels seems to be growing after several years of flat-and even negative- growth," says Karl Brown, president, Pretzel Pete, Inc., Hatboro, PA. According to Brown, the pendulum is swinging back for two primary reasons: a slowing in the gluten-free market, which has hurt pretzel sales in the past, and the industry has done a better job of reinforcing pretzels as the original better-for-you snack over options like potato chips. This will continue to bring many shoppers back to the category.

According to the April 2017 "Salty Snacks in the U.S." report from Mintel, 60 percent of consumers reported purchasing pretzels in the past three months, beating out products like ready-to-eat and microwaveable popcorn, meat snacks and pork rinds.

Data from IRI, Chicago shows sales of pretzels held steady in the 52 weeks ending April 16, 2017, up 0.23 percent in dollar sales reaching $1.2 billion. Snyder's-Lance continues to hold the largest share of the pretzels market, with company pretzel sales up 2.60 percent to $454.2 million. Utz Quality Foods also showed positive growth over the past year, up 8.38 percent to $90.2 million, per IRI.

Other top performers for the year include Unique Splits Pretzels, clocking in with 16.58 percent growth to $7.9 million, per IRI. Dollar sales of Dot's Homestyle Pretzels grew by 145.84 percent to reach $6.2 million. Both of these brands show the potential for artisan-style pretzels in today's market.

The chocolate covered salted snack area of miscellaneous snacks is home to chocolate-covered pretzels, and the segment grew by 5.92 percent to $194.3 million. Top brands in this segment include: Flipz from DeMet's Candy Co., up 24.43 percent to $59.4 million; Snack Factory chocolate-covered **pretzel crisps**, a Snyder's-Lance brand, up 12.40 percent to $12.9 million; and Snappers, from Edward Marc Brands, up 15.20 percent to $11.3 million.

Frozen soft pretzels also saw a gain for the 52 weeks ending April 16, 2017, per IRI, up 3.34 percent to $77.1 million. The segment is led by J&J Snack Foods Corp., which saw its frozen pretzels, led by the Super Pretzel line, grow by 1.99 percent to $55.3 million. Notably, private label saw a significant gain of 35.39 percent in frozen pretzels, rising to $7.9 million in sales.

**Looking back**

When it comes to top trends, those in the pretzel category closely align with those dominating the rest of the food industry, namely, creative flavors and clean labels.

For Pretzel Pete, a clean label means non-GMO ingredients. But portion control is another trend that's on the rise. Brown says that portion control packs are the fastest-growing segment in the brand's portfolio, likely thanks to a focus on "smart snacking." Plus, he says, "given the low calorie and fat count, pretzels still fit in as a great-tasting product that can also be filling," which also appeals to consumers looking for healthier alternatives.

Suppliers are responding to this trend toward healthier options with ingredients like malt extract. According to Jim Kappas, vice president of sales and marketing, Malt Products Corp., Saddle Brook, NJ, malt extract offers a nice boost of antioxidants to snacks. Additionally, the company's barley malt extract, tapioca syrups and other natural sweeteners are available in organic and non-GMO varieties.

Snyder's-Lance recently reformulated its core line of pretzels to include non-GMO ingredients, while Snack Factory launched an organic variety in February 2017.

"Pretzels have always been a snack that consumers view as more wholesome, because of simple ingredients, as well as being baked and minimally processed," explains Faith Atwood, senior director of marketing, Snyder's of Hanover, a subsidiary of Snyder's-Lance, Hanover, PA. So, instead of a candy bar, consumers may reach for a product like Snack Factory Dark Chocolate Crunch; instead of a processed energy shot, they may choose a handful of pretzels with peanut butter. And because of this, the category is getting a flavor makeover.

Kappas has noticed an increase in savory flavor launches, including spicy and salty-sweet profiles. Last year, Snack Factory launched a Bacon Habanero flavor, while Pretzel Pete launched Mini Twists in Smoky Barbeque, Salted Caramel and Cheese Pizza flavors. Snyder's of Hanover introduced S'mores Sweet & Salty Pretzel Pieces to tap into the indulgence-seeking consumer.

In addition to positioning pretzels as guiltless pleasures, another reason for this broadening of flavors in the market, says Brown, is that a wider variety of consumers are shopping the pretzel aisle: "For many years, pretzel consumption was concentrated almost solely in the mid-Atlantic region but, in recent years, the category has gained an increasingly national footprint. As part of that, there is a need for more innovation and variety in terms of flavors."

**Looking forward**

Without a doubt, an influential trend going forward will be alternative flours and bases for pretzels. "The gluten-free trend, while slowing, has opened many eyes to the virtues of offering the consumer more of a choice in their pretzel-not just in flavor, but also in the base grains that are used," says Brown. "I suspect we will see more experimentation and launches in this direction in the coming years." The Snyder's of Hanover Braided Twists line has been expanded to include an ancient grain variety, made with chia and quinoa.

Sorghum is another ingredient to watch. According to Mintel, sorghum is one of the top five most commonly used cereal grains worldwide, and has been gaining in popularity in the salty snacks category-and especially in pretzels. Mainly, this is thanks to the gluten-free phenomenon; however, there is incredible room for growth stateside, as just 10 percent of global sorghum-based foods and drinks came out of the U.S. in the last three years. Mintel believes that sorghum is poised to show a similar growth trajectory as ancient grain superstar quinoa, thanks to its artisan appeal, gluten-free status, clean profile and versatility.

Some snack producers are already working with sorghum. In April 2017, Quinn Snacks, Boulder, CO, launched Classic Sea Salt and Touch of Honey pretzel sticks made from sorghum.

But that's likely just the beginning of this ingredient's rise, as Mintel believes consumers will respond very well to its high whole-grain content and better-for-you nutrient profile, qualities that very well could help drive sales growth in the pretzel market.

State of the Industry: Snacks Report Overview |      Chips |      Puffed/Extruded Snacks |      Popcorn |      Snack Mixes & Nuts |      Tortilla Chips |      Pretzels |      Frozen Snacks |      Crackers

**Load-Date:** July 20, 2017

---

End of Document



# AMC's Columbus theaters to get major food upgrade as ticket prices rise

Columbus Ledger-Enquirer (Georgia)

July 6, 2017 Thursday

Copyright 2017 Columbus Ledger-Enquirer All Rights Reserved

COLUMBUS
## Ledger-Enquirer
Found on Ledger-Enquirer ® com

**Section:** business

**Length:** 824 words

**Byline:** Tony Adams

Columbus Ledger-Enquirer

# Body

It has been just over six months since AMC Entertainment Holdings gobbled up Carmike Cinemas in a $1.2 billion blockbuster deal similar to buying a large soft drink and a bucket of popcorn loaded with butter.

Changes since then have come slowly, with Leawood, Kan.-based AMC just recently having started rebranding the exteriors of Columbus-area theaters with its own signs. The company acknowledged Wednesday that it has increased prices following an evaluation. It also plans to roll out improvements to its concession stand offerings as fall approaches.

First the food: AMC has already started rolling out what it calls its "Feature Fare," an upgraded and expanded menu, to theaters across the U.S., with an emphasis on drawing more moviegoers to its food and beverage stands, which in turn will improve cash flow at theater complexes.

"That should be arriving at AMC branded locations in Columbus in late August or early September. We will have more information to share with the market at that time," Ryan Noonan, AMC's director of corporate communications, said via email.

(AMC retiring Carmike: What you should know as customer, rewards member)

(Summer deal: KidsPack movie ticket, popcorn, fruit snack, drink for $4)

What can customers expect from what the company is calling its largest menu revamp in history? How about chicken and waffle sandwiches, stone-fired flatbread pizza, premium all-beef hot dogs and a 1.5-pound "monster of a pretzel" call the Bavarian Legend Pretzel. Those are to go along with cheeseburger sliders, chicken tenders and gourmet popcorn in flavors that include cheese, salted caramel, chedder crunch and original.

"AMC Feature Fare represents AMC's first true restaurant-style menu launch in a non-dine-in-theater setting, with a menu selection sure to delight the taste buds," George Patterson, AMC's senior vice president of food and beverage, said in a statement several weeks ago as rolling of the food improvements began.

AMC's Columbus theaters to get major food upgrade as ticket prices rise

As it is improving the concessions, Noonan confirmed that AMC Theaters in Columbus began seeing price increases in late May, including the AMC Columbus Park 15 on Whittlesey Boulevard and the AMC Ritz 13 on Whittlesey Road in the Bradley Park area, which also is home to the Hollywood Connection entertainment complex.

Both locations have raised ticket prices by $1 on Fridays and Saturdays after 4 p.m., he said. AMC Columbus Park 15 also increased tickets from $11.50 for an adult 2D evening movie to $11.79. Prices for the same basic evening tickets were raised from $11 to $11.19 at the AMC Ritz 13.

None of those prices include customized premium add-on fees for 3D feature films and those shown in the larger auditoriums using IMAX technology, as well as the time of day the movie is shown and in which size auditorium.

For example, those wishing to take in this week's blockbuster flick "Spider-Man: Homecoming" in IMAX and 3D at 7 p.m. or 10 p.m. Saturday at AMC Columbus Park 15 will shell out $21.37 per adult, $17.59 per child and $16.51 for seniors, according to a check of Fandango. Those viewing the same movie in 3D at 6 p.m. Saturday or in the BigD auditorium at 8 p.m. Saturday will pay $15.97 per adult, $12.95 per child and $11.11 per senior. A basic 2D showing of "Spider-Man: Homecoming" at 8:30 p.m. Saturday in a smaller auditorium without IMAX or BigD will set moviegoers back $12.73 per adult, $9.71 per child and $7.87 per senior.

In early March, AMC said there would be "no significant changes" in ticket prices as it rebranded the Carmike Cinemas theaters nationwide to its own logo and system. However, the company did note that it occasionally evaluates prices based on "market conditions, increasing operating costs or when premium formats are introduced."

Here are the AMC Feature Fare menu items Columbus-area movie fans can expect for purchase at concessions stands later this summer:

Chicken and waffle sandwiches, cheeseburger sliders and chicken tenders

The Bavarian Legend Pretzel, which weighs 1.5 pounds

Stone-fire flatbread pizzas, including four cheese, pepperoni, barbecue chick and buffalo chicken

Oven-baked soft pretzel bites, with flavors that include cinnamon sugar, honey mustard, parmesan garlic, plain and salted

Premium all-beef hot dogs, dressed with loaded chili cheese, mustard and kraut, royal garden or spicy sriracha

Triple feature meals include cheeseburger sliders, chicken and waffle sandwiches, chicken tenders or a hot dog, each coming with curly fries and a warm chocolate chip cookie

Gourmet popcorn in the flavors of cheese, salted caramel, cheddar crunch or original, with mixing and matching of flavors possible

Gluten-free prepackaged snacks to include chocolate-covered **pretzel crisps**, harvest crisp snap peas, parmesan whisps and four Sahale nut blends

Hillshire small plates to include calabrese, wine-infused salame, Italian salame and genoa salame, each with toast points and premium sliced cheese

**Load-Date:** July 6, 2017

End of Document



# Campfire Chili MEAL OF THE WEEK

Bay City Times (Michigan)

June 20, 2017 Tuesday

Copyright 2017 Bay City Times All Rights Reserved

**Section:** BUSINESS; Pg. C2

**Length:** 345 words

## Body

Make while camping or just at home. Serves four-plus —with plenty left over — for less than $15. Or take advantage of coupons and store incentives, and make it for $11.36.

Ingredients from Meijer:

Ground Angus chuck (need 1.5 pounds): $2.99 per pound Butterball turkey bacon: $1. ($1 on 1 coupon SavingsAngel.com/butterball617 OR 55 cents on 1 coupon Butterball.com/coupons; PLUS: Buy 10 participating products, mix

and match, get 11th product free —instantly at register.) Bush's beans (need 1 white and 1 red kidney): $1 each. ($1 on 2 coupon May 14 SmartSource insert; PLUS Buy 10 participating products, mix and match,

get 11th product free — instantly at register.) Hunt's crushed tomatoes (need 2) and Bell pepper (need 1): $1 each. (Buy 10 participating products, mix and

match, get 11th product free — instantly at register.) Vidalia onion (need 1 large): 77 cents per pound. (Optional): Shredded cheddar cheese: $1.88

and Daisy sour cream: $1.79.

Pantry ingredients: chili powder, cumin, jalapeno, pepper, oregano, salt

To complete meal from Meijer:

Snack Factory **Pretzel Crisps**: $2.50. ($1 on 1

coupon June 18 SmartSource insert) Hunt's pudding and Old Orchard juice: $1 each. (For juice: 50 cents on 1 coupon OldOrchard.com/promotions; PLUS for both: Buy 10 participating products, mix and

match, get 11th product free — instantly at register.) Strawberries: $1.67

Steps

Chop bacon, onion, jalapeno and bell pepper. Rinse beans. In a cast iron Dutch oven, brown ground chuck in batches, moving to a large bowl as cooked. Cook bacon, onion, jalapeno, bell pepper, 3 tablespoons chili powder, 1 tablespoon cumin, and 2 teaspoons oregano for 5 minutes. Add cooked chuck, beans, undrained tomatoes, 1/2 teaspoon salt and just enough water to give it a "soup" appearance. Cover pot with lid and hot coals. Gently simmer for about 21/4 hours, checking every 45 minutes.

Serve hot with **pretzel crisps**, adding salt and pepper to taste and topping with cheese and sour. Enjoy

with cold juice and pudding with strawberries. Editor's note: Final cost based on percentage of product used.

**Load-Date:** June 21, 2017

---

End of Document



# Revamped food menus coming soon to theaters near you

Orlando Sentinel (Florida)

April 21, 2017 Friday, ROP Edition

Copyright 2017 Sentinel Communications Co. All Rights Reserved

**Section:** A SECTION; A; Pg. 1

**Length:** 761 words

**Byline:** Kyle Arnold
**Highlight:** PHOTO: Bimal Dattani, left and his wife Karishma Dattani, own Touchstar Cinemas. They installed recliners last month at the Southchase 7 theater.Red Huber/Staff Photographer

## Body

Fresh pizzas, chicken-and-waffle sandwiches, and beef sliders are taking a spot next to popcorn and licorice at Central Florida's movie theaters.

From small theaters to mega chains, many more cinemas are improving their food game and putting in reclining seats with food and drink tables. AMC Theaters announced last week it was introducing a revamped food menu with charcuterie plates, stone-fire flatbread pizzas and gluten-free snacks, such as chocolate-covered **pretzel crisps**.

Now a national trend, the upgrades started with boutique and specialty theaters, such as the Enzian Theater in Maitland and the AMC Disney Springs. Now, entire chains of neighborhood cineplexes are replacingseats to accommodate choosier customers. Theater operators say food brings in higher profits than tickets alone, while there is increased competition from home entertainment.

"Theaters are competing with mobile devices and streaming movies at home, so it makes sense that they would have to do something to bring in viewers," said Anne Russell, director of Full Sail University's film production MFA program.

The bigger seats and tray tables are a risk for theaters. One Central Florida theater dropped 40 percent of its seats, even though it kept a few non-reclining chairs.

Orlando moviegoer Onix Forestier said the upgraded offerings at Southchase 7 theater near Hunters Creek make the theater experience more appealing.

"Now, this is one of my top three theaters to go to," said Forestier, who works in the hospitality industry and was seeing "The Fate of the Furious" on Thursday.

Operators say the new offerings are needed to attract customers.

"There really isn't a downside to the customer, only an added benefit," said Elizabeth Mukherjee, executive vice president of Maitland's Enzian, a boutique theater that has had expanded food service for more than a decade. "Plus it takes the rush out of trying to finish your meal in time to make the movie."

Mukherjee doesn't worry about competition from national chains, since her theaters show mostly independent and classic films.

Revamped food menus coming soon to theaters near you

Meanwhile, all four of AMC's Central Florida cineplexes will get the new food treatment this summer, a spokesman for the company said.

Movie theaters have been moving toward the cushy, recliner-style seats for the last few years. Cobb Plaza Cinema Cafe in downtown Orlando and Cinemark Theaters at Artegon Marketplace have installed premium seating.

Regal Pointe Orlando Stadium 20 even added "4-D" seating recently that bounces, shakes and blows mist at movie patrons in conjunction with action on the screen. Regal has upgraded seats at its four other local theaters and added beer and wine at the the Winter Park Village theater in 2016.

Stadium and recliner seating has been among the most popular upgrades though. As it becomes more common, so does the ability to add tray tables for food.

Dallas-based Cinéopolis announced last year that it was putting a "luxury theater" at the Hamlin Town Center development south of Winter Garden.

The menu for the Cinéopolis theater in Polk County includes traditional nachos and hot dogs, but also serves up mango pork sliders, spinach artichoke dip and cosmopolitan cocktails.

Customers will be able to order food from their seats, and waiters will bring dishes to the fully reclining chairs.

Cinéopolis has not announced an opening date for that theater.

Last month, Orlando-based Touchstar Cinemas finished putting recliner seating with tray tables in Southchase 7. That enabled the theater to buy new cooking equipment for pizzas and mac and cheese bites. Southchase also recently received its liquor license and is buying a machine to serve cocktails to guests, said owner Bimal Dattani.

"Don't get me wrong, most of our profit still comes from popcorn; that barely costs anything to make," said Dattani, who also operates theaters in Huntsville, Ala., and Spring Hill. "On weekends, we have two or three people in here dedicated to cooking."

To make room for the bigger chairs, Dattani downgraded capacity at Southchase by about 40 percent and slanted the floor for stadium-style views. Prices did go up by about a dollar a ticket, he said, but the theater is selling more tickets than before.

As for food, the theater is starting with basics, such as pizzas, mozzarella sticks and chicken tenders.

"I think finger food is probably easier at this point than pasta or something like that," Dattani said. "We might expand it in the future, but now we want to keep it simple."

karnold@orlando

sentinel.com, 407-420-5664, Twitter: @kylelarnold or facebook.com/

bykylearnold

**Load-Date:** April 22, 2017

---

End of Document



# PICTURE THIS; Danielle Picot

Cohasset Mariner (Massachusetts)

April 14, 2017

Copyright 2017 Cohasset Mariner
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** MA NEWS; Pg. A2

**Length:** 146 words

# Body

Name: Danielle Picot.

Occupation: High school senior, Hingham Rec employee, soon to be summer camp counselor.

Best day of your life: My birthday last year, where I got to spend it in Tennessee with my ASP family and group.

Best vacation: Laguna Beach, California last summer with my friend Cora.

Favorite season: Summer!

Favorite holiday: Halloween.

Favorite snack: **Pretzel crisps**.

Best book: "The Great Gatsby."

Best movie: "Forest Gump."

Best TV show: "Friends" and "The Office."

Favorite song: "Blackbird," by the Beatles.

Pet peeve: People who are inconsiderate and people who chew loudly.

Fun fact: I'm allergic to plums.

Goal: To be successful while also doing what I love.

Person you'd most like to meet: I've always wanted go back in time and go to a Michael Jackson concert (if that counts).

Biggest worry: The environment in the future.

Best part of Cohasset: The harbor.

**Load-Date:** April 15, 2017

End of Document



# AMC adds stone-fired pizza, Bavarian pretzels to concessions menu

Kansas City Business Journal (Missouri)

April 10, 2017 Monday

Copyright 2017 American City Business Journal, Inc. All Rights Reserved

KANSAS CITY
## BUSINESS JOURNAL

**Length:** 257 words

**Byline:** Brian Kaberline

# Body

AMC Theatres announced a new initiative for movie patrons who think popcorn is passé.

AMC Feature Fare, announced Monday, is billed as "the largest menu revamp in Company history." New items include:

· Chicken & waffle sandwiches

· The Bavarian Legend, a 1.5-pound pretzel

· Four varieties of stone-fired flatbread pizzas

· A lineup of gluten-free snacks, including chocolate-covered **pretzel crisps**, Harves Crisp Snap Peas, Parmesan Whisps and four Sahale nut blends

· Hillshire Small Plates, featuring five types of salami, each with toast points and premium cheese

· Gourmet popcorn, in original, cheese, salted caramel and cheddar crunch varieties

The chain, owned by Leawood-based AMC Entertainment Holdings Inc., said it will roll out the new items to all AMC branded locations over the course of the summer and select items will be introduced at its newly branded AMC Classic locations.

The move is part of a larger AMC move to keep patrons coming to theaters despite a growing number of home options. CEO Adam Aron has put a premium on amenities such as recliners, IMAX screens, Dolby Cinema technology and upgraded concessions, including MacGuffins bars at select theaters. The company recently said food and beverage innovation has increased its share of overall revenue to 31.5 percent and that gross profit margins for that segment are up 86 percent in the past five years.

Did you find this article useful? Why not subscribe to Kansas City Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** April 10, 2017

AMC adds stone-fired pizza, Bavarian pretzels to concessions menu

End of Document



# AMC Theatres® Launching New Menu Innovation, AMC Feature Fare, at AMC and AMC Classic Locations Nationwide; AMC Feature Fare, the Company's largest menu revamp in history, will begin rolling out at AMC branded locations this summer, with select items coming to AMC Classic branded locations

Business Wire

April 10, 2017 Monday 10:45 AM GMT

Copyright 2017 Business Wire, Inc.

**Distribution:** Business Editors; Entertainment Editors; Film Writers; Food Writers; Food/Beverage Writers

**Length:** 713 words

**Dateline:** LEAWOOD, Kan.

## Body

AMC Theatres® (NYSE:AMC) ("AMC") today proudly announced the largest menu revamp in Company history, with the upcoming launch of AMC Feature Fare, AMC's new approach to enhancing menu items, and providing unique and unexpected offerings to guests throughout both AMC and AMC Classic theatres. AMC Feature Fare will roll out to all AMC branded locations nationwide in phases this summer, with select items coming to all AMC Classic branded locations.

"AMC Theatres has enhanced nearly every aspect of the movie-going experience over the last few years and this new menu launch is a continuation of our long-standing history of innovation, with a tasty spin," said George Patterson, AMC's Senior Vice President of Food & Beverage. "AMC Feature Fare represents AMC's first true restaurant-style menu launch in a non-dine-in-theatre setting, with a menu selection sure to delight the taste buds. By incorporating these new menu items together with new marketing, branding, and packaging, AMC Feature Fare will feed our guests' ever increasing hunger for unique and satisfying menu choices to enjoy at AMC."

AMC Feature Fare items coming soon to AMC branded theatres include:

- Chicken & Waffle Sandwiches; Cheeseburger Sliders and Chicken Tenders

- The Bavarian Legend Pretzel - a 1.5-pound monster of a pretzel

- Stone-Fired Flatbread Pizzas - Four Cheese, Pepperoni, BBQ Chicken and Buffalo Chicken

- Oven-Baked Soft Pretzel bites - Cinnamon Sugar, Honey Mustard, Parmesan Garlic, Plain, and Salted

- Premium All-Beef Hot Dogs - Loaded Chili Cheese, Mustard and Kraut, Royal Garden, and Spicy Sriracha

- Triple Feature meals, featuring Cheeseburger Sliders, Chicken & Waffle Sandwiches, Chicken Tenders, or a Hot Dog (available Loaded) that each comes with curly fries and a warm chocolate chip cookie

- Gourmet popcorn in Cheese, Salted Caramel, Cheddar Crunch and Original, with the ability to mix and match flavors

- Gluten Free Pre-packaged Snacks-Chocolate Covered **Pretzel Crisps**, Harvest Crisp Snap Peas, Parmesan Whisps and four Sahale nut blends

- Hillshire Small Plates-Calabrese, Wine-Infused Salame, Italian Salame, Genoa Salame...each comes with toast points and premium sliced cheese

The 400 AMC locations will launch the complete AMC Feature Fare menu on a weekly basis, beginning this summer in select locations, and will be available circuit-wide by early fall. The menu items will also be available at AMC Dine-In locations that offer a concession stand.

The 200 AMC Classic locations are currently adding Salted Pretzel Bites and Premium All-Beef Hot Dogs to their menus and will soon add Four Cheese and Pepperoni Stone-Fired Flatbread Pizza options.

Both the AMC and AMC Classic menu innovations will be backed by new marketing innovations including all new packaging, redesigned Digital Menu Boards with spotlight animation and videos highlighting ingredients. Also coming soon in conjunction with the Feature Fare menu launch are exclusive offerings available through the AMC Stubs® loyalty program and the AMC Theatres social media channels, including Facebook ,         Twitter , Instagram and others.

About AMC Entertainment, Inc.AMC is the largest movie exhibition company in the U.S., in Europe and throughout the world with approximately 1,000 theatres and 11,000 screens across the globe. AMC has propelled innovation in the exhibition industry by: deploying more plush power-recliner seats; delivering enhanced food and beverage choices; generating greater guest engagement through its loyalty program, web site and smart phone apps; offering premium large format experiences and playing a wide variety of content including the latest Hollywood releases and independent programming. AMC operates among the most productive theatres in the United States' top markets, having the #1 or #2 market share positions in 22 of the 25 largest metropolitan areas of the United States, including the top three markets (NY, LA, Chicago). Through its Odeon subsidiary AMC operates in 14 European countries and is the # 1 theatre chain in Estonia, Finland, Italy, Latvia, Lithuania, Spain, Sweden and UK & Ireland. amctheatres.com

View source version on businesswire.com: http://www.businesswire.com/news/home/20170410005490/en/

CONTACT: AMC Entertainment, Inc.
Ryan Noonan, (913) 213-2183
rnoonan@amctheatres.com

http://www.businesswire.com

**Load-Date:** April 11, 2017

---

End of Document



# Publix prepares to take a bite out of the Richmond area's grocery landscape

Richmond Times Dispatch (Virginia)

March 5, 2017 Sunday, 2 Edition

Copyright 2017 Richmond Newspapers, Inc. All Rights Reserved

**Section:** MAIN; Pg. 1A

**Length:** 2174 words

**Byline:** TAMMIE SMITH Richmond TimesDispatch

## Body

APEX, N.C. ' Grocery list in hand, Anne Yeager chuckled and hesitated at first when asked how long she has been shopping at Publix Super Markets.

"I hate to tell you, because that might tell my age," she said as she walked down an aisle of a new Publix grocery store in a retail development called Publix Pointe in Apex, N.C., a suburb southwest of Raleigh.

"Fifty years, easily," Yeager said, as her husband, Gresham Yeager, pushed the grocery cart a few steps behind her.

The Yeagers are formerly of Florida, where Publix dominates the grocery landscape, but they have called North Carolina home for the past 15 years. The Apex store, which opened Feb. 8, is the fourth Publix to open in suburban Raleigh in the past three years.

The profitable Publix chain, based in Lakeland, Fla., is expanding northward and westward, bringing its Key lime pie, crunchy fried chicken, submarine sandwiches and reputation for top-notch customer service ' including courtesy clerks who take customers' groceries to their vehicles ' to new markets, including the Richmond region.

The new store in Apex, plus two in nearby Cary, offer a glimpse of what Richmonders can expect when Publix comes to a grocery market some analysts say is "over-stored" with too many supermarket options.

Publix is on track to open at least 12 stores in the Richmond area during the next few years. And the chain has said it plans to add locations aggressively here and elsewhere in Virginia.

Ten of the 12 local stores will be in former Martin's Food Markets sites that Publix is buying and renovating.

The others are being built from the ground up.

One is under construction in the new Nuckols Place retail center at Nuckols and Twin Hickory roads in western Henrico County. The other is slated to be part of a proposed shopping center at Mechanicsville Turnpike and Brandy Creek Drive in Hanover County.

Publix has not provided specific opening dates for the Richmond-area stores, but the company's website indicates a summer 2017 opening for stores at Nuckols Place, The Shoppes at CrossRidge, John Rolfe Commons and White Oak Village.

***

Publix prepares to take a bite out of the Richmond area's grocery landscape

Anne Yeager said she has other supermarket options, including a Whole Foods Market and a Harris Teeter, but she prefers Publix because the produce is always fresh and the customer service exemplary, even if the prices are a little higher than the competition.

"I like the variety, the seafood department, the meat department, you name it," she said. "And everybody is so helpful, not that they aren't in the other stores, too, but they are extremely helpful here."

Publix stores typically range from 28,000 to 61,000 square feet. The Richmond-area stores announced so far will range from 49,000 to about 67,000 square feet.

In comparison, Walmart Supercenters typically are about 182,000 square feet, while Wegmans and Kroger Marketplace stores range from 100,000 to 120,000 square feet.

Freshness is a Publix differentiator when it comes to fruit, vegetables and other produce, said Alan Steele, a 32-year Publix employee who is produce retail coordinator for the chain's division in Charlotte, N.C.

"We get deliveries six to seven days a week," Steele said.

"That guarantees our freshness. Right now, it's coming out of Atlanta, because that is where our distribution is from."

The produce is not all U.S.-grown but is "jet fresh," he said, flown to distribution centers soon after being picked.

Any customer in doubt about whether a fruit or vegetable is at peak flavor can ask for a sample, Steele said.

"We will sample anything," he said. "If you don't like it, we don't want you buying it."

Publix does not have a customer loyalty-card program like other chains, but the stores do run weekly BOGO (buy one, get one) specials.

During opening week at the Apex store, for instance, BOGO specials included Birds Eye vegetables, Betty Crocker Suddenly Salad packaged pasta meals, Haagen-Dazs ice cream products, 24-ounce packages of large shrimp, Snack Factory **pretzel crisps**, French's ketchup, Perdue chicken breasts and chicken nuggets, plus more.

The stores' bakeries make bread daily, boasted Ashley Mayes, an eight-year employee who is bakery manager at the Apex store.

"Our Italian five-grain is probably one of the best breads we have. It's mixed in the store, so extremely local," she said.

Another customer favorite are the birthday cakes made in-store and topped with buttercream frosting.

"It uses real butter. We aerate it every single day, so it's nice and light and fluffy. It's not a heavy icing," Mayes said.

Publix has other services designed to make mealtime easier for customers.

Hankering for one of the chain's famous submarine sandwiches for lunch or dinner? You can avoid the wait at the deli counter by using the Publix mobile app to order the sandwich, which will be prepared a few minutes ahead of your scheduled arrival time and left in a warming tray.

Can't decide what to make for dinner tonight? The Publix Aprons program, which started in 1999, gives consumers some help with in-store cooking demonstrations for meals that take about 30 minutes to make.

Publix also has done some of the legwork, with the items needed to make the meals conveniently stocked together in food display cases near the Aprons station.

"Our motto is, bring your family back to the table," said Publix meals specialist Steph Arpey. "We put out two new recipe cards a week, so we are here seven days a week demonstrating so we can show folks how easy these recipes are to prepare. We also give you a chance to taste it before you buy it."

If you're planning a special birthday or graduation party and want to get your cake and trays of finger food all in the same place, the Publix Aprons event planning service can handle the catering.

The stores' full-service pharmacies have a program that provides certain medications free to customers with a doctor's prescription. The drugs available through that program include some commonly prescribed blood pressure medications; antibiotics; metformin, which is used to treat Type 2 diabetes; and Montelukast, an asthma drug.

\*\*\*

One way Publix has kept its customer service culture through the years of expansion beyond its Florida roots is through the chain's employees and managers.

The only way to become a store manager is to already work for the company.

And Publix is the largest majority employee-owned company in the U.S., according to the National Center for Employee Ownership.

Store manager Denny Pena stood in the vestibule of the Publix store in Apex with outstretched arms as he welcomed a steady stream of customers on the Feb. 8 opening day.

Pena started with Publix in Hialeah, Fla., when he was 17. He was a bagger and front-end service clerk.

He has been with the company 28 years, including 10 years as a store manager. The Apex store was his first time opening a new store.

"I remember my bosses always talking to me about all the benefits Publix had and the opportunities that we all had to be anything that we wanted to be," Pena said.

"They molded us. They mentored us," he said. "That's exactly what Mr. George wanted to do with every single associate.

"In order for me to move up, he invested in me. ... It's our culture ' to promote from within. Publix doesn't hire anybody from outside to be a manager. It's something that is earned."

"Mr. George" is George W. Jenkins, who founded Publix in 1930. Jenkins worked for the Piggly Wiggly grocery chain before leaving to open his own store.

Jenkins, who died in 1996, was known for his emphasis on customer service, a legacy the chain continues. The 10-member board includes three Jenkins family members and a fourth by marriage.

When Pena says "our culture," he also is speaking as an owner.

He is one of the estimated 179,000 employees who hold shares in the company, as of Feb. 7. The chain has about 191,000 workers. Employees who have been employed with Publix continuously for a year are eligible to buy company stock.

By giving employees ownership, Jenkins fostered a sense that everyone had a stake in seeing that the customer experience was superior.

Today, the company is run by President and CEO Randall Todd Jones Sr., who took over last year when former CEO Ed Crenshaw retired after 42 years, including serving as CEO since 2008. Jones was named president in 2008.

Publix prepares to take a bite out of the Richmond area's grocery landscape

"Publix is one of the most respected and one of the most successful retail chains in the whole country," said Jeffrey Metzger, publisher of Food World, a trade publication that follows the supermarket industry in the Mid-Atlantic.

"They have dominated Florida for almost 80 years and continue to expand their market share there. ... Over the past 20 years, they have also moved northward at a slow pace," Metzger said.

Clearly, Publix is going to make a presence in the Richmond marketplace, Metzger said.

"It's going to be very interesting to see how they compete in a very over-stored market," he said.

***

In the Richmond market, Publix will face competition on price and convenience from operators and market leaders Kroger and Walmart, both of which have more locations and offer online grocery ordering with at-store drive-up pickup.

Publix also will face market newcomers: no-frills Aldi, which has opened nine stores in the Richmond area since April 2015; and Lidl, on track to open a handful of stores in the region this summer.

Where Publix excels is customer service, said Steven P. Kirn, a lecturer in the Warrington College of Business at the University of Florida in Gainesville. He teaches retailing management and has been a Publix customer.

Publix has registered its "Where Shopping is a Pleasure" slogan with the U.S. Patent and Trademark Office.

"On the service side of things, not on price, they kind of own the market. They certainly own the Florida market," Kirn said.

"Service and loyalty, cleanliness, staffing. They are a good operation," he said.

"If you buy a 59-ounce cardboard box of orange juice, there's somebody there bagging it for you and saying, '?Do you want me to take this out to the car for you?'... It's that level of service," Kirn said.

"Or it's the thing that when you go through the store, look at the shelf facings," he said. "You won't find a lot of holes. All the canned goods, pasta, what have you, are all pulled forward so that all the shelves are nice and neat and stocked.

"The floor is sparkling. Cleanliness is huge in terms of how people feel about groceries," Kirn said.

***

Can Publix re-create that kind of company loyalty in a competitive market such as Richmond?

"They think they can," Kirn said.

"I would think the Richmond market has a kind of southeastern sensibility where that sort of loyalty can be very powerful," he said.

But in the supermarket world, location is key, he added.

"It's the number one reason why people choose to shop at a particular store," Kirn said.

"They basically have kind of saturated Florida where they have almost 800 stores," he said. "If I want to go to a Winn-Dixie, I have to drive past three Publix stores to get there."

Jones, the Publix CEO, has his work cut out for him, said Burt P. Flickinger III, managing director of New York City-based consulting group Strategic Resource Group.

Publix prepares to take a bite out of the Richmond area's grocery landscape

"He inherited a company that has been competitively complacent, because Publix in its legacy state of Florida has faced less capable, under-capitalized competitors like Winn-Dixie," Flickinger said.

In the Richmond market, Publix will face a food fight probably unlike any it has ever experienced, Flickinger said.

"The outcome for Richmond consumers is they'll get the best of the best from the chains and, at the same time, they will have unprecedented price wars."

TLSmith@timesdispatch.com

(804) 649-6572

---

Publix Super Markets Inc.

Founded: 1930 in Winter Haven, Fla., by George W. Jenkins.

Headquarters: Lakeland, Fla.

Leadership: Randall Todd Jones Sr., president and CEO; 10-member board of directors

Number of employees: 191,000

Number of locations: 1,143 (775 in Florida, 184 in Georgia, 65 in Alabama, 57 in South Carolina, 40 in Tennessee and 22 in North Carolina). Stores under development in Virginia are expected to open in summer 2017.

Distribution centers: Eight (seven in Florida and one in Georgia)

Manufacturing facilities: 10 total in Georgia and Florida, including bakery, dairy, deli and fresh food production facilities.

Stock: Company stock is not traded publicly but is made available for sale by Publix only to its current employees and members of its board through the employee stock purchase plan, directors plan, company 401(k) plan participants, and the employee stock ownership plan. The employee stock purchase plan, directors plan, 401(K) plan and employee stock ownership plan contain provisions prohibiting any transfer of stock for value without the owner first offering the common stock to Publix.

Sales: $34 billion, up 5.1 percent from 2015 's $32.4 billion. Comparable-store sales for 2016 increased 1.9 percent.

Profit: $2.03 billion in 2016 compared with $1.97 billion for 2015, an increase of 3.1 percent.

# Graphic

Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Produce freshness is a bragging point for Publix; an employee says stores can get deliveries six to seven times a week. MARK GORMUS/TIMES-DISPATCH Produce freshness is a bragging point for Publix; an employee says stores can get deliveries six to seven times a week. MARK GORMUS/TIMES-DISPATCH A butcher works in the meat department of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH A butcher works in the meat department of the new Publix in Apex NC Wed. Feb 8,

Publix prepares to take a bite out of the Richmond area's grocery landscape

2017. MARK GORMUS/TIMES-DISPATCH "I like the variety, the seafood department, the meat department, you name it," says Anne Yeager, shopping with her husband, Gresham, at the new Publix in Apex, N.C. MARK GORMUS/TIMES-DISPATCH "I like the variety, the seafood department, the meat department, you name it," says Anne Yeager, shopping with her husband, Gresham, at the new Publix in Apex, N.C. MARK GORMUS/TIMES-DISPATCH Inside of the new Publix in Apex NC Wed. Feb 8, 2017.</media-ca 3/5/2017: Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Inside of the new Publix in Apex NC Wed. Feb 8, 2017. MARK GORMUS/TIMES-DISPATCH Produce freshness is a bragging point for Publix; an employee says stores can get deliveries six to seven times a week. MARK GORMUS/TIMES-DISPATCH Produce freshness is a bragging point for Publix; an employee says stores can get deliveries six to seven times a week. MARK GORMUS/TIMES-DISPATCH A butcher wor

**Load-Date:** March 6, 2017

---

End of Document



# Sweet treats.(#trailchat)

Backpacker

March 1, 2017

Copyright 2017 Factiva ®, from Dow Jones
All Rights Reserved

**FACTIVA**

2017 Active Interest Media

**Section:** Pg. 12; ISSN: 0277-867X; Volume 45; Issue 2

**Length:** 117 words

## Body

It's hard to imagine improving on s'mores. But as our Facebook followers proved when we posted a story on the classic campfire dessert, it's always possible to make a good thing better. Here are four to try on your next trip.

"**Pretzel crisps** with Nutella, peanut butter, and toasted marshmallows."
--Meghan Carrigan, "Ritz crackers make all the difference. I also love using the, raspberry-filled Ghiradelli squares., --Laura Feeney, "We use Thanks-A-Lot Girl Scout cookies (the ones with the chocolate, bottoms and shortbread tops)."
--Cassi Haggard, "Toast your marshmallow and pull the outside off, leaving the warm, gooey glob on the stick. Roll glob in mini M&Ms. Enjoy and repeat."
--Debbie Sanders,

## Notes

PUBLISHER: Active Interest Media


**Load-Date:** January 6, 2018

End of Document



# Chicken in a biscuit pockets MEAL OF THE WEEK

Kalamazoo Gazette (Michigan)

February 28, 2017 Tuesday

Copyright 2017 Kalamazoo Gazette All Rights Reserved

**Section:** NEWS; Pg. C2

**Length:** 340 words

## Body

Satisfying chicken pockets and soup make a perfect late-winter meal. Take advantage of coupons and store incentives and feed a family of four for $10.55.

Ingredients from Meijer

Meijer split chicken breasts family pack (need 1 pound): $1.49 per pound. Pillsbury Grands biscuits: $1.67. ($1 on 3 coupon mPerks.Meijer.com.) Meijer soft cream cheese (recommend garden or chive variety): $2. Meijer shredded cheddar cheese: $2. Slice mushrooms and baby carrots: $2.50 each. Pantry ingredients: brown sugar, cinnamon, garlic powder, mayonnaise, onion powder, onion, pepper, salt.

To complete meal from Meijer

Campbell's Homestyle soup (family's choice — need 2): $1.25. ($1 on 2 coupon Campbells.com.) Snack Factory **pretzel crisps**: $2.50. (If have: $1 on 1 coupon Jan. 22 SmartSource insert.)

Yoplait vanilla yogurt (need one 4-6 ounce cup): 50 cents. Fresh fruit (family's choice): Strawberries: $2; Cantaloupe: $1.68; Grapes: $1.69 per pound.

TruMoo milk: $2.99. (55 cents on 1 coupon Feb. 5 RedPlum insert.)

Steps

1. Chicken in a Biscuit Pockets: Bake or poach 1 pound chicken breast. Cool and cut into chunks. Finely dice 2 tablespoons each carrot, onion, and mushroom. Cream together 4 ounces cream cheese, 1 tablespoon mayo, and 1/8-1/4 teaspoon each garlic and onion powders. Pepper and salt to taste. Mix in chicken, vegetables, and 1/4 cup cheese. Heat oven to 375 degrees. Cut biscuits in half. Allow to warm slightly to make stretching each into 16 equal rounds easier. Lightly grease a muffin tin. Lay half the biscuits in tin cups, stretching to fill bottoms and sides to create cups. Fill with chicken mixture. Top with additional biscuits, pressing halves together to make pockets. Bake 17-20 minutes or until browned and baked.

2. Serve warm with hot soup and cold milk. Offer fruits of choice and sweet dip for dessert.

3. Sweet fruit dip: Cream together 4 ounces cream cheese, 4-6 ounces yogurt, 1.5 tablespoons each brown sugar and milk, and

1 teaspoon cinnamon. Chill in fridge.

Editor's note: Final cost based on percentage of product used.

Chicken in a biscuit pockets MEAL OF THE WEEK

**Load-Date:** February 28, 2017

---

End of Document



# 10 On-the-Go Snacks for the Busy College Student

Uloop.com

January 31, 2017 Tuesday

University Wire
Copyright 2017 UWIRE via U-Wire All Rights Reserved

**Section:** NEWS; Pg. 1

**Length:** 685 words

**Byline:** Brittany Loeffler

# Body

---

Being a college student can be a whirlwind some days with running to class, printing the paper you finished an hour before it's due, grabbing coffee with friends, or going to your part-time job. Life can get in the way of sitting down for half an hour to grab some lunch to energize you for the rest of the day.

Even if you are able to sit down to have breakfast, lunch, and dinner, it is important to eat small snacks throughout the day to keep your metabolism active. The Freshman 15 is a real thing, and in order to keep it off (or lose it) you should eat small, healthy meals throughout the day.

We've come up with the 10 best snacks college students should carry with them in order to stay healthy and keep from getting hungry.

via proteinproteinprotein.com

P3 Protein Packs

Packed with 11-15 grams of protein in each pack, you can choose between a variety of snacks. You can find nuts, cheese, dried fruit, deli meat, and sometimes bacon neatly separated in these on-the-go snacks. They're also low-cost at only about $1.50 each!

via Pixabay

Fresh Fruit

Fruit is always a great snack to bring with you. Something that isn't too messy and is portable is best, such as an apple, grapes, clementines, berries, and bananas. Not only are these healthy, but if you have a sweet tooth you need to satisfy, this will do the trick!

via Presto Fresh

Sabra To Go: Hummus

These snack packs come with **pretzel crisps** to dip into a variety of flavors of hummus. Though they are a little high in calories and salt, this will keep you full and is a great snack when you're on the go!

via Pexels

Nuts

Nuts are the perfect portable snack to bring with you during a busy day! With so many options, you'll have a different nut for each day of the week, especially with flavored versions of almonds and such. They can be on the pricey side, but they are a great source of natural fat and protein.

via Pixabay

Fresh Vegetables

Vegetables are a little harder to carry around with you if you're on the go. Carrots and broccoli florets are the easiest to grab and go, but if you have some time to cut up some bell peppers or celery then go for it! Cherry tomatoes and sugar snap peas are also great!

via Jack Link's

Beef Jerky

Make sure you have a water bottle nearby if you choose this protein filled snack. Beef jerky can be a little expensive, but it is sure to fill you up! This also comes in different flavors, so if you like it hot and spicy or mild, there's a jerky for everyone.

By Superbass (Own work) [CC BY-SA 4.0 (http://creativecommons.org/licenses/by-sa/4.0)], via Wikimedia Commons

Granola Bars

Granola is delicious and comes in so many flavors; you can't get bored with it! Granola bars are great to put in your backpack to pull out in the middle of class. It isn't disruptive and will hold you over until lunch or dinner. Be careful which kind you pick up, though, as sometimes they can be packed with sugar instead of protein or fiber.

By Mr. Granger (Own work) [CC0], via Wikimedia Commons

Protein Bars

Similar to granola bars, these are a great and easy snack to carry around with you. Unlike fruits and vegetables, you don't have to worry about forgetting it in your bag at the end of the day and finding moldy food a day or two later. These are also packed with protein and sometimes enough nutrients to count as a full meal!

via Pixabay

Trail Mix

Trail mix is a great snack to bring along with you to class or the library. Packed with nuts, seeds, and of course M&M's, it's a definite classic. This can also get a little pricey, so we've found some recipes to make your own trail mix at home! Make it with your roommates in bulk to save some money too.

via AllRecipes.com

Puppy Chow

For those days where you need a chocolate pick-me-up, Puppy Chow is the best thing to bring with you to class. Chex Mix, peanut butter, chocolate, and powdered sugar is the perfect snack to make your day better. Be careful, though, it can get a little messy!

Even though college can be filled with activities, social events, and classes it's still important to eat throughout the day. These healthy snacks are portable, budget-friendly, and delicious!

**Load-Date:** September 13, 2018

_____

End of Document



# No Headline In Original

Arcadian (Florida)

December 29, 2016 Thursday

Copyright 2016 Arcadian
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** ARCADIAN; Pg. 1

**Length:** 696 words

**Byline:** Staff Reports

# Body

Editor's note: Every year The Arcadian staff reviews the past year's news and select what we feel were the top articles 10 articles. It is never easy — there are many stories to view for those 10 slots, and several criteria are used to select the winners. We look at which stories affect the most people ... which were most talked about, in person or in social media ... which show a continuing pattern from previous years ... which events were most shocking, surprising, funny, endearing or meaningful ... but in the end, it is still a somewhat subjective process. You may or may not agree with the stories we selected, or the order by which we ranked them. Let us know which stories YOU thought should have been included in (or excluded from) our top 10 for 2016.

After years of speculation, rumor and impatience, DeSoto residents' saw their dreams come true when Publix opened its doors on Thursday, July 14 at 8 a.m.

The Publix is almost 46,000 square feet and is designed in the latest store décor package. It features a pharmacy, seafood, sushi, liquor store and deli, which includes the famous Publix subs. The pharmacy was the 1,000th pharmacy department to be opened in a Publix store. The building took nine months to build.

At the opening, Store Manager Jason Yurkovitch gave a short speech about how he plans to become involved in the DeSoto community not only as a Publix store manager but also personally.

"I am so honored to be here and excited to be a part of this community. I have plans to be one of the pillars of this community. You will see me out on the town, you will see me out at events," Yurkovitch said.

For his first step, Yurkovitch presented The Smith Brown Community Foundation, which works on projects that will provide opportunities for DeSoto's youth, with a $5,000 check.

Bud and Barbara Ruth, who ran a grocery store in Arcadia bought out by All-American Publix and then shut it down, were given the honors of cutting the lime green ribbon. Barbara Ruth held the gigantic scissors and snipped the ribbon in half.

Then, the stampede into the store was on.

"God be praised," a woman cried as she entered the doors with her shopping cart.

After finishing their shopping, customers were surprised with another free bag, this one filled with goodies. Items included **pretzel crisps**, Little Bites blueberry muffins, beef jerky, coupons, Post-It notes, a cup, a pen, lip balm, corn tortillas, dried cherries and Takis.

A special exemption request by a group of Muslim men to convert a residential dwelling into a house of worship — and DeSoto residents' negative reactions — caught the attention of both the local and national media in April.

With the cameras of several local news stations rolling, residents claimed the men would bring terrorism activity to DeSoto, and that the home would serve as ground zero for terrorist recruitment and activities such as bomb making, etc. A few of the comments heard during the meeting included:

"I wish I could preach the gospel of Jesus Christ to the Muslim world. The problem is they will kill me for doing so."

"Basically, there is no control, no oversight. Nothing to tell this community what goes on inside that building unless the FBI decides to take interest."

"What guarantees that we are safe … to know we are safe and that we're not having underground terrorist activity."

The county's Planning and Zoning Board narrowly denied the request by a 4-3 vote, noting that certain provisions required by county staff, including the condition of the home's driveway and parking/traffic regulations, were not in compliance. There were also concerns about compatibility issues, since the proposed site is located in a residential neighborhood.

While residents in attendance cheered the decision, the issue is far from over. Media reports of the meeting caught the attention of Muslims across Florida, and the country's largest Muslim lobbyist group (the Council on American-Islamic Relations) is now representing the men. CAIR requested a hearing with the Board of County Commissioners in November, but the issue was pushed back and is expected to be revisited by both the P&Z Board and the BOCC in 2017.

# Graphic

ARCADIAN PHOTO BY LEX MENZ The flooding on Newman Terrace left residents without water for over a week and dealing with dangerous wildlife. ARCADIAN PHOTO BY LEX MENZ Shoppers make their way into the new Publix in Arcadia during the grand opening on Thursday, July 14. PHOTO BY PRISCILLA MCDANIEL, priscilla_mcdaniel@yahoo.com Nadia Daughtrey raises her arms in victory after winning DeSoto County Clerk of Court. COONE PHOTO BY ERNIE HEWETT The crowd waves and cheers as the sun begins to set and the temperature starts to drop. ARCADIAN PHOTO BY COURTNEY CLAYTON Numerous members of the public used their alloted time to present personal opinions about Islam during the quasi-judicial Tuesday 's meeting. PHOTO BY CAROL MAHLER While Councilman Joe Fink was not a fan, other shoppers and community members in Arcadia took photos with Travis Bass and his horse, Freya. Pictured here are Linda Brown, left, and June Wise from Cape Coral who wanted their photo with Freya.

**Load-Date:** December 29, 2016

End of Document



# Apple pecan turkey or chicken salad MEAL OF THE WEEK

Grand Rapid Press (Michigan)

November 29, 2016 Tuesday

Copyright 2016 Grand Rapids Press All Rights Reserved

**Section:** BUSINESS; Pg. C2

**Length:** 261 words

## Body

Take advantage of coupons and store incentives and feed four-plus for $6.50.

Ingredients from Meijer

Brownberry bread: $2.49. (55 cents off coupon Nov. 6 SmartSource insert.) Use leftover Thanksgiving turkey or chicken thighs: 98 cents per pound.

Granny Smith or choice apples: 99 cents per pound. Fresh cherries: $3.99 per pound. True Goodness pecans: $7.49 per pound. Chobai or Yoplait Greek yogurt: $1. (Buy 10 participating products, get 11th free)

Dole salad: $1. (Buy 10 participating products, get 11th free)

Pantry ingredients

Celery, lemon juice, mayonnaise, pepper, salt, sugar

To complete meal from Meijer Progresso vegetable classics: $1. ($1 on 3 coupon Progresso.com)

Snack Factory **pretzel crisps** or minis: $1.65, based on buy one, get 1 free offer. ($1 on 1 coupon Nov. 13 SmartSource insert.) Old Orchard 100% apple juice or Health Balance: $1. ($1 on 2 coupon Oldorchard.com)

Steps

1. Use leftover turkey or season and bake fresh chicken in the oven until juices run clear (need about 1 pound). Cool and chop. Mix together 2/3 cup (or one 5.3 ounce cup) of Greek yogurt, 1/4 cup mayonnaise, 1/2 teaspoon salt, 1/4 teaspoon pepper, 1/2 teaspoon sugar (optional), and 1 teaspoon lemon juice. Pit and chop 8-10 cherries, 1/4 cup pecans; and dice one stalk celery and one large apple (peel if desired). Mix chicken or turkey, dressing, fruits, veggies, and nuts. Cover and chill before serving.

2. Serve on bread, topped with lettuce alongside soup of choice, a side of pretzels, and a cold glass of juice.

Editor's note: Final cost based on percentage of product used.

**Load-Date:** November 29, 2016

End of Document



# Ono local recipes celebrate 125 years

Honolulu Star - Advertiser

November 22, 2016 Tuesday

Copyright 2016 ProQuest Information and Learning
All Rights Reserved
Copyright 2016 Oahu Publications Inc. Nov 22, 2016

**Length:** 874 words

**Dateline:** Honolulu, Hawaii

## Body

### ABSTRACT

Approximate nutritional information, per 1-ounce serving: 170 calories, 11 g total fat, 5 g saturated fat, no cholesterol, 100 mg sodium, 16 g carbohydrate, 3 g fiber, 5 g sugar, 3 g protein Kalo Burgers Ka'ala Farms and Malama Learning Center * 2 pounds ground turkey (may substitute with fish, chicken or venison) * 1/2 cup onion * 1/4 cup green onion * 1/4 cup oyster sauce * 2 eggs * 1 cup water chestnuts * 2 cups cooked diced kalo (taro), or to taste * Salt and pepper, to taste * 1/4 cup vegetable oil Combine ingredients except oil in a bowl and mix well. Approximate nutritional information, per serving (not including salt to taste): 320 calories, 18 g total fat, 3.5 g saturated fat, 130 mg cholesterol, 350 mg sodium, 17 g carbohydrate, 2 g fiber, 1 g sugar, 23 g protein Curried Pumpkin Peanut Bisque Hawaiian Electric archives * 1-1/2 cups chopped, peeled apple * 1 cup chopped onion * 1/4 cup apple juice * 1-1/2 teaspoons curry powder * 1 (15-ounce) can pumpkin * 1 (15-ounce) low-sodium chicken broth * 1/4 cup creamy peanut butter * 3/4 cup evaporated milk * Salt to taste * Garnishes (optional): chopped peanuts, chopped red-skinned apple, fresh cilantro, chili pepper flakes In a large saucepan, combine apple, onion and apple juice over medium-high heat.

### FULL TEXT

Just in time for the holidays, Hawaiian Electric Co. has published "Treasured Island Recipes: Celebrating 125 years serving Hawai'i" to mark a milestone anniversary and raise funds for Aloha United Way.

At $14 the cookbook highlights the unique fusion of flavors of the islands in more than 200 recipes from employees, their families and company archives. About half are from Hawaiian Electric's community and nonprofit partners, as well as award-winning dishes from culinary students and a few local celebrity chefs.

All proceeds from the cookbook sales will benefit more than 340 agencies supported by Aloha United Way.

While the selections below are redolent of fall, enjoy them year-round.

**Chocolate Wasabi Bark**

*Emma Prince-Wilson, Education & Consumer Affairs*

* 16 ounces dark chocolate

* 1/2 cup wasabi peas

* 1/2 cup spicy kakimochi (Japanese rice crackers)

* 1/2 cup iso peanuts

* 1/2 cup **pretzel crisps**

In a double boiler, melt chocolate, stirring until smooth. Line a baking pan with baking parchment and spread 3/4 of the peas, kakimochi, peanuts and **pretzel crisps** in pan. Pour melted chocolate over and gently mix with a fork to evenly coat pieces. Sprinkle remaining pieces over chocolate. Cover with foil and refrigerate 4 hours.

Cut into large or small pieces with a sharp, heavy knife. Serves 15.

*Approximate nutritional information, per 1-ounce serving: 170 calories, 11 g total fat, 5 g saturated fat, no cholesterol, 100 mg sodium, 16 g carbohydrate, 3 g fiber, 5 g sugar, 3 g protein*

**Kalo Burgers**

*Ka'ala Farms and Malama Learning Center*

* 2 pounds ground turkey (may substitute with fish, chicken or venison)

* 1/2 cup onion

* 1/4 cup green onion

* 1/4 cup oyster sauce

* 2 eggs

* 1 cup water chestnuts

* 2 cups cooked diced kalo (taro), or to taste

* Salt and pepper, to taste

* 1/4 cup vegetable oil

Combine ingredients except oil in a bowl and mix well. Form into patties.

In a frying pan, add oil and heat on medium. Add patties and pan-fry until cooked through. Serves 8.

*Approximate nutritional information, per serving (not including salt to taste): 320 calories, 18 g total fat, 3.5 g saturated fat, 130 mg cholesterol, 350 mg sodium, 17 g carbohydrate, 2 g fiber, 1 g sugar, 23 g protein*

**Curried Pumpkin Peanut Bisque**

*Hawaiian Electric archives*

* 1-1/2 cups chopped, peeled apple

* 1 cup chopped onion

* 1/4 cup apple juice

* 1-1/2 teaspoons curry powder

* 1 (15-ounce) can pumpkin

* 1 (15-ounce) low-sodium chicken broth

* 1/4 cup creamy peanut butter

* 3/4 cup evaporated milk

* Salt to taste

* Garnishes (optional): chopped peanuts, chopped red-skinned apple, fresh cilantro, chili pepper flakes

In a large saucepan, combine apple, onion and apple juice over medium-high heat. Stir occasionally, until onion is soft and most of apple juice evaporates, about 8 minutes.

Add curry powder and stir until fragrant, about 30 seconds. Stir in pumpkin, broth and peanut butter. Cover, bring to a boil, reduce heat and simmer gently for 10 minutes.

Stir in milk. Cool. Blend in blender or food processor until smooth. Taste and add salt as needed. Garnish as desired. Serves 4.

*Approximate nutritional information, per serving (not including salt to taste or garnishes): 250 calories, 13 g total fat, 4 g saturated fat, 15 mg cholesterol, 200 mg sodium, 28 g carbohydrate, 5 g fiber, 17 g sugar, 11 g protein*

------

**Buy the book**

>> Pick up: Hawaiian Electric Co. bill payment center, American Savings Bank Tower lobby, 1001 Bishop St.

>> Online: 808ne.ws/hecoauw

>> Call: 543-4784

**Craft fairs sales**

*Buy gift-wrapped copies:*

>> Saturday and Sunday: Hawaii United Okinawa Association Winter Craft Fair

>> Dec. 3: Lanikai Park

>> Dec. 4: Hawaii Kai Retirement Center

>> Dec. 11: Heeia Elementary School

**Neighbor islands**

>> Hilo: Hawai'i Electric Light payment center, 1200 Kilauea Ave.

>> Kahului: Maui Electric payment center, 210 W. Kamehameha Ave.

------------

More Hawaiian Electric Co. recipes are available at hawaiianelectric.com.

------------

Credit: By Hawaiian Electric Co.

**Load-Date:** November 24, 2016

Ono local recipes celebrate 125 years

End of Document

# FDA Enforcement Report: Snack Factory , Pretzel Crisps Original, UPC 049508006008, 7.2 oz (204g).

US Official News

September 24, 2016 Saturday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Length:** 194 words

**Dateline:** New York

## Body

Washington: US Food and Drug Administration, The Government of USA has issued the following enforcement report:

Product Description:

Snack Factory , **Pretzel Crisps** Original, UPC 049508006008, 7.2 oz (204g).

Reason for Recall:

Baptista's Bakery was notified by a consumer that their package of original **pretzel crisp** contained some seasoned product. The seasoned product has the milk allergen which is not declared in the original product.

Product Quantity:

281,880 bags (261 pallets with 90 cases each)

FDA Enforcement Report: Snack Factory , Pretzel Crisps Original, UPC 049508006008, 7.2 oz (204g).

Recall Number:

F-2163-2016

Code Information:

Item Code 110600

Event Details

Event ID:

74998

Voluntary / Mandated:

Voluntary: Firm Initiated

Product Type:

Food

Initial Firm Notification of Consignee or Public:

E-Mail

Status:


Ongoing


Distribution Pattern:


WI


Recalling Firm:


4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States'>Baptista's Bakery, Inc

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States


Recall Initiation Date:


08/16/2016


Center Classification Date:


09/13/2016

FDA Enforcement Report: Snack Factory , Pretzel Crisps Original, UPC 049508006008, 7.2 oz (204g).

Date Terminated:

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 21, 2016

---

End of Document

# FDA Enforcement Report: Snack Factory, Pretzel Crisps Srircha Lime, UPC 049508006060, 7.2 oz(204g).

US Official News

September 24, 2016 Saturday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 193 words

**Dateline:** New York

## Body

Washington: US Food and Drug Administration, The Government of USA has issued the following enforcement report:

Product Description:

Snack Factory, **Pretzel Crisps** Srircha Lime, UPC 049508006060, 7.2 oz(204g).

Reason for Recall:

Baptista's Bakery was notified by a consumer that their package of original **pretzel crisp** contained some seasoned product. The seasoned product has the milk allergen which is not declared in the original product.

Product Quantity:

58,320 bags (54 pallets with 90 cases each)

Recall Number:

F-2164-2016

Code Information:

Item Code 105782

Event Details

Event ID:

74998

Voluntary / Mandated:

Voluntary: Firm Initiated

Product Type:

Food

Initial Firm Notification of Consignee or Public:

E-Mail

Status:

Ongoing

Distribution Pattern:

WI

Recalling Firm:

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States'>Baptista's Bakery, Inc

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States

Recall Initiation Date:

08/16/2016

Center Classification Date:

09/13/2016

FDA Enforcement Report: Snack Factory, Pretzel Crisps Srircha Lime, UPC 049508006060, 7.2 oz(204g).

Date Terminated:

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** November 21, 2016

End of Document



# Stocking Your Pantry for Simple Meal Planning

Kitchen Stewardship

September 19, 2016 Monday 4:26 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 3120 words

**Byline:** Becca Stallings

## Body

Sep 19, 2016( Kitchen Stewardship: http://www.kitchenstewardship.com Delivered by Newstex)  This post is from KS contributing writer Becca Stallings of The Earthling's Handbook[1]. My house doesn't have a pantry. So I found one anywayLike many city houses built in the 1920s, our house has a small kitchen with not many cabinets. In my tips for a tiny kitchen[2], the very first tip is to set up a pantry outside the kitchen, and I explain how Daniel and I used space adjacent to the kitchen in our two previous 1920s homes - but in this house, we just don't have a good space on the same floor as the kitchen. We placed a shelving unit facing the bottom of the stairs in our basement to serve as our pantry.

When we expanded into keeping some non-food items in the pantry as well, we added a second shelving unit against the wall and moved some food over there. I hope you'll consider creating a pantry, too, even if your house officially doesn't have one. Keeping a stocked pantry has a lot of advantages!Why I Love Having a Pantry, Even Though I Don't Have Space for OneI can plan menus using mostly ingredients we have in the house already. We live in a walkable neighborhood, with a supermarket and an Asian food store within a few blocks. This makes it easy for Daniel or me or our 11-year-old son to stop by the store and pick up an onion, a block of cheese, or whatever miscellaneous ingredients are needed to complete a meal of pantry foods, fresh produce from our CSA farm[3], and ingredients from our refrigerator and freezer. Having lots of food on hand means we're prepared if bad weather or illnesses keep us housebound for a while. (We even keep a spare can opener on top of the pantry shelving, in case we're sheltering in the basement during a disaster.) We save money by stocking up on shelf-stable foods when they're on sale or found in bulk packages. This includes bulk foods from the health-food co-op[4] in reused glass jars[5] - we can fill a lot of jars with a sale-priced food, store them in the pantry, and just keep one in the kitchen at a time. We then relabel the jars for a different food after they're empty. We are less tempted to eat unhealthy foods or spend money in restaurants when we have easy access to staple ingredients for healthy meals. We save gasoline[6] by making fewer car trips to stores. We drive to Trader Joe's, Costco, the co-op, and Target (each 2-4 miles away) once every month or so, often hitting two of them in one trip. Every 2-3 months, we shop at Gordon Food Service (9 miles away), and we usually only drive to the local supermarket for heavy things we can't carry on foot. We save time by buying more in one shopping trip instead of making multiple trips to that store. Our pantry is functional and semi-organized, but it's not beautiful. I hesitated to share photos because our basement is so cluttered! Looking at all the chaos of our workshop and storage area behind the pantry would distract you from understanding our food-storage system. Then I realized that simply covering the back and side of the open shelves would block the clutter. We did this so very elegantly with an old sheet: How to Stock Your Pantry StaplesExactly what you keep in your pantry and how you organize it will depend on what you eat regularly and what categories make sense to you, so I'll mention just a few basic principles: Some foods are essentials that you want to have in stock at all times-but think about how soon you need to restock each item. Some are used frequently or used a full package at a time; put them on the shopping list when you take the next-to-last package (or refill from a big package) from the pantry. Foods that are used more slowly, like cooking oils, go on the list when you take the last package out of the pantry. Foods you use really slowly or sparingly, like mustard, don't go on the list until the one you're using is less than half full. (Bahahahahaha! Katie has to jump in here to say that we love mustard so much, I'm unsettled if we have fewer than two backup bottles in our 'pantry' in the basement, because we can blow

through a bottle in a week! To each their own) Some foods are things to buy only when the price drops and you don't have a lot of similar food already. One way to avoid getting overstocked is to think about the general category of food rather than the specifics. For example, pretzels, wheat crackers and pita chips are interchangeable in my family, so we need to limit the total volume of 'crunchy snacks made from wheat' to avoid many open packages going stale. Buy extra of your essential foods when they're on sale. Check expiration dates to calculate how many you can buy so that you'll use them all before they expire, and make sure to check your existing pantry stash before you go to the store. Group together foods of the same general type to make a basic organizational scheme that fits your current stash into your pantry space. Then keep an eye on how it's working out as you use up foods and buy more foods. Adjust your categories, or the shelf space allotted to them, as you find empty or overcrowded spaces developing. Be sure to tell the other cooks/shoppers in your household if you've relocated a section! What if you don't know which foods go fast and which are slower? Keep a list (or computer spreadsheet) for at least two months: List each type of food and mark how many you used. That should give you an idea of how to pace your stockpiling.My Pantry, Shelf by Shelf At the top left of our main pantry is the Department of Tea and Grains. No, there's no special reason they're together - it just worked out that way. We're super-stocked on peppermint tea bags right now because when I work outside the home, I drink peppermint tea every morning at work. I buy it by the case[7] from the food co-op-and I ordered a new case in May without thinking about the fact that my job was ending in June. I'll take it to my new office when I have one! Cornmeal is mainly for cornbread and Flexican Cornbread Pizza[8]. Bulgur wheat is great (if you're not gluten-sensitive) in recipes that call for 'cooked grain', like Nutshroom Burgers[9] - it's very low-priced. Wheat bran, also cheap, is an important ingredient in Raisin Bran Bread[10]. In back are big jars storing the whole-wheat pasta we buy in 5-pound bags from Gordon Food Service. Up in the kitchen, we store pastas and rice in boxes that hold enough for 2-3 meals; when the supply gets low, we refill from these big jars. Pasta stays fresher in these jars and is less likely to spill than if it's stored in an open bag. We get the jars from pretzels that we occasionally buy or cheez puffs other people buy - ask to keep the big jar if you think it might get thrown away!The other end of the top shelf is the Department of Dry Beans[11] - not to be confused with the Department of Canned Beans. My family eats some type of bean or lentil 2-5 times a week (not counting leftovers) so several varieties are among our essentials. Here you see instant hummus mix[12], red lentils, split peas, black beans, and in the background green lentils. We use dry black beans mainly for slow-cooker soup[13] and tend to grab canned beans for other meals because dry beans take so long to cook. Lentils cook more quickly, so they're more versatile; two of our favorite family meals are Honey Baked Lentils[14] made with green lentils and Masoor Dal[15] made with red lentils. In the back is a big jar of rice[16], which we buy 5-10 pounds at a time. I guess it got shoved over by that giant bag of corn chips! We tend to let the chips fall where they may, filling in spaces that are currently empty of what would usually go there. (Katie inserts laughter again - because we pretty much have half a shelf just for those huge bags of Costco corn chips, because I buy them 4-5 at a time so I never run out!)All right, here's the part where I admit that my family sometimes eats foods that you just stick in the microwave or cook a few minutes in a pot! We do try to choose these carefully, and we don't eat them all that often. Here's some detail on those pouches of Indian food[17]; the madras lentils that my son likes come in a 6-pack at Costco. If I'm choosing so carefully, how come we have so many packets of ramen noodles? That's a fair question! They're a 'sometimes food,' really! We stock up in large quantities because we only like Maruchan brand, and it isn't sold at any of our usual stores, so we hit Shop'n'Save just once or twice a year. Ramen noodles are made from white flour, fried in vegetable oil, and absurdly high in sodium, and they contain numerous additives[18]. The reason we keep eating them is that we all feel they're the perfect food for certain miserable states of being: colds and flu, first meal after vomiting, low blood-pressure dizzy spells[19], and extreme heat. This salty food forces us to re-hydrate by drinking lots of water, it's easy on a sore throat or delicate stomach, the steam clears congestion, and it just helps us feel better - so we've gone on stocking ramen even as the rest of our diet has improved. One product I do plan to quit buying is canned cream-of-mushroom soup. I've gradually devised substitutes for the casserole recipes in which I used to use it. (Katie's Better Than a Box eBook[20] details not only how to make homemade 'cream of' soups but how to sub them in all your favorite recipes.) In the middle of this shelf is the Department of Vinegars, which also includes lemon juice and (visible in the big photo) blends into the Department of Sauces. We're also keeping popcorn and nuts on this shelf and, in back, some giant bags of **Pretzel Crisps** that were on sale at Costco (good example of a sale item that's not a staple) and a half-full bulk bag of fair-trade organic coffee[21].On the next shelf down, we've got coconut milk[22], nut butters, olives, pickles, and canned fish. That plastic bag in the back corner contains candy left over from the gingerbread house my mother and son made last Christmas - they can use it on this year's gingerbread house! Coconut milk is delicious mixed into a spicy, exotic

food like curry. My partner Daniel doesn't like coconut milk, but the kids and I do, so I make curry without coconut milk and then add it to individual portions as desired. Canned salmon is better for our health and environment than tuna[23], so salmon is what we use in family meals like this delicious Lemon Creamy Salmon with Tangy Greens[24]. Tuna is just for those times when Daniel craves tuna salad.The other half of that shelf is the Department of Canned Beans - and, for no logical reason, the big jar of dried garbanzos is behind the canned garbanzos instead of in the Department of Dry Beans. Baked beans are a handy heat-and-eat option for a quick meal along with corn on the cob, or cornbread and a salad. We stocked up on baked beans at a recent sale, but when we run out, it's easy to make our own 'baked' beans by browning some onions and then stirring ketchup, mustard, brown sugar, garlic, and black pepper into plain (rinsed) canned beans. By the way, if you're worried that canned beans will give you gas, you can really minimize it by putting the beans in a colander and rinsing them thoroughly to remove the thick liquid. Then add whatever sauce or seasonings you'd like. Try our fancy Bean Wraps with Smoked Gouda and Pineapple[25], for instance!The bottom shelf of our main pantry is the Department of Oils, Fruits, Tomato Products, and Big Heavy Jugs. We keep the big jugs on the bottom so they're easy to grab from behind the shelving unit. One of those is obviously vinegar, and the jug on the left is sorghum syrup[26]. Dried apricots are a crucial ingredient in Apricot Lentil Soup[27] and Honey-Apricot Tangy Tofu[28], but it takes us a while to use 2 cups like we have in this jar, so we keep them in the refrigerator to prevent them from getting moldy or vinegary-smelling. Shown here are the apricots I just recently purchased, which will soon replace the almost-empty jar in the fridge. Unlike apricots, raisins have never gone bad in our pantry, even when we've stocked up on six or seven jars full of bulk raisins on sale after the autumn harvest and it takes us all winter to eat them. The co-op's bulk raisins are coated with a small amount of organic olive oil, so they don't get dried-out, either. (Oh man, Katie again! just bought a 30-lb box of raisins from Country Life[29], and we'll probably go through it before Christmas. I think we eat too much!!!) Yes, we have Hidden Valley Ranchsighmy son insists that none of my homemade ranch dressings[30] and no other brand of purchased ranch dressing tastes as good as this one with its genetically modified soybean oil and corn syrupand he talked me into buying it, for the first time in over a year, when it went on sale at Costco. That was a few months ago. He has yet to open it. Sometimes it seems like being allowed to have an undesirable food available is more important to him than actually eating it! Spaghetti with marinara sauce is my favorite food, and although I enjoy making my own sauce, I 'have to' have sauce on hand for those times when I 'need' sauce but haven't gotten around to making any! I look for sauce that does not contain soybean oil or corn syrup, and then I compare Nutrition Facts among different brands and flavors to choose sauces that are high in vitamins and fiber, low in sugar and sodium. Classico makes a lot of tasty, healthy sauces at a reasonable price.Our extra spices and other baking ingredients are on the top of the auxiliary pantry shelves-along with my very big pot for those times when I make soup or spaghetti sauce for a crowd, and some flashlights in case of power failure. (Pardon the dust in this honest photo.) Keeping spices in alphabetical order helps you find what you need quickly. We have a lot of spices in the pantry at the moment because a lot of the bottles in the kitchen are nearly empty, so their replacements are waiting! Same thing for the baking powder - don't buy it too far in advance because it doesn't work as well when it's old.Two shelves of our auxiliary pantry are non-food items. The third shelf is the Department of Cereal and School Supplies. The only reason these things are together is that there was a space when I needed one to stash the absurd surplus of composition books my son somehow acquired! I guess those fruit leathers also are a school supply, in that they're only for the lunchbox and not to be eaten at home. Every once in a while I succumb to a sale on an individually-wrapped item for the lunchbox, if it's relatively healthy and not too horribly wasteful, but in general we try to pack a low-waste lunch[31]. My general policy is to buy only GMO-free cereals[32], but Reese's Puffs are a special treat we can have when a great coupon and a great sale coincide. They're for dessert, not for breakfast!! So, that's my pantry tour! Writing this has reminded me of one of my college application essays on the topic of 'What does your closet say about you?' My family's pantry not only shows you what we eat and how we organize but also expresses some of our values. Our pantry helps us stick to a mostly healthy diet, but you can see some exceptions that we allow. Although looking closely at the pantry gave me a few surprises, I'm relieved to find that there's nothing spoiled, it's not all that dusty, and it's mostly well organized. If only we could say the same about the rest of our basement!How do you organize your grocery storage? What are your favorite things to keep stocked up? Have you ever created a pantry in a space that wasn't designed for it?Save The post Stocking Your Pantry for Simple Meal Planning[33] appeared first on Kitchen Stewardship | A Baby Steps Approach to Balanced Nutrition[34]. [ 1]: https://articles.earthlingshandbook.org/ [ 2]: https://articles.earthlingshandbook.org/2011/05/18/tips-for-a-tiny-kitchen/ [ 3]: http://www.kitchenstewardship.com/2016/08/15/how-to-use-csa-vegetables/ [ 4]:

https://articles.earthlingshandbook.org/2013/06/16/bulk-food-in-reused-containers/ [ 5]:
https://articles.earthlingshandbook.org/2011/06/05/glass-jars-galore/ [ 6]:
https://articles.earthlingshandbook.org/2011/01/12/my-toyota-prius-works-for-me-but-not-driving-works-even-better/
[ 7]: https://articles.earthlingshandbook.org/2015/03/25/save-money-on-earth-friendly-products/ [ 8]:
https://articles.earthlingshandbook.org/2015/01/05/flexican-cornbread-pizza/ [ 9]:
https://mysisterspantry.wordpress.com/2012/11/26/a-better-veggie-burger/ [ 10]:
https://articles.earthlingshandbook.org/2011/11/18/raisin-bran-bread-revised-recipe/ [ 11]:
http://amzn.to/2d21DJA [ 12]: https://articles.earthlingshandbook.org/2011/11/11/instant-hummus-and-
falafels/ [ 13]: https://articles.earthlingshandbook.org/2015/05/20/ginger-black-bean-soup-slow-cooker/ [ 14]:
https://articles.earthlingshandbook.org/2007/12/03/honey-baked-lentils/ [ 15]:
https://articles.earthlingshandbook.org/2011/08/27/masoor-dal-indian-lentils-with-carrots/ [ 16]:
http://amzn.to/1a2ka55 [ 17]: https://articles.earthlingshandbook.org/2015/06/29/all-natural-vegetarian-non-
refrigerated-convenience-foods/ [ 18]: https://cspinet.org/eating-healthy/chemical-cuisine [ 19]:
https://articles.earthlingshandbook.org/2012/02/29/are-you-pregnant-and-dizzy/ [ 20]:
http://www.kitchenstewardship.com/2013/01/22/better-than-a-box-how-to-transform-processed-food-recipes-into-
whole-foods-favorites/ [ 21]: https://articles.earthlingshandbook.org/2015/07/28/3-ways-to-save-on-fair-trade-
coffee/ [ 22]: http://www.kitchenstewardship.com/ThriveThaiCocoMilk [ 23]:
http://www.theatlantic.com/health/archive/2011/08/a-tale-of-two-cans-why-canned-salmon-is-better-than-
tuna/243516/ [ 24]: https://articles.earthlingshandbook.org/2015/03/17/lemon-creamy-salmon-photo-tutorial/ [
25]: https://articles.earthlingshandbook.org/2014/04/29/bean-wraps-with-smoked-gouda-and-pineapple/ [ 26]:
http://www.kitchenstewardship.com/2012/02/15/sorghum-a-sweetener-with-actual-value/ [ 27]:
https://articles.earthlingshandbook.org/2010/12/08/apricot-lentil-soup/ [ 28]:
https://articles.earthlingshandbook.org/2010/07/07/tangy-honey-apricot-tofu/ [ 29]:
http://www.kitchenstewardship.com/2013/05/17/what-does-a-real-foodie-buy-atcountry-life-natural-foods/ [ 30]:
http://www.kitchenstewardship.com/recipes/homemade-ranch-dressing/ [ 31]:
https://articles.earthlingshandbook.org/2014/08/20/5-tips-for-green-lunch-packing/ [ 32]:
https://articles.earthlingshandbook.org/2015/02/20/two-affordable-gmo-free-cereals/ [ 33]:
http://www.kitchenstewardship.com/2016/09/19/stocking-pantry-simple-meal-planning/ [ 34]:
http://www.kitchenstewardship.com

**Load-Date:** September 19, 2016

---

End of Document



# Encourage healthy habits with Alaska-harvested school lunch ingredients; SPONSORED: Three easy recipes using the salmon, berries and moose in your freezer.

Alaska Dispatch News

September 12, 2016 Monday

Copyright 2016 Alaska Dispatch Publishing, LLC All Rights Reserved

**Section:** NEWS; Sponsored Content

**Length:** 548 words

## Body

For many parents, packing school lunches can be challenging. You want to provide your kids with healthy foods (preferably ones that are quick and easy to make in the morning) and they want foods that are delicious and fun.

There are ways for you *and* your kids to win the lunchbox battle says Marcia Anderson, Registered Dietitian and Health Promotion Program Manager at the Alaska Native Tribal Health Consortium. School lunches, she said, are an opportunity for teachable moments when it comes to fostering lifelong healthy eating habits. She shared a few tips on providing meals that are fun and provide energy.

"Healthy eating does start at home and can be delightful, interesting and fun for the whole family," Anderson said. "Involve your child by inviting them to share in preparing their lunch. Encourage them to help in cooking meals. Set up a tasting activity at home or for a school project."

Because food preferences are established early in life, providing healthy meals that are based on lean meats, fish, nuts, seeds, whole grains, fruits and vegetables can teach kids to prefer those foods in adulthood. Luckily for Alaska moms and dads, many of those options can be grown or harvested in-state. Parents can include kids on hunting and fishing trips, berry-picking excursions and gardening endeavors. Added bonus: these foods can help protect against disease and promote a healthy body weight.

Encourage variety and swap out that daily PB&J with some new food creations that are fun, tasty and colorful to ensure your kid's lunch is eaten and not thrown away or traded in the lunchroom.

Here are a few kid-friendly, Alaska-harvested recipes to try this month:

**Salmon Salad Spread**

There's a good chance you already have salmon in your freezer from summer fishing. Alaska salmon is low in saturated fats and high in heart healthy omega-3 fatty acids, making it an important brain food. Paired with a medley of vegetables, this salmon spread is already on its way to a well-rounded lunchtime option.

This versatile dish can be served between whole wheat bread slices, on crackers, with celery or stuffed in a pita shell. Pair with some colorful fruit like grapes and berries and a few cubes of cheese to make a complete lunch.

**No-Bake Fruit Pizza**

For a fun, quick and healthy lunch, try a no-bake fruit pizza. Not only does it cover a variety of food groups, but it's also colorful and customizable, making it a good option for picky eaters.

Encourage healthy habits with Alaska-harvested school lunch ingredients; SPONSORED: Three easy recipes using the salmon, berries and moose in your freezer.

If your toppings are primarily fruit, balance this lunch with a few servings of vegetables and some pretzels.

**Spaghetti and Moose Meatballs**

A dish your kids will enjoy for its slurpability and you'll love for its easiness to make and nutritional benefits. A three-ounce serving of moose boasts 25 grams of protein and is low in fat and sodium, so your kiddo will be able to power through the second half of the day.

To round out this lunch, match it with some fresh vegetables andfor dessert.

*Learn more about Alaska plants as food and the fresh ingredients available in the "Store Outside Your Door".*

**This article was produced by the special content department of Alaska Dispatch News in collaboration with ANTHC. Contact the editor, Jamie Gonzales, at jgonzales@alaskadispatch.com. The ADN newsroom was not involved in its production.**

# Graphic

See image link

See image link

Salmon salad sandwich with a side of whole grain crackers, cheese curds and blueberries. (Bailey Berg / Alaska Dispatch News)

See image link

(Joshua Genuino / Alaska Dispatch News)

See image link

Fresh fruit pizza with a side of **pretzel crisps** and fresh veggies. (Bailey Berg / Alaska Dispatch News)

See image link

(Joshua Genuino / Alaska Dispatch News)

See image link

See image link

See image link

(Joshua Genuino / Alaska Dispatch News)

See image link

**Load-Date:** December 2, 2017

End of Document



# Fisher Fair raspberry jam: no scone needed

The Daily Herald (Everett, Washington)

September 11, 2016 Sunday

Copyright 2016 The Daily Herald, Everett, WA All Rights Reserved

**Section:** LIFE

**Length:** 80 words

## Body

The Evergreen State Fair is over for the year, but you can still get your Fisher Fair fix.

The famous Fisher scone mix is available at Bartell Drugs and other stores so you can whip up the pastries.

Did you know you can also get that jam?

A two-pack of 32-ounce jars of Fisher Fair Scone Raspberry Jam is about $10 at some Costco stores.

No need to make scones. We tried it on **pretzel crisps** and crackers. Delish.

Recipes and more at www.fisherscones.com.

— Andrea Brown, The Herald

**Load-Date:** September 12, 2016

End of Document



# Time for Florida's fall food fests

Sun-Sentinel (Fort Lauderdale)

September 4, 2016 Sunday, 1 Edition

Copyright 2016 Sentinel Communications Co. All Rights Reserved

**Section:** LIFE; E; Pg. 10

**Length:** 1431 words

**Byline:** Amy Aumick

**Highlight:** Grilled Beef Skewer from The Chew Collective at the Epcot International Food & Wine Festival. Guests can sample tapas-sized tastes of inventive cuisine at the France Marketplace during the Epcot International Food & Wine Festival.Stephen M. Dowell/staff photographer Matt Stroshane/Courtesy

## Body

Hungry? If you are in Florida this fall you can bring an appetite to various food festivals, including one of the nation's largest, the Epcot International Food & Wine Festival in Orlando.

The festival, celebrating its 20th year, and running Sept. 14 through Nov. 14, invites visitors to walk around the park's World Showcase sampling dishes at various international marketplaces. This year, Disney brings "The CHEW Collective" to the festival. The CHEW combines classic culinary techniques with technology to wow your taste buds in ways never tried before. Among marketplaces this year is a booth honoring Florida craft beers and serving pimento cheese dip with **pretzel crisps** a charcuterie plate of country pâté, cured meats and crostini, as well as "piggy wings," fried pork wings with Korean BBQ sauce and sesame seeds. If you have more of a champagne craving, the French booth offers up bubbly and delectable desserts from the region.

Marketplaces menu samples typically run $4-$8, so you can send your taste buds on a trip around the world economically - and without the long flights. Visitors walk around to the various kiosks and taste - perhaps farm-fresh chicken and dumplings and a local Floridian wine or cider, authentic Mediterranean delights from Greece like spanakopita topped with real Greek yogurt, or a spicy sushi roll at the Japanese booth. After the tastings many take in a culinary demonstration or seminar and end their day with a free nightly "Eat to the Beat!" concert presented at the America Gardens Theatre in the U.S. pavilion. Many festival events are included in park admission; others are ticketed. Visit www.disneyworld.com.

If you're near old St. Augustine, prepare to enjoy the annual Spanish Wine Festival on Sept 8-11. The Old City sets the scene for the St. Augustine Spanish Wine Festival. The festival features Spanish foods and wines presented at a variety of special events and restaurants. Highlights include Vino Veritas, during which guests learn the secrets of authentic Spanish recipes and Spanish wine pairings from Spanish food and wine experts; the Grand Tasting for sampling more than 100 different types of wines made in Spain; and the Batalla de Vinos, during which participants spray one another with wine for charity, as well as other events. Ticket prices vary. Festival venues are in various locations in St. Augustine. For more information, visit www.SpanishWineFestival.com.

Haven't had a chance to check out a true Floridian Winery? Then head out to Lakeridge Winery in Clermont on Sept. 10-11 to tour the vineyard for a good cause. Corks for Cancer hosts the Robert Harris Group and others: 10 a.m.-5 p.m. on Saturday, 11 a.m.-5 p.m. on Sunday. Food and wine will be available for purchase. The winery also hosts a vintage car show Oct. 8-9. For more information, visit www.lakeridgewinery.com.

Of course, no October anywhere would be complete without a trip to a bratwurst-and-beer-fueled Oktoberfest. No matter where you reside or visit around the state, you are sure to be able to get yourself to any number of

Oktoberfest celebrations, though Tampa may be the best place to begin, with more than seven different festivals to choose from throughout the month of October.

Check out these and other events to satisfy your inner epicurean around the state:

Sept. 9-10: Emerald Coast Beer Festival, Pensacola. The Rosie O'Grady Good Time Emporium entertainment complex in Pensacola's Seville Square sets the scene for the Emerald Coast Beer Festival. On the agenda are a beer-pairing dinner and a beer tasting. General admission advance tickets start at $25; on day of the event, tickets are $40. For information, visit www.emeraldcoastbeerfest.com.

Sept. 10-11: I Like It Hot Festival, Largo. It's all about spicy food during the 16th annual I Like It Hot Festival. Among the highlights are spicy foods for sale, competitions and Jalapeno pepper eating contest. Minnreg Hall, 6340 N. 126th Ave. Admission $5, children under 12 are free. www.ilikeithotfestival.com

Sept. 12-18: Lobster Festival and Tournament, Panama City Beach. Schooners sets the stage for the 26th Annual Lobster Festival and Tournament. Weigh-ins begin on Saturday and end Sunday with prizes and a Lobster Feast. Proceeds benefit charities. Another highlight is the popular Sand Sculpting Contest that takes place on the beach behind Schooners. For details, visit www.schooners.com/events/lobsterfestival.htm.

Sept. 17: Honey Tasting Event, Tampa. The annual tasting event features exotic and unusual honeys from around the globe, as well as the local honey produced at the USF Botanical Gardens at 12210 USF Pine Drive, Tampa, FL 33612. 813-974-2329. gardens.usf.edu

Sept. 23-24: Taste of the Beach, Pensacola Beach. Dozens of restaurants offer up their fare to live music at the Gulfside Pavillion. Chef presentations and live entertainment are just some things to look forward to. Friday is an opening VIP party priced at $65 per person, Saturday is free entry with dishes priced at $5 or less. 850-932-1500. www.tasteofpensacolabeach.com

Sept. 30 - Oct. 1: Florida Scallop and Music Festival, Port St. Joe. Art and craft vendors, educational exhibits, a kid zone and many great food vendors will be located throughout the park to make the two-day event an enjoyable experience for all, with sweet southern-fried scallops headlining the menu. General admission, Saturday: Active military personnel with valid I.D. is free. Children under 6 and active military personnel are free, ages 6-11 $5, ages 12-up $10. Parking is free. 850-227-1223 www.scallopfestfl.org

Sept. 30 - Oct. 2: Oktoberfest, Oakland Park. Oompah fun, German food and beer are highlights of Oktoberfest on Oct. 2-3. The event, at Jaco Pastorius Park, 4000 N. Dixie Highway, also features amusement rides, crafts and more. Admission is $5 for ages 12 and older. For information, visit www.oaklandparkfl.org/228/ Oktoberfest.

Oct. 1: Harvest Fest, Jupiter. Jupiter puts on Harvest Fest, a free family friendly festival that features an Oktoberfest-style beer garden, Kid's fall carnival area, Petting zoo, Dog costume contest, Local vendors, Food trucks, and the band Uproot Hootenany. The event, from 1 p.m. to 6 p.m., is at The Plaza Down Under on the Riverwalk. 210 Military Trail For information, log on to jupiter.fl.us/index.aspx?NID=677 or call 561-746-5134

Oct. 1-10: Oktoberfest, Coral Gables. An 11-day beer, food and music festival that will benefit The Woody Foundation. Admission is free. 11. a.m - Midnight on weekdays and 11 a.m. - 2 a.m. on weekends On the Bierhaus Plaza in front of Fritz & Franz Bierhaus, 60 Merrick Way (305) 774-1883 www.oktoberfestmiami.com

Oct. 7-9: Annual Greek Festival, St. Augustine. The Greek influence on the nation's oldest city is celebrated with music, food and dancing at this annual event. Hosted by Holy Trinity Greek Orthodox Church. At the Special Events Field on Castillo Drive downtown. Admission: $5 (children 14 and under are free with paying adult, as well as active-duty military and their immediate family). www.stauggreekfest.com

Oct. 14-16: Oktoberfest, Port St. Lucie. In its seventh year, the German food and beer, music, dance and crafts will be on tap during Oktoberfest, presented by the City of Port St. Lucie and the German American Club of the Treasure Coast. This is a family-friendly event complete with crafts show, numerous food vendors, entertainment

and children activities The event will be held at the Promenade at the Port St. Lucie Civic Center, at the corner of U.S. 1 and Walton Road 5 p.m. - 10 p.m. Covered parking is available across the street; Free. For details, visit www.psloktoberfest.blogspot.com.

Oct. 20-21: Traces of Cuba, Ybor. Ybor City Museum State Park unveils of a new exhibit that highlights Cuba's role in shaping Tampa's cultural heritage. Festivities include Cuban food and entertainment in the Museum Garden and presentations from notable experts on the history of Tampa's early Cuban immigrant communities, featuring Dr. Roberto González Echevarría on Oct. 21. 1818 E 9th Ave, Tampa. Contact information@ybormuseum.org or 813.247.1434.

Oct. 22: Stone Crab Eating Contest, Key West. The Fourth Annual Stone Crab Eating Contest celebrates the opening of the stone crab season in the Florida Keys at the Keys Fisheries Market & Marina. Participation fee is required and contestants must be at least 18 to enter. Prizes will be awarded to the three top finishers. The Keys Fisheries is located at 3502 Gulfview Avenue. For information, visit http://www.keysfisheries.com/events/ or call 1-866-743-4353.

**Load-Date:** September 5, 2016

---

End of Document

# FDA Enforcement Report: Snack Factory Original Pretzel Crisps, Thin, Crunchy Pretzel Crackers. Made in a facility that processes Milk and Soy. Distributed by: Snack Factory, PO Box 6917, Hanover, PA 17331 Sold in the following sizes and UPC codes: 12 ct / 116 oz. Net Wt 26 oz (l lb 10 oz.) 737g, more...

US Official News

August 18, 2016 Thursday

Copyright 2016 Plus Media Solutions Private Limited All Rights Reserved



**Plus Media Solutions**

**Length:** 263 words

**Dateline:** New York

## Body

Washington: US Food and Drug Administration, The Government of USA has issued the following enforcement report:

Product Description:

Snack Factory Original **Pretzel Crisps**, Thin, Crunchy Pretzel Crackers. Made in a facility that processes Milk and Soy. Distributed by: Snack Factory, PO Box 6917, Hanover, PA 17331 Sold in the following sizes and UPC codes: 12 ct / 116 oz. Net Wt 26 oz (l lb 10 oz.) 737g, more...

Reason for Recall:

Baptista's Bakery is recalling The Snack Factory 30 oz. Original **Pretzel Crisps** due to undeclared milk, because it may contain seasoned **pretzel crisps** which utilize dairy in their topical seasoning application.

Product Quantity:

31,760 units

Recall Number:

F-1920-2016

Code Information:

16 oz.: Item Code 110608, Lot Code: BB070165A 03, Best By Date 07-01-17; 26 oz.: Item Code 110692, Lot Code: BB070162A 03, Best By Date 07-01-17; 30 oz.: Item Code 108105, Best By Date 07-01-17.

Event Details

Event ID:

74682

Voluntary / Mandated:

Voluntary: Firm Initiated

Product Type:

Food

Initial Firm Notification of Consignee or Public:

Telephone

Status:

Ongoing

Distribution Pattern:

AZ, CA, IL, IN, MN, OH, PA and WI. Outside the US to include: Canada

Recalling Firm:

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States'>Baptista's Bakery, Inc

4625 W Oakwood Park Dr

Franklin, WI 53132-8872

United States

Recall Initiation Date:

07/08/2016

Center Classification Date:

08/11/2016

Date Terminated:

In case of any query regarding this article or other content needs please contact: editorial@plusmediasolutions.com

**Load-Date:** August 19, 2016

---

End of Document



# No Headline In Original

Arcadian (Florida)

July 21, 2016 Thursday

Copyright 2016 Arcadian
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** ARCADIAN; Pg. 12

**Length:** 532 words

**Byline:** Lex Menz; Arcadian Assistant Editor

# Body

After years of speculation, rumor and impatience, DeSoto residents' saw their dreams come true when Publix opened its doors July 14 at 8 a.m.

Beginning before sunrise, shoppers started lining up outside the doors awaiting the magical moment.

Eileen Groves said she got in line at about 6 a.m. and stood for two hours. She came along to the opening with her cousin who "loves Publix" and planned to shop for lemonade.

Groves said she enjoys Publix because it reminds her of home.

"It reminds me of a different grocery store we have back in Kansas," she said.

While shoppers waited, Publix employees handed out doughnuts and other free items to keep everyone happy and content.

Sue Malone arrived at 7:37 a.m. to shop for fruits and vegetables at the new store on S.E. Highway 70.

"I like the quality and that the people who work here seem to love their job. That speaks wonders of the company. I think when I retire this may be my new gig," Malone said.

Before opening the doors, Store Manager Jason Yurkovitch gave a short speech about how he plans to become involved in the DeSoto community not only as a Publix store manager but also personally.

"I am so honored to be here and excited to be a part of this community. I have plans to be one of the pillars of this community. You will see me out on the town, you will see me out at events," Yurkovitch said.

For his first step, Yurkovitch presented The Smith Brown Community Foundation, which works on projects that will provide opportunities for DeSoto's youth, with a $5,000 check.

Bud and Barbara Ruth, who ran a grocery store in Arcadia bought out by All-American Publix and then shut it down, were given the honors of cutting the lime green ribbon. Barbara Ruth held the gigantic scissors and snipped the ribbon in half.

Then, the stampede into the store was on.

"God be praised," a woman cried as she entered the doors with her shopping cart.

Shoppers were handed free Publix bags as they made their way into the new store with its shiny floors, fresh produce and non-frozen meats. In the pharmacy department, cupcakes decorated to look like a giant pill bottle were being handed out to customers in celebration of the department being the 1,000th pharmacy department opened in a Publix store.

Martin and Maggie Glucklich were two of the many people who came on opening day.

Maggie Glucklich said the couple used to live in Sarasota and shopped at Publix on a regular basis. They were excited to get back to shopping there again now in Arcadia.

"I really like their organic section. The bakery is great, too," Maggie Glucklich said.

Martin Glucklich joked, "It means my wife will be happy. I appreciate Publix putting up millions of dollars to make my wife happy."

Maggie Glucklich said that the Publix opening was a sign of great things to come for DeSoto County.

"I think it's part of the growing (up) of this town. It's getting to be on the map," Glucklich said.

After finishing their shopping, customers were surprised with another free bag, this one filled with goodies. Items included **pretzel crisps**, Little Bites blueberry muffins, beef jerky, coupons, Post-It notes, a cup, a pen, lip balm, corn tortillas, dried cherries and Takis.

## Graphic

ARCADIAN PHOTO BY LEX MENZ Shoppers make their way into the new Publix in Arcadia during the grand opening on Thursday, July 14. ARCADIAN PHOTO BY LEX MENZ Shoppers check out the produce section, which was stocked the morning before to make sure all the produce was as fresh as possible. ARCADIAN PHOTO BY LEX MENZ Community members enjoyed free samples as they waited for the Publix to open at 8 a.m. on Thursday, July 14. ARCADIAN PHOTO BY LEX MENZ The pharmacy in Arcadia's Publix is the 1,000th pharmacy Publix has opened. They celebrated with cupcakes decorated to look like a pill bottle. PHOTO PROVIDED County Commissioners Bob Miller, Buddy Mansfield, Gabriel Quave and Jim Selph take a moment during the grand opening to pose for the camera. Accompanying them are the developers of the project and County Administrator Mandy Hines. PHOTOS PROVIDED Publix is well known for its wide selection of fresh bakery items, including refigerated cakes, cupcakes and other desserts. PHOTO PROVIDED Shoppers crowd the aisles during the Publix grand opening last week.

**Load-Date:** July 21, 2016

End of Document



# Deep in the heart of Texas: the 2016 Dairy-Deli-Bake Seminar & Expo in Houston rustled up lots of innovative products and merchandising ideas for retailers; FOCUS ON FRESH

Grocery Headquarters

July 1, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2016 MacFadden Communications Group LLC

**Section:** Pg. 73(10); Vol. 82; No. 7; ISSN: 1094-1088

**Length:** 4506 words

**Byline:** Turcsik, Richard

Wojcik, Lindsey

## Body

THEY SAY EVERYTHING IS BIGGER IN TEXAS and that was definitely the case at the International Dairy Deli Bakery Association's 52nd annual Dairy-Deli-Bake Seminar & Expo held in early June at the George R. Brown Convention Center in downtown Houston. Almost 9,300 attendees, including top-tier retail buyers, executives, brokers, distributors and other industry professionals walked the floor, visiting the record-breaking 1,926 booths, representing 739 companies.

For those who could not attend IDDBA in person, Grocery Headquarters walked the floor. Here is just a sample of the innovation that we found:

ADUSA

adusainc.com

[ILLUSTRATION OMITTED]

ADUSA offers a comprehensive portfolio of Omnichannel technology solutions for fresh foods, which includes the OrderHUB OmniChannel Integration Server, Self-Ordering Kiosks, Order-Taking Tablets, Online and Mobile Self-Ordering, Queue Management, Basic Queueing and the latest addition: Digital Menu Boards.

"Digital menu boards have been practically non-existent in grocery stores, and it's our aim to change that with this new product line," said Juan Perez, president and CEO of the Hoffman Estates, Ill.-based company. "Our digital menu boards are centrally maintained, giving retailers much-needed flexibility in terms of initial configuration and ongoing maintenance. They are also compliant with the FDA's upcoming menu labeling law, so retailers have a cost-effective way to deal with the requirements of this new law."

ARTHUR SCHUMAN

arthurschuman.com

[ILLUSTRATION OMITTED]

With all that fuss of having to open a tinfoil wedge, eating blue cheese puts Millennials in a blue mood. Arthur Schuman has cheered them up with the introduction of Brilliant Blue--Wisconsin blue cheese marketed in a twin pack that is a single-serve use. "With Brilliant Blue you don't have to do any of the things that require labor to enjoy our blue cheese," said Jim Gregori, Midwest sales manager, for the Fairfield, N.J.-based company. Brilliant Blue also comes cubed in a cup, with a flip-top lid, so consumers simply can shake it out on a salad or however they wish to use it.

BAKE'N JOY FOODS

bakenjoy.com

[ILLUSTRATION OMITTED]

Bake'n Joy has introduced The Original Boston Coffee Cake Cinnamon Swirl, billed as having all the deliciousness of a layered cinnamon coffee cake without the nuts. "This cake was developed so that it

would be no nuts on the shelf and for more success outside of New England," said Tara O'Leary MacCarthy, marketing manager for the North Andover, Mass.-based company.

Bake'n Joy has also introduced Your Private Label 24-ounce gourmet coffee cakes in blueberry, cinnamon walnut and marble that are designed for retailers to sell under their own private label. "The labels come in the box and the retailer can use the label or their own label and they can put it out there as their own cake," said O'Leary MacCarthy.

BOULART
boulart.com
[ILLUSTRATION OMITTED]

Known for its high-quality breads, Boulart has introduced focaccia made from its classic ciabatta dough, with added olive oil and fine herbs. "It is very versatile and can be used for dips, or consumers can take some of the dough out and use it for pizza crust," said Camille Fortier, assistant brand manager, for Lachine, Quebec-based Boulart. The bread is shipped frozen, fully baked to retailers who can sell it thaw-and-sell or warm it in the oven for a few minutes to make it crispier. "Our classic breads contain only five ingredients--flour, water, salt, yeast and barley," Fortier said. "Our other secret ingredient is time because it takes a lot of time to ferment and for the flavors to meld."

BUTTERBALL
butterball.com
[ILLUSTRATION OMITTED]

Butterball is hamming it up with a line extension of sliced-to-order deli hams marketed under the Butterball name. Currently in Walmart and rolling out to other retailers throughout the summer, Butterball Hams are available in Virginia, Honey and Black Forest varieties. "Butterball previously only had turkey and chicken, now we are introducing ham, so it really completes the whole deli line," said Michelle Lieszkovscky, deli brand manager for the Garner, N.C.-based company. "These are 96 percent fat-free premium hams with no fillers that are very high-end and made from premium pork cuts."

CARR VALLEY CHEESE
carrvalleycheese.com
[ILLUSTRATION OMITTED]

Carr Valley Cheese has gone back to the future. Red Abbot cheese is made with Wisconsin cow's milk using an ancient Cistercian Monk recipe where the rind of the cheese is washed with Brevibacterium linens to give it a subtle red hue and a robust flavor that compliments the smooth interior. "Red Abbot Cheese is very robust and earthy, with a very soft creamy texture," said Beth Wyttenbach, sales manager for Carr Valley Cheese, based in LaValle, Wis.

CLEAR LAM PACKAGING
clearlam.com
[ILLUSTRATION OMITTED]

HPP (High Pressure Pasteurization) is one of the most popular tools manufacturers are using to combat foodborne illness. So Clear Lam has developed Seal Choice PET lidding film, which is designed to adhere to PET containers that are processed under HPP. "Retailers love it because they want to move to products that are HPP processed," said James Foster, senior marketing manager at Clear Lam Packaging, based in Elk Grove Village, Ill.

DAWN FOOD PRODUCTS
dawnfoods.com
[ILLUSTRATION OMITTED]

Visitors to Dawn Foods Products learned about the company's Good, Better, Best approach to cakes, based upon the richness of the ingredients. "We have three new lines--our Triple Layer Cakes; Waterfall Cakes made with 'real' ingredients, like Madagascar vanilla and real ganache and chocolate liqueur in the batter; and Mousse on Mousse Tortes, featuring seven inches of real mousse and special details like a coffee infusion in the cake," said Julie Dunmire, director, marketing--US Frozen for the Jackson, Mich.-based company.

DECOPAC
decopac.com
[ILLUSTRATION OMITTED]

Decopac aims to be a one-stop shop for all of its customers needs. "We're focused on driving customer-focused solutions. Technology is a big piece of that and that's where our PhotoCake comes in," said Dewey Wahlin, vice president of marketing for the Anoka, Minn.-based company.

PhotoCake is a print-on-demand decorating solution that enables retailers to increase bakery efficiency and ensure they never miss a sale with the right character, theme or custom option that is perfect for each customer. Decopac offers the hardware, inks and printer supplies, edible paper, licensed images and frames, and DecoSet backgrounds for its retail partners. The PhotoCake blog features new products, inspiring ideas and information about the PhotoCake system enhancements.

**Deep in the heart of Texas: the 2016 Dairy-Deli-Bake Seminar & Expo in Houston rustled up lots of innovative products and merchandising ideas for retailers; FOC....**

DIETZ & WATSON

dietzandwatson.com

[ILLUSTRATION OMITTED]

Dietz & Watson officials were showcasing Dietz & Watson Original brand of bulk service deli lunchmeats made with proteins featuring "no antibiotics--ever" along with several organic items, including chicken breasts and hot dogs, as well as cheeses that are rBST-free. "Our current customers like and know they need these products, but we are also hoping to get new customers in the natural/organic grocery channel that we really didn't have access to before with our conventional items," said Lauren Eni, vice president of brand strategy at Philadelphia-based Dietz & Watson.

GONNELLA FROZEN PRODUCTS

gonnella.com

[ILLUSTRATION OMITTED]

Irish Soda Bread is not just for St. Patrick's Day anymore, with many retailers stocking it year-round as a breakfast bread. Officials at Gonnella Frozen Products have expanded upon that with a Lemon Blueberry Soda Bread that is offered for the summer and made with whole blueberries and real lemon peel. For the fourth quarter Pumpkin Raisin Soda Bread is being introduced. "With the increase of the popularity of pumpkin, we wanted to capture some of that and offer it to our retailers as a breakfast offering," said Meg McDonnell, vice president of sales for the Schaumburg, Ill.-based company. The breads are shipped as frozen raw dough that is baked off in the store.

GRECIAN DELIGHT

greciandelight.com

[ILLUSTRATION OMITTED]

Snacking and all-natural are the two major trends Grecian Delight is focusing on this year. That can be seen in the new Hummus Plus Snack Packs that pair fresh chicken with hummus in a single-serve pack, containing a spork and napkin, in three assorted flavors. "You see these all the time with pretzels and crackers, but this is a fresh chicken solution that is high protein," said David Gacom, vice president, retail sales and marketing for the Elk Grove Village, Ill.-based company.

Grecian Delight also debuted an all-natural Gyros Kit, containing pita bread, gyro meat and tzatziki sauce. It can be sold frozen or refrigerated in the deli, along with a complete line of new flatbreads in six varieties, including white and whole wheat pita, naan and lavash.

JAMES SKINNER BAKING CO.

skinnerbaking.com

[ILLUSTRATION OMITTED]

The range of new products runs the gamut from small to big at James Skinner Baking Co. Mini Danish have been introduced in 10-count strawberry, lemon, cherry, cheese and apple variety packs, available in an exclusive shingle tray that prevents sticking. On the other end of the spectrum, J. Skinner is rolling out 27-ounce large seasonal rings for fall and spring. The fall ring is a rotation of pumpkin, apple and cheese Danish, while the spring ring contains lemon, blueberry and raspberry. "These are a higher retail ring from $6.99 to $8.99 and are designed to pull apart," said Gary G. Kyle, chief sales and marketing officer for the Omaha, Neb.-based company. "All of our packaging is transitioning into an abbreviated sleeve that shows more of the product. We had many customers saying, 'your product is so beautiful why do you cover it up?'"

JENNIE-O TURKEY STORE

jennieo.com

[ILLUSTRATION OMITTED]

Natural was the key word at Jennie-O, with the company touting its new line of products free from phosphates and nitrates. Another new line is free from antibiotics and is veg-fed. "We have two products we are rolling out this summer, an applewood smoked and an oven-roasted," said Randy Braun, director of national accounts, Deli Division, at Jennie-O Turkey Store Sales, based in St. Cloud, Minn. Jennie-O has also introduced a line of refrigerated turkey snack sticks targeted to Millennials.

KLONDIKE CHEESE CO.

klondikecheese.com

[ILLUSTRATION OMITTED]

Heat has been a trend across all 1 food categories as consumers have been more willing to experience new flavors in recent years. Klondike Cheese Co. is heating up the cheese case with its Odyssey Sweet Heat Feta. "Customers looking to add a new dimension of heat to their dishes can achieve this with Odyssey Sweet Heat Feta," said Luke Buholzer, vice president of sales for the Monroe, Wis.-based company. "Our newest addition of feta provides a kick of flavor without washing out the rest of the meal."

Odyssey Sweet Heat Feta features red, green and habanero peppers that bring on the heat. Created from Wisconsin cow's milk and crafted authentically in the Greek tradition by Master Cheesemakers, it is available in a 6-ounce crumbled retail cup.

**Deep in the heart of Texas: the 2016 Dairy-Deli-Bake Seminar & Expo in Houston rustled up lots of innovative products and merchandising ideas for retailers; FOC....**

LINDAR

lindarcorp.com

[ILLUSTRATION OMITTED]

Lindar's food packaging solutions grabbed the attention of IDDBA attend ees, said Dave Fosse, director of marketing, key account development for the Baxter, Minn.-based company. OPTICA lenticular material for on-packing labeling and the Simply Secure line of tamper obvious food containers were two items in particular that caught the eye of retailers.

"The OPTICA lenticular material with on-package labeling and POS banner was received very well by retailers and processors at the IDDBA," Fosse said. "All attendees saw the eye-catching motion graphics that the OPTICA labels and banner can create to increase sales."

The Simply Secure bar and brownie packages are available in 8-, 12- and 16-count in two-piece and hinged varieties.

NESTLE PROFESSIONAL

nestleprofessional.us

[ILLUSTRATION OMITTED]

Retailers can turn excess proteins from the meat department into deli department gold with the new Home Meal Solutions Kits from Nestle Professional. Available in Stroganoff, Tuscan Cavatappi and Chipotle Macaroni & Cheese, the kits are shipped frozen in cases of four, and packaged in bags combining the pasta and sauce (Stroganoff features egg noodles packaged separately); retailers simply have to cook meat, add it to the sauce and package it. The kits also include pouches of shredded cheese.

Under its Minor's brand, Nestle Professional has introduced a line of Ready to Flavor products that are "tested ready-to-eat" allowing deli operators to enhance flavor across the menu without the added step of cooking. "This one container can make 25 gallons of soup, and you simply add frozen vegetables or any over production into the soups and you are ready," said John Ricci, corporate executive chef at Nestle Professional, based in Rogers, Minn. It is a very simple way to flavor. Just change your profile by whatever you have in-house. It would really take an extra 30 ingredients to make one of these sauces, so we simply take the stress out of the kitchen for the professional chef."

NORSELAND

norseland.com

[ILLUSTRATION OMITTED]

Norseland's Jarlsberg brand is the No. 1 brand of specialty cheese in the U.S., said John Sullivan, president and CEO of the Darien, Conn.-based company. "Today the biggest purchasing group are the Millennials, 18-to-30 year olds, who are not as familiar with specialty cheese because they're not at home entertaining yet. It's just not the world that they live in yet," Sullivan said. "Our objective has been to expose our brands to that group, who are a much more mobile group. Our strategic direction is to bring younger consumers to our brand, but it's not going to be with just a hunk of cheese. Were creating new versions of our product that are much more mobile, on-the-go and more convenient."

The brand's new Cheese Snacks are an example of how the company is meeting these needs. The individually wrapped cheese snacks are mild, mellow and nutty. About seven 6-ounce pieces come in the pack, which has a suggested retail price of $6.99.

ORGANIC VALLEY

organicvalley.com

[ILLUSTRATION OMITTED]

Organic Valley officials responded to the growing snacking trend by showcasing Grassmilk Yogurt in 6-ounce cups and Mighty Organic Beef Jerky.

"Both of these products hit on two important trends," said Dawn Burns, associate brand manager for the La Farge, Wis.-based company. "Consumers want simple, sensible and healthy snacks in the ready-to-eat category--in a word, convenience. Secondly, they want the great taste and amazing nutrition of 100 percent grass-fed meat and dairy. Our Grassmilk Yogurt and our Jerky are 100 percent grass-fed, and that means higher omega3s and CLAs. So with snacks like these, we can offer premium taste and quality and single-serve convenience in an organic snack--truly a win-win-win."

PEARL VALLEY FARMS

pearlvalleyfarms.com

[ILLUSTRATION OMITTED]

Cage-free eggs are the latest industry sensation, but Phil's eggs from Pearl Valley Farms have been cage-free since 1959. "Our Phil's DHA Omega-3 egg is one of the healthiest eggs in North America with 350-mg per egg of omega-3," said Mitch Cooper, marketing manager for Pearl Valley Farms, based in Pearl City, Ill. "Many egg cartons say they have X amount of omega-3, but you want to look at the DHA level. What people don't realize is that omega-3 and omega-6 share the same pathway into the bloodstream and if the ratio is too far skewed, benefits of the omega-3 negate themselves. On this egg we have a two-to-one ratio

of omega-6 to omega-3, creating an even pathway to the bloodstream." Phil's liquid eggs are being launched in half-pint, pint and quart cartons in the Midwest this summer.

PLACON

placon.com

[ILLUSTRATION OMITTED]

Placon is offering endless merchandising options to its customers with its GoCubes Insert Tray Packaging, said officials for the Madison, Wis.-based company. GoCubes are made with 100 percent post-consumer recycled material and feature five bases and three universal inserts available in clear and black. A universal clear anti-fog lid is also available.

"GoCubes containers are remarkably versatile and provide a custom feel to standard stock food packaging containers," said Jeff Lucash, vice president of sales. "Because wet and dry foods are separated, GoCubes also makes food stay fresher longer, ensuring high customer satisfaction. You can even use the base without the tray for even more packaging options."

RESER'S FINE FOODS

resers.com

Reser's Fine Foods is removing artificial colors, flavors and ingredients from many of its products this year. The company has also re-designed the packaging on its side dishes to offer a simplified, clean consumer-friendly offering. "We are also adding a little special flair to our products, like adding Gruyere cheese to our scalloped potatoes and Asiago cheese to our creamed spinach, and we have introduced a Hatch Green Chile version of our mashed potatoes," said John McCarthy, Jr., category manager for the Beaverton, Ore.-based company. "Hatch Green Chiles can only be grown in one valley in New Mexico and are known for their flavor and smell."

[ILLUSTRATION OMITTED]

Trends and flavor have also been added to Reser's service deli items. "We added elements that both consumers and retailers want, like a little more color and healthy benefits," said Nathan Roe, category manager. "Our Three Grain Edamame Salad has no artificial colors, flavors or preservatives in a unique combination of flavors. But we still offer traditional macaroni and potato salads because retailers still want their bread and butter."

RICH'S

richs.com

Rich's, based in Buffalo, N.Y., launched a variety of items across its product portfolio, which includes toppings, icings, cakes, desserts, pizza, appetizers and snacks. However, Rich's officials were excited to share the news about its line of clean label buttercremes, icings and cakes.

[ILLUSTRATION OMITTED]

"Shopper demand for clean labels throughout the grocery store is growing exponentially. Taste, indulgence and quality are paramount in desserts," said Ann Boyd, director of marketing, component desserts. "The Rich's Simply Bettercreme and Simply Allen clean label icings and cakes deliver the delicious indulgence shoppers crave with only a few simple clean ingredients."

SABRA

sabra.com

Sabra is tapping into a new occasion with the launch of its Sabra Spreads, which are hummus-based spreads made for sandwiches. While mayonnaise, mustard and ketchup top the list of preferred sandwich spreads, Sabra is aiming to tap into the market with its hummus-based spread that is 75 percent less fat than its leading competitor, mayo, which is made up of oils.

[ILLUSTRATION OMITTED]

"With the Sabra Spreads, were taking the classic American sandwich and elevating the flavors," said Eric Greifenberger, director of marketing for the White Plains, N.Y.-based company.

The spreads come in three flavors: Garlic Herb, Honey Mustard and Sea Salt & Cracked Pepper. The spreads are packaged in a squeeze bottle to make it easier for consumers to add it to their sandwich. They will be on store shelves nationally in the fall.

SANDERS

sanderscandy.com

[ILLUSTRATION OMITTED]

What is old is new again as Sanders reintroduces its Sanders Almond Tea Ring, a coffeecake that was very popular in the 1940s, '50s and '60s. The vintage packaging is shown on the back of the box. "We decided to bring back this product and make something that is retro back in style again. It is made with real almond paste and is a great product that can be merchandised frozen or thawed," said Walter Pilon, director of sales, bakery and frozen foods, at Clinton Township, Mich.-based Sanders. "It has a three week ambient shelflife. It brings back a lot of fond memories for people and we just wanted to bring it back." The cakes are sold frozen to retailers, six per case and is being introduced as a fourth quarter limited time offering.

**Deep in the heart of Texas: the 2016 Dairy-Deli-Bake Seminar & Expo in Houston rustled up lots of innovative products and merchandising ideas for retailers; FOC....**

SANDRIDGE FOOD CORP.

sandridge.com

[ILLUSTRATION OMITTED]

Sandridge Food Corp. manufactures more than 600 different items, but the company focused on key categories, including component kits. "Because we have HPP and sous vide items we can cook some items and cold pack some items into a nice component so all the retailer has to do is mix them together," said John Becker, senior director of marketing for the Medina, Ohio-based company. One area of concentration is fresh Mexican food. "Some retailers have approached us and said they would like to do a Chipotle-style station in their stores and we put together a Chipotle-like alternative," Becker said. "We had a store test it and they are now getting ready to roll it out to all of their stores."

SEALED AIR/CRYOVAC

SealedAir.com

[ILLUSTRATION OMITTED]

One downside to taking preservatives out of fresh breads is a shortened shelf life. Officials at Sealed Air Corp. have freshened up that problem with modified atmosphere packaging that backflushes a gas mixture of CO2 and nitrogen. "This gives you 30 to 40-plus days, depending on the bread," said Jerry Kelly, national business development manager--retail task force, at Sealed Air Corp., based in Duncan, S.C. "Bakery companies want to take preservatives out and by doing so you shorten the shelf-life. You counteract that with packaging that adds shelf life back into the product."

Another Sealed Air innovation showcased at IDDBA was packaging that splits a loaf of sliced bread into two separate airtight loaves, allowing one to stay sealed while the first half is consumed.

SNACK FACTORY

pretzelcrisps.com

[ILLUSTRATION OMITTED]

Snack Factory, the Skillman, N.J.-based division of Snyder's-Lance, combined smokey bacon flavor with the heat of habanero for its newest limited edition **pretzel crisps**. "Our limited batch Bacon Habanero **Pretzel Crisps** were created to meet the tastes of Millennials, who are embracing complex, bold and spicy flavors," said Eric Van De Wal, vice president of marketing at Clearview Foods Division of Snyder's-Lance. "We anticipate that this limited batch flavor will bring in new buyers for the brand, as sales of bacon flavored salty snacks have seen 600 percent growth since 2010, according to IRI."

[ILLUSTRATION OMITTED]

SUGAR CREEK

SugarCreek.com

[ILLUSTRATION OMITTED]

Officials at Sugar Creek were sweetening up retailers to sous vide--vacuum sealed proteins cooked for long periods of time in a water bath at lower than normal temperatures to achieve a consistent temperature throughout. "Sous vide lends itself to any kinds of proteins, vegetables and starches," said Jamie Edgington, brand manager for Sugar Creek, based in Cincinnati. "It is great for foodservice, the deli and back-of-the-house and right on trend with what we are seeing in the industry."

SWISS VALLEY FARMS

swissvalley.com

[ILLUSTRATION OMITTED]

The grass is greener at Swiss Valley Farms now that the Davenport, Iowa-based company has introduced a collection of grass-fed cheeses, including Grass-Fed Gouda, Grass-Fed Baby Swiss and Grass-Fed Maasdam, a Danish Alpine style cheese. "Grass-fed cheeses are a little higher in butterfat, a little creamier and have a different flavor profile because it is not blended milk, but milk all coming from the same farm that has the consistency of the grass," said Joseph Parente, national sales manager--foodservice at Swiss Valley Farms. "Because we're able to narrow down the farms where the milk is coming from, it helps keep it as clean as possible."

TH FOODS

crunchmaster.com

[ILLUSTRATION OMITTED]

TH Foods handed out samples of its single-serve crisps. The company selected its three best flavors-- Multi-Grain Crips in Sea Salt, and Multi-Seed Crisps in Original and Rosemary & Olive Oil--for the smaller bags. "The single-serve bags are better-for-you snacks for the on-the-go consumer," said Mary Jo Mackin, retail sales operations manager for the Loves Park, Ill.-based company.

The crisps feature 100 percent whole grain and are Non-GMO Project Verified and Certified Gluten-Free. Additionally, the vegan crisps are free from saturated fat, cholesterol and dairy. The company also touted its seasonal Sweet Potato & Sunflower oven-baked cracker in Cinnamon & Sugar flavor.

TYSON

**Deep in the heart of Texas: the 2016 Dairy-Deli-Bake Seminar & Expo in Houston rustled up lots of innovative products and merchandising ideas for retailers; FOC....**

tyson.com

Tyson took the opportunity to connect with its customers on a more personal level during the IDDBA show. Tyson opted out of showcasing its deli prepared foods line in favor of having conversations with its customers about what is going on in the industry and in the store, and how Tyson can help its retail partners find the right solution.

"We've got a lot of tools we're talking to consumers about," said Eric Le Blanc, director of marketing, deli prepared foods/bakery for the Springdale, Ark.-based company. "The conversation shouldn't be about what can I do to make you buy this product, but what can we talk about to collaborate."

An example of how Tyson is working to collaborate with its customers is through research the company is conducting to find the problem areas in retail. "The key is to ask the big questions, get an answer, take it and make it actionable for the customer," Le Blanc said.

WICK'S PIES

wickspies.com

[ILLUSTRATION OMITTED]

After more than 70 years, Wick's Pies is still making its five ingredient, clean label, Retail Baked and Retail Unbaked pie shells, which come in sizes eight, nine and 10. "Known for our line of pie shells from 3- to 10-inch in size, we have filled a gap by developing a 6-inch deep dish pie shell," said Dylan Wickersham, who handles sales and marketing for the Winchester, Ind.-based company. "This is a great product for single- or double-serve sweet pies and works great around a quiche or a pot pie for a deli/bakery department."

The company also introduced its Trans Fat Free Peanut Butter Pie (retail frozen) during the show.

**Load-Date:** August 2, 2016

End of Document



# Austin Health Expert and Entrepreneur Anne Reynolds Roberts Takes on Junk Food in Vending Machines.

PRWeb Newswire

April 8, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2016 Vocus PRW Holdings LLC

**Length:** 801 words

## Body

Austin, Texas (PRWEB) April 08, 2016

Longstanding health expert and entrepreneur Anne Reynolds Robertson is saying no to junk food and has launched a healthy vending business in the greater Austin market as a distributor of Vend Natural's Healthy Vending program (http://www.vendnatural.com). Inspired by the opportunity to bring healthy snacks and beverages to schools, community centers and hospitals in the area, Anne now operates healthy vending machines in area middle schools and will soon add machines in a private school, youth center and a university. Vend Natural's Healthy Vending Program offers local distributor partners with machines, products, such as smoothies, soymilk, fruit, vegetables, granola bars, baked chips and natural sodas, and service, all customized to meet the needs of the local market.

"With my passion and experience in understanding the effects of toxins and chemicals in our food, healthy vending appealed to me as a way to further impact our community in a positive way," said Robertson. "As an entrepreneur with a strong orientation on health and wellness, I am so pleased to be in a business where my values align with my work. Vend Natural's program allowed me to do just that."

Anne Reynolds Robertson currently operates machines in Hill Country Middle School (Eanes School District), where all four of her children graduated, and will be installing new machines at St.

Stephen's Episcopal School, West Austin Youth Association and Huston Tillotson University. Today at Hill Middle School, kids are snacking on veggie straws, **pretzel crisps**, pistachios, popcorn and orange juice instead of chips, candy bars and soda.

Robertson, a mother of four, first became inspired to learn about the connection between food and health when she moved into a new house with her husband and young children where several members of the previous family had passed away. With cancer on both sides of her family and a strong curiosity to understand the connection between toxins and health, Robertson began engaging with organizations aimed at educating the public about the risk of toxins and chemical exposures on health. This work has become a driving force in her life and today, in addition to operating her growing healthy vending business, she serves on the boards of the Sustainable Food Center (http://www.sustainablefoodcenter.org), Health Code ( http://www.healthcode.org), Mt. Sinai's Children Environmental Health Center ( http://www.cehcenter.org), My Safety Nest ( http://www.mysafetynest.org) and the Chemical Footprint Project ( http://www.chemicalfootprint.org).

Speaking about the addition of Robertson to the Vend Natural Healthy Vending family, CEO William H. Carpenter, Jr. said, "Anne is passionate about health and truly understands how what we eat and drink affects our health. You combine her dedication to raising awareness about these issues with her strong acumen as a businesswoman, and you have a terrific distributor/partner for our company. We support Anne in any way we can, said Carpenter.

Vend Natural ( http://www.vendnatural.com), the oldest healthy vending company in the industry, specializes in providing colleges, universities, municipalities, schools, hospitals and businesses with healthier snacks and drinks to combat skyrocketing rates of obesity for both adults and teenagers. Vend Natural's array of healthy snacks and drinks are available in their state-of-the-art dual-zone machines - that carry both snacks and chilled drinks. The high-tech and brightly colored Vend Natural machines carry a wide selection of both refrigerated drinks and ambient temperature snacks such as all natural chips and popcorn, low fat health bars, natural coconut water and more. The product assortment

**Austin Health Expert and Entrepreneur Anne Reynolds Roberts Takes on Junk Food in Vending Machines.**

also includes a full range of gluten-free, sugar free, high protein and lower fat products as well an assortment of fresh fruits, yogurt, organic fruit smoothies, cottage cheese and hummus.

About Vend Natural

Vend Natural, which today operated machines coast to coast, is America's oldest and fastest-growing healthy snacking company and is based in Annapolis, Maryland. The company was inspired by the vision of helping to transform eating patterns by providing healthy snacking alternatives in convenient vending locations across America. Specializing in placements in schools, hospitals and businesses, the company's commitment to growth is based on selecting sound locations, highly motivated distributors who share the vision for a healthier America and attracting, retaining and delighting customers who discover healthier products at exceptional values.For more information, visit          http://www.vendnatural.com.

Read the full story at          http://www.prweb.com/releases/2016/04/prweb13324994.htm

**Load-Date:** April 9, 2016

---

End of Document



# Baked potato dip

Arab Times

August 2, 2012 Thursday

Copyright 2012 Arab Times Kuwait English Daily Provided by Syndigate.info, an Albawaba.com company All Rights Reserved



**Length:** 60 words

## Body

Ingredients: 16 ounces sour cream 2 cups sharp cheddar cheese, shredded 1/3 cup thinly sliced scallions or chives Method: Combine all ingredients in a medium bowl and refrigerate for at least one hour before serving to allow flavors to meld together. Garnish with extra shredded cheese and chopped chives. Serve with your favorite potato chips or **pretzel crisps**.

**Load-Date:** December 6, 2012

End of Document



# WWE WrestleMania 32 Recap and Thoughts

The Camel Clutch Blog

April 6, 2016 Wednesday 2:10 PM EST

Copyright 2016 Newstex LLC All Rights Reserved

**Length:** 2569 words

## Body

Apr 06, 2016( The Camel Clutch Blog: http://camelclutchblog.com Delivered by Newstex) It was April 3rd and one of the biggest events of the year had arrived! Not only that, it was the same day as Wrestlemania 32! The other I'm mentioning is a friend's surprise 60th birthday party. After stuffing myself with calamari, chicken parmigiana with a side of pasta, and birthday cake, it was time for me to head over to the always fun gathering of friends to watch Wrestlemania 32. I arrived late missing the first of three kickoff matches.

Why three? I don't know. You'd think five hours would be plenty of time to get all eleven matches in but what do I know? I don't run these shows. I just enjoy watching them. Despite the lack of big name superstars on the card it turned out to be one of the best Wrestlemanias I've seen. I'd rank it in my top five all time Manias. There were surprise wins that had our heads scratching. The WWE superstars did their respective parts giving it their all for the fans. It was a hot crowd at AT...tadium and at my friend's basement. Pre-Match #1: Kalisto vs. Ryback - I missed the match in its entirety as I was coming from the surprise party. Based on my friends' feedbacks it was a good match. Good moves from both parties involved that included Ryback carrying Kalisto up the steps and into the ring. Kalisto won to retain the United States Champion. I like Kalisto with his high risk high flying moves. I'll watch this match when I get a chance. If I need to add anything else I'll do so in the future.I grabbed my first beverage of the evening while making my picks for our pool. For the record I gave my opening match by phone as I got off Route 422. Our host's son offer us Lay's biscuits and gravy potato chips. I liked it but if I wanted the full effect of biscuits and gravy I would go for the real thing that has loads of sodium, fat, and cholesterol. The crowd continues to arrive as the second pre-match begins. Pre-Match #2: Natalya, Paige, Brie, Alicia, Eva vs. Lana, Naomi, Tamina, Emma, Summer - Eva got hard heat from the crowd while cheering the heels. Emma's 180 degree makeover was much needed and hot! At first I didn't recognize Lana with the long flowing hair but her one piece purple outfit was sweet! Watching Summer's backside on the right side of the TV for most of the match was a nice distraction. The actual wrestling was entertaining with all the participants showing off their hair flying moves. Natalya's group wins the match. This match is a symbolic bridge from the end of the Divas Era to the Women's Era now that there's a new women's title belt. The change is needed with the influx of female talent in from NXT. I grabbed a slice of tomato pie while sampling a beer from growler that one of the guests brought over and recommended to us. I was full from lunch but not stuffed knowing I had to make room for more food. Beer was good by the way. Pre-Match #3: The Usos vs. The Dudley Boyz - Don't know why I picked the Dudleys to win this match. Maybe it's stuck in my head that the Usos have recently been underwhelming to me with their yelling and super kicks. They did have some neat high flying moves. It was a so-so match with The Usos winning the match. If I had to choose one kickoff match it would be this one. After the match, the Dudleys unearthed a pair of tables that's taking longer each time I see them. Unfortunately it backfired for the Dudleys as they were thrown on the tables and got pummeled through the tables. Thanks to Bubba Ray for sliding himself into position on the table. We're now at full house in the basement to start the actual Wrestlemania 32 pay per view! It's a hot crowd with the usual crew except our one buddy who had to work. And we thought everything in life stops for Wrestlemania Sunday. Neighbors came by along with a few kids to enjoy the pay per view. Our hostess presents us with a tray full of sodium and preservatives that included Lunchables lunch meats, cheeses, and **pretzel crisps**. Their house dogs Donald ...nnie was hoping to have some but had to be reassigned to another room. Us adults did a social shot of Jameson toasting to another Wrestlemania together. Intercontinental Ladder Match: Kevin Owens, Sami Zayn, Dolph Ziggler, Stardust, The Miz, Sin Cara,

Zack Ryder. If anyone actually, seriously thought Zack Ryder would win the Intercontinental Title, I would have laughed at you and would have continued to laugh into the next week. I feel the WWE bookers wanted to mess with the WWE Universe. Our bets were on Owens or Zayn to win this match. Great match! All of the participants were showing off their signature moves. Kudos to Sami Zayn taking two major bumps in his first Wrestlemania as a form of initiation to the big leagues. I loved Owens yelling at Zayn to go back to NXT. Great tribute when Stardust pulled out the black and yellow polka dot ladder in honor of his father Dusty Rhodes. Speaking of Stardust, he looked like he literally got bent in half outside the ring from a Sin Cara splash from jumping off the ropes and onto the ladder. As annoyed as I was getting my pick wrong, I was happy for Zack Ryder. He's a mid-card wrestler at best who will never forget this moment. How long he holds onto the title is the question. My gut feeling is not long at all but savor it for now. Great way to open Wrestlemania! All seven of them definitely earned their pay. Finished my first beer. The hostess made a wonderful, refreshing cocktail of Vodka, ice tea, mint, and lemons. Forgot what she called it but I loved it! Chris Jericho vs. AJ Styles - If you read my article a few weeks ago you know I was looking forward to this match. Did this match clinch a record for the most two counts in one match? The longer the match went the more uncertain I was on who'd win. Jericho and Styles could've gone for another half hour of two counts and would still be glued to the TV. Didn't have the energy as I hoped it would but a very solid match overall. Jericho carried most of the match but Styles came on later. A well-deserved win for Jericho. In hindsight I guess this makes sense because I'm expecting the WWE has big things planned for Styles this year. The loss here is a blip and seasoning before the bigger stage. I wish Styles carried the match a little more but I'll let it slide since he made a big debut at the Rumble. All of us had Styles as a gimmie to win this match. Wrong again! Had my first serving of roast beef sandwich with a slice of provolone cheese and a dash of horseradish with a side of macaroni salad. Yum! A bowl of Booty-O's would've been apropos with the next match but I'm fine with the stream of sodium and cholesterol. The New Day vs. The League of Nations - Felt a little off from picking the prior two matches wrong. I'm usually good at this and Wrestlemania is usually a face heavy win pay per view. Loved Xavier Woods' hair and another good performance with Francesca, the trombone. Good match but surprised at the ending of the League winning it. I told the gang that the WWE bookers are messing with us. We eventually know why that happened when the League called on any three wrestlers who could beat them. Cue the legends; HBK, Mick Foley, and Steve Austin. Big pops for HBK and Foley and a ballistic pop for Austin. Cool to see all three of them on one stage again. They did their ring cleaning and celebrated with Stevewisers; I think they were IPA's. Foley looked like he was already drunk. Is this the closest we'll ever see Austin inside the ring at Wrestlemania? Street Fight: Brock Lesnar vs. Dean Ambrose - Finally got this one right as Lesnar defeated Ambrose. Lesnar makes it look so easy suplexing Ambrose 13 times. Great groin shot by Ambrose who has become the WWE's version of Tommy Dreamer and The Sandman. It's anyone's guess who Lesnar will deal with next due to his part time schedule. As for Ambrose, he did great keeping up with Lesnar with the assistance of Chainsaw Charlie, bat wrapped in barbed wire, fire hydrant, and kendo stick. The crowd loves Ambrose; he took big bumps in this match. Speaking of Chainsaw Charlie, what would he actually do with a buzzing chainsaw in a match? The debate will continue as to where Ambrose will go next and who will he feud with this coming summer. He's proven himself time and again he's a main eventer. Memo to WWE - Your fans love Ambrose! Unbeknownst to me, my friend's daughter started a bad language count on her father that started at the Ambrose/Lesnar match. We had to avoid the obscenities as four young kids hung with us sporadically. Overall, we did pretty well except for a few accidental blurting outs but when I was their age I had already accumulated multiple obscenities. A lot of you readers can attest to that. Women's Title Triple Threat Match: Charlotte vs. Becky Lynch vs. Sasha Banks - I mentioned in my article about a week ago that I thought Banks would win the title. I should've gone with my gut instinct and pick Charlotte to win this match. Snoop Dogg walking out with Banks, her cousin, seemed to be a lock she would win. I knew Charlotte would win this match when she came out sporting a blue and white Ric Flair like robe we'd see back in the NWA days. They're booking Charlotte wonderfully! I'm feeling Charlotte will carry the belt for a long time as she leads the women's division with a new belt. Really good match between the three competitors as it looked like all three of them could've won it. In fact, my friend and I noticed the ref may have done a three count by accident when Lynch pinned Charlotte but no bell was rung. Ric Flair interfered at a key moment holding Sasha Banks' leg as Becky lynch tapped out to Charlotte's figure eight. Kids have either gone to bed or went home. Timing worked out as the conversations ventured in different directions from kick boxing, correct push up methods, and a story from our hostess about his husband wanting his toes clipped before sex. But I digress. Hell In A Cell: Shane McMahon vs. The Undertaker - This was a two plate entrance for both combatants. First plate when Shane and his kids came out I had roast beef and cheese with no bread. Plate number two was during Undertaker's entrance when I had a Kaiser roll dipped in au jus. Any who…the match…

Overall a simmering but good match in terms of pace and action but it's understandable considering their age and limited in ring action. Shane fared very well with the Van Daminator across the ring and jumping off the top of the cage and crashing onto the announcer's table when Taker moved out of the way. Amazing he was able to walk away from that. Taker wins and Vinny Mac retains control of Raw as I expected. I couldn't see Taker lose two Wrestlemanias in three years. Plus, there's the mystery of a Lockbox Shane McMahon brought up in the early stages of the feud. I have a feeling that will come into play. Congrats to Shane for another match of crazy moves and sacrificing his body for the good of the company. Bad language count after HIAC match is at 48. I must've missed the Hall of Fame roll call when I when up to the kitchen for more food. Andre The Giant Battle Royal - Baron Corbin won the Battle Royal in his Wrestlemania debut. Looking forward to his run in the WWE. Hopefully he'll be a real heel. I didn't see Corbin's name on the list when I typed up the pool twenty four hours earlier and I was busy socializing earlier in the day at the surprise party that I never checked the internet for updates and rumors. I picked Mark Henry to win this match since the event is in his home state of Texas. Just when we thought Tatanka was the surprise of the match, Shaquille O'Neal shows up to confront The Big Show only for the both of them to be dumped out by the other 18 contestants. It was convenient for Shaq since he was in nearby Houston for the Final Four. Had to be a last minute change since this match was supposed to be part of the kickoff. Mark Henry was mysteriously missing for a little while only to reappear and get thrown out shortly after that. It's close to 11:00 pm and I'm stuffed. The Dallas Cowboys cheerleaders come out for a dance when finally, The Rock arrives! He epitomizes the 'It' factor whether he's in the ring. Wondering what he was going to do with the flamethrower. He lit up his name in big steel like blocks. Arguably one of the all-time in ring personalities on the mike. The 'And millions' chants from the crowd was deafening. The Rock announced a Wrestlemania attendance record of 101,763. Bray Wyatt interrupts Rock's moment walking out to the beauty of darkness and thousands of lit cellphones. Rock's message to Wyatt could've had the makings of a face turn for Wyatt but instantly trashed that idea resulting in an impromptu match between The Rock and Erik Rowan that lasted a whopping six seconds. John Cena then shows up to a big pop. He looked a little reserved. Could it be he's not fully recovered from his injury? Or do I sense a heel vibe? As we're awaiting the main event match, all of us were doing our own version of pushups. I believe my version won; as it should have. My face was beet red when I stood up looking like I hadn't worked out in months but what would you expect after a day of eating, drinking, and not doing pushups in weeks? Because of this, I've come back to doing pushups. WWE Heavyweight Championship Match: HHH vs. Roman Reigns - We finally made it to the main event! Corny opening as the top WWE couple continue to make it about themselves. Didn't hear much of Stephanie McMahon rambling but it didn't matter to us as we were wrapping up our push up seminar/contest. That was more important. Stephanie had a bad hairdo and I was not a fan of the outfit but her legs looked nice.Now commonplace, Roman Reigns arrives to a chorus of boos while HHH arrives to a pop. I don't get the hate for Reigns but if he has to turn heel just do it! I'm annoyed Reigns gets pops as a heel and then booed as a face. Typical HHH match where he gets his spots of fist punches to Reigns' head. Is it the first time there's a German announcers table at Wrestlemania? Expected a ref bump but got cheers when Reigns speared Stephanie McMahon by accident. Reigns wins and becomes new champion. Interesting to see where this goes next. It's 11:50 pm and Wrestlemania is now in the history books! Final bad language count was 82. Our hostess packed a couple of roast beef sandwiches and a few slices of tomato pie to take home along with a PowerAde for the drive home. Walked into my house by 12:45 a.m. A great doubleheader Sunday of gatherings! Now it's back to reality of work and the all-important day after Wrestlemania Raw that will develop into the next phase of feuds for the Spring and Summer. WWE: The US Championship: A Legacy of Greatness Season 1[1] WWE: NXT's Greatest Matches Vol. 1[2] Grab discounted WWE DVDs, merchandise, t -shirts, figures, and more from the WWE Shop on Amazon.com[3] [ 1]: http://www.amazon.com/gp/product/B01AVSFW7G/ref=as_li_tl?ie=UTF8...p=1789...ative=390957...ativeASIN=B01 AVSFW7G...kCode=as2...=prowrerad-20 [ 2]: http://www.amazon.com/WWE-NXTs-Greatest-Matches-Blu-ray/dp/B017L9NBX0/ref=as_li_ss_tl?s=movies-tv...UTF8...=1459904208...1-2...words=wwe...kCode=ll1...=prowrerad-20 [ 3]: http://www.amazon.com/mn/search/?_encoding=UTF8...p=1789...ative=390957...ld-keywords=wwe...kCode=ur2...efix=WWE%2Caps%2C157...=prowrerad-20

**Load-Date:** April 6, 2016

**End of Document**



# Snyder's-Lance in NPD drive across eight US snacks brands.

just-food.com

March 31, 2016

Copyright 2016 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2016 Aroq Limited

**Length:** 297 words

## Body

Byline: Dean Best

Snyder's-Lance, the US snacks group, is to launch a raft of products across eight of its brands.

Notably, the company is adding to the range of gluten-free products it sells in the US.

It is, for example, launching gluten-free cookies under its Archway brand. US consumers will be able to buy gluten-free sandwich cookies under the company's Lance brand. It already sells Lance gluten-free crackers.

Snyder's-Lance is also adding "larger, deli-style" gluten-free **pretzel crisps** to its Snack Factory range.

Elsewhere, new flavours are being added to the group's Cape Cod, Late July Snacks and Eatsmart Snacks ranges.

"Snacking has become a new way of life as consumers have less time to sit down for big meals," Rod Troni, chief marketing officer at Snyder's-Lance, said.

As well as targeting US shoppers looking for "better-for-you" snacks, Snyder's-Lance said it was adding "premium" lines to its ranges, including a S'mores variant to its Snyder's of Hanover Sweet and Salty Pretzel Pieces line.

Troni added: "With our recent acquisition of Diamond Foods, our total company will have even more innovation in the future, including new items from Kettle Chips, Kettle Brand, Pop Secret, Emerald and Diamond of California."

--

Today (31 March) is the last day you can benefit from our special membership offer, through which you get 15 months of access to just-food.com for the price of 12 - and, along with giving you three months for free, you will also receive two exclusive research reports. Full details can be found here [link omitted].

This article was originally published on just-food.com on 31 March 2016. For authoritative and timely food business information visit http://www.just-food.com.

**Load-Date:** September 20, 2016

End of Document



# Aging beef an age-old process; Dry aging can drastically improve the flavor of beef

Monterey County Herald (California)

March 2, 2016 Wednesday

Copyright 2016 The Monterey County Herald All Rights Reserved

**Section:** B,B; Pg. 16

**Length:** 591 words

## Body

You've heard of aged beef. But what does it mean? Is the steer older? Is the meat processed a special way?

When beef is first cut, it doesn't have much flavor. But as cuts of beef sit in the open air of a butcher's cold locker, enzymes in the meat break down the muscle fibers to make it significantly more tender. The longer it sits, the more tender it becomes. This is called dry aging.

It's an expensive process because it takes time - two to four weeks. Because the meat surface becomes dry and discolored, it must be cut away before the beef can be sold. That can be a lot of waste.

With dry aging, water evaporates from the meat, so each cut can lose about 30 percent of its weight, thereby increasing the price per pound. Typically, you'll find this kind of beef only in fine steak houses or specialty markets.

Supermarkets also age beef, but they use a wet-aging process. The beef is vacuum-wrapped in plastic and allowed to sit only a couple of days. No water is lost, so the price per pound remains stable.

There's a huge difference between wet-aged and dry-aged beef. The first type has a watery flavor and a chewy texture, though it's certainly fine for home use.

The dry-aged meat has a richer, beefier flavor, and it almost melts in your mouth. This is why restaurant steaks almost always taste better than what you cook at home.

**Can you age it at home?**

You can easily find instructions about dry-aging beef at home. But I don't know that I'd try it myself. First, your refrigerator must be really, really clean. If it has any mold, the spores could land on the meat and spoil it.

You also must control for humidity (keep it at about 60 percent), and you must ensure the temperature remains between 32 and 36 degrees. That means opening the door can destabilize it. You could, however, use a small dorm-type refrigerator, keep the door closed on the meat for five days, and see how it works out.

But again, you're probably better off buying aged beef from a high-end market or just ordering it at a good steak house.

**Faves from TJ's**

What's your favorite Trader Joe's snack? One of mine is the Pound Plus dark chocolate bar. No, I don't eat it all in one sitting. (I could do it, though.) Rather, I break off a square and let it melt slowly in my mouth. I also use it for making ganache or for baking.

Pop Sugar, an online site, lists its own favorites, and I have to agree with many of them. For instance, the Raisin Rosemary Crisps are paper-thin slices of crispy fruit bread. They're delightful by themselves or topped with a dollop of creamy soft cheese. The sweet and savory combination does a little dance on your tongue.

The Dried Montmorency Cherries are another addiction. They're a sour type commonly used in pies, but the dried version can be chopped and used in cookies or hot cereals. Much better than the sweet cherries, I think.

Powerberries Trek Mix also gets my thumbs-up. The mix of chocolate-covered dried fruit and crunchy nuts is the right pick-me-up with afternoon coffee. I normally dip my own **pretzel crisps** in melted chocolate and let them harden up. But TJ's has the perfect packaged version of this salty-sweet-crunchy snack if you prefer to skip doing it yourself.

I love spice, so the Chili-Spiced Dried Mango is a good wake-up call for my palate. It's sweet and hot at the same time. Try it with a cold glass of beer or ale - preferably an IPA. Or if you prefer nuts with your beer, TJ's Mesquite-Spiced Roasted Almonds are a good smoky alternative. Addictive? Of course!

*Contact Donna Maurillo at sentinelfood@maurillo.com*

**Load-Date:** March 2, 2016

---

End of Document



# Hamin Hardware opens in Nekoosa

Central Wisconsin Sunday

January 17, 2016 Sunday, 1 Edition

Copyright 2016 Central Wisconsin Sunday All Rights Reserved

**Section:** NEWS; Pg. B7

**Length:** 379 words

**Byline:** By, USA TODAY NETWORK-Wisconsin

## Body

NEKOOSA - Chad and Tammy Hamin have opened Hamin Hardware & Supplies at 232 Market St. in Nekoosa.

The business offers a variety of items like sporting goods, CAT and Carhart clothing, primitive decor, high visibility apparel, plumbing and electrical supplies, spray paint, shovels, brooms, nuts, bolts, screws, eye and ear protection and bird seed and feeders. Tammy Hamin said more merchandise is being added, and that items not found in the store can be special ordered.

Hamin Hardware & Supplies is open from 8 a.m. to 5:30 p.m. Monday through Friday, and from 9 a.m. to 2 p.m. Saturday.

For more information, call 715-886-4340 or find them on Facebook.

PJ's-SentryWorld unveils new menu

STEVENS POINT - PJ's-SentryWorld restaurant recently unveiled an revised menu.

The popular wood-oven pizza selection has added the PJ's White with Swiss chard, caramelized onions, bacon, red pepper, and goat cheese alfredo, along with the Wild Mushroom with fontina and Parmesan cheese, rosemary and olive oil.

There's options like the PJ's Signature Burger, an in-house ground third-pound burger topped with blue cheese, bacon and onion strings on a toasted brioche bun and served with fries. There's also the restaurant's take on the classic grilled cheese and soup, with the sandwich made using aged white cheddar on grilled sourdough, also served with fries. Customers can choose to pair it with the soup of the day or the beer cheese soup which is made with four-year cheddar, sharp cheddar and New Glarus Spotted Cow beer and is topped with **pretzel crisps**. French onion soup can be substituted for an additional charge.

For those looking for a lighter option, there's items like the Fig Salad featuring arugula, spinach, figs, blue cheese, walnuts, red onion and maple dressing.

PJ's-SentryWorld, formerly known as the Sport Plate at 601 Michigan Ave. N in Stevens Point, opened in September 2014 as part of a complete 18-month renovation of the 60,000-square-foot, 30-year-old SentryWorld Sports Complex intended to remake the facility into a premier site for events such as weddings and conferences.

Dining hours at PJ's are from 11 a.m. to 10 p.m. Sunday through Thursday, and from 11 a.m. to 11 p.m. Friday and Saturday. For more information, call 715-345-1600 or find them on Facebook.

Hamin Hardware opens in Nekoosa

**Load-Date:** January 21, 2016

---

End of Document



# Local Entrepreneurs Impact the Community with Healthy Vending Machines: Janae and Eddie Collier-Green Launch Vend Natural Program in Greater Cincinnati

Pharma & Healthcare Monitor Worldwide

January 14, 2016 Thursday

Copyright 2016 Global Data Point. Provided by Syndigate Media Inc. All Rights Reserved



**Length:** 775 words

## Body

(PRWeb) - Two young, health-focused entrepreneurs, Janae and Eddie Collier-Green, have launched a healthy vending business in the greater Cincinnati market as distributors of Vend Natural's Healthy Vending Program. Inspired by the opportunity to bring healthy snacks and beverages to schools, community centers and hospitals in the area, Janae and Eddie, 24 and 26 respectively, now operate healthy vending machines in middle and high schools and health centers around Cincinnati with plans to expand in the area in the next year. Vend Naturals Healthy Vending Program offers local distributor partners with machines, products, such as smoothies, soymilk, fruit, vegetables, granola bars, baked chips and natural sodas, and service, all customized to meet the needs of the local market.

Eddie and I were looking for ways to make a difference in our community, especially with young people, said Janae. Both of us are passionate about health and wellness and wanted to find a business where we could positively impact children and adults while growing a business we care about. Vend Naturals program allowed us to do just that and we are excited about bringing healthy snacks and drinks to our hometown area.

The Collier-Green Vend Natural team, both of whom are pursuing advanced degrees in health-oriented fields, currently operate machines at Glen Estate High School and Middle School and Amelia Middle School. There, kids are snacking on veggie straws, **pretzel crisps**, pistachios, popcorn and orange juice instead of chips, candy bars and soda. Knowing the importance of good nutrition on learning outcomes, the Collier-Greens focused first on schools but plan to expand into medical centers, health clubs and other businesses and community venues where kids and adults spend time and can make more deliberate choices about eating and drinking healthier alternatives. Anderson HealthPlex, another Vend Natural healthy machine location, will be adding machines next month and Western Hills HealthPlex has just signed to bring healthy vending to their patients, employees and staff.

Speaking about the youngest distributor partners in the Vend Natural Healthy Vending family, CEO William H. Carpenter, Jr. said, Janae and Eddie are a remarkable team. Together they bring both a fervor for transforming how their community snacks and drinks along with a strong business acumen and entrepreneurial, out-of-the-box thinking. They are a model partner for our company and we support their efforts in Cincinnati in any way we can, said Carpenter.

Local Entrepreneurs Impact the Community with Healthy Vending Machines: Janae and Eddie Collier-Green Launch Vend Natural Program in Greater Cincinnati

Vend Natural, the oldest healthy vending company in the industry, specializes in providing colleges, universities, municipalities, schools, hospitals and businesses with healthier snacks and drinks to combat skyrocketing rates of obesity for both adults and teenagers. Vend Naturals array of healthy snacks and drinks are available in their state-of-the-art dual-zone machines  that carry both snacks and chilled drinks. The high-tech and brightly colored Vend Natural machines carry a wide selection of both refrigerated drinks and ambient temperature snacks such as all natural chips and popcorn, low fat health bars, natural coconut water and more. The product assortment also includes a full range of gluten-free, sugar free, high protein and lower fat products as well an assortment of fresh fruits, yogurt, organic fruit smoothies, cottage cheese and hummus.

About Vend Natural

Vend Natural, which today operated machines coast to coast, is Americas oldest and fastest-growing healthy snacking company and is based in Annapolis, Maryland. The company was inspired by the vision of helping to transform eating patterns by providing healthy snacking alternatives in convenient vending locations across America. Specializing in placements in schools, hospitals and businesses, the companys commitment to growth is based on selecting sound locations, highly motivated distributors who share the vision for a healthier America and attracting, retaining and delighting customers who discover healthier products at exceptional values.

The company is known for its innovative and environmentally-sensitive vending machine design offering state-of-the art, dual temperature-zoned, energy efficient machines that hold a large variety of both natural organic snacks and beverages. Vend Natural is also known for its fresh, bright, signature machine graphics featuring large, appealing illustrations of grapes, raspberries and its tag line, Snack Better. Live Better. Vend Natural was awarded Entrepreneur of the Year award in Maryland for 2010. For more information, visit http://www.vendnatural.com . 2016 Global Data Point.

**Load-Date:** January 14, 2016

---

End of Document



# Food & Drink Notes: Holiday treats

The State (Columbia, South Carolina)

December 22, 2015 Tuesday

Copyright 2015 The State All Rights Reserved



Found on TheState ® com

**Section:** local_events

**Length:** 493 words

**Byline:** The State

# Body

Rise Gourmet Goods & Bakeshop in Five Points has caught the holiday spirit.

Stop in and try the new holiday-themed treats (available through the end of the year): Egg Nog Cream Puffs, Panatonne Bars and Peppermint Meringues. They're perfect to bring to a holiday drop-in.

In the cold-case, you'll find some new dips and spreads to make holiday entertaining just a little bit easier. The caramalized Onion and Spinach Artichoke dips pair with freshly baked baguettes, fines herbes crostini, housemade crackers or everything bagel **pretzel crisps**.

While you're there, check out their collection of Gourmet Gift Baskets (from $45-$75, limited supply). Each basket features a selection of Rise's packaged goods, combined with some of Chef Sarah Simmons' favorite products from her chef friends from around the country.

Rise Gourmet Goods & Bakeshop, 926 Harden St. ,

You deserve some chocolate. Joseph Vernon's Evolution Through Chocolate handmade truffles can be purchased from noon-4 p.m. Thursday, Dec. 24 at Crescent Cacao.

Vernon takes the idea of truffles to the sublime with unique and tasty flavor combinations. Sneak a box (or two) under the tree for someone you love - or, better yet, as a reward for yourself. Follow Vernon on .

Crescent Cacao, 3015 Millwood Ave., next to Revente

Restaurant news

Longhorn Steakhouse has a new Winter Peak Season menu of three new items created to highlight the best ingredients of the season. On the menu: White Cheddar & Bacon Dip (Vermont white cheddar with bacon and green onion, topped with applewood-smoked bacon, cheddar jack cheese and served with crispy flatbread); Pecan Praline Sweet Potato Casserole (brown sugar-mashed sweet potato with a pecan praline topping); and Black Forest Lava Cake (warm dark chocolate cake with cherry filling, topped with cream cheese icing and finished with chocolate and raspberry drizzle). New to the list of entrees is the Lobster Hollandaise Filet (tender center-cut filet of beef topped with lobster meat and lobster hollandaise sauce over steamed asparagus, served with a choice of side and hand-chopped salad).

Food & Drink Notes: Holiday treats

Owners of Knoxville, Tenn.-based The Casual Pint craft beer market franchise have announced plans to open three stores in Columbia starting in spring 2016 - the first of which will locate at 807 Gervais St. in the Vista.

"The six breweries and the overall craft beer enthusiasm in Columbia make moving to the area a no-brainer," said Nathan Robinette, chief executive of The Casual Pint.

Owner, operator and local entrepreneur Doug Harmon began the process of opening the newest Casual Pint franchise in Columbia in late September. Harmon is quick to point out that The Casual Pint is not a bar, but "a beer cafe." Casual Pint features features hundreds of bottled local, domestic and international brews as well as a rotating tap wall for take-home growlers and on-site tastings in a dedicated bar area.

Janet Jones Kendall contributed.

Susan Ardis, sardis@thestate.com

**Load-Date:** December 22, 2015

---

End of Document

# 8 Holiday Pretzel Recipes That Parents Can Make With Kids

Wall St. Cheat Sheet

December 14, 2015 Monday 10:20 PM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 1165 words

**Byline:** Perri O. Blumberg

## Body

Dec 14, 2015( Wall St. Cheat Sheet: http://wallstcheatsheet.com/ Delivered by Newstex) <nl/> Infuse some crisp, crunchy fun into father-child cooking time with these playful and tasty pretzel recipes that kids, and kids at heart, will devour and adore. We tapped Pretzel masterminds at Snack Factory **Pretzel Crisps**[1] for sweet and salty (and yes, there will be chocolate!)

 recipes that create easy-to-make edible treats (that also work great as handmade gifts). Be prepared to get your crunch on.<nl/>1. Chocolate peanut butter **pretzel crisps** bites<nl/>Source: **Pretzel Crisps**<nl/><nl/>Recipe Courtesy of Jessica Segarra, TheNoviceChefBlog.com[2]<nl/> Ingredients:<nl/> 48 original **pretzel crisps** 1 cup creamy peanut butter 2 tablespoons butter, softened 1/2 cup brown sugar 1 1/2 cups powdered sugar 10 ounce semi-sweet chocolate, chopped Fluer de Sal, to taste<nl/> Directions: In a stand mixer, combine peanut butter, butter, brown sugar, and powdered sugar till well combined. Roll peanut butter mixture in 1 inch balls and smash in-between two pretzels. In a medium bowl, microwave semi-sweet chocolate in 15 second increments, until melted.<nl/>Line countertops with wax paper and dip half of pretzel sandwiches in melted chocolate and set on wax paper. Sprinkle with fluer de sal and let chocolate harden. Serve immediately or store in an airtight container for up to 3 days.<nl/>2. Chocolate peanut butter **pretzel crisps** fudge<nl/><nl/> Source: **Pretzel Crisps**<nl/> Recipe Courtesy of Nikki Dinki<nl/>Ingredients:<nl/> 2 1/2 cups original **Pretzel Crisps**, broken into pieces 6-8 original **pretzel crisps**, whole to top 1 (14 Ounce) can sweetened condensed milk 1 (12 Ounce) bag semi-sweet chocolate chips 1 teaspoon vanilla 1 (10 Ounce) bag peanut butter chips (reserve 2tbs for top) 1/2 teaspoon salt<nl/> Directions: Combine sweetened condensed milk and chocolate chips in a pan over medium low heat and stir until chips are completely melted. Add vanilla and stir to combine. Let cool slightly then add **Pretzel Crisps** pieces, stirring to combine.<nl/>Add peanut butter chips and stir until combined thoroughly. Pour into a 8.5-by-11 inch pan and pat down to make fudge even. Arrange whole **Pretzel Crisps** and extra peanut butter chips on top. Let harden at room temperature or in the fridge. Cut and enjoy! <nl/><nl/>3. Dirt dessert<nl/>Source: **Pretzel Crisps**<nl/> Ingredients:<nl/> Original **Pretzel Crisps** Chocolate spread Oreo cookies Gummy worms<nl/> Directions: Cover **Pretzel Crisps** with chocolate spread. Top with crumbled Oreo cookies and a gummy worm.<nl/>4. **Pretzel Crisps** wreaths<nl/>Source: **Pretzel Crisps**<nl/> Ingredients:<nl/> Original **Pretzel Crisps** Green candy melts White chocolate melts Food coloring<nl/>Directions: Break **Pretzel Crisps** in half and dip into green candy melts or white chocolate and food coloring. Layer them into a circle as you dip them, then cover in sprinkles. Sprinkles can match your holiday color! 5. Chocolate Santa hat **Pretzel Crisps**<nl/>Source: **Pretzel Crisps**<nl/> Ingredients:<nl/> Dark chocolate ...ppermint **Pretzel Crisps** Red candy melts White candy Sprinkles Sanding sugar<nl/>Directions: Dip **Pretzel Crisps** in red candy melts. For pointed hats, drizzle a triangle extending off of the top of the **Pretzel Crisps**. Once hardened, drizzle a line across bottom and shake white sprinkles or sanding sugar on top. Shake off excess. Use any white candy and glue to tip off hat with more candy melt.<nl/><nl/>6. Chocolate rice cereal treats<nl/>Source: **Pretzel Crisps**<nl/> Ingredients:<nl/> Original **Pretzel Crisps** minis 1 cup corn syrup 1 cup sugar 1 cup peanut butter 6 cups any rice cereal 6oz or 1 cup semi-sweet chocolate morsels<nl/> Directions: Combine corn syrup and sugar in a large saucepan and cook over medium heat, stirring frequently, until sugar dissolves and mixture begins to boil. Remove from heat and stir in peanut butter, mixing well. Add rice cereal and stir until well coated.<nl/> Press mixture into 13 x 9 x 2-inch pan coated with cooking spray and set aside. Melt

chocolate morsels in a saucepan over low heat, stirring constantly and then spread evenly over cereal mixture. Let stand until almost firm and then press Original **Pretzel Crisps** Minis into the chocolate on top. Cut into squares once cool.<nl/>7. Dark chocolate and Peppermint **Pretzel Crisps** brownie trifle<nl/>Recipe courtesy of Recipe Farm<nl/> Ingredients:<nl/> 1 box fudge brownie mix 1 - 4 ounce bag Dark Chocolate ...ppermint **Pretzel Crisps** 3 cups whole milk 2 packages (3.9 oz.) chocolate instant pudding 1 tub (11 oz.) whipped topping, divided Crushed peppermint, for garnish<nl/> Source: **Pretzel Crisps**<nl/> <nl/> <nl/> Directions: Heat oven to 350 F (325 F for dark or nonstick pan). Grease pan with butter or nonstick spray. In a medium bowl, mix brownies as directed for fudge brownies, using water, oil and eggs. Bake as directed. Cool completely, about 1 hour. Once brownies are cooled, cut into 1-inch cubes and set aside.<nl/> Then in a medium bowl, beat milk and pudding mixes with whisk for 2 minutes, or until thickened. Stir in 1 cup whipped topping. Place 1/2 of brownie cubes in 2-qt. bowl. Top with a layer of Dark Chocolate ...ppermint **Pretzel Crisps**, followed by half of the pudding mixture and another layer of whipped topping. Repeat all layers. Sprinkle the top with crushed peppermint and one whole **Pretzel Crisps**. Refrigerate until ready to serve. <nl/> <nl/> <nl/> <nl/> <nl/>8. Peppterminty **Pretzel Crisps** parfaits<nl/>Source: **Pretzel Crisps**<nl/> Ingredients:<nl/> White Chocolate Peppermint **Pretzel Crisps** Decorative sprinkles Whipped cream Cubes of cake<nl/> Directions: In a mini jar, layer decorative sprinkles, homemade whip cream, broken pieces of white chocolate Peppermint **Pretzel Crisps**, and cubes of cake. Optional: Use food coloring to dye your whip cream and cake for your favorite holiday color for a more festive look.<nl/> Follow Perri on Twitter @66PerriStreet[3].<nl/>More from Culture Cheat Sheet:<nl/>Cook to Get Cut: 5 Surprisingly Tasty Cauliflower Recipes[4] 3 Reasons Why Everyone Needs to Visit a Roller Coaster Park[5] 6 Easy Crockpot Recipes That Will Help You Build Muscle[6]<nl/> Want more great content like this? Sign up here[7] to receive the best of Cheat Sheet delivered daily. No spam; just tailored content straight to your inbox.<nl/> Read the original article from The Cheat Sheet[8]<nl/> [ 1]: http://www.pretzelcrisps.com/ [ 2]: http://www.thenovicechefblog.com/ [ 3]: https://twitter.com/66perristreet [ 4]: http://www.cheatsheet.com/culture/cook-to-get-cut-5-surprisingly-tasty-cauliflower-recipes.html/ [ 5]: http://www.cheatsheet.com/health-fitness/3-reasons-why-everyone-needs-to-visit-roller-coaster-park.html/ [ 6]: http://www.cheatsheet.com/culture/6-easy-crockpot-recipes-that-will-help-you-build-muscle.html/ [ 7]: http://www.cheatsheet.com/members/index.php?r=register...=CTA [ 8]: http://www.cheatsheet.com/culture/8-holiday-pretzel-recipes-that-parents-can-make-with-kids.html/

**Load-Date:** December 14, 2015

---

End of Document



# Fantastic Sams reopens in Plover

The Stevens Point Journal (Wisconsin)

November 23, 2015 Monday, 1 Edition

Copyright 2015 The Stevens Point Journal All Rights Reserved

**Section:** NEWS; Pg. A1

**Length:** 535 words

## Body

Editor's note: On the Job is a report by Stevens Point Journal Media business reporter Nathan Vine

PLOVER - Fantastic Sams hair salon at 1820 Plover Road in Plover has been revived by a new owner, Kasandra Mathews.

Mathews said the business reopened this past summer. She has worked in the salon industry for about eight years, previously worked in a Fantastic Sams, and also owns her own appointment-based salon, Studio M, which is located at 1913 Baker Street in Wisconsin Rapids.

"It was always my 10-year goal to open a Fantastic Sams, and this was just a great opportunity," said Mathews.

Sam Ross opened the original Fantastic Sams salon back in July 1974 in Memphis, Tennessee. Since then the business has grown into one of the world's largest full-service hair care salons, with 1,100 franchise locations throughout North America.

Mathews said the salon, which has 10 employees, offers everything from haircuts, coloring, perms, and waxing.

Fantastic Sams in Plover is open from 9 a.m. to 6 p.m. on Monday and Friday, from 9 a.m. to 8 p.m. Tuesday through Thursday, from 9 a.m. to 5 p.m. on Saturday, and from 10 a.m. to 3 p.m. on Sunday. For more information, please call 715-344-0351. You can also find them on Facebook by searching "Fantastic Sams Plover WI." For more information on Studio M salon, please search "Studio M Salon" on Facebook.

PJ's-SentryWorld unveils new menu

PJ's-SentryWorld recently unveiled a new menu, giving customers of the restaurant an opportunity for some new experiences this fall.

The popular wood-oven pizza selection has added the PJ's White with Swiss chard, caramelized onions, bacon, red pepper, and goat cheese alfredo, along with the Wild Mushroom with fontina and parmesan cheese, rosemary and olive oil.

There's options like the PJ's Signature Burger, an in-house ground third-pound burger topped with blue cheese, bacon and onion strings on a toasted brioche bun and served with fries. There's also the restaurant's take on the classic grilled cheese and soup, with the sandwich made using aged white cheddar on grilled sourdough, also served with fries. Customers can choose to pair it with the soup of the day or the beer cheese soup which is made with four-year cheddar, sharp cheddar and New Glarus Spotted Cow beer and is topped with **pretzel crisps**. French onion soup can be substituted for an additional charge.

For those looking for a lighter option, there's items like the Fig Salad featuring arugula, spinach, figs, blue cheese, walnuts, red onion and maple dressing

Fantastic Sams reopens in Plover

PJ's-SentryWorld, formerly known as the Sport Plate at 601 Michigan Ave. N., opened in Sept. 2014 as part of a complete 18-month renovation of the 60,000-square-foot, 30-year-old SentryWorld Sports Complex intended to remake the facility into a premier site for events such as weddings and conferences.

Dining hours at PJ's are from 11 a.m. to 10 p.m. Sunday through Thursday, and from 11 a.m. to 11 p.m. Friday and Saturday. The restaurant will be closed for maintenance on Monday and Tuesday and for Thanksgiving. For more information, call 715-345-1600 or find them on Facebook.

Nathan Vine can be reached at 715-345-2252 or nathan.vine@gannettwisconsin.com Find him on Twitter as @NathanAVine.

**Load-Date:** November 23, 2015

---

End of Document



# Winnng Game Plans

The Progressive Grocer

November 2015

Copyright 2015 Stagnito Media Food Group All Rights Reserved

**Length:** 17531 words

**Byline:** Jim Dudlicek

## Body

Shopper-centricity is the ultimate prize for the winners of PG's 2015 Category Captains Awards.

Sell the sizzle, not the steak.

This catchphrase, coined by stockbrokers in the 1980s, is taking on an almost literal relevance in the current era of grocery retailing.

Supermarket shoppers don't just want the steak - they also want to know how to prepare it, what's the best cut for a specific occasion, how to garnish it, what else to eat with it, what to drink with it, how to present it. The retailer that can deliver on all of that in the most effective manner - whether brick-and-mortar, e-tailer or hybrid - is going to wind up the winner.

The concept of category management is undergoing a historic transformation. The cutting-edge concepts that emerged some 20 years ago are being rewritten to take better advantage of the advancements in data collecting, technology and shopper marketing that have emerged in the past two decades.

Retailers and suppliers need to look beyond the aisle toward shopper-centric solutions that encompass multiple departments through creative cross-merchandising. The idea of occasion-based retailing to satisfy specific need states - from snacks to parties to the evening meal - is the new order of the day. The rise of multiple new channels that have tipped the scales away from traditional supermarkets' long-held dominance over grocery shoppers make such innovation a must for retailers to remain relevant in an age when consumers want it now, and they want it their way.

In their 19th year, Progressive Grocer's Category Captains awards honor CPG companies for category management prowess, demonstrated through their partnerships with grocery retailers.

This year, there were 80 total winners among those selected as Category Captains, our top honor, and Category Advisors, our honorable-mention designation.

Creating Destinations

In every department of the store, suppliers continue to show their understanding of retailers' needs to address shopper demands and offer innovative ways to achieve them, elevating the visibility and relevance not simply of their own brands, but also of their entire categories and, increasingly, other categories store-wide.

As retailers and suppliers work to further unravel the mysteries of Big Data, shopper analytics are becoming an increasingly important guide on how to deliver solutions. Excelling with insights are brands like Tyson in deli prepared foods, Idahoan in center store, Smucker's in organic juices and Pharmavite in vitamins and supplements.

Destinations are a growing theme. For example, Bimbo USA is building sales in the bread aisle for its retail partners through customized assortments. Gallo Winery is scoring with store-within-a-store merchandising. Smucker's is

generating new excitement for baking mixes with occasion-based strategies. Kellogg's offers its retailers a Healthy Living destination within the frozen department, where a boost is definitely needed. And Nestlé Purina is helping re-establish the pet aisle as a destination in the grocery store.

Meanwhile, in a mature category like canned tuna, Bumble Bee is leveraging trends for snacking, protein and variety with new flavors and convenience packaging.

Health and wellness continues to rise as a need state in multiple departments. Enjoy Life Foods, now backed by new owner Mondelez International, demonstrates leadership in free-from foods, helping its retail partners engender loyalty among allergen-sensitive consumers. Fresh Express is driving the bagged salad category with functional products. Abbott and Bayer are creating need-based destinations throughout the in-store pharmacy.

Working together to understand consumer behavior is a crucial element for retailers and manufacturers to deliver sustainable category growth. Such partnerships will be essential for grocers to remain relevant and generate excitement for a consumer base that increasingly demands turnkey solutions that transcend traditional aisle boundaries.

GROCERY - FOOD & BEVERAGESAlcoholic Beverages - Beer

Category CaptainAnheuser-Busch

Anheuser-Busch used its Retail Feature Tool to help its partners better execute their feature advertising strategies. Since beer is a high-traffic category with anywhere from 200 to 600 SKUs in a set, retailers are faced with many choices in their planning. Additionally, they must navigate laws that restrict contracts and market-level pricing. Anheuser-Busch's tool divides the category according to its key segments (premium, import, craft, value and premium plus) and pack sizes; then it analyzes beer data according to household penetration and total dollar distribution. If retailers want to go further, they can look at data on a national, regional or local level. The tool also leverages previously unavailable data collected through the use of InfoScout's mobile panel. This allows retailers to better connect to their beer shoppers, and ultimately execute the best advertising combinations in individual markets. Retailers using the tool are seeing increases in traffic and incremental rises in beer dollars. Earlier this year, one retailer in a top metropolitan market implemented a feature program based on the tool's analysis. In the two months since the program's launch, retail beer dollars are up 8.5 percent, incremental sales dollars from beer features are up 65.1 percent, and the retailer's share of market is up 0.8 percent, which is nearly $50,000 per week in beer sales.

Alcoholic Beverages - Beer

Category AdvisorMillerCoors

MillerCoors added excitement to the beer category this year with its Grilling with Guy program. The company joined forces with restaurateur Guy Fieri to create a customizable program in which retailers could leverage beer-related recipe content from the Grillwithguy.com mobile site. Many grocers created occasion-based displays - some out of the beer department - providing an impulse-shopping and basket-building opportunity. Shoppers could engage digitally in the store on their mobile devices, or through Tweets and Facebook posts by Fieri himself. Some of the country's leading grocers got on board with the program, including one regional chain that integrated the program into its weekly ad. Another regional chain tested the program during a special burger promotion, and then decided to go full-force after seeing the positive results. In a similar vein, several grocers tied the program into the football season and saw sales in meat increase as a result.

Alcoholic Beverages - Wine

Category CaptainE&J Gallo Winery

As wine consumption continues to grow, E&J Gallo Winery has urged its retailer partners to re-examine their department strategies to ensure they're meeting shopper needs. To better understand the category, the wine maker conducted the largest-ever study on optimizing the retail environment for beverage alcohol. This study examined every aspect of beverage alcohol strategy, from department location and configuration to display optimization and

cross-merchandising. Gallo found that the wine department performs best when configured in a store-within-a-store format merchandised using multiple gondolas. Meanwhile, one of the best display locations for wine is the produce department, due to the heavy cross-purchasing behavior there. These findings, along with the rest of the insights gained from its research, allowed Gallo to better advise its retail partners. Shortly after the research was completed, Gallo conducted a full chain analysis with a customer, and ended up identifying new opportunities to help it compete more successfully. Gallo ultimately helped the retailer grow the category to capture its fair share of the market, while also growing the important premium-plus-price segment and supporting local brands. In the first 14 weeks since implementing changes, the total wine category was up 30 percent (versus 2 percent pre-test), with average weekly sales growing by more than 23 percent. The department reinvention saw such great success that the retailer plans to continue expanding the concept.

Baby Food & Consumables

Category CaptainNestlé Nutrition

Nestlé Nutrition's Gerber brand continued to bring category management insights and consumer innovation to the infant nutrition category in the past year. The company released a "Path to Purchase" study to its retailer partners during the second quarter of 2015, summarizing the impacts of mothers' decisions to shop at certain retailers, buy certain brands and purchase certain product segments. The study included important insights on how moms' online activity plays an important role. In terms of product innovation, in the spring Gerber introduced new "Lil' Bits" 3rd Foods fruit-and-vegetable purée recipes in plastic tubs. Post-launch results show that 3rd Foods plastic tubs have been more productive than Stage 3 glass-packaged purées.

Baking Ingredients - Mixes

Category CaptainThe J.M. Smucker Co.

The baking mix category has experienced flat or declining sales in the past few years, so the category management team at The J.M. Smucker Co. worked to uncover new ways to engage shoppers and reverse the trend. Its research found that baking continues to evoke positive emotions, and that shoppers are motivated to bake for specific occasions. Some of the barriers to baking, however, include time and perceived lack of convenience. Millennials, who account for $200 billion in annual spending power, were a particular area of focus. It appears that this group will require different messaging tactics compared with other generations, as these shoppers have less confidence in their baking skills and don't have all the necessary tools to bake. While meal solution end caps and displays have been prevalent for years, Smucker's leveraged its learnings in a new way by creating baking solutions. These solutions can be built around a theme, or can appeal to a more basic occasion such as a homemade snack. Smucker's research also identified that shoppers seek better-for-you options beyond low-sugar/sugar-free and gluten-free claims, and are interested in simple ingredients. As a result, the company launched the Pillsbury Purely Simple line last February. Since the launch, the products have generated more than $500,000 in sales.

Baking Ingredients - Mixes

Category AdvisorPinnacle Foods

Suppliers and retailers are facing some important consumer shifts in the baking aisle that need to be addressed. Three of these issues include the consumer trend of cutting back on sweets, the growing popularity of the in-store bakery, and a need for smaller portion sizes (many of the current options are too large for smaller households). Pinnacle Foods, maker of Duncan Hines, addressed these challenges in the past year via its category management efforts. Specifically, the company developed a line called Duncan Hines Perfect Size. The product includes cake mix, a disposable pan and frosting - and its smaller portion size is perfect for one-to-two-person households. Since its launch last May, Duncan Hines Perfect Size has generated $769,000 in sales, with 45 percent ACV distribution. Additionally, it has received tremendous, positive feedback from retailers and consumers alike, according to the company.

Baking Ingredients - Oils

Category CaptainThe J.M. Smucker Co.

Specialty oils are one of the hottest segments in the cooking oil category. To further investigate the growth opportunities in this area, the category management team at The J.M. Smucker Co., maker of iconic brand Crisco, commissioned a custom study to learn about consumer attitudes toward and preferences for coconut oil in particular. Through its research, Smucker's learned that while 27 percent of respondents said they were already coconut oil purchasers, they didn't perceive that there was a dominant brand. The company saw an ideal opportunity to launch Crisco Coconut Oil. Before the launch, however, Smucker's did its homework to discover the most popular attributes of coconut oil and to learn more about consumers' flavor preferences. Last February, it officially launched Crisco 27-ounce Organic & Re-fined Coconut Oil. Retailers have quickly embraced the new item: At one retail chain, since the product has gone into full distribution, average weekly category dollar sales have grown 10 percent, with specialty oils growing more than 13 percent. Crisco Coconut Oil contributed more than 60 percent of the specialty oil growth, according to Smucker's.

### Breakfast

Category CaptainThe Kellogg Co.

Kellogg's continues to lead in innovation and productivity in the breakfast aisle with its work in the cold cereal, hot cereal and on-the-go breakfast categories. Seventy percent of Americans believe breakfast is the most important meal of the day, according to Kellogg's research. Cold cereal is the anchor center store category in breakfast, with sales reaching $9 billion. During 2015, Kellogg's identified two opportunities in the segment: driving fun in the aisle and providing more "simple health" offerings. Fun was provided via new licensing opportunities, including Kellogg's Disney Frozen Cereal. Meanwhile, to address health concerns, Kellogg's suggested blocking its Origin offerings, along with other simple health products, together. It also encouraged retailers to shelve their aisles by target age flow, which includes Kid Friendly, Family Friendly and Adult Health Central. This approach has encouraged shoppers to spend more time in the aisle and shop multiple categories, including granola, breakfast snacking and toaster pastries. As for hot cereal, Kellogg's repackaged its successful Special K Hot Cereal from a twin pack to a single-serve bowl, which helped boost unit velocity. The brand also advised retailers to increase space in their hot cereal sections when possible. Kellogg's continued to provide thought leadership for the small but growing breakfast-on-the go segment, studying how retailers can create an intentional set, improve shelf shopability and develop off-shelf display options. Contributing to all of its breakfast business, Kellogg's in 2015 embarked on a syndicated data partnership with Kantar, called RichMix, which has allowed the brand to better optimize retailers' portfolios. Meanwhile, Kellogg's continues to test virtual technology with its ShopperMX solution.

### Breakfast

Category AdvisorGeneral Mills

Ready-to-eat cereal is one of the most critical center store categories, as General Mills sees it. This year, its category management team continued to provide proprietary insights and strategies in distribution, merchandising, shelf work and pricing, while the company made some notable strides in product development to keep consumers coming back for more. General Mills has committed to remove artificial flavors and colors from all of its cereals, aiming for 90 percent completion by the end of 2016. Meanwhile, its employees developed a way to separate oats from gluten-containing grains, allowing the company to market several of its Cheerios brands as gluten-free. In its work with retailers, General Mills focused on the importance of size variety and helped retailers set their cereal shelves according to various metrics specific to each customer. Its new products, including Star Wars Cereal, Nature Valley Muesli and Nature Valley Granola Bites, brought excitement to the category while continuing to drive growth.

### Breakfast

Category AdvisorNestlé Nutrition

Nestlé Nutrition, maker of Carnation Breakfast Essentials, continued to boost the convenient breakfast solution category in the past year. Its iconic brand saw double-digit year-to-date growth, which helped off-set category declines. Nestlé Nutrition demonstrated category leadership through investment in research and product innovation. In the first quarter of 2015, the company shared research results that highlighted key recommendations. Retailers that applied the learnings saw positive category growth, according to Nestlé. Its innovation focused on consumer

trends regarding high protein and the need for more convenience. New products from the company included Carnation Essentials Grab 'n Go! Protein Smoothies and Carnation Essentials High Protein Ready-to-Drink.

## Candy

### Category CaptainMars Chocolate North America

Sales of seasonally wrapped confectionery are up 15.5 percent in the grocery channel, thanks in part to the category leadership of Mars Chocolate North America and its retailer partners. Recognizing that two-thirds of overall seasonal purchases are impulse, Mars Chocolate developed a year-long comprehensive strategy, including a one-stop Halloween solution center that rolled out in fall 2014. The solution center engaged shoppers and encouraged impulse buying at the point of sale. Retailers could choose from one of two eye-catching focal-point Halloween display options: a tall spooky tree and a graveyard entrance featuring the M&M's characters. In total, Mars Chocolate provided more than 7,000 Halloween seasonal focal points. One national grocery retailer saw stores with the displays achieve 4 percent higher unit sales than its other stores. The program was such a success that Mars expanded it this year to include 11,000 Halloween displays in five styles.

## Candy

### Category AdvisorThe Hershey Co.

One of Hershey's major category management initiatives this year was a new holistic merchandising solution designed for self-checkout. The company developed and tested the initiative at a regional grocery chain, and has since scheduled a full rollout at the retailer's other stores for 2016. In developing the concept, Hershey's category strategy and insight team leveraged the company's insights-driven performance model while working in conjunction with its front end team. The innovative solution combines queue lane optimization with point-of-purchase merchandising in self-checkout, catering to the growing number of shoppers who opt to purchase their products this way. Hershey and a rack manufacturer designed the fixture, which adds more than 144 feet of merchandisable space. Retailers can now add such power categories as grab-and-go meal solutions, and indulgent or better-for-you snacking options. The queue lane optimization, meanwhile, creates a single-file line at self-checkout and helps put an end to customer anxiety. According to Hershey, the retailer that tested the solution has continued to see double-digit results across all of the categories merchandised.

## Ferrero USA

As Ferrero USA sees it, grocers aren't getting their fair share of premium chocolate sales. The candy maker set out to change that in its recent category management efforts. Ferrero Rocher's team approached the challenge with a combination of shopper insights, merchandising best practices, and in-store architecture aimed at driving retail innovation. Its tools included learnings from IRI Shopper studies, as well as path-to-purchase research, retail discovery assessments, and in-store architecture development and testing. The company developed innovative consumer strategies and new merchandising and marketing tactics to promote everyday sharing and gifting sales in grocery. It tested a new initiative, which featured a premium chocolate shelf boutique as well as a mobile gifting display with related items, with a leading grocery retailer. The test store outpaced control stores, with an impressive 16 percent jump in sales. Additionally, retail margin improved 14 percent. Ferrero now plans to share its findings as part of a category leadership initiative called Go for the Gold.

## Canned & Packaged Beverages - Coffee

### Category CaptainMassimo Zanetti Beverage USA

Massimo Zanetti Beverage (MZB), marketer of the Chock Full of Nuts and Hills Brothers brands (and a private label supplier), saw an opportunity in 2014 to provide much-needed insights and guidance to food retailers, given the unprecedented changes occurring in the coffee category. The company invested in insights focused not only on understanding category and retail dynamics, but also on coffee consumer attitudes and shopper motivations. Its findings became the foundation for a new merchandising strategy. New best practice recommendations focused on three areas: category/product segmentation centered on understanding shoppers' individual preferences and taste profiles, aisle optimization, and efficient assortment recommendations. One grocery retailer adopted the

recommendations in full and rolled out an expanded coffee set, optimized category flow and space allocation by segment, and increased assortment. As a result, the retailer's overall coffee business grew three times faster than the overall food trade (23 percent versus 7.5 percent) for the 52 weeks ending July 4. Most notably, its largest coffee segment - ground - grew 9.3 percent, despite a 2.3 percent decline in the total U.S. food market.

Canned & Packaged Beverages - Coffee

Category AdvisorThe J.M. Smucker Co.

A proliferation of new items in the coffee aisle has made shopping more confusing for the average consumer. Over the past year, The J.M. Smucker Co., marketer of the Folgers and Dunkin' Donuts brands, set out to make the warm-beverage aisle more shopper-friendly and lucrative for its retailer partners. Smucker's commissioned several research studies to understand how shoppers navigate the aisle. In-store audits examined aisle flow, space allocation and assortment, and a warm-beverage market structure was developed to understand shopper dynamics. Eye-tracking research was also conducted. Meanwhile, consumer segmentation was linked with household panel data to provide custom retail shelving recommendations. Based on its new insights, Smucker's saw opportunities to optimize aisle dollar sales and shopability. The brand identified best-in-class aisle flow as leading with coffee, placing complements like filters, creamers and cocoa in the middle, and anchoring with tea. It also determined that coffee should have more space allocated to it based on the growth and size of the business, and to allow for the expansion of new items. Since implementing the research in its stores, one retailer has seen dollar growth increase 3.8 percentage points higher than the rest of the market in dollar sales, and 6.9 percentage points in units. Other customers are beginning to implement many of the recommendations, too, with positive results, according to Smucker's.

Canned & Packaged Beverages - Juice

Category AdvisorThe J.M. Smucker Co.

In the past year, The J.M. Smucker Co.'s Smucker Natural Foods division set out to better understand the consumer decision process in the organic juice category. The company's research discovered that shoppers purchase organic products for both their perceived health benefits and low environmental impact. The first decision in organic juice, however, is by usage occasion. The three main usage occasions driving shopping behavior are seasonal, everyday and concentrates. Based on its findings, J.M. Smucker developed new shelf-merchandising concepts, end aisle displays based on time of year/seasons, and promotion evaluation based on cross-purchasing within juice. The company also identified different need states of juice shoppers (wellness, authentic and vitamin), and used this data to create an organic juice platform to help educate retailers. This work is helping to drive category growth: In the most recent 52 weeks, J.M. Smucker's top two conventional retailers have seen increases of 9.3 percent and 28.6 percent, respectively, in organic juice, far surpassing growth numbers in conventional juice.

Canned & Packaged Beverages - Soft Drinks

Category AdvisorDr Pepper Snapple Group

When a midsize supermarket chain sought to optimize its beverage aisle, Dr Pepper Snapple Group stepped in with a well-thought-out plan that ultimately helped grow sales in the category. The beverage maker worked with Fifth Dimension on aisle optimization using virtual aisle technology, and also employed Kantar's RichMix for help with assortment considerations. The retailer agreed to let its private label space be allocated based on aisle methodology, which allowed for greater optimization and better assortment across all beverage categories. The categories that received increased space included water, enhanced water, sparkling water, and energy and sports drinks, while private label carbonated soft drink and bulk water space was reduced to allow other beverage categories to grow. Eight weeks after the changes, the test store was up 6 percent. The retailer is already rolling out three more stores featuring the new beverage space allocation and assortment.

LaCroix Beverages Inc.

As sales of carbonated soft drinks and diet soft drinks have collectively fallen more than $1.2 billion in the past seven years, sparkling waters have increased nearly $700 million. LaCroix, a leading supplier of sparkling water,

has contributed to this growth by developing a diverse portfolio of naturally essenced flavors. To date, LaCroix has 12 core flavors, as well as two themed line extensions. In 2014, LaCroix released LaCroix Cúrate, combining French and Spanish influences to create a bolder flavor profile. The new product has appealed to a larger demographic and helped increase retailer margins due to its higher price point. The company also recently launched LaCroix Nicola which encompasses the same flavors as a cola without the sugars typically associated with a cola profile. Over the course of the past year, retailers have committed to impressive sparkling block sets, as well as national ads and off-shelf display space, for the LaCroix brand.

Canned & Packaged Beverages - Ready-to-drink Tea

Category AdvisorThe Coca-Cola Co.

Over the past several years, ready-to-drink (RTD) tea has experienced a significant increase in popularity. In fact, the category is projected to grow four times faster than the nonalcoholic RTD beverage category as a whole, according to Euromonitor International. One of the primary drivers of this category is Gold Peak Tea, made by The Coca-Cola Co. Coca-Cola has striven to employ merchandising tactics rooted in shopper marketing insights and focused on bundling Gold Peak with food. The company's research found that RTD consumers enjoy drinking tea with conveniently prepared family meals. As a result, it helped its large-store retailer partners merchandise Gold Peak Tea with meal-specific food items through a number of turnkey shopper marketing programs incorporating merchandising racks, point-of-sale materials and more. Specific examples include a deli promotion pairing a Gold Peak Tea multiserve package purchase with a coupon for chicken fingers, and a "tea season" promotion bundling two multiserve packages of Gold Peak Tea with dinner rolls. These programs have received great feedback, according to Coca-Cola; in fact, one merchandising program at a large-store retailer experienced a 63 percent lift.

Canned & Packaged Foods - Dry Packaged Potatoes

Category CaptainIdahoan Foods

Idahoan Foods, a share leader in the dehydrated potatoes category, continued to drive an increase in category household penetration during the past year by offering relevant new products and aiding its retailer partners in smart category management. The company worked with Advantage Sales and Marketing's SMARTeam to create a robust path-to-purchase study, which helped it better understand shopper and consumer behaviors. Its new learnings inspired the company to create in-store perimeter meal solutions to encourage basket building and give the category exposure in higher-traffic areas. Idahoan joined forces with retailers and other suppliers to create programs that included dehydrated hash browns with eggs, and flavored mashed potatoes with rotisserie chicken. Meanwhile, the company launched a line of Reduced Sodium Flavored Mashed Potatoes, based on strong demand for a diet-friendly version of its regular potatoes. The new product has already proved to be incremental to the category, with 21 percent of buyers new to the category. Idahoan also introduced family-size offerings in the flavored mashed segment. Further, the company worked with several major retailers this year to update store clustering, improve shopability of the potato category and optimize assortment, among other initiatives.

Canned & Packaged Foods - Dry Pasta

Category AdvisorConAgra Foods

ConAgra Foods' private brands division helped the private label dry pasta segment remain steady over the past year, while the overall category experienced a 3 percent decline. The company rolled out multiple solutions, including new recommendations for how to sell better-for-you (BFY) pasta and an analysis of pasta's relationship to sauce. Its research has uncovered that BFY shoppers represent a cohort of sorts: They may switch within BFY claims (such as gluten-free and reduced-carb), but are unlikely to leave for traditional pasta. Because of this pattern, ConAgra recommended that BFY pasta be shelved near, but separate from, traditional pasta. The company also stressed the importance of assortment in the BFY segment. Retailers need to offer a diversity of health claims but not oversaturate the section with brands and forms. ConAgra also studied the importance of pasta's relationship to sauce as part of an overall meal solution for shoppers. The company advised its retailer partners to focus on the meal solution relationship to deliver convenient dinner options. Another key insight was that meal solutions can take many forms, and retailers should consider "good-better-best" options based on specific circumstances. An

overarching meal solution program, which could pair pasta and sauce with other meal options as part of a shopper marketing event, would fit as a "best" meal solution option.

Canned & Packaged Foods - Olives

Category AdvisorMusco Family Olive Co.

Musco continued to enjoy success after launching Olives to Go single-serve multipack ready-to-eat cups several years ago. The product brings new shoppers to the category: 33 percent of buyers haven't purchased olives before. Olives to Go also resonates with Gen X and Millennial shoppers who are more health- and weight-conscious. As a result, it now ranks in the top 10 for repeat purchases among all olive items at a major retail chain. Musco also invested in new programs and technologies in an effort to help turn a commodity into a branded - and consumer-demanded - category powerhouse. With grocery stores nationwide, the company kicked out e-mail blasts, website features, direct mail, and offers, some with retailer mobile apps. Musco additionally participated in an SV Linx program for independent retailers with no loyalty programs, as well as a 360 Connect program, and a DeCA digital coupon delivered to commissary shoppers. The innovative packaging format of Olives to Go has allowed it to expand to grocers' perimeter departments as well: Single cups will soon be sold in the bagged salad area, as well as in grab-and-go deli sections.

Canned & Packaged Foods - Pickles

Category CaptainPinnacle Foods

Pickles make up the largest segment in the pickle/pepper/relish (PPR) category, but several challenges have hindered their growth in the supermarket channel. For one, there's been little or no innovation in the segment. Meanwhile, consumer research suggests that shoppers forget to make their pickle purchases or give up the segment once they get older. Pinnacle Foods, maker of Vlasic pickles, worked to change things in the pickle segment by offering Vlasic Bold & Spicy Pickles - a product that appeals to younger "pickle enthusiasts" and "excitement seekers." The line offers three dynamic flavors - Sweet Heat, Salsa Blend and Sweet Chipotle - in red packaging that differentiates them from the current pickle selection. Retailers' feedback was tremendous and positive, according to Pinnacle. Since the product's launch in July 2014, the line has generated $2.7 million of new base sales in the shelf-stable pickle segment. Meanwhile, panel research indicates that 28 percent of Vlasic Bold & Spicy volume is incremental to the segment.

Canned & Packaged Foods - Seafood

Category CaptainBumble Bee Seafoods

Bumble Bee Seafoods brought innovation to the canned seafood category this year by launching Bumble Bee Seasoned Tuna Pouches and Bumble Bee Seasoned Tuna Kits. After forming a cross-functional internal team and conducting research, Bumble Bee identified the need to bring more consumers into the category | and convert them to lifelong buyers. Working with IRI ShopperSights to take deeper dives into category usage data, the supplier saw that shelf-stable tuna rose to the top as the most viable product. Leveraging research on growing snacking trends, including the demand for healthy protein, the company developed the new products. During the testing phase, Bumble Bee teamed with supermarket retailers to try out product feasibility, acceptability by category consumers and nonconsumers, and product aisle placement using JDA and new shoppers for the aisle. The products sourced 40 percent of the product triers from households that were new to the category; outperformed the competitive set, with an index of 332; and delivered on portability and instant usability.

Canned & Packaged Foods - Spreads

Category CaptainFerrero USA (Bread Spreads)

Ferrero USA's Nutella brand continued to lead the hazelnut spread segment in center store, helping retailers to plan for even more growth to cater to loyal Gen X and Y buyers. In the past year, the company delivered on two fronts with both product and merchandising innovation. Nutella & Go Bread Stick quickly became the second-fastest mover in all of spreads. The company supported merchandising by conducting shopper studies to provide learning on how to maximize sales by leveraging shopper insights and best practice analysis to include control store tests.

Nutella shopper insights research affirmed that hazelnut is now a mainstream segment, according to the company. Hazelnut is also one of the most productive segments when sales per item stocked is compared. In another merchandising initiative, the Nutella team initiated a display optimization campaign to drive incremental sales of bread spread-related products. The sampling program featured numerous national and store-brand products coordinated by The Wilson Group; participating retailers enjoyed higher sales rates.

### The J.M. Smucker Co. (Fruit Spreads)

While consumer interest in products with high sugar content has declined, the desire for sweetness hasn't - leaving an opportunity in the fruit spread category. This year, The J.M. Smucker Co. has answered the call by introducing Smucker's Fruit & Honey, a line of fruit spreads naturally sweetened with honey. The company realized that the launch would require a re-evaluation of the current spread set, so it developed a shelving recommendation to capitalize on the growth of the natural and gourmet segments, and also to drive new buyers to the category. Smucker's marketing plan employed the path to purchase to engage with shoppers at multiple touchpoints. In-store marketing displays and creative honeycomb shippers were designed to drive shopper excitement. The brand also invested in communicating pairings and alternative uses that combine Fruit & Honey with perimeter categories. At one national retailer, Smucker's category management and sales teams worked to optimize the fruit spread section and adjacencies within the set to drive shopability. In addition to an optimized set, the brand devised a co-promotion with the top-performing peanut butter UPC on shelf to drive trial usage. Ad placement combined with an end cap display helped drive 4.5 percent growth in the category, which in turn helped offset declines in other segments.

### The J.M. Smucker Co. (Nut Butters)

The nut butter category has two consumer trends going for it: the increase in on-the-go meal occasions and an emphasis on protein. The J.M. Smucker' Co.'s Jif brand capitalized on these trends by launching Jif To Go Dippers and Jif Peanut Powder. The Dippers present an all-in-one pretzel-and-peanut-butter snack that can be consumed on the go. Jif's category management and shopper insights groups used market research to optimize the set and ensure optimal placement for the on-the-go snacking items. The team helped gain incremental placement in snacking aisles and checklanes, expanding the reach of peanut butter throughout the store. Not surprisingly, Jif To Go Dippers have brought new buyers into the category and have driven category expansion with existing buyers. The product has driven 10.2 percent of volume to be incremental to the category overall. Jif Peanut Powder, meanwhile, is a new ingredient that came out of the Jif team's consumer research. The product is primarily used in dry applications such as smoothies and baked goods. Jif's research found that optimal placement for the new item would be the peanut butter set. Seventy-six percent of peanut powder sales have been incremental to the category. Jif supported the launch of both new products with strong marketing and in-store support.

### Canned & Packaged Foods - Spreads
### Category AdvisorHormel Foods (Nut Butters)

In an effort to meet future consumer demand, Hormel Foods' Skippy peanut butter brand rolled out the Skippy Natural peanut butter line. The company also employed a new merchandising scheme to improve growth in its brand, as well as the overall peanut butter and jelly category, in a select regional grocery store chain during the first quarter of 2015. At 12 feet, the new and improved peanut butter and jelly display set increased the vertical space allocated to peanut butter by about 2 feet. Specific product additions were based on the latest category review at the time of the proposal, and the new allocated space replaced five slow-moving and declining jam/jelly products with 11 Skippy peanut butter items, including two new varieties: Skippy Natural Creamy and Skippy Natural Chunky. Before the new display setup, the nut spread category at this retailer was down 7 percent in dollars and 5 percent in units. After the new display setup debuted, the 26-week results saw successful metrics and sales for the nut spread category. Total nut spreads increased by 8.1 percent in dollars and 130,700 units, and Skippy products increased by 2.6 percent in units. Lastly, the two new Skippy items added a further $142,000 to the peanut butter and jelly category.

### Commercial Baked Goods - Bread
### Category CaptainBimbo USA

Bimbo helped a Southeast regional grocer build same-store sales, using space-to-sales recommendations that yielded overall growth while the rest of the market held flat. A key innovation was the differentiation of premium and mainstream stores. Developing the right assortment on a store-by-store basis allowed consumers to see more selection, while delivering the freshest product available and driving down waste. Identifying stores by different demographics enabled vendors to focus on the main items that are selling for each subcategory. For example, a store with one breakfast/premium assortment will offer the top two sellers in each subcategory, like English muffins and bagels, while spreading out on the mainstream commodity wheat and white bread that dominate sales at this particular store. As such, vendors were able to maintain shelf conditions that consumers and stores found acceptable, while offering fresher product and less shrink. Bimbo also developed buying occasion zones for Italian breads, breakfast breads and premium assortments, resulting in overall sales growth. The retailer has shown major growth in differentiating items such as wide pans, buns, English muffins and bagels. Traditional wheat and white breads are down, as consumers are trading up from private label to branded offerings, bringing up the overall basket ring at the register.

Commercial Baked Goods - Bread

Category AdvisorFlowers Foods

Flowers Foods delivered impactful benchmarking, promotion analysis, assortment studies and outstanding in-store execution. Leveraging the latest technology, Flowers automated the process of generating consistent, store-specific planograms across thousands of stores, using a retailer rule-based approach that allows for accurate, on-the-fly adjustments and provides real value to retailers. With a shopper-centric mindset, company research found smaller households were frustrated with the size of a loaf of specialty premium bread. Flowers saw this as an opportunity to increase purchase frequency and basket size by developing a loaf sized for these households. Last May, the company began test marketing Cobblestone Bread Co. "right-sized" loaves in the Southwest. With fewer slices than a normalsized specialty loaf - and an attractive price point - these loaves are driving specialty premium loaf unit growth and contributing significantly to dollar growth. In September, the availability of these smaller loaves was expanded to Flowers' entire distribution footprint.

Commercial Baked Goods - Sweet Goods

Category CaptainMcKee Foods

Nationwide, the baked sweet goods category is faced with almost flat growth, a result of changing shopper behavior, an aging population and competition from other snack categories. McKee Foods, maker of Little Debbie snack cakes, saw an opportunity to engage Hispanic shoppers, working closely with a major Southwest regional grocer to leverage its position in this demographic. With nearly three-quarters of Western Union (WU) users identified as Hispanic, Little Debbie and Western Union collaborated on a shopper marketing program, offering coupons for free Little Debbie items with each WU transaction, to pull consumers into center store. Results exceeded expectations, with redemptions approaching 30 percent, leading to another partnership centered on Hispanic Heritage Month this past September. McKee's focus put the shopper at the center of marketing efforts and provided better selling opportunities to its independent distributors. As a result, the company developed platforms to boost its position as advisor to retail category managers in regard to snacking trends, category insights and fact-based solution delivery. As a result of rethinking its strategy for achieving growth in today's competitive landscape, McKee delivered solutions resulting in double-digit growth for its brand and consistent growth for the category. The process allowed McKee to provide its retail partners with programs that are relevant to shoppers' needs.

Cookies

Category CaptainThe Kellogg Co.

With the $6.1 billion cookie category a bit soft in the past year, The Kellogg Co. focused on introducing seasonally relevant rotations and leveraging cross-category trends that create excitement. Kellogg expanded relevant, on-trend offerings within its portfolio, such as its Simply Made cookies, offering a cleaner label and delivering solid growth over the prior year. The company tapped further trends through co-branding with Jif peanut butter and M&M's candies. Additionally, Keebler Fudge Stripe Red Velvet and Fudge Stripe Cookies & Crème delivered against consumer expectations for seasonally relevant rotational offerings that provide intrigue and interest, driving

seasonal and rotational cookie dollar sales up 76 percent since 2012. Kellogg offered its retail partners category leadership through Nielsen Market Structure Analysis, providing learning on the shopper decision hierarchy, defining competitive sets to address shopper needs and developing a planogram strategy that reflects how consumers shop the category. Kellogg's partnership with InContext Solutions and its ShopperMX solution allowed in-store visualization and testing. This year, Kellogg began a syndicated data partnership with Kantar that shows retailers how best to optimize their portfolios, and the monetary benefits of adding and removing items.

The Kellogg Co.

The Kellogg Co. demonstrated leadership in the cracker category, whether a mature segment like pantry crackers (down just less than 1 percent in the last year) or a more on-trend one like on-the-go products (up nearly 2 percent). In the pantry, Kellogg focused on category-first solutions that leveraged artisanal cuisine influences and expanded hand-to-mouth snacking. Its retailer partners had growth rates that outpaced center store and the total market by overindexing in shelf space and sustainable innovation, dominated by trendy varieties like focaccia, Tuscan cheese, rosemary and olive oil, pita, flatbread, and **pretzel crisps**. For portable snacking, Kellogg used insights and trend-driven focus to identify expansion opportunities, and leveraged occasion-based solutions to deliver incremental purchases. Kellogg contributed to category growth through food solutions that meet multiple daypart needs. At key retailers, Kellogg conducted in-store tests to expand the "in-and-out" purchase, including store-within-a-store concepts and checklane solutions; innovative rack and dump-bin vehicles within the perimeter allowed retailers to place high-penetration immediate consumables like its On The Go Cups in an organized manner. Kellogg also conducted research to develop an on-the-go segment across core categories of cookies, crackers and snacks. This new understanding will be used to aid in the launch of innovative items to meet a growing consumer need.

Free-from Foods

Category CaptainEnjoy Life Foods

Annual sales growth of 50 percent is a stellar achievement, and it's what Enjoy Life Foods helped deliver for its retail partners in the free-from food category, which is truly on fire. Acquired earlier this year by Mondelez International, Enjoy Life developed a symbiotic relationship among its brand, shoppers and retail partners by being transparent with consumers on the products it produces, reactive to consumer feedback to improve those products, and forward-thinking to make products more accessible in a category that was launched based on exact needs. Offering more than 50 products across eight categories, Enjoy Life used a shopper-centric strategy focused on its allergen-sensitive target consumer. The company used a combination of analog and digital tools to provide information about ingredients, product variety, and cutting-edge technology like geolocation partnerships to help drive traffic to Enjoy Life retailers, ultimately lifting total basket ring.

Gum

Category CaptainWm. Wrigley Jr. Co./Mars Chocolate North America

Wrigley and its parent company, Mars, drove innovation and profits for retailer partners looking to revamp their front ends for maximum impact. With household penetration of gum declining, Wrigley sought to stress the fun element of chewing with line extensions to its iconic Juicy Fruit brand, adding Starburst candy flavors and Fruity Chews in convenient car-cup packaging that helped boost gum usage among under-25s. Research showed shoppers were ultimately not purchasing impulse items at checkout because they weren't top of mind. The answer: an innovative LED display, now in more than 3,500 grocery stores, that drove both conversion and dollar sales increases of about 10 percent for the total category. Wrigley used a new methodology that was able to get at individual shopping occasions in a select retailer/channel so that decisions and trade-offs on a given shopping trip were captured. The consumer was placed in the context of shopping in a virtual environment with specific assortments. The discovery: Flavor territories were a key decision at shelf for both immediate and future consumption. Further, Wrigley developed a strategic approach for retailers to maximize sales in transaction zones to offer choices that reward shoppers for finishing the errand, refresh them after a long day and remind them to grab a forgotten item – thus driving growth by increasing sales of impulse items to more shoppers.

Snacks - Meat Snacks

Category CaptainJack Link's

Meat snacks are hot, with 11 percent growth in the past year, and Jack Link's is leading the way. With a dedicated business team focusing on category management, business analytics, shopper insights and consumer insights to ensure that retailers nationwide are making the best decisions for their meat snack sets, Jack Link's was able to strengthen market share, increase sales, improve gross margin, increase return on investment and gain customer satisfaction. Armed with extensive research to get a better understanding of protein snacking trends, Jack Link's teamed with retailers to expand and grow this dynamic subcategory. It developed custom space and assortment recommendations for the grocery channel, demonstrating that permanent secondary placements drove impulse purchases. With one Midwest retailer, Jack Link's secured placement on the front end, expanded to restaurant checklanes and eliminated an underperforming subcategory within the salty snack aisle, leading 78 percent meat snack category growth at the retailer, and 19 percent growth in the Midwest. Meanwhile, five additional placements at a Southeast retailer brought a 34 percent sales rise for the category there, and a 21 percent gain for the category within the region.

Snacks - Salty Snacks

Category AdvisorFlagstone Foods/Treehouse Foods

Building on consumer research over the past four years, Flagstone Foods (an operating company of Treehouse Foods) teamed with a major Southeast regional grocer with a strong desire to focus and reinvent its existing private-brand trail mix business. Using its category segmentation and insights work, Flagstone urged a base assortment recommendation that included a two-tiered assortment consisting of both the regular private brand and a premium label. Accordingly, the retailer created a more prominent trail mix section adjacent to the snack nut section and supported the category with temporary price reductions, features and display merchandising, including the use of shippers. As a result, category sales experienced double-digit growth, while sales of private label hit triple digits, bringing an overall fourfold increase in share of category. Flagstone's insight-driven innovations drove revenue and profit.

Toaster Pastries

Category CaptainThe Kellogg Co.

The Kellogg Co. is a giant in this $815 million category with its iconic Pop Tarts line. Innovation was a key strategy for success over the past year, with new products drawing households to the category and many adding them to their everyday purchases. Kellogg demonstrated that households that purchase both innovation and core spend more than twice as much as those that just buy core. The company used line extensions and limited editions to remind lapsed users about the category through exciting new flavors and food news. New platforms, such as a Peanut Butter and Jelly Pop Tart, recruited new households by addressing unmet needs or barriers to consumption. Kellogg refreshed packaging to improve findability at shelf, increased displays and established four key principles for shelf success that had retailers who employed them outpacing category velocity. Shopper insights partnerships with Kantar RichMix and InContext Solutions further allowed Kellogg to remain a leader in the category.

GROCERY -- NONFOODSLaundry Detergent

Category CaptainSeventh Generation

Leading green manufacturer Seventh Generation helped a national retailer revise its existing shelf merchandising strategy to better meet consumers' needs and drive category sales performance. Consumer research and sales performance data revealed a need for more laundry detergents that cater to people with sensitive skin. Over the past four years, the "free-and-clear" segment has grown 2.5 percent, while the overall category has declined 2.1 percent. A separate analysis of natural laundry shoppers' purchase transactions indicated that the purchase overlap of natural brands - such as Seventh Generation - is higher with free-and-clear versions of conventional laundry detergent brands. Seventh Generation began changing its on-pack labels to emphasize the benefits of free and clear; then it worked directly with one of its retailer partners to improve the laundry detergent planogram. The change involved grouping the two leading natural laundry detergents together with the leading mainstream premium brand, which included some of the mainstream free-and-gentle laundry detergents. Since the retailer made the

change, green liquid laundry detergent sales have grown 17 percent over last year, with Seventh Generation driving the growth, at 20 percent.

Pet Care

Category CaptainNestlé Purina Pet Care

As the leading pet care company in U.S. supermarkets, Nestlé Purina Pet Care provided dedicated category management experts to work with customers across the country in testing and implementing new growth strategies. Its customer teams focused on such areas as collaborative joint business planning and joint scorecarding, consumer segmentation, category segmentation, consumer/shopper insights, and custom planogram work, among others. The company also helped its retailer partners with pricing strategies and merchandising tactics, including store-within-a-store concepts. On the product innovation front, Nestlé Purina launched such important items as Purina One Beyond, Cat Chow Naturals, Cat Chow Indoor, and Dental dog and cat treats. Its efforts seemed to pay off: The pet category is now worth more than $57 billion annually, and continues to grow.

FROZEN FOODSBreakfast

Category CaptainThe Kellogg Co.

Breakfast is buttressing an otherwise flat frozen aisle by delivering innovation and convenience, with The Kellogg Co. as the leader. Its strategy this past year was about building on a foundation of insights to bring strong growth plans to retail customers. Eggo, a pillar brand for the category, represented the point of entry, with the highest trial and a balanced portfolio to meet a diverse consumer group with both carrier and prepared entrée SKUs. Kellogg's investment in aisle insights supported a series of shelving principles that were commercialized across retailers to best meet the needs of the frozen breakfast shopper and drive an incremental lift in sales. Coupling aisle insights with specific shopper affinities by account allowed for local relevance and partnering to build assortment and shelving plans. Innovations like Special K savory handhelds fueled double-digit growth in the entrée segment. Kellogg continued to demonstrate category leadership by investing in shopper, consumer and department-led insights, including a Millennial attitude and usage study, a parents study to understand the weekday breakfast occasion, and an annual insights review to demonstrate occasion and consumption insights relevant to the category.

Ice Cream & Novelties

Category CaptainUnilever USA

Growth returned to the ice cream category, driven by the superpremium segment in both packaged ice cream and frozen novelties, and Unilever led the way in both. With a softening in better-for-you demand and a greater desire for real, less complicated ingredients, brands like Unilever's Ben & Jerry's, Breyers Gelato Indulgences and Talenti drove volume growth. Innovations such as Cookie Core, "Double Dipped" technology and Popsicle Mystery Middles, and co-branding with Tootsie Roll candy and Disney's "Frozen," created excitement in the category. Unilever continued to expand superpremium shelf space in both novelties and packaged ice cream to capitalize on the strong trajectory of this pricing segment. In the Northeast, Unilever created and executed the concept of "Bring the Ice Cream Truck Home" for its Good Humor brand, with bright-red in-store visibility vehicles and the best-selling out-of-home SKUs offered in an in-home multipack. Other in-store visibility initiatives were pushed across several retailers, with strong results, making ice cream as fun to shop as it is to eat. Unilever continued to move the category forward with great innovation, shelving solutions and exciting in-aisle executions.

Meat Substitutes

Category CaptainThe Kellogg Co.

As the brand leader in this growing category, Kellogg was actively engaged in driving its evolution from meat substitutes to veggie cuisine with plant-based protein through innovation with a broader range of veggie foods that appeal to both meat reducers and healthy lifestyle seekers alike. Kellogg positioned itself as the category leader by pioneering in-aisle solutions in regard to merchandising meat substitutes adjacent to natural/organic and gluten-free, versus as a stand-alone category adjacent to various less relevant categories. The strategy was built around

driving traffic and inspiration for shoppers who traditionally have viewed frozen as not having options for them, because of its perceived lack of health credentials. Retailers that adopted a Healthy Living destination within frozen experienced category velocities greater than those that maintained the stand-alone category. Kellogg invested significantly in research and insights to drive the category, including structural and package graphic updates for better perceptions of taste, health and brand equity; an online community of category consumers to keep track of consumer interests; a study of barriers to entry; and research into which foods are most likely to be swapped for meat substitutes and frozen veggie products.

Meat Substitutes

Category AdvisorPinnacle Foods

Although the $409 million frozen meatless category is growing, challenges still include mainstream consumer reluctance, desire for a better flavor experience, and lack of innovation. Pinnacle Foods' Gardein brand aimed to reverse that negative taste perception while attracting key consumers and helping them move toward "eating healthier, more sustainable proteins," and thus drive category growth and improve margins for retailers. Gardein Fishless Filets addressed consumer needs for healthier alternative proteins, appealing to both vegetarian and mainstream shoppers. Gardein became the category's primary growth driver, drawing positive feedback and results from retail partners and consumers for bringing unique and delicious innovation into a growing but somewhat repetitive category. Results indicated great potential for further category growth.

Vegetables

Category CaptainPinnacle Foods

The frozen vegetable category - the third largest in the frozen aisle, with sales in excess of $3 billion - is the frozen department's "gateway to healthy eating," yet consumer perception lingers that frozen veggies are overly processed and lack flavor. Pinnacle Foods worked to reverse this perception with its Birds Eye Steamfresh Protein Blends and Flavor Full lines, designed to up the ante on flavor, attract Millennials to the category and expand opportunities for retailers. Pinnacle's efforts drove the category into positive territory this past summer; purchases indexed higher among Millennial shoppers, and the new lines drove overall basket ring. More than half the volume comprised new buyers and additional purchases, and one major retailer reported triple-digit lifts. Health-focused innovation drove frozen category sales for Pinnacle's retail partners.

HEALTH, BEAUTY & WELLNESSAdult Incontinence

Category CaptainProcter & Gamble

As the population ages, so does the market for adult incontinence products - about 5 percent a year since 2011. Procter & Gamble drove category growth with innovation and merchandising aimed at the key factors: aging, obesity, larger pack sizes and premiumization. Even with consistent growth, P&G leveraged further opportunity to disproportionately drive household penetration: One in three women age 18-75 experience some level of incontinence, but only one in nine shop the category. Products like P&G's Always Discreet are closing that gap, bringing nearly 3 million new users to the category by delivering a modern feminine solution that women will trust. In the past year, P&G narrowed the gap to one in eight, bringing double-digit incremental growth to the category. Media recognition and consumer support further buoyed P&G's efforts to drive profits for its retail partners and satisfy a growing demand in a category set for continued growth.

Adult Nutrition

Category CaptainAbbott Nutrition

Abbott Nutrition is a strong leader in a $1.1 billion therapeutic nutrition category up more than 4 percent nationally in the past year and anticipating growth more than double that in the next five years, driven by an aging population, health care reform and healthy-aging awareness. Positioning itself as retail's best-in-class strategic business partner, Abbott revised a full-assortment model set to improve shopability and lead consumers to higher margin trade-up SKUs, and implemented a new set across all stores through a web-based tool to develop enhanced consistency for customers. Key tactics: locating therapeutic nutrition in the HBC section or next to pharmacy,

adding a larger set in high-indexing center-store format stores, remerchandising to clearly delineate brand and trade-up packs, and balancing offerings of balanced, diabetic and other wellness-targeted products. This strategy helped retailer partners outperform the category and post significant gains in market share.

## Adult Nutrition

### Category AdvisorNestlé Nutrition

With an ongoing commitment to the category, Nestlé Nutrition's Boost brand drove category dollar sales growth and dollar share. Nestlé worked to attract new users and grow sales for the category through product innovation and the Boost Great Taste Guarantee, a campaign that drove excitement in the category by taking the risk out of product trial. The campaign was promoted nationally via print, FSIs, website, email, paid search and medical marketing. New items such as the 100-calorie Boost Calorie Smart were based on key consumer insights: interest in fewer calories per serving, and the desire for smaller sizes for those who want the nutrition, but have trouble consuming more than 4 ounces in one sitting.

## Diet/Nutrition

### Category CaptainAbbott Nutrition

In a $4.6 billion category up nearly 4 percent, Abbott Nutrition worked with a national retailer looking for recommendations on how to become the leading convenient destination by helping customers meet a variety of nutritional needs to live a healthier lifestyle and manage weight through a curated assortment. The partnership aimed to increase retention and conversion, win first purchase, build the basket, enhance shopability, and drive trial and category awareness, thus improving category margin. Key tactics: Expand on subcategories growing the business, such as performance and balanced nutrition; expand on health-and-wellness offerings in high-indexing stores; merchandise multipacks with single-bar options to encourage trade-up; win the peak health-and-wellness season via promotions; capture additional first-time customers with couponing; and align BIC merchandising with vertical brand blocking and clear sub-category blocks, with secondary placement of nutritious snack offerings in the diet/nutrition and snack sections. The retailer had projected a year-over-year decline; instead, the partnership delivered double-digit gains.

## Oral Electrolytes

### Category CaptainAbbott Nutrition

Oral electrolytes are a $4.5 billion business nationally, with dollar sales up more than 2 percent. With seasonal items peaking during summer and cold and flu season, a national retailer implemented a multivendor modular display program to act as a secondary placement vehicle during peak season, provide a one-stop-shop vehicle and maintain inventory levels. Abbott Nutrition secured dual placement of its new Pedialyte SKU, resulting in significant gains in dollar sales, household penetration and entry of noncategory buyers. Historically, oral electrolyte shoppers were predominantly parents purchasing the item for a sick child, but adult usage has increased 57 percent in the past two years. Abbott's collaborative merchandising strategy – attract new shoppers while providing a centralized buying location within pharmacy – drove trial and awareness for the category and brand outside of the baby aisle, and encouraged repeat trips. Promotions were further supported by long-term price reductions to support seasonality, and direct mail communications and digital activations.

## OTC Analgesics

### Category CaptainBayer HealthCare

Analgesics is a $4.5 billion category; household penetration is more than 80 percent, with consistent but largely unchanged volume and gross margin. While three basic conditions - pain, heart health and sleep – drove the category, Bayer HealthCare believed that, rather than focusing on the conditions themselves, the greatest opportunity for retailer growth across the category could be achieved by focusing on the solution rather than the products. Bayer understood that retailers needed to move beyond the planogram to a 360-degree approach that embraced in-store promotions, feature ads, digital communication and online programs. This approach leveraged cross-promotional opportunities, greater shopper engagement and better overall banner perception. Conducting

extensive shopper research and analysis, Bayer pinpointed three condition-based opportunities for retailers to target: internal pain, sleep and heart health, each tied to specific shopper demographics. Results were impressive, with volume sales rates increasing across all analgesic segments during the 30-week test period.

OTC Upper Respiratory

Category AdvisorBayer HealthCare

There are a number of shopper challenges facing this $7.4 billion category: Consumers suffer multiple conditions when shopping for category products, with many common symptoms; shelves are difficult to shop, with most shoppers having to choose from among 300 items on average, and many outlets offering even more; and manufacturers haven't helped matters by offering products with descriptions that often confuse shoppers. To bring clarity to the path to purchase, Bayer HealthCare undertook a foundational research study that identified three loyalty levers: ease of purchase, selection and product, and promotion. From this came three strategies: Manage by need state, develop a layout that reflects shopper insights, and provide impactful signage at the shelf. Bayer is currently working with several retailers to test new shelf configurations and signage for the category. Impressed by Bayer's incorporation of critical shopper insights to enhance shopability, PG looks forward to learning the results achieved by the company's retail partners.

OTC Upper Respiratory

Category AdvisorReckitt Benckiser

One in two consumers suffer from upper-respiratory ailments over the course of a year - that's clear motivation to drive growth in this category. Reckitt Benckiser (RB) recognized the need to find a manageable, strategic way to make the shopping experience smarter and easier. RB and its Mucinex and Delsym brands led an initiative to develop an objective, category-centric future vision and strategy, discovering that OTC solutions are highly important to consumers in the upper-respiratory category, and will become even more important in the future. "The category is very well positioned for continued growth, but it won't simply happen organically, as manufacturers and retailers will need to partner even more closely to leverage the changing dynamics in health care, shopping, consumer attitudes/motivations, and more," RB notes. "The shopper journey is going to change, and RB is now working with retailers to share not only what this new journey will look like, but what touchpoints along the way are the most critical to drive long-term consumer loyalty to a brand, and long-term shopper loyalty to a retailer."

Skin Care

Category CaptainUnilever USA

Over the past 20 years, the personal cleansing category has nearly doubled in sales, to $4.4 billion, but the past year saw a slowdown as the category reached saturation level, as well as displaying early signs of commoditization. Unilever saw the creation of new shower formats and products with additional benefits as the next stage of development. This year, Unilever's Caress brand launched the first body wash with microbead capsules that release scent all day. The product delivered higher product benefits, warranting a higher price point at retail and creating a premium segment within the category. This innovation brought excitement and awareness to a large yet dormant category, and launched a platform for enhanced benefits that will potentially change the way consumers shop for a need. Teaming with Kantar Unilever's category management team educated its retail partners, establishing the key growth drivers of the category for the next five years. Innovative items received eye-level placement to encourage trial while disruptive shelving and packaging broke up the consumer's routine of grab and go. As a result of such work Unilever reported a significant depth of incremental distribution across planograms at its major grocery accounts nationwide.

Vitamins/Supplements

Category CaptainPharmavite

Pharmavite identified that the majority of consumers who visit the vitamin category are searching for a specific need state that particular products help consumers to address. In response, Pharmavite developed a proprietary need-state landscape design that collapsed the 80-plus product segments into 19 simple health solution platforms. The

company also created six distinct consumer segments based on consumer age, gender, attitudes toward health and wellness, and, specifically, motivation for buying, assigned to one of the six consumer segments based on the consumer group with greatest propensity to buy products addressing that specific need state. This allowed Pharmavite and its retailers to position the groups of products that comprise the need states adjacent to one another, to facilitate transaction building. Pharmavite worked with retailers to develop special ad events that proved highly successful in elevating the overall transaction size per purchase occasion, as well as in driving incremental sales lifts not only for the large-count-size items advertised, but also for the nonpromoted small-count-size items within the brands. The large-count-size ad strategy also reduced the participating retailers' lost category sales leakage to the club channel.

Vitamins/Supplements

Category AdvisorBayer HealthCare

In response to softening sales, Bayer HealthCare sought to identify and leverage the insights that could help guide future growth and determine path to purchase for the entire category. The single most critical finding was that 89 percent of category purchases are planned before entering the store. Thus, the category can't rely solely on in-store vehicles or promotions to drive volume; retailers must work with brands and focus on developing not only in-store solutions, but also pre-store, account-specific activation vehicles that can leverage this dynamic. Since this new approach has been adopted, the category has seen a major turnaround, with the most impressive results in the large adult-multivitamin segment. Not only has the category benefited, but Bayer brands have also outperformed these results.

PERIMETERBaked Goods

Category CaptainCSM Bakery Products

CSM set out to grow the cake category of a Northeast regional grocery chain through buyer conversion in dessert cakes by embarking on an exclusive licensing agreement with The Hershey Co. The weight of the Hershey's brand, married with CSM's baking expertise, allowed its partners to offer a differentiating and profitable program to boost incremental sales. The goal was to drive dessert cake dollar and volume growth and grow market share by converting nonpurchasers, while also exciting existing cake customers with the new Hershey's and Reese's cake SKUs. The results: The Hershey's cakes represented a fifth of the retailer's total dessert cake sales and a quarter of dollar growth, while driving weekly cake sales as high as triple digits over the prior year in certain weeks. The effort was supported by a merchandising and promotional plan that included sampling events, print ads, product demos with coupons, a Facebook post with coupons, and perimeter and holiday displays that were instrumental in driving impulse purchases.

Dairy - Yogurt

Category CaptainGeneral Mills

Yogurt has been one of the fastest-growing and innovative categories in the dairy case as well as total grocery, on track to hit $9 billion in the next five years. Earlier this year, General Mills released a new yogurt category growth story based on category insights that highlight opportunities to optimize the shelf set, assortment and merchandising. The key messages of the category growth story were to lead the expansion of consumption through snacking, wellness and changing consumer demographics. General Mills guided retailers on how to allocate the optimal mix of segments and brands on the shelf to drive growth, particularly as regular single-serve cup sales gained momentum and Greek trends started to plateau nationally. On the innovation and wellness side, General Mills reduced sugar by 25 percent in each serving of Yoplait Original, launched the mousse-like Yoplait Greek 100 Whips, and rolled out Plenti, a combination of Greek yogurt, whole grain oats, and fax and pumpkin seeds. Co-branding with licensed characters added further excitement and interest for younger users. General Mills focused on brand building, gathering consumer insights and innovation to maximize retailers' space and profits.

Deli - Prepared Foods

Category CaptainTyson Foods Inc.

Strategy Shopper Planning at Tyson is an integrated discipline using consumer and shopper insights to connect emotionally with shoppers to better meet their needs along the decision journey, inspiring them to purchase and grow this category. This tactic leverages a deep understanding of pre-shop, shop and post-shop behavior to influence consumers, creating better solutions and enhancing the shopping experience, and resulting in increased sales, category loyalty and an overall stronger retail partnership. A recent retailer campaign was designed to increase awareness and drive traffic while leveraging a larger total-store theme. By creating synergies to the total store strategy and branding the category materials appropriately, the campaign consistently exposed shoppers to the category, regardless of the department. The effort also featured a strong out-of-store presence: local radio and billboards, plus digital components like Pandora and Twitter. Further analysis revealed additional opportunities that were addressed by launching new regional product options. Marketing tactics generated millions of impressions, while the total campaign generated a significant sales increase and reversed a two-year sales decline in the category.

Deli - Meat

Category CaptainHormel Foods

Faced with a declining service deli category, Hormel Foods worked with a retailer to emphasize premium private labels and remove duplication from the category assortment. Comparative rest-of-market analysis revealed opportunity gaps in a premium private label segment. Additionally, premium shoppers demonstrated the most loyalty to the service deli department. Hormel looked at market-level and store data to identify gaps in the category, as well as consumer trends to develop its strategy. Accordingly, the company focused on premium offerings and priced them in line with branded offerings. The team also reduced branded items and continued its evolution of inventory in the set to reduce markdowns and increase labor efficiencies and clarity of assortment for customers. Data revealed that the deli meat category was experiencing double-digit declines, with a significant loss in profits. Hormel aligned multiple strategies to improve overall shopability, increase sales and productivity, and reduce shrink. Strategies included tightening up clusters for localized inventory to reduce markdowns and, essentially, putting the right products in the right stores in the right amounts. While assortment was reduced by 10 percent, sales trends climbed 4 percent to 6 percent and shrink improved by up to 150 basis points.

Heat-and-eat Entrèes

Category CaptainHormel Foods

Following a major company's pullout from the heat-and-eat category, a large Western retailer asked Hormel Foods to demonstrate why heat-and-eat was still a viable category and to provide a solution for the category's growth. By leveraging data and insights such as the retailer's internal shopper data, IRI data and macrotrend reports on consumer habits, Hormel developed the first standardized planogram for the refrigerated food category, and initiated assortment and positioning changes to help close the opportunity gap. With this schematic development, the company expanded the assortment of its products for the retailer, as well as in the whole category. Product expansion resulted in a 12.6 percent increase in sales for the heat-and-eat category, as well as a 75 percent increase in Hormel's entrée sales. The company identified an approximately $600,000 opportunity in the poultry entrée protein segment for assortment optimization, and redesigned the planogram to improve the set flow, creating cleaner blocks for barbecue, traditional entrées and ethnic varieties. By bringing in new items the retailer hadn't carried in the past, Hormel gained new distribution on four entrée items.

Refrigerated Pasta & Sauces

Category AdvisorRana Meal Solutions

Rana Meal Solutions offered an improved value proposition by including a range of category-leading flavors, each one distinguished by the use of premium ingredients, and combined this with a selection of unique varieties to expand the reach of the refrigerated pasta and sauce category. In 2015, the company began to complement its award-winning in-store demo experience with more broad-based 360-degree marketing events, meal solution programs and retailer-specific programs. The Summer of Pesto event was grounded in the insights gleaned from focus groups that pesto is highly versatile when used as a "secret ingredient" to differentiate or enhance a wide range of foods. The program included a new larger-size pesto product, a free-standing insert, digital couponing,

retailer promotions, recipes at the shelf and online, website and social media announcements, and television PR support. A program with similar levels of support subsequently launched in October 2015. This approach to the category resulted in tremendous in-market success: Rana continued to drive category growth in both the pasta and sauce segments at rates double that of all other retailers, according to IRI data for the 24 weeks ended Aug. 9, 2015.

Refrigerated Salad Dressings

Category AdvisorLitehouse Foods

Litehouse Foods continued to lead the booming refrigerated dressing category, which boasts sales of nearly $340 million and 5 percent annual growth, through innovations in products and in-store merchandising. Responding to consumers' demands for healthier, "cleaner" foods for themselves and their families, and corresponding sales increases for foods with natural/organic, non-GMO and gluten-free label designations, Litehouse introduced extensions, revamped its organic line, introduced a clean-label dressing and added flavors to its industry-leading products. The company didn't take a blanket approach to its customers; rather, it worked market by market, store by store, to customize its product offering to the unique needs and tastes of consumers. Its goal was always to support not just sales of its products, but also the entire produce category. Over the past year, Litehouse dollar sales grew by 9.5 percent, and its ACV by an incremental 2.7 percent. Keeping the shelf fresh with innovative flavors, packaging with a new look and feel, and cross-promotions helped keep the refrigerated dressing category as fresh as the produce that Litehouse's products sit next to on shelf, while its consumer-driven promotions throughout the year engage consumers, offering new recipe ideas and highlighting versatility through its products.

Superpremium Juice

Category AdvisorBolthouse Farms

The high-growth premium juice category has become inundated with so many new product entrants that retailers have become confused as to what's considered premium juice, which items to stock and how to set their shelves to optimize sales. Employing key analytical tools such as market structure and source-of-volume studies, Bolthouse Farms provided clarity and guidance to retailers on the evolution of the premium juice category, which splits into two subcategories - super-premium and ultrapremium - while ultrapremium divides into the clean and functional subsegments. Ultrapremium can be highly incremental to the total premium juice category and its growth in the past year was driven by wider acceptance and distribution in major retailers, but bringing in too many items can cause a loss in SKU productivity. Bolthouse is consulting with national and regional retailers on the rollout of ultrapremium items like its newest entry into the clean ultrapremium subsegment, Bolthouse Farms 1915, as well as merchandising strategies across the entire premium juice category.

PERIMETER --- VARIABLE-/ FIXED-WEIGHT PRODUCEAvocados

Category CaptainAvocados From Mexico

As the reigning category leader, Avocados From Mexico (AFM) executed aggressive marketing programs to build brand momentum and consumption. Last February, AFM became the first-ever fresh produce brand to air a commercial during the Big Game, reaching more than 110 million viewers. The "First Draft Ever" TV ad was supported by a multitude of engagement activities across social media channels. AFM also leveraged shopper insight and technology to develop such strategic promotional programs as a research tool that segments consumers by avocado consumption behaviors, attitudes, purchase drivers and habits. Leveraging consumer research, the brand rolled out redesigned permanent POS wire-rack displays incorporating simple "how-to" messaging for the storage, selection and preparation of avocados. The mobile wheeled displays also featured a taller bottom shelf for complementary items, while special top-shelf pockets for recipe cards or taco spices further promoted usage ideas. Further, AFM's iAvocado app ushered the category into the digital marketing age. Thanks to AFM's efforts, avocados continued to gain dollar sales as consumer interest and consumption grew.

Bananas

Category CaptainChiquita Brands

During the past year, Chiquita Brands worked to elevate the banana category by re-engaging with consumers. In September 2014, the brand launched the Cooking Lab Recipe Contest to encourage consumers to create their own Chiquita banana recipes. Chiquita supported retail partners with a dedicated campaign microsite, in-store marketing materials, a sweepstakes, online and mobile advertising, and PR campaigns, as well as a tailored Cooking Lab option that could include a retailer's own chef, nutritionist and predetermined ingredients. One retail partner in this promotion outpaced the remaining market by 12.1 percentage points in banana dollars and 16.4 percentage points in volume. Seeking new partnerships between bananas and other products/brands, Chiquita commissioned a total store connectivity study from Nielsen in late 2014. The study, which found that bananas are one of the most connected fresh categories in the store - they're strongly linked to 135 categories representing 63 percent of total store dollars, and span 12 departments - helped Chiquita create a broad but focused approach to meet consumer priorities regarding breakfast, snacking and healthy eating by leveraging bananas' proximity to other produce, their connectivity with occasion-specific items across the store, and their trip and buyer connection.

### Berries

Category CaptainDole Fresh Vegetables

Leveraging insights gleaned from a study on the berry variety buyer, Dole's category development team helped retailers surpass national growth in berries by up to 12 points, securing additional weeks of feature support. Other retailers exceeded national growth in berries by more than six points with incremental ads for raspberries and blackberries, according to IRI. Dole's study helped its retail partners change how they write circular ads: Instead of running singular-focused berry ads, they targeted multi-berry buyers with ads featuring all four berry types, based on availability. Those featuring multiple berries within an ad collectively experienced a 48 percent higher promotional lift, IRI found. Dole also identified the key holidays most effective by berry type, as well as key weeks within a month to promote. These promotion and pricing adaptations propelled new category growth in 2015 after marginal growth the previous two years. Dole's study also led to new pricing and promotion strategies. The brand teamed with one of the largest U.S. retailers in produce on the introduction of clustering throughout its marketplace. The retailer saw total berry growth of 16 percent in dollars and 5 percent in units after the new clustered planograms went into effect, according to FreshLook.

### Cauliflower

Category CaptainGreen Giant Fresh

This past summer, Green Giant Fresh (GGF) expanded the cauliflower category by introducing Cauliflower Crumbles to its product line. Recognizing rising demand for cauliflower, GGF brought innovation to the category by addressing consumers' desire for healthy meal options in a convenient, versatile, ready-to-use form. Since the product's June launch, total cauliflower sales at retailers that have added it to their assortments are outpacing national rates. Two Northeast retailers saw double-digit gains in total cauliflower sales over the prior year in dollars and purchases since introducing Crumbles; similarly, a national retailer posted gains of 29 percent in dollars and 19 percent in units in total cauliflower sales after rolling out the product. When the item was on promotion, retailers could anticipate a lift of up to 30 percent. Additionally, GGF supported retailers with various premium services, including planogram schematics, category management, point-of-sale materials, and recipe cards featuring creative ways to use cauliflower. To further increase momentum and consumer buzz, GGF worked with a blogger network and employed resources like Green Giant's and Box Tops for Education's Facebook, Twitter and Pinterest pages to communicate directly with consumers, as well as using its YouTube channel to post videos of easy-to-make recipes.

### Fresh-cut Fruit

Category CaptainDel Monte Fresh Produce

Del Monte Fresh Produce determined that a midsize multistate retailer's fresh-cut fruit category sales for the year were down more than 10 percent in both dollars and units. The sales decline could be attributed to a lack of adequate personnel, resulting in out-of-stocks, inconsistent product quality and a lack of category support. Over the past year, Del Monte Fresh helped the retailer transition to a new fresh-cut program, advising on item selection and matching best-sellers with similar Del Monte items, based on variety and size; using IRI syndicated data to identify

the best-selling items in the market to ensure that the fresh-cut fruit product mix was optimal; and employing Nielsen's Spectra target segmentation tool to identify stores with the greatest sales potential and to customize planograms for select stores. The new program paid of for the retailer, as the category experienced sustained growth in its stores. Product quality remained consistent and out-of-stocks were reduced considerably. Dollar and pound sales were up 8.1 percent and 8.7 percent, respectively, through eight periods, and sales continued to increase steadily over last year. Finally, greater monitoring of store-by-store sales and inventory helped to lower the retailer's cut-fruit shrink rate by nearly one percentage point.

Fresh-packed Vegetables

Category AdvisorDole Fresh Vegetables

Dole teamed up with retailers to position itself for the emerging "darker greens" that consumers are demanding. To that end, the company worked with retail partners to identify and provide solutions to maximize "darker greens power" products optimizing health benefits, including broccoli, kale, spinach, cauliflower and Brussels sprouts. Additionally, being able to supply retail partners with flexible order guidelines and delivery procedures paid dividends for Dole's partners, which experienced significant growth in dollars and pounds compared with their competitive landscape: One major retailer was able to increase commodity vegetable purchases by 12.9 percent from a year ago. A key challenge for commodity vegetables was to keep up with consumer demographics to sustain year-over-year growth. This ongoing generational shift resulted in retailer and grower portfolio adjustments toward Generation X and Millennial consumers. Over the past year, collaborating with individual retailers provided valuable insights for Dole, helping it readjust its portfolio of new product launches aimed at Gen Xers and Millennials. While Dole had a great year in 2015 with commodity vegetables, its focus continued to be on discovering valuable insights that provided retail solutions, thereby accelerating sales and profit performance.

Mushrooms

Category CaptainMonterey Mushrooms

A Monterey Mushroom customer, located in a highly competitive Southwest market, wanted to increase existing customers' transactions across the store. After Monterey fine-tuned its assortment, setting everyday retail prices and implementing a promotional strategy that rotated all items over an eight-week period, the retailer saw units increase 7.1 percent, total category pounds rise 10.1 percent and sales go up 3.5 percent, while category shrink dollars fell 23.8 percent versus the prior year. Another customer, in the West, wanted to maximize category sales and profits so it could support other department promotions. Monterey's promotional strategy grew category sales 7.2 percent, category net profits 7.9 percent, category units 4.3 percent and category pounds 6.6 percent. A third customer, in the South Central region, wanted to grow organics to 15 percent without sacrificing category profits. Monterey helped the retailer increase organic mushroom sales from a 3.6 percent to an 8.1 percent share of category sales, while sales rose 8.8 percent; net profit, 9.2 percent; units, 3.1 percent; and pounds, 5 percent. Although the last 52 weeks ended with an average of 8.1 percent of organic sales, the last three periods showed organic share of the category at 15 percent and above.

Packaged Salads

Category CaptainDole Fresh Vegetables

In 2015, Dole drove packaged salad dollar and unit growth of 6.6 percent and 6.3 percent, respectively. The company's exclusive retail partners experienced significant category growth of 11 percent, driven by high Dole conversion rates. For national retailers, Dole's dedicated teams provided localized support to leverage insights to drive retailer business decisions, helping its partners attain double-digit category growth rates. For example, category development and shopper marketing employed internal shopper data to drive targeted consumer marketing programs that had a significant impact on category results, with up to 39 percent higher redemption rates driving increased frequency. Dole's regional retail partners outpaced competitive dollar and unit trends by 0.9 percent and 0.2 percent, respectively. At one Western regional retailer, Dole teamed with a refrigerated dressing company to grow sales and baskets, boosting the retailer's overall salad category, driving the Dole brand and increasing sales of refrigerated salad dressings over last year. For its wholesale partners, Dole recognized that the "One Dole" approach (sales/category development/shopper marketing) could better engage independent chains to

maximize performance and efficiency. At one Midwestern independent retailer, Dole grew both brand and category sales by double digits, while average independent growth was 8.7 percent.

Packaged Salads

Category CaptainFresh Express

Fresh Express launched three Healthy Plus Salad Kits this year, each of which delivers on such relevant functional benefits as heart health, digestive health and antioxidant therapy. Results indicated that these SKUs helped fuel accelerated and incremental growth within the bagged salad kit segment. Among retailers carrying all three SKUs, segment sales were up 40 percent, assortment expanded 34 percent, and overall velocities improved 38 percent, according to IRI. Also this year, Fresh Express introduced the Greek Yogurt Caesar Kit; with $2 million-plus in sales so far, this item helped drive solid incremental consumption without significantly affecting sales of existing Caesar Kits, which continued to enjoy double-digit growth. Additionally, Fresh Express built a set for an independent regional account that offered the following improvements: All organic products - salads and other produce - were grouped together, creating a one-stop shop for organic shoppers; similar types of salad items were grouped better, so shoppers had less searching to do; and space was expanded for top sellers and contracted for slower-moving items. These efforts boosted the retailer's category dollar sales by 16.7 percent year over year - almost twice the U.S. growth rate of 8.6 percent for the same period.

Pears

Category AdvisorPear Bureau NW

Pear Bureau NW's domestic marketing team coordinated promotional activities with retailers throughout the United States and Canada. At the beginning of each pear season, the bureau's managers analyzed individual retailers' pear category performance, and then met to create uniquely tailored and effective season-long promotions. The agreements were customized to fit the bureau's crop manifest, which included improving the total category through expanded variety and size (like small fruit for 2015-16) and creating a season-long outlook with the buyers, and also covered cooperative advertising, sampling activities, display contests, cross-merchandising and joint promotions, as well as training, education and support for all pear needs. Seasonal promotions were set up during the year to capitalize on market opportunities. Two of the bureau's leading retailers increased sales by 40 percent by following its best practices: offering an assortment of sizes and varieties, including bagged pears; incorporating conditioned fruit, which can increase sales by as much as 19.5 percent, based on the bureau's retailer data; holding bureau-sponsored sampling events; and setting up cross-merchandising and secondary displays.

Potatoes

Category CaptainUnited States Potato Board

To grow category sales, the United States Potato Board (USPB) developed a nine-month category optimization (CO) program, in partnership with selected retailers, to adopt best practices and measure sales results. During the latest CO program, the USPB worked with a retail partner from May through November 2014 on in-store signage, recipe cards, circular ads, deli and bulk potato promotions, and in-store demonstrations. Overall market share and velocity for bulk potatoes in test stores increased significantly during the promotion. Bulk potato market share increased by 10.3 points, and bulk potato velocity by 34.6 percent; incremental sales delivered were $3,896. Total shopper trips to the potato category edged up by 0.4 percent, and total spend per trip increased $0.06 per trip from the prior year, with trips increasing significantly for smaller potato varieties. Overall, market share gains in the test stores resulted in $16,349 in incremental sales. In this test, marketing tactics that focused on single potato types were more effective at driving market share increases, bulk potato promotions of all varieties were effective in driving sales growth, and featuring potato salads in the deli was effective in increasing sales velocity and market share, especially during the summer.

Potatoes

Category AdvisorIdaho Potato Commission

The Idaho Potato Commission (IPC) continued to provide data, such as recent research it conducted on Hispanic potato shoppers and how their buying patterns are unique in the category, to help retailers enhance their ad plans and show them how featuring potatoes in their produce departments will bring up the entire category. The IPC also created a laminated, double-sided point-of-sale sign to identify Idaho potatoes in bulk at retail, displaying the "Grown in Idaho" seal and the words "Produce of USA." The sign provided a great way for retailers to let customers know that they were buying Idaho potatoes, even when the potatoes weren't in a bag identifying them as such. Further, the commission continued to present all retailers interested in improving potato category sales with in-depth analyses. Using proven statistics and pictures from five of a retailer's stores, preferably with five distinct potato sets, the IPC analyzed the layouts and visited all competition within a 5-mile radius of each analyzed store, and then prepared PowerPoint presentations featuring confidential, no-charge category reviews for the retailers, along with recommendations on how to improve sales across the entire category. Retailers that put these recommendations into practice saw positive results.

Tomatoes

Category AdvisorNatureSweet

Several tried-and-true ongoing NatureSweet promotions included the brand's SunBursts MVP program, which takes place every January and focuses on healthy snacking with sweet golden SunBursts tomatoes. Springtime provided a focus on salads, with NatureSweet continuing its partnership with Fresh Express to help consumers craft the perfect spring salad while saving money on multiple salad-worthy products. NatureSweet's midsummer Glorys of Grilling promotion offered creative recipe booklets and an interactive contest encouraging consumers to submit their own recipe creations using robust Glorys tomatoes for a chance to win some Weber grill prizes. The brand's newest product, Constellation, offers a 24-ounce retail package of tomatoes for every usage occasion. Incorporating five tomatoes - two for salads, one for snacking, one for cooking and one for slicing - into a medley pack to help drive consumer education on usage occasions, Constellation delivers an optimal amount of tomatoes in a format that meets consumers' desire to enjoy and use the flavorful items.

Value-added Produce

Category CaptainMann Packing Co.

Noting that Mann's Sugar Snap Peas is the No. 1 vegetable segment in the Central U.S. region, a prominent retailer in the region leveraged Mann's expertise to grow its overall category by focusing on snap pea sales. Mann's growth strategy was to provide a comprehensive snap pea assortment that could apply to all usage, meal occasions and household sizes. By adding a larger-size snap pea SKU, the retailer added 16 percent of incremental revenue to its snap pea business. The higher-dollar-ring 32-ounce item increased the overall dollar value of each basket, boosting overall profitability. Thus, the retailer outpaced the rest of its market in snap peas and overall category growth. Additionally, a prominent Great Lakes retailer transitioned its private label items to Mann's Family Favorites. By creating clear segment and brand block areas for the new shelf set, Mann's improved its look and overall consumer appeal. Mann's also increased product diversity by adding to the set's organic selection. The retailer's organic share of business is now double the rest of its market and growing twice as fast. Also, new innovative products such as Mann's Culinary Cuts, Power Blend and Kalettes, the last a natural kale/Brussels sprouts hybrid, have launched.

Value-added Produce

Category AdvisorStemilt Growers LLC

Stemilt expanded its longtime category management program, FruitTracker, to provide its customer base and the entire industry with category insights in an easy-to-read infographic format. "Stemilt-O-Graphics," published monthly throughout the apple and pear seasons, and once leading up to cherry season, informed retailers how each category was performing on average in the United States. Stemilt also provided insights and tips for retailers to maximize their categories or, in some cases, reverse a negative trend at their stores before a problem escalated. Additionally, individual Stemilt-O-Graphics went out to retail partners that allowed their data to be accessed by Nielsen Perishables Group. The simple structure enabled the company to expand Fruit-Tracker to retailers that it wasn't serving regularly before. Using category data for apples, pears and cherries, Stemilt gave each of its retail accounts an overview of its apple and pear categories and how it stacked up against the rest of its market. The

company's merchandising team delivered these insights in person and worked with retailers to strengthen their apple and pear categories through specific promotions and merchandising strategies. Further, Stemilt continued to focus on branded pouch bags through its Lil Snappers kid-sized fruit program and new Fresh Blenders apples for juicing/smoothies.

PERIMETER --- OTHERAutomated Retail

Category CaptainOuterwall

Last year, Outerwall's Redbox movie and video game rental kiosks introduced Redbox Play Pass, a loyalty program allowing customers to earn points and rental credits through various activities. Since the November 2014 launch, the program scaled to 2.3 million members by the end of the second quarter of 2015, with results showing that members rented nearly twice as frequently as nonmembers. The newest offering from the company's Coinstar division, Coinstar Exchange, helped retailers tap into the burgeoning gift-card exchange market. Outerwall also launched successful cross-promotions between Coinstar and Coinstar Exchange services with Redbox, driving incremental business opportunity across the company's brand portfolio. Meanwhile, Outerwall's ecoATM service recycled more than 5 million devices - more than double last year's number - with 2,200-plus kiosks in the United States recognizing more than 5,500 devices. By conducting research, developing insights and working with retail partners to better manage the front of the store, or "post-register zone" (PRZ), which represents an untapped opportunity for retailers, Outerwall's category management team achieved success: Over the past year, the company's core business added $2.3 billion to the automated retail sector, continuing to drive revenue in an otherwise underused retail space.

METHODOLOGY

Progressive Grocer's annual Category Captains competition applauds the outstanding category management initiatives implemented in the retail grocery sector over the 12-month period ending Sept. 8, 2015. The list of winners reflects some of the best strategic thinking and execution in the category management field, as revealed in the winning companies' summaries on the following pages.

Our Category Captains awards program is predicated on the accuracy and completeness of the entries submitted for consideration, all of which are weighed on an equal footing. As such, the best entries not only deliver a selection of facts relating to a manufacturer's or a brand's most recent category management achievements during the specified measuring period, they also tell a compelling story of challenges confronted, strategies developed and implemented, and the collective results of trading partners working together toward a common goal.

In essence, the actual entry submitted is the key to the judging process in this competition. In winning entries, a company's importance and influence in a given category are represented as comprehensively as possible. This keeps the awards process dynamic from year to year, as well as leaving open the possibility that up-and-comers can be recognized alongside well-established players.

The award criteria factored into the judging of the entries were as follows:

- ➤ Product innovation
- ➤ Creativity in merchandising, marketing, promotion and advertising
- ➤ Consumer insights
- ➤ Innovative, dynamic category management tools
- ➤ Demonstrated commitment to meeting retail customers' specific needs
- ➤ Effectiveness at differentiating a line or brand within a category
- ➤ Effectiveness at lifting sales for a brand's products in the category
- ➤ Effectiveness at lifting an entire category's sales for a retailer
- ➤ Effectiveness at facilitating shopper-centric solutions

• ➤ Fact-based evidence of market-specific or account-specific sales results that support the vendor's claims of excellence

To win the premier Category Captain award, contestants are required to demonstrate excellence in all of the above criteria in their entries. Category Advisors also exhibit high competence, but to a lesser degree and/or in fewer of the above areas, and thus are ranked lower overall than the threshold set for Category Captaincy. Both designations reflect outstanding contributions to the industry at the category level.

**Load-Date:** November 18, 2015

---

End of Document



# 12 quick and easy school lunch ideas;

Richmond Times Dispatch (Virginia)

September 6, 2015 Sunday, 2 Edition

Copyright 2015 Richmond Newspapers, Inc. All Rights Reserved

**Section:** MAIN; Pg. 16A

**Length:** 65 words

**Byline:** STORY AND PHOTOS By JEREMY GLOVER Richmond TimesDispatch

## Body

You've got the outfits picked out, the school supplies organized and the alarms set. What are you forgetting?

Lunch.

While parents often smile at the thought of sending the kids back to school, the prospect of packing lunch every day for the next nine months can be daunting.

We're here to help with 12 quick, healthy ideas for filling those lunchboxes.

jglover@timesdispatch.com

(804) 649-6387

## Graphic

Waldorf salad (lettuce, walnuts, Craisins, feta cheese) with oil and vinegar dressing, apple bits and peanut butter crackers. Jeremy Glover/Times-Dispatch Waldorf salad (lettuce, walnuts, Craisins, feta cheese) with oil and vinegar dressing, apple bits and peanut butter crackers. Jeremy Glover/Times-Dispatch Hummus with carrots, red peppers, green peppers, **pretzel crisps** and dried fruit (raisins, blueberries and cherries). Jeremy Glover/Times-Dispatch Hummus with carrots, red peppers, green peppers, **pretzel crisps** and dried fruit (raisins, blueberries and cherries). Jeremy Glover/Times-Dispatch Salami and provolone rollups, grapes, ants on a log, and Cheddar Bunnies. Jeremy Glover/Times-Dispatch Salami and provolone rollups, grapes, ants on a log, and Cheddar Bunnies. Jeremy Glover/Times-Dispatch Peanut butter and Greek yogurt dip with pretzel twists, snap peas, apple slices and cheese cubes. Jeremy Glover/Times-Dispatch Peanut butter and Greek yogurt dip with pretzel twists, snap peas, apple slices and cheese cubes. Jeremy Glover/Times-Dispatch PB&J swirls, cheese stick, carrots, snap peas and ranch dressing. Jeremy Glover/Times-Dispatch PB&J swirls, cheese stick, carrots, snap peas and ranch dressing. Jeremy Glover/Times-Dispatch Cheese quesadilla with salsa, grapes and cucumber slices. Jeremy Glover/Times-Dispatch Cheese quesadilla with salsa, grapes and cucumber slices. Jeremy Glover/Times-Dispatch Ham rolls with cottage cheese and pineapple bits. Jeremy Glover/Times-Dispatch Ham rolls with cottage cheese and pineapple bits. Jeremy Glover/Times-Dispatch Yogurt with granola, peach slices and blueberries. Jeremy Glover/Times-Dispatch Yogurt with granola, peach slices and blueberries. Jeremy Glover/Times-Dispatch Egg-salad sandwiches with grapes, carrots and ranch dip. Jeremy Glover/Times-Dispatch

12 quick and easy school lunch ideas;

**Load-Date:** September 8, 2015

---

End of Document



# Get ready for National Cheesecake Day

West Hawaii Today

July 28, 2015 Tuesday

Copyright 2015 West Hawaii Today.
Distributed by Newsbank, Inc. All Rights Reserved

**Length:** 933 words

**Byline:** Genny WrightHailey Special to West Hawaii Today

## Body

Gluten-free raspberry cheesecake squares

All cheesecake lovers will enjoy these. Recipe from "The Gluten-Free Gourmet Makes Desserts" by Bette Hagman. Makes 12 to 16 servings.

Fruit filling:

2 cups fresh or frozen raspberries

1/2 cup sugar

2 tablespoons quick tapioca

Crust:

1 1/2 cups Gluten-Free Mix (recipe follows)

3/4 teaspoon xanthan gum*

2 tablespoons almond meal or finely chopped pecans

3 tablespoons confectioners' sugar

3/4 cup margarine or butter

Cheesecake filling:

8-ounce package reduced-fat cream cheese, softened

1/2 cup sugar

1 egg

1 teaspoon vanilla

Preheat oven to 350 degrees. Lightly spray an 8-by-10-inch oblong or a 9-inch square baking pan with cooking spray. In a small saucepan, bring the raspberries, sugar and tapioca to a boil. Reduce heat; boil about two minutes. Remove from heat and cool.

In a bowl, whisk together the flour mix, xanthan gum, nuts and confectioners' sugar. Cut margarine or butter into the mix until it resembles coarse crumbs. Press half the mixture into the prepared pan and bake for eight minutes. Set aside.

In another bowl, beat together the cream cheese and sugar. Add egg and vanilla. Spread this over the cooked crust. Pour fruit filling over the top. Sprinkle remaining crust mixture on top. Bake for 25 to 30 minutes. Cool; store in refrigerator and serve chilled.

Gluten-free mix

This is an all-purpose flour mix that is useful for cakes, cookies and pies. Makes 9 cups.

6 cups rice flour

2 cups potato starch

1 cup tapioca flour

Mix ingredients well; store in a covered container until needed.

*Xanthan gum is a powder that replaces the gluten in yeast breads and other baking. You can find it in health food stores.

Peach cheesecake with gingersnap crust

Summer get-togethers are always special occasions, especially if you make this beautiful dessert. Recipe from Bon Appetit magazine. Makes 12 servings.

Crust:

25 gingersnap cookies (about 6 ounces), coarsely broken

1/4 cup (half stick) unsalted butter, melted

Preheat oven to 350 degrees. Grind cookies in processor to coarse crumbs. Add butter; blend until evenly moistened. Press crumbs onto bottom and 1 inch up sides of a 9-inch spring form pan with sides at least 2 3/4 inches high. Bake until starts to brown, about eight minutes. Cool on rack. Reduce oven to 325 degrees.

Cheesecake:

4 small peaches, peeled, pitted, cut into 1/4-inch thick slices

2 tablespoons plus 1 1/4 cups sugar

1/2 teaspoon fresh lemon juice

Four 8-ounce packages cream cheese, room temperature

4 large eggs

1/2 cup sour cream

1 1/2 teaspoons vanilla extract

In a large heavy saucepan, combine peaches, the 2 tablespoons sugar and lemon juice. Cover; cook over medium-high heat until sugar dissolves and peaches are juicy, stirring occasionally, about five minutes. Uncover and cook until peaches are tender and juices thicken, about five minutes. Set aside to cool.

In large bowl, beat cream cheese with mixer until light and fluffy. Gradually add the 1 1/4 cups sugar; beat until smooth. Beat in eggs one at a time. Mix in sour cream and vanilla. Spoon half of cheesecake mixture (about 3 cups) into crust. Spoon peach compote over top, by tablespoonful, spacing apart. Top with remaining cheesecake mixture. Place large piece of foil on oven rack. Place cheesecake pan on foil. Bake until puffed, set in center, and starting to brown, about one hour. Cool on rack for five minutes, then run a small sharp knife around sides to loosen. Refrigerate on rack, uncovered, overnight.

Glaze:

1/2 cup peach preserves

1 1/2 teaspoons fresh lemon juice

1/2 large peach, peeled, pitted, very thinly sliced (when ready to serve)

Combine preserves and lemon juice in small saucepan. Stir over medium heat until mixture simmers. Strain into small bowl. Remove cheesecake from spring form pan onto serving platter. Spread glaze over top to within 1/4 inch of edges. Chill until set; 30 minutes or up to eight hours. Arrange peach slices in center and serve.

Savory smoked salmon cheesecake

Recipe from Bakepedia. Makes one 6-inch cake; approximately 15 pupu servings.

Crust:

1/4 cup finely ground **pretzel crisps** ("Everything" flavor) or dried bread crumbs

2 tablespoons unsalted butter, melted

Coat a 6-inch spring form pan with nonstick spray. Wrap outside of pan with aluminum foil to seal. In small bowl, combine pretzels or crumbs, cheese and melted butter. Press into bottom of pan in even layer; set aside.

Cheesecake:

Two 8-ounce packages cream cheese, room temperature, cut into pieces

2 large eggs, room temperature

2 tablespoons chopped chives

2 tablespoons chopped Italian parsley

1 teaspoon lemon zest

1/4 teaspoon salt

Ground black pepper to taste

1/2 cup sour cream

6 ounces smoked salmon, chopped fine

Preheat oven to 350 degrees. In large bowl, beat cream cheese with mixer until light and fluffy. Add eggs one at a time, beating well after each addition. Add chives, parsley, zest, salt and pepper; beat in. Stir in sour cream by hand, then fold in the chopped salmon. Pour batter into prepared crust; smooth top with small offset spatula. Place cheesecake pan in a larger pan filled with 1 inch hot water (make sure foil seal is tight). Bake 30 to 40 minutes, until set around edges but still creamy in the middle, with a slight wobble. Remove from oven, take cake out of water

bath, and cool completely on a rack. When cool, cover with plastic wrap and refrigerate overnight, or up to two days.

To serve:

Carefully unmold cheesecake onto serving platter. Decorate top with additional strips of smoked salmon and some chives. Serve accompanied by more **pretzel crisps**, crackers, and/or cucumber slices.

**Load-Date:** July 28, 2015

---

End of Document



# EDGEWOOD HIGH SCHOOL OFFERS UP FAVORITE RECIPES; COOKS' EXCHANGE

Wisconsin State Journal (Madison, Wisconsin)

June 3, 2015 Wednesday, ALL EDITION

Copyright 2015 Madison Newspapers, Inc. All Rights Reserved

**Section:** TASTE; Pg. D2; Cook's Exchange

**Length:** 1289 words

**Byline:** CATHERINE MURRAY , For the State Journal

## Body

Time passes so quickly. It seems like yesterday that Edgewood High School parents decided to compile a fundraising cookbook featuring favorite family and staff recipes. Appropriately titled "Let's Eat," the book debuted in 1977 and sold well warranting second and third printings through the years.

When something of this nature has the sweet taste of success, it's only natural for a sequel to be considered sometime in the future. And besides, Edgewood's history is more than worthy of introducing to another generation.

So the idea was set in motion for "Let's Eat Too!" with Colleen Murphy Penwell, class of 1985, chairing the project. With an exceptional committee of many talents, the sequel reminds us that Edgewood High School of the Sacred Heart was founded in 1881 following the Rev. Samuel Mazzuchelli's efforts to establish a congregation in 1847. Sponsored by the Dominican Sisters of Sinsinawa whose values continue to embrace truth, compassion, justice, community and partnership, EHS's enrollment is open to students of varied education or religious backgrounds from more than 35 middle schools within a 50-mile radius and more than 40 percent of students receive financial aid. Edgewood has also been rewarded as being the first Madison high school named a "School of Excellence" by the U.S Department of Education.

And there's so much more. The Edgewood faculty of 55 members average 20 years of teaching experience with most holding advanced degrees. Attaining an average enrollment of about 600, courses include college prep curriculum as well programs for students with learning challenges.

Their new 300-page cookbook recently shared by alumni records overseer Caryl Bremer includes a collection of old favorites interspersed with tested new recipes never before shared.

Deciding to begin with an appetizer was easy because this one literally jumped out at me from the first page like a cheer shouting "Wisconsin!" Thanks to Colin Schmidt, class of 2013, for submitting it.

Beer cheese pretzel dip

2 8-ounce packages cream cheese, softened

½-3/4 cup beer for desired consistency

1 envelope dry ranch dressing mix

2 cups shredded cheddar cheese, or more

Pretzels for dipping (Snyder's Butter Snaps or **pretzel crisps** work well)

In large bowl, combine cream cheese, ½ cup beer, and ranch dressing until smooth. Add cheddar cheese and blend again. Add more beer or cheddar until desired consistency for dipping. Chill and serve with pretzels.

Note: Keeps in refrigerator for one week. Can use light cream cheese.

Every page turned in Let's Eat Too! held recipes that drew my attention, a smattering being Steve Ebert's Oceanaire Seafood Room Maryland-style crab cakes; Debbie Cray's fig and walnut tapenade with goat cheese; the Maloney family's Bubba's pepper poppers; the Fox family's collard greens with bacon; Katie Ripple's sweet potato soup; Paul Reynolds' very own "World Famous" lasagna; Erika Frederick's honey-glazed oven-baked baby back ribs; Colleen Rehm's Greek spaghetti with tomatoes and feta, Paul Cannarella's tiramisu for dessert?and the list goes on and on with each recipe tested ahead of time.

Beth McLaughlin shared a recipe with that also intrigued me.

The Stone Pipe Inn salad

Salad:

16 ounces fresh spinach

16 ounces spring greens

¼ red onion, sliced lengthwise

4 ounces cashews

1 pint fresh strawberries, cleaned and sliced

8 hard-boiled eggs, sliced or chopped

Mix all ingredients together in a large bowl.

Dressing:

2/3 cup canola oil

1/3 cup cider vinegar

2/3 cup sugar

1 teaspoon celery salt

2 teaspoon prepared yellow mustard

1 small onion, finely diced

Mix ingredients well and toss with salad.

Serves 12

Months ago, a request arrived for a potato recipe once served at a favorite Italian restaurant in town. Because the restaurant no longer exists and the long wait hints that the recipe isn't available, this "easy make-ahead dish" might please the reader just as much, thanks to Jane Didier Wagner, class of 84.

Parmesan potatoes

1 medium onion, chopped

½ stick of butter

½ teaspoon salt

½ teaspoon pepper

1 cup half & half cream

12-24-ounce package of frozen hash browns

1 cup grated Parmesan cheese divided

Paprika

Heat oven to 350 degrees. Saute onion in butter. Add salt, pepper, cream and heat. Add potatoes and cook while stirring until cream thickens. Add half of the grated Parmesan cheese and combine. Spray a 9X13-inch pan, spread potatoes evenly and cover with foil. (At this point, this dish can be covered and refrigerated or frozen to be baked at a later time.) Bake 30 minutes. Uncover and top with remaining Parmesan cheese. Sprinkle with paprika. Broil to melt cheese to form a crust. Serve immediately.

Cooks' Exchange Note: I'd probably add some Italian parsley, basil and/or oregano to add a little color and flavor, though other options seem endless.

I am happy to feature a favorite recipe submitted by Barbara McCormick and Petie Rudy, my Italian friend of Edgefest fame whose creative ideas each year achieved fund-raising heights enabling major EHS renovations. Described in the first printing as an "elegant luncheon or evening buffet entrée" known as a Do-Ahead Seafood Supreme, this is a simpler updated version with a different name.

Baked wild rice and crab dish

2 cups cooked wild rice

1 cup cooked white rice

1 cup crab meat

1 cup cooked shrimp, diced and divided

1 ½ cups celery, minced

1 medium onion, minced

1 green pepper, minced

4-ounce jar pimento, drained

3 10-ounce cans cream of mushroom soup, thinned with ½ cup milk

1 pound fresh mushrooms

1 tablespoon butter

Preheat oven to 350 degrees. Mix together wild rice, white rice, crab, ½ of the shrimp, celery, onion, green pepper, pimento and ½ of the soup mixture. Place in 2-quart baking dish and bake for 1 hour. Brown mushrooms in 1 tablespoon butter. Add remaining shrimp and soup mixture to mushrooms, adding more milk until right consistency for a sauce. Serve sauce hot over baked dish.

Serves 6

On the sweet side, this suggestion for breakfast-in-bed was shared by Penwell, the "Let's Eat Too" chairperson, and chosen because of my affection for coconut.

Coconut French toast

12 eggs

1 ¼ cup milk

2 teaspoon sugar

1 teaspoon cinnamon

14 slices day-old bread

7-ounce package flaked coconut

Maple syrup

Preheat oven to 475 degrees. Pour coconut into shallow dish and set aside. In large bowl, beat eggs. Add milk, sugar and cinnamon. Add bread, one slice at a time, soaking one minute each side. Dredge each slice of bread in coconut, coating both sides. Place prepared bread slices in single layer on greased baking sheets. Bake 5 minutes on each side or until golden brown and cooked through. Serve with warmed syrup.

Serves 7

Here is a gluten-free, sports team favorite from Marigrace Carney, class of 2013.

Monster cookies

6 eggs, beaten

2 cups sugar

1 ½ teaspoons corn syrup

1 cup butter

2 cups brown sugar

3 cups crunchy peanut butter

1 ½ teaspoon vanilla

4 teaspoons baking soda

9 cups oatmeal

1 ½ cups M&M's

1 ½ cups chocolate chips

Preheat oven to 350 degrees. Beat eggs and add remaining ingredients in order given. Mix well. Use ice cream scoop for large cookies, or a tablespoon scoop for smaller cookies, and place on un-greased cookie sheet. Bake 12-15 minutes.

Lorrie Goodwin's dessert selection is a sure favorite for anyone who needs just the right pie to serve on a Kentucky Derby Saturday. Bourbon makes this authentic.

Kentucky pecan pie

¼ cup butter, softened

1 cup sugar

3 eggs

¾ cup light corn syrup

¼ teaspoon salt

1 teaspoon vanilla

2 tablespoons bourbon

½ cup chocolate chips

½ cup chopped pecans

Unbaked deep dish pie crust

Whipped cream

Preheat oven to 375 degrees. Cream butter and add sugar gradually. Add eggs, corn syrup, salt, and vanilla. Add bourbon, chocolate chips and pecans. Pour into crust and bake for 40-50 minutes. Cool. Serve with whipped cream.

**Load-Date:** June 4, 2015

---

End of Document



# 10 Cool Dips for Hot Summer Parties

The Daily American (Somerset, Pennsylvania)

June 1, 2015 Monday

Copyright 2015 The Daily American
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** PARADE HEALTH

**Length:** 466 words

**Byline:** Becca Thiele

**Dateline:** Somerset, PA

## Body

One of my life's mottos is "Every party needs a tasty dip." It seems that every party needs a little time for chatting or munching to ensure that all the main courses are done at the same time. It seems like a lot of work, but have no fear – it's cool and creamy dips to the rescue! Made from simple ingredients that are probably in your own pantry, all of these delicious dip recipes come together in just minutes. It won't be long before you're dipping to your heart's content! Of course, you'll need something to dip with; my favorite dippers include tortilla chips, **pretzel crisps**, fresh veggies, wheat thin crackers, bagel chips, potato chips and sliced baguettes...pick up a variety and get munching!

Crumbs and ChaosGarlic Feta DipPerfect for **pretzel crisps** or fresh veggies, Garlic Feta Dip is super flavorful and ideal for any occasion. Get the recipe here. 1 of 10 Lemon Tree DwellingCobb DipAll of the things you love about the salad, in a tasty dip-able form. Grab some **pretzel crisps** to enjoy this easy-to-make dip! Get the recipe here.2 of 10 Crumbs and ChaosSalsa Verde Taco DipThis lovely layered goodness is going to go fast...make sure you have plenty of tortilla chips on hand! Get the recipe here.3 of 10 Garnish With LemonParmesan SalsaThis cheese lover's delight comes together quickly with the help of a food processor. A few hours in the fridge and this cheesy dip is ready to spread on a fresh baguette! Get the recipe here.4 of 10 Crumbs and ChaosCheesy Bacon Corn DipFull of everything good in life, this crowd-pleasing dip is a savory reminder that bacon really does make everything better. Get the recipe here.5 of 10 Mostly Homemade MomCreamy Shrimp DipSure to become a new family favorite, this is a make ahead dip that will leave your guests wanting more. Get the recipe here.6 of 10 Crumbs and ChaosApricot Gorgonzola Cheese SpreadThis unique blend of ingredients is fresh and delicious, making this spread a huge hit at parties! Get the recipe here.7 of 10 Taste and TellBacon Horseradish DipWhy buy from the store when you can make this delectable dip at home? This creamy dip is just begging for a rippled potato chip. Get the recipe here.8 of 10 Crumbs and ChaosDill Pickle DipYou may want to make double of this recipe...not only is it a crowd favorite, but it also makes a great burger topping. Get the recipe here.9 of 10 Lemons for LuluBlue Cheese Ranch DipBursting with flavor, this cheesy dip is a cool accompaniment to your favorite spicy chips. Get the recipe here.10 of 10AdvertisementDon't Miss Galleries:Style Steals: 6 Fall Scarves For $20 Or Less6 photosHalloween Starts Today... on ABC35 photosApples, Apples, Apples! 21 Recipes to Fall For!20 photosReplay GallerySee AllPrevNext

View the original at Parade or follow us on Twitter, Facebook or Google+

**Load-Date:** June 2, 2015

End of Document



# Some on-the-go snacks

Iowa State Daily (Ames)

April 30, 2015 Thursday

Copyright 2015 Iowa State Daily
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** DCT

**Length:** 297 words

**Byline:** Shelby Kramer

# Body

Some granola bars are loaded with sugar, often with just as much as your average candy bar. Plus, some the processed ingredients in certain granola bars are just awful, so choose wisely. One generally trusted brand is Kasha 's TLC Chewy and Crunchy Granola Bars. They contain basic ingredients and contain a hefty 5 grams of fiber a piece.

Smoothies

Yeah, it's a drink, but it's still filling. Throw some fresh or frozen fruit, yogurt, milk or whatever else in your blender and away you go. You can also put in some ground flax seed to add some extra punch to your antioxidant-rich smoothie. Flax is a great source of fiber.

Fruits and berries

This is an obvious choice that requires little to no explanation ... so there's no explanation. Just eat fruits and berries.

Almonds

They're just the perfect snack. They're portable, clean to eat, filled with protein and some studies have shown they can help prevent prevalent diseases, like diabetes, heart disease, etc. Keep in moderation, though, because these little suckers are easy to overeat.

Hummus

Hummus is a sort of dip made from chickpeas, so it can be difficult to eat on the go. Good thing is that Sabra makes single-serve, to-go hummus with **pretzel crisps**. It's more of a chore to eat, but it's a great source of fiber, folate, iron, etc.

Cheese

Mini cheese snacks are great, but they do require refrigeration, which can be a pain. Mini Babble cheeses are the little wax-wrapped deals at the store, and string cheese can be found anywhere, even at local convenience stores. Pop some cheese with another nutritional snack for a good pick-me-up hunger-fighter during the day.

Hard-boiled eggs

These also have to stay refrigerated, plus they can be a pain to prepare. Other than that, they're an easy-to-eat and healthy option.

Some on-the-go snacks

**Load-Date:** April 30, 2015

_____

End of Document



# A clear-eyed look at marijuana legalization

Marin Independent Journal (California)

April 26, 2015 Sunday

Copyright 2015 Marin Independent Journal, a MediaNews Group publication All Rights Reserved

**Section:** FEATURES

**Length:** 995 words

**Byline:** By Nicole Brodeur

# Body

There's a great scene in Bruce Barcott's new book, "Weed the People: The Future of Legal Marijuana in America," in which after months of researching the issue with a smart and sober eye, the author walks to the side of an abandoned Denny's in Denver and fires up a joint.

After it "smolders down to a nub," he returns to his room at the Quality Inn and opens his laptop to chronicle what happens.

"What would be the most beautiful type font?" is how Barcott begins a stream-of-consciousness riff worthy of Thelonious Monk, involving **pretzel crisps** and sexy curtains.

"This is far past high. This is stoned. And it is quite pleasurable," he typed.

No wonder it's the Barcott kids' favorite section of the book. The geeky dad with all the answers uncoils into a mass of random thoughts before falling asleep with his clothes on.

In "Weed the People," Barcott serves as the self-described "canary in the coal mine" of the cannabis crusade. He had no skin in the game when he started two years ago. Just a journalist's curiosity (he is a contributing editor at Outside and has written for the New York Times Magazine and National Geographic), an investigative reporter's skill and an ability to put history, culture and economics together in an easy, conversational style.

"Part of the challenge was figuring out my own preconceptions," he said recently.

Barcott - who lives on Bainbridge Island with his wife, the writer Claire Dederer and their two kids - grew up a child of the '70s, when marijuana was for hippies. He was in high school when Nancy Reagan was urging everyone to Just Say No.

'Square' beginnings

"I was the square," Barcott said recently of his high school days. "I was arriving late and leaving early. Pretty straight. I was having a beer and that's about it."

He saw marijuana as "a bit of a trap." He didn't want his future derailed because he got caught with the stuff.

That changed in college, when he found that marijuana "was not an unpleasant experience."

He smoked a lot of it, but his grades started to suffer and he stopped.

Fast forward to a dinner party a few years ago, when the topic at the table was Initiative 502 - the measure to legalize marijuana sales in Washington state. Barcott planned to vote against it. He didn't want his kids to have such easy access to pot.

When a friend made an impassioned and constructive argument in favor of legalization (your kids can get pot at school, thousands in jail for minor offenses), Barcott found himself sitting on the proverbial fence.

It seemed the perfect place from which to start a book, especially after Barcott scanned store shelves and saw only books written by marijuana advocates or anti-drug people. Some were clinical, others legalistic.

'Nothing fun to read'

"There was nothing current or fun to read," he said. "And I felt like there was this huge space to experience and observe."

This approach was exactly the one he took when writing 2007's "The Measure of a Mountain," about Mount Rainier: "I told people that I am not a mountain climber, I am not Ed Viesturs. I am just a geeky guy obsessed with Mount Rainier right now."

This time, that guy was obsessed with marijuana legalization, and took readers along for the lesson.

He did research and found that every year between 2005 and 2010, around 800,000 Americans were arrested on marijuana charges, most for small-time possession.

He started going to Denver about once a month. He sat in boardrooms where Wall Street and Silicon Valley investors were seeding, ahem, marijuana enterprises. He toured giant grow operations. He researched the history of marijuana, spoke with patients and artists whose lives have been sustained by cannabis. He attended festivals and rallies, got his own medical-marijuana card.

And when the votes were counted, he stood in line to make a pot purchase on the first day of legal sales in Colorado - a scene with more tension than a John Le Carre novel. But funnier.

Embrace versus allow

Barcott believes that Colorado "embraced" the legalization of marijuana, while Washington state "allowed" it.

"Colorado had a certain amount of pride about its system," he said. "That they passed their law over the objections of the powers-that-be, and Washington did it by collaborating with the powers-that-be."

Colorado - with the governor's approval - set up a regulated medical-marijuana system and used that as the foundation for its retail applications and sales, which started six months before those in Washington state.

Marijuana Â» Page 4

Washington had the chance to regulate medical marijuana in 2009, but then-Gov. Chris Gregoire wouldn't sign the legislation. So when pot was legalized, "We left it up to the Liquor Control Board and then the good intentions of a lottery system," Barcott said, adding that some who received licenses couldn't find money or approved locations to follow through.

"We set up a system that was hobbled at the start," Barcott said.

And now?

"I think we're doing OK," he said. "I don't think we're doing great and I don't think we're doing a terrible job. The system was set up to be slow and overly careful."

With all this knowledge, has Barcott invested in the marijuana industry?

Nothing beyond a vape, he reported.

"But if I had the money, I would invest in ancillary businesses. Packing companies, security and video systems. Just plain, old slip-and-fall business insurance."

In the end, what Barcott feared the most - his kids having access to marijuana - has been turned on its head. Lucy, 16, and Willie, 13, are well-versed and thoughtful.

"Lucy loves the cultural context of it all, and Willie is much more of a philosopher," he said. "He loves to get into the ethics and morals of things."

But what about smoking the stuff?

"I am advising against the use of marijuana," Barcott said. "But I am saying that and saying, 'Here's why, here's what I found, here are the top three reasons why you shouldn't do it now. And if you're going to do it, wait until your early 20s.'"

Marijuana

From Page 2

**Load-Date:** April 26, 2015

---

End of Document



# Food Notes

Charlotte Observer (North Carolina)

April 14, 2015 Tuesday

Copyright 2015 The Charlotte Observer All Rights Reserved

## The Charlotte Observer

Found on Charlotte ● com

**Section:** food_drink

**Length:** 315 words

**Byline:** The Charlotte Observer

## Body

Want a breakfast cracker?

Instead of Lance in your pants, you may need pockets in your pajamas. The Charlotte-based snack company, now called Snyder's-Lance after its merger with Snyder's of Hanover, is releasing a new line of filled crackers with a breakfast aim. Lance Quick Starts are whole-grain "breakfast biscuit sandwiches," like their sandwich crackers but filled with morning-centric blueberry, maple and cinnamon fillings instead of the familiar cheese or peanut butter. A five-pack of six-biscuit packets is $2.99.

Also new from Lance: Gluten-free versions of the bite-size peanut butter and cheese sandwich crackers and Snack Factory mini **pretzel-crisps**. The company says the crackers are the first gluten-free snack crackers available.

Get baking for Matthews contest

The Matthews Community Farmers' Market returns to its summer hours of 8 a.m.-noon on Saturday, followed by the annual baking contest April 25. This year's category: Healthy Yeast or Sourdough Bread. There's no registration or fee to enter. Just arrive by 9 a.m. with your entry, including contact information and the recipe. Details: .

Vote for your favorite beer

Battle of the Brews returns 3-6 p.m. Saturday at the South End Food Truck Lot, 100 W. Park Ave. Organizer Mark Miller expects 10 breweries, eight food trucks, exhibitors from bottle shops and pour houses and live music. It is a battle, so you get a 5-ounce tasting glass and 3 bottle caps that will let you vote for your favorite beer. Tickets are $40 at  or $50 at the gate.

Say cheese in the mountains

The WNC Cheese Trail, which promotes N.C. cheesemakers, will hold its first Carolina Mountain Cheese Fest, noon-4 p.m. April 26 at Highland Brewing Co., 12 Old Charlotte Highway, Asheville. Expect a grilled-cheese cook-off, milking and cheese demonstrations, panel discussions and 19 cheesemakers. Tickets are $12 in advance at  or $15 at the door.

**Load-Date:** April 14, 2015

Food Notes

End of Document



# Lauren's Un-Perfect Life

Redbook

April 1, 2015

Copyright 2015 Hearst Communications Inc. All Rights Reserved

**Section:** LIFE; Pg. 104; Vol. 224

**Length:** 2103 words

**Byline:** Amy Spencer

Luke Ritchie

## Body

She's stylish, successful, and newly, happily married. But she is also completely and refreshingly chill about what doesn't go her way. And since she's willing to talk about pretty much anything, we let you guys ask the questions. Here we go

Lauren Conrad has the battle scars of a lifestyle guru who likes to get her hands dirty. Take the burn mark on her right wrist after an unfortunate encounter with a hot oven rack. "It's so stupid," she says, shaking her head. "I was experimenting with a cake, whether it was better to candy blood oranges before using them as decoration or just slice them and put them on it fresh." (For the record, fresh is the way to go.) She also has little cuts on her ankles from wearing a favorite pair of Louboutin flats with tiny spiky grommets. "They're really comfortable," she says, laughing. "I just cut my ankles sometimes." We're sitting in the Los Angeles headquarters of her fashion line Paper Crown, and as I begin to compliment the lovely decorations-delicate pink-and-white paper flowers-Lauren sets me straight. "It took us, like, *six hours* to make those things," she says. "I thought it was going to be a really quick project. And then I started and was like, I'm going to *finish* this."

Unlike the other celebrity lifestyle gurus of this world-ones who recommend steaming their lady parts or feature impossibly lush dinner party tablescapes photographed with moody Instagram filters-it's a relief to hear Lauren, 29, share an all-too-relatable tale of D.I.Y. PTSD. She doesn't even attempt a veneer of perfection. She doesn't have the time. Besides her Paper Crown line, which she started in 2010 and has now expanded to bridesmaids' dresses and stationery, Lauren has her hugely successful line for Kohl's, LC Lauren Conrad. She also recently launched The Little Market, an online retailer that sells handmade fair-trade goods from woman artisans around the world. Plus, Lauren is editor-in-chief of her website, http://www.laurenconrad.com, which receives 3.6 million unique views a month. Sound exhausting? It is. Tonight Lauren plans on cracking open a bottle of bubbles to celebrate the fact that Paper Crown shipped its first line of bridesmaids' dresses, but what she really needs, she says, is a nap.

And she's just as candid about her September 2014 marriage to William Tell, a 35-year-old who works in entertainment law. Like an old married lady, she speaks about him with a mixture of admiration and affectionate sarcasm. The pair met in 2011, and Lauren says she knew he was "the one" soon after. "He's the first person I ever thought I could marry," she says. "He's so smart. I respect his opinion a lot." (Though there are exceptions: "I watch *The Good Wife* with him, and he's like, 'That's incorrect. You would actually do this ' It's a nightmare!") Lauren says there are no immediate plans to start a family, but she's thinking about it, which is why she's planning on taking his name, at least personally. "I feel like it makes you a family unit," she says.

Because we know she has legions of fans (not to mention 3.3 *million* Twitter followers), we asked you, our REDBOOK readers, what you are dying to know from her. You didn't let us down with your smart, thoughtful

questions, and Lauren's responses were equally straight. Listen to what keeps her motivated, how she handles her online trolls, and why she dresses like Ronald Reagan. Really.

Let's start with an easy reader question. Megan Ferren of New York City says: I love the focus on healthy living on your site. What do you like to snack on?

I'm obsessed with Inner Peas, the little Trader Joe's crunchy snack peas. But I've also been trying to eat fresh fruits and vegetables as a snack. I've been so busy over the weekends and missing farmers' markets that I signed up for a delivery service of locally grown stuff. That's not to say I'm not having pretzel parties-I like those **pretzel crisps**.

Ashley from San Francisco wants to know: What is your main source of decor inspiration?

Flea markets. The last thing I bought let me show you a picture! [*Pulls up a photo on her iPhone*] We're redoing our backyard, and I was trying to figure out what type of chairs to put there. I was on Pinterest and I saw a picture of these Bertoia side chairs. Because I'm clueless, I didn't realize it's a designer chair. When I went to find them, I discovered they are around $700 each. For a *chair!* So I was at the flea market and I got a whole set for basically less than what one new one would be.

Sabrina Irsay of Austin, TX, says: Your decor style is ultrafeminine. How do you incorporate your new husband's personality and style into your home?

Excellent question. We are still working on it. We've been decorating a home together-we have a place in Laguna; it's our little escape. But we're so different. So I think it's just going to end up eclectic? I'll give him a photo and be like, "This is what I want to do." And if he says, "I don't hate it," then I'm allowed.

Why, what's his taste?

Modern or midcentury. More masculine, cleaner lines, heavier pieces. But he does have a large portrait of Elvis, and it's painted on velvet. It's called "Velvis" and it's hanging in our garage. Because *compromise!* [*Laughs*]

It feels like you're testing out different things all the time-like writing novels or collaborating on new things. How do you know when it's time totry something new?

I love change-standing still for too long terrifies me. That's why I'm in the fashion industry: You create a collection and start over again. Nobody loves their job all the time, but you should enjoy parts of it. Writing my last book, I wanted to kill myself for a month-it was the craziest deadline. I hadn't slept. I was so upset. Everything was the worst, but I kept telling myself it was temporary. It was terrible, but in a good way. I'm happiest when I'm working toward something.

When you're in business meetings, do you find that women have tobe super-assertive to be heard?

I don't think so. Over the last few years I've been able to work with several women who I really respected because they didn't take on that role of being a bitch. They were strong, but they were kind and they didn't need to shout to be heard. A lot of women feel like they need to be really tough in order to be taken seriously. A lot of times we have this idea that kindness is weakness, which I don't think is true.

You're involved in so much; you must have crazy to-do lists. What kinds of things are you likely to leave undone?

Honestly, I keep lists in order to get thoughts out of my head; otherwise I can't quiet it. So I've started bringing a notebook with me. And at night when I'm going to bed, I can put it all in writing. It kills me when I'm driving. Because I commute a lot to L.A. from Orange County, which is a two-hour drive, I've been really into podcasts. I listened to *Serial* in two days, because I'm crazy. And have you heard *Invisibilia*? It's about things you can't see, like emotions. Today I listened to an episode on fear. It taught me you can actually train yourself to not be afraid of things, because [a lot of] fear is taught.

What are you most afraid of?

I'm a very jumpy person. For example, my husband has to whistle before he walks in a room to let me know he's coming. A lot of times in public, people will come up behind me and grab my arm to get my attention. It's not an aggressive thing, but it terrifies me. I spook easily.

Let's get back to the reader questions. Here's Karen Morgan of New Jersey: What has been the most surprising thing about married life?

I don't have a great answer, because it hasn't felt different. William and I lived together before we married and knew early on that we were going to spend our lives together.

How is your relationship with William different from your past relationships?

I was never a person who was obsessed with the idea of marriage. I mean, I love weddings. But for me, other parts of a relationship are so much more important. For us it was obvious pretty quickly. He told me about the night he decided. We were stuck in traffic, on our way to a dinner, so we ended up being in the car for two and a half hours. We just had, like, a long talk of, "This is what our life would look like." We're planners. [*Laughs*]

I think it's funny that some people *don't* do that.

Obviously romance is so exciting and so is the thrill of committing yourself to someone forever. But you wake up the day after the wedding and you're *married*. And you have the rest of your lives ahead of you.

What do you guys bicker about?

Everything. It can be the smallest thing, like the way to pronounce a word. It's really funny: He's a lawyer, and I love to argue. One of my favorite things about him is that he's not afraid to disagree with me. And we both insist on being right. He's so smart, and he's often right. And if I am wrong, I have no problem with it.

Do you feel pressure to start a family?

No, we don't. I had a girlfriend who did this thing that I thought was so smart: The year she was going to get pregnant she made a checklist of things she wanted to do. One of them was, like, "Take a road trip across the country." She checked them all off, and then she was like, "Okay, I'm ready to be a mom." I was telling William that, and he was like, "You'd hate a road trip! You're terrible in the car!"

Alecia Pace of Long Island, NY, wondered this: Do you ever find that pleasing your fans or shutting up haters gets in the way of your creativity?

Every once in a while, yes. Because I'm human, and when someone says something mean about me, it hurts my feelings. That's natural. That said, I take everything with a grain of salt. People interact so differently when they don't have anonymity to make them brave. It would hurt my feelings more if someone were to say it to my face.

How do you get through tough or challenging times?

If I'm really stressed-out or upset at something, I always just try to focus on the positive. I think the best thing to do is count your blessings. There is so much good still there. It's really the only thing that makes me feel better.

Okay, we got a lot of questions about your beauty routine. Jackson Pearce of Atlanta asks: If you could wish for anything beauty-wise, what would it be?

I would love a bold lipstick that was natural. I've been trying to trade out my products for more natural ones. Your skin is your biggest organ-also, I've read that you can eat a pound of lipstick a year. But if you want to do a bold red or a hot pink lip, you can't get a long-lasting one that's all-natural. That's the magic product I would make.

When you're just hanging around the house, whatare you wearing? Jessica Jalowiec of San Diego wants to know if you even *own* ugly pajamas.

Absolutely. They're the most comfortable! The other day I was wearing a pair of gray, cropped, high-waisted sweatpants with a white T-shirt. William looked at me and said, "You look like President Reagan." I looked it up and found a photo of [Reagan] reading, and he's wearing these sweatpants pulled up really high with a white T-shirt on. I was like, "I *do* look like President Reagan!"

Ha! How often does your husband make references that you have to look up?

Daily. Google is the third member of our relationship.

Let's talk about your hair: How long were you considering cutting it before you made the leap?

A few months. I didn't want to touch it before the wedding. My hairstylist took a week to really cut it. She cut a lob and then a bob, and then she kept cutting it shorter. She wanted to teach me how to style it when it was growing out.

Oh, that's a good idea!

Now I want my long hair back. I don't like feeling bare.

Really? This leads me to our last question:

When do you feel most confident?

The girls who work on the website and I have been trying to do one charity event a month. We've done a meal at a women's center downtown and we're working with the children's hospital to set up a craft day. When I'm doing something selfless, that's when I feel best.

"I like constantly working and being creative," says Lauren, who is collaborating with Rifle Paper Co. on a line of stationery and gifts. The pretty wreath illustration, at left, is from her line!

"I still haven't fully accepted my fame," says Lauren. "But as I get older, I'm realizing it doesn't matter as much as I thought it did."

"I think some women have an idea that kindness is weakness, which isn't true."

Lauren and William at their wedding last September.

"One of my favorite things about William is that he's not afraid to disagree with me."

"I definitely wouldn't encourage my child to do reality television," says Lauren.


**Load-Date:** May 1, 2015

---

End of Document



# TRAVEL NOW;United Club lounges set for upgrade;

The Houston Chronicle

March 8, 2015 Sunday, 3 STAR EDITION

Copyright 2015 The Houston Chronicle Publishing Company All Rights Reserved

**Section:** ESCAPES; Pg. 2

**Length:** 229 words

**Byline:** By Jody Schmal

## Body

Those who have passed any hungry chunk of time in a United Club lounge at George Bush Intercontinental Airport might have memories of packaged cheese and cookies.

So it should come as good news that United Airlines has announced that it will be enhancing the experience in its airport lounges in the coming months. Changes include replacing its current complimentary food offerings with fresher, healthier options: think scones, bagel sticks, a hot oatmeal station and Greek yogurt bar in the morning, and afternoon selections such as soups, salads and hummus with assorted dipping mechanisms (pita thins, **pretzel crisps**, bell pepper slices).

The new menu rolled out at Chicago O'Hare International Airport this week; by the end of summer, the food will be available at United Clubs in Houston, Denver, Newark, San Francisco, L.A. and Washington Dulles. (The new offerings will be in all the airline's 49 clubs worldwide by the end of the 2015.)

This year United also will launch an upgraded beverage-for-sale program of premium beers, spirits and wines - including Champagne Laurent-Perrier and Trinchero Family Estates Wines - and plans to test a new food-for-sale pilot program. Additionally, clubs in Chicago O'Hare, Washington Reagan, Hong Kong and Tokyo Narita airports will be renovated in the coming year and entirely new ones will be built in Atlanta and San Francisco.

## Graphic

Wayne Slezak photos / United Airlines Hummus dip and salads will be among the new afternoon offerings. United Clubs lounges at IAH will have new, healthier food options by the end of the summer. United Clubs will feature a hot oatmeal station.

**Load-Date:** March 10, 2015

End of Document

# United Airlines Updates United Clubs

Entertainment Close-up

March 14, 2015 Saturday

Copyright 2015 Close-Up Media, Inc. All Rights Reserved



**Length:** 451 words

## Body

United Airlines reported it is transforming the customer experience in its United Clubs with upgrades including an overhauled, complimentary food menu launching this week, club renovations and a hospitality-focused approach to customer service.

"We're making major changes in our United Clubs to give our customers the elevated, hospitality-centric service and experience they deserve and expect. This year will be transformational," said Jimmy Samartzis, vice president of customer experience. "Our new fresh, tasty and healthy food offerings, overhauled service approach, and systematic investment in renovating the rest of our 49 clubs worldwide will give our customers an airport getaway for relaxing or being productive during the hustle and bustle of their travel day."

According to a media release, United will launch an all-new complimentary food menu in its United Clubs - from a Greek yogurt bar and hot oatmeal station to hummus with **pretzel crisps** and peppers. The menu is focused on freshness, variety and quality. United is replacing all current offerings with the new healthy and delicious choices, beginning with Chicago O'Hare International Airport this week.

The new items will be available at United Clubs in Houston, Denver, Newark, Los Angeles, San Francisco and Washington Dulles by the end of summer. All United Clubs worldwide will feature the new food by the end of the year.

Also in 2015, United will launch an upgraded beverage-for-sale program of premium wines, beers and spirits including Champagne Laurent-Perrier and Trinchero Family Estates Wines. United plans to test a new food-for-sale pilot program later this year as well.

In the coming year, the airline will renovate clubs in Chicago O'Hare, Washington Reagan, Hong Kong and Tokyo Narita. It will also build new clubs in Atlanta and San Francisco, and begin major changes in Los Angeles.

Each lounge will reflect the new, modern style with upgraded amenities showcased in the airline's Chicago O'Hare, Boston, London Heathrow, San Diego and Seattle United Club renovations.

United will re-train its United Club agents with a new customer service program throughout 2015. The training will reflect standards of the hotel and hospitality industry to better match club members' expectations. United Club members will also enjoy complimentary, Wi-Fi-based printing for greater customer productivity this year.

United Airlines Updates United Clubs

United Club members enjoy an airport oasis to recharge and relax in more than 45 locations worldwide.

United Airlines and United Express operate an average of 5,055 flights a day to 373 airports across six continents.

More Information:

http://www.united.com

((Comments on this story may be sent to newsdesk@closeupmedia.com))

**Load-Date:** March 14, 2015

---

End of Document



# UAL to Upgrade Airport Lounge Experience for United Club Members

Economic News (Information Agency Oreanda)

March 5, 2015 Thursday

Copyright 2015 RIA OREANDA All rights reserved


ОРЕАНДА
ИНФОРМАЦИОННОЕ АГЕНТСТВО

**Length:** 243 words

## Body

Chicago. OREANDA-NEWS . United Airlines today announced it is transforming the customer experience in its United Clubs with upgrades including an overhauled, complimentary food menu launching this week, extensive club renovations and a hospitality-focused approach to customer service.

"We're making major changes in our United Clubs to give our customers the elevated, hospitality-centric service and experience they deserve and expect. This year will be transformational," said Jimmy Samartzis, vice president of customer experience. "Our new fresh, tasty and healthy food offerings, overhauled service approach, and systematic investment in renovating the rest of our 49 clubs worldwide will give our customers an airport getaway for relaxing or being productive during the hustle and bustle of their travel day."

United will launch an all-new complimentary food menu in its United Clubs - from a Greek yogurt bar and hot oatmeal station to hummus with **pretzel crisps** and peppers. The menu is focused on freshness, variety and quality. United is replacing all current offerings with the new healthy and delicious choices, beginning with Chicago O'Hare International Airport this week.

The new items will be available at United Clubs in Houston, Denver, Newark, Los Angeles, San Francisco and Washington Dulles by the end of summer. All United Clubs worldwide will feature the new food by the end of the year.

Copyright (c) "OREANDA-NEWS"

**Load-Date:** March 5, 2015

End of Document

# United Airlines to Upgrade Airport Lounge Experience for United Club Members; - All-new fresh and healthy complimentary food menu to begin this month

PR Newswire

March 4, 2015 Wednesday 9:05 AM EST

Copyright 2015 PR Newswire Association LLC All Rights Reserved

**Length:** 1025 words

**Dateline:** CHICAGO, March 4, 2015

## Body

United Airlines today announced it is transforming the customer experience in itsUnited Clubswith upgrades including an overhauled, complimentary food menu launching this week, extensive club renovations and a hospitality-focused approach to customer service.

"We're making major changes in our United Clubs to give our customers the elevated, hospitality-centric service and experience they deserve and expect. This year will be transformational," said Jimmy Samartzis, vice president of customer experience. "Our new fresh, tasty and healthy food offerings, overhauled service approach, and systematic investment in renovating the rest of our 49 clubs worldwide will give our customers an airport getaway for relaxing or being productive during the hustle and bustle of their travel day."

New Complimentary Food Menu

United will launch an all-new complimentary food menu in its United Clubs - from a Greek yogurt bar and hot oatmeal station to hummus with **pretzel crisps** and peppers. The menu is focused on freshness, variety and quality. United is replacing all current offerings with the new healthy and delicious choices, beginning with Chicago O'Hare International Airport this week.

The new items will be available at United Clubs in Houston, Denver, Newark, Los Angeles, San Francisco and Washington Dulles by the end of summer. All United Clubs worldwide will feature the new food by the end of the year.

VisitUnited's Newsroomfor additional photos.

| New Morning Selections | | New Afternoon Food Selections | | |
|---|---|---|---|---|
| Hot Old-Fashioned Oatmeal -assorted toppings- mixed fruit, granola, cinnamon, raisins, honey, brown sugar | Fresh Bagel Sticks plain and everything bagel sticks with cream cheese, assorted jams | | Fresh Hummus - assorted toppings- pita thins or **pretzel crisps**, Greek olives, freshly sliced red bell peppers | Mediterranean Salad wheat berries, peppers, tomatoes, black olives |
| Greek Vanilla Yogurt -assorted toppings- mixed fruit, granola, cinnamon, raisins, honey, brown sugar | Cage-Free Hard-Boiled Eggs served with fresh chives and paprika | | Soup du Jour hearty garden vegetable soup | Cured Salami and Cheddar Cheese served with hearty wheat crackers |

**United Airlines to Upgrade Airport Lounge Experience for United Club Members; - All-new fresh and healthy complimentary food menu to begin this month**

| | | | |
|---|---|---|---|
| Scones flavors rotate between cinnamon vanilla, blueberry, cranberry orange | Spicy Bloody Mary Trail Mix with pretzel sticks and assorted nuts (peanut-free) | Healthy Fitness Trail Mix with assorted dried fruit and seeds (peanut-free) | Salty Ranchero Trail Mix with sesame sticks (peanut-free) |
| Assorted Cereals + Milk Corn Flakes®, granola, 2% milk, skim milk | Fresh Fruit apples + bananas | Sheila G's Brownie Brittle(TM) | Artisan Breads |

Also in 2015, United will launch an upgraded beverage-for-sale program of premium wines, beers and spirits including Champagne Laurent-Perrier and Trinchero Family Estates Wines. United plans to test a new food-for-sale pilot program later this year as well.

United Club Renovations

In the coming year, the airline will renovate clubs in Chicago O'Hare, Washington Reagan, Hong Kong and Tokyo Narita. It will also build new clubs in Atlanta and San Francisco, and begin major changes in Los Angeles.

Each lounge will reflect the new, modern style with upgraded amenities showcased in the airline's Chicago O'Hare,Boston,London Heathrow, San Diego andSeattleUnited Club renovations. The new design schemes incorporate both United's unique aviation history and panoramic views of modern-day aviation in action. New and renovated United Clubs offer more and diverse seating arrangements.

United's recent renovations at London Heathrow have been nominated by the American Institute of Architects for the Design Excellence Award for Interior Architecture. The London club is also a finalist for the 2015 Design Et Al International Yacht & Aviation Awards in the category of Commercial Aviation, First Class Lounge.

Service and More

United will re-train its United Club agents with a new, comprehensive customer service program throughout 2015. The training will reflect standards of the hotel and hospitality industry to better match club members' expectations. United Club members will also enjoy complimentary, Wi-Fi-based printing for greater customer productivity this year.

About United Clubs Worldwide

United Club members enjoy an airport oasis to recharge and relax in more than 45 locations worldwide. In addition to the food and snack offerings, other complimentary amenities include personalized travel assistance and beverages including select beer, wine and spirits. United Club members also enjoy access to Copa Club locations and participating Star Alliance affiliated airport lounges worldwide. For more information, including membership details, visitunited.com.

About United

United Airlines and United Express operate an average of 5,055 flights a day to 373 airports across six continents. In 2014, United and United Express operated nearly two million flights carrying 138 million customers. United is proud to have the world's most comprehensive route network, including U.S. mainland hubs in Chicago, Denver, Houston, Los Angeles, New York/Newark, San Francisco and Washington, D.C. United operates nearly 700 mainline aircraft, and this year, the airline anticipates taking delivery of 34 new Boeing aircraft, including the 787-9 and the 737-900ER. United is also welcoming 49 new Embraer E175 aircraft to United Express. The airline is a founding member of Star Alliance, which provides service to 193 countries via 27 member airlines. More than

United Airlines to Upgrade Airport Lounge Experience for United Club Members; - All-new fresh and healthy complimentary food menu to begin this month

84,000 United employees reside in every U.S. state and in countries around the world. For more information, visit united.com, follow @United on Twitter or connect on Facebook.

The common stock of United's parent, United Continental Holdings, Inc., is traded on the NYSE under the symbol UAL.

Photo -http://photos.prnewswire.com/prnh/20150302/178933

Logo -http://photos.prnewswire.com/prnh/20130404/MM89155LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/united-airlines-to-upgrade-airport-lounge-experience-for-united-club-members-300045262.html

SOURCE United Airlines

CONTACT: United Airlines Worldwide Media Relations, +1-872-825-8640, media.relations@united.com

**Load-Date:** March 5, 2015

---

End of Document



# United Airlines plans food upgrade, service re-training at airport lounges in Denver and elsewhere

Denver Business Journal

March 4, 2015 Wednesday

Copyright 2015 American City Business Journal, Inc. All Rights Reserved

## DENVER
## BUSINESS JOURNAL

**Length:** 460 words

**Byline:** Mark Harden

## Body

United Airlines -- the No. 1 airline at Denver International Airport by passenger count -- says it will shake up the food menu at its airport lounges in Denver and other cities, and also plans to retrain its staff to offer better service.

In a statement, the Chicago-based carrier said it is "transforming the customer experience in its United Clubs with upgrades including an overhauled, complimentary food menu launching this week, extensive club renovations and a hospitality-focused approach to customer service."

Starting this week at its hometown hub of Chicago O'Hare International Airport, United said it is "replacing all current offerings with the new healthy and delicious choices ... focused on freshness, variety and quality" at its lounges.

The upgrades will occur at DIA as well as Houston, Newark, Los Angeles, San Francisco and Washington Dulles over the summer and spread to all 49 United Clubs worldwide by year's end, the carrier said.

Examples of new food offerings include a Greek yogurt bar and hot oatmeal station, hummus with **pretzel crisps** and peppers, and "healthy fitness" trail mix.

The new offerings are "in contrast to the salty snacks and packaged food commonly found in the clubs, which haven't gotten a significant menu upgrade since United merged with Continental Airlines in 2010," the Chicago Tribune's Gregory Karp reports.

United recently upgraded food offerings on its flights.

As for service, United said it "will re-train its United Club agents with a new, comprehensive customer service program throughout 2015. The training will reflect standards of the hotel and hospitality industry to better match club members' expectations."

"We're making major changes in our United Clubs to give our customers the elevated, hospitality-centric service and experience they deserve and expect. This year will be transformational," said Jimmy Samartzis, United's vice president of customer experience.

United Airlines plans food upgrade, service re-training at airport lounges in Denver and elsewhere

The airline said it also plans an upgraded beverage-for-sale program at its lounges that includes Champagne Laurent-Perrier and Trinchero Family Estates Wines. And "United plans to test a new food-for-sale pilot program later this year as well, it said.

And United has slated renovations at its clubs at Chicago O'Hare, Washington Reagan, Hong Kong and Tokyo Narita. It will also build new clubs in Atlanta and San Francisco. The airline also plans to offer free Wi-Fi printing at its clubs.

United carried about 41 percent of DIA's passenger traffic in 2014. It has two United Clubs at DIA on the B concourse.

United is a unit of United Continental Holdings Inc. (NYSE: UAL).

Did you find this article useful? Why not subscribe to Denver Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**Load-Date:** March 4, 2015

---

End of Document



# Finger Foods for the Oscars

Arkansas Traveler: University of Arkansas

February 18, 2015 Wednesday

University Wire
Copyright 2015 UWIRE via U-Wire All Rights Reserved

**Section:** THE COMPANION; Pg. 1

**Length:** 393 words

## Body

The Academy Awards, also known as the Oscars, will air Feb. 22. It will be a celebration and awards ceremony for the great films, actors and actresses of the movies in 2014.

While you and your friends are hanging out and watching the show go down, nibble on some yummy bites that are quick and delicious to make. First, try some chocolate-dipped sea salt peanut butter pretzels. These are so easy to make, and so good it just doesn't seem right. Then indulge in some cinnamon sugar honey dough bites. Other hors d'oeuvres include sliced cucumbers with herbed goat cheese and honey baked bacon wrapped dogs.

Chocolate-Dipped Sea Salt Peanut Butter Pretzels

**Pretzel Crisps**

Semi-sweet chocolate chips

Peanut butter

Sea salt

Spread a ¼-inch layer of peanut butter onto one crisp and lay another crisp on top of it to make a sandwich. Make as many as you want, set aside. Melt the chocolate chips in a bowl (1-2 cups, depending on how many pretzel sandwiches you make), dip the pretzels halfway into the chocolate and lay on aluminum foil. Sprinkle sea salt on the chocolate while it's still melty and wet so that it sticks. Place in the fridge until ready to serve.

Cinnamon Sugar Honey Dough Bites

1 Pillsbury pie crust

1/4 cup honey

1 teaspoon cinnamon

2 teaspoons sugar

Set oven to 375 degrees. Cut the pie crust with a pizza cutter into long strips, and then cut across three times. Roll the strips of dough into a ball. In a medium bowl, mix together honey, cinnamon and sugar. Dip the pie dough balls into the honey mixture, and place on a baking sheet. Bake for 10-15 minutes or until puffed up and golden brown. Let cool and serve.

Sliced Cucumbers with Herbed Goat Cheese

Finger Foods for the Oscars

1 cucumber

Goat cheese, softened

Dried basil leaves

Salt

Pepper

Lemon juice

Slice the cucumbers. In a medium bowl, mix the goat cheese together with the spices and a teaspoon of lemon juice. Mix until well blended. Spread a thin layer of the cheese mixture onto the cucumber slices. Serve chilled.

Honey Baked Bacon Wrapped Dogs

4 hot dog wieners (Hebrew National or Oscar Mayer)

12 strips of bacon

½ cup honey

Pepper

Set oven to 400 degrees. Cut the hot dogs into thirds. Wrap a strip of bacon around each one. Dip into combined honey and pepper. Place on an aluminum foil covered baking sheet. Bake for 24 minutes or until a deep golden brown. Turn at 12 minutes. Let cool for 5-10 minutes then serve warm.

**Load-Date:** February 26, 2015

End of Document

# Donnie Goes Wide

New Haven Independent

February 3, 2015 Tuesday 4:48 AM EST

Copyright 2015 Newstex LLC All Rights Reserved

**Length:** 1035 words

**Byline:** New Haven Independent

## Body

Feb 02, 2015( New Haven Independent: http://www.newhavenindependent.org Delivered by Newstex) <nl/> Riding four feet above Elm Street in his Volvo payloader, Donnie Rogers made snowbanks disappear from a turning lane and kept intersections clear, with help from a new $45,000 piece of machinery.<nl/> He'd been waiting for a chance to try out that machinery, a six-winged articulated plow blade attached to the front of the payloader.<nl/> The blade is one of 11 pieces of machinery the city bought in advance of this year's snowstorms[1] as part of an effort to modernize the fleet and clear streets more efficiently.

 That was happening Monday afternoon as snow began falling again in the home stretch of the second major storm in a week. Rogers, a 50-year-old Lee High School graduate who grew up around Dwight Street, is in his 29th year with the city's public works department. Fourteen hours into a 16-hour shift, much of it spent loading vehicles with salt and sand, he got a turn piloting the blade along major arteries. Plow trucks had made the routes passable. Rogers's job was to widen the path, to open up turn lanes and parking lanes, and to get the snow closer to the curbs.<nl/> At eight feet across, the new blade is two feet wider than the old blades. So it has more reach.<nl/><nl/>Play Video[2][embedded content]More important, in Rogers's telling, are the six wings. From inside the payloader he can move each of the blade's wings in different directions. He said that lets him plow a different way in some cases, and to improve on old techniques.<nl/> As he cleared the turn lane on Elm leading up to State Street, he shifted among six formations. (Click on the video to watch.) That enabled him, for instance, to clear snow to the right with half the blade while preventing much of it from drifting back into traffic to the left. It enabled him to claw the snow away from driveways. It enabled him more deftly to back up, blade raised, at the juncture of Elm and State to keep the intersection clear.<nl/> 'I'm going to take the pressure off of the mound and I'm going to pull in. Then the mound is not so much,' Rogers narrated. 'With a straight blade, I wouldn't be able to come off it. It's just too much. I take the pressure off of it. If I plow straight I'm going to plow everything into the street.'<nl/> He turned left onto State Street, then left onto Humphrey. For the most part drivers have been obeying the odd-side neighborhood parking ban, he observed — much more so than in past years. 'They've been really listening,' Rogers said of New Haven car owners. 'It makes our job easier.' Still, there were outliers. Rogers had to maneuver around them.<nl/> 'This is where you wake up,' he remarked as he calmly darted around three illegally parked cars. 'You don't want to slide. It's called 'in and out." The payloader bent in the middle to get closer to the parked car. Like a customer at a barber shop, Humphrey Street emerged with a close shave and no nicks.<nl/> After close to three decades on the job, Rogers is used to the tight spots. He's used to the long shifts during storms. He knows how much to fill his lunch bag to last 16 hours. At 2 p.m. the rations in the bag by his feet were holding out. He'd worked through 'my Sugar Smacks' and some of the cake he'd baked. He had **pretzel crisps** left on hand along with water, raisins, sunflower seeds, and bags of chamomile tea to brew during stops at the public works central office on Middletown Avenue.<nl/> At Whitney and Temple he spotted a Yale Bobcat across the intersection. He paused, expecting the worst.<nl/> Often, he said, private Bobcat operators 'throw [the snow] in the street. We clean up the street; they throw it out there. It makes our job harder. But it's part of the job.'<nl/> In this case, the Bobcat operator kept the snow off the street. Rogers proceeded south, then turned onto Wall Street ...<nl/> ... where he encountered a U.S. postal delivery truck in the middle of the lane. Another one of those moments that 'keep you awake.'<nl/> 'This,' Rogers said, 'is where you learn your skills of going down tight streets.' Through the windshield it was hard

for the untrained eye to see where Rogers's blade and truck would fit. He slowed down, but didn't stop, as he maneuvered with ease. 'The rule of thumb,' he said, 'is if you can get an inch on both sides, you can make it through.'<nl/> In addition to improving clearance of wider main roads, the new equipment has freed up smaller equipment to focus earlier on narrower side streets. (Read about that here[3].)<nl/> Originally the public works department had planned to keep blades lifted for part of Monday, laying down salt and sand instead. That's because after Sunday night's snowfall, the forecast called for freezing rain in the morning. Officials worried that clearing all the snow would leave behind a layer of ice that would become harder to dislodge when it resumed snowing mid-Monday. They worried about ice and snow remaining in place as temperatures dropped well below freezing during the week, and in subsequent snowstorms.<nl/> Instead of freezing rain, New Haven received sleet, then light snow, which didn't pose the same problem as 'wet freezing rain,' said Jeffrey Pescosolido, New Haven's public works chief. So his crews were able to plow right ahead throughout the day.<nl/> Life may crawl back to normal Tuesday morning, but the plow crews' work will continue. Lots more clearing and widening lay ahead. Rogers said he begins a 12-hour shift at 5 a.m. Tuesday. As he finished his Monday shift at 4 p.m., he said he planned to 'head home, relax, talk to my wife, see what needs to be done. Then I'm going to lay down, get back up, and fight this fight tomorrow.'<nl/> posted by: Paul Wessel on February 2, 2015 7:40pm<nl/>Another Lee High grad makes good!<nl/> Question: Did the reporter abandon his Birkenstocks or are they all weather gear?<nl/> [ 1]: http://www.newhavenindependent.org/index.php/archives/entry/make_way_for_donnie_rogers_6-way_plow_blade/ [ 2]: https://www.youtube.com/embed/S4EJ6e8AqbE?feature=oembed [ 3]: http://www.newhavenindependent.org/index.php/archives/entry/the_little_plow_could/

**Load-Date:** February 3, 2015

---

End of Document



# YOU CAN GET ALL THIS FOR FREE?! Why blow your paycheck on the tasting menu at Per Se or Del Posto when you can enjoy a la carte fare at the bar-and get mind-blowing freebies?

The New York Post

December 28, 2014 Sunday

Copyright 2014 N.Y.P. Holdings, Inc. All Rights Reserved

**Section:** All Editions; Pg. 45

**Length:** 635 words

**Byline:** and DANA SCHUSTER

## Body

Dining at NYC's top-rated restaurants can leave your stomach full and your wallet empty. So try an insider tip, and grab a seat at the bar.

Four-star restaurants including Eleven Madison Park, Del Posto, Per Se and Betony, among others, offer the full dining experience at their bars - for a portion of the price.

Plus, they tend to fill you up on amuse-bouches and little bites that the tasting menu patrons get.

Betony

41 W. 57th St., 212-465-2400

Since opening last year, this Midtown gem has been heaped with praise and a Michelin star. A four-course meal in the dining room easily runs into the three digits per person, but you can enjoy the full menu - and fancy touches - at the bar.

Chef Bryce Shuman, formerly executive sous chef at Eleven Madison Park, is currently doing an amuse-bouche featuring marinated beets, fennel-seed brittle, goat-milk foam and chèvre.

Bar diners will also enjoy homemade **pretzel crisps** and breadsticks - "fun, crunchy, salty little bites," says Shuman, downplaying the labor that goes into them. One cook spends an entire day hand-rolling and stretching the dough.

Also complimentary: mint meltaway candies that take three days to make.

The vibe at the bar varies from casual to formal. "We'll get guys who just got off of work and they'll just get a few bites," says Shuman. "And we'll get old Eleven Madison Park regulars who will sit and eat for hours."

Del Posto

85 10th Ave., 212-497-8090

Want to indulge in some of chef Mario Batali's finest Italian delicacies at his flagship mecca, Del Posto? Open up your wallet, because it's going to set you back.

YOU CAN GET ALL THIS FOR FREE?! Why blow your paycheck on the tasting menu at Per Se or Del Posto when you can enjoy a la carte fare at the bar-and get mind-blo....

The five-course tasting menu costs $126 and goes up to $179 for the eight-course "captain's menu." And that's without tax, tip or drinks.

Luckily, the mammoth Meatpacking space also offers a totally luxe and surprisingly cozy bar where one can order a la carte like a lady or gent - white napkin and black leather placemat included.

Such thoughtful extras, not to mention additional bites, are "part of the overall experience," says general manager Jeff Katz.

That means that every dinner - be it in the dining room or at the bar (even if just a single bowl of the signature spaghetti with dungeness crab, sliced jalapeño & minced scallion at the latter) - starts with a sampling the Italians call "assaggi."

Currently, that's a delicious trio of Castelluccio lentil soup, panissa cacio e pepe and daikon radish with monzu sauce.

Next up is the bread service, where the offerings include olive bread, filoncino, multigrain roll and focaccia.

Finally, Katz explains, every single diner is treated to a little dessert to cap off their meal. Depending on the night, it might be a miniature tin of cookies, pates de fruits, caramels or bomboloni.

Per Se

10 Columbus Circle #4, 212-823-9335

Dinner for two at Thomas Keller's Per Se will cost you $310 per person, not including drinks (though it does include gratuity). If you plan to booze, you're going to shell out close to $1,000 with wine.

Dinner for two at the Per Se walk-in salon? Thanks to the a la carte menu, where the bulk of items fall in the $30-$40 range (gratuity included), you can get out for under $200 if you order correctly.

"We have some guests come in to the salon and order five courses and some guests come in and order one," says general manager Antonio Begonja.

You get loads of tasty perks, like complimentary salmon cornets (a Per Se staple), gougères, bread service - and a little something sweet at the end.

"We display hospitality and generosity in so many ways, [be it] an extra big tower of chocolates for a certain guest, or a splash of wine here or there," says Begonja.

Even the $55 dessert tasting menu, available at the bar, comes with freebies, like a sweet cornet or gougères.

# Graphic

: Marinated beets with fennel-seed brittle and goat-milk foam (Brian Zak/NY Post). Among Del Posto's treats: (left) bread service; (above) panissa cacio epepe, Castellucio lentil soup and radish with monzu sauce; and (below) dessert box (Michael Sofronski (3)). Assorted chocolate bites (Deborah Jones Studio).

**Load-Date:** December 31, 2014



# On the money: PepsiCo's "disciplined" response to Frito Lay market share squeeze.

just-food.com

October 10, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2014 Aroq Limited

**Length:** 757 words

## Body

Byline: Katy Askew

Frito-Lay, the North American snack business of PepsiCo, is responding to the slow erosion of its market share in a "disciplined" way, while also innovating to fend off competition from premium players, its management insisted yesterday (10 October).

PepsiCo said third-quarter organic revenue at the unit increased by 3% in the period. This represents a sequential improvement on the 2% growth booked by Frito-Lay in the second quarter of the year and was in-line with group-wide third-quarter organic revenue growth, which totalled 3.1%.

However, top-line momentum at Frito Lay is still down from the 4-5% level of sales growth reported for the prior 18 months to the end of the first quarter.

Commenting on Frito-Lay's performance, PepsiCo chief executive Indra Nooyi said she could not predict whether these depressed growth trends were a "new normal" in US snacks.

Nooyi attributed much of the slowdown to the wider consumer environment in the US and insisted the business had done "a very good job" in "this very difficult environment".

"Overall in Q3, food industry sales in retail [were] challenging.

And within that, Frito-Lay performed well. In fact, [it] was the best performer in that group... centre-of-the-store is particularly challenged, but, I would say, overall food industry sales are challenged. Frito has been a shining star."

While Nooyi insisted the business was performing ahead of many of its peers in US snacks, she conceded the unit nevertheless continued to lose market share in the three-month period. According to the chief executive's assessment, losses can be chalked up to rising competition from "premium players".

"The share loss is really to premium players who don't last for long time in the market. People come in and out of the market. And Frito has been very careful not to react to players who are not long-term players in the marketplace. So, Frito has been playing a very, very responsible game. What we have been trying to do at Frito is to say, let's make the core very solid, deliver on the core and start expanding the shoulders of the business in a profitable way."

According to CFO Hugh Johnston, Frito-Lay has introduced some premium products in response to the growth of premium snack sales in its domestic market.

"In terms of addressing those premium innovation opportunities, we have been building more capability. You see products like Stacy's **Pretzel Crisps**, you see products like Smartfood Selects, all of which are entering that premium space and to-date we have been quite successful with them. So, we would certainly expect to see that aspect improving over time," Johnston revealed.

PepsiCo has also focused on cross-selling opportunities with its drinks business as it works to leverage points of difference in defence of its market share. In particular, PepsiCo has introduced cross promotional activity with Mountain Dew and Doritos.

Nooyi explained: "We are increasingly leveraging the complementary nature of our products and brands. A case in point is Mountain Dew and Doritos. Dew and Doritos have extremely high co-purchase incidence. In the US, over 60% of Mountain Dew households buy Doritos.

"In the US this fall, Dew and Doritos are giving consumers access to [video game] Call of Duty: Advanced Warfare. They are going to give them exclusive in-game gear, double XP and rapid supply

On the money: PepsiCo's "disciplined" response to Frito Lay market share squeeze.

rewards.... A number of our largest customers will run better together programs linked to this promotion."

According to Wells Fargo Securities analyst Bonnie Herzog, this strategy has been key to PepsiCo's "solid" performance in the challenging US snack environment.

Herzog wrote in an investor note: "Share losses to premium players have narrowed from Q1 and PepsiCo remains disciplined in its strategy, which has allowed it to continue to outperform its peers in a challenging environment. Despite the challenges in centre-aisle categories, we believe PepsiCo has done a solid job of leveraging its "better together" strategy and innovation platform to support ongoing top-line results."

Frito Lay generates 20% of PepsiCo's total revenue and around one-third or group operating profit.

Click here [link omitted] to view PepsiCo's third-quarter results.

This article was originally published on just-food.com on 10 October 2014. For authoritative and timely food business information visit http://www.just-food.com.

**Load-Date:** September 22, 2016

End of Document



# Event Brief of Q3 2014 PepsiCo Inc Earnings Call - Final

FD (Fair Disclosure) Wire

October 9, 2014 Thursday

Copyright 2014 CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2014 CCBN, Inc.

**Length:** 5995 words

## Body

CORPORATE PARTICIPANTS

. Jamie Caulfield - PepsiCo, Inc.,SVP, IR . Indra Nooyi - PepsiCo, Inc.,Chairman and CEO . Hugh Johnston - PepsiCo, Inc.,CFO

CONFERENCE CALL PARTICIPANTS

. Bryan Spillane - BofA Merrill Lynch,Analyst . John Faucher - JPMorgan,Analyst . Ali Dibadj - Sanford C. Bernstein,Analyst . Dara Mohsenian - Morgan Stanley,Analyst . Bill Schmitz - Deutsche Bank,Analyst . Mark Swartzberg - Stifel Nicolaus,Analyst . Judy Hong - Goldman Sachs,Analyst . Nik Modi - RBC Capital Markets,Analyst . Steve Powers - UBS,Analyst

OVERVIEW

PEP reported 3Q14 organic revenue growth of 3%. Expects mid-single digit organic revenue growth for 2014 and core EPS to be approx. $4.57.

FINANCIAL DATA

1. 3Q14 organic revenue growth = 3%. 2. Expects mid-single digit organic revenue growth for 2014. 3. 2014 core EPS guidance = approx. $4.57.

PRESENTATION SUMMARY -

Opening Remarks (J.C.) 1. Annotation: 1. Unless otherwise indicated, all references to EPS and operating profit growth are on core basis. 2. References to organic revenue results exclude impact of acquisitions and divestitures, structural changes, and FX translation. 3. 3Q comprises: 1. 12 weeks ended Sept. 6 for North American operations. 2. Months of June, July, and Aug. for most operations outside North America. 4. No longer reporting PepsiCo Americas Foods as a business unit. 1. Consistent with prior practice, reporting results for the divisions that had comprised AF, namely Frito-Lay North America, Quaker Foods North America and Latin America Foods. 2. Change does not have any impact on overall results of Co. or these divisions. 5. Reflected in 3Q14 core earnings results are aggregate gains associated with divestitures of approx. $34m and $23m impairment of brand in Greece.

3Q14 Review (I.N.) 1. Overview: 1. In developed markets, sluggish consumer category demand. 2. In developing and emerging markets, there is continued macro and political volatility, most notably in Eastern Europe, Middle East and number of markets of Latin America. 3. In China, India and Brazil, even though political environments are relatively stable, GDP and consumer spending growth remain fixed. 1. Despite these challenges, businesses performed well in qtr. and YTD. 4. Global volume grew in snacks and beverages in qtr. and YTD. 5. Organic net

revenue grew at a rate ahead of volume in qtr. and YTD, reflecting execution of effective revenue management strategy and successful introduction of innovative new products. 1. Organic revenue grew 3.1% with developing and emerging markets up high single digits led by key contributions from BRIC markets. 2. Developing and emerging markets business proved to be resilient with high single digit organic revenue growth YTD, including: 1. Double digit growth in Egypt and India. 2. High single digit growth in China, Brazil and Turkey. 3. Mid-single digit growth in Russia. 3. In North America, Frito-Lay led performance with 3% organic revenue growth in qtr. and YTD. 4. Core growth and operating margins expanded by 45 BP aided by benefits of global productivity initiatives. 5. YTD, core GM expanded 50 BP and core operating margin expanded 35 BP. 6. Overall, core constant currency EPS grew 11% driven by solid operating performance, supplemented by responsible financial management. 7. Results translated to strong cash generation and consequently strong cash return to shareholders. 1. Returning capital to shareholders, top priority. 2. YTD, returned $6b to shareholders through dividends and share repurchases. 3. On track to return $8.7b to shareholders in 2014, 35% increase over 2013 shareholder cash returns. 8. Raised full-year core constant currency EPS growth target to 9% from 8% previously. 2. Better Together: 1. Mountain Dew and Doritos had extremely high co-purchase incidents. 1. In US, over 60% of Mountain Dew households buy Doritos. 1. This fall, Dew and Doritos are giving consumers access to Call of Duty: Advanced Warfare. 2. Only Mountain Dew and Doritos consumers will be able to unlock coveted advantages and customize their gaming experience through Fuel Up for Battle promotion. 2. Reintroducing on a limited time basis, Mountain Dew Game Fuel in original citrus-cherry and new lemonade flavor. 2. Across many international markets, focused on driving greater co-purchase incidents of Lay's and Pepsi. 1. In Poland, created excitement for Lay's brand by hiding coupons for 100,000 free Pepsis in bags. 1. Promotion is supported by ads and point-of-sale materials, featuring Lionel Messi. 2. In Colombia, ran joint Lay's/Pepsi and Tropicana/Quaker soccer themed promotions offering discounts in prices for joint purchases in organized trade. 3. Across Middle East, great success by joint Lay's/Pepsi promotions during Ramadan season. 3. Yielding cost synergies through continued integration. 1. Integrating snack and beverage media sourcing in China. 2. Fully consolidating and integrating administrative functions under one roof in Russia. 3. Consolidating common carriers for snacks and beverages in more rural regions of India. 3. Product & Package Innovation: 1. On rolling four qtr. basis, innovation as a percentage of sales is steadily increasing; up 90 BP vs. 3Q13. 2. In US, Co. was largest contributor to retail sales food and beverage growth in qtr. and YTD; benefited from strength of innovation. 3. Seeing innovation success across brands and geographies. 1. At Frito-Lay North America, launched 2014 Lay's Do us a Flavor campaign; successful in US and 12 other markets globally. 1. Helped drive strong mid-single digit Lay's net revenue growth. 2. At Quaker Foods North America, launched Quaker Express Cups and Quaker Warm & Crunchy Granola. 1. Center of the store category growth remains challenged. 2. Success of these and other new products launched by Quaker contributed to value share gains in each of Quaker's key categories in qtr. and YTD. 4. North American Beverage business has strong innovation in product and packaging. 1. Over past several years, significantly increased variety of primary and secondary package configurations. 2. With greater packaging flexibility, now has more tools in kit to drive price realization and higher margin through price/pack management. 3. 12-ounce glass bottle sells at more than 100% premium for 12-ounce can. 5. Innovation has become increasingly more durable. 1. Number of 2012 and 2013 introductions, Tostitos Cantina, Mountain Dew Kickstart, Lipton Pure Leaf, have all achieved more than $100m in retail sales in their launch year and generated double digit retail sales growth in their second year. 6. Beverage product and packaging innovation in US led to improved sales, improved net price realization and improved market share performance. 1. Held LRB value share in measured channels in qtr. and YTD, held CSDs at retail in qtr. led by trademark Mountain Dew and gained or held value share in number of important subcategories including CSDs, sports drinks, ready-to-drink tea and unflavored water. 7. In international markets, leveraging global scale and capitalizing on local insights to fuel innovation. 1. Within snacks, since its initial US introduction in 2012, Doritos Jacked was launched in 10 international markets. 2. Lifted and shifted larger and thicker cut chip, Deep Ridged, which originated from Ruffles brand and launched it into several key countries like Russia, Brazil, Middle East and India under Lay's Maxx brand. 3. In UK, launched new range of premium potato, tortilla and pitta chips under Market Deli brand. 8. Within Beverages, Spire family of digital fountain dispensers building momentum. 1. Currently, Spire is in US, Canada, France, Turkey, Ireland and Switzerland. 2. Mountain Dew expanded to two new markets in 2014; now available in over 40 countries around world. 1. Built brand recognition with continued expansion of DEWmocracy and Dew Tour support programs. 4. Productivity: 1. Achieved targeted productivity savings for qtr. and YTD; on track to achieve full-year target of $1b in savings. 1. This year, expects to complete three-year $3b productivity program launched in 2012. 2. Now focused on next-generation five-year $5b productivity program announced earlier this year. 1.

Expects will extent annual savings of $1b through 2019. 3. Next-generation productivity will focus on: 1. Embedding more automation in operations to replace labor with capital and at same time removing bottlenecks from operations which will increase capacity utilization. 2. Expanding shared services, including global financial shared services for handling routine back office transaction processing. 3. Restructuring manufacturing to optimize global manufacturing footprint. 4. Restructuring go-to-market systems to optimize distribution network. 4. Expects continued improvement in net revenue and core earnings before interest and taxes per employee and margin expansion and increased ROIC.

3Q14 Financials (H.J.) 1. Highlights: 1. Organic revenue grew 3%. 1. Reported net revenue [was 2%] vs. 3Q13, reflecting 1 point of unfavorable FX translation. 2. Commodity costs had low-single digit inflation. 3. Core GM and core operating margin each rose 45 BP. 4. Core constant currency operating profit grew 5.5%. 5. Core effective tax rate 24.2%. 6. Diluted share count declined 2% reflecting benefits of ongoing share repurchase program. 7. Core constant currency EPS grew 11%. 8. Rolling four qtr. net CapEx 4.1% of sales, well within long-term target of less than or equal to 5% of net revenue. 9. Core net ROIC improved approx. 40 BP; at 16.9%. 10. Returned $6b to shareholders in first three quarters through dividends and share repurchases; almost 30% above year ago levels and reflective of Co.'s commitment to return cash to shareholders. 2. 2014 Guidance: 1. Increased core constant currency EPS growth target to 9%, up from 8% previously. 2. Mid-single digit organic revenue growth, low-single digit commodity inflation and productivity savings of approx. $1b. 3. Below division operating profit line, corporate cost efficiencies driven by productivity initiatives, core effective tax rate of approx. 25% and reduced share count from share repurchase program. 4. FX to negatively impact net revenue by 3 percentage points and core EPS by 4 percentage points based on current market consensus rates. 5. Taking 2013 core EPS of $4.37 and applying guidance implies 2014 core EPS of approx. $4.57. 6. For modeling 4Q: 1. Advertising and marketing expense to grow at a rate ahead of net revenue growth. 2. Net interest expense to increase primarily reflecting higher debt balances and higher rates. 7. Free cash flow excluding certain items more than $7b. 1. Will drive cash flow through efficient working capital management and continued tight controls over CapEx. 8. Net CapEx approx. $3b, well within long-term target of less than or equal to 5% of net revenue. 9. Return approx. $8.7b to shareholders in 2014; 35% increase over 2013 through $3.7b in dividends and $5b in share repurchases. 3. Summary: 1. Increased core constant currency EPS growth outlook for 2014 to 9% from 8% previously. 2. Expects to drive improved full-year margins and net ROIC. 3. Disciplined capital allocation and returning cash to shareholders, top priorities.

QUESTIONS AND ANSWERS

OPERATOR: Thank you. (Operator Instructions). Bryan Spillane, Bank of America Merrill Lynch.

BRYAN SPILLANE, ANALYST, BOFA MERRILL LYNCH: Hi, good morning. Question just about the balance between reinvestment in the business and the focus on productivity and dropping it to the bottom line. If you look at this quarter's results, the results over the course of the year, and really beginning last year, it has been a pretty good balance of maintaining a good relative organic sales growth relative to a lot of your competitors and peers with also driving some margin improvement.

And I guess as you move into this next productivity program, and also just some of the challenges you are facing I guess in some key markets, developing markets at least in the next year, macro challenges, can you just give us a sense for how you feel about that current balance of investment in A&M, in R&D, in selling effectiveness or selling systems, versus dropping some of that to the bottom line? Do you feel like you have the right balance and, especially as things maybe get a little more challenging in some of these markets, do you feel like you might have to tweak that balance into next year?

INDRA NOOYI, CHAIRMAN AND CEO, PEPSICO, INC.: Bryan, that's a great question and at this point I would say we feel good about the balance. We increased A&M spending. We are running at about 5.9% of sales. We increased R&D spending significantly over the past three to four years because we really believe that investing in R&D, in particular, is critical to the future success of the Company. So, we invested in that. We invested in food service equipment. That's why the Spire equipment has come out and is very successful today.

So, at this point, we feel good about the investments we are making in product-line transformation, media spending, advertising spending against our brands and, most importantly, long-term investment in R&D platforms.

I agree with you that there is volatility in the world and as we model out 2015 and beyond, we will come back and talk about what the outlook is for the financials, but at this point we feel comfortable with what we have articulated in terms of a long-term algorithm for the Company and we feel comfortable about our productivity programs. So, I think we have to watch and wait.

OPERATOR: John Faucher, JPMorgan.

JOHN FAUCHER, ANALYST, JPMORGAN: Thanks. I wanted to follow-up on -- good morning, Indra -- I wanted to follow-up on some of the comments about raw materials, but also sort of start off with pricing in that context, which is you're getting a lot of pricing in Latin America, which is helping the organic revenue number. I guess can you talk a little bit about what you are seeing from a real pricing standpoint in Latin America, not just related to the FX?

And then, as you look out over the next sort of 12 to 18 months on raw materials, have you -- we've seen some favorable movements in things like corn -- are you guys still sort of continuing that process of trying to capture some of that benefit through the hedging? Can you talk about how we should look at that going forward? Thanks.

INDRA NOOYI: Go ahead, Hugh.

HUGH JOHNSTON, CFO, PEPSICO, INC.: Yes, happy to. Hey, John, it's Hugh. In terms of the Latin America numbers, we are obviously, as is everyone else in this space, benefiting from the relatively high overall inflationary environment there. What I can tell you is that we are getting positive real pricing there and it is in line with what you would see the commodities basket cost growing in those markets. So if you look at it more from a global perspective, and think about commodities inflation from a global perspective, we're getting pricing in line with that on a more real basis.

Regarding your broader question on commodities, without a doubt, the commodities numbers overall are coming down. The couple facts I would remind you on that, number one, we have a very, very broad basket. Not one commodity accounts for even 10% of our overall commodities basket. Number two, we do continue to follow the forward buying strategy that we've had in the past. So, we tend to be about six to nine months out, so as those prices come down, we will tend to see them reflected in our basket over time.

We do that again because we want to give the businesses and customers pricing predictability and it has been an effective strategy for us over the last few years. And, number three, people tend to focus on a few market-traded commodities. Those market-traded commodities represent somewhere between 30 to 40% of our overall basket. So, I'm not sure often times that the market-focused commodities give a full picture of it.

In terms of 2015, as has been our practice in the past, we will comment on that in the February timeframe because we think that's the right time to give guidance to investors overall and we won't try to parse out the pieces right now because it tends to create more confusion than benefit.

OPERATOR: Ali Dibadj, Bernstein.

ALI DIBADJ, ANALYST, SANFORD C. BERNSTEIN: Hey, guys. So your organic sales growth was about 3%, which translated to core constant currency operating profit of about 5.5%, and EPS growth of about 11%. And, if you look at the gaps between topline operating profit and EPS, growth rates seem to be widening more and more as the quarters progress here. So, can you please give us a quantification of, first, how much of the operating profit to sales gap was negative commodities and negative mix versus cost-cutting positive and acquisition divestitures positive, which for some reason you guys keep considering core?

And, second, how sustainable is the operating profit to EPS growth cap driven by lower net interest expense -- even though there's a little bit higher debt it looks like -- but lower net interest expense and buybacks? And, the spirit of the question to understand the sustainability of these gaps. Thanks.

INDRA NOOYI: Thanks, Ali. I'm going to have Hugh walk you through the details and I presume the first thing you are saying is that it is good that PepsiCo is delivering good results. So, with that, let me turn it to you, Hugh.

HUGH JOHNSTON: Yes, absolutely Indra. So, if you look over the last three quarters, we've seen operating profit growth on a core constant currency basis of 7%, 3% and 5.5%. We have seen EPS growth of 10%, 33% and 11%, so, I think that gap has been actually relatively constant over the course of the timeframe.

What are the drivers between operating profit growth and EPS? You really have three things going on. Interest costs, without a doubt, we are getting some leverage on that. The only thing that I would want to share on that front is that we are operating right now in a zero net floating debt environment. We do have some floating debt, but that is offset by floating cash held outside the US. So, I think from the standpoint of rising interest rates, we are relatively well protected compared to most of our peer companies in that regard. Obviously, like everyone else, we would have some refinancing over time, but I think we've adopted a relatively conservative posture on the way that we are managing fixed float within the balance sheet.

Number two, taxes. Taxes are really coming in for the year right as we expected and that has been a bit of a benefit for this year. And, number three, our share repurchase is obviously lowering the share count and that is driving some of the gap from operating profit to EPS. We won't talk about 2015 right now, but, obviously, as a company we have a long history of share repurchase and I would certainly expect we would continue that going forward.

INDRA NOOYI: And, in terms of sustainability, Hugh, I mean our long-term guidance has been mid-single-digit operating profit and high-single-digit EPS. And, that is really the envelope in which we are operating.

HUGH JOHNSTON: Absolutely.

OPERATOR: Dara Mohsenian, Morgan Stanley.

DARA MOHSENIAN, ANALYST, MORGAN STANLEY: Hey, good morning guys. So, Frito-Lay organic revenue growth improved a bit sequentially in the quarter, but the 3% result is still below the 4% to 5% levels we were seeing over the prior year-and-a-half before Q2's result. Do you think this level is kind of more like a new normal here in your mind given the difficult consumer environment or do you think you can accelerate that business going forward?

And can you discuss Frito-Lay market share performance in North America? It looks like you are still losing slight share in track channels and your expectations going forward from a market share standpoint?

INDRA NOOYI: Yes, I think overall in Q3, food industry sales and retail was challenging. And, within that, Frito-Lay performed well. In fact, it was the best performer in that group. And, sequentially from the first quarter of the year to the third quarter, the share loss has narrowed. Now, let me be clear. The share loss is really to premium players who don't last for a long time in the market. People come in and out of the market and Frito has to be very careful not to react to players who are not long-term players in the marketplace. So, Frito has been playing a very, very responsible game.

What we've been trying to do at Frito is to say, let's make the core very solid, deliver on the core and start expanding the shoulders of the business in a profitable way. And, I think Frito, in this very difficult environment, has done a very good job balancing [pound] growth, revenue growth and profit growth, and that is why you are seeing relatively steady performance from Frito in what I would consider is a very challenging overall retail environment for all kinds of food.

Center of the store is particularly challenged, but I would say overall food industry sales are challenged, but Frito has been a shining star. So, I think overall, whether this is a new normal or not, I don't know. It really depends on the overall environment, but within this environment Frito has been performing quite well and the share losses have been coming down. And, we don't like any share losses, I'll be honest with you, but we have to make sure the business behaves very responsibly and that's what we have been doing.

HUGH JOHNSTON: And, in terms of addressing those premium innovation opportunities, we've been building more capability. You see products like Stacy's **Pretzel Crisps**, you see products like Smart Food Selects, all of which are entering that premium space and, to-date, we have been quite successful with them. So, we certainly expect to see that aspect improving over time.

OPERATOR: Bill Schmitz, Deutsche Bank.

BILL SCHMITZ, ANALYST, DEUTSCHE BANK: Hi, good morning. Hey, the first one is sort of like a curiosity question because currencies have moved a ton in the last couple of months, but you kept your currency outlook on the EPS line. So, I'm just trying to figure out if it was conservative before and now it is more realistic, or how you kept that currency item?

And then, the second question is just -- and maybe it is a tough one to answer, but do you guys have a view on some of these contemplated consumption taxes in California? They sound pretty significant. Some of them are a couple of cents an ounce and it looks like there's a decent probability they're going to go through, so how do you operate the business in that kind of environment?

INDRA NOOYI: I will speak to the second point and then Hugh will speak to the first one. I believe discriminatory taxes on certain categories are just wrong. I think we have to understand what the issue is we are trying to address and address it in a holistic way. We will make our case and hope that the voters are sensible enough to look at the right answer to address whatever issue they are addressing.

With that let me turn it over to Hugh.

HUGH JOHNSTON: Yes, Bill, happy to answer the currency question. We take a basket of market currency rates and we follow the same methodology every quarter. And, we have been consistent in taking that approach for quite a number of years. So, I don't think we'll change that approach. You are right, in the last couple of quarters it has come in a little bit lighter than the original forecast, but it is the best way I know of to do it.

In addition to that, as you all likely know, we do hedge some transactional effects of foreign exchange. We do not hedge translation. We don't think that is a good use of investors' money, so we don't hedge accounting at all. We just take the market consensus rates and then, as the currencies flow, we report them to you.

OPERATOR: Mark Swartzberg, Stifel Nicolaus.

MARK SWARTZBERG, ANALYST, STIFEL NICOLAUS: Yes, thanks. Good morning, Indra. Good morning, Hugh. A question on the -- and it's also a curiosity question - but, with the core earnings, you are including gains and they are not large this quarter. But can you just speak to the principle behind including these gains on asset sales?

HUGH JOHNSTON: Yes, why don't I handle that one, Mark. You are right, in the overall scheme of things there are three items. There is a small gain in the Quaker business related to the sale of a small cereal brand. There is a small gain from a bottling perspective in AMEA. And then, there is the write-down of a small brand in Greece from an asset impairment perspective. If you net all of those three factors, the grand total was a benefit to earnings of $11 million. So, basically less than a penny of impact overall.

More broadly, we do have a consistent set of principles we apply in terms of what is core versus non-core. In the overall scheme of things, it really is not a substantive impact to earnings.

MARK SWARTZBERG: But what is the principle behind having them in there? Because again, it is not large in the quarter but it could become something we are all talking about because of the principle being there if it is a large -- if there is a large gain at some point in the future or for that matter a large loss?

INDRA NOOYI: But Mark, most importantly, we publicly disclose exactly what the gains are, and, if there are any charges against it, so you can model out the impact on earnings from our disclosures.

HUGH JOHNSTON: Yes. And, Mark, to your point - in a company the size of PepsiCo with $66 billion in revenue, 275,000 employees and operating in almost 200 countries - there are lots of things that you would consider to be perhaps one-time in nature. The approach that we have taken on this is we have said in terms of a test of core versus non-core is a transaction one-time and then is it of a certain size? If we called everything above $1 million one-time, we would be excluding an enormous number of items.

So, we have drawn a line in terms of a specific number that equates to core versus non-core. That number has been the same for years and we apply it consistently in all of these transactions. To your point, they are small, but we do disclose them to allow investors to model them any way they choose.

OPERATOR: Judy Hong, Goldman Sachs.

JUDY HONG, ANALYST, GOLDMAN SACHS: Thank you. Good morning. So, I guess a lot of volatility around Europe in terms of the macro and political standpoint, so wanted to just get a little bit more color from your perspective on what you are seeing in terms of underlying consumer demand in your various categories and markets like Russia and Eastern Europe. And, it looks like your market share in markets like UK, despite tough competitive environments, are actually doing pretty well. So, maybe just talk about Russia and Eastern Europe and then separately in the UK in the context of the competitive and tough retail environment.

INDRA NOOYI: Let me talk overall about Western Europe and then talk about Russia and Ukraine. I would say when you have poor weather or when you have some macro factor, we have to worry about how we perform in that environment. So, for example, Western Europe volumes in beverage decelerated a bit in Q3 because the weather was poor. But, otherwise, I would say the overall Western European markets are doing quite well.

Yes, we have a retail situation that is quite interesting in the UK but our brands are strong and we are powering through that.

When it comes to Russia and Ukraine, again we sell dairy products, juice, as well as snacks and soft drinks. Dairy and juice tend to be much more staple kind of products for Russian consumers. So, even though the Russian market is going through its challenges in terms of the devaluation of the ruble and the hryvnia in Ukraine, and also inflation in raw materials for dairy in particular, our topline growth is still mid-single-digits. So, we are holding on the topline growth.

The real challenge is what is the impact to the bottom line. A lot of the products we sell in Russia are made in Russia. We source a lot of our raw materials from local suppliers, so that part is okay. But, anything that is imported clearly is impacted by the devaluation of the ruble and then any translation of Russian profit is impacted by the devaluation of the ruble.

So, at this point, we are watching and waiting to see how the Russian market evolves, but our growth is still in the mid-single-digits and we are doing okay.

OPERATOR: Nik Modi, RBC Capital Markets.

NIK MODI, ANALYST, RBC CAPITAL MARKETS: Good morning, everyone. So a couple of questions from my end. Just curious if maybe you can provide some context on PAB in terms of how the up-and-down the street channel did versus kind of the larger format? And, if you could provide any perspective on foodservice, since you have been investing there so heavily?

And then, the second question is just, Indra, just curious on your view on execution at the Company owned bottling operations and if you think that that is an area of improvement for PepsiCo going forward within the US?

INDRA NOOYI: When it comes to the performance in convenience stores, the overall -- we are holding share in LRB in Q3 and whether it's in CSDs or isotonics, as I mentioned in my prepared remarks, what we feel good about in Q3 is that we held LRB share in this highly competitive marketplace.

I think, since we bought back the bottlers, we've actually been able to do a few things. One, we've invested in foodservice because we put routes back into local foodservice. We are able to go after national accounts without any discussion of bottlers versus the parent company. And, as a consequence, we have been winning big accounts and we are beginning to actually increase our share in colleges and universities and local foodservice accounts.

So, I think our foodservice performance is improving. Again, as you know with foodservice, you don't see big improvements in a short timeframe. You've got to build this business very, very steadily so that you balance growth with profitable growth. And, so I think over the next few years, you'll start beginning to see meaningful contributions from our foodservice business. One, because we are fixing the core beverage foodservice business, which is a critical driver of foodservice. And then, we were able to leverage that beverage foodservice to sell more snacks.

So, the Better Together really works with foodservice. And, overall execution, since we have bought back the bottlers we've invested so much in terms of improving our manufacturing lines to have more packaging flexibility. We have put more routes back in the marketplace. We have put in more tools -- given more tools to the front lines so that they can actually sell better at the point-of-sale. I think, overall, our execution has improved substantially and that is why you are seeing several quarters now where we are holding share in the LRB category.

We're doing it in a very responsible way because we are also able to get pricing. We are getting low-single-digit pricing in the marketplace in North America and we are able to push through all our innovation. The market is fragmenting quite a bit and you've got to have a distribution system that is completely aligned with the brand company so that you can get all this innovation into the marketplace. And, by removing any friction that exists in the system, we are actually able to get all of our products to the marketplace.

So, overall, we feel pretty good about the progress we're making at North American beverages and how well North American beverages and Frito-Lay are working together to really service both retail customers and foodservice customers to help us improve the performance of North American beverages substantially.

And, in terms of convenience store performance, it is ahead of overall performance by about 50 basis points.

OPERATOR: Steve Powers, UBS.

STEVE POWERS, ANALYST, UBS: Thanks. Good morning. I guess two more questions related to PAB, if I could. First, we saw noticeable operating margin expansion in that division this quarter building on some initial progress made last quarter. And, I guess I just want to get your sense for whether or not you feel this is the beginning of a trend that can continue to gain momentum? And, assuming so, what the biggest drivers will be is kind of question number one.

Question two related to that is, as you said, Indra, we saw again kind of 1% net realized pricing in the quarter, which is in line with the year-to-date trend and I guess positive, relative to muted commodities. But, I was wondering whether you see further upside to that number over time? Maybe if the individual categories are actually better than that and we are seeing some negative category or geographic mix across the division, I am not sure, but just further details there would be helpful as well. Thanks.

INDRA NOOYI: I think what the beverage business is doing is focusing on revenue management and productivity, in addition to innovation. Innovation is driving topline growth nicely and getting good price realization. And, all of our revenue management initiative, backed up by more packaging flexibility, is actually helping this business. Remember, all of our productivity initiatives touch the North American beverage business too.

So, taken together, the business is beginning to hit its stride. And, our net realized pricing in the quarter in North American beverages was in the low-single-digits. We actually feel very good about the pricing that we are able to get.

Now, you asked about the sustainability of this. We will continue to do the revenue management work, the productivity work, the innovation. We will continue to do everything that is in our control. And, we will continue to

play a very responsible game in this marketplace. And then, we will just see how the marketplace evolves. But, at this point, we are cautiously optimistic about the outlook for North American Beverages.

So, let me just close by reiterating that we are pleased with our results to date. We are confident that our plans are working and we are on track to deliver our financial targets for 2014.

I thank you for your time and questions this morning and for the confidence you have placed in us with your investment. Have a wonderful day.

OPERATOR: Thank you. This concludes today's conference call. You may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON FINANCIAL'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** January 23, 2015

End of Document

# Q3 2014 PepsiCo Inc Earnings Call - Final

FD (Fair Disclosure) Wire

October 9, 2014 Thursday

Copyright 2014  CQ-Roll Call, Inc.
All Rights Reserved

Copyright 2014  CCBN, Inc.

**Length:** 7190 words

## Body

Corporate Participants

* Jamie Caulfield

PepsiCo, Inc. - SVP, IR

* Indra Nooyi

PepsiCo, Inc. - Chairman and CEO

* Hugh Johnston

PepsiCo, Inc. - CFO

Conference Call Participants

* Bryan Spillane

BofA Merrill Lynch - Analyst

* John Faucher

JPMorgan - Analyst

* Ali Dibadj

Sanford C. Bernstein - Analyst

* Dara Mohsenian

Morgan Stanley - Analyst

* Bill Schmitz

Deutsche Bank - Analyst

* Mark Swartzberg

Stifel Nicolaus - Analyst

* Judy Hong

Goldman Sachs - Analyst

* Nik Modi

RBC Capital Markets - Analyst

* Steve Powers

UBS - Analyst

Presentation

OPERATOR: Good morning and welcome to PepsiCo's third-quarter 2014 earnings conference call. (Operator Instructions). Today's call is being recorded and will be archived at www.pepsico.com.

It is now my pleasure to introduce Mr. Jamie Caulfield, Senior Vice President of investor relations. Mr. Caulfield, you may now begin.

JAMIE CAULFIELD, SVP, IR, PEPSICO, INC.: Thank you, operator. With me today are Indra Nooyi, PepsiCo's Chairman and CEO, and Hugh Johnston, PepsiCo's CFO. We'll lead off today's call with a review of our third-quarter 2014 performance and outlook and then we will move on to Q&A.

We've kept our comments brief this morning and intend to conclude the call by 8:45, and we'll do our best to get to as many of your questions as we can.

Before we begin, please take note of our cautionary statement. This conference call includes forward-looking statements, including statements regarding 2014 guidance and our long-term targets, based on currently available information. Forward-looking statements inherently involve risks and uncertainties that could cause our actual results to differ materially from those predicted in such forward-looking statements.

Statements made on this conference call should be considered together with cautionary statements and other information contained in today's earnings release and in our most recent periodic reports filed with the SEC. Unless otherwise indicated, all references to EPS and operating profit growth are on a core basis. In addition, references to organic revenue results in this call exclude the impact of acquisitions and divestitures, structural changes and foreign exchange translation.

To find disclosures and reconciliations of non-GAAP measures that we use when discussing PepsiCo's financial results, you should refer to the glossary and other attachments to this morning's earnings release and to the Investor section of PepsiCo's website under the Events and Presentations tab.

As we discuss today's results, please keep in mind that our third quarter comprises the 12 weeks ended September 6 for our North American operations and the months of June, July and August for most of our operations outside North America.

As you saw in the release, we are no longer reporting PepsiCo Americas Foods as a business unit. Consistent with our prior practice we continue to report results for the divisions that had comprised PAF, namely Frito-Lay North America, Quaker Foods North America and Latin America Foods. This change does not have any impact on the overall results of PepsiCo or these divisions.

Also reflected in our Q3 2014 core earnings results are aggregate gains associated with divestitures of approximately $34 million and a $23 million impairment of a brand in Greece.

Now it is my pleasure to introduce Indra Nooyi.

INDRA NOOYI, CHAIRMAN AND CEO, PEPSICO, INC.: Thank you, Jamie, and good morning, everyone. We are pleased with our results for the quarter and year-to-date, particularly given the continued macro challenges we see across the globe.

Specifically, in developed markets, the consumer category demand continues to be sluggish and in developing and emerging markets, there is continued macro and political volatility most notably in Eastern Europe, the Middle East and a number of markets in Latin America.

In other key emerging markets, China, India and Brazil, even though the political environments are relatively stable, GDP and consumer spending growth remains mixed.

Despite these challenges, our businesses performed well in the third quarter and year-to-date.

Global volume grew in both snacks and beverages in the quarter and year-to-date.

Organic net revenue grew at a rate ahead of volume in the quarter and year-to-date, reflecting execution of effective revenue management strategies and successful introduction of innovative new products. In the quarter, organic revenue grew 3.1%, with developing and emerging markets up high-single digits, led by key contributions from the BRIC markets. And notably, our developing and emerging markets business has proven to be resilient with high-single-digit organic revenue growth year-to-date, including double-digit growth in Egypt and India, high-single-digit growth in China, Brazil and Turkey, and mid-single-digit growth in Russia.

In North America, Frito-Lay led performance with 3% organic revenue growth in the quarter and year-to-date.

And core gross and operating margins both expanded by 45 basis points in the quarter, aided by the benefits of our global productivity initiatives. Year to date, core gross margin expanded 50 basis points and core operating margin expanded 35 basis points.

Overall, core constant currency EPS grew 11% in the quarter, driven by the solid operating performance, supplemented by responsible financial management.

Importantly, these results have translated to strong cash generation and, consequently, strong cash returns to shareholders.

Returning capital to shareholders is a top priority and we are pleased to report that, year-to-date, we have returned $6 billion to shareholders in the form of dividends and share repurchases and we remain on track to return a total of $8.7 billion to shareholders in 2014, which is a 35% increase over our 2013 shareholder cash returns.

Based on the strength of our year-to-date results and our outlook for the fourth quarter, we raised our full-year core constant currency EPS growth target to 9%, from 8% previously.

We believe our year-to-date performance is a good reflection of the strength of our business. In today's difficult environment, retailers value the benefits of partners with strong scale brands and high-velocity products that drive traffic, build basket size and generate attractive cash flow. And, that is exactly why our retail partners like to do business with PepsiCo.

As a Company, we continue to strengthen our business to position it for continued successful performance well into the future and we are encouraged by the progress we are making in three areas in particular.

First, leveraging our complementary product portfolio and global scale. Second, product and packaging innovation. And, third, productivity.

Let me give you a quick update on each of these areas and share some of the tangible evidence we are seeing as proof of our progress, starting with how we are increasingly leveraging the complementary nature of our products and brands.

A case in point is Mountain Dew and Doritos. Dew and Doritos have extremely high co-purchase incidence. In the US, over 60% of Mountain Dew households buy Doritos. Both brands are deeply rooted in gaming, with legacies of high-engagement partnerships and activations around blockbuster video games.

In the US this fall, Dew and Doritos are giving consumers access to Call of Duty: Advanced Warfare. They are going to give them exclusive in-game gear, double XP and rapid supply rewards. And, all of this is to dial up their gaming experience. Only Mountain Dew and Doritos consumers will be able to unlock these coveted advantages and customize their gaming experience through the "Fuel Up For Battle" promotion. A number of our largest customers will run "Better Together" programs linked to this promotion and we are concurrently reintroducing, on a limited time basis, a true gamer favorite, Mountain Dew Game Fuel, in original citrus cherry and a new lemonade flavor.

Across many of our international markets, we are focused on driving greater co-purchase incidence of Lay's and Pepsi with joint packaging graphics, sports properties, point-of-sale material, ad copy and promotions. These cross-branding activations are now taking place in many of our key markets across the globe.

For example, in Poland, we created excitement for the Lay's brand by hiding coupons for 100,000 free Pepsis in bags. The promotion was supported by ads and point-of-sale material featuring soccer great, Lionel Messi.

Similarly, in Colombia, we ran joint Lay's-Pepsi and Tropicana-Quaker soccer team promotions offering discounts and prizes for joint purchases in the organized trade. Across the Middle East, we had great success by joining Lay's-Pepsi promotions during the Ramadan season.

In addition to the commercial benefits afforded by these cross-category promotions, we continue to yield cost synergies through continued integration. For example, integrating our snack and beverage media sourcing in China, fully consolidating and integrating our administrative functions under one roof in Russia, and consolidating common carriers for snacks and beverages in the more rural regions of India.

That's the Better Together story.

The second area is product and package innovation. We continue to make very good progress. As evidence, on a rolling four-quarter basis, our innovation as a percentage of sales is steadily increasing and is up 90 basis points versus the comparable year-ago period. And, in our biggest market, the United States, we were the largest contributor to retail sales food and beverage growth both in the third quarter and year-to-date, which really benefited from the strength of our innovation.

And, we're seeing innovation success across brands and geographies. For example, at Frito-Lay North America, we launched our 2014 "Lay's Do Us a Flavor" campaign and this followed its past success in the US and 12 other markets around the globe. This year's consumer submitted finalists are Cappuccino, Cheddar Bacon Mac & Cheese, Mango Salsa and a Wasabi Ginger hard bite. This program helped drive strong mid-single-digit Lay's net revenue growth in the third quarter.

At Quaker Foods North America, we have launched Quaker Express Cups to capitalize on the ever-growing demand for greater on-the-go convenience and Quaker Warm & Crunchy Granola, which delivers both the wholesome goodness of Quaker oatmeal and the satisfying crunch of multigrain granola. So, while center-of-the-store category growth remains challenged, the success of these and other new products launched by Quaker have contributed to value share gains in each of Quaker's key categories - hot cereals, ready-to-eat cereal and snack bars - both in the quarter and year-to-date.

Our North American beverage business has had strong innovation in both product and packaging. Over the past several years, we have significantly increased the variety of primary and secondary package configurations. With greater packaging flexibility, we now have more tools in our kit to drive price realization and higher margin through price/pack management. A case in point is our 12-ounce glass bottle, which sells at a more than 100% premium to a 12-ounce can.

And, our innovation has become increasingly more durable. For example, a number of 2012 and 2013 introductions - Tostitos Cantina, Mountain Dew Kickstart and Lipton PureLeaf - have all achieved more than $100 million in retail sales in their launch year and have generated double-digit retail sales growth in their second year.

Our beverage product and packaging innovation in the US has led to improved sales, improved net price realization and improved market share performance. We held LRB value share in measured channels in the third quarter and year-to-date, held CSDs at retail in the third quarter, led by trademark Mountain Dew, and gained or held value share in a number of important subcategories including CSDs, sports drinks, ready-to-drink tea and unflavored water.

And, in our international markets, we are both leveraging our global scale and capitalizing on local insights to fuel innovation. For example, within snacks, since its initial US introduction in 2012, Doritos Jacked has launched in 10 international markets. We also lifted and shifted a larger and thicker cut chip with deep ridges, which originated from our Ruffles brand, and launched it into several key countries such as Russia, Brazil, the Middle East and India under the Lay's Max Brand.

In the UK, we launched a new range of premium potato, tortilla and pita chips under the Market Deli brand. The Market Deli brand really caters to local taste preferences with flavors such as Balsamic Vinegar of Modena and Wiltshire Cured Ham, Mature Cheddar and Farmhouse Chutney.

Within beverages, the Spire family of digital fountain dispensers continues to build momentum. Currently, Spire is in the United States, Canada, France, Turkey, Ireland and Switzerland. The equipment capabilities range from pouring eight brands and four flavor shots to a maximum of 16 brands and eight flavor shots, resulting in over 1000 flavor combinations.

And the global expansion of our highly successful Mountain Dew franchise continues. The brand has expanded to two new markets in 2014 and is now available in over 40 countries around the world. And, we have built terrific brand recognition with the continued expansion of our Dewmocracy and Dew Tour support programs.

And, finally, turning to productivity...

We achieved our targeted productivity savings for the third quarter and year-to-date and we are on track to achieve our full-year target of $1 billion in savings.

This year, we expect to successfully complete the three-year, $3 billion productivity program we launched in 2012 and we are now focused on our next-generation, five-year, $5 billion productivity program announced earlier this year, which we expect will extend annual savings of $1 billion through 2019.

Our next-generation productivity will focus on four areas. First, embedding more automation in our operations to replace labor with capital and, at the same time, removing bottlenecks from our operations, which will increase capacity utilization.

Second, expanding shared services, including global financial shared services for the handling of routine back-office transaction processing.

Third, restructuring manufacturing to optimize our global manufacturing footprint.

And, fourth, restructuring our go-to-market systems to optimize our distribution network.

As a result of these initiatives, we expect to see continued improvement in net revenue and core earnings before interest and taxes per employee, as well as margin expansion and increased returns on invested capital.

So, to conclude, we feel pretty good about our results for the quarter and year-to-date. We remain focused on generating cash and providing attractive cash returns to our shareholders. And, we are encouraged by the continued progress we have made to strengthen our business, which we expect will make our performance all the more durable and reliable looking to the future.

With that, let me turn the call over to Hugh Johnston. Hugh?

HUGH JOHNSTON, CFO, PEPSICO, INC.: Great. Thank you, Indra, and good morning, everyone. Let me spend a few minutes discussing the quarter and our upwardly revised core constant currency earnings per share outlook for 2014.

For Q3, organic revenue grew 3%. On a reported basis, net revenue was 2% versus year-ago, reflecting 1 point of unfavorable foreign exchange translation.

Commodity costs had low, single-digit inflation. Our core gross margin and core operating margin each rose 45 basis points. Core constant currency operating profit grew 5.5%. Our core effective tax rate was 24.2%. Our diluted share count declined 2%, reflecting the benefits of our ongoing share repurchase program. And, core constant currency EPS grew 11%.

On a rolling four-quarter basis, our net capital spending is 4.1% of sales, which is well within our long-term target of less than or equal to 5% of net revenue. And, our core net return on invested capital improved by approximately 40 basis points and now stands at 16.9%. And, we returned $6 billion to shareholders in the first three quarters in the form of dividends and share repurchases, which is almost 30% above year-ago levels and reflective of our commitment to return cash to shareholders.

Turning to guidance. As Indra mentioned, we have increased our full-year core constant currency EPS growth target to 9%, up from 8% previously. In addition, for the full-year, we expect mid-single-digit organic revenue growth, low-single-digit commodity inflation and productivity savings of approximately $1 billion.

Below the division operating profit line we expect corporate cost efficiencies driven by productivity initiatives, a core effective tax rate of approximately 25% and a reduced share count from our share repurchase program.

Foreign exchange is expected to negatively impact net revenue by 3 percentage points and core earnings per share by 4 percentage points for the full-year 2014 based on current market consensus rates.

Taking our 2013 core EPS of $4.37 and applying our guidance implies a 2014 core EPS of approximately $4.57.

As you model out the fourth quarter, I would ask you to consider the following. We expect advertising and marketing expense to grow at a rate ahead of net revenue growth. And, below the operating profit line, net interest expense is expected to increase in the fourth quarter, primarily reflecting higher debt balances and higher rates.

From a cash flow perspective, we continue to expect full-year free cash flow, excluding certain items, of more than $7 billion. We will continue to drive cash flow through efficient working capital management and continued tight controls over capital spending.

Net capital spending is expected to be approximately $3 billion, which is well within our long-term target of less than or equal to 5% of net revenue.

And, we expect to return approximately $8.7 billion to shareholders in 2014, a 35% increase over 2013, through $3.7 billion in dividends and $5 billion in share repurchases.

So, to summarize, we've increased our core constant currency EPS growth outlook for the full-year 2014 to 9%, from 8% previously. We expect to drive improved full-year margins and net ROIC, and disciplined capital allocation and returning cash to shareholders remain top priorities for the Company.

With that, operator, we will take the first question.

Questions and Answers

OPERATOR: Thank you. (Operator Instructions). Bryan Spillane, Bank of America Merrill Lynch.

BRYAN SPILLANE, ANALYST, BOFA MERRILL LYNCH: Hi, good morning. Question just about the balance between reinvestment in the business and the focus on productivity and dropping it to the bottom line. If you look at this quarter's results, the results over the course of the year, and really beginning last year, it has been a pretty good balance of maintaining a good relative organic sales growth relative to a lot of your competitors and peers with also driving some margin improvement.

And I guess as you move into this next productivity program, and also just some of the challenges you are facing I guess in some key markets, developing markets at least in the next year, macro challenges, can you just give us a sense for how you feel about that current balance of investment in A&M, in R&D, in selling effectiveness or selling systems, versus dropping some of that to the bottom line? Do you feel like you have the right balance and, especially as things maybe get a little more challenging in some of these markets, do you feel like you might have to tweak that balance into next year?

INDRA NOOYI: Bryan, that's a great question and at this point I would say we feel good about the balance. We increased A&M spending. We are running at about 5.9% of sales. We increased R&D spending significantly over the past three to four years because we really believe that investing in R&D, in particular, is critical to the future success of the Company. So, we invested in that. We invested in food service equipment. That's why the Spire equipment has come out and is very successful today.

So, at this point, we feel good about the investments we are making in product-line transformation, media spending, advertising spending against our brands and, most importantly, long-term investment in R&D platforms.

I agree with you that there is volatility in the world and as we model out 2015 and beyond, we will come back and talk about what the outlook is for the financials, but at this point we feel comfortable with what we have articulated in terms of a long-term algorithm for the Company and we feel comfortable about our productivity programs. So, I think we have to watch and wait.

OPERATOR: John Faucher, JPMorgan.

JOHN FAUCHER, ANALYST, JPMORGAN: Thanks. I wanted to follow-up on -- good morning, Indra -- I wanted to follow-up on some of the comments about raw materials, but also sort of start off with pricing in that context, which is you're getting a lot of pricing in Latin America, which is helping the organic revenue number. I guess can you talk a little bit about what you are seeing from a real pricing standpoint in Latin America, not just related to the FX?

And then, as you look out over the next sort of 12 to 18 months on raw materials, have you -- we've seen some favorable movements in things like corn -- are you guys still sort of continuing that process of trying to capture some of that benefit through the hedging? Can you talk about how we should look at that going forward? Thanks.

INDRA NOOYI: Go ahead, Hugh.

HUGH JOHNSTON: Yes, happy to. Hey, John, it's Hugh. In terms of the Latin America numbers, we are obviously, as is everyone else in this space, benefiting from the relatively high overall inflationary environment there. What I can tell you is that we are getting positive real pricing there and it is in line with what you would see the commodities basket cost growing in those markets. So if you look at it more from a global perspective, and think about commodities inflation from a global perspective, we're getting pricing in line with that on a more real basis.

Regarding your broader question on commodities, without a doubt, the commodities numbers overall are coming down. The couple facts I would remind you on that, number one, we have a very, very broad basket. Not one commodity accounts for even 10% of our overall commodities basket. Number two, we do continue to follow the forward buying strategy that we've had in the past. So, we tend to be about six to nine months out, so as those prices come down, we will tend to see them reflected in our basket over time.

We do that again because we want to give the businesses and customers pricing predictability and it has been an effective strategy for us over the last few years. And, number three, people tend to focus on a few market-traded

commodities. Those market-traded commodities represent somewhere between 30 to 40% of our overall basket. So, I'm not sure often times that the market-focused commodities give a full picture of it.

In terms of 2015, as has been our practice in the past, we will comment on that in the February timeframe because we think that's the right time to give guidance to investors overall and we won't try to parse out the pieces right now because it tends to create more confusion than benefit.

OPERATOR: Ali Dibadj, Bernstein.

ALI DIBADJ, ANALYST, SANFORD C. BERNSTEIN: Hey, guys. So your organic sales growth was about 3%, which translated to core constant currency operating profit of about 5.5%, and EPS growth of about 11%. And, if you look at the gaps between topline operating profit and EPS, growth rates seem to be widening more and more as the quarters progress here. So, can you please give us a quantification of, first, how much of the operating profit to sales gap was negative commodities and negative mix versus cost-cutting positive and acquisition divestitures positive, which for some reason you guys keep considering core?

And, second, how sustainable is the operating profit to EPS growth cap driven by lower net interest expense -- even though there's a little bit higher debt it looks like -- but lower net interest expense and buybacks? And, the spirit of the question to understand the sustainability of these gaps. Thanks.

INDRA NOOYI: Thanks, Ali. I'm going to have Hugh walk you through the details and I presume the first thing you are saying is that it is good that PepsiCo is delivering good results. So, with that, let me turn it to you, Hugh.

HUGH JOHNSTON: Yes, absolutely Indra. So, if you look over the last three quarters, we've seen operating profit growth on a core constant currency basis of 7%, 3% and 5.5%. We have seen EPS growth of 10%, 33% and 11%, so, I think that gap has been actually relatively constant over the course of the timeframe.

What are the drivers between operating profit growth and EPS? You really have three things going on. Interest costs, without a doubt, we are getting some leverage on that. The only thing that I would want to share on that front is that we are operating right now in a zero net floating debt environment. We do have some floating debt, but that is offset by floating cash held outside the US. So, I think from the standpoint of rising interest rates, we are relatively well protected compared to most of our peer companies in that regard. Obviously, like everyone else, we would have some refinancing over time, but I think we've adopted a relatively conservative posture on the way that we are managing fixed float within the balance sheet.

Number two, taxes. Taxes are really coming in for the year right as we expected and that has been a bit of a benefit for this year. And, number three, our share repurchase is obviously lowering the share count and that is driving some of the gap from operating profit to EPS. We won't talk about 2015 right now, but, obviously, as a company we have a long history of share repurchase and I would certainly expect we would continue that going forward.

INDRA NOOYI: And, in terms of sustainability, Hugh, I mean our long-term guidance has been mid-single-digit operating profit and high-single-digit EPS. And, that is really the envelope in which we are operating.

HUGH JOHNSTON: Absolutely.

OPERATOR: Dara Mohsenian, Morgan Stanley.

DARA MOHSENIAN, ANALYST, MORGAN STANLEY: Hey, good morning guys. So, Frito-Lay organic revenue growth improved a bit sequentially in the quarter, but the 3% result is still below the 4% to 5% levels we were seeing over the prior year-and-a-half before Q2's result. Do you think this level is kind of more like a new normal here in your mind given the difficult consumer environment or do you think you can accelerate that business going forward?

And can you discuss Frito-Lay market share performance in North America? It looks like you are still losing slight share in track channels and your expectations going forward from a market share standpoint?

INDRA NOOYI: Yes, I think overall in Q3, food industry sales and retail was challenging. And, within that, Frito-Lay performed well. In fact, it was the best performer in that group. And, sequentially from the first quarter of the year to the third quarter, the share loss has narrowed. Now, let me be clear. The share loss is really to premium players who don't last for a long time in the market. People come in and out of the market and Frito has to be very careful not to react to players who are not long-term players in the marketplace. So, Frito has been playing a very, very responsible game.

What we've been trying to do at Frito is to say, let's make the core very solid, deliver on the core and start expanding the shoulders of the business in a profitable way. And, I think Frito, in this very difficult environment, has done a very good job balancing [pound] growth, revenue growth and profit growth, and that is why you are seeing relatively steady performance from Frito in what I would consider is a very challenging overall retail environment for all kinds of food.

Center of the store is particularly challenged, but I would say overall food industry sales are challenged, but Frito has been a shining star. So, I think overall, whether this is a new normal or not, I don't know. It really depends on the overall environment, but within this environment Frito has been performing quite well and the share losses have been coming down. And, we don't like any share losses, I'll be honest with you, but we have to make sure the business behaves very responsibly and that's what we have been doing.

HUGH JOHNSTON: And, in terms of addressing those premium innovation opportunities, we've been building more capability. You see products like Stacy's **Pretzel Crisps**, you see products like Smart Food Selects, all of which are entering that premium space and, to-date, we have been quite successful with them. So, we certainly expect to see that aspect improving over time.

OPERATOR: Bill Schmitz, Deutsche Bank.

BILL SCHMITZ, ANALYST, DEUTSCHE BANK: Hi, good morning. Hey, the first one is sort of like a curiosity question because currencies have moved a ton in the last couple of months, but you kept your currency outlook on the EPS line. So, I'm just trying to figure out if it was conservative before and now it is more realistic, or how you kept that currency item?

And then, the second question is just -- and maybe it is a tough one to answer, but do you guys have a view on some of these contemplated consumption taxes in California? They sound pretty significant. Some of them are a couple of cents an ounce and it looks like there's a decent probability they're going to go through, so how do you operate the business in that kind of environment?

INDRA NOOYI: I will speak to the second point and then Hugh will speak to the first one. I believe discriminatory taxes on certain categories are just wrong. I think we have to understand what the issue is we are trying to address and address it in a holistic way. We will make our case and hope that the voters are sensible enough to look at the right answer to address whatever issue they are addressing.

With that let me turn it over to Hugh.

HUGH JOHNSTON: Yes, Bill, happy to answer the currency question. We take a basket of market currency rates and we follow the same methodology every quarter. And, we have been consistent in taking that approach for quite a number of years. So, I don't think we'll change that approach. You are right, in the last couple of quarters it has come in a little bit lighter than the original forecast, but it is the best way I know of to do it.

In addition to that, as you all likely know, we do hedge some transactional effects of foreign exchange. We do not hedge translation. We don't think that is a good use of investors' money, so we don't hedge accounting at all. We just take the market consensus rates and then, as the currencies flow, we report them to you.

OPERATOR: Mark Swartzberg, Stifel Nicolaus.

MARK SWARTZBERG, ANALYST, STIFEL NICOLAUS: Yes, thanks. Good morning, Indra. Good morning, Hugh. A question on the -- and it's also a curiosity question - but, with the core earnings, you are including gains and they are not large this quarter. But can you just speak to the principle behind including these gains on asset sales?

HUGH JOHNSTON: Yes, why don't I handle that one, Mark. You are right, in the overall scheme of things there are three items. There is a small gain in the Quaker business related to the sale of a small cereal brand. There is a small gain from a bottling perspective in AMEA. And then, there is the write-down of a small brand in Greece from an asset impairment perspective. If you net all of those three factors, the grand total was a benefit to earnings of $11 million. So, basically less than a penny of impact overall.

More broadly, we do have a consistent set of principles we apply in terms of what is core versus non-core. In the overall scheme of things, it really is not a substantive impact to earnings.

MARK SWARTZBERG: But what is the principle behind having them in there? Because again, it is not large in the quarter but it could become something we are all talking about because of the principle being there if it is a large -- if there is a large gain at some point in the future or for that matter a large loss?

INDRA NOOYI: But Mark, most importantly, we publicly disclose exactly what the gains are, and, if there are any charges against it, so you can model out the impact on earnings from our disclosures.

HUGH JOHNSTON: Yes. And, Mark, to your point - in a company the size of PepsiCo with $66 billion in revenue, 275,000 employees and operating in almost 200 countries - there are lots of things that you would consider to be perhaps one-time in nature. The approach that we have taken on this is we have said in terms of a test of core versus non-core is a transaction one-time and then is it of a certain size? If we called everything above $1 million one-time, we would be excluding an enormous number of items.

So, we have drawn a line in terms of a specific number that equates to core versus non-core. That number has been the same for years and we apply it consistently in all of these transactions. To your point, they are small, but we do disclose them to allow investors to model them any way they choose.

OPERATOR: Judy Hong, Goldman Sachs.

JUDY HONG, ANALYST, GOLDMAN SACHS: Thank you. Good morning. So, I guess a lot of volatility around Europe in terms of the macro and political standpoint, so wanted to just get a little bit more color from your perspective on what you are seeing in terms of underlying consumer demand in your various categories and markets like Russia and Eastern Europe. And, it looks like your market share in markets like UK, despite tough competitive environments, are actually doing pretty well. So, maybe just talk about Russia and Eastern Europe and then separately in the UK in the context of the competitive and tough retail environment.

INDRA NOOYI: Let me talk overall about Western Europe and then talk about Russia and Ukraine. I would say when you have poor weather or when you have some macro factor, we have to worry about how we perform in that environment. So, for example, Western Europe volumes in beverage decelerated a bit in Q3 because the weather was poor. But, otherwise, I would say the overall Western European markets are doing quite well.

Yes, we have a retail situation that is quite interesting in the UK but our brands are strong and we are powering through that.

When it comes to Russia and Ukraine, again we sell dairy products, juice, as well as snacks and soft drinks. Dairy and juice tend to be much more staple kind of products for Russian consumers. So, even though the Russian market is going through its challenges in terms of the devaluation of the ruble and the hryvnia in Ukraine, and also inflation in raw materials for dairy in particular, our topline growth is still mid-single-digits. So, we are holding on the topline growth.

The real challenge is what is the impact to the bottom line. A lot of the products we sell in Russia are made in Russia. We source a lot of our raw materials from local suppliers, so that part is okay. But, anything that is imported

clearly is impacted by the devaluation of the ruble and then any translation of Russian profit is impacted by the devaluation of the ruble.

So, at this point, we are watching and waiting to see how the Russian market evolves, but our growth is still in the mid-single-digits and we are doing okay.

OPERATOR: Nik Modi, RBC Capital Markets.

NIK MODI, ANALYST, RBC CAPITAL MARKETS: Good morning, everyone. So a couple of questions from my end. Just curious if maybe you can provide some context on PAB in terms of how the up-and-down the street channel did versus kind of the larger format? And, if you could provide any perspective on foodservice, since you have been investing there so heavily?

And then, the second question is just, Indra, just curious on your view on execution at the Company owned bottling operations and if you think that that is an area of improvement for PepsiCo going forward within the US?

INDRA NOOYI: When it comes to the performance in convenience stores, the overall -- we are holding share in LRB in Q3 and whether it's in CSDs or isotonics, as I mentioned in my prepared remarks, what we feel good about in Q3 is that we held LRB share in this highly competitive marketplace.

I think, since we bought back the bottlers, we've actually been able to do a few things. One, we've invested in foodservice because we put routes back into local foodservice. We are able to go after national accounts without any discussion of bottlers versus the parent company. And, as a consequence, we have been winning big accounts and we are beginning to actually increase our share in colleges and universities and local foodservice accounts.

So, I think our foodservice performance is improving. Again, as you know with foodservice, you don't see big improvements in a short timeframe. You've got to build this business very, very steadily so that you balance growth with profitable growth. And, so I think over the next few years, you'll start beginning to see meaningful contributions from our foodservice business. One, because we are fixing the core beverage foodservice business, which is a critical driver of foodservice. And then, we were able to leverage that beverage foodservice to sell more snacks.

So, the Better Together really works with foodservice. And, overall execution, since we have bought back the bottlers we've invested so much in terms of improving our manufacturing lines to have more packaging flexibility. We have put more routes back in the marketplace. We have put in more tools -- given more tools to the front lines so that they can actually sell better at the point-of-sale. I think, overall, our execution has improved substantially and that is why you are seeing several quarters now where we are holding share in the LRB category.

We're doing it in a very responsible way because we are also able to get pricing. We are getting low-single-digit pricing in the marketplace in North America and we are able to push through all our innovation. The market is fragmenting quite a bit and you've got to have a distribution system that is completely aligned with the brand company so that you can get all this innovation into the marketplace. And, by removing any friction that exists in the system, we are actually able to get all of our products to the marketplace.

So, overall, we feel pretty good about the progress we're making at North American beverages and how well North American beverages and Frito-Lay are working together to really service both retail customers and foodservice customers to help us improve the performance of North American beverages substantially.

And, in terms of convenience store performance, it is ahead of overall performance by about 50 basis points.

OPERATOR: Steve Powers, UBS.

STEVE POWERS, ANALYST, UBS: Thanks. Good morning. I guess two more questions related to PAB, if I could. First, we saw noticeable operating margin expansion in that division this quarter building on some initial progress made last quarter. And, I guess I just want to get your sense for whether or not you feel this is the beginning of a trend that can continue to gain momentum? And, assuming so, what the biggest drivers will be is kind of question number one.

Question two related to that is, as you said, Indra, we saw again kind of 1% net realized pricing in the quarter, which is in line with the year-to-date trend and I guess positive, relative to muted commodities. But, I was wondering whether you see further upside to that number over time? Maybe if the individual categories are actually better than that and we are seeing some negative category or geographic mix across the division, I am not sure, but just further details there would be helpful as well. Thanks.

INDRA NOOYI: I think what the beverage business is doing is focusing on revenue management and productivity, in addition to innovation. Innovation is driving topline growth nicely and getting good price realization. And, all of our revenue management initiative, backed up by more packaging flexibility, is actually helping this business. Remember, all of our productivity initiatives touch the North American beverage business too.

So, taken together, the business is beginning to hit its stride. And, our net realized pricing in the quarter in North American beverages was in the low-single-digits. We actually feel very good about the pricing that we are able to get.

Now, you asked about the sustainability of this. We will continue to do the revenue management work, the productivity work, the innovation. We will continue to do everything that is in our control. And, we will continue to play a very responsible game in this marketplace. And then, we will just see how the marketplace evolves. But, at this point, we are cautiously optimistic about the outlook for North American Beverages.

So, let me just close by reiterating that we are pleased with our results to date. We are confident that our plans are working and we are on track to deliver our financial targets for 2014.

I thank you for your time and questions this morning and for the confidence you have placed in us with your investment. Have a wonderful day.

OPERATOR: Thank you. This concludes today's conference call. You may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** October 13, 2014

End of Document



# De Kloof duo are heading for the top; New tasting menus kick in

Pretoria News (South Africa)

September 26, 2014 Friday, E1 Edition

Copyright 2014 Independent Newspapers Pty (Ltd) All Rights Reserved

**Section:** LIFE; Pg. 7

**Length:** 1108 words

## Body

De Kloof Restaurant, Waterkloof Golf Estate, Johan Rissik Drive, Eclipse Rd, Pretoria, 0027

Tel: 073 092 8562

One of the best things in the world is to watch people develop and reach for their best - especially creative people. They start with lots of bravado and brilliance, not scared to jump and take risks, which is all good, but it is when the real world catches up with them, and how they play with that challenge, that matters.

The two young women at De Kloof restaurant, head chef Monché Muller and pastry chef Simone van der Merwe, are celebrating their first year in this particular kitchen, and it shows.

From the start, you could see this duo would create interesting food. They had both walked the walk, studied and worked in some of the toughest kitchens in the country.

Owner Charl Whitlock wants Pretoria to be up there with the best.

"We needed that opportunity to shine," says Monché. "I was initially intimidated by all the admin, but that is in hand and we're really happy with our kitchen at the moment."

They have managed to gather a tightly-knit group by training in-house and allowing people to grow. "I have just appointed a junior sous chef and it was done from within the existing staff."

For both of them, getting to know the market has been an interesting exercise. They studied and worked in Cape Town before joining De Kloof and that has been one of the biggest challenges. "It's about balance," explains Monché. Like most people in their early twenties or starting out, these two wanted to show all their stuff right from the start. "With our first menu we almost had every technique on the plate," she giggles.

The food wasn't telling a story and in fine dining that's one of the underlying principles of the new wave of cooking. There has to be a through-line that connects the different things on the plate - especially from one course to another when you're doing tasting menus. You cannot just plonk a bunch of techniques on a plate and think that will make a spectacular meal.

"That's what distinguishes one table from another. It is the thought processes of the chef and how he/she tackles the terrain of cuisine with a specific individuality even when dictated to by world trends."

For these young artists, it is about telling an intriguing story. "That's how we think," says Monché. They also have to take into account the flavour profiles because just telling a story or looking pretty isn't enough. Then there's costing which cannot be ignored, but this is where good training steps in.

"It's amazing to think we're competing with the best," says Simone. The restaurant is being noted by national food cognoscenti. "It's a feather in our cap," she says shyly, but they're obviously chuffed with the recognition. They've worked really hard to develop the kitchen and a team that can transform all their ideas into reality - time and again. That's what it takes. You can't simply have one good night; you have to do it over and over again.

Their latest menu, which heralds that we've leapt into spring, offers two tasting options - a five-course tasting menu (R395 with paired beverages at R195 optional); a seven-course tasting menu (R595 and R295 paired beverage optional) or Ã  la carte with many of the dishes also part of the two tasting menus.

To give an idea of where their heads are, they talked about some of the options. Starters include dishes like BS, Ocean Basket, Die Skaap and Waldorf. The names play as much part in the presentation as the dish. "We have fun," says MonchÃ©, but that's where the silliness stops. BS is a combo of chilled beetroot borscht, peach tagliatelle, smoked goat's chevin, honeycomb crumble, pickled beetroot and dukkah. It's interactive, so you add and mix the ingredients as you like them best.

On the fish side, they have assembled crayfish tom yum mousse (usually served as a soup), brioche prawn toast, lime tilapia ceviche, tempura mussel, daikon, sake pearls (a current hot technique as pretty as it is tasty). It has been inspired by Asian techniques which present magnificently on one plate.

The Waldorf is as playful. They take all the classic ingredients and turn them on their head. The fennel and apple are turned into a panna cotta in blanc canneloni. Just in that one sentence, MonchÃ© has pulled together a mound of magical moments in textures, flavours and techniques. Also part of the dish are a walnut lavash (soft Turkish flatbread), baby pears, celery, candied walnuts, truffled emulsion and apple.

Mains include duck and cherry pie (Joburg's Gatrille had a classic version that people used to travel for). "We confit our own ducks," says the chef. There's a red onion and cherry duxelle, kataifi pastry (which looks like shredded wheat) duck liver parfait, duck skin crumble, blackberry jus and apple purÃ©e.

These two kitchen stars know how to plate. "I just love creating those pictures on a plate, it's my drug of choice," says MonchÃ©, and she does it exquisitely.

Another main is "swine" which introduces riesling-braised pork belly, pork cheek crackling, sauerkraut, beer mustard, pommes purÃ©e, **pretzel crisp** and pickled onion.

All of that is a minuscule sample of what they have in their Pandora's Box and Simone shares a few secrets about her dessert selection. There's the obvious Ouma se Kombuis with koeksister ice cream, brÃ»lÃ©ed melktart ("we had to have a brÃ»lÃ©e somewhere," she confesses), coconut ystervarkie, buttermilk rusk crumble and Klipdrift malva crÃ¨me, all of which sound almost dreadfully familiar and that's what makes this one such a dream. They have given it a contemporary spin.

For something light and airy as the season dictates there's H2O Melon with watermelon sorbet, confit melon skin, watermelon bavarois and genoise and rosewater pearls. It's about the colours on the plate but also the brilliance of opting for watermelon which doesn't feature that often on smart plates. But it should, it's that yummy.

To get more detail, jump online or treat yourself to one of their spectacular dining experiences. These are two exciting forces who have decided that this is where they want to play. Catch them while you can.

They have youth, exuberance and imagination on their side. They are growing in leaps and bounds and are serving some of the prettiest and flavour-rich food in town.

I Tomorrow they are hosting a party at their DK Burger Bar. It's a craft beer and gourmet burger day with an entrance fee of R65 (free Boston draft glasses) and it starts at 11am. Tickets can be bought on their website or call 073 092 8562.

Opening hours are: Monday, dinner from 6pm; Tuesday to Saturday 12 to 3pm and 6 to 9pm; Sundays 12 to 3pm.

De Kloof duo are heading for the top; New tasting menus kick in

**Load-Date:** September 27, 2014

End of Document



# Delicious and Nutritious: 6 Different Healthy Takes on Cheesecake

Wall St. Cheat Sheet

September 8, 2014 Monday 11:47 PM EST

Copyright 2014 Newstex LLC All Rights Reserved

**Length:** 2271 words

**Byline:** Emily Coyle

# Body

Sep 08, 2014 (Wall St. Cheat Sheet:http://wallstcheatsheet.com/ Delivered by Newstex)

When you imagine cheesecake, what do you think of? A graham cracker crust topped with a decadent mix of cheese, eggs, and sugar, or the inevitable food guilt you feel as you nurse a cheesecake coma following one rich slice? Food guilt is a nuisance that no one should have to face, but just in case you want to eat your cheesecake and not upset your stomach, consider trying one of these 6 alternatives to cheesecake that are currently popular around the web.

There's nothing quite like a thick slice of your favorite dessert from your neighborhood bakery, but there are ways to get your cheesecake fix without breaking your budget or your belt, and we're highlighting 6 of those recipes today. There's a time and a place for everything, and while there's certainly a time for a big piece of rich, authentic cheesecake, there are also weekdays and other occasions that call for a less decadent dessert or snack. Try one of these alternatives, then.

Source: iStock

1. Two-Bite Mini Cheesecakes

Instead of having a whole piece of cheesecake, you can easily cut your dessert calories in half by indulging in one of these two-bite mini cheesecakes from Pbs.org[1]. Many cheesecake slices are cut so thick that you're in a full-blown sugar coma by the time you put the fork down, but with these bites, you don't even need a fork, and your stomach won't even hate you after, either.

The overall food prep for these mini desserts is the same, but instead of pouring your cheesecake mixture in a pie pan, you're simply divvying it up into mini tins. You can make and bake your cheesecakes all in 80 minutes, and then it's time for your perfect fun-sized dessert.

Ingredients:

1/3 cup graham cracker crumbs 1 tablespoon melted butter 1 eight ounce block cream cheese, room temperature 1/4 cup sugar 1 egg, room temperature 1/2 teaspoon fresh lemon juice 1/4 teaspoon vanilla extract 2 tablespoons fruit spread or jam 1 tablespoon lemon zest

Directions: Preheat the oven at 350 degrees Fahrenheit. Mix the graham cracker crumbs and butter together until evenly mixed (a food processor works great for this). The mixture will not appear wet but when pressed together between the fingers should stick together. Line a mini cupcake tin with 12 paper liners. Make sure you have the correct sized liners for your mini tin. Some mini paper cups do not work for mini tins.

Scoop one level teaspoon of crumb mixture into each lined tin cup. Using your fingers or the flat side of a clean bottled water cap, firmly press down the crust mixture into a flat hard layer. Place the tin in the oven and bake for 5 minutes.

While the crust is baking, combine the cream cheese and sugar in a mixer or a bowl. Make sure the cream cheese is soft, otherwise your cheesecakes will have lumps. Using a stand mixer or a hand mixer, cream the cream cheese and sugar together for one minute. Add the egg, lemon juice, and vanilla extract. The mixture should be smooth and the texture should be like cake batter. After the crust has baked for 5 minutes, remove the tin from the oven and

evenly fill the cups with the cheesecake batter. Bake the cheesecakes for 16-18 minutes until the center is slightly firm to touch and not jiggly. Do not worry if the tops appear to have a dome shape or are cracked.

 Remove the cheesecake from the oven allow the tin to rest on a heat safe countertop for 10 minutes. Carefully remove the mini cheesecakes from the tin and transfer them to a plate. Place the plate in the freezer for 30 minutes until they are no longer warm and slightly cool. The cheesecakes will look more level after they have cooled and the cracks, if any, will hardly be noticeable. Carefully remove the paper liners from each mini baked cheesecake. Top each cheesecake off with a 1/2 teaspoon of your favorite fruit spread or jam followed by a small pinch of lemon zest as garnish.


Source: iStock
## 2. Greek Yogurt Cheesecake
Your next alternative is to prepare your cheesecake as you normally do in your springform pan; however, instead of going heavy-handed on the butter, sour cream, and cream cheese, instead swap in some greek yogurt to do the dirty work. Jenna from Eat Live Run[2] provides us with a recipe for a guilt-free cheesecake that enlists greek yogurt to facilitate silky dessert goodness, and surprisingly enough, her food formula doesn't call for any cream cheese or sour cream at all. Yogurt, sugar, eggs, and vanilla bean instead do the trick. We know cheesecake sans cream cheese seems blasphemous, but try it for yourself - we believe you won't miss the key ingredient. There is a way to eat cheesecake without having to unbuckle your skinny jeans, and Jenna knows the secret.

Ingredients:
Crust
 1 stick cold butter, cut into small chunks 1.5 cups flour 1/4 teaspoon salt 2 tablespoons sugar Zest of 1 lemon 1 egg yolk 2 tablespoons cold water
 Cheesecake
 2 cups whole milk or 2 percent Greek yogurt (not non-fat) 2/3 cup sugar Pinch of salt 2 eggs 1 vanilla bean (seeds scraped out) or 2 teaspoons vanilla extract 1 tablespoon cornstarch
 Topping
 1-2 peaches, thinly sliced 1 tablespoon honey

 Directions: Make the crust first. Spray a 10-inch springform pan with cooking spray and set aside. In a large bowl, mix together the flour, sugar, lemon zest, and salt. Cut in the butter and blend in with your fingers until mixture resembles cornmeal. Add egg yolk and cold water. Mix until dough comes together to form a shaggy ball (dough may be dry). Cover in plastic wrap and let chill for half an hour. Preheat oven to 375 degrees Fahrenheit.

 Roll out dough to the same diameter as the pan. You can do this easily by rolling out and placing the bottom of the springform pan on top and gently cutting around the pan with a dull knife. Place dough circle at the bottom of the pan. Place tin foil on top of the dough circle and cover with dried beans or rice to weigh down. Bake for 15 minutes then take off rice/bean/tin foil and prick all over crust with a fork. Return to oven and bake for another 15 minutes, or until golden. Meanwhile, make the filling. In a blender or food processor, combine the eggs, sugar, yogurt and vanilla. Blend until smooth then add cornstarch and pinch of salt and blend again. Pour filling into hot crust, lower oven temperature to 350 degrees Fahrenheit and bake for 35 minutes.

 When the cheesecake is done, it will still be jiggly in the center but will have a 'done' look to it. The edges of the cake will start to pull away from the sides of the pan. Make sure you don't overbake. Let cool, then chill for 2-3 hours in the fridge before releasing springform. Arrange the sliced peaches over top of the cooled cheesecake. Melt the honey in a small saucepot then drizzle on as well.


Source: iStock
## 3. Easy Blueberry Cheesecake Bites
Here's another way to have your cheesecake and eat it, too: make these healthy snacks that incorporate all the key ingredients of your favorite dessert but only a quarter of the calories. Enter Easy Blueberry Cheesecake Bites from Gimme Some Oven[3]. These take 4 ingredients to make and 0 minutes to bake. They're almost too easy, and they're cute, too. So next time the cheesecake craving strikes, grab your graham crackers, cheese, blueberries, and honey, and don't worry about having to ditch your little black dress. These bites are delicious, decadent, and nutritious.
Ingredients:

12 individual graham cracker pieces (or 3 large graham crackers) 4 wedges of the Laughing Cow Creamy Original Swiss (or Creamy Light Swiss) 1 cup fresh blueberries 1/4 cup (4 tablespoons) honey or agave nectar
 Directions: Spread about 1/3 of a cheese wedge atop an individual graham cracker. Top with a few fresh blueberries, then drizzle with a teaspoon of honey. Enjoy immediately.

Source: Thinkstock
4. No-Bake Cheesecake Bites
This next recipe not only saves you from a food coma, but also saves you from having to turn on your oven in the summer. These No-Bake Cheesecake Bites from Greatist[4] are the perfect way to quench your cheesecake craving without overdoing it on the sweets. Thanks to this snack's graham cracker base that's topped with a cream cheese mixture and studded with berries, you won't even miss the rich decadence of real cheesecake when these bites go into your belly. You can't have cheesecake for dessert every day, but there's no reason you can't always have these for snacks.
Ingredients:
1 8-ounce package reduced-fat or fat-free cream cheese, softened 3 tablespoons sugar 1 teaspoon lime juice 1/2 teaspoon vanilla 2 tablespoons half half 12 full-size graham crackers Fresh berries, for garnish (optional)
 Directions: In a large bowl, combine the cream cheese, sugar, lime juice, vanilla, and half half. Use an electric mixer to beat the ingredients until smooth. Chill the cheesecake mixture for 1 hour. Meanwhile, use a 2-inch round cookie cutter or biscuit cutter to cut the cheesecake bases from the graham crackers. You should get 2 bases from each graham cracker. Transfer the cream cheese mixture to a pastry bag fitted with your favorite tip. Pipe 1-2 tablespoons of the cream cheese mixture onto each graham cracker round. Top each round with a fresh berry. Serve immediately.

Source: iStock
5. Cheesecake Dip
Here's another way you can feel like you're splurging on cheesecake but still not over-indulge. Make this No-Bake Cheesecake Dip from Oh Sweet Basil[5] and grab your graham crackers or pretzels for dipping. This dish makes the perfect appetizer or sweet snack, and then you can leave room for dinner or dessert. It turns out there's more ways than one to get your cheesecake fix.

Ingredients:

1 (8 ounce) container regular cream cheese spread (not the 8 ounce brick, but the tub) 1 (7 ounce) container marshmallow cream 1/2 cup raspberry jam 1/3 cup raspberries for garnish Mini **pretzel crisps** for dipping

 Directions: In a large bowl with a handheld mixer, combine the cream cheese and marshmallow cream. Set aside. Place the jam in a mesh strainer with a bowl underneath. With a rubber spatula, press the jam through the strainer. Reserve the raspberry mixture and bring over the bowl with the cheesecake mix. Place the cheesecake dip in a serving bowl with just a scoop at a time. Add a little berry sauce, more dip, more berry sauce, etc. until you finish it off. Using a small spoon, swirl the mixture together and serve with salty, mini **pretzel crisps**.

Source: iStock
6. Healthy Cheesecake Smoothie
Last but not least, instead of eating your cheesecake, why not drink it — and even keep it healthy? If you don't think a recipe for healthy liquid cheesecake exists, check out this formula for Healthy Cheesecake Smoothies from Imma Eat That[6] and think again. Bananas, greek yogurt, and almond butter are the key ingredients in making your cheesecake smoothie dreams come true, and we promise that drink will facilitate a perfect (healthy) cool-down — perfect for the end of summer.
Ingredients:
Cookie Topping
 3 tablespoon oat flour 1/8 teaspoon cinnamon 1 pinch salt 1 teaspoon coconut oil, melted 1 teaspoon honey 1/8 teaspoon vanilla extract
 Cheesecake Crust Bottom

1/3 cup oat flour 1/8 teaspoon cinnamon 1 pinch salt 3-4 tablespoons bananas, mashed 1 tablespoon almond butter 1/8 tsp vanilla extract

Cheesecake Smoothie Layer

1 1/2 large bananas, frozen 1 cup Kefir, plain (or milk of choice) 1/3 cup vanilla greek yogurt

Directions: Preheat oven to 350 degrees Fahrenheit. In a small bowl, combine oat flour, cinnamon, and salt. Add in coconut oil, honey, and vanilla extract. Stir until a dough is formed. Roll dough into two balls. Flatten into really thin cookies and place on non-stick baking sheet. Bake for 10-12 minutes, or until dark golden brown and crunchy. Allow to cool on a cooling rack while you prepare remaining ingredients.

In a bowl, mix together oat flour, cinnamon, and salt. Add in mashed banana, almond butter, and vanilla extract. Stir until a dough is formed. Divide into two balls and press into the bottom of two clear cups/jars. Place in the freezer (this is a no-bake crust) while you prepare your smoothie layer.

Blend together frozen bananas, Kefir, and vanilla greek yogurt. Remove cups/jars that have the cheesecake crust bottoms from the freezer. Pour in cheesecake smoothie layer. Top with crushed cookies.

More From Life Cheat Sheet:

6 Delicious Rice Dessert Recipes to Try at Home[7] 6 Dinner Recipes to Cook In Your Cast-Iron Skillet[8] Pop Your Way to a Better Snack: 8 Popcorn Recipes[9]

Want more great content like this? Sign up here[10] to receive the best of Cheat Sheet delivered daily. No spam; just tailored content straight to your inbox.

Read the original article[11] from Wall St. Cheat Sheet

[1]: http://www.pbs.org/parents/kitchenexplorers/2013/11/14/two-bite-mini-cheesecakes/ [2]: http://www.eatliverun.com/greek-yogurt-cheesecake-with-peaches-and-honey/ [3]: http://www.gimmesomeoven.com/easy-blueberry-cheesecake-bites-recipe/ [4]: http://greatist.com/eat/healthier-no-bake-cheesecake-recipe [5]: http://www.ohsweetbasil.com/2014/05/no-bake-cheesecake-dip-raspberry-sauce-recipe.html [6]: http://immaeatthat.com/2013/07/19/healthy-cheesecake-smoothie/ [7]: http://wallstcheatsheet.com/life/6-delicious-rice-dessert-recipes-to-try-at-home.html/ [8]: http://wallstcheatsheet.com/life/6-dinner-recipes-to-cook-in-your-cast-iron-skillet.html/ [9]: http://wallstcheatsheet.com/life/pop-your-way-to-a-better-snack-8-popcorn-recipes.html/ [10]: http://wallstcheatsheet.com/members/index.php?r=registerref=CTA [11]: http://wallstcheatsheet.com/life/delicious-and-nutritious-6-different-healthy-takes-on-cheesecake.html/

**Load-Date:** September 8, 2014

---

End of Document



# O-Town MacDown Helps Give Kids The World and Produces Central Florida "Mac-n-Cheese" Royalty.

PRWeb Newswire

August 26, 2014

Copyright 2014 Gale Group, Inc.
All Rights Reserved
ASAP LNWP
Copyright 2014 Vocus PRW Holdings LLC

**Length:** 391 words

## Body

Orlando, FL (PRWEB) August 26, 2014

O-Town MacDown, the inaugural mac-n-cheese cooking competition hosted by Give Kids The World, was a resounding success! More than 1,700 attendees, 38 competitors and 40 vendors packed an enormous room at the Orange County Convention Center for a day of family fun, cooking demonstrations, live entertainment and, of course, great mac-n-cheese dishes.

Chefs competed in professional and amateur categories and winners received prize packages based on evaluations done by expert and celebrity judges. The winners were:

Restaurant category: (1) Hard Rock Cafe Orlando, (2) T-REX Orlando, (3) Taverna Opa Orlando.

Professional category: (1) Cabot Creamery, (2) Collette's Clean Eats, (3) Le Cordon Bleu College of Culinary Arts, Orlando.

Home Cooks: (1) Team "Rioux The Day," (2) Scalliwag Chili Crew, (3) **Pretzel Crisps**.

Non-Profit category: (1) Second Harvest Food Bank of Central Florida, (2) Yellow Brick Road: The Holden Flynn Foundation.

Attendees were also given the opportunity to vote for their own favorites in the "People's Choice" category. The People's Choice award winner was Hard Rock Orlando!

Supporting this exciting event that benefits Give Kids The World and their children with life-threatening illnesses were many great sponsors. SeaWorld was the Presenting Sponsor while Florida Dairy Farmers supplied the milk and butter for the competitors. Cabot Cheese, Tillamook and Jarlesburg provided the cheese.

About Give Kids The World

Give Kids The World Village (GKTW) is a 70-acre, non-profit resort in Central Florida that creates magical memories for children with life-threatening illnesses and their families. GKTW provides accommodations at its whimsical resort, donated attractions tickets, meals and more for a weeklong, cost-free fantasy vacation. With the help of many generous individuals, corporations and partnering wish-granting organizations, Give Kids The World has welcomed more than 130,000 families from all 50 states and 75 countries. Visit http://www.gktw.org for more information on GKTW and its mission. For our latest news, visit Twitter, Facebook, YouTube and follow our blog at        http://www.givekidstheworld.org/blog.

Read the full story at        http://www.prweb.com/releases/2014/08/prweb12123373.htm

**Load-Date:** August 28, 2014

End of Document



# fest planner

Chicago Tribune

August 15, 2014 Friday, RedEye Edition

Copyright 2014 Chicago Tribune Company All Rights Reserved

**Section:** Pg. 22

**Length:** 813 words

**Byline:** Kate Bernot

## Body

Aug. 15-17

It's already time for the Air & Water Show, Festa Italiana and more

This weekend's fest lineup comes with a bit of a PSA: No need to duck and cover, that whooshing noise overhead is just the Air & Water Show back for a 55th year along Lake Michigan's shores. In addition to fighter jets and parachuters along the lakefront, you'll also find a full lineup of smaller fests around the city from Little Italy to Edison Park. Listen to some global music, dig into fresh East Coast lobster or stake out a prime beach spot for the aerial spectacle with a lineup of seven fests.

Chicago Air & Water Show

When: 10 a.m.-3 p.m. Saturday and Sunday

Where: Show can be seen from the lakefront from Fullerton Avenue to Oak Street, with North Avenue Beach as its focal point.

How much: Free to attend

Don't miss: Schedules are determined the morning of the show by pilots, but expect aerial maneuvers from military and civilian forces, including the U.S. Navy Blue Angels, U.S. Army Parachute Team Golden Knights, AeroShell Aerobatic Team, Red Bull Helicopter pilot Chuck Aaron and more. Head to the lakefront path or beaches for a front-row view, or post up in a rooftop bar downtown. Stuck farther west? Find a friend with rooftop access and look east.

Festa Italiana

When: 5-10 p.m. Friday; noon-11 p.m. Saturday;

noon-10 p.m. Sunday

Where: Taylor Street at Ashland Avenue

How much: $5 suggested donation

Don't miss: Little Italy toasts its heritage at this eighth annual fest where meatballs, wine and pasta take center stage. Vendors, including Conte Di Savoia, Davanti Enoteca, Francesca's on Taylor, Ferrara and Three Aces, will dish out food for purchase (do not ignore Three Aces' bolognese fries or the Conte Di Savoia cannoli). Unfortunately for all you wine grape-stomping fans, that iconic activity will not take place at this year's fest?have another cannoli to soften the heartbreak.

fest planner

Festival Cubano

When: 2-10 p.m. Friday;

10 a.m.-10 p.m. Saturday and Sunday

Where: Riis Park (6100 W. Fullerton Ave.)

How much: $10 before 5 p.m.; $15 after 5 p.m.; Discounted passes available at thecubanfestival.com/tickets

Don't miss: It's the fifth anniversary for this Latino festival, which this year brings musical headliners El Gran Combo de Puerto Rico (8:30 p.m. Sunday), Palo (6:40 p.m. Sunday) and Rey Ruiz (8:30 p.m. Saturday) to the Northwest Side. Food, arts and crafts, a dominos tournament and other family-friendly activities also are on the docket for the three-day fest.

Albany Park

World Festival

When: noon-10 p.m. Saturday; noon-9 p.m. Sunday

Where: Lawrence Avenue at Kimball Avenue

How much: $5 suggested donation

Don't miss: Albany Park's ethnic diversity is on display for two days of global food and music, carnival rides and vendors. Look for Persian food from Noon O Kabab, Latin American fare from Tortuga's Cantina and Eastern European grilled sausages from Cevapcici Chicago. Expect an equally eclectic mix of music, from Asian drumming to Brazilian beats to Colombian salsa and cumbia.

Great American Lobster Fest

When: 10 a.m.-1 a.m. Saturday; 10 a.m.-10 p.m. Sunday

Where: Navy Pier Grand Ballroom and East End Plaza (600 E. Grand Ave.)

How much: $15 general admission ($10 online before 5 p.m. Friday) does not include food

Don't miss: Fan of lobster? Good. Bring your appetite to Navy Pier, where your meal ticket to this inaugural seafood fest includes your choice of a whole lobster meal, a jumbo lobster roll or three lobster tacos (all meals $38), all served with **pretzel crisps**, watermelon, coleslaw, lemon and drawn butter. All lobster is flown in daily from New England Seafood Company's dock in Boston. Purchase additional a la carte food and drinks while listening to music on one indoor and one outdoor stage, including performances from DJ Ryan Pullano (midnight Saturday night), Netherfriends (9:30 p.m. Saturday) as well as cover bands. Navy Pier also offers impressive daytime views of the weekend's Air & Water Show.

Glenwood Avenue

Arts Fest

When: 6-10 p.m. Friday;

11 a.m.-9 p.m. Saturday and Sunday

Where: Glenwood Avenue at Morse Avenue

How much: Free to attend

fest planner

Don't miss: A Rogers Park summer tradition since 2002, this arts fair kicks off Friday night with a Cobblestone Jam featuring rock-funk band Babybrutha, energetic rock quartet Expo '76 and soul singer Renaldo Domino. Music continues Saturday and Sunday with more than 40 acts booked across three stages, plus photography, mixed media, prints, paintings and more from 100-plus artists and exhibitors.

#GetFested

Each week, we're issuing a mini-challenge to help you make the most of your festival days and nights and asking you to tag your Instagrams with the hashtag #getfested. We love these colorful videos @leo31july captured at Northalsted Market Days last weekend. This week, show us an awesome aerial shot of the Air & Water Show, and don't forget the hashtag. ct14 0005 140815 N S 0000000000 00002048

## Notes

fests

## Graphic

Photos of:
Chicago Air & WaterShow by John J. Kim/Tribune File
Chicago Air & Water Show, redeye file photo
Festa italiana, redeye file photo
Glenwood Avenue Arts Fest, redeye file photo
Glenwood Avenue Arts Fest, redeye file photo
#GetFested instagram photo

Photo(s)

**Load-Date:** August 15, 2014

End of Document



# Second-quarter net income for Snyder's-Lance falls on special items

York Daily Record (Pennsylvania)

August 7, 2014 Thursday

Copyright 2014 York Daily Record

Distributed by McClatchy-Tribune Business News

**Section:** BUSINESS AND FINANCIAL NEWS

**Length:** 237 words

**Byline:** Gary Haber York, York Daily Record, Pa.

## Body

Aug. 07--Snyder's-Lance Inc's. net income fell in the second quarter after factoring in restructuring charges and other one-time items.

The Charlotte, N.C.-based maker of Snyder's of Hanover pretzels and Snack Factory **pretzel crisps** posted net income of $11.7 million, or 16 cents a share, for the three months ending June 28. That was down from net income of $13 million, or 19 cents a share, in second quarter 2013.

On an adjusted basis, excluding special items including $6.1 million in restructuring and impairment charges, the company had net income of $20.6 million, or 29 cents a share, which was up from adjusted earnings of $16.9 million, or 24 cents a share, in the year-ago quarter. The adjusted earnings matched the expectations of analysts who forecast the company would earn 29 cents a share on an adjusted basis.

Net revenue rose 4.8 percent in the quarter, to $460 million. The company Company cited strong sales of its Cape Cod popcorn, Snyder's of Hanover Sweet and Salty pretzel pieces and Snack Factory **pretzel crisps**.

Snyder's-Lance said it expects to post full-year 2014 earnings of between $1.10 and $1.18 a share.

Snyder's to reduce employee workforce

Snyder's-Lance sells private-label business, acquires Baptista's Bakery

Snyder's-Lance revenue increases by 4.4 percent in Q1

___ (c)2014 York Daily Record (York, Pa.) Visit York Daily Record (York, Pa.) at www.ydr.com Distributed by MCT Information Services

**Load-Date:** August 8, 2014

End of Document



# BLOG: Decaturade: Decatur Brews News: St. Louis Craft Beer Week

Decaturade

July 26, 2014 Saturday 2:47 AM EST

Copyright 2014 Newstex LLC All Rights Reserved

**Length:** 430 words

**Byline:** Jim Vorel

## Body

Jul 25, 2014 (Decaturade:http://herald-review.com/blogs/decaturade/ Delivered by Newstex)

July 25--[ http://bloximages.chicago2.vip.townnews.com/herald-review.com/content/tncms/assets/v3/editorial/0/1c/01c5e9aa-143c-11e4-aeab-001a4bcf887a/53d2c100470be.preview-620.jpg]

There's a reason I usually request one of my vacation weeks from the Herald Review roughly around the second weekend of May, and it's because that time period typically coincides with Chicago Craft Beer Week. It's a wondrous, magical time to be in the city as a craft beer fan, when seemingly every bar and restaurant in town takes special time and effort to acknowledge not only the popularity of craft beer on a national scale but all the creativity and exciting developments being made in local brewing. That week represents the very best in Chicago's own beer community.

St. Louis has had its own beer week going since 2009 now, and judging from the website [http://www.stlbeerweek.com/] it looks to capture the same sort of aesthetic. I've never visited it before, but I will this weekend when it kicks off on Saturday, running all the way until Sunday, Aug. 3. I won't have time to visit many of the events, but at the very least I intend to hit "Sour Saturday," featuring a collection of tart, sour ales.

These events are some of the best ways to get to know the character of a city's brewing community, and they're remarkably effective in raising awareness among local residents of all the small breweries that are now surrounding them these days. St. Louis is a great contender for such an event, because it's a few years into a serious beer renaissance. As of 2009 when this event began, St. Louis wouldn't have been considered one of the country's better beer cities, but that has changed. Today, breweries such as Urban Chestnut, Four Hands, Civil Life, Perennial and 2nd Shift have carved out an entirely new reputation for the town best known as being the U.S. headquarters of Anheuser Busch...which is of course operated out of Belgium and Brazil these days, by the way.

If you do decided to visit, let me recommend one place for you: Burger/milkshake/craft beer haven Bailey's Range, located in downtown St. Louis. Their special burger in honor of St. Louis Craft Beer Week has the following: "Candied hop bacon jam, red onion, sharp cheddar, porter grain mustard, **pretzel crisps**." Yes, please. That's some prime Eating Badly material, right there.

___ (c)2014 the Herald Review (Decatur, Ill.) Visit the Herald Review (Decatur, Ill.) at www.herald-review.com Distributed by MCT Information Services

**Load-Date:** July 25, 2014

End of Document



# Look Out George Foreman, Bethenny Frankel Is Talking Kitchen Appliances -- WSJ Blog

Dow Jones Institutional News

July 11, 2014 Friday 3:44 PM GMT

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2014, Dow Jones & Company, Inc.

DOW JONES NEWSWIRES

**Length:** 771 words

**Byline:** By Suzanne Vranica

## Body

In 2011, reality TV star Bethenny Frankel sold her popular low-calorie Skinnygirl spirits line to Beam Inc.

Now the 43-year old entrepreneur is looking to slap the Skinnygirl name on everything from hummus to vitamin supplements to kitchen appliances.

ConAgra Foods has paid Ms. Frankel to license the Skinnygirl brand for a new line of Orville Redenbacher microwave popcorn that the company says will hit store shelves this month. The snacks will carry both brand names.

The food company declined to reveal the terms of the deal other than to say it's a three-year licensing agreement.

ConAgra is teaming up with Ms. Frankel, who was on the original "Real Housewives of New York," in hopes she can help its popcorn brand be more appealing to younger consumers, said Chris Sinta, director of partnership and sponsorships at ConAgra.

The Wall Street Journal's Advertising Editor, Suzanne Vranica, talked to Ms. Frankel about her latest deal and how she intends to keep herself in the public eye after her talk show was canceled.

WSJ: Why popcorn?

Ms. Frankel: I am always looking for a good partner and places where I think there is a void. My initial success in cocktails was because there was a problem that needed to be solved. Women wanted to drink but not feel guilty about it.

Microwave popcorn is convenient but it's something that can be fattening. It's unnecessary.

WSJ: How does this deal affect your relationship with Beam?

Ms. Frankel: When I sold to Beam--I am still partners with them-- I only sold the cocktails business. The reason I sold to Beam was because of their distribution and marketing power. I knew they would spend all of this money to market the Skinnygirl brand and I could piggyback on that and build an entire brand.

WSJ: What other products does Skinnygirl offer now and what's coming?

Ms. Frankel: I am doing snacks such as **pretzel crisps** and pita chips. There are non-alcoholic beverages called Skinnygirl Sparklers. I have a line of dips such as hummus, French onion and even salsa that are just launching. I am working on coffee that is not out yet and working on salad dressings and ice cream.

We also have a kitchen appliance coming out. It will be a health problem-solving product such as a personal blender. Blending will take over juicing.

WSJ: Is Orville Redenbacher the first co-branded product you've done?

Ms. Frankel: I usually don't co-brand where there is another name on the package. The only other one I have done is Skinnygirl Sparklers when I partnered with Arizona Beverage Co.

WSJ: Some conservative marketers are still wary of advertising on reality programs, yet you have been successful at landing endorsements and marketing deals with corporate America. Why?

Ms. Frankel: I have worked with brands such a Hanes, Clorox and Pampers. They know that moms curse and they are real. It's the women who are buying their products. They [corporations] have always liked that I am pretty straightforward and real.

Beam got into business with me knowing that I was going to get into other categories, but they trusted that I wouldn't F----up the brand and I trust them owning that one piece.

WSJ: Sales of the Skinnygirl alcohol brands have seen some softness. What do you attribute that to?

Ms. Frankel: The ready-to-drink category was a dead category. No one was drinking ready-made margaritas. I was the first person to make that category come alive. There were also tons of cheater brands and that takes away some of your business. You have to expect it [a slowdown] when you come out like gangbusters.

WSJ: How can you keep your brand popular now that your talk show has been canceled?

Ms. Frankel: The brand can stand on its own. There are many people who know Skinnygirl and have no idea who I am and that is the goal. I don't want a brand to live off Bethenny. I do have a couple of other TV offers but don't want to make a rash decision. I don't want to do something that isn't authentic.

A lot of reality stars have learned that just being famous is not enough to move product. You have to be in business with real good partners. You have to have distribution partners that also have marketing muscle. Shelf space is everything.

WSJ: Any chance you will sell off the food brands?

Ms. Frankel: No. If someone was going to come buy this company--not saying I want that-- but big companies like Procter & Gamble, Unilever or ConAgra, they want companies that are whole, not just one piece. Beam was my first big move. I am not looking to sell off pieces of it.

More at The Wall Street Journal's CMO Today blog, http://blogs.wsj.com/cmo/

(END) Dow Jones Newswires

July 11, 2014 11:44 ET (15:44 GMT)

# Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** July 12, 2014

End of Document



# United States: Pretzel Crisps Found Generic And Unregistrable

Mondaq Business Briefing

July 9, 2014 Wednesday

Copyright 2014 Mondaq Ltd. All Rights Reserved



**Length:** 694 words

**Byline:** Jennifer Insley-Pruitt

## Body

Frito-Lay North America, Inc. v. Princeton Vanguard, Inc., 109 U.S.P.Q.2d 1949 (T.T.A.B. 2014)

In a precedential decision released February 28, 2014, the Trademark Trial and Appeal Board ("TTAB" or the "Board") found that **PRETZEL CRISPS** was generic and could not be registered as a trademark. Princeton Vanguard, LLC, which had registered **PRETZEL CRISPS** for "pretzel crackers" in International Class 30 on the Supplemental Register in 2005, applied to register the mark on the Principal Register in 2009. Frito-Lay North America, Inc. ("Frito Lay") opposed the 2009 application based on genericness, and also petitioned to cancel the 2005 supplemental registration on the same ground. Following trial, the TTAB ruled in favor of Frito Lay.

Frito Lay and Princeton Vanguard compete in the field of salty pretzel snacks. Princeton Vanguard, a family-owned New Jersey company, introduced flat pretzels under the mark **PRETZEL CRISPS** in 2004, and the product grew to a $100 million-a-year brand by 2011. Frito Lay, meanwhile, markets ROLD-GOLD brand pretzels.

Before the TTAB, Princeton Vanguard argued that the **PRETZEL CRISPS** mark should be analyzed as a unified phrase comprised of terms not previously used together under the standard set forth in In re American Fertility Society, 188 F.3d 1341, 1347 (Fed. Cir. 1999) ("American Fertility"). Under the American Fertility standard, the Board "cannot simply cite definitions and generic uses of the constituent terms of a mark; it must conduct an inquiry into the meaning of the disputed phrase as a whole." In re Dial-A-Mattress Operating Corp., 240 F.3d 1341 (Fed. Cir. 2001). Frito Lay argued that **PRETZEL CRISPS** is a compound term to be analyzed under the standard established in In re Gould Paper Corp., 834 F.2d 1017 (Fed. Cir. 1987) ("Gould"). Under the Gould test, when a proposed mark is a combination of two or more terms in ordinary grammatical construction and communicates no more than the common meaning of the individual components of the term, genericness can be established with evidence of the meaning of the constituent terms. The Board agreed with Frito Lay, finding "no additional meaning added to '**PRETZEL CRISPS**' in relation to 'pretzel crackers,' when the individual terms are combined," and therefore analyzed the mark as simply a combined term under Gould rather than as a unified phrase.

In support of its argument for genericness, Frito Lay introduced dictionary evidence of the use of "crisps" for "crackers," as well as evidence of industry use of the words as synonyms, including in connection with such players as Special K Cracker Crisps and Triscuit Thin Crisps. Frito Lay further showed that Princeton Vanguard itself had employed "crackers" and "crisps" interchangeably on nutritional information, indicating that even Princeton Vanguard considered the words synonymous.

Both parties also did Teflon-type consumer surveys of genericness following the model first described in E.I. DuPont de Nemours & Co. v. Yoshida International, Inc., 393 F. Supp. 502 (E.D.N.Y. 1975). As part of their Teflon surveys, the parties read aloud to survey participants lists of generic and trademarked product names, and asked the respondents to indicate whether a given product name was generic or a brand. In the end, though, it appeared the Board gave little credence to either survey and ruled based on evidence submitted by Frito Lay of dictionary definitions, use by the public, and use by Princeton Vanguard itself. The Board noted that it performed its analysis under the "compound term" standard laid out in Gould, but that it would have reached the same conclusion under the more stringent "unified phrase" standard of American Fertility.

On April 22, 2014, Princeton Vanguard appealed the Board's decision to the Federal Circuit. We are monitoring the case and will report further once the appeals court ruling is issued.

The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.

Ms Jennifer Insley-Pruitt
Fross Zelnick Lehrman ; Zissu, P.C.
866 United Nations Plaza
New York
NY 10017
UNITED STATES

**Load-Date:** July 9, 2014

---

End of Document



# Dr. Iaquinta: What's healthy in the snack aisle?

Marin Independent Journal (California)

June 1, 2014 Sunday

Copyright 2014 Marin Independent Journal, a MediaNews Group publication All Rights Reserved

**Section:** NEWS; Health; Lifestyle

**Length:** 767 words

**Byline:** Dr. Salvatore Iaquinta

## Body

As I jogged up and down the snack aisle of my local grocery store I noticed a strange game playing out on the front of almost every bag of chips, pretzels, cheese balls and the like. Each bag touted why it was better than some unnamed competitor: "40 percent less fat than regular potato chips," "Only 1.5 grams of fat," "A full serving of vegetables in every ounce," "Zero Trans Fat" or, my favorite, "The Smart Choice."

I almost wished cigarette labels were allowed to do the same. Because then it would be easier to see the irony in the situation. Such labels might say: "Only 1 gram tar per serving" or "Less toxic than Chernobyl" or even "Fat free."

But I get it, nutritionists have vilified the products of the snack aisle. And I understand why. They would much prefer the masses eat celery. But facts are facts, people don't crave celery. People like using celery as a spoon to eat whatever they can dip it into. This article is for the few of us that will not completely eliminate an occasional unhealthy snack from our lives.

The snack advertisers know your dedication to eating healthy, that's why they plaster the fronts of the bags with health "facts" about their products. But are any of them truly healthy? Is one better than the other?

Pretzel versus chip?

The upside of pretzels is that they have less fat per ounce than potato chips. And less calories per ounce. Most popular pretzel brands have about 110 calories per ounce and 0 to 15 calories from fat. If you add in flavors, you'll see a bump in calories and fat (think honey mustard).

Potato chips often have about 145 calories an ounce, with 90 of those calories coming from fat. And chips often have saturated fat   another no-no.

So, ounce for ounce, pretzels win. But that might not be good enough. Pretzels lack the very things that promote satiety: fat, protein, fiber, or resistant starch. And if you don't feel full, you might just keep on eating. Or you might dip the pretzel into something fatty, negating the benefit altogether. Take a close look at the front of the bag of **Pretzel Crisps**   it shows a slice of salami and cheese on top of the pretzel. Adorned with add-ons pretzels become a big loser ... or you become a big gainer.

Baked chip versus regular?

Comparing Baked Lay's to Classic Lay's shows a big reduction in fat, but calorie count is still higher than pretzels (120 calories an ounce) because of the increased carbohydrates. Compare the labels, Classic Lay's has just three ingredients   potatoes, vegetable oil, salt. Baked Lay's has corn starch, sugar, corn sugar and soy lecithin. Sure the calorie count wins, but I have to admit I like the simple purity of the bad guy.

What about sweet potato chips?

Only for flavor. They have identical calories and fat content as regular potato chips. Sweet potato chips are high in vitamin A, something lacking in regular potato chips.

Tortilla chips?

Same as potato chips from a calorie standpoint, but potato chips give you 10 percent of your recommended daily allowance of potassium. Tortilla chips don't have any. I give the edge to potato chips. But if you are dipping those tortilla chips into homemade salsa, now you've found an edible spoon for eating a healthy (but salty) low-cal concoction of tomatoes, onion and cilantro.

Popcorn?

It's all over the place. You can find popcorns with far more salt, calories and fat per ounce than any of the above snacks. Or you can pop it yourself and control exactly how much gets added on. One cup of air-popped white popcorn with nothing on it is only 31 calories. Behave yourself with the salt and butter and you might have a snack aisle winner.

What does all of this mean?

If you have the self-control to limit yourself to only 1 ounce or less a day of these generally unhealthy snacks, then have whatever one you love. To save 30 calories by eating a "healthier" alternative seems negligible during the course of a day. You can make that up by fidgeting more. The important thing to realize is that these should not be every day foods and not consumed in excess.

And of course, there are far healthier snack alternatives. Fruits and veggies have lower calorie counts and make you feel fuller than eating potato chips. Watermelon, carrots, grapes, apples and bananas are all great alternatives. A little food for thought as you work way through the smorgasbord at the upcoming summer barbecue or mosey down the aisles of your grocery store.

Dr. Salvatore Iaquinta is a head and neck surgeon at Kaiser Permanente San Rafael and the author of "The Year They Tried To Kill Me." He takes you on the Highway To Health every third Monday.

# Graphic

Beware of snacks that promote how healthy they are. (Michael Tercha/Chicago Tribune)

Dr. Sal Iaquinta Robert Tong

**Load-Date:** June 3, 2014

End of Document



# Snyder's-Lance sells private-label business, acquires Baptista's Bakery

The Evening Sun (Hanover, Pennsylvania)

May 7, 2014 Wednesday

Copyright 2014 MediaNews Group, Inc. All Rights Reserved

**Section:** NEWS; Business

**Length:** 254 words

**Byline:** Evening Sun

## Body

Snyder's-Lance Inc. is selling its private-label business, including two factories in Iowa and Canada, to an Ohio company.

The owner of Snyder's of Hanover also said Wednesday it's acquiring Wisconsin-based snack food maker Baptista's Bakery Inc., a move that will boost Snyder's-Lance branded snack food business and production of healthier snacks.

Charlotte, N.C.-based Snyder's-Lance made both announcements the day before the company releases first-quarter financial results Thursday.

Shearer's Foods of Massillon, Ohio, will pay $430 million for Snyder's-Lance's private-label business which makes snack foods that grocery stores and other retailers sell under their own name. Shearer's will acquire Snyder's-Lance manufacturing plants in Burlington, Iowa and Ontario, Canada as part of the deal. The transaction is expected to close in second quarter 2014.

Private-label products accounted for $287.8 million in net revenue for Snyder's-Lance in 2013, the company said in its annual report. That was 16 percent of the company's $1.76 billion in net revenue for the year.

Baptista's Bakery, based in Franklin, Wis., makes potato crisps, **pretzel crisps** and other "better for you" baked snacks for retailers and other snack food companies. Its products include **pretzel crisps** which Snyder's-Lance sells under the Snack Factory brand.

Snyder's-Lance will acquire Baptista's manufacturing plant in Franklin, Wis., as part of the deal, which is expected to close in the second quarter. The purchase price was not disclosed.

Gary Haber

**Load-Date:** May 7, 2014

End of Document



# Obama Legal Analysis via Twitter - May 01 2014

Obama Legal Analysis via Twitter

May 2, 2014 Friday 12:29 PM EST

Copyright 2014 Newstex LLC All Rights Reserved

**Length:** 3248 words

## Body

LegalAnalysis— How to Comply with your Export and Anti-Corruption Obligations Without Offending Your... http://t.co/AswS6GQOxY | by @Baker_DonelsonFri, 02 May 2014 12:21:03 0000

LegalAnalysis— Congressman Cummings Returns To Scrutiny Of Independent Foreclosure Reviews http://t.co/6Tdhw6iYlH | by @BuckleySandler #FinanceFri, 02 May 2014 12:00:03 0000

LegalAnalysis— Know the law: Background checks continue to trip up employers http://t.co/5iXTNwJekW | by @BondLawFirmFri, 02 May 2014 11:49:08 0000

LegalAnalysis— Supreme Court Set To Rule On Waiver Of Article III Rights http://t.co/Yyo38Sutvv | by @burrforman #FinanceFri, 02 May 2014 11:39:03 0000

LegalAnalysis— Federal Circuit Decides 'a Patient' is Not Restricted to a Single Patient http://t.co/tpA5ZETwNN | by @CarlsonCaspers #TechFri, 02 May 2014 11:28:09 0000

LegalAnalysis— FINRA Shuffles Comments On Its 'CARDS' Proposal http://t.co/mOAWgblGWd | by @cfjblaw #SecuritiesFri, 02 May 2014 11:18:03 0000

LegalAnalysis— New Texas Supreme Court Case Helps/Hurts At-Will Status http://t.co/Zg8pty8Rpc | by @cozen_oconnor #workplaceFri, 02 May 2014 11:07:09 0000

LegalAnalysis— Employee Identity Theft - Responses and Obligations http://t.co/K5vHD8n1p2 #workplaceFri, 02 May 2014 10:57:02 0000

LegalAnalysis— SEC Names Recidivist, Claimed Country Music Fund Raiser, In Fraud Order http://t.co/yZhiiHNJ7W | by @DorseyWhitney #SecuritiesFri, 02 May 2014 10:46:08 0000

LegalAnalysis— Litigation Alert: Supreme Court Relaxes Standard for Fee Shifting in Patent Cases

http://t.co/iCf9SqqKSJ | by @fenwickwestFri, 02 May 2014 10:36:02 0000

LegalAnalysis— Supreme Court Rulings Will Make Fee Awards More Likely In Trademark Cases As Well As Patent... http://t.co/A4o5Uh3eUc | by @foleyhoagFri, 02 May 2014 10:25:08 0000

LegalAnalysis— Is Telecommuting As A Reasonable Accommodation Under The ADA The New Norm? http://t.co/b4iG3NFsDs | by @fordharrisonlawFri, 02 May 2014 10:15:03 0000

LegalAnalysis— Provisional Patent Applications - Proceed with Caution      http://t.co/QkN6QH9y6L | by @BrooksKushmanFri, 02 May 2014 10:04:09 0000

LegalAnalysis— Doing Business in Latin America and The Caribbean: Guatemala      http://t.co/IzvYMzuFWY | by @MeritasLawFirms #FinanceFri, 02 May 2014 09:54:02 0000

LegalAnalysis— Borrowers File Petition for Writ of Certiorari Related to Permanent Loan... http://t.co/j92mqw9LJw | by @goodwinprocter #FinanceFri, 02 May 2014 09:43:08 0000

LegalAnalysis— Obama Administration Announces Voluminous Guidance Regarding Sexual Violence http://t.co/7NjHzQU4lK | by @FRLaborEmpLaw #workplaceFri, 02 May 2014 09:33:02 0000

LegalAnalysis— Gimme A U-N-I-O-N!      http://t.co/bkqlN96te5 | by @GrayReedLawFri, 02 May 2014 09:22:08 0000

LegalAnalysis— Weak Patent Case? Think Twice Before Filing, In Light of Two 'Exceptional' SCOTUS Decisions      http://t.co/qT2KHPv84jFri, 02 May 2014 09:12:02 0000

LegalAnalysis— A CTO's Views On How To Combat Hackers Cybercriminals      http://t.co/Loq0w1JwmY | by @HodgsonRuss #Media #LawFri, 02 May 2014 09:01:10 0000

LegalAnalysis— Recent Illinois Foreclosure Decisions Favor Lenders      http://t.co/NSnq5QDZ23 | by @Holland_Knight #FinanceFri, 02 May 2014 08:51:02 0000

LegalAnalysis— ECHA provides further guidance on substance identity to ensure compliant dossiers http://t.co/6u5Dl1U3T4 | by @KLGatesFri, 02 May 2014 08:40:08 0000

LegalAnalysis— "Study Reveals US Courts of Appeal Are Less Receptive to Reviewing Class... http://t.co/KdVi46YPOJ | by @SkaddenArps #Media #LawFri, 02 May 2014 08:30:03 0000

LegalAnalysis— Another SDNY Judge Finds the U.S. Sentencing Guidelines Wanting      http://t.co/BeRl86L1oh | by @CrimeInTheSuite #SecuritiesFri, 02 May 2014 08:19:08 0000

LegalAnalysis— GB: Gambling Commission publishes final set of responses to licensing conditions consultation http://t.co/2waqU8foCa | by @DLA_PiperFri, 02 May 2014 07:58:08 0000

LegalAnalysis— Cybersecurity - Growing Technological Threats Raise New Issues for Investors and the... http://t.co/XeBFVeEnsf | by @LabatonSucharow #TechFri, 02 May 2014 07:48:03 0000

LegalAnalysis— An Introduction to Non-Profit Entities in the DIFC      http://t.co/W72nOnyLNW | by @lathamwatkinsFri, 02 May 2014 07:37:09 0000

LegalAnalysis— Two Recent Supreme Court Decisions On Awarding Attorney Fees May Impact 'Patent Trolls' Debate      http://t.co/qizrz7CdWgFri, 02 May 2014 07:16:09 0000

LegalAnalysis— Top Three Tips for Hiring Employees      http://t.co/ZpY4a2rjXF #workplaceFri, 02 May 2014 06:55:04 0000

LegalAnalysis— Enforcing Oral Contracts: The Presumption is Against You        http://t.co/NMZ0G1OXwT #workplaceFri, 02 May 2014 06:45:02 0000

LegalAnalysis— Lack of Intent Must Be Proved for All Times After Learning of a Patent http://t.co/IKFMTOb4cx | by @McDermottLawFri, 02 May 2014 06:34:09 0000

LegalAnalysis— Software Sector Leads First Quarter Venture Funding to Thirteen Year High; Biotech Sector... http://t.co/Sb5E57nBfx | by @MBHB #TechFri, 02 May 2014 06:24:02 0000

LegalAnalysis— Two Supreme Court Decisions May Make Frivolous Patent Cases A Bad Bet http://t.co/1dFcJuk4f0 | by @McNeesLawFri, 02 May 2014 06:13:08 0000

LegalAnalysis— Canada: Changes to Federal Permanent Residence Programs Announced http://t.co/Z9oxHDCWBb | by @morganlewislaw #workplaceFri, 02 May 2014 06:03:02 0000

LegalAnalysis— Hearing on Proposed JOBS Act Related Bills        http://t.co/r9eEfaho8B | by @MoFoLLP #FinanceFri, 02 May 2014 05:52:03 0000

LegalAnalysis— President Obama Delivers Transportation Authorization "GROW AMERICA" Act to Congress http://t.co/maUqjTcGTx | by @NossamanLaw #FinanceFri, 02 May 2014 05:42:03 0000

LegalAnalysis— Southern District Of New York Judge Conditionally Certifies Another Unpaid... http://t.co/ceBfqzSi4B | by @OgletreeDeakins #workplaceFri, 02 May 2014 05:31:09 0000

LegalAnalysis— Prepaid Payment Products Regulations Coming into Force        http://t.co/Tcdesp6Zs2 | by @Osler_Law #FinanceFri, 02 May 2014 05:21:02 0000

LegalAnalysis— Generic Top Level Domains - Current Sunrise Periods Open        http://t.co/9BdtlI7AkH | by @SterneKessler #Media #LawFri, 02 May 2014 04:49:08 0000

LegalAnalysis— Administration's Climate Action Plan Breathes New Life Into Oil and Natural Gas Air... http://t.co/iOLhQZCneu | by @SpilmanLaw #EnergyFri, 02 May 2014 04:39:02 0000

LegalAnalysis— Theft Of Unencrypted Laptops Leads To Two HHS Settlements Totaling Nearly $2 Million http://t.co/xovKgfT5Sw | by @perkinscoiellpFri, 02 May 2014 04:28:03 0000

LegalAnalysis— Brownfield land in the UK: lenders' liability        http://t.co/al09xEZ8NY | by @reedsmithllp #FinanceFri, 02 May 2014 04:18:01 0000

LegalAnalysis— Voter ID Law Strike Down A Victory For Justice        http://t.co/UlZb0XFG1v | by @GetMeJusticeFri, 02 May 2014 04:07:09 0000

LegalAnalysis— Federal Court Dismisses Overtime Claims Brought by Contractor Employee Working in Kuwait http://t.co/JZBpoddslq #workplaceFri, 02 May 2014 03:57:02 0000

LegalAnalysis— Expert Who Files Patent Applications Not Barred From Receiving Confidential Information - Endo... http://t.co/slMvexgH7B #TechFri, 02 May 2014 03:46:04 0000

LegalAnalysis— Reminder Regarding Upcoming FATCA Deadline and Implications for Trading Agreements
http://t.co/LoUfJ3fmne #FinanceFri, 02 May 2014 03:36:02 0000

LegalAnalysis— Cost of Insurance Litigation -- District Court Says Stick to Enumerated Factors
http://t.co/f7iT9bwol5 | by @Sutherland_LawFri, 02 May 2014 03:25:09 0000

LegalAnalysis— Florida Supreme Court Affirms Disqualification of Counsel for Class Action of...
http://t.co/k6lxfNZWzJ | by @SedgwickLLP #workplaceFri, 02 May 2014 03:15:02 0000

LegalAnalysis— Startups seeking crowdfunding: Avoiding patent pitfalls        http://t.co/oBqW7jntdi | by
@DLA_Piper #FinanceFri, 02 May 2014 03:04:09 0000

LegalAnalysis— "European Court Rejects UK's Financial Transaction Tax Challenge"        http://t.co/Xg4frrvKAZ |
by @SkaddenArpsFri, 02 May 2014 02:54:02 0000

LegalAnalysis— Messages Stored on Personal Electronic Devices in Personal Accounts Are Not Public Records
http://t.co/eOBVggVzQL | by @BBKlawFri, 02 May 2014 02:43:03 0000

LegalAnalysis— High Octane Fuel for Curbing Abusive Patent Litigation        http://t.co/FImgsLPPWY | by
@BGLLPFri, 02 May 2014 02:33:02 0000

LegalAnalysis— Supreme Court Sets New Standard for Attorney Fee Recovery in Patent Cases
http://t.co/KAko45aL5j | by @morganlewislawFri, 02 May 2014 02:22:06 0000

LegalAnalysis— Federal Circuit Rules No Per Se Prohibition Against Injunctions For FRAND-Encumbered Standard
Essential Patents        http://t.co/xaZql6c2zzFri, 02 May 2014 02:12:02 0000

LegalAnalysis— Fugitive Swiss Banker Returns to U.S. and Enters Guilty Plea        http://t.co/BLYDUv8SsR | by
@BakerHostetlerFri, 02 May 2014 02:01:06 0000

LegalAnalysis— 'Heartbeat' Abortion Law Struck Down        http://t.co/PaOP9EC5iv | by @robertsirianniFri, 02
May 2014 01:51:02 0000

LegalAnalysis— Supreme Court Upholds EPA Interstate Pollution Rule        http://t.co/qDgmgg3J60 | by
@ballardspahrllp #EnergyFri, 02 May 2014 01:40:15 0000

LegalAnalysis— South Carolina Ruling Could Change the Way Banks Negotiate Loan Settlements
http://t.co/q04RsGG9eu | by @adamsandreese #FinanceFri, 02 May 2014 01:30:13 0000

LegalAnalysis— CMS Issues Updated Guidance on Fine Imposition and the Collection Process for...
http://t.co/z6HkSBWoSu | by @beneschlaw #Health #LawFri, 02 May 2014 01:10:02 0000

LegalAnalysis— Select Management Seeks Redress From Title Credit Over Use Of "Loan Max" Mark
http://t.co/DVyWhdUGiD | by @WCSRtweet #Media #LawFri, 02 May 2014 00:59:09 0000

LegalAnalysis— First SEC Whistleblower Receives Additional $150,000 Payout        http://t.co/jviyo5yE4A | by
@WeComply4U #SecuritiesFri, 02 May 2014 00:49:02 0000

LegalAnalysis— CCOs On The Hook: FinCEN Seeking Fine Against Moneygram CCO
http://t.co/hedtQ9QKAh | by @mikevolkov20 #FinanceFri, 02 May 2014 00:17:04 0000

LegalAnalysis— Supreme Court Reinstates Cross-State Air Pollution Rule      http://t.co/WHkWcPWhST | by
@McNeesLaw #EnergyFri, 02 May 2014 00:07:02 0000

LegalAnalysis— Supreme Court Grants Certiorari on Notice of Rescission Under TILA
http://t.co/iT7SFv4o9M | by @goodwinprocter #FinanceThu, 01 May 2014 23:46:02 0000

LegalAnalysis— Quirky Question #228, E-Cigarettes: To Vape or Not to Vape at the Workplace'
http://t.co/GsIBDoUD4n | by @DorseyWhitney #workplaceThu, 01 May 2014 23:35:04 0000

LegalAnalysis— Is a quiet (silent) trust illusory?      http://t.co/IFwwkXUkv2Thu, 01 May 2014 23:25:03 0000

LegalAnalysis— "Intellectual Property and Global Business Strategies: Observations From the High-Tech...
http://t.co/chvwqHxUFm | by @SkaddenArpsThu, 01 May 2014 23:14:09 0000

LegalAnalysis— How a Retirement Plan Financial Advisor Can Survive In The World Today
http://t.co/hu9kEGuBr4 | by @rosenbaumlaw #workplaceThu, 01 May 2014 23:04:02 0000

LegalAnalysis— European Commission Takes Action to Limit Injunctions for SEPs      http://t.co/N1EVKIKBL3 |
by @OrrickThu, 01 May 2014 22:53:21 0000

LegalAnalysis— México Projects Part IV: Secondary Legislation Proposal and Shearman Sterling...
http://t.co/czyRjXnqSw | by @ShearmanGreen #EnergyThu, 01 May 2014 22:43:13 0000

LegalAnalysis— Construction Aggregate Production Rebounds in California; Gold Production Declines
http://t.co/mN72QLzHBB | by @stoelrives #EnergyThu, 01 May 2014 22:33:08 0000

LegalAnalysis— European Commission limits Ability to seek Injunctions relating to Standard Essential Patents
http://t.co/rWzRBEKkU7 | by @KLGatesThu, 01 May 2014 22:23:02 0000

LegalAnalysis— Business Bankruptcy: Executive Summary - Need to Know Bankruptcy Concepts
http://t.co/WHuSeUVl5a | by @SLKLAW #FinanceThu, 01 May 2014 22:12:16 0000

LegalAnalysis— Supreme Court to Consider Federal Circuit De Novo Review of Claim Construction in Teva...
http://t.co/QvUESkrGnZ | by @VenableLLP #TechThu, 01 May 2014 22:02:13 0000

LegalAnalysis— Draft Regulatory Technical Standards on Supplementary Prospectuses Published
http://t.co/ySUAXtsbxv | by @orrick #SecuritiesThu, 01 May 2014 21:52:10 0000

LegalAnalysis— New York Bankruptcy Court Strikes Defenses To Federal And State WARN Acts
http://t.co/8SUfWzP6KR | by @OgletreeDeakins #workplaceThu, 01 May 2014 21:42:02 0000

LegalAnalysis— Conducting Online Research Of Jurors Just Got Less Perilous - Or Did It?
http://t.co/vXCsyVszgZ | by @MAGlApcThu, 01 May 2014 21:31:12 0000

LegalAnalysis— Public-Private Manufacturing Innovation Institutes Announced          http://t.co/tPyG1K0gbj | by @FoleyandLardner #TechThu, 01 May 2014 21:21:02 0000

LegalAnalysis— Important Deadline Approaching Under New York City's Paid Sick Leave Law http://t.co/EPyhx84pL8 #workplaceThu, 01 May 2014 21:10:05 0000

LegalAnalysis— Labor, Employment And Employee Benefits Executive Briefing - April 2014 http://t.co/KFNGWVopG2 | by @stinsonleonard #workplaceThu, 01 May 2014 21:00:03 0000

LegalAnalysis— The FAA's 'Regulations' Pertaining to Unmanned Aircraft Systems          http://t.co/wZnOHAysku | by @KLGates #TechThu, 01 May 2014 20:49:02 0000

LegalAnalysis— FinCEN Announces Enforcement Action Over MSB's Currency Transaction Reporting http://t.co/PpDgnHlNKV | by @BuckleySandler #FinanceThu, 01 May 2014 20:38:03 0000

LegalAnalysis— For-profit education company sued by CFPB seeks dismissal of complaint http://t.co/6yrtMzb3NW | by @ballardspahrllp #FinanceThu, 01 May 2014 20:28:02 0000

LegalAnalysis— New York City Human Rights Law Expanded To Protect Unpaid Interns http://t.co/MhmgL3w3B4 | by @OgletreeDeakinsThu, 01 May 2014 20:17:06 0000

LegalAnalysis— The Second Circuit Clarifies the Presumption against Extraterritoriality in European Community...  http://t.co/UGmkz9sI76 | by @VenableLLPThu, 01 May 2014 20:07:02 0000

LegalAnalysis— Social Media Policies — ALJ Disregards Guidance From NLRB General Counsel http://t.co/DH8Ng9myF6 | by @Akerman_Law #Media #LawThu, 01 May 2014 19:56:08 0000

LegalAnalysis— The Life Sciences Report - Spring 2014          http://t.co/ElPBLejJUD | by @wilsonsonsini #Health #LawThu, 01 May 2014 19:46:02 0000

LegalAnalysis— Antitrust-Related Recent Developments: U.S. Supreme Court Declines to Revive Refusal to... http://t.co/NdKkVhzk6Q | by @akin_gump #TechThu, 01 May 2014 19:35:09 0000

LegalAnalysis— [VIDEO] Maximizing Outcomes in Upcoming Asia Restructurings - Executive Summary http://t.co/pgCP6CszHO | by @lathamwatkins #FinanceThu, 01 May 2014 19:25:03 0000

LegalAnalysis— New Draft UAE Anti-Counterfeit Law What It Means For Retailers          http://t.co/Qvss7Vogrz | by @DLA_PiperThu, 01 May 2014 19:14:09 0000

LegalAnalysis— GB: Gambling Protections and Controls document published          http://t.co/ljs8hYaFUp | by @DLA_PiperThu, 01 May 2014 19:04:02 0000

LegalAnalysis— Weil Appointment Confirmed: 'I love it when a plan comes together'          http://t.co/1kxzoHquNu | by @DLA_Piper #workplaceThu, 01 May 2014 18:53:04 0000

LegalAnalysis— FPPC To Consider Expanding Grounds for Not Listing Source of Income on SEI 700 Form http://t.co/YEzSdHjLFb | by @BBKlawThu, 01 May 2014 18:43:02 0000

LegalAnalysis— The Wind Bloweth Where It Listeth — And the Supreme Court Says EPA Therefore Has...
http://t.co/eqY2szEFyv | by @foleyhoag #EnergyThu, 01 May 2014 18:32:02 0000

LegalAnalysis— Copyright Office Fees          http://t.co/yH7MScBLg4 | by @McDermottLawThu, 01 May 2014
18:21:07 0000

LegalAnalysis— CME Launches Exchange Action Database          http://t.co/A2PnvhX3FU | by @kattenlaw
#FinanceThu, 01 May 2014 18:11:03 0000

LegalAnalysis— CFPB Proposes to Extend Temporary Exemption under Remittance Transfer Rule
http://t.co/ywNkb2arql | by @goodwinprocterThu, 01 May 2014 18:00:05 0000

LegalAnalysis— Court Rejects Two Common Methods Of Proving Reliance On Class-Wide Basis
http://t.co/bXIWuemoyr | by @cfjblaw #FinanceThu, 01 May 2014 17:50:03 0000

LegalAnalysis— Tribal Lenders File Opposition to CFPB's Motion to Enforce Civil Investigative...
http://t.co/TrbZe6V7SP | by @goodwinprocter #FinanceThu, 01 May 2014 17:39:10 0000

LegalAnalysis— Proposed California Legislation Would Limit and Possibly Punish...          http://t.co/xndBs4c6cy |
by @SheppardMullin #Media #LawThu, 01 May 2014 17:29:03 0000

LegalAnalysis— Massachusetts Superior Court Holds that a Lateral Transfer Can Constitute an...
http://t.co/xg7e4jaO8z | by @mintzlevin #workplaceThu, 01 May 2014 17:18:10 0000

LegalAnalysis— What's The Opposite Of Rubber Stamping A Settlement? Meet Judge Kane In SEC v. Van...
http://t.co/NANWBQ8GJl | by @Orrick #SecuritiesThu, 01 May 2014 16:57:11 0000

LegalAnalysis— Florida Court Permits Bad Faith Claim by a Michigan Citizen Against a Michigan Insurer
http://t.co/m7UI9uswFu | by @cozen_oconnorThu, 01 May 2014 16:47:02 0000

LegalAnalysis— NY DFS Amends Insurance Regulation 41 To Conform With NRRA          http://t.co/tbj1EjpkF5 |
by @cfjblawThu, 01 May 2014 16:36:12 0000

LegalAnalysis— UPDATE: Developments in the Ukraine and Impact on Investments          http://t.co/ViXeK7vjLr |
by @KLGatesThu, 01 May 2014 16:26:02 0000

LegalAnalysis— Supreme Court Takes on the Federal Circuit's "Extravagant" Indefiniteness Standard
http://t.co/8yMFnXGYFk | by @FoleyandLardnerThu, 01 May 2014 16:15:11 0000

LegalAnalysis— CFPB arbitration study to be completed this year          http://t.co/sPJMD3XLkv | by
@ballardspahrllp #FinanceThu, 01 May 2014 16:05:03 0000

LegalAnalysis— Vorsicht bei fiktiven Bewerbungen zum Beweis von Diskriminierung!
http://t.co/eaLseVMDQK | by @McDermottLaw #workplaceThu, 01 May 2014 15:54:10 0000

LegalAnalysis— Suit Against Morgan Stanley Dismissed for Lack of Standing          http://t.co/XSdvhjYDhR | by
@orrick #SecuritiesThu, 01 May 2014 15:44:03 0000

LegalAnalysis— Congressional P3 Caucus Reconvenes to Consider P3 Solutions for Department of...
http://t.co/Tjlprc5wcf | by @NossamanLaw #FinanceThu, 01 May 2014 15:33:09 0000

LegalAnalysis— FINRA: 'Fiduciary' Standard Architect?          http://t.co/VJkYjXztfr | by @cfjblaw #FinanceThu, 01 May 2014 15:02:03 0000

LegalAnalysis— Banking Agencies Issue Revised CRA Exam Procedures          http://t.co/Gi7QqniYhS | by @BuckleySandler #FinanceThu, 01 May 2014 14:51:06 0000

LegalAnalysis— CFPB Releases Report on Student Loan Complaints          http://t.co/tJh5cKyD2o | by @goodwinprocter #FinanceThu, 01 May 2014 14:41:02 0000

LegalAnalysis— First Circuit Holds that Variable 'Per Diem' Payments May be Part of an Employee's...
http://t.co/woXT3u8tKs | by @FoleyHoag #workplaceThu, 01 May 2014 14:30:15 0000

LegalAnalysis— Kein Mitbestimmungsrecht des Betriebsrats bei Abmahnungen          http://t.co/QB8wCkf6B7 | by @McDermottLaw #workplaceThu, 01 May 2014 13:48:06 0000

LegalAnalysis— CSAPR Reinstated, But Some Upwind States May Be Able to Bring As-Applied Challenges
http://t.co/S7jSnMdph6 | by @McDermottLaw #EnergyThu, 01 May 2014 13:38:03 0000

LegalAnalysis— Patent Trolls Beware -- Supreme Court Issues Decisions in Octane Fitness and Highmark
http://t.co/GxrQ4zwmVk | by @MBHBThu, 01 May 2014 13:27:06 0000

LegalAnalysis— Does the Employment Relationship Convert to At-Will Upon Expiration of an Employment
Agreement's Term? Failure to...          http://t.co/hv02JE4n6aThu, 01 May 2014 13:17:03 0000

LegalAnalysis— Supreme Court Unanimously Overrules the Federal Circuit's Fee-Shifting Framework in Patent
Cases          http://t.co/WulRzXkQ0k | by @MoFoLLPThu, 01 May 2014 13:06:09 0000

LegalAnalysis— Doctor Doctor Give Me the News, Is My Employee Fit for Duty After FMLA Leave?
http://t.co/9EB3velWDV | by @mikedelikatThu, 01 May 2014 12:56:03 0000

LegalAnalysis— Top 5 Things You Should Know About Online Direct (P2P) Lending Law And Regulations...
http://t.co/qg3f0slnig | by @pepper_law #SecuritiesThu, 01 May 2014 12:45:10 0000

LegalAnalysis— Senator Grassley Seeks to Form Whistleblower Caucus          http://t.co/w4mObei6PN #workplaceThu, 01 May 2014 12:35:03 0000

LegalAnalysis— Trademark Review - The Miners, Boi Na Braza and **Pretzel Crisps** (April 2014)
http://t.co/eG3p84POTT | by @KnobbeMartensThu, 01 May 2014 12:24:09 0000

**Load-Date:** May 2, 2014

End of Document



# How to Find Happiness After Heartbreak

Seventeen

April 1, 2014

Copyright 2014 Hearst Communications Inc. All Rights Reserved

**Section:** AND ; Pg. 128; Vol. 73

**Length:** 1731 words

**Byline:** Lea Michele

Amy Spencer

# Body

From judge-y jerks in high school to the devastating tragedy in her love life, lea has had to learn to work through pain to find a happier place. but her lessons will help you overcome anything.

On Lea: Top, Charlotte Ronson; stud earrings, Lea's own; gold earrings, Kelly Wearstler; ring, Bing Bang NYC.

Picture your life: You have great friends, go to the coolest parties, and have big plans for your future-your life is *the* best. But what if something turned everything upside down and ripped apart your happiness? Maybe your parents announce they're getting a divorce, or a friend is involved in a serious car accident. When something terrible happens, it sends you into a tailspin of emotions-sadness, confusion, even anger. How long those feelings last is different for everyone, and you won't ever forget what happened, but at some point that hurt has to get locked away in a box so that you can get back to being *you*. Lea Michele understands that better than anybody.

The last eight months, since Lea's love, Cory Monteith, died, have obviously been the most heartbreaking that Lea has ever experienced. But according to the *Glee* star, she's been fighting past pain to find joy since she was in high school.

Right after high school, before everyone knew who Lea was, she was totally content living in New York, starring on Broadway, and dating a guy she liked   but then he dumped her. "I was devastated," she says. But instead of crumbling, she called a friend who was living in Los Angeles. "I told him, 'I can't believe he broke up with me for the 10th time. I'm done! I need to get out of New York!'" Lea explains. "So the next day, I got on a plane to Los Angeles." It was on that trip that she was randomly invited to have dinner with Ryan Murphy, who was working on an idea for a show about a high school glee club. He liked Lea so much that he wrote the part of Rachel Berry with her in mind, and the rest is, well, Gleek history. "What I learned is that you have to be strong and have faith that things will work out," she says.

But after Cory's death last year, Lea's strength and faith were tested in ways she never could have imagined. She could have put off going to work on *Glee,* pushed back the album she'd just finished recording, and just curled up on her bed and never left. But she chose to dig deep and refused to let the terrible tragedy keep her from ever being happy again. "Grief is a very scary thing, and it can completely suck you in," she admits. "But I have to find the light at the end of the tunnel, because I don't want to lose myself. I want to live my best life, not only for me but for him too."

Finishing her new solo album, *Louder,* was part of that promise. She was done recording when Cory passed, but she went back and added a song called "If You Say So," which is about Cory. "There are a lot of complexities that

come with losing someone-severe sadness but also severe anger," she says. "I was planning on spending my life with this person, and the song explains all aspects of that loss."

Lea's music isn't the only way she has been keeping busy. She wrote a book that's part memoir, part life guide called *Brunette Ambition,* which will be out on May 13. And, of course, there's another season and a half of *Glee,* which will end next year. If Lea could write her character's happy ending, it would be Rachel winning a Tony Award for *Funny Girl* with the glee club in the audience. And as for those spin-off rumors? She's into that too. "Let's do it," she says. "I think it could be Rachel living in New York and working on Broadway!"

Ultimately, Lea's dream for Rachel is no different than the wish she has for herself-to follow her passion and find lasting happiness. Now she's sharing exactly how she plans on doing that.

## BE TRUE TO YOU

"I was totally normal in high school. I would go to the mall after school and go to Victoria's Secret, Godiva, and Houston's! But I never felt like I *had* to do what everyone else was doing. I wasn't into the crazy parties. I would say that I was the least cool of all the cool kids, which allowed me to get by unscathed. High school can be messed up if you're not accepted. It's scary! But I always thought, I'm going to do what's best for me. I did what I wanted and I wasn't trying to match what others thought was cool."

## DON'T LET PEOPLE TEAR YOU DOWN

"I was told to get a nose job and that I would never make it on television. But ambition is about *not* listening to those people, and believing in yourself. It's about going for your goals no matter what. When I first got the *Glee* script, even though I knew Ryan had written it for me, I was like, Oh, I'm not going to get it. They're going to give it to, like, Vanessa Hudgens-she's so beautiful. That's just because of what people put in my brain. Now I look back, and I'm like, Why did I ever think that way? Now if someone said I wasn't pretty enough, I would say, 'Shut the f*** up.' "

## FIGURE OUT WHO YOU ARE

"I set out to make a really pop-heavy album that was fun and empowering-I love Katy Perry and Kelly Clarkson! But then I found myself picking and writing these songs that were very emotional and dramatic. *Louder* has songs that express extreme love and some pain. I look at it and think, *That* was my year. I didn't record any songs that I didn't completely relate to."

## CHECK IN ON YOURSELF

"I think people don't listen to themselves. It takes a lot of understanding of yourself to ask, Is this really making me happy? I like to always check in on that. Am I just doing this because it's Saturday and all the girls want to go out? Maybe I just want to be at home right now. Ninety percent of the time, I just want to be at home in bed! You can see it in my eyes when something that I'm doing is really making me joyful."

## KNOW YOUR WEAKNESSES

"You have to understand what your strengths and weaknesses are and not allow other people to tell you what they are. My weakness is that if I don't do my best, I will fixate on it and obsess. That's something I'm working on, because I have to learn that nothing is ever going to go perfectly. It's about reminding myself that I keep a regimented life, and it's okay to color outside the lines."

## FIND TRUE LOVE

"I *only* have happy memories of Cory. He was not his addiction-unfortunately, it won. But that wasn't who he was. Cory made me feel like a queen every day. From the minute he said, 'I'm your boyfriend,' I loved every day, and I thank him for being the best boyfriend and making me feel so beautiful. The way he would look at me and the things he would say to me were really amazing. He was so supportive of everything I did. He loved being a good boyfriend. I got to do more with him in the time we were together than people do in their whole lives. We saw the

world together. We have amazing memories. I'm so thankful for him for really letting me know how beautiful I am inside and out. I felt so unstoppable. He set the bar very high. And I'll take that with me now for the rest of my life."

## BUT ALSO BE OKAY WITH BEING BY YOURSELF

"In my relationship with Cory, we were very clear on having strong individual lives even within a relationship. Until you have a life of your own, you're not going to really meet your person. It was *because* I had developed such a great independent life that he and I got together, you know what I mean? And now, it's really important for me to nurture my relationship with myself. You have to really be happy by yourself whether you're in a relationship or not. And I love being alone, eating **pretzel crisps**, and watching anything on Bravo."

## GET BODY CONFIDENT

"I'm very comfortable with my own body. I come from Broadway-everybody's naked on Broadway. I like to think of myself as more granola. I'm not going to run around naked or anything like that unless I'm at my own home. Today, I walked into my backyard and was standing out there naked for a while. Don't tell: My neighbors will freak out!"

## SURROUND YOURSELF WITH WHAT YOU LOVE

"The things I post on Instagram are genuinely who I am and what I do: taking pictures when I'm on hikes, looking for inspirational quotes and putting them up, making really great meals, hanging out with my closest friends, taking baths. I feel very positive. And I keep my house very cozy. I love good smells-I have lavender candles lit throughout my house and vanilla in my bedroom. I keep it all very Zen."

## CREATE YOUR VERY OWN SUPPORT GROUP

"I took a good chunk of time to develop a really strong circle. I think in order to stay sane, you have to have a good support system. These are the people who when my boyfriend passed away were the first ones at my house, and they didn't leave my side. I'm thankful for the years I took to create that circle. You don't want to *have* to experience a tragedy to make you realize something, but it was through that situation that I saw how powerful this unit I had assembled was."

## DON'T LET ANYTHING STOP YOU

"Ambition got me where I am today. It's who I am. I was born this way. I've always been striving to be better, learn, and grow. So when I was approached to write a book, I thought about it and said, 'I'd love the opportunity to talk to my fans about the concept that you don't have to fit a perfect mold to do what you want.' That's *Brunette Ambition*. It's about going for your goals no matter what obstacles come your way."

## THE BEST YOU CAN BE

"I still get so nervous before I perform. I have always been that way and I hope that I always will be. I think those nerves really are excitement. But to help, I have this big ritual of getting myself ready. I warm up, I steam my voice, I have my tea, I meditate, and I practice. The best thing to do is to be the most prepared you can be-if you do that, then you've done your job. You can say, I've done everything I can to make this as good as it can be. And then you just have to leave it up to the universe. That's how I try to live every single day, saying, I'm going to do the best I can *today*."

On Lea: Top, ASOS; hair pin, Jennifer Behr.

On Lea: Top, Novis; skirt, RVN; bracelet, Joomi Lim.

"I'm doing the best I can to make things good in my life."

On Lea: Top, Milly; earrings, Bing Bang NYC.

Fashion Stylist: Lara Backmender at Kate Ryan, Inc. Hair: Mark Townsend at http://www.Starworksartists.com. Makeup: Melanie Inglessis at the Magnet Agency for L'Oréal. Manicure: Jenna Hipp for Nailing Hollywood.

"I only have happy memories of cory."

**Load-Date:** August 13, 2014

End of Document



# Hot and Spicy Artichoke Spinach Dip

Chicago Daily Herald

March 5, 2014 Wednesday

Copyright 2014 Paddock Publications, Inc.

**Section:** FOOD; Pg. 5

**Length:** 303 words

## Body

1 tablespoon olive oil

1 1/2 cups finely chopped yellow onion

1 tablespoon minced garlic

1 can (13.75 ounces) artichoke hearts, drained

1 box (10 ounces) frozen chopped spinach, thawed and squeezed dry

4 ounces Neufchâtel (low-fat cream cheese)

1/2 cup low-fat sour cream

2 tablespoons low-fat mayonnaise

1 ounce freshly grated Parmigiano-Reggiano (about 3/4 cup grated using a wand-style grater)

1/2 cup medium chopped mild Peppadew peppers (about 2 ounces), or medium chopped roasted red peppers

1/2-1 teaspoon red pepper flakes, or to taste

Kosher salt

Crackers or low-fat pita crisps, to serve

Heat the oven to 375 degrees. Coat an 8-inch square baking pan with cooking spray.

In a medium skillet over medium-low, heat the oil. Add the onion and saute, covered, stirring occasionally, for 8 minutes. Uncover the pan and continue cooking, stirring occasionally, until the onions are golden brown, about another 5 minutes. Add the garlic and cook, stirring, for 1 minute. Remove the pan from the heat and set aside.

In a food processor, pulse the artichokes until they are medium chopped, then transfer them to the skillet.

In the food processor combine the spinach, cream cheese, sour cream, mayonnaise and half of the Parmigiano-Reggiano, then process until mixed. Add the mixture to the skillet, along with the peppers and pepper flakes. Stir well, then season with salt.

Transfer the mixture to the prepared pan, sprinkle the remaining cheese over the top and bake on the oven's middle shelf for 15-20 minutes, or until it is bubbling at the edges. Serve immediately with **pretzel crisps**, crackers or low fat pita crisps.

Hot and Spicy Artichoke Spinach Dip

Makes about 4 cups.

Nutrition values per 1/2 cup: 150 calories, 9 g fat (4 g saturated), 13 g carbohydrate, 4 g fiber, 2 g sugar, 7 g protein, 20 mg cholesterol, 540 mg sodium.

Sara Moulton for The Associated Press

**Load-Date:** March 5, 2014

End of Document



# Easy Super Bowl snacks so you can watch the game

Great Falls Tribune (Montana)

January 29, 2014 Wednesday, 1 Edition

Copyright 2014 Great Falls Tribune All Rights Reserved

**Section:** LIFE; Pg. L1

**Length:** 285 words

**Byline:** By, Sydne George

## Body

Super Bowl Sunday is upon us, and Special of the Day has you covered with a few make-ahead-and-enjoy-later snacks for the big game.

Requiring minimal ingredients and limited prep time, these super simple snacks are sure to score big with fans of any persuasion. Toss together a batch of Parmesan Thyme Popcorn and whip up a Stadium Snacker, then kick back and relax knowing you're ready for action on Game Day.

PARMESAN

THYME POPCORN

Makes about eight cups

76.3-gram bag of microwave popcorn

2 tbsp. butter, melted

1 tbsp. dried thyme

¼ cup Parmesan cheese, grated

Grind thyme in food processor until fine. Combine ground thyme and Parmesan in small bowl and stir to combine thoroughly. Pop popcorn according to package instructions. Transfer popped popcorn to medium-sized brown paper bag. Add melted butter, fold bag over to close and shake to coat, distributing evenly. Add Parmesan thyme mixture, fold bag over to close and shake to distribute evenly. Serve in food cones or individual bags. Garnish with a fresh thyme sprig. Enjoy!

¿¿¿

STADIUM SNACKER

Serves 10-12

2 8-ounce packages cream cheese, softened

1 cup smooth peanut butter

2 tbsp. honey

1/8 tsp. salt

Easy Super Bowl snacks so you can watch the game

2 tbsp. cream

¾ cup honey roasted peanuts, chopped

**Pretzel crisps**, for serving

Celery sticks, for serving

Beat cream cheese, peanut butter, honey, salt and cream in bowl of electric mixer until well-mixed and fluffy. Transfer to serving platter and smooth spread into the shape of a football. Sprinkle with chopped honey-roasted peanuts. Arrange **pretzel crisps** and celery sticks around edges of platter with a spreader. Enjoy!

Sydne George can be reached at sydnegeorge@hotmail.com Her recipes from "Special of the Day" are archived at http://sydnegeorge.com/blog/.

**Load-Date:** February 13, 2014

End of Document



# CHEESE THE DAY

Tampa Bay Times

January 29, 2014 Wednesday, North Pinellas Edition

Copyright 2014 Times Publishing Company All Rights Reserved

# Tampa Bay Times
## tampabay.com

**Section:** TASTE; Pg. 6E

**Length:** 907 words

**Byline:** JANET K. KEELER, Times Food and Travel Editor
**Highlight:** No Super Bowl party is a real party without a rich and delicious dip to dig into. Grab the pretzels and chips.

## Body

Today, we know something about Super Bowl XLVIII that we didn't know when preseason games started way back in August. We know that crab and beer need to be on the menu because the Seattle Seahawks will be playing the Denver Broncos in Sunday's game. (6:30 p.m. kickoff, Fox, from MetLife Stadium in East Rutherford, N.J.)

Beer? When isn't beer on a football party menu?

Yeah, it's there for drinking, but since Denver is one of the nation's hot spots for microbreweries, and home to the annual Great American Beer Festival (Oct. 2-4), think about adding beer to food. (Seattle's no slouch in the microbrew arena either.)

So to satisfy the beer requirement, we recommend Beer Dip. And if you can't get your hands on Dale's Pale Ale, brewed in Longmont not far from Denver, go for another mild beer. I like Rolling Rock, but to salute the growing Tampa Bay craft beer movement, make the herby dip with Cigar City Brewing's Invasion Pale Ale.

So beer, check.

Now the crab. Seattle, like San Francisco, whom the Seahawks beat for the Super Bowl berth, is known for its Dungeness crab. The sweet meat is typically pried from the shell, dragged through melted butter and devoured. Alaskan king crab is on plenty of Seattle menus, too.

A great way to stretch expensive crab for a party crowd is to incorporate it into dip. In fact, dip is a required offering at any party, football-centric or not. Today, we recommend several dip recipes that will work as totable potluck contributions or as yet another dish on your own party table.

Dips can be made in advance. Even hot dips can be assembled a day ahead and baked just before guests arrived. Make sure you bring ice-cold glass baking dishes to room temperature before putting into a hot oven or you'll risk cracks or worse.

We won't be so picky about what crab is headed for our dip. At Christmas, I used some expensive lump crab for a hot dip that got great praise all around. It also set me back about $60 at the fish market. Well, it was the holidays.

I've had good luck with pasteurized crabmeat purchased at the seafood counter at the grocery store. Again, I let my wallet guide me. If I am flush, I go for the most lump meat, and mix with claw or backfin.

You can use canned crabmeat, too. I find this the least satisfying because the meat itself breaks apart and becomes almost like canned tuna. Whatever kind you use, mix it gently to keep the meat in pieces as big as possible.

Crackers and other salty, sturdy dippers, like pita and bagel chips, are good with hot dips. But don't forget the crudites: Cold, fresh and crunchy vegetables are always welcome on a party menu that trends toward over-the-top.

Crab not on the budget? Consider Loaded Baked Potato Dip, for which the potato comes from the chips; there are no spuds in the mixture. Another party favorite no matter what teams are in the Super Bowl is Buffalo Chicken Wing Dip. (It would certainly be perfect if the Buffalo Bills could ever make it to the big show.) This dip pulls together all the flavors of wings without the mess of the bones. Ice-cold celery and sturdy crackers are great dippers.

Janet K. Keeler can be reached at jkeeler@tampabay.com Follow @RoadEats on Twitter.

* * *

EASY

Loaded Baked Potato Dip

Don't look for potato in the ingredient list. There isn't any. The potato comes from the chips that you use as dippers. Sturdy potato chips work best.

16 ounces sour cream

16 slices (12-ounce package) bacon, cooked and crumbled

8 ounces sharp cheddar cheese, shredded (about 2 cups)

1/3 cup thinly sliced scallions or chives

Combine all ingredients in a medium bowl and refrigerate for at least 1 hour before serving to allow flavors to meld. Garnish with extra shredded cheese, crumbled bacon and chopped chives. Serve with your favorite potato chips or **pretzel crisps**. Dip can be stored in an airtight container in the refrigerator for up to 1 week.

Makes 4 cups.

Source: Browneyedbaker.com

* * *

EASY

Beer Dip

This thick dip is best served with sturdy pretzel rods.

1 package Hidden Valley dip mix (original flavor)

2 (8-ounce) packages cream cheese, softened

6 ounces beer

6 ounces shredded cheddar cheese

In a medium bowl, blend dip mix, cream cheese and beer until smooth. Stir in shredded cheese. Refrigerate for about an hour before serving.

Makes 3 cups.

Source: Tailgating.com

* * *

EASY

Hot Crab Dip

1 pound jumbo lump crabmeat, free of shells

1 cup grated pepper jack cheese

3/4 cup mayonnaise

1/4 cup grated Parmesan

1/4 cup scallions, minced, optional

5 to 6 roasted garlic cloves or 2 cloves minced

3 tablespoons Worcestershire sauce

2 tablespoons fresh lemon or lime juice

1 teaspoon hot pepper sauce

1/2 teaspoon dry mustard

Salt and pepper

Preheat oven to 325 degrees.

Combine all of the ingredients in a casserole and gently stir until thoroughly mixed. Bake for 40 minutes. Serve hot with crackers or toast points.

Source: Food Network

* * *

EASY

Buffalo Chicken Wing Dip

2 (8-ounce) packages cream cheese, softened

1/2 cup blue cheese

1/2 cup hot wing sauce (or less, if you don't want it so spicy)

1/2 cup chopped celery

2 cups cooked, shredded chicken

1 cup shredded cheddar cheese

Preheat oven to 350 degrees.

In a large bowl, beat cream cheese with blue cheese on low speed until well incorporated. Add wing sauce and mix well. By hand, stir in celery and chicken until evenly incorporated.

Spread in shallow casserole dish that can also be used as a serving piece. Layer with shredded cheddar cheese and bake for 30 minutes.

Source: Tampa Bay Times

## Graphic

PHOTO - SCOTT KEELER - Times: Don't have a favorite in this year's Super Bowl game? This Loaded Baked Potato Dip scores.

**Load-Date:** January 29, 2014

End of Document



# Get moving on your healthy family resolutions in 2014

The Daily Post-Athenian (Athens, Tennessee)

January 10, 2014 Friday

Copyright 2014 The Daily Post-Athenian
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LIFESTYLES

**Length:** 733 words

## Body

If good eating and exercise habits are formed at home, they can last a lifetime. Use these tips to teach your kids the importance of staying active and eating nutritious, great-tasting food:

Good foods in; bad foods out.

Make small changes. When kids are young, you have the advantage because they eat at least half their meals at home. If you stock your cupboards and fridge with nutritious foods and toss out the junk, then your whole family will be eating the same healthy foods. Shop for fat-free or reduced-fat dairy (milk, yogurt, and cheese) and lean protein sources (skinless poultry, fish, turkey sausage and bacon, and so on), and have freshly washed vegetables and fruit available at all times.

Last week, I made my kids some turkey bacon and turkey sausage. My 15-year-old told me she wanted whichever one was the "right" animal. These changes aren't easy but definitely possible (even with teenagers).

Lean up the family favs.

Sitting down to regular meals as a family is a great way to connect with one another and offers the opportunity to instill proper eating habits in your children at an early age.

Learn to make leaner versions of your kids' favorites, like tacos with ground turkey, pizza with toasted whole-wheat crust or Ezekial brand tortillas and reduced-fat mozzarella cheese, baked sweet potato fries, and "unfried" chicken fingers.

I have personally tried all of these. At this point, I'm pretty confident that I could serve pizza with a cardboard crust and my kids would eat it. The crispiest (and healthiest) crust is the Ezekial brand tortilla crust.

To prep the crust, spray crust with olive oil spray. Sprinkle Italian seasoning lightly. Sprinkle garlic powder (not salt) lightly. Spray crust on both sides lightly with olive oil spray. "Proof" the tortilla crust by poking holes in the crust. Bake at 400 for two to three minutes to crisp and lightly browned. Proceed with typical pizza topping application.

Minimize snacking.

Constant snacking throughout the day can set kids up for weight gain and leave them uninterested in eating when it's time to sit down for lunch or dinner. And if they're less hungry, they'll be less willing to try new foods -- like vegetables!

As a parent, it's important to set snacking guidelines: Try to stick to a consistent meal and snack schedule, spacing snacks and meals at least two hours apart, allowing no more than two or three snacks a day, and limiting them to about 150 calories apiece. Apple slices with peanut butter, low-fat yogurt with strawberries, air-popped popcorn,

baby carrots and red pepper sticks with low-fat dip, and homemade trail mix made with whole grain cereal, nuts, and dried fruit are all great options.

One of my family's favorite snack options is Nutella. It's not perfect because it does have carbs, but it at least has more protein than most snacks and it stays fresh. We utilize light **pretzel crisps** or pretzels themselves for dipping in the Nutella.

Make the TV room a no-eating zone.

Excessive TV watching leads to inactivity and mindless munching. So make the TV room a "no-eating zone" and get the television sets out of your kids' bedrooms.

Turn off the tube during mealtimes and try your best to limit overall TV watching to no more than two hours a day (this includes non-academic computer activity and video games, as well). Your children will be more active and well-rounded as a result.

I have to say at our home that I'm in violation of this as much as anyone. However, my kids don't watch that much television...it's more about iGadgets for them.

If you must snack, see the previous tip on healthy snacks - although eating a tub of Nutella and a bag of pretzels while watching "The Bachelor" isn't a good idea, even if it is Greg Moses' idea of a good time.

Get moving as a family.

Not only does physical activity help with weight management, but it can boost self-esteem and encourage family bonding. Kids, especially those struggling with their weight, like the acceptance they feel as part of a team. Go for family bike rides (wait until it thaws out), toss a ball around in the back yard, join exercise classes together, follow along with exercise videos, shoot ball at the Y - anything goes!

\*

Lee Montgomery is executive director of the Athens-McMinn Family YMCA and coordinator of McMinn Living Well, a local health initiative. Learn more at athensmcminnlivingwell.wordpress.com

**Load-Date:** January 11, 2014

---

End of Document



# Dessert Dreams | Salted Chocolate Covered Pretzel Nutella Turtle Cookies

stupidDOPE

November 29, 2013 Friday 3:50 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 320 words

**Byline:** Tamika Frye

## Body

Nov 29, 2013 (stupidDOPE:http://stupidDOPE.com Delivered by Newstex)

http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-1/

As it is Thanksgiving and all, epic deserts should be the thought for the holiday. There are thousands and thousands of recipes to choose from. This recipe for Salted Chocolate Covered Pretzel Nutella Turtle Cookies[1] is definitely worth a try.

The recipe calls for a combination of pretzel and chocolate. **Pretzel Crisps** are recommended as they are flat enough to help build the foundation of the cookie with the salt and crisp of a pretzel. The cookie is stacked with caramel, Nutella, pecans, chocolate, and more chocolate. The best thing about these cookies is that they do not require any baking. Simply stack, sit, and serve. DELISH! Check out the full recipe and 'How To' on Half Baked Harvest[2].

http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-6/ http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-4/ http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-2/ http://stupidDOPE.com/2013/11/29/dessert-dreams-salted-chocolate-covered-pretzel-nutella-turtle-cookies/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies-3/

Signed, Tamika Frye[3]

[1]: http://www.halfbakedharvest.com/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies/ [2]: http://www.halfbakedharvest.com/idiot-proof-salted-chocolate-covered-pretzel-nutella-turtle-cookies/ [3]: http://www.twitter.com/Ladyblogga

**Load-Date:** November 29, 2013

End of Document



# Sheila's Out Shopping: Check out fall's patterns; Checks and balances

Naples Daily News (Florida)

September 30, 2013 Monday

Copyright 2013 Collier County Publishing Company All Rights Reserved

**Section:** NEAPOLITAN

**Length:** 385 words

## Body

It is still quite warm in Southwest Florida, but stores are featuring Halloween candy, pumpkins patches are sprouting up and fall clothing with the look of autumn is being featured in lightweight fabrics. I found myself attracted to the check patterns on pants, dresses and skirts. They balanced well with white or black accessories, or, if you really want to add color, go for a splash of red. Banana Republic had its own colorful checks in the turquoise houndstooth cardigan ($79.50)

I flipped for the jacket ($179) and flounced skirt ($98) from Ann Taylor that sports all the checks and prints of the season. It makes a conservative suit fun.

White House Black Market has a Chanel-style jacket ($148) in checks that goes with a shift dress ($150). The dress has a black top and when combined with the jacket makes the outfit look like a suit. This store also has a window pane pant ($88) that will give a new look to your wardrobe.

If you like cropped pants Gap has a gray, blue and black check pair ($54.50) that will ease you into fall. They also have a pair with a bolder look in a black-and-white window pane ($54.50). Larger squares are the pattern on this black-and-white sweater ($44.95) that can be paired with solids and small print pants. If you are seeing too much black and white try this navy and white shirt ($49.95) that will quickly feel like an old friend. Gap Inc. also has a houndstooth scarf ($29.95) that can be worn all year. It will give you the look of fall without buying a complete outfit.

Check out a new look and balance your wardrobe with the feel of the new season.

Where to shop

" Ann Taylor, Waterside Shops, 5495 U.S. 41 N., Naples, 239-598-4454

" Banana Republic, Waterside Shops, 5555 U.S. 41 N., Naples, 239-597-3161

" Gap, Waterside Shops, 5495 U.S. 41 N., Naples, 239-598-1175

" White House Black Market, Waterside Shops, 5485 U.S. 41 N., Naples, 239-596-3356

IKE LIKES IT

Ike found some new crisps that he liked.

Sheila's Out Shopping: Check out fall's patterns; Checks and balances

 The verdict: Waiting for my turn in the deli department at Publix I noticed Stacy's Bake Shop crisps. I was attracted to the **Pretzel Crisps** ($3.79, 5 ounces) because I really like pretzels. These didn't disappoint and on my next trip I will try the banana nut and the herbed baguette.

 Connect with Sheila Mesulam at www.naplesnews.com/staff/sheila_mesulam

# Graphic

Houndstooth cardigan at Banana Republic Black and white sweater at the Gap Checked jacket at Ann Taylor Checked cropped pant at the Gap Houndstooth scarf at the Gap

**Load-Date:** October 1, 2013

End of Document



# Pinterest to start offering ads as promoted pins

Social Fresh

September 20, 2013 Friday 12:21 AM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 374 words

## Body

Sep 19, 2013 (Social Fresh:http://socialfresh.com Delivered by Newstex)

In a blog post by company CEO Ben Silbermann today, Pinterest announced[1] that they are going to be rolling out advertising with select partners.

The announcement comes as no surprise, more of an 'it's about time' actually. Pinterest currently has around 70 Million total users, with roughly 80% of those users female[2]. Though they have done partnerships in the past, they have never before offered a true native advertising platform.

In a rather light-hearted post, Silbermann explains that 'I know some of you may be thinking, 'Oh great…here come the banner ads," but assures that they will be working to make these promoted pins a truly native experience for users.

While Pinterest admits they haven't figured out all the details yet, they make a few promises to be:

Tasteful. No flashy banners or pop-up ads. Transparent. We'll always let you know if someone paid for what you see, or where you see it. Relevant. These pins should be about stuff you're actually interested in, like a delicious recipe, or a jacket that's your style. Improved based on your feedback. Keep letting us know what you think, and we'll keep working to make things better.

The first set of Promoted Pins will target searches and categories feeds, for example, Cabot Cheese[3] (one of my favorite brands on Pinterest) could promote this recipe pin about Sports Night **Pretzel Crisps** to users who are searching for tailgate recipes.

What's interesting about this tactic is that Pinterest has been promoting their 'rich pins[4]' which were introduced in May of this year with additional information contained inside each pin. For food and beverage companies, this might be particularly impactful around seasonal campaigns like The Super Bowl and family-centric holidays to connect with consumers without forcing a click-through to a website.

What do you think about Promoted Pins, and would you be interested in running a campaign with them? Let us know in the comments.

[1]: http://blog.pinterest.com/post/61688351103/planning-for-the-future [2]: http://socialfresh.com/the-power-of-the-pinner/ [3]: http://www.pinterest.com/cabotcheese/appetizers-tasty-snacks/ [4]: http://socialfresh.com/richpins/

**Load-Date:** September 25, 2013

End of Document



# Book Review: An Apple a Day

Food Management (Penton)

September 17, 2013

Copyright 2013 Penton Business Media, Inc All Rights Reserved

**Length:** 105 words

## Body

With all the hype surrounding 'super foods,' it seems like we sometimes forget about the good old apple. And that's a mistake, because it's one of the most versatile (not to mention all-American) fruits around.

An Apple a Day contains 365 recipes and fun facts, all showcasing the different flavors and textures apples can bring to the menu.

Seasonal ideas range from sweet to savory: paninis, slaws, tarts, cupcakes, risotto, chicken dishes and more. Cool combinations of flavors abound: from the well known tart apple and cheddar cheese combo to the inventive mix of sweet Honeycrisp apples, **pretzel crisps**, mozzarella and basil.

**Load-Date:** September 17, 2013

End of Document



# The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

PRWeb Newswire

September 15, 2013

Copyright 2013 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2013 Vocus PRW Holdings LLC

**Length:** 359 words

## Body

MBS Media Campus 1600 Rosecrans Ave Manhattan Beach, CA 90266 (PRWEB) September 15, 2013

"The Third Annual ASPCA Rock n Roll LA Benefit"

WHAT: Kick off the Fall season with The 3rd Annual ASPCA Rock n' Roll LA Benefit hosted by Nadji Jeter! Listen to live music, dance to DJ KIIS, participate in raffles to win amazing prizes, and more!

Benefiting ASPCA: Founded in 1866, the ASPCA was the first humane organization in the Western Hemisphere. Our mission, as stated by founder Henry Bergh, is "to provide effective means for the prevention of cruelty to animals throughout the United States." The ASPCA works to rescue animals from abuse, pass humane laws and share resources with shelters nationwide.

On Saturday, October 5, 2013, will be the 3rd Annual "ASPCA Rock nRoll LA Benefit " Concert at the MBS Media Campus formerly known as Raleigh Studios, to raise money and awareness, ASPCA serves to rescueanimals from abuse, pass humane laws and share resources with shelters nationwide.

.

WHO: Hosted by Nadji Jeter (Grown Ups and Grown Ups 2) and Nick Mara (America's Best Dance Crew)

Featuring Performances Aaron Landon, ColtonB, Lexi, Noah Urrea, Trevor Moran, L2, Brogan Burnside, Tyler Matl , Stefon4u, Lucki Gurlz, Lauren Suthers aka lil L, Marisa Lander, Above Seclusion, Aaron Fresh, Dylan Hyde, Angelina Heart , Miss Lela Brown featuring special guest appearance with Flavah Crew, Eric Dash, Diamante.

SPONSORS: Goodie Girls Cupcakes, Souverazzi Photo Booth, Bellaboo Teen Skin Care, Epic Boards, Tooks--Hats You Can Hear, Yuli n' Grace Couture, Chobani Greek Yogurt, Home Baked Beanies, FouFou Dog, StarBright Whitening Toothpaste, Snikiddy Snacks, Paddywacks, SeaSnax, Plush Salon, BonBliss, xingtea, EOS, Designer Skin, Viva Beads, UnMarx, Furry & Fabulous, Origami Owl, **Pretzel Crisps**, Kyoui and many more.

WHEN: Saturday, October 5, 2013

Media Check in: 12:00pm

VIP Reception and Carpet Arrivals: 1:00PM

General doors open:2:00pm

Show commences: 2:00pm

The 3rd Annual ASPCA Rock 'N Roll LA Benefit at Manhattan Beach Studio Media Campus on October 5, 2013.

WHERE: MBS Media Campus 1600 Rosecrans Ave Manhattan Beach, CA 90266

Media & Talent Submissions: lastinglegacypr(at)gmail(dot)com

Read the full story at http://www.prweb.com/releases/2013/9/prweb11119415.htm

**Load-Date:** November 22, 2013

End of Document



# THE $1 MENU TASTING

Tampa Bay Times

August 18, 2013 Sunday

Copyright 2013 Times Publishing Company All Rights Reserved

## Tampa Bay Times
### tampabay.com

**Section:** CITY TIMES; Pg. 1

**Length:** 1263 words

**Byline:** DOUG BENNETT, Times Staff Writer
**Highlight:** Trying the good, the bad and the "sourcreme."

## Body

It started out as an office joke, then turned into a dare: Eat only dollar store food, and see what happens.

All eyes fell on me, the one with a toaster oven close by at work. More gourmand than gourmet, accepting the challenge was the only way to stop the jokes: He'll eat anything.He's going to regret this.

But even a trip to culinary purgatory has its serious side. Is dollar store food really less expensive? Can it be healthy? And how does it taste?

At the Dollar Tree in Brandon, my heart sank faster than a poorly made cheesecake. Say goodbye to fresh vegetables, some dairy products and fresh protein. But there was a ray of hope: a bigger dollar store, with a decent selection of frozen and refrigerated items. Maybe this wouldn't be a food re-education camp after all.

Yet the landscape is different - obscure brands, smaller packages, a few oil-based products and some foreign-made food. Less than 20 miles from Plant City, the frozen strawberries come from China. Authentically, so do the canned mandarin oranges. Clam chowder hails from Pennsylvania. There's even "sourcreme" (Unreal! the label exclaims). Indeed, it's not sour cream but an oil-based "sourcreme." Lurking nearby is a bag of "American shreds," another oil-based food that resembles shredded cheese. Just don't call it cheese. They don't.

The taste

It's the first question everyone asks: So how was it? The simple answer: mostly average, with a few surprises - good and bad. Some items are just duds: nacho cheese with a chemical burn aftertaste. Honey-nut oat cereal that lacks a bold honey note. Flavorless canned chicken that is mashed into tiny bits and swimming in brine. Frozen blueberries and strawberries that are suitable only for smoothies, and barely that. Clam chowder with almost no sign of clams.

Most everything else falls into the average category. Sardines, canned tuna and chicken-flavored rice are indistinguishable from their store-brand counterparts. For some of the packaged goods, it isn't what's in the box or can, it's what's missing. Jambalaya mix lacks the traditional punch of Zatarain's. The boxed pasta salad mix offers a

thin dressing that's short on flavor. Despite being a bargain, dollar store cream cheese doesn't deliver the tang of better-known brands.

Still, there were some pleasant surprises. The $1 rib eye steak was tender with a deep, meaty flavor. Maybe it was the up to 30 percent "enhancing solution." Or the pineapple-based tenderizer. Just don't pretend you're getting a real steak. It's almost sandwich-style thin, but could be parlayed into a great cheesesteak.

Other things worth buying include peanut butter (a great bargain, and almost indistinguishable from Jif), deli-style pepper jack cheese, frozen pancakes and shelf-stable milk that rivals the refrigerated variety.

The cost

Here's where it gets tricky. To hit the $1 threshold, packages are sometimes smaller. Five mozzarella sticks for $1 is no bargain. That $1 steak seems like a steal. But at 3.8 ounces, it comes to $4.20 a pound - about the price of supermarket sirloin when it's on sale. Same goes for the 4-ounce, $1 barbecued pork patty. Supermarket pork chops can be had for less.

In the end, the value largely depends on the item. Walmart trumps the dollar stores for canned vegetables and tuna, while dollar stores have the upper hand on pantry staples such as peanut butter and cereal.

A good shopping strategy is comparing prices to package sizes, says Nan Jensen, a nutritionist with the Pinellas County Extension Office.

"People need to be aware, and be price-savvy," she says. "The unit price (at a dollar store) may be more than at Walmart."

Is it healthy?

Ask Jensen about dollar-store dining, and she admits to being intrigued. Plan in advance, shop carefully and take a few extra steps and it becomes doable. Don't look askance at boxed milk, she says. Nutritionally, it's mostly equal to the refrigerated variety.

"Honestly, I don't think there's a big difference between store brands and what you'd find in the dollar store," Jensen says.

Still, there are adjustments. Canned meat and fish should be rinsed to clear out excess sodium, Jensen suggests. Spices are inexpensive, but might lack the usual punch, she says. Go for frozen vegetables because, Jensen says, they can be slightly more nutritious and typically have less sodium than canned varieties. (The Canned Food Alliance points to a study published by the University of California at Davis that shows that fresh, frozen and canned fruits and vegetables may be nutritionally similar by the time they're eaten. The Alliance also funded the study.)

And then there's a mental hurdle for some shoppers: unfamiliar brands and foreign-made food. Of all the foreign food imported to the United States each year, just 2.3 percent of it undergoes inspection, according to the U.S. Food and Drug Administration.

For shoppers, Jensen suggests a hybrid approach. Get to know the true bargain items at the dollar stores, and augment them with items from the grocery store and farmers markets.

"It's perfectly fine to incorporate (dollar store food) into meals," she says. "If you compare it label to label (with regular brands), you probably won't see a huge difference."

Doug Bennett can be reached at dbennett@tampabay.com or (813) 226-3371.

* * *

Tale of the (register) tape

THE $1 MENU TASTING

Among 27 selected items, dollar stores were less expensive on a per-unit basis than Walmart Supercenter on 16 items. Walmart charged less for nine of the items. Prices were the same on two items. (Note: Prices as of July 31 at Dollar Tree in Brandon; Aug. 1 at Family Dollar in Riverview; and Aug. 15 at Walmart Supercenter, Gibsonton.)

* * *

Dollar menu

Day 1

Breakfast: honey-nut scooters, shelf-stable milk, frozen fruit, coffee

Lunch: clam chowder, canned green beans

Dinner: chicken stir-fry (canned chicken, canned stir-fry vegetables, rice)

Day 2

Breakfast: bagel, cream cheese, frozen fruit

Lunch: canned jambalaya, mandarin oranges

Dinner: deluxe macaroni and cheese, pork rib patty, canned corn, coffee

Day 3

Breakfast: cereal, milk, bagel, mandarin oranges

Lunch: Mongolian beef with rice (canned)

Dinner: rib eye steak, German potato salad, canned peas, coffee

Snacks: sardine sandwich, **pretzel crisps**, nacho cheese sauce, peanut butter, mozzarella sticks, tuna salad

Unexpected surprises: peanut butter, frozen pancakes, pepper jack cheese, **pretzel crisps**, pork rib patty, chicken nuggets, shelf-stable milk

Biggest disappointments: frozen blueberries and strawberries, nacho cheese sauce, canned chicken

Best deals: chocolate milk (20 ounces), cream cheese (6 ounces)

* * *

Scanning the menu

Tampa Bay Times staff writer Doug Bennett purchased and dined on a weekend's worth of groceries from area dollar stores for his review. Times staff photographer Edmund D. Fountain used a unique approach to illustrate the story - creating the images by placing the food directly on a flatbed scanner. Get an eyeful of some of his menu options.

Canned peas; German-style potato salad;preseasoned, boneless 3.5-ounce rib eye steak

TJ Farms Select frozen strawberries

Canned sardines in oil

Echo Lake Foods frozen buttermilk pancakes with Harvest Hill light syrup

Southgate Creole-style jambalaya flavored with andouille sausage, chicken and ham

THE $1 MENU TASTING

Polar brand canned stir-fry vegetables

Circle Ranch frozen, fully cooked breaded nugget-shaped chicken

Old-Fashioned Bagel Shop frozen bagel with Greenbrier Farms creamy peanut butter

Island Choice canned mandarin oranges, light syrup

4-ounce boneless pork rib "pattie" in barbecue sauce, fully cooked

## Graphic

PHOTO ILLUSTRATION - Edmund D. Fountain - Times (10)

**Load-Date:** August 19, 2013

End of Document



# Weight-Loss Wonder Women

Good Housekeeping

July 1, 2013

Copyright 2013 Hearst Communications Inc. All Rights Reserved

**Section:** FEEL GOOD; Pg. 72; Vol. 257

**Length:** 1742 words

**Byline:** Amanda Robb

## Body

---

*A big birthday. A wedding. A high school reunion.For women especially, these milestones can spur angst and self-reflection, as well as bouts of staring in the mirror and wondering, How did I get so out of shape? Believe it or not, the six women on these pages have been there: They've binged, despaired, and felt ashamed. But ultimately, each one got motivated by a major event that propelled her to do something about it. Collectively, they've dropped an amazing 407 pounds and, even better, kept the weight off with surprisingly doable strategies. Their journeys to a healthier way of being will inspire you to transform your habits, your body, your attitude, and your life. Starting right now.*

LOST 82 LBS.

steal her diet trick *Invest in your health. "I was a broke student, so I didn't want to waste the $40 a week I was spending on Weight Watchers meetings. That was hugely motivational."*

**Opening Up Helped Her Slim Down**

Jessica Odegaard

AGE 25HEIGHT5' 5"HOMETOWN SCHENECTADY, NY

WAS 213 POUNDS NOW 131 POUNDS

Aisle trial When Jessica Odegaard's sister asked her to be maid of honor at her wedding, she was thrilled-and anxious. "I thought, *I'm so fat, I'll wreck her photos.*" But the fresh-faced blond, who'd struggled with her weight since puberty, had gone on so many diets, "I was embarrassed to tell anyone I was trying. And then I just gave up."

Not just a pretty face Her sister's engagement in July 2010 was the breaking point-that and too many people saying, "You have such a pretty face!" Odegaard says. "That meant, 'Why don't you lose weight?' " So she went to Weight Watchers: "Clearly, dieting in secret wasn't working for me." The support of her family, boyfriend, and friends, she says, "blew me away. Everyone was totally behind my doing this for my health."

Keeping it going By her sister's May 2011 wedding, Odegaard was down 49 pounds. "Maintaining is a challenge," she says, "but exercising three times a week definitely helps. Now this is just the way I live."

LOST 34 LBS.

Steal her diet trick

*Swap out an unhealthy snack. "To satisfy a salt craving, I munch on shelled edamame sprinkled with sea salt. They're so much more filling than pretzels."*

**No Longer a Slave to Cravings**

Allison Stevens

AGE29HEIGHT5' 9"

HOMETOWNEAST MEADOW, NY

WAS 172 POUNDS NOW138 POUNDS

Blame it on baby Allison Stevens had always dreamed of sashaying into her 10-year high school reunion looking beautiful, a reasonable hope for an athlete who had once taught spinning. But when the invite came for the Labor Day 2012 event, a few months after the birth of her second child, "I didn't want to face anyone." Thirty pounds overweight, "I was stressed and tired, and I didn't have the energy to exercise. Plus, I had crazy peanut butter cravings. I was eating a jar a night!"

Lucky sighting She happened to come across a coupon for South Beach Diet Peanut Butter Protein Fit bars and impulsively clipped it. The bars kept her from eating her older daughter's leftovers, not to mention the Skippy. So she tried the diet-with some modifications, since she was breast-feeding. "I lost 16 pounds in the first two weeks!" she says.

Spin cycle Stevens began exercising again, "on a spin bike my husband gave me." About a week before the reunion, she was down to 155 pounds, and she snagged a reunion ticket and a size 8 LBD. Was it worth it? "The reunion was plain fun! I felt good, which made it easy to focus on other people. I'm really looking forward to my 20th!"

LOST 102 LBS.

Steal her diet trick

*"If you have faith, lean on whatever higher power you believe in. Pray for strength. Of course, planning ahead helps, too, especially if you're eating out."*

**Taking Each Meal As It Comes**

FELICIA BAGNERIS

AGE50HEIGHT5' 7"

HOMETOWN LOS ANGELES

WAS 310 POUNDS NOW 208 POUNDS

Future shock On the cusp of 49 and weighing 310 pounds, Reverend Felicia Bagneris got a warning from her doctor at a routine checkup: "He said, 'If you don't lose 50 pounds, I'm putting you on insulin.' I was horrified. I counsel people about making good choices, and I was choosing cheeseburgers over seeing my grandson grow up!"

Words to live by That's when Bagneris made a decision: "I'll lose 50 pounds for my 50th birthday!" Her first visit to Jenny Craig, in May 2011, was very emotional: "I wept off my makeup!" Soon she'd adopted a new mantra-"One meal at a time"-which helped her get through tempting work-related breakfasts and lunches: "Now I'll ask the waiter for a double salad. No one ever says no."

New body, new bliss More than one hundred pounds later, "it's no exaggeration to say my entire life has changed," says Bagneris. "I'm no longer embarrassed by my body, so I started dating again-and now I'm engaged! I know I'll be here for a long time-for my grandson *and* my new husband."

LOST 84 LBS.

**Snacking More Often Helped Her Eat Less**

Alice bOSLEY

AGE40HEIGHT5' 7" HOMETOWNCLARKSTON, MI WAS 225 POUNDS NOW 141 POUNDS

Scary legacy After Alice Bosley turned 39, her mom was diagnosed with cancer, and the doctors said there was nothing they could do. Meanwhile, Bosley had her own health issues-borderline diabetes and high blood pressure. The bad news was a wake-up call: "Forty was coming," says Bosley. "I kept thinking, *If I don't get my health under control, I'll die too young like my mom.*"

Sizing things up Bosley had tried every diet except Nutrisystem, because "it seemed silly to buy meals to lose weight. But I was desperate." No one was more surprised than she when the pounds began melting off. "The size of a portion was huge news to me-OK, very tiny news," Bosley says. "But the plan has snacks, so you're always eating again soon."

A daughter's gift Bosley's mother died in September 2012, but she lived long enough to see her daughter secure her health: Bosley turned 40 weighing 150 pounds. "I've learned what the size of a snack is, and what foods you can pig out on. I eat like a skinny person now," she says.

Steal her diet trick

*"Overweight people often have to reprogram their idea of 'enough.' To figure out portions, use your eyes, not your stomach. A serving of nuts is two tablespoons."*

LOST 45 LBS.

Steal her diet trick *Don't deny yourself your favorite treat-just eat it in moderation: "I still love pizza, but now I have it every other week. Other than that, I'm a pretty healthy whole-grain, lean-meat, veggie girl."*

**Facing the Scale Was the First Step**

Christina Sias

AGE 27 HEIGHT 5' 6"

HOMETOWNLOGAN, UT

WAS 170 POUNDS NOW125 POUNDS

See no evil Christina Sias, 27, was in denial about her weight. She didn't own a scale, "and I didn't visit them," she admits. When she went to buy a wedding dress, she was shocked to find she needed a size 12 instead of her usual 6 or 8. "My friend said, 'These dresses run so small!' " recalls Sias. "I believed her because I wanted to."

Lesson learned One reason for the extra poundage: The high school teacher had started a teaching gig in a new town-a big adjustment-and was "living on frozen pizza," she admits. Another new-job hazard: "People love to bring teachers treats." But her hopes for a decent album of her honeymoon-slated for a year after her June 2011 wedding-propelled her to try Nutrisystem: "I hate cooking, so buying the meals made sense."

Numbers don't lie After three months, she'd dropped 30 pounds; by her honeymoon, she'd lost another 10, and she bought a fifties-style pinup-girl swimsuit to celebrate. "I posed for pictures all over the place!" she laughs. Even better, she says, is the boon to her mood-and marriage. "I'm more active, so my husband and I have more fun together," she says. "And yes, I finally bought a scale."

LOST 60 LBS.

**Shaping Up With a Little Help From Her Friends**

Weight-Loss Wonder Women

LAUREN McGoldrick

AGE31HEIGHT5' 11"

HOMETOWNBROOKLYN WAS 202 POUNDS NOW142 POUNDS

Picture imperfect When Lauren McGoldrick and her boyfriend started talking weddings, she was thrilled-until she happened to catch a glimpse of herself in a photograph on Facebook. All she thought was, *I don't want to be a heavy bride!* "Obesity runs in my family," she explains, "and my weight had been creeping up since college."

Group hug Always outgoing, McGoldrick was worried that her active social life would make dieting difficult. So she chose Weight Watchers. "The people were like my personal cheerleaders. I marched home and threw out all of my Doritos." In January 2012, when her boyfriend proposed with candles, pink rose petals, Champagne, and a diamond ring, McGoldrick had already lost 30 pounds.

Slip-sliding away When McGoldrick's gown arrived, she was down to 142. "I was worried they'd have to alter the dress so much, they'd ruin it. But it came out just gorgeous." Except while McGoldrick was standing at the altar, she felt something slide down her leg: "I'd lost so much weight, my garter was too big for my thigh! The whole congregation cracked up. Even my uncle, the priest!"

Steal her diet trick

*Choose a diet and an exercise routine that fit your personality. "I like the group aspect of Weight Watchers meetings. And I'd die from loneliness on a treadmill. But Zumba classes are like a party!"*

***How They Keep It Off***

| | Breakfast | lunch | dinner | snacks | exercise |
|---|---|---|---|---|---|
| jessica | Egg-white omelet or oatmeal with banana | Soup or sandwich with yogurt and two pieces of fruit | Chicken or fish with veggies; side of rice | Fruit or veggies such as baby carrots | 45 to 60 mins. of cardio and weights three times a week |
| allison | ½ cup oatmeal with fruit, or veggie omelette; coffee | Salad with chicken or salmon, with balsamic vinaigrette | Chicken; side salad; veggies; quinoa; Greek yogurt for dessert | Fruit, veggies, or South Beach snack bar | Spinning five days a week; running once a week; yoga three times a week |
| felicia | Oatmeal; ¼ cup cottage cheese with almonds; fruit; coffee | Turkey sandwich with greens; Jell-O | Grilled fish; baked potato; veggies | Fruit with yogurt; light ice cream; sugar-free pudding | Walking three times a week |
| alice | Whole wheat English muffin with peanut butter | Soup, salad, or ½ whole wheat turkey veggie wrap | Fish or turkey burger with steamed veggies | Cashews; fruit and cottage cheese; baked chips | Occasional tennis; running with husband; sports with kids |
| christina | Nonfat yogurt with fruit | Grilled cheese on Sara Lee Delightful bread | Whole wheat pasta; salmon; veggies | **Pretzel Crisps;** Stacy's Pita Chips | 40 mins. cardio and 20 mins. weights once a week |
| lauren | Multi Grain Cheerios or Special K with ¼ cup skim milk | Salad or Weight Watchers Smart Ones | Chicken or hamburger with baked fries | Weight Watchers baked goods; nonfat frozen | Zumba; walking once a week |

Weight-Loss Wonder Women

yogurt

**Load-Date:** August 15, 2013

End of Document



# Benefit sets table with local food

Plain Dealer (Cleveland, OH)

June 26, 2013 Wednesday, FINAL EDITION

Copyright 2013 Plain Dealer Publishing Co. All Rights Reserved

**Section:** TASTE; Pg. E1

**Length:** 1173 words

**Byline:** Joe Crea, Plain Dealer Food and Restaurants Editor

## Body

RESTAURANT ROW

"Farm to table" has become the clarion call of local-food advocates everywhere. An upcoming event makes that "farm to table to community."

For the first time, Cleveland Independents is moving beyond its mission of promoting Northeast Ohio's vibrant dining scene and supporting individually owned restaurants. This summer the group will host a fundraiser to benefit students in several Cleveland schools.

The chef-driven benefit Back to Our Roots – slated for 6:30 p.m. Saturday, Aug. 24, at Squire Valleevue Farm in Hunting Valley – will raise money to support the Case Western Reserve University Farm School Visitation Program, which transports Cleveland children to tour the farm. Tickets are $199.

Owned by CWRU, Squire Valleevue's nearly 400-acre property includes greenhouses, gardens and forests, offering food growing, horticultural programs, community-supported agriculture and other educational opportunities.

Five well-regarded area chefs will each contribute dishes to the meal:

Andrew Dombrowski of Zack Bruell Restaurants will prepare a first course, including Corn Crepes, Truffled Ricotta and Herbs; Lobster Vichyssoise; and Beef and Compressed Melon Tartar.

John Kolar, chef-owner of Thyme2 in Medina, will present the second course, consisting of Prosciutto-Wrapped Black Mission Fig with a chef-grown micro arugula salad, Mackenzie Farm chevre, sauteed local peppers and pancetta.

A fish course will offer Grilled Ohio Trout served with asparagus, edamame hummus, tamari pickled onion, charred lemon and yuzu vinaigrette — presented by chef Matthew Anderson of Umami restaurant in Chagrin Falls.

Karen Small of Flying Fig in Cleveland will offer Grilled Ohio Sirloin served with White Bean Puree; ember-roasted Muddy Fork Farm German butterball potatoes, heirloom Ohio tomato crudo with mint, chile and Ohio City Farms arugula.

For dessert, guests will savor Milk Chocolate Cremeux; Nagel Farms' raspberries; and a Salted **"Pretzel" Crisp**, made by Jonathan Bennett of Moxie and Red the Steakhouse, both in Beachwood.

In support of local foods, the chefs will use products grown or made by local farmers and artisan food makers. Natural-State Fine Wines & Craft Beers will provide the evening's beverages, including wines to accompany each course.

Benefit sets table with local food

"We take from the farm . . . bring to the table . . . and give back to the community" is Cleveland Independents' motto for the event. The organization represents more than 90 individually owned restaurants.

A portion of the proceeds will go to support CWRU's outreach program. According to Cleveland Independents executive director Myra Orenstein, for the past 12 years, the program has invited science teachers and students in grades 3-8 from Michael R. White School, Cleveland School of the Arts, Buckeye-Woodland Elementary School and Metro Catholic School to come to Squire Valleevue Farm to learn about its food program and healthy nutrition.

"But with all the growth of programs, research and other demands on the Squire Valleevue facilities, Case can no longer financially support the tours," Orenstein says. "We're hoping that part of what we donate can help some more kids go to the farm. They just can't experience it otherwise, and it's such a valuable experience."

Bennett, who serves as Cleveland Independents' president, says that while the organization supports independent restaurants and chefs, outreach to the community is increasingly important.

"Especially reaching out to young people and helping them make the connection with food sources — that's vital," Bennett says.

FLATS UPDATE . . .

Given years and years of "Will he? Won't he?" speculation, Akron restaurateur Ken Stewart pulled off a particularly quiet opening of his long-anticipated Ken Stewart's East Bank in Cleveland's Flats. The restaurant debuted on the ground level of Aloft Cleveland Downtown hotel.

Meanwhile, the opening of Fabio Salerno's relocated Lago (formerly in Cleveland's Tremont neighborhood) in the space nestled between Stewart's and The Willeyville is imminent. More on Lago, soonest . . .

NEW IN NORTH RIDGEVILLE . . . Fresh fare with a light-and-healthy orientation is always a welcome addition to the local dining scene. North Ridgeville gets such a spot with the opening of Bistro 83 Wine & Martini Bar at Ohio 83 and Mills Road, about three miles south of Avon Commons.

The 100-seat restaurant, its space divided between indoor and patio dining, does offer plenty of down-to-earth indulgences. The menu is rife with cheese platters and cured meats, flatbreads and sandwiches (plus steaks and chops, and desserts such as creme caramel or chocolate mousse). But small plates and seasonal fare are cornerstones of the menu, and fried foods aren't staples here. Health-conscious diners can order grilled vegetable dishes, wild-caught salmon, an array of salads, as well as side dishes that include options such as grilled asparagus, fresh fruit and steamed seasonal vegetables.

Jon Frommeyer is executive chef for the restaurant; Jeremy Kavc serves as general manager.

AN ACCENT ON BRUNCH . . . As energy expands around University Circle's unfolding Uptown area, chef Scott Kim and his wife, Brenda Kim, of Accent (they also run SASA in Cleveland's Shaker Square), are generating plenty of buzz on their own.

Earlier this month they introduced weekend brunch at Accent — an Asian-inspired morning menu, from 11 a.m. to 3 p.m. Saturday and Sunday. Their patio area opened Friday, adding about 96 seats to the existing 192 indoors. It's all a short walk down the block from MOCA Cleveland, and just a few doors from the recently opened ABC Uptown.

They're doing other things right, too: a much-lauded Happy Hour ($5 all evening on Mondays and from 4 to 6:30 p.m. Tuesday through Saturday); an extensive menu of gluten-free dishes; and special events, such as the upcoming Cleveland Whiskey Challenge on Thursday, July 11. They'll pit the recently released Cleveland Whiskey brand's Black Bourbon against competing spirits.

It adds up to a big thumbs-up. Accent's approach is another cool example of imaginative and consumer-respectful restaurateurs who make dining around town so much more fun.

Benefit sets table with local food

To reach Joe Crea: jcrea@plaind.com, 216-999-4401

Previous columns:

cleveland.com/columns

ROW RESOURCES

Accent: 11460 Uptown Ave., Cleveland (University Circle);

accentcleveland.com, 216-721-8477.

Back to Our Roots: Hosted by Cleveland Independents, 6:30 p.m. Saturday, Aug. 24, at Case Western Reserve University's Squire Valleevue Farm, 37125 Fairmount Blvd., Hunting Valley. Advance reservations are required. Dress: casual attire. Tickets are $199. Go to cletix.ticketfill.com to purchase.

Bistro 83 Wine and Martini Bar: 36033 Westminister Ave., North Ridgeville; bistro83.com, 440-353-2828. Look for $5 happy hour specials from 3 to 6 p.m. Monday-Friday.

SASA: 13120 Shaker Square, Cleveland; sasacleveland.com, 216-767-1111.

Ken Stewart's East Bank: 1121 West 10th St. (ground level of Aloft Cleveland Downtown hotel below the Ernst & Young offices), Cleveland; kenstewarts.com, 216-696-8400.

**Load-Date:** June 27, 2013

---

End of Document



# DELAFIELD-NASHOTAH | NEWS

Milwaukee Journal Sentinel (Wisconsin)

May 30, 2013 Thursday, Early Edition

Copyright 2013 Journal Sentinel Inc.

**Section:** Community; Pg. 7

**Length:** 903 words

**Byline:** CHRIS TOTZKE, , Lake Country Reporter (Hartland, WI)

## Body

Column information

To send information for the Delafield-Nashotah column, contact Chris Totzke, (262) 646-4134 or dn-news@wi.rr.com, by 7 p.m. Sunday.

Summer reading program

Toddlers through fifth graders are invited to participate in the summer reading program Dig Into Reading at Delafield Public Library, 500 Genesee St. Registration begins Saturday, June1, online at www.delafieldlibrary.org, or Monday, June10, in person at the library. Reading packets available for pick up Monday, June 10.

A family summer reading program kickoff is from 5 to 7 p.m. Wednesday, June 12, in the library garden, featuring an ice cream social and garden sculpture. For information, visit the library's website or call (262) 646-6230.

Writing conference

Friends of Delafield Public Library will sponsor one young writer to attend the Art of Writing Young Authors and Artists Conference from 9 a.m. to 4 p.m. Thursday, July 25, at Milwaukee Art Museum. Participants at the conference will create original stories for publication inspired by art pieces in the museum's collection.

Fourth through 12th graders can submit an essay (300 words or less) stating why you would like to attend the conference and what it would mean to you. Deliver essays to Melissa Rader at Delafield Public Library, 500 Genesee St., or send via email to mrader@wcfls.lib.wi.us with "Art of Writing Essay" in the subject line by 8 p.m. Thursday, June 20. The recipient of the sponsorship will need parental permission and transportation to the conference. For information about the conference, visit www.artofwritingconferences-.com.

SummerStage of Delafield

SummerStage of Delafield begins its 2013 season with Summer Music Showcase at 7:30 p.m. Friday, June 14, featuring highlights from area high school and community theater upcoming shows, and Party in the Park at 5 p.m. Saturday, June 15, featuring food vendors and entertainment, at Lapham Peak State Forest, W329 N846 Highway C, Delafield.

Cost: $10 per event, plus an annual state park sticker or $5 per car entrance fee. Participants should provide own seating or rent chairs at SummerStage; seating is first-come, firstserved. Carry-in refreshments allowed or purchase from the concession stand. For information or to purchase tickets, visit www.summer-stage.org.

SummerStage of Delafield is a nonprofit organization dedicated to supporting and promoting the performing arts in a natural setting.

Youth theatre camp

SummerStage Theatre Camp is from 9:30 a.m. to 3:30 p.m. Monday through Friday, July 29-Aug. 2 (ages 8-12) and Aug. 5-9 (ages 13-17), at SummerStage in Lapham Peak State Forest, W329 N846 Highway C, Delafield. Each camp will cover a variety of theatre techniques including voice and speech, movement, stage direction, character study, script reading, theatre games, improvisation and more. Cost: $150. For information or registration forms, visit www.summer-stage.org. Registration deadline is Monday, July 1.

Legion rummage sale

Delafield American Legion Post 196 will host a community rummage sale from 8 a.m. to 5 p.m. Saturday, June 22, and 8 a.m. to 2 p.m. Sunday, June 23 (rain dates June 29-30), at Legion Park, 333 Lapham Peak Road.

Booths are available to rent on a first-come, first-served basis. Cost for the weekend: $20. For information, rules or to reserve a booth, contact Ward Gronewold at (262) 510-5310 or pappywg@aol.com with "Rummage" in the subject line.

Young adult ministry

Lake Country Young Adult Ministries will host Brewing the Faith at 6:30 p.m. Wednesday, June 12, at Revere's Wells Street Tavern, 505 Wells St., Delafield, for ages 18-35, married or single, of all denominations. Nathan Sward will present the program "Truth in Faith, Reason and Science." For information, visit www.lakecountrycatholics.com.

Christ the King Lutheran

A congregational meeting will be held after the 5 p.m. service Saturday, June 2, and 9 a.m. service Sunday, June 3, at the church, 1600 N. Genesee St., to vote on the renovation plan Refreshment: From Maintenance to Mission Plan for improvements to the narthex, sanctuary and parking lot. For information, call the church office, (262) 646-2343.

American cheese slices and **Pretzel Crisps** (original style) are needed for vacation Bible school, June 10-14. Sign up sheets are in the church narthex.

Lake Country School

The seventh-and eighthgrade choir concert begins at 6:30 p.m. Thursday, June 6, in the cafetorium at the school, 1800 Vettelson Road, Hartland. Reminders

Lake Country School sixththrough eighth-grade spring concert, 6:30 p.m. Thursday, May 30, in the cafetorium at the school, 1800 Vettelson Road, Hartland.

Friends of Delafield Public Library used-book sales, 9:30 a.m. to 4:30 p.m. Saturdays, June 1 and 15, Delafield Chamber of Commerce (lower level), 421 Main St. Proceeds benefit programs at the library.

Delafield Public Library: Family History Work Day, 1 to 3 p.m. Saturday, June 1. Participants must have basic computer skills. Registration required.

Teen Extended Study Hours, library open until 10 p.m. Monday and Tuesday, June 3-4; student IDs required.

UFOs and the Government: A Historical Inquiry, 6 p.m. Wednesday, June 5. Discussion of the government's response to the UFO phenomenon. Registration required.

Programs meet in the program room, 500 Genesee St. For information or to register if necessary, visit www.delafield library.org or call (262) 646-6230.

Copyright 2013 Journal Sentinel, All Rights Reserved.

**Load-Date:** June 6, 2013

End of Document



# BLOG: Stylize: Gilt City Boston Warehouse Sale: It's Back

Stylize

February 27, 2013 Wednesday 11:07 PM EST

Copyright 2013 Newstex LLC All Rights Reserved

**Length:** 300 words

**Byline:** Sara Gaynes

## Body

Feb 27, 2013 (Stylize:http://www.bostonherald.com/blogs/entertainment/stylize/ Delivered by Newstex)

Feb. 27--We're so glad Gilt City [          http://www.giltcity.com/boston] is bringing their famed warehouse sale back to town next weekend (March 8 9). Tickets go on sale tomorrow, ranging in price (more expensive tickets get earlier access) for the event at Artists for Humanity, 100 W 2nd St. on Friday from 9:30-11:30 p.m. and Saturday from 9 a.m. to 5 p.m.

http://farm9.staticflickr.com/8524/8514334982_be84e34b54.jpg          [ http://farm9.staticflickr.com/8524/8514334982_be84e34b54.jpg]
The deep discounts on designer duds aren't for the faint of heart, though. If you're serious about scoring at the sale, check out Gilt's tips for going home with the best merchandise:

-- Early Bird Gets The Worm. Buy your tickets early to get your ideal time slot -- but don't be heartbroken if you don't get one of the earlier sessions. We are constantly restocking and replenishing inventory!

-- Whats Happening? Before you even go to the sale -- make a list of upcoming events -- ie. birthdays, anniversaries, parties, and go into the sale with a plan. You'll leave with some steals for those special occasions.

-- Plastic Please. No cash. Bring your debit or credit cards!

-- Think Ahead. Don't be afraid to shop for future seasons. It's a great chance to score designer ski or swimwear.

-- Take a Risk. Always been afraid to invest in a high priced trend? Now's your chance to score those trends for less at the Boston Warehouse Sale, so go with an open mind.

In addition to the sale, a ticket gets you complimentary refreshments from AQUAhydrate and Coco Cafe, a bar sponsored by La Marca Prosecco, a $20 Uber gift card (for new users), a SMART Pics photo kiosk, a live DJ and probably all the **Pretzel Crisps** you can eat.

**Load-Date:** February 27, 2013

End of Document



# Super savings for Super Bowl Parties

Post & Courier (Charleston, SC)

February 1, 2013 Friday

Copyright 2013 The Post and Courier All Rights Reserved

**Section:** 04,D; Pg. 1

**Length:** 726 words

## Body

Football season will come to a close this weekend, and no matter if your team made it to the Super Bowl, most of you will celebrate the event with friends, beers or other beverages and lots of snacks.

If you've been dubbed the party planner, don't panic. Super Bowl parties are casual and can be relatively inexpensive to put together. Follow these tips and you'll save money on everything you'll need from kickoff to cleanup.

Compare drink prices

Harris Teeter has some of the best prices on cases of beer this week. Brews by Budweiser, Miller, Coors and Yuengling are $13.99 per 24-pack of cans.For craft beer aficionados, check out Total Wine. They carry six-packs of high quality brews for as low as $6.99.You may want to opt for a keg if you're planning to buy more than six cases. Safeway on Reid Street is a favorite spot for many because they have some of the best deals on keg brews, with Keystone priced at $61 per keg, Miller High Life at $74 and Pabst Blue Ribbon at $76.You'll also want to include nonalcoholic beverages, and soft drinks tend to be easiest for big groups. At Harris Teeter, you can get three 12-packs of Coca-Cola can drinks for free when you buy two 12-packs. Pepsi can drinks are $4.99 per 18-pack at Piggly Wiggly.

Buy practical food

The first way to save money on party food is to know what your guests will eat. Don't buy pre-packaged veggie or fruit and cheese trays. They're expensive and you'll end up throwing most of it away. Instead, aim for creative dips and finger foods.Guacamole is popular and super easy to make. You'll need lots of avocados, which you can find for 50 cents each at Food Lion this week.**Pretzel crisps** and hummus are one of my favorite combinations, and Publix has both items for buy one, get one free this week.Tostitos chips and salsa also are buy one, get one free at Harris Teeter.Wings and pizza are typical go-to foods for football fans, so you can find good deals on both this weekend. The 25-piece wing sampler is $21.49 at Kickin' Chicken, so if you buy two, that's about $4 cheaper than a 50-piece platter we saw at another major wings player.Local pizzeria Andolini's is offering a "49ers Special" on Sunday, which means they're taking $4.90 off the price of any pizza, and there are no limits on the amount of toppings you can order."Pizza is one of the biggest Super Bowl foods, and we want to be included because we offer the best pizza in town," owner David Odle said.D'Allesandro's Pizza is another local restaurant offering a Super Bowl special. When ordering online at www.dalspizza.com, use the coupon code "SUPERBOWL" to get $1 off your order.Medium pizzas with up to 2 toppings are $5.99 each when you buy two or more at Dominoes. You can visit www.dominos.com to print out coupons to the store nearest you.You could win a free large pizza from Papa John's by calling the outcome of the Super Bowl coin toss by midnight Saturday. Visit www.papajohns.com for more information.

Use paper products

Super savings for Super Bowl Parties

Part of me wants to discourage using disposable tableware because I think it can be wasteful. At the same time, if you supply dishes to all your guests, you'll end up using quite a bit of water and time on cleanup. The best solution to this dilemma is to go for biodegradable and paper items instead of Styrofoam products, which can't be recycled.Check The Dollar Tree first. They typically carry paper plates, napkins and utensils for $1 per package.At coupons.com, you can print out coupons for $1 off Sparkle paper towels and Glad trash bags, so cleanup won't cost you as much.

Get group involved

If you're getting together with just your close friends, consider having a pot luck-style party. Ask your guests to bring a dish and a six-pack of beer or other drinks. If most of your friends have kids, plan to hire one or two baby-sitters and set up a supervised kids' area. It's a cheaper alternative to hiring individual sitters.Most importantly, remember to enjoy the game and kick back with your friends. Some party hosts get so wrapped up in the planning process they end up checking the ice and rearranging the snack table the entire time.Plan ahead and you'll be less likely to stress during the big game.

Email Abigail Darlington at Charlestonsavvyshopper@postandcourier.com Find more ways to save by liking our Facebook page and visiting the blog at charlestonsavvyshopper.com.

**Load-Date:** February 1, 2013

End of Document



# STELLAR CELEBRATION; The more fun, the more money Tradition continues at the 13th annual Naples Winter Wine Festival

Naples Florida Weekly (Florida)

January 31, 2013

Copyright 2013 Florida Weekly
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** TOP NEWS

**Length:** 3098 words

**Byline:** ATHENA PONUSHIS aponushis@floridaweekly.com

## Body

STELLAR CELEBRATION

THE STARS, INDEED, ALIGNED FOR fine wine and big money to come out in equal abundance at the 2013 Naples Winter Wine Festival. When all was sipped and done, the stellar festivities had raised a heavenly $8.6 million.

Two o'clock Saturday afternoon and the millionaires converge on the lawn at The Ritz. They're in the heat of it now, guzzling and grappling over auction lots for trips to Paris, South Africa, the Kentucky Derby. They down their spirits and raise their paddles. They sip, they bid, they clap, they kiss. Oh! The money, the wine, the lots, the charity — they're so happy, they're spitting.

These trustees and guests of the Naples Winter Wine Festival are titans in the world of business and industry, men and women of utmost distinction and success. They are humanitarians, yes, but step into the big top on auction day and see that they are also wineimbibing brutes, vintage-guzzling gluttons, carousing in the depths of their philanthropy.

They sit under crystal chandeliers — real crystal in a tent! — snacking on **pretzel crisps**, sipping away their inhibitions. When wives act too reserved, husbands reach in: "Give me that paddle, I'll do it!" When husbands put the paddle down too soon, wives pick it up, smiling, ever coy. They circle other tables, lean in to other couples: "Do you want to go in on the Tuscan escape?" No one bats an eye. They're bidding, not sweating, the air conditioning pumped in so steadily that the women wear shawls 'til they feel the glow of their wine. Warmed up now, a feisty one pinches her sommelier on the rear. Ah, the revelry, they make it look so civilized.

Auctioneers work to move the egos in the crowd to their pockets: "Who's the most romantic man in the room?" A gentleman dressed in a dapper white suit raises a $120,000 bid on a ninenight Italian holiday. "What a man!"

Another lot, another nudge: "Who's the best golfer in the room? You don't want to be sitting at home watching the Masters on TV, how anticlimactic."

Lot 16 incites a duel: VIP tickets to the Emmys, walk the red carpet, attend the HBO after party. The British auctioneer fans the fray: "How about $110,000 to really piss her off? How about $120,000 against you both? $130,000 and you will make this grown man cry!"

Lot 47 brings more prodding: "Charlie Parker's cooking for you, for God's sake. How classy can you get?" Along with the meal, Billy Dean singing. "Holy cow! He's a sex symbol, you see … $250,000. Shall we leave it there, or shall we push for one more? Are you done, Madame? Are you sure?"

These bidders are voracious. They swirl, they swig, they bid. They swirl, they swig, they bid. Their hands never idle. When they win, they dance. When they bid more than they intended — oh, never mind — on to the next!

As the gentry bid higher and higher, festival volunteers band around them, shaking noisemakers and tambourines. Their festival T-shirts tout the mantra for the commotion: "Bid high. Bid often. It's all for the kids!"

At the beginning of the day, some volunteers were taken aback: "$130,000? That's a house!" But now that they've seen a Ferrari F12berlinetta go for $750,000 nearly as fast as its engine accelerates, they're jaded when it comes to later lots: "$340,000? That's all? Come on! You've got more than that."

The escalating brouhaha gives new meaning to the song lyrics that blare between the bids: Michael Jackson's disco boogie "Don't stop, don't stop 'til you get enough," now seems geared toward charity. The hot country hit "Here for the Party" lends to the double entendre of the fest. And then there's Katy Perry pleading, "Come on, show 'em what you're worth …"

Public relations specialists reach for the calculators on their cell phones to tally up the money as it flies about. One hour in, $1 million raised. Half an hour more, another million. By the end of the 13th annual Naples Winter Wine Festival, $8.6 million has been collected on behalf of the underprivileged children of Collier County.

The more fun, the more money

Through the Naples Children & Education Foundation, the charitable arm of the wine festival, children suffering from untreated tooth decay have received dental care; those in need of eye glasses have gotten two pair, one for home, one for school; and those who are hungry have been given hot meals. So yes, the Naples Winter Wine Festival is all about the children — but it's also all about the status, that palpable beast in the room.

And don't forget the wine. It's as ample as the wealth, for these bidders, these donors, these festival trustees are a crowd fit for the chronicles of Tom Wolfe.

"I hate these people," one sommelier says to the laughter of his cohorts as he saunters back from pouring wine at his table. He notices a reporter's notebook nearby and feels the need to clarify. "No, I didn't mean that. It's just that these people are so remarkably generous, they can do things I will never be able to do in my whole life. And they do it so willingly and so graciously, I wish I had the opportunity.

"So it's not hate, it's jealousy. Total jealousy."

Just look at the generosity at table 24. There are 12 bottles of wine on the table when the lot called "Chateaux and Lights" comes up. Two couples will travel to Paris and Bordeaux in June with vintners Shahpar and Darioush Khaledi for six nights of wining and dining. Six bottles of the Darioush flagship wine Darius II are included in the lot. Dave and Pat Gibbons want that lot. Their friends Jim and Martha Fligg want to join them. The bidding begins.

Bids start at $25,000 and quickly go up to $50,000, up to $80,000. Mr. Gibbons bides his time, then stands up tall to place his $110,000 bid. The auctioneer acknowledges his assertive stance with, "Good afternoon, sir."

Some aspirant challenges the bid. Mr. Gibbons thinks of all the fun to be had in France, the tours and private tastings. He raises his paddle for $130,000. The aspirant strikes again. Mr. Gibbons thinks of his 48th wedding anniversary coming up June 12 — in the midst of this trip. He raises his paddle for $150,000. The aspirant paddles back.

Mr. Gibbons thinks of the children, the boy who spoke at the beginning of the auction about how he packs lunches for his nephews every day and if it were not for the wine fest, he would have no food to give them. Mr. Gibbons raises his paddle for $170,000.

Shot down by the aspirant. Cameras are zooming in on Mr. Gibbons now. He practices no restraint, raising his paddle again and again, like he's in some championship ping-pong match.

"Do you want it?" belts the auctioneer. Mrs. Gibbons bellows back, "Yes, we do!" Woo hoo! The Gibbonses and the Fliggs win the French excursion for $220,000. They hug and kiss. Fellow bidders walk over to pat their backs in congratulations, pointing fingers at the winners as if to say, "You! You!"

Mr. Gibbons sighs in the afterglow of his triumph, then sits down to eat his short rib slider with Vidalia onion relish. He does not see the decadence, the rampant indulgence of the festival as too much. He looks at the effect, not the excess.

"What makes this so successful is that it's so much fun," he says. "The best chefs in the world, the best vintners in the world, ask us, 'Can we please be invited back again?' They turn down countless other invites to come here. They want to come here. They ask to come back here to Naples."

The more fun, the more money. The more chefs, the more vintners, the more bidders, the more the end result achieves what the festival trustees set out to do: Raise money to help the disadvantaged and at-risk kids of Collier County. That's how the obscenity of it all turns to charity. And all the pampering, all the extravagance, all the attentive wining and dining are perfectly paced to put the bidders in the mood.

Affecting our corner of the world

As trustees of NCEF and thereby the festival, Mr. and Mrs. Gibbons hosted a vintner dinner the Friday evening before the auction. Emeritus trustees Frank and Mary Pat Hussey stepped in as their co-hosts. In keeping with the theme of the 2013 festival, "When the Stars Align," the dinner was designed around the concept of "Stars in a Burgundy Sky," playing off the color, the wine and the region in France.

Guests arrived at dusk. As the doors to their limos opened, a French maiden, her shoulders bare in a peasant shirt, handed each woman a long-stemmed rose, "Bonsoir." Midway up the drive, a smiling man wearing a black beret and a red ascot played the accordion. Instructed to stay in character, he didn't say much more than "Merci, Madame et Monsieur," for if he got to chatting, he would hold the guests captive, "Back in my day ..."

Up the stairs, the guests were met by a photographer to have their picture taken in front of a green screen (unbeknownst to them at this point, at the end of the evening they would be presented a framed photograph with the backdrop of Morey Saint Denis melded in so it would look like they had actually traveled to the vineyard of the wine they were drinking).

"It's a catalyst," dinner guest Rusty Staub says of the opulence, the celebrity chefs and the vintner gods. "There's a lot of wealth here in Naples, and they made the decision they were going to take care of these kids ... If they aren't taking care of them, nobody is."

Wine Spectator has ranked the Naples Winter Wine Festival the most successful charity wine auction event in the nation since 2004. Mr. Staub says the wine and the food and the wealth are the draw. "People want to come and be a part of it."

A former major league ballplayer, Mr. Staub lives in West Palm Beach. Come January, he makes his way to the Gulf Coast in support of the wine fest; he has attended every one.

"You can't pull something out of the sky," he says to those concerned that the exorbitance of the event might be too much. "The wine festival is about people caring about those who have nothing, or almost less than nothing. They've made the decision, because they have so much, they're not going to let that happen to all of these kids. They're going to give these kids a chance.

"It's not changing the path of the earth, but it's changing the path of thousands of children here."

Setting the mood

The Naples Winter Wine Festival might not be changing the course of the cosmos, but for her vintner dinner, Mrs. Gibbons hired lighting engineers to make it appear as if clouds were moving across the barrel-shaped ceiling — clouds cast in shades of burgundy, of course.

As her guests made their way out onto her lanai to dine, it looked as though a string trio was levitating above the spa of the swimming pool. The musicians were atop on a plate of Plexiglas. And those lighting engineers had turned the water into wine, as theatrical ingenuity had turned the pool into a sea of burgundy.

As they tucked into a sumptuous feast of Nantucket Bay scallops, seared foie gras and truffle-roasted pheasants, none of her guests could have fathomed how close the details came to coming together in time. But even in the disarray of the day before, when the scallops had not yet arrived and she still had to pick up her auction slacks from Saks, Mrs. Gibbons did not stress. She spoke of a trip she took to Immokalee.

Mrs. Gibbons went picking in the tomato fields, filling up a 32-pound bucket for a 50-cent ticket. She went there with NCEF to see the population and see the poverty the foundation hopes to dispel.

"There was a woman in the fields, she had been there since she was a teenager," she began. "When she heard I was an RN, she grinned at me and said, 'My daughter's an RN at the Mayo Clinic in Minnesota. Because of your group, she was able to go college and become an RN at the Mayo Clinic.' She was so proud. It was just beautiful. She told me, 'This (picking tomatoes in the fields) is in my blood, but thank God my kids won't have to do it.'"

Ay, there's the rub of the Naples Winter Wine Festival, the power it has to roll the world away.

French vintner Laurent Ponsot describes the festival this way: "It's kind of a parentheses in time. You're not really in the normal world when you're here."

The wine fest does, indeed, transcend the normal world. It can turn a Naples home into a French chateaux. Better yet, it can transcend the misfortunes of children by way of a soiree of millionaires, leaving no one to question the means of such wine-fueled philanthropy. :

Where the millions go

Wine fest weekend starts off every year with "Meet the Kids Day," when Naples Children & Education Foundation trustees and guests meet some of the youngsters who have benefited from programs and services made possible by festival proceeds over the years.

NCEF awards grants based on needs assessments that have shown major gaps in local children's services in the following critical areas: medical/dental care, vision care, early childhood education, out-of-school services, behavioral health and childhood hunger.

This year's "Meet the Kids Day" took place at the new Baker Field at the Boys & Girls Club of Collier County. More than 100 children and representatives from 29 nonprofit organizations were on hand. Baker Field is a state-of-the-art facility that provides underserved and at-risk youth and children with a safe place to play and participate in educational and character development programs designed by the Cal Ripken Sr. Foundation. All programming is funded by an NCEF grant.

Since the first Naples Winter Wine Fest in 2001, more than $107 million has been allocated to these beneficiaries:

* ABLE Academy

* Boys & Girls Club of Collier County

* Cal Ripken Sr. Foundation

* Catholic Charities

STELLAR CELEBRATION; The more fun, the more money Tradition continues at the 13th annual Naples Winter Wine Festival

* Child Care of Southwest Florida

* Children's Home Society

* Children's Hurricane Relief

* Collier Child Care Resources

* Collier County Child Advocacy Council / Child

Protection Team

* David Lawrence Center

* Eden Florida Weekly ELLM Project

* First Book of Collier County

* Florida's Vision Quest

* Friends of Foster Children of SWF

* Fun Time Early Childhood Academy

* Golisano Children's Hospital of SWF

* Golisano Children's Museum of SWF

* Guadalupe Center of Immokalee

* Healthcare Network of SWF

* Immokalee Child Care Center

* Immokalee Housing & Family Services

* Legal Aid for Collier Kids

* Make-A-Wish Foundation

* Marco "Eye-Land" Foundation

* Marco Island YMCA

* Naples Botanical Garden

* Naples Equestrian Challenge

* PACE Center for Girls

* Redlands Christian Migrant Association

* The Ricky King Children's Fund

* Shelter for Abused Women & Children

* Southwest Florida Workforce Development

Board

* St. Matthew's House / St. Matt's Camp for Kids

* Tutor Corps

* YMCA of the Palms

* Youth Haven

Never ones to rest on their laurels, the NCEF grants committee is hard at work determining how to allocate this year's $8.6 million. The recipients of grants for 2013 will be announced March 18. :

Through the years

* $116 million Amount raised by the Naples Winter Wine Festival since 2001

* 36 Charities that have received grants from the Naples Children & Education Foundation, the festival's founding organization, since the first festival

* 150,000 Number of underprivileged and at-risk children benefiting from festival proceeds since 2001

* 38 percent Percentage of Collier County children served by the NCEF

* No. 1 Festival's ranking as nation's top charity wine auction since 2004 by Wine Spectator magazine

* 500 Guests under the auction tent in 2013

* $2 million Winning bid at 2007 festival for a Rolls-Royce Phantom Coupe and one of the highest bids ever for a single lot at a charity wine auction worldwide

* $8,500 Cost for one couple to attend the festival

* $20,000 Cost for two couples to attend the festival and the same Friday evening vintner dinner in a private home

* 100-by-148 feet Size of the tent at The Ritz-Carlton Golf Resort for the live auction and the Sunday celebration brunch

* 2,500 Wine glasses on hand for Saturday's auction, wine tasting and culinary showcase

* 420 Number of volunteers who help prepare for the gala and were involved during the festivities, serving as wine stewards, greeters, auction spotters, etc.

Top auction lots

La Dolce Vita at 200mph+

$750,000 for the fastest, most powerful Ferrari ever made, the 2013 F12berlinetta.

Chicago, My Kind of Band

$405,000 for a private concert in Naples by the band Chicago, including dinner and fine wines.

A Hottie Maserati

$340,000 for a 2014 Maserati Quattroporte V8, the fastest four-door Maserati and one of the first to be delivered in the U.S.

STELLAR CELEBRATION; The more fun, the more money Tradition continues at the 13th annual Naples Winter Wine Festival

You Cannes & You Will

$280,000 for a trip for four to the 2013 Cannes Film Festival, followed by a week at La Grange, a 17th century farmhouse on a private estate in Provence.

So Close, Yet Safari Away

$280,000 for a South Africa experience for two couples for 13 nights, with a $100,000 Graff jewelry credit.

Lunch Boxes of Love

$244,500 in on-the-spot donations for the Lunch Boxes of Love fund-a-need lot that will provide meals for thousands of hungry children and their families in Collier County.

Wheels Up, Wings Wide

$240,000 for a 22-day, around-the-world trip for one couple on a luxury jet designed for 50 passengers traveling to exotic locales such as Panama, Easter Island, Fiji and Bali.

Chateaux & Lights

$220,000 for a trip to Paris and Bordeaux with private dinners and tastings with world-renowned vintners led by Darioush vineyards proprietors Shahpar and Darioush Khaledi. Includes six bottles of Darioush's flagship wine, Darius II.

C'est Magnifique

$220,000 for a four-night Parisian trip for eight women, with private visits to several legendary fashion houses.

Triple Treat

$200,000 for a nine-night escape for four couples to three of Aman Resorts' premier North American properties.

United Artists

$180,000 for the top wine lot, a rare 65-bottle complete vertical of Chateau Mouton Rothschild Artist Label series housed in a display table custommade by Thomas Riley Artisans Guild.

Instant Vintner

$180,000 for ownership of 2.5 acres of O. Fournier vineyard property in Argentina and a sixnight Argentine escape for two.

Whisky, Golf & Heritage

$150,000 for a four-night trip to Scotland for eight men, with accommodations at a 17th century Scottish Neoclassical mansion, complete with hunting and fishing on property, golf and more.

The Triple Crown of Racing & Wine

$130,000 for a 5-liter bottle of each of V)rit)'s three, 100-point wines from 2007, along with VIP access to the Kentucky Derby, the Preakness and the Belmont Stakes.

$130,000 for the keys to vintner Cliff Lede's estate and Porsche for a one-month Napa Valley immersion inclusive of a horizontal of 2009 Poetry Cab. :

## Graphic

MARISA LANE / COURTESY PHOTO Guests mingle at the vintner dinner at the home of Pat and Dave Gibbons. STEPHEN WRIGHT/ FLORIDA WEEKLY The Lunch Boxes of Love mascot gets a big hug on Meet the Kids Day. STEPHEN WRIGHT / FLORIDA WEEKLY ABOVE: Laurent Ponsot at the Friday dinner at the home of Pat and Dave Gibbons. LEFT: Frank Reda greeted guests at the Gibbonses'. STEPHEN WRIGHT/ FLORIDA WEEKLY Laura and Matt Brabinski with Lola and Leo at Meet the Kids Day, for the Golisano Children's Hospital of Southwest Florida. Martha and Jim Fligg celebrate their winning bid on a lot titled "You Cannes & You Will," a package for two couples that includes three nights at the 2013 Cannes Film Festival followed by a week at a 17th century farmhouse in Provence. MILA BRIDGER / COURTESY PHOTO Plating up for 29 guests at the Gibbonses'. STEPHEN WRIGHT / FLORIDA WEEKLY Meredith Gibbons eyes the Graff Diamonds display that was part of an auction lot. STEPHEN WRIGHT/ FLORIDA WEEKLY

**Load-Date:** February 3, 2013

End of Document



# Rocky Mountain low: skiing in Colorado on a tight budget

The Toronto Star

December 22, 2012 Saturday

Copyright 2012 Toronto Star Newspapers Limited

**Section:** TRAVEL; Pg. T1

**Length:** 1376 words

**Byline:** Seth Kugel The New York Times

**Dateline:** COLORADO

## Body

COLORADO-For casual skiers of the Northeast, names like Aspen, Vail and Breckenridge carry a near-mystical quality. For me, those towering peaks with vast lift networks and seemingly infinite trails of deep powder were mere fantasies, to be fulfilled in a future life, when I own a private jet.

Nevertheless, I decided to find out how much it would cost to fly out for a two-day trip of skiing and ski-related fun in Colorado. When I asked friends for estimates I heard a lot of figures in the $1,500 to $2,000 range - decidedly not frugal.

But when I looked into it, it seemed the answer - for a single traveller, including transportation, two nights' lodging, ski rental, lift tickets, food and microbrews - is more like $800. A couple sharing a car and a room could do it for $700 each.

So I went, spending two days in Breckenridge and Vail in late November, venturing into a place I didn't belong, hoping to ruin East Coast skiing forever.

It didn't quite work out that way - Colorado has had a terribly snow-bereft early season - but I still had a great time and spent $821.96 for absolutely everything, except a private bathroom.

For $250, I booked a round-trip flight from New York to Denver on JetBlue (it would be more from Toronto). I picked up a dirt-cheap car rental ($20 for two days, plus insurance) from Fox Rent a Car. I chose the Vail-Breckenridge area over Aspen as it's half as far from Denver, which means you save time and gas.

The best lodging option in the resort towns was fairly obvious: the Breckinridge's odd combination hostel and bed-and-breakfast run by the English expats Niki and Andy Harris and patrolled by their poodles Gaspode and Angua.

Hostel beds cost $31, and my early-season price for a compact but cozy private room was just $75 plus tax, with a pancakes-and-eggs breakfast and excellent and plentiful French press coffee. (Upstairs, rooms with private bathrooms start at $113.) The price edges up as the season goes on but not by much.

At Andy and Niki's recommendation, I had booked equipment rental from an independent outfit just a few blocks from the Fireside, where you get 20 per cent off for booking in advance; in my case, that meant a total of $29 a day for intermediate equipment.

Alas, there were few bargains to be had for lift tickets on a two-day trip - I paid $90 a day, and it goes up as the season goes on. But that does allow you to ski at most resorts in the area.

Rocky Mountain low: skiing in Colorado on a tight budget

The first morning I walked over to Breckenridge for my first day of skiing. All anyone could talk about was the lack of snow. On my first ride up on the chairlift, a man with a Polish accent who skis Breckenridge regularly was frustrated.

"This season is absolutely terrible," he said. "Two years ago at this time you were skiing down in powder from the top. Now, it's East- Coast skiing."

Ouch.

Breckenridge did have a few trails open, and the artificial snow cover was as good as that stuff gets. There were also no waits, so after motoring through a dozen or so runs, I ate a $5 sandwich (bought at a small market, not at the slope-side restaurants, where even a slice of pizza was $8.95) and walked back to my car at the Fireside. I had heard the nearby Keystone resort had better snow-making and longer runs open - and it was covered by my pass.

Breckenridge is all about apr#232;s-ski happy hours, and I had it on good intelligence that the best local go-tos were the South Ridge Seafood Grill and Mi Casa. I went to the first, which is in a building with a pretty, pressed-tin ceiling and a bar full of people who seemed to know one another. The happy hour menu was as far from chicken wings and nachos as a bar could be without losing its license.

My dinner consisted of five peel-and-eat shrimp ($1.50), a sizable Korean-style beef taco ($3.50), a huge plate of smoked trout dip with pita chips ($3) and two pints of crisp First Cast IPA from the Elevation Beer Company, a Colorado microbrewery ($4 each).

Before I was even served, I found myself chatting with a local couple, Doug Polanski and his girlfriend Janette Mikity. Once a ski instructor, he is now a real estate agent; she is a property manager - all three common professions in these parts.

Doug took me through how Breckenridge had changed in his two or so decades there. It had gotten more expensive and more crowded, he said, but has maintained its more down-to-earth feel compared with the hoity-toity, CEO-level scene at Vail.

The next morning I was off to Vail, about 45 minutes from Breckenridge through beautiful mountain scenery. The resort itself reminded me of a fancy mall in an exurb.

I'm sure the skiing is sublime, but its reputation will have to stand in here. With only two per cent of trails open and not enough powder to coat a doughnut, it was like going to the best espresso bar in the world to find out they're out of everything but Folgers.

Vail is not, I should note, devoid of personality. I had a beer at Bart Yeti's, which looks worn-in enough to have seen the resort built up around it. I once again was immediately recruited into a bar-stool conversation, in which bearded locals were regaling visitors from Denmark and Sweden with anti-snowboarder screeds.

Since skiing Vail was also included in my pass, and since you can avoid the $25 parking fee by parking in outlying areas connected by a free shuttle, it actually cost me no more than another day at Breckenridge would have, minus gas costs.

I even have good reason to believe I found the cheapest lunch in town.

My evidence?

"That's the cheapest lunch in town," said the guy in the General Store, as he rang up my microwaved red chili chicken burrito from Tamale Connection in Antonito, Colo., and a bag of **Pretzel Crisps** for $4.89. I ate it at a little table outside while I read the Vail Daily - its front-page headline: "Dry Weather Pattern Continues."

Rocky Mountain low: skiing in Colorado on a tight budget

I was due back at Denver by 11 p.m. to catch the red-eye, so my last remaining decision was where to have dinner. The answer was in Minturn, barely 10 minutes from Vail, and yet a world apart. It's an old railroad town, population 1,000, with a handful of hotels (look here if $150 a night is in your range), shops and restaurants.

I was thinking of having barbecue at Kirby Cosmo's, but I noticed a long line - maybe 30 folks - outside a restaurant I hadn't read about: the Minturn Country Club.

"It's customer appreciation night," one woman told me. "Everything's really cheap."

Indeed, steaks (or chicken or shrimp or mussels) were just $2.99, and the all-you-can-eat salad bar $2.50. The decor was pure goofy fun: Trophy heads adorned the walls, playing cards were stuck to the ceiling in clumps.

You order meat from one of two "butcher shops" and then cook it yourself on a communal grill, trading tongs, spice shakers and grilling advice with your fellow diners.

I achieved a medium-rare sear on my New York strip steak, and it came out perfectly, which I attribute much more to the extraordinarily flavourful dry-aged meat than to my grilling skills.

Total tab: $8, plus tax and tip. Two hours later, I was dropping off my rental car at the airport.

Was my weekend worth $822? Without fresh snow, it's hard to argue it was, but that's not the resorts' fault, and things appear slightly better of late.

In an ideal world, the weather would always co-operate with our travels, and I would be recounting life-changing stories of schussing through endless and ethereal powder.

JUST THE FACTS

ARRIVING Flying directly to Eagle County Airport, near Vail, is almost always more expensive than renting a car and driving from Denver.

SKIING Although you get a slight break for ordering in advance on snow.com, there's no avoiding the pain of the two-day lift ticket. (Discounts start at three days.) Reserving equipment at Carvers in Breckenridge gets you 20 per cent off (carverskishop.com).

SLEEPING Give the Fireside Inn a call (970-453-6456; firesideinn.com) at least a month in advance for private rooms, less for dorms. If they're full, you'll probably have to leave town - for hotels and motels in nearby Frisco and Silverthorne - to match its prices. If your budget is a bit higher, consider staying near Vail in Minturn, where the Minturn Inn starts at $129 and the Hotel Minturn at $119.

DINING Bring a bag lunch and rely on happy hours for dinner.

**Load-Date:** August 14, 2014

---

End of Document



# Healthy Snack Facts

Food Management (Penton)

December 18, 2012

Copyright 2012 Penton Business Media, Inc All Rights Reserved

**Length:** 386 words

## Body

Christine Rankin, Corporate Foodservices Manager, Hallmark, Kansas City, MO

"Four-compartment grab 'n go containers have been a huge success. They sell out every single day.

We first thought of the smaller size as a driver, then thought about what we could put in them. Focusing on different priorities and cravings customers may have (high protein, small bread options, dried fruit, small amounts of cheese, veggies, hummus, occasional sweet tooth, etc.), our staff has come up with some amazing combinations.

Hummus does not have to be boring. We make sweet potato hummus, red pepper-edamame hummus and black bean hummus.

Good snacks include a variety of "dip-ables," such as sliced apples with peanut butter; pretzel bites and flavored cream cheese; **pretzel crisps** and spinach dip.   RECIPE: Krunchy Kale Chips

"The snack cups (at right) also sell out every day. Especially the S'mores Cup. Our philosophy in taking our customers' snack habits from pizza and nachos to healthier options like whole grains has not been, 'You can never snack again.' We want to address health, using portion size as a driver."   Debbie Beauvais, spokesperson for the Academy of Nutrition and Dietetics, School Nutrition Director at Gates Chili and East Rochester Schools

"The key to healthful snacking is having some protein-rich food as part of the snack. This will make you feel satisfied until the next meal."

"Trail mix is a great way to accomplish this: combine roasted almonds or other nuts, mini pretzels, dried fruit like craisins, raisins, banana chips, dates or apricots. You can also include chocolate—like M&Ms or carob chips. Individual baggies or containers make for perfect portion control."   Rick Panfil, General Manager, Bon Appetit, Oberlin College, Oberlin, OH

"Students looking to grab a healthy snack go to the smoothie bar at DeCafe, a concept that offers a wide variety of fruit, including local apples, strawberries and raspberries, as well as bananas and mangos. Then, it gets interesting. Many students love to add chai or soymilk as the base. The newest additions to the smoothie bar are celery and spinach.
* * *
"DeCafe sold 29,468 smoothies last year. That's approximately 14,734 lbs. of fruit. And remember, our student body is only about 3,000!"

**Load-Date:** December 18, 2012

Healthy Snack Facts

End of Document



# Baked potato dip

KEY_NOT_FOUND

December 6, 2012

Copyright 2012

**Length:** 60 words

## Body

Ingredients: 16 ounces sour cream 2 cups sharp cheddar cheese, shredded 1/3 cup thinly sliced scallions or chives Method: Combine all ingredients in a medium bowl and refrigerate for at least one hour before serving to allow flavors to meld together. Garnish with extra shredded cheese and chopped chives. Serve with your favorite potato chips or **pretzel crisps**.

**Load-Date:** December 6, 2012

End of Document



# Healthy Snack Facts

Food Management (Penton)

December 1, 2012

Copyright 2012 Penton Business Media, Inc All Rights Reserved

**Section:** Pg. 40; 47; No. 12

**Length:** 582 words

## Body

CHRISTINE RANKIN , Corporate Foodservices Manager, Hallmark, Kansas City, MO "Four-compartment grab 'n go containers have been a huge success. They sell out every single day. We first thought of the smaller size as a driver, then thought about what we could put in them.

Focusing on different priorities and cravings customers may have (high protein, small bread options, dried fruit, small amounts of cheese, veggies, hummus, occasional sweet tooth, etc.), our staff has come up with some amazing combinations. Hummus does not have to be boring. We make sweet potato hummus, red pepper-edamame hummus and black bean hummus. Good snacks include a variety of "dip-ables," such as sliced apples with peanut butter; pretzel bites and flavored cream cheese; **pretzel crisps** and spinach dip. "The snack cups (at right) also sell out every day. Especially the S'mores Cup. Our philosophy in taking our customers' snack habits from pizza and nachos to healthier options like whole grains has not been, 'You can never snack again.' We want to address health, using portion size as a driver." The 'Health Nut' snack pack includes mozzarella, dried fruits, grapes, whole almonds and a small (1 oz.) grain bar bite. The 'Protein Zone' snack pack includes edamame, apple slices, mozzarella, whole almonds and a small (1 oz.) grain bar bite. The 'Seafood Snack Pack' includes mini carrots, grapes, mozzarella, seafood salad and thin **pretzel crisps**. The Edamame Snack Pack includes hummus made with edamame, crackers, mini carrots, mozzarella and grapes. Another grab 'n go option at Hallmark: tall cups constructed with a variety of components. Some contain quinoa, crackers, bread sticks, pita or falafel. Others have different combinations of veggies, topped with salmon salad, tuna salad or chicken salad. Featured above left: the Smores Snack Cup has been very popular, with graham crackers, marshmallows and a bit of chocolate. Sweet Potato and Root Vegetable Chips brings a savory, earthy crunch to snack time. DEBBIE BEAUVAIS , spokesperson for the Academy of Nutrition and Dietetics, School Nutrition Director at Gates Chili and East Rochester Schools "The key to healthful snacking is having some protein-rich food as part of the snack. This will make you feel satisfied until the next meal." "Trail mix is a great way to accomplish this: combine roasted almonds or other nuts, mini pretzels, dried fruit like craisins, raisins, banana chips, dates or apricots. You can also include chocolate — like M&Ms or carob chips. Individual baggies or containers make for perfect portion control." RICK PANFIL , General Manager, Bon Appetit, Oberlin College, Oberlin, OH "Students looking to grab a healthy snack go to the smoothie bar at DeCafe, a concept that offers a wide variety of fruit, including local apples, strawberries and raspberries, as well as bananas and mangos. Then, it gets interesting. Many students love to add chai or soymilk as the base. The newest additions to the smoothie bar are celery and spinach. "DeCafe sold 29,468 smoothies last year. That's approximately 14,734 lbs. of fruit. And remember, our student body is only about 3,000!"

**Load-Date:** December 6, 2012



# No Time? No Excuse. Good Health is a Necessity.

The Bottom Line: Frostburg State University

December 1, 2012 Saturday

University Wire

Copyright 2012 UWIRE via U-Wire All Rights Reserved

**Section:** NEWS; Pg. 1

**Length:** 616 words

## Body

Everyone has heard about the infamous freshman 15. Unfortunately, it is not just another myth about college. Studies show that almost every college student gains at least 3 pounds freshman year. This does not have to happen.

With so many classes, along with homework and a social life, it is hard for many college students to find time to go to the gym. However, there are many easy fixes that all college students can make to increase their health and fitness.

According to usnews.com, students should try the in-home workout. It saves time from getting ready and going to the gym, and provides the comfort of being in a private room. One good workout that can be performed in a small room involves using resistance bands. These look like giant rubber bands, and can be found at most major retailers. These can be used while doing squats, lunges, bicep extensions, bicep curls, and more.

Stability balls are also a convenient option for in-home fitness. These can be used to work various muscles, such as the abdominals, legs, and arms. These exercises are quick, easy, and do not require much space.

Other options for college fitness are simpler, such as walking rather than driving to class and taking as many stairs and hills as possible. It is very likely that, if a college student walks to and from every class she has every day, she will easily get in at least one hour of cardio exercise. Cardio is especially helpful for building stamina. Climbing stairs and hills is a great way to build leg muscle as well. Muscles burns more calories than fat during any type of action, so it is very important to gain muscle in the process of becoming healthy and fit.

Junior Kristen DeWitt states, "The easiest way for me to stay healthy and fit while in school is to cook my own meals instead of eating out since most places in Frostburg are unhealthy." DeWitt lives on campus and does not have a meal plan. Cooking her own meals gives her more options as to how to get her daily nutrients, as well as how she would like her food cooked. DeWitt often takes healthy snacks to class, such as vegetables, fruit, and low-calorie **pretzel crisps**. Snacking is something that most people cannot avoid, but it can be acceptable if the snacks being eaten contribute to daily servings needed.

Dewitt also said that she takes advantage of the free workout facilities that FSU provides for its students. This is important for college students to remember. Anywhere else, gyms charge hefty amounts of money for memberships. FSU's facilities are free of charge. FSU also offers student personal trainers at low cost. The trainers help to devise a plan for those students who may not work simply because they do not know where to start.

Health and fitness magazines are always a good place to start looking when one is trying to get in shape. They offer a wide variety of tips, as well as meal plans. The key to staying truly healthy is not only to exercise, but to eat right. This is not to say that junk food is never acceptable, but bodies are not trash cans. People must eat foods that will truly nourish their bodies, and give them the fuel to make it through the day.

No Time? No Excuse. Good Health is a Necessity.

Students should never try appetite suppressants as a way of losing weight. These simply will make a person malnourished. As a result, that person will be fatigued and exhausted all of the time. If a person has food limitations, vitamins are the way to go. They will not suppress appetite and will not replace food, but may bring more value to the foods that one does consume, especially if they are not particularly beneficial.

Create a plan, stay on track, and don't lose focus or hope. It is entirely possible to stay fit and healthy while in college.

**Load-Date:** September 18, 2013

---

End of Document



# What's for Dinner? [Thanksgiving Open Thread]

The Bilerico Project

November 22, 2012 Thursday 5:23 PM EST

Copyright 2012 Newstex LLC All Rights Reserved

**Length:** 148 words

## Body

Nov 22, 2012 (The Bilerico Project:http://www.bilerico.com Delivered by Newstex)
So what's on your plate this holiday? Are you cooking or is someone else doing all the work?

We're going over to James Graden Holmes and David Castillo's house where they're providing a vegan feast. We're bringing some crunchy veggies with hummus and flatbread and **pretzel crisps** as an appetizer, three huge bottles of Cabernet, and a small turkey breast for those of us who eat meat.

When we first moved to DC, we spent a good portion of Thanksgiving afternoon and evening at Jim and David's. They were the first people (other than Mike Rogers who was already a friend), to reach out their hands and say "Become part of our family." I know both Jerame and I are thankful that they did.

What are you thankful for today?
http://www.youtube.com/embed/7-fCt1nitmk[1]
[1]:        http://www.youtube.com/embed/7-fCt1nitmk

**Load-Date:** November 22, 2012

End of Document



# Go global with your store brands

Progressive Grocer's Store Brands

November 2012

Copyright 2012 Stagnito Media Food Group All Rights Reserved

**Length:** 1223 words

**Byline:** David Litwak

## Body

It wasn't too long ago that ethnic foods meant Italian, Mexican and Chinese products to many North Americans. But in today's supermarket, those products are joined by cuisines from many other areas of the world, with Indian, Thai, Japanese and Mediterranean foods currently being among the most popular.

And now appears to be a great time for retailers to jump onto the ethnic bandwagon on the store brand side. Ann Stettner, co-owner of Wild Thymes Farm - a Medusa, N.Y.-based manufacturer of dips, sauces and marinades for private labeling - says ethnic products are selling quite well.

"We've seen so much growth in ethnic foods that are being translated into [versions that satisfy] a Western palate," she explains. "These also translate well into private label. We're doing a lot of private label with ethnic-inspired products."

A desire for authenticity

   A number of foods considered mainstream today got their start as ethnic foods - including pizza, tacos, bagels and sushi.

Cheryl Tsang, owner and vice president of sales for Starport Foods - a Fullerton, Calif.-based manufacturer of store brand Asian sauces - notes that many mainstream consumers become familiar with ethnic foods through dining at ethnic restaurants. So when they're shopping for ethnic cuisine in the grocery store, they're looking for something authentic.

Do
consider rolling out store brand Mediterranean products in the deli.

Don't
discount the importance of demoing to get shoppers to try an unfamiliar ethnic product.

Tsang says she is able to source Asian brands for retail customers that shoppers originally from the continent recognize. And once these products become popular with mainstream consumers, a number of the retailers selling them ask Starport Foods to develop store brand equivalents.

Build the Mediterranean category

   The Mediterranean category is an area ripe with store brand opportunity - particularly in retailers' deli departments. Dominick Frocione, vice president of sales at Ward Hill, Mass.-based Cedars Mediterranean Foods, says the category is one of the fastest-growing in the deli. And his company can help retailers create growth here.

   "We can establish a private brand using five to seven SKUs of hummus, and the retailer can undercut the national brands with a quality product," he explains. "Most of the major chains are either establishing a private label or

adding SKUs to an established private label [here]; they want to entice customers to look at them as being better than the national brand."

After establishing a private label hummus presence here, retailers then could add complementary items - such as tambouli and Greek yogurt - to help build the category, Frocione says. This solution addresses two challenges retailers face when expanding their store brands: bringing new customers into a category, and getting a category's current shoppers to purchase more products in that category.

"It all depends on imagination and the amount of free space that the retailer is willing to commit," he notes. "The hardest thing for a retailer to do is find real estate for private label, especially among growing ethnic products. But retailers need to be willing to recognize that the category deserves more space and commitment."

Merchandise for success

But an expansion of ethnic foods might not be enough to win shoppers dollars - clever merchandising is called for, too.

Do

think about creating special sections that group products according to ethnic origins.

Don't

forget to give ethnic products secondary placement in other areas around the store.

Mario Holguin, national sales manager for Day-Lee Foods - a Santa Fe Springs, Calif.-based manufacturer of frozen Asian entrées for retailers' own-brand programs - says many retailers approach merchandising here by creating sections that house products according to ethnic group - such as a Mexican section or an Asian section.

"Our objective is to create an Asian destination within the freezer case so the customer can readily find the products," he explains. "It's a good idea to cross-merchandise the [entrées] perhaps with Asian hors d'oeuvres like pot stickers or spring rolls."

However, retailers face two inherent problems when developing ethnic sections on the shelves. First, an emerging category of ethnic cuisine might not boast enough products to fill out an entire section. And second, consumers unfamiliar with products from a specific ethnic category likely will have no desire to explore a section dedicated to that category.

To spur trial, therefore, Tsang recommends taking products off the shelves and bringing them out to shoppers.

"There could be some education needed to help the mainstream consumer. Demoing is a great way to promote consumer trial. If you try seaweed, you'll be hooked," she says as an example.

Tsang also recommends giving ethnic products secondary placement in the store - beyond their special ethnic sections.

Ethnic food segment performance

*Includes hard and soft tortillas, taco kits, refried beans and "all other" shelf-stable Mexican food items.

**Includes picante, salsa, taco and "all other" Mexican sauces/marinades.

***Includes Asian cooking oils, chow mein noodles, soy sauce, shelf-stable Asian food items, shelf-stable bamboo shoots/water chestnuts and "all other" Asian sauces/marinades.

Note: Table excludes ethnic prepared meals and appetizers that are refrigerated or frozen.

Source: SymphonyIRI Group, a Chicago-based market research firm. U.S. supermarkets, drugstores and mass merchandiser outlets, excluding Walmart, for the 52 weeks ending Aug. 12, 2012.

Go global with your store brands

"We're finding that most of the Asian private label products are still in the Asian section - break those products out of the Asian departments and give them a second placement," she recommends.

Cross-merchandising also is important, Tsang says. For instance, retailers should consider merchandising Korean sauces within the meat department.

And to appeal to shoppers looking for products they can use in multiple ways, retailers should show how versatile an ethnic product can be, Stettner says.

"People are looking for products they can use in more than one way," she explains. "A lot of the ethnic products lend themselves to multiple uses that most mainstream consumers don't know about."

Look what's new

Harris Teeter Fresh Foods Market Artisan Hummus to Go Traditional with Pretzel Chips consists of traditional hummus with **pretzel crisps**. Available from Matthews, N.C.-based Harris Teeter, the refrigerated product retails in a 3.5-oz. PET tray containing 2.5 oz. of hummus and 1 oz. of **pretzel crisps**.

Trader Joe's True Thai Vegetable Green Curry puts cauliflower, baby corn and bamboo shoots in a coconut-cream-base sauce. Available from Monrovia, Calif.-based Trader Joe's, the microwavable product can be served as a soup or over rice. It is gluten-free and suitable for vegans, and it retails in a 17.8-oz. plastic tub.

The Loblaw Companies of Brampton, Ontario, introduced President's Choice Blue Menu Korean Chicken Breast Chunks. Composed of tender pieces of fully cooked chicken breast with an authentic Korean-inspired barbecue sauce, the chunks are said to be low in saturated fat and low in fat overall. They retail in a 425g carton containing a sachet of the sauce.

Source: Mintel's Global New Products Database

**Load-Date:** January 15, 2013

End of Document



# Giant innovation comes in snack sizes | Expansion in Franklin lands Baptista's a spot on Wisconsin 75

Milwaukee Journal Sentinel (Wisconsin)

September 30, 2012 Sunday, Metro Edition

Copyright 2012 Journal Sentinel Inc.

**Section:** D Business; Pg. 1

**Length:** 960 words

**Byline:** TOM DAYKIN, tdaykin@journalsentinel.com Milwaukee Journal Sentinel, , Milwaukee Journal Sentinel (WI)

## Body

"Seinfeld" fans might remember Elaine's million-dollar idea for the snack business: selling muffin tops and dumping the muffin stumps.

Tom Howe appreciates that sense of innovation. He's president of Baptista's Bakery Inc., which develops ideas for new snacks and then makes those products at its Franklin manufacturing plant.

"When you do a me-too product, the only basis to compete is price," Howe said. "And we don't want to live there."

Baptista's doesn't sell muffin tops.

But it created a new line of tortilla chips with a basketlike shape to more easily dip into salsa, and created a **pretzel crisp** - a savory, crispy snack that features pretzel flavor without what Howe calls the less-tasty inside of a typical pretzel.

Those and other products have helped fuel a rapid expansion at Baptista's, a new entry to the Wisconsin 75, an annual ranking of the state's largest privately held companies. The companies are ranked by revenue, and the list is compiled by the Milwaukee office of Deloitte LLP. Baptista's is ranked at No. 65, with annual sales in the range of about $100 million, Howe said.

Baptista's also received the Wisconsin 75 Entrepreneurship Distinguished Performer Award. That award will be formally presented at a breakfast event scheduled for Tuesday.

Located in Franklin Business Park, the company recently completed an expansion that roughly doubled the size of its building to 260, 000 square feet. A new equipment line was installed, with two more production lines coming by January and two additional lines planned to be built by mid-2014.

In all, it amounts to a $70 million in- vestment, with the city providing a $500,000 grant and Wisconsin providing up to $2.26 million in state tax credits.

Baptista's had 160 employees a year ago when the expansion plans were announced. The company now has 260 employees and expects to have 400 employees by March, Howe said.

Baptista's operates three shifts, with the company churning out snacks 24 hours a day. It's hiring entry-level packaging employees, supervisors, maintenance employees, office staff and customer service reps, Howe said.

Snack development Chief Executive Officer Nan Gardetto started Baptista's in 2000, one year after her family sold Milwaukee-based snack mix maker Gardetto's Bakery Inc. to General Mills Inc.

Initially, Baptista's made its own brand of breadsticks and did contract manufacturing. But the Baptista's product line was later dropped to focus exclusively on developing and making snacks for other companies.

Howe, former president of Chicago-based snack maker Jays Foods, was hired nine years ago. Howe, Gardetto and other Baptista's executives realized they could create a niche of helping develop new products for other snack food makers. Baptista's then becomes the sole manufacturer of the snacks, while the company's customers focus on marketing and merchandising. By not having its own branded product line, Baptista's also avoids competing with its customers, Howe said. Among the company's customers with brands on display at the Franklin facility are Old Dutch, Pepperidge Farm, Utz and Hy-Vee.

"We're not high-profile," Howe said. "We like to focus on being innovative."

Baptista's is providing a service that helps small-and medium-sized snack makers compete more effectively with the industry's larger players, said Jim McCarthy, president of the Snack Food Association, based in Arlington, Va. As a result, other companies are beginning to form that offer similar services, McCarthy said. And the industry's "big boys" are trying to create new products faster and with less corporate bureaucracy, he said.

Meanwhile, Baptista's has tapped into the trend of people eating healthier baked snacks, including pretzels, potato crisps, breadsticks, multigrain chips and veggie chips. Lately, demand also has increased for gluten-free snacks.

The company developed its own line of baked potato crisps at the request of customers who wanted to compete with the Baked Lay's potato crisps launched by snack industry giant Frito-Lay Inc.

A similar process led to the development of what Howe calls a "dippable" tortilla chip, to compete with Frito-Lay's Tostitos Scoops. Baptista's developed its own equipment to make the chips, which have a shape different from that of Tostitos Scoops. Not every idea works as well.

An attempt to make a bageltop snack resulted in something that was too crispy, and didn't have a bagel's chewy texture, Howe said.

The Baptista's team also tries to avoid assignments to develop products they don't view as having long-term appeal. That included a brief foray into developing bacon-flavored snacks on behalf of a customer.

"We politely backed away from it," Howe said. "We felt that was too faddish."

Among the company's biggest challenges is finding reliable people who are comfortable working for a food manufacturer as it rapidly expands the workforce, Howe said. Baptista's recently hired Nissen Staffing Continuum Inc. to help oversee hiring.

Meanwhile, Baptista's will continue to look for new products to develop. That process involves being intuitive, and trying to get a sense of how snacks fit the lifestyles of consumers, Howe said.

"Typically, we don't know what we want until a new product is launched. If Henry Ford had asked people what they wanted, the response would have been a faster horse," Howe said.

"Consumers would have never thought they want a 'dippable' tortilla chip," he said.

Copyright 2012, Journal Sentinel Inc. All rights reserved. (Note: This notice does not apply to those news items already copyrighted and received through wire services or other media.)

"We're not high-profile. We like to focus on being innovative." Tom Howe, Baptista's Bakery president

Copyright, 2012, Journal Sentinel, All Rights Reserved.

**Load-Date:** October 1, 2012

End of Document



# Elizabeth Olsen snacks on pretzel crisps during filming break - as shrinking Dakota Fanning looks glum holding popcorn kernel

MailOnline

July 8, 2012 Sunday 2:43 AM GMT

Copyright 2012 Associated Newspapers Ltd. All Rights Reserved



**Section:** TV&SHOWBIZ

**Length:** 307 words

**Byline:** DAILY MAIL REPORTER

## Body

She's the former child star who appeared to have a wise head on her young body.

But it seems even Dakota Fanning has succumbed to the pressures of staying uber-trim.

Despite celebrating her 18th birthday earlier this year, the pencil-thin actress lacked the feminine curves most ladies develop by the time they are nearing their twenties.

As co-star Elizabeth Olsen tucked into **Pretzel Crisps** on set of Very Good Girls, Dakota held a mini water bottle under her arm and looked glum while holding what appeared to be a popcorn kernel.

With both girls dressed in sleeveless black dresses and flat shoes, Mary-Kate and Ashley's sister, 23, showcased a shapelier silhouette compared to the straight up and down catwalk look of Fanning.

The girls looked rather sullen compared to earlier this week when they were seen having a blast against the muggy air backdrop of New York City's heatwave.

They had been dressed in shorts and T-shirts as they rode their bicycles along a Brooklyn street.

The two play 15-year-old chums who have made a pact to lose their virginity during their first summer out of high school.

The plot centres on whether that friendship can endure when they both fall for the same cute street artist, played by Boyd Holbrook.

The bicycles the girls rode appear to be circa 1970s, as the blue Schwinn Olsen uses is equipped with an old-school bell on the handle and an old style two-toned seat.

Both wore cut off Levis' shorts and T-shirts. At one point the heat seemed to be getting to the actresses. As they rode their bikes in one scene, they were both grimacing.

Light-skinned Fanning's face was beet red and her hair was matted with sweat.

Earlier in the day, the Man on Fire actress shot a solo scene dressed in a navy blue work shirt.

Elizabeth Olsen snacks on pretzel crisps during filming break - as shrinking Dakota Fanning looks glum holding popcorn kernel

The movie also stars actress Demi Moore and Peter Sarsgaard and is set to be released in 2013.

**Load-Date:** July 11, 2012

---

End of Document



# A refreshing approach to food: Elizabeth Olsen fears no carbs as she shops in a pretty petal dress

MailOnline

July 8, 2012 Sunday 9:51 PM GMT

Copyright 2012 Associated Newspapers Ltd. All Rights Reserved



**Section:** TV&SHOWBIZ

**Length:** 552 words

**Byline:** CASSIE CARPENTER

## Body

Many Hollywood actresses deprive themselves of bread in order to avoid carbs and remain ultra-thin.

But Elizabeth 'Lizzie' Olsen showed no fear of indulging in a French baguette on a trip to Whole Foods Market in New York yesterday, and she proudly showed off her curves in a pretty petal print dress.

> Scroll down for trailer...

The younger sister of Mary-Kate and Ashley Olsen looked stunning as she pushed her cart through the aisles of the healthy market, as her long brown hair fell around her shoulders.

And the 23-year-old indie princess, who brought along her own environmentally-friendly shopping bags, was seen wearing a burgundy shirt unbuttoned over a matching dress and stylish brown booties.

Elizabeth looked relaxed and happy to be on break from filming Very Good Girls in Brooklyn alongside Dakota Fanning, who was seen earlier this week on set looking glum eating what appeared to be a popcorn kernel as the Martha Marcy May Marlene star happily dug into her bag of **Pretzel Crisps.**

'I'm the curvy one of the family,' Olsen told Marie Claire last year.

'It's very clear that I'm the younger sister. My whole life they've been like women, while I've been trying to be a woman but still a kid.'

In the film, which is directed Oscar-nominated screenwriter Naomi Foner, who is mother to Maggie Gyllenhaal and Jake Gyllenhaal, Dakota and Elizabeth play life-long best friends who are determined to lose their virginity in the summer after high school graduation.

However, things get complicated when they fall for the same street artist, played by Star Trek actor Anton Yelchin.

Demi Moore, Peter Sarsgaard, and Richard Dreyfuss also star in the drama which is due in theatres next year.

'A lot of times with female relationships and young women [in the movies], it's either Sisterhood of the Traveling Pants or catty b--,' Olsen said.

A refreshing approach to food: Elizabeth Olsen fears no carbs as she shops in a pretty petal dress

'I just have a problem with that. They're supposed to be either as perfect as how they're portrayed on Disney or as mean as they're portrayed in high school movies. And in real life it's neither of those.'

It's fortunate they're filming Very Good Girls in the summer as to not affect Elizabeth's class schedule as a senior at New York University.

'That's the only time in my life I ever felt different for having sisters in the public eye,' said Olsen, who's a member of the prestigious Atlantic Theater Company at the university's Tisch School of the Arts.

'People would knock on my door and be like, "I heard there was a party here," just because they knew that I lived in that room. It was so weird.'

Here's hoping her next big-budget movie, Red Lights, coming out next Friday will help get Olsen out of her tiny Manhattan apartment.

'It's like a closet - I need to stop doing independent films so I don't have to live in 300 square feet,' she said.

The thriller, starring Robert De Niro, Sigourney Weaver, and Cillian Murphy, focuses on a psychologist who investigates a world-renowned psychic who has resurfaced years after his toughest critic mysteriously passed away.

In September, Elizabeth's college-set dramedy Liberals Arts will be released, in which she plays Josh Radnor's younger friend and love interest.

And a month ago, the pretty brunette wrapped filming the title role in the erotic period thriller Therese in Budapest, Hungary.

**Load-Date:** July 11, 2012

---

End of Document



# Pretzel Crisp Crab Rangoon with Sweet Chili Sauce

Chicago Daily Herald

June 6, 2012 Wednesday

Copyright 2012 Paddock Publications, Inc.

**Section:** FOOD_; Pg. 3

**Length:** 100 words

## Body

1 can (6 ounces) white crabmeat, drained and flaked (or imitation crab, chopped)

4 ounces cream cheese, softened (or whipped cream cheese)

2 green onions, finely chopped

1/4 cup light mayonnaise or mayonnaise substitute

1/2 teaspoon black pepper

30 (about) **Pretzel Crisps** (sesame or plain)

? cup sweet Thai chili sauce

Mix together crabmeat, cream cheese, onions, mayonnaise and pepper until all ingredients are well-combined.

Scoop mixture on top of **Pretzel Crisps**. Drizzle with Thai chili sauce.

Serves 10 to 15.

Cook's note: If desired, garnish plate with salad greens, parsley, cucumber slices … anything green.

**Load-Date:** June 6, 2012

End of Document



# It's Personal: Airline-food economics: All demand, short supply

The Philadelphia Inquirer

April 27, 2012 Friday, CITY-C Edition

Copyright 2012 Philadelphia Newspapers, LLC All Rights Reserved

**Section:** NATIONAL; P-com In The Know; Pg. A02

**Length:** 821 words

**Byline:** By Maria Panaritis

Inquirer Columnist

## Body

There was an Alcatrazlike quality to it, the way it all went down Wednesday in Row 24 of US Airways Flight 1419, as the tiny food cart on my jammed Philadelphia-to-Los Angeles flight rolled up.

The snack cart, we had been warned by a flight attendant over the public-address system, might run out of food. This was largely by design, she explained, not stocking enough food for everyone on board. Oh, and what was on the menu - an Italian club wrap, a chicken salad, a fruit-and-cheese offering, snack boxes - would have to be purchased.

Now would be a good time to point out that this was a nonstop, five-plus-hour flight between two of the largest cities in one of the most advanced economies in the 21st-century world.

Seated three rows from the back, I was mildly horrified by this brazen attempt at a preemptive apology. It was as if the airline were saying, "I dare you to be disappointed, I dare you to eat lunch." But I hoped for the best, as did the passenger to my right, retired South Jersey public-school principal Mike Muldoon.

In November, Muldoon was on a 6 1/2-hour American Airlines flight from Dallas to Hawaii that ran out of food before it reached his row. A steward was kind enough to share his personal fruit stash with the 62-year-old from Franklinville, who has diabetes.

After watching everyone ahead of us get served, the flight attendant finally arrived at Row 24 - just three rows from the only two bathrooms for everyone in coach. This was a big plane, an A-320 jetliner. We're talking people, plenty of them.

My hands were sweating, as if I were doubled down at a blackjack table waiting for the dealer to flip me a king and an ace. "I'd like an Italian club wrap," I said, believing that, somehow, positivity would prevail against frightfully long odds.

"I am out of the wrap," she replied, in a polite but bloodless tone that felt more "Que sera, sera, coach captive," less "Oh, yes, Richard Branson has just introduced competing Philly-to-L.A. flights on Virgin, how can we thank you for your $489 ticket and $25 baggage fee, dear lady?"

I sighed. So this is what modern travel has come to, I reflected: Relentless airline cost-cutting and high fuel prices have turned what was once a fanciful, affordable luxury into a form of consumer corporal punishment. What's next: oxygen masks for premium customers only?

"What sandwiches do you have?" I inquired, refusing to sulk right then and there.

The attendant gave her cart a sober scan before rattling off what the Twittersphere would hashtag as a jaw-dropping #InventoryFail: "I am out of sandwiches. I am out of the chicken salad."

My mind went into overload as dread compounded hunger. There was little else in terms of lunch-worthy food, so it was even lovelier to learn that, of the two snack boxes offered, only one was left containing meat.

I snatched the last $6 CafePlus snack box. (An even unluckier passenger behind me groaned.) I was rewarded with a plastic-wrapped cardboard packet tantalizingly illustrated with pictures of fresh green apples, chocolate, and what appeared to be freshly grated cheese. But it was featherlight, suggesting a form of false advertising that, sadly, came true.

Lunch, as some might generously call it, consisted of an 0.8-ounce pack of beef salami slices (no fork); a 0.75-ounce cylinder of cheese spread; a few crackers; a few **pretzel crisps**; a 0.75-ounce pack of dried fruit; a 0.56-ounce bag of nuts; and a single shortbread cookie. Oh, and a plastic knife.

A disappointed Muldoon didn't even bother ordering. Instead, he reached into the carry-on bag stuffed between his cramped legs. Before I knew it, he was chomping through a peanut-butter-and-jelly sandwich on white and an apple brought from home.

A guy who shoots himself with insulin five times a day can't play it too safe.

"I had this as a backup," said Muldoon, whose ticket cost $575. "I'm no fool."

He chuckled, but in a way that implied disappointment, not enjoyment: "What do they say, 'Fool me once, shame on you; fool me twice, shame on me?' You live and you learn."

I opened my salami packet; my fingers were inevitably smeared with grease. Ditto with the restaurant-butter-size portion of cheese spread. I scavenged for a napkin: none. I asked the flight attendant, now two rows behind me, if she had one.

"Not on this cart," she replied, and tossed a dispassionate nod about 15 rows away, where another attendant was tending to the beverage cart.

As I struggled to comprehend all this, a man's voice came over the P.A. system: "We are recycling on today's flight," he said, urging caution in assembling our waste.

How magnanimous. I wanted to shout back, "Give me a napkin, and I'll let you recycle it, for crying out loud!"

About 10 minutes later, I got my napkin. No charge.

Que sera, sera, especially if you're flying coach.

Contact Maria Panaritis

at 215-854-2431 or mpanaritis@phillynews.com, or follow on Twitter @panaritism.

**Load-Date:** April 27, 2012

---