# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISON
#### Civil Action No.: 3:17-CV-00652

SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,

        Plaintiffs,

  v.

FRITO-LAY NORTH AMERICA, INC.,

        Defendant.

**DECLARATION OF DAVID E. ARMENDARIZ**

**EXHIBIT 5 – FILED UNDER SEAL**

# FILED UNDER SEAL