IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON
Civil Action No.: 3:17-CV-00652

SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,

    Plaintiffs,

v.

FRITO-LAY NORTH AMERICA, INC.,

    Defendant.

**EXPERT REPORT AND DECLARATION OF PROFESSOR ISABELLA CUNNINGHAM**

**INDEX OF APPENDICES**

| **Appendix No.** | **Description** |
| --- | --- |
| 1. | Consumer Internet Survey (Secondary Meaning) for TEST |
| 2. | Sample Disposition of Pretzel Crisps Survey among 1,495 Survey Participants who Opened the Internet Survey |
| 3. | Demographics |
| 4. | Stimulus = Test |
| 5. | Dr. Isabella Cunningham – Cases retained as an expert witness since 2009 |
| 6. | Dr. Isabella Cunningham CV |