# APPENDIX 1

Consumer Internet Survey (Secondary Meaning) for TEST

Welcome to our survey. We are conducting a brief survey and would like to ask you a few questions. There are no right or wrong answers. We are only interested in your opinion. If you do not have an opinion, please feel free to say so. All of your answers will be confidential and you will remain anonymous.

When you are ready to continue to the next screen, click the red "Next" button below and to the right.

S1. What is your sex?

___ Male [*Continue to S2*]
___ Female [*Continue to S2*]

S2. In which category does your age fall?

___ Under age 18 [*Thank & Terminate*]
___ Age 18 to 30 [*Continue to Question S3*]
___ Age 31 to 45 [*Continue to Question S3*]
___ Age 46 to 60 [*Continue to Question S3*]
___ Age 61 and older [*Continue to Question S3*]
___ Prefer not to say [*Thank & Terminate*]

S3. In what state do you currently reside? _____
[*If not in the USA, Thank & Terminate*]

S4. What type of electronic device are you using to complete this survey?
[*Devices are presented in random order*]

___ Desktop computer [*Continue to Question S5*]
___ Laptop/notebook computer [*Continue to Question S5*]
___ Tablet computer [*Continue to Question S5*]
___ Smartphone [*Continue to Question S5*]
___ Other: _____ [*Thank & Terminate*]
___ Don't know / not sure [*Thank & Terminate*]

S5. Do you, or does anyone in your household, work for an advertising agency or marketing research firm?

___ Yes [*Thank & Terminate*]
___ No [*Continue to Question S6*]

S6. Do you, or does anyone in your household, work for a supermarket, grocery store, or a food discount store?

___ Yes [*Thank & Terminate*]
___ No [*Continue to Question S7*]

S7. Do you, or does anyone in your household, work for a convenience store?

      ___ Yes [*Thank & Terminate*]
      ___ No [*Continue to Question S8*]

S8. How much of the grocery shopping do you personally do for your household?

      ___ all of it  [*Continue to Question S9*]
      ___ almost all of it  [*Continue to Question S9*]
      ___ half of it  [*Continue to Question S9*]
      ___ less than half of it  [*Continue to Question S9*]
      ___ none of it  [*Thank & Terminate*]

S9. Which of the following products, if any, have you purchased in the last three months?

| [*Products are presented in random order*] | Have purchased in the last 3 months | Have not purchased in the last 3 months | Don't Recall |
|---|:---:|:---:|:---:|
| Crackers…………………………………… | ☐ | ☐ | ☐ |
| Pretzels…………………………………… | ☐ | ☐ | ☐ |
| Potato chips……………………………… | ☐ | ☐ | ☐ |
| Cereals…………………………………… | ☐ | ☐ | ☐ |
| Frozen dinners…………………………… | ☐ | ☐ | ☐ |
| Cat / dog foods………………………… | ☐ | ☐ | ☐ |
| Cookies………………………………… | ☐ | ☐ | ☐ |
| Nuts……………………………………… | ☐ | ☐ | ☐ |
| Renifs…………………………………… | ☐ | ☐ | ☐ |

[*If survey participant has purchased "Renifs" in the last three months, Thank & Terminate*]
[*If survey participant has purchased both "Crackers" and "Pretzels" in the last three months, continue to S11*]
[*If survey participant has not purchased both "Crackers" and "Pretzels" in the last three months, continue to S10*]

S10. Which of the following products, if any, do you plan to purchase within the next three months?

| [*Products are presented in random order*] | Plan to purchase in the next 3 months | Do not plan to purchase in the next 3 months | Don't know/ not sure |
|---|:---:|:---:|:---:|
| Crackers……………………………………… | ☐ | ☐ | ☐ |
| Pretzels……………………………………… | ☐ | ☐ | ☐ |
| Potato chips………………………………… | ☐ | ☐ | ☐ |
| Cereals……………………………………… | ☐ | ☐ | ☐ |
| Frozen dinners…………………………… | ☐ | ☐ | ☐ |
| Cat / dog foods………………………… | ☐ | ☐ | ☐ |
| Cookies……………………………………… | ☐ | ☐ | ☐ |
| Nuts………………………………………… | ☐ | ☐ | ☐ |
| Renifs……………………………………… | ☐ | ☐ | ☐ |

[*If survey participant plans to purchase "Renifs" in the next three months, Thank & Terminate*]
[*If survey participant plans to purchase* both *"Crackers"* and *"Pretzels" in the next three months, continue to S11*]
[*If survey participant does not plan to purchase both* "Crackers" and *"Pretzels" in the next three months, Thank & Terminate*]

S11.                    IMPORTANT: Survey Instructions

Before continuing with this survey, please carefully read these instructions:

- Please take the survey in one session.

- When taking this survey, please do not at any time open any other windows or tabs on this electronic device.

- When taking this survey, please do not access any other electronic devices such as computers, tablets, or cellphones/smartphones.

- Please do not view any other written material when taking this survey.

- Please do not consult or talk with any person when taking this survey.

[*One of two response option sets,* S11a *and* S11b, *is randomly presented to each survey participant*]

S11a.

    \_\_ I do not understand the above instructions.  [*Thank & Terminate*]

    \_\_ I do not agree to follow the above instructions.  [*Thank & Terminate*]

    \_\_ I have read the above instructions, understand them, and will follow them.
      [*Continue to C1*]

S11b.

    \_\_ I have read the above instructions, understand them, and will follow them.
      [*Continue to C1*]

    \_\_ I do not agree to follow the above instructions.  [*Thank & Terminate*]

    \_\_ I do not understand the above instructions.  [*Thank & Terminate*]


C1.  Please look at the image below:

Can you clearly see the above image?

    \_\_\_ Yes [*Continue to C2*]
    \_\_\_ No [*Thank & Terminate*]

[*The image displayed in C1 is removed before C2 is presented*]

C2.  What was the image you just saw on the screen?
    [*Response options presented in random order*]

    \_\_ a bicycle [*Continue to I1*]
    \_\_ a baseball bat [*Thank & Terminate*]
    \_\_ a fur coat  [*Thank & Terminate*]
    \_\_ an airplane  [*Thank & Terminate*]
    \_\_ a television set  [*Thank & Terminate*]
    \_\_ a mailbox  [*Thank & Terminate*]
    \_\_ other: _____  [*Thank & Terminate*]

I1.  The next screens will ask you some questions about a name of a product or products.  If you can't answer a question or have no opinion, please so indicate.

When you are ready to continue, click the red "Next" button below and to the right.

Q1.  From what you know, when used in connection with crackers or similar products, do you associate PRETZEL CRISPS with <u>only one</u> company, or do you associate PRETZEL CRISPS with <u>more than one</u> company, or do you associate PRETZEL CRISPS with <u>no</u> company, or don't you know?

[*Question responses within Q1 will be arranged to correspond with the order of response options as specified below*]
[*Order of response options are randomized into three sets: a/b/c/d or c/a/b/d or b/a/c/d*]

[a]____  I associate PRETZEL CRISPS with <u>only one</u> company.
[b]____  I associate PRETZEL CRISPS with <u>more than one</u> company.
[c]____  I associate PRETZEL CRISPS with <u>no</u> company.
[d]____  Don't know / no opinion  [*Skip to I2*]

[*Ask Question 2 only if the response to Question 1 is option 'a'*]
Q2.  Why do you associate PRETZEL CRISPS with only one company?

_____
  <> I don't know / no opinion [*Skip to Q3*]

  Q2a.  Anything else? _____

Q3.  From what you know, what company do you associate with PRETZEL CRISPS?

_____
  <> I don't know / no opinion [*Skip to I2*]

  Q3a.  Why do you say [*response from Q3*]? _____

  Q3b.  Anything else? _____
      [*Skip to I2*]

[*Ask Question 4 only if the response to Question 1 is option 'b'*]
Q4.  Why do you associate PRETZEL CRISPS with more than one company?

_____
  <> I don't know / no opinion [*Skip to I2*]

  Q4a.  Anything else? _____
      [*Skip to I2*]

[*Ask Question 5 only if the response to Question 1 is option 'c'*]
Q5. Why do you associate PRETZEL CRISPS with no company?

_____

<> I don't know / no opinion [*Skip to I2*]

Q5a. Anything else? _____

I2. The following questions are for classification purposes only. Your responses to them are also confidential and you will remain anonymous.

S12. At any time during this survey did you open any other windows or tabs on this electronic device?

    ___ Yes [*Thank & Terminate*]
    ___ No [*Continue to Question S13*]

S13. At any time during this survey did you look at or use any other electronic devices, such as computers, tablets, or cellphones/smartphones (other than the device you used to take this survey)?

    ___ Yes [*Thank & Terminate*]
    ___ No [*Continue to Question S14*]

S14. At any time during this survey did you view any written material (other than this survey) or consult or talk with any person?

    ___ Yes [*Thank & Terminate*]
    ___ No [*Continue to Question S15*]

S15. At any time during this survey did you use any search engine on this computer or any other electronic device?

    __ Yes [*Thank & Terminate*]
    __ No [*Continue to Question S16*]

S16. Within the past 3 months, have you participated in any Internet survey concerning PRETZEL CRISPS?

    ___ Yes [*Thank & Terminate - but treat as "completion" for panel company*]
    ___ No [*Continue to end of survey*]

Thank you very much for your cooperation.

# Welcome to our survey

We are conducting a brief survey and would like to ask you a few questions. There are no right or wrong answers. We are only interested in your opinion. If you do not have an opinion, please feel free to say so. All of your answers will be confidential and you will remain anonymous.

When you are ready to continue to the next screen, click the "Next" button below and to the right.

Next

Powered by Qualtrics



What is your sex?

Male

Female

Next

Powered by Qualtrics

In which category does your age fall?

Under age 18

Age 18 to 30

Age 31 to 45

Age 46 to 60

Age 61 and older

Prefer not to say

Next

Powered by Qualtrics

In what state do you currently reside?

[                    ▼]

[Next]

Powered by Qualtrics

What type of electronic device are you using to complete this survey?

Smartphone

Desktop computer

Laptop/notebook computer

Tablet computer

Other

Don't know / not sure

Next

Powered by Qualtrics

Do you, or does anyone in your household, work for an advertising agency or marketing research firm?

Yes

No

Next

Powered by Qualtrics

Do you, or does anyone in your household, work for a supermarket, grocery store, or a food discount store?

Yes

No

Next

Powered by Qualtrics

Do you, or does anyone in your household, work for a convenience store?

Yes

No

Next

Powered by Qualtrics

How much of the grocery shopping do you personally do for your household?

all of it

almost all of it

half of it

less than half of it

none of it

Next

Powered by Qualtrics

If you are using a cellphone/smartphone to take this survey, please put your phone in landscape mode (horizontal) for the next couple of questions.

When you are ready to continue to the next screen, click the "Next" button below and to the right.

Next

Powered by Qualtrics

Which of the following products, if any, have you purchased in the last three months?

| | Have purchased in the last 3 months | Have not purchased in the last 3 months | Don't Recall |
|---|---|---|---|
| Frozen dinners | ○ | ○ | ○ |
| Crackers | ○ | ○ | ○ |
| Renifs | ○ | ○ | ○ |
| Nuts | ○ | ○ | ○ |
| Potato chips | ○ | ○ | ○ |
| Cat / dog foods | ○ | ○ | ○ |
| Pretzels | ○ | ○ | ○ |
| Cereals | ○ | ○ | ○ |
| Cookies | ○ | ○ | ○ |

Next

Powered by Qualtrics

Which of the following products, if any, do you plan to purchase within the next three months?

| | Plan to purchase in the next 3 months | Do not plan to purchase in the next 3 months | Don't Recall |
|---|---|---|---|
| Potato chips | ○ | ○ | ○ |
| Crackers | ○ | ○ | ○ |
| Frozen dinners | ○ | ○ | ○ |
| Cereals | ○ | ○ | ○ |
| Cookies | ○ | ○ | ○ |
| Pretzels | ○ | ○ | ○ |
| Renifs | ○ | ○ | ○ |
| Cat / dog foods | ○ | ○ | ○ |
| Nuts | ○ | ○ | ○ |

Next

Powered by Qualtrics

# IMPORTANT: <u>Survey Instructions</u>

Before continuing with this survey, please carefully read these instructions:

1. Please take the survey in <u>one</u> session.

2. When taking this survey, please do <u>not</u> at any time open any other windows or tabs on this electronic device.

3. When taking this survey, please do <u>not</u> access any other electronic devices, such as computers, tablets, or cellphones/smartphones.

4. Please do <u>not</u> view any other written material when taking this survey.

5. Please do <u>not</u> consult or talk with any person when taking this survey.

I do not understand the above instructions.

I do not agree to follow the above instructions.

I have read the above instructions, understand them, and will follow them.

Next

Powered by Qualtrics

Please look at the image below:



Can you clearly see the above image?

Yes

No

Next

Powered by Qualtrics

What was the image you just saw on the screen?

a television set

a baseball bat

a fur coat

an airplane

a bicycle

a mailbox

other:

Next

The next screens will ask you some questions about a name of a product or products.  If you can't answer a question or have no opinion, please so indicate.

When you are ready to continue, click the "Next" button below and to the right.

Next

Powered by Qualtrics

From what you know, when used in connection with crackers or similar products, do you associate PRETZEL CRISPS with <u>only one</u> company, or do you associate PRETZEL CRISPS with <u>more than one</u> company, or do you associate PRETZEL CRISPS with <u>no</u> company, or don't you know?

I associate PRETZEL CRISPS with <u>only one</u> company.

I associate PRETZEL CRISPS with <u>more than one</u> company.

I associate PRETZEL CRISPS with <u>no</u> company.

Don't know / no opinion

Next

Powered by Qualtrics

From what you know, when used in connection with crackers or similar products, do you associate PRETZEL CRISPS with <u>no</u> company, or do you associate PRETZEL CRISPS with <u>only one</u> company, or do you associate PRETZEL CRISPS with <u>more than one</u> company, or don't you know?

I associate PRETZEL CRISPS with <u>no</u> company.

I associate PRETZEL CRISPS with <u>only one</u> company.

I associate PRETZEL CRISPS with <u>more than one</u> company.

Don't know / no opinion

Next

Powered by Qualtrics

From what you know, when used in connection with crackers or similar products, do you associate PRETZEL CRISPS with more than one company, or do you associate PRETZEL CRISPS with only one company, or do you associate PRETZEL CRISPS with no company, or don't you know?

I associate PRETZEL CRISPS with more than one company.

I associate PRETZEL CRISPS with only one company.

I associate PRETZEL CRISPS with no company.

Don't know / no opinion

Next

Powered by Qualtrics

Why do you associate PRETZEL CRISPS with only one company?

I don't know / I have no opinion

Next

Powered by Qualtrics

Anything else?

Next

Powered by Qualtrics

From what you know, what company do you associate with PRETZEL CRISPS?

I don't know / no opinion

Next

Powered by Qualtrics

Why do you say that?

Next

Powered by Qualtrics

Anything else?

Next

Powered by Qualtrics

Why do you associate PRETZEL CRISPS with more than one company?

I don't know / no opinion

Next

Powered by Qualtrics

Anything else?

Next

Powered by Qualtrics

Why do you associate PRETZEL CRISPS with no company?

I don't know / no opinion

Next

Powered by Qualtrics

Anything else?

Next

Powered by Qualtrics

The following questions are for classification purposes only. Your responses to them are also confidential and you will remain anonymous.

At any time during this survey did you open any other windows or tabs on this electronic device?

Yes

No

Next

Powered by Qualtrics

At any time during this survey did you look at or use any other electronic devices, such as computers, tablets, or cellphones/smartphones (other than the device you used to take this survey)?

Yes

No

Next

Powered by Qualtrics

At any time during this survey did you view any written material (other than this survey) or consult or talk with any person?

Yes

No

Next

Powered by Qualtrics

At any time during this survey did you use any search engine on this computer or any other electronic device?

Yes

No

Next

Powered by Qualtrics

Within the past 3 months, have you participated in any Internet survey concerning PRETZEL CRISPS?

Yes

No

Next

Powered by Qualtrics

# Thank you very much for your cooperation

**Please wait while your survey is being recorded.**

Next

Powered by Qualtrics

Consumer Internet Survey (Secondary Meaning) for CONTROL

Welcome to our survey. We are conducting a brief survey and would like to ask you a few questions. There are no right or wrong answers. We are only interested in your opinion. If you do not have an opinion, please feel free to say so. All of your answers will be confidential and you will remain anonymous.

When you are ready to continue to the next screen, click the red "Next" button below and to the right.

S1. What is your sex?

\_\_\_ Male  [*Continue to S2*]
\_\_\_ Female  [*Continue to S2*]

S2. In which category does your age fall?

\_\_\_ Under age 18  [*Thank & Terminate*]
\_\_\_ Age 18 to 30  [*Continue to Question S3*]
\_\_\_ Age 31 to 45  [*Continue to Question S3*]
\_\_\_ Age 46 to 60  [*Continue to Question S3*]
\_\_\_ Age 61 and older [*Continue to Question S3*]
\_\_\_ Prefer not to say  [*Thank & Terminate*]

S3. In what state do you currently reside? _____
[*If not in the USA, Thank & Terminate*]

S4. What type of electronic device are you using to complete this survey?
[*Devices are presented in random order*]

\_\_\_ Desktop computer  [*Continue to Question S5*]
\_\_\_ Laptop/notebook computer  [*Continue to Question S5*]
\_\_\_ Tablet computer  [*Continue to Question S5*]
\_\_\_ Smartphone  [*Continue to Question S5*]
\_\_\_ Other: _____    [*Thank & Terminate*]
\_\_\_ Don't know / not sure  [*Thank & Terminate*]

S5. Do you, or does anyone in your household, work for an advertising agency or marketing research firm?

\_\_\_ Yes [*Thank & Terminate*]
\_\_\_ No [*Continue to Question S6*]

S6. Do you, or does anyone in your household, work for a supermarket, grocery store, or a food discount store?

\_\_\_ Yes [*Thank & Terminate*]
\_\_\_ No [*Continue to Question S7*]

S7. Do you, or does anyone in your household, work for a convenience store?

       \_\_\_ Yes [*Thank & Terminate*]
       \_\_\_ No [*Continue to Question S8*]

S8. How much of the grocery shopping do you personally do for your household?

       \_\_\_ all of it  [*Continue to Question S9*]
       \_\_\_ almost all of it  [*Continue to Question S9*]
       \_\_\_ half of it  [*Continue to Question S9*]
       \_\_\_ less than half of it  [*Continue to Question S9*]
       \_\_\_ none of it  [*Thank & Terminate*]

S9. Which of the following products, if any, have you purchased in the last three months?

| [*Products are presented in random order*] | Have purchased in the last 3 months | Have not purchased in the last 3 months | Don't Recall |
|---|:---:|:---:|:---:|
| Crackers…………………………………… | ☐ | ☐ | ☐ |
| Pretzels…………………………………… | ☐ | ☐ | ☐ |
| Potato chips……………………………… | ☐ | ☐ | ☐ |
| Cereals…………………………………… | ☐ | ☐ | ☐ |
| Frozen dinners…………………………… | ☐ | ☐ | ☐ |
| Cat / dog foods………………………… | ☐ | ☐ | ☐ |
| Cookies…………………………………… | ☐ | ☐ | ☐ |
| Nuts……………………………………… | ☐ | ☐ | ☐ |
| Renifs……………………………………… | ☐ | ☐ | ☐ |

[*If survey participant has purchased "Renifs" in the last three months, Thank & Terminate*]
[*If survey participant has purchased both "Crackers" and "Pretzels" in the last three months, continue to S11*]
[*If survey participant has not purchased both "Crackers" and "Pretzels" in the last three months, continue to S10*]

S10.  Which of the following products, if any, do you plan to purchase within the next three months?

| [*Products are presented in random order*] | **Plan to purchase in the next 3 months** | **Do not plan to purchase in the next 3 months** | **Don't know/ not sure** |
|---|:---:|:---:|:---:|
| Crackers............................................... | ☐ | ☐ | ☐ |
| Pretzels............................................... | ☐ | ☐ | ☐ |
| Potato chips.......................................... | ☐ | ☐ | ☐ |
| Cereals............................................... | ☐ | ☐ | ☐ |
| Frozen dinners....................................... | ☐ | ☐ | ☐ |
| Cat / dog foods..................................... | ☐ | ☐ | ☐ |
| Cookies............................................... | ☐ | ☐ | ☐ |
| Nuts................................................... | ☐ | ☐ | ☐ |
| Renifs............................................... | ☐ | ☐ | ☐ |

[*If survey participant plans to purchase "Renifs" in the next three months, Thank & Terminate*]
[*If survey participant plans to purchase <u>both</u> "Crackers" <u>and</u> "Pretzels" in the next three months, continue to S11*]
[*If survey participant does not plan to purchase both "Crackers" <u>and</u> "Pretzels" in the next three months, Thank & Terminate*]

S11.                    IMPORTANT: Survey Instructions

Before continuing with this survey, please carefully read these instructions:

- Please take the survey in <u>one</u> session.

- When taking this survey, please do <u>not</u> at any time open any other windows or tabs on this electronic device.

- When taking this survey, please do <u>not</u> access any other electronic devices such as computers, tablets, or cellphones/smartphones.

- Please do <u>not</u> view any other written material when taking this survey.

- Please do <u>not</u> consult or talk with any person when taking this survey.

[*One of two response option sets, S11a and S11b, is randomly presented to each survey participant*]

S11a.
    __ I do not understand the above instructions.  [*Thank & Terminate*]

    __ I do not agree to follow the above instructions.  [*Thank & Terminate*]

    __ I have read the above instructions, understand them, and will follow them.
       [*Continue to C1*]

S11b.
    __ I have read the above instructions, understand them, and will follow them.
       [*Continue to C1*]

    __ I do not agree to follow the above instructions.  [*Thank & Terminate*]

    __ I do not understand the above instructions.  [*Thank & Terminate*]


C1.  Please look at the image below:

Can you clearly see the above image?

    ___ Yes [*Continue to C2*]
    ___ No [*Thank & Terminate*]

[*The image displayed in C1 is removed before C2 is presented*]

C2.  What was the image you just saw on the screen?
    [*Response options presented in random order*]

    __ a bicycle [*Continue to I2*]
    __ a baseball bat [*Thank & Terminate*]
    __ a fur coat  [*Thank & Terminate*]
    __ an airplane  [*Thank & Terminate*]
    __ a television set  [*Thank & Terminate*]
    __ a mailbox  [*Thank & Terminate*]
    __ other: _____  [*Thank & Terminate*]

P1.  The next screens will ask you some questions about a name of a product or products.  If you can't answer a question or have no opinion, please so indicate.

When you are ready to continue, click the red "Next" button below and to the right.

Q1.  From what you know, when used in connection with crackers or similar products, do you associate CRACKER THINS with <u>only one</u> company, or do you associate CRACKER THINS with <u>more than one</u> company, or do you associate CRACKER THINS with <u>no</u> company, or don't you know?

[*Question responses within Q1 will be arranged to correspond with the order of response options as specified below*]
[*Order of response options are randomized into three sets: a/b/c/d or c/a/b/d or b/a/c/d*]

[a]____   I associate CRACKER THINS with <u>only one</u> company.
[b]____   I associate CRACKER THINS with <u>more than one</u> company.
[c]____   I associate CRACKER THINS with <u>no</u> company.
[d]____   Don't know / no opinion  [*Skip to I2*]

[Ask *Question 2 only if the response to Question 1 is option 'a'*]
Q2.  Why do you associate CRACKER THINS with only one company?

_____
<> I don't know / no opinion [*Skip to Q3*]

Q2a.  Anything else? _____

Q3.  From what you know, what company do you associate with CRACKER THINS?

_____
<> I don't know / no opinion [*Skip to I2*]

Q3a.  Why do you say [*response from Q3*]? _____

Q3b.  Anything else? _____
       [*Skip to I2*]

[*Ask Question 4 only if the response to Question 1 is option 'b'*]
Q4.  Why do you associate CRACKER THINS with more than one company?

_____
<> I don't know / no opinion [*Skip to I2*]

Q4a.  Anything else? _____
       [*Skip to I2*]

[*Ask Question 5 only if the response to Question 1 is option 'c'*]
Q5. Why do you associate CRACKER THINS with no company?

_____

<> I don't know / no opinion [*Skip to I2*]

Q5a. Anything else? _____

I2. The following questions are for classification purposes only. Your responses to them are also confidential and you will remain anonymous.

S12. At any time during this survey did you open any other windows or tabs on this electronic device?

_____ Yes [*Thank & Terminate*]
_____ No [*Continue to Question S13*]

S13. At any time during this survey did you look at or use any other electronic devices, such as computers, tablets, or cellphones/smartphones (other than the device you used to take this survey)?

_____ Yes [*Thank & Terminate*]
_____ No [*Continue to Question S14*]

S14. At any time during this survey did you view any written material (other than this survey) or consult or talk with any person?

_____ Yes [*Thank & Terminate*]
_____ No [*Continue to Question S15*]

S15. At any time during this survey did you use any search engine on this computer or any other electronic device?

___ Yes [*Thank & Terminate*]
___ No [*Continue to Question S16*]

S16. Within the past 3 months, have you participated in any Internet survey concerning PRETZEL CRISPS?

_____ Yes [*Thank & Terminate - but treat as "completion" for panel company*]
_____ No [*Continue to end of survey*]

Thank you very much for your cooperation.

# Welcome to our survey

We are conducting a brief survey and would like to ask you a few questions. There are no right or wrong answers.  We are only interested in your opinion.  If you do not have an opinion, please feel free to say so.  All of your answers will be confidential and you will remain anonymous.

When you are ready to continue to the next screen, click the "Next" button below and to the right.

Next

Powered by Qualtrics



In which category does your age fall?

Under age 18

Age 18 to 30

Age 31 to 45

Age 46 to 60

Age 61 and older

Prefer not to say

Next

Powered by Qualtrics

In what state do you currently reside?

[                    ▾]

Next

Powered by Qualtrics

What type of electronic device are you using to complete this survey?

Smartphone

Desktop computer

Laptop/notebook computer

Tablet computer

Other

Don't know / not sure

Next

Powered by Qualtrics

Do you, or does anyone in your household, work for an advertising agency or marketing research firm?

Yes

No

Next

Powered by Qualtrics

Do you, or does anyone in your household, work for a supermarket, grocery store, or a food discount store?

Yes

No

Next

Powered by Qualtrics

Do you, or does anyone in your household, work for a convenience store?

Yes

No

Next

Powered by Qualtrics

How much of the grocery shopping do you personally do for your household?

all of it

almost all of it

half of it

less than half of it

none of it

Next

Powered by Qualtrics

If you are using a cellphone/smartphone to take this survey, please put your phone in landscape mode (horizontal) for the next couple of questions.

When you are ready to continue to the next screen, click the "Next" button below and to the right.

Next

Powered by Qualtrics

Which of the following products, if any, have you purchased in the last three months?

|  | Have purchased in the last 3 months | Have not purchased in the last 3 months | Don't Recall |
|---|---|---|---|
| Frozen dinners | O | O | O |
| Crackers | O | O | O |
| Renifs | O | O | O |
| Nuts | O | O | O |
| Potato chips | O | O | O |
| Cat / dog foods | O | O | O |
| Pretzels | O | O | O |
| Cereals | O | O | O |
| Cookies | O | O | O |

Next

Powered by Qualtrics

Which of the following products, if any, do you plan to purchase within the next three months?

| | Plan to purchase in the next 3 months | Do not plan to purchase in the next 3 months | Don't Recall |
|---|:---:|:---:|:---:|
| Potato chips | ○ | ○ | ○ |
| Crackers | ○ | ○ | ○ |
| Frozen dinners | ○ | ○ | ○ |
| Cereals | ○ | ○ | ○ |
| Cookies | ○ | ○ | ○ |
| Pretzels | ○ | ○ | ○ |
| Renifs | ○ | ○ | ○ |
| Cat / dog foods | ○ | ○ | ○ |
| Nuts | ○ | ○ | ○ |

Next

Powered by Qualtrics

# IMPORTANT: <u>Survey Instructions</u>

Before continuing with this survey, please carefully read these instructions:

1. Please take the survey in <u>one</u> session.

2. When taking this survey, please do <u>not</u> at any time open
   any other windows or tabs on this electronic device.

3. When taking this survey, please do <u>not</u> access any other
   electronic devices, such as computers, tablets,
   or cellphones/smartphones.

4. Please do <u>not</u> view any other written material when taking this survey.

5. Please do <u>not</u> consult or talk with any person when taking this survey.

I do not understand the above instructions.

I do not agree to follow the above instructions.

I have read the above instructions, understand them, and will follow them.

Next

Powered by Qualtrics

Please look at the image below:



Can you clearly see the above image?

Yes

No

Next

Powered by Qualtrics

What was the image you just saw on the screen?

a television set

a baseball bat

a fur coat

an airplane

a bicycle

a mailbox

other:

Next

The next screens will ask you some questions about a name of a product or products.  If you can't answer a question or have no opinion, please so indicate.

When you are ready to continue, click the "Next" button below and to the right.

Next

Powered by Qualtrics

From what you know, when used in connection with crackers or similar products, do you associate CRACKER THINS with only one company, or do you associate CRACKER THINS with more than one company, or do you associate CRACKER THINS with no company, or don't you know?

I associate CRACKER THINS with only one company.

I associate CRACKER THINS with more than one company.

I associate CRACKER THINS with no company.

Don't know / no opinion

Next

Powered by Qualtrics

From what you know, when used in connection with crackers or similar products, do you associate CRACKER THINS with <u>no</u> company, or do you associate CRACKER THINS with <u>only one</u> company, or do you associate CRACKER THINS with <u>more than one</u> company, or don't you know?

I associate CRACKER THINS with <u>no</u> company.

I associate CRACKER THINS with <u>only one</u> company.

I associate CRACKER THINS with <u>more than one</u> company.

Don't know / no opinion

Next

Powered by Qualtrics

From what you know, when used in connection with crackers or similar products, do you associate CRACKER THINS with more than one company, or do you associate CRACKER THINS with only one company, or do you associate CRACKER THINS with no company, or don't you know?

I associate CRACKER THINS with more than one company.

I associate CRACKER THINS with only one company.

I associate CRACKER THINS with no company.

Don't know / no opinion

Next

Powered by Qualtrics

Why do you associate CRACKER THINS with only one company?

I don't know / I have no opinion

Next

Powered by Qualtrics

Anything else?

Next

Powered by Qualtrics

From what you know, what company do you associate with CRACKER THINS?

I don't know / I have no opinion

Next

Powered by Qualtrics

Why do you say that?

Next

Powered by Qualtrics

Anything else?

Next

Powered by Qualtrics

Why do you associate CRACKER THINS with more than one company?

I don't know / no opinion

Next

Powered by Qualtrics

Anything else?

[ ]

Next

Powered by Qualtrics

Why do you associate CRACKER THINS with no company?

I don't know / no opinion

Next

Powered by Qualtrics

Anything else?

Next

Powered by Qualtrics

The following questions are for classification purposes only.  Your responses to them are also confidential and you will remain anonymous.

At any time during this survey did you open any other windows or tabs on this electronic device?

Yes

No

Next

Powered by Qualtrics

At any time during this survey did you look at or use any other electronic devices, such as computers, tablets, or cellphones/smartphones (other than the device you used to take this survey)?

| Yes |
| No |

Next

Powered by Qualtrics

At any time during this survey did you view any written material (other than this survey) or consult or talk with any person?

Yes

No

Next

Powered by Qualtrics

At any time during this survey did you use any search engine on this computer or any other electronic device?

Yes

No

Next

Powered by Qualtrics

Within the past 3 months, have you participated in any Internet survey concerning PRETZEL CRISPS?

Yes

No

Next

Powered by Qualtrics

# Thank you very much for your cooperation

**Please wait while your survey is being recorded.**

Next

Powered by Qualtrics