# APPENDIX 2

### Sample Disposition of PRETZEL CRISPS Survey among
### 1,495 Survey Participants Who Opened the Internet Survey

| Reasons for Exclusion or Termination | Excluded | Balance |
|---|---|---|
| Total Data Records (survey participants who opened the survey) | | 1,495 |
| Duplicate IP address | 13 | 1,482 |
| Voluntarily terminated survey | 23 | 1,459 |
| (S2) Refused / Ineligible age | 22 | 1,437 |
| (S4) Don't know device used to take survey | 4 | 1,433 |
| (S5) Works for advertising company or market research firm | 24 | 1,409 |
| Not qualified (S6) Works for supermarket, grocery store | 37 | 1,372 |
| Not qualified (S7) Works for convenience store | 3 | 1,369 |
| Not qualified (S8) Personaly does none of the grocery shopping | 2 | 1,367 |
| Cheater (S9) Purchased non-existent product | 50 | 1,317 |
| Cheater (S10) Plans to purchase non-existent product | 3 | 1,314 |
| Not qualified (S10) Has not purchased & will not purchase products | 598 | 716 |
| (S11) Did not agree to follow instructions | 33 | 683 |
| (C1, C2) Could not see or identify image in image test | 2 | 681 |
| Cheater (S12, S13, S14, S15) Failed to follow instructions | 17 | 664 |
| (S16) Participated in survey concerning PRETZEL CRISPS | 4 | 660 |
| Bad data (Non-responsive verbatim) | 5 | 655 |
| | | |
| Valid Completed Surveys | 655 | |