# APPENDIX 3

# Demographics

**S1  What is your sex?**

|  |  | Frequency | Percent |
|---|---|---:|---:|
| Valid | Male | 204 | 31.1 |
|  | Female | 451 | 68.9 |
|  | Total | 655 | 100.0 |

**S2  In which category does your age fall?**

|  |  | Frequency | Percent | Cumulative Percent |
|---|---|---:|---:|---:|
| Valid | Age 18 to 30 | 35 | 5.3 | 5.3 |
|  | Age 31 to 45 | 146 | 22.3 | 27.6 |
|  | Age 46 to 60 | 320 | 48.9 | 76.5 |
|  | Age 61 and older | 154 | 23.5 | 100.0 |
|  | Total | 655 | 100.0 |  |

**S3  In what state do you currently reside?**

|       |                      | Frequency | Percent |
|-------|----------------------|-----------|---------|
| Valid | Alabama              | 6         | .9      |
|       | Alaska               | 1         | .2      |
|       | Arizona              | 12        | 1.8     |
|       | Arkansas             | 3         | .5      |
|       | California           | 57        | 8.7     |
|       | Colorado             | 4         | .6      |
|       | Connecticut          | 8         | 1.2     |
|       | Delaware             | 4         | .6      |
|       | District of Columbia | 2         | .3      |
|       | Florida              | 57        | 8.7     |
|       | Georgia              | 19        | 2.9     |
|       | Hawaii               | 3         | .5      |
|       | Idaho                | 5         | .8      |
|       | Illinois             | 20        | 3.1     |
|       | Indiana              | 13        | 2.0     |
|       | Iowa                 | 1         | .2      |
|       | Kansas               | 2         | .3      |
|       | Kentucky             | 12        | 1.8     |
|       | Louisiana            | 6         | .9      |
|       | Maine                | 4         | .6      |
|       | Maryland             | 11        | 1.7     |
|       | Massachusetts        | 17        | 2.6     |
|       | Michigan             | 22        | 3.4     |
|       | Minnesota            | 11        | 1.7     |
|       | Mississippi          | 4         | .6      |
|       | Missouri             | 17        | 2.6     |
|       | Nebraska             | 6         | .9      |
|       | Nevada               | 6         | .9      |
|       | New Hampshire        | 2         | .3      |
|       | New Jersey           | 27        | 4.1     |
|       | New Mexico           | 1         | .2      |
|       | New York             | 53        | 8.1     |
|       | North Carolina       | 29        | 4.4     |
|       | North Dakota         | 1         | .2      |
|       | Ohio                 | 31        | 4.7     |
|       | Oklahoma             | 4         | .6      |
|       | Oregon               | 8         | 1.2     |
|       | Pennsylvania         | 45        | 6.9     |
|       | Rhode Island         | 3         | .5      |
|       | South Carolina       | 7         | 1.1     |
|       | Tennessee            | 19        | 2.9     |
|       | Texas                | 30        | 4.6     |
|       | Utah                 | 3         | .5      |
|       | Vermont              | 2         | .3      |
|       | Virginia             | 18        | 2.7     |
|       | Washington           | 11        | 1.7     |
|       | West Virginia        | 9         | 1.4     |
|       | Wisconsin            | 18        | 2.7     |
|       | Wyoming              | 1         | .2      |
|       | Total                | 655       | 100.0   |