# APPENDIX 4

# STIMULUS = TEST

**Q1** ...**Do you associate PRETZEL CRISPS with only one company,**
**more than one company, no company, or don't you know?**[a]

| | | Frequency | Percent |
|---|---|---|---|
| Valid | Only one company | 95 | 29.1 |
| | More than one company | 92 | 28.1 |
| | No company | 83 | 25.4 |
| | Don't know / no opinion | 57 | 17.4 |
| | Total | 327 | 100.0 |

a. STIMULUS = TEST

**Q3  From what you know, what company do you associate with PRETZEL CRISPS?[a]**

| | | Frequency | Percent |
|---|---|---|---|
| Valid | [I don't know  / no opinion] | 35 | 36.8 |
| | As I said, I can see the package but I cannot remember the name - is this a British survey? What the heck is a pretzel CRISP? Is that the same thing as a pretzel or is it more like a potato chip? | 1 | 1.1 |
| | Can't recall - They are in the blue package.  Don't know the brand. | 1 | 1.1 |
| | Can't recall | 1 | 1.1 |
| | Can't remember name | 1 | 1.1 |
| | can't think of the company | 1 | 1.1 |
| | Crisp company | 1 | 1.1 |
| | Don't remember | 1 | 1.1 |
| | Don t recall | 1 | 1.1 |
| | Either Nabisco, or Lays | 1 | 1.1 |
| | herr's | 1 | 1.1 |
| | I am not sure. | 1 | 1.1 |
| | I associate them with snyders pretzel company that makes all different kinds of pretzels that taste great and are made great | 1 | 1.1 |
| | I don't know the name but I can visualize the package | 1 | 1.1 |
| | keebler | 1 | 1.1 |
| | Keebler | 1 | 1.1 |
| | Lays | 1 | 1.1 |
| | nabisco | 1 | 1.1 |
| | Nabisco | 2 | 2.1 |
| | Old Dutch | 1 | 1.1 |
| | Pepperiage Farmes | 1 | 1.1 |
| | Pretzel Crisps | 2 | 2.1 |
| | Pretzel Factory | 1 | 1.1 |
| | Pretzel thins | 1 | 1.1 |
| | Pretzel Thins | 1 | 1.1 |
| | Ritz | 3 | 3.2 |
| | rold gold | 2 | 2.1 |
| | Rold Gold | 5 | 5.3 |
| | ROLD GOLD | 1 | 1.1 |
| | snack factory | 6 | 6.3 |
| | Snack factory | 1 | 1.1 |
| | Snack Factory | 7 | 7.4 |
| | snack pantry | 1 | 1.1 |
| | snyders | 1 | 1.1 |
| | Snyders | 2 | 2.1 |
| | synders | 1 | 1.1 |
| | The company that comes to mind is Snyder's. | 1 | 1.1 |
| | The Snack Factory | 1 | 1.1 |
| | Town House | 1 | 1.1 |
| | Town HOUSE | 1 | 1.1 |
| | Total | 95 | 100.0 |

a. Asked only of the 95 survey participants that indicated "Only one company" in response to Q3.

# STIMULUS = CONTROL

### Q1 ...Do you associate CRACKER THINS with only one company, more than one company, no company, or don't you know?[a]

| | | Frequency | Percent |
|---|---|---|---|
| Valid | Only one company | 75 | 22.9 |
| | More than one company | 128 | 39.0 |
| | No company | 85 | 25.9 |
| | Don't know / no opinion | 40 | 12.2 |
| | Total | 328 | 100.0 |

a. STIMULUS = CONTROL

### Q3 From what you know, what company do you associate with CRACKER THINS?[a]

| | | Frequency | Percent |
|---|---|---|---|
| Valid | [I don't know / no opinion] | 11 | 14.7 |
| | Carr's | 1 | 1.3 |
| | Cheez it | 1 | 1.3 |
| | cheeze its | 1 | 1.3 |
| | Has lots of snack options | 1 | 1.3 |
| | keebler | 1 | 1.3 |
| | Keebler | 2 | 2.7 |
| | nabisco | 6 | 8.0 |
| | Nabisco | 18 | 24.0 |
| | NABISCO | 2 | 2.7 |
| | Nabisco. | 1 | 1.3 |
| | nibscco | 1 | 1.3 |
| | nisbsco | 1 | 1.3 |
| | no | 1 | 1.3 |
| | Quality | 1 | 1.3 |
| | ritz | 1 | 1.3 |
| | Ritz | 3 | 4.0 |
| | Ritz Cracker | 1 | 1.3 |
| | RITZ crackers | 1 | 1.3 |
| | their crunchy | 1 | 1.3 |
| | thin crackers company | 1 | 1.3 |
| | Thin, crispy and full of grains. | 1 | 1.3 |
| | townhouse kelloggs | 1 | 1.3 |
| | triscuit | 1 | 1.3 |
| | Triscuit | 1 | 1.3 |
| | triscuits | 1 | 1.3 |
| | wheat thins | 3 | 4.0 |
| | Wheat thins | 1 | 1.3 |
| | Wheat Thins | 5 | 6.7 |
| | Wheat Thins. | 2 | 2.7 |
| | Wheat Thinss | 1 | 1.3 |
| | WheatThins | 1 | 1.3 |
| | Total | 75 | 100.0 |

a. Asked only of the 75 survey participants that indicated "Only one company" in response to Q3.

# STIMULUS = TEST

**Verbatim Responses of survey respondents who associate PRETZEL CRISPS with ONLY ONE COMPANY: TEST[a]**

| | ID | Q2 Why do you associate PRETZEL CRISPS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with PRETZEL CRISPS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 1 | 1024 | [I Don't know / no opinion] | | I am not sure. | I like pretzel crisps. Comes in a blue and white bag. Not sure who produces them | No |
| 2 | 1051 | Herr's | none | herr's | they have the best quality | none |
| 3 | 1056 | Rold Gold | no | Rold Gold | | |
| 4 | 1085 | [I don't know / no opinion] | | [Don't know / no opinion] | | |
| 5 | 1117 | Pretzel flats | No | Pretzel flats | | |
| 6 | 1137 | I have had them before But I forget the name. I believe it is Pepperage farms. | There may be others but I can not think of any | Pepperiage Farmes | I have had them before and they are very memorable. | They are a good product to serve during the Holiday's with dips. |
| 7 | 1175 | Familiar with the product | no | Snack factory | I have eaten them | no |
| 8 | 1195 | I've only had them once, and don't remember the name of that company | nothing, not that I can think of | I've only had them once, and don't remember the name of that company | | |
| 9 | 1217 | A company that makes Pretzels and nothing else | No | A company that makes Pretzels and nothing else | | |
| 10 | 1222 | have vaguely seen them but never bought them. all packaging looks the same so I assume it's the same company. | no | | | |
| 11 | 1241 | can only think of one | nope | | | |
| 12 | 1271 | I just do. | NO | Pretzel Crisps | My son loves pretzels | No |
| 13 | 1284 | potato chip companies make them | no | | | |
| 14 | 1285 | [I don't know / no opinion] | | [Don't know / no opinion] | | |
| 15 | 1294 | I have only seen them made by one company | No | Either Nabisco, or Lays | I think I might be correct | No |
| 16 | 1306 | snyders | no | synders | that's the only one I know | no |
| 17 | 1341 | I only recall seeing this made by one company. | no | can't think of the company | I don't normally buy pretzels due to sodium content so I don't pay much attention. | no |
| 18 | 1344 | I have only seen them in one type of bag | Dont know the brand but its a blue and white bag | Lays | I think it is but not sure | No |
| 19 | 1345 | [I don't know / no opinion] | | [I don't know / no opinion] | | |

| | ID | Q2 Why do you associate PRETZEL CRISPS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with PRETZEL CRISPS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 20 | 1356 | Rold Gold | No | Rold Gold | I believe that is the name that I saw on the packet of pretzel crisps that I bought, but I could be mistaken. | No, at this time, no. |
| 21 | 1363 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 22 | 1372 | Only saw them one time never saw again. | No. | Old Dutch | Popular brand. | No. |
| 23 | 1416 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 24 | 1422 | cause im only familiar with that one | no | rold gold | because its the only one i know | no |
| 25 | 1441 | I have bought them in a blue bag , not sure if there is other brands | no | The Snack Factory | I have purchased them | no |
| 26 | 1471 | Because it is a unique product. | No. | | | |
| 27 | 1493 | I have only noticed the one brand on the shelves at the grocery store. | no | Nabisco | I have seen them | no |
| 28 | 1499 | Snack Factory | no | Snack Factory | on the front of the bag, they name their pretzel snacks Pretzel Crisps | no |
| 29 | 1508 | Nebisco | No | Town HOUSE | I think they make them | No |
| 30 | 1510 | I think there is only one company that began making them and they are good | no nothing else | Pretzel Thins | Because I love pretzels and I have bought the Thin style pretzels which are great for dipping in Hummus | They are crunchy throughout and a taste treat |
| 31 | 1520 | Snack Factory | no | Snack Factory | That's the brand I have purchased in the past | no |
| 32 | 1530 | I have only seen one advertized | no | | | |
| 33 | 1532 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 34 | 1536 | I've only seen one brand of pretzel crisps in my local stores. | no | | | |
| 35 | 1572 | It's the company that has either the blue, green or red packaging at the top and the product shot in the middle. I can't recall the company name though. | Pretzel thins is the product name I believe. | | | |
| 36 | 1576 | snack factory | no | snack factory | it's the brand i buy | no |
| 37 | 1585 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 38 | 1588 | because that is how i feel | no | | | |
| 39 | 1598 | [I don't know / no opinion] | | Ritz | I think that is the company who makes pretzel crisps | Maybe its Keebler, not Ritz |
| 40 | 1606 | I have only seen one brand of pretzel crisps in the store | No | Don't remember | Because I can't remember the brand name | No |

| | ID | Q2 Why do you associate PRETZEL CRISPS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with PRETZEL CRISPS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 41 | 1625 | I just assume pretzel crisps are made and sold by one company. | I am not aware of many company's making pretzel crisps like many company's make potato chips. | | | |
| 42 | 1638 | rold gold | nope | rold gold | they make pretzels | nope |
| 43 | 1672 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 44 | 1677 | here there are only about 3 different companies that offer pretzels in our area | no | | | |
| 45 | 1706 | i have only bought them from one company | no | snack factory | the only company i have ever seen selling them | no |
| 46 | 1713 | [I don't know / no opinion] | | Don t recall | Don t remember | No |
| 47 | 1720 | snyders | nope | snyders | They are the best and only great pretzel crisp brand | nope |
| 48 | 1726 | I buy Snyder's pretzels. I don't usually buy pretzel chips. In the store, there is usually one brand to choose from. | I don't have another answer. | The company that comes to mind is Snyder's. | This is the company I buy my pretzels from. | I don't know another brand. |
| 49 | 1795 | I only know of one company | Nothing else | Crisp company | I have heard of it before | Nothing else |
| 50 | 1797 | Pretzel thins | No | Pretzel thins | I think that's the only ones I've seen. | No |
| 51 | 1806 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 52 | 1817 | I can only think of one company that makes a product called pretzel crisps which is Snack Factory. I can't recall any other companies that have something called pretzel crisps. | Nothing else that I can think of right now. | Snack Factory | It is the company that makes pretzel crisps. They are called Snack Factory Pretzel Crisps. | No. |
| 53 | 1819 | Have only seen one kind | Nope | Can't remember name | Because I can't remember | No |
| 54 | 1842 | I see them in the store in one company's packaging | No | I don't know the name but I can visualize the package | I seldom buy them | No |
| 55 | 1843 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 56 | 1852 | I only know one brand that makes them | No | snack factory | That is the only one I know | no |
| 57 | 1860 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 58 | 1865 | Because when I buy them, I typically look for the same brand which goes by that name. | No | | | |
| 59 | 1874 | Most of the types of pretzels are from the company I think of | no | Rold Gold | I see it when I go shopping | no |
| 60 | 1880 | [I don't know / no opinion] | | [I don't know / no opinion] | | |

| | ID | Q2 Why do you associate PRETZEL CRISPS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with PRETZEL CRISPS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 61 | 1912 | Ritz is the one comes to mind | Nothing else | Ritz | I believe I have seen them in the store and they are thin. | No thanks |
| 62 | 1917 | Can only recal seeing one brand | no | Snack Factory | Have bought them | no |
| 63 | 1920 | I see the image of them on the package when I hear the words. | not that I can think of | Can't recall - They are in the blue package. Don't know the brand. | Because I can recall the package in my head, but cannot recall the brand name. | no |
| 64 | 1930 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 65 | 1962 | Rold Gold | nope | Rold Gold | Because its what I remember | Nope |
| 66 | 1968 | ROLD GOLD | no | ROLD GOLD | That is the one I buy | no |
| 67 | 1976 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 68 | 1985 | Because I've only seen one kind based on the color & name on the bag | i can't remember the brand name, but I think it's Snyders | Snyders | Just picturing the bag, and trying to remember | I bought them at dollartree 1 year ago, and I see them from time to time, but in a much smaller bag |
| 69 | 2040 | I can see the package but I cannot remember the name of the company | no | As I said, I can see the package but I cannot remember the name - is this a British survey? What the heck is a pretzel CRISP? Is that the same thing as a pretzel or is it more like a potato chip? | because it is confusing. This is a pretty irritating survey - not in American English | no |
| 70 | 2055 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 71 | 2077 | As far as i remember Ive only seen one brand | no nothing else | snack factory | thats the company Ive bought pretzels crisps from | no |
| 72 | 2105 | [I don't know / no opinion] | | Can't recall | Cant remember the name of the company. | No |
| 73 | 2110 | they are the best from the one but don't remember name | none | | | |
| 74 | 2123 | I buy a snack pantry crisps only | no | snack pantry | that's what I think their name is | no |
| 75 | 2124 | i would have to say snyders they make pretzels | the maker of pretzels that have a great flavor and taste | I associate them with snyders pretzel company that makes all different kinds of pretzels that taste great and are made great | they are a big company that has made pretzels for years and are very well know | nothing |
| 76 | 2145 | Rold Gold | no | Rold Gold | I think Ive seen them. | n0 |
| 77 | 2182 | Snack Factory | no | Snack Factory | To the best of my knowledge, that is the only company that makes pretzel crisps | no |
| 78 | 2198 | nabisco | none | nabisco | not sure | none |

| | ID | Q2 Why do you associate PRETZEL CRISPS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with PRETZEL CRISPS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 79 | 2208 | because it's a brand | no | Pretzel Crisps | because that's the brand name | no |
| 80 | 2238 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 81 | 2244 | because I can only picture seeing them in one type of packaging | no | | | |
| 82 | 2304 | Keebler | no | Keebler | i have bought them | no |
| 83 | 2335 | I can only recall the name of one company and that is Snyders. However, I hhave purchased other pretzels from other companies, but cannot recall the names. | No | Snyders | I purchase most of my pretzels from them and their name stands out prominently on the bag. | No |
| 84 | 2336 | i've only seen packaging from one company in the stores | no | snack factory | good memory | no |
| 85 | 2351 | snack family | pretzel crisps | snack factory | it is on the bag | no |
| 86 | 2357 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 87 | 2383 | I think of pretzel crisps as those flat pretzels that come from the Pretzel Factory | no | Pretzel Factory | It seems I remember buying a couple of times and I think that this was the manufacturer's name | no |
| 88 | 2393 | Rold Gold | Nabisco | Rold Gold | Most common brand I see that sells pretzels. | Nabisco. |
| 89 | 2413 | Seems like a product name | No | | | |
| 90 | 2438 | I've only seen them in the store as being from Snack Factory company | no | Snack Factory | that's the name of the company that I see in stores on the packages of pretzel crisps | no |
| 91 | 2448 | I only remember one company that sells pretzel crisps in the grocery stores. | It's usually in the cracker section. | Town House | It's what I seem to remember | no |
| 92 | 2469 | I do not recall seeing pretzel crisps being made by any other company than the one I have in mind. | no | Ritz | That is the image in my head when I think of pretzel crisps. | no |
| 93 | 2477 | Snobbler's | Nabisco | Nabisco | A sense. | No. |
| 94 | 2480 | snack factory | Keebler | Snack Factory | because I have purchased them | no |
| 95 | 2487 | kebber | no | keebler | they make crackers | no |

a. STIMULUS = TEST

**STIMULUS = TEST**

Verbatim Responses of survey respondents who associate PRETZEL CRISPS with MORE THAN ONE COMPANY: TEST[a]

| | ID | Q4  Why do you associate PRETZEL CRISPS with more than one company? | Q4A  Anything else? |
|---|---|---|---|
| 1 | 1012 | because many companies make pretzel products | no |
| 2 | 1017 | When one brand name company comes out with a new idea, then everyone else hops on the band wagon and produces a similar product. | No. |
| 3 | 1064 | I can sometimes get them at family dollar for a more affordable price in the clover valley brand instead of the name brand at the grocery store. | I can also get them in the deli at the grocery store with my hummus snack on a busy work day . |
| 4 | 1073 | Pretzel Crisps sounds like a generic name and could be applied to any type of pretzel that is thin and crispy like a chip or thin cracker. And also I don't think that it's a brand name. | nothing else. |
| 5 | 1084 | pretzels are a generic term for this snack item but ive never heard crisps used with it | thats it |
| 6 | 1090 | [Don't know / no opinion] | |
| 7 | 1114 | [Don't know / no opinion] | |
| 8 | 1122 | I have seen them with major brand name and also at my local Aldi's store | They are all good and I really enjoy them better than crackers |
| 9 | 1146 | Because they're very popular | no |
| 10 | 1155 | Several companies have begun to make them | no |
| 11 | 1159 | I have seen different pretzel crisps brands in the market. | no |
| 12 | 1212 | there are a few companies that mke them | i consider the name as generic of any pretzel that is crunchy |
| 13 | 1227 | store brand and others co | na |
| 14 | 1243 | different companies make them, but its up to how much money I have at that time | different companies, different flavores |
| 15 | 1264 | could be several brands | popular idea |
| 16 | 1311 | I don't think that only 1 company produces a pretzel crisp product | No |
| 17 | 1318 | [I don't know / no opinion] | |
| 18 | 1328 | I am sure there are more than one brand of pretzels | no |
| 19 | 1354 | Seems like I have seen them in multiple store varieties | Have seen them before in stores |
| 20 | 1364 | because there are different brands that make pretzels | none |
| 21 | 1371 | snyders | hanover |
| 22 | 1395 | theres many | non |
| 23 | 1404 | Well, there are several companies that make "pretzel crisps" and I have purchased pretzels from more than one company that makes pretzels! | Well, while I have purchased pretzels from more than one company, I do prefer one brand more so than others! |
| 24 | 1408 | [I don't know / no opinion] | |
| 25 | 1455 | I have seen several brands of pretzels | no |
| 26 | 1463 | multiple brands advertise this | no , that is why |
| 27 | 1486 | I have had many types of pretzel crisps from many companies | no |
| 28 | 1487 | because I know that there are different kinds of brands | I can no think of anything else |

| | ID | Q4 Why do you associate PRETZEL CRISPS with more than one company? | Q4A Anything else? |
|---|---|---|---|
| 29 | 1506 | a number of companies do sell different types of pretzels | none |
| 30 | 1539 | i have seen different name brands for this product. | no |
| 31 | 1542 | [I don't know / no opinion] | |
| 32 | 1565 | [I don't know / no opinion] | |
| 33 | 1580 | cause there are more than one company that makes pretzels | no |
| 34 | 1605 | [I don't know / no opinion] | |
| 35 | 1616 | hienz | nothing |
| 36 | 1628 | There is more than one company who makes them | no |
| 37 | 1635 | They may not be called exactly that name, but there are several vendors who sell variations on pretzels, different formulations, shapes, etc. | no |
| 38 | 1646 | Because more than one company makes them. | No |
| 39 | 1649 | seen more than 1 | no |
| 40 | 1656 | Utz | Rold Gold |
| 41 | 1662 | Rold Gold | n/a |
| 42 | 1678 | more than one company make then | no |
| 43 | 1683 | Have bought pretzels that were made by different companies | No |
| 44 | 1710 | I have seen them at a couple different grocery stores and they are different brands | NO |
| 45 | 1714 | I know some brands | none |
| 46 | 1724 | there are multiple formulations shapes/sizes flavors that create preztels - crisps | no |
| 47 | 1734 | Snyder's | store brand |
| 48 | 1753 | Because Ritz, Keebler, and Synders have a variety of these | no |
| 49 | 1757 | I have seen them across various brands. | no |
| 50 | 1765 | Several companies make them - are at store from which to select | None |
| 51 | 1768 | I recall seeing different brands in the store | No |
| 52 | 1772 | There is more than one company that make pretzel chips | n/a |
| 53 | 1777 | because they are made by more than 1 company | no |
| 54 | 1796 | [I don't know / no opinion] | |
| 55 | 1812 | [I don't know / no opinion] | |
| 56 | 1813 | I just think I can find it in more than one area of the store | they can be pretty salty |
| 57 | 1816 | [I don't know / no opinion] | |
| 58 | 1823 | i have seen the product produced and on the shelf for more than one brand | no |
| 59 | 1836 | Because more than one company makes pretzels. Duh! | No. |
| 60 | 1844 | there are a couple options out there | no |
| 61 | 1855 | Rolled Gold, Utz | Nope |
| 62 | 1862 | I have seen several different varieties and brands at different stores over the years. | the names don't come to mind off hand. |
| 63 | 1915 | [I don't know / no opinion] | |
| 64 | 1939 | Seems like I've seen several "brand names." | Well, let me see. . . . No, nothing else. |
| 65 | 1953 | because more than one company makes them | No |
| 66 | 1959 | so many out there | no |
| 67 | 1971 | more then one company makes them | none |

**Verbatim Responses of survey respondents who associate PRETZEL CRISPS with MORE THAN ONE COMPANY: TEST[a]**

| | ID | Q4 Why do you associate PRETZEL CRISPS with more than one company? | Q4A Anything else? |
|---|---|---|---|
| 68 | 1974 | I don't pay much attention to brands when it comes to pretzels. | No |
| 69 | 2000 | I am not brand faithful, and pick up whatever looks good to me at the time or the best buy on the product. | Nope |
| 70 | 2005 | I think I have bought these from more than one company. | No. |
| 71 | 2022 | More companies make this | No |
| 72 | 2027 | There are many companies that make them | no |
| 73 | 2038 | many diff companies offer pretzels | not applicable |
| 74 | 2058 | I only buy one brand of pretzel crisps | Nope |
| 75 | 2071 | I've seen several | No |
| 76 | 2072 | Because I believe there are a few companies that make them. | No, but I have tried them. They are by the crackers. |
| 77 | 2096 | Because I have seen multiple brands next to each other on store shelves | no |
| 78 | 2122 | i think both nabisco, keebler and other companies make this product. | proctor and gamble and perhaps trader joe's too |
| 79 | 2130 | generic name, many companies make pretzels | nothing else |
| 80 | 2155 | several companies have pretzel crisps | none |
| 81 | 2204 | Ritz, | Not now |
| 82 | 2231 | Many companies make pretzel chips | None |
| 83 | 2234 | because i have seen more than one company offering this type of snack in the grocery store | no |
| 84 | 2245 | I HAVE SEEN DIFFERENT BRANDS AT THE STORE - APPEARS TO BE A GROWING MARKET | NO |
| 85 | 2256 | Because ano other company can make this kind of pretzel | Pretzels are everywhere and in different shapes and flavor so any brand can advertise it |
| 86 | 2262 | there are different brands | no |
| 87 | 2306 | I think I remember seeing them made by more than one company. | no |
| 88 | 2374 | because more the one cmpany makes them | no |
| 89 | 2423 | I have eaten | No |
| 90 | 2440 | Herr's ,synders | no |
| 91 | 2445 | There is other brand names that offer this type of product. | Nothing |
| 92 | 2489 | Snyder's and Pretzel Factory make them | no |

a. STIMULUS = TEST

**STIMULUS = TEST**

Verbatim Responses of survey respondents who associate PRETZEL CRISPS with NO COMPANY: TEST[a]

| | ID | Q5  Why do you associate PRETZEL CRISPS with no company? | Q5A  Anything else? |
|---|---|---|---|
| 1 | 1013 | [Don't know / no opinion] | |
| 2 | 1022 | [Don't know / no opinion] | |
| 3 | 1031 | never heard of them | no |
| 4 | 1050 | [I don't know / no opinion] | |
| 5 | 1058 | i have seen them in various places | no |
| 6 | 1124 | [I don't know / no opinion] | |
| 7 | 1127 | [I don't know / no opinion] | |
| 8 | 1143 | I know they exist, but cannot recall what company produces them.  I assume Rold Gold or Snyder's.  I can't think of any other company that makes pretzels.  But I am not sure who makes pretzel crisps. | no, thanks. |
| 9 | 1187 | [I don't know / no opinion] | |
| 10 | 1198 | Never  seen them | no |
| 11 | 1211 | Don`t buy | no |
| 12 | 1265 | I assume they can be made by a number of different brands. It's a new idea, and several brands are probably coming out with them. | Nope |
| 13 | 1307 | [I don't know / no opinion] | |
| 14 | 1317 | I can't recall a name of a company at the moment. | I wanna say the company Utz but I know there are more that are escaping me at the moment. |
| 15 | 1347 | It's like potato chips just a name of a product | No |
| 16 | 1374 | [I don't know / no opinion] | |
| 17 | 1388 | [I don't know / no opinion] | |
| 18 | 1460 | I recognize the name of the product but don't know who makes it | No |
| 19 | 1473 | [I don't know / no opinion] | |
| 20 | 1474 | I can't remember the name on the bag of pretzel crisps | no |
| 21 | 1525 | I dont eat pretzel crisps | no |
| 22 | 1527 | [I don't know / no opinion] | |
| 23 | 1559 | [I don't know / no opinion] | |
| 24 | 1569 | [I don't know / no opinion] | |
| 25 | 1618 | I buy for flavors and not so much ch a particular brand | No |
| 26 | 1653 | I have never heard of this product | no |
| 27 | 1659 | I enjoy them but cannot recall who makes the ones I like. | No |
| 28 | 1681 | [I don't know / no opinion] | |
| 29 | 1688 | really not familiar with the term | nope |
| 30 | 1695 | I know pretzels, not pretzel crisps. | No |
| 31 | 1702 | i have seen pretzel crisps in the store just dont recall the brand | no |

| | ID | Q5 Why do you associate PRETZEL CRISPS with no company? | Q5A Anything else? |
|---|---|---|---|
| 32 | 1730 | I can't remember the name | no |
| 33 | 1732 | I haven't heard of pretzel crisps before. Just regular pretzels. | no |
| 34 | 1767 | I don't buy them so I don't know who makes them | No |
| 35 | 1810 | I have a general understanding of what a pretzel crisp is, but it doesn't rise to the level of other snack foods (for example, Doritos or Pringles) that have a stronger and more memorable brand recognition. | No. |
| 36 | 1818 | I cannot think of any brand names that make pretzel crisps. | Not that I can think of. |
| 37 | 1870 | I think that the package only contains the words "Pretzel Crisps." I don't recall ever seeing a brand name | Nope |
| 38 | 1896 | I have never bought or eaten them.   I have no interest in them.   I don't know who makes them. | no |
| 39 | 1927 | I just know of the product, but cannot remember who makes them | No |
| 40 | 1928 | I have not seen this product in my local grocery store. So I have no company to associate with the pretzel crisps name. | I do not have anything else. |
| 41 | 1934 | Nabisco | No |
| 42 | 1941 | Because I believe there are many companies that make pretzels | I don't believe Wong company has a particularly large market share |
| 43 | 1944 | I don't keep up with the different brand names. | NA |
| 44 | 1952 | I have no idea who makes them | Nothing |
| 45 | 1956 | I have never heard of a Pretzel Chisps | nothing else |
| 46 | 1984 | I know what they look like and what kind of small bag they come in but I do not know the brand name | no |
| 47 | 1997 | [I don't know / no opinion] | |
| 48 | 2011 | When I think of them I don't think of a specific brand | No |
| 49 | 2019 | i don't remember the name of the company when I first tried them. | no |
| 50 | 2065 | Don't buy | No |
| 51 | 2095 | i do not buy them so do not know about them | no |
| 52 | 2098 | no reason | no |
| 53 | 2115 | [I don't know / no opinion] | |
| 54 | 2128 | cant think of company that makes these | No |
| 55 | 2151 | do not buy them am not familiar | no |
| 56 | 2165 | I can't remember who makes them | no, jsut that they come in different varieties |
| 57 | 2173 | Pretzel crisps can be sold by anybody. | Nope! |
| 58 | 2211 | I do not know the name of the company. | no |
| 59 | 2237 | [I don't know / no opinion] | |
| 60 | 2242 | I havent bought them that often | no |
| 61 | 2248 | Rold Gold | |
| 62 | 2255 | Don't consume them | No |
| 63 | 2263 | I don't remember who makes them | No |
| 64 | 2265 | Just can't remember company but they were good. | No |
| 65 | 2282 | Don't know of any | No |

**Verbatim Responses of survey respondents who associate PRETZEL CRISPS with NO COMPANY: TEST[a]**

| | ID | Q5 Why do you associate PRETZEL CRISPS with no company? | Q5A Anything else? |
|---|---|---|---|
| 66 | 2309 | I don't think about it much | no |
| 67 | 2323 | Pretzel flats | |
| 68 | 2333 | I've only had them once, and don't remember the name of that company | |
| 69 | 2342 | do not know any company that makes pretzel crisps | nothing |
| 70 | 2346 | i never heard of them | no |
| 71 | 2347 | i can't recall the company that makes pretzel crisp | no |
| 72 | 2370 | I have never seen them | no |
| 73 | 2380 | No company in mind. | None |
| 74 | 2389 | I have never heard of it before. | none |
| 75 | 2390 | A company that makes Pretzels and nothing else | |
| 76 | 2396 | I don't know who makes them. | Nope. |
| 77 | 2402 | Cant remember the name of company but know what package looks like | no |
| 78 | 2403 | | |
| 79 | 2419 | I know of them but I don't know who makes them | I have tried them/bought them before |
| 80 | 2456 | | |
| 81 | 2479 | never had them but would be willing to try them | no |
| 82 | 2483 | | |
| 83 | 2484 | never heard of them | no |

a. STIMULUS = TEST

**STIMULUS = CONTROL**

Verbatim Responses of survey respondents who associate CRACKER THINS with ONLY ONE COMPANY: CONTROL[a]

| | ID | Q2 Why do you associate CRACKER THINS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with CRACKER THINS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 1 | 1009 | I can only recall seeing Carr's thin crackers | no | Carr's | It's the only one I can think of | no |
| 2 | 1037 | [I don't know / no opinion] | | Nabisco | Just what I think | No |
| 3 | 1088 | I grew up eating Wheat Thins | No, not at this time | Nabisco | Faulty memory | No |
| 4 | 1109 | Ritz is the only one I know of | No | Ritz | That's the only one I know of | No |
| 5 | 1136 | I like wheat thins | No | Nabisco | I believe they make them | No |
| 6 | 1145 | Nabisco | No | Has lots of snack options | I have bought various products | No |
| 7 | 1177 | Nabisco Wheat Thins | nothing | Nabisco | They make Wheat Thins | nothing |
| 8 | 1197 | Thin Crisps | no | Wheat Thinss | That is the only thin cracker brand that I am aware of. | no |
| 9 | 1201 | Wheat thins comes to mind without hesitation | No | Wheat Thins | Association by experience | No |
| 10 | 1213 | I thought of Wheat Thins by Nabisco | no | Nabisco | because they make the only crackers I know of with 'thins' in the name | no |
| 11 | 1254 | I don't recall seeing very many cracker thin products.  Therefore, I am assuming that only one company makes them. | no | Nabisco | It is a popular cracker manufacturer. | no |
| 12 | 1263 | [I don't know / no opinion] | | keebler | sounds like a keebler product | no |
| 13 | 1321 | [I don't know / no opinion] | | nabisco | only brand i can think of | no |
| 14 | 1322 | Nabisco | Ritz | Nabisco | I believe that is the parent company that produces the product. | no |
| 15 | 1438 | cheeze its | noneelse | cheeze its | because of the different cracker products under cheeze itz | none |
| 16 | 1479 | nabisco | no | nisbsco | i love then and they are good for you. wheat thins | no |
| 17 | 1505 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 18 | 1513 | It's the most popular thin cracker and have only seen advertising for this particular cracker | Nothing | [I don't know / no opinion] | | |
| 19 | 1528 | townhouse | store brand | townhouse kelloggs | I have seen the type of cracker being sold in store | None |
| 20 | 1531 | special k | no | nabisco | because i think that is what it is | i don't think so |

| | ID | Q2 Why do you associate CRACKER THINS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with CRACKER THINS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 21 | 1545 | believe this is triscuits | no | triscuits | that's my recall | no |
| 22 | 1577 | nut thins | no | [I don't know / no opinion] | | |
| 23 | 1604 | wheat thins | no | nabisco | they have wheat thins | no |
| 24 | 1614 | keebler | nothing | their crunchy | 'Cause their baked | their salted |
| 25 | 1639 | Wheat thins | Nope | Wheat thins | That S what it reminds me of | Np |
| 26 | 1648 | I've only ever seen Wheat Thins Cracker Thins | None | Wheat Thins | I've only ever seen Wheat Thins Cracker Thins | No |
| 27 | 1657 | I only remember one | No | Nabisco | That is the one that I purchase | No |
| 28 | 1671 | I immediately think of Nabisco. | I can't think of anything else at this time. | Nabisco | I think of Wheat Thins crackers. | no |
| 29 | 1679 | wheat thins | wheat thins | wheat thins | wheat thins are thin crackers | wheat thins are thin crackers |
| 30 | 1680 | I associate Cracker Thins with only one company RITZ . It is a premium brand with numerous TV, internet and radio ads, | All ads give a positive response to purchase the product | RITZ crackers | RITZ have a new variety of cracker RITZ thins available in great varieties | Nothing else |
| 31 | 1709 | Ritz | No | Wheat Thins | Same name | No |
| 32 | 1716 | because I believe it's a specific product for a brand | no | Wheat Thins | it sounds like the brand | no |
| 33 | 1735 | [I don't know / no opinion] | | wheat thins | name is almost same | no |
| 34 | 1783 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 35 | 1791 | The only one I think of are Wheat Thins. | No. | Wheat Thins. | Is the one that comes to mind. | No. |
| 36 | 1794 | It is a brand name. | Nothing. | Cheez it | I don't know. | Nothing. |
| 37 | 1805 | wheat thins | no | [I don't know / no opinion] | | |
| 38 | 1807 | wheat thins | no | nibscco | I just think that | no |
| 39 | 1825 | What I have seen | No | Nabisco | I have seen packages | No |
| 40 | 1863 | Ritz | nothing else | Ritz Cracker | the package im thinking of is red like the ritz cracker box | nothing else |
| 41 | 1869 | Nabisco | No | Nabisco | It makes me think of Nabisco | No |
| 42 | 1879 | there is generally only one brand I buy | no | WheatThins | that's the one I buy | no |
| 43 | 1900 | nabisco i think makes them. | no | nabisco | first thing that came to mind when i saw the name. | nothing else |
| 44 | 1903 | bdcsusd it is the best in thst coany | no | thin crackers company | because it is good and delicious | nothing else |
| 45 | 1929 | Keebler | No | Keebler | I think Keebler makes them. | No |
| 46 | 1979 | Triscuit crackers | There wasn't anything else. | [I don't know / no opinion] | | |

| | ID | Q2 Why do you associate CRACKER THINS with only one company? | Q2A Anything else? | Q3 From what you know, what company do you associate with CRACKER THINS? | Q3A Why do you say that? | Q3B Anything else? |
|---|---|---|---|---|---|---|
| 47 | 1986 | Nabisco | No | Thin, crispy and full of grains. | It true | No |
| 48 | 1999 | Nabisco brand | No | Nabisco | I think it is | No |
| 49 | 2051 | i think they made with triscuit. I only associate them with this company. | nothing else | Triscuit | this is the company that I imagine triscuit making. | nothing else |
| 50 | 2068 | [I don't know / no opinion] | | Nabisco | I think they make cracker thins | no |
| 51 | 2076 | I only remember them being made by one company. | Nothing else | Nabisco | It sticks in my mind. | Nothing |
| 52 | 2102 | BECAUSE IT IS ALL I KNOW | I HAVE ONLY TRIED THEM FROM ONE COMPANY | NABISCO | BECAUSE ALL I KNOW | NOPE |
| 53 | 2103 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 54 | 2126 | I've only heard that term used in connection with one company. | No | Ritz | I have heard that term used in advertising | No |
| 55 | 2149 | nabisco | no | nabisco | I remember the logo | no |
| 56 | 2179 | nabisco | no | [I don't know / no opinion] | | |
| 57 | 2218 | Because I don't think anyone else makes em | no | [I don't know / no opinion] | | |
| 58 | 2264 | Ritz | No | Quality | They r made with good ingredients | No |
| 59 | 2307 | Wheat thins comes to mind. | No | Nabisco. | Because. | No |
| 60 | 2325 | Better they taste really good and have a variable of flavours | No | Ritz | Better they taste so good | No |
| 61 | 2331 | Triscuit | Nothing | triscuit | Because I know that they make thin versions of their crackers | No |
| 62 | 2350 | Wheat Thins by Nabisco | nope | Nabisco | because they also make Wheat Thins | npe |
| 63 | 2356 | Wheat Thins | No | Wheat Thins. | I have purchased them. | No. |
| 64 | 2376 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 65 | 2381 | It's a product name | No | Nabisco | I think it's the company | No |
| 66 | 2395 | The only one I know | I like the crackers | Nabisco | It seems to be the only kind i buy | No can't think of anything else |
| 67 | 2397 | I don't know, I don't have in mind why ,but I associate with only one company . | No | Nabisco | I only buy with Nabisco logo and I think they are the original one | No |
| 68 | 2398 | [I don't know / no opinion] | | [I don't know / no opinion] | | |
| 69 | 2417 | [I don't know / no opinion] | | Wheat Thins | Only one I know | No |
| 70 | 2436 | [I don't know / no opinion] | | Keebler | cause I do | no |

**Verbatim Responses of survey respondents who associate CRACKER THINS with ONLY ONE COMPANY: CONTROL[a]**

| | ID | Q2  Why do you associate CRACKER THINS with only one company? | Q2A  Anything else? | Q3  From what you know, what company do you associate with CRACKER THINS? | Q3A  Why do you say that? | Q3B  Anything else? |
|---|---|---|---|---|---|---|
| 71 | 2446 | BECAUSE I`VE USED THE SAME COMPANY FOR YEARS | NOTHING | NABISCO | BECAUSE I CON`T KNOW | NOTHING |
| 72 | 2449 | dont know | no | no | dont know | no |
| 73 | 2473 | nabisco | no | nabisco | advertising | no |
| 74 | 2485 | wheat thins | nabisco | wheat thins | i've bought them | I like the brand |
| 75 | 2490 | i associate with one company because i see advertising or coupons. | no i don't think so. | ritz | i saw advertising for a product from this brand. | no |

a. STIMULUS = CONTROL

# STIMULUS = CONTROL

Verbatim Responses of survey respondents who associate CRACKER THINS with MORE THAN ONE COMPANY: CONTROL[a]

| | ID | Q4  Why do you associate CRACKER THINS with more than one company? | Q4A  Anything else? |
|---|---|---|---|
| 1 | 1011 | there are several companies that make this sort of product | nothing else |
| 2 | 1014 | [I don't know / no opinion] | |
| 3 | 1023 | I can think of a couple of different brands of crackers that are thin. | No |
| 4 | 1053 | I have seen different brands | Some are half pretzel and cracker |
| 5 | 1054 | There are several crackers out there using the word 'thins'. | No |
| 6 | 1060 | nothing | nothing |
| 7 | 1074 | Nabisco | Ritz |
| 8 | 1078 | I have seen them with 2 different companies | no |
| 9 | 1100 | many make them | none |
| 10 | 1112 | I think of at least two companies. | no |
| 11 | 1125 | I have seen more than one brand advertise this type of cracker. | none |
| 12 | 1140 | several varieties are on the shelf at the grocery store | no |
| 13 | 1158 | I am pretty sure that more than one company offers them | thats it |
| 14 | 1172 | There are different types of brands of crackers | no |
| 15 | 1194 | [I don't know / no opinion] | |
| 16 | 1209 | I just assume multiple companies produce a popular product like this. | no |
| 17 | 1231 | I've eaten them before | no |
| 18 | 1262 | Triscuit, and the Blu and white bag by an off brand and cheese its just came out with something like that so that's more than one company | No |
| 19 | 1301 | generic tem | no |
| 20 | 1302 | I know several different brands of cracker thins | I buy several different brands of crackers |
| 21 | 1308 | there are many varieties on the shelves | some more natural thn]an others |
| 22 | 1326 | keebler | nabisco |
| 23 | 1330 | Several companies make thin versions of their regular thickness crackers. | Like what? |
| 24 | 1332 | CITI | no |
| 25 | 1346 | I feel like I have seen various brands on the shelf at the market that have cracker thins. | No. |
| 26 | 1349 | There are wheat thins and also those air puffed thin crackers | nope |
| 27 | 1366 | [I don't know / no opinion] | |
| 28 | 1369 | [I don't know / no opinion] | |
| 29 | 1375 | I can think of several brands | No |
| 30 | 1378 | ritz | wheat thins |
| 31 | 1393 | [I don't know / no opinion] | |
| 32 | 1414 | I consider it multiple because of things like Wheat Thins and Good Things | no |
| 33 | 1420 | Because I have bought them from more than one brand | no |

| | ID | Q4 Why do you associate CRACKER THINS with more than one company? | Q4A Anything else? |
|---|---|---|---|
| 34 | 1426 | Many companies produce Cracker Thins. This is why is associate more than one company. | No. Nothing else. |
| 35 | 1436 | [I don't know / no opinion] | |
| 36 | 1445 | Cracker thins are a type of cracker that several companies produce. | Nothing else |
| 37 | 1447 | cause more than one company can make them | no |
| 38 | 1475 | They have different crackers that are called thins | No |
| 39 | 1477 | [I don't know / no opinion] | |
| 40 | 1484 | Because there is more than one | no |
| 41 | 1490 | nadisco | no |
| 42 | 1492 | several brands have thin crackers | no |
| 43 | 1495 | There is more than one company producing this item | Nothing |
| 44 | 1503 | [I don't know / no opinion] | |
| 45 | 1509 | Because I always buy different brands | No |
| 46 | 1518 | [I don't know / no opinion] | |
| 47 | 1538 | Because there is more than 1 kind of cracker thins | no |
| 48 | 1551 | [I don't know / no opinion] | |
| 49 | 1568 | There'a a huge variety at grocers. | no |
| 50 | 1571 | many different brands | no |
| 51 | 1574 | I have purchased multiple brands | No |
| 52 | 1586 | either nabisco or keebler | None |
| 53 | 1587 | It might be Nabisco | no |
| 54 | 1595 | several companies make them most are really good | no |
| 55 | 1626 | because more than one company makes and sells them | no |
| 56 | 1632 | It makes me think of wheat thins or generic crackers | No |
| 57 | 1674 | Nabisco makes them and Blue Diamond makes them | Nothing |
| 58 | 1693 | I see different brands on the shelves at stores. | no |
| 59 | 1704 | Because more than one company makes cracker thins. | I have bought cracker thins from more than one company. |
| 60 | 1725 | [I don't know / no opinion] | |
| 61 | 1727 | There are a lot of cracker thins around. | none |
| 62 | 1733 | [I don't know / no opinion] | |
| 63 | 1737 | Various products available including name brand companies and store brands that are similar. | No. |
| 64 | 1769 | I see many in the supermarket whenever I shop | No |
| 65 | 1778 | It seems like a generic description I have seen for more than one product | No |
| 66 | 1781 | There are a few companies that make thin crackers | no |
| 67 | 1789 | Different companies offer the product. | not really |
| 68 | 1801 | it just doesn't seem like it's a proprietary name. | no |
| 69 | 1811 | more than one company makes thin crackers | no |
| 70 | 1814 | nabisco | no |

| | ID | Q4 Why do you associate CRACKER THINS with more than one company? | Q4A Anything else? |
|---|---|---|---|
| 71 | 1820 | More than one company makes them. | No |
| 72 | 1838 | It sounds like a generic term and I think more than one company uses it to describe their product. | no |
| 73 | 1841 | nabisco  pepridge farms | none |
| 74 | 1847 | there are cracker for different companies | None |
| 75 | 1849 | a lot of companies offer thin crackers | no |
| 76 | 1872 | Because they are popular and many companies are making them now. | No |
| 77 | 1883 | because i buy all sorts of crackers from all sorts of companies | no |
| 78 | 1898 | i think of it as a generic classification that can applied to several companies | no |
| 79 | 1909 | wheat thins | cant remember |
| 80 | 1913 | multiple providers of similar products | no |
| 81 | 1918 | Nibco | Zesta |
| 82 | 1922 | because there's all kinds of thin crackers | no, sorry, nothing else |
| 83 | 1935 | because more companies are offering thin crackers | no |
| 84 | 1937 | Because store label cracker thins are made. | NA |
| 85 | 1938 | there ar a lot of them out there | no |
| 86 | 1945 | buy several different brands of them | not really |
| 87 | 1969 | Is Cracker Thins just a description or is it a brand name?  I'm not sure.  A lot of cracker products sell a think cracker version. | No |
| 88 | 1970 | because more than one company makes thin crackers that could be considered "cracker thins"... | nope. |
| 89 | 1972 | [I don't know / no opinion] | |
| 90 | 1977 | ritz,  keebler,  wheat thins,  blue diamond | no |
| 91 | 2007 | more than one type of company | nope I have nothing else |
| 92 | 2008 | i can think of 2 | no |
| 93 | 2016 | Its all part of general foods | no |
| 94 | 2025 | I associate cracker thins with more than one company as they are made by more than one name. | No nothing else.  thanks and happy holidays |
| 95 | 2041 | more than one company makes this product | no |
| 96 | 2048 | Wheat thins and other crackers have similar names | And the products look similar |
| 97 | 2050 | Alot of companies have thin crackers | no |
| 98 | 2061 | I think I have seen several different companies making their versions of cracker thins.  I think it started with just one company and other stole the idea and ran with it. | I know I bought cracker thins and I kind of remember that there was only a few types initially and now everyone makes them and they come in cookie thins and other thin snacks |
| 99 | 2075 | I remember seeing more them maker of crackers thins. | No |
| 100 | 2087 | wheat thins   other brands | no |
| 101 | 2093 | I think a few different brands make them | No |
| 102 | 2104 | peperidge farms | belvedere |
| 103 | 2106 | Because I have seen "CRACKER THINS" at the grocery store from more than one company. | None that I can think of. |

| | ID | Q4 Why do you associate CRACKER THINS with more than one company? | Q4A Anything else? |
|---|---|---|---|
| 104 | 2111 | i'm not sure if you mean saltine crackers or something thats actually called cracker thins. i presume it means saltine crackers. there is more than one brand | no |
| 105 | 2120 | The word thin is used by many cracker brands | no |
| 106 | 2125 | I have seen the name on a box of Crackers and had never heard the name prior or seen another product like it. | No |
| 107 | 2129 | More than one company makes cracker thins | None |
| 108 | 2147 | Many names for different company | nothing |
| 109 | 2187 | They can be several brands | No |
| 110 | 2203 | have seen several brands at grocery store | no |
| 111 | 2222 | A lot of cracker products are thin. | no |
| 112 | 2240 | Generic name so any snack company could have it. | Does not have enough detail |
| 113 | 2246 | i think i remember a couple different ones | no |
| 114 | 2258 | because there are many different brands that offers the same product | nope |
| 115 | 2273 | different styles and brands | not sure |
| 116 | 2283 | I think I have looked at several brands in the grocery store when purchasing for a party at my home. | no |
| 117 | 2285 | There are different boxes of thins at the supermarket can not be all same company | Too many of the same thing for sale common sense |
| 118 | 2334 | Other companies offer | Nothing else to add here Pancho |
| 119 | 2338 | There are so many products that call themselves "thins" nowadays. | Most of them are in the "better-for-you" section. |
| 120 | 2343 | I feel like it is offered in many different forms | Just my gut feeling I guess |
| 121 | 2361 | There are several brands | Nope |
| 122 | 2368 | I think there are 2 companies that make cracker thins | no |
| 123 | 2384 | I believe there are more than one company that makes cracker thins | no |
| 124 | 2401 | [I don't know / no opinion] | |
| 125 | 2429 | Many companies make cracker thins | no |
| 126 | 2432 | I think there are several companies that make a thin cracker. | no |
| 127 | 2444 | wheat thins | noting |
| 128 | 2461 | Cause Many Companies Make Them | No |

a. STIMULUS = CONTROL

**STIMULUS = CONTROL**

Verbatim Responses of survey respondents who associate CRACKER THINS with NO COMPANY: CONTROL[a]

| | ID | Q5 Why do you associate CRACKER THINS with no company? | Q5A Anything else? |
|---|---|---|---|
| 1 | 1025 | [I don't know / no opinion] | |
| 2 | 1026 | [I don't know / no opinion] | |
| 3 | 1033 | i have no clue who makes them, not sure what they are. | no |
| 4 | 1035 | [I don't know / no opinion] | |
| 5 | 1052 | [I don't know / no opinion] | |
| 6 | 1065 | [I don't know / no opinion] | |
| 7 | 1120 | I've never heard of CRACKER THINS. I know of Wheat Thins, for example...but have never heard of Cracker Thins...not as a brand name, anyway... | I don't believe so, just the fact that I'm not sure if you're referring to CRACKER THINS as a TYPE of product or as a BRAND NAME of a product. Based on the wording and capitalization of the words, I take it as the latter, so if I'm wrong that's my mistake...I suppose? |
| 8 | 1126 | There are lots of cracker thins made by various companies | none |
| 9 | 1128 | haven't heard of them | no |
| 10 | 1152 | DONT KNOW WHAT THEY ARE | NO |
| 11 | 1170 | [I don't know / no opinion] | |
| 12 | 1178 | [I don't know / no opinion] | |
| 13 | 1216 | [I don't know / no opinion] | |
| 14 | 1230 | [I don't know / no opinion] | |
| 15 | 1242 | [I don't know / no opinion] | |
| 16 | 1266 | never buy cracker thins | no |
| 17 | 1269 | Bwcause there are various crackers that are thin | No |
| 18 | 1283 | no idea what they are | Yes! |
| 19 | 1299 | it's just cracker | none |
| 20 | 1315 | [I don't know / no opinion] | |
| 21 | 1358 | [I don't know / no opinion] | |
| 22 | 1373 | I'm not sure which brands have thins | No |
| 23 | 1391 | [I don't know / no opinion] | |
| 24 | 1407 | cant think of any | no |
| 25 | 1409 | It's 3:30 in the morning,  I've been sick and barely slept the past two nights, so my memory isn't working so great. | no |
| 26 | 1453 | [I don't know / no opinion] | |
| 27 | 1454 | [I don't know / no opinion] | |
| 28 | 1466 | Nabisco | no |

| | ID | Q5 Why do you associate CRACKER THINS with no company? | Q5A Anything else? |
|---|---|---|---|
| 29 | 1468 | [I don't know / no opinion] | |
| 30 | 1507 | [I don't know / no opinion] | |
| 31 | 1526 | Because I never heard them used by that term, before. | Nope. |
| 32 | 1537 | lots of crackers are this | nothing that I can think of |
| 33 | 1554 | The name is unique. | nothing else. |
| 34 | 1564 | Haven't really seen cracker thins so don't know what company sells them | No |
| 35 | 1583 | I think it's quite a generic concept anymore and store brands have them and national brands have them and international brands have them | none that i can think of |
| 36 | 1609 | I have never heard of them | nope |
| 37 | 1624 | [I don't know / no opinion] | |
| 38 | 1647 | I don't know what they are | never heard the brand name |
| 39 | 1689 | I'm not sure of the company | no |
| 40 | 1696 | PROBABLY BECAUSE I ATE THEM ONCE SO LONG AGO,I DIDN'T LIKE THEM. | NONE AT ALL |
| 41 | 1722 | It sounds too generic | No |
| 42 | 1731 | don't recall this name | no |
| 43 | 1751 | Sounds generic | No |
| 44 | 1752 | Seems too generic, can't recall a brand | no |
| 45 | 1764 | It's a generic description | Thins are associated with Wheat Thins, but thin is a commonly descriptive word, so I don't feel it's correlated to one brand |
| 46 | 1779 | NEVER HAD THEM DON'T KNOW WHO MAKES THEM | NO |
| 47 | 1790 | [I don't know / no opinion] | |
| 48 | 1808 | [I don't know / no opinion] | |
| 49 | 1821 | I've had them before but I don't remember the brand & I'm sure I've tried more than one brand. | no |
| 50 | 1857 | A specific company doesn't come to mind when buying or eating cracker thins. | No |
| 51 | 1866 | Not familiar with this name or phrase. | No |
| 52 | 1876 | I think I have seen the item but do not recall what brand puts it out. | no |
| 53 | 1916 | [I don't know / no opinion] | |
| 54 | 1942 | [I don't know / no opinion] | |
| 55 | 1951 | cant think of any | nope |
| 56 | 1957 | I'm not familiar with this term. | Nothing else. |
| 57 | 1958 | It is a general term, but if I had to assume it was associated with a company, it would be from the Wheat thins brand. | nothing else. |
| 58 | 1960 | I've not heard of them. | no |
| 59 | 1975 | [I don't know / no opinion] | |
| 60 | 1990 | just can't think of any companies | no |
| 61 | 2029 | [I don't know / no opinion] | |
| 62 | 2031 | don't really buy them | no |
| 63 | 2057 | [I don't know / no opinion] | |

| | ID | Q5 Why do you associate CRACKER THINS with no company? | Q5A Anything else? |
|---|---|---|---|
| 64 | 2078 | I do not recall a product by the nameof CRACKER THINS | No |
| 65 | 2097 | I don't know what they are. | No |
| 66 | 2118 | [I don't know / no opinion] | |
| 67 | 2178 | I have no idea what you mean about cracker thins. | no |
| 68 | 2197 | [I don't know / no opinion] | |
| 69 | 2199 | i don't buy cracker thins | no |
| 70 | 2210 | generic | no |
| 71 | 2243 | I do not usually buy thin crackers. | No |
| 72 | 2249 | I've never heard of cracker thins | nope |
| 73 | 2260 | [I don't know / no opinion] | |
| 74 | 2284 | [I don't know / no opinion] | |
| 75 | 2295 | [I don't know / no opinion] | |
| 76 | 2303 | I dont know of any company that uses the term cracker thins | no |
| 77 | 2322 | I cannot think of the company | No |
| 78 | 2327 | [I don't know / no opinion] | |
| 79 | 2340 | [I don't know / no opinion] | |
| 80 | 2354 | I don't know what cracker thins are other than thin crackers and I'm sure more than one company produces a product like that. | no |
| 81 | 2408 | [I don't know / no opinion] | |
| 82 | 2420 | [I don't know / no opinion] | |
| 83 | 2457 | seems like a generic term | nothing |
| 84 | 2470 | Wheat Thins are different things. | No |
| 85 | 2482 | Because I think cracker thins can be made by any company. | Can't think of anything else. |

a. STIMULUS = CONTROL