# APPENDIX 5

Case 3:17-cv-00652-KDB-DSC   Document 71-15   Filed 06/14/19   Page 1 of 2

Dr. Isabella Cunningham
Cases retained as an expert witness since 2009.

I have listed cases starting in 2009 until February 2017. The list of cases is updated only once a year.

- *American Airlines Inc. v. Yahoo! Inc. and Overture Services Inc., d/b/a/Yahoo! Search Marketing (Cantey Hanger LLP-Dallas and its correspondent California Law Firm) 2009
- Michael Angelo v. Buitoni (Pirkey Barber in Austin) 2010
- Merrick Pet Care v. Blue Buffalo Company, LTD. (Pirkey Barber in Austin) 2011
- American Airlines v. Sabre Travel (Cantey Hanger LLP) 2011
- *Louisiana Fish Fry Products, Ltd. v. Bruce Foods, Inc. (Roy Kiesel, Ford Doody & Thurmon) 2011
- North American Pipe Corp. v. Benjamin Media Inc. (Schultz & Associates, P.C.) 2011
- Daniel R. Castro v. Entrepreneur Media, Inc., (Latham & Watkins) 2011
- Robin Singh Educational Services Inc. v. Test Masters Educational Services Inc. (Pirkey Barber) 2011
- Nestle Toll House v. Log House Foods, (Mayer Brown LLP) 2011
- *TGIF v. Stripes, (Pirkey Barber) 2012
- *Eastman Chemical v. Plastipure, Inc. and Certichem, Inc. (Fritz, Byrne, Head & Harrison, PLLC) 2012
- *Peveto Companies, Ltd. v. Brakes Plus, Inc. (Wojciechowski & Associates, P.C.) 2013
- Louangel, Inc. et al. v. Darden Restaurants, Inc. (Gunn, Lee & Cave, P.C.) 2013
- *Kurt Tompkins et al. v. Brookstone, Inc., et al (Cantor Colburn LLP) 2013
- *Dines v. Toys "R" Us (Morgan, Lewis & Bockius LLP) 2014
- Pines Nursing Home v. RehabCare (Broad and Cassell) 2014
- MD Anderson Cancer Center (Pirkey Barber) 2014
- General Mills (Pirkey Barber) 2014
- *Amy's Ice Creams, Inc. v. Amy's Kitchen, Inc. (Pirkey Barber) 2014
- *U.S. Risk Insurance Group, Inc. v. United States Risk Management, LLC (Ford Nassen & Baldwin, P.C.) 2014
- Greenberg Smoked Turkeys v. Yahoo (Kilpatrick, Townsend & Stockton LLP) 2016
- Loeblich et al. v. Metro Vapors, LLC (Carter, Scholer, Arnett, Mockler) 2016
- Fellen et al v. RehabCare et al (Broad and Cassel) 2016
- Jarabes Veracruzanos, Inc. v. Interbrands Group, LLC, et. al. (Norton, Rose, Fulbright) 2016
- 4D Innovations, Inc. and Skipco, Inc. v. BPS Direct LLC and Water Sports, LLC (Pillsbury, Winthrop, Shaw, Pittman LLP) 2016
- *YETI Coolers, LLC v. RTIC Coolers, LLC, Jacob Jacobsen, and James Jacobsen (Banner & Witcoff, Ltd.) 2017
- PLIS v. US Risk (Almanza, Blackburn, Dickie & Mitchell LLP) 2017

*Cases where Dr. Cunningham provided testimony at deposition or trial