IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:17-CV-652-KDB-DSC

| | |
|---|---|
| SNYDER'S-LANCE INC. and PRINCETON VANGUARD LLC,<br><br>            Plaintiffs,<br><br>  v.<br><br>FRITO-LAY NORTH AMERICA INC.,<br><br>            Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Jeremy C. Beutler]" (document # 76) filed August 26, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: August 26, 2019

_____
David S. Cayer
United States Magistrate Judge