UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:17-CV-652-RJC-DSC

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC,<br><br>        Plaintiffs,<br>v.<br>FRITO-LAY NORTH AMERICA, INC.,<br><br>        Defendant. | **MOTION TO WITHDRAW OF JONATHAN D. SASSER AS COUNSEL FOR PLAINTIFFS** |

Pursuant to Local Civil Rule 83.1, Jonathan D. Sasser respectfully moves this Court for leave to withdraw as counsel for Plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC in this case.

In support of this motion, Mr. Sasser shows the following:

1. Mr. Sasser entered his appearance in this case on November 6, 2017 with the filing of the complaint.

2. Alexander M. Pearce entered his appearance in this case on behalf of Plaintiffs on November 6, 2017. On March 6, 2019, Mr. Pearce gave notice of his change of firm and address.

3. Mr. Pearce, as well as co-counsel David H. Bernstein, James J. Pastore, Jared I. Kagan, Michael C. McGregor, and Jeremy C. Beutler of Debevoise & Plimpton LLP, will continue to serve as counsel of record of this case. For this reason, the withdrawal of Mr. Sasser will cause no prejudice to any party.

4. Mr. Sasser states that his clients, Snyder's-Lance, Inc. and Princeton Vanguard, LLC, consent to this motion to withdraw.

5. For the Court's convenience, a proposed order allowing the requested withdrawal is being submitted with this motion.

1

WHEREFORE, Mr. Sasser respectfully moves that the Court withdraw his appearance in this case.

This 3rd day of October, 2019.

ELLIS & WINTERS LLP

/s/ Jonathan D. Sasser
Jonathan D. Sasser
N.C. State Bar No. 10028
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
jon.sasser@elliswinters.com

WYRICK ROBBINS YATES & PONTON LLP
Alexander M. Pearce
N.C. State Bar No. 37208
4101 Lake Boone Trail, Suite 300
Raleigh, NC  27607
Telephone : (919) 781-4000
apearce@wyrick.com

DEBEVOISE & PLIMPTON LLP
David H. Bernstein*
James J. Pastore*
Jared I. Kagan*
Michael C. McGregor*
Jeremy C. Beutler*
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6696
dhbernstein@debevoise.com
jjpastore@debevoise.com
jikagan@debevoise.com
mcmcgregor@debevoise.com

*Counsel for Plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC*

*admitted pro hac vice*