# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Princeton Vanguard, LLC<br>Snyder's-Lance, Inc., | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:17-cv-00652-KDB-DSC |
| vs. | ) ) | |
| Frito-Lay North America, Inc., | ) ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2019 Order.

October 21, 2019

_____
Frank G. Johns, Clerk
United States District Court