UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:17-CV-00652-KDB-DSC

| | |
|---|---|
| SNYDER'S-LANCE, INC. and PRINCETON VANGUARD, LLC, ) ) ) | |
| Plaintiffs, ) ) | **NOTICE OF APPEAL** |
| v. ) ) | |
| FRITO-LAY NORTH AMERICA, INC. ) ) | |
| Defendant. ) | |

NOTICE is hereby given that Snyder's-Lance, Inc. and Princeton Vanguard, LLC, plaintiffs in the above named case, appeal to the United States Court of Appeals for the Fourth Circuit from the order of the Honorable Kenneth D. Bell (ECF No. 83) and the judgment entered pursuant to that order (ECF No. 84), both entered in this action on the 21st day of October, 2019, dismissing the action without prejudice for lack of subject matter jurisdiction.

Respectfully submitted, this 20th day of November, 2019.

DEBEVOISE & PLIMPTON LLP
David H. Bernstein*
James J. Pastore*
Jared I. Kagan*
Jeremy C. Beutler*
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6696
dhbernstein@debevoise.com
jjpastore@debevoise.com
jikagan@debevoise.com
jcbeutler@debevoise.com

WYRICK ROBBINS YATES & PONTON LLP

/s/Alexander M. Pearce
Alexander M. Pearce
N.C. State Bar No. 37208
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: (919) 781-4000
apearce@wyrick.com

*admitted *pro hac vice*

*Counsel for Plaintiffs Snyder's-Lance, Inc. and Princeton Vanguard, LLC*