FILED: November 20, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2316
(3:17-cv-00652-KDB-DSC)

_____

SNYDER'S-LANCE, INC.; PRINCETON VANGUARD, LLC

      Plaintiffs - Appellants

v.

FRITO-LAY NORTH AMERICA, INC.

      Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:17-cv-00652-KDB-DSC |
| Date notice of appeal filed in originating court: | 11/20/2019 |
| Appellants | Snyder's-Lance, Inc.; Princeton Vanguard, LLC |
| Appellate Case Number | 19-2316 |
| Case Manager | Anisha Walker<br>804-916-2704 |