FILED: April 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2316
(3:17-cv-00652-KDB-DSC)

_____

SNYDER'S-LANCE, INC.; PRINCETON VANGUARD, LLC

      Plaintiffs - Appellants

v.

FRITO-LAY NORTH AMERICA, INC.

      Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered March 17, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*