# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Princeton Vanguard, LLC | ) | JUDGMENT IN CASE |
| Snyder's-Lance, Inc., | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00652-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Frito-Lay North America, Inc., | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2021 Order.

June 7, 2021

_____

Frank G. Johns, Clerk
United States District Court