AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of North Carolina__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:17cv652 | DATE FILED<br>11/6/2017 | U.S. DISTRICT COURT<br>Western District of North Carolina |
|---|---|---|
| PLAINTIFF<br>Snyder's-Lance, Inc.<br>Princeton Vanguard, LLC | | DEFENDANT<br>Frito-Lay North America, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | SEE COMPLAINT | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT Per [96]FINAL ORDER and JUDGMENT affirming cancellation of trademark registration. - The TTAB's cancellation of the registration of the mark PRETZEL CRISPS for pretzel crackers on the Supplemental Register is affirmed, and the United States Patent and Trademark Office is hereby directed to cancel the mark on the Supplemental Register. - The TTAB's denial of Princeton-Vanguard, LLC's application to register PRETZEL CRISPS on the Principal Register is affirmed and Frito-Lay's opposition to that application is sustained. |
|---|

| CLERK<br>Frank G. Johns | (BY) DEPUTY CLERK<br>Nancy Compton | DATE<br>6/7/2021 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

Case 3:17-cv-00652-KDB-DSC   Document 98   Filed 06/07/21   Page 1 of 1